Chris Roy, OSB # 031777
Jesse Cowell, OSB # 082940
R. Darrin Class, OSB # 970101
Roy Law Group
1000 SW Broadway, Suite 900
Portland, OR 97205
PH: 503-206-4313
chris@roylawgroup.com
jesse@roylawgroup.com
darrin@roylawgroup.com
Attorneys for Plaintiff, Michael Cummins

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| MICHAEL CUMMINS,<br><br>Plaintiff,<br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | Case No. 6:20-cv-00241<br><br>NOTICE OF APPEARANCE |

TO: Defendant Lincoln Life Assurance Company of Boston;

TO: The Clerk of the Court.

PLEASE TAKE NOTICE that Chris Roy, Roy Law Group, enters his appearance on behalf of Plaintiff, Michael Cummins, in the above-titled action, and

requests that notice of any and all further proceedings in said action except original process be served upon the undersigned at:

Chris Roy
Roy Law Group
1000 SW Broadway, Suite 900
Portland, OR 97205
chris@roylawgroup.com
PH: 503-206-4313
FAX: 855-344-1726

DATED this 13th day of February 2020.

*s/ Chris Roy*
Chris Roy, OSB # 031777
Roy Law Group
1000 SW Broadway Suite 900
Portland, OR 97205
PH: 503-206-4313
FAX: 855-344-1726
chris@roylawgroup.com

**CERTIFICATE OF SERVICE**

I certify that on February 13, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys/parties of record.

DATED this 13th day of February 2020.

*s/ Chris Roy*

Chris Roy OSB # 031777
Roy Law Group
1000 SW Broadway, Suite 900
Portland, OR 97205
PH: 503-206-4313
FAX: 855-344-1726
chris@roylawgroup.com