Jesse Cowell, OSB # 082940
Chris Roy, OSB # 031777
R. Darrin Class, OSB # 970101
Roy Law Group
1000 SW Broadway, Suite 900
Portland, OR 97205
PH: 503.206.4313
jesse@roylawgroup.com
Attorneys for Plaintiff, Michael Cummins

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

MICHAEL CUMMINS,

Plaintiff,

v.

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,

Defendant.

Case No. 6:20–cv–00241–MC

JOINT PROPOSED CASE MANAGEMENT SCHEDULE

Plaintiff Michael Cummins and Defendant Lincoln Life Assurance Company of Boston submit the following Joint Proposed Case Management Schedule:

**1. Nature of Case:** This case is an action in which Plaintiff seeks to recover long-term disability ("LTD") benefits pursuant to an LTD policy governed by the Employee Retirement Income Security Act of 1974, 19 U.S.C. § 1001, *et seq*.

Accordingly, this case is exempted from normal discovery requirements under Fed. R. Civ. P. 26(a)(1)(B).

**2. Proposed Case Management Schedule:** To facilitate discovery and effective management, given the nature of the case and in keeping with the Court's Discovery and Pretrial Scheduling Order of February 13, 2020 (Dkt. # 3), the parties respectfully submit the following proposed case management schedule:

| DATE | EVENT |
|---|---|
| May 1, 2020 | Deadline for Defendant to file the Administrative Record. |
| June 12, 2020 | Deadline to: 1) join all claims, remedies and parties pursuant to Fed. R. Civ. P. 18 and 19; 2) amend the pleadings; 3) file all discovery motions; 4) file consent to a Magistrate Judge; and 5) confer as to Alternative Dispute Resolution ("ADR") pursuant to LC 16–4(c). |
| July 13, 2020 | Deadline to file a Joint ADR Report pursuant to LC 16–4(d). |
| September 28, 2020 | Deadline for parties to file Fed. R. Civ. P. 52 Motions for Trial on the Administrative Record. |
| October 26, 2020 | Deadline to parties to file Response Memoranda. The parties agree to forgo reply memoranda. |

**3. Oral Argument:** The parties request oral argument at the Court's convenience.

DATED this 16th day of April, 2020.


Attorneys for Plaintiff, Michael Cummins

*s/ Jesse Cowell*
Jesse Cowell, OSB # 082940
Roy Law Group
1000 SW Broadway Suite 900
Portland, OR 97205
PH: 503.206.4313
FAX: 855.344.1726
jesse@roylawgroup.com

Attorneys for Defendant, Lincoln Life Assurance Company of Boston

*s/ Iwana Rademaekers*
Iwana Rademaekers, Texas Bar # 16452560 (*appearing Pro Hac Vice*)
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, TX 75254
PH: 214.579.9319
FAX: 469.444.6456
iwana@rademaekerslaw.com

## CERTIFICATE OF SERVICE

I certify that on April 16, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys/parties of record.

DATED this 16th day of April, 2020.

*s/ Jesse Cowell*

Jesse Cowell OSB # 082940
Roy Law Group
1000 SW Broadway, Suite 900
Portland, OR 97205
PH: 503.206.4313
FAX: 855.344.1726
jesse@roylawgroup.com