**Iwana Rademaekers, Texas Bar No. 16452560**
Admitted *Pro Hac Vice*
Email: iwana@rademaekerslaw.com
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
ATTORNEYS FOR DEFENDANT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | | |
|---|---|---|
| MICHAEL CUMMINS, | § | **Case No.: 6:20-cv-00241-MC** |
| | § | |
| Plaintiff | § | **DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD** |
| | § | |
| vs. | § | |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

Defendant Lincoln Life Assurance Company of Boston ("Defendant") files Defendant's Submission of Administrative Record pursuant to the Scheduling Order entered by the Court on April 28, 2020 (Document 12).

1) Group Disability Income Policy (Lincoln/Cummins 0001-0051);

2) Appeal Decision Letter Dated January 9, 2020, (Lincoln/Cummins 0104-0121); and

3) Administrative Record (Lincoln/Cummins 0052-0103 and 0122-2356).

SUBMITTED this 1st day of May 2020.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Texas Bar No. 16452560
(Admitted *Pro Hac Vice*)
iwana@rademaekerslaw.com

- AND -

BARRAN LIEBMAN LLP

By: /s/ *Josh M. Goldberg*
**Josh M. Goldberg, OSB No. 180414**
jgoldberg@barran.com
**Andrew Schpak, OSB No. 044080**
ASchpak@barran.com
BARRAN LIEBMAN LLP
601 SW 2nd Avenue, Suite 2300
Portland, Oregon 97204
PH: (503) 228-0500
FX: (503) 274-1212

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, District of Oregon, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record:

Jesse Cowell
E-mail: jesse@roylawgroup.com
Chris Roy
Email: chris@roylawgroup.com
R. Darrin Class
Email: darrin@roylawgroup.com

Dated: May 1, 2020

By: /s/ *Iwana Rademaekers*
Iwana Rademaekers