**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes | Claim | Class | Correspond | Doc List | Medical | SPELL Letters

Claim Number 7224525 Claim Last Updated 01/08/2020 Printed On 2/26/2020

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | MICHAEL CUMMINS | SSN | | Birth Date | |
| Address | ROY LAW | Salary Amount $ | 3359.20 | Mode | M |
| | 1000 SW BROADWAY, STE 1740 | Date of Hire | 03/28/2016 | | |
| | | Last Work Date | 10/07/2016 | | |
| | PORTLAND, OR 97205-0000 | Federal Tax | Employee Option | State Tax | No |
| Phone | | Phys Demands | Medium | | |

JobDesc

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Any Occ | Received Date | 02/21/2017 |
| Disability Date | 10/08/2016 | Close Date | 04/08/2019 | Reopen Date | 04/09/2017 |
| Sick Days Left | 182 | Max Ben Date | 07/29/2037 | RTW FT / PT | |
| Ben Begin Date | 04/08/2017 | Apprv Thru Date | 04/07/2019 | Gross Ben $ | |

Diagnosis 1 Code/Desc S83.242A Oth tear of medial meniscus, current injury, left knee, init

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 05 - 291417 ASTEC INDUSTRIES, INC.

Subsidiary 0045 JOHNSON CRUSHERS

Location 00000000 ASTEC INDUSTRIES, INC.

Symb GF Numeral 02 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 10/01/2014

Class 04 ALL ACTIVE FULL-TIME HOURLY EMPLOYEES, EXCLUDING POWER FLAME UNION

Waiting Period: New/Mode-Current/Mode 30 Day 30 Day Days in WRKWK Pre-X 3-3

Elimination Period: Days/Type 180 WC - Injury COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 02 | LTD | 04 | 05/01/2016 |
| PD | 01 | STD | 04 | 05/01/2016 |

Additional Information:

EXHIBIT

3, part 1

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 7005450 Claim Last Updated 04/24/2017 Printed On 2/26/2020

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | MICHAEL CUMMINS | SSN | | Birth Date | |
| Address | ROY LAW | Salary Amount $ | 357.69 | Mode | W |
| | 1000 SW BROADWAY, STE 1740 | Date of Hire | 03/28/2016 | | |
| | | Last Work Date | 10/07/2016 | | |
| | PORTLAND, OR 97205-0000 | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Medium | | |
| JobDesc | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Maximum Duration | Received Date | 10/11/2016 |
| Disability Date | 10/08/2016 | Close Date | 04/08/2017 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 04/07/2017 | RTW FT / PT | |
| Ben Begin Date | 10/15/2016 | Apprv Thru Date | 04/07/2017 | Gross Ben $ | |

Diagnosis 1 Code/Desc S83.242A Oth tear of medial meniscus, current injury, left knee, init

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 05 - 291417 ASTEC INDUSTRIES, INC.

Subsidiary 0045 JOHNSON CRUSHERS

Location 00000000 ASTEC INDUSTRIES, INC.

Symb PD Numeral 01 Product STD Funding ASO Bank N Calcs Y Cntr Eff 10/01/2014

Class 04 ALL ACTIVE FULL-TIME HOURLY EMPLOYEES

Waiting Period: New/Mode-Current/Mode 30 Day 30 Day Days in WRKWK 5 Pre-X NC

Elimination Period: Days/Type 7 WC - Injury COLA: Mode/Duration

Successive Period: Period/Mode 30 SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 02 | LTD | 04 | 05/01/2016 |
| PD | 01 | STD | 04 | 05/01/2016 |

Additional Information:

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 7224525 **Accommodation Number**

**Note type:**

Primary Sort Order
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec
●

**02/24/2020 4:03 PM - CLAIM Note 141**
Claim/Event/Leave: 7224525
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [02/24/2020 - ODGAARD, EDITH]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**01/21/2020 9:03 AM - CLAIM Note 140**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : COPY SENT
Text: [01/21/2020 - ROSZELLE, MICHAEL]EMAILED COPY OF CORRESPONDENCE, CURRENT DOC LIST, CURRENT CLAIM NOTES, COVERSHEET, CLAIM DETAIL SCREENS, EMPLOYEE DETAIL SCREENS, CHECK DETAIL SCREENS, AND LTD POLICY SENT TO CHRIS@ROYLAWGROUP.COM VIA ONEDRIVE

**01/17/2020 3:49 PM - CLAIM Note 139**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : FILE REQUEST
Text: [01/17/2020 - CARIGNAN, HEATHER]REQUEST SENT TO CLAIMS HO ADMIN TO PREPARE THE ENTIRE CLAIM FILE FROM 3/14/19 TO PRESENT AND SEND TO THE ATTORNEY. COVER LETTER COMPLETED AND AVAILABLE IN THE DOC LIST

**01/17/2020 3:27 PM - PHONE Note 31**
Claim/Event/Leave: 7224525
NoteSubject : Called Other
Other Subject : ATTY ROY
Text: [01/17/2020 - CARIGNAN, HEATHER]CALLED ROY LAW GROUP SPOKE WITH RECEPTIONIST, PROVIDED MY NAME STATED CALLING FROM LFG APPEALS UNIT FOR ATTY ROY RE HIS REQUEST FOR THE CLAIM FILE. PROVIDED MY PHONE # PER HER REQUEST AND SHE THEN TRANSFERRED ME TO ATTY. SPOKE WITH HIM, INTRODUCED MYSELF AND STATED WE HAD RECD HIS REQUEST FOR COPY OF THE CLAIM FILE, ASKED IF HE WOULD LIKE THE FILE JUST FROM THE LAST TIME IT WAS PROVIDED OR THE ENTIRE FILE. HE STATED FROM THE LAST TIME FORWARD IS FINE. ALSO CONFIRMED IT IS FINE TO SEND IT VIA A SHAREFILE VIA EMAIL. HE ASKED IF THAT WOULD BE A LINK. I STATED IT WOULD BE A FILE SENT VIA EMAIL. HE SAID THAT WOULD BE EASIER AND THANKED. I ACKNOWLEDGED THANKED AND CALL ENDED.

**01/15/2020 4:27 PM - CLAIM Note 138**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : LTR/REQ COPY FILE
Text: [01/15/2020 - CARIGNAN, HEATHER]RECD LETTER FROM ATTY CHRIS ROY ON 1/13/20 AT 8:26 PM REQUESTING DOCS FROM (INSERT DATE OF INITIAL) TO PRESENT - ON A CD IN ADOBE PDF FORM - ALL DOCS RELIED ON IN MAKING THE BENEFIT DETERMINATION....SUBMITTED CONSIDERED OR GENERATED IN THE COURSE OF MAKING THE BENEFIT DETERMINATION....REFER TO LETTER IN FILE.

**01/08/2020 10:09 AM - CLAIM Note 137**
Claim/Event/Leave: 7224525
NoteSubject : Appeal
Other Subject : OUT/UPHOLD
Text: [01/08/2020 - CARIGNAN, HEATHER]THE DECISION TO DENY BENEFITS IS MAINTAINED. THE INFORMATION RECEIVED AND REVIEWED ON APPEAL DOES NOT OFFER FINDINGS TO ALTER THE PRIOR DECISION TO DENY BENEFITS. DETAILED UPHOLD LETTER SENT TO ATTY CHRIS ROY TODAY VIAFAX AND US MAIL.

**01/03/2020 4:35 PM - CLAIM Note 136**
Claim/Event/Leave: 7224525

NoteSubject : Appeal
Other Subject : RESPONSE TO IME
Text: [01/03/2020 - CARIGNAN, HEATHER]RECEIVED 29 PAGES FROM ROY LAW GROUP - CONSISTING OF A LETTER FROM THE ATTY IN RESPONSE TO THE IME AND VOC REPORTS. ATTY STATES NEITHER THE IME NOR THE UPDATED VOCATIONAL REPORT PROVIDE NOTABLE SUPPORT FOR THE DENIAL.STATES THE IME REPORT ACKNOWLEDGES THE CLMT'S DISABLING LIMITATIONS DUE TO MULTIPLE ONGOING AND FULLY DOCUMENTED MEDICAL CONDITIONS....THE IME REPORT DOES NOT ESTABLISH THAT MR CUMMINS IS PHYSICALLY CAPABLE OF PERFORMING FULL TIME SEDENTARY WORK WITHANY REASONABLE CONTINUITY...LIKEWISE THE UPDATED VOC REPORT ESSENTIALLY PROVIDES FURTHER SUPPORT FOR CLMT'S FULL DISABILITY UNDER THE ANY OCCUPATION DEFINTION. REFER TO FILE FOR FULL LETTER.

**12/12/2019 8:42 AM - CLAIM Note 135**
Claim/Event/Leave: 7224525
NoteSubject : Appeal
Other Subject : RIGHT TO REV/TOLLING
Text: [12/12/2019 - CARIGNAN, HEATHER]ATTORNEY REQUESTED RIGHT TO REVIEW - IME AND TSA ADDENDUM WERE FAXED TO ATTY TODAY PROVIDING UNTIL 1/2/20 FOR RESPONSE.

**12/10/2019 2:34 PM - CLAIM Note 134**
Claim/Event/Leave: 7224525
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [12/10/2019 - HALL, NICOLE]RCVD REFERRAL FOR TSA ADDENDUM AS UPDATED MEDICAL INFORMATION HAS BENE RCVD. COMPLETED TSA MEMORANDUM REPORT AND PLACED IN S1 WITH NOTIFICATION TO ARC. TSA SUMMARY PROVIDED BELOW: UPON REVIEW OF THE AVAILABLE INFORMATION, INCLUDING THE ABOVE NOTED UPDATED MEDICAL RECORDS, THIS VCM HAS FOUND THAT THE PREVIOUSLY IDENTIFIED OCCUPATIONS OUTLINED WITHIN THE MOST RECENT 02/19/19 TSA REPORT (I.E. REPAIR ORDER CLERK; DISPATCHER, MAINTENANCE SERVICE; AND FINAL ASSEMBLER) REMAINVIABLE OCCUPATIONAL ALTERNATIVES. THE UPDATED RESTRICTIONS PROVIDED BY DR. LIN INCLUDE THE FOLLOWING: HE IS RESTRICTED TO A SEDENTARY PDL FULL-TIME JOB WITH ALLOWANCE FOR MORE FREQUENT BREAKS TO SIT/STAND AS NEEDED AND PERFORM PERSONAL HYGIENE (FREQUENTLY). GIVEN THAT THE PREVIOUSLY IDENTIFIED OCCUPATIONS FALL WITHIN THESE UPDATED RESTRICTIONS, THEY, THEREFORE, REMAIN VIABLE ALTERNATIVES. THERE ARE NO FURTHER VOCATIONAL SERVICES RENDERED AT THIS TIME.[12/10/2019 - HALL, NICOLE]MADE REVISION TO REPORT; ADDED THE FOLLOWING INFORMATION. PLACED REVISED COPY OF REPORT INTO S1 --- IT SHOULD BE NOTED THAT THESE OCCUPATIONS ALSO MEET OR SURPASS THE IDENTIFIED GAINFUL WAGE AMOUNT OF $2,015.52.

**12/09/2019 8:51 PM - CLAIM Note 133**
Claim/Event/Leave: 7224525
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 12/9/2019-REFERRAL RECEIVED BY VCM AND ASSIGNED TO HALL, NICOLE ANN. CLAIM/AS EVENT IS PENDING REVIEW.

**12/09/2019 8:50 PM - CLAIM Note 132**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 12/9/2019 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**12/09/2019 12:01 PM - CLAIM Note 131**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Voc Rehab
Other Subject :
Text: [12/09/2019 - CARIGNAN, HEATHER]REFERRED FILE TO VOC FOR A TSA ADDENDUM - BASED ON R/LS OUTLINED IN THE IME REPORT RECD 12/5/19. GROSS MO BEN $2015.52. TEE AND JOB DESC IN CLAIM FILE.

**12/09/2019 10:29 AM - CLAIM Note 130**
Claim/Event/Leave: 7224525
NoteSubject : Peer Review
Other Subject : ADDENDUM
Text: [12/09/2019 - CARIGNAN, HEATHER]RECEIVED ADDENDUM REQUESTED TO CLARIFY BREAKS AND REQUIREMENTS FOR SAME. WITH REGARD TO THE NEED FOR BREAKS DUE TO THE HIDRADENITIS SUPPURATIVA, PLEASE RESPOND TO THE FOLLOWING: 1. HOW MANY ADDITIONAL BREAKS PER 8 HOUR WORKDAY ARE ESTIMATED TO BE NEEDED FOR PERSONAL CARE? TWO, ONE BEFORE AND ONE AFTER LUNCH. 2. WHAT IS A REASONABLE AMOUNT OF TIME THAT WOULD BE NEEDED FOR EACH BREAK? 15 MINUTES 3. WHAT ARE THE RECOMMENDED REQUIREMENTS WITH HYGIENE DURING THEBREAKS I.E. WARM WATER AND SOAP OR BABY WIPES; MEDICATION LOTIONS; WHETHER A SHOWER IS NEEDED DUE TO THE LOCATION ON THE BODY AND IF SO, HOW MANY PER WORKDAY, ETC. WARM WATER AND SOAP. CHANGE OF UNDERWEAR AND/OR GAUZE BANDAGES.

**12/04/2019 1:50 PM - CLAIM Note 129**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : INVOICE 283881-1
Text: [12/04/2019 - CARIGNAN, HEATHER]RECD INVOICE FROM NETWORK MEDICAL REVIEW COMPANY FOR PMR IME. INVOICE VALID. $7850. ADDED VENDOR PMT. NETWORK MEDICAL REVIEW COMPANY LTD. PO BOX 492260 REDDING CA 96049-2260 TAX ID 76-0711128. REQUESTED MGR TO RELEASE PMT AS AMT IS ABOVE MY AUTHORITY

**12/04/2019 11:37 AM - CLAIM Note 128**
Claim/Event/Leave: 7224525
NoteSubject : IME/IPE
Other Subject : REQ CLARIFICATION
Text: [12/04/2019 - CARIGNAN, HEATHER]SENT EMAIL TO NMR ASKING FOR CLARIFICATION AROUND BREAKS FOR THE HIDRADENITIS SUPPURATIVA. FROM: CARIGNAN, HEATHER SENT: WEDNESDAY, DECEMBER 4, 2019 11:36 AM TO: ALLISON.MACMURCHY@NMREXAMWORKS.COM SUBJECT: FW: NMR REPORT NOTIFICATION FOR CASE - CASE #: 7224525 - NMR# 283881 IMPORTANCE: HIGH HI ALLISON I M IN NEED OF CLARIFICATION OF SOME OF THE R/LS NOTED BY THE IME MD. WITH REGARD TO THE NEED FOR BREAKS DUE TO THE HIDRADENITIS SUPPURATIVA, PLEASE RESPOND TO THE FOLLOWING: 1. HOW MANY ADDITIONAL BREAKS PER 8 HOUR WORKDAY ARE ESTIMATED TO BE NEEDED FOR PERSONAL CARE? 2. WHAT IS A REASONABLE AMOUNT OF TIME THAT WOULD BE NEEDED FOR EACH BREAK? 3. WHAT ARE THE RECOMMENDED REQUIREMENTS WITH HYGIENE DURING THE BREAKS I.E. WARM WATER AND SOAP OR BABY WIPES; MEDICATION LOTIONS; WHETHER A SHOWER IS NEEDED DUE TO THE LOCATION ON THE BODY AND IF SO, HOW MANY PER WORKDAY, ETC. PLEASE LET ME KNOW THE EARLIEST POSSIBLE TIME TO EXPECT A RESPONSETO THIS REQUESTED CLARIFICATION THANK YOU HEATHER CARIGNAN HEATHER CARIGNAN, CEBS APPEAL SPECIALIST LINCOLN FINANCIAL GROUP P.O. BOX 7213 LONDON, KY 40742 888-437-7611 X16292 OFFICE 603-344-5853 DIRECT FAX LINCOLNFINANCIAL.COM

**12/02/2019 4:08 PM - CLAIM Note 127**
Claim/Event/Leave: 7224525
NoteSubject : IME/IPE
Other Subject :
Text: [12/02/2019 - CARIGNAN, HEATHER]THE RIGHT KNEE IS PARTIALLY DISABLING. I THINK IT IS REASONABLE WITH OTHER ASSESSMENTS TO PLACE THIS CLAIMANT IN THE SEDENTARY PHYSICAL DEMAND CATEGORY WITH RESPECT OF ANY. HE SHOULD BE RESTRICTED TO A DESK TYPE LEVEL JOB AND ALLOWED TO SIT, STAND, AND MOVE AROUND AS NECESSARY FOR PAIN. HOWEVER, I DO NOT FORESEE THAT THIS SHOULD LIMIT HIM TO LESS THAN AN EIGHT-HOUR FULLTIME POSITION. HIS BILATERAL THUMB COMPLAINTS ARE NOT REPORTED IN THE MEDICAL RECORD. ON PHYSICAL EXAM TODAY, THERE IS NO SWELLING, NO PROVOCATION OF PAIN WITH AXIAL COMPRESSION. FINKELSTEIN'S TEST IS NEGATIVE BILATERALLY AND PALPITATION IS NOTABLE ONLY FOR SOME VERY MILD PAIN OVER THE RIGHT MCP JOINT. THEREFORE, NO LIMITATIONS CAN BE ATTRIBUTED TO THIS CONDITION. LEFT LOWER EXTREMITY DVT/PE - EVEN TAKING THE CLAIMANT'S COMPLAINTS AT FACE AND FULL VALUE, THIS IS NOT A COMPLETELY DISABLING CONDITION THAT SHOULD ADD ANYTHING TO THE LEVEL OF DISABILITY ALREADY ATTRIBUTED TO THE RIGHT KNEE. RIGHT UPPER QUADRANT CRAMPING/SPASMS. AGAIN, THIS IS BASED ON SUBJECTIVE REPORT ONLY. THERE ARE NO CORROBORATING REPORTS OF CONTINUED PAIN OF THIS NATURE IN THE MEDICAL RECORD. THE CLAIMANT REPORTS THAT HE IS IN COUNSELING FOR DEPRESSION, ANXIETY AND STRESS DISORDER. THERE ARE NO RECORDS TO SUPPORT THIS. 6. OBESITY. THIS WOULD LIMIT HIS ABILITY TO PERFORM ANY SUSTAINED PHYSICAL TASKS. THE CLAIMANT IS QUITE DECONDITIONED. AT A SEDENTARY LEVEL OF WORK, THE CLAIMANT SHOULD STILLBE ABLETO PERFORM FULLTIME WORK, BUT WOULD HAVE DIFFICULTIES WITH PROLONGED OR SUSTAINED WALKING EVEN ON SMOOTH LEVEL SURFACES. HIS DEGREE OF DECONDITIONING WOULD LIKELY IMPROVE WITH REGULAR EXERCISE, AND WEIGHT LOSS. ***OVERALL HE IS RESTRICTED TO A SEDENTARY PDL FULL-TIME JOB WITH ALLOWANCE FOR MORE FREQUENT BREAKS TO SIT/STAND AS NEEDED AND PERFORM PERSONAL HYGIENE (FREQUENTLY). FROM A STRICT DIAGNOSIS BY DIAGNOSIS STANDPOINT, THIS EXAMINER FEELS THAT THIS CLAIMANT WOULD BE ABLE TO PERFORM SEDENTARY PHYSICAL DEMAND LEVEL WORK, WITH EXTRA BREAKS FOR PERSONAL HYGIENE DUE TO DRAINING LESIONS FROM HIS HIDRADENITIS SUPPURATIVA.[12/02/2019 - CARIGNAN, HEATHER]THIS EXAMINER DOES NOT FEEL THAT CLAIMANT IS IMPAIRED COGNITIVELY OR PHYSICALLY BY SIDE EFFECTS FROM HIS MEDICATIONS.

**11/14/2019 11:25 AM - CLAIM Note 126**
Claim/Event/Leave: 7224525
NoteSubject : IME/IPE
Other Subject : STATUS
Text: [11/14/2019 - CARIGNAN, HEATHER]FROM: REBECCA.HARRINGTON@NMREXAMWORKS.COM <REBECCA.HARRINGTON@NMREXAMWORKS.COM> SENT: WEDNESDAY, NOVEMBER 13, 2019 8:59 AM TO: CARIGNAN, HEATHER <HEATHER.CARIGNAN@LFG.COM> CC: RENEE.KELLEY@NMREXAMWORKS.COM SUBJECT: CLAIMANT ATTENDANCE VERIFICATION- CLAIM #7224525 ***THIS EMAIL IS FROM AN EXTERNAL SOURCE. ONLY OPEN LINKS AND ATTACHMENTS FROM A TRUSTED SENDER.*** HI HEATHER, PLEASE BE ADVISED THAT MICHAEL CUMMINS (CLAIM# 7224525) **DID** ATTEND THE IMEAPPOINTMENT SCHEDULED FOR 11/12/2019 1:00 PM - 2:00 PM. THANKS, REBECCA REBECCA HARRINGTON NETWORK MEDICAL REVIEW CO. LTD. 4960 EAST STATE STREET ROCKFORD, IL 61108 PHONE: 815.964.6334 X 241152 FAX: 815-977-9882

**11/06/2019 12:27 PM - CLAIM Note 125**
Claim/Event/Leave: 7224525
NoteSubject : IME/IPE
Other Subject : DATE/TIME/LOC
Text: [11/06/2019 - CARIGNAN, HEATHER]PMR IME PREVIOUSLY SCHEDULED BY NMR FOR 11/12/19 WITH VICTOR K LIN MD, 242 COUNTRY CLUB RD, EUGENE, OR 97401-2477. NS/LATE CANCEL FEE: $850 WITH 4 BUSINESS DAY NOTICE OF CANCELLATION OR NEED TO RESCHEDULE. IME FEE: $7850.

**11/06/2019 12:20 PM - CLAIM Note 124**
Claim/Event/Leave: 7224525
NoteSubject : Peer Review
Other Subject : INT MED
Text: [11/06/2019 - CARIGNAN, HEATHER]PRIMARY NON-MUSCULOSKELETAL DIAGNOSES: MEDICATION SIDE EFFECTS (T50.905) EPISODIC URETEROLITHIASIS (N20) CHRONIC HEADACHES (R51) THE CLAIMANT IS A 49 YEAR OLD WITH MALE WITH MULTIPLE NON-MUSCULOSKELETAL CONDITIONS, SOME OF WHICH ARE CHRONIC. THESE INCLUDE SYMPTOMS

RELATED TO SIDE EFFECTS FROM PHARMACOLOGIC THERAPY, CHRONIC HEADACHES, URETEROLITHIASIS, HYPERTENSION, HIDRADENITIS SUPPURATIVA (HS), CHRONIC ANTICOAGULATION FOR DVT/PE PREVENTION, AND ANXIETY/DEPRESSION. ALTHOUGH THE HE HAS BEEN PRESCRIBED LOPERAMIDE, THERE IS LITTLE INFORMATION REGARDING ABNORMAL BOWEL FUNCTION. BOTH HS AND HYPERTENSION APPEAR TO BE UNDER CONTROL WITH CURRENT MEDICATION. URETEROLITHIASIS: THIS CONDITION WOULD HAVE BEENIMPAIRING SECONDARY TO PAIN DURING THE ACUTE EPISODES HOWEVER SHOULD NOT BE PERMANENTLY IMPAIRING. MEDICATION SIDE EFFECTS: IF THE SYMPTOMS ARE RELATED TO MEDICATION SIDE EFFECTS, THE EXPECTATION WOULD BE SUPPORTIVE RECORDS DOCUMENTING ADJUSTMENTOF MEDICATION REGIMEN INCLUDING TRIALS OF ALTERNATIVE MEDICATIONS OR EVEN MEDICATION DISCONTINUATION (DEPENDING ON THE MEDICATIONS) TO EVALUATE FOR IMPROVEMENT OF SYMPTOMS SINCE ALL MEDICATIONS MAY HAVE SIDE EFFECTS. THE ABSENCE OF SUCH ALTERATIONS IN THERAPY SUGGESTS THAT THE SYMPTOMS MENTIONED ARE NOT SIGNIFICANTLY IMPAIRING. HEADACHES: THERE IS NO INDICATION ON THE 7/10/19 MEDICATION LIST (LATEST CLINICAL RECORD AVAILABLE FOR REVIEW) THAT HE HAS BEEN PRESCRIBED AN ABORTIVE MEDICATION (MEDICATION TO USE WHEN HEADACHE OCCURS) SUCH AS A TRIPTAN. IT APPEARS THAT HE MAY BE USING IBUPROFEN AS AN ABORTIVE MEDICATION (8/19/19, SCOTT). FOR SIGNIFICANTLY IMPAIRING HEADACHES, THE EXPECTATION WOULD BE AN ESCALATION OF TREATMENT SUCH AS NEUROLOGY SPECIALTY REFERRAL OR MEDICATION REGIMEN ADJUSTMENT. PULMONARY EMBOLISM/DEEP VENOUS THROMBOSIS TREATED WITH CHRONIC ANTICOAGULATION: THE ABSENCE OF SUPPORTING DOCUMENTATION SUGGESTS THAT THESE CONDITIONS ARE STABLE AND NOT SIGNIFICANTLY IMPAIRING. ABNORMAL BOWEL FUNCTION: THE CLAIMANT S MEDICATION LIST DOCUMENTS LOPERAMIDE WHICH CAN BE USED FOR LOOSE STOOLS. THIS MEDICATION APPEARS ON THE LIST AS FAR BACK AS 11/14/18. THERE ARE NO CLINICAL RECORDS FROM 11/14/18 TO 7/10/19 (LATEST CLINICAL RECORD) DESCRIBING THE CONDITION, ITS SEVERITY, ITS IMPACT ON ACTIVITIES OR ITS CLINICAL EVALUATION. THE ABSENCE OF THIS TYPE OF DOCUMENTATION SUGGESTS THAT THE CONDITION IS NOT SIGNIFICANTLY IMPAIRING. BEHAVIORAL HEALTH: HE HAS HAD RECENT EVALUATION FOR GENERALIZED ANXIETY DISORDER AND MAJOR DEPRESSIVE DISORDER BY CHRISTOPHER SCOTT, QMHP (8/19/19) WITH RECOMMENDATIONS FOR ONGOING THERAPY. THE CLAIMANT S BEHAVIORAL HEALTH CONDITIONS MAY BE IMPACTING HIS OVERALL CLINICAL CONDITION BUTDO NOT APPEAR TO BE IMPAIRING. IT IS REASONABLE TO CONCLUDE THAT CHRONIC NON-MUSCULOSKELETAL PHYSICAL MEDICAL CONDITIONS AND ASSOCIATED THERAPEUTIC TREATMENT REGIMENS ARE NOT SIGNIFICANTLY IMPAIRING SINCE THE CURRENTLY AVAILABLE MEDICAL RECORDS LACK SUPPORTING DOCUMENTATION FOR FURTHER EVALUATION OF THESE CONDITIONS, NEED FOR ESCALATION OF TREATMENT, OR ADJUSTMENT OF MEDICATION REGIMEN INCLUDING TRIALS OF ALTERNATIVE MEDICATIONS. THERE IS NO SUPPORTING DOCUMENTATION IN THE CURRENTLY AVAILABLE RECORDS FOR REVIEW TO SUGGEST ANY ONE CONDITION OR COMBINATION OF CONDITIONS AS CURRENTLY DESCRIBED IN THE CLINICAL RECORDS WOULD BE OF SIGNIFICANT IMPACT TO IMPAIR CAPACITY TO PERFORM AT LEAST SEDENTARY WORK ACTIVITIES.

**10/28/2019 2:04 PM - CLAIM Note 123**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : EMAIL FROM/TO NMR
Text: [10/28/2019 - CARIGNAN, HEATHER]FROM: RENEE KELLEY <RENEE.KELLEY@NMREXAMWORKS.COM> SENT: THURSDAY, OCTOBER 24, 2019 12:02 PM TO: CARIGNAN, HEATHER <HEATHER.CARIGNAN@LFG.COM> SUBJECT: RE: CASE #: 7224525 - NMR# 283881 - QUOTE HI HEATHER, THENEW QUOTE FOR FEES WITH THE INCREASED VOLUME OF MEDICAL RECORDS WILL BE: IME FEE: $7850 NS/LC FEE: $850 < 4 BUSN DAYS PLEASE ADVISE IF THIS FEE IS APPROVED. THANKS, RENEE KELLEY IME SCHEDULING COORDINATOR FROM: CARIGNAN, HEATHERSENT: THURSDAY, OCTOBER 24, 2019 12:12 PM TO: RENEE KELLEY <RENEE.KELLEY@NMREXAMWORKS.COM> SUBJECT: RE: CASE #: 7224525 - NMR# 283881 - QUOTE PLEASE PROCEED

**10/21/2019 2:45 PM - CLAIM Note 122**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : ADMIN
Text: [10/21/2019 - HOFFNER, FAYE]REQUEST FOR DOC LISTING ONLY TO BE SUBMITTED TO NMR: ROCKFORDIMEDEPARTMENT@EXAMWORKS.COM SUBMITTED TO REQUESTOR FOR REVIEW OF WHAT WAS PULLED. REQUESTOR STATED GOOD TO GO AND ADMIN SUBMITTED VIA ONE DRIVE, AS THE FILE WAS TOO LARGE FOR SECURE EMAIL. NO FURTHER ACTION NEEDED.

**10/21/2019 7:53 AM - CLAIM Note 121**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : CLINICAL REFERRAL
Text: [10/21/2019 - CARIGNAN, HEATHER]FROM: CLINICAL REFERRAL AND TRIAGE <SHELLEY.PLAISTED@LFG.COM> SENT: FRIDAY, OCTOBER 18, 2019 6:55 PM TO: CARIGNAN, HEATHER <HEATHER.CARIGNAN@LFG.COM> SUBJECT: CLAIM REFERRAL - ASSIGNMENT NOTIFICATION YOUR REFERRAL REQUEST WITH REQUESTED SPECIALTY OF MEDICINE - INTERNAL OR FAMILY FOR CLAIM NUMBER 7224525 HAS BEEN ASSIGNED TO DR. MARY ELLEN DIRLAM. THE ANTICIPATED DUE DATE FOR THIS REQUEST IS 10/30/2019.

**10/16/2019 8:50 PM - CLAIM Note 120**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 10/16/2019 - REFERRED TO NETWORK MEDICAL REVIEW (NMR) FOR IME.

**10/16/2019 4:52 PM - CLAIM Note 119**
Claim/Event/Leave: 7224525
NoteSubject : Appeal
Other Subject : STATUS

Other Subject : STATUS
Text: [10/16/2019 - CARIGNAN, HEATHER]IN ADDITION TO PMR IME FOR MUSCULOSKELETAL DIAGNOSES, A REFERRAL WAS COMPLETED TODAY FOR AN INTERNAL MEDICINE PEER REVIEW TO CONSIDER R/LS FOR NON-MUSC DIAGNOSES.

**10/16/2019 3:02 PM - CLAIM Note 118**
Claim/Event/Leave: 7224525
NoteSubject : Appeal
Other Subject : REFERRED FOR IME
Text: [10/16/2019 - CARIGNAN, HEATHER]FILE REFERRED FOR PMR IME AS DISCUSSED WITH MGR. REFERRED THROUGH NMR - LOCATED PROVIDER IN PROXIMITY TO CLMT.[10/16/2019 - CARIGNAN, HEATHER]FROM: RENEE.KELLEY@NMREXAMWORKS.COM <RENEE.KELLEY@NMREXAMWORKS.COM>SENT:TUESDAY, OCTOBER 15, 2019 3:52 PM TO: CARIGNAN, HEATHER <HEATHER.CARIGNAN@LFG.COM> SUBJECT: _INQUIRY RESPONSE NMR# 283881 ***THIS EMAIL IS FROM AN EXTERNAL SOURCE. ONLY OPEN LINKS AND ATTACHMENTS FROM A TRUSTED SENDER.*** HI HEATHER, PLEASE SEE THE BELOW OPTIONS PRESENTED FOR YOUR CASE. THE AVAILABILITY PROVIDED IS NOT CURRENTLY BEING HELD BY THE EXAMINER. WE ARE TRACKING YOUR REQUEST UNDER NMR #283881. IF YOU ARE INTERESTED IN SUBMITTING A REFERRAL, PLEASE CLICK HERE , AND COMPLETE THE REQUIRED FIELDS AND CLICK SUBMIT CASE TO NMR TO SEND. OPTION 1 & 2 VICTOR LIN, MD / KATHRIN WELLER, MD (IN THE SAME LOCATION) IME: $5500 ($875/HOUR IF APPLICABLE FOR ADDTNL HOURS) NS/LC: $850 < 4 BUSN DAYS (OUT OF NETWORK) AVAILABILITY: DR. LIN 11/12, DR. WELLER 11/13 MILEAGE: 9 MILES *THE EXAMINERS ARE NOT WILLING TO QUOTE ME WITH A TIME COMMITMENT. THIS QUOTE INCLUDES 3 HOURS FOR REVIEWING MEDICAL RECORDS. IT IS POSSIBLE THE TIMESPENT ON THE RECORDS WILL REACH 5 HOURS. IF EITHER OF THEM SPEND MORE TIME, IT WILL BE $875/HOUR ADDITIONAL. THANK YOU FOR PARTNERING WITH NMR. WE LOOK FORWARD TO THE OPPORTUNITY TO WORK WITH YOU ON THIS CASE. THANKS, RENEE RENEE KELLEY[10/16/2019 - CARIGNAN, HEATHER]SENT ATTY EXTENSION/TOLLING LETTER NOTIFYING HIM OF THE SCHEDULING OF AN IME AND TOLLING DURING THE PERIOD THIS REPORT IS OUTSTANDING.

**10/01/2019 4:43 PM - CLAIM Note 117**
Claim/Event/Leave: 7224525
NoteSubject : Appeal
Other Subject : STATUS
Text: [10/01/2019 - CARIGNAN, HEATHER]FILE REVIEW COMPLETE. UNDER CONSIDERATION FOR ACTION PLAN. REFERRED TO MGR FOR REVIEW.

**09/23/2019 9:15 AM - PHONE Note 30**
Claim/Event/Leave: 7224525
NoteSubject : Called Other
Other Subject : K MUSTAFA
Text: [09/23/2019 - CARIGNAN, HEATHER]CALLED KALI MUSTAFA AT 9:10 AM EASTERN. REACHED HER VM. LEFT MSG W/MY NAME STATED CALLING FROM LINCOLN FINANCIAL GROUP APPEALS UNIT RE MICHAEL CUMMINS. STATED I RECD HER FAX OF 9/20/19 AND ALSO RECEIVED PRIOR FAX, HADCALLED HER OFFICE ON 9/11/19 AND LEFT MSG CONFIRMING THIS AND THAT APPEAL IS UNDER REVIEW. CONFIRMING THAT AGAIN TODAY. PROVIDED MY CONTACT INFO IF SHE NEEDS TO CALL. THANKED, END OF MSG

**09/23/2019 8:54 AM - CLAIM Note 116**
Claim/Event/Leave: 7224525
NoteSubject : Med Records Rcvd
Other Subject : OUTPATIENT COUNSELIN
Text: [09/23/2019 - CARIGNAN, HEATHER]RECD 8 PAGES VIA FAX ON 9/20/19 FROM ROY LAW GROUP - COVER LETTER STATES IN APPEAL LETTER WE INDICATED THAT CLMTS FIRST FULL COUNSELING APT WAS PENDING. HE HAS SINCE HAD HIS FIRST SESSION AND ASK THAT YOU PLEASE INCLUDE THE TWO ATTACHED PAGES OF RECORDS IN YOUR REVIEW. ADDITIONALLY ON SEPT 10 OUR OFFICE FAXED SIX PAGES OF RECORDS FROM OREGON MEDICAL GROUP - ORTHOPEDICS CONSTITUTING EXHIBIT H. WE ASKED FOR CONFIRMATION OF YOUR RECEIPT OF THE REOCRDS AND TO CONFIRMTHAT YOU HAVE ENDED YOUR TOLL AND HAVE BEGUN YOUR REVIEW. WE HAVE NO RECEIVED ANY WORK. PLEASE CONFIRM YOUR RECEIPT OF EXHIBIT H AND THAT YOU HAVE ENDED YOUR TOLL. ATTY PROVIDED CONTACT 503 265 8910[09/23/2019 - CARIGNAN, HEATHER]CORRECTION - FAX IS 3PAGES.

**09/11/2019 8:04 AM - PHONE Note 29**
Claim/Event/Leave: 7224525
NoteSubject : Called Other
Other Subject : ROY LAW GROUP
Text: [09/11/2019 - CARIGNAN, HEATHER]CALLED KALI MUSTAFA AT 8AM EASTERN - REACHED RECEP WHO TRANSFERRED ME TO HER VM - LEFT MSG W/MY NAME STATED CALLING FROM LINCOLN FINANCIAL GROUP APPEALS UNIT - ADVISED WE RECD THE FAX SENT YESTERDAY AFTER HOURS OF RECORDS FROM ORGEON MEDICAL GROUP - FILE IS UNDER APPEAL REVIEW. PROVIDED MY CONTACT INFO IF ANY QUESTIONS. THANKED, MSG ENDED.

**09/11/2019 7:54 AM - CLAIM Note 115**
Claim/Event/Leave: 7224525
NoteSubject : Med Records Rcvd
Other Subject : OREGON MED-ORTHO
Text: [09/11/2019 - CARIGNAN, HEATHER]RECD 7 PAGES AT 6:26PM 9/10/19 FROM ROY LAW GROUP - OREGON MEDICAL GROUP -ORTHOPEDICS. ATTY STATES THEY DO NOT HAVE FURTHER INFORMATION TO SUBMIT AND ASK THAT WE END THE TOLL AND BEGIN REVIEW OF THE APPEAL. RECD 8/15/19 OVN LARSEN - F/U R KNEE PAIN. BMI 46. GAIT ANTALGIC. R KNEE - MILD EFFUSION. ROM 5-120 DEGREES. SUBTLE PSEUDO-LAXITY TO VALGUS STRESS. MCMURRAY - PAIN WITHOUT CREPITATION. PRIMARY LOCALIZED OA R KNEE. XRAYS - PROGRESSIVE MEDIAL JOINT SPACE NARROWING. NO INTEREST IN SURGERY OR ADDITIONAL INJECTIONS. I HAVE LITTLE ELSE TO OFFER AT THIS OINT...THE IMPORTANCE OF WT LOSS THROUGH LOW IMPACT ACTIVITY WAS AGAIN DISCUSSED... I DO BELIEVE HE SHOULD BE ABLE TO DO A SEDENTARY TYPE

THROUGH LOW IMPACT ACTIVITY WAS AGAIN DISCUSSED....I DO BELIEVE HE SHOULD BE ABLE TO DO A SEDENTARY TYPE POSITION...RECOMMENDED HE FOLLOW THROUGH WITH THE PCE...NOT A SURGICAL CANDIDATE EVEN IF HE WANTED SURGERY...MORBIDLY OBESE AND HIS WT HAS BEEN CLIMBING. 70 IN, 319 LBS. ADDED WARFARIN 6 MG, HUMIRA 40 MG. ***8/15/19 XRAY REPORT - MILD DEGEN CHANGE, SUBCHONDRAL SCLEROSIS ANDSMALL OSTEOPHYTES AND JOINT SPACE NARROWING MEDIALLY....MILDLY PROGRESSED WHEN COMPARED WTHE PREVIOUS STUDY. ****8/30/19 LETTER ROBB LARSEN MD - CLARIFICATION CONCERNING ORTHO EVAL OF PT ON 8/15/19. IN THE RECORD OF THAT VISIT, I STATED MY IMPRESSION THAT HE SHOULD BE ABLE TO DO A SEDENTARY TYPE POSITION. AS TO WHETHER MR CUMMINS COULD WORK IN A PART TIME OR FULL TIME CAPACITY, HOWEVER, I OFFER NO DEFINITVE OPINION. LIKEWISE, MY IMPRESSION SHOULD NOT BE INTERPRETED AS CONTRARY TO THE OPINION OF MR CUMMINS PRIMARY CARE PHYSICIAN, DR DAVID KNOWLTON, WHO ALSO BELIEVES MR CUMMINS CAN WORK IN A SEDENTARY POSITION - ALBEIT, FOR NO MORE THAN 2 HOURS PER DAY. TO AID IN A DETERMINATION OF HOW LONG MR CUMMINS CAN PERFORM SEDENTARY WORK, I CONTINUETO RECOMMEND THAT A PCE BE CONDUCTED.

**09/05/2019 7:54 AM - CLAIM Note 114**
Claim/Event/Leave: 7224525
NoteSubject : Appeal
Other Subject : STATUS/TOLLING
Text: [09/05/2019 - CARIGNAN, HEATHER]APPEAL RECEIVED AND IN PROCESS. S1 CODING VERIFIED. FURTHER ACTION PENDING COMPLETE REVIEW OF THE FILE.[09/05/2019 - CARIGNAN, HEATHER]REQUESTED AA SEND APPEAL ACKNOWLEDGEMENT. APPEAL TIMEFRAME WILL TOLL FOR 30 DAYS FOR RECEIPT OF COMPLETE INFORMATION. [09/05/2019 - CARIGNAN, HEATHER]INFORMATION DUE 10/2/19

**09/03/2019 1:08 PM - CLAIM Note 113**
Claim/Event/Leave: 7224525
NoteSubject : Appeal
Other Subject : ARC ASSIGNMENT
Text: [09/03/2019 - BEAUPAIN, LOIS]BASED ON TOLLING REQUEST AND APPEAL DEADLINE OF 8/26/19 ASSIGNED TO HEATHER CARIGNAN TO TOLL. DID NOT SEND ACK LETTER

**09/03/2019 8:49 AM - CLAIM Note 112**
Claim/Event/Leave: 7224525
NoteSubject : Appeal
Other Subject : MANAGER REVIEW
Text: [09/03/2019 - ARVENITIS, KERRY]REVIEWED LETTER FROM ATTORNEY WHICH INDICATES THEY ARE WAITING FOR AN ADDITIONAL SET OF MEDICAL RECORDS AND ASK THAT WE TOLL UNTIL WE HAVE RECEIVED THEM. THEREFORE, PLEASE ASSIGN TO AN ARC AND ADVISE OF ROLLING REQUEST.

**08/29/2019 2:27 PM - CLAIM Note 111**
Claim/Event/Leave: 7224525
NoteSubject : Appeal
Other Subject : INFO RECD
Text: [08/29/2019 - BEAUPAIN, LOIS]MEDIAL FOR APPEAL REC'D FROM ATTY WITH LETTER ASKING FOR EXT. SENT TO MGR FOR REVIEW

**07/19/2019 3:39 PM - PHONE Note 28**
Claim/Event/Leave: 7224525
NoteSubject : Other Called
Other Subject : APPEAL
Text: [07/19/2019 - BEAUPAIN, LOIS]ATTY OFFICE CALLED TO CONFIRM THE APPEAL DEADLINE. REVIEWED FILE AND DENIAL LETTER 2/28/19 APPEAL DEADLINE 8/26/19. PRIOR AA HAD THIS INCORRECT. ADV OF CORRECT APPEAL DEADLINE AND ADV IF THEY NEED AN EXT PASSED 8/26/19 THEY WOULD NEED TO SUBMIT REQUEST IN WRITING. ADV BASED ON THE DENIAL/.CLOSURE LETTER IT'S 180 DAYS FROM THE DATE OF THE LETTER. SHE SAID OK AND HAD NO OTHER QUESTIONS.

**07/09/2019 12:54 PM - PHONE Note 27**
Claim/Event/Leave: 7224525
NoteSubject : Called Other
Other Subject : ATTY APPEAL
Text: [07/09/2019 - BEAUPAIN, LOIS]FOR FOLLOW UP - SPOKE TO JACKIE AND ADV OF 180 DAY DEADLINE 10/4/19 -- LTD & WOP ASSIGN. SHE TRIED TO SEE IF PARALEGAL WAS AVAILABLE BUT SHE WAS NOT. PROVIDED PHONE FOR ANY QUESTIONS

**05/24/2019 7:24 PM - CLAIM Note 110**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : VNDR PMT
Text: [05/24/2019 - THEOFRASTOU, ELIZABETH]INVOICE RECEIVED ON 5/4/19 FROM RELEASEPOINT. INV #709759, IN THE AMOUNT OF $ 78.21 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**05/06/2019 2:32 PM - CLAIM Note 109**
Claim/Event/Leave: 7224525
NoteSubject : Appeal
Other Subject : REASSIGNED
Text: [05/06/2019 - GAUTHIER, MEGAN]TO LOIS BEAUPAIN

**04/04/2019 1:59 PM - CLAIM Note 108**

Claim/Event/Leave: 7224525
NoteSubject : Appeal
Other Subject : PRE-SCREEN COMPLETE
Text: [04/04/2019 - GAUTHIER, MEGAN]CON LTD ERISA CLAIM REC'D 10/11/16. CLAIM CLOSED NTD AO; LTR SENT 2/28/19. 180 DAY APPEAL TIMEFRAME FROM CID OF 4/8/19 -- 10/4/19 DEADLINE. JD/AUTH ON FILE. ON 3/5/19, REC'D REQ FOR CCF FROM ATTY (SENT BY ADCM) W/ NOTICEOF INTENT TO APPEAL. AA TO HOLD CLAIM THROUGH RECEIPT OF COMPLETE APPEAL. APPEAL ACK TO ATTY - INTENT TO APPEAL.

**04/02/2019 6:59 AM - CLAIM Note 107**
Claim/Event/Leave: 7224525
NoteSubject : Appeal
Other Subject : REC'D
Text: [04/02/2019 - GAUTHIER, MEGAN]ASSIGNED TO CORIE GILLHAM[04/03/2019 - GAUTHIER, MEGAN]EDIT: ASSIGNED TO MEGAN GAUTHIER

**04/02/2019 2:28 AM - CLAIM Note 106**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 4/1/2019 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**04/01/2019 6:32 PM - CLAIM Note 105**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Appeals
Other Subject :
Text: [04/01/2019 - INGRAM, KEAHTI]REFERRED TO ARU

**04/01/2019 6:31 PM - CLAIM Note 104**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject :
Text: [04/01/2019 - INGRAM, KEAHTI]RECEIVED REQUEST FROM ARU TO REFER TO APPEALS UNIT, APPEAL HAS BEEN RECEIVED ON LIFE CLAIM

**03/18/2019 12:45 PM - OVERPMT Note 3**
Claim/Event/Leave: 7224525
NoteSubject : OP/SS
Other Subject : SS PENDING
Text: [03/18/2019 - CHAPUT, CHRISTINE]FILE RECEIVED AS A CLOSED CLAIM WITH SS PENDING. SENT LETTER TO CLAIMANT TO CONTACT LINCOLN IMMEDIATELY UPON RECEIPT OF AWARD LETTER. SS PENDING FILE CLOSED AT THIS TIME. IF AWARD INFO PROVIDED, REFERRAL WILL BE REOPENED TO CALCULATE OVERPAYMENT.

**03/14/2019 10:31 AM - CLAIM Note 103**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : COPY SHIPPED
Text: [03/14/2019 - BOWMAN, CASEY]THUMB DRIVE COPY OF CORRESPONDENCE, DOC LIST, CLAIM NOTES, COVERSHEET, AND LTD POLICY SHIPPED TO ROY LAW ATTN: CHRIS ROY, ESQ. 1000 SW BROADWAY SUITE 1740, PORTLAND, OR 97205 VIA 2ND DAY AIR

**03/12/2019 2:28 AM - CLAIM Note 102**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY PENDING HAS BEEN RECEIVED AND ASSIGNED TO CHRISTIE CHAPUT.

**03/12/2019 2:27 AM - CLAIM Note 101**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY PENDING.WITH A REASON OF .COMMENTS: PLEASE SEE PENDED SS

**03/11/2019 8:25 AM - CLAIM Note 100**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject :
Text: [03/11/2019 - INGRAM, KEAHTI]SENT COPY REQUEST TO SEND CLAIM FILE TO ATTY

**03/11/2019 7:58 AM - CLAIM Note 99**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject :
Text: [03/11/2019 - INGRAM, KEAHTI]RECEIVED LETTER FROM ATTY- REQUEST CLAIM FILE

**02/28/2019 2:26 PM - CLAIM Note 98**
Claim/Event/Leave: 7224525
NoteSubject : LTR to Atty
Other Subject : CLOSURE
Text: [02/28/2019 - INGRAM, KEAHTI]MAILED LETTER TO ATTY

**02/26/2019 2:51 PM - CLAIM Note 97**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [02/26/2019 - BELL, CHE]AGREE W/RECOMMENDATION

**02/26/2019 12:10 PM - CLAIM Note 96**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : M1-CLOSE CID
Text: [02/26/2019 - INGRAM, KEAHTI]LDW 10/7/16, DOD 10/8/16, BBD 4/6/17, CID 4/6/19, 47 YOM, MACHINE OPERATOR, MEDIUM OCC, EE REPORTED OOW DUE TO WORK RELATED KNEE INJURY DATED 9/4/16, EE SUBJECT TO PRE-EX, NP DUE 4/13/17, CLAIM WAS DENIED FTPP,OUTSTANDING RECORDS RECEIVED FROM ATTY, PRE-EX RULED OUT FOR WC INJURY, CP REVIEW DATED 12/15/17 CONCLUDED LIGHT R/LS SUPPORTED FROM 10/8/16-4/8/17, CLAIM CLOSED 4/9/17, DECISION OVERTURNED IN APPEALS AS MEDICAL REVIEW SUPPORTED SED R/LS, TSA RECEIVED WITHALTERNATE OCCS, RECOMMEND CLAIM BE CLOSED AT CID

**02/19/2019 6:58 PM - CLAIM Note 95**
Claim/Event/Leave: 7224525
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [02/19/2019 - WILLIAMS, HALEY]RCVD REFERRAL FOR A TSA REPORT; COMPLETED TSA AND PLACED IN S1 WITH NOTIFICATION TO DCM. ALTERNATIVE OCCS WERE IDENTIFIED.

**02/19/2019 2:26 PM - CLAIM Note 94**
Claim/Event/Leave: 7224525
NoteSubject : Med Records Rcvd
Other Subject : KNOWLTON
Text: [02/19/2019 - INGRAM, KEAHTI]RECEIVED MR DATED 8/31/2017-12/19/2018

**02/19/2019 12:47 PM - CLAIM Note 93**
Claim/Event/Leave: 7224525
NoteSubject : Medical Status
Other Subject :
Text: [02/19/2019 - INGRAM, KEAHTI]RECEIVED NOTICE FROM RELEASEPOINT - AUTH NEEDED FOR RECORDS FROM PEACEHEALTH

**02/12/2019 2:30 AM - CLAIM Note 92**
Claim/Event/Leave: 7224525
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 2/11/2019-REFERRAL RECEIVED BY VCM AND ASSIGNED TO WILLIAMS, HALEY. CLAIM/AS EVENT IS PENDING REVIEW.

**02/08/2019 2:30 AM - CLAIM Note 91**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 2/7/2019 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**02/07/2019 3:39 PM - CLAIM Note 90**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Voc Rehab
Other Subject :
Text: [02/07/2019 - INGRAM, KEAHTI]REFER FOR TSA

**01/30/2019 11:28 AM - CLAIM Note 89**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : RELEASEPOINT
Text: [01/30/2019 - INGRAM, KEAHTI]REFERRED FOR RECORDS FROM PEACE HEALTH DATED 1/1/17-PRESENT

**01/30/2019 11:26 AM - PHONE Note 26**
Claim/Event/Leave: 7224525
NoteSubject : Called AP
Other Subject : PEACE HEALTH
Text: [01/30/2019 - INGRAM, KEAHTI]S/W GUS, UNABLE TO CONFIRM DOS OVER THE PHONE, REQUEST NEEDS TO BE FAXED TO 360-527-9383

**01/30/2019 11:13 AM - PHONE Note 25**
Claim/Event/Leave: 7224525
NoteSubject : Called AP
Other Subject : OREGON MEDICAL GROUP
Text: [01/30/2019 - INGRAM, KEAHTI]S/W ASHLEY, CONFIRMED EE LAST DOS WAS 10/5/17

**01/30/2019 11:09 AM - CLAIM Note 88**
Claim/Event/Leave: 7224525
NoteSubject : Medical Status
Other Subject : RELEASEPOINT
Text: [01/30/2019 - INGRAM, KEAHTI]MCKENZIE FAMILY PRACTICE- RECORDS ARE BEING REVIEWED FOR RELEASE BASED ON OUR REQUEST AND AUTHORIZATION. RELEASEPOINT WILL CONTINUE PHONE AND FAX FOLLOWUP UNTIL RECORDS ARE RELEASED: ** I CALLED 4105393434 SPOKE TO BRITTANY. LAST DAY OF SERVICE 3/10/2017 THIS IS WITH DR. CLAYTON DEAN.

**01/30/2019 11:08 AM - PHONE Note 24**
Claim/Event/Leave: 7224525
NoteSubject : Called Other
Other Subject : ROY LAW
Text: [01/30/2019 - INGRAM, KEAHTI]LVM MESSAGE FOR MALLORIE, ADVISED MR DUE BY 2/3/19

**01/30/2019 10:59 AM - CLAIM Note 87**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject :
Text: [01/30/2019 - INGRAM, KEAHTI]RECEIVED AQ, AUTH, CI, CSS, FIQ, TEE, RF DATED 1/24/19 FROM DR KNOWLTON

**01/22/2019 5:35 PM - CLAIM Note 86**
Claim/Event/Leave: 7224525
NoteSubject : LTR to EE
Other Subject : NP WARNING
Text: [01/22/2019 - INGRAM, KEAHTI]MAILED NP WARNING TO EE

**12/21/2018 1:32 PM - CLAIM Note 85**
Claim/Event/Leave: 7224525
NoteSubject : LTR to Atty
Other Subject : CID/NP DUE 2/3/19
Text: [12/21/2018 - INGRAM, KEAHTI]MAILED NP LETTER TO EE

**12/21/2018 12:53 PM - CLAIM Note 84**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : RELEASEPOINT
Text: [12/21/2018 - INGRAM, KEAHTI]REFERRED FOR RECORDS FROM DR KNOWLTON FROM 1/1/17-PRESENT

**11/12/2018 9:45 PM - CLAIM Note 83**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : A/O REVIEW
Text: [11/12/2018 - ALFORD, DANIELLE]DCM COMPLETED A/O REVIEW. AGREE W/ ACTION PLAN. RECOMM. OBTAINING UPDATED LTD CLAIM FORMS.

**10/24/2018 9:45 AM - CLAIM Note 82**
Claim/Event/Leave: 7224525
NoteSubject : LTR to Atty
Other Subject :
Text: [10/24/2018 - INGRAM, KEAHTI]FAXED PAYMENT BREAKDOWN TO ATTY

**10/23/2018 6:24 AM - CLAIM Note 81**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : LTR REC'D FROM ATTY
Text: [10/23/2018 - KING, JERRONDA]LETTER REC'D FROM ATTY AGAIN REQUESTING A DETAILED BREAKDOWN CALCULATING THE BACK BENEFIT AMOUNT, FORWARDED TO DCM K. INGRAM.

**10/12/2018 8:03 AM - PHONE Note 23**
Claim/Event/Leave: 7224525
NoteSubject : Called Other
Other Subject : ATTORNEY
Text: [10/12/2018 - INGRAM, KEAHTI]LVM FOR MALLORIE, REQUEST RTC TO CLARIFY WHAT INFORMATION IS NEEDED IN THE BREAKDOWN

**10/12/2018 6:24 AM - PHONE Note 22**
Claim/Event/Leave: 7224525

NoteSubject : Other Called
Other Subject : MALLORIE
Text: [10/12/2018 - KING, JERRONDA]4:08 PM MALLORIE, ROY LAW, CLAIM 7224525 SHE HAS BEEN TRYING TO GET A DETAILED BREAKDOWN FOR THE CHECK REC D FOR THE BACK BENEFITS, SHE HAS SENT A COUPLE OF REQUEST BY FAX TO KEAHTI INGRAM, SHE HAS BEEN WAITING ON A RESPONSE. (F) 855-344-1726 , HER DIRECT LINE IS 503-206-8033
[10/12/2018 - KING, JERRONDA]*****SENT REQUEST TO DCM TO REACH OUT TO MALLORIE AT ATTY'S OFFICE TODAY FOR AN UPDATE.

**10/04/2018 2:28 AM - CLAIM Note 80**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF OTHER HAS BEEN RECEIVED AND ASSIGNED TO ROBIN LAHUE.

**10/04/2018 2:27 AM - CLAIM Note 79**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR OTHER. COMMENTS: BREAKDOWN OF PAYMENT NEEDED FOR ATTY

**10/03/2018 1:28 PM - CLAIM Note 78**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [10/03/2018 - LAHUE, ROBIN]RECEIVED REFERRAL. REJECTED REFERRAL AS PAYMENT SERVICES DOES NOT HANDLE CORRESPONDENCE WITH ATTORNEY AND NOTIFIED DCM.

**10/01/2018 6:47 AM - CLAIM Note 77**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : ATTY REQUEST
Text: [10/01/2018 - KING, JERRONDA]ATTY LETTER REC'D ASKING FOR BREAKDOWN OF CHECK, FORWARDED TO DCM.

**09/24/2018 1:38 PM - CLAIM Note 76**
Claim/Event/Leave: 7224525
NoteSubject : Social Security
Other Subject :
Text: [09/24/2018 - INGRAM, KEAHTI]RECEIVED SS PROOF OF AP FROM ATTY

**09/20/2018 3:19 PM - PHONE Note 21**
Claim/Event/Leave: 7224525
NoteSubject : Other Called
Other Subject : ATTORNEY
Text: [09/20/2018 - INGRAM, KEAHTI]DARIN CALLED, DCM ADVISED PAYMENT WAS MAILED 9/18/18

**09/18/2018 11:54 AM - CLAIM Note 75**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : COPY JOB
Text: [09/18/2018 - PILAR, SARAH]COMPLETE COPY OF LTD/WOP CLAIM FILE ON THUMB DRIVE SENT TO ATTY VIA UPS 2ND DAY 1Z24896X0297645459.

**09/18/2018 2:28 AM - CLAIM Note 74**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF REOPEN CLAIM (SUCCESSIVE/EXTENSION) HAS BEEN RECEIVED AND ASSIGNED TO KYLE FOWLER.

**09/18/2018 2:28 AM - CLAIM Note 73**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR REOPEN CLAIM (SUCCESSIVE/EXTENSION). BEN BEG:4/9/2017 BEN END:4/7/2019 COMMENTS: PLEASE EXTEND BENEFITS

**09/17/2018 2:30 PM - CLAIM Note 72**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [09/17/2018 - FOWLER, KYLE]REFERRAL RECEIVED AND SETUP PAYMENT FROM 4/9/17-4/7/2019 AS REQUESTED BY DCM. PAYMENT ABOVE AUTH - SENT TO MANAGEMENT FOR RELEASE.

**09/17/2018 12:41 PM - PHONE Note 20**
Claim/Event/Leave: 7224525
NoteSubject : Other Called
Other Subject :
Text: [09/17/2018 - INGRAM, KEAHTI]MALLORY WITH ATTY CALLED, DCM ADVISED PAYMENT IS STILL BEING CALCED, ADVISED EE IS NOT SS AWARDED

**09/11/2018 4:53 PM - OVERPMT Note 2**
Claim/Event/Leave: 7224525
NoteSubject : OP/WC
Other Subject : NO OVP DUE
Text: [09/11/2018 - TRELA, MICHELE]REVIEWED SETTLEMENT - $15000.00 - 35.00 AND 7562.99 ATTY FEES - $3652.01 /393.6 MONTH LIVE EXPECTANCY - $9.27 EFFECTIVE 4/11/18. ADDED OFFSET. BENEFITS ISSUED FOR 4/8/17 ONLY AT THIS TIME THEREFORE NO OVP DUE. SINCEOFFSET IN PLACE GO FORWARD - CLOSED REFERRAL.

**09/11/2018 1:50 PM - PHONE Note 19**
Claim/Event/Leave: 7224525
NoteSubject : Called Other
Other Subject : ATTY
Text: [09/11/2018 - MCCROREY, KHYA]MALLORY FROM ROY LAW CALLED TO F-UP ON PAY -- (503) 206-8033 ......... DCM CALL BACK AND LM FOR MALLORY THAT PSU STILL WORKING ON PAY

**09/06/2018 12:43 PM - PHONE Note 18**
Claim/Event/Leave: 7224525
NoteSubject : Called Other
Other Subject : ATTORNEY
Text: [09/06/2018 - INGRAM, KEAHTI]LVM FOR MALLORY, ADVISED PSU IS CALCING THE PAYMENT

**09/06/2018 12:35 PM - PHONE Note 17**
Claim/Event/Leave: 7224525
NoteSubject : Other Called
Other Subject : MALLORIE
Text: [09/06/2018 - KING, JERRONDA]T/C FROM ATTY S OFFICE, MALLORIE, (T) 503-206-8033 . MALLORIE WANTED TO KNOW THE STATUS OF THE CHECK FOR THIS CLAIM. THE DCM WAS UNAVAILABLE. ADVISED MALLORIE ARC WOULD REACH OUT TO DCM AND HAVE DCM TO F/U WITH MALLORIE.

**08/30/2018 8:16 PM - OVERPMT Note 1**
Claim/Event/Leave: 7224525
NoteSubject : OP/WC
Other Subject : REFERRAL
Text: [08/30/2018 - TRELA, MICHELE]REC'D REFERRAL DUE TO WC SETTLEMENT. SET FOLLOW UP TO REVIEW AND COMPLETE CALCULATION.

**08/30/2018 2:30 AM - CLAIM Note 71**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND WORKERS COMPENSATION (WC) HAS BEEN RECEIVED AND ASSIGNED TO MICHELE TRELA.

**08/29/2018 2:30 AM - CLAIM Note 70**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR WORKERS COMPENSATION (WC).WITH A REASON OF .COMMENTS: PLEASE REVIEW WC SETTLEMENT

**08/22/2018 12:11 PM - CLAIM Note 69**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : REQUEST WC INFO
Text: [08/22/2018 - INGRAM, KEAHTI]SENT EMAIL TO WC HANDLER TO REQUEST WC SETTLEMENT; SENT FAX TO EE ATTORNEY TO PROVIDE THIS INFORMATION ALSO

**08/17/2018 9:40 AM - CLAIM Note 68**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : INITIAL BENE CALC
Text: [08/17/2018 - ALEX, KRYSTAL]SET UP SCHEDULED PAYMENT BASED ON PAYSTUB FROM ER W/PPE 9/24/18: $19.38 HRLY * 40 HRS PER ER * 52 / 12= $3,359.20 BME. THE BENEFIT IS 60% OR $2,015.52. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**08/10/2018 8:08 AM - CLAIM Note 67**
Claim/Event/Leave: 7224525
NoteSubject : Other

NoteSubject : Other
Other Subject : PAYMENT SERVICES
Text: [08/10/2018 - ALEX, KRYSTAL]EMAILED ER FOR SALARY

**08/10/2018 2:28 AM - CLAIM Note 66**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO KRYSTAL ALEX.

**08/10/2018 2:27 AM - CLAIM Note 65**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: CALCS

**08/09/2018 2:28 AM - CLAIM Note 64**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF REOPEN CLAIM (SUCCESSIVE/EXTENSION) HAS BEEN RECEIVED AND ASSIGNED TO BRENDAN BLAIR.

**08/09/2018 2:28 AM - CLAIM Note 63**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR REOPEN CLAIM (SUCCESSIVE/EXTENSION). BEN BEG:4/9/2017 BEN END:4/7/2019 COMMENTS: PLEASE SCHEDULE AND ISSUE BENEFITS

**08/08/2018 8:46 PM - CLAIM Note 62**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : PAYMENT SERVICES
Text: [08/08/2018 - BLAIR, BRENDAN]REF RECVD AND DID NOT SCHEDULE PMT AS NO INITIAL WAS EVER COMPLETED. EMAILED DCM TO SCORE NEW REF.

**08/08/2018 9:14 AM - CLAIM Note 61**
Claim/Event/Leave: 7224525
NoteSubject : LTR to Atty
Other Subject : SS PROOF DUE 9/21/18
Text: [08/08/2018 - INGRAM, KEAHTI]MAILED NP LETTER DUE 9/21/18

**08/08/2018 9:09 AM - CLAIM Note 60**
Claim/Event/Leave: 7224525
NoteSubject : Action Plan
Other Subject : RTW AO APR 2019
Text: [08/08/2018 - INGRAM, KEAHTI]LDW 10/7/16, DOD 10/8/16, BBD 4/6/17, CID 4/6/19, 47 YOM, MACHINE OPERATOR, MEDIUM OCC, EE REPORTED OOW DUE TO WORK RELATED KNEE INJURY DATED 9/4/16, EE SUBJECT TO PRE-EX, NP DUE 4/13/17, CLAIM WAS DENIED FTPP,OUTSTANDING RECORDS RECEIVED FROM ATTY, PRE-EX RULED OUT FOR WC INJURY, CP REVIEW DATED 12/15/17 CONCLUDED LIGHT R/LS SUPPORTED FROM 10/8/16-4/8/17, CLAIM CLOSED 4/9/17, DECISION OVERTURNED IN APPEALS AS MEDICAL REVIEW SUPPORTED SED R/LS, GOAL: RTW AO APR 2019, DCM WILL F/U FOR UPDATES AND CURRENT MEDICAL STATUS, NEED SS PROOF AND STATUS

**08/08/2018 6:38 AM - CLAIM Note 59**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : FAX / AUTH
Text: [08/08/2018 - KING, JERRONDA]FAX AND AUTH REC'D FROM ATTY ADVISING BENEFIT CHECKS RELEASED TO ATTY

**08/07/2018 2:23 PM - CLAIM Note 58**
Claim/Event/Leave: 7224525
NoteSubject : LTR to Atty
Other Subject : LTD / WOP
Text: [08/07/2018 - KING, JERRONDA]LETTER SENT TO ATTY ADVISING OF LTD OT AND 21 DAY REVIEW AND RESPONSE FOR THE WOP CLAIM WITH DEADLINE OF 8/27.

**08/01/2018 3:27 PM - CLAIM Note 57**
Claim/Event/Leave: 7224525
NoteSubject : Appeal
Other Subject : OUT
Text: [08/01/2018 - KING, JERRONDA]OVERTURN DENIAL. THE INFORMATION RECEIVED ON APPEAL SUPPORTS A LEVEL OF IMPAIRMENT TO PRECLUDE WORK CAPACITY. NOTIFIED ER, ATTY

**08/01/2018 2:25 PM - CLAIM Note 56**
Claim/Event/Leave: 7224525
NoteSubject : Appeal
Other Subject : REVIEW
Text: [08/01/2018 - PATEL, PATRICIA]AGREE WITH APPEAL OT RECOMMENDATION

**08/01/2018 7:49 AM - CLAIM Note 55**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : MGMT
Text: [08/01/2018 - KING, JERRONDA]REFERRAL TO MGMT

**08/01/2018 7:47 AM - CLAIM Note 54**
Claim/Event/Leave: 7224525
NoteSubject : Peer Review
Other Subject :
Text: [08/01/2018 - KING, JERRONDA]CP REVIEW REC'D

**07/24/2018 2:28 AM - CLAIM Note 53**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 7/23/2018 - REFERRED TO CONSULTING PHYSICIAN FOR FULL REVIEW.

**07/23/2018 4:03 PM - CLAIM Note 52**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : ASSIGNMENT
Text: [07/23/2018 - KING, JERRONDA]FROM: GRP MKT MD REFERRAL SENT: MONDAY, JULY 23, 2018 3:25 PM TO: KING, JERRONDA <JERRONDA.KING@LIBERTYMUTUAL.COM> CC: GMKT MD REFERRAL PHOENIX <GMKT.MD.REFERRAL.PHO@LIBERTYMUTUAL.COM> SUBJECT: REFERRAL 7224525 - CUMMINS, MICHAEL - ASSIGNMENT NOTIFICATION THANK YOU FOR THIS REFERRAL. THE REFERRAL HAS BEEN ASSIGNED TO DEBORAH BALDEMOR MD IN THE PHOENIX OFFICE.

**07/23/2018 2:10 PM - CLAIM Note 51**
Claim/Event/Leave: 7224525
NoteSubject : Action Plan
Other Subject :
Text: [07/23/2018 - KING, JERRONDA]APPEAL REVIEW COMPLETED, CLAIM HAS BEEN REFERRED TO LMCP INTERNAL MEDICINE REVIEWER.

**07/13/2018 3:43 PM - CLAIM Note 50**
Claim/Event/Leave: 7224525
NoteSubject : Med Records Rcvd
Other Subject :
Text: [07/13/2018 - KING, JERRONDA]4 ATTACHMENTS REC'D WITH MEDICAL DOCUMENTATION, (1) 219 PAGES (2) 78 PAGES (3) 181 PAGES (4) 188 PAGES

**07/05/2018 7:20 AM - CLAIM Note 49**
Claim/Event/Leave: 7224525
NoteSubject : Appeal
Other Subject : ACTION PLAN
Text: [07/05/2018 - KING, JERRONDA]APPEAL RECEIVED AND IN PROCESS, INITIAL SCREEN COMPLETE, FURTHER ACTION PENDING COMPLETE REVIEW OF THE CLAIM FILE

**07/03/2018 3:42 PM - CLAIM Note 48**
Claim/Event/Leave: 7224525
NoteSubject : LTR to Atty
Other Subject : APPEAL ACK
Text: [07/03/2018 - GAUTHIER, MEGAN]ASSIGNED TO ARC

**07/03/2018 3:41 PM - CLAIM Note 47**
Claim/Event/Leave: 7224525
NoteSubject : Appeal
Other Subject : ASSIGNED TO ARC
Text: [07/03/2018 - GAUTHIER, MEGAN]CLAIM CLOSED NTD OO EFF 12/19/17. 180 DAY APPEAL TIMEFRAME; 6/26/18 DEADLINE. JD/AUTH ON FILE. SINCE CLAIM CLOSURE, REC'D REQUEST FOR CCF AND INTENT TO APPEAL FROM ROY LAW FIRM (SENT BY ADCM); NOA FROM ATTY; 137 PAGES OFMEDICAL RECORDS FROM MULT APS. DEADLINE HAS BEEN REACHED. ASSIGNED TO JERRONDA KING.

**07/03/2018 1:46 PM - CLAIM Note 46**
Claim/Event/Leave: 7224525
NoteSubject : Appeal
Other Subject : REFERRAL RECEIVED
Text: [07/03/2018 - MCKINNEY, SHARON]ASSIGNED TO MEGAN GAUTHIER

Text: [07/03/2018 - MCKINNEY, SHARON]ASSIGNED TO MEGAN GAUTHIER

**07/03/2018 2:29 AM - CLAIM Note 45**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 7/2/2018 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**07/02/2018 5:07 PM - CLAIM Note 44**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Appeals
Other Subject :
Text: [07/02/2018 - INGRAM, KEAHTI]SCORED TO ARU

**06/28/2018 11:57 AM - CLAIM Note 43**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [06/28/2018 - BELL, CHE]AGREE W/REF TO ARU

**06/28/2018 11:23 AM - CLAIM Note 42**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : RECOMMEND TO ARU
Text: [06/28/2018 - INGRAM, KEAHTI]LDW 10/7/16, DOD 10/8/16, BBD 4/6/17, CID 4/6/19, 47 YOM, MACHINE OPERATOR, MEDIUM OCC, EE REPORTED OOW DUE TO WORK RELATED KNEE INJURY DATED 9/4/16, EE SUBJECT TO PRE-EX, NP DUE 4/13/17, CLAIM WAS DENIED FTPP,OUTSTANDING RECORDS RECEIVED FROM ATTY, RECOMMEND RULE OUT PRE-EX RULED OUT FOR WC INJURY, CP REVIEW DATED 12/15/17 CONCLUDED LIGHT R/LS SUPPORTED FROM 10/8/16-4/8/17, CLAIM CLOSED 4/9/17, APPEAL RECEIVED, RECOMMEND CLAIM BE REFERRED TO ARU

**06/28/2018 11:18 AM - CLAIM Note 41**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject :
Text: [06/28/2018 - INGRAM, KEAHTI]RECEIVED APPEAL FROM ATTY

**04/16/2018 12:31 PM - CLAIM Note 40**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/16/2018 - INGRAM, KEAHTI]RECEIVED INVOICE IN THE AMOUNT OF $460, DCM ISSUED PAYMENT TO DANE STREET

**02/14/2018 12:58 PM - PHONE Note 16**
Claim/Event/Leave: 7224525
NoteSubject : Called Other
Other Subject :
Text: [02/14/2018 - INGRAM, KEAHTI]LVM FOR ATTY, ADVISED THEY WILL NEED TO CONTACT WC ADJUSTER, PROVIDER NAME AND NUMBER FROM WC DENIAL LETTER ON FILE

**02/13/2018 7:56 AM - CLAIM Note 39**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject :
Text: [02/13/2018 - INGRAM, KEAHTI]SENT LETTER TO ATTY, WILL NEED TO CONTACT WC TO OBTAIN THE WC CLAIM FILE

**02/13/2018 7:52 AM - PHONE Note 15**
Claim/Event/Leave: 7224525
NoteSubject : Called Other
Other Subject : ATTY
Text: [02/13/2018 - INGRAM, KEAHTI]CALLED 503-719-5749 , NO ANSWER

**02/13/2018 7:51 AM - PHONE Note 14**
Claim/Event/Leave: 7224525
NoteSubject : Other Called
Other Subject :
Text: [02/13/2018 - INGRAM, KEAHTI]RECEIVED VMAIL FROM JACKIE FROM ATTY OFFICE, REQUESTING WC CLAIM FILE

**01/22/2018 7:48 AM - CLAIM Note 38**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : COPY SHIPPED
Text: [01/22/2018 - BOWMAN, CASEY]THUMB DRIVE COPY OF CORRESPONDENCE, DOC LIST, CLAIM NOTES, AND LTD POLICY SHIPPED TO ROY LAW 1000 SW BROADWAY SUITE 1740 PORTLAND, OR 97205 VIA 2ND DAY AIR

**01/10/2018 2:29 PM - CLAIM Note 37**

**01/10/2018 2:29 PM - CLAIM Note 37**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject :
Text: [01/10/2018 - INGRAM, KEAHTI]SENT COPY REQUEST FOR CLAIM FILE

**01/10/2018 2:23 PM - CLAIM Note 36**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject :
Text: [01/10/2018 - INGRAM, KEAHTI]RECEIVED CLAIM FILE REQUEST FROM ATTY

**01/05/2018 2:18 PM - CLAIM Note 35**
Claim/Event/Leave: 7224525
NoteSubject : LTR to Atty
Other Subject :
Text: [01/05/2018 - INGRAM, KEAHTI]MAILED CLOSURE TO ATTY

**01/05/2018 2:11 PM - PHONE Note 13**
Claim/Event/Leave: 7224525
NoteSubject : EE Called
Other Subject :
Text: [01/05/2018 - INGRAM, KEAHTI]DANIELLE W/ ATTY CALLED, ADVISED EE CONTACTED HER AND ADVISED HE GOT A LETTER BUT ATTY WAS NOT CONTACTED, DCM APOLOGIZED FOR THE ERROR, ADVISED WILL FAX CLOSURE LETTER

**12/30/2017 2:29 AM - CLAIM Note 34**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF REOPEN CLAIM (SUCCESSIVE/EXTENSION) HAS BEEN RECEIVED AND ASSIGNED TO ERIKA LINCOLN.

**12/30/2017 2:29 AM - CLAIM Note 33**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR REOPEN CLAIM (SUCCESSIVE/EXTENSION). BEN BEG:4/8/2017 BEN END:4/8/2017 COMMENTS: NEEDS PAY FOR 4/8/2017 ONLY

**12/29/2017 2:00 PM - CLAIM Note 32**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : PAYMENT ADJUSTMENT
Text: [12/29/2017 - CARMICHAEL, CHERYL]REOPEN REFERRAL RECD & SCHEDULED PAYMENT BENEFIT END DATE EXTENDED TO 04/08/17 AS REQUESTED BY DCM.

**12/29/2017 11:31 AM - PHONE Note 12**
Claim/Event/Leave: 7224525
NoteSubject : Called EE
Other Subject :
Text: [12/29/2017 - MCCROREY, KHYA]ADV OF APPROVAL / CLOSE FOR ONLY 4/8/2017[12/29/2017 - MCCROREY, KHYA]EE SAID THAT HE STILL REP BY ATTY. --

**12/29/2017 11:18 AM - CLAIM Note 31**
Claim/Event/Leave: 7224525
NoteSubject : LTR to EE
Other Subject : APPROVE/ CLOSE
Text: [12/29/2017 - MCCROREY, KHYA]LETTER MAILED TO EE[12/29/2017 - MCCROREY, KHYA].

**12/29/2017 10:29 AM - CLAIM Note 30**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [12/29/2017 - BELL, CHE]AGREE W/REOPEN, APPROVE AND CLOSE NTD

**12/21/2017 8:34 PM - CLAIM Note 29**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : M1
Text: [12/21/2017 - INGRAM, KEAHTI]LDW 10/7/16, DOD 10/8/16, BBD 4/6/17, CID 4/6/19, 46 YOM, MACHINE OPERATOR, PRESUMED MEDIUM OCC, EE REPORTED OOW DUE TO WORK RELATED KNEE INJURY DATED 9/4/16, EE SUBJECT TO PRE-EX, NP DUE 4/13/17, CLAIM WAS DENIED FTPP,OUTSTANDING RECORDS RECEIVED FROM ATTY, RECOMMEND RULE OUT PRE-EX RULED OUT FOR WC INJURY, CP REVIEW DATED 12/15/17 CONCLUDED LIGHT R/LS SUPPORTED FROM 10/8/16-4/8/17, RECOMMEND REOPEN AND APPROVE CLAIM[12/28/2017 - MCCROREY, KHYA]THEN CLOSE FOR NOTTD OO BEYOND 4/8/2017

**12/21/2017 8:26 PM - CLAIM Note 28**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject :
Text: [12/21/2017 - INGRAM, KEAHTI]RECEIVED PEER REVIEW

**12/08/2017 2:29 AM - CLAIM Note 27**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 12/7/2017 - REFERRED TO DANE STREET, LLC FOR PEER REVIEW.

**12/07/2017 10:29 AM - CLAIM Note 26**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject :
Text: [12/07/2017 - INGRAM, KEAHTI]REFERRED TO DANE ST FOR PMR REVIEW

**12/07/2017 10:10 AM - PHONE Note 11**
Claim/Event/Leave: 7224525
NoteSubject : Called Other
Other Subject : ATTY
Text: [12/07/2017 - INGRAM, KEAHTI]L;VM FOR DANIELLE AT 855-306-4313 , ADVISED CLAIM IS UNDER MEDICAL REVIEW

**12/07/2017 10:07 AM - PHONE Note 10**
Claim/Event/Leave: 7224525
NoteSubject : Other Called
Other Subject : VOICEMAIL
Text: [12/07/2017 - INGRAM, KEAHTI]RECEIVED VOICEMAIL FROM DANIELLE AT ATTY OFFICE, CALL BACK NUMBER TEL 855-306-4313

**10/16/2017 2:00 PM - CLAIM Note 25**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject :
Text: [10/16/2017 - INGRAM, KEAHTI]RECEIVED APPEAL FROM ATTY, WITH MEDICAL RECORDS DATED 10/2/15-4/3/17

**09/07/2017 11:07 AM - CLAIM Note 24**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject :
Text: [09/07/2017 - INGRAM, KEAHTI]RECEIVED DUPLICATE REQUEST FOR WC CLAIM FILE- FORWARD TO WC

**08/29/2017 2:25 PM - CLAIM Note 23**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject :
Text: [08/29/2017 - INGRAM, KEAHTI]FORWARDED ATTY REQUEST TO WC DEPARTMENT

**08/29/2017 2:24 PM - CLAIM Note 22**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject :
Text: [08/29/2017 - INGRAM, KEAHTI]RECEIVED REQUEST FROM EE ATTY FOR WC CLAIM DOCUMENTS

**08/16/2017 5:13 PM - PHONE Note 9**
Claim/Event/Leave: 7224525
NoteSubject : Called EE
Other Subject : ATTY
Text: [08/16/2017 - INGRAM, KEAHTI]RECEIVED VMAIL FROM JACKIE, CB# 503-206-4313 , DCM RTC AND LVM

**06/19/2017 10:22 AM - CLAIM Note 21**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject :
Text: [06/19/2017 - INGRAM, KEAHTI]RECEIVED NOTICE FROM EE ATTY, THEIR ADDRESS HAS CHANGED

**05/24/2017 3:25 PM - PHONE Note 8**
Claim/Event/Leave: 7224525
NoteSubject : ER Called
Other Subject :
Text: [05/24/2017 - INGRAM, KEAHTI]AVRIL WATT CALLED FROM ASTEC, ADVISED THEY RECEIVED NOTICE FROM EE ATTY, OBTAINED DCM EMAIL TO SEND DCM A COPY

OBTAINED DCM EMAIL TO SEND DCM A COPY

**05/18/2017 9:16 AM - CLAIM Note 20**
Claim/Event/Leave: 7224525
NoteSubject : Voc Rehab
Other Subject : LIFE TSA
Text: [05/18/2017 - HALL, NICOLE]COMPLETED LIFE TSA AND PLACED IN LIFE CLAIM.

**05/09/2017 2:18 PM - CLAIM Note 19**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : COPY SHIPPED
Text: [05/09/2017 - BOWMAN, CASEY]THUMB DRIVE COPY OF CORRESPONDENCE, DOC LIST, CLAIM NOTES, COVERSHEET, AND LTD POLICY SHIPPED TO ROY LAW ATTN: CHRIS ROY 520 SW YAMHILL STREET SUITE 212, PORTLAND, OR 97204 VIA 2ND DAY AIR

**05/09/2017 10:45 AM - CLAIM Note 18**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject :
Text: [05/09/2017 - INGRAM, KEAHTI]SENT REQUEST TO SEND CLAIM FILE TO ATTY, CHRIS ROY

**05/09/2017 10:17 AM - CLAIM Note 17**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject :
Text: [05/09/2017 - INGRAM, KEAHTI]RECEIVED FORMS- AUTH, CI, AQ, CSS, FIQ, TEE

**04/25/2017 5:25 PM - PHONE Note 7**
Claim/Event/Leave: 7224525
NoteSubject : EE Called
Other Subject : E SPOUSE
Text: [04/25/2017 - INGRAM, KEAHTI]RECEIVED VMAIL FROM EE SPOUSE, ADVISED EE HAD TO GO BACK OOW DUE TO HIS KNEE, WANTED TO KNOW HOW TO HAVE LTD CLAIM REOPENED, DCM ADVISED DENIAL LETTER 4/17/17 INDICATES CLAIM CLOSED FTPP AND OUTLINES WHAT INFORMATION IS NEEDED

**04/24/2017 1:04 PM - PHONE Note 6**
Claim/Event/Leave: 7224525
NoteSubject : EE Called
Other Subject : VOICEMAIL
Text: [04/24/2017 - INGRAM, KEAHTI]RECEIVED VMAIL FROM EE, ADVISED HE WAS RELEASED BY AP ON 4/10/17 FULL DUTY, IS NOW WITH A NEW EMPLOYER SO HE DOES NOT NEED LTD

**04/19/2017 7:52 AM - CLAIM Note 16**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : PMT SVC
Text: [04/19/2017 - CANNEY, ALISSA]INITIAL REFERRAL RECEIVED, HOWEVER, CLAIM HAS SINCE BEEN DENIED. REFERRAL CLOSED WITH NO ACTION TAKEN. DCM TO SCORE NEW INITIAL REFERRAL IF CLAIM IS TO REOPEN.

**04/18/2017 2:30 PM - CLAIM Note 15**
Claim/Event/Leave: 7224525
NoteSubject : LTR to EE
Other Subject : DENIAL
Text: [04/18/2017 - INGRAM, KEAHTI]MAILED LETTER TO EE

**04/18/2017 2:06 PM - PHONE Note 5**
Claim/Event/Leave: 7224525
NoteSubject : Called EE
Other Subject : LVM
Text: [04/18/2017 - INGRAM, KEAHTI]CALLED , LVM FOR RTC

**04/18/2017 8:30 AM - CLAIM Note 14**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [04/18/2017 - BELL, CHE]AGREE W/DENIAL FOR FTPP- UNABLE TO COMPLETE PRE-X INVESTIGATION. CLMT REPORTED WC INJURY; HOWEVER, WC WAS DENIED DUE TO LACK OF EVIDENCE OF A WORK RELATED ISSUE. IN REVIEW OF THE MASTERTRACE CANVASS, PAGE 8- FRED MEYER PHARMACY WAS IDENTIFIED, YET DOS UNCLEAR AS THEY NEEDED AN AUTH. FURTHERMORE, LTD FORMS REMAIN OUTSTANDING AS WELL. ALSO RECOMMEND UPDATING BBD TO 4/8/17.

**04/17/2017 3:51 PM - CLAIM Note 13**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : M1 DENY FTPP

Other Subject : M1-DENY FTPP
Text: [04/17/2017 - INGRAM, KEAHTI]LDW 10/7/16, DOD 10/8/16, BBD 4/6/17, CID 4/6/19, 46 YOM, MACHINE OPERATOR, EE REPORTED OOW DUE TO WORK RELATED KNEE INJURY DATED 9/4/16, EE SUBJECT TO PRE-EX, NP DUE 4/13/17, PHARMACY RECORDS OUTSTANDING, RECOMMEND CLAIMBE DENIED FTPP

**04/11/2017 4:19 PM - PHONE Note 4**
Claim/Event/Leave: 7224525
NoteSubject : Called ER
Other Subject : LVM
Text: [04/11/2017 - INGRAM, KEAHTI]RECEIVED VOICEMAIL FROM AVRIL, DCM RTC TO 541-988-9515, LVM THAT THERE IS OUTSTANDING MEDICAL AT THIS TIME

**03/29/2017 10:20 AM - CLAIM Note 12**
Claim/Event/Leave: 7224525
NoteSubject : Med Records Rcvd
Other Subject : KNOWLTON
Text: [03/29/2017 - INGRAM, KEAHTI]RECEIVED OVNS DATED 10/21/15-11/21/16

**03/27/2017 8:00 AM - CLAIM Note 11**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : PENDED REVIEW
Text: [03/27/2017 - LE GRAND, CHRISTOPHER]AGREE W/ FILE DIRECTION

**03/23/2017 2:33 PM - PHONE Note 3**
Claim/Event/Leave: 7224525
NoteSubject : Called EE
Other Subject :
Text: [03/23/2017 - INGRAM, KEAHTI]CALLED EE, ADVISED BIMART IS REQUESTING AUTH OR HAVE EE COME PICK UP THE PHARMACY RECORDS, EE ADVISED HE WILL CONTACT THEM, DCM ADVISED NP DUE 4/13/17

**03/23/2017 2:19 PM - PHONE Note 2**
Claim/Event/Leave: 7224525
NoteSubject : Other Called
Other Subject : BIMART
Text: [03/23/2017 - INGRAM, KEAHTI]REP CALLED, ADVISED AUTH NEEDED, OR EE CAN OBTAIN RECORDS HIMSELF

**03/16/2017 9:15 AM - CLAIM Note 10**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/16/2017 - INGRAM, KEAHTI]RECEIVED INVOICE FROM DR KNOWLTON IN THE AMOUNT OF 33.50, DCM ISSUED PAYMENT

**03/13/2017 5:18 PM - CLAIM Note 9**
Claim/Event/Leave: 7224525
NoteSubject : LTR to AP
Other Subject :
Text: [03/13/2017 - INGRAM, KEAHTI]RESENT MEDS REQ TO BIMART AND DR KNOWLTON

**03/13/2017 5:04 PM - CLAIM Note 8**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/13/2017 - INGRAM, KEAHTI]RECEIVED INVOICE FROM MASTERTRACE IN THE AMOUNT OF $575, DCM ISSUED PAYMENT

**03/13/2017 4:30 PM - CLAIM Note 7**
Claim/Event/Leave: 7224525
NoteSubject : Other
Other Subject : MASTERTRACE
Text: [03/13/2017 - INGRAM, KEAHTI]RECEIVED MASTERTRACE REPORT

**03/03/2017 10:09 AM - CLAIM Note 6**
Claim/Event/Leave: 7224525
NoteSubject : Med Records Rcvd
Other Subject : KOVACEVIC
Text: [03/03/2017 - INGRAM, KEAHTI]RECEIVED OVNS DATED 2/3/17, OVNS DATED 2/14/17

**03/01/2017 2:33 AM - CLAIM Note 5**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO ALISSA CANNEY

RECEIVED AND ASSIGNED TO ALISSA CANNEY.

**03/01/2017 2:33 AM - CLAIM Note 4**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: INITIAL CALCS

**02/28/2017 1:26 PM - CLAIM Note 3**
Claim/Event/Leave: 7224525
NoteSubject : LTR to AP
Other Subject : NP DUE 4/13/17
Text: [02/28/2017 - INGRAM, KEAHTI]MAILED NP LETTER

**02/28/2017 12:47 PM - CLAIM Note 2**
Claim/Event/Leave: 7224525
NoteSubject : LTR to AP
Other Subject :
Text: [02/28/2017 - INGRAM, KEAHTI]SENT REQUESTS TO BIMART AND DR KNOWLTON

**02/27/2017 4:28 PM - CLAIM Note 1**
Claim/Event/Leave: 7224525
NoteSubject : Ref to Other
Other Subject : MASTERTRACE
Text: [02/27/2017 - INGRAM, KEAHTI]REFERRED FOR MEDICAL CANVAS

**02/27/2017 4:07 PM - PHONE Note 1**
Claim/Event/Leave: 7224525
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [02/27/2017 - INGRAM, KEAHTI]CALLED EE, CONFIRM S1 INFO, 5'10 318 LBS, 46 YOM, ADVISED ON 9/4/16 HE INJURED HIS KNEE WHILE AT WORK WHILE GOING UP AND DOWN THE STAIRS, EE ADVISED HE TORE MENISCUS IN LEFT KNEE, WC IS DENIED, EE WAS OOW A FEW DAYS AFTER INJURY DATE AND THEN RTW ON LIGHT DUTY, WENT OOW FULLTIME ONCE WC WAS DENIED, SX WAS 11/22/16 W/ DR TUMAN, EE IS FOLLOWING UP WITH DR KOVACECIV, LOV ABOUT 2 WEEKS AGO, NOV 3/13/17, CURRENTLY DOING PT 2X WEEK WITH EMILY AT THERAPEUTIC ASSOCIATES TEL 541-484-9632 , NO COMORBIDS, EE ADVISED HE HAS A PCP BUT HE HAS NOT SEEN HIM IN ABOUT A YEAR, DR DAVID NOLTEN TEL 541-344-8225 , PHARMACY- BIMART TEL 541-463-1789 , EE ADVISED HE IS INSURED WITH BCBS OF TN, NO ERTW AT THIS TIME, EE IS A BURNER (MACHINE OPERATOR), LOAD/UNLOAD, STEEL, USE THE FORKLIFT, OVERHEAD CRANE, MARK PARTS, USE THE COMPUTER, 12 HOUR WORK DAYS, 3 DAYS WEEK, CLIMBING UP AND DOWN OFF A TABLE, OCCASIONAL LIFTING OVER 50 LBS, EE HAS BEEN WITH ER SINCE MARCH 2016, PRIOR TO ER EEWAS UNEMPLOYED FOR 6 MONTHS, PRIOR TO THAT EE WAS DOING SIMILAR WORK FOR ANOTHER STEEL COMPANY FOR ABOUT 10 YEARS, HIGHEST LEVEL OF EDUCATION- HS DIPLOMA, NO MILITARY SERVICE, SINGLE, NO CHILDREN, NO OTHER INCOME, DCM ADVISED OF PRE-EX, FORMS NEEDED,EE U/S

**02/21/2017 9:11 AM - POSSINV Note 1**
Claim/Event/Leave: 7224525
NoteSubject : Possible Pre-Ex
Other Subject :
Text: THIS CLAIM IS SUBJECT TO A PRE-EX INVESTIGATION. THE PRE-EX PROVISION IS 3-3-12, THE DOD FOR THIS CLAIMANT IS 10/08/2016, THE ELIGIBILITY DATE IS 05/01/2016, AND THE TRANSFER PROVISION IS YES. THEREFORE, MEDICAL MUST BE GATHERED AND REVIEWED FROM 02/01/2016 THROUGH THE PRESENT.[12/29/2017 - MCCROREY, KHYA] SEE REVIEW

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 7005450 **Accommodation Number**

**Note type:**

Primary Sort Order: Note Type; Note Number; ● Note Date/Time; Accm. No.

Sec ●

**10/21/2019 2:46 PM - CLAIM Note 36**
Claim/Event/Leave: 7005450
NoteSubject : Other
Other Subject : ADMIN
Text: [10/21/2019 - HOFFNER, FAYE]REQUEST FOR DOC LISTING ONLY TO BE SUBMITTED TO NMR: ROCKFORDIMEDEPARTMENT@EXAMWORKS.COM SUBMITTED TO REQUESTOR FOR REVIEW OF WHAT WAS PULLED. REQUESTOR STATED GOOD TO GO AND ADMIN SUBMITTED VIA ONE DRIVE, AS THE FILE WAS TOO LARGE FOR SECURE EMAIL. NO FURTHER ACTION NEEDED.

**02/14/2018 12:53 PM - CLAIM Note 35**
Claim/Event/Leave: 7005450
NoteSubject : Other
Other Subject :
Text: [02/14/2018 - INGRAM, KEAHTI]RECEIVED LETTER FROM ATTY

**05/09/2017 2:19 PM - CLAIM Note 34**
Claim/Event/Leave: 7005450
NoteSubject : Other
Other Subject : COPY SHIPPED
Text: [05/09/2017 - BOWMAN, CASEY]THUMB DRIVE COPY OF CORRESPONDENCE, DOC LIST, CLAIM NOTES, COVERSHEET, AND STD POLICY SHIPPED TO ROY LAW ATTN: CHRIS ROY 520 SW YAMHILL STREET SUITE 212, PORTLAND, OR 97204 VIA 2ND DAY AIR

**02/28/2017 11:31 AM - MDS Note**
Claim/Leave: 7005450
Episode #: 1
Nurse Name: LEWIS, JOYCE
Service #: 16373892
Service Date: 02/28/2017
Activity: PHONE CONTACT, CLAIMS
Contact Information: CLAIMS, KEAHTI, INGRAM
Note Type: ACTION PLAN DESCRIPTION
Text: CONSULT COMPLETE.

**02/28/2017 11:31 AM - MDS Note**
Claim/Leave: 7005450
Episode #: 1
Nurse Name: LEWIS, JOYCE
Service #: 16373892
Service Date: 02/28/2017
Activity: PHONE CONTACT, CLAIMS
Contact Information: CLAIMS, KEAHTI, INGRAM
Note Type: INFORMATION OBTAINED DESC
Text: CONSULT MEDICAL INFORMATION IN THE FILE IS SUPPORTIVE OF R&L S OF NO SQUATTING OR KNEELING THROUGH FOLLOW UP APPROXIMATELY 3/19/17 DUE TO CONTINUED DECREASED RANGE OF MOTION AND PAIN. THE CLMT HAD A RIGHT MENISCAL REPAIR ON 11/22/16. HE WAS SEEN IN FOLLOW UP ON 1/19/17 AND WAS NOT LONGER HAVING CATCHING OR SHARP PAIN IN HIS KNEE. HE HAS A PRESSURE TYPE SENSATION WITH SQUATTING OR USE OF THE LEG. HE HAD MILD TENDERNESS OF THE KNEE AND HAS FULL EXTENSION BUT SLIGHTLY LIMITED FLEXION BY 10-15 DEGREES.HE IS ABLE TO TOE RAISE WITHOUT PAIN IN HIS KNEE AND IS ABLE TO DO A PARTIAL SQUAT. HE FEELS HE HAS PLATEAUED IN THERAPY. HE REPORTS NO PAIN WITH REGULAR WALKING BUT HAS PAIN WITH KNEELING OR SQUATTING. IF NO RTW RECOMMEND GETTING UPDATED MEDICAL FROMPHYSICAL THERAPY AND FNP KOVACEVIC.

**02/27/2017 4:27 PM - CLAIM Note 33**

Claim/Event/Leave: 7005450
NoteSubject : Ref to Managed Care
Other Subject :
Text: [02/27/2017 - INGRAM, KEAHTI]CONSULT-PLEASE PROVIDE R/LS AND DURATION

**02/27/2017 4:27 PM - CLAIM Note 32**
Claim/Event/Leave: 7005450
NoteSubject : Ref to Other
Other Subject : MASTERTRACE
Text: [02/27/2017 - INGRAM, KEAHTI]REFERRED FOR PHARMACY, MEDICAL CANVAS

**02/27/2017 4:10 PM - CLAIM Note 31**
Claim/Event/Leave: 7005450
NoteSubject : Med Records Rcvd
Other Subject :
Text: [02/27/2017 - INGRAM, KEAHTI]RECEIVED OVNS DATED 2/14/17

**02/17/2017 7:55 AM - CLAIM Note 30**
Claim/Event/Leave: 7005450
NoteSubject : Escalation
Other Subject : ASSIGNED
Text: [02/17/2017 - LE GRAND, CHRISTOPHER]ASSIGNED TO K. INGRAM

**02/16/2017 10:16 AM - CLAIM Note 29**
Claim/Event/Leave: 7005450
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [02/16/2017 - ROBINSON, DANIELLE]AGREE WITH ESCALATION TO LTD

**02/15/2017 11:30 AM - CLAIM Note 28**
Claim/Event/Leave: 7005450
NoteSubject : Escalation
Other Subject : TO LTD
Text: [02/15/2017 - ALLEN, KARLA]EE IS 56 YO M FAB MACHINE OPERATOR W/ MEDIUM JOB DUTIES. LDW 10/7 DOD 10/8, ACCIDENT DATE 10/7. WC CLAIM DENIED, DENIAL IN DOC LIST. DX: TORN MENISCUS. EE HAD SX ON 11/22 FOR MENISCUS REPAIR, CURRENTLY IN RECOVERY AT THIS TIME. LOV WITH AP KOVACEVIC WAS 2/14, RTW PLANS UNKNOWN. MEDICAL ON FILE THRU 1/19, UPDATED MEDICAL AND PT NOTES HAVE BEEN REQUESTED. EE'S NOV IN 4 WEEKS AND IS TO CONTINUE PT UNTIL THEN.

**02/15/2017 11:27 AM - CLAIM Note 27**
Claim/Event/Leave: 7005450
NoteSubject : Notice/Proof Review
Other Subject : ONGOING
Text: [02/15/2017 - ALLEN, KARLA]ONGOING NP LETTER SENT TO EE FOR RECORDS FROM AP KOVACEVIC AND CASCADE HEALTH SOLUTIONS DOS 2/1-P DAY 7 2/21 DAY 21 3/7 DAY 45 3/31 DAY 46 4/3

**02/15/2017 11:27 AM - CLAIM Note 26**
Claim/Event/Leave: 7005450
NoteSubject : LTR to AP
Other Subject : MULTIPLE
Text: [02/15/2017 - ALLEN, KARLA]REQUEST FOR RECORDS TO AP KOVACEVIC AND CASCADE HEALTH (PT NOTES) DOS 2/1-P

**02/15/2017 11:20 AM - PHONE Note 22**
Claim/Event/Leave: 7005450
NoteSubject : Called EE
Other Subject :
Text: [02/15/2017 - ALLEN, KARLA]CALLED EE FOR UPDATE ON 2/14 OV. EE STATES AP TOLD EE TO DO MORE PHYSICAL THERAPY. WANTS TO SEE EE AGAIN IN 3-4 WEEKS. APPROX. 3/13. RTW PLANS HAVE NOT BEEN DISCUSSED. ADV WILL GET OVN FROM DR. K AND ADV OF ESCALATION TO LTD AT THIS TIME. EE THANKED, NO QUESTIONS.

**02/07/2017 8:50 PM - CLAIM Note 25**
Claim/Event/Leave: 7005450
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [02/07/2017 - ROBINSON, DANIELLE]AGREE WITH HOLDING UNTIL AFTER NOV ON 2/14. IF NO RTW, RECOMMEND REQ MED RECS AND RE-REFER FOR ESCALATION TO LTD

**02/07/2017 4:53 PM - CLAIM Note 24**
Claim/Event/Leave: 7005450
NoteSubject : Escalation
Other Subject : HOLD
Text: [02/07/2017 - ALLEN, KARLA]RECOMMEND HOLD UNTIL UPDATE FROM NOV

**02/02/2017 1:29 PM - PHONE Note 21**
Claim/Event/Leave: 7005450
NoteSubject : Called AP
Other Subject : KOVACEVIC
Text: [02/02/2017 - ALLEN, KARLA]CALLED APO FOR EE'S NOV DATE. LOV 1/19, NOV 2/14 AT 12:40PM

**01/26/2017 8:22 AM - CLAIM Note 23**
Claim/Event/Leave: 7005450
NoteSubject : Extended Benefits
Other Subject : THRU 2/14
Text: [01/26/2017 - ALLEN, KARLA]BASED ON LOV, SX PERFORMED AND EE'S JOB, DCM FINDS IT REASONABLE TO EXTEND BENEFITS FOR ADDITIONAL 4 WEEKS FOR CONTINUED PARTICIPATION IN PT TO ALLOW FOR STRENGTH TRAINING AND ROM IMPROVEMENTS AND TO BE RECHECKED BY DR K. WILL F/U FOR EXACT DATE OF NOV AS 2/14 IS TENTATIVE AND IF NO RTW AFTER NOV, WILL OBTAIN UPDATED NOTES AS WELL AS PT NOTES FOR MDS REVIEW

**01/26/2017 8:20 AM - CLAIM Note 22**
Claim/Event/Leave: 7005450
NoteSubject : Med Records Rcvd
Other Subject : KOVACEVIC
Text: [01/26/2017 - ALLEN, KARLA]1/19 OVN

**01/25/2017 1:10 PM - CLAIM Note 21**
Claim/Event/Leave: 7005450
NoteSubject : LTR to AP
Other Subject : KOVACECIV
Text: [01/25/2017 - HARRINGTON, SUSAN]FAXED TO (541) 228-3109 ATTN. SHELBY 2ND REQUEST FOR RECORDS 1/19/17-PRESENT, DUE DATE 1/31/17.

**01/25/2017 1:07 PM - PHONE Note 20**
Claim/Event/Leave: 7005450
NoteSubject : Called AP
Other Subject : KOVACECIV
Text: [01/25/2017 - HARRINGTON, SUSAN]CALLED (541) 228-3100 TO F/U FAXED LTR DATED 1/20/17 REQUESTING RECORDS 1/19/17-PRESENT. TXD TO VM OF SHELBY. LVM FOR SHELBY WITH DATES OF RECORDS REQUESTED AND DCM CONTACT INFO.

**01/20/2017 12:55 PM - CLAIM Note 20**
Claim/Event/Leave: 7005450
NoteSubject : Notice/Proof Review
Other Subject : ONGOING: KOVACEVIC
Text: [01/20/2017 - ALLEN, KARLA]ONGOING NP LETTER SENT TO EE FOR RECORDS FROM AP KOVACEVIC DOS 1/19-P DAY 7 1/26 DAY 21 2/9 DAY 45 3/5 DAY 46 3/6

**01/20/2017 12:55 PM - CLAIM Note 19**
Claim/Event/Leave: 7005450
NoteSubject : LTR to AP
Other Subject : KOVACEVIC
Text: [01/20/2017 - ALLEN, KARLA]REQUEST FOR 1/19 OVN

**01/20/2017 12:51 PM - PHONE Note 19**
Claim/Event/Leave: 7005450
NoteSubject : Called EE
Other Subject :
Text: [01/20/2017 - ALLEN, KARLA]CALLED EE FOR UPDATE ON 1/19 OV WITH DR. K. ADV AP SAID FINISH PHYSICAL THERAPY. EE STATES LAST PT IS 1/27 OF THIS MONTH. DR. K WANTS TO SEE EE AGAIN IN 4 WEEKS (APPROX. 2/14). ADV WILL SEND REQUEST FOR YESTERDAY'S NOTES.

**01/19/2017 10:40 AM - CLAIM Note 18**
Claim/Event/Leave: 7005450
NoteSubject : Other
Other Subject : EXCEPTION
Text: [01/19/2017 - ALLEN, KARLA]ASSESS CLINICAL RESOURCE REFERRAL - WILL CONSIDER IF NO RTW AFTER 1/19 OV

**01/06/2017 3:27 PM - CLAIM Note 17**
Claim/Event/Leave: 7005450
NoteSubject : Extended Benefits
Other Subject : THRU 1/19
Text: [01/06/2017 - ALLEN, KARLA]EXTENDED THRU OV WITH DR K ON 1/19

**01/06/2017 3:27 PM - PHONE Note 18**
Claim/Event/Leave: 7005450
NoteSubject : Called AP
Other Subject : KOVACEVIC
Text: [01/06/2017 - ALLEN, KARLA]CALLED AP OFFICE TO CX OV DATE. CONFIRMED EE'S OV IS ON 1/19 AT 10:30 AM

**01/06/2017 3:23 PM - PHONE Note 17**
Claim/Event/Leave: 7005450
NoteSubject : EE Called
Other Subject : VM
Text: [01/06/2017 - ALLEN, KARLA]EE LVM STATING HE JUST FINISHED PT AND THEY ARE FAXING NOTES OVER, NOV WITH DR. K IS SCHEDULED FOR 1/19.

**01/06/2017 2:54 PM - CLAIM Note 16**
Claim/Event/Leave: 7005450
NoteSubject : Med Records Rcvd
Other Subject : KOVACEVIC
Text: [01/06/2017 - ALLEN, KARLA]10/25 OVN

**01/05/2017 2:15 PM - PHONE Note 16**
Claim/Event/Leave: 7005450
NoteSubject : Called EE
Other Subject : DAY 7
Text: [01/05/2017 - ALLEN, KARLA]CALLED EE TO ADV PT NOTES ARE STILL OUTSTANDING AND 2 REQUESTS HAVE BEEN SENT. EE SAYS HE HAS APPOINTMENT TOMORROW AND WILL F/U WITH PT TO SEND NOTES. PROVIDED FAX NUMBER. EE STATED HE CANNOT MAKE HIS AP OFFICE SEND OVER NOTES BUT HE WILL CALL THEM. DCM THANKED.

**01/04/2017 11:39 AM - CLAIM Note 15**
Claim/Event/Leave: 7005450
NoteSubject : LTR to AP
Other Subject : CASCADE HEALTH
Text: [01/04/2017 - FRANCIS, CHRISTOPHER]FAXED SUBSEQUENT MEDICAL RECORDS REQUEST TO CASCADE HEALTH SOLUTIONS, ATTN.: MEDICAL RECORDS, FOR OFFICE NOTES AND TEST RESULTS FROM 11/1/16 TO PRESENT. REQUESTED MEDICAL RECORDS BE SENT BY 1/11/17.

**01/04/2017 11:39 AM - PHONE Note 15**
Claim/Event/Leave: 7005450
NoteSubject : Called AP
Other Subject : CASCADE HEALTH
Text: [01/04/2017 - FRANCIS, CHRISTOPHER]CALLED CASCADE HEALTH SOLUTIONS (PHONE # 541-228-3000) TO CONFIRM RECEIPT OF MEDICAL RECORDS REQUEST FOR DATES 11/1/16 TO PRESENT. I HAD TO LEAVE A MESSAGE WITH REQUESTING A RETURN CALL TO THE DCM ADVISING OF THE STATUS OF THIS REQUEST.

**12/30/2016 12:30 PM - CLAIM Note 14**
Claim/Event/Leave: 7005450
NoteSubject : Notice/Proof Review
Other Subject : ONGOING: CASCADE
Text: [12/30/2016 - ALLEN, KARLA]ONGOING NP LETTER SENT TO EE FOR PT NOTES FROM CASCADE HEALTH DOS 11/1-P DAY 7 1/4 DAY 21 1/18 DAY 45 2/11 DAY 46 2/13

**12/30/2016 12:28 PM - CLAIM Note 13**
Claim/Event/Leave: 7005450
NoteSubject : LTR to AP
Other Subject : CASCADE HEALTH
Text: [12/30/2016 - ALLEN, KARLA]REQUEST FOR PT NOTES 11/1-P

**12/30/2016 12:16 PM - PHONE Note 14**
Claim/Event/Leave: 7005450
NoteSubject : Called EE
Other Subject :
Text: [12/30/2016 - ALLEN, KARLA]CALLED EE TO CHECK ON PT YESTERDAY. EE SAID HE IS TO DO 4 MORE WEEKS OF PT, DOES NOT KNOW ANY OV'S WITH SURGEON OR DR. K SCHEDULED AT THIS TIME. DOES NOT KNOW IF HE WILL BE REFERRED BACK TO THEM OR NOT. ADV WILL SEND REQUEST FOR PT NOTES AT THIS TIME AND CONTACT ONCE THEY HAVE BEEN RECEIVED. EE THANKED.

**12/28/2016 2:23 PM - PHONE Note 13**
Claim/Event/Leave: 7005450
NoteSubject : Called EE
Other Subject :
Text: [12/28/2016 - ALLEN, KARLA]CALLED EE FOR UPDATE ON RECOVERY, PT PROGRESS AND RTW PLANS. ADV STILL PARTICIPATING IN PT, EE DOES NOT HAVE ANY FUTURE OV'S WITH DR. TUMAN, EE IS TO DO PT FOR 6 WEEKS. TOMORROW IS LAST DAY OF PT, THEN WILL REEVALUATE EE TOMORROW. ADV WILL F/U AT END OF WEEK TO SEE IF EE RELEASED TO RTW. NOT FOLLOWING UP WITH SURGEON ANY LONGER, FOLLOWING UP WITH DR. KOVACEVIC.

**12/01/2016 4:46 PM - CLAIM Note 12**
Claim/Event/Leave: 7005450
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [12/01/2016 - ROBINSON, DANIELLE]COMPLETED MGR REVIEW. 46 YR OLD FAB MACHINE OPERATOR 2, EST MED JD WITH LDW 10/07/2016 AND DOD 10/08/2016. ACCIDENT DATE 10/7/16. EE HAD WC CLAIM THAT WAS DENIED. OOW DUE TO

TORN MENISCUS IN RT KNEE. WC DENIAL LETTER RECVD. MEDICAL RECORDS RECVD THAT CONFIRMED DX AND SX PENDING. CLAIM EXTENDED AFTER CONFIRMING SX SCHEDULED FOR 11/22. AP CONFIRMED SX ON 11/22 AND POST OP ON 12/25. CLAIM EXTENDED THROUGH 1/2/17. AGREE WITH CLAIM MANAGEMENT.

**11/29/2016 2:37 PM - CLAIM Note 11**
Claim/Event/Leave: 7005450
NoteSubject : Extended Benefits
Other Subject : THRU 1/2
Text: [11/29/2016 - ALLEN, KARLA]BASED ON AP CONFIRMATION OF SX, REASONABLE TO EXTEND 6 WEEKS FROM SX DATE [11/29/2016 - ALLEN, KARLA]GIVEN EE'S JOB DUTIES AND SX PERFORMED (MENISCUS REPAIR), 6 WEEKS POST OP IS REASONABLE

**11/29/2016 2:37 PM - PHONE Note 12**
Claim/Event/Leave: 7005450
NoteSubject : Called EE
Other Subject :
Text: [11/29/2016 - ALLEN, KARLA]CALLED EE FOR CLARIFICATION ON POST OP - POST OP IS 12/5, RECOVERY TIME 6 WEEKS. ADV WILL EXTEND 6 WEEKS THRU 1/2

**11/29/2016 2:35 PM - PHONE Note 11**
Claim/Event/Leave: 7005450
NoteSubject : AP Called
Other Subject :
Text: [11/29/2016 - ALLEN, KARLA]HEATHER FROM AP OFFICE RETURNED CALL AND CONFIRMED EE HAD SX ON 11/22, FIRST POST OP IS 12/25 AND EE IS TO BE OOW AT LEAST THRU POST OP APPOINTMENT

**11/29/2016 11:16 AM - PHONE Note 10**
Claim/Event/Leave: 7005450
NoteSubject : Called AP
Other Subject : TUMAN
Text: [11/29/2016 - ALLEN, KARLA]CALLED AP OFFICE TO CONFIRM SX. LVM FOR KYLIE IN SX SCHEDULING, DCM LVM FOR RTC TO CX SX.

**11/28/2016 9:59 AM - PHONE Note 9**
Claim/Event/Leave: 7005450
NoteSubject : Called AP
Other Subject : TUMAN
Text: [11/28/2016 - ALLEN, KARLA]CALLED AP OFFICE TO CONFIRM SX. OFFICE IS CURRENTLY CLOSED.

**11/23/2016 10:43 AM - PHONE Note 8**
Claim/Event/Leave: 7005450
NoteSubject : Called AP
Other Subject : TUMAN
Text: [11/23/2016 - ALLEN, KARLA]CALLED AP OFFICE TO CX SX. OFFICE IS CURRENTLY CLOSED AT THIS TIME.

**11/09/2016 7:07 PM - CLAIM Note 10**
Claim/Event/Leave: 7005450
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [11/09/2016 - ROBINSON, DANIELLE]AGREE WITH CLAIM DURATION

**11/04/2016 11:32 AM - CLAIM Note 9**
Claim/Event/Leave: 7005450
NoteSubject : Extended Benefits
Other Subject : THRU 11/22
Text: [11/04/2016 - ALLEN, KARLA]REASONABLE TO EXTEND BENEFITS THRU SX DATE CONFIRMED W/ AP OFFICE

**11/04/2016 11:32 AM - PHONE Note 7**
Claim/Event/Leave: 7005450
NoteSubject : Called AP
Other Subject : TUMAN
Text: [11/04/2016 - ALLEN, KARLA]CALLED AP OFFICE TO CONFIRM SX DATE OF 11/22 FOR MENISCUS REPAIR. S/W KYLIE. CONFIRMED SCHEDULED FOR THIS DATE FOR MENISCUS REPAIR.

**11/04/2016 11:30 AM - PHONE Note 6**
Claim/Event/Leave: 7005450
NoteSubject : Called EE
Other Subject :
Text: [11/04/2016 - ALLEN, KARLA]CALLED EE TO SEE IF SX SCHEDULED YET - LVM FOR RTC. SX WILL BE ON 11/22 WITH DR. JEFFREY TUMAN. PRE-OP 11/16. SX WILL BE MENISCUS REPAIR, ERTW AFTER SX IS UNKNOWN AT THIS TIME. ADV WILL CALL AP OFFICE TO CONFIRM SX DATE THEN WILL EXTEND BENEFITS THRU SX DATE. EE THANKED.

**10/24/2016 2:57 PM - PHONE Note 5**
Claim/Event/Leave: 7005450

NoteSubject : EE Called
Other Subject :
Text: [10/24/2016 - ALLEN, KARLA]EE CALLED REGARDING LETTER RECEIVED IN MAIL. ADV INFO REQUESTED HAS BEEN RECEIVED AND TO DISREGARD LETTER. ADV OF APPROVAL FOR 6 WEEKS AND WILL F/U TO SEE IF SX IS SCHEDULED.

**10/24/2016 9:52 AM - CLAIM Note 8**
Claim/Event/Leave: 7005450
NoteSubject : Approved
Other Subject : THRU 11/18
Text: [10/24/2016 - ALLEN, KARLA]LDW: 10/7 DOD 10/8 DX: TORN MENISCUS. BASED ON OV NOTES RECEIVED CONFIRMING DX AS WELL AS EE IS TO HAVE SX PENDING INSURANCE AUTHORIZATION, REASONABLE TO APPROVE CLAIM FOR 6 WEEKS TO ALLOW FOR SX DATE TO BE SCHEDULED AS WELL AS RECOVERY TIME AFTER. DCM WILL CX SX WITH AP OFFICE TO EXTEND BENEFITS ONCE DATE IS KNOWN

**10/24/2016 9:50 AM - CLAIM Note 7**
Claim/Event/Leave: 7005450
NoteSubject : Med Records Rcvd
Other Subject : KOVACEVIC
Text: [10/24/2016 - ALLEN, KARLA]10/4 OVN

**10/19/2016 10:16 AM - CLAIM Note 6**
Claim/Event/Leave: 7005450
NoteSubject : Other
Other Subject : ICR TASK
Text: [10/19/2016 - ALLEN, KARLA]ICR TASK FLAGGED FOR SALARY DISCREPANCY - ER CONFIRMED SALARY IS 1550 MONTHLY

**10/18/2016 3:41 PM - CLAIM Note 5**
Claim/Event/Leave: 7005450
NoteSubject : Notice/Proof Review
Other Subject : INITIAL
Text: [10/18/2016 - ALLEN, KARLA]INITIAL N&P LETTER SENT TO EE FOR RECORDS FROM LISA KOVACEVIC DOS 10/1-PRESENT. DAY 7 10/24 DAY 21 11/7 DAY 45 12/1 DAY 46 12/2

**10/18/2016 3:34 PM - CLAIM Note 4**
Claim/Event/Leave: 7005450
NoteSubject : LTR to AP
Other Subject : KOVACEVIC
Text: [10/18/2016 - ALLEN, KARLA]REQUEST FOR RECORDS DOS 10/1-PRESENT

**10/18/2016 3:26 PM - PHONE Note 4**
Claim/Event/Leave: 7005450
NoteSubject : Called AP
Other Subject : KOVACEVIC
Text: [10/18/2016 - ALLEN, KARLA]CALLED AP OFFICE TO CX DX OF TORN MENISCUS. TRANSFERRED AGAIN TO VM OF KARA.
[10/18/2016 - ALLEN, KARLA]CALLED BACK TO OBTAIN FAX NUMBER - FAX NUMBER IS 541-228-3109

**10/17/2016 11:28 AM - PHONE Note 3**
Claim/Event/Leave: 7005450
NoteSubject : Called AP
Other Subject : KOVACEVIC
Text: [10/17/2016 - ALLEN, KARLA]CALLED AP OFFICE TO CONFIRM DX. DCM TRANSFERRED TO KAREN AT AP OFFICE. LVM FOR RTC.

**10/14/2016 4:10 PM - CLAIM Note 3**
Claim/Event/Leave: 7005450
NoteSubject : Other
Other Subject : WC DENIAL
Text: [10/14/2016 - ALLEN, KARLA]WC DENIAL RECEIVED AND ADDED TO DOC LIST

**10/14/2016 2:07 PM - PHONE Note 2**
Claim/Event/Leave: 7005450
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [10/14/2016 - ALLEN, KARLA]CONFIRMED S1 INFO. JOB: BURNER II. LDW: 10/7 DOD: 10/8 DX: TORN MENISCUS IN RT KNEE. EE WILL HAVE SX TO REPAIR IT BUT SX IS NOT SCHEDULED YET. WC WAS DENIED. EE WILL FAX OVER DENIAL LETTER. EE IS TREATING WITH LISA KOVACEVIC 541-228-3100. EE WILL HAVE SX WITH A DIFFERENT AP - JEFFREY TUMAN 541-485-8111. ERTW AFTER SX WILL BE 6 WEEKS. EE WILL SEE DR. KOVACEVIC ON 10/25. ADV WILL CONFIRM DX OVER PHONE WITH AP OFFICE THEN ONCE WC DENIAL AND INFO RECEIVED FROM ER (ERS) DCMWILL PROCESS CLAIM. EE THANKED AND HAD NFQ

**10/14/2016 1:28 PM - PHONE Note 1**
Claim/Event/Leave: 7005450
NoteSubject : Initial EE Interview
Other Subject : 1ST ATTEMPT

Other Subject : 1ST ATTEMPT
Text: [10/14/2016 - ALLEN, KARLA]CALLED EE FOR II ATTEMPT 1. LVM FOR RTC

**10/13/2016 12:39 PM - CLAIM Note 2**
Claim/Event/Leave: 7005450
NoteSubject : Initial Entry
Other Subject :
Text: [10/13/2016 - MENDUM, COURTNEY]PLEASE VERIFY DOD FIELD BLANK DEFAULT USED.

**10/11/2016 3:43 PM - CLAIM Note 1**
Claim/Event/Leave: 7005450
NoteSubject : Internet Intake
Other Subject : ADDITIONAL INFO
Text: WORKERS COMP CLAIM DENIED.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

CHRIS ROY
ROY LAW
1000 SOUTHWEST BROADWAY
SUITE 900
PORTLAND OR 97205

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5853

January 17, 2020

Chris Roy
Roy Law
1000 SOUTHWEST BROADWAY
SUITE 900
PORTLAND, OR 97205

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins

Dear Mr. Roy:

In response to your request dated January 13, 2020, enclosed is a complete copy of the claim file from March 14, 2019 (date last provided to your office) to the present.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Carignan
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16292
Secure Fax No.: (603) 334-5853

ROY LAW GROUP

**Roy Law Group**
**1000 SW Broadway**
**Suite 900**
**Portland, OR 97205**
**Tel: 503-206-4313 Fax: 855-344-1726**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Heather Carignan | **From:** | Kali Mustafa |
| **Fax:** | 1-603-334-5853 | **Date:** | January 13, 2020 05:22 PM |
| **Organization:** | Lincoln | | |
| **Subject:** | **Mike Cummins 7224525** | | |

Please see the attached request for Mr. Cummins' Post Appeal Claim File. If you have any questions, I can be reached directly at 503-265-8910.

Thank you

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

ROY LAW GROUP

1000 SW BROADWAY
SUITE 900
PORTLAND, OR 97205
503-206-4313
855-344-1726 FAX
ROYLAWGROUP.COM

January 13, 2020

**Via Email (603-334-5853)**

Heather Carignan
Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

**Re: Post-Appeal Claim File Request (ERISA)**
**Claim No. 7224525**
**Policy Holder Astec Industries, Inc.**

Dear Ms. Carignan:

We are the attorneys for Michael Cummins ("Client"). You already have an authorization on file allowing us to request documents and to communicate with you on Client's behalf.

Client hereby requests the following documents regarding their claim denial from [*insert date of initial*] to present, (in order to save paper please mail all requested documents on a CD in Adobe PDF form):

(1) All documents:

(a) relied on in making the benefit determination, including with-out limitation, all reports, notes, records, test results, correspondence and curriculum vitae of any independent medical examiner or re-viewer, functional capacity evaluator, transferable skills expert and/or vocational expert. See 29 C.F.R. § 2560.503-l(h)(2)(iii) and 29 C.F.R. § 2560.503-l(m)(8)(i);

(b) submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination. See 29 C.F.R. § 2560.503-l(h)(2)(iii) and 29 C.F.R. § 2560.503-l(m)(8)(ii);

(c) that demonstrate compliance with administrative processes and safeguards designed to ensure and to verify that benefit claims determinations are made in accordance with

governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants. See 29 C.F.R. § 2560.503-l(h)(2)(iii); 29 C.F.R. § 2560.503-l(m)(8)(iii); and 29 C.F.R. § 2560.503-l(b)(5);

(d) that constitute a statement of policy or guidance with respect to the plan concerning the denied benefit, without regard to whether such advice or statement was relied upon in making the benefit determination. See 29 C.F.R. § 2560.503-l(h)(2)(iii); 29 C.F.R. § 2560.503-l(m)(8)(iv); and 29 C.F.R. § 2560.503-l(g)(l)(v)(A);

(e) that contain either (A) an explanation of the scientific or clinical judgment for the denial of benefits; or (B) that apply the terms of the plan to the Client's medical circumstances. See 29 C.F.R. §2560.503-1(i)(5); 29 C.F.R. § 2560.503-1(j)(5)(ii); and

(f) that constitute an internal rule, guideline, protocol, or other similar criterion relied upon in making the benefit determination. See 29 C.F.R. §2560.503-1(i)(5); 29 C.F.R. §2560.503-1(j)(5)(i).

(2) All notes of telephone conversations with Client or any treating physicians. Client would like to have the opportunity to correct any inaccuracies or otherwise respond.

(3) All video and audio recording(s) of Client and the reports and notes of all investigators.

You have an affirmative legal and fiduciary duty to provide the requested information. Pursuant to ERISA 502(c), 29 U.S.C. § 1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days or the administrator can be held personally liable for a failure to comply and be assessed a maximum penalty of $110.00 per day.

Please consider this letter as a preservation demand letter, asking you to preserve for potential litigation all electronically stored information ("ESI") regarding this claim, Client, or the issues involved in this claim. This includes, but is not limited to, information sent to others, information received from others, all internal emails or other electronic communications, and all emails or other electronic communications sent to or received from external sources. This request applies to all ESI whether in your regular system, or in any backup system whether maintained by you or maintained by others.

Best Regards,

Chris Roy
Attorney at Law
chris@roylawgroup.com

cc: Client

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5853

| | |
|---|---|
| Date: | January 8, 2020 |
| To: | CHRIS ROY<br>ROY LAW<br>1000 SOUTHWEST BROADWAY<br>SUITE 900<br>PORTLAND OR 97205 |
| Attn: | |
| Fax: | (855) 344-1726 |
| From: | Heather Carignan<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5853 |
| Total Pages (Including Cover): | 18 |
| RE:<br><br>Claim #: 7224525<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5853

January 8, 2020

Chris Roy
Roy Law
1000 SOUTHWEST BROADWAY
SUITE 900
PORTLAND, OR 97205

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins

Dear Chris Roy:

We reviewed your appeal request for Long Term Disability ("LTD") benefits and maintained the decision to deny benefits for Mr. Cummins beyond April 7, 2019.

**Initial Claim Decision**

Mr. Cummins submitted a claim for his absence from work as of October 8, 2016, as a result of an injury to his right knee at work while going up and down the stairs. His LTD benefits began on April 8, 2017, therefore the change in definition of disability occurred on April 8, 2019 and to receive benefits beyond 24 months he must be disabled from any occupation as defined in the Policy. Benefits beyond April 7, 2019 were denied as the evaluation concluded he was no longer disabled as defined by the Policy.

The basis for the decision was outlined in a letter dated February 28, 2019. Mr. Cummins was provided an opportunity to request an appeal review of the denial, stating the reasons why he felt that his claim should not have been denied, and submit additional information to support his claim. Specifically, you and he were advised to submit the following information:

*Office notes, test results, therapy notes, operative reports, treatment plans, hospital records, from all treating providers that supports Mr. Cummins' inability to perform any occupation as defined in the Astec Industries, Inc LTD Policy.*

*You should also provide any additional information that you feel will support his claim.*

**Appeal**

In your letter of appeal dated August 27, 2019, you indicated you were appealing, had submitted

information on a disc containing over 500 pages of medical records, and you were waiting for additional medical records. You requested we toll the appeal timeframe until those records were received.

In support of the claim, you submitted the following information:

- Over 500 pages of medical records, received on September 4, 2019
- On September 10, 2019, we also received medical records (7 pages ) from Oregon Medical Group – Orthopedics. You stated at this time the appeal review was complete.
- However, on September 20, 2019 we received a September 10, 2019 office visit note with C. Scott.

In the appeal, you stated Mr. Cummins suffered an on-the-job injury resulting in a right knee sprain and complex tear of his right medial meniscus, and the continuing effects of this condition, combined with severe osteoarthritis of the same knee, render him disabled from the reasonable performance of any full-time occupation. You stated Mr. Cummins' treating orthopedist recently recommended a full knee replacement; you also noted Mr. Cummins suffers from a daunting combination of conditions and resultant symptoms, all of which must be considered, he has been prescribed numerous medications to treat his chronic pain and other symptoms, the effects of which further diminish his physical and cognitive capacities. You stated Mr. Cummins is only able to stand in spurts of five minutes or less, and sit for roughly 30 minute increments, since the pain of sitting in one position leads to stiffness in his knee and a tightness in his lower back. To avoid this pain, he will get up and pace his living room for a few minutes before he returns to a reclined or lying down position. On average, he is capable of walking 100 feet before he has to rest, which allow him to check the mail across the street, but not much else. You noted that he relies on a knee brace when leaving the house for an appointment, frequently placing an ice pack on his knee while doing so. On average, he experiences 4-5 bad days per week, daily headaches which at times process to migraines, which recently caused inability to see out of his left eye for the day. Due to his discouragement over his dependency on others, he is frequently plagued with anxious thoughts and bouts of depression.

The additional information reflected:

- Mr. Cummins was seen on August 15, 2019 by Robb N Larsen, MD (orthopedics) for repeat evaluation of his right knee. It was noted that workers' compensation was stating he could do a sedentary position. On examination he was morbidly obese, with antalgic gait, mild effusion of the right knee, range of motion 5-120 degrees, subtle pseudo-laxity to valgus stress, tenderness of the medial joint line, and pain without crepitation. X-rays revealed progressive medial joint space narrowing. He had no interest in surgery or additional injections. Dr. Larsen noted he had little else to offer at this point. The importance of weight loss through low impact activity was again discussed. He recommended a recumbent bike or aquatic therapy. Mr. Cummins asked about a treadmill which he had at home. Dr. Larsen noted this may be better than walking on concrete or other hard surface, but not as beneficial as the bike or swimming. Dr. Larsen also noted, "I do believe he should be able to do a sedentary position. I recommended that he follow through with the PCE…he is not a surgical candidate even if he wanted surgery….morbidly obese and his weight has been climbing."

- X-ray of right knee, August 15, 2019 – mild degenerative changes in the medial femorotibial joint and patellofemoral joint space compartments, subchondral sclerosis and small osteophytes and joint space narrowing medially. Degenerative changes and mildly progressed when compared to the previous study.

- August 30, 2019 letter, Robb N Larsen, MD: writing to provide a brief clarification concerning my orthopedic evaluation of patient…on August 15, 2019….As to whether Mr. Cummins could work in a part time or full time capacity, however, I offer no definitive opinon. Likewise, my opinion should not be interpreted as contrary to the opinion of Mr. Cummins' primary care physician, Dr. David Knowlton, who also believes Mr. Cummins can work in a sedentary position – albeit, for no more than 2 hours per day…..I continue to recommend that a PCE be conducted.

- Therapy note from Christopher Scott, September 10, 2019. Mr. Cummins described disturbance of sleep and self esteem related to physical limitations and insufficient social welfare support, continued grief regarding the historical death of his mother, and discuss regarding conflict with his brother. He was noted to not be a risk to himself or others, with no significant change in mood, affect, thought process/orientation, behavior/functioning, medication or life events. No mental status findings were noted. He was to follow up in two weeks. No further records were received from Mr. Scott.

- Declaration of Michael Cummins – continue to have pain and swelling in right knee aggravated by standing, walking and prolonged sitting, however if remain in one position too long, knee becomes stiff. In early 2018, I suffered a near fatal pulmonary embolism and have since relied on blood thinners to curb the presence of the deep vein thrombosis in my left leg. I experience headaches occurring daily, with frequent migraines. Have to be within close proximity of a restroom, as I have chronic diarrhea, which my physicians believe is due to the medications I have been prescribed. I have gainted nearly 40 lbs since being out of work, no longer possess the capacity to be active, let alone exercise. Spend majority of time in my recliner or on the couch. Medications include 20 mg omeprazole daily, 2 mg loperamide daily, 6 mg warfarin daily, 40 mg Humira weekly, 25 mg hydrochlorothiazide daily, and 40 mg lisinopril daily. Ex-wife and son take care of all household responsibilities. In my current condition, there is simply no way I would be able to perform the material duties of any occupation with reasonable continuity.

- Declaration of Charmaine Bishop – ex-wife of Mr. Cummins. After his injury he was unable to perform activities and my son and I have had to take over many tasks. Michael spends a lot of time in a reclined position, keeping his knee elevated and straight. Complains of headaches on a daily basis. Experiences migraines a few days a week, spending the majority of his time in his room due to sensitivity to light. Only leaves the house when he has to, frequently experiences diarrhea from the medications and often needs immediate access to a bathroom.

- August 26, 2019 letter, David Knowlton, MD (primary care): Mr. Cummins' severe osteoarthritis of his right knee, resulting in pain and frequent edema, and more recent development of chronic migraines, create the following restrictions and limitations: he is unable to sit for more than 15 minutes at a time and no more than 2 hours in an 8 hour day, stand more than 15 minutes at a time and no more than 2 hours in an 8 hour day, walk more

than 15 minutes at a time and no more than 2 hours in an 8 hour day, lift more than 20 pounds, which are disabling to the degree he is unable to perform the material duties of a full time sedentary occupation. Mr. Cummins' medications of Humira, Warfarin, and Omeprazole, among others, cause him to experience the following well known side effects: nausea, dizziness, headaches, and weakness; which would prevent him from performing the duties of a sedentary occupation with reasonable continuity.

- Office visit notes, D Knowlton, MD – July 10, 2019: labs, referral to determatology re: Hidradenitis. BMI: diet and exercise. Other chronic pulmonary embolism: continue coumadin. Nephrolithiasis: referral to Oregon urology institute. May 30, 2019: chief complaints: Protime ; on chronic coumadin, no respiratory symptoms, continues to smoke. INR is stable. Plan: lab, diet and exercise, UTD with colonoscopy. April 18, 2019: protime. Plan: labs, diet and exercise; March 7, 2019: 6 week follow up. Has hidradenitis suppurativa and has been on Humira for 6 months and feels his anxiety and depression has worsened along with generalized osteoarthritis and GI distress with chronic diarrhea and migraine headaches…Continue warfarin, right knee injected with 1 cc Kenalog and 2 cc 2% lidocaine…essential hypertension: continue hydrochlorothiazide; migraines: continue propranolol 40 mg 2 times a day; anxiety – doing well off of benzodiazepines presently. Hidradenitis: Continue Humira kit…morbid obesity: diet and exercise; .DVT: coumadin as above…January 24, 2019: long term disability paperwork and protime: plan long term use of anticoagulants: prothrombin time PT INR, INR, prothrombin time; benign essential hypertension: well controlled now; DVT: INR good today; hidradenitis: continue humira kit; Primary OA of right knee: disability forms filled out; follow up six weeks. December 19, 2018, November 14, 2018, October 3, 2018; lab results various dates.
- May 16, 2019 CT Abdomen Pelvis: 3 mm in proximal left ureter with mild hydronephrosis. Calcifications of both adrenal glands…unchanged from 2015.
- May 16, 2019 & June 5, 2019 Emergency Department Encounter – left flank pain. Discharged with pain medication.
- June 14, 2019 Operative report: cystoscopy stent removal – successful without complication
- June 8, 2019 procedure note, B Walker, MD (urology): Left ureteroscopy lithotripsy with basketing and stent
- July 4, 2019 Discharge Summary – S Barry – R flank pain, acute kidney injury superimposed on chronic kidney disease – passed the stone here….AKI in the setting of acute right renal stone with mild hydronephrosis and medication effects. Resolved on discharge.
- May 17, 2019 EKG – sinus bradycardia.
- Office visit notes D Knowlton/C McAllister PA, October 31, 2017 – January 18, 2019 (hidradenitis suppurativa improving. Continue Humira. Encouraged weight loss and smoking cessation.)
- August 19, 2019 office note, C Scott – seeking treatment for anxiety, depression. Danger to self: none reported. Appearance, motor: unremarkable; cooperative, anxious, congruent with mood, thought process unremarkable; alert, memory: no impairments. Concentration/attention: unimpaired. Cognitive functioning: average. Speech: unremarkable; judgement: fair. Diagnoses: generalized anxiety disorder, dysthymic disorder.

**<u>Appeal Evaluation</u>**

In an Activities Questionnaire completed by Mr. Cummins on January 25, 2019 through your office, he stated the osteoarthritis and complex tear of the medial meniscus in his right knee with severe and constant pain in the knee, right leg and back prevents him from performing any occupation. He stated he gets popping in his knee when going from a sitting to standing position or vice versa, and stiffness if in one position for too long. He noted his ex-wife and step son do the grocery shopping, carrying groceries into the house, cook meals, and clean after meals. He was able to do laundry, manage finances, bathe, style his hair and dress. His son cleaned bathrooms and vacuums. He cannot go up and down stairs. He acknowledged ability to sit for 4 hours per day, stand for 2 hours and walk 15 to 30 minutes per day.

During the claim evaluation of ongoing benefits, Mr. Cummins' claim was reviewed by Deborah Baldemoor, an independent physician who is board certified in Family Medicine. Based on *his/her* review of the medical records, Dr. Baldemoor concluded:

*The medical records suggest that the claimant was released by his occupational medicine provider to return to work unrestricted in April 2017. However, the prior records suggest that he did not have sustained capacity for constant standing, walking, bending and stooping at the knees and walking up and down stairs. The subsequent records from the FCE suggest that he continued to have difficulties in these activities as of August 2017 even though the orthopedic records in October 2017 were limited in scope. The additional records indicate impairment and surgical recovery in November 2017 and again in January 2018 prior to the life threatening pulmonary embolism and DVT that occurred in February 2018. It is likely that the claimant's physical capacity has not improved since 2017 but has actually declined with the presence of the DVT, pulmonary embolism and unchanged morbid obesity. However, there is no evidence of impairment for sedentary to light physical activities at this time.*

And

*Currently, there is no impairment for sedentary activities but it is reasonable that the claimant remains limited in walking and climbing stairs due to his knee arthritis and history of meniscal tear.*

Regarding medication side effects on cognitive capacities, Dr. Baldemoor stated:

*There is no evidence of cognitive impairment. The claimant is noted to have generalized anxiety but there is no evidence of any mental/nervous impairment or significant side effects to medications.*

Regarding Dr. Knowlton's imposed restrictions/limitations, Dr. Baldemoor stated:

*Dr. Knowlton's reply via the attorney indicates that he is in agreement with the FCE for certain activity restrictions that would limit a return to prior work activities. He also mentions restriction from constant sitting for a full-day. I do not see any reason that the claimant is impaired for constant sitting due to his hypertension, osteoarthritis of his knee post prior meniscal tear and generalized anxiety disorder. The pulmonary embolism may impact normal activities including sedentary activities initially from the diagnosis to 4-6 weeks but there is no evidence of any*

*impairment at this time due to the DVT or pulmonary embolism.*
*The FCE suggests that the claimant is deconditioned. However, deconditioning is not clearly noted in the available records. The claimant has been morbidly obese for many years and reports limited activities including limited activities at home, this self-report, if valid, indicates that the claimant self restricts his activities.*

And regarding the PCE/FCE conducted in August 2017, Dr. Baldemoor stated:

*The results of the August 17 physical capacity evaluation are somewhat incomplete. The record mentions 'refused' for some of the activities, specifically climbing ladder and stairs. The overall conclusion of the FCE appears to suggest ability for heavy lifting but limitations on kneeling, bending, stooping, especially of the right knee. Based on the records, I do not see sustained medium level activities due to the overall findings. However, I am not convinced that the claimant has a gait disorder as the orthopedic records from October 2017 do not strongly indicate any gait or balance disorder. The reply letter from John R. Lowry is also not dated and the date of the FCE as noted on the letter is incorrect. The inconsistencies are present but are believed to be related to typos. The claimant did not display full effort throughout the testing as he 'refused' some parts of the exam.*

Dr. Baldemoor called Dr. Knowlton and Dr. Larsen. On July 30, 2018 Dr. Larsen's office reported Mr. Cummins had only one office visit and no activity restrictions were noted in the chart. He was referred to prn office visits (as needed). No further treatment was scheduled at the time.

On July 30, 2018 Dr. Davidson (Cascade Health Occupational Medicine)'s office reported there was no indication of impairment in the last office visit. The physical exam was negative at that time, he was not medically stationary but there was no clear impairment.

On August 6, 2018, Dr. Baldemoor also concluded:

*During the time of April 2017 to the current, the medical records indicate reasonable evidence for limitation of constant standing, walking, bending and stooping at the knees with impaired ability to navigate stairs and ladders on an ongoing basis part-time or full-time through 3 months postpulmonary embolism. However, the medical records including the functional capacity evaluation do indicate reasonable part-time to full-time sedentary capacity from April 2017 onward until the cholecystectomy and reasonable post-operative recovery and then again during the time around the hemorrhoid surgery until 3 month post-pulmonary embolism. It is of note that neither the initial RTW note from occupational medicine in April 2017 nor the FCE in August 2017 indicated any evidence for impairment for sedentary capacity on a full-time or part-time basis. Reasonable recovery from cholecystectomy can be up to a week after surgery to return to normal activities, including sedentary part-time or full-time activities.*

Records received after Dr. Baldemoor's report indicate that on December 19, 2018, Mr. Cummins continued to follow up with Dr. Knowlton for routine monitoring of his INR via lab testing, in treatment of his history of DVT. He was also seen on November 14, 2018 for reported right sided pain that comes and goes in the abdomen for 6-7 years, lasting a few seconds to a minute then going away. It had happened once in the last 6 months. Appetite was noted as normal with no change in bowels and no fevers. It was noted he has migraine headaches and "his beat (beta) blocker therapy seems to be working at preventing them nicely." He had chronic hidradenitis and recently was

prescribed T cell modifying therapy from a dermatologist and had not noticed any results yet. On exam of the abdomen, bowel results were normal with no tenderness, masses or organomegaly detected. Neurological exam was nonfocal. Plan noted Generalized abdominal pain: no worrisome findings today. Migraine headache: continue propranolol tablet 40 mg, 2 times a day. Notes: doing well. Other acute pulmonary embolism without acute cor pulmonale: continue warfarin tablet 6 mg, once a day; notes: doing well. Hidradenitis: continue Humira kit, 40 mg/0.8 ml, subcutaneously, every week. Notes: per dermatology. Morbid (severe) obesity due to excess calories: Notes: diet and exercise. On October 3, 2018 he was seen for protime/labs for his Coumadin treatment. It was noted "today he has no complaints. No fever, vomiting, appetite is good." On September 29, 2018 he was seen for a flu shot. On September 5, 2018 he was seen for protime/labs, noted that symptoms of gastro for two days were getting better now, and he requested a steroid shot in the right knee. Examination revealed bony hypertrophy of the knees. He received an injection of 2cc lidocaine and 1 cc Kenalog. It was noted gastroenteritis should resolve spontaneously. His INR was 2.7 and he was noted to be doing well with regard to DVT.

During the review of your appeal, Mr. Cummins' claim was reviewed by Mary Ellen Dirlam, MD, an independent physician who is board certified in Internal Medicine. The purpose of Dr. Dirlam's review was to consider the non-musculoskeletal diagnoses and identify the supported restrictions/limitations based on these diagnoses as of the April 8, 2019 claim closed.

Based on her review of the medical records, Dr. Dirlam concluded:

*The claimant is a 49 year old with male with multiple non-musculoskeletal conditions, some of which are chronic. These include symptoms related to side effects from pharmacologic therapy, chronic headaches, ureterolithiasis, hypertension, Hidradenitis suppurativa (HS), chronic anticoagulation for DVT/PE prevention, and anxiety/depression. Although the he has been prescribed loperamide, there is little information regarding abnormal bowel function. Both HS and hypertension appear to be under control with current medication.*

*Ureterolithiasis: The acute condition of ureterolithiasis occurred in the spring/summer of 2019. Stone analysis revealed the composition to be 80% uric acid with 20% calcium oxalate (6/2019) and calcium oxalate (65%) with calcium apatite (35%) (7/2019). Literature supports that with medical treatment remission of the condition in more than 75 percent of individuals. He been prescribed hydrochlorothiazide which can aid in the prevention of calcium stones as well as treatment of his hypertension. There is no indication in the currently available medical records of recurrence. This condition would have been impairing secondary to pain during the acute episodes however should not be permanently impairing.*

*Medication side effects: On his letter of 8/26/19, Dr. Knowlton describes nausea, dizziness, headaches, and weakness as side effects of the medications of Warfarin, Humira, and omeprazole, among others, as etiology for impairment. There is limited documentation concerning the severity of symptoms, the impact on daily activities, or the diagnostic workup for these symptoms. If the symptoms are related to medication side effects, the expectation would be supportive records documenting adjustment of medication regimen including trials of alternative medications or even medication discontinuation (depending on the medications) to evaluate for improvement of symptoms since all medications may have side effects. The absence of such alterations in therapy suggests that the symptoms mentioned are not significantly impairing.*

*Headaches: The claimant has had longstanding history of headaches. He is currently taking propranolol for prophylaxis. He has had improvement in his headaches with the use of propranolol (7/10/19) and with treatment for his anxiety (Knowlton, 10/21/15). There is no indication on the 7/10/19 medication list (latest clinical record available for review) that he has been prescribed an abortive medication (medication to use when headache occurs) such as a triptan. It appears that he may be using Ibuprofen as an abortive medication (8/19/19, Scott). For significantly impairing headaches, the expectation would be an escalation of treatment such as neurology specialty referral or medication regimen adjustment.*

*Pulmonary embolism/deep venous thrombosis treated with chronic anticoagulation: The currently available medical records do not document peripheral edema, decreased peripheral pulses, increased bleeding or any respiratory complaints (except for dyspnea on exertion which has been documented since at least 5/2012). The expectation would be for further evaluation of significant respiratory complaints with pulmonary specialist referral, pulmonary function testing or 6 minute walk test. The absence of supporting documentation suggests that these conditions are stable and not significantly impairing.*

*Abnormal bowel function: The claimant's medication list documents loperamide which can be used for loose stools. This medication appears on the list as far back as 11/14/18. There are no clinical records from 11/14/18 to 7/10/19 (latest clinical record) describing the condition, its severity, its impact on activities or its clinical evaluation. The absence of this type of documentation suggests that the condition is not significantly impairing.*

*Behavioral Health: The claimant has had behavioral health diagnoses of anxiety (at least from 9/18/13 forward) and moderate major depressive disorder (MDD) by PHQ-9 on 8/31/17 & 1/24/19 (Knowlton). He has been intermittently treated for anxiety since 2013 however there has been no specific mention of treatment such as ongoing pharmacologic or mental health counselling for the depressive disorder until recently. Although he had a trial of trazadone, it appears to have been discontinued related to side effects. He has had recent evaluation for generalized anxiety disorder and major depressive disorder by Christopher Scott, QMHP (8/19/19) with recommendations for ongoing therapy. The claimant's behavioral health conditions may be impacting his overall clinical condition but do not appear to be impairing. If these conditions appear impairing, recommend obtaining additional clinical records from Christopher Scott or other behavioral health provider and referring to behavioral health specialist consulting physician.*

*It is reasonable to conclude that chronic non-musculoskeletal physical medical conditions and associated therapeutic treatment regimens are not significantly impairing since the currently available medical records lack supporting documentation for further evaluation of these conditions, need for escalation of treatment, or adjustment of medication regimen including trials of alternative medications. There is no supporting documentation in the currently available records for review to suggest any one condition or combination of conditions as currently described in the clinical records would be of significant impact to impair capacity to perform at least sedentary work activities.*

We also referred Mr. Cummins for an Independent Medical Examination with a board certified

Physical Medicine and Rehabilitation physician, Victor K. Lin, MD. This examination occurred on November 12, 2019. Dr. Lin concluded:

***PHYSICAL EXAMINATION*** *Manual muscle testing in the bilateral upper extremities is notable for 5/5 strength in bilateral deltoids, biceps, triceps and left wrist flexion, wrist extension and ulnar intrinsics. He has give-way weakness in the right ulnar intrinsics, right wrist flexion and right wrist extension.*

*He has 5/5 strength in bilateral dorsiflexion and plantarflexion. His knee extension and knee flexion is at least 4/5, but there is lack of effort here. His hip flexion and extension is also at least 4/5, but there is lack of effort and some give-way components.*

*Deep tendon reflexes are 2/4 in bilateral upper extremities and 1/5 in bilateral lower extremities. He has normal tone and normal clonus.*

*Seated and straight leg raise are inconsistent. He has positive pain in supine straight leg raise at about 35-40 degrees, but he tolerates closer to 60 degrees while seated.*

*Using single goniometric technique, cervical flexion is measured as 30 degrees, extension 40 degrees, right side bending 18 degrees, and left side bending 24 degrees.*

*Shoulder range of motion flexion is 170 degrees on the right and 165 degrees on the left, extension is 37 degrees right and 37 degrees left, abduction 164 degrees right and 167 degrees left, adduction 15 degrees right and 18 degrees left, internal rotation 85 degrees right and 67 degrees left, and external rotation 87 degrees right and 87 degrees left. There is substantial grimacing and exaggerated sense of fatigue and pain with abduction and flexion movements. Knee range of motion left is 0-105 degrees and right is 3-85 degrees. Some of the restrictions might be brace that he is wearing, and/or self-limited on the right.*

*Right elbow flexion negative 3-133 degrees and on the left is 0-137. There is a little bit of hyperextension in the right elbow compared to the left.*

*Lumbar spine range of motion flexion 73 degrees, extension 23 degrees, right side bending 10 and left side bending 15, right is 45 and left is 35. Again, he is able to get to 60 degrees on both sides in seated straight leg raise exam.*
*Squat is limited to about one-third of the way down he cites pain as limiting factor. Bending over, he has great range of motion and does not describe a lot of pain. He does have an antalgic gait limping on the right and favoring the right knee/leg.*

***ASSESSMENT****: He does have these interesting lesions that are about dime to quarter size. There is sense of fullness and also kind of squiggly like veins that are like an AVM of some sort. In the inguinal area, he shows me there are some that appear to have broken down and might be draining fluid, although the degree of volume is difficult to confirm. The claimant claims it is quite profound. There did not appear to be significant fluid on his underwear, during the exam, and I examined this area at about one hour into his appointment.*

***IMPRESSION:***
*1. Right knee medial meniscal tear, status post excision, with superimposed degenerative arthritis.*

*2. History of left lower extremity DVT and pulmonary embolus, on anticoagulation.*
*3. Right cholecystectomy for right upper quadrant pain.*
*4. Obesity.*
*5. Chronic low back pain of unclear etiology.*
*6. Reported history of head trauma with loss of consciousness and persistent migraines and predominantly lumbar pain, although there is occasional neck and mid back pain as well.*
*7. Chronic migraine headaches possibly related to the head trauma.*
*8. Hidradenitis suppurativa, on Humira.*
*9. Reported history of right ankle ligament tears.*
*10. Right broken toe digit 1 on the foot.*
*11. Right elbow hyperextension injury per report.*
*12. Hypertension.*
*13. History of hemorrhoids status post operative repair.*
*14. Remote history of left wrist and forearm fractures and right wrist fracture.*
*15. Kidney stone, status post stenting procedures.*
*16. Reported history of depression/anxiety/stress disorder.*

Regarding supported restrictions/limitations, Dr. Lin concluded:

*The right knee is partially disabling. I think it is reasonable with other assessments to place this claimant in the sedentary physical demand category with respect of any. He should be restricted to a desk type level job and allowed to sit, stand, and move around as necessary for pain. However, I do not foresee that this should limit him to less than an eight-hour fulltime position. Rationale for this is that the objective evidence with the MRI findings, intraoperative findings supported fairly mild orthopedic injury that most people recover from completely. The degree of arthritis is likewise considered mild to moderate at worst, and should not be markedly disabling. The claimant does have evidence of something of an exaggeration on his presentation on physical exam. Despite the claimant's claims of swelling, etc, none was in evidence on physical exam today, and the medical record does not support its prevalence on presentation.*

*2. His bilateral thumb complaints are not reported in the medical record. On physical exam today, there is no swelling, no provocation of pain with axial compression. Finkelstein's test is negative bilaterally and palpitation is notable only for some very mild pain over the right MCP joint. Therefore, no limitations can be attributed to this condition.*

*3. Left lower extremity DVT/PE. The claimant himself supports that he is not limited from complications of the pulmonary embolus, but is slightly limited from the complications of left lower extremity DVT. However, most outcomes from venous DVT are full recovery even though he needs to remain on Coumadin for life. Even taking the claimant's complaints at face and full value, this is not a completely disabling condition that should add anything to the level of disability already attributed to the right knee.*

*4. Right upper quadrant cramping/spasms. Again, this is based on subjective report only. There are no corroborating reports of continued pain of this nature in the medical record.*

*5. The claimant reports that he is in counseling for depression, anxiety and stress disorder. There are no records to support this.*

*6. Obesity. This would limit his ability to perform any sustained physical tasks. The claimant is quite deconditioned. At a sedentary level of work, the claimant should still be able to perform fulltime work, but would have difficulties with prolonged or sustained walking even on smooth level surfaces. His degree of deconditioning would likely improve with regular exercise, and weight loss.*

*7. Lumbar pain. This is briefly referred to in the chart sporadically, it did not appear to be formally worked up. Therefore, it is difficult to attribute disability. The claimant does seem to have had sporadic reports of back pain in the medical record, and reports that he is simply not someone to complain about such things, which overall may be somewhat accurate. The claimant however given his report of 4/10 pain, etc would appear to be accommodated for in the restrictions already placed on the right knee.*

*8. Head trauma. The claimant did not endorse any cognitive dysfunction. He does report constant ongoing migraines. He reports that these are still two times per week greater than a 10/10 in pain, somewhat controlled by ibuprofen. However, in the medical record, there is clear report from Dr. Knowlton that the claimant received good improvement with alprazolam and then later beta-blockade medications. As the years went by, the headaches overall seemed to become less and less of a factor. The claimant at the very least reported initial improvement with the medication interventions, some worsening with stress and anxiety, but never enough to warrant ongoing further changes in medication management. Therefore, it is also difficult to ascribe any disability with respect to the migraines because there is no significant corroborating records in the medical record, and on physical exam, there is no way to verify the presence or not of headaches.*

*9. The hidradenitis suppurativa is evaluated. I do not doubt that they might be painful, nor do I doubt that some of them are draining. Whether it is a voluminous problem as the claimant indicates is unclear. However, it does appear that this condition would limit this claimant somewhat in terms of acquiring potentially more than usual amounts of time for personal hygiene to maintain areas where the lesions are currently draining.*

*10. Right ankle ligament tears. There are no medical records of this condition. The claimant reports some disability from these still, including some increased numbness in the leg and increased swelling in the leg since the knee injury, but clearly this injury was such that he was able to continue working in his capacity as a Machinist and Machine Operator despite this prior to the knee injury.*

*11. The same is true of his right great toe injury.*

*12. Right elbow extension injury. The same is also true of his right elbow extension injury, which also occurred prior to the knee injury.*

*13. The claimant has reported most recently in August of 2019 as he attempts to attain disability status from his long-term disability carrier that the medications are causing side effects that are further hampering his ability to perform meaningful work. Dr. Knowlton, the claimant's primary care provider, has alluded to the potential for side effects as early as June of 2018, but never documented in medical records that the claimant had ever complained of said side effects. Dr.*

*Knowlton further endorses this potential for side effects again in August of 2019, and it is only around this time that the claimant himself begins endorsing that he has side effects from his medications.*

*14. Remote history of various fractures in his arms and forearms as a child and obviously did not impact his ability to perform meaningful work. Similarly, the various kidney stones although they do cause him occasional pain are also typically not something that should impact the ability to perform meaningful work.*

And

*From a strict diagnosis by diagnosis standpoint, this examiner feels that this claimant would be able to perform sedentary physical demand level work, with extra breaks for personal hygiene due to draining lesions from his hidradenitis suppurativa. This claimant's level of disability has been so longstanding, however, this examiner foresees further difficulties about any attempts at returning to work that are more motivation based.*

Regarding the restrictions/limitations indicated by Dr. Knowlton, Dr. Lin stated:

*The main point of contention is the number of hours that Dr. Knowlton claims that the claimant is limited to compared with other examiners including this examiner. Other examiners project that the claimant could perform sedentary physical demand level work for fulltime, most notably his orthopedic surgeon, and even projections from his physical capacities evaluation. Dr. Knowlton cites what are in effect quotes from the claimant stating that he is unable to perform certain tasks for more than X amount of time or Y amount of time. It is noted in the medical record that various activity forms submitted by the claimant to the insurance carrier that the amount of time that the claimant claimed he could do these tasks diminished as his application proceeded forward. This could be due to the claimant's ongoing further medical complications such as the DVT/PE, progressive deconditioning, etc, but in particular conditions like the DVT/PE should see meaningful recovery, whereas in this patient if this were the case this claimant has not. There has been a clear decline in what the claimant claims he is able to do as time has proceeded on, and Dr. Knowlton's letter seems to reflect report of the claimant's activities. Dr. Knowlton also reports the claimant has potential for side effects from the various medications that he is taking, and states that this might also be a further limiting factor on the claimant's ability to perform work. However, none of Dr. Knowlton's notes that I reviewed specifically cites any medication side effects, and in fact particularly for a medication for migraine for example the medications often seem to have a very beneficial effect that the claimant endorses quite strongly. The restrictions and limitations provided by Dr. Knowlton strike this examiner as more of a lifelong family physician trying to support his lifelong patient, and consequently deemphasizing the limitations as recommended by other providers such as the orthopedic surgeon, and the physical capacities examination evaluator.*

With regard to medication side effects on cognitive of physical capacities, Dr. Lin stated:

*With the exception of the Humira, for which there are not a lot of notes currently as this is still an ongoing issue, the claimant did not report any significant side effects for any of the medications that he was on for various medical conditions over time. In fact, most notably the medications often did what they were supposed to do controlling his blood pressure, reducing his headaches, and better managing his pain. Furthermore on history today, the claimant was quite*

*lucid. Although not a sophisticated historian and with a disappointing lack of detailed recollection regarding which specific medications he takes on a regular basis he was very specific about medications he took on an as needed basis, he was unable to recall which medications may have contributed to what side effects when and where. The medical records clearly suggest that he tried, started and stopped medications at various times and should have been able to identify which medications did what side effects. In fact there is a listing of the claimant's medical allergies and their reactions in Dr. Knowlton's notes and they do not include the medications that the claimant is currently on. The claimant himself did not appear to be cognitively impaired otherwise during the history today in fact he was quite verbose and quite specific and able to answer my questions regarding the various specific medical conditions that he thought were impairing him as outlined in my history, there were good 15 different elements that we reviewed in detail and this is all from his recollection. He did not appear to be lethargic. He did not appear to be ill, he did have a number of antalgic pain behaviors most notably associated with his physical movements. Therefore, this examiner does not feel that claimant is impaired cognitively or physically by side effects from his medications.*

We requested clarification of the frequency of breaks as well as reasonable amount of time needed for each break to address Mr. Cummins' hidradenitis supperativa. Dr. Lin stated two breaks would be needed, one before and one after lunch, and a reasonable amount of time for each break would be 15 minutes. As these breaks are consistent with employment practices, they would not require further restrictions/limitations or accommodations.

Mr. Cummins' claim was previously reviewed by a vocational consultant, for a transferrable skills analysis based on his prior work history, educational background, and/or life experience and capacity within the restrictions and limitations outlined by Dr. Baldemoor. The analysis showed the following:

***Skills & Abilities:***
***Information Management Skills***
*¿ Ability to check information against appropriate standards.*
*¿ Ability to maintain paperwork.*
***Technical/Manual Skills***
*¿ Conduct tests and inspection of products.*
*¿ Ability to operate equipment and machinery.*
*¿ Ability to provide preventative maintenance.*
*¿ Ability to keep a clean and safe work environment.*
*¿ Ability to stack, turn, and place items.*
***Communication Skills***
*¿ Follow written and verbal instructions.*
*¿ Convey Information effectively.*

*Examples of Occupations identified based on (National) labor market and cliamants ability profile analysis:*

| ***DOT Code*** | ***Occupation*** | ***SVP*** | ***Str*** | ***National Monthly Median Wage*** |
|---|---|---|---|---|
| 221.382-022 | Repair Order Clerk | 3 | S | $3,889 |
| 239.367-014 | Dispatcher, Maintenance Service | 3 | S | $3,232 |
| 713.687-018 | Final Assembler | 2 | S | $2407 |

**Wage Information is based on median 2017 Bureau of Labor Statistical Data*
*S = Sedentary*

During the appeal review, Mr. Cummins' claim file was reviewed again by a vocational consultant for an updated transferable skills analysis. The analysis concluded:

*Upon review of the available information, including the above noted updated medical records, this VCM has found that the previously identified occupations outlined within the most recent 02/19/19 TSA report (i.e. Repair Order Clerk; Dispatcher, Maintenance Service; and Final Assembler) remain viable occupational alternatives. The updated restrictions provided by Dr. Lin include the following: "he is restricted to a sedentary PDL full-time job with allowance for more frequent breaks to sit/stand as needed and perform personal hygiene (frequently)." Given that the previously identified occupations fall within these updated restrictions, they, therefore, remain viable alternatives.*

On December 12, 2019, we sent you a copy of the medical and vocational reports contained in the claim file and provided you until January 2, 2020 to submit any additional information you wished for consideration with the appeal. On January 2, 2020 we received your letter with concerns about the IME. You stated neither the IME nor the updated vocational report provide noteable support for the denial, that the IME acknowledges Mr. Cummins' disabling limitations due to multiple, ongoing and fully documented medical conditions, and that the Vocational report provides further support that Mr. Cummins' full disability under the Any Occupation definition of the policy.

We disagree with your position and believe the IME appropriately considered all of Mr. Cummins' conditions and determined his supported restrictions/limitations. During the appeal, we also conducted a review of the file by an internal medicine specialist, Dr. Dirlam, as previously noted. All conditions have been considered in our review. We maintain that the claim file reflects the primary condition affecting Mr. Cummins' over the course of the claim was his right knee with some contribution regarding his obesity. It is also true that he suffered DVT/pulmonary embolism during the course of his claim which was/is treated with Coumadin, with no side effects from this noted in the office treatment notes. The records note he suffers from periodic headaches however Dr. Knowlton stated on November 14, 2018 and July 10, 2019 these were well treated with beta blockers. Mr. Cummins has not been referred to neurology nor treated with abortive migraine medications as would have been expected if headaches were impairing. Dr. Knowlton's records note brief symptoms of gastrointestinal issues on November 14, 2018, however there were no clinical records after this date describing this condition, its severity, impact on activities or a clinical evaluation. We acknowledge treatment for episodic kidney stones after the claim closure, which resolved and were not continually impairing from the closure forward. Depression and anxiety were treated on two occasions in August and September 2019, after the claim closure. There are no records of treatment for depression/anxiety just prior to or around the closure, nor any providers stating he was disabled due to these conditions around that timeframe.

Two separate vocational reviews were conducted of the file with the conclusion that alternative sedentary occupations were identified as compatible with Mr. Cummins' training, education, experience and physical capacities.

**Conclusion**

We conducted a thorough and independent review of Mr. Cummins' entire claim. In summary, we acknowledge that he may have continued to experience some symptoms associated with his conditions beyond April 7, 2019. However, the information does not contain physical or mental status exam findings, diagnostic test results or other forms of medical documentation supporting his symptoms and impairments remained of such severity, frequency and duration that they resulted in restrictions or limitations rendering him unable to perform the duties of the occupations identified as being with in his functional capacity and vocational skills after that date.

Having carefully considered all of the information submitted in support of Mr. Cummins' claim, our position remains that proof of his continued disability in accordance with the Policy provisions after April 7, 2019 has not been provided. Therefore, no further benefits are payable.

This claim decision reflects an evaluation of the claim facts and Policy provisions.

**Policy Provisions**

In order to continue receiving benefits, you must satisfy the requirements of all Policy provisions that state, in part:

*"**Disability**" or "**Disabled**" means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
2.

*Applicable to Class 2, 2A, 3, 3A, 4, 4A, 5, 5A, 6, 7:*

*b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "**Disability**" or "**Disabled**" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*"**Material and Substantial Duties**" means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

*"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

*"**Proof**" means the evidence in support of a claim for benefits and includes, but is not limited to, the following:*

*1. a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;*
*2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and*
*3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test*

*results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.*

*Proof must be submitted in a form or format satisfactory to Liberty.*

***Disability Benefit***

*When Liberty receives Proof that a Covered Person is Disabled due to Injury or Sickness and requires the Regular Attendance of a Physician, Liberty will pay the Covered Person a Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this policy. The benefit will be paid for the period of Disability if the Covered Person gives to Liberty Proof of continued:*

*1. Disability;*
*2. Regular Attendance of a Physician; and*
*3. Appropriate Available Treatment.*

*The Proof must be given upon Liberty's request and at the Covered Person's expense. In determining whether the Covered Person is Disabled, Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.*

*For purposes of determining Disability, the Injury must occur and Disability must begin while the Employee is insured for this coverage.*

***Discontinuation of the Long Term Disability Benefit***

*The Monthly Benefit will cease on the earliest of:*
*8. the date the Covered Person is no longer Disabled according to this policy;*

Under the Employee Retirement Income Security Act (ERISA) appeal guidelines, Mr. Cummins was entitled to appeal the decision made by Lincoln Financial Group, and to submit any additional information you wished to be considered as part of the appeal. Lincoln Financial Group has conducted a full and fair review of your appeal and accompanying materials, and has concluded that the denial of benefits will be maintained.

At this time, Mr. Cummins' administrative right to review has been exhausted; no further review will be conducted by Lincoln Financial Group and his claim will remain closed. He may request to receive, free of charge, copies of all documents relevant to his claim. He has the right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.

If the plan is subject to ERISA, Mr. Cummins may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of the claim have been completed, he has the right to bring a civil action under applicable law. The employer's plan has a contractual limitations period of three years which means that a lawsuit must be brought within three years after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period

expires for this claim is February 7, 2023.

This information is provided for purposes of this claim only, as the time proof of claim is required may differ based on claim specifics and applicable policy language.

Nothing in this letter should be construed as a waiver of any Lincoln Financial Group of Boston rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by Lincoln Financial Group are based on the provisions outlined in the Astec Industries, Inc. Policy. These provisions are not contingent on decisions made by either the Social Security Administration or other disability-determining entities. No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Carignan
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16292
Secure Fax No.: (603) 334-5853

ROY LAW GROUP

1000 SW BROADWAY
SUITE 900
PORTLAND, OR 97205
503-206-4313
855-344-1726 FAX
ROYLAWGROUP.COM

January 2, 2020

**Via Fax (603-334-5853) and via Certified Mail**

Lincoln Life Assurance Company of Boston
Attn: Heather Carignan, Appeals Consultant
P.O. Box 7213
London, KY 40742-7213

**Re: Appeal of LTD Benefits Denial, Report Response**

| | |
|---|---|
| Claimant: | Michael Cummins |
| Claim No.: | 7224525 |
| Plan/Policy Holder: | Astec Industries, Inc. |

Dear Ms. Carignan,

On behalf of Mr. Cummins in his appeal of Lincoln Life Assurance Company of Boston's ("Lincoln") denial of Long Term Disability ("LTD") insurance benefits,[1] thank you for providing a copy of the Independent Medical Examination ("IME") report and an updated Vocational report in your letter dated December 12, 2019 ("Report Letter").

This letter is submitted pursuant to the acknowledgment of Lincoln, within the Report Letter, that a determination on the Appeal shall be tolled to allow for the present response from Mr. Cummins ("Report Response"). The Report Response constitutes a timely supplement to the Appeal—and should now be considered as part of the Appeal.[2]

---

[1] Following the convention of Mr. Cummins' appeal letter of August 27, 2019, that letter is referenced as the "Appeal" and Lincoln's denial letter of February 28, 2019, is referred to as the "Denial." Moreover, while Mr. Cummins recognizes that the Denial was actually issued by *Liberty* Life Assurance Company of Boston, to avoid confusion "Lincoln" is used throughout.

[2] Pursuant to ERISA requirements, the Report Letter acknowledges that a benefits determination shall be tolled until Lincoln receives a timely response from Mr. Cummins. And notwithstanding the potential issue as to whether Lincoln granted Mr. Cummins sufficient time to formulate a response, the Report Response is timely submitted by January 2, 2020—which appears to be the *intended* deadline stated within the Report Letter (the actual date stated in the Report Letter is January 2, 20**19**).

## I. Response Summary

Neither the IME nor updated Vocational report provide notable support for the Denial. In fact, the IME report acknowledges Mr. Cummins' disabling limitations due to multiple, ongoing, and fully documented medical conditions—notwithstanding that the IME report fails to properly factor relevant precedent, while also being patently incorrect about key factual issues. But in all events, the IME report does not establish that Mr. Cummins is physically capable of performing full-time sedentary work with any reasonable continuity.

Likewise, the updated Vocational report essentially provides further support for Mr. Cummins' full disability under the Any Occupation definition of his LTD policy. That is, Lincoln has not addressed any of the infirmities within its original Vocational report—**meaning that there continues to be no evidence that Mr. Cummins is reasonably fitted to perform the occupational demands of a sedentary job**, even if he was physically capable.

In sum, Mr. Cummins is only fitted by experience, education and training to perform non-sedentary jobs—given a lifetime of heavy occupational work, combined with a lack of education or training that would translate to any other form of work fitness. Yet the IME report rightly concedes that Mr. Cummins is physically *unfit* for any non-sedentary jobs for which he is qualified. Thus, the only fair conclusion for Lincoln to draw is this: Mr. Cummins is fully disabled from performing the full-time duties of Any Occupation under the LTD policy.

## II. The IME Report Is Proof Positive that Mr. Cummins Continues to Suffer from a Combination of Conditions that Render him Completely Disabled

Victor K. Lin, M.D., authored the IME report. And to Dr. Lin's credit, he acknowledges the medical support for several of Mr. Cummins' limiting conditions—even if Dr. Lin fails to recognize the full extent or cumulative effect of these conditions. Specifically, the IME report recognizes:

- "The right knee is partially disabling."[3] Indeed, Dr. Lin ends all consideration of non-sedentary capacity at this very first stage of analysis, finding a "*sedentary* physical demand category reasonable" and noting that Mr. Cummins "should be restricted to a *desk type* level job."

---

[3] Emphasis added. Unless otherwise noted, all Report Response emphasis is added.

- Regarding Mr. Cummins' history of deep vein thrombosis ("DVT"), Dr. Lin affirms that he is "*limited* from the complications of left lower extremity DVT" —even if Dr. Lin believes, in a probably cavalier fashion given the life-threatening implications of DVT complications, that the limitations are slight.
- Obesity of such magnitude as to "limit his ability to perform **any** sustained physical tasks."
- Lumbar pain that is acknowledged as appearing in the medical records, even if Dr. Lin attempts to diminish such evidence as "sporadic."

A major flaw in the IME report, however, is Dr. Lin's apparent ignorance of applicable disability standards concerning the consideration of conditions *in combination*. In fairness, Dr. Lin is paid to offer medical opinions, not apply legal standards. But this does not excuse Lincoln from the need to apply those same standards in the performance of its investigative and fiduciary duties within a full and fair review of the Appeal.[4]

---

[4] Regarding such duties under ERISA, the Ninth Circuit has described the fiduciary duty of ERISA insurers as among "the highest known to the law." *Howard v. Shay*, 100 F. 3d 1484, 1488 (9th Cir. 1996) (citation and internal quotations omitted). Moreover, the fiduciary duty of ERISA insurers contains an express investigative requirement: "ERISA administrators have a **fiduciary duty to conduct an adequate investigation** when considering a claim for benefits." *Petrusich v. Unum Life Ins. Co. of Am.*, 984 F. Supp. 2d 1112, 1119 (D. Or. 2013) (*citing Cady v. Hartford Life & Accidental Ins. Co.*, 930 F. Supp. 2d 1216, 1226 (D. Idaho 2013) (*citing Booton v. Lockheed Med. Ben. Plan*, 110 F.3d 1461, 1463 (9th Cir. 1997))). Nor may a plan administrator "shut [its] eyes to readily available information when the evidence in the record suggests that the information might confirm the beneficiary's theory of entitlement." *Id.* at 1119-20 (*quoting Rodgers v. Metropolitan Life Ins. Co.*, 655 F. Supp. 2d 1081, 1087 (N.D. Cal. 2009)).

As to the full and fair review requirement of ERISA, an administrator's review must "take[] into account **all** comments, documents, records, and other information submitted by the claimant **relating to the claim**." 29 C.F.R. § 2560.503-1(h)(2)(iv). *See also Montour v. Hartford Life & Accident Ins. Co.*, 588 F.3d 623, 634 (9th Cir. 2009) (stating that failure to use "procedures to help ensure a neutral review process" is evidence of bias, which supports a finding that a plan administrator has abused its discretion); *Gaither*, 394 F.3d at 807 (explaining that an insurer follows the "wrong model" under ERISA if it "plays a role like that of a judge in a purely adversarial proceeding, where the parties bear almost all of the responsibility for compiling the record, and the judge bears little or no responsibility to seek clarification when the evidence suggests the possibility of a legitimate claim"); *McKoy v. Int'l Paper Co.*, 488 F.3d 221, 223 (4th Cir. 2007) ("an administrator is required to use a deliberate, principled reasoning process and to support its decision with substantial evidence"); *Evans v. Eaton Corp. Long Term Disability Plan*, 514 F.3d 315, 322-23 (4th Cir.

### A. Dr. Lin Fails to Fully and Properly Consider the Combined Impact of Disabling Conditions, as Required under ERISA

Courts have found an abuse of discretion when an administrator fails to consider and evaluate the total combined impact of all a claimant's medical conditions. *See, e.g.*, *Rogers v. Metropolitan Life Ins. Co.*, 655 F. Supp. 2d 1081, 1088 (N.D. Cal. 2009) (concluding that **an insurer could not arbitrarily refuse to credit opinions that found plaintiff's illness greater than the sum of its parts**, and further finding that the combination of all the plaintiff's conditions and symptoms precluded a return to work); *Lawrence v. Motorola Inc.*, 2006 U.S. Dist. LEXIS 63730, at *24 (D. Ariz. Aug. 24, 2006) ("An administrator abuses its discretion by failing to consider the combination of the plaintiff's impairments"); *Nickola v. CNA Group Life Assurance, Co.*, 2005 U.S. Dist. LEXIS 16129, at *30 (N.D. Ill. Aug. 5, 2005) ("Precedent teaches that an administrator making a disability determination must make a reasoned assessment of whether the total combination of a claimant's impairments justify a disability finding, even if no single impairment standing alone would warrant the conclusion").

#### 1. Limiting Complications of DVT Definitely Do Add Something Material to the Disability Consideration

IME report assessments run afoul of ERISA whenever Dr. Lin *effectively* refuses to consider whether the overall, disabling effect from Mr. Cummins' conditions is "greater than the sum of its parts." *Rogers*, 655 F. Supp. 2d at 1088. For example, in spite of acknowledging that Mr. Cummins is in some sense limited by DVT complications, the IME report states: "this is not a *completely* disabling condition." That may well be the case, considered in isolation—but to discretely silo each limiting condition, as Dr. Lin does here and in many other instances, is contrary to ERISA standards.

Rather, Lincoln must consider "whether the total combination of [Mr. Cummins'] impairments justify a disability finding, even if no single impairment standing alone would warrant the conclusion." *Nickola*, 2005 U.S. Dist. LEXIS 16129, at *30. To this end, Dr. Lin cannot credibly allege that an admittedly limiting condition, like the complications of DVT, should not "add *anything* to the level of disability already attributed to the right knee." In short, any limitation will necessarily add *something* to the "total combination of ... impairments" justifying a disability finding. And as

---

2008) (adding that, among many other requirements, an ERISA administrator's decision must "rest on good evidence and sound reasoning; and [] result from a fair and searching process").

noted in the Appeal, complications of DVT can be life-threatening—e.g., "[i]n early 2018, Mr. Cummins suffered a **near fatal pulmonary embolism** and has since relied on blood thinners to curb the presence of the deep vein thrombosis in his left leg." Thus, one would naturally expect some additional, limiting considerations quite distinct from right knee issues, contrary to Dr. Lin's claims.

### 2. Lumbar Pain Cannot Be Lightly Dismissed as not Adding to a Total Combination of Impairments

The IME report fails to apply the relevant combination standard in regard to other recognized conditions, too. For instance, Dr. Lin contends that "it is difficult to attribute disability" to Mr. Cummins' lumbar pain, despite recognizing pain reports as high as 4/10 for this condition—and while not fully discounting the accuracy of Mr. Cummins' report, "that he is simply not someone to complain about such things." Dr. Lin maintains, however, that lumbar pain reports "would appear to be accommodated for in the restrictions **already placed on the right knee**."

But this is the wrong standard, plain and simple. Instead of considering the effect of Mr. Cummins's lumbar pain *in combination* with his right knee disability, as ERISA precedent requires, Dr. Lin has effectively established his own rubric (whether he consciously recognizes this or not). That is, whether the issue is DVT complications or lumbar pain, Dr. Lin basically compares each condition to the knee disability—and then, quite impermissibly, concludes that all effects from these other conditions are functionally subsumed within limitations relevant to the knee condition.

Applying common sense, this sort of idiosyncratic standard does not hold up to even modest analysis. For instance, purely physical limitations from Mr. Cummins' knee disability do not equate to lumbar pain. Moreover, even when considering just the pain Mr. Cummins' suffers from his right knee, the effect of lumbar pain is not somehow subsumed within that right knee pain. Needless to say, Dr. Lin himself would not blithely shrug off the pain of a broken arm by casually noting that he was already feeling the effects from an equal degree of pain attributable to a broken leg. But ridiculous as that analogy should sound, this is essentially how Dr. Lin is treating Mr. Cummins' conditions.

The better method, supported by courts and everyday human experience, is to apply the "total combination" standard for assessing impairments. And regardless of Dr. Lin's attempts to unreasonably ignore the effects of multiple conditions in combination, Lincoln must follow both common sense and ERISA precedent.

### 3. Mr. Cummins' Chronic Migraine Condition Is Self-Evidently Disabling within any Credible, Combination Analysis

Dr. Lin rightly acknowledges Mr. Cummins' report of "constant ongoing migraines," occurring "two times per week greater than a 10/10 in pain." Obviously, pain exceeding "10/10" is a technical impossibility—but this colloquialism from Mr. Cummins demonstrates two crucial facts.

First, Mr. Cummins is doing his best, based on a limited education, to express the extreme severity of pain that these regularly occurring migraines cause him. Second, such folksy flair evinces the very lack of sophistication which the IME report attributes to Mr. Cummins—i.e., when noting his "medical non-sophistication," as a potential reason for what Dr. Lin opines to be "a tendency to exaggerate his degree of limitations." But while such assessments are probably unfair and possibly even elitist from a highly educated and privileged individual like Dr. Lin, such slights *do* further prove the daunting occupational limitations that Mr. Cummins faces, due to a lack of education, in any bid to transition to the sort of "desk type" job to which the IME report would restrict him.

In any event, Dr. Lin repeats his now-familiar error here in regard to this chronic condition—he claims that "it is also **difficult to ascribe** any disability with respect to the migraines." Suffice it to say, however, this is an absurd statement. By definition, a migraine is a severe headache. Bluntly, therefore, the IME report cannot reasonably allege that it is actually "difficult to ascribe any disability" to the extreme pain and constant, cognitive debilitation that necessarily attends a chronic migraine condition.

In this light, and comporting with the plain dictates of common sense, Mr. Cummins' longtime primary care physician, Dr. David Knowlton, expressly recognized that a chronic migraine condition is a contributing factor in his disability. *See* Exhibit "C" of the Appeal.

#### a. Dr. Lin Unnecessarily and Unreasonably Discredits the Opinion of Mr. Cummins' Treating Physician

Crucially, Dr. Knowlton's opinion proves the falsity of the first reason that Dr. Lin offers for why it is, purportedly, so "difficult to ascribe" disability to a chronic migraine condition. Namely, the IME report wrongly states that "there is [sic] no *significant* corroborating records in the medical record" for a migraine condition. In effect, therefore, **Dr. Lin is claiming that Dr. Knowlton's express corroboration of**

**the migraine condition is not "significant."** But this flies in the face of an overwhelming body of ERISA precedent stating precisely the opposite—especially considering the ten-year treatment history between Dr. Knowlton and Mr. Cummins.[5]

### b. Dr. Lin's Position Is Not Even Supported by His Own Review of the Records in the IME Report

Ironically, the unjustified denigration of Dr. Knowlton's "significance" is not even supported by Dr. Lin's own, repeated recognitions of migraine evidence in his review of the records. For example, the IME report acknowledges office notes in November 2018 which record Mr. Cummins' prescription medication "for his migraine headaches"—i.e., well before the Denial, and while Lincoln itself was still in full agreement that Mr. Cummins was totally disabled. Likewise, Dr. Lin expressly concedes, in response to the first question posed by Lincoln: **"Chronic migraines are referred to and are likely a formal diagnosis for which there is good evidence."**

### c. Dr. Lin Flouts Established ERISA Precedent

The fact that "chronic migraines" would naturally contribute to the "total combination of ... impairments" is concordant with common sense—as well as constituting a conclusion strongly supported by ERISA precedent. Yet in an attempt to repudiate common sense, Dr. Lin alleges that it is "difficult to ascribe any disability with respect to migraines because ... on physical exam, there is no way to verify the presence or not of headaches." Thankfully, however, courts follow a much more reasonable line of logic on this issue than does Dr. Lin.

---

[5] Courts have a strong preference for treating physicians' opinions, like those of Dr. Knowlton. *Black & Decker v. Nord*, 538 U.S. 822, 834 (2003) (holding that plan administrators "may not arbitrarily refuse to credit a claimant's reliable evidence, including the opinions of a treating physician"). In fact, courts have held that, following *Nord*, "a district court may, in conducting its independent evaluation of the evidence in the administrative record, take cognizance of the fact ... that a given treating physician has a greater opportunity to know and observe the patient than a physician retained by the plan administrator." *Ayers v. Life Ins. Co. of North America*, 869 F. Supp. 2d 1248, 1264 (D. Or. 2012) (*quoting Jebian v. Hewlett–Packard Co. Emp. Benefits Org. Income Protection Plan*, 349 F.3d 1098, 1109 (9th Cir. 2003)). Similarly, another court within the Ninth Circuit has found that, when doctors who have personally examined a claimant have concluded that her "condition made it impossible [] for her to reliably perform [an] essential job function," **then such "evidence alone is persuasive" of disability**. *Anderson v. Liberty Mut. Long Term Disability Plan*, 116 F. Supp. 3d 1228, 1237 (W.D. Wash. 2015).

Specifically, the Ninth Circuit has long acknowledged that individual reactions to pain are subjective and not easily determined by reference to objective measurements. *Saffon v. Wells Fargo & Co. Long Term Disability Plan*, 522 F.3d 863, 872-73 (9th Cir. 2008); *see also Bunnell v. Sullivan*, 947 F.2d 341, 345 (9th Cir. 1991) (en banc) ("[A]n adjudicator may not reject a claimant's subjective complaints **based solely on a lack of objective medical evidence to fully corroborate the alleged severity of pain**"); *Fair v. Bowen*, 885 F.2d 597, 601 (9th Cir. 1989) ("[P]ain is a completely subjective phenomenon" and "cannot be objectively verified or measured").[6]

Similarly, whenever a condition does not lend itself easily to objective verification, such as in cases of pain and cognitive impact from chronic migraines, the subjective reports of a claimant like Mr. Cummins must be duly considered. *Ettel v. Unum Life Ins. Co. of Am.*, 2008 U.S. Dist. LEXIS 103419, at *11-13 (W.D. Wash. Dec. 10, 2008); *see also Palmer v. Univ. Med. Grp.*, 994 F. Supp. 1221, 1233-34 (D. Or. 1998); *Gilmore v. Liberty Life Assurance Co. of Boston*, 2014 U.S. Dist. LEXIS 57529, at *17-18 (N.D. Cal. Apr. 24, 2014).

Plainly, therefore, Dr. Lin's alleged "difficulty" in ascribing disability to Mr. Cummins' chronic migraines—precisely "because on physical exam, there is no way to verify the presence or not of headaches"—is directly counter to Ninth Circuit precedent.

Nonetheless, Lincoln is well within its rights to pay Dr. Lin to offer opinions like these that cannot hold up in court. But Lincoln absolutely cannot concur with Dr. Lin's opinion without violating ERISA standards—especially considering that the LTD policy does not support Dr. Lin's implicit rubric, that only "physical exam" evidence can support a disability claim.[7] Instead, the undisputed presence of chronic migraines

---

[6] *See also Anderson*, 116 F. Supp. 3d at 1238 (recognizing that subjective experiences cannot be easily measured by an objective standard, but also finding that **this fact does not mean such symptoms should be discounted or disbelieved**); *Salomaa v. Honda Long Term Disability Plan*, 642 F.3d 666, 678 (9th Cir. 2011) (stating that a disability insurer cannot "condition coverage on proof by objective indicators such as blood tests where the condition is recognized yet no such proof is possible"); *Miles v. Principal Life Ins. Co.*, 720 F.3d 472, 486 (2d Cir. 2013) ("subjective complaints of disabling conditions are not merely evidence of a disability, but are an important factor to be considered in determining disability").

[7] *See, e.g., Demer v. IBM Corp. LTD Plan*, 835 F.3d 893, 905-06 (9th Cir. 2016) (finding that an administrator **abused its discretion**, when denying LTD benefits based on a claimant's alleged failure to provide objective evidence of disability, where claimant had provided subjective

and their obvious, debilitating effects on Mr. Cummins must be properly factored in the total combination of his impairments.

### 4. The Hidradenitis Suppurativa Condition Creates Multiple Impairments that Must Each Be Considered in Combination with All Other Conditions

Regrettably, the foregoing is not the end of Dr. Lin's failures to factor all recognized limitations *in combination*. Quite appropriately, however, he does at least recognize Mr. Cummins' condition of hidradenitis suppurativa, which manifests in unsightly skin lesions, and admits: "**I do not doubt that they might be painful**, nor do I doubt that some of them are draining." But Dr. Lin never factors the admitted pain from this condition in his disability analysis.

At best, the IME report acknowledges: "it does appear that this condition would limit this claimant somewhat in terms of acquiring potentially more than usual amounts of time for personal hygiene to maintain areas where the lesions are currently draining." More specifically, Dr. Lin describes "interesting lesions that are about dime to quarter size," with a "sense of fulness and also kind of squiggly like veins that are like an AVM [arteriovenous malformation] of some sort." And "[i]n the inguinal area," Dr. Lin confirms that some of these lesions had "broken down and might be draining fluid."

Given these findings, Dr. Lin's conclusion within the IME report is probably a gross understatement—i.e., "due to draining lesions from his hidradenitis suppurativa," Mr. Cummins would be "restricted to a sedentary PDL full-time job with allowance for more **frequent breaks to ... perform personal hygiene (frequently)**," including "**[c]hange of underwear.**" In other words, expecting Mr. Cummins to "frequently" change his underwear and /or apply gauze bandages throughout every 8-hour

---

complaints corroborated by his treating physicians); *Wilson v. John C. Lincoln Health Network Grp. Disability Income Plan*, 2006 U.S. Dist. LEXIS 14540, at *13 (D. Ariz. Mar. 28, 2006):

> Plan administrators may not write-in policy exclusions. *See Canseco v. Southern California Const. Laborers Trust*, 93 F.3d 600, 608 (9th Cir. 1996) (holding that '[plan administrators] may not construe a plan so as to impose an additional requirement for eligibility that clashes with the terms of the plan'). 'It is an **abuse of discretion** for ERISA plan administrators . . . to construe provisions of the plan in a way that conflicts with the plain language of the plan.' *Bendixen v. Standard Ins. Co.*, 185 F.3d 939, 944 (9th Cir. 1999).

workday, day after day and week after week, is simply unrealistic in a competitive workplace.[8]

But even then, Dr. Lin has simply ignored impairment attributable to the *pain* from this condition—which he explicitly does "not doubt," and which accompanies the constant, lesion-draining issue. Moreover, given the IME report's recognition of Mr. Cummins' restrictions to a "sedentary" or "desk type" job,[9] **the pain from lesions in his inguinal area would obviously be exacerbated by constantly having to sit in performance of a sedentary job**. Again, however, Dr. Lin turns a blind eye to this patently relevant and very important issue.

### 5. Impairing Effects of Medications Also Need to Be Factored in Combination with Condition Impairments

Sadly, there is still at least one other, highly significant condition that the IME report acknowledges, but which Dr. Lin fails to factor in the "total combination of ... impairments" affecting Mr. Cummins' disability status.

Particularly, the IME report recognizes that Dr. Knowlton has consistently endorsed the potential for side effects from the suite of medications that Mr. Cummins has been prescribed, both during the period when Lincoln had fully recognized his disability and after the Denial. Moreover, the IME report charts a chronological record of medication side effects being reported well before the Denial, as well as during the period in which Lincoln awarded full LTD benefits to Mr. Cummins on account of his disability—e.g., in June 2018, when he suffered nausea and diarrhea from a prescription.

---

[8] Dr. Lin was later asked by Lincoln to clarify his original assessments regarding breaks needed for Mr. Cummins' hidradenitis suppurativa condition. In these "clarifications," he claims that Mr. Cummins would need but *two* additional breaks in an 8-hour workday in order to address the condition. But this cannot be reasonably squared with his prior statement that Mr. Cummins would require "allowance for more frequent breaks to ... perform personal hygiene (frequently)." That is, the double use of "frequent/frequently" here signifies greater frequency than the later clarification of a mere *two* breaks. Moreover, by Dr. Lin's admission, this "frequent" process would quite intensive—e.g., requiring "15 minutes" for each extra hygiene break, and involving "[w]arm water and soap" plus a "[c]hange of underwear and/or gauze bandages," each and every time.
[9] Presumably, this is based on the "PDL" or partial disability limitation of Mr. Cummins' right knee condition, as asserted in the IME report. That said, Dr. Lin does not appear to define the "PDL" shorthand that he uses in response to one of Lincoln's questions.

Yet Dr. Lin effectively turns a blind eye to such evidence, once more, by wrongly claiming that Mr. Cummins only endorsed debilitating side effects from medications in August 2019—i.e., "it is only around this time that the claimant himself begins endorsing that he has side effects from his medications." (Emphasis in original). As already noted, however, an LTD benefits administrator like Lincoln cannot follow Dr. Lin's example and "shut [its] eyes to readily available information," especially "when the evidence in the record suggests that the information might confirm the beneficiary's theory of entitlement." *Petrusich*, 984 F. Supp. 2d at 1119-20.

Further, this sort of evidentiary cherry-picking constitutes another, plain and simple violation of ERISA. For instance, "an administrator may weigh competing evidence but it **may not 'cherry-pick' the evidence it prefers while ignoring significant evidence to the contrary**." *Ratkovic v. Northrop Grumman Corp. Emple. Welfare Benefit Plan*, 2009 U.S. Dist. LEXIS 13862, at *34 (C.D. Cal. Feb. 20, 2009) (*quoting Anderson v. Sotheby's, Inc. Severance Plan*, 2006 U.S. Dist. LEXIS 42539, at *59 (S.D.N.Y. 2006)). Likewise, an "administrator cannot simply ignore contrary evidence, or engage with only that evidence which supports his conclusion." *Petrone v. Long Term Disability Income Plan for Choices Eligible Emps. of Johnson & Johnson & Affiliated Cos.*, 935 F. Supp. 2d 278, 293 (D. Mass. 2013) (*citing Winkler v. Metro. Life Ins. Co.*, 170 F. App'x 167, 168 (2d Cir. 2006)).

This means that Lincoln cannot rely solely on the ostensible declarations of Dr. Lin, even when he seeks to amplify his pronouncements by an emphatic presentation. Rather, the matter of how medications impact a proper, "total combination" analysis in the disability claim context requires diligent, independent investigation.[10]

---

[10] If anything, the "adequate investigation" standard must be more than an absolute minimum, "barely adequate" investigation, especially given the Ninth Circuit's insistence that the fiduciary duty owed to Mr. Cummins is "the highest known to the law." *Howard v. Shay*, 100 F. 3d at 1488. To further expand upon this concept, the Tenth Circuit has explained that, specifically within an ERISA context, a fiduciary:

> has a duty to see that those entitled to benefits receive them. It must consider the interests of deserving beneficiaries as it would its own. **An ERISA fiduciary presented with a claim that a little more evidence may prove valid should seek to get to the truth of the matter.**

*Gaither v. Aetna Life Ins. Co.*, 394 F.3d 792, 807-08 (10th Cir. 2004). Likewise, three Ninth Circuit judges issued the following statement, as to what the fiduciary duty of an insurer under ERISA entails:

Accordingly, this means that any impairing effects from Mr. Cummins' medications **must** be taken into account. That is, failure to take pain and medication side effects into account is arbitrary and capricious. *Smith v. Continental Casualty Co.*, 450 F.3d 253, 264-65 (6th Cir. 2006). *See also Adams v. Prudential Ins. Co. of America*, 280 F.Supp.2d 731, 741 (N.D. Ohio 2003) (holding insurer was arbitrary and capricious in failing to consider impact of medication side effects on ability to perform particular job); *Sacks v. Standard Ins. Co.*, 671 F. Supp. 2d 1148, 1165 (C.D. Cal. 2009) ("An administrator abuses its discretion when it fails to consider how the side effects of a claimant's medication impact the claimant's ability to perform her 'own occupation.'").

### B. Strong Evidence, from Mr. Cummins' Treating Physicians and Elsewhere, Supports a Continued Determination of Disability

Ultimately, a responsible consideration of the full combination of impairments affecting Mr. Cummins begins by affording due weight to the opinion of Dr. Knowlton—who is not only very familiar with his patient through ten years of primary care treatment, but who also can draw upon over six years of experience with Mr. Cummins when he was fully fit, physically, to work full time within a *heavy* occupational classification. And based on this unique perspective, which far exceeds anything in comparative quality or quantity to which Dr. Lin can pretend, Dr. Knowlton attests that the full combination of Mr. Cummins' conditions "are **disabling to the degree he is unable to perform the material duties of a full time sedentary occupation.**" Exhibit "C" of the Appeal.

More specifically, Dr. Knowlton's opinion expressly factors the "severe" condition of Mr. Cummins' right knee, his "chronic migraines," as well as "well known side effects" from his medications causing "nausea, dizziness, headaches and weakness; which would prevent him from performing the duties of a sedentary occupation with reasonable continuity." Further, Dr. Knowlton confirms that "the extent, severity and

---

> even though it does insure a benefit, an insurance company must act as a fiduciary must act. **That actually imposes a higher duty upon it than it would undertake were it in a mere contractual relationship.** It cannot simply act as a self-interested party that need only avoid violating the legal floor created by the covenant of good faith and fair dealing. It must reach much higher; it must act with the very punctilio of fairness.

*Kearney v. Standard Ins. Co.*, 175 F.3d 1084, 1101 (9th Cir. 1999) (Fernandez, J., dissenting).

duration of Mr. Cummins' symptoms are reasonable for someone in his condition." Indeed, Dr. Knowlton even invited discussion on these assessments by providing his office phone number and welcoming questions. *Id.*

### 1. The IME Report Wrongly Maligns Dr. Knowlton

But instead of actually calling Dr. Knowlton as offered, Dr. Lin chose to essentially portray Dr. Knowlton as signing a false report. Specifically, Dr. Lin declares:

> **The restrictions and limitations provided by Dr. Knowlton strike this examiner as more of a lifelong family physician trying to support his lifelong patient**, and consequently deemphasizing the limitations as recommended by other providers such as the orthopedic surgeon, and the physical capacities examination evaluator.

On some level, Dr. Lin can perhaps be credited for crafting the foregoing sentence in such a way as to not charge Dr. Knowlton with outright fabrication. But polite phrasing aside, this is *effectively* what Dr. Lin is doing here. That is, to be perfectly clear, Dr. Lin is claiming that Dr. Knowlton is trying to support Mr. Cummins by attesting to a complete disability based on restrictions and limitations that do not actually exist.

Unfortunately, the shocking content of this charge against Dr. Knowlton is not an isolated instance within the IME report. As noted, Dr. Lin had similarly discounted the "significance" of Dr. Knowlton's medical opinion, asserting that "it is also difficult to ascribe any disability with respect to the migraines because there is [sic] no **significant** corroborating records in the medical record." In other words, Dr. Lin did not find Dr. Knowlton's corroboration of a "chronic migraines" condition to be "significant." Nor could Dr. Lin argue otherwise, since an entire paragraph in the IME report, within a section titled "**Review of Records**," is devoted to the content of Dr. Knowlton's opinion—including the explicit recognition of his corroboration of a "chronic migraines" condition. (Emphasis in original).

Candidly, Dr. Lin's tactics in both instances, in substantively denigrating the credibility of Dr. Knowlton's medical opinions and his honesty, are disappointing to say it kindly—even if Dr. Lin masks the import of his insinuations in subtle wording. But Dr. Lin's conduct is not the main subject of either this Report Response or the Appeal.

### 2. Treating Physician Opinions Should Be Accorded Far More Substantive Weight than Those of a One-Time Examiner

What is relevant, for Lincoln's purposes, is a consideration of controlling precedent. This begins with an acknowledgment that courts have a strong preference for treating physicians' opinions, like those of Dr. Knowlton, over those of a for-hire, one-time examiner like Dr. Lin. *Black & Decker v. Nord*, 538 U.S. at 834. Moreover, the present claim determination should be definitively settled in Mr. Cummins' favor, after consideration of precedent within the Ninth Circuit that follows therefrom—e.g., when a doctor who has personally examined a claimant has concluded that his "condition made it impossible [] for h[im] to reliably perform [an] essential job function," **then such "evidence alone is persuasive" of disability**. *Anderson*, 116 F. Supp. 3d at 1237 (W.D. Wash. 2015). In sum, Dr. Knowlton's opinion holds far more credibility and weight in the eyes of courts than Dr. Lin's, despite a pattern of regrettable denigration within the IME report.

### 3. Dr. Knowlton Invited Meaningful Dialogue, which Dr. Lin Wrongly Eschewed

In subtly undermining and even outright ignoring Dr. Knowlton's opinions, rather than simply contacting him as had been openly offered, Dr. Lin violated another critical ERISA standard—that of "meaningful dialogue."

Specifically, ERISA "requires that the plan administrator engage in '**meaningful dialogue**' with the beneficiary. If the administrator 'believes more information is needed to make a reasoned decision, they must ask for it.'" *Petrusich*, 984 F. Supp. 2d at 1119 (*quoting Cady*, 930 F. Supp. 2d at 1226 (*quoting Booton*, 110 F.3d at 1463)). Similarly, "ERISA and its implementing regulations are undermined where plan administrators have available sufficient information to assert a basis for denial of benefits, **but choose to hold that basis in reserve rather than communicate it to the beneficiary**." *Cal. Spine and Neurosurgery Inst. v. Blue Cross of Cal.*, 358 F. Supp. 3d 949, 954 (N.D. Cal. 2019) (*quoting Spinedex Physical Therapy USA Inc. v. United Healthcare of Ariz., Inc.*, 770 F.3d 1282, 1297 (9th Cir. 2014) (*quoting Harlick v. Blue Shield of Cal.*, 686 F.3d 699, 720 (9th Cir. 2012))).

Applying these standards, Dr. Lin could have frankly communicated the basis of concerns with Dr. Knowlton. But contrary to ERISA precedent, he "cho[]se to hold that basis in reserve rather than communicate it" directly to Mr. Cummins' longtime, treating physician. *Cal. Spine and Neurosurgery Inst.*, 358 F. Supp. 3d at 954. This is

unsurprising, unfortunately, since the IME report all but charges Dr. Knowlton with falsely representing restrictions and limitations—and Dr. Knowlton would understandably have been disinclined to take such a charge lightly.

### 4. Dr. Lin's Claims Regarding Treating Physician Opinions and Examination Results Are Demonstrably False

Truth be told, Dr. Lin had another, very apparent reason to hold his alleged basis for a disability denial "in reserve rather than communicate it," as the ERISA meaningful dialogue standard requires. This is because, to state it perfectly plainly, **Dr. Lin has himself adduced demonstrably false information concerning Mr. Cummins' restrictions and limitations in support of Lincoln's position.**[11] Consequently, engaging in meaningful human dialogue with Dr. Knowlton would probably have exposed Lincoln's examiner to quick correction—and likely of the sharp variety.

To the point, the IME report expressly charges Dr. Knowlton with "deemphasizing the limitations as recommended by other providers such as the [1] orthopedic surgeon, and [2] the physical capacities examination evaluator." Yet the first claim, that Dr. Knowlton deemphasized limitations as recommended by "the orthopedic surgeon," cannot bear up under scrutiny after simple review of the IME report itself. Likewise, the second claim evinces either a failure to carefully review Mr. Cummins' physical capacities evaluation or a willful disregard of its probative findings.

#### a. Both Orthopedic Surgeons Referenced in the IME Report Support Dr. Knowlton's Position

As to Dr. Lin's initial claim, he neglects to name the "orthopedic surgeon" to whom he refers. But while this vague approach may facilitate his sweeping and unsubstantiated assertions, neither of the orthopedic specialists referenced in Dr. Lin's "**Review of Records**" support his position. The first candidate is Dr. Tuman, who actually

---

[11] The fact that Dr. Lin has done so, as will be demonstrated by his own statements within the IME report, does not necessarily mean he intended to present false information to Lincoln. Hopefully, Dr. Lin was simply sloppy in checking his statements—which is definitely possible, since that would allow for less time needed to complete his report, and any number of factors could have contributed to that conduct. Moreover, as unsavory as that carelessness possibility is to ponder, it is still better than the alternative of believing that Dr. Lin might willfully falsify the record. But either way, adducing demonstrably incorrect information in support of a disability denial is not a practice that will hold up in court. Lincoln would do well, therefore, to place very little reliance on Dr. Lin's IME report.

performed surgery on Mr. Cummins' knee. Yet as the IME report expressly notes, Dr. Tuman accurately predicted the very condition from which Mr. Cummins now suffers, *even before* the surgery was performed: "Dr. Tuman expressed concern that he may have **persistent symptoms in the knee** after scope debridement." Thus, how Dr. Lin could assert that this prophetic prognosis runs contrary to the position of Dr. Knowlton is hard to fathom (rationally speaking, of course).

Similarly, the second candidate for Dr. Lin's allegedly supportive, unnamed "orthopedic surgeon" also does not contradict Dr. Knowlton's opinion—indeed, this candidate expressly states that his findings "should not be interpreted as contrary to the opinion of" Dr. Knowlton. Exhibit "H" of the Appeal. This is Robb N. Larsen, M.D., whom the IME report refers to as "an Orthopedic Surgeon."

In fact, Dr. Lin directly quotes Dr. Larsen to acknowledge the latter's clarification that, while finding Mr. Cummins capable of sedentary work *on some basis*, "he did not specify whether it was part-time or full-time." Further, Dr. Lin goes on to summarize, *in his own words*, that "Dr. Larsen offers no definitive opinion on this part-time or full-time issue."

In all events, Dr. Lin's own admission here shows that, if Dr. Larsen *is* the mysterious "orthopedic surgeon" to whom the IME report later alludes, Dr. Larsen's failure to offer any "definitive opinion" on full-time occupational capacity **cannot be construed as supportive** of Dr. Lin's quite explicit claim that Mr. Cummins can work a "full-time job." But even to claim that Dr. Larsen is not actually offering a "definitive opinion on this part-time or full-time issue" is hard to square with the full substance of the orthopedic surgeon's clarifying statements.

The proof of this statement is best seen by reference to Dr. Larsen's own words. That is, in the August 30, 2019 letter that Dr. Lin reviewed, and which is included within Exhibit "H" of the Appeal, Dr. Larsen does state that he "offer[s] no definitive opinion" on "whether Mr. Cummins could work in a part-time or full-time capacity." In the very next sentence, however, Dr. Larsen elaborates in telling fashion:

> My impression should not be interpreted as contrary to the opinion of Mr. Cummins' primary care physician, Dr. David Knowlton, who also believes Mr. Cummins can work in a sedentary position—albeit, **for no more than 2 hours per day**."

In effect, Dr. Larsen has confirmed that: a) his own statements should *not* be interpreted to contradict Dr. Knowlton's opinion concerning Mr. Cummins' condition; and b) Dr. Knowlton's opinion is that Mr. Cummins can work for no more than 2 hours per day in a sedentary position. Putting these two components together, therefore, there can be no reasonable disputation about Dr. Larson's *overall* position—i.e., he explicitly affirms that his impressions should not be interpreted as contrary to the opinion that the physical capacity of Mr. Cummins is limited to 2 hours per day of sedentary work.

Clearly, this flatly contradicts Dr. Lin's claim that Mr. Cummins can work a full-time sedentary job. Equally clearly, Dr. Larsen's statements cannot be said to contradict the restrictions and limitations found in the opinion of Dr. Knowlton. This renders Dr. Lin's claim, that Dr. Knowlton is chargeable with "deemphasizing the limitations as recommended by other providers such as the orthopedic surgeon," as **patently untrue** if Dr. Larson is the orthopedic surgeon being referenced. And as already noted, Dr. Tuman's prescient prediction that Mr. Cummins would experience "persistent symptoms in the knee," even after surgery, hardly proves that Dr. Knowlton has "deemphasized" such a prognosis by now affirming continued disability symptoms.

Notwithstanding, Lincoln need not make its final determination on the basis of any quibbling over alleged supportive statements between or among various doctors. That is because the Ninth Circuit applies a "commonsense conclusion" that "an employee who cannot sit for more than four hours in an eight-hour workday cannot perform 'sedentary' work that requires 'sitting most of the time.'" *Armani v. Nw. Mut. Life Ins. Co.*, 840 F.3d 1159, 1163 (9th Cir. 2016). Thus, Dr. Larsen's confirmation that his own impressions are not contrary to those of Dr. Knowlton's are determinative—i.e., since neither treating physician will attest that Mr. Cummins can sit for more than 2 hours in a workday, he is **nowhere close** to the "more than four hours" threshold necessary to qualify for full-time sedentary work. *Id.* Reaching this result does not require high-level jurisprudence. Rather, it is a simple, "commonsense conclusion" that Lincoln should be fully capable of reaching, too.

### b. Dr. Lin Somehow Overlooks the Key Findings of Mr. Cummins' Physical Capacity Examination

Still, Dr. Lin appears challenged in reaching the same "commonsense conclusion" about Mr. Cummins' lack of sedentary capacity. This is evinced by his second claim, that Dr. Knowlton is "deemphasizing the limitations as recommended by ... the

physical capacities examination evaluator." At best, Dr. Lin could perhaps argue, in tremendously strained fashion, that his claim is *technically* correct—in that Dr. Knowlton is "deemphasizing" sedentary capacity hourly limits in Mr. Cummins' 2017 functional capacity evaluation ("FCE").

But this would constitute no more than a worthless distinction without substantive signification. That is because the 2017 FCE, which is the only such evaluation of its kind and surely what Dr. Lin means by "the physical capacities examination," also found that Mr. Cummins **could not "sit for more than four hours in an eight-hour workday"**—meaning that he "cannot perform 'sedentary' work that requires 'sitting most of the time.'" *Armani*, 840 F.3d at 1163. Indeed, this was also explained in some detail within the Appeal:

> The progressive deterioration noted by Dr. Knowlton is not a surprise. The results from Mr. Cummins' FCE, conducted on August 17, 2017, had already established that he is unable to perform the duties of a sedentary occupation. In fact, the FCE report determined he was only able to sit for 30 minutes at a time and for **no more than 4 hours in an 8-hour day**. On this basis alone, the Denial should be overturned—since the Ninth Circuit applies the "commonsense conclusion" that "an employee who cannot sit for more than four hours in an eight-hour workday cannot perform 'sedentary' work that requires 'sitting most of the time.'" *Armani v. Nw. Mut. Life Ins. Co.*, 840 F.3d 1159, 1163 (9th Cir. 2016). Much more, therefore, Mr. Cummins' current capacity, to sit for no more than 2 hours in a workday, renders the prospect of a sedentary occupation completely contrary to common sense.

(Emphasis in Appeal).

Further, when asked by Lincoln to comment specifically on Dr. Knowlton's most recent opinion letter, even Dr. Lin acknowledges that the increasing diminishment in Mr. Cummins' capacities, as affirmed by Dr. Knowlton, "could be due to the claimant's ongoing further medical complications" and "progressive deconditioning." And at the risk of being too harsh on Dr. Lin, his "could be" conjecture here seems to be yet another "commonsense conclusion" that *should* be incontrovertible for an individual like Mr. Cummins—i.e., who not only continues to suffer from the same disabling conditions, but who would, naturally, also experience "progressive deconditioning" that serves to exacerbate his impairments.

Again, quibbling over a diminishment from 4 to 2 hours of sedentary capacity, from 2017 to 2019, would miss the forest for the trees. The point is that even in 2017, the FCE found Mr. Cummins capable of no more than 4 hours of sitting capacity in an 8-hour workday. This should lead anyone to the "commonsense conclusion" that Mr. Cummins cannot perform full-time sedentary work, period. In this sense, Lincoln had been right, all along, in recognizing Mr. Cummins' disability up until the Denial. But unfortunately, Dr. Lin now eschews common sense in an attempt to contort the IME report so as to support a false proposition of full-time occupational capacity.

### C. The IME Report Does Not Adequately Address Psychiatric Issues

Finally, IME report errors extend to still one more important issue, implicating yet another material violation of ERISA standards. Specifically, Dr. Lin acknowledges that Mr. Cummins "reports that he is in counseling for depression, anxiety and stress disorder." Yet unaccountably, Dr. Lin concludes: "There are no records to support this."

Hopefully, this is not another instance in which deliberate falsification on Dr. Lin's part must be considered. Because indisputably, Exhibit "I" of the Appeal contains records from "Options Counseling Services," expressly noting that Mr. Cummins is receiving therapy "[t]o reduce feelings of <u>depressed mood</u>," among other things. Moreover, therapy notes therein address actual "Intervention provided" to address Mr. Cummins' "<u>distress</u>." Thus, anyone reading these records could not credibly contend that "[t]here are no records to support" Mr. Cummins' reports, as Dr. Lin claims. But hopefully, this is simply a matter of Dr. Lin not being provided with these records by Lincoln, however the gaffe may have occurred.

Still, however the IME report reaches its erroneous conclusion, the implications for Lincoln are serious. Dr. Lin is not qualified in psychiatric issues, nor does he claim to be. He states his qualifications only as: "**Board Certified in <u>Physical</u> Medicine & Rehabilitation.**" (Boldface emphasis in original). Accordingly, he is not capable of rendering an acceptable opinion on Mr. Cummins' psychiatric condition, or how any impairments therefrom might contribute to an overall disability finding:

> In the context of a psychiatric disability determination, **it is arbitrary and capricious to rely on the opinion of a non-treating,** non-examining doctor because the inherent subjectivity of a psychiatric diagnosis requires the physician rendering the diagnosis to personally observe the claimant.

*Westphal v. Eastman Kodak Co.*, 2006 U.S. Dist. LEXIS 41494, at *12-13 (W.D.N.Y. June 21, 2006). Likewise, Dr. Lin's factually incorrect, **blanket denial of objective record evidence** in support of Mr. Cummins' report of psychiatric impairment is no substitute for an appropriate psychiatric examination:

> complaints about a lack of objective evidence, indicates an abuse of discretion. *See Mitchell v. Metro. Life Ins. Co.*, 523 F. Supp. 2d 1132, 1148 (C.D. Cal. 2007) ('This was an occasion when an independent medical examination was in order to determine the credibility of [the claimant's] evidence. **[The plan] did not exercise this option, choosing instead to assert a lack of evidence without attempting to confirm for itself whether [the claimant] suffered from disabling conditions.**'); *Lavino v. Metro. Life Ins. Co.*, 779 F. Supp. 2d 1095, 1113 (C.D. Cal. 2011) ('In the context of a psychiatric disability determination, it is arbitrary and capricious to rely on the opinion of a non-treating, non-examining doctor because the inherent subjectivity of a psychiatric diagnosis requires the physician rendering the diagnosis to personally observe the claimant.') (citation omitted); *Sheehan v. Metro. Life Ins. Co.*, 368 F. Supp. 2d 228, 255 (S.D.N.Y. 2005) ('Unlike cardiologists or orthopedists, who can formulate medical opinions based upon objective findings derived from objective clinical tests, the psychiatrist typically treats his patient's subjective symptoms.').

*Gallupe v. Sedgwick Claims Mgmt. Servs.*, 358 F. Supp. 3d 1183, 1193-94 (W.D. Wash. 2019).

### D. The IME Report Provides No Evidence that Mr. Cummins' Condition Has Improved

On top of all the foregoing infirmities, the IME report also fails to demonstrate, let alone allege, that Mr. Cummins has experienced any improvement in his condition. This is far from an inconsequential oversight, however, considering that Lincoln acknowledged complete disability for two years, or from April 2017 to April 2019.

To this end, a court within the Ninth Circuit recently observed that, "because [an insurer] had awarded LTD benefits for almost two years, 'one would expect the [evidence] to show an *improvement*'"—i.e., before a determination was made that a claimant was no longer disabled. *Reetz v. Hartford Life & Accident Ins. Co.*, 294 F. Supp. 3d 1068, 1079-80 (W.D. Wash. 2018) (emphasis in original) (*quoting Saffon*, 522 F.3d at

871).[12] And the *Reetz* holding is particularly relevant, given a close identity in factual circumstances. That is, Lincoln awarded full LTD benefits to Mr. Cummins for *exactly two years*, which is even longer than the insurer had done in *Reetz*. Accordingly, such precedent applies with even greater force here. In turn, this means that, in order to justify a reversal of its longtime position that Mr. Cummins' had been completely disabled, Lincoln would be expected to provide a still greater showing of improvement in his condition now.

Similarly, the arbitrary nature of the Denial is compounded by the fact that Mr. Cummins continues to suffer from the same conditions that justified an award of disability benefits in the first place. Thus, Lincoln's "justification for the [] termination of [Mr. Cummins'] benefits is further undermined by its initial [] disability determination, which included **subjective reports of pain that were essentially unchanged at the time of the termination.**" *Backman v. Unum Life Ins. Co. of Am.*, 191 F. Supp. 3d 1053, 1070 (N.D. Cal. 2016).

### E. The IME Report Represents an Unpersuasive, Aberrational Position

As shown above, contrary to Dr. Lin's claims that "limitations as recommended by other providers" have been subject to "deemphasizing" by Dr. Knowlton, the exact opposite is true—i.e., "other providers," like Drs. Larson and Tuman, as well as the FCE evaluator, **have aligned much closer to Dr. Knowlton's opinion** in affirming disability than to Dr. Lin's. In other words, the aberrational position here is non-disability, or that of Dr. Lin in the IME report. Following ERISA precedent, therefore, this should lead Lincoln to confirm that the majority opinion of disability trumps the anomaly.[13]

---

[12] *See also Montour*, 588 F.3d at 635 (discussing lack of improvement as a factor bearing on disability assessment).

[13] *See, e.g.*, *Sicilian v. Legacy Health Sys. Group Long Term Income Supplement Plan*, 2001 U.S. Dist. LEXIS 74, at *15 (D. Or. Jan. 4, 2001) (finding a physician's conclusions, upon which the defendant plan administrator "relies heavily" upon, "are **too contradictory and unclear to constitute substantial evidence that [claimant] is not 'any occupation' disabled and it was abuse of discretion for defendant to rely on them**"); *Glenn v. MetLife*, 461 F.3d 660, 669-72 (6th Cir. 2006) (finding that information from a physician's "capacity assessment" form, upon which the plan administrator placed "heavy reliance," was "so inconsistent with other medical evidence and detailed reports supplied by [a doctor] over a period of three years that it can best be described as aberrational").

## III. The Updated Vocational Report Corrects None of the Fundamental Errors in Lincoln's Original Assessment

Simply put, the "updated Vocational report" provided by Lincoln is a mere rubber stamp of its original vocational report. Accordingly, this "updated" report is completely ineffectual as a support for the Denial. From a substantive perspective, Lincoln fails to address any of the fatal flaws in that first vocational assessment. These shortcomings were explained, in detail, in the Appeal filed August 27, 2019—and consequently, they need not be repeated verbatim here.

Nevertheless, the Report Response will at least touch upon these flaws, in order to demonstrate that the updated Vocational report continues to be fundamentally insufficient. Before doing so, however, the ERISA standard on this issue is worth considering. And it plainly places the **burden on Lincoln** to prove that Mr. Cummins is capable of meeting the Any Occupation definition within the LTD policy:

> the administrator carries the burden of articulating *why* it believes an applicant is capable (both physically and by dint of education and training) of performing a given occupation, even when the plan requires that the claimant prove she is incapable of performing 'any occupation.' If it were otherwise, the Plan would be taking the untenable position that it is plaintiff's burden to submit (at the outset) proof as to why she cannot perform each and every one of the hundreds of jobs listed in the Dictionary of Occupational Titles. Common sense dictates that the 'any occupation' requirement means only that: (1) the administrator is allowed to suggest any occupation of his choosing as grounds for denying a benefits claim; and (2) the claimant has the burden to show why she cannot do that job. Once the claimant has had her say, the administrator must still offer a rational explanation as to why it believes the claimant is capable of performing the job.

*Feggins v. Reliance Std. Life Ins. Co.*, 2013 U.S. Dist. LEXIS 127113, at *15 (W.D. Wis. Sept. 5, 2013) (italicized emphasis in original).

Similarly, "cases in which [a] claim hinges on whether plaintiff is capable of performing 'any' occupation require 'some sort of comparison between the requirements of the occupation and the applicant's capabilities.'" *Jacowski v. Kraft Heinz Foods Co.*, 2016 U.S Dist. LEXIS 157360, at *58 (W.D. Wis. Nov. 14, 2016) (*quoting Feggins*, 2013 U.S. Dist. LEXIS 127113, at *5).

### A. The Updated Vocational Report Does Not Satisfy Even Minimal ERISA Review Standards

But despite its continuing burden, especially in light of the detailed arguments in the Appeal, Lincoln offers up no more now than a one-page, "updated" report by Nicole Hall, a "Vocational Case Manager" ("VCM")—although attributing "one page" to this report is probably generous, given that a good portion of that single page is actually blank space. Worse, any analysis therein appears to be based **entirely**, from a medical perspective, on Dr. Lin's deeply flawed IME report. That is, besides a vague allusion to review of "the claim file," vocational research, and specific review of the prior "Transferable Skills Analysis (TSA) report," Ms. Hall adds only: "I reviewed the updated restrictions and limitations as outlined within the Physical Medicine & Rehabilitation Peer Review completed by Dr. Lin, M.D., dated 12/ 04/ 19."

On its face, therefore, this updated Vocational report does not satisfy even minimal disability review standards. Specifically, courts have repeatedly found that a practice of relying on a <u>single-page</u> transferable skills analysis, based on <u>one medical opinion</u>, is insufficient to support a termination of benefits. *See, e.g., Brown v. Life Ins. Co. of N. Am.*, 7 F. Supp. 3d 1125 (D. Nev. 2014); *Duncanson v. Life Ins. Co. of N. Am.*, 2011 U.S. Dist. LEXIS 136792 (N.D. Cal. Nov. 29, 2011); *Wilson v. Life Ins. Co. of N. Am.*, 242 F. Supp. 2d 1146 (D. Neb. 2006).

### B. The Updated Vocational Report Is Also Substantively Bereft

Looking more closely, however, the updated Vocational report is also inadequate on the basis of its actual content—or more accurately stated, **the lack of content** therein. In full, what follows is the full substantive "content" of Ms. Hall's updated "**Vocational Assessment**," (emphasis original), as found within the second half of the mono-paragraph that constitutes the whole of her report:

> Upon review of the available information, including the above noted updated medical records, <u>this VCM has found that the previously identified occupations outlined within the most recent 02/ 19/ 19 TSA report (i.e. Repair Order Clerk; Dispatcher, Maintenance Service; and Final Assembler) remain viable occupational alternatives</u>. The updated restrictions provided by Dr. Lin include the following: "he is restricted to a sedentary PDL full-time job with allowance for more frequent breaks to sit/stand as needed and perform personal hygiene (frequently)." Given that the previously identified occupations fall within these updated

restrictions, they, therefore, remain viable alternatives. It should be noted that these occupations also meet or surpass the identified gainful wage amount of $2,015.52. There are no further vocational services rendered at this time.

### 1. The Lack of Reasoned Analysis in the Report Is a Fatal Flaw

While several aspects of this assessment are worthy of comment, first and foremost is the fact that Ms. Hall is effectively **just affirming the prior TSA results**—nothing more, nothing less. That is, there is a paucity of reasoned analysis here to support her assessment from an independent or individualized perspective, probably because she simply relies upon any analysis in the previous TSA report. As an initial matter, however, such bare recitations of "data without reasoning, cannot produce a logical judgment about a claimant's work ability." *Elliott v. Metro Life Ins. Co.*, 473 F.3d 613, 622 (6th Cir. 2006).

Further, such precedent (in a specific vocational context) is just the tip of the iceberg, in terms of how ERISA standards are violated due to a dearth of reasoning. For example, there is "no basis to uphold" a disability decision "without a **reasonable explanation** for its conclusion." *Tate v. Long Term Disability Plan for Salaried Emples. of Champion Int'l Corp. # 506*, 545 F.3d 555, 561-62 (7th Cir. 2008). Indeed, the Seventh Circuit provides a wealth of precedent applicable to any ERISA matter in which conclusions are not adequately supported. *See, e.g., Hackett v. Xerox Corp.*, 315 F.3d 771, 775 (7th Cir. 2003) ("Conclusions without explanation do not provide the requisite reasoning and do not allow for effective review"); *Halpin v. W.W. Grainger, Inc.*, 962 F.2d 685, 695 (7th Cir. 1992) (rejecting a plan administrator's denial of benefits as too conclusory to permit appellate review where the administrator did not weigh the evidence for and against a determination that a claimant is ready to return to work).

### 2. Ms. Hall Rightly Rejects Dr. Lin's Inconsistent and Unreasonable Clarifications

Also, worth noting is the intriguing fact that Ms. Hall pays no heed to Dr. Lin's inconsistent "clarifications" regarding necessary accommodations for Mr. Cummins' hidradenitis suppurativa condition—despite the fact that she affirms receiving the revised version of his IME report "dated 12/04/19." Instead, Ms. Hall confirms the more reasonable, initial acknowledgment from Dr. Lin that Mr. Cummins would

require "allowance for more **frequent** breaks to … perform personal hygiene (**frequently**)."

### 3. Lincoln Has Failed to Address Any of the Challenges in the Appeal

Beyond this, Ms. Hall engages in no reasoned analysis and provides no explanation for her summary conclusion of full work capacity: "Given that the previously identified occupations fall within these updated restrictions, they, therefore, remain viable alternatives." In short, this is a pure, pro forma, rubber stamp of what had gone before, providing no additional value for Lincoln's determination. And that means that Ms. Hall never addresses a single infirmity within the original TSA, which Mr. Cummins had properly identified in the Appeal. Accordingly, this also means that Lincoln has failed to carry its burden, at this stage of the process, to "still offer a rational explanation as to why it believes the claimant is capable of performing the job." *Feggins*, 2013 U.S. Dist. LEXIS 127113, at *15.

Again, Lincoln can and should carefully reread the section of the Appeal that addresses infirmities within the original TSA, such that full quotation is unnecessary here. In brief, however, the following is a summary of critical issues that are simply ignored in the "updated Vocational report":

- an unsupportable inflation of Mr. Cummins' alleged computer skills, based on e-mail and internet browsing familiarity;
- unreasonable reliance on experience from a position that Mr. Cummins held **over 14 years ago**, in order to assert an alleged ability to do "paperwork" and competency with computers;
- a blind eye turned to Mr. Cummins' utter lack of paperwork and computer duties in his two most recent, highly physical jobs, over the same 14-year span;
- horribly strained analysis, just to facially assert competency in sedentary tasks like "paperwork" and "computer skills," especially given that these were tertiary duties *at best* in Mr. Cummins' patently industrial job as a "Laser-Beam-Machine Operator"; and
- a complete failure to recognize the obvious implications of the Specific Vocational Preparation ("SVP") rating of 4 for this same, "Laser-Beam-Machine Operator" position, which Mr. Cummins held for only 3 months—i.e., by definition, even average competency cannot be expected for an SVP "4" job until *more than 3 months* have elapsed.

### C. Lincoln Falls Short of Meaningful Dialogue Requirements in the Vocational Review Context

Perhaps most tellingly of all, the Appeal further noted that Lincoln had failed to **ever meaningfully dialogue with Mr. Cummins** about his actual competencies and true capacities before rotely declaring him capable of full-time sedentary work. To this end, Ms. Hall probably had no time to attempt such an undertaking—considering that she submitted her report on December 10, 2019, while only being provided with all the information that she was tasked to review less than a week earlier, on December 4, 2019. And in her defense, this also probably accounts for the threadbare "substance" of her assessment, rather than reflecting on her actual competency or capabilities. But regardless, Lincoln itself cannot be excused for this failure in support of a non-disability finding.

### D. The IME Report Contains Additional Evidence that Mr. Cummins Is Not Reasonably Fitted for Sedentary Work

Dr. Lin repeatedly casts aspersions on Mr. Cummins' intellectual capacity in his IME report—which only serves to accentuate crucial concerns over Mr. Cummins' fitness to transition to a cognitively-intensive role in a sedentary occupation. For instance, all of the following, negative statements about Mr. Cummins' intellect come directly from Dr. Lin in the IME report: 1) he is "not a sophisticated historian"; 2) he is also noted for his "medical non-sophistication"; and 3) he has "a disappointing lack of detailed recollection."

The IME report acknowledges, however, that Mr. Cummins never pretends to any degrees of white-collar sophistication, nor to any "detailed recollection" capacities that might meet Dr. Lin's (apparently) stringent standards—i.e., so as not be "disappointing." Rather, as Dr. Lin noted in his "**Review of Records**," Mr. Cummins unpretentiously reports only a history of having "worked **physically demanding** positions since he graduated high school."

If the foregoing needs spelling out, it means Mr. Cummins simply does not have a level of "sophistication" gained through post-high school education or training. And that is not a poor reflection on Mr. Cummins, in spite of any negative implications in the IME report. His entire, working life has been based upon brawn and strength-based occupations of the "heavy" classification. Moreover, his wife confirms that, since his 2016 knee injury, "he has been unable to hold any type of work as he had in the past." This fact, too, was recited in Dr. Lin's "**Review of Records**."

Consequently, there is serious cause to doubt whether Mr. Cummins is "reasonably fitted by training, education, experience, age, [or] mental capacity" to perform the material and substantial duties of a sedentary occupation. For certain, he has never held such a position in his life, and the man is almost 50 years old. But in all events, Lincoln has failed to so much as attempt a reasoned explanation or actual articulation as to "*why* it believes [him] is capable (both physically **and by dint of education and training**) of performing a given occupation." *Feggins*, 2013 U.S. Dist. LEXIS 127113, at *15 (boldfaced emphasis added). And all of the specific, allegedly "viable occupational alternatives" claimed by Lincoln would require a degree of intellectual acumen and cognitive capability that has simply not been demonstrated to exist. If anything, therefore, the IME report has succeeded only in undermining Mr. Cummins' mental fitness to perform the very sort of work that Lincoln prescribes.

### E. Mr. Cummins' Credibility Is Powerfully Demonstrated by a Long Work History

Mr. Cummins' long work history in the heavy occupational field does prove something that Lincoln has chosen to overlook—and which Dr. Lin repeatedly questions,[14] much as he wrongfully undermined the "significance" and truthfulness of Dr. Knowlton. That something is Mr. Cummins' credibility, based precisely upon his constancy in employment. For instance, a **"history of consistent employment ... supports a finding that [] cessation of work" is "due to an inability to perform [] duties ... rather than a lack of motivation."** *Elliott v. Life Ins. Co. of N. Am.*, 2019 U.S. Dist. LEXIS 113925, at *17 (N.D. Cal. July 9, 2019). *See also Schaal v. Apfel*, 134 F.3d 496, 502 (2nd Cir. 1998) ("a good work history may be deemed probative of credibility"); *Pearsall v. Massanari*, 274 F.3d 1211, 1218 (8th Cir. 2001) ("lack of work history may indicate a lack of motivation rather than a lack of ability").

In the end, Mr. Cummins twenty-plus years of *actions* speak louder than the unfair aspersions that Dr. Lin elects to cast upon his character, based only on the few hours that Dr. Lin has ever spent in Mr. Cummins' company. Specifically, the overwhelming weight of precedent stands in strong favor of Mr. Cummins, based on what he has proven in regard to faithful work character over the decades. And even Dr. Lin, in one

---

[14] A sampling of Dr. Lin's character aspersions include: a) "this examiner foresees further difficulties about any attempts at returning to work that are more motivation based"; b) "[t]he claimant does have evidence of something of an exaggeration on his presentation"; c) "this claimant has a tendency to exaggerate his degree of limitations"; and d) proposing that his "motivation" might "be disability seeking."

of his more forthright moments, admits that Mr. Cummins' conditions present "a **complex scenario.**" Indeed, this seems to have forced Dr. Lin to struggle—i.e., just to "try to define the limitations that I think are realistic for those conditions."

But all such word wriggling, professional and character aspersions in the IME report aside, Lincoln should not similarly need to struggle in reaching a final determination. Mr. Cummins' full disability is persuasively confirmed by his current, treating physicians and even by the medical evidence dating back to 2017, when Lincoln first acknowledged his disability. Likewise, the updated Vocational report provides nothing approaching the requisite quality of analysis which could support the Denial—even considering the change in disability definition to Any Occupation.

## IV. Conclusion

For the reasons stated above and in the Appeal letter of August 27, 2019, Lincoln should overturn the Denial, reinstate Mr. Cummins's LTD benefits for the full period of his claim, and fulfill its contractual obligations.

Best Regards,

Jesse Cowell
Attorney at Law
jesse@roylawgroup.com

Enclosures
cc: Michael Cummins (via email)

Roy Law LLC
1000 SW BROADWAY STE 900
PORTLAND OR 97205-3083

**USPS CERTIFIED MAIL**

**9414 8108 9876 5051 0396 31**

Lincoln Life Assurance Company of Boston
Heather Carignan
PO BOX 7213
LONDON KY 40742-7213

US POSTAGE AND FEES PAID
FIRST-CLASS
Jan 02 2020
Mailed from ZIP 97205
4 oz First-Class Mail Flats Rate

endicia
071S00777793

ROY LAW GROUP

**Roy Law Group**
**1000 SW Broadway**
**Suite 900**
**Portland, OR 97205**
**Tel: 503-206-4313 Fax: 855-344-1726**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Heather Carignan | **From:** | Kali Mustafa |
| **Fax:** | 1-603-334-5853 | **Date:** | January 02, 2020 05:03 PM |
| **Organization:** | Lincoln | | |
| **Subject:** | **Michael Cummins 7224525** | | |

Please see the attached 28 pages constituting our response to Mr. Cummins' IME Report. Additionally, a hard copy should arrive at your offices shortly, via Certified Mail.

Thank you

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

ROY LAW GROUP

1000 SW BROADWAY
SUITE 900
PORTLAND, OR 97205
503-206-4313
855-344-1726 FAX
ROYLAWGROUP.COM

January 2, 2020

**Via Fax (603-334-5853) and via Certified Mail**

Lincoln Life Assurance Company of Boston
Attn: Heather Carignan, Appeals Consultant
P.O. Box 7213
London, KY 40742-7213

**Re: Appeal of LTD Benefits Denial, Report Response**

| | |
|---|---|
| Claimant: | Michael Cummins |
| Claim No.: | 7224525 |
| Plan/Policy Holder: | Astec Industries, Inc. |

Dear Ms. Carignan,

On behalf of Mr. Cummins in his appeal of Lincoln Life Assurance Company of Boston's ("Lincoln") denial of Long Term Disability ("LTD") insurance benefits,[1] thank you for providing a copy of the Independent Medical Examination ("IME") report and an updated Vocational report in your letter dated December 12, 2019 ("Report Letter").

This letter is submitted pursuant to the acknowledgment of Lincoln, within the Report Letter, that a determination on the Appeal shall be tolled to allow for the present response from Mr. Cummins ("Report Response"). The Report Response constitutes a timely supplement to the Appeal—and should now be considered as part of the Appeal.[2]

---

[1] Following the convention of Mr. Cummins' appeal letter of August 27, 2019, that letter is referenced as the "Appeal" and Lincoln's denial letter of February 28, 2019, is referred to as the "Denial." Moreover, while Mr. Cummins recognizes that the Denial was actually issued by *Liberty* Life Assurance Company of Boston, to avoid confusion "Lincoln" is used throughout.

[2] Pursuant to ERISA requirements, the Report Letter acknowledges that a benefits determination shall be tolled until Lincoln receives a timely response from Mr. Cummins. And notwithstanding the potential issue as to whether Lincoln granted Mr. Cummins sufficient time to formulate a response, the Report Response is timely submitted by January 2, 2020—which appears to be the *intended* deadline stated within the Report Letter (the actual date stated in the Report Letter is January 2, 20**19**).

PAGE 2/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05

## I. Response Summary

Neither the IME nor updated Vocational report provide notable support for the Denial. In fact, the IME report acknowledges Mr. Cummins' disabling limitations due to multiple, ongoing, and fully documented medical conditions—notwithstanding that the IME report fails to properly factor relevant precedent, while also being patently incorrect about key factual issues. But in all events, the IME report does not establish that Mr. Cummins is physically capable of performing full-time sedentary work with any reasonable continuity.

Likewise, the updated Vocational report essentially provides further <u>support</u> for Mr. Cummins' full disability under the Any Occupation definition of his LTD policy. That is, Lincoln has not addressed any of the infirmities within its original Vocational report—**meaning that there continues to be no evidence that Mr. Cummins is reasonably fitted to perform the occupational demands of a sedentary job**, even if he was physically capable.

In sum, Mr. Cummins is only fitted by experience, education and training to perform non-sedentary jobs—given a lifetime of heavy occupational work, combined with a lack of education or training that would translate to any other form of work fitness. Yet the IME report rightly concedes that Mr. Cummins is physically *unfit* for any non-sedentary jobs for which he is qualified. Thus, the only fair conclusion for Lincoln to draw is this: Mr. Cummins is fully disabled from performing the full-time duties of Any Occupation under the LTD policy.

## II. The IME Report Is Proof Positive that Mr. Cummins Continues to Suffer from a Combination of Conditions that Render him Completely Disabled

Victor K. Lin, M.D., authored the IME report. And to Dr. Lin's credit, he acknowledges the medical support for several of Mr. Cummins' limiting conditions—even if Dr. Lin fails to recognize the full extent or cumulative effect of these conditions. Specifically, the IME report recognizes:

- "The right knee is partially <u>disabling</u>."[3] Indeed, Dr. Lin ends all consideration of non-sedentary capacity at this very first stage of analysis, finding a "*sedentary* physical demand category reasonable" and noting that Mr. Cummins "should be restricted to a *desk type* level job."

---

[3] Emphasis added. Unless otherwise noted, all Report Response emphasis is added.



PAGE 3/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05

- Regarding Mr. Cummins' history of deep vein thrombosis ("DVT"), Dr. Lin affirms that he is "*limited* from the complications of left lower extremity DVT"—even if Dr. Lin believes, in a probably cavalier fashion given the life-threatening implications of DVT complications, that the limitations are slight.
- Obesity of such magnitude as to "limit his ability to perform **any** sustained physical tasks."
- Lumbar pain that is acknowledged as appearing in the medical records, even if Dr. Lin attempts to diminish such evidence as "sporadic."

A major flaw in the IME report, however, is Dr. Lin's apparent ignorance of applicable disability standards concerning the consideration of conditions *in combination*. In fairness, Dr. Lin is paid to offer medical opinions, not apply legal standards. But this does not excuse Lincoln from the need to apply those same standards in the performance of its investigative and fiduciary duties within a full and fair review of the Appeal.[4]

---

[4] Regarding such duties under ERISA, the Ninth Circuit has described the fiduciary duty of ERISA insurers as among "the highest known to the law." *Howard v. Shay*, 100 F. 3d 1484, 1488 (9th Cir. 1996) (citation and internal quotations omitted). Moreover, the fiduciary duty of ERISA insurers contains an express investigative requirement: "ERISA administrators have a **fiduciary duty to conduct an adequate investigation** when considering a claim for benefits." *Petrusich v. Unum Life Ins. Co. of Am.*, 984 F. Supp. 2d 1112, 1119 (D. Or. 2013) (*citing Cady v. Hartford Life & Accidental Ins. Co.*, 930 F. Supp. 2d 1216, 1226 (D. Idaho 2013) (*citing Booton v. Lockheed Med. Ben. Plan*, 110 F.3d 1461, 1463 (9th Cir. 1997))). Nor may a plan administrator "shut [its] eyes to readily available information when the evidence in the record suggests that the information might confirm the beneficiary's theory of entitlement." *Id.* at 1119-20 (*quoting Rodgers v. Metropolitan Life Ins. Co.*, 655 F. Supp. 2d 1081, 1087 (N.D. Cal. 2009)).

As to the full and fair review requirement of ERISA, an administrator's review must "take[] into account **all** comments, documents, records, and other information submitted by the claimant **relating to the claim**." 29 C.F.R. § 2560.503-1(h)(2)(iv). *See also Montour v. Hartford Life & Accident Ins. Co.*, 588 F.3d 623, 634 (9th Cir. 2009) (stating that failure to use "procedures to help ensure a neutral review process" is evidence of bias, which supports a finding that a plan administrator has abused its discretion); *Gaither*, 394 F.3d at 807 (explaining that an insurer follows the "wrong model" under ERISA if it "plays a role like that of a judge in a purely adversarial proceeding, where the parties bear almost all of the responsibility for compiling the record, and the judge bears little or no responsibility to seek clarification when the evidence suggests the possibility of a legitimate claim"); *McKoy v. Int'l Paper Co.*, 488 F.3d 221, 223 (4th Cir. 2007) ("an administrator is required to use a deliberate, principled reasoning process and to support its decision with substantial evidence"); *Evans v. Eaton Corp. Long Term Disability Plan*, 514 F.3d 315, 322-23 (4th Cir.



PAGE 4/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05

### A. Dr. Lin Fails to Fully and Properly Consider the Combined Impact of Disabling Conditions, as Required under ERISA

Courts have found an abuse of discretion when an administrator fails to consider and evaluate the total combined impact of all a claimant's medical conditions. *See, e.g., Rogers v. Metropolitan Life Ins. Co.*, 655 F. Supp. 2d 1081, 1088 (N.D. Cal. 2009) (concluding that **an insurer could not arbitrarily refuse to credit opinions that found plaintiff's illness greater than the sum of its parts**, and further finding that the combination of all the plaintiff's conditions and symptoms precluded a return to work); *Lawrence v. Motorola Inc.*, 2006 U.S. Dist. LEXIS 63730, at *24 (D. Ariz. Aug. 24, 2006) ("An administrator abuses its discretion by failing to consider the combination of the plaintiff's impairments"); *Nickola v. CNA Group Life Assurance, Co.*, 2005 U.S. Dist. LEXIS 16129, at *30 (N.D. Ill. Aug. 5, 2005) ("Precedent teaches that an administrator making a disability determination must make a reasoned assessment of whether <u>the total combination of a claimant's impairments justify a disability finding</u>, even if no single impairment standing alone would warrant the conclusion").

#### 1. Limiting Complications of DVT Definitely Do Add Something Material to the Disability Consideration

IME report assessments run afoul of ERISA whenever Dr. Lin *effectively* refuses to consider whether the overall, disabling effect from Mr. Cummins' conditions is "greater than the sum of its parts." *Rogers*, 655 F. Supp. 2d at 1088. For example, in spite of acknowledging that Mr. Cummins <u>is</u> in some sense limited by DVT complications, the IME report states: "this is not a *completely* disabling condition." That may well be the case, considered in isolation—but to discretely silo each limiting condition, as Dr. Lin does here and in many other instances, is contrary to ERISA standards.

Rather, Lincoln must consider "whether the total combination of [Mr. Cummins'] impairments justify a disability finding, even if no single impairment standing alone would warrant the conclusion." *Nickola*, 2005 U.S. Dist. LEXIS 16129, at *30. To this end, Dr. Lin cannot credibly allege that an admittedly limiting condition, like the complications of DVT, should not "add *anything* to the level of disability already attributed to the right knee." In short, any limitation will necessarily add *something* to the "total combination of … impairments" justifying a disability finding. And as

---

2008) (adding that, among many other requirements, an ERISA administrator's decision must "rest on good evidence and sound reasoning; and [] <u>result from a fair and searching process</u>").



PAGE 5/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05
Lincoln/Cummins 0155

noted in the Appeal, complications of DVT can be life-threatening—e.g., "[i]n early 2018, Mr. Cummins suffered a **near fatal pulmonary embolism** and has since relied on blood thinners to curb the presence of the deep vein thrombosis in his left leg." Thus, one would naturally expect some additional, limiting considerations quite distinct from right knee issues, contrary to Dr. Lin's claims.

### 2. Lumbar Pain Cannot Be Lightly Dismissed as not Adding to a Total Combination of Impairments

The IME report fails to apply the relevant combination standard in regard to other recognized conditions, too. For instance, Dr. Lin contends that "it is difficult to attribute disability" to Mr. Cummins' lumbar pain, despite recognizing pain reports as high as 4/10 for this condition—and while not fully discounting the accuracy of Mr. Cummins' report, "that he is simply not someone to complain about such things." Dr. Lin maintains, however, that lumbar pain reports "would appear to be accommodated for in the restrictions **already placed on the right knee**."

But this is the wrong standard, plain and simple. Instead of considering the effect of Mr. Cummins's lumbar pain *in combination* with his right knee disability, as ERISA precedent requires, Dr. Lin has effectively established his own rubric (whether he consciously recognizes this or not). That is, whether the issue is DVT complications or lumbar pain, Dr. Lin basically compares each condition to the knee disability—and then, quite impermissibly, concludes that all effects from these other conditions are functionally subsumed within limitations relevant to the knee condition.

Applying common sense, this sort of idiosyncratic standard does not hold up to even modest analysis. For instance, purely physical limitations from Mr. Cummins' knee disability do not equate to lumbar pain. Moreover, even when considering just the pain Mr. Cummins' suffers from his right knee, the effect of lumbar pain is not somehow subsumed within that right knee pain. Needless to say, Dr. Lin himself would not blithely shrug off the pain of a broken arm by casually noting that he was already feeling the effects from an equal degree of pain attributable to a broken leg. But ridiculous as that analogy should sound, this is essentially how Dr. Lin is treating Mr. Cummins' conditions.

The better method, supported by courts and everyday human experience, is to apply the "total combination" standard for assessing impairments. And regardless of Dr. Lin's attempts to unreasonably ignore the effects of multiple conditions in combination, Lincoln must follow both common sense and ERISA precedent.




PAGE 6/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05
Lincoln/Cummins 0156

### 3. Mr. Cummins' Chronic Migraine Condition Is Self-Evidently Disabling within any Credible, Combination Analysis

Dr. Lin rightly acknowledges Mr. Cummins' report of "constant ongoing migraines," occurring "two times per week greater than a 10/10 in pain." Obviously, pain exceeding "10/10" is a technical impossibility—but this colloquialism from Mr. Cummins demonstrates two crucial facts.

First, Mr. Cummins is doing his best, based on a limited education, to express the extreme severity of pain that these regularly occurring migraines cause him. Second, such folksy flair evinces the very lack of sophistication which the IME report attributes to Mr. Cummins—i.e., when noting his "medical non-sophistication," as a potential reason for what Dr. Lin opines to be "a tendency to exaggerate his degree of limitations." But while such assessments are probably unfair and possibly even elitist from a highly educated and privileged individual like Dr. Lin, such slights *do* further prove the daunting occupational limitations that Mr. Cummins faces, due to a lack of education, in any bid to transition to the sort of "desk type" job to which the IME report would restrict him.

In any event, Dr. Lin repeats his now-familiar error here in regard to this chronic condition—he claims that "it is also **difficult to ascribe** any disability with respect to the migraines." Suffice it to say, however, this is an absurd statement. By definition, a migraine is a severe headache. Bluntly, therefore, the IME report cannot reasonably allege that it is actually "difficult to ascribe any disability" to the extreme pain and constant, cognitive debilitation that necessarily attends a chronic migraine condition.

In this light, and comporting with the plain dictates of common sense, Mr. Cummins' longtime primary care physician, Dr. David Knowlton, expressly recognized that a chronic migraine condition <u>is a contributing factor in his disability</u>. *See* Exhibit "C" of the Appeal.

#### a. Dr. Lin Unnecessarily and Unreasonably Discredits the Opinion of Mr. Cummins' Treating Physician

Crucially, Dr. Knowlton's opinion proves the falsity of the first reason that Dr. Lin offers for why it is, purportedly, so "difficult to ascribe" disability to a chronic migraine condition. Namely, the IME report wrongly states that "there is [sic] no *significant* corroborating records in the medical record" for a migraine condition. In effect, therefore, **Dr. Lin is claiming that Dr. Knowlton's express corroboration of**



PAGE 7/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05
Lincoln/Cummins 0157

**the migraine condition is not "significant."** But this flies in the face of an overwhelming body of ERISA precedent stating precisely the opposite—especially considering the ten-year treatment history between Dr. Knowlton and Mr. Cummins.[5]

**b. Dr. Lin's Position Is Not Even Supported by His Own Review of the Records in the IME Report**

Ironically, the unjustified denigration of Dr. Knowlton's "significance" is not even supported by Dr. Lin's own, repeated recognitions of migraine evidence in his review of the records. For example, the IME report acknowledges office notes in November 2018 which record Mr. Cummins' prescription medication "for his migraine headaches"—i.e., well before the Denial, and while Lincoln itself was still in full agreement that Mr. Cummins was totally disabled. Likewise, Dr. Lin expressly concedes, in response to the first question posed by Lincoln: "**Chronic migraines are referred to and are likely a formal diagnosis for which there is good evidence**."

**c. Dr. Lin Flouts Established ERISA Precedent**

The fact that "chronic migraines" would naturally contribute to the "total combination of … impairments" is concordant with common sense—as well as constituting a conclusion strongly supported by ERISA precedent. Yet in an attempt to repudiate common sense, Dr. Lin alleges that it is "difficult to ascribe any disability with respect to migraines because … on physical exam, there is no way to verify the presence or not of headaches." Thankfully, however, courts follow a much more reasonable line of logic on this issue than does Dr. Lin.

---

[5] Courts have a strong preference for treating physicians' opinions, like those of Dr. Knowlton. *Black & Decker v. Nord*, 538 U.S. 822, 834 (2003) (holding that plan administrators "may not arbitrarily refuse to credit a claimant's reliable evidence, including the opinions of a treating physician"). In fact, courts have held that, following *Nord*, "a district court may, in conducting its independent evaluation of the evidence in the administrative record, take cognizance of the fact … that a given treating physician has a greater opportunity to know and observe the patient than a physician retained by the plan administrator." *Ayers v. Life Ins. Co. of North America*, 869 F. Supp. 2d 1248, 1264 (D. Or. 2012) (*quoting Jebian v. Hewlett–Packard Co. Emp. Benefits Org. Income Protection Plan*, 349 F.3d 1098, 1109 (9th Cir. 2003)). Similarly, another court within the Ninth Circuit has found that, when doctors who have personally examined a claimant have concluded that her "condition made it impossible [] for her to reliably perform [an] essential job function," **then such "evidence alone is persuasive" of disability**. *Anderson v. Liberty Mut. Long Term Disability Plan*, 116 F. Supp. 3d 1228, 1237 (W.D. Wash. 2015).



PAGE 8/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05
Lincoln/Cummins 0158

Specifically, the Ninth Circuit has long acknowledged that individual reactions to pain are subjective and <u>not easily determined by reference to objective measurements</u>. *Saffon v. Wells Fargo & Co. Long Term Disability Plan*, 522 F.3d 863, 872-73 (9th Cir. 2008); *see also Bunnell v. Sullivan*, 947 F.2d 341, 345 (9th Cir. 1991) (en banc) ("[A]n adjudicator may not reject a claimant's subjective complaints **based solely on a lack of objective medical evidence to fully corroborate the alleged severity of pain**"); *Fair v. Bowen*, 885 F.2d 597, 601 (9th Cir. 1989) ("[P]ain is a completely subjective phenomenon" and "cannot be objectively verified or measured").[6]

Similarly, whenever a condition does not lend itself easily to objective verification, <u>such as in cases of pain and cognitive impact from chronic migraines</u>, the subjective reports of a claimant like Mr. Cummins must be duly considered. *Ettel v. Unum Life Ins. Co. of Am.*, 2008 U.S. Dist. LEXIS 103419, at *11-13 (W.D. Wash. Dec. 10, 2008); *see also Palmer v. Univ. Med. Grp.*, 994 F. Supp. 1221, 1233-34 (D. Or. 1998); *Gilmore v. Liberty Life Assurance Co. of Boston*, 2014 U.S. Dist. LEXIS 57529, at *17-18 (N.D. Cal. Apr. 24, 2014).

Plainly, therefore, Dr. Lin's alleged "difficulty" in ascribing disability to Mr. Cummins' chronic migraines—precisely "because on physical exam, there is no way to verify the presence or not of headaches"—is directly counter to Ninth Circuit precedent.

Nonetheless, Lincoln is well within its rights to pay Dr. Lin to offer opinions like these that cannot hold up in court. But Lincoln absolutely cannot concur with Dr. Lin's opinion without violating ERISA standards—especially considering that the LTD policy does not support Dr. Lin's implicit rubric, that only "physical exam" evidence can support a disability claim.[7] Instead, the undisputed presence of chronic migraines

---

[6] *See also Anderson*, 116 F. Supp. 3d at 1238 (recognizing that subjective experiences cannot be easily measured by an objective standard, but also finding that **this fact does not mean such symptoms should be discounted or disbelieved**); *Salomaa v. Honda Long Term Disability Plan*, 642 F.3d 666, 678 (9th Cir. 2011) (stating that a disability insurer cannot "condition coverage on proof by objective indicators such as blood tests <u>where the condition is recognized yet no such proof is possible</u>"); *Miles v. Principal Life Ins. Co.*, 720 F.3d 472, 486 (2d Cir. 2013) ("subjective complaints of disabling conditions are not merely evidence of a disability, but are an important factor to be considered in determining disability").

[7] *See, e.g., Demer v. IBM Corp. LTD Plan*, 835 F.3d 893, 905-06 (9th Cir. 2016) (finding that an administrator **abused its discretion**, when denying LTD benefits based on a claimant's alleged failure to provide objective evidence of disability, where claimant had provided subjective



PAGE 9/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05
Lincoln/Cummins 0159

and their obvious, debilitating effects on Mr. Cummins must be properly factored in the total combination of his impairments.

### 4. The Hidradenitis Suppurativa Condition Creates Multiple Impairments that Must Each Be Considered in Combination with All Other Conditions

Regrettably, the foregoing is not the end of Dr. Lin's failures to factor all recognized limitations *in combination*. Quite appropriately, however, he does at least recognize Mr. Cummins' condition of hidradenitis suppurativa, which manifests in unsightly skin lesions, and admits: "**I do not doubt that they might be painful**, nor do I doubt that some of them are draining." But Dr. Lin never factors the admitted pain from this condition in his disability analysis.

At best, the IME report acknowledges: "it does appear that this condition would limit this claimant somewhat in terms of acquiring potentially more than usual amounts of time for personal hygiene to maintain areas where the lesions are currently draining." More specifically, Dr. Lin describes "interesting lesions that are about dime to quarter size," with a "sense of fulness and also kind of squiggly like veins that are like an AVM [arteriovenous malformation] of some sort." And "[i]n the inguinal area," Dr. Lin confirms that some of these lesions had "broken down and might be draining fluid."

Given these findings, Dr. Lin's conclusion within the IME report is probably a gross understatement—i.e., "due to draining lesions from his hidradenitis suppurativa," Mr. Cummins would be "restricted to a sedentary PDL full-time job with allowance for more **frequent breaks to ... perform personal hygiene (frequently)**," including "**[c]hange of underwear**." In other words, expecting Mr. Cummins to "frequently" change his underwear and /or apply gauze bandages throughout every 8-hour

---

complaints corroborated by his treating physicians); *Wilson v. John C. Lincoln Health Network Grp. Disability Income Plan*, 2006 U.S. Dist. LEXIS 14540, at *13 (D. Ariz. Mar. 28, 2006):

> Plan administrators may not write-in policy exclusions. *See Canseco v. Southern California Const. Laborers Trust*, 93 F.3d 600, 608 (9th Cir. 1996) (holding that '[plan administrators] may not construe a plan so as to impose an additional requirement for eligibility that clashes with the terms of the plan'). 'It is an **abuse of discretion** for ERISA plan administrators . . . to construe provisions of the plan in a way that conflicts with the plain language of the plan.' *Bendixen v. Standard Ins. Co.*, 185 F.3d 939, 944 (9th Cir. 1999).

workday, day after day and week after week, is simply unrealistic in a competitive workplace.[8]

But even then, Dr. Lin has simply ignored impairment attributable to the *pain* from this condition—which he explicitly does "not doubt," and which accompanies the constant, lesion-draining issue. Moreover, given the IME report's recognition of Mr. Cummins' restrictions to a "sedentary" or "desk type" job,[9] **the pain from lesions in his inguinal area would obviously be exacerbated by constantly having to sit in performance of a sedentary job**. Again, however, Dr. Lin turns a blind eye to this patently relevant and very important issue.

### 5. Impairing Effects of Medications Also Need to Be Factored in Combination with Condition Impairments

Sadly, there is still at least one other, highly significant condition that the IME report acknowledges, but which Dr. Lin fails to factor in the "total combination of … impairments" affecting Mr. Cummins' disability status.

Particularly, the IME report recognizes that Dr. Knowlton has consistently endorsed the potential for side effects from the suite of medications that Mr. Cummins has been prescribed, both during the period when Lincoln had fully recognized his disability and after the Denial. Moreover, the IME report charts a chronological record of medication side effects being reported well before the Denial, as well as during the period in which Lincoln awarded full LTD benefits to Mr. Cummins on account of his disability—e.g., in June 2018, when he suffered nausea and diarrhea from a prescription.

---

[8] Dr. Lin was later asked by Lincoln to clarify his original assessments regarding breaks needed for Mr. Cummins' hidradenitis suppurativa condition. In these "clarifications," he claims that Mr. Cummins would need but *two* additional breaks in an 8-hour workday in order to address the condition. But this cannot be reasonably squared with his prior statement that Mr. Cummins would require "allowance for more frequent breaks to … perform personal hygiene (frequently)." That is, the double use of "frequent/frequently" here signifies greater frequency than the later clarification of a mere *two* breaks. Moreover, by Dr. Lin's admission, this "frequent" process would quite intensive—e.g., requiring "15 minutes" for each extra hygiene break, and involving "[w]arm water and soap" plus a "[c]hange of underwear and/or gauze bandages," each and every time.

[9] Presumably, this is based on the "PDL" or partial disability limitation of Mr. Cummins' right knee condition, as asserted in the IME report. That said, Dr. Lin does not appear to define the "PDL" shorthand that he uses in response to one of Lincoln's questions.



PAGE 11/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05

Yet Dr. Lin effectively turns a blind eye to such evidence, once more, by wrongly claiming that Mr. Cummins only endorsed debilitating side effects from medications in August 2019—i.e., "it is only around this time that the claimant himself begins endorsing that he has side effects from his medications." (Emphasis in original). As already noted, however, an LTD benefits administrator like Lincoln cannot follow Dr. Lin's example and "shut [its] eyes to readily available information," especially "when the evidence in the record suggests that the information might confirm the beneficiary's theory of entitlement." *Petrusich*, 984 F. Supp. 2d at 1119-20.

Further, this sort of evidentiary cherry-picking constitutes another, plain and simple violation of ERISA. For instance, "an administrator may weigh competing evidence but it **may not 'cherry-pick' the evidence it prefers while ignoring significant evidence to the contrary**." *Ratkovic v. Northrop Grumman Corp. Emple. Welfare Benefit Plan*, 2009 U.S. Dist. LEXIS 13862, at *34 (C.D. Cal. Feb. 20, 2009) (*quoting Anderson v. Sotheby's, Inc. Severance Plan*, 2006 U.S. Dist. LEXIS 42539, at *59 (S.D.N.Y. 2006)). Likewise, an "administrator cannot simply ignore contrary evidence, or engage with only that evidence which supports his conclusion." *Petrone v. Long Term Disability Income Plan for Choices Eligible Emps. of Johnson & Johnson & Affiliated Cos.*, 935 F. Supp. 2d 278, 293 (D. Mass. 2013) (*citing Winkler v. Metro. Life Ins. Co.*, 170 F. App'x 167, 168 (2d Cir. 2006)).

This means that Lincoln cannot rely solely on the ostensible declarations of Dr. Lin, even when he seeks to amplify his pronouncements by an emphatic presentation. Rather, the matter of how medications impact a proper, "total combination" analysis in the disability claim context requires diligent, independent investigation.[10]

---

[10] If anything, the "adequate investigation" standard must be more than an absolute minimum, "barely adequate" investigation, especially given the Ninth Circuit's insistence that the fiduciary duty owed to Mr. Cummins is "the highest known to the law." *Howard v. Shay*, 100 F. 3d at 1488. To further expand upon this concept, the Tenth Circuit has explained that, specifically within an ERISA context, a fiduciary:

> has a duty to see that those entitled to benefits receive them. It must consider the interests of deserving beneficiaries as it would its own. **An ERISA fiduciary presented with a claim that a little more evidence may prove valid should seek to get to the truth of the matter.**

*Gaither v. Aetna Life Ins. Co.*, 394 F.3d 792, 807-08 (10th Cir. 2004). Likewise, three Ninth Circuit judges issued the following statement, as to what the fiduciary duty of an insurer under ERISA entails:



PAGE 12/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05

Accordingly, this means that any impairing effects from Mr. Cummins' medications **must** be taken into account. That is, failure to take pain and medication side effects into account is arbitrary and capricious. *Smith v. Continental Casualty Co.*, 450 F.3d 253, 264-65 (6th Cir. 2006). *See also Adams v. Prudential Ins. Co. of America*, 280 F.Supp.2d 731, 741 (N.D. Ohio 2003) (holding insurer was arbitrary and capricious in failing to consider impact of medication side effects on ability to perform particular job); *Sacks v. Standard Ins. Co.*, 671 F. Supp. 2d 1148, 1165 (C.D. Cal. 2009) ("An administrator abuses its discretion when it fails to consider how the side effects of a claimant's medication impact the claimant's ability to perform her 'own occupation.'").

### B. Strong Evidence, from Mr. Cummins' Treating Physicians and Elsewhere, Supports a Continued Determination of Disability

Ultimately, a responsible consideration of the full combination of impairments affecting Mr. Cummins begins by affording due weight to the opinion of Dr. Knowlton—who is not only very familiar with his patient through ten years of primary care treatment, but who also can draw upon over six years of experience with Mr. Cummins when he was fully fit, physically, to work full time within a *heavy* occupational classification. And based on this unique perspective, which far exceeds anything in comparative quality or quantity to which Dr. Lin can pretend, Dr. Knowlton attests that the full combination of Mr. Cummins' conditions "are **disabling to the degree he is unable to perform the material duties of a full time sedentary occupation**." Exhibit "C" of the Appeal.

More specifically, Dr. Knowlton's opinion expressly factors the "severe" condition of Mr. Cummins' right knee, his "chronic migraines," as well as "well known side effects" from his medications causing "nausea, dizziness, headaches and weakness; which would prevent him from performing the duties of a sedentary occupation with reasonable continuity." Further, Dr. Knowlton confirms that "the extent, severity and

---

> even though it does insure a benefit, an insurance company must act as a fiduciary must act. **That actually imposes a higher duty upon it than it would undertake were it in a mere contractual relationship**. It cannot simply act as a self-interested party that need only avoid violating the legal floor created by the covenant of good faith and fair dealing. It must reach much higher; it must act with the very punctilio of fairness.

*Kearney v. Standard Ins. Co.*, 175 F.3d 1084, 1101 (9th Cir. 1999) (Fernandez, J., dissenting).

duration of Mr. Cummins' symptoms are reasonable for someone in his condition." Indeed, Dr. Knowlton even invited discussion on these assessments by providing his office phone number and welcoming questions. *Id.*

### 1. The IME Report Wrongly Maligns Dr. Knowlton

But instead of actually calling Dr. Knowlton as offered, Dr. Lin chose to essentially portray Dr. Knowlton as signing a false report. Specifically, Dr. Lin declares:

> **The restrictions and limitations provided by Dr. Knowlton strike this examiner as more of a lifelong family physician trying to support his lifelong patient**, and consequently deemphasizing the limitations as recommended by other providers such as the orthopedic surgeon, and the physical capacities examination evaluator.

On some level, Dr. Lin can perhaps be credited for crafting the foregoing sentence in such a way as to not charge Dr. Knowlton with outright fabrication. But polite phrasing aside, this is *effectively* what Dr. Lin is doing here. That is, to be perfectly clear, Dr. Lin is claiming that Dr. Knowlton is trying to support Mr. Cummins by attesting to a complete disability based on restrictions and limitations that do not actually exist.

Unfortunately, the shocking content of this charge against Dr. Knowlton is not an isolated instance within the IME report. As noted, Dr. Lin had similarly discounted the "significance" of Dr. Knowlton's medical opinion, asserting that "it is also difficult to ascribe any disability with respect to the migraines because there is [sic] no **significant** corroborating records in the medical record." In other words, Dr. Lin did not find Dr. Knowlton's corroboration of a "chronic migraines" condition to be "significant." Nor could Dr. Lin argue otherwise, since an entire paragraph in the IME report, within a section titled "**Review of Records**," is devoted to the content of Dr. Knowlton's opinion—including the explicit recognition of his corroboration of a "chronic migraines" condition. (Emphasis in original).

Candidly, Dr. Lin's tactics in both instances, in substantively denigrating the credibility of Dr. Knowlton's medical opinions and his honesty, are disappointing to say it kindly—even if Dr. Lin masks the import of his insinuations in subtle wording. But Dr. Lin's conduct is not the main subject of either this Report Response or the Appeal.



PAGE 14/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05

### 2. Treating Physician Opinions Should Be Accorded Far More Substantive Weight than Those of a One-Time Examiner

What is relevant, for Lincoln's purposes, is a consideration of controlling precedent. This begins with an acknowledgment that courts have a strong preference for treating physicians' opinions, like those of Dr. Knowlton, over those of a for-hire, one-time examiner like Dr. Lin. *Black & Decker v. Nord*, 538 U.S. at 834. Moreover, the present claim determination should be definitively settled in Mr. Cummins' favor, after consideration of precedent within the Ninth Circuit that follows therefrom—e.g., when a doctor who has personally examined a claimant has concluded that his "condition made it impossible [] for h[im] to reliably perform [an] essential job function," **then such "evidence alone is persuasive" of disability**. *Anderson*, 116 F. Supp. 3d at 1237 (W.D. Wash. 2015). In sum, Dr. Knowlton's opinion holds far more credibility and weight in the eyes of courts than Dr. Lin's, despite a pattern of regrettable denigration within the IME report.

### 3. Dr. Knowlton Invited Meaningful Dialogue, which Dr. Lin Wrongly Eschewed

In subtly undermining and even outright ignoring Dr. Knowlton's opinions, <u>rather than simply contacting him as had been openly offered</u>, Dr. Lin violated another critical ERISA standard—that of "meaningful dialogue."

Specifically, ERISA "requires that the plan administrator engage in '**meaningful dialogue**' with the beneficiary. If the administrator 'believes more information is needed to make a reasoned decision, they must ask for it.'" *Petrusich*, 984 F. Supp. 2d at 1119 (*quoting Cady*, 930 F. Supp. 2d at 1226 (*quoting Booton*, 110 F.3d at 1463)). Similarly, "ERISA and its implementing regulations are undermined where plan administrators have available sufficient information to assert a basis for denial of benefits, **but choose to hold that basis in reserve rather than communicate it to the beneficiary**." *Cal. Spine and Neurosurgery Inst. v. Blue Cross of Cal.*, 358 F. Supp. 3d 949, 954 (N.D. Cal. 2019) (*quoting Spinedex Physical Therapy USA Inc. v. United Healthcare of Ariz., Inc.*, 770 F.3d 1282, 1297 (9th Cir. 2014) (*quoting Harlick v. Blue Shield of Cal.*, 686 F.3d 699, 720 (9th Cir. 2012))).

Applying these standards, Dr. Lin could have frankly communicated the basis of concerns with Dr. Knowlton. But contrary to ERISA precedent, he "cho[]se to hold that basis in reserve rather than communicate it" directly to Mr. Cummins' longtime, treating physician. *Cal. Spine and Neurosurgery Inst.*, 358 F. Supp. 3d at 954. This is



PAGE 15/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05
Lincoln/Cummins 0165

unsurprising, unfortunately, since the IME report all but charges Dr. Knowlton with falsely representing restrictions and limitations—and Dr. Knowlton would understandably have been disinclined to take such a charge lightly.

### 4. Dr. Lin's Claims Regarding Treating Physician Opinions and Examination Results Are Demonstrably False

Truth be told, Dr. Lin had another, very apparent reason to hold his alleged basis for a disability denial "in reserve rather than communicate it," as the ERISA meaningful dialogue standard requires. This is because, to state it perfectly plainly, **Dr. Lin has himself adduced demonstrably false information concerning Mr. Cummins' restrictions and limitations in support of Lincoln's position.**[11] Consequently, engaging in meaningful human dialogue with Dr. Knowlton would probably have exposed Lincoln's examiner to quick correction—and likely of the sharp variety.

To the point, the IME report expressly charges Dr. Knowlton with "deemphasizing the limitations as recommended by other providers such as the [1] orthopedic surgeon, and [2] the physical capacities examination evaluator." Yet the first claim, that Dr. Knowlton deemphasized limitations as recommended by "the orthopedic surgeon," cannot bear up under scrutiny after simple review of the IME report itself. Likewise, the second claim evinces either a failure to carefully review Mr. Cummins' physical capacities evaluation or a willful disregard of its probative findings.

#### a. Both Orthopedic Surgeons Referenced in the IME Report Support Dr. Knowlton's Position

As to Dr. Lin's initial claim, he neglects to name the "orthopedic surgeon" to whom he refers. But while this vague approach may facilitate his sweeping and unsubstantiated assertions, neither of the orthopedic specialists referenced in Dr. Lin's "**Review of Records**" support his position. The first candidate is Dr. Tuman, who actually

---

[11] The fact that Dr. Lin has done so, as will be demonstrated by his own statements within the IME report, does not necessarily mean he intended to present false information to Lincoln. Hopefully, Dr. Lin was simply sloppy in checking his statements—which is definitely possible, since that would allow for less time needed to complete his report, and any number of factors could have contributed to that conduct. Moreover, as unsavory as that carelessness possibility is to ponder, it is still better than the alternative of believing that Dr. Lin might willfully falsify the record. But either way, adducing demonstrably incorrect information in support of a disability denial is not a practice that will hold up in court. Lincoln would do well, therefore, to place very little reliance on Dr. Lin's IME report.

performed surgery on Mr. Cummins' knee. Yet as the IME report expressly notes, Dr. Tuman accurately predicted the very condition from which Mr. Cummins now suffers, *even before* the surgery was performed: "Dr. Tuman expressed concern that he may have **persistent symptoms in the knee** after scope debridement." Thus, how Dr. Lin could assert that this prophetic prognosis runs contrary to the position of Dr. Knowlton is hard to fathom (rationally speaking, of course).

Similarly, the second candidate for Dr. Lin's allegedly supportive, unnamed "orthopedic surgeon" also does not contradict Dr. Knowlton's opinion—indeed, this candidate expressly states that his findings "should <u>not</u> be interpreted as contrary to the opinion of" Dr. Knowlton. Exhibit "H" of the Appeal. This is Robb N. Larsen, M.D., whom the IME report refers to as "an Orthopedic Surgeon."

In fact, Dr. Lin directly quotes Dr. Larsen to acknowledge the latter's clarification that, while finding Mr. Cummins capable of sedentary work *on some basis*, "he did not specify whether it was part-time or full-time." Further, Dr. Lin goes on to summarize, *in his own words*, that "Dr. Larsen <u>offers no definitive opinion</u> on this part-time or full-time issue."

In all events, Dr. Lin's own admission here shows that, if Dr. Larsen *is* the mysterious "orthopedic surgeon" to whom the IME report later alludes, Dr. Larsen's failure to offer any "definitive opinion" on full-time occupational capacity **cannot be construed as supportive** of Dr. Lin's quite explicit claim that Mr. Cummins can work a "full-time job." But even to claim that Dr. Larsen is not actually offering a "definitive opinion on this part-time or full-time issue" is hard to square with the <u>full substance</u> of the orthopedic surgeon's clarifying statements.

The proof of this statement is best seen by reference to Dr. Larsen's own words. That is, in the August 30, 2019 letter that Dr. Lin reviewed, and which is included within Exhibit "H" of the Appeal, Dr. Larsen does state that he "offer[s] no definitive opinion" on "whether Mr. Cummins could work in a part-time or full-time capacity." In the very next sentence, however, Dr. Larsen elaborates in telling fashion:

> My impression should not be interpreted as contrary to the opinion of Mr. Cummins' primary care physician, Dr. David Knowlton, who also believes Mr. Cummins can work in a sedentary position—albeit, **for no more than 2 hours per day**."




PAGE 17/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05
Lincoln/Cummins 0167

In effect, Dr. Larsen has confirmed that: a) his own statements should *not* be interpreted to contradict Dr. Knowlton's opinion concerning Mr. Cummins' condition; and b) Dr. Knowlton's opinion is that Mr. Cummins can work for no more than 2 hours per day in a sedentary position. Putting these two components together, therefore, there can be no reasonable disputation about Dr. Larson's *overall* position—i.e., he explicitly affirms that his impressions should not be interpreted as contrary to the opinion that <u>the physical capacity of Mr. Cummins is limited to 2 hours per day of sedentary work</u>.

Clearly, this flatly contradicts Dr. Lin's claim that Mr. Cummins can work a full-time sedentary job. Equally clearly, Dr. Larsen's statements cannot be said to contradict the restrictions and limitations found in the opinion of Dr. Knowlton. This renders Dr. Lin's claim, that Dr. Knowlton is chargeable with "deemphasizing the limitations as recommended by other providers such as the orthopedic surgeon," as **patently untrue** if Dr. Larson is the orthopedic surgeon being referenced. And as already noted, Dr. Tuman's prescient prediction that Mr. Cummins would experience "persistent symptoms in the knee," even after surgery, hardly proves that Dr. Knowlton has "deemphasized" such a prognosis by now affirming continued disability symptoms.

Notwithstanding, Lincoln need not make its final determination on the basis of any quibbling over alleged supportive statements between or among various doctors. That is because the Ninth Circuit applies a "<u>commonsense</u> conclusion" that "an employee who cannot sit for more than four hours in an eight-hour workday cannot perform 'sedentary' work that requires 'sitting most of the time.'" *Armani v. Nw. Mut. Life Ins. Co.*, 840 F.3d 1159, 1163 (9th Cir. 2016). Thus, Dr. Larsen's confirmation that his own impressions are not contrary to those of Dr. Knowlton's are determinative—i.e., since neither treating physician will attest that Mr. Cummins can sit for more than 2 hours in a workday, he is **nowhere close** to the "more than four hours" threshold necessary to qualify for full-time sedentary work. *Id.* Reaching this result does not require high-level jurisprudence. Rather, it is a simple, "commonsense conclusion" that Lincoln should be fully capable of reaching, too.

### b. Dr. Lin Somehow Overlooks the Key Findings of Mr. Cummins' Physical Capacity Examination

Still, Dr. Lin appears challenged in reaching the same "commonsense conclusion" about Mr. Cummins' lack of sedentary capacity. This is evinced by his second claim, that Dr. Knowlton is "deemphasizing the limitations as recommended by … the



PAGE 18/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05
Lincoln/Cummins 0168

physical capacities examination evaluator." At best, Dr. Lin could perhaps argue, in tremendously strained fashion, that his claim is *technically* correct—in that Dr. Knowlton is "deemphasizing" sedentary capacity hourly limits in Mr. Cummins' 2017 functional capacity evaluation ("FCE").

But this would constitute no more than a worthless distinction without substantive signification. That is because the 2017 FCE, which is the only such evaluation of its kind and surely what Dr. Lin means by "the physical capacities examination," also found that Mr. Cummins **could not "sit for more than four hours in an eight-hour workday"**—meaning that he "cannot perform 'sedentary' work that requires 'sitting most of the time.'" *Armani*, 840 F.3d at 1163. Indeed, this was also explained in some detail within the Appeal:

> The progressive deterioration noted by Dr. Knowlton is not a surprise. The results from Mr. Cummins' FCE, conducted on August 17, 2017, had already established that he is unable to perform the duties of a sedentary occupation. In fact, the FCE report determined he was only able to sit for 30 minutes at a time and for **no more than 4 hours in an 8-hour day**. On this basis alone, the Denial should be overturned—since the Ninth Circuit applies the "commonsense conclusion" that "an employee who cannot sit for more than four hours in an eight-hour workday cannot perform 'sedentary' work that requires 'sitting most of the time.'" *Armani v. Nw. Mut. Life Ins. Co.*, 840 F.3d 1159, 1163 (9th Cir. 2016). Much more, therefore, Mr. Cummins' current capacity, to sit for no more than 2 hours in a workday, renders the prospect of a sedentary occupation completely contrary to common sense.

(Emphasis in Appeal).

Further, when asked by Lincoln to comment specifically on Dr. Knowlton's most recent opinion letter, even Dr. Lin acknowledges that the increasing diminishment in Mr. Cummins' capacities, as affirmed by Dr. Knowlton, "could be due to the claimant's ongoing further medical complications" and "progressive deconditioning." And at the risk of being too harsh on Dr. Lin, his "could be" conjecture here seems to be yet another "commonsense conclusion" that *should* be incontrovertible for an individual like Mr. Cummins—i.e., who not only continues to suffer from the same disabling conditions, but who would, naturally, also experience "progressive deconditioning" that serves to exacerbate his impairments.



PAGE 19/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05

Again, quibbling over a diminishment from 4 to 2 hours of sedentary capacity, from 2017 to 2019, would miss the forest for the trees. The point is that even in 2017, the FCE found Mr. Cummins capable of no more than 4 hours of sitting capacity in an 8-hour workday. This should lead anyone to the "commonsense conclusion" that Mr. Cummins cannot perform full-time sedentary work, period. In this sense, Lincoln had been right, all along, in recognizing Mr. Cummins' disability up until the Denial. But unfortunately, Dr. Lin now eschews common sense in an attempt to contort the IME report so as to support a false proposition of full-time occupational capacity.

### C. The IME Report Does Not Adequately Address Psychiatric Issues

Finally, IME report errors extend to still one more important issue, implicating yet another material violation of ERISA standards. Specifically, Dr. Lin acknowledges that Mr. Cummins "reports that he is in counseling for depression, anxiety and stress disorder." Yet unaccountably, Dr. Lin concludes: "There are no records to support this."

Hopefully, this is not another instance in which deliberate falsification on Dr. Lin's part must be considered. Because indisputably, Exhibit "I" of the Appeal contains records from "Options Counseling Services," expressly noting that Mr. Cummins is receiving therapy "[t]o reduce feelings of <u>depressed mood</u>," among other things. Moreover, therapy notes therein address actual "Intervention provided" to address Mr. Cummins' "<u>distress</u>." Thus, anyone reading these records could not credibly contend that "[t]here are no records to support" Mr. Cummins' reports, as Dr. Lin claims. But hopefully, this is simply a matter of Dr. Lin not being provided with these records by Lincoln, however the gaffe may have occurred.

Still, however the IME report reaches its erroneous conclusion, the implications for Lincoln are serious. Dr. Lin is not qualified in psychiatric issues, nor does he claim to be. He states his qualifications only as: "**Board Certified in <u>Physical</u> Medicine & Rehabilitation**." (Boldface emphasis in original). Accordingly, he is not capable of rendering an acceptable opinion on Mr. Cummins' psychiatric condition, or how any impairments therefrom might contribute to an overall disability finding:

> In the context of a psychiatric disability determination, **it is arbitrary and capricious to rely on the opinion of a non-treating,** non-examining doctor because the inherent subjectivity of a psychiatric diagnosis requires the physician rendering the diagnosis to personally observe the claimant.



PAGE 20/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05

*Westphal v. Eastman Kodak Co.*, 2006 U.S. Dist. LEXIS 41494, at *12-13 (W.D.N.Y. June 21, 2006). Likewise, Dr. Lin's factually incorrect, **blanket denial of objective record evidence** in support of Mr. Cummins' report of psychiatric impairment is no substitute for an appropriate psychiatric examination:

> complaints about a lack of objective evidence, indicates an abuse of discretion. *See Mitchell v. Metro. Life Ins. Co.*, 523 F. Supp. 2d 1132, 1148 (C.D. Cal. 2007) ('This was an occasion when an independent medical examination was in order to determine the credibility of [the claimant's] evidence. **[The plan] did not exercise this option, choosing instead to assert a lack of evidence without attempting to confirm for itself whether [the claimant] suffered from disabling conditions**.'); *Lavino v. Metro. Life Ins. Co.*, 779 F. Supp. 2d 1095, 1113 (C.D. Cal. 2011) ('In the context of a psychiatric disability determination, it is arbitrary and capricious to rely on the opinion of a non-treating, non-examining doctor because the inherent subjectivity of a psychiatric diagnosis requires the physician rendering the diagnosis to personally observe the claimant.') (citation omitted); *Sheehan v. Metro. Life Ins. Co.*, 368 F. Supp. 2d 228, 255 (S.D.N.Y. 2005) ('Unlike cardiologists or orthopedists, who can formulate medical opinions based upon objective findings derived from objective clinical tests, the psychiatrist typically treats his patient's subjective symptoms.').

*Gallupe v. Sedgwick Claims Mgmt. Servs.*, 358 F. Supp. 3d 1183, 1193-94 (W.D. Wash. 2019).

### D. The IME Report Provides No Evidence that Mr. Cummins' Condition Has Improved

On top of all the foregoing infirmities, the IME report also fails to demonstrate, let alone allege, that Mr. Cummins has experienced any improvement in his condition. This is far from an inconsequential oversight, however, considering that Lincoln acknowledged complete disability for two years, or from April 2017 to April 2019.

To this end, a court within the Ninth Circuit recently observed that, "because [an insurer] had awarded LTD benefits for almost two years, 'one would expect the [evidence] to show an *improvement*'"—i.e., before a determination was made that a claimant was no longer disabled. *Reetz v. Hartford Life & Accident Ins. Co.*, 294 F. Supp. 3d 1068, 1079-80 (W.D. Wash. 2018) (emphasis in original) (*quoting Saffon*, 522 F.3d at



PAGE 21/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05

871).[12] And the *Reetz* holding is particularly relevant, given a close identity in factual circumstances. That is, Lincoln awarded full LTD benefits to Mr. Cummins for *exactly two years*, which is even longer than the insurer had done in *Reetz*. Accordingly, such precedent applies with even greater force here. In turn, this means that, in order to justify a reversal of its longtime position that Mr. Cummins' had been completely disabled, Lincoln would be expected to provide a still greater showing of improvement in his condition now.

Similarly, the arbitrary nature of the Denial is compounded by the fact that Mr. Cummins continues to suffer from the same conditions that justified an award of disability benefits in the first place. Thus, Lincoln's "justification for the [] termination of [Mr. Cummins'] benefits is further undermined by its initial [] disability determination, which included **subjective reports of pain that were essentially unchanged at the time of the termination**." *Backman v. Unum Life Ins. Co. of Am.*, 191 F. Supp. 3d 1053, 1070 (N.D. Cal. 2016).

### E. The IME Report Represents an Unpersuasive, Aberrational Position

As shown above, contrary to Dr. Lin's claims that "limitations as recommended by other providers" have been subject to "deemphasizing" by Dr. Knowlton, the exact opposite is true—i.e., "other providers," like Drs. Larson and Tuman, as well as the FCE evaluator, **have aligned much closer to Dr. Knowlton's opinion** in affirming disability than to Dr. Lin's. In other words, the aberrational position here is non-disability, or that of Dr. Lin in the IME report. Following ERISA precedent, therefore, this should lead Lincoln to confirm that the majority opinion of disability trumps the anomaly.[13]

---

[12] *See also Montour*, 588 F.3d at 635 (discussing lack of improvement as a factor bearing on disability assessment).

[13] *See, e.g., Sicilian v. Legacy Health Sys. Group Long-Term Income Supplement Plan*, 2001 U.S. Dist. LEXIS 74, at *15 (D. Or. Jan. 4, 2001) (finding a physician's conclusions, upon which the defendant plan administrator "relies heavily" upon, "are **too contradictory and unclear to constitute substantial evidence that [claimant] is not 'any occupation' disabled and it was abuse of discretion for defendant to rely on them**"); *Glenn v. MetLife*, 461 F.3d 660, 669-72 (6th Cir. 2006) (finding that information from a physician's "capacity assessment" form, upon which the plan administrator placed "heavy reliance," was "so inconsistent with other medical evidence and detailed reports supplied by [a doctor] over a period of three years that it can best be described as aberrational").



PAGE 22/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05

## III. The Updated Vocational Report Corrects None of the Fundamental Errors in Lincoln's Original Assessment

Simply put, the "updated Vocational report" provided by Lincoln is a mere rubber stamp of its original vocational report. Accordingly, this "updated" report is completely ineffectual as a support for the Denial. From a substantive perspective, Lincoln fails to address any of the fatal flaws in that first vocational assessment. These shortcomings were explained, in detail, in the Appeal filed August 27, 2019—and consequently, they need not be repeated verbatim here.

Nevertheless, the Report Response will at least touch upon these flaws, in order to demonstrate that the updated Vocational report continues to be fundamentally insufficient. Before doing so, however, the ERISA standard on this issue is worth considering. And it plainly places the **burden on Lincoln** to prove that Mr. Cummins is capable of meeting the Any Occupation definition within the LTD policy:

> the administrator carries the burden of articulating *why* it believes an applicant is capable (both physically and by dint of education and training) of performing a given occupation, even when the plan requires that the claimant prove she is incapable of performing 'any occupation.' If it were otherwise, the Plan would be taking the untenable position that it is plaintiff's burden to submit (at the outset) proof as to why she cannot perform each and every one of the hundreds of jobs listed in the Dictionary of Occupational Titles. Common sense dictates that the 'any occupation' requirement means only that: (1) the administrator is allowed to suggest any occupation of his choosing as grounds for denying a benefits claim; and (2) the claimant has the burden to show why she cannot do that job. Once the claimant has had her say, <u>the administrator must still offer a rational explanation as to why it believes the claimant is capable of performing the job</u>.

*Feggins v. Reliance Std. Life Ins. Co.*, 2013 U.S. Dist. LEXIS 127113, at *15 (W.D. Wis. Sept. 5, 2013) (italicized emphasis in original).

Similarly, "cases in which [a] claim hinges on whether plaintiff is capable of performing 'any' occupation require 'some sort of comparison between the requirements of the occupation and the applicant's capabilities.'" *Jacowski v. Kraft Heinz Foods Co.*, 2016 U.S Dist. LEXIS 157360, at *58 (W.D. Wis. Nov. 14, 2016) (*quoting Feggins*, 2013 U.S. Dist. LEXIS 127113, at *5).



PAGE 23/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05
Lincoln/Cummins 0173

### A. The Updated Vocational Report Does Not Satisfy Even Minimal ERISA Review Standards

But despite its continuing burden, especially in light of the detailed arguments in the Appeal, Lincoln offers up no more now than a one-page, "updated" report by Nicole Hall, a "Vocational Case Manager" ("VCM")—although attributing "one page" to this report is probably generous, given that a good portion of that single page is actually blank space. Worse, any analysis therein appears to be based **entirely**, from a medical perspective, on Dr. Lin's deeply flawed IME report. That is, besides a vague allusion to review of "the claim file," vocational research, and specific review of the prior "Transferable Skills Analysis (TSA) report," Ms. Hall adds only: "I reviewed the updated restrictions and limitations as outlined within the Physical Medicine & Rehabilitation Peer Review completed by Dr. Lin, M.D., dated 12/04/19."

On its face, therefore, this updated Vocational report does not satisfy even minimal disability review standards. Specifically, courts have repeatedly found that a practice of relying on a <u>single-page</u> transferable skills analysis, based on <u>one medical opinion</u>, is insufficient to support a termination of benefits. *See, e.g., Brown v. Life Ins. Co. of N. Am.*, 7 F. Supp. 3d 1125 (D. Nev. 2014); *Duncanson v. Life Ins. Co. of N. Am.*, 2011 U.S. Dist. LEXIS 136792 (N.D. Cal. Nov. 29, 2011); *Wilson v. Life Ins. Co. of N. Am.*, 242 F. Supp. 2d 1146 (D. Neb. 2006).

### B. The Updated Vocational Report Is Also Substantively Bereft

Looking more closely, however, the updated Vocational report is also inadequate on the basis of its actual content—or more accurately stated, **the lack of content** therein. In full, what follows is the full substantive "content" of Ms. Hall's updated "**Vocational Assessment**," (emphasis original), as found within the second half of the mono-paragraph that constitutes the whole of her report:

> Upon review of the available information, including the above noted updated medical records, <u>this VCM has found that the previously identified occupations outlined within the most recent 02/19/19 TSA report (i.e. Repair Order Clerk; Dispatcher, Maintenance Service; and Final Assembler) remain viable occupational alternatives</u>. The updated restrictions provided by Dr. Lin include the following: "he is restricted to a sedentary PDL full-time job with allowance for more frequent breaks to sit/stand as needed and perform personal hygiene (frequently)." Given that the previously identified occupations fall within these updated



PAGE 24/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05
Lincoln/Cummins 0174

restrictions, they, therefore, remain viable alternatives. It should be noted that these occupations also meet or surpass the identified gainful wage amount of $2,015.52. There are no further vocational services rendered at this time.

### 1. The Lack of Reasoned Analysis in the Report Is a Fatal Flaw

While several aspects of this assessment are worthy of comment, first and foremost is the fact that Ms. Hall is effectively **just affirming the prior TSA results**—nothing more, nothing less. That is, there is a paucity of reasoned analysis here to support her assessment from an independent or individualized perspective, probably because she simply relies upon any analysis in the previous TSA report. As an initial matter, however, such bare recitations of "data without reasoning, cannot produce a logical judgment about a claimant's work ability." *Elliott v. Metro Life Ins. Co.*, 473 F.3d 613, 622 (6th Cir. 2006).

Further, such precedent (in a specific vocational context) is just the tip of the iceberg, in terms of how ERISA standards are violated due to a dearth of reasoning. For example, there is "no basis to uphold" a disability decision "without a **reasonable explanation** for its conclusion." *Tate v. Long Term Disability Plan for Salaried Emples. of Champion Int'l Corp. # 506*, 545 F.3d 555, 561-62 (7th Cir. 2008). Indeed, the Seventh Circuit provides a wealth of precedent applicable to any ERISA matter in which conclusions are not adequately supported. *See, e.g., Hackett v. Xerox Corp.*, 315 F.3d 771, 775 (7th Cir. 2003) ("Conclusions without explanation do not provide the requisite reasoning and do not allow for effective review"); *Halpin v. W.W. Grainger, Inc.*, 962 F.2d 685, 695 (7th Cir. 1992) (rejecting a plan administrator's denial of benefits as too conclusory to permit appellate review where the administrator did not weigh the evidence for and against a determination that a claimant is ready to return to work).

### 2. Ms. Hall Rightly Rejects Dr. Lin's Inconsistent and Unreasonable Clarifications

Also, worth noting is the intriguing fact that Ms. Hall pays no heed to Dr. Lin's inconsistent "clarifications" regarding necessary accommodations for Mr. Cummins' hidradenitis suppurativa condition—despite the fact that she affirms receiving the revised version of his IME report "dated 12/04/19." Instead, Ms. Hall confirms the more reasonable, initial acknowledgment from Dr. Lin that Mr. Cummins would



PAGE 25/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05
Lincoln/Cummins 0175

require "allowance for more **frequent** breaks to … perform personal hygiene (**frequently**)."

### 3. Lincoln Has Failed to Address Any of the Challenges in the Appeal

Beyond this, Ms. Hall engages in no reasoned analysis and provides no explanation for her summary conclusion of full work capacity: "Given that the previously identified occupations fall within these updated restrictions, they, therefore, remain viable alternatives." In short, this is a pure, pro forma, rubber stamp of what had gone before, providing no additional value for Lincoln's determination. And that means that Ms. Hall never addresses a single infirmity within the original TSA, which Mr. Cummins had properly identified in the Appeal. Accordingly, this also means that Lincoln has failed to carry its burden, at this stage of the process, to "still offer a rational explanation as to why it believes the claimant is capable of performing the job." *Feggins*, 2013 U.S. Dist. LEXIS 127113, at *15.

Again, Lincoln can and should carefully reread the section of the Appeal that addresses infirmities within the original TSA, such that full quotation is unnecessary here. In brief, however, the following is a summary of critical issues that are simply ignored in the "updated Vocational report":

- an unsupportable inflation of Mr. Cummins' alleged computer skills, based on e-mail and internet browsing familiarity;
- unreasonable reliance on experience from a position that Mr. Cummins held **over 14 years ago**, in order to assert an alleged ability to do "paperwork" and competency with computers;
- a blind eye turned to Mr. Cummins' utter lack of paperwork and computer duties in his <u>two most recent, highly physical jobs</u>, over the same 14-year span;
- horribly strained analysis, just to facially assert competency in sedentary tasks like "paperwork" and "computer skills," especially given that these were tertiary duties *at best* in Mr. Cummins' patently industrial job as a "Laser-Beam-Machine Operator"; and
- a complete failure to recognize the obvious implications of the Specific Vocational Preparation ("SVP") rating of 4 for this same, "Laser-Beam-Machine Operator" position, which Mr. Cummins held for only 3 months—i.e., by definition, <u>even average competency</u> cannot be expected for an SVP "4" job until *more than 3 months* have elapsed.



PAGE 26/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05

### C. Lincoln Falls Short of Meaningful Dialogue Requirements in the Vocational Review Context

Perhaps most tellingly of all, the Appeal further noted that Lincoln had failed to **ever meaningfully dialogue with Mr. Cummins** about his actual competencies and true capacities before rotely declaring him capable of full-time sedentary work. To this end, Ms. Hall probably had no time to attempt such an undertaking—considering that she submitted her report on December 10, 2019, while only being provided with all the information that she was tasked to review less than a week earlier, on December 4, 2019. And in her defense, this also probably accounts for the threadbare "substance" of her assessment, rather than reflecting on her actual competency or capabilities. But regardless, Lincoln itself cannot be excused for this failure in support of a non-disability finding.

### D. The IME Report Contains Additional Evidence that Mr. Cummins Is Not Reasonably Fitted for Sedentary Work

Dr. Lin repeatedly casts aspersions on Mr. Cummins' intellectual capacity in his IME report—which only serves to accentuate crucial concerns over Mr. Cummins' fitness to transition to a cognitively-intensive role in a sedentary occupation. For instance, all of the following, negative statements about Mr. Cummins' intellect come directly from Dr. Lin in the IME report: 1) he is "not a sophisticated historian"; 2) he is also noted for his "medical non-sophistication"; and 3) he has "a disappointing lack of detailed recollection."

The IME report acknowledges, however, that Mr. Cummins never pretends to any degrees of white-collar sophistication, nor to any "detailed recollection" capacities that might meet Dr. Lin's (apparently) stringent standards—i.e., so as not be "disappointing." Rather, as Dr. Lin noted in his "**Review of Records**," Mr. Cummins unpretentiously reports only a history of having "worked **physically demanding** positions since he graduated high school."

If the foregoing needs spelling out, it means Mr. Cummins simply does not have a level of "sophistication" gained through post-high school education or training. And that is not a poor reflection on Mr. Cummins, in spite of any negative implications in the IME report. His entire, working life has been based upon brawn and strength-based occupations of the "heavy" classification. Moreover, his wife confirms that, since his 2016 knee injury, "he has been unable to hold any type of work as he had in the past." This fact, too, was recited in Dr. Lin's "**Review of Records**."



PAGE 27/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05

Consequently, there is serious cause to doubt whether Mr. Cummins is "reasonably fitted by training, education, experience, age, [or] mental capacity" to perform the material and substantial duties of a sedentary occupation. For certain, he has never held such a position in his life, and the man is almost 50 years old. But in all events, Lincoln has failed to so much as attempt a reasoned explanation or actual articulation as to "*why* it believes [him] is capable (both physically **and by dint of education and training**) of performing a given occupation." *Feggins*, 2013 U.S. Dist. LEXIS 127113, at *15 (boldfaced emphasis added). And all of the specific, allegedly "viable occupational alternatives" claimed by Lincoln would require <u>a degree of intellectual acumen and cognitive capability that has simply not been demonstrated to exist</u>. If anything, therefore, the IME report has succeeded only in undermining Mr. Cummins' mental fitness to perform the very sort of work that Lincoln prescribes.

### E. Mr. Cummins' Credibility Is Powerfully Demonstrated by a Long Work History

Mr. Cummins' long work history in the heavy occupational field does prove something that Lincoln has chosen to overlook—and which Dr. Lin repeatedly questions,[14] much as he wrongfully undermined the "significance" and truthfulness of Dr. Knowlton. That something is Mr. Cummins' credibility, based precisely upon his constancy in employment. For instance, a **"history of consistent employment … supports a finding that [] cessation of work" is "due to an inability to perform [] duties … rather than a lack of motivation**." *Elliott v. Life Ins. Co. of N. Am.*, 2019 U.S. Dist. LEXIS 113925, at *17 (N.D. Cal. July 9, 2019). *See also Schaal v. Apfel*, 134 F.3d 496, 502 (2nd Cir. 1998) ("a good work history may be deemed probative of credibility"); *Pearsall v. Massanari*, 274 F.3d 1211, 1218 (8th Cir. 2001) ("lack of work history may indicate a lack of motivation rather than a lack of ability").

In the end, Mr. Cummins twenty-plus years of *actions* speak louder than the unfair aspersions that Dr. Lin elects to cast upon his character, based only on the few hours that Dr. Lin has ever spent in Mr. Cummins' company. Specifically, the overwhelming weight of precedent stands in strong favor of Mr. Cummins, based on what he has proven in regard to faithful work character over the decades. And even Dr. Lin, in one

---

[14] A sampling of Dr. Lin's character aspersions include: a) "this examiner foresees further difficulties about any attempts at returning to work that are more <u>motivation based</u>"; b) "[t]he claimant does have evidence of something of an <u>exaggeration</u> on his presentation"; c) "this claimant has a <u>tendency to exaggerate</u> his degree of limitations"; and d) proposing that his "motivation" might "be <u>disability seeking</u>."



PAGE 28/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05

of his more forthright moments, admits that Mr. Cummins' conditions present "a **complex scenario**." Indeed, this seems to have forced Dr. Lin to struggle—i.e., just to "try to define the limitations that I think are realistic for those conditions."

But all such word wriggling, professional and character aspersions in the IME report aside, Lincoln should not similarly need to struggle in reaching a final determination. Mr. Cummins' full disability is persuasively confirmed by his current, treating physicians and even by the medical evidence dating back to 2017, when Lincoln first acknowledged his disability. Likewise, the updated Vocational report provides nothing approaching the requisite quality of analysis which could support the Denial—even considering the change in disability definition to Any Occupation.

## IV. Conclusion

For the reasons stated above and in the Appeal letter of August 27, 2019, Lincoln should overturn the Denial, reinstate Mr. Cummins's LTD benefits for the full period of his claim, and fulfill its contractual obligations.

Best Regards,

Jesse Cowell
Attorney at Law
jesse@roylawgroup.com

Enclosures
cc: Michael Cummins (via email)



PAGE 29/29 * RCVD AT 1/2/2020 8:04:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/5 * DNIS:6033345853 * CSID:8553441726 * ANI:18553441726 * DURATION (mm-ss):15-05

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5853

| | |
|---|---|
| Date: | December 12, 2019 |
| To: | JESSE COWELL<br>ROY LAW<br>1000 SOUTHWEST BROADWAY<br>SUITE 900<br>PORTLAND OR 97205 |
| Attn: | |
| Fax: | (855) 344-1726 |
| From: | Heather Carignan<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5853 |
| Total Pages (Including Cover): | 84 |
| RE: | Claim #: 7224525<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5853

December 12, 2019

Jesse Cowell
Roy Law
1000 SOUTHWEST BROADWAY
SUITE 900
PORTLAND, OR 97205

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins

Dear Mr. Cowell:

Lincoln Financial Group is responsible for managing claims for benefits under the Astec Industrics, inc.'s long-term disability (LTD) insurance Policy.

We are in process of reviewing your appeal of our decision regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/additional evidence that has been received before a decision is rendered on Mr. Cummins' appeal.

Please find attached a copy of the Independent Medical Examination report and an updated Vocational report, which is new or additional evidence in connection with your appeal. You may review these reports and provide a response to us, which we will consider in making our decision on your appeal. If we do not receive your response within 21 days of the date of this letter, we will proceed with making a determination on your appeal.

Under ERISA, the period for making a benefit determination shall be tolled (suspended) from the date of this notice until we receive your timely response. Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by **January 2, 2019,** we will render a determination based on the information contained in the file.

Should you have any questions pertaining to the status of your appeal, please contact me at the telephone number below. Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Carignan
Appeals Consultant

Phone No.: (888) 437-7611 Ext. 16292
Secure Fax No.: (603) 334-5853

Attachments: 7224525-MEDICAL-INDEPENDENT EXAMS/EVALUATIONS-12.05.2019
7224525-VOC-TRANSFERRABLE SKILLS ASSESSMENT-12.10.2019

**REFERRED BY:** Heather Carignan
**CLIENT NAME:** Lincoln Financial Group

**CLAIMANT NAME:** Michael Cummins
**CLAIM #:** 7224525
**NMR #:** 283881
**DOE:** 11/12/19
**Revision Date:** 12/04/19

# INDEPENDENT MEDICAL EXAM

**PRESENT COMPLAINTS:** The claimant was asked to delineate the various medical conditions that prohibited him from gaining and sustaining meaningful work. The list is as follows:

1. Right knee is the primary problem. It consists of sharp, dull, achy and burning constant pain. Its baseline is a 5-6/10 in severity, it gets worse with activity. That is maximum it is "at least a 10." He describes intermittent swelling although has not had any for the last two days. He reports continued itching on his skin secondary to decreased blood flow. Continued popping and cracking inside the joint. He reports further if he sits for 15 minutes, he gets pain in the right greater than left hip. He is able to walk 100 feet on a good day. He cannot do steps even on a good day even if he leads with his left knee. He denies locking, but does endorse giving out, but no falls. Extensively the right knee occurred with the right knee meniscal on-the-job injury reported.
2. Bilateral thumb pain. Describes swelling over the thumb extensors similar to de Quervain's tenosynovitis distribution. He reports this has been ongoing since 2005. At times his thumbs will freeze. He claims this was brought to the attention of Dr. Knowlton, his primary care physician who told him he has arthritis, but has not performed imaging.
3. Left lower extremity DVT and pulmonary embolus. He continues to have itching and/or swelling in the left lateral area of his distal leg overlying the shin. There is redness. It feels irritated like it is going to give way. There is swelling except for good days like today in the distal shin. He reports that he wears compression hoses two times per week, but not today. He takes a bath to try to decrease the swelling three times per week. He is ordinarily a shower person.
4. Right upper quadrant cramps. These symptoms proceeded his cholecystectomy, at times the "seizures" will drop him to his knees, he feels that the cholecystectomy should have helped, but did not.
5. The claimant reports ongoing depression, anxiety, and stress for which he is receiving counseling. He takes Xanax rarely as needed for rare depression and anxiety.
6. Obesity. He reports he is low self-esteem, but also physically impairs his ability to find meaningful work.
7. The claimant reports that back in about 1993 he sustained a traumatic brain injury or a concussion when a 6-inch piece of pipe hit him in the head. He lost consciousness for less than 30 minutes. He denied amnesia. However, he woke up with vomiting and ringing in his ears, and associated headaches, neck, shoulder, and back pain. He reports that overall the neck and

shoulder does not bother him that much although he does occasionally experience bilateral upper extremity numbness sporadically especially when he holds his arms up at or above shoulder level. He reports that he continues to have migraines daily. He describes these are sharp, pounding, and constant. He describes them as every other kind of pain as well including burning, pins and needles, and stabbing. He reports that at baseline they can be as low as a 1-2/10, but will flare up frequently about two times per week to 10/10. He takes ibuprofen 800 mg once or twice and it will diminish after about an hour per his report. It is noted that the concussion is vaguely referred to in the chart notes provided for this IME, but not directly so. Chronic migraines are alluded to on a regular basis.

8. Next limiting factor is his skin condition, for which he is taking Humira. He reports that it is debilitating because the skin lesions are painful, they will break open and drain fluid. This causes inconvenience and that it will dirty his clothes and will require frequent changing. He reports that currently the main lesions are in his inguinal area. He is not sure that the Humira is helping, but maybe contributing to numerous medication side effects.
9. Right ankle. The claimant reports that around 2005 and 2006 he stepped in a hole for an on-the-job injury, the claim was denied. He was told he had torn ligaments and was placed in a boot for about six months. He reports that an MRI was done at that time and showed the torn ligaments, but is not 100% sure about the details. He continues to have tightness, swelling and numbness in the ankle, the numbness is circumferential around the ankle and goes into the big toe at times. He reports that since the right knee injury in 2014-2015 he has had expansion of the numbness in the right lateral aspect of his foot that is numb and tingly and pain with pins and needles. He reports that he also experiences numbness from the hip all the way down to the knee and into the foot coming since the right knee injury. He feels that the whole right lower extremity is weak especially from the knee down.
10. Right digit one toe was broken in his 20s, another on-the-job injury. It is noted that there are no specific medical records reviewed in the chart provided regarding the right ankle on-the-job injury from 2005-2006 or the right toe injury. The claimant reports that he has deformed toe as a result of black toenail and it "just doesn't feel right." He feels that his swelling has worsened since the knee injury.
11. The claimant sustained a right elbow hyperextension injury in the Christmas of around 2005 or 2006. He was required to wear a sling. He believes x-rays were taken at that time that were negative. He has no swelling, but at times will report it does not feel right, some tingling and some constant achy pain.
12. When specifically asked about medications, the claimant reports that he continues to take blood pressure medicines, anticoagulants and Humira. When asked specifically about side effects he is somewhat vague and is unable to identify specific side effects until pressed. He then reports predominantly GI upset. He equates all the side effects as having occurred after his knee injury. However when pressed to try to delineate which medicines led to which side effects and pointing out that many of his medicines were added slowly over time and that he should be able to equate different side effects with specific medications, the claimant was unable to do so or even begin to do so. He did endorse that he was very diligent in reporting his side effects on the medicines to Dr. Knowlton and that Dr. Knowlton's record should record that. He himself has not specifically recalled which medicines do what. He had a sense that perhaps the Humira was causing some of the more recent side effects such as GI upset.

13. He reports a remote history of left wrist and left forearm fracture and the right wrist fracture as a child, but it did not seem to impair his function later on.
14. The claimant endorses continued left sporadic kidney stone pain.

**PAST MEDICAL HISTORY**:

1. Right knee medial meniscal tear, status post excision, with superimposed degenerative arthritis.
2. History of left lower extremity DVT and pulmonary embolus, on anticoagulation.
3. Right cholecystectomy for right upper quadrant pain.
4. Obesity.
5. Chronic low back pain of unclear etiology.
6. Reported history of head trauma with loss of consciousness and persistent migraines and predominantly lumbar pain, although there is occasional neck and mid back pain as well.
7. Chronic migraine headaches possibly related to the head trauma.
8. Hidradenitis suppurativa, on Humira.
9. Reported history of right ankle ligament tears.
10. Right broken toe digit 1 on the foot.
11. Right elbow hyperextension injury per report.
12. Hypertension.
13. History of hemorrhoids status post operative repair.
14. Remote history of left wrist and forearm fractures and right wrist fracture.
15. Kidney stone, status post stenting procedures.
16. Reported history of depression/anxiety/stress disorder.

**CURRENT MEDICATIONS**: The claimant does not have a list of his current medications and is unable to reproduce which medications he is on. He does endorse that he takes ibuprofen on a regular basis 800 mg q.d. to b.i.d. depending on his headaches. He is on Humira. He takes alprazolam only as needed now for stress and anxiety. Presumably based on his medical records, he is still taking omeprazole, possibly loperamide, Coumadin, propranolol, hydrochlorothiazide, and lisinopril.

**ALLERGIES**: Listed as Flagyl, morphine and trazodone.

**SOCIAL HISTORY**: Not working. Has not worked since his right knee injury of 2015. Worked as a Machinist and Machine Operator, which is described as a heavy job.

**PHYSICAL EXAMINATION**: Manual muscle testing in the bilateral upper extremities is notable for 5/5 strength in bilateral deltoids, biceps, triceps and left wrist flexion, wrist extension and ulnar intrinsics. He has give-way weakness in the right ulnar intrinsics, right wrist flexion and right wrist extension.

He has 5/5 strength in bilateral dorsiflexion and plantarflexion. His knee extension and knee flexion is at least 4/5, but there is lack of effort here. His hip flexion and extension is also at least 4/5, but there is lack of effort and some give-way components.

Deep tendon reflexes are 2/4 in bilateral upper extremities and 1/5 in bilateral lower extremities. He has normal tone and normal clonus.

Seated and straight leg raise are inconsistent. He has positive pain in supine straight leg raise at about 35-40 degrees, but he tolerates closer to 60 degrees while seated.

Using single goniometric technique, cervical flexion is measured as 30 degrees, extension 40 degrees, right side bending 18 degrees, and left side bending 24 degrees.

Shoulder range of motion flexion is 170 degrees on the right and 165 degrees on the left, extension is 37 degrees right and 37 degrees left, abduction 164 degrees right and 167 degrees left, adduction 15 degrees right and 18 degrees left, internal rotation 85 degrees right and 67 degrees left, and external rotation 87 degrees right and 87 degrees left. There is substantial grimacing and exaggerated sense of fatigue and pain with abduction and flexion movements.

Knee range of motion left is 0-105 degrees and right is 3-85 degrees. Some of the restrictions might be brace that he is wearing, and/or self-limited on the right.

Right elbow flexion negative 3-133 degrees and on the left is 0-137. There is a little bit of hyperextension in the right elbow compared to the left.

Lumbar spine range of motion flexion 73 degrees, extension 23 degrees, right side bending 10 and left side bending 15, right is 45 and left is 35. Again, he is able to get to 60 degrees on both sides in seated straight leg raise exam.

Squat is limited to about one-third of the way down he cites pain as limiting factor. Bending over, he has great range of motion and does not describe a lot of pain. He does have an antalgic gait limping on the right and favoring the right knee/leg.

**ASSESSMENT**: He does have these interesting lesions that are about dime to quarter size. There is sense of fullness and also kind of squiggly like veins that are like an AVM of some sort. In the inguinal area, he shows me there are some that appear to have broken down and might be draining fluid, although the degree of volume is difficult to confirm. The claimant claims it is quite profound. There did not appear to be significant fluid on his underwear, during the exam, and I examined this area at about one hour into his appointment.

**IMPRESSION**:

1. Right knee medial meniscal tear, status post excision, with superimposed degenerative arthritis.
2. History of left lower extremity DVT and pulmonary embolus, on anticoagulation.
3. Right cholecystectomy for right upper quadrant pain.
4. Obesity.
5. Chronic low back pain of unclear etiology.
6. Reported history of head trauma with loss of consciousness and persistent migraines and predominantly lumbar pain, although there is occasional neck and mid back pain as well.
7. Chronic migraine headaches possibly related to the head trauma.
8. Hidradenitis suppurativa, on Humira.
9. Reported history of right ankle ligament tears.

10. Right broken toe digit 1 on the foot.
11. Right elbow hyperextension injury per report.
12. Hypertension.
13. History of hemorrhoids status post operative repair.
14. Remote history of left wrist and forearm fractures and right wrist fracture.
15. Kidney stone, status post stenting procedures.
16. Reported history of depression/anxiety/stress disorder.

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| PROGRESS NOTES | McKenzie Family Practice, P.C. | 03/31/09-08/26/19 |
| PROGRESS NOTES | P. McKinney, D.P.M. | 05/09/13-05/10/13 |
| PROGRESS NOTES | Summit Surgical Specialist | 11/20/13 |
| PROGRESS NOTES | Eugene Gastroenterology Consultants, P.C. | 11/21/14 |
| PROGRESS NOTES | Urgent Care | 09/29/15 |
| PROGRESS NOTES | Cascade Health | 09/13/16-04/10/17 + Undated |
| PROGRESS NOTES | Slocum Orthopedics , P.C. | 09/28/16-12/05/16 |
| PROGRESS NOTES | PeaceHealth Medical Group/Sacred Heart Medical Center /Riverbend Medical Center | 09/27/17-07/02/19 |
| PROGRESS NOTES | Oregon Medical Group | 10/05/17-08/30/19 |
| PROGRESS NOTES | E. G. Olson, M.D./C. McAllister, PA-C | 10/31/17-01/18/19 |
| PROGRESS NOTES | McKenzie Surgical Group, P.C. | 11/13/17-01/29/18 |
| PROGRESS NOTES | Oregon Urology Institute | 06/07/19-06/14/19 |
| PROGRESS NOTES | Options Counseling Services, LLC | 08/19/19-09/10/19 |
| PHYSICAL THERAPY | Therapeutic Associates Physical Therapy | 02/23/17-04/03/17 |
| PCE | J. R. Lowry, P.T. | 08/06/17-08/17/17 |
| FILE REVIEWS | T. Oney, M.D. | 12/15/17 |
| FILE REVIEWS | D. Baldemor, M.D. | 07/31/18-08/06/18 |
| X-RAYS | M. Millstein, M.D. | 10/05/17 |
| X-RAYS | Oregon Medical Group | 10/05/17-08/15/19 |
| LAB DIAGNOSTICS | PeaceHealth Medical Group | 02/10/18-02/16/18 |
| X-RAYS | PeaceHealth Medical Group | 02/10/18-02/11/18 |
| X-RAYS | Oregon Urology Institute | 06/08/19 |
| CT | McKenzie-Willamette Medical Center | 06/13/12 |
| CT | Oregon Imaging Centers | 09/29/15 |
| CT | PeaceHealth Medical Group | 02/10/18-05/16/19 |
| MRI | MR Imaging Associates | 04/26/13 |
| ECG | Pleasant Hill Urgent Care | 09/22/15 |
| ECG | PeaceHealth Medical Group | 11/02/17-07/02/19 |
| LAB | McKenzie-Willamette Medical Center | 06/13/12 |
| LAB | McKenzie Family Practice, P.C. | 09/11/14-11/13/18 |

| | | |
|---|---|---|
| LAB | Eugene Gastroenterology Consultants, P.C. | 01/02/15 |
| LAB | PeaceHealth Medical Group/Sacred Heart Medical Center | 09/29/15-06/05/19 |
| LAB | Quest Diagnostics | 07/17/18-07/03/19 |
| LAB | Oregon Urology Institute | 06/10/19 |
| OTHER TESTS | McKenzie-Willamette Medical Center | 11/11/13 |
| OTHER TESTS | Oregon Endoscopy Center, LLC | 01/02/15 |
| OTHER TESTS | Oregon Imaging Centers | 09/06/17 |
| OTHER TESTS | PeaceHealth Medical Group/Sacred Heart Medical Center | 02/11/18 |
| JOB | | 11/11/13 |
| OTHER | H. Williams, M.S., CRC | 02/19/19 |
| MISC | | 09/30/16-10/16/19 + Undated |
| ROI | | 04/21/17-01/03/19 |

**REVIEW OF RECORDS:** Initial entry is a progress note from Sally Marie, MD, a Family Practice provider. The patient presents with cough with mucus. He is a 38-year-old male. He has a history of pilonidal cyst in 2004, but otherwise a negative history. Assessment is for strep throat.

Next entry is primary care progress note from David Knowlton, MD dated 01/08/10. The patient presents with a hyperextended right elbow. The patient had been on light duty and now wants off of it. The patient also has a history of borderline hypertension. He described is obese. His physical exam is otherwise normal. The patient has a wart on one hand, his right elbow is doing better and the patient is released back to regular duty work.

Follow-up with Dr. Knowlton, 05/09/12 presenting with hemorrhoids and high blood pressure. Physical exam is notable for rosette of inflamed hemorrhoids without clot. He was treated conservatively and continued to advice to treat his hypertension with a prudent diet.

Follow-up with Dr. Knowlton, 06/20/12. Chief complaint of headaches first, few migraines recently. He went to the ER and had an MRI of the brain. It was reportedly within normal limits. Physical exam was within normal limits including a neurologic exam. He was started on propranolol for his hypertension, Maxalt and alprazolam for his migraine headaches. The patient then has a follow-up on 07/05/12 and describes no further migraine headaches. Blood pressure about 135/70. The patient just continued on the same program.

Follow-up 10/29/12. No further migraine headaches. Blood pressure was controlled. The patient found to have tendonitis in the foot on the right, and is prescribed sulindac. The patient is otherwise continued on his current course.

A follow-up 04/24/13 for blood pressure, continues to complain of right leg pain from knee to foot, getting steadily worse, can barely walk at times. Some numbness in the heel of his foot. Worse when he is on his feet. Nonsteroidals with no efficacy. Straight leg raise is positive on the right. Neurologic

exam is otherwise nonfocal with intact reflexes in both lower extremities. Diagnosed with radiculopathy, and an MRI of the lumbar spine is ordered.

Follow-up 09/18/13, getting headaches again, did not like Maxalt. Using Aleve. Continued straight leg raise positive on the right. Continue propranolol, start lisinopril. Continue alprazolam. Follow-up 10/16/13, cough, but not bothering him too much. Blood pressure 158/95. Physical exam looks like copied from previous visits. Continue current medications. Follow up in three months.

Follow-up 01/16/14 with Dr. Knowlton. Blood pressure check, blood pressure is now 170/102. No mention of back pain or neurologic findings on physical exam. Lisinopril is increased. Hydrochlorothiazide is added. Laboratory tests are ordered.

The patient follows up on 07/11/14 with Dr. Knowlton, headaches are less frequent, using Aleve with success. Blood pressure is now 130/76. Medications are continued. Cialis is started for erectile disorder.

Follow-up with Dr. Knowlton on 09/11/14, complaint of rectal pain and constant pressure and the feeling that he needs to stool. Anal pain for six hours after having a bowel movement. Similar episode a year ago that slowly went away. Stable blood pressure. Physical exam notable for large hemorrhoid. CBC, urinalysis, comprehensive metabolic panel, lipid panel notable for high cholesterol, mildly increased glucose and BUN. Gastroenterology referral is made, current medications are continued.

Next follow-up is Dr. David Knowlton 10/21/15. They have been getting controlled substance agreement monitoring for his alprazolam. He reports that the patient had a colonoscopy with some polyps. Diagnosed with diverticulosis. The patient is now being classified as morbidly obese. Plan is need to check on polyps pathology.

A pain disability index of 20 on 08/18/16 is performed.

Follow-up 08/18/16, PHQ-9 is 6. Presents for Xanax refill. Continued with medications. The patient continues taking alprazolam, has for this visit run out. The diagnosis was originally migraine headaches for which the alprazolam was started, but now Dr. Knowlton's note suggests that it is for diagnosis of anxiety. The patient continues with tobacco use. Alprazolam is continued, and smoking cessation is advised.

The patient submits a short form pain questionnaire on 09/18/16 and is beginning to describe pain severe throbbing pain and mild achy pain, feeling tired and exhausted. Feels the pain is distressing. The notes at this date do not suggest where the pain is.

Follow-up 08/31/17, right knee still hurts, now status post meniscectomy. Multiple skin lesions, wants a dermatology consult. Has had right upper quadrant abdominal pain on again off again for six months. The patient is sent for an ultrasound of the abdomen. He is referred to Orthopedics for his right knee, he is also described as having primary osteoarthritis involving multiple joints. Referred to Dermatology for psoriasis. Continued treatment for hypertension.

Next follow-up is 09/08/17 with David Knowlton. Reports that the patient has a gallstone and needs to have his gallbladder taken out. His medical history now includes nephrolithiasis as well. The patient is referred to General Surgery.

A follow-up on 10/07/17 for a flu shot.

Follow-up 12/04/17 with Dr. Knowlton. The patient is complaining of painful bowel movements and wants gastroenterology referral. Reports chronic hemorrhoids and wishes to have this assessed by a specialist because his problems just keep getting worse. Medical history now reports hit head on metal pipe at work in 1990. He is described as having grade III hemorrhoids and is referred to gastroenterology.

Follow-up 03/01/18, the patient is described as having had left lower extremity DVT with pulmonary embolus into the right lung base. Doing well on anticoagulant therapy with good INRs. Remains on Coumadin and other difficulties for hypertension and other chronic problems are stable. On 03/15/18, it is reported that the patient is doing well with his left leg DVT, INRs are good, and the patient has quit smoking.

On 04/12/18 in a follow-up with Dr. Knowlton, DVT is still doing well. INR is good. Breathing well and the patient has restarted smoking. The patient continues on 05/10/18 with INR stable, continues smoking.

Follow-up with Dr. Knowlton 06/07/18. The patient presents trying to claim disability due to right knee pain. Dr. Knowlton fills out the requested form. There is no associated physical exam performed that day on the right knee. There is a letter on 06/11/18 from Dr. Knowlton. Dr. Knowlton refers to the knee injury as an industrial injury requiring subsequent surgery. Reports that the patient is now 18 months post surgery. It should be noted that this letter refers to Michael Cummins in paragraph #1, then Mr. Davis in paragraph #2 and then Mr. Cummins again in paragraphs #3, #4 and #6. It states that Mr. Davis suffered a right knee sprain, right-sided lumbar sprain, and complex tear of the medial meniscus of the right knee in September 2016. There was associated primary osteoarthritis of the knee. On 11/22/16, Mr. Cummins underwent a right knee arthroscopy, partial medial meniscectomy and shaving chondroplasty of the medial femoral condyle. While Mr. Cummins initially noted improvement in symptoms post surgery, he has reliably complained of right knee pain, decreased range of motion, and diffuse tenderness. Dr. Knowlton contents that Mr. Cummins' knee pain creates the following medical restrictions: Unable to sit for more than 30 minutes at a time and no more than 4 hours in an 8-hour day, unable to stand more than 10 minutes at a time and no more than 2 hours in an 8-hour day, unable to walk more than 10 minutes at a time and no more than 1-hour in an 8-hour day, and unable to lift more than 50 pounds, which are disabling to the degree that he is unable to perform the material duties of his occupation. His occupation is not specified. It is also noted that the prescribed medications of alprazolam, lisinopril, and propranolol should have known side effects of fatigue, dizziness, drowsiness, nausea and muscle weakness, which would prevent him from performing the duties of his own occupation with reasonable continuity. At this point, the reviewer will note that ongoing symptoms of right knee pain are not noted in the medical record review to date except in and around the time that the patient had the injury and meniscectomy. The patient has not complained of any side effects from his medications throughout the medical record to date.

Next entry is 06/21/18, follow-up with Dr. Knowlton. Accidently took Coumadin twice that made him sick to his stomach. Also taking Bactrim, getting a skin rash, associated nausea and diarrhea. Follow-up with dermatology pending in July 17. The patient is diagnosed with suppurative dermatitis and is instructed to stop the Bactrim.

Follow-up 08/02/18, the patient remains on Coumadin. Complaining of vague colicky abdominal pain, which has come and gone for the past 4-5 days, but on the day of the appointment, it is gone. The patient is started on Colace and omeprazole and continues on the Coumadin. It is noted that the patient has not been taking his alprazolam since the appointment of 06/07/18.

The patient presents on 09/05/18, wanting a steroid shot in his right knee. Exam is notable for bony hypertrophy of knees. Right knee is injected per patient wishes with 2 cc of lidocaine and 1 cc of Kenalog.

Follow-up 09/29/18 with Dr. Knowlton, for flu shot. No report on impact of injection on knee. Follow-up 10/03/18, still on Coumadin, no complaints. Knee is not evaluated. Notes that he is awaiting T-cell modifier therapy through dermatology for a diagnosis of hidradenitis.

Next is note with Dr. David Knowlton dated 11/14/18 presents with right-sided pain that has been coming and going for the last 6-7 years, lasts a few seconds to minutes and then goes away. Has happened once in the last six months. Abdominal exam is benign. Generalized abdominal pain is diagnosed, no worrisome findings. Now reportedly on Humira for his hidradenitis, continues on hydrochlorothiazide and lisinopril for benign essential hypertension, and propranolol for his migraine headaches.

Next is follow-up 12/19/18. Denies chest pain or dyspnea on Coumadin with an INR of 2.0. Remains with well controlled hypertension.

On 01/24/19, the patient presents for long-term disability paperwork. The patient remains with hypertension, still on Coumadin. Right knee is evaluated and found to have range of motion reduced and the entire knee tender. Disability form is filled out. The form is provided, there is an initial X at the sedentary physical demand level, but then the whole thing is scratched out including all the physical demand levels described, there is a (error) and then a circled okay that might be the doctor's initials. It is unclear exactly what Dr. Knowlton is recommending via this form.

On 03/07/19, Dr. Knowlton reports that the patient has been on Humira for six months for the hidradenitis suppurativa. He feels that anxiety and depression have worsened along with generalized osteoarthritis and GI distress with chronic diarrhea and his migraine headaches are returning. He feels that Humira is helping with hidradenitis 30-40%. Remains on Coumadin for his PE and DVT. Reports of severe arthritis in the right knee that he has now reported as quite debilitating, reports that the patient has been trying to achieve disability due to this, and presents wishing another steroid injection. On exam, there is hypertrophy of the right knee with a slight effusion. An injection is performed.

Follow-up with Dr. Knowlton 04/18/19, INR is stable. Knee is not evaluated.

Follow-up 05/30/19, INR is stable. Knee is not evaluated. Follow-up 07/10/19, now reporting that the Humira for eight months for his hidradenitis suppurativa, anxiety and depression are worsening along with osteoarthritis and GI distress. Feels that Humira is improving hidradenitis by 30-40%. This seems like an identical history from a prior note. Chronic headaches on beta-blocker with some success. Knee not evaluated. Referral back to dermatology.

A letter 08/26/19, Dr. Knowlton expresses his opinion that the patient's osteoarthritis of the right knee is severe, resulting in pain and frequent edema, in addition to the development of more chronic migraines, supports restrictions of unable to sit for more than 15 minutes at a time and more than two hours in a day, can stand no more than 15 minutes at a time and no more than two hours in an 8-hour day, walk no more than 15 minutes at a time and no more than two hours in a day and lift no more than 20 pounds, and therefore is unable to perform the material duties of a full time sedentary occupation. Again notes that the patient's medications may cause side effects, and the patient does suffer from nausea, dizziness, headaches and weakness, which would prevent him from performing his duties as a sedentary occupation.

Next is a note from Philip McKinney, Doctor of Podiatry with painful right leg and foot of several months duration. No prior trauma. Works in steel fabrication. Resoling of boots did not seem to help. Sensory examination is intact. Pain is noted in the lower medial leg with inversion of the foot against resistance. Tenderness is noted to the medial aspect of the right ankle from posterior of the medial malleolus to the plantar medial aspect of the navicular as well as along the medial aspect of the right tibia from the middle aspect extending distally. It also seems to course along the posterior tibial tendon with active inversion of the foot against resistance. Pain is noted with attempts to perform a single heel raise. There is tenderness noted in the plantar medial and plantar distal aspect of the right heel. Late midstance pronation bilaterally, no asymmetric. He is diagnosed with tibialis tendinitis, plantar fasciitis, and tenosynovitis of the foot and ankle. X-rays demonstrated spurring of the plantar distal aspect of the heel, and elevation of the first ray with respect to the rearfoot. An MRI is ordered to determine if the patient has a partial tear of the posterior tibial tendon.

Next entry is a 11/20/13 note by Dr. Thomas Stites probably a General Surgeon, consult regarding gallbladder. Consulting regarding intermittent abdominal pain, radiation to the back and flank. Worse with fatty foods and large meals. Tums without benefit. Tenderness is noted on the exam along the ribcage particularly the left subcostal region. Mild discomfort is also noted near the gallbladder. Pain is assessed to be likely due to the gallbladder, but there might be some musculoskeletal components as well. Dr. Stites feels that he would have expected more abnormalities on the ultrasound to explain the patient's entire presentation. Laparoscopic cholecystectomy was offered, but the patient preferred to nail down the diagnosis first. The patient was prescribed Bentyl and will undergo a trial of low fat diet and a trial of proton pump inhibitor.

Next entry is 11/26/14, appointment with Shane Mills, MD at Eugene Gastroenterology. The consult is for intermittent rectal bleeding x2 years. Physical exam is notable for hemorrhoids, abdominal exam benign. Colonoscopy is recommended for further evaluation.

Next entry is from Urgent Care dated 09/29/15. The patient presents with constant abdominal pain since the prior Sunday during the morning 5/10. Gradual severe onset left-sided. Normal stools. Notes that he had a colonoscopy earlier in the year with two polyps removed. Some shortness of breath with bloating. Some associated nausea and vomiting. Physical exam was noncontributory. The patient was administered nebulizer treatments, laboratory assessment was performed. The patient was reassured of normal laboratory values.

Next entry is Occupational Medicine report 09/13/16, Lisa Kovacevic, Nurse Practitioner, at that time the patient is a 46-year-old male working as a "burner II" machinist position with a new right knee injury that occurred on 09/04/16, developed some slight pain in the right knee, it gradually built up. Woke up on 09/05/16 with intense shooting pain in the right knee as if the knee was going to give out. He thought it would go away, but it continued to worsen therefore went to Urgent Care on 09/08/16 and x-rays performed. He was told he had inflammation and was taken off work, given naproxen. However, knee pain persisted constant throbbing, sharp pain, worse with walking or bending. Denied locking or giving out. Pain is reported 4-5/10. Feels that the swelling has decreased by the time of this appointment. Examiner does not see any ecchymosis. Perhaps a slight amount of effusion. Tenderness along the medial joint line. He has a positive McMurray's test. Limited flexion of the knee secondary to pain/guarding. He is able to fully extend the knee without difficulty. Full strength and sensation. No laxity is noted. He is given a hinged knee brace and MRI is ordered for potential meniscal tear. The patient is placed on light duty.

09/04/16, Occupational Medicine follow-up. Pain is now down to a 2-4/10 and slightly improved, some pain in the right lower back extending down the right leg, possibly related to ambulating in an unusual manner. Relates a history of a right ankle ligament tear 4-5 years prior and a contusion of the right great toe with a fracture greater than 20 years ago. On physical exam, no evidence of ecchymosis, slight effusion, exam seems copied from previous note. MRI is notable for a complex inferior free margin tear involving the mid zone of the medial meniscus on 09/14/16. A referral to orthopedics is made.

On a follow-up 10/04/16, he is awaiting Orthopedic consult. Reports that the knee is locking and clicking with some associated right foot swelling. Wearing the knee brace at all time. He is doing seated work only. Also describing some right-sided low back pain with radicular right leg pain. The patient believes this is related to have normal gait. Physical exam is copied from previous note. In the plan, it is revealed that the patient has already seen orthopedics, but no notes are available. The provider, Lisa Kovacevic feels that surgery has been recommended.

Next entry is 10/25/16 at Occupational Medicine. Reporting that this claim has been denied, the patient has retained an attorney. The patient is still catching his knee, and using knee splint at all times. Pain is 2/10 and constant in character. Physical exam is notable for being identical to prior exam. He reports surgery is still pending.

Follow-up 12/05/16 with Cascade Health. This is report from Scott Colling, his Physical Therapist that is co-signed by Lisa Kovacevic. He underwent meniscus surgery on November 22nd, and has been referred to physical therapy. Pain level varies between a 1 and a 6/10 depending on activity. Moderate edema is reported particularly along the posterior portion of his right calf. Tender along the popliteal fossa and mid portion of the right calf.

There is another entry on 01/06/17 from Scott Colling, the patient feels that he is not quite at the point where he can return to full duty about 50% improvement since the onset of his injury. Strength 4-/5 in right knee flexion, and knee extension. Continue physical therapy.

The patient follows up on 01/19/17 with Lisa Kovacevic. The patient is kept on light duty. No kneeling or squatting or crawling. The patient reports that he is no longer having catching or sharp pain in the knee. He describes pressure sensation in the medial and lateral aspects of his knee worse with squatting. He rates his pain 6/10. On short-term disability at work. Physical exam well-healed arthroscopic surgical scars in place on the right anterior knee, mild tenderness to palpation on bilateral joint lines both lateral and medial. He has full extension slightly limited flexion of the knee by about 10-15 degrees. Pain with valgus varus testing, but no laxity appreciated. He is able to do a toe raise without pain in the knee. He is able to do a partial squat, but describes his pain in the right knee when he does this.

Follow-up 01/19/17 with Lisa Kovacevic. Pain is still 6/10. Physical exam is identical to prior note.

Next entry physical therapy with Scott Colling, still has pain from time to time, however, he is walking and performing activities at home fairly well. The patient feels doubtful that he will return to his prior level of job duties due to the amount of pain and discomfort he is feeling at this time. He does feel that therapy has been helpful.

Follow-up on 02/14/17, pain is now 0/10 with regular ambulation, but increased pain with certain movements. He has some catching of the knee. He has not been wearing his knee brace, physical exam is unchanged from prior to appointment.

Follow-up 03/13/17, persistent achy pain right knee worse with activity. Brief sharp pain with activity. Denies catching or locking. Throbbing or aching is located in the bilateral aspects of the knee along with joint lines 3/10 in character. Currently 0/10. The patient is able to squat today without significant pain until he gets to about 75 degrees flexion. There is no edema. Continued physical therapy is recommended.

Follow-up Lee Davidson, MD in Occupational Medicine on 04/10/17. It is noted that Dr. Tuman performed the surgery on his right knee. The patient reports that he has no pain and feels he is able to return to full duty. Physical exam is notable for no evidence of joint effusion. No ligamentous laxity with varus or valgus strain, anterior or posterior drawer sign or Lachman's exam. McMurray's exam is unremarkable. The patient is released to full duty.

Next is an appointment at Slocum Orthopedics dated 09/28/16 with respect of the right knee. Dr. Tuman feels that the MRI showed a medial meniscus tear. The exam was notable for no appreciable effusion. Fairly moderate tenderness to palpation really throughout the knee superficially, but this is extremely more painful over the medial joint line. Positive McMurray's test. Knee is stable on Lachman's, posterior drawer, varus and valgus stress testing. Valgus stress testing at 30 degrees. He was able to appreciate a slight catch within the posteromedial aspect of the knee. He has full knee extension. He has pain with passive hyperflexion with a positive Steinmann's test. Dr. Tuman felt that there was also some chondral irregularity involving the posterior third of the medial femoral condyle on

MRI. Dr. Tuman opines that the exact mechanism is unclear since he denies traumatic injury and no twisting or instability event. Very symptomatic. Some early mild degenerative changes of the medial femoral condyle cartilage, but does not have advanced arthritis. Concerns regarding the patient's weight and smoking as factors regarding surgical healing. Dr. Tuman expressed concern that he may have persistent symptoms in the knee after scope debridement. The patient agrees to the surgery. In a follow-up 11/16/16, the patient is evaluated for surgery. The patient continues to explain of pain. Dr. Tuman feels on exam that there is no effusion, tenderness to palpation of the medial joint line. Positive McMurray's. No instability, positive Steinmann's test. Reemphasized possibility of chronic pain postoperatively.

Follow-up 12/05/16, the patient is now two weeks status post arthroscopy. The patient is improving, off crutches. Dr. Tuman describes that surgery as a partial medial meniscectomy and shaving chondroplasty of the medial femoral condyle. Sutures are removed.

Next entry is Steven Wilhite, MD, presentation 10/02/17 for right upper quadrant and back pain. Ultrasound shows a coarse echogenicity of the liver with hepatomegaly suggesting hepatocellular dysfunction, mild hydronephrosis, cholelithiasis without evidence of acute cholecystitis. Assessment is gallstones with spicy food intolerance, which brings on the pain, some associated musculoskeletal pain. The patient has decided to move ahead with cholecystectomy, Dr. Wilhite warns that there might be some persistent pain secondary to the probability that the pain is not exclusively generated by the gallstones, but has a musculoskeletal component as well.

The next entry is a brief op note 11/06/17, Steven Wilhite, MD. The procedure is described as a laparoscopic cholecystectomy with grams. Complications, none. Intraoperative findings, no opacification of the common bile duct without evidence of definite filling defect. There is passage of contrast into the duodenum. Note definite extravasation is identified. This is report from Jonathan Sims, MD for procedure during the cholecystectomy described as an x-ray cholangiography operative additional views. Impression: Normal intraoperative cholangiogram.

Path report from the surgery consistent with gallstones.

Next is a history and physical admission note by Dr. Steven Wilhite, 01/05/18. The patient is being taken to the operating room for probably a fissure and also external and internal hemorrhoids. Exam is notable for being remarkably obese with healing wounds from his previous laparoscopic cholecystectomy. Multiple external hemorrhoids and insertion of the trumpet is extremely painful, making elevation difficult. Will be evaluated under anesthesia.

Next is hospital medicine progress note by Dr. Kathleen Sullivan on 02/12/18. The patient is being evaluated for a right lower lobe pulmonary embolus. The patient is being bridged from Lovenox to Coumadin. Chest pain is improving, although had severe pain overnight. He has obstructive sleep apnea. Stable O2 sats. CT with contrast on admission, needs CT abdomen and pelvis for underlying malignancy workup. He has adult respiratory failure with hypoxia due to PE, leukocytosis likely a stress response. Hypertension, anxiety, chronic skin infection, morbid obesity, tobacco use, and constipation with history of recent hemorrhoidectomy that is well healed per the patient. The patient is reporting that

he is lying in bed, feeling better, and having a headache in the morning. Another pain episode earlier this a.m., sudden onset of right-sided chest pain. They are also monitoring acute kidney injury.

Another progress note on 02/11/18 by Dr. Sullivan. The patient is reporting that he has a history of knee surgery and chronic knee pain so is not very active. He has not worked in two years due to pain. Wife states he spends all his time in front of the TV. Notes that the patient had an anal fissure and hemorrhoids that was repaired by Dr. Wilhite. The patient denied that this surgery made him less mobile. No recent long trip. Still with knife pain in his right side.

Next entry is 01/08/18, Dr. Steven Wilhite as an operative note. Procedure performed includes excision of fistula and excision of ulcer and reapproximation of mucosa. Internal sphincterotomy. Excision of small external hemorrhoid.

Next entry dated 02/10/18. Discharge summary from Riverbend Medical Center for his pulmonary embolus. Social history suggests that he is a disabled machinist, the duplex showed a popliteal vein, proximal calf gastrocnemius vein and one of the two proximal calf peroneal veins are dilated non-compressible with likely acute thrombus extending from the proximal calf to above knee popliteal vein. CT chest showed right lower lobe pulmonary embolus and potential segmental and subsegmental left lower lobe emboli. Discharged on therapeutic anticoagulation.

Next entry is an echocardiogram ordered by Dr. Kathleen Sullivan read by Dr. Manjunath Raju, MD dated 02/11/18. Left ventricle is hyperdynamic, borderline right ventricular enlargement. Right atrium is mildly dilated. All four valves are normal.

Next is hospital medicine progress note on 02/12/18, once again dealing with his DVT and pulmonary embolus. Still with some pain, consistent with prior notes on this subject.

Next entry is an Infusion Clinic progress note from a registered nurse following his DVT and PE. INR is therapeutic.

There is a summary note on 02/16/18 for Coumadin monitoring, another note on 02/17/18, another note on 02/18/18, and another note on 02/19/18.

Next is a presentation to the Emergency Department dated 05/16/19, presents with left flank pain, woke from sleep, severe left-sided abdominal pain, waxing and waning, and has associated nausea and vomiting. He has had kidney stones, but distantly. History of prior pulmonary embolus and cholecystectomy. Abdominal exam is benign. CT abdomen is performed shows a 3 mm stone in the proximal left ureter with mild hydronephrosis. Calcification of both adrenal glands with a myolipoma the left adrenal gland, unchanged from 2015. He is discharged home with pain medications.

Another ED note on 06/05/19 represents with left-sided flank pain. Pain had resolved four days after last previous emergency visit now returned two days ago, 9 out of 10 in severity. Feels similar to previous episodes and kidney stones. Given pain medications. Basic workup with laboratories was within normal limits. Pain is well controlled with medications and therefore the patient was discharged home.

Next is a procedure note by Brady Walker, MD on 06/08/19 described as left ureteroscopy, lithotripsy with basketing and stent. A stone is retrieve and extracted. There are no complications.

There is a discharge summary by Sarah Barry, CNS on 07/04/19 documenting uneventful admission for kidney stone removal with stent placement and then removal. Right flank pain is now resolved. Acute kidney injury resolved.

Next is a history and physical by Samson Barasa, MD dated 07/02/19. The patient is status post his kidney stone removal, but then developed left flank pain suddenly. Date of admission one month after removal of the stone and two weeks after removal of the stent. Pain is 5-6/10. Rated his pain initially as 20/10 sharp in nature, progressive and non-radiating. He has left costovertebral angle tenderness on physical exam. CT scan of the abdomen and pelvis showed 1 mm calcification of the bladder representing possibly a passed kidney stone. He has mild right hydronephrosis with a calcification in the adrenal suggestive of previous infection/hemorrhage.

Next is an ED note from 07/02/19, Daniel Horrell, DO, in which the patient presents with his right flank pain. Physical exam is notable for pain on palpation to the left flank, otherwise negative. CT scan was noted on previous entry. The patient is admitted to the hospital.

Next is a hospital Medicine Progress Note dated 07/03/19 by Michelle Kelley, Nurse Practitioner. The patient is reporting that his pain is improved, but still there. No longer nauseated or vomiting. Main complaint is migraine headache and feeling dehydrated. The patient has apparently passed the stone, which is sent for analysis. Opioids denied for migraines. Anticipate that the patient would be able to discharge the next day.

Next is a report from CT scan of the abdomen and pelvis on 07/02/19. 7 mm right middle lobe pulmonary nodule. Calcification of both adrenals. 1 mm stone right posterior bladder.

Next is an office visit with Robb Larsen, MD an Orthopedic Surgeon date of visit 08/29/19. The patient is presenting for a repeat evaluation of his right knee. Pain is getting progressively worse. Lawyer has recommended that he have a PCE. His Workers Comp people are stating that he should be able to do a sedentary position. He has not worked since his work injury. He has gain significant weight. He is beginning to have pain in his right hip and ankle. The steroid injection done two years ago helped for about two months. He is not interested in surgery and does not want additional injections. On physical exam, his gait is antalgic. There is range of motion of only 5 to 120 degrees, subtle pseudolaxity to valgus stress. Tenderness along the medial joint line, pain without crepitation. On repeat x-rays, there has been progressive medial joint space narrowing. Weight loss is recommended. Doctor does not feel he has anything to offer since the patient has no interest in surgery or additional injections. The patient asked about a treadmill which he has at home, doctor opined that this may be better than walking on concrete or other hard surfaces, but still not likely as beneficial as a recumbent bike or swimming. Dr. Larsen does opine that he believes he should be able to do a sedentary position and he recommended that the patient follow through with the PCE. Dr. Larsen felt that the patient is not a surgical candidate even if he wanted surgery due to his morbid obesity and increasing weight. Dr. Larsen also recommends quitting tobacco.

Next entry is a follow-up letter on 08/30/19 from Robb Larsen, MD. Dr. Larsen wishes to clarify that although he wrote in his office visit note of 08/15/19 that the patient should be able to do a sedentary type position "he did not specify whether it was part-time or full-time." Dr. Larsen offers no definitive opinion on this part-time or full-time issue. Dr. Larsen also opines that his impression should not be interpreted as contrary to the opinion of Mr. Cummins' primary care physician, Dr. Knowlton, who also believes that Mr. Cummins can work in a sedentary position albeit for no more than two hours per day. Once again, Dr. Larsen recommends a PCE.

Next entry is from Eric Olson, MD dated 10/31/17 for numerous itchy bumps on his shoulder. The exam is notable for multiple inflammatory lesions and some cystic lesions on chest, abdomen, back, face, and shoulders. Impression is acne, hidradenitis suppurativa involving the inguinal folds, tinea versicolor, and lipomas. Treatment is reassurance, subsequent visits on 01/05/18 result in continued Bactrim for acne. Follow-up on 07/17/18 restarting antibiotics for acne and switching the patient to Humira for hidradenitis suppurativa.

Letter from Steven Wilhite to David Knowlton on 11/13/17 stating that Dr. Wilhite removed his gallstone on 11/06/17 and that his gallbladder was packed with gallstones. The patient was pleased with results.

Another letter on 01/29/18 from Dr. Wilhite stating that he performed the fistula/fissure repair, sphincterotomy and excision of a small external hemorrhoid.

Next is a note from 07/25/19 from the Oregon Urology Institute for ureteral calculus, Victoria Waltz, Physician Assistant. Poorly controlled pain from kidney stone as seen on CT on 05/16/19. Initially given oxycodone. Oxycodone works better than Percocet. Also has ondansetron. Feels that because of his persistent symptoms of nausea and flank pain, it is unlikely that he has passed the stone spontaneously. Authorization for repeat CT is requested. Ureteroscopy and laser lithotripsy and stent placement is likely. The patient is changed that from oxycodone back to Percocet.

Next entry is 06/08/19 operative report by Brady Walker, described as a left ureteroscopy lithotripsy with basketing and stent. Then on 06/14/19 another operative report, the OSC stent removal.

Next entry is a Physical Therapy note from Therapeutic Associates dated 02/23/17, Emily Baughman, Physical Therapist. Dull, throbbing, aching, periodic, occasional right knee pain. Some associated numbness and unexplained weakness in the knee down to the anterior lower leg. Some muscle atrophy is noted on the right vastus medialis obliquus and noted to left hallux valgus. Limited range of motion on physical exam just a little bit, mild strength loss, and some laxity bilaterally. Therapy plan is recommended. There are subsequent Physical Therapy visits 02/21/17, 03/14/17, and 03/17/17, the patient is progressing slower than expected, but does seem to be feeling better overall. Further visits noted on 04/03/17, at which point the patient reports some improvements in strength, still with pain with resisted right knee extension. Similar decreased range of motion relatively unchanged. There is a handwritten report from a physical capacities evaluation by a physical therapist whose last name is Lowry I believe that is handwritten signature. They project the patient to 4-hour sit stand, total daily work, no more than one-half hour at a time of sitting, standing, or walking. Able to carry and lift over

100 pounds at least to the heavy physical demand category, unable to do a full squat, deconditioned, recommends work conditioning, weight loss, and projected that he could seriously expand his work potential. In a typewritten note later, John Lowry, PT states that the patient is able to perform a heavy physical demand category up to 33% of the time and would be able to improve that with physical reconditioning. The patient did meet validity criteria.

Next is a Physical Medicine and Rehabilitation intake file review by Theresa Oney, MD. Dr. Oney reports that the patient's first day of absence from work is 10/08/16. Diagnosed with right knee sprain, right lumbar sprain, complex tear of the medial meniscus of the right knee and primary osteoarthritis of the knee. Reports that the patient's job duties include setting up and operating basic machinery, selecting operation sequences, tooling, speed and feeds, torch travel, etc on equipment, including saws and burning machines. Also required to load programs to machines, process parts to fulfill work orders, run pro-nest software at burn tables and Whitney machines. Daily maintenance on machines. The physical demands include occasional sitting, frequent standing, walking, climbing or balancing, stooping, kneeling, crouching or crawling. 74% use of hands to finger, handle or feel and reach. Occasional 100-pound lifting, frequently lifting up to 50 pounds, and continually lifting up to 10-25 pounds. On 09/04/16, the patient is using a knee splint at all times due to catching of the knee. Possible slight effusion. Medial joint space tenderness. At least a light physical demand category. Then scheduled for right knee arthroscopy by Jeffrey Tuman on 11/16/16 evaluation. Dr. Oney reviews the physical therapy notes. Notes the clinical course with the nurse practitioner, Ms. Kovacevic. The treatment with physical therapy beginning in February of 2017. Then refers to an occupational medicine report dated 04/10/17 from Lee Davidson, doing much better at the time and experienced no pain in his knee and wanted to be released to full duty. Dr. Oney therefore concluded the patient continued to have slight limited flexion of the knee by about 10-15 degrees. Could squat to about 75 degrees, but no pain. Dr. Oney then opined that the patient was capable of maintaining full time eight-hour day work schedule with the following restrictions between 10/08/16 and 04/08/17. No lifting, carrying, pushing, or pulling greater than 25 pounds. Occasional lifting less than 25 pounds, frequent lifting less than 15 pounds, occasional bending, stooping, and crawling. No restrictions on overhead reaching or reaching at waist or below waist level. Should not stand for more than 30 minutes at a time, no more than two hours per day, should not walk for more than 30 minutes at a time for longer than two hours per day. After 04/08/17, the patient is released to full duty.

Next is a review with respect to the patient's job title occupation of Machine Operator II dated 07/31/18, medical evidence supports the history of acute respiratory failure with hypoxia, acute kidney failure, morbid obesity, DVT, tobacco use, knee osteoarthritis, status post meniscal tear repair on the right, generalized anxiety disorder, and benign essential hypertension. It concluded that the patient's physical capacity has likely declined since 2017 due to the presence of DVT, pulmonary embolism, and unchanged morbid obesity. However, there is no evidence of impairment for sedentary to light physical activities at this point in time. There is no evidence for cognitive impairment. Particularly with respect to side effects of medications. It notes that Dr. Knowlton responded an agreement to the FCE for certain activity restrictions that would limit a return to prior work activities. Also mentions restriction from constant full-time sitting. The reviewer did not see any reason that the patient was impaired for constant sitting due to the medical conditions. The reviewer feels that the FCE suggests that the claimant is deconditioned; however, deconditioning is not clearly noted in the available records. The claimant has had morbid obesity for many years, with limited activities including limited activities at home, and

therefore, these activities are self limited. No significant impairment from fatigue is reported. However, it is reasonable that medium to physical activities exacerbate the patient's knee pain. Fatigue due to pulmonary embolism is reasonable for up to six months post diagnosis and treatment. If generalized fatigue were a significant condition prior to 2018, then the records would be expected to include workup and evaluation specific to fatigue. The workup for sleep apnea would also have been expected. It is noted that the patient refused certain activities specifically climbing ladders and stairs. The reviewer is also not convinced the claimant has gait disorder as orthopedic records from October of 2017 do not strongly indicate any gait or balance disorder.

Next is an x-ray report on 10/05/17 as read by Michael Milstein, MD, stable minimal degenerative changes in the medial femorotibial joint space compartment, unchanged, otherwise unremarkable.

Next entry is an x-ray on 08/15/19 as read by Michael Milstein, MD, mild degenerative changes in the medial femorotibial and patellofemoral joint space compartments most likely secondary to primary degenerative osteoarthritis and mildly progressed when compared with previous study. Comparison to 10/05/17 and 09/08/16 is noted.

Next entry is adult echocardiogram dated 02/11/18, left ventricle is hyperdynamic, borderline right ventricular enlargement, right atrium is mildly dilated, and all four cardiac valves are normal.

Chest x-ray on 02/11/18, right lower lobe infiltrate.

CT chest on 02/10/18, right lower lobe embolus and potential segmental and subsegmental left lower lobe emboli. Early findings of right heart strain.

Next entry is x-ray of ribs on 07/17/17, no displaced rib fractures.

Next entry is a bunch of labs, of significance has been covered previously.

Next entry is 02/11/18, bilateral lower extremity duplex ultrasound, deep venous thrombosis in the left lower extremity and right lower extremity negative for deep venous thrombosis.

Next entry is a chest x-ray portable on 02/12/18, no change in appearance of the right lower lobe infiltrate with associated pleural effusion.

Next entry is 06/13/12, CT scan of the head without contrast, mild sinus disease in the ethmoid air cells, otherwise negative.

Next entry is a CT abdomen and pelvis with contrast on 09/29/15, no bowel obstruction or free fluid. Colonic diverticula. No acute diverticulitis. Stable adrenal calcifications.

Next entry is MRI lumbar spine without contrast on 04/25/13, facet hypertrophic changes at L5-S1. No posterior disc protrusion, central canal stenosis, or neural foraminal narrowing identified.

Next entry is EKG from 02/10/18, normal EKG. No significant change compared with prior EKGs.

Pathology report 01/02/15, normal colonic mucosa, and hyperplastic polyps in the rectum.

Labs from 07/17/18, hepatitis B surface antibody negative.

Next entry is 06/10/19, stone analysis, uric acid 80%, and calcium oxalate 20%. Ultrasound abdomen 11/11/13, cholelithiasis without evidence of acute cholecystitis or biliary obstruction. Mild hepatomegaly. Diffuse fatty infiltration of the liver.

Endoscopy report from 01/02/15, non-bleeding internal hemorrhoids, diverticulosis in the sigmoid colon and in the descending colon. Two 3-5 mm polyps in the rectum dissected and retrieved. Erythematous mucosa in the descending colon and in the ascending colon biopsied. Erythematous mucosa of the terminal ileum. Erythema was mild and nonspecific.

Ultrasound of the abdomen on 09/06/17, cholelithiasis without evidence of acute cholecystitis. Coarse echogenicity of the liver with hepatomegaly suggesting hepatocellular dysfunction. Mild left hydronephrosis.

Job description, Fabrication Machine Operator dated 11/11/13. This was summarized earlier described as frequent standing and walking, occasional sitting, talking, continuous use of hands to fingers, frequent climbing, stooping, crawling, crouching, and continuous reaching. Continuous up to 25 pounds, frequent up to 50 pounds, and occasional up to more than 100 pounds. Exposure to moderate noise, loud nose, high places, toxic, fumes, cold, heat, risk of electrical shock, and vibration exposure.

Next entry is a claim settlement between the patient and liberty mutual, agreeing to settle the right knee on the job injury on 09/04/16.

Next entry is an activities questionnaire filled out by the patient on 04/21/17. The patient feels that he is able to sit for four hours, stand for 2-3 hours, and walk for two hours. He sits most of the days, stands one hour or less, and walks one hour or less. Sleeps eight hours per day. He is able to sit in the car 1-2 hours per day, holds a driver's license. Can drive a car about 1-2 hours. He has no children or grandchildren, for which he is responsible. Right-hand dominant. Denies ability to work in the garden, do work in the house, or wash his car. Does not spend time on the computer, relies on his wife for basic activities such as shopping, cooking, cleaning, laundry, and retrieving the mail. The patient reports that he bathes himself, does his own hair, gets dressed, although his wife does help and cannot go up and down stairs. The patient is unable to pursue hobbies or exercise or volunteer work. He describes pain in knee, back, and leg on the right.

Another report regarding settlement agreement, the patient has agreed to resign his employment as of 04/10/17, contending that he has physical limitations that rendered him unable to perform any available work.

He received $100 exchange for full release of claim.

A number of denial letters from Liberty Mutual Assurance Company of Boston denying short and long-term disability claim.

Next is a declaration of Michael Cummins, he declares that he has worked physically demanding positions since he graduated from high school initially at Farwest Steel & Reinforcing in 1995, high definition-cutting machine. He worked for a number of other companies in the same industry including Johnson Crushers International most recently in March of 2016. All were physically demanding. He injured his knee on 09/04/16, claiming that the set of the equipments was not ideal causing employees to maneuver their bodies in unique positions with a lot of up and down table work, stepping up narrow areas. On 09/04/16, he reports that he "heard a pop while going up and down off the table and my knee started to hurt." He reports that by the end of the shift, it was hurting pretty bad and he informed his supervisor. He noted swelling that night. He placed his own bandage. 3-4 days later, it was still hurting, increasing each day, and went to Urgent Care as a result. After reporting his injury, the patient reports that he was placed on light duty for a short period in shipping and receiving. It required him to hop to get into the seat, the angle causing increased pain and swelling and causing his leg to go numb. One day he could not even walk back to his station for a break and his safety director had to drive him home. He understands that his Liberty short-term disability policy would make him eligible for reimbursement if he is unable to perform his own occupation, specifically his actual job duties for his employer at the time that he became disabled. He also reports that in the section entitled "side effects of my medications" after receiving the steroid injection and my knee and my leg felt like it was on fire and my knee hurt like I had been hit with a baseball bat, which is little different and more painful than the pain I experienced on a constant basis.

Next is testament from his wife, who has known him since 1994. She attests that since 2016 knee injury he has been unable to hold any type of work as he had in the past. That he formerly helped with household chores including cleaning bathroom, vacuuming, cooking, washing dishes and is now unable to do so. He occasionally requires help in and out of the shower, occasionally getting dressed, when he attempted to return to work in 2017 x2 and experienced significant swelling and appeared to be in great pain in his knee.

Next is a position summary on 10/13/17 from Roy Law, the patient's attorney, it is noted that Liberty has denied Mr. Cummins' claim because he did not return various forms by a date arbitrarily set. Significant points include that Mr. Cummins was scheduled to receive steroid injections every six months into his right knee. It is clarified that the patient's long-term disability policy covers disability from the patient's job x24 months, and thereafter covers the patient if he is unable to perform any job. A review by Liberty Mutual on 12/29/17 evaluating medical records between 09/20/15 and 09/20/17 said that the patient was limited in his ability to perform meaningful work from 10/08/16 through 04/08/17, but thereafter was released to full duties and was able to return back to his work responsibilities.

Next entry is a number of appeals filed by the claimant's attorney.

Next entry is an activities questionnaire submitted by the patient this was dated on 01/25/19. The patient is now claiming that he is only able to sit 30 minutes, stand 10 minutes, walk 10 minutes, reports that he sits four hours, stands two hours, walks 15-30 minutes, lies on the couch, or sitting in recliner with feet up to 9-1/2 hours a day. Able to sit in the car 1-2 hours on a good day, still has driver's license, unable

to work in house or garden or wash car. Spends no time on the computer. Does none of grocery shopping, cooking, and cleaning, but does the laundry, opens and responds to mails, manages finances, bathes himself, styles own hair, and dresses himself, but cannot go up and down stairs. Unable to pursue his hobbies. He continues to have severe pain in the knee with popping with position change, wakes up at 10:00 or 11:00 a.m. and cannot get up out of bed until 01:00 or 02:00 p.m. I make breakfast like toast, watch TV, browse facebook and the internet.

Another denial letter on 02/28/19 from Lincoln Financial Group, at this time reviewing records from September of 2015 through February of 2018.

Next entry is another declaration from the patient, this declaration reviews previous information, but in addition adds in early 2018 suffered a near fatal pulmonary embolism, remained on blood thinners. Also continued headaches and frequent migraines, has to stay near the proximity of restroom due to chronic diarrhea and reports that this is due to the medications he has been prescribed according to his physician. Gained 40 pounds and is unable to exercise and is also putting additional strain on his joints. At this time reporting that the 20 mg of omeprazole give him side effects of diarrhea and nausea, takes 2 mg of loperamide, which leads him feeling drowsy and fatigued and 6 mg of Coumadin, which exacerbates his headaches. He takes 40 mg Humira subcutaneously, which adds to his nausea and headaches. Hydrochlorothiazide leaves him feeling weak and drowsy, 40 mg of lisinopril adds to his fatigue and chronic diarrhea. This is dated 08/14/19.

Next entry is his ex-wife also adds a declaration. This is dated 08/26/19. This reinforces his inability to perform his activities at home, needs to wear a knee brace. He requires assistance from her, endorses his headaches. This application is apparently denied because the Roy Law Group files an appeal of 08/27/19. The attorney notes deterioration over time, and contends that an independent medical exam should have been utilized to properly assess the patient's current condition.

## SPECIFIC QUESTIONS TO BE ANSWERED IN THIS REPORT:

1. **Based on the medical evidence and your examination, what diagnoses are supported?**

The diagnoses of right knee meniscectomy with superimposed degenerative arthritis, left lower extremity deep vein thrombosis with pulmonary embolus, right upper quadrant pain status post cholecystectomy, obesity, recurrent hemorrhoids, chronic low back pain, hidradenitis suppurativa, history of right great toe trauma, right elbow hyperextension injury, hypertension, and history of kidney stones are all supported by the combination of medical evidence and/or medical records. Diagnoses of bilateral thumb pain/tendinitis, depression, anxiety/stress disorder, neck and shoulder pain, right ankle history of ligament tear are less well supported as they are predominantly based on the claimant's report only. There is some medical reference to some depression and/or stress/anxiety, but there is no formal diagnosis made. Chronic migraines are referred to and are likely a formal diagnosis for which there is good evidence, but the associated head trauma is not directly referred to in the medical literature.

Based on the medical records and the claimant's presentation, this examiner feels there are limitations to this claimant's ability to work, but it is a complex scenario. I am going to go through his list of disabling conditions and try to define the limitations that I think are realistic for those conditions. This examiner

does feel that this claimant has a tendency to exaggerate his degree of limitations, the motivation for this is unclear, whether it be disability seeking, versus medical non-sophistication, versus a desire to be heard is unclear.

1. The right knee is partially disabling. I think it is reasonable with other assessments to place this claimant in the sedentary physical demand category with respect of any. He should be restricted to a desk type level job and allowed to sit, stand, and move around as necessary for pain. However, I do not foresee that this should limit him to less than an eight-hour fulltime position. Rationale for this is that the objective evidence with the MRI findings, intraoperative findings supported fairly mild orthopedic injury that most people recover from completely. The degree of arthritis is likewise considered mild to moderate at worst, and should not be markedly disabling. The claimant does have evidence of something of an exaggeration on his presentation on physical exam. Despite the claimant's claims of swelling, etc, none was in evidence on physical exam today, and the medical record does not support its prevalence on presentation.
2. His bilateral thumb complaints are not reported in the medical record. On physical exam today, there is no swelling, no provocation of pain with axial compression. Finkelstein's test is negative bilaterally and palpitation is notable only for some very mild pain over the right MCP joint. Therefore, no limitations can be attributed to this condition.
3. Left lower extremity DVT/PE. The claimant himself supports that he is not limited from complications of the pulmonary embolus, but is slightly limited from the complications of left lower extremity DVT. However, most outcomes from venous DVT are full recovery even though he needs to remain on Coumadin for life. Even taking the claimant's complaints at face and full value, this is not a completely disabling condition that should add anything to the level of disability already attributed to the right knee.
4. Right upper quadrant cramping/spasms. Again, this is based on subjective report only. There are no corroborating reports of continued pain of this nature in the medical record.
5. The claimant reports that he is in counseling for depression, anxiety and stress disorder. There are no records to support this.
6. Obesity. This would limit his ability to perform any sustained physical tasks. The claimant is quite deconditioned. At a sedentary level of work, the claimant should still be able to perform fulltime work, but would have difficulties with prolonged or sustained walking even on smooth level surfaces. His degree of deconditioning would likely improve with regular exercise, and weight loss.
7. Lumbar pain. This is briefly referred to in the chart sporadically, it did not appear to be formally worked up. Therefore, it is difficult to attribute disability. The claimant does seem to have had sporadic reports of back pain in the medical record, and reports that he is simply not someone to complain about such things, which overall may be somewhat accurate. The claimant however given his report of 4/10 pain, etc would appear to be accommodated for in the restrictions already placed on the right knee.
8. Head trauma. The claimant did not endorse any cognitive dysfunction. He does report constant ongoing migraines. He reports that these are still two times per week greater than a 10/10 in pain, somewhat controlled by ibuprofen. However, in the medical record, there is clear report from Dr. Knowlton that the claimant received good improvement with alprazolam and then later beta-blockade medications. As the years went by, the headaches overall seemed to become less and less of a factor. The claimant at the very least reported

initial improvement with the medication interventions, some worsening with stress and anxiety, but never enough to warrant ongoing further changes in medication management. Therefore, it is also difficult to ascribe any disability with respect to the migraines because there is no significant corroborating records in the medical record, and on physical exam, there is no way to verify the presence or not of headaches.

9. The hidradenitis suppurativa is evaluated. I do not doubt that they might be painful, nor do I doubt that some of them are draining. Whether it is a voluminous problem as the claimant indicates is unclear. However, it does appear that this condition would limit this claimant somewhat in terms of acquiring potentially more than usual amounts of time for personal hygiene to maintain areas where the lesions are currently draining.
10. Right ankle ligament tears. There are no medical records of this condition. The claimant reports some disability from these still, including some increased numbness in the leg and increased swelling in the leg since the knee injury, but clearly this injury was such that he was able to continue working in his capacity as a Machinist and Machine Operator despite this prior to the knee injury.
11. The same is true of his right great toe injury.
12. Right elbow extension injury. The same is also true of his right elbow extension injury, which also occurred prior to the knee injury.
13. The claimant has reported most recently in August of 2019 as he attempts to attain disability status from his long-term disability carrier that the medications are causing side effects that are further hampering his ability to perform meaningful work. Dr. Knowlton, the claimant's primary care provider, has alluded to the potential for side effects as early as June of 2018, but never documented in medical records that the claimant had ever complained of said side effects. Dr. Knowlton further endorses this potential for side effects again in August of 2019, and it is only around this time that the claimant himself begins endorsing that he has side effects from his medications.
14. Remote history of various fractures in his arms and forearms as a child and obviously did not impact his ability to perform meaningful work. Similarly, the various kidney stones although they do cause him occasional pain are also typically not something that should impact the ability to perform meaningful work.

**2. Please provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations on physical activities. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type, reach, etc.)**

Overall he is restricted to a sedentary PDL full-time job with allowance for more frequent breaks to sit/stand as needed and perform personal hygiene (frequently).

**3. Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are supported, if applicable.**

Please see question #1.

**4. Please comment the claimant's ability to maintain fulltime employment on a sustained basis within the identified restrictions and limitations.**

From a strict diagnosis by diagnosis standpoint, this examiner feels that this claimant would be able to perform sedentary physical demand level work, with extra breaks for personal hygiene due to draining lesions from his hidradenitis suppurativa. This claimant's level of disability has been so longstanding, however, this examiner foresees further difficulties about any attempts at returning to work that are more motivation based.

5. **Please comment on the restrictions and limitations by the provider, Dr. Knowlton in his 08/26/19 letter.**

The main point of contention is the number of hours that Dr. Knowlton claims that the claimant is limited to compared with other examiners including this examiner. Other examiners project that the claimant could perform sedentary physical demand level work for fulltime, most notably his orthopedic surgeon, and even projections from his physical capacities evaluation. Dr. Knowlton cites what are in effect quotes from the claimant stating that he is unable to perform certain tasks for more than X amount of time or Y amount of time. It is noted in the medical record that various activity forms submitted by the claimant to the insurance carrier that the amount of time that the claimant claimed he could do these tasks diminished as his application proceeded forward. This could be due to the claimant's ongoing further medical complications such as the DVT/PE, progressive deconditioning, etc, but in particular conditions like the DVT/PE should see meaningful recovery, whereas in this patient if this were the case this claimant has not. There has been a clear decline in what the claimant claims he is able to do as time has proceeded on, and Dr. Knowlton's letter seems to reflect report of the claimant's activities. Dr. Knowlton also reports the claimant has potential for side effects from the various medications that he is taking, and states that this might also be a further limiting factor on the claimant's ability to perform work. However, none of Dr. Knowlton's notes that I reviewed specifically cites any medication side effects, and in fact particularly for a medication for migraine for example the medications often seem to have a very beneficial effect that the claimant endorses quite strongly. The restrictions and limitations provided by Dr. Knowlton strike this examiner as more of a lifelong family physician trying to support his lifelong patient, and consequently deemphasizing the limitations as recommended by other providers such as the orthopedic surgeon, and the physical capacities examination evaluator.

6. **Do the medical evidence and/or your examination support any cognitive and/or physical side effects attributed the claimant's medications? If yes do the side effects contribute the claimant's impairment? Please explain your medical rationale.**

<u>With the exception of the Humira, for which there are not a lot of notes currently as this is still an ongoing issue,</u> the claimant did not report any significant side effects for any of the medications that he was on for various medical conditions over time. In fact, most notably the medications often did what they were supposed to do controlling his blood pressure, reducing his headaches, and better managing his pain. Furthermore on history today, the claimant was quite lucid. Although not a sophisticated historian and with a disappointing lack of detailed recollection regarding which specific medications he takes on a regular basis he was very specific about medications he took on an as needed basis, he was unable to recall which medications may have contributed to what side effects when and where. The medical records clearly suggest that he tried, started and stopped medications at various times and should have been able to identify which medications did what side effects. In fact there is a listing of

the claimant's medical allergies and their reactions in Dr. Knowlton's notes and they do not include the medications that the claimant is currently on. The claimant himself did not appear to be cognitively impaired otherwise during the history today in fact he was quite verbose and quite specific and able to answer my questions regarding the various specific medical conditions that he thought were impairing him as outlined in my history, there were good 15 different elements that we reviewed in detail and this is all from his recollection. He did not appear to be lethargic. He did not appear to be ill, he did have a number of antalgic pain behaviors most notably associated with his physical movements. Therefore, this examiner does not feel that claimant is impaired cognitively or physically by side effects from his medications.

**CONFLICT OF INTEREST ATTESTATION:**
I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review (I do not have a contract to provide health care services to enrollees of the health benefit plan of the insurance issuer or group health plan that is the subject of this review); the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; (I do not have staff privileges at the facility where the recommended health care service or treatment would be provided if the insurance issuer's or group health plan's previous non-certification is reversed) or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**PHYSICIAN ADVISOR:**

**Victor K. Lin, M.D.**
**Board Certified in Physical Medicine & Rehabilitation**
**Licensed in State of OR #MD20541**

***NMR CONFLICT OF INTEREST ATTESTATION:***

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

## CLARIFICATION REQUEST:

I have been asked to complete the following clarifications to the original report.

**With regard to the need for breaks due to the hidradenitis suppurativa, please respond to the following:**

1. **How many additional breaks per 8 hour workday are estimated to be needed for personal care?**

   Two, one before and one after lunch.

2. **What is a reasonable amount of time that would be needed for each break?**

   15 minutes

3. **What are the recommended requirements with hygiene during the breaks – i.e. warm water and soap or baby wipes; medication lotions; whether a shower is needed due to the location on the body and if so, how many per workday, etc.**

Warm water and soap. Change of underwear and/or gauze bandages.

## CONFLICT OF INTEREST ATTESTATION:

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review (I do not have a contract to provide health care services to enrollees of the health benefit plan of the insurance issuer or group health plan that is the subject of this review); the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; (I do not have staff privileges at the facility where the recommended health care service or treatment would be provided if the insurance issuer's or group health plan's previous non-certification is reversed) or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**PHYSICIAN ADVISOR:**

**Victor K. Lin, M.D.**
**Board Certified in Physical Medicine & Rehabilitation**
**Licensed in State of OR #MD20541**

***NMR CONFLICT OF INTEREST ATTESTATION:***

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**Vocational Memorandum – Appeal Transferable Skills Analysis**

**From:** Nicole Hall., MS, CRC
**Date:** 12/10/19
**To:** Heather Carignan, Appeal Review Consultant
**Claim#:** 7224525
**Claimant:** Michael Cummins

**Vocational Assessment:**
This file was referred for an Appeal Transferable Skills Analysis (TSA) to review updated medical information and identify if the previously identified occupational alternatives remain viable. Mr. Michael Cummins is a 49-year-old Fabrication Machine Operator employed by Astec Industries, Inc. since 03/28/19 who discontinued work on 10/08/16 due to right knee meniscectomy with superimposed degenerative arthritis, left lower extremity deep vein thrombosis with pulmonary embolus, right upper quadrant pain status post cholecystectomy, obesity, recurrent hemorrhoids, chronic low back pain, hidradenitis suppurativa, history of right great toe trauma, right elbow hyperextension injury, hypertension, and history of kidney stones. For the purpose of this report, I reviewed the claim file and researched standard vocational resources. I also reviewed the previously completed Transferable Skills Analysis (TSA) report dated 02/19/19 completed by Haley Williams, MS, CRC. Per Appeal Review Consultant (ARC) request, I reviewed the updated restrictions and limitations as outlined within the Physical Medicine & Rehabilitation Peer Review completed by Dr. Lin, M.D., dated 12/04/19. Upon review of the available information, including the above noted updated medical records, this VCM has found that the previously identified occupations outlined within the most recent 02/19/19 TSA report (i.e. Repair Order Clerk; Dispatcher, Maintenance Service; and Final Assembler) remain viable occupational alternatives. The updated restrictions provided by Dr. Lin include the following: "he is restricted to a sedentary PDL full-time job with allowance for more frequent breaks to sit/stand as needed and perform personal hygiene (frequently)." Given that the previously identified occupations fall within these updated restrictions, they, therefore, remain viable alternatives. It should be noted that these occupations also meet or surpass the identified gainful wage amount of $2,015.52. There are no further vocational services rendered at this time.

Respectfully submitted,

**Electronically Signed by**
Nicole Hall, M.S., C.R.C.
Vocational Case Manager
Group Protection
Lincoln Financial Group

Vocational Memorandum – Appeal Transferable Skills Analysis

From: Nicole Hall., MS, CRC
Date: 12/10/19
To: Heather Carignan, Appeal Review Consultant
Claim#: 7224525
Claimant: Michael Cummins

Vocational Assessment:
This file was referred for an Appeal Transferable Skills Analysis (TSA) to review updated medical information and identify if the previously identified occupational alternatives remain viable. Mr. Michael Cummins is a 49-year-old Fabrication Machine Operator employed by Astec Industries, Inc. since 03/28/19 who discontinued work on 10/08/16 due to right knee meniscectomy with superimposed degenerative arthritis, left lower extremity deep vein thrombosis with pulmonary embolus, right upper quadrant pain status post cholecystectomy, obesity, recurrent hemorrhoids, chronic low back pain, hidradenitis suppurativa, history of right great toe trauma, right elbow hyperextension injury, hypertension, and history of kidney stones. For the purpose of this report, I reviewed the claim file and researched standard vocational resources. I also reviewed the previously completed Transferable Skills Analysis (TSA) report dated 02/19/19 completed by Haley Williams, MS, CRC. Per Appeal Review Consultant (ARC) request, I reviewed the updated restrictions and limitations as outlined within the Physical Medicine & Rehabilitation Peer Review completed by Dr. Lin, M.D., dated 12/04/19. Upon review of the available information, including the above noted updated medical records, this VCM has found that the previously identified occupations outlined within the most recent 02/19/19 TSA report (i.e. Repair Order Clerk; Dispatcher, Maintenance Service; and Final Assembler) remain viable occupational alternatives. The updated restrictions provided by Dr. Lin include the following: "he is restricted to a sedentary PDL full-time job with allowance for more frequent breaks to sit/stand as needed and perform personal hygiene (frequently)." Given that the previously identified occupations fall within these updated restrictions, they, therefore, remain viable alternatives. It should be noted that these occupations also meet or surpass the identified gainful wage amount of $2,015.52. There are no further vocational services rendered at this time.

Respectfully submitted,

Electronically Signed by
Nicole Hall, M.S., C.R.C.
Vocational Case Manager
Group Protection
Lincoln Financial Group

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- ☑ JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- ☐ PHYSICAL JOB EVALUATION FORM (if available)
- ☑ UPDATED MEDICAL WITH CLEAR R&L'S
- ☑ TRAINING-EDUCATION-EXPERIENCE FORM
- ☐ MANAGER APPROVAL (if required)
- ☑ ATTORNEY INFO (if applicable)

FROM: Heather J Carignan DATE: Monday, December 9, 2019

## CLAIM BACKGROUND

Claimant Name: MICHAEL CUMMINS Claim Number: 7224525

☐ STD ☑ FULLY INSURED ( THRESHOLD $ )

☑ LTD ☐ ASO ☐ LIFE Has MDS worked the claim? ☐ YES ☑ NO

Employer: ASTEC INDUSTRIES, INC.

Change In DEF. Date: 04/08/2019

Pre-Disability Earnings: $3,359.20 / M (mode) Claim Service Type: ADOP

**Document Locations**

☑ Document List ☐ Correspondence ☐ Paper File

**Case Manager's Recommendations / Reason For Referral:**

LTD Appeal in ARU. Please complete a TSA addendum based on the R/Ls noted in the IME report received 12/5/19. Gross Benefit = $2015. 52. Contact appeal specialist Heather Carignan with any questions.

DP 512

**REFERRED BY:** Heather Carignan
**CLIENT NAME:** Lincoln Financial Group

**CLAIMANT NAME:** Michael Cummins
**CLAIM #:** 7224525
**NMR #:** 283881
**DOE:** 11/12/19
**Revision Date:** 12/04/19

## INDEPENDENT MEDICAL EXAM

**PRESENT COMPLAINTS:** The claimant was asked to delineate the various medical conditions that prohibited him from gaining and sustaining meaningful work. The list is as follows:

1. Right knee is the primary problem. It consists of sharp, dull, achy and burning constant pain. Its baseline is a 5-6/10 in severity, it gets worse with activity. That is maximum it is "at least a 10." He describes intermittent swelling although has not had any for the last two days. He reports continued itching on his skin secondary to decreased blood flow. Continued popping and cracking inside the joint. He reports further if he sits for 15 minutes, he gets pain in the right greater than left hip. He is able to walk 100 feet on a good day. He cannot do steps even on a good day even if he leads with his left knee. He denies locking, but does endorse giving out, but no falls. Extensively the right knee occurred with the right knee meniscal on-the-job injury reported.
2. Bilateral thumb pain. Describes swelling over the thumb extensors similar to de Quervain's tenosynovitis distribution. He reports this has been ongoing since 2005. At times his thumbs will freeze. He claims this was brought to the attention of Dr. Knowlton, his primary care physician who told him he has arthritis, but has not performed imaging.
3. Left lower extremity DVT and pulmonary embolus. He continues to have itching and/or swelling in the left lateral area of his distal leg overlying the shin. There is redness. It feels irritated like it is going to give way. There is swelling except for good days like today in the distal shin. He reports that he wears compression hoses two times per week, but not today. He takes a bath to try to decrease the swelling three times per week. He is ordinarily a shower person.
4. Right upper quadrant cramps. These symptoms proceeded his cholecystectomy, at times the “seizures” will drop him to his knees, he feels that the cholecystectomy should have helped, but did not.
5. The claimant reports ongoing depression, anxiety, and stress for which he is receiving counseling. He takes Xanax rarely as needed for rare depression and anxiety.
6. Obesity. He reports he is low self-esteem, but also physically impairs his ability to find meaningful work.
7. The claimant reports that back in about 1993 he sustained a traumatic brain injury or a concussion when a 6-inch piece of pipe hit him in the head. He lost consciousness for less than 30 minutes. He denied amnesia. However, he woke up with vomiting and ringing in his ears, and associated headaches, neck, shoulder, and back pain. He reports that overall the neck and

shoulder does not bother him that much although he does occasionally experience bilateral upper extremity numbness sporadically especially when he holds his arms up at or above shoulder level. He reports that he continues to have migraines daily. He describes these are sharp, pounding, and constant. He describes them as every other kind of pain as well including burning, pins and needles, and stabbing. He reports that at baseline they can be as low as a 1-2/10, but will flare up frequently about two times per week to 10/10. He takes ibuprofen 800 mg once or twice and it will diminish after about an hour per his report. It is noted that the concussion is vaguely referred to in the chart notes provided for this IME, but not directly so. Chronic migraines are alluded to on a regular basis.

8. Next limiting factor is his skin condition, for which he is taking Humira. He reports that it is debilitating because the skin lesions are painful, they will break open and drain fluid. This causes inconvenience and that it will dirty his clothes and will require frequent changing. He reports that currently the main lesions are in his inguinal area. He is not sure that the Humira is helping, but maybe contributing to numerous medication side effects.
9. Right ankle. The claimant reports that around 2005 and 2006 he stepped in a hole for an on-the-job injury, the claim was denied. He was told he had torn ligaments and was placed in a boot for about six months. He reports that an MRI was done at that time and showed the torn ligaments, but is not 100% sure about the details. He continues to have tightness, swelling and numbness in the ankle, the numbness is circumferential around the ankle and goes into the big toe at times. He reports that since the right knee injury in 2014-2015 he has had expansion of the numbness in the right lateral aspect of his foot that is numb and tingly and pain with pins and needles. He reports that he also experiences numbness from the hip all the way down to the knee and into the foot coming since the right knee injury. He feels that the whole right lower extremity is weak especially from the knee down.
10. Right digit one toe was broken in his 20s, another on-the-job injury. It is noted that there are no specific medical records reviewed in the chart provided regarding the right ankle on-the-job injury from 2005-2006 or the right toe injury. The claimant reports that he has deformed toe as a result of black toenail and it "just doesn't feel right." He feels that his swelling has worsened since the knee injury.
11. The claimant sustained a right elbow hyperextension injury in the Christmas of around 2005 or 2006. He was required to wear a sling. He believes x-rays were taken at that time that were negative. He has no swelling, but at times will report it does not feel right, some tingling and some constant achy pain.
12. When specifically asked about medications, the claimant reports that he continues to take blood pressure medicines, anticoagulants and Humira. When asked specifically about side effects he is somewhat vague and is unable to identify specific side effects until pressed. He then reports predominantly GI upset. He equates all the side effects as having occurred after his knee injury. However when pressed to try to delineate which medicines led to which side effects and pointing out that many of his medicines were added slowly over time and that he should be able to equate different side effects with specific medications, the claimant was unable to do so or even begin to do so. He did endorse that he was very diligent in reporting his side effects on the medicines to Dr. Knowlton and that Dr. Knowlton's record should record that. He himself has not specifically recalled which medicines do what. He had a sense that perhaps the Humira was causing some of the more recent side effects such as GI upset.

13. He reports a remote history of left wrist and left forearm fracture and the right wrist fracture as a child, but it did not seem to impair his function later on.
14. The claimant endorses continued left sporadic kidney stone pain.

**PAST MEDICAL HISTORY**:
1. Right knee medial meniscal tear, status post excision, with superimposed degenerative arthritis.
2. History of left lower extremity DVT and pulmonary embolus, on anticoagulation.
3. Right cholecystectomy for right upper quadrant pain.
4. Obesity.
5. Chronic low back pain of unclear etiology.
6. Reported history of head trauma with loss of consciousness and persistent migraines and predominantly lumbar pain, although there is occasional neck and mid back pain as well.
7. Chronic migraine headaches possibly related to the head trauma.
8. Hidradenitis suppurativa, on Humira.
9. Reported history of right ankle ligament tears.
10. Right broken toe digit 1 on the foot.
11. Right elbow hyperextension injury per report.
12. Hypertension.
13. History of hemorrhoids status post operative repair.
14. Remote history of left wrist and forearm fractures and right wrist fracture.
15. Kidney stone, status post stenting procedures.
16. Reported history of depression/anxiety/stress disorder.

**CURRENT MEDICATIONS**: The claimant does not have a list of his current medications and is unable to reproduce which medications he is on. He does endorse that he takes ibuprofen on a regular basis 800 mg q.d. to b.i.d. depending on his headaches. He is on Humira. He takes alprazolam only as needed now for stress and anxiety. Presumably based on his medical records, he is still taking omeprazole, possibly loperamide, Coumadin, propranolol, hydrochlorothiazide, and lisinopril.

**ALLERGIES**: Listed as Flagyl, morphine and trazodone.

**SOCIAL HISTORY**: Not working. Has not worked since his right knee injury of 2015. Worked as a Machinist and Machine Operator, which is described as a heavy job.

**PHYSICAL EXAMINATION**: Manual muscle testing in the bilateral upper extremities is notable for 5/5 strength in bilateral deltoids, biceps, triceps and left wrist flexion, wrist extension and ulnar intrinsics. He has give-way weakness in the right ulnar intrinsics, right wrist flexion and right wrist extension.

He has 5/5 strength in bilateral dorsiflexion and plantarflexion. His knee extension and knee flexion is at least 4/5, but there is lack of effort here. His hip flexion and extension is also at least 4/5, but there is lack of effort and some give-way components.

Deep tendon reflexes are 2/4 in bilateral upper extremities and 1/5 in bilateral lower extremities. He has normal tone and normal clonus.

Seated and straight leg raise are inconsistent. He has positive pain in supine straight leg raise at about 35-40 degrees, but he tolerates closer to 60 degrees while seated.

Using single goniometric technique, cervical flexion is measured as 30 degrees, extension 40 degrees, right side bending 18 degrees, and left side bending 24 degrees.

Shoulder range of motion flexion is 170 degrees on the right and 165 degrees on the left, extension is 37 degrees right and 37 degrees left, abduction 164 degrees right and 167 degrees left, adduction 15 degrees right and 18 degrees left, internal rotation 85 degrees right and 67 degrees left, and external rotation 87 degrees right and 87 degrees left. There is substantial grimacing and exaggerated sense of fatigue and pain with abduction and flexion movements.

Knee range of motion left is 0-105 degrees and right is 3-85 degrees. Some of the restrictions might be brace that he is wearing, and/or self-limited on the right.

Right elbow flexion negative 3-133 degrees and on the left is 0-137. There is a little bit of hyperextension in the right elbow compared to the left.

Lumbar spine range of motion flexion 73 degrees, extension 23 degrees, right side bending 10 and left side bending 15, right is 45 and left is 35. Again, he is able to get to 60 degrees on both sides in seated straight leg raise exam.

Squat is limited to about one-third of the way down he cites pain as limiting factor. Bending over, he has great range of motion and does not describe a lot of pain. He does have an antalgic gait limping on the right and favoring the right knee/leg.

**ASSESSMENT**: He does have these interesting lesions that are about dime to quarter size. There is sense of fullness and also kind of squiggly like veins that are like an AVM of some sort. In the inguinal area, he shows me there are some that appear to have broken down and might be draining fluid, although the degree of volume is difficult to confirm. The claimant claims it is quite profound. There did not appear to be significant fluid on his underwear, during the exam, and I examined this area at about one hour into his appointment.

**IMPRESSION**:
1. Right knee medial meniscal tear, status post excision, with superimposed degenerative arthritis.
2. History of left lower extremity DVT and pulmonary embolus, on anticoagulation.
3. Right cholecystectomy for right upper quadrant pain.
4. Obesity.
5. Chronic low back pain of unclear etiology.
6. Reported history of head trauma with loss of consciousness and persistent migraines and predominantly lumbar pain, although there is occasional neck and mid back pain as well.
7. Chronic migraine headaches possibly related to the head trauma.
8. Hidradenitis suppurativa, on Humira.
9. Reported history of right ankle ligament tears.

10. Right broken toe digit 1 on the foot.
11. Right elbow hyperextension injury per report.
12. Hypertension.
13. History of hemorrhoids status post operative repair.
14. Remote history of left wrist and forearm fractures and right wrist fracture.
15. Kidney stone, status post stenting procedures.
16. Reported history of depression/anxiety/stress disorder.

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| PROGRESS NOTES | McKenzie Family Practice, P.C. | 03/31/09-08/26/19 |
| PROGRESS NOTES | P. McKinney, D.P.M. | 05/09/13-05/10/13 |
| PROGRESS NOTES | Summit Surgical Specialist | 11/20/13 |
| PROGRESS NOTES | Eugene Gastroenterology Consultants, P.C. | 11/21/14 |
| PROGRESS NOTES | Urgent Care | 09/29/15 |
| PROGRESS NOTES | Cascade Health | 09/13/16-04/10/17 + Undated |
| PROGRESS NOTES | Slocum Orthopedics , P.C. | 09/28/16-12/05/16 |
| PROGRESS NOTES | PeaceHealth Medical Group/Sacred Heart Medical Center /Riverbend Medical Center | 09/27/17-07/02/19 |
| PROGRESS NOTES | Oregon Medical Group | 10/05/17-08/30/19 |
| PROGRESS NOTES | E. G. Olson, M.D./C. McAllister, PA-C | 10/31/17-01/18/19 |
| PROGRESS NOTES | McKenzie Surgical Group, P.C. | 11/13/17-01/29/18 |
| PROGRESS NOTES | Oregon Urology Institute | 06/07/19-06/14/19 |
| PROGRESS NOTES | Options Counseling Services, LLC | 08/19/19-09/10/19 |
| PHYSICAL THERAPY | Therapeutic Associates Physical Therapy | 02/23/17-04/03/17 |
| PCE | J. R. Lowry, P.T. | 08/06/17-08/17/17 |
| FILE REVIEWS | T. Oney, M.D. | 12/15/17 |
| FILE REVIEWS | D. Baldemor, M.D. | 07/31/18-08/06/18 |
| X-RAYS | M. Millstein, M.D. | 10/05/17 |
| X-RAYS | Oregon Medical Group | 10/05/17-08/15/19 |
| LAB DIAGNOSTICS | PeaceHealth Medical Group | 02/10/18-02/16/18 |
| X-RAYS | PeaceHealth Medical Group | 02/10/18-02/11/18 |
| X-RAYS | Oregon Urology Institute | 06/08/19 |
| CT | McKenzie-Willamette Medical Center | 06/13/12 |
| CT | Oregon Imaging Centers | 09/29/15 |
| CT | PeaceHealth Medical Group | 02/10/18-05/16/19 |
| MRI | MR Imaging Associates | 04/26/13 |
| ECG | Pleasant Hill Urgent Care | 09/22/15 |
| ECG | PeaceHealth Medical Group | 11/02/17-07/02/19 |
| LAB | McKenzie-Willamette Medical Center | 06/13/12 |
| LAB | McKenzie Family Practice, P.C. | 09/11/14-11/13/18 |

| | | |
|---|---|---|
| LAB | Eugene Gastroenterology Consultants, P.C. | 01/02/15 |
| LAB | PeaceHealth Medical Group/Sacred Heart Medical Center | 09/29/15-06/05/19 |
| LAB | Quest Diagnostics | 07/17/18-07/03/19 |
| LAB | Oregon Urology Institute | 06/10/19 |
| OTHER TESTS | McKenzie-Willamette Medical Center | 11/11/13 |
| OTHER TESTS | Oregon Endoscopy Center, LLC | 01/02/15 |
| OTHER TESTS | Oregon Imaging Centers | 09/06/17 |
| OTHER TESTS | PeaceHealth Medical Group/Sacred Heart Medical Center | 02/11/18 |
| JOB | | 11/11/13 |
| OTHER | H. Williams, M.S., CRC | 02/19/19 |
| MISC | | 09/30/16-10/16/19 + Undated |
| ROI | | 04/21/17-01/03/19 |

**REVIEW OF RECORDS:** Initial entry is a progress note from Sally Marie, MD, a Family Practice provider. The patient presents with cough with mucus. He is a 38-year-old male. He has a history of pilonidal cyst in 2004, but otherwise a negative history. Assessment is for strep throat.

Next entry is primary care progress note from David Knowlton, MD dated 01/08/10. The patient presents with a hyperextended right elbow. The patient had been on light duty and now wants off of it. The patient also has a history of borderline hypertension. He described is obese. His physical exam is otherwise normal. The patient has a wart on one hand, his right elbow is doing better and the patient is released back to regular duty work.

Follow-up with Dr. Knowlton, 05/09/12 presenting with hemorrhoids and high blood pressure. Physical exam is notable for rosette of inflamed hemorrhoids without clot. He was treated conservatively and continued to advice to treat his hypertension with a prudent diet.

Follow-up with Dr. Knowlton, 06/20/12. Chief complaint of headaches first, few migraines recently. He went to the ER and had an MRI of the brain. It was reportedly within normal limits. Physical exam was within normal limits including a neurologic exam. He was started on propranolol for his hypertension, Maxalt and alprazolam for his migraine headaches. The patient then has a follow-up on 07/05/12 and describes no further migraine headaches. Blood pressure about 135/70. The patient just continued on the same program.

Follow-up 10/29/12. No further migraine headaches. Blood pressure was controlled. The patient found to have tendonitis in the foot on the right, and is prescribed sulindac. The patient is otherwise continued on his current course.

A follow-up 04/24/13 for blood pressure, continues to complain of right leg pain from knee to foot, getting steadily worse, can barely walk at times. Some numbness in the heel of his foot. Worse when he is on his feet. Nonsteroidals with no efficacy. Straight leg raise is positive on the right. Neurologic

Network Medical Review Co. Ltd.
An ExamWorks Company

exam is otherwise nonfocal with intact reflexes in both lower extremities. Diagnosed with radiculopathy, and an MRI of the lumbar spine is ordered.

Follow-up 09/18/13, getting headaches again, did not like Maxalt. Using Aleve. Continued straight leg raise positive on the right. Continue propranolol, start lisinopril. Continue alprazolam. Follow-up 10/16/13, cough, but not bothering him too much. Blood pressure 158/95. Physical exam looks like copied from previous visits. Continue current medications. Follow up in three months.

Follow-up 01/16/14 with Dr. Knowlton. Blood pressure check, blood pressure is now 170/102. No mention of back pain or neurologic findings on physical exam. Lisinopril is increased. Hydrochlorothiazide is added. Laboratory tests are ordered.

The patient follows up on 07/11/14 with Dr. Knowlton, headaches are less frequent, using Aleve with success. Blood pressure is now 130/76. Medications are continued. Cialis is started for erectile disorder.

Follow-up with Dr. Knowlton on 09/11/14, complaint of rectal pain and constant pressure and the feeling that he needs to stool. Anal pain for six hours after having a bowel movement. Similar episode a year ago that slowly went away. Stable blood pressure. Physical exam notable for large hemorrhoid. CBC, urinalysis, comprehensive metabolic panel, lipid panel notable for high cholesterol, mildly increased glucose and BUN. Gastroenterology referral is made, current medications are continued.

Next follow-up is Dr. David Knowlton 10/21/15. They have been getting controlled substance agreement monitoring for his alprazolam. He reports that the patient had a colonoscopy with some polyps. Diagnosed with diverticulosis. The patient is now being classified as morbidly obese. Plan is need to check on polyps pathology.

A pain disability index of 20 on 08/18/16 is performed.

Follow-up 08/18/16, PHQ-9 is 6. Presents for Xanax refill. Continued with medications. The patient continues taking alprazolam, has for this visit run out. The diagnosis was originally migraine headaches for which the alprazolam was started, but now Dr. Knowlton's note suggests that it is for diagnosis of anxiety. The patient continues with tobacco use. Alprazolam is continued, and smoking cessation is advised.

The patient submits a short form pain questionnaire on 09/18/16 and is beginning to describe pain severe throbbing pain and mild achy pain, feeling tired and exhausted. Feels the pain is distressing. The notes at this date do not suggest where the pain is.

Follow-up 08/31/17, right knee still hurts, now status post meniscectomy. Multiple skin lesions, wants a dermatology consult. Has had right upper quadrant abdominal pain on again off again for six months. The patient is sent for an ultrasound of the abdomen. He is referred to Orthopedics for his right knee, he is also described as having primary osteoarthritis involving multiple joints. Referred to Dermatology for psoriasis. Continued treatment for hypertension.

Next follow-up is 09/08/17 with David Knowlton. Reports that the patient has a gallstone and needs to have his gallbladder taken out. His medical history now includes nephrolithiasis as well. The patient is referred to General Surgery.

A follow-up on 10/07/17 for a flu shot.

Follow-up 12/04/17 with Dr. Knowlton. The patient is complaining of painful bowel movements and wants gastroenterology referral. Reports chronic hemorrhoids and wishes to have this assessed by a specialist because his problems just keep getting worse. Medical history now reports hit head on metal pipe at work in 1990. He is described as having grade III hemorrhoids and is referred to gastroenterology.

Follow-up 03/01/18, the patient is described as having had left lower extremity DVT with pulmonary embolus into the right lung base. Doing well on anticoagulant therapy with good INRs. Remains on Coumadin and other difficulties for hypertension and other chronic problems are stable. On 03/15/18, it is reported that the patient is doing well with his left leg DVT, INRs are good, and the patient has quit smoking.

On 04/12/18 in a follow-up with Dr. Knowlton, DVT is still doing well. INR is good. Breathing well and the patient has restarted smoking. The patient continues on 05/10/18 with INR stable, continues smoking.

Follow-up with Dr. Knowlton 06/07/18. The patient presents trying to claim disability due to right knee pain. Dr. Knowlton fills out the requested form. There is no associated physical exam performed that day on the right knee. There is a letter on 06/11/18 from Dr. Knowlton. Dr. Knowlton refers to the knee injury as an industrial injury requiring subsequent surgery. Reports that the patient is now 18 months post surgery. It should be noted that this letter refers to Michael Cummins in paragraph #1, then Mr. Davis in paragraph #2 and then Mr. Cummins again in paragraphs #3, #4 and #6. It states that Mr. Davis suffered a right knee sprain, right-sided lumbar sprain, and complex tear of the medial meniscus of the right knee in September 2016. There was associated primary osteoarthritis of the knee. On 11/22/16, Mr. Cummins underwent a right knee arthroscopy, partial medial meniscectomy and shaving chondroplasty of the medial femoral condyle. While Mr. Cummins initially noted improvement in symptoms post surgery, he has reliably complained of right knee pain, decreased range of motion, and diffuse tenderness. Dr. Knowlton contents that Mr. Cummins' knee pain creates the following medical restrictions: Unable to sit for more than 30 minutes at a time and no more than 4 hours in an 8-hour day, unable to stand more than 10 minutes at a time and no more than 2 hours in an 8-hour day, unable to walk more than 10 minutes at a time and no more than 1-hour in an 8-hour day, and unable to lift more than 50 pounds, which are disabling to the degree that he is unable to perform the material duties of his occupation. His occupation is not specified. It is also noted that the prescribed medications of alprazolam, lisinopril, and propranolol should have known side effects of fatigue, dizziness, drowsiness, nausea and muscle weakness, which would prevent him from performing the duties of his own occupation with reasonable continuity. At this point, the reviewer will note that ongoing symptoms of right knee pain are not noted in the medical record review to date except in and around the time that the patient had the injury and meniscectomy. The patient has not complained of any side effects from his medications throughout the medical record to date.

Next entry is 06/21/18, follow-up with Dr. Knowlton. Accidently took Coumadin twice that made him sick to his stomach. Also taking Bactrim, getting a skin rash, associated nausea and diarrhea. Follow-up with dermatology pending in July 17. The patient is diagnosed with suppurative dermatitis and is instructed to stop the Bactrim.

Follow-up 08/02/18, the patient remains on Coumadin. Complaining of vague colicky abdominal pain, which has come and gone for the past 4-5 days, but on the day of the appointment, it is gone. The patient is started on Colace and omeprazole and continues on the Coumadin. It is noted that the patient has not been taking his alprazolam since the appointment of 06/07/18.

The patient presents on 09/05/18, wanting a steroid shot in his right knee. Exam is notable for bony hypertrophy of knees. Right knee is injected per patient wishes with 2 cc of lidocaine and 1 cc of Kenalog.

Follow-up 09/29/18 with Dr. Knowlton, for flu shot. No report on impact of injection on knee. Follow-up 10/03/18, still on Coumadin, no complaints. Knee is not evaluated. Notes that he is awaiting T-cell modifier therapy through dermatology for a diagnosis of hidradenitis.

Next is note with Dr. David Knowlton dated 11/14/18 presents with right-sided pain that has been coming and going for the last 6-7 years, lasts a few seconds to minutes and then goes away. Has happened once in the last six months. Abdominal exam is benign. Generalized abdominal pain is diagnosed, no worrisome findings. Now reportedly on Humira for his hidradenitis, continues on hydrochlorothiazide and lisinopril for benign essential hypertension, and propranolol for his migraine headaches.

Next is follow-up 12/19/18. Denies chest pain or dyspnea on Coumadin with an INR of 2.0. Remains with well controlled hypertension.

On 01/24/19, the patient presents for long-term disability paperwork. The patient remains with hypertension, still on Coumadin. Right knee is evaluated and found to have range of motion reduced and the entire knee tender. Disability form is filled out. The form is provided, there is an initial X at the sedentary physical demand level, but then the whole thing is scratched out including all the physical demand levels described, there is a (error) and then a circled okay that might be the doctor's initials. It is unclear exactly what Dr. Knowlton is recommending via this form.

On 03/07/19, Dr. Knowlton reports that the patient has been on Humira for six months for the hidradenitis suppurativa. He feels that anxiety and depression have worsened along with generalized osteoarthritis and GI distress with chronic diarrhea and his migraine headaches are returning. He feels that Humira is helping with hidradenitis 30-40%. Remains on Coumadin for his PE and DVT. Reports of severe arthritis in the right knee that he has now reported as quite debilitating, reports that the patient has been trying to achieve disability due to this, and presents wishing another steroid injection. On exam, there is hypertrophy of the right knee with a slight effusion. An injection is performed.

Follow-up with Dr. Knowlton 04/18/19, INR is stable. Knee is not evaluated.

Follow-up 05/30/19, INR is stable. Knee is not evaluated. Follow-up 07/10/19, now reporting that the Humira for eight months for his hidradenitis suppurativa, anxiety and depression are worsening along with osteoarthritis and GI distress. Feels that Humira is improving hidradenitis by 30-40%. This seems like an identical history from a prior note. Chronic headaches on beta-blocker with some success. Knee not evaluated. Referral back to dermatology.

A letter 08/26/19, Dr. Knowlton expresses his opinion that the patient's osteoarthritis of the right knee is severe, resulting in pain and frequent edema, in addition to the development of more chronic migraines, supports restrictions of unable to sit for more than 15 minutes at a time and more than two hours in a day, can stand no more than 15 minutes at a time and no more than two hours in an 8-hour day, walk no more than 15 minutes at a time and no more than two hours in a day and lift no more than 20 pounds, and therefore is unable to perform the material duties of a full time sedentary occupation. Again notes that the patient's medications may cause side effects, and the patient does suffer from nausea, dizziness, headaches and weakness, which would prevent him from performing his duties as a sedentary occupation.

Next is a note from Philip McKinney, Doctor of Podiatry with painful right leg and foot of several months duration. No prior trauma. Works in steel fabrication. Resoling of boots did not seem to help. Sensory examination is intact. Pain is noted in the lower medial leg with inversion of the foot against resistance. Tenderness is noted to the medial aspect of the right ankle from posterior of the medial malleolus to the plantar medial aspect of the navicular as well as along the medial aspect of the right tibia from the middle aspect extending distally. It also seems to course along the posterior tibial tendon with active inversion of the foot against resistance. Pain is noted with attempts to perform a single heel raise. There is tenderness noted in the plantar medial and plantar distal aspect of the right heel. Late midstance pronation bilaterally, no asymmetric. He is diagnosed with tibialis tendinitis, plantar fasciitis, and tenosynovitis of the foot and ankle. X-rays demonstrated spurring of the plantar distal aspect of the heel, and elevation of the first ray with respect to the rearfoot. An MRI is ordered to determine if the patient has a partial tear of the posterior tibial tendon.

Next entry is a 11/20/13 note by Dr. Thomas Stites probably a General Surgeon, consult regarding gallbladder. Consulting regarding intermittent abdominal pain, radiation to the back and flank. Worse with fatty foods and large meals. Tums without benefit. Tenderness is noted on the exam along the ribcage particularly the left subcostal region. Mild discomfort is also noted near the gallbladder. Pain is assessed to be likely due to the gallbladder, but there might be some musculoskeletal components as well. Dr. Stites feels that he would have expected more abnormalities on the ultrasound to explain the patient's entire presentation. Laparoscopic cholecystectomy was offered, but the patient preferred to nail down the diagnosis first. The patient was prescribed Bentyl and will undergo a trial of low fat diet and a trial of proton pump inhibitor.

Next entry is 11/26/14, appointment with Shane Mills, MD at Eugene Gastroenterology. The consult is for intermittent rectal bleeding x2 years. Physical exam is notable for hemorrhoids, abdominal exam benign. Colonoscopy is recommended for further evaluation.

Next entry is from Urgent Care dated 09/29/15. The patient presents with constant abdominal pain since the prior Sunday during the morning 5/10. Gradual severe onset left-sided. Normal stools. Notes that he had a colonoscopy earlier in the year with two polyps removed. Some shortness of breath with bloating. Some associated nausea and vomiting. Physical exam was noncontributory. The patient was administered nebulizer treatments, laboratory assessment was performed. The patient was reassured of normal laboratory values.

Next entry is Occupational Medicine report 09/13/16, Lisa Kovacevic, Nurse Practitioner, at that time the patient is a 46-year-old male working as a "burner II" machinist position with a new right knee injury that occurred on 09/04/16, developed some slight pain in the right knee, it gradually built up. Woke up on 09/05/16 with intense shooting pain in the right knee as if the knee was going to give out. He thought it would go away, but it continued to worsen therefore went to Urgent Care on 09/08/16 and x-rays performed. He was told he had inflammation and was taken off work, given naproxen. However, knee pain persisted constant throbbing, sharp pain, worse with walking or bending. Denied locking or giving out. Pain is reported 4-5/10. Feels that the swelling has decreased by the time of this appointment. Examiner does not see any ecchymosis. Perhaps a slight amount of effusion. Tenderness along the medial joint line. He has a positive McMurray's test. Limited flexion of the knee secondary to pain/guarding. He is able to fully extend the knee without difficulty. Full strength and sensation. No laxity is noted. He is given a hinged knee brace and MRI is ordered for potential meniscal tear. The patient is placed on light duty.

09/04/16, Occupational Medicine follow-up. Pain is now down to a 2-4/10 and slightly improved, some pain in the right lower back extending down the right leg, possibly related to ambulating in an unusual manner. Relates a history of a right ankle ligament tear 4-5 years prior and a contusion of the right great toe with a fracture greater than 20 years ago. On physical exam, no evidence of ecchymosis, slight effusion, exam seems copied from previous note. MRI is notable for a complex inferior free margin tear involving the mid zone of the medial meniscus on 09/14/16. A referral to orthopedics is made.

On a follow-up 10/04/16, he is awaiting Orthopedic consult. Reports that the knee is locking and clicking with some associated right foot swelling. Wearing the knee brace at all time. He is doing seated work only. Also describing some right-sided low back pain with radicular right leg pain. The patient believes this is related to have normal gait. Physical exam is copied from previous note. In the plan, it is revealed that the patient has already seen orthopedics, but no notes are available. The provider, Lisa Kovacevic feels that surgery has been recommended.

Next entry is 10/25/16 at Occupational Medicine. Reporting that this claim has been denied, the patient has retained an attorney. The patient is still catching his knee, and using knee splint at all times. Pain is 2/10 and constant in character. Physical exam is notable for being identical to prior exam. He reports surgery is still pending.

Follow-up 12/05/16 with Cascade Health. This is report from Scott Colling, his Physical Therapist that is co-signed by Lisa Kovacevic. He underwent meniscus surgery on November 22nd, and has been referred to physical therapy. Pain level varies between a 1 and a 6/10 depending on activity. Moderate edema is reported particularly along the posterior portion of his right calf. Tender along the popliteal fossa and mid portion of the right calf.

There is another entry on 01/06/17 from Scott Colling, the patient feels that he is not quite at the point where he can return to full duty about 50% improvement since the onset of his injury. Strength 4-/5 in right knee flexion, and knee extension. Continue physical therapy.

The patient follows up on 01/19/17 with Lisa Kovacevic. The patient is kept on light duty. No kneeling or squatting or crawling. The patient reports that he is no longer having catching or sharp pain in the knee. He describes pressure sensation in the medial and lateral aspects of his knee worse with squatting. He rates his pain 6/10. On short-term disability at work. Physical exam well-healed arthroscopic surgical scars in place on the right anterior knee, mild tenderness to palpation on bilateral joint lines both lateral and medial. He has full extension slightly limited flexion of the knee by about 10-15 degrees. Pain with valgus varus testing, but no laxity appreciated. He is able to do a toe raise without pain in the knee. He is able to do a partial squat, but describes his pain in the right knee when he does this.

Follow-up 01/19/17 with Lisa Kovacevic. Pain is still 6/10. Physical exam is identical to prior note.

Next entry physical therapy with Scott Colling, still has pain from time to time, however, he is walking and performing activities at home fairly well. The patient feels doubtful that he will return to his prior level of job duties due to the amount of pain and discomfort he is feeling at this time. He does feel that therapy has been helpful.

Follow-up on 02/14/17, pain is now 0/10 with regular ambulation, but increased pain with certain movements. He has some catching of the knee. He has not been wearing his knee brace, physical exam is unchanged from prior to appointment.

Follow-up 03/13/17, persistent achy pain right knee worse with activity. Brief sharp pain with activity. Denies catching or locking. Throbbing or aching is located in the bilateral aspects of the knee along with joint lines 3/10 in character. Currently 0/10. The patient is able to squat today without significant pain until he gets to about 75 degrees flexion. There is no edema. Continued physical therapy is recommended.

Follow-up Lee Davidson, MD in Occupational Medicine on 04/10/17. It is noted that Dr. Tuman performed the surgery on his right knee. The patient reports that he has no pain and feels he is able to return to full duty. Physical exam is notable for no evidence of joint effusion. No ligamentous laxity with varus or valgus strain, anterior or posterior drawer sign or Lachman's exam. McMurray's exam is unremarkable. The patient is released to full duty.

Next is an appointment at Slocum Orthopedics dated 09/28/16 with respect of the right knee. Dr. Tuman feels that the MRI showed a medial meniscus tear. The exam was notable for no appreciable effusion. Fairly moderate tenderness to palpation really throughout the knee superficially, but this is extremely more painful over the medial joint line. Positive McMurray's test. Knee is stable on Lachman's, posterior drawer, varus and valgus stress testing. Valgus stress testing at 30 degrees. He was able to appreciate a slight catch within the posteromedial aspect of the knee. He has full knee extension. He has pain with passive hyperflexion with a positive Steinmann's test. Dr. Tuman felt that there was also some chondral irregularity involving the posterior third of the medial femoral condyle on

MRI. Dr. Tuman opines that the exact mechanism is unclear since he denies traumatic injury and no twisting or instability event. Very symptomatic. Some early mild degenerative changes of the medial femoral condyle cartilage, but does not have advanced arthritis. Concerns regarding the patient's weight and smoking as factors regarding surgical healing. Dr. Tuman expressed concern that he may have persistent symptoms in the knee after scope debridement. The patient agrees to the surgery. In a follow-up 11/16/16, the patient is evaluated for surgery. The patient continues to explain of pain. Dr. Tuman feels on exam that there is no effusion, tenderness to palpation of the medial joint line. Positive McMurray's. No instability, positive Steinmann's test. Reemphasized possibility of chronic pain postoperatively.

Follow-up 12/05/16, the patient is now two weeks status post arthroscopy. The patient is improving, off crutches. Dr. Tuman describes that surgery as a partial medial meniscectomy and shaving chondroplasty of the medial femoral condyle. Sutures are removed.

Next entry is Steven Wilhite, MD, presentation 10/02/17 for right upper quadrant and back pain. Ultrasound shows a coarse echogenicity of the liver with hepatomegaly suggesting hepatocellular dysfunction, mild hydronephrosis, cholelithiasis without evidence of acute cholecystitis. Assessment is gallstones with spicy food intolerance, which brings on the pain, some associated musculoskeletal pain. The patient has decided to move ahead with cholecystectomy, Dr. Wilhite warns that there might be some persistent pain secondary to the probability that the pain is not exclusively generated by the gallstones, but has a musculoskeletal component as well.

The next entry is a brief op note 11/06/17, Steven Wilhite, MD. The procedure is described as a laparoscopic cholecystectomy with grams. Complications, none. Intraoperative findings, no opacification of the common bile duct without evidence of definite filling defect. There is passage of contrast into the duodenum. Note definite extravasation is identified. This is report from Jonathan Sims, MD for procedure during the cholecystectomy described as an x-ray cholangiography operative additional views. Impression: Normal intraoperative cholangiogram.

Path report from the surgery consistent with gallstones.

Next is a history and physical admission note by Dr. Steven Wilhite, 01/05/18. The patient is being taken to the operating room for probably a fissure and also external and internal hemorrhoids. Exam is notable for being remarkably obese with healing wounds from his previous laparoscopic cholecystectomy. Multiple external hemorrhoids and insertion of the trumpet is extremely painful, making elevation difficult. Will be evaluated under anesthesia.

Next is hospital medicine progress note by Dr. Kathleen Sullivan on 02/12/18. The patient is being evaluated for a right lower lobe pulmonary embolus. The patient is being bridged from Lovenox to Coumadin. Chest pain is improving, although had severe pain overnight. He has obstructive sleep apnea. Stable O2 sats. CT with contrast on admission, needs CT abdomen and pelvis for underlying malignancy workup. He has adult respiratory failure with hypoxia due to PE, leukocytosis likely a stress response. Hypertension, anxiety, chronic skin infection, morbid obesity, tobacco use, and constipation with history of recent hemorrhoidectomy that is well healed per the patient. The patient is reporting that

he is lying in bed, feeling better, and having a headache in the morning. Another pain episode earlier this a.m., sudden onset of right-sided chest pain. They are also monitoring acute kidney injury.

Another progress note on 02/11/18 by Dr. Sullivan. The patient is reporting that he has a history of knee surgery and chronic knee pain so is not very active. He has not worked in two years due to pain. Wife states he spends all his time in front of the TV. Notes that the patient had an anal fissure and hemorrhoids that was repaired by Dr. Wilhite. The patient denied that this surgery made him less mobile. No recent long trip. Still with knife pain in his right side.

Next entry is 01/08/18, Dr. Steven Wilhite as an operative note. Procedure performed includes excision of fistula and excision of ulcer and reapproximation of mucosa. Internal sphincterotomy. Excision of small external hemorrhoid.

Next entry dated 02/10/18. Discharge summary from Riverbend Medical Center for his pulmonary embolus. Social history suggests that he is a disabled machinist, the duplex showed a popliteal vein, proximal calf gastrocnemius vein and one of the two proximal calf peroneal veins are dilated non-compressible with likely acute thrombus extending from the proximal calf to above knee popliteal vein. CT chest showed right lower lobe pulmonary embolus and potential segmental and subsegmental left lower lobe emboli. Discharged on therapeutic anticoagulation.

Next entry is an echocardiogram ordered by Dr. Kathleen Sullivan read by Dr. Manjunath Raju, MD dated 02/11/18. Left ventricle is hyperdynamic, borderline right ventricular enlargement. Right atrium is mildly dilated. All four valves are normal.

Next is hospital medicine progress note on 02/12/18, once again dealing with his DVT and pulmonary embolus. Still with some pain, consistent with prior notes on this subject.

Next entry is an Infusion Clinic progress note from a registered nurse following his DVT and PE. INR is therapeutic.

There is a summary note on 02/16/18 for Coumadin monitoring, another note on 02/17/18, another note on 02/18/18, and another note on 02/19/18.

Next is a presentation to the Emergency Department dated 05/16/19, presents with left flank pain, woke from sleep, severe left-sided abdominal pain, waxing and waning, and has associated nausea and vomiting. He has had kidney stones, but distantly. History of prior pulmonary embolus and cholecystectomy. Abdominal exam is benign. CT abdomen is performed shows a 3 mm stone in the proximal left ureter with mild hydronephrosis. Calcification of both adrenal glands with a myolipoma the left adrenal gland, unchanged from 2015. He is discharged home with pain medications.

Another ED note on 06/05/19 represents with left-sided flank pain. Pain had resolved four days after last previous emergency visit now returned two days ago, 9 out of 10 in severity. Feels similar to previous episodes and kidney stones. Given pain medications. Basic workup with laboratories was within normal limits. Pain is well controlled with medications and therefore the patient was discharged home.

Next is a procedure note by Brady Walker, MD on 06/08/19 described as left ureteroscopy, lithotripsy with basketing and stent. A stone is retrieve and extracted. There are no complications.

There is a discharge summary by Sarah Barry, CNS on 07/04/19 documenting uneventful admission for kidney stone removal with stent placement and then removal. Right flank pain is now resolved. Acute kidney injury resolved.

Next is a history and physical by Samson Barasa, MD dated 07/02/19. The patient is status post his kidney stone removal, but then developed left flank pain suddenly. Date of admission one month after removal of the stone and two weeks after removal of the stent. Pain is 5-6/10. Rated his pain initially as 20/10 sharp in nature, progressive and non-radiating. He has left costovertebral angle tenderness on physical exam. CT scan of the abdomen and pelvis showed 1 mm calcification of the bladder representing possibly a passed kidney stone. He has mild right hydronephrosis with a calcification in the adrenal suggestive of previous infection/hemorrhage.

Next is an ED note from 07/02/19, Daniel Horrell, DO, in which the patient presents with his right flank pain. Physical exam is notable for pain on palpation to the left flank, otherwise negative. CT scan was noted on previous entry. The patient is admitted to the hospital.

Next is a hospital Medicine Progress Note dated 07/03/19 by Michelle Kelley, Nurse Practitioner. The patient is reporting that his pain is improved, but still there. No longer nauseated or vomiting. Main complaint is migraine headache and feeling dehydrated. The patient has apparently passed the stone, which is sent for analysis. Opioids denied for migraines. Anticipate that the patient would be able to discharge the next day.

Next is a report from CT scan of the abdomen and pelvis on 07/02/19. 7 mm right middle lobe pulmonary nodule. Calcification of both adrenals. 1 mm stone right posterior bladder.

Next is an office visit with Robb Larsen, MD an Orthopedic Surgeon date of visit 08/29/19. The patient is presenting for a repeat evaluation of his right knee. Pain is getting progressively worse. Lawyer has recommended that he have a PCE. His Workers Comp people are stating that he should be able to do a sedentary position. He has not worked since his work injury. He has gain significant weight. He is beginning to have pain in his right hip and ankle. The steroid injection done two years ago helped for about two months. He is not interested in surgery and does not want additional injections. On physical exam, his gait is antalgic. There is range of motion of only 5 to 120 degrees, subtle pseudolaxity to valgus stress. Tenderness along the medial joint line, pain without crepitation. On repeat x-rays, there has been progressive medial joint space narrowing. Weight loss is recommended. Doctor does not feel he has anything to offer since the patient has no interest in surgery or additional injections. The patient asked about a treadmill which he has at home, doctor opined that this may be better than walking on concrete or other hard surfaces, but still not likely as beneficial as a recumbent bike or swimming. Dr. Larsen does opine that he believes he should be able to do a sedentary position and he recommended that the patient follow through with the PCE. Dr. Larsen felt that the patient is not a surgical candidate even if he wanted surgery due to his morbid obesity and increasing weight. Dr. Larsen also recommends quitting tobacco.

Next entry is a follow-up letter on 08/30/19 from Robb Larsen, MD. Dr. Larsen wishes to clarify that although he wrote in his office visit note of 08/15/19 that the patient should be able to do a sedentary type position "he did not specify whether it was part-time or full-time." Dr. Larsen offers no definitive opinion on this part-time or full-time issue. Dr. Larsen also opines that his impression should not be interpreted as contrary to the opinion of Mr. Cummins' primary care physician, Dr. Knowlton, who also believes that Mr. Cummins can work in a sedentary position albeit for no more than two hours per day. Once again, Dr. Larsen recommends a PCE.

Next entry is from Eric Olson, MD dated 10/31/17 for numerous itchy bumps on his shoulder. The exam is notable for multiple inflammatory lesions and some cystic lesions on chest, abdomen, back, face, and shoulders. Impression is acne, hidradenitis suppurativa involving the inguinal folds, tinea versicolor, and lipomas. Treatment is reassurance, subsequent visits on 01/05/18 result in continued Bactrim for acne. Follow-up on 07/17/18 restarting antibiotics for acne and switching the patient to Humira for hidradenitis suppurativa.

Letter from Steven Wilhite to David Knowlton on 11/13/17 stating that Dr. Wilhite removed his gallstone on 11/06/17 and that his gallbladder was packed with gallstones. The patient was pleased with results.

Another letter on 01/29/18 from Dr. Wilhite stating that he performed the fistula/fissure repair, sphincterotomy and excision of a small external hemorrhoid.

Next is a note from 07/25/19 from the Oregon Urology Institute for ureteral calculus, Victoria Waltz, Physician Assistant. Poorly controlled pain from kidney stone as seen on CT on 05/16/19. Initially given oxycodone. Oxycodone works better than Percocet. Also has ondansetron. Feels that because of his persistent symptoms of nausea and flank pain, it is unlikely that he has passed the stone spontaneously. Authorization for repeat CT is requested. Ureteroscopy and laser lithotripsy and stent placement is likely. The patient is changed that from oxycodone back to Percocet.

Next entry is 06/08/19 operative report by Brady Walker, described as a left ureteroscopy lithotripsy with basketing and stent. Then on 06/14/19 another operative report, the OSC stent removal.

Next entry is a Physical Therapy note from Therapeutic Associates dated 02/23/17, Emily Baughman, Physical Therapist. Dull, throbbing, aching, periodic, occasional right knee pain. Some associated numbness and unexplained weakness in the knee down to the anterior lower leg. Some muscle atrophy is noted on the right vastus medialis obliquus and noted to left hallux valgus. Limited range of motion on physical exam just a little bit, mild strength loss, and some laxity bilaterally. Therapy plan is recommended. There are subsequent Physical Therapy visits 02/21/17, 03/14/17, and 03/17/17, the patient is progressing slower than expected, but does seem to be feeling better overall. Further visits noted on 04/03/17, at which point the patient reports some improvements in strength, still with pain with resisted right knee extension. Similar decreased range of motion relatively unchanged. There is a handwritten report from a physical capacities evaluation by a physical therapist whose last name is Lowry I believe that is handwritten signature. They project the patient to 4-hour sit stand, total daily work, no more than one-half hour at a time of sitting, standing, or walking. Able to carry and lift over

100 pounds at least to the heavy physical demand category, unable to do a full squat, deconditioned, recommends work conditioning, weight loss, and projected that he could seriously expand his work potential. In a typewritten note later, John Lowry, PT states that the patient is able to perform a heavy physical demand category up to 33% of the time and would be able to improve that with physical reconditioning. The patient did meet validity criteria.

Next is a Physical Medicine and Rehabilitation intake file review by Theresa Oney, MD. Dr. Oney reports that the patient's first day of absence from work is 10/08/16. Diagnosed with right knee sprain, right lumbar sprain, complex tear of the medial meniscus of the right knee and primary osteoarthritis of the knee. Reports that the patient's job duties include setting up and operating basic machinery, selecting operation sequences, tooling, speed and feeds, torch travel, etc on equipment, including saws and burning machines. Also required to load programs to machines, process parts to fulfill work orders, run pro-nest software at burn tables and Whitney machines. Daily maintenance on machines. The physical demands include occasional sitting, frequent standing, walking, climbing or balancing, stooping, kneeling, crouching or crawling. 74% use of hands to finger, handle or feel and reach. Occasional 100-pound lifting, frequently lifting up to 50 pounds, and continually lifting up to 10-25 pounds. On 09/04/16, the patient is using a knee splint at all times due to catching of the knee. Possible slight effusion. Medial joint space tenderness. At least a light physical demand category. Then scheduled for right knee arthroscopy by Jeffrey Tuman on 11/16/16 evaluation. Dr. Oney reviews the physical therapy notes. Notes the clinical course with the nurse practitioner, Ms. Kovacevic. The treatment with physical therapy beginning in February of 2017. Then refers to an occupational medicine report dated 04/10/17 from Lee Davidson, doing much better at the time and experienced no pain in his knee and wanted to be released to full duty. Dr. Oney therefore concluded the patient continued to have slight limited flexion of the knee by about 10-15 degrees. Could squat to about 75 degrees, but no pain. Dr. Oney then opined that the patient was capable of maintaining full time eight-hour day work schedule with the following restrictions between 10/08/16 and 04/08/17. No lifting, carrying, pushing, or pulling greater than 25 pounds. Occasional lifting less than 25 pounds, frequent lifting less than 15 pounds, occasional bending, stooping, and crawling. No restrictions on overhead reaching or reaching at waist or below waist level. Should not stand for more than 30 minutes at a time, no more than two hours per day, should not walk for more than 30 minutes at a time for longer than two hours per day. After 04/08/17, the patient is released to full duty.

Next is a review with respect to the patient's job title occupation of Machine Operator II dated 07/31/18, medical evidence supports the history of acute respiratory failure with hypoxia, acute kidney failure, morbid obesity, DVT, tobacco use, knee osteoarthritis, status post meniscal tear repair on the right, generalized anxiety disorder, and benign essential hypertension. It concluded that the patient's physical capacity has likely declined since 2017 due to the presence of DVT, pulmonary embolism, and unchanged morbid obesity. However, there is no evidence of impairment for sedentary to light physical activities at this point in time. There is no evidence for cognitive impairment. Particularly with respect to side effects of medications. It notes that Dr. Knowlton responded an agreement to the FCE for certain activity restrictions that would limit a return to prior work activities. Also mentions restriction from constant full-time sitting. The reviewer did not see any reason that the patient was impaired for constant sitting due to the medical conditions. The reviewer feels that the FCE suggests that the claimant is deconditioned; however, deconditioning is not clearly noted in the available records. The claimant has had morbid obesity for many years, with limited activities including limited activities at home, and

therefore, these activities are self limited. No significant impairment from fatigue is reported. However, it is reasonable that medium to physical activities exacerbate the patient's knee pain. Fatigue due to pulmonary embolism is reasonable for up to six months post diagnosis and treatment. If generalized fatigue were a significant condition prior to 2018, then the records would be expected to include workup and evaluation specific to fatigue. The workup for sleep apnea would also have been expected. It is noted that the patient refused certain activities specifically climbing ladders and stairs. The reviewer is also not convinced the claimant has gait disorder as orthopedic records from October of 2017 do not strongly indicate any gait or balance disorder.

Next is an x-ray report on 10/05/17 as read by Michael Milstein, MD, stable minimal degenerative changes in the medial femorotibial joint space compartment, unchanged, otherwise unremarkable.

Next entry is an x-ray on 08/15/19 as read by Michael Milstein, MD, mild degenerative changes in the medial femorotibial and patellofemoral joint space compartments most likely secondary to primary degenerative osteoarthritis and mildly progressed when compared with previous study. Comparison to 10/05/17 and 09/08/16 is noted.

Next entry is adult echocardiogram dated 02/11/18, left ventricle is hyperdynamic, borderline right ventricular enlargement, right atrium is mildly dilated, and all four cardiac valves are normal.

Chest x-ray on 02/11/18, right lower lobe infiltrate.

CT chest on 02/10/18, right lower lobe embolus and potential segmental and subsegmental left lower lobe emboli. Early findings of right heart strain.

Next entry is x-ray of ribs on 07/17/17, no displaced rib fractures.

Next entry is a bunch of labs, of significance has been covered previously.

Next entry is 02/11/18, bilateral lower extremity duplex ultrasound, deep venous thrombosis in the left lower extremity and right lower extremity negative for deep venous thrombosis.

Next entry is a chest x-ray portable on 02/12/18, no change in appearance of the right lower lobe infiltrate with associated pleural effusion.

Next entry is 06/13/12, CT scan of the head without contrast, mild sinus disease in the ethmoid air cells, otherwise negative.

Next entry is a CT abdomen and pelvis with contrast on 09/29/15, no bowel obstruction or free fluid. Colonic diverticula. No acute diverticulitis. Stable adrenal calcifications.

Next entry is MRI lumbar spine without contrast on 04/25/13, facet hypertrophic changes at L5-S1. No posterior disc protrusion, central canal stenosis, or neural foraminal narrowing identified.

Next entry is EKG from 02/10/18, normal EKG. No significant change compared with prior EKGs.

Pathology report 01/02/15, normal colonic mucosa, and hyperplastic polyps in the rectum.

Labs from 07/17/18, hepatitis B surface antibody negative.

Next entry is 06/10/19, stone analysis, uric acid 80%, and calcium oxalate 20%. Ultrasound abdomen 11/11/13, cholelithiasis without evidence of acute cholecystitis or biliary obstruction. Mild hepatomegaly. Diffuse fatty infiltration of the liver.

Endoscopy report from 01/02/15, non-bleeding internal hemorrhoids, diverticulosis in the sigmoid colon and in the descending colon. Two 3-5 mm polyps in the rectum dissected and retrieved. Erythematous mucosa in the descending colon and in the ascending colon biopsied. Erythematous mucosa of the terminal ileum. Erythema was mild and nonspecific.

Ultrasound of the abdomen on 09/06/17, cholelithiasis without evidence of acute cholecystitis. Coarse echogenicity of the liver with hepatomegaly suggesting hepatocellular dysfunction. Mild left hydronephrosis.

Job description, Fabrication Machine Operator dated 11/11/13. This was summarized earlier described as frequent standing and walking, occasional sitting, talking, continuous use of hands to fingers, frequent climbing, stooping, crawling, crouching, and continuous reaching. Continuous up to 25 pounds, frequent up to 50 pounds, and occasional up to more than 100 pounds. Exposure to moderate noise, loud nose, high places, toxic, fumes, cold, heat, risk of electrical shock, and vibration exposure.

Next entry is a claim settlement between the patient and liberty mutual, agreeing to settle the right knee on the job injury on 09/04/16.

Next entry is an activities questionnaire filled out by the patient on 04/21/17. The patient feels that he is able to sit for four hours, stand for 2-3 hours, and walk for two hours. He sits most of the days, stands one hour or less, and walks one hour or less. Sleeps eight hours per day. He is able to sit in the car 1-2 hours per day, holds a driver's license. Can drive a car about 1-2 hours. He has no children or grandchildren, for which he is responsible. Right-hand dominant. Denies ability to work in the garden, do work in the house, or wash his car. Does not spend time on the computer, relies on his wife for basic activities such as shopping, cooking, cleaning, laundry, and retrieving the mail. The patient reports that he bathes himself, does his own hair, gets dressed, although his wife does help and cannot go up and down stairs. The patient is unable to pursue hobbies or exercise or volunteer work. He describes pain in knee, back, and leg on the right.

Another report regarding settlement agreement, the patient has agreed to resign his employment as of 04/10/17, contending that he has physical limitations that rendered him unable to perform any available work.

He received $100 exchange for full release of claim.

A number of denial letters from Liberty Mutual Assurance Company of Boston denying short and long-term disability claim.

Next is a declaration of Michael Cummins, he declares that he has worked physically demanding positions since he graduated from high school initially at Farwest Steel & Reinforcing in 1995, high definition-cutting machine. He worked for a number of other companies in the same industry including Johnson Crushers International most recently in March of 2016. All were physically demanding. He injured his knee on 09/04/16, claiming that the set of the equipments was not ideal causing employees to maneuver their bodies in unique positions with a lot of up and down table work, stepping up narrow areas. On 09/04/16, he reports that he "heard a pop while going up and down off the table and my knee started to hurt." He reports that by the end of the shift, it was hurting pretty bad and he informed his supervisor. He noted swelling that night. He placed his own bandage. 3-4 days later, it was still hurting, increasing each day, and went to Urgent Care as a result. After reporting his injury, the patient reports that he was placed on light duty for a short period in shipping and receiving. It required him to hop to get into the seat, the angle causing increased pain and swelling and causing his leg to go numb. One day he could not even walk back to his station for a break and his safety director had to drive him home. He understands that his Liberty short-term disability policy would make him eligible for reimbursement if he is unable to perform his own occupation, specifically his actual job duties for his employer at the time that he became disabled. He also reports that in the section entitled “side effects of my medications” after receiving the steroid injection and my knee and my leg felt like it was on fire and my knee hurt like I had been hit with a baseball bat, which is little different and more painful than the pain I experienced on a constant basis.

Next is testament from his wife, who has known him since 1994. She attests that since 2016 knee injury he has been unable to hold any type of work as he had in the past. That he formerly helped with household chores including cleaning bathroom, vacuuming, cooking, washing dishes and is now unable to do so. He occasionally requires help in and out of the shower, occasionally getting dressed, when he attempted to return to work in 2017 x2 and experienced significant swelling and appeared to be in great pain in his knee.

Next is a position summary on 10/13/17 from Roy Law, the patient's attorney, it is noted that Liberty has denied Mr. Cummins' claim because he did not return various forms by a date arbitrarily set. Significant points include that Mr. Cummins was scheduled to receive steroid injections every six months into his right knee. It is clarified that the patient's long-term disability policy covers disability from the patient's job x24 months, and thereafter covers the patient if he is unable to perform any job. A review by Liberty Mutual on 12/29/17 evaluating medical records between 09/20/15 and 09/20/17 said that the patient was limited in his ability to perform meaningful work from 10/08/16 through 04/08/17, but thereafter was released to full duties and was able to return back to his work responsibilities.

Next entry is a number of appeals filed by the claimant's attorney.

Next entry is an activities questionnaire submitted by the patient this was dated on 01/25/19. The patient is now claiming that he is only able to sit 30 minutes, stand 10 minutes, walk 10 minutes, reports that he sits four hours, stands two hours, walks 15-30 minutes, lies on the couch, or sitting in recliner with feet up to 9-1/2 hours a day. Able to sit in the car 1-2 hours on a good day, still has driver's license, unable

to work in house or garden or wash car. Spends no time on the computer. Does none of grocery shopping, cooking, and cleaning, but does the laundry, opens and responds to mails, manages finances, bathes himself, styles own hair, and dresses himself, but cannot go up and down stairs. Unable to pursue his hobbies. He continues to have severe pain in the knee with popping with position change, wakes up at 10:00 or 11:00 a.m. and cannot get up out of bed until 01:00 or 02:00 p.m. I make breakfast like toast, watch TV, browse facebook and the internet.

Another denial letter on 02/28/19 from Lincoln Financial Group, at this time reviewing records from September of 2015 through February of 2018.

Next entry is another declaration from the patient, this declaration reviews previous information, but in addition adds in early 2018 suffered a near fatal pulmonary embolism, remained on blood thinners. Also continued headaches and frequent migraines, has to stay near the proximity of restroom due to chronic diarrhea and reports that this is due to the medications he has been prescribed according to his physician. Gained 40 pounds and is unable to exercise and is also putting additional strain on his joints. At this time reporting that the 20 mg of omeprazole give him side effects of diarrhea and nausea, takes 2 mg of loperamide, which leads him feeling drowsy and fatigued and 6 mg of Coumadin, which exacerbates his headaches. He takes 40 mg Humira subcutaneously, which adds to his nausea and headaches. Hydrochlorothiazide leaves him feeling weak and drowsy, 40 mg of lisinopril adds to his fatigue and chronic diarrhea. This is dated 08/14/19.

Next entry is his ex-wife also adds a declaration. This is dated 08/26/19. This reinforces his inability to perform his activities at home, needs to wear a knee brace. He requires assistance from her, endorses his headaches. This application is apparently denied because the Roy Law Group files an appeal of 08/27/19. The attorney notes deterioration over time, and contends that an independent medical exam should have been utilized to properly assess the patient's current condition.

**SPECIFIC QUESTIONS TO BE ANSWERED IN THIS REPORT**:

1. **Based on the medical evidence and your examination, what diagnoses are supported?**

The diagnoses of right knee meniscectomy with superimposed degenerative arthritis, left lower extremity deep vein thrombosis with pulmonary embolus, right upper quadrant pain status post cholecystectomy, obesity, recurrent hemorrhoids, chronic low back pain, hidradenitis suppurativa, history of right great toe trauma, right elbow hyperextension injury, hypertension, and history of kidney stones are all supported by the combination of medical evidence and/or medical records. Diagnoses of bilateral thumb pain/tendinitis, depression, anxiety/stress disorder, neck and shoulder pain, right ankle history of ligament tear are less well supported as they are predominantly based on the claimant's report only. There is some medical reference to some depression and/or stress/anxiety, but there is no formal diagnosis made. Chronic migraines are referred to and are likely a formal diagnosis for which there is good evidence, but the associated head trauma is not directly referred to in the medical literature.

Based on the medical records and the claimant's presentation, this examiner feels there are limitations to this claimant's ability to work, but it is a complex scenario. I am going to go through his list of disabling conditions and try to define the limitations that I think are realistic for those conditions. This examiner

does feel that this claimant has a tendency to exaggerate his degree of limitations, the motivation for this is unclear, whether it be disability seeking, versus medical non-sophistication, versus a desire to be heard is unclear.

1. The right knee is partially disabling. I think it is reasonable with other assessments to place this claimant in the sedentary physical demand category with respect of any. He should be restricted to a desk type level job and allowed to sit, stand, and move around as necessary for pain. However, I do not foresee that this should limit him to less than an eight-hour fulltime position. Rationale for this is that the objective evidence with the MRI findings, intraoperative findings supported fairly mild orthopedic injury that most people recover from completely. The degree of arthritis is likewise considered mild to moderate at worst, and should not be markedly disabling. The claimant does have evidence of something of an exaggeration on his presentation on physical exam. Despite the claimant's claims of swelling, etc, none was in evidence on physical exam today, and the medical record does not support its prevalence on presentation.
2. His bilateral thumb complaints are not reported in the medical record. On physical exam today, there is no swelling, no provocation of pain with axial compression. Finkelstein's test is negative bilaterally and palpitation is notable only for some very mild pain over the right MCP joint. Therefore, no limitations can be attributed to this condition.
3. Left lower extremity DVT/PE. The claimant himself supports that he is not limited from complications of the pulmonary embolus, but is slightly limited from the complications of left lower extremity DVT. However, most outcomes from venous DVT are full recovery even though he needs to remain on Coumadin for life. Even taking the claimant's complaints at face and full value, this is not a completely disabling condition that should add anything to the level of disability already attributed to the right knee.
4. Right upper quadrant cramping/spasms. Again, this is based on subjective report only. There are no corroborating reports of continued pain of this nature in the medical record.
5. The claimant reports that he is in counseling for depression, anxiety and stress disorder. There are no records to support this.
6. Obesity. This would limit his ability to perform any sustained physical tasks. The claimant is quite deconditioned. At a sedentary level of work, the claimant should still be able to perform fulltime work, but would have difficulties with prolonged or sustained walking even on smooth level surfaces. His degree of deconditioning would likely improve with regular exercise, and weight loss.
7. Lumbar pain. This is briefly referred to in the chart sporadically, it did not appear to be formally worked up. Therefore, it is difficult to attribute disability. The claimant does seem to have had sporadic reports of back pain in the medical record, and reports that he is simply not someone to complain about such things, which overall may be somewhat accurate. The claimant however given his report of 4/10 pain, etc would appear to be accommodated for in the restrictions already placed on the right knee.
8. Head trauma. The claimant did not endorse any cognitive dysfunction. He does report constant ongoing migraines. He reports that these are still two times per week greater than a 10/10 in pain, somewhat controlled by ibuprofen. However, in the medical record, there is clear report from Dr. Knowlton that the claimant received good improvement with alprazolam and then later beta-blockade medications. As the years went by, the headaches overall seemed to become less and less of a factor. The claimant at the very least reported

initial improvement with the medication interventions, some worsening with stress and anxiety, but never enough to warrant ongoing further changes in medication management. Therefore, it is also difficult to ascribe any disability with respect to the migraines because there is no significant corroborating records in the medical record, and on physical exam, there is no way to verify the presence or not of headaches.

9. The hidradenitis suppurativa is evaluated. I do not doubt that they might be painful, nor do I doubt that some of them are draining. Whether it is a voluminous problem as the claimant indicates is unclear. However, it does appear that this condition would limit this claimant somewhat in terms of acquiring potentially more than usual amounts of time for personal hygiene to maintain areas where the lesions are currently draining.
10. Right ankle ligament tears. There are no medical records of this condition. The claimant reports some disability from these still, including some increased numbness in the leg and increased swelling in the leg since the knee injury, but clearly this injury was such that he was able to continue working in his capacity as a Machinist and Machine Operator despite this prior to the knee injury.
11. The same is true of his right great toe injury.
12. Right elbow extension injury. The same is also true of his right elbow extension injury, which also occurred prior to the knee injury.
13. The claimant has reported most recently in August of 2019 as he attempts to attain disability status from his long-term disability carrier that the medications are causing side effects that are further hampering his ability to perform meaningful work. Dr. Knowlton, the claimant's primary care provider, has alluded to the potential for side effects as early as June of 2018, but never documented in medical records that the claimant had ever complained of said side effects. Dr. Knowlton further endorses this potential for side effects again in August of 2019, and it is only around this time that the claimant himself begins endorsing that he has side effects from his medications.
14. Remote history of various fractures in his arms and forearms as a child and obviously did not impact his ability to perform meaningful work. Similarly, the various kidney stones although they do cause him occasional pain are also typically not something that should impact the ability to perform meaningful work.

**2. Please provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations on physical activities. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type, reach, etc.)**

Overall he is restricted to a sedentary PDL full-time job with allowance for more frequent breaks to sit/stand as needed and perform personal hygiene (frequently).

**3. Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are supported, if applicable.**

Please see question #1.

**4. Please comment the claimant's ability to maintain fulltime employment on a sustained basis within the identified restrictions and limitations.**

From a strict diagnosis by diagnosis standpoint, this examiner feels that this claimant would be able to perform sedentary physical demand level work, with extra breaks for personal hygiene due to draining lesions from his hidradenitis suppurativa. This claimant's level of disability has been so longstanding, however, this examiner foresees further difficulties about any attempts at returning to work that are more motivation based.

5. **Please comment on the restrictions and limitations by the provider, Dr. Knowlton in his 08/26/19 letter.**

The main point of contention is the number of hours that Dr. Knowlton claims that the claimant is limited to compared with other examiners including this examiner. Other examiners project that the claimant could perform sedentary physical demand level work for fulltime, most notably his orthopedic surgeon, and even projections from his physical capacities evaluation. Dr. Knowlton cites what are in effect quotes from the claimant stating that he is unable to perform certain tasks for more than X amount of time or Y amount of time. It is noted in the medical record that various activity forms submitted by the claimant to the insurance carrier that the amount of time that the claimant claimed he could do these tasks diminished as his application proceeded forward. This could be due to the claimant's ongoing further medical complications such as the DVT/PE, progressive deconditioning, etc, but in particular conditions like the DVT/PE should see meaningful recovery, whereas in this patient if this were the case this claimant has not. There has been a clear decline in what the claimant claims he is able to do as time has proceeded on, and Dr. Knowlton's letter seems to reflect report of the claimant's activities. Dr. Knowlton also reports the claimant has potential for side effects from the various medications that he is taking, and states that this might also be a further limiting factor on the claimant's ability to perform work. However, none of Dr. Knowlton's notes that I reviewed specifically cites any medication side effects, and in fact particularly for a medication for migraine for example the medications often seem to have a very beneficial effect that the claimant endorses quite strongly. The restrictions and limitations provided by Dr. Knowlton strike this examiner as more of a lifelong family physician trying to support his lifelong patient, and consequently deemphasizing the limitations as recommended by other providers such as the orthopedic surgeon, and the physical capacities examination evaluator.

6. **Do the medical evidence and/or your examination support any cognitive and/or physical side effects attributed the claimant's medications? If yes do the side effects contribute the claimant's impairment? Please explain your medical rationale.**

<u>With the exception of the Humira, for which there are not a lot of notes currently as this is still an ongoing issue,</u> the claimant did not report any significant side effects for any of the medications that he was on for various medical conditions over time. In fact, most notably the medications often did what they were supposed to do controlling his blood pressure, reducing his headaches, and better managing his pain. Furthermore on history today, the claimant was quite lucid. Although not a sophisticated historian and with a disappointing lack of detailed recollection regarding which specific medications he takes on a regular basis he was very specific about medications he took on an as needed basis, he was unable to recall which medications may have contributed to what side effects when and where. The medical records clearly suggest that he tried, started and stopped medications at various times and should have been able to identify which medications did what side effects. In fact there is a listing of

the claimant's medical allergies and their reactions in Dr. Knowlton's notes and they do not include the medications that the claimant is currently on. The claimant himself did not appear to be cognitively impaired otherwise during the history today in fact he was quite verbose and quite specific and able to answer my questions regarding the various specific medical conditions that he thought were impairing him as outlined in my history, there were good 15 different elements that we reviewed in detail and this is all from his recollection. He did not appear to be lethargic. He did not appear to be ill, he did have a number of antalgic pain behaviors most notably associated with his physical movements. Therefore, this examiner does not feel that claimant is impaired cognitively or physically by side effects from his medications.

**CONFLICT OF INTEREST ATTESTATION:**
I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review (I do not have a contract to provide health care services to enrollees of the health benefit plan of the insurance issuer or group health plan that is the subject of this review); the covered person whose treatment is the subject of the review and the covered person’s authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider’s medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; (I do not have staff privileges at the facility where the recommended health care service or treatment would be provided if the insurance issuer’s or group health plan’s previous non-certification is reversed) or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**PHYSICIAN ADVISOR:**

**Victor K. Lin, M.D.**
**Board Certified in Physical Medicine & Rehabilitation**
**Licensed in State of OR #MD20541**

***NMR CONFLICT OF INTEREST ATTESTATION:***

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**CLARIFICATION REQUEST:**

I have been asked to complete the following clarifications to the original report.

**With regard to the need for breaks due to the hidradenitis suppurativa, please respond to the following:**

1. **How many additional breaks per 8 hour workday are estimated to be needed for personal care?**

   Two, one before and one after lunch.

2. **What is a reasonable amount of time that would be needed for each break?**

   15 minutes

3. **What are the recommended requirements with hygiene during the breaks – i.e. warm water and soap or baby wipes; medication lotions; whether a shower is needed due to the location on the body and if so, how many per workday, etc.**

Warm water and soap. Change of underwear and/or gauze bandages.

**CONFLICT OF INTEREST ATTESTATION:**
I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review (I do not have a contract to provide health care services to enrollees of the health benefit plan of the insurance issuer or group health plan that is the subject of this review); the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; (I do not have staff privileges at the facility where the recommended health care service or treatment would be provided if the insurance issuer's or group health plan's previous non-certification is reversed) or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**PHYSICIAN ADVISOR:**

**Victor K. Lin, M.D.**
**Board Certified in Physical Medicine & Rehabilitation**
**Licensed in State of OR #MD20541**

***NMR CONFLICT OF INTEREST ATTESTATION:***

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

Network Medical Review Co. Ltd.

An ExamWorks Company

**REFERRED BY:** Heather Carignan
**CLIENT NAME:** Lincoln Financial Group

**CLAIMANT NAME:** Michael Cummins
**CLAIM #:** 7224525
**NMR #:** 283881
**DOE:** 11/12/19

**INDEPENDENT MEDICAL EXAM**

**PRESENT COMPLAINTS:** The claimant was asked to delineate the various medical conditions that prohibited him from gaining and sustaining meaningful work. The list is as follows:

1. Right knee is the primary problem. It consists of sharp, dull, achy and burning constant pain. Its baseline is a 5-6/10 in severity, it gets worse with activity. That is maximum it is "at least a 10." He describes intermittent swelling although has not had any for the last two days. He reports continued itching on his skin secondary to decreased blood flow. Continued popping and cracking inside the joint. He reports further if he sits for 15 minutes, he gets pain in the right greater than left hip. He is able to walk 100 feet on a good day. He cannot do steps even on a good day even if he leads with his left knee. He denies locking, but does endorse giving out, but no falls. Extensively the right knee occurred with the right knee meniscal on-the-job injury reported.
2. Bilateral thumb pain. Describes swelling over the thumb extensors similar to de Quervain's tenosynovitis distribution. He reports this has been ongoing since 2005. At times his thumbs will freeze. He claims this was brought to the attention of Dr. Knowlton, his primary care physician who told him he has arthritis, but has not performed imaging.
3. Left lower extremity DVT and pulmonary embolus. He continues to have itching and/or swelling in the left lateral area of his distal leg overlying the shin. There is redness. It feels irritated like it is going to give way. There is swelling except for good days like today in the distal shin. He reports that he wears compression hoses two times per week, but not today. He takes a bath to try to decrease the swelling three times per week. He is ordinarily a shower person.
4. Right upper quadrant cramps. These symptoms proceeded his cholecystectomy, at times the “seizures” will drop him to his knees, he feels that the cholecystectomy should have helped, but did not.
5. The claimant reports ongoing depression, anxiety, and stress for which he is receiving counseling. He takes Xanax rarely as needed for rare depression and anxiety.
6. Obesity. He reports he is low self-esteem, but also physically impairs his ability to find meaningful work.
7. The claimant reports that back in about 1993 he sustained a traumatic brain injury or a concussion when a 6-inch piece of pipe hit him in the head. He lost consciousness for less than 30 minutes. He denied amnesia. However, he woke up with vomiting and ringing in his ears, and associated headaches, neck, shoulder, and back pain. He reports that overall the neck and shoulder does not bother him that much although he does occasionally experience bilateral upper

extremity numbness sporadically especially when he holds his arms up at or above shoulder level. He reports that he continues to have migraines daily. He describes these are sharp, pounding, and constant. He describes them as every other kind of pain as well including burning, pins and needles, and stabbing. He reports that at baseline they can be as low as a 1-2/10, but will flare up frequently about two times per week to 10/10. He takes ibuprofen 800 mg once or twice and it will diminish after about an hour per his report. It is noted that the concussion is vaguely referred to in the chart notes provided for this IME, but not directly so. Chronic migraines are alluded to on a regular basis.

8. Next limiting factor is his skin condition, for which he is taking Humira. He reports that it is debilitating because the skin lesions are painful, they will break open and drain fluid. This causes inconvenience and that it will dirty his clothes and will require frequent changing. He reports that currently the main lesions are in his inguinal area. He is not sure that the Humira is helping, but maybe contributing to numerous medication side effects.
9. Right ankle. The claimant reports that around 2005 and 2006 he stepped in a hole for an on-the-job injury, the claim was denied. He was told he had torn ligaments and was placed in a boot for about six months. He reports that an MRI was done at that time and showed the torn ligaments, but is not 100% sure about the details. He continues to have tightness, swelling and numbness in the ankle, the numbness is circumferential around the ankle and goes into the big toe at times. He reports that since the right knee injury in 2014-2015 he has had expansion of the numbness in the right lateral aspect of his foot that is numb and tingly and pain with pins and needles. He reports that he also experiences numbness from the hip all the way down to the knee and into the foot coming since the right knee injury. He feels that the whole right lower extremity is weak especially from the knee down.
10. Right digit one toe was broken in his 20s, another on-the-job injury. It is noted that there are no specific medical records reviewed in the chart provided regarding the right ankle on-the-job injury from 2005-2006 or the right toe injury. The claimant reports that he has deformed toe as a result of black toenail and it "just doesn't feel right." He feels that his swelling has worsened since the knee injury.
11. The claimant sustained a right elbow hyperextension injury in the Christmas of around 2005 or 2006. He was required to wear a sling. He believes x-rays were taken at that time that were negative. He has no swelling, but at times will report it does not feel right, some tingling and some constant achy pain.
12. When specifically asked about medications, the claimant reports that he continues to take blood pressure medicines, anticoagulants and Humira. When asked specifically about side effects he is somewhat vague and is unable to identify specific side effects until pressed. He then reports predominantly GI upset. He equates all the side effects as having occurred after his knee injury. However when pressed to try to delineate which medicines led to which side effects and pointing out that many of his medicines were added slowly over time and that he should be able to equate different side effects with specific medications, the claimant was unable to do so or even begin to do so. He did endorse that he was very diligent in reporting his side effects on the medicines to Dr. Knowlton and that Dr. Knowlton's record should record that. He himself has not specifically recalled which medicines do what. He had a sense that perhaps the Humira was causing some of the more recent side effects such as GI upset.
13. He reports a remote history of left wrist and left forearm fracture and the right wrist fracture as a child, but it did not seem to impair his function later on.

14. The claimant endorses continued left sporadic kidney stone pain.

**PAST MEDICAL HISTORY**:

1. Right knee medial meniscal tear, status post excision, with superimposed degenerative arthritis.
2. History of left lower extremity DVT and pulmonary embolus, on anticoagulation.
3. Right cholecystectomy for right upper quadrant pain.
4. Obesity.
5. Chronic low back pain of unclear etiology.
6. Reported history of head trauma with loss of consciousness and persistent migraines and predominantly lumbar pain, although there is occasional neck and mid back pain as well.
7. Chronic migraine headaches possibly related to the head trauma.
8. Hidradenitis suppurativa, on Humira.
9. Reported history of right ankle ligament tears.
10. Right broken toe digit 1 on the foot.
11. Right elbow hyperextension injury per report.
12. Hypertension.
13. History of hemorrhoids status post operative repair.
14. Remote history of left wrist and forearm fractures and right wrist fracture.
15. Kidney stone, status post stenting procedures.
16. Reported history of depression/anxiety/stress disorder.

**CURRENT MEDICATIONS**: The claimant does not have a list of his current medications and is unable to reproduce which medications he is on. He does endorse that he takes ibuprofen on a regular basis 800 mg q.d. to b.i.d. depending on his headaches. He is on Humira. He takes alprazolam only as needed now for stress and anxiety. Presumably based on his medical records, he is still taking omeprazole, possibly loperamide, Coumadin, propranolol, hydrochlorothiazide, and lisinopril.

**ALLERGIES**: Listed as Flagyl, morphine and trazodone.

**SOCIAL HISTORY**: Not working. Has not worked since his right knee injury of 2015. Worked as a Machinist and Machine Operator, which is described as a heavy job.

**PHYSICAL EXAMINATION**: Manual muscle testing in the bilateral upper extremities is notable for 5/5 strength in bilateral deltoids, biceps, triceps and left wrist flexion, wrist extension and ulnar intrinsics. He has give-way weakness in the right ulnar intrinsics, right wrist flexion and right wrist extension.

He has 5/5 strength in bilateral dorsiflexion and plantarflexion. His knee extension and knee flexion is at least 4/5, but there is lack of effort here. His hip flexion and extension is also at least 4/5, but there is lack of effort and some give-way components.

Deep tendon reflexes are 2/4 in bilateral upper extremities and 1/5 in bilateral lower extremities. He has normal tone and normal clonus.

Seated and straight leg raise are inconsistent. He has positive pain in supine straight leg raise at about 35-40 degrees, but he tolerates closer to 60 degrees while seated.

Using single goniometric technique, cervical flexion is measured as 30 degrees, extension 40 degrees, right side bending 18 degrees, and left side bending 24 degrees.

Shoulder range of motion flexion is 170 degrees on the right and 165 degrees on the left, extension is 37 degrees right and 37 degrees left, abduction 164 degrees right and 167 degrees left, adduction 15 degrees right and 18 degrees left, internal rotation 85 degrees right and 67 degrees left, and external rotation 87 degrees right and 87 degrees left. There is substantial grimacing and exaggerated sense of fatigue and pain with abduction and flexion movements.

Knee range of motion left is 0-105 degrees and right is 3-85 degrees. Some of the restrictions might be brace that he is wearing, and/or self-limited on the right.

Right elbow flexion negative 3-133 degrees and on the left is 0-137. There is a little bit of hyperextension in the right elbow compared to the left.

Lumbar spine range of motion flexion 73 degrees, extension 23 degrees, right side bending 10 and left side bending 15, right is 45 and left is 35. Again, he is able to get to 60 degrees on both sides in seated straight leg raise exam.

Squat is limited to about one-third of the way down he cites pain as limiting factor. Bending over, he has great range of motion and does not describe a lot of pain. He does have an antalgic gait limping on the right and favoring the right knee/leg.

**ASSESSMENT**: He does have these interesting lesions that are about dime to quarter size. There is sense of fullness and also kind of squiggly like veins that are like an AVM of some sort. In the inguinal area, he shows me there are some that appear to have broken down and might be draining fluid, although the degree of volume is difficult to confirm. The claimant claims it is quite profound. There did not appear to be significant fluid on his underwear, during the exam, and I examined this area at about one hour into his appointment.

**IMPRESSION**:
1. Right knee medial meniscal tear, status post excision, with superimposed degenerative arthritis.
2. History of left lower extremity DVT and pulmonary embolus, on anticoagulation.
3. Right cholecystectomy for right upper quadrant pain.
4. Obesity.
5. Chronic low back pain of unclear etiology.
6. Reported history of head trauma with loss of consciousness and persistent migraines and predominantly lumbar pain, although there is occasional neck and mid back pain as well.
7. Chronic migraine headaches possibly related to the head trauma.
8. Hidradenitis suppurativa, on Humira.
9. Reported history of right ankle ligament tears.
10. Right broken toe digit 1 on the foot.

11. Right elbow hyperextension injury per report.
12. Hypertension.
13. History of hemorrhoids status post operative repair.
14. Remote history of left wrist and forearm fractures and right wrist fracture.
15. Kidney stone, status post stenting procedures.
16. Reported history of depression/anxiety/stress disorder.

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| PROGRESS NOTES | McKenzie Family Practice, P.C. | 03/31/09-08/26/19 |
| PROGRESS NOTES | P. McKinney, D.P.M. | 05/09/13-05/10/13 |
| PROGRESS NOTES | Summit Surgical Specialist | 11/20/13 |
| PROGRESS NOTES | Eugene Gastroenterology Consultants, P.C. | 11/21/14 |
| PROGRESS NOTES | Urgent Care | 09/29/15 |
| PROGRESS NOTES | Cascade Health | 09/13/16-04/10/17 + Undated |
| PROGRESS NOTES | Slocum Orthopedics , P.C. | 09/28/16-12/05/16 |
| PROGRESS NOTES | PeaceHealth Medical Group/Sacred Heart Medical Center /Riverbend Medical Center | 09/27/17-07/02/19 |
| PROGRESS NOTES | Oregon Medical Group | 10/05/17-08/30/19 |
| PROGRESS NOTES | E. G. Olson, M.D./C. McAllister, PA-C | 10/31/17-01/18/19 |
| PROGRESS NOTES | McKenzie Surgical Group, P.C. | 11/13/17-01/29/18 |
| PROGRESS NOTES | Oregon Urology Institute | 06/07/19-06/14/19 |
| PROGRESS NOTES | Options Counseling Services, LLC | 08/19/19-09/10/19 |
| PHYSICAL THERAPY | Therapeutic Associates Physical Therapy | 02/23/17-04/03/17 |
| PCE | J. R. Lowry, P.T. | 08/06/17-08/17/17 |
| FILE REVIEWS | T. Oney, M.D. | 12/15/17 |
| FILE REVIEWS | D. Baldemor, M.D. | 07/31/18-08/06/18 |
| X-RAYS | M. Millstein, M.D. | 10/05/17 |
| X-RAYS | Oregon Medical Group | 10/05/17-08/15/19 |
| LAB DIAGNOSTICS | PeaceHealth Medical Group | 02/10/18-02/16/18 |
| X-RAYS | PeaceHealth Medical Group | 02/10/18-02/11/18 |
| X-RAYS | Oregon Urology Institute | 06/08/19 |
| CT | McKenzie-Willamette Medical Center | 06/13/12 |
| CT | Oregon Imaging Centers | 09/29/15 |
| CT | PeaceHealth Medical Group | 02/10/18-05/16/19 |
| MRI | MR Imaging Associates | 04/26/13 |
| ECG | Pleasant Hill Urgent Care | 09/22/15 |
| ECG | PeaceHealth Medical Group | 11/02/17-07/02/19 |
| LAB | McKenzie-Willamette Medical Center | 06/13/12 |
| LAB | McKenzie Family Practice, P.C. | 09/11/14-11/13/18 |
| LAB | Eugene Gastroenterology Consultants, P.C. | 01/02/15 |

| | | |
|---|---|---|
| LAB | PeaceHealth Medical Group/Sacred Heart Medical Center | 09/29/15-06/05/19 |
| LAB | Quest Diagnostics | 07/17/18-07/03/19 |
| LAB | Oregon Urology Institute | 06/10/19 |
| OTHER TESTS | McKenzie-Willamette Medical Center | 11/11/13 |
| OTHER TESTS | Oregon Endoscopy Center, LLC | 01/02/15 |
| OTHER TESTS | Oregon Imaging Centers | 09/06/17 |
| OTHER TESTS | PeaceHealth Medical Group/Sacred Heart Medical Center | 02/11/18 |
| JOB | | 11/11/13 |
| OTHER | H. Williams, M.S., CRC | 02/19/19 |
| MISC | | 09/30/16-10/16/19 + Undated |
| ROI | | 04/21/17-01/03/19 |

**REVIEW OF RECORDS:** Initial entry is a progress note from Sally Marie, MD, a Family Practice provider. The patient presents with cough with mucus. He is a 38-year-old male. He has a history of pilonidal cyst in 2004, but otherwise a negative history. Assessment is for strep throat.

Next entry is primary care progress note from David Knowlton, MD dated 01/08/10. The patient presents with a hyperextended right elbow. The patient had been on light duty and now wants off of it. The patient also has a history of borderline hypertension. He described is obese. His physical exam is otherwise normal. The patient has a wart on one hand, his right elbow is doing better and the patient is released back to regular duty work.

Follow-up with Dr. Knowlton, 05/09/12 presenting with hemorrhoids and high blood pressure. Physical exam is notable for rosette of inflamed hemorrhoids without clot. He was treated conservatively and continued to advice to treat his hypertension with a prudent diet.

Follow-up with Dr. Knowlton, 06/20/12. Chief complaint of headaches first, few migraines recently. He went to the ER and had an MRI of the brain. It was reportedly within normal limits. Physical exam was within normal limits including a neurologic exam. He was started on propranolol for his hypertension, Maxalt and alprazolam for his migraine headaches. The patient then has a follow-up on 07/05/12 and describes no further migraine headaches. Blood pressure about 135/70. The patient just continued on the same program.

Follow-up 10/29/12. No further migraine headaches. Blood pressure was controlled. The patient found to have tendonitis in the foot on the right, and is prescribed sulindac. The patient is otherwise continued on his current course.

A follow-up 04/24/13 for blood pressure, continues to complain of right leg pain from knee to foot, getting steadily worse, can barely walk at times. Some numbness in the heel of his foot. Worse when he is on his feet. Nonsteroidals with no efficacy. Straight leg raise is positive on the right. Neurologic exam is otherwise nonfocal with intact reflexes in both lower extremities. Diagnosed with radiculopathy, and an MRI of the lumbar spine is ordered.

Follow-up 09/18/13, getting headaches again, did not like Maxalt. Using Aleve. Continued straight leg raise positive on the right. Continue propranolol, start lisinopril. Continue alprazolam. Follow-up 10/16/13, cough, but not bothering him too much. Blood pressure 158/95. Physical exam looks like copied from previous visits. Continue current medications. Follow up in three months.

Follow-up 01/16/14 with Dr. Knowlton. Blood pressure check, blood pressure is now 170/102. No mention of back pain or neurologic findings on physical exam. Lisinopril is increased. Hydrochlorothiazide is added. Laboratory tests are ordered.

The patient follows up on 07/11/14 with Dr. Knowlton, headaches are less frequent, using Aleve with success. Blood pressure is now 130/76. Medications are continued. Cialis is started for erectile disorder.

Follow-up with Dr. Knowlton on 09/11/14, complaint of rectal pain and constant pressure and the feeling that he needs to stool. Anal pain for six hours after having a bowel movement. Similar episode a year ago that slowly went away. Stable blood pressure. Physical exam notable for large hemorrhoid. CBC, urinalysis, comprehensive metabolic panel, lipid panel notable for high cholesterol, mildly increased glucose and BUN. Gastroenterology referral is made, current medications are continued.

Next follow-up is Dr. David Knowlton 10/21/15. They have been getting controlled substance agreement monitoring for his alprazolam. He reports that the patient had a colonoscopy with some polyps. Diagnosed with diverticulosis. The patient is now being classified as morbidly obese. Plan is need to check on polyps pathology.

A pain disability index of 20 on 08/18/16 is performed.

Follow-up 08/18/16, PHQ-9 is 6. Presents for Xanax refill. Continued with medications. The patient continues taking alprazolam, has for this visit run out. The diagnosis was originally migraine headaches for which the alprazolam was started, but now Dr. Knowlton's note suggests that it is for diagnosis of anxiety. The patient continues with tobacco use. Alprazolam is continued, and smoking cessation is advised.

The patient submits a short form pain questionnaire on 09/18/16 and is beginning to describe pain severe throbbing pain and mild achy pain, feeling tired and exhausted. Feels the pain is distressing. The notes at this date do not suggest where the pain is.

Follow-up 08/31/17, right knee still hurts, now status post meniscectomy. Multiple skin lesions, wants a dermatology consult. Has had right upper quadrant abdominal pain on again off again for six months. The patient is sent for an ultrasound of the abdomen. He is referred to Orthopedics for his right knee, he is also described as having primary osteoarthritis involving multiple joints. Referred to Dermatology for psoriasis. Continued treatment for hypertension.

Next follow-up is 09/08/17 with David Knowlton. Reports that the patient has a gallstone and needs to have his gallbladder taken out. His medical history now includes nephrolithiasis as well. The patient is referred to General Surgery.

A follow-up on 10/07/17 for a flu shot.

Follow-up 12/04/17 with Dr. Knowlton. The patient is complaining of painful bowel movements and wants gastroenterology referral. Reports chronic hemorrhoids and wishes to have this assessed by a specialist because his problems just keep getting worse. Medical history now reports hit head on metal pipe at work in 1990. He is described as having grade III hemorrhoids and is referred to gastroenterology.

Follow-up 03/01/18, the patient is described as having had left lower extremity DVT with pulmonary embolus into the right lung base. Doing well on anticoagulant therapy with good INRs. Remains on Coumadin and other difficulties for hypertension and other chronic problems are stable. On 03/15/18, it is reported that the patient is doing well with his left leg DVT, INRs are good, and the patient has quit smoking.

On 04/12/18 in a follow-up with Dr. Knowlton, DVT is still doing well. INR is good. Breathing well and the patient has restarted smoking. The patient continues on 05/10/18 with INR stable, continues smoking.

Follow-up with Dr. Knowlton 06/07/18. The patient presents trying to claim disability due to right knee pain. Dr. Knowlton fills out the requested form. There is no associated physical exam performed that day on the right knee. There is a letter on 06/11/18 from Dr. Knowlton. Dr. Knowlton refers to the knee injury as an industrial injury requiring subsequent surgery. Reports that the patient is now 18 months post surgery. It should be noted that this letter refers to Michael Cummins in paragraph #1, then Mr. Davis in paragraph #2 and then Mr. Cummins again in paragraphs #3, #4 and #6. It states that Mr. Davis suffered a right knee sprain, right-sided lumbar sprain, and complex tear of the medial meniscus of the right knee in September 2016. There was associated primary osteoarthritis of the knee. On 11/22/16, Mr. Cummins underwent a right knee arthroscopy, partial medial meniscectomy and shaving chondroplasty of the medial femoral condyle. While Mr. Cummins initially noted improvement in symptoms post surgery, he has reliably complained of right knee pain, decreased range of motion, and diffuse tenderness. Dr. Knowlton contents that Mr. Cummins' knee pain creates the following medical restrictions: Unable to sit for more than 30 minutes at a time and no more than 4 hours in an 8-hour day, unable to stand more than 10 minutes at a time and no more than 2 hours in an 8-hour day, unable to walk more than 10 minutes at a time and no more than 1-hour in an 8-hour day, and unable to lift more than 50 pounds, which are disabling to the degree that he is unable to perform the material duties of his occupation. His occupation is not specified. It is also noted that the prescribed medications of alprazolam, lisinopril, and propranolol should have known side effects of fatigue, dizziness, drowsiness, nausea and muscle weakness, which would prevent him from performing the duties of his own occupation with reasonable continuity. At this point, the reviewer will note that ongoing symptoms of right knee pain are not noted in the medical record review to date except in and around the time that the patient had the injury and meniscectomy. The patient has not complained of any side effects from his medications throughout the medical record to date.

Next entry is 06/21/18, follow-up with Dr. Knowlton. Accidently took Coumadin twice that made him sick to his stomach. Also taking Bactrim, getting a skin rash, associated nausea and diarrhea. Follow-up with dermatology pending in July 17. The patient is diagnosed with suppurative dermatitis and is instructed to stop the Bactrim.

Follow-up 08/02/18, the patient remains on Coumadin. Complaining of vague colicky abdominal pain, which has come and gone for the past 4-5 days, but on the day of the appointment, it is gone. The patient is started on Colace and omeprazole and continues on the Coumadin. It is noted that the patient has not been taking his alprazolam since the appointment of 06/07/18.

The patient presents on 09/05/18, wanting a steroid shot in his right knee. Exam is notable for bony hypertrophy of knees. Right knee is injected per patient wishes with 2 cc of lidocaine and 1 cc of Kenalog.

Follow-up 09/29/18 with Dr. Knowlton, for flu shot. No report on impact of injection on knee. Follow-up 10/03/18, still on Coumadin, no complaints. Knee is not evaluated. Notes that he is awaiting T-cell modifier therapy through dermatology for a diagnosis of hidradenitis.

Next is note with Dr. David Knowlton dated 11/14/18 presents with right-sided pain that has been coming and going for the last 6-7 years, lasts a few seconds to minutes and then goes away. Has happened once in the last six months. Abdominal exam is benign. Generalized abdominal pain is diagnosed, no worrisome findings. Now reportedly on Humira for his hidradenitis, continues on hydrochlorothiazide and lisinopril for benign essential hypertension, and propranolol for his migraine headaches.

Next is follow-up 12/19/18. Denies chest pain or dyspnea on Coumadin with an INR of 2.0. Remains with well controlled hypertension.

On 01/24/19, the patient presents for long-term disability paperwork. The patient remains with hypertension, still on Coumadin. Right knee is evaluated and found to have range of motion reduced and the entire knee tender. Disability form is filled out. The form is provided, there is an initial X at the sedentary physical demand level, but then the whole thing is scratched out including all the physical demand levels described, there is a (error) and then a circled okay that might be the doctor's initials. It is unclear exactly what Dr. Knowlton is recommending via this form.

On 03/07/19, Dr. Knowlton reports that the patient has been on Humira for six months for the hidradenitis suppurativa. He feels that anxiety and depression have worsened along with generalized osteoarthritis and GI distress with chronic diarrhea and his migraine headaches are returning. He feels that Humira is helping with hidradenitis 30-40%. Remains on Coumadin for his PE and DVT. Reports of severe arthritis in the right knee that he has now reported as quite debilitating, reports that the patient has been trying to achieve disability due to this, and presents wishing another steroid injection. On exam, there is hypertrophy of the right knee with a slight effusion. An injection is performed.

Follow-up with Dr. Knowlton 04/18/19, INR is stable. Knee is not evaluated.

Follow-up 05/30/19, INR is stable. Knee is not evaluated. Follow-up 07/10/19, now reporting that the Humira for eight months for his hidradenitis suppurativa, anxiety and depression are worsening along with osteoarthritis and GI distress. Feels that Humira is improving hidradenitis by 30-40%. This seems like an identical history from a prior note. Chronic headaches on beta-blocker with some success. Knee not evaluated. Referral back to dermatology.

A letter 08/26/19, Dr. Knowlton expresses his opinion that the patient's osteoarthritis of the right knee is severe, resulting in pain and frequent edema, in addition to the development of more chronic migraines, supports restrictions of unable to sit for more than 15 minutes at a time and more than two hours in a day, can stand no more than 15 minutes at a time and no more than two hours in an 8-hour day, walk no more than 15 minutes at a time and no more than two hours in a day and lift no more than 20 pounds, and therefore is unable to perform the material duties of a full time sedentary occupation. Again notes that the patient's medications may cause side effects, and the patient does suffer from nausea, dizziness, headaches and weakness, which would prevent him from performing his duties as a sedentary occupation.

Next is a note from Philip McKinney, Doctor of Podiatry with painful right leg and foot of several months duration. No prior trauma. Works in steel fabrication. Resoling of boots did not seem to help. Sensory examination is intact. Pain is noted in the lower medial leg with inversion of the foot against resistance. Tenderness is noted to the medial aspect of the right ankle from posterior of the medial malleolus to the plantar medial aspect of the navicular as well as along the medial aspect of the right tibia from the middle aspect extending distally. It also seems to course along the posterior tibial tendon with active inversion of the foot against resistance. Pain is noted with attempts to perform a single heel raise. There is tenderness noted in the plantar medial and plantar distal aspect of the right heel. Late midstance pronation bilaterally, no asymmetric. He is diagnosed with tibialis tendinitis, plantar fasciitis, and tenosynovitis of the foot and ankle. X-rays demonstrated spurring of the plantar distal aspect of the heel, and elevation of the first ray with respect to the rearfoot. An MRI is ordered to determine if the patient has a partial tear of the posterior tibial tendon.

Next entry is a 11/20/13 note by Dr. Thomas Stites probably a General Surgeon, consult regarding gallbladder. Consulting regarding intermittent abdominal pain, radiation to the back and flank. Worse with fatty foods and large meals. Tums without benefit. Tenderness is noted on the exam along the ribcage particularly the left subcostal region. Mild discomfort is also noted near the gallbladder. Pain is assessed to be likely due to the gallbladder, but there might be some musculoskeletal components as well. Dr. Stites feels that he would have expected more abnormalities on the ultrasound to explain the patient's entire presentation. Laparoscopic cholecystectomy was offered, but the patient preferred to nail down the diagnosis first. The patient was prescribed Bentyl and will undergo a trial of low fat diet and a trial of proton pump inhibitor.

Next entry is 11/26/14, appointment with Shane Mills, MD at Eugene Gastroenterology. The consult is for intermittent rectal bleeding x2 years. Physical exam is notable for hemorrhoids, abdominal exam benign. Colonoscopy is recommended for further evaluation.

Next entry is from Urgent Care dated 09/29/15. The patient presents with constant abdominal pain since the prior Sunday during the morning 5/10. Gradual severe onset left-sided. Normal stools. Notes that he had a colonoscopy earlier in the year with two polyps removed. Some shortness of breath with bloating. Some associated nausea and vomiting. Physical exam was noncontributory. The patient was administered nebulizer treatments, laboratory assessment was performed. The patient was reassured of normal laboratory values.

Next entry is Occupational Medicine report 09/13/16, Lisa Kovacevic, Nurse Practitioner, at that time the patient is a 46-year-old male working as a "burner II" machinist position with a new right knee injury that occurred on 09/04/16, developed some slight pain in the right knee, it gradually built up. Woke up on 09/05/16 with intense shooting pain in the right knee as if the knee was going to give out. He thought it would go away, but it continued to worsen therefore went to Urgent Care on 09/08/16 and x-rays performed. He was told he had inflammation and was taken off work, given naproxen. However, knee pain persisted constant throbbing, sharp pain, worse with walking or bending. Denied locking or giving out. Pain is reported 4-5/10. Feels that the swelling has decreased by the time of this appointment. Examiner does not see any ecchymosis. Perhaps a slight amount of effusion. Tenderness along the medial joint line. He has a positive McMurray's test. Limited flexion of the knee secondary to pain/guarding. He is able to fully extend the knee without difficulty. Full strength and sensation. No laxity is noted. He is given a hinged knee brace and MRI is ordered for potential meniscal tear. The patient is placed on light duty.

09/04/16, Occupational Medicine follow-up. Pain is now down to a 2-4/10 and slightly improved, some pain in the right lower back extending down the right leg, possibly related to ambulating in an unusual manner. Relates a history of a right ankle ligament tear 4-5 years prior and a contusion of the right great toe with a fracture greater than 20 years ago. On physical exam, no evidence of ecchymosis, slight effusion, exam seems copied from previous note. MRI is notable for a complex inferior free margin tear involving the mid zone of the medial meniscus on 09/14/16. A referral to orthopedics is made.

On a follow-up 10/04/16, he is awaiting Orthopedic consult. Reports that the knee is locking and clicking with some associated right foot swelling. Wearing the knee brace at all time. He is doing seated work only. Also describing some right-sided low back pain with radicular right leg pain. The patient believes this is related to have normal gait. Physical exam is copied from previous note. In the plan, it is revealed that the patient has already seen orthopedics, but no notes are available. The provider, Lisa Kovacevic feels that surgery has been recommended.

Next entry is 10/25/16 at Occupational Medicine. Reporting that this claim has been denied, the patient has retained an attorney. The patient is still catching his knee, and using knee splint at all times. Pain is 2/10 and constant in character. Physical exam is notable for being identical to prior exam. He reports surgery is still pending.

Follow-up 12/05/16 with Cascade Health. This is report from Scott Colling, his Physical Therapist that is co-signed by Lisa Kovacevic. He underwent meniscus surgery on November 22nd, and has been referred to physical therapy. Pain level varies between a 1 and a 6/10 depending on activity. Moderate edema is reported particularly along the posterior portion of his right calf. Tender along the popliteal fossa and mid portion of the right calf.

There is another entry on 01/06/17 from Scott Colling, the patient feels that he is not quite at the point where he can return to full duty about 50% improvement since the onset of his injury. Strength 4-/5 in right knee flexion, and knee extension. Continue physical therapy.

The patient follows up on 01/19/17 with Lisa Kovacevic. The patient is kept on light duty. No kneeling or squatting or crawling. The patient reports that he is no longer having catching or sharp pain in the knee. He describes pressure sensation in the medial and lateral aspects of his knee worse with squatting. He rates his pain 6/10. On short-term disability at work. Physical exam well-healed arthroscopic surgical scars in place on the right anterior knee, mild tenderness to palpation on bilateral joint lines both lateral and medial. He has full extension slightly limited flexion of the knee by about 10-15 degrees. Pain with valgus varus testing, but no laxity appreciated. He is able to do a toe raise without pain in the knee. He is able to do a partial squat, but describes his pain in the right knee when he does this.

Follow-up 01/19/17 with Lisa Kovacevic. Pain is still 6/10. Physical exam is identical to prior note.

Next entry physical therapy with Scott Colling, still has pain from time to time, however, he is walking and performing activities at home fairly well. The patient feels doubtful that he will return to his prior level of job duties due to the amount of pain and discomfort he is feeling at this time. He does feel that therapy has been helpful.

Follow-up on 02/14/17, pain is now 0/10 with regular ambulation, but increased pain with certain movements. He has some catching of the knee. He has not been wearing his knee brace, physical exam is unchanged from prior to appointment.

Follow-up 03/13/17, persistent achy pain right knee worse with activity. Brief sharp pain with activity. Denies catching or locking. Throbbing or aching is located in the bilateral aspects of the knee along with joint lines 3/10 in character. Currently 0/10. The patient is able to squat today without significant pain until he gets to about 75 degrees flexion. There is no edema. Continued physical therapy is recommended.

Follow-up Lee Davidson, MD in Occupational Medicine on 04/10/17. It is noted that Dr. Tuman performed the surgery on his right knee. The patient reports that he has no pain and feels he is able to return to full duty. Physical exam is notable for no evidence of joint effusion. No ligamentous laxity with varus or valgus strain, anterior or posterior drawer sign or Lachman's exam. McMurray's exam is unremarkable. The patient is released to full duty.

Next is an appointment at Slocum Orthopedics dated 09/28/16 with respect of the right knee. Dr. Tuman feels that the MRI showed a medial meniscus tear. The exam was notable for no appreciable effusion. Fairly moderate tenderness to palpation really throughout the knee superficially, but this is extremely more painful over the medial joint line. Positive McMurray's test. Knee is stable on Lachman's, posterior drawer, varus and valgus stress testing. Valgus stress testing at 30 degrees. He was able to appreciate a slight catch within the posteromedial aspect of the knee. He has full knee extension. He has pain with passive hyperflexion with a positive Steinmann's test. Dr. Tuman felt that there was also some chondral irregularity involving the posterior third of the medial femoral condyle on

MRI. Dr. Tuman opines that the exact mechanism is unclear since he denies traumatic injury and no twisting or instability event. Very symptomatic. Some early mild degenerative changes of the medial femoral condyle cartilage, but does not have advanced arthritis. Concerns regarding the patient's weight and smoking as factors regarding surgical healing. Dr. Tuman expressed concern that he may have persistent symptoms in the knee after scope debridement. The patient agrees to the surgery. In a follow-up 11/16/16, the patient is evaluated for surgery. The patient continues to explain of pain. Dr. Tuman feels on exam that there is no effusion, tenderness to palpation of the medial joint line. Positive McMurray's. No instability, positive Steinmann's test. Reemphasized possibility of chronic pain postoperatively.

Follow-up 12/05/16, the patient is now two weeks status post arthroscopy. The patient is improving, off crutches. Dr. Tuman describes that surgery as a partial medial meniscectomy and shaving chondroplasty of the medial femoral condyle. Sutures are removed.

Next entry is Steven Wilhite, MD, presentation 10/02/17 for right upper quadrant and back pain. Ultrasound shows a coarse echogenicity of the liver with hepatomegaly suggesting hepatocellular dysfunction, mild hydronephrosis, cholelithiasis without evidence of acute cholecystitis. Assessment is gallstones with spicy food intolerance, which brings on the pain, some associated musculoskeletal pain. The patient has decided to move ahead with cholecystectomy, Dr. Wilhite warns that there might be some persistent pain secondary to the probability that the pain is not exclusively generated by the gallstones, but has a musculoskeletal component as well.

The next entry is a brief op note 11/06/17, Steven Wilhite, MD. The procedure is described as a laparoscopic cholecystectomy with grams. Complications, none. Intraoperative findings, no opacification of the common bile duct without evidence of definite filling defect. There is passage of contrast into the duodenum. Note definite extravasation is identified. This is report from Jonathan Sims, MD for procedure during the cholecystectomy described as an x-ray cholangiography operative additional views. Impression: Normal intraoperative cholangiogram.

Path report from the surgery consistent with gallstones.

Next is a history and physical admission note by Dr. Steven Wilhite, 01/05/18. The patient is being taken to the operating room for probably a fissure and also external and internal hemorrhoids. Exam is notable for being remarkably obese with healing wounds from his previous laparoscopic cholecystectomy. Multiple external hemorrhoids and insertion of the trumpet is extremely painful, making elevation difficult. Will be evaluated under anesthesia.

Next is hospital medicine progress note by Dr. Kathleen Sullivan on 02/12/18. The patient is being evaluated for a right lower lobe pulmonary embolus. The patient is being bridged from Lovenox to Coumadin. Chest pain is improving, although had severe pain overnight. He has obstructive sleep apnea. Stable O2 sats. CT with contrast on admission, needs CT abdomen and pelvis for underlying malignancy workup. He has adult respiratory failure with hypoxia due to PE, leukocytosis likely a stress response. Hypertension, anxiety, chronic skin infection, morbid obesity, tobacco use, and constipation with history of recent hemorrhoidectomy that is well healed per the patient. The patient is reporting that

he is lying in bed, feeling better, and having a headache in the morning. Another pain episode earlier this a.m., sudden onset of right-sided chest pain. They are also monitoring acute kidney injury.

Another progress note on 02/11/18 by Dr. Sullivan. The patient is reporting that he has a history of knee surgery and chronic knee pain so is not very active. He has not worked in two years due to pain. Wife states he spends all his time in front of the TV. Notes that the patient had an anal fissure and hemorrhoids that was repaired by Dr. Wilhite. The patient denied that this surgery made him less mobile. No recent long trip. Still with knife pain in his right side.

Next entry is 01/08/18, Dr. Steven Wilhite as an operative note. Procedure performed includes excision of fistula and excision of ulcer and reapproximation of mucosa. Internal sphincterotomy. Excision of small external hemorrhoid.

Next entry dated 02/10/18. Discharge summary from Riverbend Medical Center for his pulmonary embolus. Social history suggests that he is a disabled machinist, the duplex showed a popliteal vein, proximal calf gastrocnemius vein and one of the two proximal calf peroneal veins are dilated non-compressible with likely acute thrombus extending from the proximal calf to above knee popliteal vein. CT chest showed right lower lobe pulmonary embolus and potential segmental and subsegmental left lower lobe emboli. Discharged on therapeutic anticoagulation.

Next entry is an echocardiogram ordered by Dr. Kathleen Sullivan read by Dr. Manjunath Raju, MD dated 02/11/18. Left ventricle is hyperdynamic, borderline right ventricular enlargement. Right atrium is mildly dilated. All four valves are normal.

Next is hospital medicine progress note on 02/12/18, once again dealing with his DVT and pulmonary embolus. Still with some pain, consistent with prior notes on this subject.

Next entry is an Infusion Clinic progress note from a registered nurse following his DVT and PE. INR is therapeutic.

There is a summary note on 02/16/18 for Coumadin monitoring, another note on 02/17/18, another note on 02/18/18, and another note on 02/19/18.

Next is a presentation to the Emergency Department dated 05/16/19, presents with left flank pain, woke from sleep, severe left-sided abdominal pain, waxing and waning, and has associated nausea and vomiting. He has had kidney stones, but distantly. History of prior pulmonary embolus and cholecystectomy. Abdominal exam is benign. CT abdomen is performed shows a 3 mm stone in the proximal left ureter with mild hydronephrosis. Calcification of both adrenal glands with a myolipoma the left adrenal gland, unchanged from 2015. He is discharged home with pain medications.

Another ED note on 06/05/19 represents with left-sided flank pain. Pain had resolved four days after last previous emergency visit now returned two days ago, 9 out of 10 in severity. Feels similar to previous episodes and kidney stones. Given pain medications. Basic workup with laboratories was within normal limits. Pain is well controlled with medications and therefore the patient was discharged home.

Next is a procedure note by Brady Walker, MD on 06/08/19 described as left ureteroscopy, lithotripsy with basketing and stent. A stone is retrieve and extracted. There are no complications.

There is a discharge summary by Sarah Barry, CNS on 07/04/19 documenting uneventful admission for kidney stone removal with stent placement and then removal. Right flank pain is now resolved. Acute kidney injury resolved.

Next is a history and physical by Samson Barasa, MD dated 07/02/19. The patient is status post his kidney stone removal, but then developed left flank pain suddenly. Date of admission one month after removal of the stone and two weeks after removal of the stent. Pain is 5-6/10. Rated his pain initially as 20/10 sharp in nature, progressive and non-radiating. He has left costovertebral angle tenderness on physical exam. CT scan of the abdomen and pelvis showed 1 mm calcification of the bladder representing possibly a passed kidney stone. He has mild right hydronephrosis with a calcification in the adrenal suggestive of previous infection/hemorrhage.

Next is an ED note from 07/02/19, Daniel Horrell, DO, in which the patient presents with his right flank pain. Physical exam is notable for pain on palpation to the left flank, otherwise negative. CT scan was noted on previous entry. The patient is admitted to the hospital.

Next is a hospital Medicine Progress Note dated 07/03/19 by Michelle Kelley, Nurse Practitioner. The patient is reporting that his pain is improved, but still there. No longer nauseated or vomiting. Main complaint is migraine headache and feeling dehydrated. The patient has apparently passed the stone, which is sent for analysis. Opioids denied for migraines. Anticipate that the patient would be able to discharge the next day.

Next is a report from CT scan of the abdomen and pelvis on 07/02/19. 7 mm right middle lobe pulmonary nodule. Calcification of both adrenals. 1 mm stone right posterior bladder.

Next is an office visit with Robb Larsen, MD an Orthopedic Surgeon date of visit 08/29/19. The patient is presenting for a repeat evaluation of his right knee. Pain is getting progressively worse. Lawyer has recommended that he have a PCE. His Workers Comp people are stating that he should be able to do a sedentary position. He has not worked since his work injury. He has gain significant weight. He is beginning to have pain in his right hip and ankle. The steroid injection done two years ago helped for about two months. He is not interested in surgery and does not want additional injections. On physical exam, his gait is antalgic. There is range of motion of only 5 to 120 degrees, subtle pseudolaxity to valgus stress. Tenderness along the medial joint line, pain without crepitation. On repeat x-rays, there has been progressive medial joint space narrowing. Weight loss is recommended. Doctor does not feel he has anything to offer since the patient has no interest in surgery or additional injections. The patient asked about a treadmill which he has at home, doctor opined that this may be better than walking on concrete or other hard surfaces, but still not likely as beneficial as a recumbent bike or swimming. Dr. Larsen does opine that he believes he should be able to do a sedentary position and he recommended that the patient follow through with the PCE. Dr. Larsen felt that the patient is not a surgical candidate even if he wanted surgery due to his morbid obesity and increasing weight. Dr. Larsen also recommends quitting tobacco.

Next entry is a follow-up letter on 08/30/19 from Robb Larsen, MD. Dr. Larsen wishes to clarify that although he wrote in his office visit note of 08/15/19 that the patient should be able to do a sedentary type position "he did not specify whether it was part-time or full-time." Dr. Larsen offers no definitive opinion on this part-time or full-time issue. Dr. Larsen also opines that his impression should not be interpreted as contrary to the opinion of Mr. Cummins' primary care physician, Dr. Knowlton, who also believes that Mr. Cummins can work in a sedentary position albeit for no more than two hours per day. Once again, Dr. Larsen recommends a PCE.

Next entry is from Eric Olson, MD dated 10/31/17 for numerous itchy bumps on his shoulder. The exam is notable for multiple inflammatory lesions and some cystic lesions on chest, abdomen, back, face, and shoulders. Impression is acne, hidradenitis suppurativa involving the inguinal folds, tinea versicolor, and lipomas. Treatment is reassurance, subsequent visits on 01/05/18 result in continued Bactrim for acne. Follow-up on 07/17/18 restarting antibiotics for acne and switching the patient to Humira for hidradenitis suppurativa.

Letter from Steven Wilhite to David Knowlton on 11/13/17 stating that Dr. Wilhite removed his gallstone on 11/06/17 and that his gallbladder was packed with gallstones. The patient was pleased with results.

Another letter on 01/29/18 from Dr. Wilhite stating that he performed the fistula/fissure repair, sphincterotomy and excision of a small external hemorrhoid.

Next is a note from 07/25/19 from the Oregon Urology Institute for ureteral calculus, Victoria Waltz, Physician Assistant. Poorly controlled pain from kidney stone as seen on CT on 05/16/19. Initially given oxycodone. Oxycodone works better than Percocet. Also has ondansetron. Feels that because of his persistent symptoms of nausea and flank pain, it is unlikely that he has passed the stone spontaneously. Authorization for repeat CT is requested. Ureteroscopy and laser lithotripsy and stent placement is likely. The patient is changed that from oxycodone back to Percocet.

Next entry is 06/08/19 operative report by Brady Walker, described as a left ureteroscopy lithotripsy with basketing and stent. Then on 06/14/19 another operative report, the OSC stent removal.

Next entry is a Physical Therapy note from Therapeutic Associates dated 02/23/17, Emily Baughman, Physical Therapist. Dull, throbbing, aching, periodic, occasional right knee pain. Some associated numbness and unexplained weakness in the knee down to the anterior lower leg. Some muscle atrophy is noted on the right vastus medialis obliquus and noted to left hallux valgus. Limited range of motion on physical exam just a little bit, mild strength loss, and some laxity bilaterally. Therapy plan is recommended. There are subsequent Physical Therapy visits 02/21/17, 03/14/17, and 03/17/17, the patient is progressing slower than expected, but does seem to be feeling better overall. Further visits noted on 04/03/17, at which point the patient reports some improvements in strength, still with pain with resisted right knee extension. Similar decreased range of motion relatively unchanged. There is a handwritten report from a physical capacities evaluation by a physical therapist whose last name is Lowry I believe that is handwritten signature. They project the patient to 4-hour sit stand, total daily work, no more than one-half hour at a time of sitting, standing, or walking. Able to carry and lift over

100 pounds at least to the heavy physical demand category, unable to do a full squat, deconditioned, recommends work conditioning, weight loss, and projected that he could seriously expand his work potential. In a typewritten note later, John Lowry, PT states that the patient is able to perform a heavy physical demand category up to 33% of the time and would be able to improve that with physical reconditioning. The patient did meet validity criteria.

Next is a Physical Medicine and Rehabilitation intake file review by Theresa Oney, MD. Dr. Oney reports that the patient's first day of absence from work is 10/08/16. Diagnosed with right knee sprain, right lumbar sprain, complex tear of the medial meniscus of the right knee and primary osteoarthritis of the knee. Reports that the patient's job duties include setting up and operating basic machinery, selecting operation sequences, tooling, speed and feeds, torch travel, etc on equipment, including saws and burning machines. Also required to load programs to machines, process parts to fulfill work orders, run pro-nest software at burn tables and Whitney machines. Daily maintenance on machines. The physical demands include occasional sitting, frequent standing, walking, climbing or balancing, stooping, kneeling, crouching or crawling. 74% use of hands to finger, handle or feel and reach. Occasional 100-pound lifting, frequently lifting up to 50 pounds, and continually lifting up to 10-25 pounds. On 09/04/16, the patient is using a knee splint at all times due to catching of the knee. Possible slight effusion. Medial joint space tenderness. At least a light physical demand category. Then scheduled for right knee arthroscopy by Jeffrey Tuman on 11/16/16 evaluation. Dr. Oney reviews the physical therapy notes. Notes the clinical course with the nurse practitioner, Ms. Kovacevic. The treatment with physical therapy beginning in February of 2017. Then refers to an occupational medicine report dated 04/10/17 from Lee Davidson, doing much better at the time and experienced no pain in his knee and wanted to be released to full duty. Dr. Oney therefore concluded the patient continued to have slight limited flexion of the knee by about 10-15 degrees. Could squat to about 75 degrees, but no pain. Dr. Oney then opined that the patient was capable of maintaining full time eight-hour day work schedule with the following restrictions between 10/08/16 and 04/08/17. No lifting, carrying, pushing, or pulling greater than 25 pounds. Occasional lifting less than 25 pounds, frequent lifting less than 15 pounds, occasional bending, stooping, and crawling. No restrictions on overhead reaching or reaching at waist or below waist level. Should not stand for more than 30 minutes at a time, no more than two hours per day, should not walk for more than 30 minutes at a time for longer than two hours per day. After 04/08/17, the patient is released to full duty.

Next is a review with respect to the patient's job title occupation of Machine Operator II dated 07/31/18, medical evidence supports the history of acute respiratory failure with hypoxia, acute kidney failure, morbid obesity, DVT, tobacco use, knee osteoarthritis, status post meniscal tear repair on the right, generalized anxiety disorder, and benign essential hypertension. It concluded that the patient's physical capacity has likely declined since 2017 due to the presence of DVT, pulmonary embolism, and unchanged morbid obesity. However, there is no evidence of impairment for sedentary to light physical activities at this point in time. There is no evidence for cognitive impairment. Particularly with respect to side effects of medications. It notes that Dr. Knowlton responded an agreement to the FCE for certain activity restrictions that would limit a return to prior work activities. Also mentions restriction from constant full-time sitting. The reviewer did not see any reason that the patient was impaired for constant sitting due to the medical conditions. The reviewer feels that the FCE suggests that the claimant is deconditioned; however, deconditioning is not clearly noted in the available records. The claimant has had morbid obesity for many years, with limited activities including limited activities at home, and

therefore, these activities are self limited. No significant impairment from fatigue is reported. However, it is reasonable that medium to physical activities exacerbate the patient's knee pain. Fatigue due to pulmonary embolism is reasonable for up to six months post diagnosis and treatment. If generalized fatigue were a significant condition prior to 2018, then the records would be expected to include workup and evaluation specific to fatigue. The workup for sleep apnea would also have been expected. It is noted that the patient refused certain activities specifically climbing ladders and stairs. The reviewer is also not convinced the claimant has gait disorder as orthopedic records from October of 2017 do not strongly indicate any gait or balance disorder.

Next is an x-ray report on 10/05/17 as read by Michael Milstein, MD, stable minimal degenerative changes in the medial femorotibial joint space compartment, unchanged, otherwise unremarkable.

Next entry is an x-ray on 08/15/19 as read by Michael Milstein, MD, mild degenerative changes in the medial femorotibial and patellofemoral joint space compartments most likely secondary to primary degenerative osteoarthritis and mildly progressed when compared with previous study. Comparison to 10/05/17 and 09/08/16 is noted.

Next entry is adult echocardiogram dated 02/11/18, left ventricle is hyperdynamic, borderline right ventricular enlargement, right atrium is mildly dilated, and all four cardiac valves are normal.

Chest x-ray on 02/11/18, right lower lobe infiltrate.

CT chest on 02/10/18, right lower lobe embolus and potential segmental and subsegmental left lower lobe emboli. Early findings of right heart strain.

Next entry is x-ray of ribs on 07/17/17, no displaced rib fractures.

Next entry is a bunch of labs, of significance has been covered previously.

Next entry is 02/11/18, bilateral lower extremity duplex ultrasound, deep venous thrombosis in the left lower extremity and right lower extremity negative for deep venous thrombosis.

Next entry is a chest x-ray portable on 02/12/18, no change in appearance of the right lower lobe infiltrate with associated pleural effusion.

Next entry is 06/13/12, CT scan of the head without contrast, mild sinus disease in the ethmoid air cells, otherwise negative.

Next entry is a CT abdomen and pelvis with contrast on 09/29/15, no bowel obstruction or free fluid. Colonic diverticula. No acute diverticulitis. Stable adrenal calcifications.

Next entry is MRI lumbar spine without contrast on 04/25/13, facet hypertrophic changes at L5-S1. No posterior disc protrusion, central canal stenosis, or neural foraminal narrowing identified.

Next entry is EKG from 02/10/18, normal EKG. No significant change compared with prior EKGs.

Pathology report 01/02/15, normal colonic mucosa, and hyperplastic polyps in the rectum.

Labs from 07/17/18, hepatitis B surface antibody negative.

Next entry is 06/10/19, stone analysis, uric acid 80%, and calcium oxalate 20%. Ultrasound abdomen 11/11/13, cholelithiasis without evidence of acute cholecystitis or biliary obstruction. Mild hepatomegaly. Diffuse fatty infiltration of the liver.

Endoscopy report from 01/02/15, non-bleeding internal hemorrhoids, diverticulosis in the sigmoid colon and in the descending colon. Two 3-5 mm polyps in the rectum dissected and retrieved. Erythematous mucosa in the descending colon and in the ascending colon biopsied. Erythematous mucosa of the terminal ileum. Erythema was mild and nonspecific.

Ultrasound of the abdomen on 09/06/17, cholelithiasis without evidence of acute cholecystitis. Coarse echogenicity of the liver with hepatomegaly suggesting hepatocellular dysfunction. Mild left hydronephrosis.

Job description, Fabrication Machine Operator dated 11/11/13. This was summarized earlier described as frequent standing and walking, occasional sitting, talking, continuous use of hands to fingers, frequent climbing, stooping, crawling, crouching, and continuous reaching. Continuous up to 25 pounds, frequent up to 50 pounds, and occasional up to more than 100 pounds. Exposure to moderate noise, loud nose, high places, toxic, fumes, cold, heat, risk of electrical shock, and vibration exposure.

Next entry is a claim settlement between the patient and liberty mutual, agreeing to settle the right knee on the job injury on 09/04/16.

Next entry is an activities questionnaire filled out by the patient on 04/21/17. The patient feels that he is able to sit for four hours, stand for 2-3 hours, and walk for two hours. He sits most of the days, stands one hour or less, and walks one hour or less. Sleeps eight hours per day. He is able to sit in the car 1-2 hours per day, holds a driver's license. Can drive a car about 1-2 hours. He has no children or grandchildren, for which he is responsible. Right-hand dominant. Denies ability to work in the garden, do work in the house, or wash his car. Does not spend time on the computer, relies on his wife for basic activities such as shopping, cooking, cleaning, laundry, and retrieving the mail. The patient reports that he bathes himself, does his own hair, gets dressed, although his wife does help and cannot go up and down stairs. The patient is unable to pursue hobbies or exercise or volunteer work. He describes pain in knee, back, and leg on the right.

Another report regarding settlement agreement, the patient has agreed to resign his employment as of 04/10/17, contending that he has physical limitations that rendered him unable to perform any available work.

He received $100 exchange for full release of claim.

A number of denial letters from Liberty Mutual Assurance Company of Boston denying short and long-term disability claim.

Next is a declaration of Michael Cummins, he declares that he has worked physically demanding positions since he graduated from high school initially at Farwest Steel & Reinforcing in 1995, high definition-cutting machine. He worked for a number of other companies in the same industry including Johnson Crushers International most recently in March of 2016. All were physically demanding. He injured his knee on 09/04/16, claiming that the set of the equipments was not ideal causing employees to maneuver their bodies in unique positions with a lot of up and down table work, stepping up narrow areas. On 09/04/16, he reports that he "heard a pop while going up and down off the table and my knee started to hurt." He reports that by the end of the shift, it was hurting pretty bad and he informed his supervisor. He noted swelling that night. He placed his own bandage. 3-4 days later, it was still hurting, increasing each day, and went to Urgent Care as a result. After reporting his injury, the patient reports that he was placed on light duty for a short period in shipping and receiving. It required him to hop to get into the seat, the angle causing increased pain and swelling and causing his leg to go numb. One day he could not even walk back to his station for a break and his safety director had to drive him home. He understands that his Liberty short-term disability policy would make him eligible for reimbursement if he is unable to perform his own occupation, specifically his actual job duties for his employer at the time that he became disabled. He also reports that in the section entitled "side effects of my medications" after receiving the steroid injection and my knee and my leg felt like it was on fire and my knee hurt like I had been hit with a baseball bat, which is little different and more painful than the pain I experienced on a constant basis.

Next is testament from his wife, who has known him since 1994. She attests that since 2016 knee injury he has been unable to hold any type of work as he had in the past. That he formerly helped with household chores including cleaning bathroom, vacuuming, cooking, washing dishes and is now unable to do so. He occasionally requires help in and out of the shower, occasionally getting dressed, when he attempted to return to work in 2017 x2 and experienced significant swelling and appeared to be in great pain in his knee.

Next is a position summary on 10/13/17 from Roy Law, the patient's attorney, it is noted that Liberty has denied Mr. Cummins' claim because he did not return various forms by a date arbitrarily set. Significant points include that Mr. Cummins was scheduled to receive steroid injections every six months into his right knee. It is clarified that the patient's long-term disability policy covers disability from the patient's job x24 months, and thereafter covers the patient if he is unable to perform any job. A review by Liberty Mutual on 12/29/17 evaluating medical records between 09/20/15 and 09/20/17 said that the patient was limited in his ability to perform meaningful work from 10/08/16 through 04/08/17, but thereafter was released to full duties and was able to return back to his work responsibilities.

Next entry is a number of appeals filed by the claimant's attorney.

Next entry is an activities questionnaire submitted by the patient this was dated on 01/25/19. The patient is now claiming that he is only able to sit 30 minutes, stand 10 minutes, walk 10 minutes, reports that he sits four hours, stands two hours, walks 15-30 minutes, lies on the couch, or sitting in recliner with feet up to 9-1/2 hours a day. Able to sit in the car 1-2 hours on a good day, still has driver's license, unable

to work in house or garden or wash car. Spends no time on the computer. Does none of grocery shopping, cooking, and cleaning, but does the laundry, opens and responds to mails, manages finances, bathes himself, styles own hair, and dresses himself, but cannot go up and down stairs. Unable to pursue his hobbies. He continues to have severe pain in the knee with popping with position change, wakes up at 10:00 or 11:00 a.m. and cannot get up out of bed until 01:00 or 02:00 p.m. I make breakfast like toast, watch TV, browse facebook and the internet.

Another denial letter on 02/28/19 from Lincoln Financial Group, at this time reviewing records from September of 2015 through February of 2018.

Next entry is another declaration from the patient, this declaration reviews previous information, but in addition adds in early 2018 suffered a near fatal pulmonary embolism, remained on blood thinners. Also continued headaches and frequent migraines, has to stay near the proximity of restroom due to chronic diarrhea and reports that this is due to the medications he has been prescribed according to his physician. Gained 40 pounds and is unable to exercise and is also putting additional strain on his joints. At this time reporting that the 20 mg of omeprazole give him side effects of diarrhea and nausea, takes 2 mg of loperamide, which leads him feeling drowsy and fatigued and 6 mg of Coumadin, which exacerbates his headaches. He takes 40 mg Humira subcutaneously, which adds to his nausea and headaches. Hydrochlorothiazide leaves him feeling weak and drowsy, 40 mg of lisinopril adds to his fatigue and chronic diarrhea. This is dated 08/14/19.

Next entry is his ex-wife also adds a declaration. This is dated 08/26/19. This reinforces his inability to perform his activities at home, needs to wear a knee brace. He requires assistance from her, endorses his headaches. This application is apparently denied because the Roy Law Group files an appeal of 08/27/19. The attorney notes deterioration over time, and contends that an independent medical exam should have been utilized to properly assess the patient's current condition.

**SPECIFIC QUESTIONS TO BE ANSWERED IN THIS REPORT**:

1. **Based on the medical evidence and your examination, what diagnoses are supported?**

The diagnoses of right knee meniscectomy with superimposed degenerative arthritis, left lower extremity deep vein thrombosis with pulmonary embolus, right upper quadrant pain status post cholecystectomy, obesity, recurrent hemorrhoids, chronic low back pain, hidradenitis suppurativa, history of right great toe trauma, right elbow hyperextension injury, hypertension, and history of kidney stones are all supported by the combination of medical evidence and/or medical records. Diagnoses of bilateral thumb pain/tendinitis, depression, anxiety/stress disorder, neck and shoulder pain, right ankle history of ligament tear are less well supported as they are predominantly based on the claimant's report only. There is some medical reference to some depression and/or stress/anxiety, but there is no formal diagnosis made. Chronic migraines are referred to and are likely a formal diagnosis for which there is good evidence, but the associated head trauma is not directly referred to in the medical literature.

Based on the medical records and the claimant's presentation, this examiner feels there are limitations to this claimant's ability to work, but it is a complex scenario. I am going to go through his list of disabling conditions and try to define the limitations that I think are realistic for those conditions. This examiner

does feel that this claimant has a tendency to exaggerate his degree of limitations, the motivation for this is unclear, whether it be disability seeking, versus medical non-sophistication, versus a desire to be heard is unclear.

1. The right knee is partially disabling. I think it is reasonable with other assessments to place this claimant in the sedentary physical demand category with respect of any. He should be restricted to a desk type level job and allowed to sit, stand, and move around as necessary for pain. However, I do not foresee that this should limit him to less than an eight-hour fulltime position. Rationale for this is that the objective evidence with the MRI findings, intraoperative findings supported fairly mild orthopedic injury that most people recover from completely. The degree of arthritis is likewise considered mild to moderate at worst, and should not be markedly disabling. The claimant does have evidence of something of an exaggeration on his presentation on physical exam. Despite the claimant's claims of swelling, etc, none was in evidence on physical exam today, and the medical record does not support its prevalence on presentation.
2. His bilateral thumb complaints are not reported in the medical record. On physical exam today, there is no swelling, no provocation of pain with axial compression. Finkelstein's test is negative bilaterally and palpitation is notable only for some very mild pain over the right MCP joint. Therefore, no limitations can be attributed to this condition.
3. Left lower extremity DVT/PE. The claimant himself supports that he is not limited from complications of the pulmonary embolus, but is slightly limited from the complications of left lower extremity DVT. However, most outcomes from venous DVT are full recovery even though he needs to remain on Coumadin for life. Even taking the claimant's complaints at face and full value, this is not a completely disabling condition that should add anything to the level of disability already attributed to the right knee.
4. Right upper quadrant cramping/spasms. Again, this is based on subjective report only. There are no corroborating reports of continued pain of this nature in the medical record.
5. The claimant reports that he is in counseling for depression, anxiety and stress disorder. There are no records to support this.
6. Obesity. This would limit his ability to perform any sustained physical tasks. The claimant is quite deconditioned. At a sedentary level of work, the claimant should still be able to perform fulltime work, but would have difficulties with prolonged or sustained walking even on smooth level surfaces. His degree of deconditioning would likely improve with regular exercise, and weight loss.
7. Lumbar pain. This is briefly referred to in the chart sporadically, it did not appear to be formally worked up. Therefore, it is difficult to attribute disability. The claimant does seem to have had sporadic reports of back pain in the medical record, and reports that he is simply not someone to complain about such things, which overall may be somewhat accurate. The claimant however given his report of 4/10 pain, etc would appear to be accommodated for in the restrictions already placed on the right knee.
8. Head trauma. The claimant did not endorse any cognitive dysfunction. He does report constant ongoing migraines. He reports that these are still two times per week greater than a 10/10 in pain, somewhat controlled by ibuprofen. However, in the medical record, there is clear report from Dr. Knowlton that the claimant received good improvement with alprazolam and then later beta-blockade medications. As the years went by, the headaches overall seemed to become less and less of a factor. The claimant at the very least reported

initial improvement with the medication interventions, some worsening with stress and anxiety, but never enough to warrant ongoing further changes in medication management. Therefore, it is also difficult to ascribe any disability with respect to the migraines because there is no significant corroborating records in the medical record, and on physical exam, there is no way to verify the presence or not of headaches.

9. The hidradenitis suppurativa is evaluated. I do not doubt that they might be painful, nor do I doubt that some of them are draining. Whether it is a voluminous problem as the claimant indicates is unclear. However, it does appear that this condition would limit this claimant somewhat in terms of acquiring potentially more than usual amounts of time for personal hygiene to maintain areas where the lesions are currently draining.
10. Right ankle ligament tears. There are no medical records of this condition. The claimant reports some disability from these still, including some increased numbness in the leg and increased swelling in the leg since the knee injury, but clearly this injury was such that he was able to continue working in his capacity as a Machinist and Machine Operator despite this prior to the knee injury.
11. The same is true of his right great toe injury.
12. Right elbow extension injury. The same is also true of his right elbow extension injury, which also occurred prior to the knee injury.
13. The claimant has reported most recently in August of 2019 as he attempts to attain disability status from his long-term disability carrier that the medications are causing side effects that are further hampering his ability to perform meaningful work. Dr. Knowlton, the claimant's primary care provider, has alluded to the potential for side effects as early as June of 2018, but never documented in medical records that the claimant had ever complained of said side effects. Dr. Knowlton further endorses this potential for side effects again in August of 2019, and it is only around this time that the claimant himself begins endorsing that he has side effects from his medications.
14. Remote history of various fractures in his arms and forearms as a child and obviously did not impact his ability to perform meaningful work. Similarly, the various kidney stones although they do cause him occasional pain are also typically not something that should impact the ability to perform meaningful work.

**2. Please provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations on physical activities. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type, reach, etc.)**

Overall he is restricted to a sedentary PDL full-time job with allowance for more frequent breaks to sit/stand as needed and perform personal hygiene (frequently).

**3. Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are supported, if applicable.**

Please see question #1.

**4. Please comment the claimant's ability to maintain fulltime employment on a sustained basis within the identified restrictions and limitations.**

From a strict diagnosis by diagnosis standpoint, this examiner feels that this claimant would be able to perform sedentary physical demand level work, with extra breaks for personal hygiene due to draining lesions from his hidradenitis suppurativa. This claimant's level of disability has been so longstanding, however, this examiner foresees further difficulties about any attempts at returning to work that are more motivation based.

5. **Please comment on the restrictions and limitations by the provider, Dr. Knowlton in his 08/26/19 letter.**

The main point of contention is the number of hours that Dr. Knowlton claims that the claimant is limited to compared with other examiners including this examiner. Other examiners project that the claimant could perform sedentary physical demand level work for fulltime, most notably his orthopedic surgeon, and even projections from his physical capacities evaluation. Dr. Knowlton cites what are in effect quotes from the claimant stating that he is unable to perform certain tasks for more than X amount of time or Y amount of time. It is noted in the medical record that various activity forms submitted by the claimant to the insurance carrier that the amount of time that the claimant claimed he could do these tasks diminished as his application proceeded forward. This could be due to the claimant's ongoing further medical complications such as the DVT/PE, progressive deconditioning, etc, but in particular conditions like the DVT/PE should see meaningful recovery, whereas in this patient if this were the case this claimant has not. There has been a clear decline in what the claimant claims he is able to do as time has proceeded on, and Dr. Knowlton's letter seems to reflect report of the claimant's activities. Dr. Knowlton also reports the claimant has potential for side effects from the various medications that he is taking, and states that this might also be a further limiting factor on the claimant's ability to perform work. However, none of Dr. Knowlton's notes that I reviewed specifically cites any medication side effects, and in fact particularly for a medication for migraine for example the medications often seem to have a very beneficial effect that the claimant endorses quite strongly. The restrictions and limitations provided by Dr. Knowlton strike this examiner as more of a lifelong family physician trying to support his lifelong patient, and consequently deemphasizing the limitations as recommended by other providers such as the orthopedic surgeon, and the physical capacities examination evaluator.

6. **Do the medical evidence and/or your examination support any cognitive and/or physical side effects attributed the claimant's medications? If yes do the side effects contribute the claimant's impairment? Please explain your medical rationale.**

<u>With the exception of the Humira, for which there are not a lot of notes currently as this is still an ongoing issue,</u> the claimant did not report any significant side effects for any of the medications that he was on for various medical conditions over time. In fact, most notably the medications often did what they were supposed to do controlling his blood pressure, reducing his headaches, and better managing his pain. Furthermore on history today, the claimant was quite lucid. Although not a sophisticated historian and with a disappointing lack of detailed recollection regarding which specific medications he takes on a regular basis he was very specific about medications he took on an as needed basis, he was unable to recall which medications may have contributed to what side effects when and where. The medical records clearly suggest that he tried, started and stopped medications at various times and should have been able to identify which medications did what side effects. In fact there is a listing of

the claimant's medical allergies and their reactions in Dr. Knowlton's notes and they do not include the medications that the claimant is currently on. The claimant himself did not appear to be cognitively impaired otherwise during the history today in fact he was quite verbose and quite specific and able to answer my questions regarding the various specific medical conditions that he thought were impairing him as outlined in my history, there were good 15 different elements that we reviewed in detail and this is all from his recollection. He did not appear to be lethargic. He did not appear to be ill, he did have a number of antalgic pain behaviors most notably associated with his physical movements. Therefore, this examiner does not feel that claimant is impaired cognitively or physically by side effects from his medications.

**CONFLICT OF INTEREST ATTESTATION:**
I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review (I do not have a contract to provide health care services to enrollees of the health benefit plan of the insurance issuer or group health plan that is the subject of this review); the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; (I do not have staff privileges at the facility where the recommended health care service or treatment would be provided if the insurance issuer's or group health plan's previous non-certification is reversed) or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**PHYSICIAN ADVISOR:**

**Victor K. Lin, M.D.**
**Board Certified in Physical Medicine & Rehabilitation**
**Licensed in State of OR #MD20541**

***NMR CONFLICT OF INTEREST ATTESTATION:***

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**4960 East State Street ● Rockford, IL 61108 ● Phone 815.964.6334 ● Fax 815.977.9882**
***website*** **www.nmrco.com** ■ ***email*** **RockfordIMEDepartment@examworks.com**

# Network Medical Review Company, LTD.

*An Examworks company*

## INVOICE

| | |
|---|---|
| Invoice Number: | 283881-1 |
| Invoice Date: | 11/21/2019 2:30 PM CST |
| Account Number: | 519192 |
| File Number: | 283881-1 |

Attn: HEATHER CARIGNAN
8801 INDIAN HILLS DRIVE
OMAHA, NE 68114

| | |
|---|---|
| Service Date: | 11/21/2019 2:30 PM |
| Claim Number: | 7224525 |
| Claimant Name: | MICHAEL CUMMINS |

| Description | | Amount |
|---|---|---|
| Initial | LTD | **$7850** |

**Physician Name/Specialty**

Victor K Lin / Physical Medicine & Rehabilitation

**Comments**

**Please pay this amount:** **$7850**

Remit to: Network Medical Review Company, LTD
PO Box 492260
Redding, CA 96049-2260
Tax ID 76-0711128

ICP Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| ASTEC INDUSTRIES, INC. | MICHAEL CUMMINS | 7224525 |

| | | | |
|---|---|---|---|
| Referred By: | Heather Carignan | Claimant DOB: | |
| Referral Date: | 10/16/2019 | Job Title: | Burner/Machine Operator |
| Due Date: | 10/30/2019 | Medical/ Surgical Condition: | h/o DVT on blood thinners, kidney stones, headaches, various musculoskeletal diagnoses |
| Referral Type: | Appeal Referral | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 10/07/2016 |
| Report Date: | | DOD: | 10/08/2016 |
| Physical Demands: | | BBD: | 04/08/2017 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

*This memo will pertain only to the claimant's non-musculoskeletal conditions per directions below.*

Core Questions

1. Please identify the primary non-musculoskeletal impairing Diagnosis(es) with ICD 10 code(s).
   - Medication side effects (T50.905)
   - Episodic ureterolithiasis (N20)
   - Chronic headaches (R51)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).
   - Chronic anticoagulation (Z79) due to pulmonary embolism (I26)/deep venous thrombosis (I80.2)
   - Abnormal bowel movement by report (R19.5)
   - Hypertension (I10)
   - Hidradenitis suppurativa (L73.2)
   - Behavioral health conditions: depressive disorder (F32.9) and anxiety (F41.9)
   - Tobacco use disorder (F17.200)
   - Morbid obesity (E66)

3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of non-musculoskeletal impairment translates into

restrictions and limitations from 4/8/2019 to Present, and comment on the expected duration. *If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.* (Literature cited is from the current on line Up-To-Date unless otherwise stated.)

The claimant is a 49 year old with male with multiple non-musculoskeletal conditions, some of which are chronic. These include symptoms related to side effects from pharmacologic therapy, chronic headaches, ureterolithiasis, hypertension, Hidradenitis suppurativa (HS), chronic anticoagulation for DVT/PE prevention, and anxiety/depression. Although the he has been prescribed loperamide, there is little information regarding abnormal bowel function. Both HS and hypertension appear to be under control with current medication.

*Ureterolithiasis:* The acute condition of ureterolithiasis occurred in the spring/summer of 2019. Stone analysis revealed the composition to be 80% uric acid with 20% calcium oxalate (6/2019) and calcium oxalate (65%) with calcium apatite (35%) (7/2019). Literature supports that with medical treatment remission of the condition in more than 75 percent of individuals. He been prescribed hydrochlorothiazide which can aid in the prevention of calcium stones as well as treatment of his hypertension. There is no indication in the currently available medical records of recurrence. This condition would have been impairing secondary to pain during the acute episodes however should not be permanently impairing.

*Medication side effects:* On his letter of 8/26/19, Dr. Knowlton describes nausea, dizziness, headaches, and weakness as side effects of the medications of Warfarin, Humira, and omeprazole, among others, as etiology for impairment. There is limited documentation concerning the severity of symptoms, the impact on daily activities, or the diagnostic work-up for these symptoms. If the symptoms are related to medication side effects, the expectation would be supportive records documenting adjustment of medication regimen including trials of alternative medications or even medication discontinuation (depending on the medications) to evaluate for improvement of symptoms since all medications may have side effects. The absence of such alterations in therapy suggests that the symptoms mentioned are not significantly impairing.

*Headaches:* The claimant has had longstanding history of headaches. He is currently taking propranolol for prophylaxis. He has had improvement in his headaches with the use of propranolol (7/10/19) and with treatment for his anxiety (Knowlton, 10/21/15). There is no indication on the 7/10/19 medication list (latest clinical record available for review) that he has been prescribed an abortive medication (medication to use when headache occurs) such as a triptan. It appears that he may be using Ibuprofen as an abortive medication (8/19/19, Scott). For significantly impairing headaches, the expectation would be an escalation of treatment such as neurology specialty referral or medication regimen adjustment.

*Pulmonary embolism/deep venous thrombosis treated with chronic anticoagulation*: The currently available medical records do not document peripheral edema, decreased peripheral pulses, increased bleeding or any respiratory complaints (except for dyspnea on exertion which has been documented since at least 5/2012). The expectation would be for

further evaluation of significant respiratory complaints with pulmonary specialist referral, pulmonary function testing or 6 minute walk test. The absence of supporting documentation suggests that these conditions are stable and not significantly impairing.

*Abnormal bowel function:* The claimant's medication list documents loperamide which can be used for loose stools. This medication appears on the list as far back as 11/14/18. There are no clinical records from 11/14/18 to 7/10/19 (latest clinical record) describing the condition, its severity, its impact on activities or its clinical evaluation. The absence of this type of documentation suggests that the condition is not significantly impairing.

*Behavioral Health:* The claimant has had behavioral health diagnoses of anxiety (at least from 9/18/13 forward) and moderate major depressive disorder (MDD) by PHQ-9 on 8/31/17 & 1/24/19 (Knowlton). He has been intermittently treated for anxiety since 2013 however there has been no specific mention of treatment such as ongoing pharmacologic or mental health counselling for the depressive disorder until recently. Although he had a trial of trazadone, it appears to have been discontinued related to side effects. He has had recent evaluation for generalized anxiety disorder and major depressive disorder by Christopher Scott, QMHP (8/19/19) with recommendations for ongoing therapy. The claimant's behavioral health conditions may be impacting his overall clinical condition but do not appear to be impairing. If these conditions appear impairing, recommend obtaining additional clinical records from Christopher Scott or other behavioral health provider and referring to behavioral health specialist consulting physician.

4. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:

Name: D Knowlton Phone Number: 1 (541) 344 8225 Fax Number: 541 744 7322
*Other **ARU Request - refer to Internal Medicine only **Atty requires any AP contact be in writing - no phone calls.*

Additional Questions

5. As of 4/8/2019 forward, please comment regarding whether or not the claimant was capable of full time work capacity, within any restrictions/limitations you may have identified. Please provide your rationale.
It is reasonable to conclude that chronic non-musculoskeletal physical medical conditions and associated therapeutic treatment regimens are not significantly impairing since the currently available medical records lack supporting documentation for further evaluation of these conditions, need for escalation of treatment, or adjustment of medication regimen including trials of alternative medications. There is no supporting documentation in the currently available records for review to suggest any one condition or combination of conditions as currently described in the clinical records would be of significant impact to impair capacity to perform at least sedentary work activities.

Based on the conditions reviewed, the claimant might need accommodations to attend clinical appointments and to take medications as needed for symptom control. Additional recommendations regarding restrictions/limitations would require more clinical information

regarding the severity and current status of his conditions as well as his current therapeutic regimen. If behavioral health condition is felt to be impairing, recommendations are given for review by psychiatric consulting physician.

Overview of clinical presentation and course of non-musculoskeletal conditions:
The claimant is a 49 year old with male with multiple physical medical conditions including hypertension, chronic headaches, tobacco use disorder, dyspnea on exertion, depression, anxiety, HS, and morbid obesity with documentation of these conditions at least as far back as 9/18/13 (Knowlton). At that time, his medications included alprazolam and propranolol. Lisinopril was on 10/16/13 to improve blood pressure control. On 1/16/14, hydrochlorothiazide was added to his pharmacologic regimen for hypertension with resultant improvement of his blood pressure control by 7/11/14. During this time, it is noted that he is having less headaches which are relieved with Aleve when they occur. Documentation attributes headaches to be related to anxiety and resolved with treatment for anxiety with alprazolam per Knowlton (10/21/15) and improving on propranolol (7/10/19).

He underwent cholecystectomy (11/2017) and hemorrhoidectomy (1/2018). In 2/2018, he developed symptoms consistent with thromboembolism (DVT and PE). He has subsequently been treated with anticoagulants since then. It would be reasonable to conclude the etiology of his thromboembolism was related to his preceding surgeries as well as his sedentary lifestyle since he had no underlying hematologic or rheumatologic abnormalities that were found after review of the currently available medical records. He has been prescribed chronic warfarin therapy.

The claimant has had history of kidney stones. He developed acute left sided flank pain related to ureterolithiasis 5/16/19. Treatment eventually necessitated ureteroscopy with lithotripsy and stent placement (6/8/19) with removal of the stent on 6/14/19. Stone analysis revealed the composition to be 80% uric acid and 20% calcium oxalate. On 7/3/19 he developed right sided flank pain. He was evaluated in the emergency room. At that time, the stone passed. Composition of this stone was calcium oxalate (65%) and calcium apatite (35%). He is currently taking hydrochlorothiazide which is beneficial for prevention of recurrent stones.

The claimant had behavioral health diagnoses of anxiety (at least from 9/18/13 forward) and moderate major depressive disorder (MDD) by PHQ-9 on 8/31/17 (Knowlton). He continued with treatment for anxiety but there was no specific mention of treatment such as pharmacologic or mental health counselling for the MDD at this time. However, he has had recent evaluation for generalized anxiety disorder and major depressive disorder by Christopher Scott, QMHP (8/19/19) with recommendations for ongoing therapy.

Records Reviewed:
*Medical records referred by Lincoln Financial Group pertaining to the claimant's clinical condition as of today's date were reviewed.*

*- Electronically Signed-*

Mary Ellen Dirlam, MD, PhD, FACP

Board Certification: Internal Medicine

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5853

| | |
|---|---|
| Date: | October 16, 2019 |
| To: | JESSE COWELL<br>ROY LAW<br>1000 SOUTHWEST BROADWAY<br>SUITE 900<br>PORTLAND OR 97205 |
| Attn: | |
| Fax: | (855) 344-1726 |
| From: | Heather Carignan<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5853 |
| Total Pages<br>(Including Cover): | 3 |
| RE: | Claim #: 7224525<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5853

October 16, 2019

Jesse Cowell
Roy Law
1000 SOUTHWEST BROADWAY
SUITE 900
PORTLAND, OR 97205

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins

Dear Attorney Cowell:

Lincoln Life Assurance Company of Boston is responsible for managing claims for benefits under the Astec Industries, Inc. Long Term Disability (LTD) Policy.

The purpose of this letter is to inform Mr. Cummins that we require additional time to render a determination on Michael Cummins's LTD appeal. Under the Employee Retirement Income Security Act of 1974 (ERISA), an appeal determination should be rendered within 45 days of receipt of the appeal, unless there are special circumstances which require a delay in making an appeal determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision.

At this time, we need additional information which is necessary to render a full and fair determination on Mr. Cummins's LTD appeal for benefits under the Policy. Currently, we are awaiting:
Scheduling of and a report regarding an Independent Medical Examination for Mr. Cummins. You will be hearing from Network Medical Review regarding the date, time and location of this exam.

Under ERISA, the period for making a benefit determination shall be tolled (suspended) from the date of this notice until the date we receive the requested information. Upon receipt of this necessary information, we will promptly render a determination on Mr. Cummins's appeal.

We will make every effort to render a determination as soon as possible, but no later than December 10, 2019.

The December 10, 2019 date is subject to the tolling while the IME report is outstanding, therefore the actual date of the completion of the appeal review may be after this.

Should you have any questions pertaining to the status of Mr. Cummins's appeal, please contact me at the telephone number below. Please include the claim number listed above in all communications.

Sincerely,

Heather Carignan
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16292
Secure Fax No.: (603) 334-5853

# Lincoln Financial Group - Independent Evaluation

## IME

Requested By: Heather J Carignan
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(888) 437-7611 x16292
Fax: (603) 334-5853

**Return Report to: VendorReferrals@lfg.com**

Document Locations

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

| | | | |
|---|---|---|---|
| Customer Name: | ASTEC INDUSTRIES, INC. | Date Sent: | 10/16/2019 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | MICHAEL CUMMINS | Claim #: | 7224525 |
| Claimant Address: | ROY LAW1000 SW BROADWAY, STE 1740 | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | PORTLAND | Claimant Tel. #: | |
| State: | OR | Claimant DOD: | 10/8/2016 |
| Zip: | 97205-0000 | Primary Diagnosis: | Oth tear of medial meniscus, current injury, left kne |
| Gender: | MALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | D Knowlton 514 344 8225 F 541 744 7322 |

Referral Questions:

Vendor Chosen: Network Medical Review (NMR)

Claimant Name: MICHAEL CUMMINS

# Lincoln Financial Group - Independent Evaluation

## IME

1. Based on the medical evidence and your examination, what diagnoses are supported ?
2. Please provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations on physical activties. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type, reach etc).
3. Please explain your medical rationale for any restrictions or limitations or why any restrictions and limitations are supported, if applicable.
4. Please comment on the claimant's ability to maintain full time employment on a sustained basis within any identified restrictions and limitations.
5. Please comment on the restrictions and limitations provided by Dr. Knowlton in his 8/26/2019 letter.
6. Does the medical evidence and or your examination support any cognitive and/or physical side effects attributed to the claimant's medications? If yes, do the side effects contribute to claimant's impairment? Please explain your medical rationale.

Instructions For Vendor:

Claimant Name: MICHAEL CUMMINS

# Lincoln Financial Group - Independent Evaluation

## IME

please refer to Dr. Victor Lin if available or Dr Kathrin Weller if not. Please note, communication is through the claimant's attorney - Jesse Cowell, Roy Law

Attorney Information (if applicable):

Jesse Cowell, Roy Law 1000 Southwest broadway Suite 900 Portland OR 97205 T 503 206 4313 F 855 344 1726

Claimant Name: MICHAEL CUMMINS

ICP Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| ASTEC INDUSTRIES, INC. | MICHAEL CUMMINS | 7224525 |

| | | | |
|---|---|---|---|
| Referred By: | Heather Carignan | Claimant DOB: | |
| Referral Date: | 10/16/2019 | Job Title: | Burner/Machine Operator |
| Due Date: | 10/30/2019 | Medical/ Surgical Condition: | h/o DVT on blood thinners, kidney stones, headaches, various musculoskeletal diagnoses |
| Referral Type: | Appeal Referral | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 10/07/2016 |
| Report Date: | | DOD: | 10/08/2016 |
| Physical Demands: | | BBD: | 04/08/2017 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Core Questions

1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).

2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).

3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 4/8/2019 to Present, and comment on the expected duration.
a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.

6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:

Name: D Knowlton Phone Number: 1 (541) 344 8225 ex ----- Fax Number: 541 744 7322
Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter

Other **ARU Request - refer to Internal Medicine only **Atty requires any AP contact be in writing - no phone calls.  **Please consider only Non-Musculoskeletal diagnoses in your review - as an IME has been requested for Musc diagnoses. Please ensure headaches, h/o dvt and kidney stones are considered in addition to any other internal medicine diagnoses.

Additional Questions

Other As of 4/8/2019 forward, please comment regarding whether or not the claimant was capable of full time work capacity, within any restrictions/limitations you may have identified.  Please provide your rationale.

Other Comments
Other Comments - null

ROY LAW GROUP

**Roy Law Group**
**1000 SW Broadway**
**Suite 900**
**Portland, OR 97205**
**Tel: 503-206-4313 Fax: 855-344-1726**

# Fax

**To:** Heather Carignan

**From:** Kali Mustafa

**Fax:** 1-603-334-5853

**Date:** September 20, 2019 03:36 PM

**Organization:** Lincoln

**Subject:** **Michael Cummins 7224525**

---

Ms. Carignan,

As mentioned in our August 27, 2019 Appeal letter, we indicated that Mr. Cummins' first full counseling appointment was pending. He has since had his first session and ask that you please include the two attached pages of records in your review.

Additionally, on September 10, 2019, our office faxed six pages of records from Oregon Medical Group - Orthopedics constituting "Exhibit H". We asked for confirmation of your receipt of the records and to confirm that you have ended your toll and have begun your review. We have not received any word. Please confirm your receipt of "Exhibit H" and that you have ended your toll. I can be reached directly at 503-265-8910.

Thank you!

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

Options Counseling Services
MH Individual Service Note

Options Counseling
and Family Services

## Session Information

| | |
|---|---|
| **Client:** | Cummins, Michael (262396) |
| **Staff:** | Scott, Christopher (240846) |
| **Service Date/Time:** | 9/10/2019 3:01 PM - 4:00 PM |
| **Client Program:** | MH - Adult Outpatient (OCSAOP) |
| **Activity:** | Individual Therapy (MH-INDINS) |
| **Organization:** | Springfield |
| **Service Location:** | 11 - Office |

## Goals Addressed

## Service Plan

| Mark as Addressed | Recommendation/Goal/Objective | Status |
|---|---|---|
| | Recommendation: Individual therapy | |
| ▣ Addressed | Goal: "I want to be normal." | Active |
| ▣ Addressed | Objective: To increase the percentage of engagement in activities (which are often avoided due to anxiety) from 50% to 100%. | Active |
| ▣ Addressed | Objective: To reduce feelings of depressed mood from occurring every day to every other day or less. | Active |

| Mark as Addressed | Intervention | Status |
|---|---|---|
| ▣ Addressed | Intervention: Individual therapy, for 53- 60 minutes | Active |

## Individual Service Note

| | | |
|---|---|---|
| **Changes in mood/ affect:** | ◉ No significant change reported | ○ Significant change reported |
| **Changes in thought process/orientation:** | ◉ No significant change reported | ○ Significant change reported |
| **Changes in behavior/ functioning:** | ◉ No significant change reported | ○ Significant change reported |
| **Changes in medication/ health:** | ◉ No significant change reported | ○ Significant change reported |
| **Changes in life events:** | ◉ No significant change reported | ○ Significant change reported |
| **Hospitalization/ emergency room visits since last session:** | ○ Yes<br>◉ No | |
| **Briefly describe client's current presentation or condition:** | Mr. Cummins' presentation appeared consistent with his baseline. | |

## Risk Assessment

| | |
|---|---|
| **Is there any risk to self or others?** | ○ Yes<br>◉ No |

## Service Note Intervention Response Plan

**Intervention provided:** Mr. Cummins described disturbances of sleep and self-esteem related to physical

| | |
|---|---|
| | limitations and insufficient social welfare support. He also described continued grief regarding the historical death of his mother, and distress regarding conflict with his brother. Client-centered therapy was used to reflect his thoughts and feelings about these items. |
| **Response to intervention:** | Mr. Cummins appeared engaged throughout the meeting. He appeared to experience increased distress on occasions. He expressed agreement on several occasions, and he reported feeling increased wellbeing in closing. |
| **Plan:** | Mr. Cummins plans to return to therapy in approximately two weeks. The further use of a client-centered approach is planned for that time. |
| **Was outcomes tool reviewed?** | ○ Yes<br>◉ No |

## Additional Services

| | |
|---|---|
| **Does interactive complexity apply:** | ○ Yes<br>◉ No |
| **Was pharmacological management conducted:** | ○ Yes<br>◉ No |

## Signatures

**Signature #1:** Christopher Scott (QMHP) - 9/10/2019 4:05 PM

## Signature History

| Action | Date | Staff |
|---|---|---|
| Document Signed | 9/10/2019 | Christopher Scott (QMHP) |

ROY LAW GROUP

**Roy Law Group**
**1000 SW Broadway**
**Suite 900**
**Portland, OR 97205**
**Tel: 503-206-4313 Fax: 855-344-1726**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Heather Carignan | **From:** | Kali Mustafa |
| **Fax:** | 1-603-334-5853 | **Date:** | September 10, 2019 03:21 PM |
| **Organization:** | Lincoln | | |
| **Subject:** | **Michael Cummins 7224525** | | |

Ms. Carignan,

Please see the attached six pages of medical records from Oregon Medical Group - Orthopedics, constituting "Exhibit H" for Mr. Cummins' Appeal. At this time, we do not have any further information to submit and ask that you end your toll, and begin your review of Mr. Cummins' Appeal. Also, please confirm once you have received this additional information and have begun your review.

Thank you!

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

**Oregon Medical Group**
**Oregon Medical Group**
1580 Valley River Dr. Suite 210 Eugene, OR 97401
(541) 687-4900 Fax: (541) 687-4904

*August 29, 2019*
Page 1
Office Visit

**Michael Cummins**
Male DOB: 491698

Home:
Ins: DMAP*

**08/15/2019 - Office Visit: FU Rt knee pain**
**Provider: Robb N Larsen MD**
**Location of Care: Orthopedics**

**Visit Type:** Follow-up

**CC:** right knee pain

**History of Present Illness:**
Mr. Michael Cummins follows up for repeat evaluation of his right knee. His pain is getting progressively worse. His lawyer has recommended that he have a PCE. His workers comp people are stating that he should be able to do a sedentary position. He has not worked since his work injury. He has gained significant weight. He is beginning to have pain in his right hip and ankle. The steroid injection done 2 years ago helped for about 2 months. He is not interested in surgery and does not want additional injections.

## PHQ Depression Screening Tools*

### PHQ2 Questionnaire
**1. Little interest or pleasure in doing things?** 0: not at all
**2. Feeling down, depressed or hopeless?** 0: not at all
**PHQ2 Score:** 0

### PHQ9 Questionnaire
**1. Little interest or pleasure in doing things?** 0: not at all
**2. Feeling down, depressed or hopeless?** 0: not at all

**Current Medications (verified):**
1) Humira 40 Mg/0.4ml Subcutaneous Prefilled Syringe Kit (Adalimumab)
2) Warfarin Sodium 6 Mg Oral Tablet (Warfarin Sodium)
3) Ibuprofen Tablet (Ibuprofen Tabs)
4) Lisinopril 40 Mg Oral Tablet (Lisinopril)
5) Hydrochlorothiazide 25 Mg Oral Tablet (Hydrochlorothiazide)
6) Propranolol Hcl 40 Mg Oral Tablet (Propranolol Hcl)
7) Alprazolam 1 Mg Oral Tablet (Alprazolam)

**Allergies (verified):**
1) Morphine (Morphine Sulfate) (Critical)

**Past Medical History:**
Reviewed history from 10/05/2017 and no changes required:
Depression; High Blood Pressure.

**Past Surgical History:**
Reviewed history from 10/05/2017 and no changes required:
Rt knee scope 11/2016, medial meniscectomy (degenerative change) Dr. Tuman.

**Family History:**
Reviewed history from 10/05/2017 and no changes required:
No family history of osteoporosis: mother, father.

**Social History:**
Reviewed history from 10/05/2017 and no changes required:
Marital Status: Patient is single; Right Handed; Smokes a pack a day; Unemployed; No alcohol; Drug Use: never.

**Risk Factors:**
Packs/Day: 1.0; Cigars or Pipe use: never smoker; Oral Tobacco Use: never; Fall Risk: no falls in past year; Seat Belt Use: yes.

## Vital Signs:

| | |
|---|---|
| Patient profile: | 49 year old male |
| Height: | 70 inches (177.80 cm) |
| Weight: | 319 lbs (145 kg) |
| BMI: | 45.94 |
| Pulse rate: | 80 per minute |
| Pulse rhythm: | regular |
| BP sitting: | 128 / 80 (L. arm) |
| Cuff: | regular |

Vitals Entered By: Angela Dukes LPN (August 15, 2019 2:17 PM)

## Physical Exam:
**Additional Exam:** Vital signs reviewed. BMI is 46

In general, he is a morbidly obese male in no apparent distress. Mood and affect are appropriate. Insight and judgment are sound.

Sclera anicteric.

Breathing is quiet and unlabored.

His gait is antalgic.

Examination of the right knee reveals:
Skin - intact
Atrophy - none
Alignment - normal
Effusion - mild

Range of motion - 5-120°
Varus/valgus stability - subtle pseudo-laxity to valgus stress
Lachman exam - normal
Posterior drawer - negative
Tenderness - medial joint line
McMurray exam - pain without crepitation

Right lower extremity neurovascular exam shows:
Sensation - normal
Motor strength - normal
Pedal pulses - palpable
Edema - none

## Impression & Recommendations:

**Problem # 1:** Primary localized osteoarthritis of right knee (ICD-715.16) (ICD10-M17.11)
X-rays of the right knee were obtained and reviewed. They were compared to previous x-rays. There has been progressive medial joint space narrowing.

He has no interest in surgery or additional injections. I have little else to offer at this point. He is morbidly obese. The importance of weight loss through low impact activity was again discussed. I recommended use of a recumbent bike and/or aquatic therapy. He asked about a treadmill which he has at home. This may be better than walking on concrete or other hard surface, but still likely not as beneficial as a recumbent bike or swimming.

I do believe he should be able to do a sedentary type position. I recommended that he follow through with the PCE.

At this point in time he is not a surgical candidate even if he wanted surgery. He is morbidly obese and his weight has been climbing.

Return to clinic as needed.

**Other Orders:**
XR KNEE RIGHT 4 VIEW OR MORE

## Patient Instructions:

1) For several health reasons, I recommend you quit tobacco products. In addition to other health problems, it raises your risk for early heart disease, lung disease, and multiple cancers. Call 1-800-QUIT-NOW for free information and promotions for products to help quit tobacco.
2) Please follow the healthy lifestyle and nutrition recommendations that we discussed today.
3) Clinical Visit Summary provided. Patient to call if any questions.

**Oregon Medical Group**
**Oregon Medical Group**
1580 Valley River Dr. Suite 210 Eugene, OR 97401
(541) 687-4900 Fax: (541) 687-4904

*August 29, 2019*
Page 4
Office Visit

**Michael Cummins** Home:
Male DOB: 491698 Ins: DMAP*

## Medication Changes:

Added new medication of WARFARIN SODIUM 6 MG ORAL TABLET (WARFARIN SODIUM); Route: ORAL - Signed
Added new medication of HUMIRA 40 MG/0.4ML SUBCUTANEOUS PREFILLED SYRINGE KIT (ADALIMUMAB); Route: SUBCUTANEOUS - Signed

**Electronically signed by Robb N Larsen MD on 08/15/2019 at 3:18 PM**

**Oregon Medical Group**
**Oregon Medical Group**
1580 Valley River Dr. Suite 210 Eugene, OR 97401
(541) 687-4900 Fax: (541) 687-4904

*August 29, 2019*
Page 1
Imaging Report

**Michael Cummins**
Male DOB: 491698

Home:
Ins: DMAP*

**08/15/2019 - Imaging Report: XR Knee Right 4 View or more**
**Provider: Robb N Larsen MD**
**Location of Care: Oregon Medical Group**
**This document contains external references**

XR Knee Right 4 View or more
CUMMINS, MICHAEL
DOB: Age: 49 Org: OMG_CCR_IMG
MRN: 446670 Facility MRN: 491698 Gender: M
Ordering Provider: ROBB NELS LARSEN MD Class: Outpatient
Date of Service: 08/15/2019 02:40 PM Accession #: 4996007
Outside Order Number: 4445494-3 cc: DAVID KNOWLTON MD
XR KNEE RIGHT 4 VIEW OR MORE
IMPRESSION:Mild degenerative changes in the medial femorotibial and patellofemoral joint space compartments most likely secondary to primary degenerative osteoarthritis and mildly progressed when compared with the previous study.
CLINICAL INDICATIONS:Right knee pain
COMPARISON:10/5/2017 and 9/8/2016.
TECHNIQUE:Right knee, 4 views.
FINDINGS:
SOFT TISSUES:No focal soft tissue swelling, radiopaque foreign bodies or abnormal periarticular calcifications are visualized. Again noted are dermal calcifications anterior to the upper calf and prominence of the subcutaneous tissues corresponding to elevated BMI.
BONES:The bony structures are intact with no fractures identified.
KNEE JOINT:There are mild degenerative changes in the medial femorotibial joint and patellofemoral joint space compartments subchondral sclerosis and small osteophytes and joint space narrowing medially. Degenerative changes and mildly progressed when compared with the previous study. The knee joint remains normally aligned without radiographic evidence for large knee joint effusion.
INTERPRETED BY: Michael Milstein, M.D., on 8/15/2019 3:27 PM PDT
DICTATION LOCATION: 600 Country Club Road - Eugene, OR 97401
End of Diagnostic report for accession: 4996007
Interpreted/Electronically Signed By: Michael Milstein, MD on 08/15/2019

---

External Attachments:

1. Type: Text
   Comment: PDF Report
2. Type: Image
   Comment: PACS Image

**Electronically signed by Robb N Larsen MD on 08/15/2019 at 3:51 PM**

---

Robb N. Larsen, M.D.
Oregon Medical Group
1580 Valley River Rd., Suite 210
Eugene, OR 97401
541-687-4900

August 30, 2019

**Re: Michael Cummins**

To Whom It May Concern:

I am writing to provide a brief clarification, concerning my orthopedic evaluation of patient Michael Cummins on August 15, 2019. In the record of that office visit, I stated my impression that Mr. Cummins "should be able to do a sedentary type position." As to whether Mr. Cummins could work in a part-time or full-time capacity, however, I offer no definitive opinion. Likewise, my impression should not be interpreted as contrary to the opinion of Mr. Cummins' primary care physician, Dr. David Knowlton, who also believes Mr. Cummins can work in a sedentary position—albeit, for no more than 2 hours per day.

To aid in a determination of how long Mr. Cummins can perform sedentary work, I continue to recommend that a PCE be conducted.

Sincerely,

Robb N. Larsen, M.D.



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5853

| | |
|---|---|
| Date: | September 5, 2019 |
| To: | CHRIS ROY<br>ROY LAW<br>1000 SOUTHWEST BROADWAY<br>SUITE 900<br>PORTLAND OR 97205 |
| Attn: | |
| Fax: | (855) 344-1726 |
| From: | Heather Carignan<br>Appeal Review Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5853 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 7224525<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5853

September 5, 2019

Chris Roy
Roy Law
1000 SOUTHWEST BROADWAY
SUITE 900
PORTLAND, OR 97205

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins

Dear Attorney Roy:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for benefits under the Astec Industries, Inc. Long Term Disability (LTD) Policy.

The purpose of this letter is to inform Mr. Cummins that we require additional time to render a determination on Michael Cummins's LTD appeal. Under the Employee Retirement Income Security Act of 1974 (ERISA), an appeal determination should be rendered within 45 days of receipt of the appeal, unless there are special circumstances which require a delay in making an appeal determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision.

At this time, we need additional information which is necessary to render a full and fair determination on Mr. Cummins's LTD claim/appeal appeal for benefits under the Policy. Currently, we are awaiting:
the remaining records you plan to submit for the appeal.

Please provide the information to my attention to the address listed above. Please provide this information to me directly at my Secure Fax: 603 334 5853, or via email to: Disabilitydocuments@LFG.com

Under ERISA, the period for making a benefit determination shall be tolled (suspended) from the date of this notice until the date we receive the requested information. Upon receipt of this necessary information, we will promptly render a determination on Mr. Cummins's appeal. If the above information is not received by October 2, 2019, we will render a determination based on the information contained in his file.

We apologize for any inconvenience caused by this delay and will make every effort to render a determination as soon as possible. In the interim, should you have any questions pertaining to the status of Mr. Cummins's appeal, please contact me at the telephone number below. Please include the claim number listed above in all communications.

Please contact me if you have any questions.

Sincerely,

Heather Carignan
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16292
Secure Fax No.: (603) 334-5853

ROY LAW GROUP

1000 SW BROADWAY
SUITE 900
PORTLAND, OR 97205
503-206-4313
855-344-1726 FAX
ROYLAWGROUP.COM

August 27, 2019

Via Facsimile (603-334-8630) (without Exhibits) & Via USPS Certified Mail/Return Receipt Requested (with Exhibits)

The Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Groups Benefits Disability Claims
PO Box 7213
London, KY 40742-7213

**Re: Appeal of Liberty Life Assurance Company of Boston's Denial of LTD Benefits *and* Waiver of Life Insurance Premium**

**Claimant: Michael Cummins**
**Claim Number: 7224525**
**Plan/Policy Holder: Astec Industries, Inc.**

Ladies and Gentlemen:

This firm represent Michael Cummins in his appeal of Liberty Life Assurance Company of Boston's ("Liberty") denial of his Long Term Disability ("LTD") insurance benefits *and* waiver of life insurance premium (if applicable). This letter is submitted pursuant to Liberty's appeal denial letter, dated February 28, 2019 ("Denial"). This letter and associated exhibits "A" – "I" constitute Mr. Cummins' appeal ("Appeal").

## I. Summary of Mr. Cummins' Position

In September 2016, Mr. Cummins suffered an on-the-job injury resulting in a right knee sprain and complex tear of his right medial meniscus. The continuing effects of this condition, combined with severe osteoarthritis of the same knee, render him disabled from the reasonable performance of any full-time occupation.

In fact, Mr. Cummins' treating orthopedist has recently recommended a full knee replacement. But these are not the only conditions debilitating Mr. Cummins and leaving him unable to work. Rather, Mr. Cummins suffers from a daunting

combination of conditions and resultant symptoms, all of which must be considered in a holistic sense by Liberty. Moreover, Mr. Cummins has been prescribed numerous medications to treat his chronic pain and other symptoms, the effects of which further diminish his physical and cognitive capacities. In sum, the disabling impact of Mr. Cummins' conditions and necessary medications, when considered both individually and in combination, should provide no real doubt as to his inability to perform the material and substantial duties of any occupation with a requisite, reasonable continuity.

Notwithstanding, the Denial asserts that Mr. Cummins is no longer entitled to disability benefits. In reaching this conclusion, Liberty committed multiple errors, including: 1) ignoring the results of an Functional Capacity Evaluation ("FCE") which precluded him from performing the duties of a sedentary occupation; 2) relying on an outdated, flawed peer review; 3) relying on a cursory Transferable Skills Analysis ("TSA"); 4) failing to engage in a meaningful dialogue; 5) ignoring or effectively disregarding updated, treating physician reports; and 6) failing to give appropriate weight to Mr. Cummins' self-reports.

In support of and as a part of his Appeal, along with the relevant statutory, regulatory, and case law applicable to his claim, Mr. Cummins submits the following exhibits:

1. Exhibit A: Declaration of Michael Cummins;
2. Exhibit B: Declaration of Charmaine Bishop;
3. Exhibit C: Narrative Letter from David Knowlton, M.D.;
3. Exhibit D: Medical records from McKenzie Family Practice;
4. Exhibit E: Medical records from Peacehealth;
5. Exhibit F: Medical records from Oregon Urology Institute;
6. Exhibit G: Medical records from Eric Olsen, MD;
7. Exhibit H: Medical records from Oregon Medical Group;[1] and
8. Exhibit I: Mental Health records from Options Counseling Services.[2]

---

[1] Mr. Cummins recently received treatment at this facility. The records have been requested and are currently being processed. Mr. Cummins respectfully asks that you toll his review until these records can be made available to Liberty for a full and fair review.

[2] Mr. Cummins had an initial mental health assessment with Options Counseling Services ("OPS") on August 19, 2019. His first full appointment is pending. While Mr. Cummins does not request that the initiation of review be tolled awaiting receipt of further OPS records, Liberty is asked to consider any additional OPS records forwarded as part of the Appeal.

## II. Facts

Mr. Cummins was born on in Eugene, Oregon, where he continues to reside. After high school, he worked a series of jobs in the labor industry, leading up to his employment with Johnson Crushers International in March 2016. In September 2016, Ms. Cummins suffered a right knee sprain and complex tear of his right medial meniscus. After the injury occurred, he attempted to remain working as he was uncertain of its severity, believing the injury only needed rest and ice. By October 2016, however, the pain was unbearable, and Mr. Cummins was forced to stop working.

In November 2016, Mr. Cummins underwent a right knee arthroscopy, and a partial medial meniscectomy. His recovery was slow, with limited improvement in functionality. He underwent several weeks of physical therapy in an effort to return to work. In April 2017, Mr. Cummins urged his physicians to release him back to work as he believed he had no other option. In short, the time off upended his finances, and he required some sort of income. Consequently, at his urging and with what appeared to be great hesitance, his physicians released him back to work.

After only three days of employment, though, Mr. Cummins was forced to stop working due to the pain and swelling in his knee. He struggled to walk for the last two days. Then, he rested and elevated his knee for approximately a week to allow for the swelling to subside and even attempted to return to work with a different company. But once again, Mr. Cummins was forced to stop working after three days for the same issues—pain, swelling and limited mobility. He has been unable to work since.

In the years following, Mr. Cummins has not experienced an improvement in his condition. Rather, he continues to have pain and swelling in his right knee that is aggravated by standing, walking, and prolonged sitting. However, if he remains in one position for too long, his knee becomes stiff because of his osteoarthritis. In early 2018, Mr. Cummins suffered a near fatal pulmonary embolism and has since relied on blood thinners to curb the presence of the deep vein thrombosis in his left leg. Further, Mr. Cummins experiences headaches daily, with frequent migraines. He also has to be within close proximity of a restroom as he has chronic diarrhea, which his physician believes is due to the medications he has been prescribed. In addition to all of his symptoms, he has gained nearly 40 lbs. since being out of work, as he no longer possesses the capacity to be active, let alone

exercise. The increase in weight has put additional strain on his joints, which amplifies his pain any time he walks.

Mr. Cummins has had a difficult time adapting to his limiting conditions. He spends the majority of his time in his recliner or lying on his couch, as each position will allow him to elevate his knee. Most days, it is rare that he is able to achieve any sort of restorative sleep, due to constantly shifting positions to remain comfortable—and the anxious, racing thoughts of his current situation that he is unable to quiet. As a result, Mr. Cummins often does not fall asleep until 3:00 AM or 4:00 AM. When he wakes, it is often late morning or early afternoon, and he is exhausted. There are times when he will spend an additional 2 – 3 hours lying in bed before getting up. The biggest obstacle he faces when he wakes is the stiffness of his right knee, making his first steps out of bed incredibly painful.

The medications that Mr. Cummins has been prescribed are not without their very significant side effects. He has been prescribed 20 mg of omeprazole that he takes daily and he experiences the side effects of diarrhea and nausea. He takes 2 mg of loperamide daily, often leaving him drowsy and fatigued. Mr. Cummins has also been prescribed 6 mg of warfarin daily, which exacerbates the headaches he experiences. Each week he takes 40 mg of Humira subcutaneously, which adds to his nausea and headaches. The 25 mg of hydrochlorothiazide he takes daily leaves him feeling weak and drowsy. Lastly, Mr. Cummins takes 40 mg of lisinopril each day, further adding to his fatigue and chronic diarrhea. The combination of these side effects presents an additional barrier to performing even basic activities of daily living, let alone the prospect of a reentry into the competitive work environment—yet the medications are necessary to treat his multiple, serious conditions.

After Mr. Cummins takes his medications, he will eat breakfast. Mr. Cummins' ex-wife and his son take care of all the household duties such as cooking, cleaning, laundry, grocery shopping, and yard work.[3] As such, one of them will usually have breakfast ready for him. If not, he will eat something simple like a bagel that takes little time to prepare. Mr. Cummins is unable to cook on his own, as the time spent standing aggravates his knee. Plus, he is usually only capable of standing in spurts of five minutes or less.

---

[3] Mr. Cummins does not have biological children, but he considers the adult child of his ex-wife to be his son.

After breakfast, Mr. Cummins will spend a good deal of his day in the living room alternating between his recliner or couch, making sure to keep his knee elevated. This is complicated by the fact that he is only able to sit for roughly 30-minute increments, since the pain of sitting in one position leads to stiffness in his knee and a tightness in his lower back. To avoid this pain, he will get up and pace his living room for a few minutes before he returns to a reclined or lying down position. On average, Mr. Cummins is capable of walking 100 feet before he has to rest. This allows him to check the mail across the street, but not much else.

Any type of activity or prolonged sitting with the inability to elevate his knee aggravates Mr. Cummins' pain, which will lead to swelling. In an effort to combat this, Mr. Cummins has an ice regimen that he adheres to, especially if he knows he has to be active. Any time he leaves his house for an appointment, he relies on a knee brace to help stabilize his knee. To curb as much swelling as possible, Mr. Cummins will frequently place an ice pack on his knee, allowing the brace to hold it in place while he is mobile. In most cases, he avoids leaving his house as he needs to have easy access to a restroom—and, due to the insecurity he experiences from any uncertain terrain he may have to walk. For example, any type of incline and or stairs is terrible for his condition. In an effort to place as little weight on his right knee as possible, he tends to overcompensate by allowing his left leg to bear the brunt of his weight. In turn, this has led to pain in his left leg and hips. Each time he returns home, he immediately has to rest and return to an elevated position as his knee will undoubtedly be swollen. Mr. Cummins also requires assistance with fastening and removing the brace.

Mr. Cummins' weeks are comprised of good days and bad days. On average, he experiences 4 – 5 bad days per week, in which his capabilities are further diminished. His headaches occur daily and are a part of his baseline pain. When they progress to migraines, he becomes sensitive to light and sound and will spend most of his time in his room, where his windows are blacked out and prevent daylight from entering. A few weeks ago, his migraine was so intense that he was unable to see clearly out of his left eye for the duration of the day. His vision was blurry, and he was unable to focus. He spent the day with a warm washcloth over his eye until he was able to regain full sight.

When Mr. Cummins experiences a good day and does not have a migraine, and when his pain levels are tolerable, he will use the opportunity to go outside for fresh air and water his lawn. He is able to do this by sitting on his stoop and using the hose, as opposed to the sprinkler. The activity usually takes 5 – 10 minutes. If his ex-wife or son is making a quick trip to the store, for something simple like

milk or bread, he will ride along in the car to simply get out of the house. He remains in the car for the 5 – 10 minutes while they're inside the store, and then he immediately returns home.

Prior to his knee injury, Mr. Cummins led a completely different lifestyle. He had always been employed in a highly physical, demanding job and never encountered any problems keeping up with the workload. He was more involved with the household chores, taking on the tasks of mowing the lawn and weeding the garden when needed. On top of it all, he was very social, easily having the stamina to socialize with friends and co-workers before and after work. His weekends were spent mostly outdoors, either camping, hiking, or fishing. During the summer months, he was frequently at the local racing track watching car races. Currently, Mr. Cummins no longer possesses the physical capacity to do any of these activities and finds himself rarely socializing.

Since Mr. Cummins has been forced to live within these daunting physical limitations, he has found the totality of his circumstances to be an exceedingly difficult headspace to occupy. His inability to provide for himself or for his family, or even to pay his own bills, has weighed heavily upon him. He is dependent on other people to perform most of his activities of daily living. And since he is discouraged to find himself in this position, he is frequently plagued with anxious thoughts and bouts of depression. In his most recent appointment with his primary care provider, therefore, Mr. Cummins was referred to a mental health therapist to address these issues.

## III. The LTD Policy

The LTD policy states:

> "**Disability**" or "**Disabled**" means:
>
> 1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:
>
> ...
>
> b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and

ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

"**Injury**" means bodily impairment resulting directly from an accident and independently of all other causes. For the purpose of determining benefits under this policy:

1. any Disability which begins more than 60 days after an Injury will be considered a Sickness; and
2. any Injury which occurs before the Covered Person is covered under this policy, but which accounts for a medical condition that arises while the Covered Person is covered under this policy will be treated as a Sickness.

"**Material and Substantial Duties**" means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.

"**Sickness**" means illness, disease, pregnancy or complications of pregnancy.

As explained and demonstrated throughout the remainder of this Appeal, Mr. Cummins meets Liberty's definition of disability for his current and future "Any Occupation" period.

## IV. Mr. Cummins is disabled under the LTD Policy

### A. Mr. Cummins' condition is well documented

Exhibit "B," the Declaration of Charmaine Bishop, contains objective evidence of Mr. Cummins' disability. Objective evidence is any evidence "perceptible to persons other than the affected individual." *Culp v. Metro. Life Ins. Co.*, 2015 U.S. Dist. LEXIS 174360, at *13 (D. Or. Sept. 28, 2015) (*quoting Merriam Webster Medical Dictionary*).[4] And Ms. Bishop, as an individual who has known Mr. Cummins intimately since 1994, is ideally positioned to offer objective perceptions as to the full extent of his debilitated condition and plethora of symptoms. To this end, the "stark contrast" Ms. Bishop details, between today and the "completely different lifestyle" he had enjoyed before his injury, is compelling evidence of disability.

---

[4] *See* http://www.merriam-webster.com/medlineplus/objective (last visited Aug. 27, 2019).

Also, Exhibits "C" to "I" provide additional medical and therapeutic evidence not previously reviewed by Liberty. Of these, perhaps most telling is Exhibit "C," the narrative letter from Mr. Cummins' long-time treating physician, Dr. David Knowlton. Specifically, Dr. Knowlton states that Mr. Cummins is disabled to a degree that "he is unable to perform the material duties of a full time sedentary occupation." In Dr. Knowlton's professional opinion, this conclusion is based on the severe osteoarthritis in Mr. Cummins' right knee, causing pain and frequent edema, in combination with the recent development of chronic migraines. According to Dr. Knowlton, Mr. Cummins cannot presently sit for more than 15 minutes at a time, **or for more than 2 hours in an 8-hour day**. Further, Dr. Knowlton affirms that the numerous medications prescribed to Mr. Cummins produce side effects of "nausea, dizziness, headaches and weakness," the combination of which also "would prevent him from performing the duties of a sedentary occupation with reasonable continuity."

The progressive deterioration noted by Dr. Knowlton is not a surprise. The results from Mr. Cummins' FCE, conducted on August 17, 2017, had already established that he is unable to perform the duties of a sedentary occupation. In fact, the FCE report determined he was only able to sit for 30 minutes at a time and for **no more than 4 hours in an 8-hour day**. On this basis alone, the Denial should be overturned—since the Ninth Circuit applies the "commonsense conclusion" that "an employee who cannot sit for more than four hours in an eight-hour workday cannot perform 'sedentary' work that requires 'sitting most of the time.'" *Armani v. Nw. Mut. Life Ins. Co.*, 840 F.3d 1159, 1163 (9th Cir. 2016). Much more, therefore, Mr. Cummins' current capacity, to sit for no more than 2 hours in a workday, renders the prospect of a sedentary occupation completely contrary to common sense.

Again, the FCE was completed more than two years ago, when Mr. Cummins was in considerably <u>better shape than he is in now</u>—e.g., as his declarative statement, Exhibit "A," details his materially deteriorated state through mid-2019. For instance, he has gained nearly 40 lbs., which puts additional pressure on his joints, amplifying his pain. Also, he suffered a near fatal pulmonary embolism and has since relied on blood thinners to curb the presence of the deep vein thrombosis in his left leg. Still further, he has developed chronic diarrhea in response to multiple medications prescribed and now must remain within close proximity of a restroom at virtually all times.

Similarly, over the period that Mr. Cummins has been unable to work, he has reliably complained of knee pain stemming from the severe osteoarthritis of his

right knee. In an office visit (Exhibit "D") with Dr. Knowlton on September 5, 2018, a general examination revealed "bony hypertrophy of [his] knees." Consequently, he received a steroid injection to help curb the pain. Likewise, in an office visit on January 19, 2019 (Exhibit "D"), Dr. Knowlton noted that Mr. Cummins' "right knee ROM [range of motion] is reduced and [his] entire knee is tender."

More recently, in an office visit (Exhibit "D") on March 7, 2019, Dr Knowlton found that Mr. Cummins "has severe arthritis of the right knee and this is quite debilitating to him." Upon further examination, Dr. Knowlton also observed "hypertrophy of the right knee which [had] slight effusion as well." Mr. Cummins received another steroid shot for temporary relief on the same visit.

Unfortunately, Mr. Cummins' pain and other symptoms are still present, even when he has the ability to recline and elevate his leg throughout the day. It is entirely reasonable, therefore, to assume that his symptoms would actually **worsen** with the advent of a strict schedule and the physical demands that a full-time sedentary occupation would generate. Indeed, any other outcome would seem quite unrealistic.

### B. Liberty must consider the impact of prescribed medications

Mr. Cummins is prescribed omeprazole, loperamide, warfarin, Humira, hydrochlorothiazide, and lisinopril. He indicates they cause him to experience the following symptoms, which are well known for these medications: diarrhea, nausea, headaches, drowsiness, weakness, and fatigue. Liberty must address how Mr. Cummins could perform the duties of a sedentary occupation while taking these medications. *Sacks v. Standard Ins. Co.*, 671 F. Supp. 2d 1148, 1165 (C.D. Cal. 2009) (noting that the side effects of a claimant's medication must be considered when evaluating disability); *see also Adams v. Prudential Ins. Co. of America*, 280 F. Supp. 2d 731, 741 (N.D. Ohio 2003) (holding it arbitrary and capricious to fail to consider the impact of medication side effects in regard to a claimant's ability to perform a particular job).

Further, pain (or narcotic medications) may impact attention and concentration, regardless of the exertional level. Failure to take pain and medication side effects into account is arbitrary and capricious. *Smith v. Continental Casualty Co.*, 450 F.3d 253, 264-65 (6th Cir. 2006).

### C. Liberty must give substantial weight to Mr. Cummins' treating providers' opinions

Courts have a strong preference for treating physicians' opinions over mere document reviews or one-time examinations. *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 834 (2003). In fact, courts have held, following *Nord*, that "a district court may, in conducting its independent evaluation of the evidence in the administrative record, take cognizance of the fact … that a given treating physician has a greater opportunity to know and observe the patient than a physician retained by the plan administrator." *Ayers v. Life Ins. Co. of North America*, 869 F. Supp. 2d 1248, 1264 (D. Or. 2012) (*quoting Jebian v. Hewlett-Packard Co. Emp. Benefits Org. Income Protection Plan*, 349 F.3d 1098, 1109 (9th Cir. 2003)).

In this regard, Dr. Knowlton has been Mr. Cummins' primary care provider since January 2010—**for nearly 10 years**. As such, he is by far the most knowledgeable and qualified physician to speak on Mr. Cummins' condition. And as already noted, Dr. Knowlton has found it more probable than not that Mr. Cummins could no longer endure even 2 hours of sitting in the course of a regular workday, thereby rendering him conclusively disabled from any sedentary occupation.

But this strong medical opinion, issued just one day before the Appeal, did not suddenly appear from a clear blue sky. In January 2019, Dr. Knowlton completed a Restrictions Form for Liberty, in which he ultimately crossed out all of the work classification options listed. It should be pointed out that Liberty's form included no option that would have allowed a provider to signify that a patient was *not* able to return to work. Because of this design, Dr. Knowlton initially marked the lightest option: sedentary. However, upon learning that in so doing he had unwittingly indicated that Mr. Cummins was capable of work on a full-time basis, he then crossed out both the sedentary box and all others—while also initialing his revision and explaining that any sedentary signification had been in "error." Still, lest there be any confusion or ongoing debate, Dr. Knowlton has authoritatively affirmed his opinion of a full-disability restriction via Exhibit "C."

### D. Liberty must credit Mr. Cummins' self-reported symptoms of pain and fatigue at face value

The Ninth Circuit Court of Appeals has long acknowledged that individual reactions to pain and fatigue are subjective and not easily determined by reference to objective measurements. *Saffon v. Wells Fargo & Co. Long Term Disability Plan*, 522 F.3d 863, 872-73 (9th Cir. 2008); *see also Bunnell v. Sullivan*, 947 F.2d 341, 345

(9th Cir. 1991) (en banc) ("[A]n adjudicator may not reject a claimant's subjective complaints based solely on a lack of objective medical evidence to fully corroborate the alleged severity of pain"); *Fair v. Bowen*, 885 F.2d 597, 601 (9th Cir. 1989) ("[P]ain is a completely subjective phenomenon" and "cannot be objectively verified or measured").

Where a claimant's condition does not lend itself easily to objective verification, such as in cases of pain and fatigue, a claimant's subjective reports must be duly considered. *Ettel v. Unum Life Ins. Co. of Am.*, 2008 U.S. Dist. LEXIS 103419, at *11-13 (W.D. Wash. Dec. 10, 2008); *see also Palmer v. Univ. Med. Grp.*, 994 F. Supp. 1221, 1233-34 (D. Or. 1998); *Gilmore v. Liberty Life Assurance Co. of Boston*, 2014 U.S. Dist. LEXIS 57529, at *17-18 (N.D. Cal. Apr. 24, 2014).

As already noted, Mr. Cummins' condition has continued to deteriorate, and he now experiences headaches occurring daily, with frequent migraines. The presence of his chronic headaches has been documented in nearly every office visit with Dr. Knowlton (Exhibit "D") ranging from October 3, 2018, to his most recent visit on July 10, 2019—with Dr. Knowlton here remarking that his "migraine headaches are returning." Additionally, on June 7, 2019, in an office visit with Physician's Assistant Victoria Waltz (Exhibit "F"), Mr. Cummins again complained of frequent headaches. And on July 3, 2019, while hospitalized at PeaceHealth (Exhibit "E"), one of his main complaints was a migraine headache.

In sum, Mr. Cummins has complained of his chronic headaches with frequent migraines to nearly all of his providers. While he has employed the use of beta blockers, he has experienced little lasting relief, and his painful headaches continue to persist. Moreover, the severity of this chronic migraine condition has now risen to a such a level that Dr. Knowlton expressly lists this as a contributing factor in the medical restrictions that render Mr. Cummins "unable to perform the material duties of a full time sedentary occupation." Exhibit "C."

## V. Liberty's Denial was unreasonable

### A. Liberty relied on an outdated, flawed peer review to make a determination

Liberty issued the Denial on February 28, 2019—relying, in part, on a stale peer review that was performed approximately seven months prior. Accordingly, the peer review did not take into account Mr. Cummins current conditions, nor his primary care provider's most recent restrictions, which preclude him from

performing a sedentary occupation. Further, the peer review mistakes evidence in multiple instances.

The peer review was originally conducted by Dr. Deborah Baldemor on July 31, 2018. Then, an August 6, 2018 clarification letter written by Dr. Baldemor advised: "It is of note that neither the initial RTW note from occupational medicine in April 2017 nor the FCE in August 2017 indicated any evidence for impairment for sedentary capacity on a full-time or part-time basis." Liberty quotes this statement, and little else from Dr. Baldemor, in support of the Denial.

Yet this assertion by Dr. Baldemor is patently and factually incorrect—since the FCE plainly demonstrated Mr. Cummins' inability to sit for longer than 4 hours in an 8-hour day, which, again, precludes him from performing the duties of a sedentary occupation. Moreover, now that Dr. Knowlton has confirmed a continued deterioration of Mr. Cummins' condition though 2019, **fully halving his sitting limitation to an absolute maximum of 2 hours in a workday**, the fatal flaw of obsolescence within Dr. Baldemor's review is all the more apparent.

In another example of review error, Dr. Baldemor incorrectly summarizes Mr. Cummins' efforts during the FCE as "incomplete," indicating that "the claimant did not display full effort throughout the testing as he 'refused' some parts of the exam." To justify this assertion, she remarks that Mr. Cummins declined to climb the ladder and stairs portion of the exam. A more thorough reading of the FCE, however, would have provided an accurate picture by clarifying that:

> MC demonstrated functional limitations in flexibility of the right knee during some tasks. He performed partial vs full squats, half kneeling only on the left each side and did not perform full kneeling. He dynamically stands without external support. Crawling was not performed. ***He was not asked to climb a vertical ladder as his performance on stairs, for safety reasons, precluded doing so.***

Emphasis added.

Further, despite the FCE stating that Mr. Cummins "walked 500 feet in 3 minutes 34 seconds [ ]for a pace of 1.6 mph," thereby "demonstrating progressively reduced stance duration antalgic limping gait right," Dr. Baldemor was "not convinced that the claimant [had] a gait disorder." She elaborated by claiming that "the orthopedic records from October 2017 [did] not strongly indicate any gait or

balance disorder." But Dr. Baldemor's doubts are hardly supported by the actual records to which she refers. Specifically, the record referenced is a *single* office visit with Mr. Cummins' orthopedist, Dr. Robb Larsen, on October 5, 2017—when Dr. Larsen observed and expressly noted that Mr. Cummins' gait <u>was</u> antalgic.

Given such misconstrued evidence and critical, unfounded conclusions within the peer review, the fact that Liberty based the Denial solely on Dr. Baldemor's flawed and outdated paper review is an abuse of discretion. At the very least, in light of Dr. Knowlton's more recently articulated restrictions in January 2019—a full month prior to the Denial—Liberty should have considered an Independent Medical Examination ("IME") to properly assess Mr. Cummins' current condition. *Popovich v. Metro. Life Ins. Co.,* 281 F. Supp. 3d 993, 1004-05 (C.D. Cal. 2017) ("Although [an insurer] is not required to ask its physicians to conduct an in-person examination, the Ninth Circuit has viewed 'pure paper' reviews with some skepticism"). *See also Montour v. Hartford Life & Acc. Ins. Co.*, 588 F.3d 623, 634 (9th Cir. 2009) (a "pure paper" review "raise[s] questions about the thoroughness and accuracy of the benefits determination"); *Salomaa v. Honda Long Term Disability Plan*, 642 F.3d 666, 676-77 (9th Cir. 2011) (criticizing administrator's decision to not conduct an in-person examination when every physician that did so found that claimant was disabled).

### B. Liberty failed to assess the impact of all of Mr. Cummins' medical conditions, in combination, on his ability to perform a sedentary occupation

Courts have found an abuse of discretion when an administrator fails to consider and evaluate the total combined impact of all a claimant's medical conditions. *Rogers v. Metropolitan Life Ins. Co.*, 655 F. Supp. 2d 1081, 1088 (N.D. Cal. 2009) (concluding that an insurer could not arbitrarily refuse to credit opinions that found plaintiff's illness greater than the sum of its parts, and further finding that the combination of all the plaintiff's conditions and symptoms precluded a return to work); *Lawrence v. Motorola Inc.*, 2006 U.S. Dist. LEXIS 63730, at *24 (D. Ariz. Aug. 24, 2006) ("An administrator abuses its discretion by failing to consider the combination of the plaintiff's impairments"); *Nickola v. CNA Group Life Assurance, Co.*, 2005 U.S. Dist. LEXIS 16129, at *30 (N.D. Ill. Aug. 5, 2005) ("Precedent teaches that an administrator making a disability determination must make a reasoned assessment of whether the total combination of a claimant's impairments justify a disability finding, even if no single impairment standing alone would warrant the conclusion").

In regard to Mr. Cummins, Liberty failed to take into account: a) the presence of his daily chronic headaches with frequent migraines; b) his chronic diarrhea; c) the presence of deep vein thrombosis in his lower left extremity; and d) all of these conditions, in concert with the underlying, severe osteoarthritis of his right knee, as well as the continued effects of his right knee sprain and the complex tear of his right medial meniscus suffered in the 2016 work injury. This failure is a clear abuse of discretion. Moreover, Dr. Knowlton has now affirmed that a combination of multiple factors—expressly including severe osteoarthritis, chronic migraines, and the significant side effects from medications needed to treat those conditions—are disabling to a degree which prevents Mr. Cummins from performing the duties of a full-time sedentary occupation with reasonable continuity.

**C. Liberty failed to consider Mr. Cummins' ability to work with reasonable continuity**

Mr. Cummins has consistently complained of chronic knee pain, daily headaches with frequent migraines, and chronic diarrhea. As he notes in his declaration, the pain and swelling in his knee are aggravated by prolonged sitting, standing and walking. Even more, the presence of his deep vein thrombosis in his left lower extremity could be aggravated by the inability to elevate his legs throughout the day. All of these symptoms, as he testifies, limit his ability to work with reasonable continuity.

Thus, even if Mr. Cummins were able to get through the demands of a single workday, the pain and swelling he would experience would render him incapable of working for the next day or two, <u>at least</u>, while he is forced to recover. And Mr. Cummins' limited capacity is actually evinced by Liberty's peer review, where Dr. Baldemor opines: "the records suggest that the claimant had no reliable capacity as of April 2017 to present." Further, she concluded that "[l]imiting the activities that cause the pain is a reasonable level of treatment."

The courts have consistently found that an employee who is incapable of working on a consistent basis is disabled. *See, e.g.*, *Ruggerio v. FedEx*, 2003 U.S. Dist. LEXIS 14048, at *8 (D. Mass. Aug. 14, 2003) (recognizing that, "at best," the plaintiff was "an unreliable worker [because her symptoms] do not manifest in a linear fashion and, at worst, totally disable her for unspecified and unpredictable periods of time"); *Thivierge v. Hartford Life & Accident Ins. Co.*, 2006 U.S. Dist. LEXIS 25216, at *35-36 (N.D. Cal. Mar. 28, 2006) (good days and bad days prevent consistent work); *Peterson v. Fed. Express Corp. Long Term Disability Plan*, 2007 U.S. Dist. LEXIS

41590, at *103-104, (D. Ariz. June 4, 2007) ("[A] total-disability determination cannot reasonably hinge on whether an employee is minimally capable, on a good day, at the right hour, of fulfilling her job duties in barely tolerable fashion. Qualification for employment requires an ability to work effectively and to be reliable.").

### D. Liberty failed to credit Mr. Cummins' self-reporting of symptoms

Mr. Cummins consistently reported his knee pain following his injury and resulting surgery, undergoing steroid shots every few months but experiencing no lasting relief. The Denial unreasonably fails to give full credit for this reporting. *Williams v. Reliance Standard Life Ins. Co.*, 164 F. Supp. 3d 1230, 1247 (D. Or. 2016). Yet courts in this jurisdiction are clear in holding that, when a claimant's condition does not easily lend itself to objective verification (such as in cases of disabling pain and fatigue symptoms), subjective reports **must be given substantial weight** unless there is a "specific, clear and convincing reason" not to, such as a demonstrated lack of credibility. *Ettel, 2008 U.S. Dist. LEXIS 103419, at *11-13*; *see also Palmer*, 994 F. Supp. at 1233-34; *Gilmore*, 2014 U.S. Dist. LEXIS 57529, at *17-18.

### E. Liberty improperly failed to engage in a meaningful dialogue which resulted in a breach of its fiduciary duty

The Department of Labor's regulations require Liberty to engage in a meaningful dialogue with a claimant. As noted by the Ninth Circuit:

> In simple English, what this regulation calls for is a meaningful dialogue between ERISA plan administrators and their beneficiaries. If benefits are denied in whole or in part, the reason for the denial must be stated in reasonably clear language, with specific reference to the plan provisions that form the basis for the denial; if the plan administrators believe that more information is needed to make a reasoned decision, they must ask for it. There is nothing extraordinary about this; it's how civilized people communicate with each other regarding important matters.

*Booton v. Lockheed Med. Benefit Plan*, 110 F.3d 1461, 1463 (9th Cir. 1997).

Liberty had a duty to explain to Mr. Cummins, in clear language, the exact type of evidence needed—a duty which it failed to meet in the Denial, when simply stating:

> The written request for review must be sent within 180 days from the receipt of this letter and state the reasons Mr. Cummins feels his claim should not have been denied. In his request for review please include the following documentation:
>
> Office notes, test results, therapy notes, operative reports, treatment plans, hospital records, from all treating providers that supports Mr. Cummins' inability to perform any occupation as defined in the Astec Industries, Inc LTD Policy
>
> You should also provide any additional information that you feel will support his claim.

The last sentence is particularly ambiguous, as it does not clarify the highly nuanced material needed to prove disability. Instead, the Denial is relying on what Mr. Cummins *deems* supportive. Mr. Cummins has no more than a high school education, however, and has worked in "heavy" physical occupations his entire career—facts which Liberty knows full well. As such, Liberty provided no explanation in terms that Mr. Cummins could reasonably have been expected to follow, stated no parameters by which his disability would be measured or determined, and offered absolutely no outreach to ensure his comprehension.

In so doing, Liberty breached its duty to engage in a meaningful dialogue by not complying with the dictates of *Booton*. *See, e.g., Patrick v. Hewlett-Packard Co. Emple. Benefits Org. Income Prot. Plan*, 638 F. Supp. 2d 1195, 1210-1211 (S.D. Cal. 2009); *Salomaa*, 642 F.3d at 680 ("[T]he administrator was obligated to say in plain language what additional evidence it needed and what questions it needed answered in time so that the additional material could be provided. An administrator does not do its duty … saying merely 'we are not persuaded' or 'your evidence is insufficient.'").

### F. Liberty wrongfully relied on a flawed Transferable Skills Analysis

First, the TSA report is conclusory—simply listing occupational titles and summary Dictionary of Occupational Titles information, while providing no analysis as to <u>why</u> the suggested occupations would be a good fit for Mr. Cummins. Therefore, the TSA is worthy of very limited weight. *See, e.g.*, *Hackett v. Xerox Corp.*, 315 F.3d 771, 775 (7th Cir. 2003) ("Conclusions without explanation do not provide the requisite reasoning and do not allow for effective

review"); *Halpin v. W.W. Grainger, Inc.*, 962 F.2d 685, 695 (7th Cir. 1992) (rejecting a plan administrator's denial of benefits as too conclusory to permit appellate review where the administrator did not weigh the evidence for and against a determination that a claimant is ready to return to work).

The TSA is also flawed, fundamentally, in the sense of being premised on outdated and inaccurate medical assumptions. In particular, the TSA incorrectly relies on the lack of restrictions and limitations imposed on Mr. Cummins by Dr. Baldemor, a physician who has never physically examined him. And as already noted, Dr. Baldemor's analysis is no longer current and erroneous as to multiple, crucial conclusions concerning Mr. Cummins' conditions and capacities—which consequently taints all the vocational findings within the TSA.

Finally, the recommendations within the TSA are without credible foundation on a purely vocational level, even excluding all the erroneous medical presumptions. For instance, the TSA overinflates Mr. Cummins' computer skills on the basis of his familiarity with e-mail and the internet. Needless to say, however, experience with checking personal email or browsing the internet, without more, does not demonstrate a reasonable proficiency with "computer skills" that would be required in any real-world, competitive employment environment.

Going deeper, the cursory manner in which the TSA was conducted is manifest by examining how both "computer skills" and "paperwork" skills were attributed to Mr. Cummins. First, the TSA states a work history listing three jobs held by Mr. Cummins. Neither of his more recent positions, however, contain either computer or paperwork duties—and these more recent positions cover more than a decade of occupational history. Rather, only by **going back more than 14 years** is the TSA able to allege "computer skills," and an ability to do "paperwork," as within a "Laser Operator" position.

This dubious "reach" to find sedentary-type work skills becomes more tenuous still upon further review. First, Mr. Cummins only held this "Laser Operator" position for three months, from April to July, 2005. Second, the TSA itself associates a Specific Vocational Preparation ("SVP") rating of "4" with this position—meaning that even average competency would not be expected until

more than three months of employment.[5] Yet that is obviously a longer period than Mr. Cummins actually worked. In other words, Mr. Cummins did not work long enough at this position to gain competency in either computer skills or paperwork.

Third, any attempt to attribute ability in these skills is even more problematic, given that "computer skills" and "paperwork" appear to have been tertiary duties for Mr. Cummins, at best. That is, even the TSA states only that he performed "some" work to that end, while the primary and secondary duties, respectively, were listed as "Operate 6030 Trump laser" and "forklift to move material." Moreover, this hierarchy of duties agrees with common sense, since the job title was "Laser-Beam-Machine Operator" for "All American Fabrication"—a perfectly prototypical, industrial labor job. In sum, this was plainly not a sedentary desk job in which "computer skills" or "paperwork" abilities were the key proficiencies for the position.

Perhaps more importantly, Liberty exercised no outreach to Mr. Cummins in order to explore his actual competency with these purported skills, or to determine his true capacities. Again, this exhibits a complete lack of meaningful dialogue on Liberty's part. Notwithstanding, the superficial, unsupportable TSA assessment became a point of emphasis in the Denial, since Liberty concluded that Mr. Cummins could perform certain sedentary occupations, based partly on his alleged "Ability to maintain paperwork." Ultimately, such inadequate analysis deprived Mr. Cummins of his right to a full and fair claim review, as discussed below.

## VI. Full and Fair Review Requirement

If Liberty disagrees with the legal analysis submitted with this Appeal, then it must explain why and provide a detailed reason for its disagreement. Moreover, if Liberty obtains an expert opinion on the issues in this Appeal, including an IME report, then Mr. Cummins is entitled to review that opinion and comment before Liberty makes its final decision.

This "full and fair review" is required by ERISA's regulations. *29 C.F.R. § 2560.503-l(h)(4)*. *See, e.g., Cook v. New York Times Co. Group Long Term Disability*

---

[5] *See* https://www.onetonline.org/help/online/svp (last visited Aug. 27, 2019) (defining an SVP level 4 job as requiring: "Over 3 months up to and including 6 months," in order to "develop the facility needed for average performance in a specific job-worker situation").

*Plan*, 2004 U.S. Dist. LEXIS 1259 (S.D.N.Y. Jan. 30, 2004); *Magee v. Metro. Life Ins. Co.*, 632 F. Supp. 2d 308, 317 (S.D.N.Y. 2009) ("The purpose of [the full and fair review] requirement is to provide claimants with enough information to prepare adequately for further administrative review or an appeal to the federal courts …. [A]nd to protect a plan participant from arbitrary and unprincipled decision making") (citations and internal quotations omitted). "At its core, the full and fair review requirement include[s] knowing what the decision-maker relied upon, and having an opportunity to address the accuracy and reliability of that evidence." *Anderson v. Sotheby's, Inc. Severance Plan*, 2006 U.S. Dist. LEXIS 42539, at *73 (S.D.N.Y. June 22, 2006). *See also West v. Corning Inc. Pension Plan for Hourly Emples.*, 2009 U.S. Dist. LEXIS 87207, at * 29 (W.D.N.Y. Sept. 22, 2009) (quoting *Anderson* for the same proposition).

**VII. Conclusion**

For the reasons stated above, Liberty should overturn its Denial and fulfill its contractual obligations to Mr. Cummins.

Best Regards,



Jesse Cowell
Attorney at Law

Enc.
Cc. M. Cummins (via email) (w/enc.)



Lincoln/Cummins 0311

## Declaration of Michael Cummins

**I, Michael Cummins, declare:**

I was born on in Eugene, Oregon, where I continue to reside. After high school, I worked a series of jobs in the labor industry, leading up to my employment with Johnson Crushers International in March 2016. In September 2016, I suffered a right knee sprain and complex tear of my right medial meniscus. After the injury occurred, I attempted to remain working as I was uncertain of its severity, believing the injury only needed rest and ice. By October 2016, however, the pain was unbearable, and I was forced to stop working.

In November 2016, I underwent a right knee arthroscopy, and a partial medial meniscectomy. My recovery was slow, with limited improvement in functionality. I underwent several weeks of physical therapy in an effort to return to work. In April 2017, I urged my physicians to release me back to work as I believed I had no other option. In short, the time off upended my finances, and I desperately needed some sort of income. At my urging and with what appeared to be great hesitance, my physicians released me back to work.

After only three days of employment, though, I was forced to stop working due to the pain and swelling in my knee. I struggled to walk for the last two days. Then, I rested and elevated my knee for approximately a week to allow for the swelling to subside and even attempted to return to work with a different company. But once again, I was forced to stop working after three days for the same issues - pain, swelling and limited mobility. I have not been able to work since.

In the years following, I have not experienced an improvement in my condition – I continue to have pain and swelling in my right knee that is aggravated by standing, walking and prolonged sitting. However, if I remain in one position for too long, my knee becomes stiff because of my osteoarthritis. In early 2018, I suffered a near fatal pulmonary embolism and have since relied on blood thinners to curb the presence of the deep vein thrombosis in my left leg. Further, I experience headaches occurring daily, with frequent migraines. I also have to be within close proximity of a restroom as I have chronic diarrhea, which my physician believes is due to the medications I have been prescribed. In addition to all of my symptoms, I have gained nearly 40 lbs. since being out of work, as I no longer possess the capacity to be active, let alone exercise. The increase in weight has put additional strain on my joints, which amplifies my pain any time I walk.

Adjusting to life within my limitations has been difficult. I spend the majority of my time in my recliner or lying on my couch, as each position will allow me to elevate my knee. It is disheartening to spend my days like this, as there are many other activities I wish I could be doing, but no longer have the capacity to participate in. Most days, it is rare that I am able to achieve any sort of restorative sleep, due to constantly shifting positions to remain comfortable, and the anxious, racing thoughts of my current situation that I am unable to quiet. As a result, I often do not fall asleep until 3:00 AM or 4:00 AM. When I wake, it is often late morning or early afternoon and I am exhausted. There are times when I will spend an additional 2 – 3 hours lying in bed before getting up. The biggest obstacle I face when I wake is the stiffness of my right knee, making my first steps out of bed incredibly painful.

After I get out of bed, I will typically use this time to take my medications. I have been prescribed 20 mg of omeprazole that I take daily and experience the side effects of diarrhea and nausea. I take 2 mg of loperamide daily which often leaves me feeling drowsy and fatigued. I have also been prescribed 6 mg of warfarin daily, which exacerbates the headaches I experience. Each week I take 40 mg of Humira subcutaneously, which adds to my nausea and headaches. The 25 mg of hydrochlorothiazide I take daily leaves me feeling weak and drowsy. Lastly, I take 40 mg of lisinopril each day that adds to my fatigue and chronic diarrhea. The combination of side effects presents an additional barrier to performing my activities of daily living, yet they are necessary to treat my multiple conditions.

After I take my medications, I will eat breakfast. While my ex-wife and I have split up, we continue to live together as she and my son take care of all the household duties such as cooking, cleaning, laundry, grocery shopping, and yard work. As such, one of them will usually have breakfast ready for me. If not, I will eat something simple like a bagel that takes little time to prepare. I am unable to cook on my own, as the time spent standing aggravates my knee as I'm usually only capable of standing in spurts of five minutes or less.

After breakfast, I will spend a good deal of my day in the living room alternating between my recliner or couch, making sure to keep my knee elevated. This is complicated by the fact that I'm only able to sit for roughly 30-minute increments, since the pain of sitting in one position leads to stiffness in my knee and a tightness in my lower back. I will typically get up and pace my living room for a few minutes before I return to a reclined or lying down position. On average, I am capable of walking 100 ft before I have to rest. This allows me to check the mail across the street, but not much else.

As previously mentioned, activity or prolonged sitting with the inability to elevate my knee aggravates the pain, which will lead to swelling. In an effort to combat this, I have an ice regimen that I adhere to, especially if I know I have to be active. Any time I have to leave my house for an appointment, I rely on a knee brace to help stabilize my knee. To curb as much swelling as possible, I will frequently place an ice pack on my knee, allowing the brace to hold it in place while I am mobile. In most cases, I avoid leaving my house as I need to have easy access to a restroom, and due to the insecurity I experience from any uncertain terrain I may have to walk. For example, any type of incline and or stairs is terrible for my condition. In an effort to place as little weight on my right knee as possible, I tend to overcompensate by allowing my left leg to bear the brunt of my weight. In turn, this has led to pain in my left leg and hips. Each time I return home, I immediately have to rest and return to an elevated position as my knee will undoubtedly be swollen. I also require assistance with fastening and removing the brace.

My weeks are comprised of good days and bad days. On average, I experience 4 – 5 bad days per week, in which my capabilities are further diminished. My headaches occur daily and are a part of my baseline pain. When they progress to migraines, I become sensitive to light and sound and will spend most of my time in my room, where my windows are blacked out and prevent daylight from entering. Sometimes it's better to stay up late and sleep through the day as I find being awake when it's dark more preferable. That way, I don't have to be confined to my room. A few weeks ago, my migraine was so intense that I was unable to see clearly out of my left eye for the duration of the day. My vision was blurry, and I was unable to focus. I spent the day with a warm washcloth over my eye until I was able to regain full sight.

When I'm experiencing a good day and do not have a migraine, and my pain levels are tolerable, I will use the opportunity to go outside for fresh air and water my lawn. I am able to do this by sitting on my stoop and using the hose, as opposed to the sprinkler. The activity usually takes 5 – 10 minutes. If my ex-wife or son are making a quick trip to the store for something simple like milk and bread, I will ride along in the car to simply get out of the house. I remain in the car for the 5 – 10 minutes they're inside the store, and we immediately return home.

On good days, I feel more confident testing the limits of my conditions. A few weeks ago, I attempted to help my son fix the blade in the lawnmower. This is something I would have had no problem with, prior to my knee injury. The project took roughly 15 – 20 minutes to complete, in which I walked into our garage, and sat in an office chair with wheels to allow me the mobility to move around the lawnmower

without kneeling down. I helped him remove the blade and set it up in a nearby vice to grind it down. We then fastened the blade back in the lawnmower and I returned to the living room. The simple task took me roughly a day to recover from, as my back and hips were sore, and my right knee had begun to swell, along with my ankle. I was frustrated as it reaffirmed that any type of overexertion provokes more pain and requires a recovery period.

Prior to my knee injury, I led a completely different lifestyle. I had always been employed in a highly physical, demanding job and never had any problems keeping up with the workload. I was more involved with the household chores, taking on the tasks of mowing the lawn and weeding the garden when needed. On top of it all, I was very social, easily having the stamina to socialize with friends and co-workers before and after work. My weekends were spent mostly outdoors, either camping, hiking or fishing. During the summer months, I was frequently at our local racing track watching car races. I no longer possess the physical capacity to do any of these activities and find myself rarely socializing. My pick-up truck has sat idle for over three months now.

It has been a difficult headspace to occupy, as I have been forced to live within my physical limitations. My inability to provide for myself and family and pay my bills has weighed heavily upon me. I am dependent on other people to perform most of my activities of daily living. As a result, I find that I am frequently plagued with anxious thoughts and bouts of depression, as I am discouraged to find myself in the position I am. In my most recent appointment with my primary care provider, he referred me to a therapist to address these issues. I have an appointment scheduled and am hopeful it will provide some relief and a plan moving forward.

If there was any way that I was capable of returning to work, I would not be in my current predicament. In 2017, I fought hard to persuade my doctor to release me to return to work. As I already mentioned, I was only able to work a total of six days before I was forced to quit. At the time, I was in much better condition as I was 40 lbs. lighter, I didn't have to contend with nearly as many side effects of my medications. Also, I was not experiencing headaches or chronic diarrhea, yet I was still unable to make it past the combined six days of work. Presently, if I were to force myself to make it through a single day of work, notwithstanding the side effects of my medications and headaches and migraines, my knee would swell, further provoking my knee pain and exacerbating the pain in my hips and lower back, and I would have to spend the next 1 – 2 days recovering. In my current condition, there is simply no way that I would be able to perform the material duties of any occupation with reasonable continuity.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to perjury.**

Michael M Cummins (Aug 14, 2019)

**Michael Cummins**

Aug 14, 2019

**Date**

## Declaration of Charmaine Bishop

**I, Charmaine Bishop, declare:**

I reside in Eugene, Oregon. I first met Michael Cummins in 1994 when I was working for a temp agency. Michael was a full-time employee and the two of us began dating and eventually were married. Though we are currently divorced, we continue to live together with my son. As such, I have been able to observe, first hand, the lasting impact Michael's knee injury has had upon his life.

Prior to his injury, Michael led a completely different lifestyle. Since I've known him, he has always worked a physically demanding job. He never had any limitations, and had no problems keeping up with the physical demands his job required. He would even come home and cook his own dinner. On the weekends, the two of us were rarely home. If we weren't at the track, watching the car races, we would be at the beach or the mountains camping and hiking. He was also much more helpful around the house with chores. He took on the tasks of mowing the lawn and weeding the garden. He even cleaned the bathroom and would sweep and mop the floors and dust.

Unfortunately, after his injury, he was unable to perform any of these activities, and my son and I have had to take over many of the tasks he used to be able to do on his own. We also take care of the grocery shopping, cooking and laundry. Michael spends a lot of his time in a reclined position, keeping his knee elevated and straight. He runs into trouble any time he has to keep his knee bent, which will cause it to swell. At its base level, it always appears swollen, even when he first wakes in the morning. Any time he has to leave the house, he has to wear a brace. Either myself, or my son will drive him to appointments as he can recline in the passenger seat and keep his knee straight. It's been so long since he's been able to drive that I don't recall the last time he drove somewhere on his own. When we return home, I have to assist him with the removal of his brace as he is unable to bend his knee to reach his ankle to unfasten the clasp.

Michael complains of headaches on a daily basis. They have increased in frequency and duration since his injury. He experiences migraines a few days a week in which he will spend the majority of his time in his room, due to his sensitivity to light. He only leaves the house when he has to, as he frequently experiences diarrhea from the medications he's been prescribed and often needs immediate access to a bathroom. The combination of all of his symptoms have made his life and ability to function

incredibly difficult. On particularly bad days, I have to help him in and out of the bathtub as he is unsteady on his feet and requires the additional support.

Michael's current condition is in stark contrast to the Michael that I first met back in 1994. He is only 49 and yet he is reliant on other people to help him with his most basic needs. It has been difficult to watch his condition deteriorate. I know this has weighed heavily upon him and has caused him to become anxious and depressed. I know if he were remotely capable of returning to work, he would already be employed. He is unhappy having to spend most of his days keeping his knee straight and elevated. Michael could probably force himself to work a single day, but he would require the next 2-3 days to recover, to allow the swelling in his knee to subside. In his current state, there is absolutely no way he would be able to perform the material duties of a sedentary occupation with reasonable continuity.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to perjury.**

Charmaine Bishop
Charmaine Bishop (Aug 26, 2019)

**Charmaine Bishop**

Aug 26, 2019

**Date**

# MCKENZIE FAMILY PRACTICE, P.C.

08/26/2019

To Whom It May Concern,

It is my professional opinion, on a more probable than not basis, due to Mr. Cummins' severe osteoarthritis of his right knee, resulting in pain and frequent edema, and more recent development of chronic migraines, create the following medical restrictions and/or limitations: he is unable to sit for more than 15 minutes at a time and no more than 2 hours in an 8 hour day, stand more than 15 minutes at a time and no more than 2 hours in an 8 hour day, walk more than 15 minutes at a time and no more than 2 hours in an 8 hour day, lift more than 20 pounds, which are disabling to the degree he is unable to perform the material duties of a full time sedentary occupation.

Mr. Cummins' prescribed medications of Warfarin, Humira and Omeprazole, among others, cause him to experience the following well known side effects for these medications: nausea, dizziness, headaches, and weakness; which would prevent him from performing the duties of a sedentary occupation with reasonable continuity.

Based on my professional experience, the extent, severity and duration of Mr. Cummins' symptoms are reasonable for someone in his condition.

If you have any questions please feel free to contact my office at 541-344-8225.

Regards,

MD

David Knowlton, MD

## Progress Note

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 48 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 07/10/2019

## Subjective:

**Chief Complaints:**

- Protime
- Pt was at SHRB 7/1/19-7/4/19 for kidney stones. Hosp wants pt to have a BMP. Needs referral to Dr. McAllister (derm) due to his Humira

**HPI:**

Dermatology:

He has hidradenitis suppurativa and has been on Humira for 8 months and he feels his anxiety and depression has worsened along with generalized osteoarthritis and GI distress with chronic diarrhea and migraine headaches are returning. He is having this prescribed by Dr. Olson's office with Christy MacAllister PA and he really needs a referral back to discuss this with them

He feels the Humara is improving the hydradenitis by 30 - 40 percent and does not believe the possible side effects are worth the potential side effects.

Heme/Lymph:

He has a hx of PE and DVT and is on chronic coumadin, no respiratory symptoms today, he continues to smoke cigarettes. INR is stable and has been historically.

Hypertension:

He has HTN which is fairly well controlled (propanal, lisinopril, HCTZ) and he has no cardiac symptoms today.

Chronic Headaches:

He has chronic migraine headaches and uses beta blocker as preventative with some success.

Urology:

He has had another episode of Kidney Stones and was in the hospital for 3 days passing one. He does have an appointment with urology coming up.

**ROS:**

CONSTITUTIONAL:

- Sleep abnormal.
- no Bleeding Problems.
- no Energy level.
- no Concerns.
- no Appetite.
- no Elimination.
- no Ill Contacts.
- no Fussy.
- no Nutrition.
- no Headaches.
- no Fever.
- no Chills.
- no Sweats.
- no Night Sweats.
- no Weight Loss.
- no Weight Gain.
- no Loss of Appetite.
- no Weak.

- c/o Fatigue.

CARDIOLOGY:

- no Diaphoresis.
- no Pallor.
- no Chest Pain.
- no Shortness of Breath.
- no Palpitations.
- no Dizziness.
- no Leg Edema.
- c/o Fatigue.
- no Orthopnea.
- no PND (paroxsymal nocturnal dyspnea).

RESPIRATORY:

- no Cold Symptoms.
- no Cough with exercise.
- no Nasal Congestion.
- no Runny Nose.
- no Shortness of Breath.
- c/o DOE (dyspnea on exertion).
- no Persistent Cough.
- no Chest Congestion.
- no Chest Pain.
- no Wheezing.
- no Hemoptysis.
- no Orthopnea.
- no PND (paroxsymal nocturnal dyspnea).
- Tobacco Use none.

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp
- Hydradinitis suppurativum
- Pulmonary embolism right lung
- DVT left leg

**Surgical History:**

- pilonidal cyst 2004
- Colonoscopy two polyps 2015
- Tourn meniscus right 2016
- Gallbladder 2017
- Hemorrhoid surgery 2018

**Hospitalization/Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 75 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other

Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches

Paternal Grand Father: deceased 84 yrs

Paternal Grand Mother: deceased 92 yrs

Maternal Grand Father: deceased 74 yrs

Maternal Grand Mother: deceased 74 yrs

Siblings: One brother older in good health he has some sort of stomach issues GERD

Children: none

**Social History:**

General:

Smoking: yes. Smoking Status current smoker, First cigarette of the day 31-60 min, Quantity per day 11-20, Interest in quitting Thinking about quitting, When did you start smoking? 01/01/1982. no Smokeless Tobacco. no Alcohol, none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: disabled. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

- omeprazole 20 mg delayed release capsule 1 cap(s) orally once a day
- loperamide 2 mg capsule 1 cap(s) orally qd
- warfarin 6 mg tablet 1 tab(s) orally once a day
- propranolol 40 mg tablet 1 tab(s) orally 2 times a day
- Humira 40 mg/0.8 mL kit subcutaneously every week
- hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
- lisinopril 40 mg tablet 1 tab(s) orally once a day
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI
- Trazodone: migraine

## Objective:

**Vitals:** BP 122/88, HR 71, RR 14, Wt 321, Ht 71.75, BMI 43.83, Pain Scale 5.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress.
- HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflammation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.
- Oral cavity: no lesions, moist mucus membranes.
- Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.
- Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.
- Lungs: clear to auscultation in all fields.
- Extremities: no edema.
- Neurological: nonfocal.

- Psych: normal affect, good eye contact.

## Assessment:

**Assessment:**

- Long term (current) use of anticoagulants - Z79.01 (Primary), due to PE
- Hidradenitis - L73.2
- Body mass index (BMI) of 45.0-49.9 in adult - Z68.42
- Other chronic pulmonary embolism without acute cor pulmonale - I27.82
- Essential hypertension - I10
- Nephrolithiasis - N20.0

## Plan:

**1. Long term (current) use of anticoagulants**

- **Lab:**Prothrombin Time PT INR 3.1

| | |
|---|---|
| INR | 3.1 |
| Prothrombin Time | 36.9 |

Notes: Taking Warfarin Safely: Care Instructions material was published to portal.

**2. Hidradenitis**

Notes: Referral back to dermatology.
Referral To:Christy McAllister
Reason:Hydradenitis sent 7/12/19

**3. Body mass index (BMI) of 45.0-49.9 in adult**

Notes: Diet and exercise.

**4. Other chronic pulmonary embolism without acute cor pulmonale**

Notes: Continue coumadin.

**5. Essential hypertension**

Notes: Doing well now.

**6. Nephrolithiasis**

Notes: Dr. Walker is his urologist.
Referral To:Oregon Urology Institute
Reason:Nephrolithiasis sent 7/12/19

**Procedure Codes:**

- 99496 Transitional care within 7 days
- 85610 Prothrombin time/INR
- 1111F DSCHRG MED/CURRENT MED MERGE
- 3008F BODY MASS INDEX DOCD
- 3074F SYST BP LT 130 MM HG
- 3079F DIAST BP 80-89 MM HG

**Follow Up:** 4 Weeks, prn

## Care Plan:

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 07/10/2019



**Electronically signed by David Knowlton , MD on 07/25/2019 at 11:26 AM PDT**
**Sign off status: Completed**

## Progress Note

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 48 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 05/30/2019

---

## Subjective:

**Chief Complaints:**

- Protime

**HPI:**

Heme/Lymph:

He has a hx of PE and DVT and is on chronic coumadin, no respiratory symptoms today, he continues to smoke cigarettes. INR is stable and has been historically.

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp
- Hydradinitis suppurativum
- Pulmonary embolism right lung
- DVT left leg

**Surgical History:**

- pilonidal cyst 2004
- Colonoscopy two polyps 2015
- Tourn meniscus right 2016
- Gallbladder 2017
- Hemorrhoid surgery 2018

**Hospitalization/Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 75 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other
Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues GERD
Children: none

**Social History:**

General:

Smoking: yes. Smoking Status current smoker, When did you start smoking? 01/01/1982, Quantity per day 11-20, First cigarette of the day 31-60 min, Interest in quitting Thinking about quitting. no Smokeless Tobacco. no Alcohol, none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: disabled.

Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).
Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

- omeprazole 20 mg delayed release capsule 1 cap(s) orally once a day
- loperamide 2 mg capsule 1 cap(s) orally qd
- warfarin 6 mg tablet 1 tab(s) orally once a day
- propranolol 40 mg tablet 1 tab(s) orally 2 times a day
- Humira 40 mg/0.8 mL kit subcutaneously every week
- hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
- lisinopril 40 mg tablet 1 tab(s) orally once a day
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI

## Objective:

**Vitals:** BP 124/70, HR 74, RR 14, Wt 326, Ht 71.75, BMI 44.52, Pain Scale 5.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress.
- HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflammation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.
- Oral cavity: no lesions, moist mucus membranes.
- Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.
- Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.
- Lungs: clear to auscultation in all fields.
- Extremities: no edema.
- Neurological: nonfocal.
- Psych: normal affect, good eye contact.

## Assessment:

**Assessment:**

- Long term (current) use of anticoagulants - Z79.01 (Primary), due to PE
- Benign essential hypertension - I10
- Morbid (severe) obesity due to excess calories - E66.01
- Body mass index (BMI) of 45.0-49.9 in adult - Z68.42
- Colon polyps - K63.5

## Plan:

**1. Long term (current) use of anticoagulants**

- **Lab:**Prothrombin Time PT INR 2.4

| | |
|---|---|
| INR | 2.4 |
| Prothrombin Time | 28.6 |

Notes: Doing well.

**2. Benign essential hypertension**

Notes: High Blood Pressure: Care Instructions material was published to portal, well contorlled. Well controlled.

**3. Morbid (severe) obesity due to excess calories**
Notes: Diet and exercise.
**4. Colon polyps**
Notes: UTD with colonoscopy.
**Procedure Codes:**

- 85610 Prothrombin time/INR
- 3074F SYST BP LT 130 MM HG
- 3078F DIAST BP LT 80 MM HG
- 3008F BODY MASS INDEX DOCD
- 3017F COLORECTAL CA SCREEN DOC REV

**Preventive:**
Counseling: Smoking Patient counseled on the dangers of tobacco use and urged to quit 05/31/2019. BMI Care goal follow up plan Above Normal BMI Follow-up Dietary management education, guidance, and counseling. Nutrition advice given Yes. Exercise advice given Yes.

**Follow Up:** 6 Weeks, prn

## Care Plan:

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 05/30/2019



**Electronically signed by David Knowlton , MD on 06/04/2019 at 02:16 PM PDT**
**Sign off status: Completed**

**Progress Note**

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 48 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 04/18/2019

## Subjective:

**Chief Complaints:**

- Protime

**HPI:**

Heme/Lymph:

He has a hx of PE and DVT and is on chronic coumadin, no respiratory symptoms today, he continues to smoke cigarettes. INR is stable and has been historically.

**ROS:**

CONSTITUTIONAL:

- Sleep abnormal.
- no Bleeding Problems.
- no Energy level.
- no Concerns.
- no Appetite.
- no Elimination.
- no Ill Contacts.
- no Fussy.
- no Nutrition.
- Headaches yes.
- no Fever.
- no Chills.
- no Sweats.
- no Night Sweats.
- no Weight Loss.
- no Weight Gain.
- no Loss of Appetite.
- no Weak.
- c/o Fatigue.

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp
- Hydradinitis suppurativum
- Pulmonary embolism right lung
- DVT left leg

**Surgical History:**

- pilonidal cyst 2004
- Colonoscopy two polyps 2015
- Tourn meniscus right 2016
- Gallbladder 2017
- Hemorrhoid surgery 2018

**Hospitalization/Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 75 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other
Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues GERD
Children: none

**Social History:**

General:

Smoking: yes. Smoking Status current smoker, First cigarette of the day 31-60 min, Quantity per day 11-20, Interest in quitting Thinking about quitting, When did you start smoking? 01/01/1982. no Smokeless Tobacco. no Alcohol, none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: disabled. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

- omeprazole 20 mg delayed release capsule 1 cap(s) orally once a day
- loperamide 2 mg capsule 1 cap(s) orally qd
- warfarin 6 mg tablet 1 tab(s) orally once a day
- propranolol 40 mg tablet 1 tab(s) orally 2 times a day
- Humira 40 mg/0.8 mL kit subcutaneously every week
- hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
- lisinopril 40 mg tablet 1 tab(s) orally once a day
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI

## Objective:

**Vitals:** BP 130/88, HR 68, RR 14, Wt 332, Ht 71.75, BMI 45.34, Pain Scale 5.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress.
- HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflammation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.
- Oral cavity: no lesions, moist mucus membranes.

- Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.
- Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.
- Lungs: clear to auscultation in all fields.
- Abdomen: Obese and soft.
- Extremities: no edema.
- Peripheral pulses: Distal pulses are intact and symmetrical.
- Neurological: nonfocal.
- Psych: normal affect, good eye contact.

## Assessment:

**Assessment:**

- Long term (current) use of anticoagulants - Z79.01 (Primary), due to PE
- Benign essential hypertension - I10
- Morbid (severe) obesity due to excess calories - E66.01
- Body mass index (BMI) of 45.0-49.9 in adult - Z68.42
- Colon polyps - K63.5

## Plan:

**1. Long term (current) use of anticoagulants**

- **Lab:**Prothrombin Time PT INR 3.4

| | |
|---|---|
| INR | 3.4 |
| Prothrombin Time | 41.2 |

Notes: Doing OK.

**2. Benign essential hypertension**

Notes: High Blood Pressure: Care Instructions material was published to portal, well contorlled.

**3. Morbid (severe) obesity due to excess calories**

Notes: Diet and exercise.

**Procedure Codes:**

- 85610 Prothrombin time/INR, Modifiers: QW
- 3075F SYST BP GE 130 - 139MM HG
- 3079F DIAST BP 80-89 MM HG
- 3008F BODY MASS INDEX DOCD
- 3017F COLORECTAL CA SCREEN DOC REV

**Preventive:**

Counseling: Smoking Patient counseled on the dangers of tobacco use and urged to quit 04/18/2019. BMI Care goal follow up plan Above Normal BMI Follow-up Dietary management education, guidance, and counseling. Nutrition advice given Yes. Exercise advice given Yes.

**Follow Up:** 6 Weeks, prn

## Care Plan:

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 04/18/2019



**Electronically signed by David Knowlton , MD on 05/21/2019 at 03:48 PM PDT**
**Sign off status: Completed**

## Progress Note

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 48 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 03/07/2019

---

## Subjective:

**Chief Complaints:**

- 6 wk f/u

**HPI:**

Dermatology:

He has hidradenitis suppurativa and has been on Humira for 6 months and he feels his anxiety and depression has worsened along with generalized osteoarthritis and GI distress with chronic diarrhea and migraine headaches are returning. He is having this prescribed by Dr. Olson's office with Christy MacAllister PA.

He feels the Humara is improving the hydradenitis by 30 - 40 percent and does not believe the possible side effects are worth the potential side effects.

Heme/Lymph:

He has a hx of PE and DVT and is on chronic coumadin, no respiratory symptoms today, he continues to smoke cigarettes. INR is stable and has been historically.

Knee/Shin:

He has severe arthritis of the right knee and this is quite debilitating to him and has been trying to achieve disability due to this, he wishes for another steroid shot to it today.

Hypertension:

He has HTN which is fairly well controlled (proprnalol, lisinopril, HCTZ) and he has no cardiac symptoms today.

Chronic Headaches:

He has chronic migraine headaches and uses beta blocker as preventative with some success.

Anxiety:

He has a history of anxiety and has used xanax in the past but is not presently. His anxiety is a bit high now due to his knee pain and his issues with applying for disability.

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp
- Hydradinitis suppurativum
- Pulmonary embolism right lung
- DVT left leg

**Surgical History:**

- pilonidal cyst 2004
- Colonoscopy two polyps 2015
- Tourn meniscus right 2016
- Gallbladder 2017
- Hemorrhoid surgery 2018

**Hospitalization/Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 75 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other
Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues GERD
Children: none

**Social History:**

General:

Smoking: yes. Smoking Status current smoker, First cigarette of the day 31-60 min, Quantity per day 11-20, Interest in quitting Thinking about quitting, When did you start smoking? 01/01/1982. no Smokeless Tobacco. no Alcohol, none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: disabled. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

- omeprazole 20 mg delayed release capsule 1 cap(s) orally once a day
- loperamide 2 mg capsule 1 cap(s) orally qd
- propranolol 40 mg tablet 1 tab(s) orally 2 times a day
- warfarin 6 mg tablet 1 tab(s) orally once a day
- hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
- lisinopril 40 mg tablet 1 tab(s) orally once a day
- Humira 40 mg/0.8 mL kit subcutaneously every week
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI

## Objective:

**Vitals:** BP 124/76, HR 76, Wt 333, Ht 71.75, BMI 45.47, Pain Scale 5.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress.
- Skin: Multiple scars from hydradenitis.
- HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflammation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.
- Oral cavity: no lesions, moist mucus membranes.
- Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.
- Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.
- Lungs: clear to auscultation in all fields.
- Abdomen: Obese and soft.
- Extremities: Hypertrophy of the right knee which has slight effusion as well.
- Peripheral pulses: Distal pulses are intact and symmetrical.
- Neurological: nonfocal.

- Psych: normal affect, good eye contact.

## Assessment:

**Assessment:**

- Long term (current) use of anticoagulants - Z79.01 (Primary)
- Primary osteoarthritis of right knee - M17.11
- Benign essential hypertension - I10
- Migraine headache - G43.909
- Anxiety - F41.9
- Hidradenitis - L73.2
- Morbid (severe) obesity due to excess calories - E66.01
- Deep vein thrombosis (DVT) of non-extremity vein, unspecified chronicity - I82.90
- Other chronic pulmonary embolism without acute cor pulmonale - I27.82

## Plan:

**1. Long term (current) use of anticoagulants**
Continue warfarin tablet, 6 mg, 1 tab(s), orally, once a day .
- **Lab:**Prothrombin Time PT INR

| | |
|---|---|
| INR | 2.2 |
| Prothrombin Time | 26.9 |

Notes: Doing well.

**2. Primary osteoarthritis of right knee**
Notes: His right knee is injected with 1 cc kenalog and 2 cc 2% lidocaine without epinephrine after PAR Q&A in the usual sterile fashion.

**3. Benign essential hypertension**
Continue hydrochlorothiazide tablet, 25 mg, 1 tab(s), orally, once a day ;
Continue lisinopril tablet, 40 mg, 1 tab(s), orally, once a day .

**4. Migraine headache**
Continue propranolol tablet, 40 mg, 1 tab(s), orally, 2 times a day .

**5. Anxiety**
Notes: Doing fairly well off of benzodiazepines presently.

**6. Hidradenitis**
Continue Humira kit, 40 mg/0.8 mL, subcutaneously, every week .
Notes: F/U with dermatology.

**7. Morbid (severe) obesity due to excess calories**
Notes: Diet and exercise.

**8. Deep vein thrombosis (DVT) of non-extremity vein, unspecified chronicity**
Notes: Coumadin as above.

**9. Other chronic pulmonary embolism without acute cor pulmonale**
Notes: as above.

**Procedure Codes:**

- 20610 Aspiration/injection, large joint/bursa (shoulder,hip,knee)
- J3301 Kenalog 40 mg/ml, Units: 4.00
- 85610 Prothrombin time/INR
- 3074F SYST BP LT 130 MM HG
- 3078F DIAST BP < 80 MM HG
- 3008F BODY MASS INDEX DOCD

**Preventive:**
Counseling: Smoking Patient counseled on the dangers of tobacco use and urged to quit 03/07/2019. BMI Care goal follow up plan Above Normal BMI Follow-up Dietary management education, guidance, and counseling. Nutrition advice given Yes. Exercise advice given Yes.

**Follow Up:** prn, 4 Weeks

## Care Plan:

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 03/07/2019



**Electronically signed by David Knowlton , MD on 03/21/2019 at 03:37 PM PDT**
**Sign off status: Completed**

**Progress Note**

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 48 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 01/24/2019

## Subjective:

**Chief Complaints:**

- Long term disability paperwork & protime(make sure ppwk gets scanned after completed and faxed to Roy Law at 1-855-344-1726)

**HPI:**

Depression Screening:
PHQ9 Suicidal ideation Not at all, Total Score 18, Intepretation Moderately severe depression.

Cardiology:
He has had a pulmonary embolism and is on coumadin and recent INR is 2.0. He has no dyspnea or chest pain.

Hypertension:
He has HTN and is on ACE inhibitor (lisinopril) and beta blocker (atenolol) and HCTZ (thiazide diarrhetic) and his BP is well controlled.

Depression Screening:
Intervention Follow-Up for Depression Advised patient to follow-up when and if necessary.

Constitutional:
He has another form for disability today to be filled out. Apparently his disability is focussed on his right knee pain and arthritis.

**ROS:**

CONSTITUTIONAL:

- Sleep abnormal.
- no Bleeding Problems.
- Energy level yes.
- no Concerns.
- no Appetite.
- no Elimination.
- no Ill Contacts.
- no Fussy.
- no Nutrition.
- Headaches yes.
- no Fever.
- no Chills.
- no Sweats.
- no Night Sweats.
- no Weight Loss.
- no Weight Gain.
- no Loss of Appetite.
- no Weak.
- c/o Fatigue.

CARDIOLOGY:

- no Diaphoresis.
- no Pallor.
- no Chest Pain.

- no Shortness of Breath.
- no Palpitations.
- no Dizziness.
- no Leg Edema.
- c/o Fatigue.
- no Orthopnea.
- no PND (paroxsymal nocturnal dyspnea).

RESPIRATORY:

- no Cold Symptoms.
- no Cough with exercise.
- no Nasal Congestion.
- no Runny Nose.
- no Shortness of Breath.
- c/o DOE (dyspnea on exertion).
- no Persistent Cough.
- no Chest Congestion.
- no Chest Pain.
- no Wheezing.
- no Hemoptysis.
- no Orthopnea.
- no PND (paroxsymal nocturnal dyspnea).
- Tobacco Use none.

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp
- Hydradinitis suppurativum
- Pulmonary embolism right lung
- DVT left leg

**Surgical History:**

- pilonidal cyst 2004
- Colonoscopy two polyps 2015
- Tourn meniscus right 2016
- Gallbladder 11/6/2017
- Hemorrhoid surgery 2018

**Hospitalization/Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other
Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches

Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues GERD
Children: none

**Social History:**

General:

Smoking: yes. Smoking Status current smoker, First cigarette of the day 31-60 min, Quantity per day 11-20, Interest in quitting Thinking about quitting, When did you start smoking? 01/01/1982. no Smokeless Tobacco. no Alcohol, none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol:

Men: How many times have you had 5 or more drinks in one day in the last year? none 1/24/19.

Drugs:

Have you used a recreational drug or a prescription medication for nonmedical reasons in the past year? none 1/24/19.

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

- omeprazole 20 mg delayed release capsule 1 cap(s) orally once a day
- loperamide 2 mg capsule 1 cap(s) orally qd
- propranolol 40 mg tablet 1 tab(s) orally 2 times a day
- warfarin 6 mg tablet 1 tab(s) orally once a day
- Humira 40 mg/0.8 mL kit subcutaneously every week
- hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
- lisinopril 40 mg tablet 1 tab(s) orally once a day
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI

## Objective:

**Vitals:** BP 122/80, HR 64, Wt 330, Ht 71.75 in, BMI 45.06 Index, Pain Scale 3.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress.
- HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflammation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.
- Oral cavity: no lesions, moist mucus membranes.
- Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.
- Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.
- Lungs: clear to auscultation in all fields.
- Extremities: no edema, right knee ROM is reduced and entire knee is tender.
- Peripheral pulses: Distal pulses are intact and symmetrical.
- Neurological: nonfocal.
- Psych: normal affect, good eye contact.

## Assessment:

**Assessment:**

- Long term (current) use of anticoagulants - Z79.01 (Primary)
- Benign essential hypertension - I10
- Deep vein thrombosis (DVT) of non-extremity vein, unspecified chronicity - I82.90
- Hidradenitis - L73.2
- Primary osteoarthritis of right knee - M17.11
- Other acute pulmonary embolism without acute cor pulmonale - I26.99
- BMI 45.0-49.9, adult - Z68.42
- Encounter for screening for other disorder - Z13.89

## Plan:

1. **Long term (current) use of anticoagulants**
   - **Lab:**Prothrombin Time PT INR

     | | |
     |---|---|
     | INR | 2.7 |
     | Prothrombin Time | 31.9 |

   Notes: Taking Warfarin Safely: Care Instructions material was published to portal.
2. **Benign essential hypertension**
   Notes: Well controlled now.
3. **Deep vein thrombosis (DVT) of non-extremity vein, unspecified chronicity**
   Notes: INR good today.
4. **Hidradenitis**
   Continue Humira kit, 40 mg/0.8 mL, subcutaneously, every week .
   Notes: Doing some better now.
5. **Primary osteoarthritis of right knee**
   Notes: Disability form filled out.
6. **Other acute pulmonary embolism without acute cor pulmonale**
   Notes: As above.

**Procedure Codes:**

- 85610 Prothrombin time/INR
- G0442 annual alcohol screening 15 MIN
- G0444 annual depression screening up to 15 MIN
- 96160 Health risk assessment, Modifiers: 59

**Follow Up:** 6 Weeks, prn

## Care Plan:

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 01/24/2019

**Electronically signed by David Knowlton , MD on 02/07/2019 at 03:53 PM PST**
**Sign off status: Completed**

**Progress Note**

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 48 Y **Sex:** Male
**Phone:** !
**Address:**

**Provider:** David Knowlton, MD
**Date:** 12/19/2018

## Subjective:

**Chief Complaints:**

- Protime

**HPI:**

Cardiology:

He has had a pulmonary embolism and is on coumadin and recent INR is 2.0. He has no dyspnea or chest pain.

Hypertension:

He has HTN and is on ACE inhibitor (lisinopril) and beta blocker (atenolol) and HCTZ (thiazide diarrhetic) and his BP is well controlled.

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp
- Hydradinitis suppurativum
- Pulmonary embolism right lung
- DVT left leg

**Surgical History:**

- pilonidal cyst 2004
- Colonoscopy two polyps 2015
- Tourn meniscus right 2016
- Gallbladder 11/6/2017
- Hemorrhoid surgery 2018

**Hospitalization/Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other
Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues GERD
Children: none

**Social History:**

General:

Smoking: yes. Smoking Status current smoker, First cigarette of the day 31-60 min, Quantity per day 11-20, Interest in quitting Thinking about quitting, When did you start smoking? 01/01/1982. no

Smokeless Tobacco. no Alcohol, none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

- omeprazole 20 mg delayed release capsule 1 cap(s) orally once a day
- loperamide 2 mg capsule 1 cap(s) orally qd
- propranolol 40 mg tablet 1 tab(s) orally 2 times a day
- warfarin 6 mg tablet 1 tab(s) orally once a day
- Humira 40 mg/0.8 mL kit subcutaneously every week
- hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
- lisinopril 40 mg tablet 1 tab(s) orally once a day
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI

## Objective:

**Vitals:** BP 124/82, HR 62, Wt 325, Ht 71.75 in, BMI 44.38 Index, Pain Scale 0.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress .
- HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflammation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal .
- Oral cavity: no lesions, moist mucus membranes .
- Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy .
- Heart: regular rate and rhythm, no murmur, S3, S4 or rubs .
- Lungs: clear to auscultation in all fields .
- Extremities: no edema .
- Peripheral pulses: Distal pulses are intact and symmetrical .
- Neurological: nonfocal .
- Psych: normal affect, good eye contact .

## Assessment:

**Assessment:**

- Long term (current) use of anticoagulants - Z79.01 (Primary)
- Benign essential hypertension - I10

## Plan:

**1. Long term (current) use of anticoagulants**

- **Lab:**Prothrombin Time PT INR

| | |
|---|---|
| INR | 2.8 |
| Prothrombin Time | 33.7 |

Knowlton,David A 12/19/2018 2:11:21 PM >

**2. Benign essential hypertension**

Continue hydrochlorothiazide tablet, 25 mg, 1 tab(s), orally, once a day ;
Continue lisinopril tablet, 40 mg, 1 tab(s), orally, once a day .
Notes: Well controlled.

**Procedure Codes:**

- 85610 Prothrombin time/INR
- 3074F SYST BP LT 130 MM HG
- 3079F DIAST BP 80-89 MM HG

**Preventive:**
Counseling: Smoking Patient counseled on the dangers of tobacco use and urged to quit 12/20/2018. BMI Care goal follow up plan Above Normal BMI Follow-up Dietary management education, guidance, and counseling. Nutrition advice given Yes. Exercise advice given Yes.

**Follow Up:** 4 Weeks, prn

**Care Plan:**

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 12/19/2018



**Electronically signed by David Knowlton , MD on 01/03/2019 at 10:55 AM PST**
**Sign off status: Completed**

**Progress Note**

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 48 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 11/14/2018

## Subjective:

**Chief Complaints:**

- Side pain

**HPI:**

Constitutional:

Right sided pain comes and goes in the abdomen for 6 - 7 years. Lasts a few seconds to a minute then goes away. It happens episodically and has happened once now in 6 months. Appetite is normal and no change in bowels. No fevers.

Cardiology:

He has had a pulmonary embolism and is on coumadin and recent INR is 2.0. He has no dyspnea or chest pain.

Hypertension:

He has HTN and is on ACE inhibitor (lisinopril) and beta blocker (atenolol) and HCTZ (thiazide diarrhetic) and his BP is well controlled.

Neurology:

He has migraine headaches and his beat blocker therapy seems to be working at preventing them nicely.

Dermatology:

He has chronic hydradenitis and recently got prescribed T cell modofying therapy from a dermatologist and has not noticed any results yet.

**ROS:**

CONSTITUTIONAL:

- Sleep abnormal.
- no Bleeding Problems.
- Energy level yes.
- no Concerns.
- no Appetite.
- no Elimination.
- no Ill Contacts.
- no Fussy.
- no Nutrition.
- Headaches yes.
- no Fever.
- no Chills.
- no Sweats.
- no Night Sweats.
- no Weight Loss.
- no Weight Gain.
- no Loss of Appetite.
- no Weak.
- c/o Fatigue.

CARDIOLOGY:

- no Diaphoresis.
- no Pallor.

- no Chest Pain.
- no Shortness of Breath.
- no Palpitations.
- no Dizziness.
- no Leg Edema.
- c/o Fatigue.
- no Orthopnea.
- no PND (paroxsymal nocturnal dyspnea).

RESPIRATORY:

- no Cold Symptoms.
- no Cough with exercise.
- no Nasal Congestion.
- no Runny Nose.
- no Shortness of Breath.
- c/o DOE (dyspnea on exertion).
- no Persistent Cough.
- no Chest Congestion.
- no Chest Pain.
- no Wheezing.
- no Hemoptysis.
- no Orthopnea.
- no PND (paroxsymal nocturnal dyspnea).
- Tobacco Use none.

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp
- Hydradinitis suppurativum
- Pulmonary embolism right lung
- DVT left leg

**Surgical History:**

- pilonidal cyst 2004
- Colonoscopy two polyps 2015
- Tourn meniscus right 2016
- Gallbladder 11/6/2017
- Hemorrhoid surgery 2018

**Hospitalization/Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other

Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine

hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues GERD
Children: none

**Social History:**

General:

Smoking: yes. Smoking Status current smoker, First cigarette of the day 31-60 min, Quantity per day 11-20, Interest in quitting Thinking about quitting, When did you start smoking? 01/01/1982. no Smokeless Tobacco. no Alcohol, none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

- warfarin 6 mg tablet 1 tab(s) orally once a day
- propranolol 40 mg tablet 1 tab(s) orally 2 times a day
- lisinopril 40 mg tablet 1 tab(s) orally once a day
- hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
- omeprazole 20 mg delayed release capsule 1 cap(s) orally once a day
- loperamide 2 mg capsule 1 cap(s) orally qd
- Humira 40 mg/0.8 mL kit subcutaneously every week
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI

## Objective:

**Vitals:** BP 120/82, HR 67, RR 12, Wt 321, Ht 71.25 in, BMI 44.45 Index, Pain Scale 2.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress.
- Skin: Still multiple small skin lesions.
- HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflammation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.
- Oral cavity: no lesions, moist mucus membranes.
- Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.
- Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.
- Lungs: clear to auscultation in all fields.
- Abdomen: Bowel sounds are normal, No tenderness, masses or organomegaly detected.
- Extremities: no edema.
- Peripheral pulses: Distal pulses are intact and symmetrical.
- Neurological: nonfocal.
- Psych: normal affect, good eye contact.

## Assessment:

**Assessment:**

- Generalized abdominal pain - R10.84 (Primary)
- Benign essential hypertension - I10
- Migraine headache - G43.909
- Other acute pulmonary embolism without acute cor pulmonale - I26.99
- Hidradenitis - L73.2
- Colon polyps - K63.5
- Morbid (severe) obesity due to excess calories - E66.01

## Plan:

1. **Generalized abdominal pain**
   Notes: No worrisome findings today.
2. **Benign essential hypertension**
   Continue hydrochlorothiazide tablet, 25 mg, 1 tab(s), orally, once a day ;
   Continue lisinopril tablet, 40 mg, 1 tab(s), orally, once a day .
   Notes: Well controlled.
3. **Migraine headache**
   Continue propranolol tablet, 40 mg, 1 tab(s), orally, 2 times a day .
   Notes: doing well.
4. **Other acute pulmonary embolism without acute cor pulmonale**
   Continue warfarin tablet, 6 mg, 1 tab(s), orally, once a day .
   Notes: Doing well.
5. **Hidradenitis**
   Continue Humira kit, 40 mg/0.8 mL, subcutaneously, every week .
   Notes: Per dermatology.
6. **Colon polyps**
   Notes: He is UTD with colonoscopies.
7. **Morbid (severe) obesity due to excess calories**
   Notes: Diet and exercise.

**Procedure Codes:**

- 3017F COLORECTAL CA SCREEN DOC REV

**Preventive:**

Counseling: Smoking Patient counseled on the dangers of tobacco use and urged to quit 11/15/2018. Nutrition advice given Yes. Exercise advice given Yes.

**Follow Up:** 6 Weeks, prn

## Care Plan:

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 11/14/2018



**Electronically signed by David Knowlton , MD on 11/20/2018 at 04:04 PM PST**
**Sign off status: Completed**

**Progress Note**

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 48 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 10/03/2018

---

## Subjective:

**Chief Complaints:**

- Protime

**HPI:**

Constitutional:

He is now taking coumadin 6 mg PO QD and INR today is very good.
Today he has no complaints. No fever, vomiting, appetite is good.

**ROS:**

CONSTITUTIONAL:

- Sleep abnormal.
- no Bleeding Problems.
- no Energy level.
- no Concerns.
- no Appetite.
- no Elimination.
- no Ill Contacts.
- no Fussy.
- no Nutrition.
- Headaches yes.
- no Fever.
- no Chills.
- no Sweats.
- no Night Sweats.
- no Weight Loss.
- no Weight Gain.
- no Loss of Appetite.
- no Weak.
- c/o Fatigue.

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp
- Hydradinitis suppurativum
- Pulmonary embolism right lung
- DVT left leg

**Surgical History:**

- pilonidal cyst 2004

- Colonoscopy two polyps 2015
- Tourn meniscus right 2016
- Gallbladder 11/6/2017
- Hemorrhoid surgery 2018

**Hospitalization/Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other
Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues GERD
Children: none

**Social History:**

General:

Smoking: yes. Smoking Status current smoker, When did you start smoking? 01/01/1982, Quantity per day 11-20, First cigarette of the day 31-60 min, Interest in quitting Thinking about quitting. no Smokeless Tobacco. no Alcohol, none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol:

Men: How many times have you had 5 or more drinks in one day in the last year? none 3/1/18. Alcohol Screening Points 0, Interpretation Negative.

Drugs:

Have you used a recreational drug or a prescription medication for nonmedical reasons in the past year? none 3/1/18.

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

- CONTROLLED SUBSTANCE AGREEMENT 8/31/17
- Propranolol Hydrochloride 40 Tablet 1 tab twice a day
- Colace sodium 100 mg capsule 1 cap(s) orally 2 times a day
- omeprazole 20 mg delayed release capsule 1 cap(s) orally once a day
- hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
- lisinopril 40 mg tablet 1 tab(s) orally once a day
- Coumadin 6 mg tablet 1 tab(s) orally once a day

**Not-Taking**

- alprazolam 1 mg tablet 1 tab(s) orally 2 times a day
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI

## Objective:

**Vitals:** BP 122/70, HR 70, Wt 315, Ht 71.25 in, BMI 43.62 Index, Pain Scale 3.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress.
- HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflammation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.
- Oral cavity: no lesions, moist mucus membranes.
- Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.
- Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.
- Lungs: clear to auscultation in all fields.

## Assessment:

**Assessment:**

- Deep vein thrombosis (DVT) of non-extremity vein, unspecified chronicity - I82.90 (Primary)
- Benign essential hypertension - I10
- Hydradenitis - L73.2

## Plan:

**1. Deep vein thrombosis (DVT) of non-extremity vein, unspecified chronicity**

- **Lab:**Prothrombin Time PT INR 2.3

INR 2.3

Dorr,Judith LPN 10/3/2018 1:58:18 PM >

**2. Benign essential hypertension**

Notes: doing well.

**3. Hydradenitis**

Notes: He is awaiting T cell modifier therapy for this through dermatology.

**Procedure Codes:**

- 85610 Prothrombin time/INR

**Preventive:**

Counseling: Smoking Patient counseled on the dangers of tobacco use and urged to quit 10/04/2018. BMI Care goal follow up plan Above Normal BMI Follow-up Dietary management education, guidance, and counseling. Nutrition advice given Yes. Exercise advice given Yes.

**Follow Up:** 6 Weeks, prn

## Care Plan:

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 10/03/2018



**Electronically signed by David Knowlton , MD on 10/29/2018 at 09:54 AM PDT**
**Sign off status: Completed**

McKenzie Family Practice
1755 COBURG RD STE 301 , EUGENE, OR 97401-4900
541-344-8225

Cummins, Michael, M,

FINAL RESULT

| | | |
|---|---|---|
| Accession ID: **OW787559C** | Lab Ref ID: **1A624867** | |
| Order Date: **11/12/2018** | Result Recd: **11/14/2018 03:25:00** | Spec Recd: **11/13/2018 12:41:00** |
| Coll. Date: **11/13/2018 12:41:00** | Report: **11/14/2018 03:14:00** | |
| Requesting Physician: **Knowlton, David** | Ordering Physician: **Knowlton, David** | |

# PROTHROMBIN TIME-INR

| | NAME | VALUE | REFERENCE RANGE | LAB |
|---|---|---|---|---|
| **F** | **INR** | **2.0 H** | | **NW** |

```
- Reference Range                      0.9-1.1
- Moderate-intensity Warfarin Therapy 2.0-3.0
- Higher-intensity Warfarin Therapy   3.0-4.0
-
```

| | NAME | VALUE | REFERENCE RANGE | LAB |
|---|---|---|---|---|
| **F** | **PT** | **20.8 H** | **9.0-11.5 (sec)** | **NW** |

```
-
- For more information on this test, go to:
- http://education.questdiagnostics.com/faq/FAQ104
-
```

**0**

**FASTING:NO**

**FASTING: NO**

**PERFORMING LAB: NW, Quest Diagnostics-Seattle -1737 Airport 1737 Airport Way S, Suite 200, Seattle WA 98134-1636 Roger Graham**

Cummins, Michael M (MRN 01614423)

## UA with Microscopic, No Culture Reflex

Order: 195173336

Status: **Final result** Visible to patient: No (Not Released)

Specimen Information: **Urine, Clean Catch**

| | Ref Range & Units | 1d ago | 1yr ago |
|---|---|---|---|
| **Color** | | Yellow | Yellow |
| **Clarity** | | Clear | Clear |
| **Specific Gravity** | 1.003 - 1.035 | 1.014 | 1.023 |
| **pH** | 5.0 - 8.0 | 5.0 | 5.5 |
| **Leukocyte Esterase** | Negative, Trace | Trace | Negative |
| **Nitrite** | Negative | Negative | Negative |
| **Urobilinogen** | Normal - 1.0 EU/dL | Normal | Normal |
| **Protein** | Negative | Negative | Negative R |
| **Blood** | Negative | 3+ ! | Negative |
| **Ketones** | Negative | Negative | Negative |
| **Bilirubin** | Negative | Negative | Negative |
| **Glucose** | Negative mg/dL | Negative | Negative |
| **WBC** | 0 - 5 /hpf | 1-2 | 0 |
| **RBC** | 0 - 2 /hpf | 15-20 ! | 0 |
| **Bacteria** | None Seen - 1+ | None Seen | None Seen |
| **Squamous Ep Cells** | None Seen - Few | Rare | |
| **Mucus** | | Rare | |
| **Hyaline Casts** | <4 /lpf | 7-9 ! | 1-3 |
| **Evaluation for Culture** | | | No CM |
| Resulting Agency | | PHLab 100 | PHLab 100 |

Specimen Collected: **06/05/19 2:29 PM** Last Resulted: **06/05/19 2:53 PM**

Order Details View Encounter Lab and Collection Details Routing Result History

CM=Additional comments R=Reference range differs from displayed range

## Collection Information

Specimen ID: **19CL-156Z0553 Urine**
**Urine, Clean Catch**

Collected: **6/5/2019 2:29 PM**
**FRANKS, TRACY E**
Received: **6/5/2019 2:37 PM**

Resulting Agency: **PEACEHEALTH LABORATORIES**
123 International Way
Springfield OR 97477

## Provider Information

Ordering User
**Brandy A Kirlin, RN**

Ordering Provider
**Triage Protocol Ph Emergency, MD**

Authorizing Provider
**Triage Protocol Ph Emergency, MD**

PCP
**David A Knowlton, MD**

## Routing History

| Priority | Sent On | From | To | Message Type |
|---|---|---|---|---|
| ↑ | 6/5/2019 5:05 PM | Background, Museresultsin | P Rbmc Ed Abnormal Results F/U Pool | **Results** |

## Patient Release Status:

This result is not viewable by the patient.

## Routing History

| Priority | Sent On | From | To | Message Type |
|---|---|---|---|---|
| ↑ | 6/5/2019 5:05 PM | Background, Museresultsin | P Rbmc Ed Abnormal Results F/U Pool | Results |

## Urine, Urine, Clean Catch

**Collected 6/5/2019 2:29 PM** by Tracy E Franks, RN
Container: **1 UR STER...**

## Other Results from 6/5/2019

| | |
|---|---|
| **Dark Green (Li Hep) Hold Tube** Final result | 6/5/2019 |
| **Comprehensive Metabolic Panel** Final result | 6/5/2019 |
| **Lipase** Final result | 6/5/2019 |
| **Light Blue Top** Final result | 6/5/2019 |
| **Light Green Top** Final result | 6/5/2019 |
| **Lavender Hold** Final result | 6/5/2019 |
| **HOLD SST Tube** Final result | 6/5/2019 |
| **Complete Blood Count with Automated Differential** Final result | 6/5/2019 |

**Warning: Additional results from 6/5/2019 are available but are not displayed in this report.**

## Printable Report

UA with Microscopic, No Culture Reflex (Order #195173336) on 6/5/19

## Lab Component SmartPhrase Guide

UA with Microscopic, No Culture Reflex (Order #195173336) on 6/5/19

Cummins, Michael M (MR # 01614423) Printed at 6/6/19 10:50 AM

Cummins, Michael M (MRN 01614423)

## Lipase

Order: 195173339

Status: Final result Visible to patient: No (Not Released)

| | Ref Range & Units | 1d ago | 3wk ago |
|---|---|---|---|
| **Lipase** | 22 - 51 U/L | 31 | 29 |
| Resulting Agency | | PHLab 100 | PHLab 122 |

Specimen Collected: **06/05/19 1:07 PM**
Last Resulted: **06/05/19 1:38 PM**
Order Details View Encounter Lab and Collection Details Routing Result History

## Collection Information

Specimen ID: **19CL-156C0671 Blood**
Collected: **6/5/2019 1:07 PM CARTER, SCOTT**
Received: **6/5/2019 1:23 PM**
Resulting Agency: **PEACEHEALTH LABORATORIES**
123 International Way
Springfield OR 97477

## Provider Information

| Ordering User | Ordering Provider | Authorizing Provider |
|---|---|---|
| **Brandy A Kirlin, RN** | **Triage Protocol Ph Emergency, MD** | **Triage Protocol Ph Emergency, MD** |

PCP
**David A Knowlton, MD**

## Routing History

| Priority | Sent On | From | To | Message Type |
|---|---|---|---|---|
| ↑ | **6/5/2019 5:05 PM** | **Background, Museresultsin** | P Rbmc Ed Abnormal Results F/U Pool | **Results** |

## Patient Release Status:

**This result is not viewable by the patient.**


## Routing History

| Priority | Sent On | From | To | Message Type |
|---|---|---|---|---|
| ↑ | **6/5/2019 5:05 PM** | **Background, Museresultsin** | P Rbmc Ed Abnormal Results F/U Pool | **Results** |


## Blood

**Collected 6/5/2019 1:07 PM** by **Scott Carter, RN**
Container: **1 GRN PST...**

## Related Result Highlights

**Light Green Top** Final result 6/5/2019

**Comprehensive Metabolic Panel** Final result 6/5/2019

## Other Results from 6/5/2019

| | |
|---|---|
| **UA with Microscopic, No Culture Reflex** Final result | 6/5/2019 |
| **Dark Green (Li Hep) Hold Tube** Final result | 6/5/2019 |
| **Light Blue Top** Final result | 6/5/2019 |
| **Lavender Hold** Final result | 6/5/2019 |
| **HOLD SST Tube** Final result | 6/5/2019 |
| **Complete Blood Count with Automated Differential** Final result | 6/5/2019 |

**ⓘ Warning: Additional results from 6/5/2019 are available but are not displayed in this report.**

## Printable Report

Lipase (Order #195173339) on 6/5/19

## Lab Component SmartPhrase Guide

Lipase (Order #195173339) on 6/5/19

Cummins, Michael M (MR # 01614423) Printed at 6/6/19 10:50 AM

Cummins, Michael M (MRN 01614423)

## Comprehensive Metabolic Panel

Order: 195173338

Status: Final result Visible to patient: No (Not Released)

| | Ref Range & Units | 1d ago | 3wk ago |
|---|---|---|---|
| **Sodium** | 135 - 145 mmol/L | **134** ˅ | 141 |
| **Potassium** | 3.5 - 5.2 mmol/L | 3.6 | 3.7 |
| **Chloride** | 95 - 109 mmol/L | 102 | 106 |
| **CO2** | 22 - 32 mmol/L | **21** ˅ | 23 |
| **Anion Gap** | 3 - 12 mmol/L | 11 | 12 |
| **Glucose** | 70 - 99 mg/dL | **106** ^ | **110** ^ |
| **BUN** | 6 - 20 mg/dL | **21** ^ | **24** ^ |
| **Creatinine** | 0.61 - 1.24 mg/dL | **1.33** ^ | **1.28** ^ |
| **GFR Non-Black (CKD-EPI)** | >=60 mL/min/1.73m2 | 63 | 66 |
| **GFR Black (CKD-EPI)** | >=60 mL/min/1.73m2 | 73 | 76 |
| **Protein, Total** | 6.2 - 8.4 g/dL | 7.5 | 7.3 |
| **Albumin** | 3.5 - 5.0 g/dL | 3.9 | 3.8 |
| **Globulin** | 2.2 - 3.5 g/dL | **3.6** ^ | 3.5 |
| **Calcium** | 8.6 - 10.2 mg/dL | 8.8 | 8.9 |
| **Bilirubin, Total** | 0.1 - 1.2 mg/dL | 0.8 | 0.6 |
| **Alkaline Phosphatase** | 30 - 110 U/L | 80 | 78 |
| **ALT** | 17 - 63 U/L | 41 | 34 |
| **AST** | 15 - 41 U/L | 28 | 23 |
| Resulting Agency | | PHLab 100 | PHLab 122 |

Specimen Collected: **06/05/19 1:07 PM** Last Resulted: **06/05/19 1:38 PM** Order Details View Encounter Lab and Collection Details Routing Result History

## Collection Information

Specimen ID: **19CL-156C0671 Blood** Collected: **6/5/2019 1:07 PM CARTER, SCOTT** Received: **6/5/2019 1:23 PM** Resulting Agency: **PEACEHEALTH LABORATORIES** 123 International Way Springfield OR 97477

| Order Question | Answer |
|---|---|
| **Does the patient need to be fasting?** | **No** |
| Collection Question | Answer |
| **How many hours has the patient been fasting?** | |

## Provider Information

| Ordering User | Ordering Provider | Authorizing Provider |
|---|---|---|
| **Brandy A Kirlin, RN** | **Triage Protocol Ph Emergency, MD** | **Triage Protocol Ph Emergency, MD** |

PCP

**David A Knowlton, MD**

## Routing History

| Priority | Sent On | From | To | Message Type |
|---|---|---|---|---|
| ↑ | 6/5/2019 5:05 PM | Background, Museresultsin | P Rbmc Ed Abnormal Results F/U Pool | Results |

## Patient Release Status:

This result is not viewable by the patient.

## Routing History

| Priority | Sent On | From | To | Message Type |
|---|---|---|---|---|
| ↑ | 6/5/2019 5:05 PM | Background, Museresultsin | P Rbmc Ed Abnormal Results F/U Pool | Results |

## Blood

**Collected 6/5/2019 1:07 PM** by **Scott Carter, RN**
Container: **1 GRN PST...**

## Related Result Highlights

**Light Green Top** Final result 6/5/2019

**Lipase** Final result 6/5/2019

## Other Results from 6/5/2019

**UA with Microscopic, No Culture Reflex** Final result 6/5/2019
**Dark Green (Li Hep) Hold Tube** Final result 6/5/2019
**Light Blue Top** Final result 6/5/2019
**Lavender Hold** Final result 6/5/2019
**HOLD SST Tube** Final result 6/5/2019
**Complete Blood Count with Automated Differential** Final result 6/5/2019

**ⓘ Warning: Additional results from 6/5/2019 are available but are not displayed in this report.**

## Printable Report

Comprehensive Metabolic Panel (Order #195173338) on 6/5/19

## Lab Component SmartPhrase Guide

Comprehensive Metabolic Panel (Order #195173338) on 6/5/19

Cummins, Michael M (MRN 01614423)

## Complete Blood Ct, Auto Diff

Order: 195173337

Status: **Final result** Visible to patient: **No (Not Released)**

Specimen Collected: **06/05/19 1:07 PM** | Last Resulted: **06/05/19 1:20 PM** | Order Details View Encounter Lab and Collection Details Routing Result History

## Complete Blood Count with Automated Differential

Order: 197943448 - Part of Panel Order 195173337

Status: **Final result** Visible to patient: **No (Not Released)**

| | Ref Range & Units | 1d ago | 3wk ago |
|---|---|---|---|
| **WBC** | 4.0 - 11.0 K/uL | **11.5** ^ | **11.5** ^ |
| **RBC** | 4.31 - 5.77 M/uL | 5.36 | 4.91 |
| **HGB** | 13.2 - 17.5 g/dL | 16.5 | 15.2 |
| **HCT** | 38.9 - 49.9 % | 47.9 | 44.5 |
| **MCV** | 80.0 - 100.0 fL | 89.4 | 90.6 |
| **MCH** | 27.8 - 33.8 pg | 30.8 | 31.0 |
| **MCHC** | 31.5 - 36.5 g/dL | 34.4 | 34.2 |
| **RDW** | 11.5 - 14.2 % | **14.3** ^ | **14.5** ^ |
| **Platelets** | 150 - 400 K/uL | 302 | 251 |
| **MPV** | 8.5 - 12.4 fL | 9.6 | 9.6 |
| **Neutrophils %** | % | 65.3 | 64.3 |
| **Immat Gran %** | % | 0.2 | 0.3 |
| **Lymphocytes %** | % | 21.8 | 23.8 |
| **Monocytes %** | % | 10.1 | 8.8 |
| **Eosinophils %** | % | 2.0 | 2.3 |
| **Basophils %** | % | 0.6 | 0.5 |
| **Neutrophils #** | 1.5 - 8.0 K/uL | 7.5 | 7.4 |
| **Immat Gran #** | 0.0 - 0.1 K/uL | 0.0 | 0.0 |
| **Lymphocytes #** | 1.0 - 3.5 K/uL | 2.5 | 2.7 |
| **Monocytes #** | 0.2 - 1.0 K/uL | **1.2** ^ | 1.0 |
| **Eosinophils #** | 0.0 - 0.5 K/uL | 0.2 | 0.3 |
| **Basophils #** | 0.0 - 0.2 K/uL | 0.1 | 0.1 |
| **nRBC** | <=0 % | | |
| Resulting Agency | | PHLab 100 | PHLab 122 |

Specimen Collected: **06/05/19 1:07 PM** | Last Resulted: **06/05/19 1:20 PM** | Order Details View Encounter Lab and Collection Details Routing Result History

Complete Blood Ct, Auto Diff (Order 195173337)

## Linked Results

| Procedure | Abnormality | Status |
|---|---|---|

| | | |
|---|---|---|
| **Complete Blood Count with Automated Differential** | **Abnormal** | **Final result** |

Complete Blood Count with Automated Differential (Order 197943448)

## Collection Information

Specimen ID: **19CL-156H0347 Blood**

Collected: **6/5/2019 1:07 PM**
**CARTER, SCOTT**
Received: **6/5/2019 1:16 PM**

Resulting Agency: **PEACEHEALTH LABORATORIES**
123 International Way
Springfield OR 97477

## Provider Information

| Ordering User | Ordering Provider | Authorizing Provider |
|---|---|---|
| **Brandy A Kirlin, RN** | **Triage Protocol Ph Emergency, MD** | **Triage Protocol Ph Emergency, MD** |

PCP
**David A Knowlton, MD**

Complete Blood Ct, Auto Diff (Order 195173337)

## Linked Results

| Procedure | Abnormality | Status |
|---|---|---|
| **Complete Blood Count with Automated Differential** | **Abnormal** | **Final result** |

Complete Blood Count with Automated Differential (Order 197943448)

## Routing History

| Priority | Sent On | From | To | Message Type |
|---|---|---|---|---|
| ⬆ | **6/5/2019 5:05 PM** | **Background, Museresultsin** | P Rbmc Ed Abnormal Results F/U Pool | **Results** |

## Patient Release Status:

**This result is not viewable by the patient.**

Complete Blood Ct, Auto Diff (Order 195173337)

## Linked Results

| Procedure | Abnormality | Status |
|---|---|---|
| **Complete Blood Count with Automated Differential** | **Abnormal** | **Final result** |

Complete Blood Count with Automated Differential (Order 197943448)

## Routing History

| Priority | Sent On | From | To | Message Type |
|---|---|---|---|---|
| ⬆ | | **Background, Museresultsin** | | **Results** |

| Priority | Sent On | From | To | Message Type |
| --- | --- | --- | --- | --- |
| | 6/5/2019 5:05 PM | | P Rbmc Ed Abnormal Results F/U Pool | |

## Related Result Highlights

| | |
| --- | --- |
| **Lavender Hold** Final result | 6/5/2019 |

## Other Results from 6/5/2019

| | |
| --- | --- |
| **UA with Microscopic, No Culture Reflex** Final result | 6/5/2019 |
| **Dark Green (Li Hep) Hold Tube** Final result | 6/5/2019 |
| **Comprehensive Metabolic Panel** Final result | 6/5/2019 |
| **Lipase** Final result | 6/5/2019 |
| **Light Blue Top** Final result | 6/5/2019 |
| **Light Green Top** Final result | 6/5/2019 |
| **HOLD SST Tube** Final result | 6/5/2019 |

**Warning: Additional results from 6/5/2019 are available but are not displayed in this report.**

## Printable Report

Complete Blood Ct, Auto Diff (Order #195173337) on 6/5/19

## Lab Component SmartPhrase Guide

Complete Blood Ct, Auto Diff (Order #195173337) on 6/5/19

Cummins, Michael M (MR # 01614423) Printed at 6/6/19 10:50 AM

Cummins, Michael M (MRN 01614423)

## Prothrombin Time (PT-INR)

Order: 195173314

Status: **Final result** Visible to patient: **No (Not Released)**

| | Ref Range & Units | 3wk ago | 1yr ago |
|---|---|---|---|
| **Prothrombin Time** | 11.6 - 13.8 sec | 22.5 ^ | 21.0 ^ R |
| **INR** | 0.9 - 1.1 | 2.1 ^ | 1.7 ^ CM |

```
Comment: Recommended range for oral anticoagulant rx.          INR Range

   DVT, PE, Atrial fib                                       2.0-3.0
   Bioprosthetic valve, St.Jude valve aortic position        2.0-3.0
   Most mechanical heart valves                              2.5-3.5
Ref: Chest 2012;141;141(2_suppl):7S-47S
```

| Resulting Agency | PHLab 122 | PHLab 100 |
|---|---|---|

Specimen Collected: **05/16/19 9:31 AM**
Last Resulted: **05/16/19 9:58 AM**
Order Details View Encounter Lab and Collection Details Routing Result History

CM=Additional comments R=Reference range differs from displayed range

## Collection Information

Specimen ID: **19EU-136O0003 Blood**
Collected: **5/16/2019 9:31 AM GENDEL, LORI**
Received: **5/16/2019 9:37 AM**
Resulting Agency: **PEACEHEALTH LABORATORIES**
722 E. 11th Ave
Eugene OR 97401

| Order Question | Answer |
|---|---|
| **Anticoagulant:** | |

## Provider Information

| Ordering User | Ordering Provider | Authorizing Provider |
|---|---|---|
| **Jeffrey Salerno, MD** | **Jeffrey Salerno, MD** | **Jeffrey Salerno, MD** |

| Attending Provider(s) | PCP |
|---|---|
| **Jeffrey Salerno, MD** | **David A Knowlton, MD** |

## Patient Release Status:

This result is not viewable by the patient.

### Blood

**Collected 5/16/2019 9:31 AM** by **Lori R Gendel, RN**
Container: **1 BLUE**

## Other Results from 5/16/2019

| | |
|---|---|
| **Grey Top Hold Tube** Final result | 5/16/2019 |
| **Comprehensive Metabolic Panel** Final result | 5/16/2019 |
| **Lipase** Final result | 5/16/2019 |
| **Light Green Top** Final result | 5/16/2019 |

| | |
|---|---|
| **Lavender Hold** Final result | 5/16/2019 |
| **HOLD SST Tube** Final result | 5/16/2019 |
| **Complete Blood Count with Automated Differential** Final result | 5/16/2019 |

**Warning: Additional results from 5/16/2019 are available but are not displayed in this report.**

## Printable Report

Prothrombin Time (PT-INR) (Order #195173314) on 5/16/19

## Lab Component SmartPhrase Guide

Prothrombin Time (PT-INR) (Order #195173314) on 5/16/19

Cummins, Michael M (MR # 01614423) Printed at 6/6/19 10:51 AM

Cummins, Michael M (MRN 01614423)

## Prothrombin Time (PT-INR)

Order: 195173314

Status: Final result Visible to patient: No (Not Released)

| | Ref Range & Units | 1d ago | 1yr ago |
|---|---|---|---|
| **Prothrombin Time** | 11.6 - 13.8 sec | 22.5 ^ | 21.0 ^ R |
| **INR** | 0.9 - 1.1 | 2.1 ^ | 1.7 ^ CM |

Comment: Recommended range for oral anticoagulant rx. INR Range

```
   DVT, PE, Atrial fib                                 2.0-3.0
   Bioprosthetic valve, St.Jude valve aortic position  2.0-3.0
   Most mechanical heart valves                        2.5-3.5
Ref: Chest 2012;141;141(2_suppl):7S-47S
```

| Resulting Agency | PHLab 122 | PHLab 100 |
|---|---|---|

Specimen Collected: **05/16/19 9:31 AM** Last Resulted: **05/16/19 9:58 AM** Order Details View Encounter Lab and Collection Details Routing Result History

CM=Additional comments R=Reference range differs from displayed range

## Collection Information

Specimen ID: **19EU-136O0003 Blood**

Collected: **5/16/2019 9:31 AM GENDEL, LORI**

Received: **5/16/2019 9:37 AM**

Resulting Agency: **PEACEHEALTH LABORATORIES**
722 E. 11th Ave
Eugene OR 97401

| Order Question | Answer |
|---|---|
| **Anticoagulant:** | |

## Provider Information

| Ordering User | Ordering Provider | Authorizing Provider |
|---|---|---|
| **Jeffrey Salerno, MD** | **Jeffrey Salerno, MD** | **Jeffrey Salerno, MD** |

| Attending Provider(s) | PCP |
|---|---|
| **Jeffrey Salerno, MD** | **David A Knowlton, MD** |

## Patient Release Status:

This result is not viewable by the patient.

### Blood

**Collected 5/16/2019 9:31 AM** by **Lori R Gendel, RN**

Container: **1 BLUE**

## Other Results from 5/16/2019

| | |
|---|---|
| **Grey Top Hold Tube** Final result | 5/16/2019 |
| **Comprehensive Metabolic Panel** Final result | 5/16/2019 |
| **Lipase** Final result | 5/16/2019 |
| **Light Green Top** Final result | 5/16/2019 |

| | |
|---|---|
| **Lavender Hold** Final result | 5/16/2019 |
| **HOLD SST Tube** Final result | 5/16/2019 |
| **Complete Blood Count with Automated Differential** Final result | 5/16/2019 |

**Warning: Additional results from 5/16/2019 are available but are not displayed in this report.**

## Printable Report

Prothrombin Time (PT-INR) (Order #195173314) on 5/16/19

## Lab Component SmartPhrase Guide

Prothrombin Time (PT-INR) (Order #195173314) on 5/16/19

Cummins, Michael M (MR # 01614423) Printed at 5/17/19 10:32 AM

Cummins, Michael M (MRN 01614423)

## Lipase

Order: 195173299

Status: **Final result** Visible to patient: **No (Not Released)**

| | Ref Range & Units | 1d ago | 1yr ago |
|---|---|---|---|
| **Lipase** | 22 - 51 U/L | 29 | 28 |
| Resulting Agency | | PHLab 122 | PHLab 100 |

Specimen Collected: **05/16/19 9:31 AM**

Last Resulted: **05/16/19 10:00 AM**

Order Details View Encounter Lab and Collection Details Routing Result History

## Collection Information

Specimen ID: **19EU-136C0032 Blood**

Collected: **5/16/2019 9:31 AM GENDEL, LORI**

Received: **5/16/2019 9:37 AM**

Resulting Agency: **PEACEHEALTH LABORATORIES**
722 E. 11th Ave
Eugene OR 97401

## Provider Information

| Ordering User | Ordering Provider | Authorizing Provider |
|---|---|---|
| **Siri A Haraldsted, RN** | **Jeffrey Salerno, MD** | **Jeffrey Salerno, MD** |

| Attending Provider(s) | PCP |
|---|---|
| **Jeffrey Salerno, MD** | **David A Knowlton, MD** |

## Patient Release Status:

This result is not viewable by the patient.

### Blood

**Collected 5/16/2019 9:31 AM** by Lori R Gendel, RN
Container: **1 GRN PST**

### Related Result Highlights

**Light Green Top** Final result 5/16/2019

**Comprehensive Metabolic Panel** Final result 5/16/2019

### Other Results from 5/16/2019

**Grey Top Hold Tube** Final result 5/16/2019
**Lavender Hold** Final result 5/16/2019
**HOLD SST Tube** Final result 5/16/2019
**Complete Blood Count with Automated Differential** Final result 5/16/2019
**Prothrombin Time (PT-INR)** Final result 5/16/2019

**ⓘ Warning: Additional results from 5/16/2019 are available but are not displayed in this report.**

## Printable Report

Lipase (Order #195173299) on 5/16/19

## Lab Component SmartPhrase Guide

Lipase (Order #195173299) on 5/16/19

Cummins, Michael M (MR # 01614423) Printed at 5/17/19 10:32 AM

Cummins, Michael M (MRN 01614423)

## Comprehensive Metabolic Panel

Order: 195173298

Status: Final result Visible to patient: No (Not Released)

| | Ref Range & Units | 1d ago | 1yr ago |
|---|---|---|---|
| **Sodium** | 135 - 145 mmol/L | 141 | 136 |
| **Potassium** | 3.5 - 5.2 mmol/L | 3.7 | 3.4 ∨ |
| **Chloride** | 95 - 109 mmol/L | 106 | 105 |
| **CO2** | 22 - 32 mmol/L | 23 | 23 |
| **Anion Gap** | 3 - 12 mmol/L | 12 | 8 |
| **Glucose** | 70 - 99 mg/dL | 110 ^ | 121 ^ |
| **BUN** | 6 - 20 mg/dL | 24 ^ | 21 ^ |
| **Creatinine** | 0.61 - 1.24 mg/dL | 1.28 ^ | 1.09 |
| **GFR Non-Black (CKD-EPI)** | >=60 mL/min/1.73m2 | 66 | 80 |
| **GFR Black (CKD-EPI)** | >=60 mL/min/1.73m2 | 76 | 93 |
| **Protein, Total** | 6.2 - 8.4 g/dL | 7.3 | |
| **Albumin** | 3.5 - 5.0 g/dL | 3.8 | |
| **Globulin** | 2.2 - 3.5 g/dL | 3.5 | |
| **Calcium** | 8.6 - 10.2 mg/dL | 8.9 | 8.3 ∨ |
| **Bilirubin, Total** | 0.1 - 1.2 mg/dL | 0.6 | |
| **Alkaline Phosphatase** | 30 - 110 U/L | 78 | |
| **ALT** | 17 - 63 U/L | 34 | |
| **AST** | 15 - 41 U/L | 23 | |
| **Calculated OSMO** | 269 - 289 mOsm/kg | 286 | |
| Resulting Agency | | PHLab 122 | PHLab 100 |

Specimen Collected: 05/16/19 9:31 AM

Last Resulted: **05/16/19 10:00 AM**

Order Details View Encounter Lab and Collection Details Routing Result History

## Collection Information

Specimen ID: **19EU-136C0032 Blood**

Collected: **5/16/2019 9:31 AM GENDEL, LORI**

Received: **5/16/2019 9:37 AM**

Resulting Agency: **PEACEHEALTH LABORATORIES**
722 E. 11th Ave
Eugene OR 97401

| Order Question | Answer |
|---|---|
| **Does the patient need to be fasting?** | **No** |
| Collection Question | Answer |
| **How many hours has the patient been fasting?** | |

## Provider Information

Ordering User
**Siri A Haraldsted, RN**

Ordering Provider
**Jeffrey Salerno, MD**

Authorizing Provider
**Jeffrey Salerno, MD**

Attending Provider(s)
**Jeffrey Salerno, MD**

PCP
**David A Knowlton, MD**

## Patient Release Status:

This result is not viewable by the patient.

## Blood

**Collected 5/16/2019 9:31 AM** by Lori R Gendel, RN
Container: **1 GRN PST**

## Related Result Highlights

| | |
|---|---|
| **Light Green Top** Final result | 5/16/2019 |
| **Lipase** Final result | 5/16/2019 |

## Other Results from 5/16/2019

| | |
|---|---|
| **Grey Top Hold Tube** Final result | 5/16/2019 |
| **Lavender Hold** Final result | 5/16/2019 |
| **HOLD SST Tube** Final result | 5/16/2019 |
| **Complete Blood Count with Automated Differential** Final result | 5/16/2019 |
| **Prothrombin Time (PT-INR)** Final result | 5/16/2019 |

**ⓘ Warning: Additional results from 5/16/2019 are available but are not displayed in this report.**

## Printable Report

Comprehensive Metabolic Panel (Order #195173298) on 5/16/19

## Lab Component SmartPhrase Guide

Comprehensive Metabolic Panel (Order #195173298) on 5/16/19

Cummins, Michael M (MRN 01614423)

## Complete Blood Ct, Auto Diff

Order: 195173297

Status: **Final result** Visible to patient: **No (Not Released)**

Specimen Collected: **05/16/19 9:31 AM**

Last Resulted: **05/16/19 9:39 AM**

Order Details View Encounter Lab and Collection Details Routing Result History

## Complete Blood Count with Automated Differential

Order: 195173312 - Part of Panel Order 195173297

Status: **Final result** Visible to patient: **No (Not Released)**

| | Ref Range & Units | 1d ago | 1yr ago |
|---|---|---|---|
| **WBC** | 4.0 - 11.0 K/uL | **11.5** ^ | **11.8** ^ |
| **RBC** | 4.31 - 5.77 M/uL | 4.91 | **3.79** v |
| **HGB** | 13.2 - 17.5 g/dL | 15.2 | **11.7** v |
| **HCT** | 38.9 - 49.9 % | 44.5 | **34.3** v |
| **MCV** | 80.0 - 100.0 fL | 90.6 | 90.5 |
| **MCH** | 27.8 - 33.8 pg | 31.0 | 30.9 |
| **MCHC** | 31.5 - 36.5 g/dL | 34.2 | 34.1 |
| **RDW** | 11.5 - 14.2 % | **14.5** ^ | 14.0 |
| **Platelets** | 150 - 400 K/uL | 251 | 318 |
| **MPV** | 8.5 - 12.4 fL | 9.6 | 9.1 |
| **Neutrophils %** | % | 64.3 | |
| **Immat Gran %** | % | 0.3 | |
| **Lymphocytes %** | % | 23.8 | |
| **Monocytes %** | % | 8.8 | |
| **Eosinophils %** | % | 2.3 | |
| **Basophils %** | % | 0.5 | |
| **Neutrophils #** | 1.5 - 8.0 K/uL | 7.4 | |
| **Immat Gran #** | 0.0 - 0.1 K/uL | 0.0 | |
| **Lymphocytes #** | 1.0 - 3.5 K/uL | 2.7 | |
| **Monocytes #** | 0.2 - 1.0 K/uL | 1.0 | |
| **Eosinophils #** | 0.0 - 0.5 K/uL | 0.3 | |
| **Basophils #** | 0.0 - 0.2 K/uL | 0.1 | |
| **nRBC** | <=0 % | | |
| Resulting Agency | | PHLab 122 | PHLab 122 |

Specimen Collected: **05/16/19 9:31 AM**

Last Resulted: **05/16/19 9:39 AM**

Order Details View Encounter Lab and Collection Details Routing Result History

Complete Blood Ct, Auto Diff (Order 195173297)

## Linked Results

| Procedure | Abnormality | Status |
|---|---|---|

| | | |
|---|---|---|
| Complete Blood Count with Automated Differential | **Abnormal** | Final result |

(!) Complete Blood Count with Automated Differential (Order 195173312)

## Collection Information

Specimen ID: **19EU-136H0014 Blood**

Collected: **5/16/2019 9:31 AM**
**GENDEL, LORI**
Received: **5/16/2019 9:37 AM**

Resulting Agency: **PEACEHEALTH LABORATORIES**
722 E. 11th Ave
Eugene OR 97401

## Provider Information

| Ordering User | Ordering Provider | Authorizing Provider |
|---|---|---|
| **Siri A Haraldsted, RN** | **Jeffrey Salerno, MD** | **Jeffrey Salerno, MD** |

| Attending Provider(s) | PCP |
|---|---|
| **Jeffrey Salerno, MD** | **David A Knowlton, MD** |

(!) Complete Blood Ct, Auto Diff (Order 195173297)

## Linked Results

| Procedure | Abnormality | Status |
|---|---|---|
| **Complete Blood Count with Automated Differential** | **Abnormal** | **Final result** |

(!) Complete Blood Count with Automated Differential (Order 195173312)

## Patient Release Status:

This result is not viewable by the patient.

(!) Complete Blood Ct, Auto Diff (Order 195173297)

## Linked Results

| Procedure | Abnormality | Status |
|---|---|---|
| **Complete Blood Count with Automated Differential** | **Abnormal** | **Final result** |

(!) Complete Blood Count with Automated Differential (Order 195173312)

## Related Result Highlights

**Lavender Hold** Final result 5/16/2019

## Other Results from 5/16/2019

**Grey Top Hold Tube** Final result 5/16/2019

| | |
|---|---|
| **Comprehensive Metabolic Panel** Final result | 5/16/2019 |
| **Lipase** Final result | 5/16/2019 |
| **Light Green Top** Final result | 5/16/2019 |
| **HOLD SST Tube** Final result | 5/16/2019 |
| **Prothrombin Time (PT-INR)** Final result | 5/16/2019 |

**ⓘ Warning: Additional results from 5/16/2019 are available but are not displayed in this report.**

## Printable Report

Complete Blood Ct, Auto Diff (Order #195173297) on 5/16/19

## Lab Component SmartPhrase Guide

Complete Blood Ct, Auto Diff (Order #195173297) on 5/16/19

Cummins, Michael M (MR # 01614423) DOB: Encounter Date: 05/16/2019

# CT ABDOMEN PELVIS WO CONTRAST (KUB)

Status: **Final result**
Acc #: **102361272** Order #: **195173316**

## PACS Images

Show images for CT Abdomen Pelvis WO Contrast(KUB)

## Linked Documents

View Image

## Study Result

CUMMINS, MICHAEL M
DOB: Age: 48 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: JEFFREY R SALERNO MD Class: Emergency
Date of Service: 05/16/2019 09:30 AM Accession #: 4851561
Outside Order Number: 102361272

CT KUB

IMPRESSION:
1. 3 mm stone in the proximal left ureter with mild hydronephrosis.
2. Calcifications of both adrenal glands with a myolipoma the left adrenal gland is seen. This is unchanged from 2015.

INDICATION:
GENDER/AGE: Male, 48 years
ORDER INDICATION: :
HISTORY PER PATIENT: Left flank pain, history of kidney stones

TECHNIQUE: CT images of the abdomen and pelvis were obtained at 5-mm intervals using the renal stone protocol. Axial, coronal, and sagittal reconstructions were performed.
The CT scanner utilized a dose reduction technique.

COMPARISON: 9/29/2015

FINDINGS:
LUNG BASES: Included images through the lung bases are clear.

LIVER: Included non-contrasted images through the liver do not demonstrate a focal mass or intrahepatic biliary ductal dilatation.

GALLBLADDER: The gallbladder has been removed.

PANCREAS: No mass or inflammatory change is seen.

SPLEEN: The spleen is normal.

ADRENALS: Calcifications within both adrenal glands suggests remote hemorrhage or infection. There is enlargement of the left adrenal gland with fat suggesting a myolipoma. These findings are unchanged from 2015.

RIGHT KIDNEY: The right kidney demonstrates normal size and contour without calcification or hydronephrosis. No ureteral stone is seen.

LEFT KIDNEY: A 3 mm stone in the proximal left ureter is seen. There is mild hydronephrosis.

AORTA: The aorta is non-aneurysmal.

LYMPH NODES: Scattered retroperitoneal and mesenteric lymph nodes are identified without secondary aggressive features.

BOWEL: There is limited evaluation of the bowel secondary to the lack of oral and rectal contrast.

PELVIS: No fluid is seen.

OSSEOUS WINDOWS: No destructive or sclerotic lesion is seen.

DICTATED BY: Akshay Gupta, M.D., on 5/16/2019 9:55 AM PDT
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

End of Diagnostic report for accession: 4851561
Interpreted/Electronically Signed By: Akshay Gupta, MD on 05/16/2019

## Linked Documents

View Image

## Imaging

CT Abdomen Pelvis WO Contrast(KUB) (Order: 195173316) - 5/16/2019

## Result History

CT Abdomen Pelvis WO Contrast(KUB) (Order #195173316) on 5/16/2019 - Order Result History Report

## Patient Release Status:

This result is not viewable by the patient.

## Signed by

| Signed | Date/Time | Phone | Pager |
|---|---|---|---|
| **GUPTA, AKSHAY** | 5/16/2019 09:55 | 541-681-8586 | |

## Exam Information

| Status | Exam Begun | Exam Ended |
|---|---|---|
| Final [99] | 5/16/2019 09:30 | 5/16/2019 09:42 |

## PACS Images

Show images for CT Abdomen Pelvis WO Contrast(KUB)

## External Result Report

## Encounter

External Result Report View Encounter

## Order Report

Order Details

## Scheme Used

| | Line | Routing Instant | Results Routing Outcome | Results Routing User |
|---|---|---|---|---|
| **Udmc Ed Results Routing Scheme [1600000007]** | **11** | **5/16/2019 9:57 AM** | **Primary notification suppressed, CC list and Care Team evaluated** | **Background, Radordresin [15783]** |

**Routing scheme or rule configured to have no recipients**

## Ct Abdomen Pelvis Wo Contrast (Kub) [195173316]

| | | |
|---|---|---|
| Proc. Category: **Ris Ct Orderables [1011]** | Result Instant: **5/16/2019 9:55 AM** | Procedure: **Ct Abdomen Pelvis Wo Contrast (Kub) [105178309]** |
| Order Instant: **5/16/2019 9:23 AM** | Order Class: **Hospital Performed** | Ordering User: **Jeffrey Salerno, MD [5110]** |
| Authorizing Provider: **Jeffrey Salerno, MD [15736]** | Encounter Provider: | Encounter Department: **Udmc Ed [4001203200]** |
| Encounter Date: **5/16/2019** | Encounter Type: **Hospital Encounter** | |

Cummins, Michael M (MR # 01614423) DOB: Printed 5/17/19 10:32 AM

**Oregon Urology Institute**
2400 Hartman Ln Springfield, OR 97477
541-334-3350 Fax: 541-746-4569

*June 14, 2019*
Page 1
Operative Report

**Michael M Cummins**
Male DOB:
280454-2470001
Home:
Ins: DMAP (1)

**06/14/2019 - Operative Report: OSC Procedure: Cystoscopy Stent Removal**
**Provider: Brady Walker MD**
**Location of Care: Oregon Surgi Center**

## Oregon SurgiCenter

**Visit Type:** OSC Stent Removal
**Referring Provider:** No PCP/ No Ref Physician
**Primary Provider:** David A Knowlton MD

**History of Present Illness**:
Mr. Cummins is a 48-year-old man who recently had a ureteroscopy with stone basketing. He is here for ureteral stent removal.

| | |
|---|---|
| Procedure: | Ureteral Stent Removal |
| Pre-Op Diagnsosis: | Indwelling Ureteral Stent |
| Post-Op Diagnosis: | Indwelling Ureteral Stent |
| Procedure: | Cystoscopy with Ureteral Stent Removal |
| Surgeon: | Brady R. Walker, M.D. |
| Anesthesia: | Local |
| Complications: | None |
| Specimens: | Intact Ureteral Stent |
| Condition: | Good from Procedure Room |
| Indications: | Indwelling ureteral stent after recent urologic instrumentation |

Details of Procedure: After informed consent was obtained from the patient regarding the procedure the patient was given periprocedural antibiotics. The patient was prepped and draped in a sterile fashion and anestecon jelly was used to anesthetize the urethra. Cystoscopy was performed and the stent was identified, grasped and removed intact.

The patient tolerated the procedure well and was discharged in good condition.

## Impression & Recommendations:

**Problem # 1:** FOREIGN BODY IN BLADDER, SEQUELA (ICD-908.5) (ICD10-T19.1xxS)
Successful stent removal without complication.

## Patient Instructions:
1) Follow all postprocedural orders.
2) Contact the office with any problems.
3) We will contact patient with any results from today's procedure.
4) Renal ultrasound in 6 weeks.

*This note was transcribed using Dragon Speech Recognition software. As a result, there may be grammatical and spelling errors that are unintended. Every attempt is made to have correct dictation. If there are any questions or major errors, please contact our office.*

**Electronically Signed by Brady Walker MD on 06/14/2019 at 8:29 AM**

**Michael M Cummins** Home:
Male DOB: 280454-2470001 Ins: DMAP (1)

Cummins, Michael M (MRN 01614423) DOB: Encounter Date: 05/16/2019

**Do you have a question about this report?** Ask a Question

# Cummins, Michael M

MRN: 01614423

**ED** 5/16/2019 (2 hours)
Status: Discharged
Sacred Heart at University District Emergency Depart

Last attending: Jeffrey Salerno, MD • Treatment team
Primary impression: Renal colic on left side
Chief complaint: Flank Pain

## ED Provider Notes

**Emergency Department Encounter**

**Chief Complaint**
Patient presents with
- Flank Pain
  *Left*

Historian: Patient

**HPI**
Michael M Cummins is a 48 y.o. male who presents with left flank pain. He awoke from sleep a few hours ago with severe left-sided abdominal pain. It radiates into the left flank. Its waxing waning but has not gone completely away. His wife reports that he is quite restless when the pain gets severe. He is also had associated nausea and vomiting. He has had kidney stones before but is been quite a while and he cannot remember if this is similar. He does report this feels worse. He has a history of a pulmonary embolism and is on Coumadin. He has had a prior cholecystectomy.

**Past Medical History**

**Past Medical History:**
Diagnosis Date
- Acne
- Anesthesia complication
  *woke up during procedure*
- Anxiety
- Arthritis
- Chronic pain right knee and lower back
- Current smoker
- Depression
- History of kidney stones
- Hypertension
- Migraines
- Numbness and tingling in both hands and arms
- Pulmonary embolism (HCC)

- upper dentures and lower partial

## Home Medications

### Medication List

START taking these medications
**oxyCODONE** 5 MG immediate release tablet
Commonly known as: ROXICODONE
Take 1-2 tablets (5-10 mg total) by mouth every 4 (four) hours as needed for Pain

ASK your doctor about these medications
**ALPRAZolam** 1 MG tablet
Commonly known as: XANAX

---

**docusate sodium** 100 MG capsule
Commonly known as: COLACE
Take 1 capsule (100 mg total) by mouth Twice a day

---

**hydroCHLOROthiazide** 25 MG tablet
Commonly known as: HYDRODIURIL

---

**lisinopril** 40 MG tablet
Commonly known as: PRINIVIL,ZESTRIL

---

**propranolol** 40 MG tablet
Commonly known as: INDERAL

---

**sulfamethoxazole-trimethoprim** 800-160 mg per tablet
Commonly known as: BACTRIM DS

---

**warfarin** 5 MG tablet
Commonly known as: COUMADIN
Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic.

### Where to Get Your Medications

You can get these medications from any pharmacy
**Bring a paper prescription for each of these medications**
- oxyCODONE 5 MG immediate release tablet

## Allergies

**Allergies**

| Allergen | Reactions |
|---|---|
| • Metronidazole | Swelling |
| • Morphine Sulfate<br>*Tolerates hydromorphone* | Swelling |

## Social History

Tobacco: Yes
Alcohol: Denies
Drugs: Denies

## Review of Systems

Review of Systems:
Constitutional: Negative for **chills** and **fever**.
HENT: Negative for **rhinorrhea** and **sore throat**.
Eyes: Negative for **eye pain** and **visual disturbance**.
Cardiovascular: Negative for **chest pain** and **palpitations**.
Respiratory: Negative for **cough** and **shortness of breath**.
Breast/Skin: Negative for **color change** and **rash**.
Musculoskeletal: Negative for **back pain** and **neck pain**.
Gastrointestinal: Positive for abdominal pain, nausea and vomiting.
Genitourinary: Positive for flank pain. Negative for **dysuria** and **frequency**.
Neurological: Negative for **numbness** and **weakness**.

## Vitals

Initial: BP: 140/84
Temp: 36 °C (96.8 °F)
Temp Source: Temporal Artery
Heart Rate: 69
SpO2: 100 %

Current:

**Visit Vitals**

| | |
|---|---|
| BP | 107/67 (Patient Position: Sitting, Cuff Size: Large Adult) |
| Pulse | 67 |
| Temp | 36 °C (96.8 °F) (Temporal Artery) |
| Resp | 16 |
| Ht | 1.803 m (5' 11") |
| Wt | (!) 145.2 kg (320 lb) |
| SpO2 | 97% |
| BMI | 44.63 kg/m² |

**Physical Exam**

Physical Exam
Constitutional: He appears well-developed and well-nourished.
**Obese, uncomfortable appearing**
HENT:
Head: Atraumatic.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. There is no tenderness.
Genitourinary:
Genitourinary Comments: **No evidence of inguinal hernia**
Musculoskeletal: Normal range of motion. He exhibits no tenderness or deformity.
Neurological: He is alert. He is not disoriented.
Skin: Skin is warm and dry.
Psychiatric: His mood appears not anxious. He does not exhibit a depressed mood.

**Radiology**

Imaging Results

CT Abdomen Pelvis WO Contrast(KUB) (Final result) Result time 05/16/19 09:55:30

**Final result**

**Narrative:**

CUMMINS, MICHAEL M
DOB: Age: 48 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: JEFFREY R SALERNO MD Class: Emergency
Date of Service: 05/16/2019 09:30 AM Accession #: 4851561
Outside Order Number: 102361272

CT KUB

IMPRESSION:
1. 3 mm stone in the proximal left ureter with mild hydronephrosis.
2. Calcifications of both adrenal glands with a myolipoma the left adrenal gland is seen. This is unchanged from 2015.

INDICATION:
GENDER/AGE: Male, 48 years
ORDER INDICATION: :

HISTORY PER PATIENT: Left flank pain, history of kidney stones

TECHNIQUE: CT images of the abdomen and pelvis were obtained at 5-mm intervals using the renal stone protocol. Axial, coronal, and sagittal reconstructions were performed.
The CT scanner utilized a dose reduction technique.

COMPARISON: 9/29/2015

FINDINGS:
LUNG BASES: Included images through the lung bases are clear.

LIVER: Included non-contrasted images through the liver do not demonstrate a focal mass or intrahepatic biliary ductal dilatation.

GALLBLADDER: The gallbladder has been removed.

PANCREAS: No mass or inflammatory change is seen.

SPLEEN: The spleen is normal.

ADRENALS: Calcifications within both adrenal glands suggests remote hemorrhage or infection. There is enlargement of the left adrenal gland with fat suggesting a myolipoma. These findings are unchanged from 2015.

RIGHT KIDNEY: The right kidney demonstrates normal size and contour without calcification or hydronephrosis. No ureteral stone is seen.

LEFT KIDNEY: A 3 mm stone in the proximal left ureter is seen. There is mild hydronephrosis.

AORTA: The aorta is non-aneurysmal.

LYMPH NODES: Scattered retroperitoneal and mesenteric lymph nodes are identified without secondary aggressive features.

BOWEL: There is limited evaluation of the bowel secondary to the lack of oral and rectal contrast.

PELVIS: No fluid is seen.

OSSEOUS WINDOWS: No destructive or sclerotic lesion is seen.

DICTATED BY: Akshay Gupta, M.D., on 5/16/2019 9:55 AM PDT
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

End of Diagnostic report for accession: 4851561
Interpreted/Electronically Signed By: Akshay Gupta, MD on 05/16/2019

## Labs

**Results for orders placed or performed during the hospital encounter of 05/16/19**

**Grey Top Hold Tube**

| Result | Value | Ref Range |
|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | |

**Comprehensive Metabolic Panel**

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 141 | 135 - 145 mmol/L |
| Potassium | 3.7 | 3.5 - 5.2 mmol/L |
| Chloride | 106 | 95 - 109 mmol/L |
| CO2 | 23 | 22 - 32 mmol/L |
| Anion Gap | 12 | 3 - 12 mmol/L |
| Glucose | 110 (H) | 70 - 99 mg/dL |
| BUN | 24 (H) | 6 - 20 mg/dL |
| Creatinine | 1.28 (H) | 0.61 - 1.24 mg/dL |
| GFR Non-Black (CKD-EPI) | 66 | >=60 mL/min/1.73 m2 |
| GFR Black (CKD-EPI) | 76 | >=60 mL/min/1.73 m2 |
| Protein, Total | 7.3 | 6.2 - 8.4 g/dL |
| Albumin | 3.8 | 3.5 - 5.0 g/dL |
| Globulin | 3.5 | 2.2 - 3.5 g/dL |
| Calcium | 8.9 | 8.6 - 10.2 mg/dL |
| Bilirubin, Total | 0.6 | 0.1 - 1.2 mg/dL |
| Alkaline Phosphatase | 78 | 30 - 110 U/L |
| ALT | 34 | 17 - 63 U/L |
| AST | 23 | 15 - 41 U/L |
| Calculated OSMO | 286 | 269 - 289 mOsm/kg |

**Lipase**

| Result | Value | Ref Range |
|---|---|---|
| Lipase | 29 | 22 - 51 U/L |

**Complete Blood Count with Automated Differential**

| Result | Value | Ref Range |
|---|---|---|
| WBC | 11.5 (H) | 4.0 - 11.0 K/uL |
| RBC | 4.91 | 4.31 - 5.77 M/uL |
| HGB | 15.2 | 13.2 - 17.5 g/dL |
| HCT | 44.5 | 38.9 - 49.9 % |
| MCV | 90.6 | 80.0 - 100.0 fL |
| MCH | 31.0 | 27.8 - 33.8 pg |
| MCHC | 34.2 | 31.5 - 36.5 g/dL |
| RDW | 14.5 (H) | 11.5 - 14.2 % |
| Platelets | 251 | 150 - 400 K/uL |
| MPV | 9.6 | 8.5 - 12.4 fL |
| Neutrophils % | 64.3 | % |
| Immat Gran % | 0.3 | % |
| Lymphocytes % | 23.8 | % |
| Monocytes % | 8.8 | % |
| Eosinophils % | 2.3 | % |
| Basophils % | 0.5 | % |
| Neutrophils # | 7.4 | 1.5 - 8.0 K/uL |
| Immat Gran # | 0.0 | 0.0 - 0.1 K/uL |
| Lymphocytes # | 2.7 | 1.0 - 3.5 K/uL |
| Monocytes # | 1.0 | 0.2 - 1.0 K/uL |
| Eosinophils # | 0.3 | 0.0 - 0.5 K/uL |
| Basophils # | 0.1 | 0.0 - 0.2 K/uL |
| nRBC | | <=0 % |

**Prothrombin Time (PT-INR)**

| Result | Value | Ref Range |
|---|---|---|
| Prothrombin Time | 22.5 (H) | 11.6 - 13.8 sec |
| INR | 2.1 (H) | 0.9 - 1.1 |

**EKG 12-lead History of cardiac diagnosis**

| Result | Value | Ref Range |
|---|---|---|
| VENTRICULAR RATE EKG/MIN | 67 | BPM |
| ATRIAL RATE | 67 | BPM |
| PR-INTERVAL (MSEC) | 130 | ms |
| QRS-INTERVAL (MSEC) | 98 | ms |
| | 434 | ms |

| | | |
|---|---|---|
| QT-INTERVAL (MSEC) | | |
| QTc | 458 | ms |
| P Axis | 19 | degrees |
| R AXIS | 63 | degrees |
| T AXIS | 41 | degrees |
| ST at J Point | -5^48^4^-35^-20^-25^-10^34^53^-25^-30^53 | uV |
| ST at Mid ST | 29^58^53^83^97^87^78^53^29^-44^0^43 | uV |
| ST at End ST | 68^73^73^122^175^136^122^63^4^-74^34^39 | uV |
| Maximum ST Area | 68^73^73^122^175^136^122^63^53^-25^34^53 | uV |
| Minimum ST Area | -5^48^4^-35^-20^-25^-10^34^29^-44^-30^43 | uV |

Light Green Top

| Result | Value | Ref Range |
|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | |

Lavender Hold

| Result | Value | Ref Range |
|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | |

HOLD SST Tube

| Result | Value | Ref Range |
|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | |

## EKG

EKG interpreted by me: NSR, Normal Axis, Normal Intervals, No ST or T changes

## ED Course & Medical Decision Making

This is a 48 y.o. male who is on Coumadin for prior PE who presents with flank pain. His description of symptoms sound like a kidney stone but given his comorbidities I suggested a CT KUB. This shows a 3 mm proximal ureteral stone. He was treated with IV pain medications and a single dose of Toradol (I discussed with him the risks of Toradol use while

he is on Coumadin). His pain improved. We discussed options including admission for stenting versus home with pain medications to try to pass the stone. He would like to avoid surgery so I think a trial of spontaneous patches at home is reasonable. We will discharge him home with oxycodone for pain. I discussed safe use of narcotic medications and potential side effects including consipation, accidental overdose, and addiction. I discussed indications for return to the ER. I offered him a follow-up with urology if his symptoms do not resolve.

The patient was unable to provide a urine sample during his ER stay. He does not have fever or dysuria or leukocytosis so I doubt infected stone.

The patient received the following medications while in the ED.

Medications
ondansetron PF (ZOFRAN) injection 4 mg (4 mg IV
Given 5/16/19 0945)
Or
ondansetron (ZOFRAN-ODT) disintegrating tablet
4 mg ( Oral See Alternative 5/16/19 0945)
ketorolac (TORADOL) injection 15 mg (15 mg IV
Given 5/16/19 1013)

**Discharge Medication List as of 5/16/2019 11:30 AM**

**START taking these medications**

| | Details |
|---|---|
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet** | Take 1-2 tablets (5-10 mg total) by mouth every 4 (four) hours as needed for Pain, Starting Thu 5/16/2019, Until Sun 5/26/2019, Print |

**Final Impression**
1. Renal colic on left side

**Disposition**
DISCHARGE

Jeffrey Salerno, MD
05/17/19 0858

Jeffrey Salerno, MD
05/17/19 0900

## Other Notes

All notes

## Additional Orders and Documentation

Results Imaging | Meds | Orders | Flowsheets

SmartForms: PH ADT SPECIAL ACCOMMODATIONS
Encounter Info: History, Allergies, Detailed Report

## Communications

Summary of care document sent to OREGON UROLOGY INSTITUTE
Sent 5/16/2019 by Jeffrey Salerno, MD

## Discharge Orders

Discharge Orders Report

## Clinical Impressions

**Renal colic on left side**

## Disposition

**Discharge**
Condition: **Stable**

ED After Visit Summary (Printed 5/16/2019)

Follow-Ups: **Follow up with OREGON UROLOGY INSTITUTE; As needed if the stone does not pass**

## Medication Changes

- oxycodone HCl 5-10 mg Oral Every 4 Hours PRN

## Care Timeline

0850 **Arrived**
0925 EKG 12-lead History of cardiac diagnosis
0931 Rainbow draw
Grey Top Hold Tube
Complete Blood Ct, Auto Diff
Comprehensive Metabolic Panel
Lipase
Prothrombin Time (PT-INR)
0942 CT Abdomen Pelvis WO Contrast(KUB)
0945 ondansetron HCl/PF 4 mg
hydromorphone HCl 0.5 mg
1013 ketorolac tromethamine 15 mg
1142 **Discharged**

**Printed by Michele J Falls at 6/6/19 10:50 AM**

Cummins, Michael M (MRN 01614423) DOB: Encounter Date: 06/05/2019

**Do you have a question about this report?** Ask a Question

# Cummins, Michael M

MRN: 01614423

**ED** 6/5/2019 (3 hours)
Status: Discharged
Sacred Heart at RiverBend Emergency Department

Providers: Treatment team
Primary impression: Ureterolithiasis
Chief complaint: Flank Pain, Abdominal Pain

## ED Provider Notes

Cosign Needed

Jennifer L Fisher, PA (Physician Assistant) • Emergency Medicine

**Emergency Department Encounter**

Chief Complaint
Patient presents with
- Flank Pain
  *left*
- Abdominal Pain

ED Provider: Jenny Fisher PA-C

**History of Present Illness**

Michael M Cummins is a 48 y.o. male who presents with left-sided flank pain for the past 3 days. He had a CT KUB performed on 5/16/19 showed a 3 mm stone proximal left ureter with mild hydronephrosis. Patient states that he had resolution of pain approximately 4 days after his last previous emergency department visit. States that he had a sudden return of left flank pain starting 2 days ago. He rates his pain as a 9 out of 10. He reports nausea, but denies any vomiting. Has not noted any hematuria. Pain radiates from his left flank into his left groin region. Feels similar to previous kidney stones. He is currently on Coumadin secondary to a history of pulmonary embolism.

**Past Medical History**

Past Medical History:

Diagnosis Date
- Acne
- Anesthesia complication
  *woke up during procedure*
- Anxiety
- Arthritis
- Chronic pain right knee and lower back
- Current smoker
- Depression
- History of kidney stones
- Hypertension
- Migraines
- Numbness and tingling in both hands and arms
- Pulmonary embolism (HCC)
- upper dentures and lower partial

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ANUS SURGERY | N/A | 1/8/2018 |
| *Procedure: SPHINCTEROTOMY; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;* | | |
| • BACK SURGERY | | |
| • CHOLECYSTECTOMY | N/A | 11/6/2017 |
| *Procedure: LAPAROSCOPY CHOLECYSTECTOMY WITH GRAMS; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;* | | |
| • HEMORRHOID SURGERY | N/A | 1/8/2018 |
| *Procedure: Excised short anal fistula, excised 1cm anal ulcer, excised 1 external hemorrhoid, and internal sphyncterotomy.; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;* | | |
| • KNEE SURGERY | Right | 2016 |
| • PILONIDAL CYST / SINUS EXCISION | | 2004 |
| • RECTAL SURGERY | N/A | 1/8/2018 |
| *Procedure: FISTULECTOMY ANAL/RECTAL; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;* | | |

**Social History**

| | |
|---|---|
| Socioeconomic History | |
| • Marital status: | Single |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| Occupational History | |
| • Not on file | |
| Social Needs | |
| • Financial resource strain: | Not on file |
| • Food insecurity: | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs: | |
| Medical: | Not on file |
| Non-medical: | Not on file |
| Tobacco Use | |
| • Smoking status: | Current Every Day Smoker |
| Packs/day: | 1.00 |
| Types: | Cigarettes |
| • Smokeless tobacco: | Never Used |
| Substance and Sexual Activity | |
| • Alcohol use: | No |
| • Drug use: | No |
| • Sexual activity: | Not on file |
| Lifestyle | |
| • Physical activity: | |
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Not on file |
| Relationships | |
| • Social connections: | |

| | |
|---|---|
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |
| • Intimate partner violence: | |
| Fear of current or ex partner: | Not on file |
| Emotionally abused: | Not on file |
| Physically abused: | Not on file |
| Forced sexual activity: | Not on file |
| Other Topics | Concern |
| • Not on file | |

Social History Narrative
- Not on file

## Home Medications

### Medication List

START taking these medications
**ondansetron** 8 MG disintegrating tablet
Commonly known as: ZOFRAN-ODT
Place 1 tablet (8 mg total) under the tongue every 8 (eight) hours as needed for Nausea or Vomiting

---

**oxyCODONE-acetaminophen** 5-325 mg per tablet
Commonly known as: PERCOCET
Take 1 tablet by mouth every 6 (six) hours as needed
for up to 10 doses for Pain
,

---

**tamsulosin** 0.4 mg Cap 24 hr capsule
Commonly known as: FLOMAX
Take 1 capsule (0.4 mg total) by mouth every evening

ASK your doctor about these medications
**ALPRAZolam** 1 MG tablet
Commonly known as: XANAX

---

**docusate sodium** 100 MG capsule
Commonly known as: COLACE
Take 1 capsule (100 mg total) by mouth Twice a day

---

**hydroCHLOROthiazide** 25 MG tablet
Commonly known as: HYDRODIURIL

---

**lisinopril** 40 MG tablet
Commonly known as: PRINIVIL,ZESTRIL

**propranolol** 40 MG tablet
Commonly known as: INDERAL

**sulfamethoxazole-trimethoprim** 800-160 mg per tablet
Commonly known as: BACTRIM DS

**warfarin** 5 MG tablet
Commonly known as: COUMADIN
Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic.

**Where to Get Your Medications**

You can get these medications from any pharmacy

**Bring a paper prescription for each of these medications**

- ondansetron 8 MG disintegrating tablet
- oxyCODONE-acetaminophen 5-325 mg per tablet
- tamsulosin 0.4 mg Cap 24 hr capsule

**Allergies**

Allergies

| Allergen | Reactions |
|---|---|
| • Metronidazole | Swelling |
| • Morphine Sulfate<br>*Tolerates hydromorphone* | Swelling |

**Review of Systems**

Review of Systems

**Vitals**

Initial:
BP: 129/84
Temp: 37 °C (98.6 °F)
Temp Source: Temporal Artery
Heart Rate: 80
SpO2: 97 %

Current:

**Visit Vitals**

| | |
|---|---|
| BP | 129/84 (Patient Position: Sitting) |
| Pulse | 80 |
| Temp | 37 °C (98.6 °F) (Temporal Artery) |
| Resp | 18 |
| Ht | 1.803 m (5' 11") |
| Wt | (!) 145.2 kg (320 lb 1.7 oz) |
| SpO2 | 97% |
| BMI | 44.65 kg/m² |

## Physical Exam

Physical Exam

## Radiology

Imaging Results
None

I have visualized these films and agree with the radiologists interpretation.

## Labs

Labs Reviewed
UA WITH MICROSCOPIC, NO CULTURE REFLEX - Abnormal

| Result | Value |
|---|---|
| Color | Yellow |
| Clarity | Clear |
| Specific Gravity | 1.014 |
| pH | 5.0 |
| Leukocyte Esterase | Trace |
| Nitrite | Negative |
| Urobilinogen | Normal |
| Protein | Negative |
| Blood | 3+ (*) |
| Ketones | Negative |
| Bilirubin | Negative |
| Glucose | Negative |
| WBC | 1-2 |
| RBC | 15-20 (*) |
| Bacteria | None Seen |
| Squamous Ep Cells | Rare |
| Mucus | Rare |
| Hyaline Casts | 7-9 (*) |

COMPREHENSIVE METABOLIC PANEL - Abnormal

| | |
|---|---|
| Sodium | 134 (*) |
| Potassium | 3.6 |
| Chloride | 102 |
| CO2 | 21 (*) |
| Anion Gap | 11 |
| Glucose | 106 (*) |
| BUN | 21 (*) |
| Creatinine | 1.33 (*) |
| GFR Non-Black (CKD-EPI) | 63 |
| GFR Black (CKD-EPI) | 73 |
| Protein, Total | 7.5 |
| Albumin | 3.9 |

| | |
|---|---|
| Globulin | 3.6 (*) |
| Calcium | 8.8 |
| Bilirubin, Total | 0.8 |
| Alkaline Phosphatase | 80 |
| ALT | 41 |
| AST | 28 |

*CBC WITH AUTO DIFFERENTIAL, LAB GENERATED ORDER - Abnormal

| | |
|---|---|
| WBC | 11.5 (*) |
| RBC | 5.36 |
| HGB | 16.5 |
| HCT | 47.9 |
| MCV | 89.4 |
| MCH | 30.8 |
| MCHC | 34.4 |
| RDW | 14.3 (*) |
| Platelets | 302 |
| MPV | 9.6 |
| Neutrophils % | 65.3 |
| Immat Gran % | 0.2 |
| Lymphocytes % | 21.8 |
| Monocytes % | 10.1 |
| Eosinophils % | 2.0 |
| Basophils % | 0.6 |
| Neutrophils # | 7.5 |
| Immat Gran # | 0.0 |
| Lymphocytes # | 2.5 |
| Monocytes # | 1.2 (*) |
| Eosinophils # | 0.2 |
| Basophils # | 0.1 |
| nRBC | |

LIPASE - Normal

| | |
|---|---|
| Lipase | 31 |

CBC WITH AUTO DIFFERENTIAL

*Narrative:*
*The following orders were created for panel order Complete Blood Ct, Auto Diff.*
*Procedure Abnormality*
*Status*
--------- ---------- -----

*Complete Blood Count wit...[197943448]*
*Abnormal Final result*

*Please view results for these tests on the individual orders.*

RAINBOW DRAW

*Narrative:*
*The following orders were created for panel order Rainbow draw.*
*Procedure Abnormality*
*Status*
--------- ---------- -----

*Light Blue Top[197943440]*
*In process*
*Light Green Top[197943442]*
*In process*
*Lavender Hold[197943444]*
*In process*
*HOLD SST Tube[197943446]*
*In process*

*Please view results for these tests on the individual orders.*

*HOLD DK GREEN (LI HEP), LAB GENERATED ORDER
LIGHT BLUE TOP
LIGHT GREEN TOP
LAVENDER HOLD
LAB USE ONLY HOLD SST TUBE

Results for orders placed or performed during the hospital encounter of 06/05/19

UA with Microscopic, No Culture Reflex

| Result | Value | Ref Range |
|---|---|---|
| Color | Yellow | |
| Clarity | Clear | |
| Specific Gravity | 1.014 | 1.003 - 1.035 |
| pH | 5.0 | 5.0 - 8.0 |
| Leukocyte Esterase | Trace | Negative, Trace |
| Nitrite | Negative | Negative |
| Urobilinogen | Normal | Normal - 1.0 EU/dL |
| Protein | Negative | Negative |
| Blood | 3+ (A) | Negative |
| Ketones | Negative | Negative |
| Bilirubin | Negative | Negative |
| Glucose | Negative | Negative mg/dL |
| WBC | 1-2 | 0 - 5 /hpf |
| RBC | 15-20 (A) | 0 - 2 /hpf |
| Bacteria | None Seen | None Seen - 1+ |
| Squamous Ep Cells | Rare | None Seen - Few |
| Mucus | Rare | |
| Hyaline Casts | 7-9 (A) | <4 /lpf |

Comprehensive Metabolic Panel

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 134 (L) | 135 - 145 mmol/L |
| Potassium | 3.6 | 3.5 - 5.2 mmol/L |
| Chloride | 102 | 95 - 109 mmol/L |
| CO2 | 21 (L) | 22 - 32 mmol/L |

| | | |
|---|---|---|
| Anion Gap | 11 | 3 - 12 mmol/L |
| Glucose | 106 (H) | 70 - 99 mg/dL |
| BUN | 21 (H) | 6 - 20 mg/dL |
| Creatinine | 1.33 (H) | 0.61 - 1.24 mg/dL |
| GFR Non-Black (CKD-EPI) | 63 | >=60 mL/min/1.73 m2 |
| GFR Black (CKD-EPI) | 73 | >=60 mL/min/1.73 m2 |
| Protein, Total | 7.5 | 6.2 - 8.4 g/dL |
| Albumin | 3.9 | 3.5 - 5.0 g/dL |
| Globulin | 3.6 (H) | 2.2 - 3.5 g/dL |
| Calcium | 8.8 | 8.6 - 10.2 mg/dL |
| Bilirubin, Total | 0.8 | 0.1 - 1.2 mg/dL |
| Alkaline Phosphatase | 80 | 30 - 110 U/L |
| ALT | 41 | 17 - 63 U/L |
| AST | 28 | 15 - 41 U/L |

Lipase

| Result | Value | Ref Range |
|---|---|---|
| Lipase | 31 | 22 - 51 U/L |

Complete Blood Count with Automated Differential

| Result | Value | Ref Range |
|---|---|---|
| WBC | 11.5 (H) | 4.0 - 11.0 K/uL |
| RBC | 5.36 | 4.31 - 5.77 M/uL |
| HGB | 16.5 | 13.2 - 17.5 g/dL |
| HCT | 47.9 | 38.9 - 49.9 % |
| MCV | 89.4 | 80.0 - 100.0 fL |
| MCH | 30.8 | 27.8 - 33.8 pg |
| MCHC | 34.4 | 31.5 - 36.5 g/dL |
| RDW | 14.3 (H) | 11.5 - 14.2 % |
| Platelets | 302 | 150 - 400 K/uL |
| MPV | 9.6 | 8.5 - 12.4 fL |
| Neutrophils % | 65.3 | % |
| Immat Gran % | 0.2 | % |
| Lymphocytes % | 21.8 | % |
| Monocytes % | 10.1 | % |
| Eosinophils % | 2.0 | % |
| Basophils % | 0.6 | % |
| Neutrophils # | 7.5 | 1.5 - 8.0 K/uL |

| | | |
|---|---|---|
| Immat Gran # | 0.0 | 0.0 - 0.1 K/uL |
| Lymphocytes # | 2.5 | 1.0 - 3.5 K/uL |
| Monocytes # | 1.2 (H) | 0.2 - 1.0 K/uL |
| Eosinophils # | 0.2 | 0.0 - 0.5 K/uL |
| Basophils # | 0.1 | 0.0 - 0.2 K/uL |
| nRBC | | <=0 % |

EKG 12-lead History of cardiac diagnosis

| Result | Value | Ref Range |
|---|---|---|
| VENTRICULAR RATE EKG/MIN | 72 | BPM |
| ATRIAL RATE | 72 | BPM |
| PR-INTERVAL (MSEC) | 164 | ms |
| QRS-INTERVAL (MSEC) | 112 | ms |
| QT-INTERVAL (MSEC) | 404 | ms |
| QTc | 442 | ms |
| P Axis | 56 | degrees |
| R AXIS | 62 | degrees |
| T AXIS | 44 | degrees |
| ST at J Point | -20^14^4^4^-5^-5^9^4^34^0^-25^24 | uV |
| ST at Mid ST | 29^48^-5^63^48^58^43^39^19^-40^4^34 | uV |
| ST at End ST | 107^97^-44^122^102^107^83^78^-10^-103^58^43 | uV |
| Maximum ST Area | 107^97^4^122^102^107^83^78^34^0^58^43 | uV |
| Minimum ST Area | -20^14^-5^4^-5^-5^9^4^19^-40^-25^24 | uV |

**EKG**

**ECG Results**

EKG 12-lead History of cardiac diagnosis (Preliminary result)

Result time 06/05/19 12:42:16

| Collection Time | Result Time | VENTRICULAR | ATRIAL RATE | PR-INTERVAL | QRS-INTERVAL | QT-INTERVAL | QTc | P AXIS | R AXIS | T AXIS | ST at J Point |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | RATE EKG /MIN | | (MSEC) | L (MSEC) | (MSEC) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **06/05/19 12:26:51** | **06/05/19 12:42:13** | **72** | **72** | **164** | **112** | **404** | **442** | **56** | **62** | **44** | **-20^14^4^4^-5^-5^9^4^34^0^-25^24** |

| Collection Time | Result Time | ST at Mid ST | ST at End ST | Maximum ST Area | Minimum ST Area |
|---|---|---|---|---|---|
| **06/05/19 12:26:51** | **06/05/19 12:42:13** | **29^48^-5^63^48^58^43^39^19^-40^4^34** | **107^97^-44^122^102^107^83^78^-10^-103^58^43** | **107^97^4^122^102^107^83^78^34^0^58^43** | **-20^14^-5^4^-5^-5^9^4^19^-40^-25^24** |

**Preliminary result**

**Narrative:**

Normal sinus rhythm
Normal ECG
When compared with ECG of 16-MAY-2019 09:25,
No significant change was found

**ED Course & Medical Decision Making**

This is a 48-year-old male presenting with left flank pain. He has a previous history of ureterolithiasis. His symptoms appear similar to previous history of kidney stones. He had a recent CT KUB imaging performed on the 16th of last month which showed ureterolithiasis. Plan for lab evaluation and urinalysis. Patient is given Toradol, IV fluids, Dilaudid for pain control.

Labs reviewed. CBC benign mildly elevated white blood cell count 11.5. CMP shows slightly worsened creatinine of 1.33 compared to 1.28 from last months CMP. BUN is improved. Lipase is normal.

See no indication to repeat CT imaging. His symptoms appear consistent with. Given his history of similar symptoms and the hematuria noted on the urinalysis I will treat accordingly. He has been referred to Oregon urology for further evaluation. His pain is well controlled in the emergency department. There are no findings to suggest infectious process. Return to ER precautions for any worsening symptoms have been discussed.

The patient received the following medications while in the ED.

Medications
ondansetron PF (ZOFRAN) injection 4 mg (not administered)
Or

ondansetron (ZOFRAN-ODT) disintegrating tablet
4 mg (not administered)
HYDROmorphone (DILAUDID) injection 0.5 mg
(not administered)
sodium chloride 0.9 % bolus 1,000 mL (0 mLs IV
Stopped 6/5/19 1425)
ketorolac (TORADOL) injection 15 mg (15 mg IV
Given 6/5/19 1329)

**Medication List**

START taking these medications
**ondansetron** 8 MG disintegrating tablet
Commonly known as: ZOFRAN-ODT
Place 1 tablet (8 mg total) under the tongue every 8 (eight) hours as needed for Nausea or Vomiting

---

**oxyCODONE-acetaminophen** 5-325 mg per tablet
Commonly known as: PERCOCET
Take 1 tablet by mouth every 6 (six) hours as needed
for up to 10 doses for Pain
,

---

**tamsulosin** 0.4 mg Cap 24 hr capsule
Commonly known as: FLOMAX
Take 1 capsule (0.4 mg total) by mouth every evening

ASK your doctor about these medications
**ALPRAZolam** 1 MG tablet
Commonly known as: XANAX

---

**docusate sodium** 100 MG capsule
Commonly known as: COLACE
Take 1 capsule (100 mg total) by mouth Twice a day

---

**hydroCHLOROthiazide** 25 MG tablet
Commonly known as: HYDRODIURIL

---

**lisinopril 40 MG tablet**
Commonly known as: PRINIVIL,ZESTRIL

---

**propranolol** 40 MG tablet
Commonly known as: INDERAL

---

**sulfamethoxazole-trimethoprim** 800-160 mg per tablet
Commonly known as: BACTRIM DS

---

**warfarin** 5 MG tablet
Commonly known as: COUMADIN
Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic.

**Where to Get Your Medications**

You can get these medications from any pharmacy

**Bring a paper prescription for each of these medications**

- ondansetron 8 MG disintegrating tablet
- oxyCODONE-acetaminophen 5-325 mg per tablet
- tamsulosin 0.4 mg Cap 24 hr capsule

**Final Impression**

1. Ureterolithiasis

**Disposition**

Discharge

Jennifer L Fisher, PA
06/05/19 1544

## Other Notes

All notes

## Additional Orders and Documentation

Results Meds Orders Flowsheets

SmartForms: PH ADT SPECIAL ACCOMMODATIONS
Encounter Info: History, Allergies, Detailed Report

## Communications

Summary of care document sent to OREGON UROLOGY INSTITUTE
Sent 6/5/2019 by Automatic Discharge Provider

## Discharge Orders

Discharge Orders Report

## Clinical Impressions

Ureterolithiasis

## Disposition

**Discharge**
Condition: **Stable**

ED After Visit Summary (Printed 6/5/2019)

Follow-Ups: **Follow up with OREGON UROLOGY INSTITUTE in 1 week (6/12/2019)**

## Medication Changes

- ondansetron 8 mg Sublingual Every 8 Hours PRN
- oxycodone HCl/acetaminophen 5-325 mg 1 tablet Oral Every 6 Hours PRN
- tamsulosin HCl 0.4 mg Oral Every Evening

## Care Timeline

1208 **Arrived**
1226 EKG 12-lead History of cardiac diagnosis
1307 Rainbow draw
Dark Green (Li Hep) Hold Tube
Complete Blood Ct, Auto Diff
Comprehensive Metabolic Panel
Lipase
1329 ketorolac tromethamine 15 mg
1332 0.9 % sodium chloride 1000 mL
1429 UA with Microscopic, No Culture Reflex
1554 **Discharged**

**Printed by Michele J Falls at 6/6/19 10:50 AM**

Cummins, Michael M (MRN 01614423) DOB: Encounter Date: 05/16/2019

**Do you have a question about this report?** Ask a Question

# Cummins, Michael M

MRN: 01614423

**ED** 5/16/2019 (2 hours)
Status: Discharged
Sacred Heart at University District Emergency Depart

Last attending: Jeffrey Salerno, MD • Treatment team
Primary impression: Renal colic on left side
Chief complaint: Flank Pain

## ED Provider Notes

**Emergency Department Encounter**

**Chief Complaint**
Patient presents with
- Flank Pain
  *Left*

Historian: Patient

**HPI**
Michael M Cummins is a 48 y.o. male who presents with left flank pain. He awoke from sleep a few hours ago with severe left-sided abdominal pain. It radiates into the left flank. Its waxing waning but has not gone completely away. His wife reports that he is quite restless when the pain gets severe. He is also had associated nausea and vomiting. He has had kidney stones before but is been quite a while and he cannot remember if this is similar. He does report this feels worse. He has a history of a pulmonary embolism and is on Coumadin. He has had a prior cholecystectomy.

**Past Medical History**

**Past Medical History:**
Diagnosis Date
- Acne
- Anesthesia complication
  *woke up during procedure*
- Anxiety
- Arthritis
- Chronic pain right knee and lower back
- Current smoker
- Depression
- History of kidney stones
- Hypertension
- Migraines
- Numbness and tingling in both hands and arms
- Pulmonary embolism (HCC)

- upper dentures and lower partial

## Home Medications

### Medication List

START taking these medications
**oxyCODONE** 5 MG immediate release tablet
Commonly known as: ROXICODONE
Take 1-2 tablets (5-10 mg total) by mouth every 4 (four) hours as needed for Pain

ASK your doctor about these medications
**ALPRAZolam** 1 MG tablet
Commonly known as: XANAX

---

**docusate sodium** 100 MG capsule
Commonly known as: COLACE
Take 1 capsule (100 mg total) by mouth Twice a day

---

**hydroCHLOROthiazide** 25 MG tablet
Commonly known as: HYDRODIURIL

---

**lisinopril** 40 MG tablet
Commonly known as: PRINIVIL,ZESTRIL

---

**propranolol** 40 MG tablet
Commonly known as: INDERAL

---

**sulfamethoxazole-trimethoprim** 800-160 mg per tablet
Commonly known as: BACTRIM DS

---

**warfarin** 5 MG tablet
Commonly known as: COUMADIN
Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic.

### Where to Get Your Medications

You can get these medications from any pharmacy
**Bring a paper prescription for each of these medications**
- oxyCODONE 5 MG immediate release tablet

**Allergies**

Allergies

| Allergen | Reactions |
| --- | --- |
| • Metronidazole | **Swelling** |
| • Morphine Sulfate<br>*Tolerates hydromorphone* | **Swelling** |

**Social History**

Tobacco: Yes
Alcohol: Denies
Drugs: Denies

**Review of Systems**
Review of Systems:
Constitutional: Negative for **chills** and **fever**.
HENT: Negative for **rhinorrhea** and **sore throat**.
Eyes: Negative for **eye pain** and **visual disturbance**.
Cardiovascular: Negative for **chest pain** and **palpitations**.
Respiratory: Negative for **cough** and **shortness of breath**.
Breast/Skin: Negative for **color change** and **rash**.
Musculoskeletal: Negative for **back pain** and **neck pain**.
Gastrointestinal: Positive for abdominal pain, nausea and vomiting.
Genitourinary: Positive for flank pain. Negative for **dysuria** and **frequency**.
Neurological: Negative for **numbness** and **weakness**.

**Vitals**
Initial: BP: 140/84
Temp: 36 °C (96.8 °F)
Temp Source: Temporal Artery
Heart Rate: 69
SpO2: 100 %

Current:
**Visit Vitals**

| | |
| --- | --- |
| BP | 107/67 (Patient Position: Sitting, Cuff Size: Large Adult) |
| Pulse | 67 |
| Temp | 36 °C (96.8 °F) (Temporal Artery) |
| Resp | 16 |
| Ht | 1.803 m (5' 11") |
| Wt | (!) 145.2 kg (320 lb) |
| SpO2 | 97% |
| BMI | 44.63 kg/m² |

**Physical Exam**

Physical Exam
Constitutional: He appears well-developed and well-nourished.
**Obese, uncomfortable appearing**
HENT:
Head: Atraumatic.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. There is no tenderness.
Genitourinary:
Genitourinary Comments: **No evidence of inguinal hernia**
Musculoskeletal: Normal range of motion. He exhibits no tenderness or deformity.
Neurological: He is alert. He is not disoriented.
Skin: Skin is warm and dry.
Psychiatric: His mood appears not anxious. He does not exhibit a depressed mood.

**Radiology**

Imaging Results

CT Abdomen Pelvis WO Contrast(KUB) (Final result) Result time 05/16/19 09:55:30

**Final result**

**Narrative:**

CUMMINS, MICHAEL M
DOB: Age: 48 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: JEFFREY R SALERNO MD Class: Emergency
Date of Service: 05/16/2019 09:30 AM Accession #: 4851561
Outside Order Number: 102361272

CT KUB

IMPRESSION:
1. 3 mm stone in the proximal left ureter with mild hydronephrosis.
2. Calcifications of both adrenal glands with a myolipoma the left adrenal gland is seen. This is unchanged from 2015.

INDICATION:
GENDER/AGE: Male, 48 years
ORDER INDICATION: :

HISTORY PER PATIENT: Left flank pain, history of kidney stones

TECHNIQUE: CT images of the abdomen and pelvis were obtained at 5-mm intervals using the renal stone protocol. Axial, coronal, and sagittal reconstructions were performed.
The CT scanner utilized a dose reduction technique.

COMPARISON: 9/29/2015

FINDINGS:
LUNG BASES: Included images through the lung bases are clear.

LIVER: Included non-contrasted images through the liver do not demonstrate a focal mass or intrahepatic biliary ductal dilatation.

GALLBLADDER: The gallbladder has been removed.

PANCREAS: No mass or inflammatory change is seen.

SPLEEN: The spleen is normal.

ADRENALS: Calcifications within both adrenal glands suggests remote hemorrhage or infection. There is enlargement of the left adrenal gland with fat suggesting a myolipoma. These findings are unchanged from 2015.

RIGHT KIDNEY: The right kidney demonstrates normal size and contour without calcification or hydronephrosis. No ureteral stone is seen.

LEFT KIDNEY: A 3 mm stone in the proximal left ureter is seen. There is mild hydronephrosis.

AORTA: The aorta is non-aneurysmal.

LYMPH NODES: Scattered retroperitoneal and mesenteric lymph nodes are identified without secondary aggressive features.

BOWEL: There is limited evaluation of the bowel secondary to the lack of oral and rectal contrast.

PELVIS: No fluid is seen.

OSSEOUS WINDOWS: No destructive or sclerotic lesion is seen.

DICTATED BY: Akshay Gupta, M.D., on 5/16/2019 9:55 AM PDT
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

End of Diagnostic report for accession: 4851561
Interpreted/Electronically Signed By: Akshay Gupta, MD on 05/16/2019

## Labs

**Results for orders placed or performed during the hospital encounter of 05/16/19**

**Grey Top Hold Tube**

| Result | Value | Ref Range |
|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | |

**Comprehensive Metabolic Panel**

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 141 | 135 - 145 mmol/L |
| Potassium | 3.7 | 3.5 - 5.2 mmol/L |
| Chloride | 106 | 95 - 109 mmol/L |
| CO2 | 23 | 22 - 32 mmol/L |
| Anion Gap | 12 | 3 - 12 mmol/L |
| Glucose | 110 (H) | 70 - 99 mg/dL |
| BUN | 24 (H) | 6 - 20 mg/dL |
| Creatinine | 1.28 (H) | 0.61 - 1.24 mg/dL |
| GFR Non-Black (CKD-EPI) | 66 | >=60 mL/min/1.73 m2 |
| GFR Black (CKD-EPI) | 76 | >=60 mL/min/1.73 m2 |
| Protein, Total | 7.3 | 6.2 - 8.4 g/dL |
| Albumin | 3.8 | 3.5 - 5.0 g/dL |
| Globulin | 3.5 | 2.2 - 3.5 g/dL |
| Calcium | 8.9 | 8.6 - 10.2 mg/dL |
| Bilirubin, Total | 0.6 | 0.1 - 1.2 mg/dL |
| Alkaline Phosphatase | 78 | 30 - 110 U/L |
| ALT | 34 | 17 - 63 U/L |
| AST | 23 | 15 - 41 U/L |
| Calculated OSMO | 286 | 269 - 289 mOsm/kg |

**Lipase**

| Result | Value | Ref Range |
|---|---|---|
| Lipase | 29 | 22 - 51 U/L |

**Complete Blood Count with Automated Differential**

| Result | Value | Ref Range |
|---|---|---|
| WBC | 11.5 (H) | 4.0 - 11.0 K/uL |
| RBC | 4.91 | 4.31 - 5.77 M/uL |
| HGB | 15.2 | 13.2 - 17.5 g/dL |
| HCT | 44.5 | 38.9 - 49.9 % |
| MCV | 90.6 | 80.0 - 100.0 fL |
| MCH | 31.0 | 27.8 - 33.8 pg |
| MCHC | 34.2 | 31.5 - 36.5 g/dL |
| RDW | 14.5 (H) | 11.5 - 14.2 % |
| Platelets | 251 | 150 - 400 K/uL |
| MPV | 9.6 | 8.5 - 12.4 fL |
| Neutrophils % | 64.3 | % |
| Immat Gran % | 0.3 | % |
| Lymphocytes % | 23.8 | % |
| Monocytes % | 8.8 | % |
| Eosinophils % | 2.3 | % |
| Basophils % | 0.5 | % |
| Neutrophils # | 7.4 | 1.5 - 8.0 K/uL |
| Immat Gran # | 0.0 | 0.0 - 0.1 K/uL |
| Lymphocytes # | 2.7 | 1.0 - 3.5 K/uL |
| Monocytes # | 1.0 | 0.2 - 1.0 K/uL |
| Eosinophils # | 0.3 | 0.0 - 0.5 K/uL |
| Basophils # | 0.1 | 0.0 - 0.2 K/uL |
| nRBC | | <=0 % |

**Prothrombin Time (PT-INR)**

| Result | Value | Ref Range |
|---|---|---|
| Prothrombin Time | 22.5 (H) | 11.6 - 13.8 sec |
| INR | 2.1 (H) | 0.9 - 1.1 |

**EKG 12-lead History of cardiac diagnosis**

| Result | Value | Ref Range |
|---|---|---|
| VENTRICULAR RATE EKG/MIN | 67 | BPM |
| ATRIAL RATE | 67 | BPM |
| PR-INTERVAL (MSEC) | 130 | ms |
| QRS-INTERVAL (MSEC) | 98 | ms |
| | 434 | ms |

| | | |
|---|---|---|
| QT-INTERVAL (MSEC) | | |
| QTc | 458 | ms |
| P Axis | 19 | degrees |
| R AXIS | 63 | degrees |
| T AXIS | 41 | degrees |
| ST at J Point | -5^48^4^-35^-20^-25^-10^34^53^-25^-30^53 | uV |
| ST at Mid ST | 29^58^53^83^97^87^78^53^29^-44^0^43 | uV |
| ST at End ST | 68^73^73^122^175^136^122^63^4^-74^34^39 | uV |
| Maximum ST Area | 68^73^73^122^175^136^122^63^53^-25^34^53 | uV |
| Minimum ST Area | -5^48^4^-35^-20^-25^-10^34^29^-44^-30^43 | uV |

**Light Green Top**

| Result | Value | Ref Range |
|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | |

**Lavender Hold**

| Result | Value | Ref Range |
|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | |

**HOLD SST Tube**

| Result | Value | Ref Range |
|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | |

**EKG**

EKG interpreted by me: NSR, Normal Axis, Normal Intervals, No ST or T changes

**ED Course & Medical Decision Making**

This is a 48 y.o. male who is on Coumadin for prior PE who presents with flank pain. His description of symptoms sound like a kidney stone but given his comorbidities I suggested a CT KUB. This shows a 3 mm proximal ureteral stone. He was treated with IV pain medications and a single dose of Toradol (I discussed with him the risks of Toradol use while

he is on Coumadin). His pain improved. We discussed options including admission for stenting versus home with pain medications to try to pass the stone. He would like to avoid surgery so I think a trial of spontaneous patches at home is reasonable. We will discharge him home with oxycodone for pain. I discussed safe use of narcotic medications and potential side effects including consipation, accidental overdose, and addiction. I discussed indications for return to the ER. I offered him a follow-up with urology if his symptoms do not resolve.

The patient was unable to provide a urine sample during his ER stay. He does not have fever or dysuria or leukocytosis so I doubt infected stone.

The patient received the following medications while in the ED.

Medications
**ondansetron PF (ZOFRAN) injection 4 mg (4 mg IV Given 5/16/19 0945)**
**Or**
**ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg ( Oral See Alternative 5/16/19 0945)**
**ketorolac (TORADOL) injection 15 mg (15 mg IV Given 5/16/19 1013)**

**Discharge Medication List as of 5/16/2019 11:30 AM**

**START taking these medications**

| | Details |
|---|---|
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet** | Take 1-2 tablets (5-10 mg total) by mouth every 4 (four) hours as needed for Pain, Starting Thu 5/16/2019, Until Sun 5/26/2019, Print |

**Final Impression**
1. Renal colic on left side

**Disposition**
DISCHARGE

**Jeffrey Salerno, MD**
**05/17/19 0858**

**Jeffrey Salerno, MD**
**05/17/19 0900**

## Other Notes

All notes

## Additional Orders and Documentation

Results Imaging | Meds | Orders | Flowsheets

SmartForms: PH ADT SPECIAL ACCOMMODATIONS
Encounter Info: History, Allergies, Detailed Report

## Communications

Summary of care document sent to OREGON UROLOGY INSTITUTE
Sent 5/16/2019 by Jeffrey Salerno, MD

## Discharge Orders

Discharge Orders Report

## Clinical Impressions

Renal colic on left side

## Disposition

**Discharge**
Condition: **Stable**

ED After Visit Summary (Printed 5/16/2019)

Follow-Ups: **Follow up with OREGON UROLOGY INSTITUTE; As needed if the stone does not pass**

## Medication Changes

✚ oxycodone HCl 5-10 mg Oral Every 4 Hours PRN

## Care Timeline

| | |
|---|---|
| 0850 | **Arrived** |
| 0925 | EKG 12-lead History of cardiac diagnosis |
| 0931 | Rainbow draw |
| | Grey Top Hold Tube |
| | Complete Blood Ct, Auto Diff |
| | Comprehensive Metabolic Panel |
| | Lipase |
| | Prothrombin Time (PT-INR) |
| 0942 | CT Abdomen Pelvis WO Contrast(KUB) |
| 0945 | ondansetron HCl/PF 4 mg |
| | hydromorphone HCl 0.5 mg |
| 1013 | ketorolac tromethamine 15 mg |
| 1142 | **Discharged** |

**Printed by Michele J Falls at 5/17/19 10:31 AM**

**Review Complete** On: **7/2/2019** By: **Noelle J Brekke, RN**

## Allergies as of 7/30/2019

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Metronidazole** | | Allergy | Swelling |
| **Morphine Sulfate**<br>Tolerates hydromorphone | | Allergy | Swelling |

## Patient Demographics

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Cummins, Michael M | 01614423 | | Male | (49 yrs) |

| Address | Phone | Email | Employer |
|---|---|---|---|
| | (H)<br>(M) | | UNEMPLOYED |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| ELAPSED | David A Knowlton, MD541-344-8225 | 06/07/19 | 07/07/19 |

Reviewed: **6/7/2019 4:54 PM by Victoria A Waltz, PA-C**

## Problem List

| | Priority | Class | Noted - Resolved | Hosp From | Hosp To |
|---|---|---|---|---|---|
| **Acute pulmonary embolism (HCC)** | | | 2/10/2018 - Present<br>Entered by Saroj Shrestha, MD | | |
| RESOLVED: Pleural effusion | | | 2/10/2018 - 6/7/2019<br>Entered by Saroj Shrestha, MD<br>Resolved by Victoria A Waltz, PA-C | | |
| RESOLVED: AKI (acute kidney injury) (HCC) | | | 2/10/2018 - 6/7/2019<br>Entered by Saroj Shrestha, MD<br>Resolved by Victoria A Waltz, PA-C | | |
| **Morbid obesity with BMI of 40.0-44.9, adult (HCC)** | | | 2/10/2018 - Present<br>Entered by Saroj Shrestha, MD | | |
| **Ureterolithiasis** | | | 6/7/2019 - Present<br>Entered by Victoria A Waltz, PA-C | | |
| **Hypertension** | | | 6/7/2019 - Present<br>Entered by Victoria A Waltz, PA-C | | |
| **Panic attacks** | | | 6/7/2019 - Present<br>Entered by Victoria A Waltz, PA-C | | |
| **Anticoagulated on Coumadin** | | | 6/7/2019 - Present<br>Entered by Victoria A Waltz, PA-C | | |
| RESOLVED: Right flank pain | | | 7/3/2019 - 7/4/2019<br>Entered by SAMSON W Barasa, MD<br>Resolved by Sarah M Barry, CNS | | |
| **Essential hypertension (Chronic)** | | | 7/3/2019 - | | |



Lincoln/Cummins 0412

Reviewed: **6/7/2019 4:54 PM by Victoria A Waltz, PA-C**

## Problem List (continued)

| | Priority | Class | Noted - Resolved | Hosp From | Hosp To |
|---|---|---|---|---|---|
| | | | Present<br>Entered by SAMSON W Barasa, MD | | |
| **History of pulmonary embolism (Chronic)** | | | 7/3/2019 - Present<br>Entered by SAMSON W Barasa, MD | | |
| **History of DVT (deep vein thrombosis) (Chronic)** | | | 7/3/2019 - Present<br>Entered by SAMSON W Barasa, MD | | |
| RESOLVED: Acute kidney injury superimposed on chronic kidney disease (HCC) (Chronic) | | | 7/3/2019 - 7/4/2019<br>Entered by SAMSON W Barasa, MD<br>Resolved by Sarah M Barry, CNS | | |
| **Renal calculi** | | | 7/3/2019 - Present<br>Entered by Michelle L Kelley, NP | | |
| **Adjustment insomnia** | | | 7/4/2019 - Present<br>Entered by Sarah M Barry, CNS | | |
| **Tobacco abuse** | | | 7/4/2019 - Present<br>Entered by Sarah M Barry, CNS | | |

## Your Current Medications Are

| | |
|---|---|
| **acetaminophen (TYLENOL) 325 MG tablet** | Take 2 tablets (650 mg total) by mouth every 4 (four) hours as needed for Fever (MILD PAIN (1-3) FIRST CHOICE) |
| **adalimumab (HUMIRA) 40 mg/0.8 mL injection** | Inject 40 mg into the skin every friday |
| **ALPRAZolam (XANAX) 1 MG tablet** | Take 1 mg by mouth 2 (two) times daily as needed for Anxiety |
| **hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet** | Take 25 mg by mouth every morning |
| **lisinopril (PRINIVIL,ZESTRIL) 40 MG tablet** | Take 40 mg by mouth every morning |
| **nicotine 21 mg/24 hr patch TD 24 hr** | Place 1 patch (21 mg total) onto the skin daily Remove old patch before applying a new patch. |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet** | Place 1 tablet (8 mg total) under the tongue every 8 (eight) hours as needed for Nausea or Vomiting |
| **propranolol (INDERAL) 40 MG tablet** | Take 40 mg by mouth Twice a day |
| **traZODone (DESYREL) 50 MG tablet** | Take 1 tablet (50 mg total) by mouth nightly as needed for Insomnia |
| **warfarin (COUMADIN) 5 MG tablet** | Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic. |

PeaceHealth Facesheet

University District Medical Center
1255 HILYARD ST EUGENE, OR 97401-8146

Patient Name: CUMMINS, MICHAEL M
Admission Date/Time: 5/16/2019 0907
Discharge Date/Time: 5/16/2019 1142
MRN: 01614423
CSN: 447853510
Guarantor: CUMMINS,MICHAEL M

## ENCOUNTER

| | | | |
|---|---|---|---|
| Patient Class: | **E** | Unit: | **UDMC ED** |
| Hospital Service: | **Emergency Medicine** | Room/Bed: | **20 /20** |
| Admitting Provider: | | Referring Physician: | |
| Attending Provider: | | | |
| Admission Diagnosis: | | | |

## PATIENT

| | | | |
|---|---|---|---|
| Name: | **CUMMINS, MICHAEL M** | DOB: | **(48 yrs)** |
| Address: | | Sex: | **Male** |
| City, State ZIP: | | Ethnicity / Race: | **Not Hispanic Or Latino / White** |
| Primary Phone: | | Religion: | **No Preference** |
| Work Phone | | Email: | **No e-mail address on record** |
| Mobile Phone: | | | |

**PRIMARY CARE PROVIDER**

| | | | |
|---|---|---|---|
| Primary Care Provider: | **David A Knowlton, MD** | Primary Care Provider Phone: | **541-344-8225** |

**EMPLOYER**

| | | | |
|---|---|---|---|
| Employer: | **UNEMPLOYED** | Status: | **Not Employed** |

**EMERGENCY CONTACT**

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work Phone | Mobile Phone |
|---|---|---|---|---|---|
| **1. Bishop,Charmaine** | | **Support Person** | | | |
| **2. *No Contact Specified*** | | | | | |

## GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor: | **CUMMINS,MICHAEL M** | DOB: | |
| Address: | | Sex: | **Male** |
| Relation to Patient: | **Self** | Home Phone: | |
| Guarantor ID: | **885662** | Work Phone: | |

**GUARANTOR EMPLOYER**

| | | | |
|---|---|---|---|
| Employer: | **UNEMPLOYED** | Status: | **NOT EMPLO*** |

## COVERAGE

**PRIMARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | **MEDICAID OREGON** | Plan: | **DMAP OREGON MEDICAID** |
| Group Number: | | Insurance Type: | **INDEMNITY** |
| Subscriber Name: | **CUMMINS,MICHAEL M** | Subscriber DOB: | |
| Subscriber ID: | **PB800K7J** | Copay: | **$0.00** |
| Pat. Rel. to Subscriber: | **SELF** | Remaining # of Visits: | **0** |

**SECONDARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | | Plan: | |
| Group Number: | | Insurance Type: | |
| Subscriber Name: | | Subscriber DOB: | |
| Subscriber ID: | | | |
| Pat. Rel. to Subscriber: | | | |

**TERTIARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | | Plan: | |
| Group Number: | | Insurance Type: | |
| Subscriber Name: | | Subscriber DOB: | |
| Subscriber ID: | | | |
| Pat. Rel. to Subscriber: | | | |

447853510

FS

## Admission Information

| | | | | |
|---|---|---|---|---|
| Arrival Date/Time: | 05/16/2019 0850 | Admit Date/Time: | 05/16/2019 0907 | IP Adm. Date/Time: |
| Admission Type: | Emergency | Point of Origin: | Home Or | Admit Category: |

### Admission Information (continued)

| | | | | | |
|---|---|---|---|---|---|
| Means of Arrival: | Car | Primary Service: | Workplace Emergency Medicine | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | PEACEHEALTH SERVICE AREA | Unit: | Sacred Heart at University District Emergency Depart |
| Admit Provider: | | Attending Provider: | Jeffrey Salerno, MD | Referring Provider: | |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 05/16/2019 1142 | Home Or Self Care | None | None | Sacred Heart at University District Emergency Depart |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| N23 **[Principal]** | Unspecified renal colic | | | | |
| I10 | Essential (primary) hypertension | | | | |
| F17.200 | Nicotine dependence, unspecified, uncomplicated | | | | |
| Z79.01 | Long term (current) use of anticoagulants | | | | |

### Events

ED Arrival at 5/16/2019 0850

Unit: Sacred Heart at University District Emergency Depart

Admission at 5/16/2019 0907

Unit: Sacred Heart at University District Emergency Depart Room: 20 Bed: 20
Patient class: Emergency

ED Roomed at 5/16/2019 0907

Unit: Sacred Heart at University District Emergency Depart

Discharge at 5/16/2019 1142

Unit: Sacred Heart at University District Emergency Depart Room: 20 Bed: 20
Patient class: Emergency Service: Emergency Medicine

### Document List

Emergency Department on 5/16/2019 with Jeffrey Salerno, MD

| Type of Document | Status | Date Received | Received By | Description |
|---|---|---|---|---|
| IMM-A (Admit) | Not Received | | | |
| IMT (Tricare) | Not Received | | | |

## Discharge Summaries

### Discharge Summaries

No notes of this type exist for this encounter.

## Consultations

# Procedure/Operative Reports

### Procedure Notes

No notes of this type exist for this encounter.

# History & Physicals

### History & Physical

No notes of this type exist for this encounter.

# Emergency Department Records

## ED Records

### ED Arrival Information

| Expected | Arrival | Acuity | Means of Arrival | Escorted By | Service | Admission Type |
|---|---|---|---|---|---|---|
| - | 5/16/2019 08:50 | ESI - 3 | Car | Family Member | Emergency Medicine | Emergency |

| Arrival Complaint |
|---|
| Side Pain |

### ED Chief Complaint

| Complaint | Comment |
|---|---|
| **Flank Pain** | Left |

### ED Diagnosis

| Diagnosis | Comment |
|---|---|
| **Renal colic on left side** | |

### ED Disposition

| ED Disposition | Condition | Comment |
|---|---|---|
| **Discharge** | Stable | |

## ED Notes

### ED Provider Notes by Jeffrey Salerno, MD at 05/16/19 0924

Author: Jeffrey Salerno, MD Service: Emergency Medicine Author Type: Physician
Filed: 05/17/19 0900 Date of Service: 05/16/19 0924 Status: Addendum
Editor: Jeffrey Salerno, MD (Physician)
Related Notes: Original Note by Jeffrey Salerno, MD (Physician) filed at 05/17/19 0858

**Emergency Department Encounter**[JS.1]

### Chief Complaint

Patient presents with

- Flank Pain
  *Left*[JS.2]

Historian: Patient

**HPI**[JS.1]

Michael M Cummins[JS.2] is a[JS.1] 48 y.o. male[JS.2] who presents with left flank pain. He awoke from sleep a few hours ago with severe left-sided abdominal pain. It radiates into the left flank. Its waxing waning but has not gone completely away. His wife reports that he is quite restless when the pain gets severe. He is also had

ED Notes (continued)

ED Provider Notes by Jeffrey Salerno, MD at 05/16/19 0924 (continued)

associated nausea and vomiting. He has had kidney stones before but is been quite a while and he cannot remember if this is similar. He does report this feels worse. He has a history of a pulmonary embolism and is on Coumadin. He has had a prior cholecystectomy.

**Past Medical History**[JS.1]

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Acne | |
| • Anesthesia complication<br>*woke up during procedure* | |
| • Anxiety | |
| • Arthritis | |
| • Chronic pain right knee and lower back | |
| • Current smoker | |
| • Depression | |
| • History of kidney stones | |
| • Hypertension | |
| • Migraines | |
| • Numbness and tingling in both hands and arms | |
| • Pulmonary embolism (HCC) | |
| • upper dentures and lower partial[JS.2] | |

**Home Medications**[JS.1]

**Medication List**

START taking these medications

**oxyCODONE** 5 MG immediate release tablet
Commonly known as: ROXICODONE
Take 1-2 tablets (5-10 mg total) by mouth every 4 (four) hours as needed for Pain

ASK your doctor about these medications

**ALPRAZolam** 1 MG tablet
Commonly known as: XANAX

**docusate sodium** 100 MG capsule
Commonly known as: COLACE
Take 1 capsule (100 mg total) by mouth Twice a day

ED Notes (continued)

ED Provider Notes by Jeffrey Salerno, MD at 05/16/19 0924 (continued)

**hydroCHLOROthiazide** 25 MG tablet
Commonly known as: HYDRODIURIL

**lisinopril** 40 MG tablet
Commonly known as: PRINIVIL,ZESTRIL

**propranolol** 40 MG tablet
Commonly known as: INDERAL

**sulfamethoxazole-trimethoprim** 800-160 mg per tablet
Commonly known as: BACTRIM DS

**warfarin** 5 MG tablet
Commonly known as: COUMADIN
Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic.

**Where to Get Your Medications**

You can get these medications from any pharmacy

**Bring a paper prescription for each of these medications**

- oxyCODONE 5 MG immediate release tablet[JS.2]

## Allergies[JS.1]

Allergies

| Allergen | Reactions |
|---|---|
| • Metronidazole | Swelling |
| • Morphine Sulfate | Swelling |
| *Tolerates hydromorphone*[JS.2] | |

## Social History

Tobacco: Yes
Alcohol: Denies
Drugs: Denies

## Review of Systems[JS.1]

Review of Systems:



Lincoln/Cummins 0418

ED Notes (continued)

ED Provider Notes by Jeffrey Salerno, MD at 05/16/19 0924 (continued)

Constitutional: Negative for **chills** and **fever**.
HENT: Negative for **rhinorrhea** and **sore throat**.
Eyes: Negative for **eye pain** and **visual disturbance**.
Cardiovascular: Negative for **chest pain** and **palpitations**.
Respiratory: Negative for **cough** and **shortness of breath**.
Breast/Skin: Negative for **color change** and **rash**.
Musculoskeletal: Negative for **back pain** and **neck pain**.
Gastrointestinal: Positive for abdominal pain, nausea and vomiting.
Genitourinary: Positive for flank pain. Negative for **dysuria** and **frequency**.
Neurological: Negative for **numbness** and **weakness**.[JS.3]

**Vitals**
Initial:[JS.1] BP: 140/84
Temp: 36 °C (96.8 °F)
Temp Source: Temporal Artery
Heart Rate: 69
SpO2: 100 %[JS.2]

Current:[JS.1]
**Visit Vitals**

| | |
|---|---|
| BP | 107/67 (Patient Position: Sitting, Cuff Size: Large Adult) |
| Pulse | 67 |
| Temp | 36 °C (96.8 °F) (Temporal Artery) |
| Resp | 16 |
| Ht | 1.803 m (5' 11") |
| Wt | (!) 145.2 kg (320 lb) |
| SpO2 | 97% |
| BMI | 44.63 kg/m²[JS.2] |

**Physical Exam**[JS.1]
Physical Exam
Constitutional: He appears well-developed and well-nourished.
**Obese, uncomfortable appearing**
HENT:
Head: Atraumatic.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. There is no tenderness.
Genitourinary:

## ED Notes (continued)

ED Provider Notes by Jeffrey Salerno, MD at 05/16/19 0924 (continued)

Genitourinary Comments: **No evidence of inguinal hernia**
Musculoskeletal: Normal range of motion. He exhibits no tenderness or deformity.
Neurological: He is alert. He is not disoriented.
Skin: Skin is warm and dry.
Psychiatric: His mood appears not anxious. He does not exhibit a depressed mood.[JS.3]

## Radiology[JS.1]

### Imaging Results

CT Abdomen Pelvis WO Contrast(KUB) (Final result) Result time 05/16/19 09:55:30

**Final result**

**Narrative:**

CUMMINS, MICHAEL M
DOB: Age: 48 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: JEFFREY R SALERNO MD Class: Emergency
Date of Service: 05/16/2019 09:30 AM Accession #: 4851561
Outside Order Number: 102361272

CT KUB

IMPRESSION:
1. 3 mm stone in the proximal left ureter with mild hydronephrosis.
2. Calcifications of both adrenal glands with a myolipoma the left adrenal gland is seen. This is unchanged from 2015.

INDICATION:
GENDER/AGE: Male, 48 years
ORDER INDICATION: :
HISTORY PER PATIENT: Left flank pain, history of kidney stones

TECHNIQUE: CT images of the abdomen and pelvis were obtained at 5-mm intervals using the renal stone protocol. Axial, coronal, and sagittal reconstructions were performed.
The CT scanner utilized a dose reduction technique.

COMPARISON: 9/29/2015

FINDINGS:
LUNG BASES: Included images through the lung bases are clear.

## ED Notes (continued)

ED Provider Notes by Jeffrey Salerno, MD at 05/16/19 0924 (continued)

LIVER: Included non-contrasted images through the liver do not demonstrate a focal mass or intrahepatic biliary ductal dilatation.

GALLBLADDER: The gallbladder has been removed.

PANCREAS: No mass or inflammatory change is seen.

SPLEEN: The spleen is normal.

ADRENALS: Calcifications within both adrenal glands suggests remote hemorrhage or infection. There is enlargement of the left adrenal gland with fat suggesting a myolipoma. These findings are unchanged from 2015.

RIGHT KIDNEY: The right kidney demonstrates normal size and contour without calcification or hydronephrosis. No ureteral stone is seen.

LEFT KIDNEY: A 3 mm stone in the proximal left ureter is seen. There is mild hydronephrosis.

AORTA: The aorta is non-aneurysmal.

LYMPH NODES: Scattered retroperitoneal and mesenteric lymph nodes are identified without secondary aggressive features.

BOWEL: There is limited evaluation of the bowel secondary to the lack of oral and rectal contrast.

PELVIS: No fluid is seen.

OSSEOUS WINDOWS: No destructive or sclerotic lesion is seen.

DICTATED BY: Akshay Gupta, M.D., on 5/16/2019 9:55 AM PDT
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

End of Diagnostic report for accession: 4851561
Interpreted/Electronically Signed By: Akshay Gupta, MD on 05/16/2019[JS.2]

**Labs**[JS.1]

## ED Notes (continued)

ED Provider Notes by Jeffrey Salerno, MD at 05/16/19 0924 (continued)

Results for orders placed or performed during the hospital encounter of 05/16/19

Grey Top Hold Tube

| Result | Value | Ref Range |
|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | |

Comprehensive Metabolic Panel

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 141 | 135 - 145 mmol/L |
| Potassium | 3.7 | 3.5 - 5.2 mmol/L |
| Chloride | 106 | 95 - 109 mmol/L |
| CO2 | 23 | 22 - 32 mmol/L |
| Anion Gap | 12 | 3 - 12 mmol/L |
| Glucose | 110 (H) | 70 - 99 mg/dL |
| BUN | 24 (H) | 6 - 20 mg/dL |
| Creatinine | 1.28 (H) | 0.61 - 1.24 mg/dL |
| GFR Non-Black (CKD-EPI) | 66 | >=60 mL/min/1.73 m2 |
| GFR Black (CKD-EPI) | 76 | >=60 mL/min/1.73 m2 |
| Protein, Total | 7.3 | 6.2 - 8.4 g/dL |
| Albumin | 3.8 | 3.5 - 5.0 g/dL |
| Globulin | 3.5 | 2.2 - 3.5 g/dL |
| Calcium | 8.9 | 8.6 - 10.2 mg/dL |
| Bilirubin, Total | 0.6 | 0.1 - 1.2 mg/dL |
| Alkaline Phosphatase | 78 | 30 - 110 U/L |
| ALT | 34 | 17 - 63 U/L |
| AST | 23 | 15 - 41 U/L |
| Calculated OSMO | 286 | 269 - 289 mOsm/kg |

Lipase

| Result | Value | Ref Range |
|---|---|---|
| Lipase | 29 | 22 - 51 U/L |

Complete Blood Count with Automated Differential

| Result | Value | Ref Range |
|---|---|---|

## ED Notes (continued)

ED Provider Notes by Jeffrey Salerno, MD at 05/16/19 0924 (continued)

| | | |
|---|---|---|
| WBC | 11.5 (H) | 4.0 - 11.0 K/uL |
| RBC | 4.91 | 4.31 - 5.77 M/uL |
| HGB | 15.2 | 13.2 - 17.5 g/dL |
| HCT | 44.5 | 38.9 - 49.9 % |
| MCV | 90.6 | 80.0 - 100.0 fL |
| MCH | 31.0 | 27.8 - 33.8 pg |
| MCHC | 34.2 | 31.5 - 36.5 g/dL |
| RDW | 14.5 (H) | 11.5 - 14.2 % |
| Platelets | 251 | 150 - 400 K/uL |
| MPV | 9.6 | 8.5 - 12.4 fL |
| Neutrophils % | 64.3 | % |
| Immat Gran % | 0.3 | % |
| Lymphocytes % | 23.8 | % |
| Monocytes % | 8.8 | % |
| Eosinophils % | 2.3 | % |
| Basophils % | 0.5 | % |
| Neutrophils # | 7.4 | 1.5 - 8.0 K/uL |
| Immat Gran # | 0.0 | 0.0 - 0.1 K/uL |
| Lymphocytes # | 2.7 | 1.0 - 3.5 K/uL |
| Monocytes # | 1.0 | 0.2 - 1.0 K/uL |
| Eosinophils # | 0.3 | 0.0 - 0.5 K/uL |
| Basophils # | 0.1 | 0.0 - 0.2 K/uL |
| nRBC | | <=0 % |

Prothrombin Time (PT-INR)

| Result | Value | Ref Range |
|---|---|---|
| Prothrombin Time | 22.5 (H) | 11.6 - 13.8 sec |
| INR | 2.1 (H) | 0.9 - 1.1 |

EKG 12-lead History of cardiac diagnosis

| Result | Value | Ref Range |
|---|---|---|
| VENTRICULAR RATE EKG/MIN | 67 | BPM |
| ATRIAL RATE | 67 | BPM |
| PR-INTERVAL (MSEC) | 130 | ms |



Lincoln/Cummins 0423

## ED Notes (continued)

ED Provider Notes by Jeffrey Salerno, MD at 05/16/19 0924 (continued)

| | | |
|---|---|---|
| QRS-INTERVAL (MSEC) | 98 | ms |
| QT-INTERVAL (MSEC) | 434 | ms |
| QTc | 458 | ms |
| P Axis | 19 | degrees |
| R AXIS | 63 | degrees |
| T AXIS | 41 | degrees |
| ST at J Point | -5^48^4^-35^-20^-25^-10^34^53^-25^-30^53 | uV |
| ST at Mid ST | 29^58^53^83^97^87^78^53^29^-44^0^43 | uV |
| ST at End ST | 68^73^73^122^175^136^122^63^4^-74^34^39 | uV |
| Maximum ST Area | 68^73^73^122^175^136^122^63^53^-25^34^53 | uV |
| Minimum ST Area | -5^48^4^-35^-20^-25^-10^34^29^-44^-30^43 | uV |

**Light Green Top**

| Result | Value | Ref Range |
|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | |

**Lavender Hold**

| Result | Value | Ref Range |
|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | |

**HOLD SST Tube**

| Result | Value | Ref Range |
|---|---|---|
| RAINBOW DRAW | Hold for add-ons.[JS.2] | |

**EKG**[JS.1]

EKG interpreted by me: NSR, Normal Axis, Normal Intervals, No ST or T changes[JS.3]

## ED Course & Medical Decision Making

This is a[JS.1] 48 y.o. male[JS.2] who is on Coumadin for prior PE who presents with flank pain. His description of symptoms sound like a kidney stone but given his comorbidities I suggested a CT KUB. This shows a 3 mm proximal ureteral stone. He was treated with IV pain medications and a single dose of Toradol (I discussed with him the risks of Toradol use while he is on Coumadin). His pain improved. We discussed options including admission for stenting versus home with pain medications to try to pass the stone. He would like to avoid surgery so I think a trial of spontaneous patches at home is reasonable. We will discharge him home with oxycodone for pain. I discussed safe use of narcotic medications and potential side effects including consipation, accidental overdose, and addiction. I discussed indications for return to the ER. I offered him a follow-up with urology if his symptoms do not resolve.[JS.3]

The patient was unable to provide a urine sample during his ER stay. He does not have fever or dysuria or leukocytosis so I doubt infected stone.[JS.4]

The patient received the following medications while in the ED.[JS.1]

| Medications |
|---|
| ondansetron PF (ZOFRAN) injection 4 mg (4 mg IV Given 5/16/19 0945)<br>Or<br>ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg ( Oral See Alternative 5/16/19 0945) |
| ketorolac (TORADOL) injection 15 mg (15 mg IV Given 5/16/19 1013) |

**Discharge Medication List as of 5/16/2019 11:30 AM**

**START taking these medications**

| | Details |
|---|---|
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet** | Take 1-2 tablets (5-10 mg total) by mouth every 4 (four) hours as needed for Pain, Starting Thu 5/16/2019, Until Sun 5/26/2019, Print[JS.2] |

## Final Impression[JS.1]

1. Renal colic on left side[JS.2]

## ED Notes (continued)

ED Provider Notes by Jeffrey Salerno, MD at 05/16/19 0924 (continued)

**Disposition**[JS.1]

DISCHARGE[JS.2]

Jeffrey Salerno, MD
05/17/19 0858[JS.4]

Jeffrey Salerno, MD
05/17/19 0900
[JS.5]

Electronically Signed by Jeffrey Salerno, MD on 05/17/19 0900

## ED Notes (continued)

### ED Provider Notes by Jeffrey Salerno, MD at 05/16/19 0924 (continued)

Attribution Key

JS.1 - Jeffrey Salerno, MD on 05/16/19 0924
JS.2 - Jeffrey Salerno, MD on 05/17/19 0859
JS.3 - Jeffrey Salerno, MD on 05/17/19 0855
JS.4 - Jeffrey Salerno, MD on 05/17/19 0858
JS.5 - Jeffrey Salerno, MD on 05/17/19 0900

### ED Triage Note by John D Harmon, RN at 05/16/19 0853

Author: John D Harmon, RN Service: — Author Type: Registered Nurse
Filed: 05/16/19 0900 Date of Service: 05/16/19 0853 Status: Signed
Editor: John D Harmon, RN (Registered Nurse)

L sided flank/abdominal pain x 2.5 hrs, Hx Kidney Stones. Takes coumadin for Hx PE.[JH.1]

John D Harmon, RN
05/16/19 0900
[JH.2]

Electronically Signed by John D Harmon, RN on 05/16/19 0900

Attribution Key

JH.1 - John D Harmon, RN on 05/16/19 0853
JH.2 - John D Harmon, RN on 05/16/19 0900

# Additional Encounter Notes

### Additional Notes

No notes of this type exist for this encounter.

## IRF-PAI Abstraction Data

Cummins, Michael M

**Audit information between 07/30/2018 1312 and 07/30/2019 1312**

There are no abstractions to display.

# Surgery Documentation

## Anesthesia Documentation

## All Meds and Administrations

### ondansetron PF (ZOFRAN) injection 4 mg [195173291]

Ordering Provider: Jeffrey Salerno, MD
Ordered On: 05/16/19 0908
Dose (Remaining/Total): 4 mg (0/1)
Frequency: Once As Needed

Status: Completed (Past End Date/Time)
Starts/Ends: 05/16/19 0907 - 05/16/19 0945
Route: IV
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 05/16/19 0945 | Given | 4 mg | IV | Performed by: Siri A Haraldsted, RN |

### ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg [195173292]

Ordering Provider: Jeffrey Salerno, MD
Ordered On: 05/16/19 0908
Dose (Remaining/Total): 4 mg (0/1)
Frequency: Once As Needed

Status: Completed (Past End Date/Time)
Starts/Ends: 05/16/19 0907 - 05/16/19 0945
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| 05/16/19 0945 | See Alternative | — | — | Performed by: Siri A Haraldsted, RN |

### HYDROmorphone (DILAUDID) injection 0.5 mg [195173317]

Ordering Provider: Jeffrey Salerno, MD
Ordered On: 05/16/19 0924
Dose (Remaining/Total): 0.5 mg (2/3)
Frequency: Every 20 Minutes PRN
Admin Instructions: Not to exceed 1.5 mg total.

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 05/16/19 0924 - 05/16/19 1343
Route: IV
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 05/16/19 0945 | Given | 0.5 mg | IV | Performed by: Siri A Haraldsted, RN |

### ketorolac (TORADOL) injection 15 mg [195173320]

Ordering Provider: Jeffrey Salerno, MD
Ordered On: 05/16/19 1008
Dose (Remaining/Total): 15 mg (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 05/16/19 1010 - 05/16/19 1013
Route: IV
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 05/16/19 1013 | Given | 15 mg | IV | Performed by: Siri A Haraldsted, RN |

## Education

Title: Unit Orientation (Not Started)

Topic: Unit Orientation (Not Started)

Point: Unit Orientation (Not Started)

Description: Patient Information Guide; Bedside nurse call light; Equipment in room (bed controls,side

**Education (continued)**

rails, lights, TV, temp control, telephone, etc.); Electrical Equipment safety checks; Bathroom location and emergency call; Routines/What to expect during your
stay/ Chaplain Visitation if desired; Caregiver Rounding; Plan of Care: 5 Goals for every patient: Comfort, Safety, Medical Treatment, Patient Education and Safe Discharge/Transition of Care; Discharge Planning Anticipated timing of care and Length of Stay; Patient Rights, Responsibilities and Healthcare Directives; Interpreter Services, if applicable; Communication Boards; Visitors and times; waiting/visitor areas; Smoking policy; Food Service and times;
Review immunizations and obtain signature if indicated; Armband and two identifiers checked before all meds/procedures for patient's safety; Family Initiated Rapid Response team; Signs and symptoms to report; Handwashing
Summary: Learning progress - not on file.

Title: Pain-Comfort Management (Not Started)

Topic: Pain Scale (Not Started)

Point: Pain Scale (Not Started)

Description: Pain Intensity rating scale
Identify Pain score goal
Goal to maintain pain and discomfort
Reporting pain/ discomfort unrelieved by interventions, and effectiveness of interventions
Summary: Learning progress - not on file.

Title: Surgical Procedures (Not Started)

Topic: Pre and Post Op (Not Started)

Point: Pre and Post Op (Not Started)

Description: Reason for procedure
Pre-op medication education as indicated
Nothing by mouth until after surgery and then progress slowly to normal diet, avoid greasy or spicy food
What to expect in pre-op, OR and PACU
Do not drink alcohol, drive a car, or operate any heavy equipment for the rest of the day
We recommend you have someone with you for the rest of the day and rest quietly
Cough and deep breathing, early ambulation when possible
Pain scale and pain management
Things to expect during recovery (specific to procedure)
Signs and symptoms of complication (Temperature greater than 101 F, redness at the incision site, drainage that is not clear or has a foul odor, swelling, persistent or increasing pain, bleeding that cannot be controlled)
Summary: Learning progress - not on file.

Title: Equipment (Not Started)

Topic: SCD's /AVI (Not Started)

Point: SCD's / AVI (Not Started)

Description: Purpose
How the equipment functions
What to report
Cleaning and Storage, as appropriate
Summary: Learning progress - not on file.

Title: Tobacco Cessation (Not Started)

Topic: Tobacco Cessation (Not Started)

**Education (continued)**

Point: Tobacco Cessation (Not Started)

Description: Review importance of cessation, availability of nicotine replacement, smoking not permitted. Recognizing danger situations, developing coping skills, effects of smoking and second hand smoke.
Summary: Learning progress - not on file.

Point: Recognizing Danger Situations (Not Started)

Description: Review events, internal states or activities that increase risk of smoking or relapse for the patient.
Summary: Learning progress - not on file.

Point: Developing Coping Skills (Not Started)

Description: Review coping skills, problem solving skills to cope with danger situations.
Summary: Learning progress - not on file.

Point: Information About Quitting (Not Started)

Description: Provide basic information about smoking and successfully quitting
Summary: Learning progress - not on file.

Point: Dangers of 2nd Hand Smoke (Not Started)

Description: Review dangers of second hand smoke
Summary: Learning progress - not on file.

Title: VTE / DVT / PE (Not Started)

Topic: VTE/ DVT/ PE - non Warfarin (Not Started)

Point: VTE Overview (Not Started)

Description: Written information included with discharge instructions.

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

Point: VTE and Medication Compliance (Not Started)

Description: Importance of taking medications as prescribed. VTE and Medication Compliance-Written information included with discharge instructions.

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

Point: VTE Potential for Adverse Drug Reactions and Interactions (Not Started)

Description: Potential for Adverse drug reactions and Interactions; including written discharge instructions.

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

Point: VTE and Follow up Monitoring (Not Started)

Description: Importance of follow up appointments and follow up monitoring; including written discharge instructions.

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

Topic: VTE/DVT/PE - Warfarin (Not Started)

Point: VTE Compliance Issues Related to Warfarin (REQUIRED) (Not Started)

Description: It is important to take warfarin as instructed

## Education (continued)

It is important to monitor warfarin with scheduled PT/INR blood draws

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

Point: VTE Dietary Advice Related to Warfarin (REQUIRED) (Not Started)

Description: Patient should eat a consistent amount of foods with Vitamin K rather than avoid them
Avoid major changes in dietary habits or notify health professional before changing habits

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

Point: VTE Follow-up Monitoring Related to Warfarin (REQUIRED) (Not Started)

Description: Stress the importance of attending post discharge warfarin monitoring.

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

Point: VTE Potential for Adverse Drug Reactions and Interactions Related to Warfarin (REQUIRED) (Not Started)

Description: Diet and medications can affect patient's PT/INR level.
Do not take or discontinue any medication or over-the-counter medication except on the advice of the Physician or Pharmacist.
Warfarin increases the risk of bleeding.

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

Point: VTE Overview (REQUIRED) (Not Started)

Description: Written information included with discharge instructions.

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

## Discharge Instructions

Cummins, Michael M (MR # 01614423)

| Date | Status | User | User Type | Discharge Note |
|---|---|---|---|---|
| | Pended | Jeffrey Salerno, MD | Physician | Original |
| Note: | | | | |

## Delivery Providers

Delivering clinician:

## Measurements

Weight:
Length:

## Placenta

Placenta delivery date/time:
Placenta removal:

# Flowsheets

## Flowsheets (all recorded)

### Custom Formula Data - Thu May 16, 2019

| Row Name | 0854 |
|---|---|
| **Vitals** | |
| Pct Wt Change | 0 % -JH |
| **OTHER** | |
| BSA (Calculated - sq m) | 2.7 sq meters -JH |
| IBW/kg (Calculated) Male | 75.3 kg -JH |
| IBW/kg (Calculated) FEMALE | 70.8 kg -JH |
| Percent Weight Change Since Birth | 0 -JH |
| IBW/kg (Calculated) | 75.3 -JH |
| **Weights** | |
| Weight for Calculation (kg) | 145.151 kg -JH |
| **Readings** | |
| Low Range Vt 6cc/kg | 451.8 mL -JH |
| Adult Moderate Range Vt 8cc/kg | 602.4 mL -JH |
| Adult High Range Vt 10cc/kg | 753 mL -JH |

### Acuity/Destination - Thu May 16, 2019

| Row Name | 0901 |
|---|---|
| **Acuity/Destination** | |
| Patient ESI Acuity | 3 -JH |
| ED Destination | Medical -JH |
| Triage Complete | Triage complete -JH |

### Quick Update - Thu May 16, 2019

| Row Name | 0931 | 0910 |
|---|---|---|
| **Quick Updates** | | |
| Quick Updates | — | Bed Locked and in Lowest Position;Call Light Within Reach;Bed Rails Up;Family at Bedside -SH |
| **Patient Transported** | | |
| Patient Transported | Patient Transported to CT -LG | — |

### Infection Assessment - Thu May 16, 2019

## Flowsheets (all recorded) (continued)

### Infection Assessment - Thu May 16, 2019 (continued)

| Row Name | 0900 |
|---|---|
| **Initial Patient Presentation** | |
| Patient Presents/Complains of the following Symptoms | No fever, respiratory symptoms, diarrhea, wound drainage, scabies, lice or bed bugs -JH |

### COMMUNICABLE DISEASE SCREENING - Thu May 16, 2019

| Row Name | 0850 |
|---|---|
| **COMMUNICABLE DISEASES** | |
| Have you had a fever in the last three days? | No -TD |

### SBIRT Screen - Thu May 16, 2019

| Row Name | 0900 |
|---|---|
| **SBIRT Questions** | |
| Are you currently in recovery? | No -JH |
| How many times in the past year have you had 5 or more drinks in a day? | None -JH |
| How many times in the past year have you used a recreational drug or used a prescription medication for nonmedical reasons? | None -JH |

### Screenings - Thu May 16, 2019

| Row Name | 0900 |
|---|---|
| **Hester Davis Fall Risk Assessment** | |
| Last Known Fall | 0 -JH |
| Mobility | 0 -JH |
| Medications | 2 -JH |
| Mental Status/LOC/Awareness | 0 -JH |
| Toileting Needs | 0 -JH |
| Volume/Electrolyte Status | 0 -JH |
| Communication/Sensory | 0 -JH |

## Flowsheets (all recorded) (continued)

### Screenings - Thu May 16, 2019 (continued)

| Row Name | 0900 |
|---|---|
| Behavior | 0 -JH |
| Hester Davis Fall Risk Total | 4 -JH |
| **Fall Risk Interventions** | |
| Universal Fall Precautions | Yes, as appropriate for care setting -JH |

### Pain Assessment - Thu May 16, 2019

| Row Name | 1046 | 0857 |
|---|---|---|
| **Pain/Discomfort Assessment** | | |
| Pain/Discomfort Assessment | 0-10 Scale -SH | 0-10 Scale -JH |
| 0-10 Pain Score | 3 pain"much better" post tordal -SH | 10 -JH |
| Pain Type | Acute pain -SH | — |
| Pain Location | Flank -SH | — |
| Pain Orientation | Left -SH | — |

### ED Narr Vital Signs - Thu May 16, 2019

| Row Name | 0946 |
|---|---|
| **Vitals** | |
| Resp | 16 -SH |
| Pulse | 65 -SH |
| BP | **136/95 (Abnormal)** ! -SH |
| BP Location | Right arm -SH |
| **Oxygen Therapy** | |
| SpO2 | 97 % -SH |
| O2 Device | None (Room air) -SH |

### Triage Assessment - Thu May 16, 2019

| Row Name | 0857 |
|---|---|
| **Airway** | |
| Airway (WDL) | WDL -JH |
| **Breathing** | |
| Breathing (WDL) | WDL -JH |
| **Circulation** | |
| Circulation (WDL) | WDL -JH |
| **Disability** | |
| Disability (WDL) | WDL -JH |

### ED Vitals - Thu May 16, 2019

| Row Name | 0854 |
|---|---|
| **Height and Weight** | |
| Height | 1.803 m (5' 11") |

## Flowsheets (all recorded) (continued)

### ED Vitals - Thu May 16, 2019 (continued)

| Row Name | 0854 -JH |
|---|---|
| Height Method | Stated -JH |
| Weight | **145.2 kg (320 lb) (Abnormal)** ! -JH |
| Weight Method | Stated -JH |
| BSA (Calculated - sq m - DuBois) | 2.58 sq meters -JH |
| BMI (Calculated) | 44.7 -JH |
| **Vitals** | |
| Temp | 36 °C (96.8 °F) -JH |
| Temp src | Temporal -JH |
| Resp | 20 -JH |
| Pulse | 69 -JH |
| BP | 140/84 -JH |
| **Oxygen Therapy** | |
| SpO2 | 100 % -JH |
| O2 Device | None (Room air) -JH |

### Abuse Indicators - Thu May 16, 2019

| Row Name | 0900 |
|---|---|
| **Screening** | |
| Safe in Home | UTA -JH |
| Safe in Relationship | UTA -JH |

### Suicide Risk - Thu May 16, 2019

| Row Name | 0900 |
|---|---|
| **Suicide Risk** | |
| Is patient at risk for suicide? | No -JH |

### Departure Information - Thu May 16, 2019

| Row Name | 1141 |
|---|---|
| **Departure Information** | |
| Mobility at Departure | Ambulatory -LG |
| Departure Mode with | Companion -LG |
| Patient Teaching | Discharge instructions reviewed with patient;Follow-up care reviewed;Pain management discussed;Medica |

## Flowsheets (all recorded) (continued)

### Departure Information - Thu May 16, 2019 (continued)

| Row Name | 1141 |
|---|---|
| | tions discussed;Patient verbalized understanding -LG |
| **Vital Signs** | |
| Pulse | 67 -LG |
| Heart Rate Source | Pulse Oximeter -LG |
| BP | 107/67 -LG |
| Cuff Size | Large Adult -LG |
| BP Location | Right arm -LG |
| BP Method | Automatic -LG |
| Patient Position | Sitting -LG |
| SpO2 Activity | At rest -LG |
| O2 Device | None (Room air) -LG |
| **Oxygen Therapy** | |
| Pulse (SPO2) | 97 BPM -LG |
| **Pain/Discomfort Assessment** | |
| 0-10 Pain Score | 5 -LG |
| Pain Type | Acute pain -LG |
| Pain Location | Flank -LG |
| Pain Orientation | Left -LG |

### Tetanus/Immunizations - Thu May 16, 2019

| Row Name | 0900 |
|---|---|
| **Tetanus/Immunizations Up to Date** | |
| Are the patient's immunizations up to date? | Yes -JH |

### First Provider Evaluation - Thu May 16, 2019

| Row Name | 0917 |
|---|---|
| **First Provider Evaluation Time** | |
| File First Provider Evaluation Time | File -JS |

### Vitals Reassessment - Thu May 16, 2019

| Row Name | 1141 | 0946 | 0854 |
|---|---|---|---|
| **Vitals Timer** | | | |
| Restart Vitals Timer | Yes -LG | Yes -SH | Yes -JH |

### Sepsis Predictive Model Score - Thu May 16, 2019

| Row Name | 1131 | 1116 | 1102 | 1046 | 1031 |
|---|---|---|---|---|---|
| **Sepsis Model Score** | | | | | |
| Sepsis Predictive Model Score | 0.9 -UB | 0.9 -UB | 0.9 -UB | 0.9 -UB | 0.9 -UB |

## Flowsheets (all recorded) (continued)

### Sepsis Predictive Model Score - Thu May 16, 2019 (continued)

| Row Name | 1016 | 1002 | 0946 | 0931 | 0916 |
|---|---|---|---|---|---|
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 0.9 -UB | 0.9 -UB | 0.9 -UB | 0.9 -UB | 0.9 -UB |

### Lines/Drains/Airways - Thu May 16, 2019

| Row Name | 0932 |
|---|---|
| [REMOVED] Peripheral IV 05/16/19 Left Arm | |
| IV Properties | Placement Date: 05/16/19 -LG Placement Time: 0931 -LG Size (Gauge) : 20 G -LG Orientation: Left -LG Location: Arm -LG Site Prep: Chlorhexidine -LG Local Anesthetic: None -LG Inserted by Other: RN -LG Insertion attempts: 1 -LG Removal Date: 05/16/19 -LG Removal Time: 1141 -LG Removal Reason: Per protocol -LG Catheter Tip Intact: Yes -LG |
| Site Assessment | Clean/Dry/Intact -LG |
| Peripheral Line Necessity | Yes, meets criteria -LG |
| Line Status/Intervention | Blood return noted;Flushed;Saline locked -LG |
| Infiltration Grade Assessment | 0 -LG |
| Phlebitis Grade Assessment | 0 -LG |
| Dressing Type | Transparent -LG |
| Dressing Status | Clean/Dry/Intact -LG |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| LG | Lori R Gendel, RN | 05/05/16 - |
| JS | Jeffrey Salerno, MD | 04/05/19 - 05/27/19 |
| UB | User Batchq | - |
| JH | John D Harmon, RN | 07/26/16 - |
| TD | Tammie L Danville | - |
| SH | Siri A Haraldsted, RN | 11/26/18 - |

## Orders and Results

**oxyCODONE (ROXICODONE) 5 MG immediate release tablet [195173322]**

Electronically signed by: **Jeffrey Salerno, MD on 05/16/19 1130** Status: **Expired**
Ordering user: Jeffrey Salerno, MD 05/16/19 1130 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
PRN reasons: Pain
Frequency: Q4H PRN 05/16/19 - 10 days

oxyCODONE (ROXICODONE) 5 MG immediate release tablet [195173322] Result status: No result
Ordering provider: Jeffrey Salerno, MD 05/16/19 1130

**ketorolac (TORADOL) 15 mg/mL injection **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [195173321]**

Electronically signed by: **Background, Rx Pyxis on 05/16/19 1010** Status: **Active**
Ordering user: Background, Rx Pyxis 05/16/19 1010
Frequency: 05/16/19 1010 - Until Discontinued
Medication comments: HARALDSTED, SIRI: cabinet override

ketorolac (TORADOL) 15 mg/mL injection **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [195173321] Result status: No result

**ketorolac (TORADOL) injection 15 mg [195173320]**

Electronically signed by: **Jeffrey Salerno, MD on 05/16/19 1008** Status: **Completed**
Ordering user: Jeffrey Salerno, MD 05/16/19 1008 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: Once 05/16/19 1010 - 1 occurrence

ketorolac (TORADOL) injection 15 mg [195173320] Result status: No result
Ordering provider: Jeffrey Salerno, MD 05/16/19 1008

**ondansetron PF (ZOFRAN) 4 mg/2 mL injection **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [195173319]**

Electronically signed by: **Background, Rx Pyxis on 05/16/19 0941** Status: **Active**
Ordering user: Background, Rx Pyxis 05/16/19 0941
Frequency: 05/16/19 0941 - Until Discontinued
Medication comments: HARALDSTED, SIRI: cabinet override

ondansetron PF (ZOFRAN) 4 mg/2 mL injection **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [195173319] Result status: No result

**HYDROmorphone (DILAUDID) 0.5 mg/0.5 mL syringe **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [195173318]**

Electronically signed by: **Background, Rx Pyxis on 05/16/19 0939** Status: **Active**

## Orders and Results (continued)

**HYDROmorphone (DILAUDID) 0.5 mg/0.5 mL syringe **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [195173318] (continued)**

Ordering user: Background, Rx Pyxis 05/16/19 0939
Frequency: 05/16/19 0939 - Until Discontinued
Medication comments: HARALDSTED, SIRI: cabinet override

HYDROmorphone (DILAUDID) 0.5 mg/0.5 mL syringe **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [195173318] — Result status: No result

**HYDROmorphone (DILAUDID) injection 0.5 mg [195173317]**

Electronically signed by: **Jeffrey Salerno, MD on 05/16/19 0924** — Status: **Discontinued**
Ordering user: Jeffrey Salerno, MD 05/16/19 0924 — Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
PRN reasons: Moderate Pain (Pain Scale 4-6) Severe Pain (Pain Scale 7-10)
Frequency: Q20 Min PRN 05/16/19 0924 - 3 occurrences — Discontinued by: Automatic Discharge Provider 05/16/19 1343 [Patient Discharge]

HYDROmorphone (DILAUDID) injection 0.5 mg [195173317] — Result status: No result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0924

**CT Abdomen Pelvis WO Contrast(KUB) [195173315]**

Electronically signed by: **Jeffrey Salerno, MD on 05/16/19 0923** — Status: **Completed**
Ordering user: Jeffrey Salerno, MD 05/16/19 0923 — Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: Once 05/16/19 0925 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Reason for exam: | Left flank pain, history of kidney stones |
| What is the patient's sedation requirement? | No Sedation |
| Will the patient need oral contrast? | No |

CT Abdomen Pelvis WO Contrast(KUB) [195173316] — Resulted: 05/16/19 0955, Result status: Final result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0923 — Resulted by: Akshay Gupta, MD
Performed: 05/16/19 0930 - 05/16/19 0942 — Accession number: 102361272
Resulting lab: RAPC
Narrative:

CUMMINS, MICHAEL M
DOB: Age: 48 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: JEFFREY R SALERNO MD Class: Emergency
Date of Service: 05/16/2019 09:30 AM Accession #: 4851561
Outside Order Number: 102361272

## Orders and Results (continued)

CT KUB

IMPRESSION:
1. 3 mm stone in the proximal left ureter with mild hydronephrosis.
2. Calcifications of both adrenal glands with a myolipoma the left adrenal gland is seen. This is unchanged from 2015.

INDICATION:
GENDER/AGE: Male, 48 years
ORDER INDICATION: :
HISTORY PER PATIENT: Left flank pain, history of kidney stones

TECHNIQUE: CT images of the abdomen and pelvis were obtained at 5-mm intervals using the renal stone protocol. Axial, coronal, and sagittal reconstructions were performed.
The CT scanner utilized a dose reduction technique.

COMPARISON: 9/29/2015

FINDINGS:
LUNG BASES: Included images through the lung bases are clear.

LIVER: Included non-contrasted images through the liver do not demonstrate a focal mass or intrahepatic biliary ductal dilatation.

GALLBLADDER: The gallbladder has been removed.

PANCREAS: No mass or inflammatory change is seen.

SPLEEN: The spleen is normal.

ADRENALS: Calcifications within both adrenal glands suggests remote hemorrhage or infection. There is enlargement of the left adrenal gland with fat suggesting a myolipoma. These findings are unchanged from 2015.

RIGHT KIDNEY: The right kidney demonstrates normal size and contour without calcification or hydronephrosis. No ureteral stone is seen.

LEFT KIDNEY: A 3 mm stone in the proximal left ureter is seen. There is mild hydronephrosis.

AORTA: The aorta is non-aneurysmal.

LYMPH NODES: Scattered retroperitoneal and mesenteric lymph nodes are identified without secondary aggressive features.

BOWEL: There is limited evaluation of the bowel secondary to the lack of oral and rectal contrast.

PELVIS: No fluid is seen.

OSSEOUS WINDOWS: No destructive or sclerotic lesion is seen.

DICTATED BY: Akshay Gupta, M.D., on 5/16/2019 9:55 AM PDT
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477



Lincoln/Cummins 0441

## Orders and Results (continued)

End of Diagnostic report for accession: 4851561
Interpreted/Electronically Signed By: Akshay Gupta, MD on 05/16/2019

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **199 - RAPC** | RAPC | Unknown | Unknown | 07/05/16 0906 - Present |

### CT Abdomen Pelvis WO Contrast(KUB) [195173315]

Electronically signed by: **Jeffrey Salerno, MD on 05/16/19 0923** Status: **Completed**
Ordering user: Jeffrey Salerno, MD 05/16/19 0923 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: Once 05/16/19 0925 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Reason for exam: | Left flank pain, history of kidney stones |
| What is the patient's sedation requirement? | No Sedation |
| Will the patient need oral contrast? | No |

CT Abdomen Pelvis WO Contrast(KUB) [195173315] Result status: No result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0923

### Prothrombin Time (PT-INR) [195173313]

Electronically signed by: **Jeffrey Salerno, MD on 05/16/19 0923** Status: **Completed**
Ordering user: Jeffrey Salerno, MD 05/16/19 0923 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: STAT 05/16/19 0925 - 1 occurrence

Prothrombin Time (PT-INR) [195173314] (Abnormal) Resulted: 05/16/19 0958, Result status: Final result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0923 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19EU-136O0003 | Blood | — | 05/16/19 0931 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 22.5 | 11.6 - 13.8 sec | H | PHLab 122 |
| INR | 2.1 | 0.9 - 1.1 | H | PHLab 122 |

Comment:
Recommended range for oral anticoagulant rx. INR Range
DVT, PE, Atrial fib 2.0-3.0
Bioprosthetic valve, St.Jude valve aortic position 2.0-3.0
Most mechanical heart valves 2.5-3.5
Ref: Chest 2012;141;141(2_suppl):7S-47S

## Orders and Results (continued)

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **122 - PHLab 122** | PEACEHEALTH LABORATORIES | Unknown | 722 E. 11th Ave Eugene OR 97401 | 08/29/16 1814 - Present |

### Prothrombin Time (PT-INR) [195173313]

Electronically signed by: **Jeffrey Salerno, MD on 05/16/19 0923** Status: **Completed**
Ordering user: Jeffrey Salerno, MD 05/16/19 0923 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: STAT 05/16/19 0925 - 1 occurrence

Prothrombin Time (PT-INR) [195173313] Result status: No result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0923

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Complete Blood Count with Automated Differential [195173311]

Status: **Completed**
Order placed as a reflex to Complete Blood Ct, Auto Diff [195173297] ordered on 05/16/19 at 0908
Ordering user: Siri A Haraldsted, RN 05/16/19 0908 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: Once 05/16/19 0910 - 1 occurrence

Complete Blood Count with Automated Differential [195173311] Result status: No result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0908

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Complete Blood Count with Automated Differential [195173311]

Status: **Completed**
Order placed as a reflex to Complete Blood Ct, Auto Diff [195173297] ordered on 05/16/19 at 0908
Ordering user: Siri A Haraldsted, RN 05/16/19 0908 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: Once 05/16/19 0910 - 1 occurrence

Complete Blood Count with Automated Differential [195173312] (Abnormal) Resulted: 05/16/19 0939, Result status: Final result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0908 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19EU-136H0014 | Blood | — | 05/16/19 0931 |

## Orders and Results (continued)

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 11.5 | 4.0 - 11.0 K/uL | H | PHLab 122 |
| RBC | 4.91 | 4.31 - 5.77 M/uL | — | PHLab 122 |
| HGB | 15.2 | 13.2 - 17.5 g/dL | — | PHLab 122 |
| HCT | 44.5 | 38.9 - 49.9 % | — | PHLab 122 |
| MCV | 90.6 | 80.0 - 100.0 fL | — | PHLab 122 |
| MCH | 31.0 | 27.8 - 33.8 pg | — | PHLab 122 |
| MCHC | 34.2 | 31.5 - 36.5 g/dL | — | PHLab 122 |
| RDW | 14.5 | 11.5 - 14.2 % | H | PHLab 122 |
| Platelets | 251 | 150 - 400 K/uL | — | PHLab 122 |
| MPV | 9.6 | 8.5 - 12.4 fL | — | PHLab 122 |
| Neutrophils % | 64.3 | % | — | PHLab 122 |
| Immat Gran % | 0.3 | % | — | PHLab 122 |
| Lymphocytes % | 23.8 | % | — | PHLab 122 |
| Monocytes % | 8.8 | % | — | PHLab 122 |
| Eosinophils % | 2.3 | % | — | PHLab 122 |
| Basophils % | 0.5 | % | — | PHLab 122 |
| Neutrophils # | 7.4 | 1.5 - 8.0 K/uL | — | PHLab 122 |
| Immat Gran # | 0.0 | 0.0 - 0.1 K/uL | — | PHLab 122 |
| Lymphocytes # | 2.7 | 1.0 - 3.5 K/uL | — | PHLab 122 |
| Monocytes # | 1.0 | 0.2 - 1.0 K/uL | — | PHLab 122 |
| Eosinophils # | 0.3 | 0.0 - 0.5 K/uL | — | PHLab 122 |
| Basophils # | 0.1 | 0.0 - 0.2 K/uL | — | PHLab 122 |
| nRBC | — | <=0 % | — | PHLab 122 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **122 - PHLab 122** | PEACEHEALTH LABORATORIES | Unknown | 722 E. 11th Ave Eugene OR 97401 | 08/29/16 1814 - Present |

### Light Blue Top [195173303]

Status: **Discontinued**

Order placed as a reflex to Rainbow draw [195173293] ordered on 05/16/19 at 0908

Ordering user: Siri A Haraldsted, RN 05/16/19 0908

Ordering provider: Jeffrey Salerno, MD

Authorized by: Jeffrey Salerno, MD

Frequency: Once 05/16/19 0910 - 1 occurrence

Discontinued by: Chris P. Peteete, MT 05/16/19 1448 [Specimen: Not collected/no specimen received]

Light Blue Top [195173303] Result status: No result

Ordering provider: Jeffrey Salerno, MD 05/16/19 0908

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Light Blue Top [195173303]

## Orders and Results (continued)

### Light Blue Top [195173303] (continued)

Status: **Discontinued**

Order placed as a reflex to Rainbow draw [195173293] ordered on 05/16/19 at 0908
Ordering user: Siri A Haraldsted, RN 05/16/19 0908 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: Once 05/16/19 0910 - 1 occurrence Discontinued by: Chris P. Peteete, MT 05/16/19 1448 [Specimen: Not collected/no specimen received]

Light Blue Top [195173304] Result status: No result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0908 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19EU-136C0030 | Blood | — | 05/16/19 0931 |

### Light Green Top [195173305]

Status: **Discontinued**

Order placed as a reflex to Rainbow draw [195173293] ordered on 05/16/19 at 0908
Ordering user: Siri A Haraldsted, RN 05/16/19 0908 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: Once 05/16/19 0910 - 1 occurrence Discontinued by: Automatic Discharge Provider 05/16/19 1348 [Patient Discharge]

Light Green Top [195173305] Result status: No result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0908

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Light Green Top [195173305]

Status: **Discontinued**

Order placed as a reflex to Rainbow draw [195173293] ordered on 05/16/19 at 0908
Ordering user: Siri A Haraldsted, RN 05/16/19 0908 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: Once 05/16/19 0910 - 1 occurrence Discontinued by: Automatic Discharge Provider 05/16/19 1348 [Patient Discharge]

Light Green Top [195173306] Resulted: 05/16/19 1746, Result status: Final result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0908 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19EU-136C0032 | Blood | — | 05/16/19 0931 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for | — | — | PHLab 122 |

## Orders and Results (continued)

add-ons.

Comment: Auto resulted.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **122 - PHLab 122** | PEACEHEALTH LABORATORIES | Unknown | 722 E. 11th Ave Eugene OR 97401 | 08/29/16 1814 - Present |

### Lavender Hold [195173307]

Status: **Discontinued**

Order placed as a reflex to Rainbow draw [195173293] ordered on 05/16/19 at 0908
Ordering user: Siri A Haraldsted, RN 05/16/19 0908
Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: Once 05/16/19 0910 - 1 occurrence
Discontinued by: Automatic Discharge Provider 05/16/19 1348 [Patient Discharge]

Lavender Hold [195173307] Result status: No result

Ordering provider: Jeffrey Salerno, MD 05/16/19 0908

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Lavender Hold [195173307]

Status: **Discontinued**

Order placed as a reflex to Rainbow draw [195173293] ordered on 05/16/19 at 0908
Ordering user: Siri A Haraldsted, RN 05/16/19 0908
Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: Once 05/16/19 0910 - 1 occurrence
Discontinued by: Automatic Discharge Provider 05/16/19 1348 [Patient Discharge]

Lavender Hold [195173308] Resulted: 05/16/19 1746, Result status: Final result

Ordering provider: Jeffrey Salerno, MD 05/16/19 0908 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19EU-136H0014 | Blood | — | 05/16/19 0931 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 122 |

Comment: Auto resulted.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **122 - PHLab 122** | PEACEHEALTH LABORATORIES | Unknown | 722 E. 11th Ave Eugene OR 97401 | 08/29/16 1814 - Present |

## Orders and Results (continued)

### HOLD SST Tube [195173309]

Status: **Discontinued**

Order placed as a reflex to Rainbow draw [195173293] ordered on 05/16/19 at 0908
Ordering user: Siri A Haraldsted, RN 05/16/19 0908 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: Once 05/16/19 0910 - 1 occurrence Discontinued by: Automatic Discharge Provider 05/16/19 1348 [Patient Discharge]

HOLD SST Tube [195173309] Result status: No result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0908

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### HOLD SST Tube [195173309]

Status: **Discontinued**

Order placed as a reflex to Rainbow draw [195173293] ordered on 05/16/19 at 0908
Ordering user: Siri A Haraldsted, RN 05/16/19 0908 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: Once 05/16/19 0910 - 1 occurrence Discontinued by: Automatic Discharge Provider 05/16/19 1348 [Patient Discharge]

HOLD SST Tube [195173310] Resulted: 05/16/19 1746, Result status: Final result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0908 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19EU-136C0031 | Blood | — | 05/16/19 0931 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 122 |

Comment: Auto resulted.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **122 - PHLab 122** | PEACEHEALTH LABORATORIES | Unknown | 722 E. 11th Ave Eugene OR 97401 | 08/29/16 1814 - Present |

### Rainbow draw [135187703]

Electronically signed by: **Jeffrey Salerno, MD on 05/17/19 0930** Status: **Discontinued**
Mode: Ordering in Standing medical order: cosign required mode Communicated by: Siri A Haraldsted, RN
Ordering user: Siri A Haraldsted, RN 05/16/19 0908 Ordering provider: Jeffrey Salerno, MD

## Orders and Results (continued)

### Rainbow draw [135187703] (continued)

Authorized by: Jeffrey Salerno, MD
Frequency: STAT 05/16/19 0910 - 1 occurrence    Discontinued by: Automatic Discharge Provider 05/16/19 1348 [Patient Discharge]

Questionnaire

| Question | Answer |
|---|---|
| Light Blue Top Collected? | Yes |
| Red Top Collected? | No |
| Light Green Top Collected? | Yes |
| Lavender Top Collected? | Yes |
| Pale Yellow Top Collected? | Yes |

### Rainbow draw [195173293]

Light Blue Top [195173304]    Result status: No result

Ordering provider: Jeffrey Salerno, MD 05/16/19 0908    Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19EU-136C0030 | Blood | — | 05/16/19 0931 |

Light Green Top [195173306]    Resulted: 05/16/19 1746, Result status: Final result

Ordering provider: Jeffrey Salerno, MD 05/16/19 0908    Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19EU-136C0032 | Blood | — | 05/16/19 0931 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 122 |

Comment: Auto resulted.

Lavender Hold [195173308]    Resulted: 05/16/19 1746, Result status: Final result

Ordering provider: Jeffrey Salerno, MD 05/16/19 0908    Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19EU-136H0014 | Blood | — | 05/16/19 0931 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 122 |

Comment: Auto resulted.

## Orders and Results (continued)

### Rainbow draw [195173293] (continued)

HOLD SST Tube [195173310] — Resulted: 05/16/19 1746, Result status: Final result

Ordering provider: Jeffrey Salerno, MD 05/16/19 0908 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19EU-136C0031 | Blood | — | 05/16/19 0931 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 122 |

Comment: Auto resulted.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **122 - PHLab 122** | PEACEHEALTH LABORATORIES | Unknown | 722 E. 11th Ave Eugene OR 97401 | 08/29/16 1814 - Present |

### Dark Green (Li Hep) Hold Tube [135187704]

Administratively closed for: **Jeffrey Salerno, MD** Status: **Discontinued**
Mode: Ordering in Standing medical order: cosign required mode Communicated by: Siri A Haraldsted, RN
Additional info: Cosign requirement was administratively closed by Automatic Discharge Provider on 05/16/19 1348, Reason - Order Automatically discontinued
Ordering user: Siri A Haraldsted, RN 05/16/19 0908 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: STAT 05/16/19 0910 - 1 occurrence Discontinued by: Automatic Discharge Provider 05/16/19 1348 [Patient Discharge]

Dark Green (Li Hep) Hold Tube [195173294] — Result status: No result

Ordering provider: Jeffrey Salerno, MD 05/16/19 0908

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Grey Top Hold Tube [135187705]

Electronically signed by: **Jeffrey Salerno, MD on 05/17/19 0930** Status: **Discontinued**
Mode: Ordering in Standing medical order: cosign required mode Communicated by: Siri A Haraldsted, RN
Ordering user: Siri A Haraldsted, RN 05/16/19 0908 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: STAT 05/16/19 0910 - 1 occurrence Discontinued by: Automatic Discharge Provider 05/16/19 1348 [Patient Discharge]

Grey Top Hold Tube [195173295] — Resulted: 05/16/19 1746, Result status: Final result

## Orders and Results (continued)

Ordering provider: Jeffrey Salerno, MD 05/16/19 0908 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19EU-136C0033 | Blood | — | 05/16/19 0931 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 122 |

Comment: Auto resulted.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **122 - PHLab 122** | PEACEHEALTH LABORATORIES | Unknown | 722 E. 11th Ave Eugene OR 97401 | 08/29/16 1814 - Present |

### UA with Microscopic, No Culture Reflex [135187706]

Administratively closed for: **Jeffrey Salerno, MD** Status: **Discontinued**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Siri A Haraldsted, RN
Additional info: Cosign requirement was administratively closed by Automatic Discharge Provider on 05/16/19 1348, Reason - Order Automatically discontinued
Ordering user: Siri A Haraldsted, RN 05/16/19 0908
Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: STAT 05/16/19 0910 - 1 occurrence
Discontinued by: Automatic Discharge Provider 05/16/19 1348 [Patient Discharge]

UA with Microscopic, No Culture Reflex [195173296] Result status: No result

Ordering provider: Jeffrey Salerno, MD 05/16/19 0908

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Urine | — | — |

### Complete Blood Ct, Auto Diff [135187707]

Electronically signed by: **Jeffrey Salerno, MD on 05/17/19 0930** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Siri A Haraldsted, RN
Ordering user: Siri A Haraldsted, RN 05/16/19 0908
Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: STAT 05/16/19 0910 - 1 occurrence

### Complete Blood Ct, Auto Diff [195173297]

Complete Blood Count with Automated Differential [195173312] (Abnormal) Resulted: 05/16/19 0939, Result status: Final result

Ordering provider: Jeffrey Salerno, MD 05/16/19 0908 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

## Orders and Results (continued)

### Complete Blood Ct, Auto Diff [195173297] (continued)

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19EU-136H0014 | Blood | — | 05/16/19 0931 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 11.5 | 4.0 - 11.0 K/uL | H | PHLab 122 |
| RBC | 4.91 | 4.31 - 5.77 M/uL | — | PHLab 122 |
| HGB | 15.2 | 13.2 - 17.5 g/dL | — | PHLab 122 |
| HCT | 44.5 | 38.9 - 49.9 % | — | PHLab 122 |
| MCV | 90.6 | 80.0 - 100.0 fL | — | PHLab 122 |
| MCH | 31.0 | 27.8 - 33.8 pg | — | PHLab 122 |
| MCHC | 34.2 | 31.5 - 36.5 g/dL | — | PHLab 122 |
| RDW | 14.5 | 11.5 - 14.2 % | H | PHLab 122 |
| Platelets | 251 | 150 - 400 K/uL | — | PHLab 122 |
| MPV | 9.6 | 8.5 - 12.4 fL | — | PHLab 122 |
| Neutrophils % | 64.3 | % | — | PHLab 122 |
| Immat Gran % | 0.3 | % | — | PHLab 122 |
| Lymphocytes % | 23.8 | % | — | PHLab 122 |
| Monocytes % | 8.8 | % | — | PHLab 122 |
| Eosinophils % | 2.3 | % | — | PHLab 122 |
| Basophils % | 0.5 | % | — | PHLab 122 |
| Neutrophils # | 7.4 | 1.5 - 8.0 K/uL | — | PHLab 122 |
| Immat Gran # | 0.0 | 0.0 - 0.1 K/uL | — | PHLab 122 |
| Lymphocytes # | 2.7 | 1.0 - 3.5 K/uL | — | PHLab 122 |
| Monocytes # | 1.0 | 0.2 - 1.0 K/uL | — | PHLab 122 |
| Eosinophils # | 0.3 | 0.0 - 0.5 K/uL | — | PHLab 122 |
| Basophils # | 0.1 | 0.0 - 0.2 K/uL | — | PHLab 122 |
| nRBC | — | <=0 % | — | PHLab 122 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **122 - PHLab 122** | PEACEHEALTH LABORATORIES | Unknown | 722 E. 11th Ave Eugene OR 97401 | 08/29/16 1814 - Present |

### Comprehensive Metabolic Panel [135187708]

Electronically signed by: **Jeffrey Salerno, MD on 05/17/19 0930** Status: **Completed**

Mode: Ordering in Standing medical order: cosign required mode

Communicated by: Siri A Haraldsted, RN

Ordering user: Siri A Haraldsted, RN 05/16/19 0908

Ordering provider: Jeffrey Salerno, MD

Authorized by: Jeffrey Salerno, MD

Frequency: STAT 05/16/19 0910 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Does the patient need to be fasting? | No |

## Orders and Results (continued)

Comprehensive Metabolic Panel [195173298] (Abnormal) Resulted: 05/16/19 1000, Result status: Final result

Ordering provider: Jeffrey Salerno, MD 05/16/19 0908 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19EU-136C0032 | Blood | — | 05/16/19 0931 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 135 - 145 mmol/L | — | PHLab 122 |
| Potassium | 3.7 | 3.5 - 5.2 mmol/L | — | PHLab 122 |
| Chloride | 106 | 95 - 109 mmol/L | — | PHLab 122 |
| CO2 | 23 | 22 - 32 mmol/L | — | PHLab 122 |
| Anion Gap | 12 | 3 - 12 mmol/L | — | PHLab 122 |
| Glucose | 110 | 70 - 99 mg/dL | H | PHLab 122 |
| BUN | 24 | 6 - 20 mg/dL | H | PHLab 122 |
| Creatinine | 1.28 | 0.61 - 1.24 mg/dL | H | PHLab 122 |
| GFR Non-Black (CKD-EPI) | 66 | >=60 mL/min/1.73m2 | — | PHLab 122 |
| GFR Black (CKD-EPI) | 76 | >=60 mL/min/1.73m2 | — | PHLab 122 |
| Protein, Total | 7.3 | 6.2 - 8.4 g/dL | — | PHLab 122 |
| Albumin | 3.8 | 3.5 - 5.0 g/dL | — | PHLab 122 |
| Globulin | 3.5 | 2.2 - 3.5 g/dL | — | PHLab 122 |
| Calcium | 8.9 | 8.6 - 10.2 mg/dL | — | PHLab 122 |
| Bilirubin, Total | 0.6 | 0.1 - 1.2 mg/dL | — | PHLab 122 |
| Alkaline Phosphatase | 78 | 30 - 110 U/L | — | PHLab 122 |
| ALT | 34 | 17 - 63 U/L | — | PHLab 122 |
| AST | 23 | 15 - 41 U/L | — | PHLab 122 |
| Calculated OSMO | 286 | 269 - 289 mOsm/kg | — | PHLab 122 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **122 - PHLab 122** | PEACEHEALTH LABORATORIES | Unknown | 722 E. 11th Ave Eugene OR 97401 | 08/29/16 1814 - Present |

**Lipase [135187709]**

Electronically signed by: **Jeffrey Salerno, MD on 05/17/19 0930** Status: **Completed**

Mode: Ordering in Standing medical order: cosign required mode

Communicated by: Siri A Haraldsted, RN

Ordering user: Siri A Haraldsted, RN 05/16/19 0908

Ordering provider: Jeffrey Salerno, MD

Authorized by: Jeffrey Salerno, MD

Frequency: STAT 05/16/19 0910 - 1 occurrence

Lipase [195173299] (Normal) Resulted: 05/16/19 1000, Result status: Final

## Orders and Results (continued)

result

Ordering provider: Jeffrey Salerno, MD 05/16/19 0908 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19EU-136C0032 | Blood | — | 05/16/19 0931 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lipase | 29 | 22 - 51 U/L | — | PHLab 122 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **122 - PHLab 122** | PEACEHEALTH LABORATORIES | Unknown | 722 E. 11th Ave Eugene OR 97401 | 08/29/16 1814 - Present |

### Insert peripheral IV [135187710]

Electronically signed by: **Jeffrey Salerno, MD on 05/17/19 0930** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode Communicated by: Siri A Haraldsted, RN
Ordering user: Siri A Haraldsted, RN 05/16/19 0908 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: Once 05/16/19 0910 - 1 occurrence

Insert peripheral IV [195173300] Result status: No result

Ordering provider: Jeffrey Salerno, MD 05/16/19 0908 Resulting lab: ICW EAP

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **208 - ICWEAP** | ICW EAP | Unknown | Unknown | 07/13/17 0942 - Present |

### EKG 12-lead History of cardiac diagnosis [135187711]

Electronically signed by: **Jeffrey Salerno, MD on 05/17/19 0930** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode Communicated by: Siri A Haraldsted, RN
Ordering user: Siri A Haraldsted, RN 05/16/19 0908 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: Once 05/16/19 0910 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Clinical indications | History of cardiac diagnosis |

Order comments: For upper abdominal pain if patient older than 30 years old or previous cardiac history

EKG 12-lead History of cardiac diagnosis [195173301] Resulted: 05/16/19 1034, Result status: Final result

Ordering provider: Jeffrey Salerno, MD 05/16/19 0908 Resulted by: David R Saenger, MD
Resulting lab: MUSE
Narrative:

## Orders and Results (continued)

Normal sinus rhythm
Normal ECG
When compared with ECG of 10-FEB-2018 19:19,
No significant change was found
Confirmed by SAENGER M.D., DAVID (35224) on 5/16/2019 10:34:46 AM

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| MUSE123644 4 | — | — | 05/16/19 0925 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VENTRICULAR RATE EKG/MIN | 67 | BPM | — | 87 |
| ATRIAL RATE | 67 | BPM | — | 87 |
| PR-INTERVAL (MSEC) | 130 | ms | — | 87 |
| QRS-INTERVAL (MSEC) | 98 | ms | — | 87 |
| QT-INTERVAL (MSEC) | 434 | ms | — | 87 |
| QTc | 458 | ms | — | 87 |
| P Axis | 19 | degrees | — | 87 |
| R AXIS | 63 | degrees | — | 87 |
| T AXIS | 41 | degrees | — | 87 |
| ST at J Point | -5^48^4^-35^-20^-25^-10^34^53^-25^-30^53 | uV | — | 87 |
| ST at Mid ST | 29^58^53^83^97^87^78^53^29^-44^0^43 | uV | — | 87 |
| ST at End ST | 68^73^73^122^175^136^122^63^4^-74^34^39 | uV | — | 87 |
| Maximum ST Area | 68^73^73^122^175^136^122^63^53^-25^34^53 | uV | — | 87 |
| Minimum ST Area | -5^48^4^-35^-20^-25^-10^34^29^-44^-30^43 | uV | — | 87 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **87 - Unknown** | MUSE | Unknown | Unknown | 06/26/14 1511 - Present |

## Orders and Results (continued)

### Diet NPO NPO until seen by provider [195173290]

Administratively closed for: **Jeffrey Salerno, MD** Status: **Discontinued**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Siri A Haraldsted, RN
Additional info: Cosign requirement was administratively closed by Automatic Discharge Provider on 05/16/19 1348, Reason - Order Automatically discontinued
Ordering user: Siri A Haraldsted, RN 05/16/19 0908
Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: Effective Now 05/16/19 0910 - Until Specified
Diet: General
Discontinued by: Automatic Discharge Provider 05/16/19 1348 [Patient Discharge]

Questionnaire

| Question | Answer |
|---|---|
| Type | NPO |

Order comments: NPO until seen by provider

Diet NPO NPO until seen by provider [195173302] Result status: No result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0908 Resulting lab: STJN CBORD

### Rainbow draw [135187703]

Electronically signed by: **Jeffrey Salerno, MD on 05/17/19 0930** Status: **Discontinued**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Siri A Haraldsted, RN
Ordering user: Siri A Haraldsted, RN 05/16/19 0908
Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: STAT 05/16/19 0910 - 1 occurrence
Discontinued by: Automatic Discharge Provider 05/16/19 1348 [Patient Discharge]

Questionnaire

| Question | Answer |
|---|---|
| Light Blue Top Collected? | Yes |
| Red Top Collected? | No |
| Light Green Top Collected? | Yes |
| Lavender Top Collected? | Yes |
| Pale Yellow Top Collected? | Yes |

### Rainbow draw [135187703]

Rainbow draw [135187703] Result status: No result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0908

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Dark Green (Li Hep) Hold Tube [135187704]

Administratively closed for: **Jeffrey Salerno, MD** Status: **Discontinued**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Siri A Haraldsted, RN
Additional info: Cosign requirement was administratively closed by Automatic Discharge Provider on 05/16/19 1348, Reason - Order Automatically discontinued

## Orders and Results (continued)

### Dark Green (Li Hep) Hold Tube [135187704] (continued)

Ordering user: Siri A Haraldsted, RN 05/16/19 0908    Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: STAT 05/16/19 0910 - 1 occurrence    Discontinued by: Automatic Discharge Provider 05/16/19 1348 [Patient Discharge]

Dark Green (Li Hep) Hold Tube [135187704]    Result status: No result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0908

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Grey Top Hold Tube [135187705]

Electronically signed by: **Jeffrey Salerno, MD on 05/17/19 0930**    Status: **Discontinued**
Mode: Ordering in Standing medical order: cosign required mode    Communicated by: Siri A Haraldsted, RN
Ordering user: Siri A Haraldsted, RN 05/16/19 0908    Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: STAT 05/16/19 0910 - 1 occurrence    Discontinued by: Automatic Discharge Provider 05/16/19 1348 [Patient Discharge]

Grey Top Hold Tube [135187705]    Result status: No result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0908

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### UA with Microscopic, No Culture Reflex [135187706]

Administratively closed for: **Jeffrey Salerno, MD**    Status: **Discontinued**
Mode: Ordering in Standing medical order: cosign required mode    Communicated by: Siri A Haraldsted, RN
Additional info: Cosign requirement was administratively closed by Automatic Discharge Provider on 05/16/19 1348, Reason - Order Automatically discontinued
Ordering user: Siri A Haraldsted, RN 05/16/19 0908    Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: STAT 05/16/19 0910 - 1 occurrence    Discontinued by: Automatic Discharge Provider 05/16/19 1348 [Patient Discharge]

UA with Microscopic, No Culture Reflex [135187706]    Result status: No result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0908

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Urine | — | — |

### Complete Blood Ct, Auto Diff [135187707]

Electronically signed by: **Jeffrey Salerno, MD on 05/17/19 0930**    Status: **Completed**
Mode: Ordering in Standing medical order: cosign    Communicated by: Siri A Haraldsted, RN

## Orders and Results (continued)

### Complete Blood Ct, Auto Diff [135187707] (continued)

required mode
Ordering user: Siri A Haraldsted, RN 05/16/19 0908 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: STAT 05/16/19 0910 - 1 occurrence

### Complete Blood Ct, Auto Diff [135187707]

Complete Blood Ct, Auto Diff [135187707] Result status: No result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0908

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Comprehensive Metabolic Panel [135187708]

Electronically signed by: **Jeffrey Salerno, MD on 05/17/19 0930** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode Communicated by: Siri A Haraldsted, RN
Ordering user: Siri A Haraldsted, RN 05/16/19 0908 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: STAT 05/16/19 0910 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Does the patient need to be fasting? | No |

Comprehensive Metabolic Panel [135187708] Result status: No result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0908

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Lipase [135187709]

Electronically signed by: **Jeffrey Salerno, MD on 05/17/19 0930** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode Communicated by: Siri A Haraldsted, RN
Ordering user: Siri A Haraldsted, RN 05/16/19 0908 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: STAT 05/16/19 0910 - 1 occurrence

Lipase [135187709] Result status: No result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0908

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Insert peripheral IV [135187710]

## Orders and Results (continued)

### Insert peripheral IV [135187710] (continued)

Electronically signed by: **Jeffrey Salerno, MD on 05/17/19 0930** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode Communicated by: Siri A Haraldsted, RN
Ordering user: Siri A Haraldsted, RN 05/16/19 0908 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: Once 05/16/19 0910 - 1 occurrence

Insert peripheral IV [135187710] Result status: No result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0908

### EKG 12-lead History of cardiac diagnosis [135187711]

Electronically signed by: **Jeffrey Salerno, MD on 05/17/19 0930** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode Communicated by: Siri A Haraldsted, RN
Ordering user: Siri A Haraldsted, RN 05/16/19 0908 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: Once 05/16/19 0910 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Clinical indications | History of cardiac diagnosis |

Order comments: For upper abdominal pain if patient older than 30 years old or previous cardiac history

EKG 12-lead History of cardiac diagnosis [135187711] Result status: No result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0908

### Diet NPO NPO until seen by provider [195173290]

Administratively closed for: **Jeffrey Salerno, MD** Status: **Discontinued**
Mode: Ordering in Standing medical order: cosign required mode Communicated by: Siri A Haraldsted, RN
Additional info: Cosign requirement was administratively closed by Automatic Discharge Provider on 05/16/19 1348, Reason - Order Automatically discontinued
Ordering user: Siri A Haraldsted, RN 05/16/19 0908 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: Effective Now 05/16/19 0910 - Until Specified Diet: General
Discontinued by: Automatic Discharge Provider 05/16/19 1348 [Patient Discharge]

Questionnaire

| Question | Answer |
|---|---|
| Type | NPO |

Order comments: NPO until seen by provider

Diet NPO NPO until seen by provider [195173290] Result status: No result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0908

### ondansetron PF (ZOFRAN) injection 4 mg [195173291]

Electronically signed by: **Jeffrey Salerno, MD on 05/17/19 0930** Status: **Completed**
Mode: Ordering in Standing medical order: cosign Communicated by: Siri A Haraldsted, RN

## Orders and Results (continued)

**ondansetron PF (ZOFRAN) injection 4 mg [195173291] (continued)**

required mode
Ordering user: Siri A Haraldsted, RN 05/16/19 0908 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
PRN reasons: Nausea
Frequency: Once PRN 05/16/19 0907 - 1 occurrence

ondansetron PF (ZOFRAN) injection 4 mg [195173291] Result status: No result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0908

**ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg [195173292]**

Electronically signed by: **Jeffrey Salerno, MD on 05/17/19 0930** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode Communicated by: Siri A Haraldsted, RN
Ordering user: Siri A Haraldsted, RN 05/16/19 0908 Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
PRN reasons: Nausea
PRN Comment: if no IV access
Frequency: Once PRN 05/16/19 0907 - 1 occurrence

ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg [195173292] Result status: No result
Ordering provider: Jeffrey Salerno, MD 05/16/19 0908

**Encounter-Level Documents:**

After Visit Summary - Document on 5/16/2019 1130: ED After Visit Summary (below)



Lincoln/Cummins 0459

## Orders and Results (continued)

### Encounter-Level Documents: (continued)

PeaceHealth
The spirit of healing

# AFTER VISIT SUMMARY

**Michael M. Cummins** MRN: 01614423

5/16/2019 Sacred Heart at University District Emergency Depart 458-209-5555

## Instructions

Your medications have changed

START taking:
**oxyCODONE** (ROXICODONE)

**Review your updated medication list below.**

Read the attached information
Kidney Stone (English)

Pick up these medications from any pharmacy with your printed prescription
oxyCODONE

Follow up with OREGON UROLOGY INSTITUTE
Why: As needed if the stone does not pass
Contact: 2400 Hartman Ln
Springfield Oregon 97477
541-334-3350

## Today's Visit

You were seen by Jeffrey Salerno, MD

Reason for Visit
Flank Pain

Diagnosis
Renal colic on left side

Lab Tests Completed
- Complete Blood Count with Automated Differential
- Complete Blood Ct, Auto Diff
- Comprehensive Metabolic Panel
- Lipase
- Prothrombin Time (PT-INR)

Imaging Tests
- CT Abdomen Pelvis WO Contrast(KUB)
- EKG 12-lead History of cardiac diagnosis

Done Today
- Insert peripheral IV

Michael M. Cummins (MRN: 01614423) • Printed at 5/16/19 11:30 AM

Page 1 of 5 Epic

## Orders and Results (continued)

### Encounter-Level Documents: (continued)

Today's Visit (continued)

Medications Given
HYDROmorphone (DILAUDID) last given at 9:45 AM
ketorolac (TORADOL) last given at 10:13 AM
ondansetron PF (ZOFRAN) last given at 9:45 AM

Your End of Visit Vitals

Blood Pressure
136/95

Temperature
(Temporal Artery)
96.8 °F

Pulse
65

Respiration
16

Oxygen Saturation
97%

What's Next

You currently have no upcoming appointments scheduled.

## Orders and Results (continued)

Encounter-Level Documents: (continued)

# Your Medication List

## TAKE these medications

| | | |
|---|---|---|
| START | **oxyCODONE** 5 MG immediate release tablet<br>Commonly known as: ROXICODONE | Take 1-2 tablets (5-10 mg total) by mouth every 4 (four) hours as needed for Pain |

## ASK your doctor about these medications

| | | |
|---|---|---|
| ASK | **ALPRAZolam** 1 MG tablet<br>Commonly known as: XANAX | |
| ASK | **docusate sodium** 100 MG capsule<br>Commonly known as: COLACE | Take 1 capsule (100 mg total) by mouth Twice a day<br>**According to our records, you may have been taking this medication differently.** |
| ASK | **hydroCHLOROthiazide** 25 MG tablet<br>Commonly known as: HYDRODIURIL | |
| ASK | **lisinopril** 40 MG tablet<br>Commonly known as: PRINIVIL,ZESTRIL | |
| ASK | **propranolol** 40 MG tablet<br>Commonly known as: INDERAL | |
| ASK | **sulfamethoxazole-trimethoprim** 800-160 mg per tablet<br>Commonly known as: BACTRIM DS | |
| ASK | **warfarin** 5 MG tablet<br>Commonly known as: COUMADIN | Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic. |

## My Peacehealth Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to https://my.peacehealth.org/mypeacehealth/, click "Sign Up Now", and enter your personal activation code: CGZ7G-PWD53-J3FZM. Activation code expires 7/15/2019.

## Orders and Results (continued)

### Encounter-Level Documents: (continued)

Attached Information — Kidney Stone (English)

## Kidney Stone: Care Instructions

### Your Care Instructions




Kidney stones are formed when salts, minerals, and other substances normally found in the urine clump together. They can be as small as grains of sand or, rarely, as large as golf balls.

While the stone is traveling through the ureter, which is the tube that carries urine from the kidney to the bladder, you will probably feel pain. The pain may be mild or very severe. You may also have some blood in your urine. As soon as the stone reaches the bladder, any intense pain should go away.

If a stone is too large to pass on its own, you may need a medical procedure to help you pass the stone.

The doctor has checked you carefully, but problems can develop later. If you notice any problems or new symptoms, **get medical treatment right away**.

**Follow-up care is a key part of your treatment and safety.** Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

### How can you care for yourself at home?

- Drink plenty of fluids, enough so that your urine is light yellow or clear like water. If you have kidney, heart, or liver disease and have to limit fluids, talk with your doctor before you increase the amount of fluids you drink.
- Take pain medicines exactly as directed. Call your doctor if you think you are having a problem with your medicine.
  - If the doctor gave you a prescription medicine for pain, take it as prescribed.
  - If you are not taking a prescription pain medicine, ask your doctor if you can take an over-the-counter medicine. Read and follow all instructions on the label.
- Your doctor may ask you to strain your urine so that you can collect your kidney stone when it passes. You can use a kitchen strainer or a tea strainer to catch the stone. Store it in a plastic bag until you see your doctor again.

**Preventing future kidney stones**

Some changes in your diet may help prevent kidney stones. Depending on the cause of your stones, your doctor may recommend that you:

- Drink plenty of fluids, enough so that your urine is light yellow or clear like water. If you have kidney, heart, or liver disease and have to limit fluids, talk with your doctor before you increase the amount of fluids you drink.

- Limit coffee, tea, and alcohol. Also avoid grapefruit juice.
- Do not take more than the recommended daily dose of vitamins C and D.
- Avoid antacids such as Gaviscon, Maalox, Mylanta, or Tums.
- Limit the amount of salt (sodium) in your diet.
- Eat a balanced diet that is not too high in protein.
- Limit foods that are high in a substance called oxalate, which can cause kidney stones. These foods include dark green vegetables, rhubarb, chocolate, wheat bran, nuts, cranberries, and beans.

### When should you call for help?

**Call your doctor now** or seek immediate medical care if:

- You cannot keep down fluids.
- Your pain gets worse.
- You have a fever or chills.
- You have new or worse pain in your back just below your rib cage (the flank area).
- You have new or more blood in your urine.

Watch closely for changes in your health, and be sure to contact your doctor if:

- You do not get better as expected.

### Where can you learn more?

Go to My PeaceHealth at **https://my.peacehealth.org** to log on. Select the Resources menu and select Search Medical Library to enter **X633** in the search box to learn more about "**Kidney Stone: Care Instructions.**"

Not on My PeaceHealth? Go to **my.peacehealth.org** and click the "Sign up Now" link to enter the activation code included in this After Visit Summary.

Current as of: March 15, 2018

Content Version: 11.8

© 2006-2018 Healthwise, Incorporated. Care instructions adapted under license by PeaceHealth. This care instruction is for use with your licensed healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

**Sacred Heart at University District Emergency Depart**
1255 HILYARD ST
EUGENE OR 97401-8146
Phone: 458-209-5555
Fax: 458-209-5562

# PeaceHealth Facesheet

## Riverbend Medical Center

3333 RIVERBEND DR SPRINGFIELD, OR 97477

Patient Name: **CUMMINS, MICHAEL M**
Admission Date/Time: **6/5/2019 1250**
Discharge Date/Time: **6/5/2019 1554**
MRN: **01614423**
CSN: **448480267**
Guarantor: **CUMMINS,MICHAEL M**

## ENCOUNTER

Patient Class: **E**
Unit: **RBMC ED**
Hospital Service: **Emergency Medicine**
Room/Bed: **04 /04**
Admitting Provider:
Referring Physician:
Attending Provider:
Admission Diagnosis:

## PATIENT

Name: **CUMMINS, MICHAEL M**
DOB: **(48 yrs)**
Address:
Sex: **Male**
City, State ZIP:
Ethnicity / Race: **Not Hispanic Or Latino / White**
Primary Phone:
Religion: **No Preference**
Work Phone
Email: **No e-mail address on record**
Mobile Phone:

**PRIMARY CARE PROVIDER**

Primary Care Provider: **David A Knowlton, MD**
Primary Care Provider Phone: **541-344-8225**

**EMPLOYER**

Employer: **UNEMPLOYED**
Status: **Not Employed**

**EMERGENCY CONTACT**

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work Phone | Mobile Phone |
|---|---|---|---|---|---|
| **1. Bishop,Charmaine** | | **Support Person** | | | |
| **2. *No Contact Specified*** | | | | | |

## GUARANTOR

Guarantor: **CUMMINS,MICHAEL M**
DOB:
Address:
Sex: **Male**
Relation to Patient: **Self**
Home Phone:
Guarantor ID: **885662**
Work Phone:

**GUARANTOR EMPLOYER**

Employer: **UNEMPLOYED**
Status: **NOT EMPLO***

## COVERAGE

**PRIMARY INSURANCE**

Payor: **MEDICAID OREGON**
Plan: **DMAP OREGON MEDICAID**
Group Number:
Insurance Type: **INDEMNITY**
Subscriber Name: **CUMMINS,MICHAEL M**
Subscriber DOB:
Subscriber ID: **PB800K7J**
Copay: **$0.00**
Pat. Rel. to Subscriber: **SELF**
Remaining # of Visits: **0**

**SECONDARY INSURANCE**

Payor:
Plan:
Group Number:
Insurance Type:
Subscriber Name:
Subscriber DOB:
Subscriber ID:
Pat. Rel. to Subscriber:

**TERTIARY INSURANCE**

Payor:
Plan:
Group Number:
Insurance Type:
Subscriber Name:
Subscriber DOB:
Subscriber ID:



Lincoln/Cummins 0465

Pat. Rel. to Subscriber:

448480267

FS

## Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 06/05/2019 1208 | Admit Date/Time: | 06/05/2019 1250 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Home Or Workplace | Admit Category: | |
| Means of Arrival: | Car | Primary Service: | Emergency Medicine | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | PEACEHEALTH SERVICE AREA | Unit: | Sacred Heart at RiverBend Emergency Department |
| Admit Provider: | | Attending Provider: | | Referring Provider: | |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 06/05/2019 1554 | Home Or Self Care | Home | None | Sacred Heart at RiverBend Emergency Department |

## Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| N20.1 **[Principal]** | Calculus of ureter | | | | |
| I10 | Essential (primary) hypertension | | | | |
| F17.210 | Nicotine dependence, cigarettes, uncomplicated | | | | |
| Z79.01 | Long term (current) use of anticoagulants | | | | |

## Events

ED Arrival at 6/5/2019 1208

Unit: Sacred Heart at RiverBend Emergency Department

Admission at 6/5/2019 1250

Unit: Sacred Heart at RiverBend Emergency Department Room: 04 Bed: 04
Patient class: Emergency

ED Roomed at 6/5/2019 1250

Unit: Sacred Heart at RiverBend Emergency Department

Discharge at 6/5/2019 1554

Unit: Sacred Heart at RiverBend Emergency Department Room: 04 Bed: 04
Patient class: Emergency Service: Emergency Medicine

## Document List

Emergency Department on 6/5/2019

| Type of Document | Status | Date Received | Received By | Description |
|---|---|---|---|---|

Orders and Results (continued)

Document List (continued)

| | |
|---|---|
| IMM-A (Admit) | Not Received |
| IMT (Tricare) | Not Received |

# Discharge Summaries

Discharge Summaries

No notes of this type exist for this encounter.

# Consultations

# Procedure/Operative Reports

Procedure Notes

No notes of this type exist for this encounter.

# History & Physicals

History & Physical

No notes of this type exist for this encounter.

# Emergency Department Records

## ED Records

ED Arrival Information

| Expected | Arrival | Acuity | Means of Arrival | Escorted By | Service | Admission Type |
|---|---|---|---|---|---|---|
| - | 6/5/2019 12:08 | ESI - 3 | Car | Family Member | Emergency Medicine | Emergency |

| Arrival Complaint |
|---|
| FLANK PAIN |

ED Chief Complaint

| Complaint | Comment |
|---|---|
| **Flank Pain** | left |
| **Abdominal Pain** | |

ED Diagnosis

| Diagnosis | Comment |
|---|---|
| **Ureterolithiasis** | |

ED Disposition

| ED Disposition | Condition | Comment |
|---|---|---|
| **Discharge** | Stable | |

## ED Notes

ED Notes by Jennifer L Fisher, PA at 06/05/19 1554

Author: Jennifer L Fisher, PA Service: Emergency Medicine Author Type: Physician Assistant
Filed: 06/14/19 1009 Date of Service: 06/05/19 1554 Status: Signed
Editor: Jennifer L Fisher, PA (Physician Assistant)

Review of Systems

## ED Notes (continued)

ED Notes by Jennifer L Fisher, PA at 06/05/19 1554 (continued)

Constitutional: Negative for fever.
Respiratory: Negative for cough.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for abdominal pain.
Genitourinary: Positive for flank pain.
Musculoskeletal: Negative for neck pain.
All other systems reviewed and are negative.

Physical Exam:
Nursing note and vitals reviewed.
Constitutional: He appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic.
Cardiovascular: Normal rate and regular rhythm.
Abdominal: Normal appearance. There is no CVA tenderness.
Genitourinary: Rectum normal.
Neurological: He is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. No pallor.[JF.1]

Jennifer L Fisher, PA
06/14/19 1009
[JF.2]

Electronically Signed by Jennifer L Fisher, PA on 06/14/19 1009

Attribution Key
JF.1 - Jennifer L Fisher, PA on 06/14/19 1007
JF.2 - Jennifer L Fisher, PA on 06/14/19 1009

ED Provider Notes by Jennifer L Fisher, PA at 06/05/19 1306

Author: Jennifer L Fisher, PA Service: Emergency Medicine Author Type: Physician Assistant
Filed: 06/05/19 1544 Date of Service: 06/05/19 1306 Status: Attested
Editor: Jennifer L Fisher, PA (Physician Assistant) Cosigner: Colette A Khan, DO at 06/06/19 2225

Attestation signed by Colette A Khan, DO at 06/06/19 2225

I was the supervising provider on shift during the care of this patient. I was available for consultation. I was not directly involved in the care of Michael M Cummins.

**Emergency Department Encounter**[JF.1]

## ED Notes (continued)

ED Provider Notes by Jennifer L Fisher, PA at 06/05/19 1306 (continued)

Chief Complaint

Patient presents with

- Flank Pain
  *left*
- Abdominal Pain[JF.2]

ED Provider: Jenny Fisher PA-C

### History of Present Illness[JF.1]

Michael M Cummins[JF.2] is a[JF.1] 48 y.o. male[JF.2] who presents with left-sided flank pain for the past 3 days. He had a CT KUB performed on 5/16/19 showed a 3 mm stone proximal left ureter with mild hydronephrosis. Patient states that he had resolution of pain approximately 4 days after his last previous emergency department visit. States that he had a sudden return of left flank pain starting 2 days ago. He rates his pain as a 9 out of 10. He reports nausea, but denies any vomiting. Has not noted any hematuria. Pain radiates from his left flank into his left groin region. Feels similar to previous kidney stones. He is currently on Coumadin secondary to a history of pulmonary embolism.

### Past Medical History[JF.1]

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Acne | |
| • Anesthesia complication *woke up during procedure* | |
| • Anxiety | |
| • Arthritis | |
| • Chronic pain right knee and lower back | |
| • Current smoker | |
| • Depression | |
| • History of kidney stones | |
| • Hypertension | |
| • Migraines | |
| • Numbness and tingling in both hands and arms | |
| • Pulmonary embolism (HCC) | |
| • upper dentures and lower partial | |

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ANUS SURGERY | N/A | 1/8/2018 |
| *Procedure: SPHINCTEROTOMY; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;* | | |
| • BACK SURGERY | | |
| • CHOLECYSTECTOMY | N/A | 11/6/2017 |
| *Procedure: LAPAROSCOPY CHOLECYSTECTOMY WITH GRAMS; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;* | | |

## ED Notes (continued)

ED Provider Notes by Jennifer L Fisher, PA at 06/05/19 1306 (continued)

| | | |
|---|---|---|
| • HEMORRHOID SURGERY | N/A | 1/8/2018 |

*Procedure: Excised short anal fistula, excised 1cm anal ulcer, excised 1 external hemorrhoid, and internal sphyncterotomy.; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;*

| | | |
|---|---|---|
| • KNEE SURGERY | Right | 2016 |
| • PILONIDAL CYST / SINUS EXCISION | | 2004 |
| • RECTAL SURGERY | N/A | 1/8/2018 |

*Procedure: FISTULECTOMY ANAL/RECTAL; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;*

### Social History

| | |
|---|---|
| **Socioeconomic History** | |
| • Marital status: | Single |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| **Occupational History** | |
| • Not on file | |
| **Social Needs** | |
| • Financial resource strain: | Not on file |
| • Food insecurity: | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs: | |
| Medical: | Not on file |
| Non-medical: | Not on file |
| **Tobacco Use** | |
| • Smoking status: | Current Every Day Smoker |
| Packs/day: | 1.00 |
| Types: | Cigarettes |
| • Smokeless tobacco: | Never Used |
| **Substance and Sexual Activity** | |
| • Alcohol use: | No |
| • Drug use: | No |
| • Sexual activity: | Not on file |
| **Lifestyle** | |
| • Physical activity: | |
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Not on file |
| **Relationships** | |
| • Social connections: | |
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |

## ED Notes (continued)

ED Provider Notes by Jennifer L Fisher, PA at 06/05/19 1306 (continued)

| | |
|---|---|
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |

- Intimate partner violence:

| | |
|---|---|
| Fear of current or ex partner: | Not on file |
| Emotionally abused: | Not on file |
| Physically abused: | Not on file |
| Forced sexual activity: | Not on file |

| Other Topics | Concern |
|---|---|

- Not on file

Social History Narrative

- Not on file[JF.2]

**Home Medications**[JF.1]

**Medication List**

START taking these medications

**ondansetron** 8 MG disintegrating tablet
Commonly known as: ZOFRAN-ODT
Place 1 tablet (8 mg total) under the tongue every 8 (eight) hours as needed for Nausea or Vomiting

---

**oxyCODONE-acetaminophen** 5-325 mg per tablet
Commonly known as: PERCOCET
Take 1 tablet by mouth every 6 (six) hours as needed
for up to 10 doses for Pain

,

---

**tamsulosin** 0.4 mg Cap 24 hr capsule
Commonly known as: FLOMAX
Take 1 capsule (0.4 mg total) by mouth every evening

ASK your doctor about these medications

**ALPRAZolam** 1 MG tablet
Commonly known as: XANAX

---

**docusate sodium** 100 MG capsule
Commonly known as: COLACE
Take 1 capsule (100 mg total) by mouth Twice a day

---

**hydroCHLOROthiazide** 25 MG tablet



Lincoln/Cummins 0471

## ED Notes (continued)

ED Provider Notes by Jennifer L Fisher, PA at 06/05/19 1306 (continued)

Commonly known as: HYDRODIURIL

---

**lisinopril** 40 MG tablet
Commonly known as: PRINIVIL,ZESTRIL

---

**propranolol** 40 MG tablet
Commonly known as: INDERAL

---

**sulfamethoxazole-trimethoprim** 800-160 mg per tablet
Commonly known as: BACTRIM DS

---

**warfarin** 5 MG tablet
Commonly known as: COUMADIN
Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic.

### Where to Get Your Medications

You can get these medications from any pharmacy

**Bring a paper prescription for each of these medications**

- ondansetron 8 MG disintegrating tablet
- oxyCODONE-acetaminophen 5-325 mg per tablet
- tamsulosin 0.4 mg Cap 24 hr capsule[JF.2]

### Allergies[JF.1]

Allergies

| Allergen | Reactions |
|---|---|
| • Metronidazole | Swelling |
| • Morphine Sulfate<br>*Tolerates hydromorphone*[JF.2] | Swelling |

### Review of Systems

Review of Systems

### Vitals

Initial:[JF.1]
BP: 129/84
Temp: 37 °C (98.6 °F)
Temp Source: Temporal Artery
Heart Rate: 80
SpO2: 97 %[JF.2]

Current:[JF.1]



Lincoln/Cummins 0472

ED Notes (continued)

ED Provider Notes by Jennifer L Fisher, PA at 06/05/19 1306 (continued)

**Visit Vitals**

| | |
|---|---|
| BP | 129/84 (Patient Position: Sitting) |
| Pulse | 80 |
| Temp | 37 °C (98.6 °F) (Temporal Artery) |
| Resp | 18 |
| Ht | 1.803 m (5' 11") |
| Wt | (!) 145.2 kg (320 lb 1.7 oz) |
| SpO2 | 97% |
| BMI | 44.65 kg/m²[JF.2] |

**Physical Exam**

Physical Exam

**Radiology**[JF.1]

Imaging Results

None[JF.2]

I have visualized these films and agree with the radiologists interpretation.

**Labs**[JF.1]

Labs Reviewed

UA WITH MICROSCOPIC, NO CULTURE REFLEX - Abnormal

| Result | Value |
|---|---|
| Color | Yellow |
| Clarity | Clear |
| Specific Gravity | 1.014 |
| pH | 5.0 |
| Leukocyte Esterase | Trace |
| Nitrite | Negative |
| Urobilinogen | Normal |
| Protein | Negative |
| Blood | 3+ (*) |
| Ketones | Negative |
| Bilirubin | Negative |
| Glucose | Negative |
| WBC | 1-2 |
| RBC | 15-20 (*) |
| Bacteria | None Seen |

## ED Notes (continued)

ED Provider Notes by Jennifer L Fisher, PA at 06/05/19 1306 (continued)

| | |
|---|---|
| Squamous Ep Cells | Rare |
| Mucus | Rare |
| Hyaline Casts | 7-9 (*) |

COMPREHENSIVE METABOLIC PANEL - Abnormal

| | |
|---|---|
| Sodium | 134 (*) |
| Potassium | 3.6 |
| Chloride | 102 |
| CO2 | 21 (*) |
| Anion Gap | 11 |
| Glucose | 106 (*) |
| BUN | 21 (*) |
| Creatinine | 1.33 (*) |
| GFR Non-Black (CKD-EPI) | 63 |
| GFR Black (CKD-EPI) | 73 |
| Protein, Total | 7.5 |
| Albumin | 3.9 |
| Globulin | 3.6 (*) |
| Calcium | 8.8 |
| Bilirubin, Total | 0.8 |
| Alkaline Phosphatase | 80 |
| ALT | 41 |
| AST | 28 |

*CBC WITH AUTO DIFFERENTIAL, LAB GENERATED ORDER - Abnormal

| | |
|---|---|
| WBC | 11.5 (*) |
| RBC | 5.36 |
| HGB | 16.5 |
| HCT | 47.9 |
| MCV | 89.4 |
| MCH | 30.8 |
| MCHC | 34.4 |
| RDW | 14.3 (*) |
| Platelets | 302 |
| MPV | 9.6 |
| Neutrophils % | 65.3 |
| Immat Gran % | 0.2 |
| Lymphocytes % | 21.8 |
| Monocytes % | 10.1 |
| Eosinophils % | 2.0 |
| Basophils % | 0.6 |
| Neutrophils # | 7.5 |
| Immat Gran # | 0.0 |
| Lymphocytes # | 2.5 |
| Monocytes # | 1.2 (*) |
| Eosinophils # | 0.2 |
| Basophils # | 0.1 |

**ED Notes (continued)**

ED Provider Notes by Jennifer L Fisher, PA at 06/05/19 1306 (continued)

nRBC

**LIPASE - Normal**

| | |
|---|---|
| Lipase | 31 |

**CBC WITH AUTO DIFFERENTIAL**

*Narrative:*
*The following orders were created for panel order Complete Blood Ct, Auto Diff.*
*Procedure Abnormality*
*Status*
*--------- ----------- ------*
*Complete Blood Count wit...[197943448]*
*Abnormal Final result*

*Please view results for these tests on the individual orders.*

**RAINBOW DRAW**

*Narrative:*
*The following orders were created for panel order Rainbow draw.*
*Procedure Abnormality*
*Status*
*--------- ----------- ------*
*Light Blue Top[197943440]*
*In process*
*Light Green Top[197943442]*
*In process*
*Lavender Hold[197943444]*
*In process*
*HOLD SST Tube[197943446]*
*In process*

*Please view results for these tests on the individual orders.*

***HOLD DK GREEN (LI HEP), LAB GENERATED ORDER**
**LIGHT BLUE TOP**
**LIGHT GREEN TOP**
**LAVENDER HOLD**
**LAB USE ONLY HOLD SST TUBE**

**Results for orders placed or performed during the hospital encounter of 06/05/19**
**UA with Microscopic, No Culture Reflex**

| Result | Value | Ref Range |
|---|---|---|
| Color | Yellow | |
| Clarity | Clear | |
| Specific Gravity | 1.014 | 1.003 - 1.035 |
| pH | 5.0 | 5.0 - 8.0 |

## ED Notes (continued)

ED Provider Notes by Jennifer L Fisher, PA at 06/05/19 1306 (continued)

| | | |
|---|---|---|
| Leukocyte Esterase | Trace | Negative, Trace |
| Nitrite | Negative | Negative |
| Urobilinogen | Normal | Normal - 1.0 EU/dL |
| Protein | Negative | Negative |
| Blood | 3+ (A) | Negative |
| Ketones | Negative | Negative |
| Bilirubin | Negative | Negative |
| Glucose | Negative | Negative mg/dL |
| WBC | 1-2 | 0 - 5 /hpf |
| RBC | 15-20 (A) | 0 - 2 /hpf |
| Bacteria | None Seen | None Seen - 1+ |
| Squamous Ep Cells | Rare | None Seen - Few |
| Mucus | Rare | |
| Hyaline Casts | 7-9 (A) | <4 /lpf |

**Comprehensive Metabolic Panel**

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 134 (L) | 135 - 145 mmol/L |
| Potassium | 3.6 | 3.5 - 5.2 mmol/L |
| Chloride | 102 | 95 - 109 mmol/L |
| CO2 | 21 (L) | 22 - 32 mmol/L |
| Anion Gap | 11 | 3 - 12 mmol/L |
| Glucose | 106 (H) | 70 - 99 mg/dL |
| BUN | 21 (H) | 6 - 20 mg/dL |
| Creatinine | 1.33 (H) | 0.61 - 1.24 mg/dL |
| GFR Non-Black (CKD-EPI) | 63 | >=60 mL/min/1.73 m2 |
| GFR Black (CKD-EPI) | 73 | >=60 mL/min/1.73 m2 |
| Protein, Total | 7.5 | 6.2 - 8.4 g/dL |
| Albumin | 3.9 | 3.5 - 5.0 g/dL |
| Globulin | 3.6 (H) | 2.2 - 3.5 g/dL |
| Calcium | 8.8 | 8.6 - 10.2 mg/dL |
| Bilirubin, Total | 0.8 | 0.1 - 1.2 |

## ED Notes (continued)

ED Provider Notes by Jennifer L Fisher, PA at 06/05/19 1306 (continued)

| | | |
|---|---|---|
| | | mg/dL |
| Alkaline Phosphatase | 80 | 30 - 110 U/L |
| ALT | 41 | 17 - 63 U/L |
| AST | 28 | 15 - 41 U/L |

Lipase

| Result | Value | Ref Range |
|---|---|---|
| Lipase | 31 | 22 - 51 U/L |

Complete Blood Count with Automated Differential

| Result | Value | Ref Range |
|---|---|---|
| WBC | 11.5 (H) | 4.0 - 11.0 K/uL |
| RBC | 5.36 | 4.31 - 5.77 M/uL |
| HGB | 16.5 | 13.2 - 17.5 g/dL |
| HCT | 47.9 | 38.9 - 49.9 % |
| MCV | 89.4 | 80.0 - 100.0 fL |
| MCH | 30.8 | 27.8 - 33.8 pg |
| MCHC | 34.4 | 31.5 - 36.5 g/dL |
| RDW | 14.3 (H) | 11.5 - 14.2 % |
| Platelets | 302 | 150 - 400 K/uL |
| MPV | 9.6 | 8.5 - 12.4 fL |
| Neutrophils % | 65.3 | % |
| Immat Gran % | 0.2 | % |
| Lymphocytes % | 21.8 | % |
| Monocytes % | 10.1 | % |
| Eosinophils % | 2.0 | % |
| Basophils % | 0.6 | % |
| Neutrophils # | 7.5 | 1.5 - 8.0 K/uL |
| Immat Gran # | 0.0 | 0.0 - 0.1 K/uL |
| Lymphocytes # | 2.5 | 1.0 - 3.5 K/uL |
| Monocytes # | 1.2 (H) | 0.2 - 1.0 K/uL |
| Eosinophils # | 0.2 | 0.0 - 0.5 K/uL |
| Basophils # | 0.1 | 0.0 - 0.2 K/uL |
| nRBC | | <=0 % |

EKG 12-lead History of cardiac diagnosis

## ED Notes (continued)

ED Provider Notes by Jennifer L Fisher, PA at 06/05/19 1306 (continued)

| Result | Value | Ref Range |
|---|---|---|
| VENTRICULAR RATE EKG/MIN | 72 | BPM |
| ATRIAL RATE | 72 | BPM |
| PR-INTERVAL (MSEC) | 164 | ms |
| QRS-INTERVAL (MSEC) | 112 | ms |
| QT-INTERVAL (MSEC) | 404 | ms |
| QTc | 442 | ms |
| P Axis | 56 | degrees |
| R AXIS | 62 | degrees |
| T AXIS | 44 | degrees |
| ST at J Point | -20^14^4^4^-5^-5^9^4^34^0^-25^24 | uV |
| ST at Mid ST | 29^48^-5^63^48^58^43^39^19^-40^4^34 | uV |
| ST at End ST | 107^97^-44^122^102^107^83^78^-10^-103^58^43 | uV |
| Maximum ST Area | 107^97^4^122^102^107^83^78^34^0^58^43 | uV |
| Minimum ST Area | -20^14^-5^4^-5^-5^9^4^19^-40^-25^24 | uV[JF.2] |

**EKG**

## ECG Results

EKG 12-lead History of cardiac diagnosis (Preliminary result) Result time 06/05/19 12:42:16

## ED Notes (continued)

ED Provider Notes by Jennifer L Fisher, PA at 06/05/19 1306 (continued)

| Collection Time | Result Time | VENTRICULAR RATE EKG/MIN | ATRIAL RATE | PR-INTERVAL (MSEC) | QRS-INTERVAL (MSEC) | QT-INTERVAL (MSEC) | QTc | P AXIS | R AXIS | T AXIS | ST at J Point |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/05/19 12:26:51 | 06/05/19 12:42:13 | 72 | 72 | 164 | 112 | 404 | 442 | 56 | 62 | 44 | -20^14^4^4^-5^-5^9^4^34^0^-25^24 |

| Collection Time | Result Time | ST at Mid ST | ST at End ST | Maximum ST Area | Minimum ST Area |
|---|---|---|---|---|---|
| 06/05/19 12:26:51 | 06/05/19 12:42:13 | 29^48^-5^63^48^58^43^39^19^-40^4^34 | 107^97^-44^122^102^107^83^78^-10^-103^58^43 | 107^97^4^122^102^107^83^78^34^0^58^43 | -20^14^-5^4^-5^-5^9^4^19^-40^-25^24 |

**Preliminary result**

**Narrative:**

Normal sinus rhythm
Normal ECG
When compared with ECG of 16-MAY-2019 09:25,
No significant change was found

## ED Course & Medical Decision Making

This is a 48-year-old male presenting with left flank pain. He has a previous history of ureterolithiasis. His symptoms appear similar to previous history of kidney stones. He had a recent CT KUB imaging performed on the 16th of last month which showed ureterolithiasis. Plan for lab evaluation and urinalysis. Patient is given Toradol, IV fluids, Dilaudid for pain control.

Labs reviewed. CBC benign mildly elevated white blood cell count 11.5. CMP shows slightly worsened

ED Notes (continued)

ED Provider Notes by Jennifer L Fisher, PA at 06/05/19 1306 (continued)

creatinine of 1.33 compared to 1.28 from last months CMP. BUN is improved. Lipase is normal.

See no indication to repeat CT imaging. His symptoms appear consistent with. Given his history of similar symptoms and the hematuria noted on the urinalysis I will treat accordingly. He has been referred to Oregon urology for further evaluation. His pain is well controlled in the emergency department. There are no findings to suggest infectious process. Return to ER precautions for any worsening symptoms have been discussed.

The patient received the following medications while in the ED.[JF.1]

Medications

ondansetron PF (ZOFRAN) injection 4 mg (not administered)

Or

ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg (not administered)

HYDROmorphone (DILAUDID) injection 0.5 mg (not administered)

sodium chloride 0.9 % bolus 1,000 mL (0 mLs IV Stopped 6/5/19 1425)

ketorolac (TORADOL) injection 15 mg (15 mg IV Given 6/5/19 1329)

**Medication List**

START taking these medications

**ondansetron** 8 MG disintegrating tablet
Commonly known as: ZOFRAN-ODT
Place 1 tablet (8 mg total) under the tongue every 8 (eight) hours as needed for Nausea or Vomiting

---

**oxyCODONE-acetaminophen** 5-325 mg per tablet
Commonly known as: PERCOCET
Take 1 tablet by mouth every 6 (six) hours as needed for up to 10 doses for Pain
,

---

**tamsulosin** 0.4 mg Cap 24 hr capsule
Commonly known as: FLOMAX
Take 1 capsule (0.4 mg total) by mouth every evening

ASK your doctor about these medications

**ALPRAZolam** 1 MG tablet
Commonly known as: XANAX

---

ED Notes (continued)

ED Provider Notes by Jennifer L Fisher, PA at 06/05/19 1306 (continued)

**docusate sodium** 100 MG capsule
Commonly known as: COLACE
Take 1 capsule (100 mg total) by mouth Twice a day

**hydroCHLOROthiazide** 25 MG tablet
Commonly known as: HYDRODIURIL

**lisinopril** 40 MG tablet
Commonly known as: PRINIVIL,ZESTRIL

**propranolol** 40 MG tablet
Commonly known as: INDERAL

**sulfamethoxazole-trimethoprim** 800-160 mg per tablet
Commonly known as: BACTRIM DS

**warfarin** 5 MG tablet
Commonly known as: COUMADIN
Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic.

**Where to Get Your Medications**

You can get these medications from any pharmacy

**Bring a paper prescription for each of these medications**

- ondansetron 8 MG disintegrating tablet
- oxyCODONE-acetaminophen 5-325 mg per tablet
- tamsulosin 0.4 mg Cap 24 hr capsule[JF.2]

**Final Impression**[JF.1]

1. Ureterolithiasis[JF.2]

**Disposition**

Discharge[JF.1]

## ED Notes (continued)

### ED Provider Notes by Jennifer L Fisher, PA at 06/05/19 1306 (continued)

Jennifer L Fisher, PA
06/05/19 1544
[JF.3]

Electronically Signed by Colette A Khan, DO on 06/06/19 2225

Attribution Key

JF.1 - Jennifer L Fisher, PA on 06/05/19 1306
JF.2 - Jennifer L Fisher, PA on 06/05/19 1543
JF.3 - Jennifer L Fisher, PA on 06/05/19 1544

### Priority Nursing Note by Scott Carter, RN at 06/05/19 1554

Author: Scott Carter, RN Service: Emergency Medicine Author Type: Registered Nurse
Filed: 06/05/19 1554 Date of Service: 06/05/19 1554 Status: Signed
Editor: Scott Carter, RN (Registered Nurse)

Reviewed discharge instructions and prescriptions with Pt. Pt stable at time of discharge to home / self-care.

Scott Carter, RN
06/05/19 1554
[SC.1]

Electronically Signed by Scott Carter, RN on 06/05/19 1554

Attribution Key

SC.1 - Scott Carter, RN on 06/05/19 1554

### ED Triage Note by Brandy A Kirlin, RN at 06/05/19 1212

Author: Brandy A Kirlin, RN Service: Emergency Medicine Author Type: Registered Nurse
Filed: 06/05/19 1214 Date of Service: 06/05/19 1212 Status: Signed
Editor: Brandy A Kirlin, RN (Registered Nurse)

Patient c/o left flank pain x 3 days, recent diagnosis of kidney stone on 5/16 but pain improved. Patient also reports right upper abdominal pain intermittently, last felt yesterday. "but this side over here (left abd/flank) is whats really bugging me again." Denies fevers, vomiting/diarrhea.

Patient presents A&Ox4, pwd, in no acute distress, mild discomfort. Respirations even and unlabored.[BK.1]

Brandy A Kirlin, RN
06/05/19 1214
[BK.2]

Electronically Signed by Brandy A Kirlin, RN on 06/05/19 1214

Attribution Key

BK.1 - Brandy A Kirlin, RN on 06/05/19 1212

## ED Notes (continued)

ED Triage Note by Brandy A Kirlin, RN at 06/05/19 1212 (continued)

BK.2 - Brandy A Kirlin, RN on 06/05/19 1214

# Additional Encounter Notes

### Additional Notes

No notes of this type exist for this encounter.

## IRF-PAI Abstraction Data

Cummins, Michael M

**Audit information between 07/30/2018 1312 and 07/30/2019 1312**

There are no abstractions to display.

# Surgery Documentation

## Anesthesia Documentation

## All Meds and Administrations

### ondansetron PF (ZOFRAN) injection 4 mg [195173332]

Ordering Provider: Triage Protocol Ph Emergency, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 06/05/19 1219
Starts/Ends: 06/05/19 1219 - 06/05/19 1755
Dose (Remaining/Total): 4 mg (1/1)
Route: IV
Frequency: Once As Needed
Rate/Duration: — / —

(No admins scheduled or recorded for this medication)

### ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg [195173333]

Ordering Provider: Triage Protocol Ph Emergency, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 06/05/19 1219
Starts/Ends: 06/05/19 1219 - 06/05/19 1755
Dose (Remaining/Total): 4 mg (1/1)
Route: Oral
Frequency: Once As Needed
Rate/Duration: — / —

(No admins scheduled or recorded for this medication)

### sodium chloride 0.9 % bolus 1,000 mL [197943449]

Ordering Provider: Jennifer L Fisher, PA
Status: Completed (Past End Date/Time)
Ordered On: 06/05/19 1323
Starts/Ends: 06/05/19 1325 - 06/05/19 1425
Dose (Remaining/Total): 1,000 mL (0/1)
Route: IV
Frequency: Once
Rate/Duration: 2,000 mL/hr / 0.5 Hours

| Question | Answer | Comment |
|---|---|---|
| Hold maintenance infusion while bolus is infusing?: | Yes | — |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 06/05/19 Left Antecubital | 06/05/19 1332 by Scott Carter, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 06/05/19 1425 | Stopped | 0 mL<br>0 mL/hr<br>0.5 Hours | IV | Performed by: Greg S Meyer, RN |
| 06/05/19 1332 | New Bag | 1,000 mL<br>2,000 mL/hr<br>0.5 Hours | IV | Performed by: Scott Carter, RN |

### ketorolac (TORADOL) injection 15 mg [197943450]

Ordering Provider: Jennifer L Fisher, PA
Status: Completed (Past End Date/Time)
Ordered On: 06/05/19 1323
Starts/Ends: 06/05/19 1325 - 06/05/19 1329
Dose (Remaining/Total): 15 mg (0/1)
Route: IV
Frequency: Once
Rate/Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 06/05/19 Left Antecubital | 06/05/19 1329 by Scott Carter, RN | — |

## All Meds and Administrations (continued)

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 06/05/19 1329 | Given | 15 mg | IV | Performed by: Scott Carter, RN |

HYDROmorphone (DILAUDID) injection 0.5 mg [197943451]

Ordering Provider: Jennifer L Fisher, PA
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 06/05/19 1323
Starts/Ends: 06/05/19 1322 - 06/05/19 1755
Dose (Remaining/Total): 0.5 mg (3/3)
Route: IV
Frequency: Every 20 Minutes PRN
Rate/Duration: — / —
Admin Instructions: Not to exceed 1.5 mg total.

(No admins scheduled or recorded for this medication)

## Education

Title: Unit Orientation (Not Started)

Topic: Unit Orientation (Not Started)

Point: Unit Orientation (Not Started)

Description: Patient Information Guide; Bedside nurse call light; Equipment in room (bed controls,side rails, lights, TV, temp control, telephone, etc.); Electrical Equipment safety checks; Bathroom location and emergency call; Routines/What to expect during your
stay/ Chaplain Visitation if desired; Caregiver Rounding; Plan of Care: 5 Goals for every patient: Comfort, Safety, Medical Treatment, Patient Education and Safe Discharge/Transition of Care; Discharge Planning Anticipated timing of care and Length of Stay; Patient Rights, Responsibilities and Healthcare Directives; Interpreter Services, if applicable; Communication Boards; Visitors and times; waiting/visitor areas; Smoking policy; Food Service and times;
Review immunizations and obtain signature if indicated; Armband and two identifiers checked before all meds/procedures for patient's safety; Family Initiated Rapid Response team; Signs and symptoms to report; Handwashing
Summary: Learning progress - not on file.

Title: Pain-Comfort Management (Not Started)

Topic: Pain Scale (Not Started)

Point: Pain Scale (Not Started)

Description: Pain Intensity rating scale
Identify Pain score goal
Goal to maintain pain and discomfort
Reporting pain/ discomfort unrelieved by interventions, and effectiveness of interventions
Summary: Learning progress - not on file.

Title: Surgical Procedures (Not Started)

Topic: Pre and Post Op (Not Started)

Point: Pre and Post Op (Not Started)

Description: Reason for procedure
Pre-op medication education as indicated
Nothing by mouth until after surgery and then progress slowly to normal diet, avoid greasy or spicy food
What to expect in pre-op, OR and PACU

**Education (continued)**

Do not drink alcohol, drive a car, or operate any heavy equipment for the rest of the day
We recommend you have someone with you for the rest of the day and rest quietly
Cough and deep breathing, early ambulation when possible
Pain scale and pain management
Things to expect during recovery (specific to procedure)
Signs and symptoms of complication (Temperature greater than 101 F, redness at the incision site, drainage that is not clear or has a foul odor, swelling, persistent or increasing pain, bleeding that cannot be controlled)
Summary: Learning progress - not on file.

Title: Equipment (Not Started)

Topic: SCD's /AVI (Not Started)

Point: SCD's / AVI (Not Started)

Description: Purpose
How the equipment functions
What to report
Cleaning and Storage, as appropriate
Summary: Learning progress - not on file.

Title: Tobacco Cessation (Not Started)

Topic: Tobacco Cessation (Not Started)

Point: Tobacco Cessation (Not Started)

Description: Review importance of cessation, availability of nicotine replacement, smoking not permitted. Recognizing danger situations, developing coping skills, effects of smoking and second hand smoke.
Summary: Learning progress - not on file.

Point: Recognizing Danger Situations (Not Started)

Description: Review events, internal states or activities that increase risk of smoking or relapse for the patient.
Summary: Learning progress - not on file.

Point: Developing Coping Skills (Not Started)

Description: Review coping skills, problem solving skills to cope with danger situations.
Summary: Learning progress - not on file.

Point: Information About Quitting (Not Started)

Description: Provide basic information about smoking and successfully quitting
Summary: Learning progress - not on file.

Point: Dangers of 2nd Hand Smoke (Not Started)

Description: Review dangers of second hand smoke
Summary: Learning progress - not on file.

Title: VTE / DVT / PE (Not Started)

Topic: VTE/ DVT/ PE - non Warfarin (Not Started)

Point: VTE Overview (Not Started)

Description: Written information included with discharge instructions.

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.



Lincoln/Cummins 0487

**Education (continued)**

Point: VTE and Medication Compliance (Not Started)

Description: Importance of taking medications as prescribed. VTE and Medication Compliance-Written information included with discharge instructions.

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

Point: VTE Potential for Adverse Drug Reactions and Interactions (Not Started)

Description: Potential for Adverse drug reactions and Interactions; including written discharge instructions.

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

Point: VTE and Follow up Monitoring (Not Started)

Description: Importance of follow up appointments and follow up monitoring; including written discharge instructions.

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

Topic: VTE/DVT/PE - Warfarin (Not Started)

Point: VTE Compliance Issues Related to Warfarin (REQUIRED) (Not Started)

Description: It is important to take warfarin as instructed
It is important to monitor warfarin with scheduled PT/INR blood draws

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

Point: VTE Dietary Advice Related to Warfarin (REQUIRED) (Not Started)

Description: Patient should eat a consistent amount of foods with Vitamin K rather than avoid them
Avoid major changes in dietary habits or notify health professional before changing habits

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

Point: VTE Follow-up Monitoring Related to Warfarin (REQUIRED) (Not Started)

Description: Stress the importance of attending post discharge warfarin monitoring.

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

Point: VTE Potential for Adverse Drug Reactions and Interactions Related to Warfarin (REQUIRED) (Not Started)

Description: Diet and medications can affect patient's PT/INR level.
Do not take or discontinue any medication or over-the-counter medication except on the advice of the Physician or Pharmacist.
Warfarin increases the risk of bleeding.

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

Point: VTE Overview (REQUIRED) (Not Started)

Description: Written information included with discharge instructions.

## Education (continued)

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

## Discharge Instructions

Cummins, Michael M (MR # 01614423)

| Date | Status | User | User Type | Discharge Note |
|---|---|---|---|---|
| | Pended | Jennifer L Fisher, PA | Physician Assistant | Original |
| Note: | | | | |

## Delivery Providers

Delivering clinician:

## Measurements

Weight:
Length:

## Placenta

Placenta delivery date/time:
Placenta removal:

# Flowsheets

## Flowsheets (all recorded)

### Custom Formula Data - Wed June 05, 2019

| Row Name | 1210 |
|---|---|
| **Vitals** | |
| Pct Wt Change | 0 % -CG |
| **OTHER** | |
| BSA (Calculated - sq m) | 2.7 sq meters -CG |
| BMI (Calculated) | 44.7 -CG |
| IBW/kg (Calculated) Male | 75.3 kg -CG |
| IBW/kg (Calculated) FEMALE | 70.8 kg -CG |
| Percent Weight Change Since Birth | 0 -CG |
| IBW/kg (Calculated) | 75.3 -CG |
| BSA (Calculated - sq m - DuBois) | 2.58 sq meters -CG |
| **Weights** | |
| Weight for Calculation (kg) | 145.2 kg -CG |
| **Readings** | |
| Low Range Vt 6cc/kg | 451.8 mL -CG |
| Adult Moderate Range Vt 8cc/kg | 602.4 mL -CG |
| Adult High Range Vt 10cc/kg | 753 mL -CG |

### Acuity/Destination - Wed June 05, 2019

| Row Name | 1215 |
|---|---|
| **Acuity/Destination** | |
| Patient ESI Acuity | 3 -BK |
| ED Destination | Fast track -BK |
| Triage Complete | Triage complete -BK |

### Sepsis - Wed June 05, 2019

| Row Name | 1215 |
|---|---|
| **Sepsis Screening** | |
| Is there a suspected infection? | No -BK |

### Infection Assessment - Wed June 05, 2019

| Row Name | 1216 |
|---|---|
| **Infection Control** | |
| TB Exposure? | No -BK |

## Flowsheets (all recorded) (continued)

### Infection Assessment - Wed June 05, 2019 (continued)

| Row Name | 1216 |
|---|---|
| **Travel** | |
| Traveled Outside US Within Last 3 Weeks? | No -BK |
| Traveled Within US? | No -BK |
| **Infectious Disease Exposure** | |
| Infection Exposure | No -BK |

### SBIRT Screen - Wed June 05, 2019

| Row Name | 1216 |
|---|---|
| **SBIRT Questions** | |
| Are you currently in recovery? | No -BK |
| How many times in the past year have you had 5 or more drinks in a day? | None -BK |
| How many times in the past year have you used a recreational drug or used a prescription medication for nonmedical reasons? | None -BK |

### Screenings - Wed June 05, 2019

| Row Name | 1215 |
|---|---|
| **Hester Davis Fall Risk Assessment** | |
| Last Known Fall | 0 -BK |
| Mobility | 0 -BK |
| Medications | 2 -BK |
| Mental Status/LOC/Awareness | 0 -BK |
| Toileting Needs | 0 -BK |
| Volume/Electrolyte Status | 3 -BK |
| Communication/Sensory | 0 -BK |
| Behavior | 0 -BK |
| Hester Davis Fall Risk Total | 7 -BK |
| **Fall Risk Interventions** | |
| Universal Fall | Yes, as |

## Flowsheets (all recorded) (continued)

### Screenings - Wed June 05, 2019 (continued)

| Row Name | 1215 |
|---|---|
| Precautions | appropriate for care setting -BK |

### Pain Assessment - Wed June 05, 2019

| Row Name | 1332 | 1212 |
|---|---|---|
| **Pain/Discomfort Assessment** | | |
| Pain/Discomfort Assessment | 0-10 Scale -SC | 0-10 Scale -BK |
| 0-10 Pain Score | 9 -SC | 9 -BK |
| Pain Type | Acute pain -SC | Acute pain -BK |
| Pain Location | Flank -SC | Flank -BK |
| Pain Orientation | Left -SC | — |
| Pain Frequency | Constant/continuous -SC | — |
| Pain Onset | On-going -SC | — |
| Patient's Pain/Comfort Goal | Relief -SC | — |
| Intervention(s) to Relieve Pain/Discomfort | Medicated for pain -SC | — |

### ED Narr Vital Signs - Wed June 05, 2019

| Row Name | 1502 | 1210 |
|---|---|---|
| **Vitals** | | |
| Temp | — | 37 °C (98.6 °F) -CG |
| Temp src | — | Temporal -CG |
| Resp | — | 18 -CG |
| Pulse | — | 80 -CG |
| BP | — | 129/84 -CG |
| MAP (mmHg) | — | 99 -CG |
| BP Location | — | Left arm -CG |
| BP Method | — | Automatic -CG |
| Patient Position | — | Sitting -CG |
| **Oxygen Therapy** | | |
| SpO2 | — | 97 % -CG |
| O2 Device | — | None (Room air) -CG |
| **Height and Weight** | | |
| Height | — | 1.803 m (5' 11") -CG |
| Height Method | — | Stated -CG |
| Weight | — | **145.2 kg (320 lb 1.7 oz) (Abnormal)** ! -CG |
| Weight Method | — | Stated -CG |

## Flowsheets (all recorded) (continued)

### ED Narr Vital Signs - Wed June 05, 2019 (continued)

| Row Name | 1502 | 1210 |
|---|---|---|
| **Pain/Discomfort Assessment** | | |
| Pain/Discomfort Assessment | 0-10 Scale -SC | — |
| 0-10 Pain Score | 6 -SC | — |
| Pain Type | Acute pain -SC | — |
| Pain/Comfort Goal Achieved | Yes -SC | — |
| Patient Satisfaction of Pain/Comfort | No -SC | — |

### Abuse Indicators - Wed June 05, 2019

| Row Name | 1215 |
|---|---|
| **Screening** | |
| Sexual Assault Case? | No -BK |
| Safe in Home | UTA -BK |
| Safe in Relationship | UTA -BK |

### Suicide Risk - Wed June 05, 2019

| Row Name | 1215 |
|---|---|
| **Suicide Risk** | |
| Is patient at risk for suicide? | No -BK |

### First Provider Evaluation - Wed June 05, 2019

| Row Name | 1306 |
|---|---|
| **First Provider Evaluation Time** | |
| File First Provider Evaluation Time | File -JF |

### Vitals Reassessment - Wed June 05, 2019

| Row Name | 1210 |
|---|---|
| **Vitals Timer** | |
| Restart Vitals Timer | Yes -CG |

### Patient Belongings - Wed June 05, 2019

| Row Name | 1215 |
|---|---|
| **Patient Owned Assistive Devices/Belongings at Bedside** | |
| Patient owned assistive devices/belongings at Bedside | Purse/wallet;Clothing;Personal electronic devices;Dentures;Glasses -BK |
| **Patient Owned Assistive Devices/Belongings at Bedside Given to Patient Designee** | |
| Patient owned | None -BK |

## Flowsheets (all recorded) (continued)

### Patient Belongings - Wed June 05, 2019 (continued)

| Row Name | 1215 |
|---|---|
| assistive devices/belongings given to designee | |
| **Personal Valuables Sent to Safe** | |
| Personal belongings sent to Safe | Declined -BK |
| **Contraband Sent to Security** | |
| Contraband sent to security | Not Applicable -BK |
| **Patient Owned Assistive Devices/Belongings in Unit Specific Stoarge Area** | |
| Patient Owned Assistive Devices/Belongings in Unit Specific Storage | None -BK |
| **Patient Medications** | |
| Medications brought by patient? | No -BK |

### Sepsis Predictive Model Score - Wed June 05, 2019

| Row Name | 1546 | 1531 | 1516 | 1502 | 1446 |
|---|---|---|---|---|---|
| **Sepsis Model Score** | | | | | |
| Sepsis Predictive Model Score | 0.9 -UB | 0.9 -UB | 0.9 -UB | 0.9 -UB | 0.9 -UB |

| Row Name | 1431 | 1416 | 1403 | 1346 | 1331 |
|---|---|---|---|---|---|
| **Sepsis Model Score** | | | | | |
| Sepsis Predictive Model Score | 0.9 -UB | 0.9 -UB | 0.9 -UB | 0.9 -UB | 0.9 -UB |

| Row Name | 1316 | 1303 |
|---|---|---|
| **Sepsis Model Score** | | |
| Sepsis Predictive Model Score | 0.9 -UB | 0.9 -UB |

### Lines/Drains/Airways - Wed June 05, 2019

| Row Name | 1307 |
|---|---|
| **[REMOVED] Peripheral IV 06/05/19 Left Antecubital** | |
| IV Properties | Placement Date: 06/05/19 -SC Placement Time: 1307 -SC Placed prior to Admission?: No -SC IV Change Due: When clinically indicated -SC Size (Gauge) : 20 G -SC Orientation: Left -SC Location: Antecubital -SC Site Prep: Chlorhexidine -SC Local Anesthetic: None -SC Inserted by Other: RN -SC Insertion attempts: 1 -SC Removal Date: 06/05/19 -SC Removal Time: 1553 -SC Removal Reason: Other (Comment) -SC, Discharged |
| Site Assessment | Clean/Dry/Intact; Positional -SC |
| Peripheral Line Necessity | Yes, meets criteria -SC |

## Flowsheets (all recorded) (continued)

### Lines/Drains/Airways - Wed June 05, 2019 (continued)

| Row Name | 1307 |
|---|---|
| Line Status/Intervention | Blood return noted;Saline locked;Positional -SC |
| Dressing Type | Transparent -SC |
| Dressing Status | Clean/Dry/Intact -SC |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| CG | Candy Gossel, CNA | 07/25/16 - |
| BK | Brandy A Kirlin, RN | 05/05/16 - |
| UB | User Batchq | - |
| JF | Jennifer L Fisher, PA | 07/18/16 - |
| SC | Scott Carter, RN | 05/25/17 - |

## Orders and Results

### oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet [197943453]

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1541** Status: **Discontinued**
Ordering user: Jennifer L Fisher, PA 06/05/19 1541 Ordering provider: Jennifer L Fisher, PA
Authorized by: Jennifer L Fisher, PA
PRN reasons: Pain
Frequency: Q6H PRN 06/05/19 - 10 occurrences Discontinued by: Sarah M Barry, CNS 07/04/19 1218 [Stop Taking at Discharge]

oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet [197943453] Result status: No result
Ordering provider: Jennifer L Fisher, PA 06/05/19 1541

### tamsulosin (FLOMAX) 0.4 mg Capsule 24 hr capsule [197943454]

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1541** Status: **Discontinued**
Ordering user: Jennifer L Fisher, PA 06/05/19 1541 Ordering provider: Jennifer L Fisher, PA
Authorized by: Jennifer L Fisher, PA
Frequency: QPM 06/05/19 - 07/04/19 Discontinued by: Sarah M Barry, CNS 07/04/19 1218 [Stop Taking at Discharge]

tamsulosin (FLOMAX) 0.4 mg Capsule 24 hr capsule [197943454] Result status: No result
Ordering provider: Jennifer L Fisher, PA 06/05/19 1541

### ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet [197943455]

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1541** Status: **Active**
Ordering user: Jennifer L Fisher, PA 06/05/19 1541 Ordering provider: Jennifer L Fisher, PA
Authorized by: Jennifer L Fisher, PA
PRN reasons: Nausea Vomiting
Frequency: Q8H PRN 06/05/19 - Until Discontinued

ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet [197943455] Result status: No result
Ordering provider: Jennifer L Fisher, PA 06/05/19 1541

### ketorolac (TORADOL) 15 mg/mL injection **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [197943452]

Electronically signed by: **Background, Rx Pyxis on 06/05/19 1328** Status: **Active**
Ordering user: Background, Rx Pyxis 06/05/19 1328
Frequency: 06/05/19 1328 - Until Discontinued
Medication comments: CARTER, SCOTT: cabinet override

ketorolac (TORADOL) 15 mg/mL injection **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [197943452] Result status: No result

### sodium chloride 0.9 % bolus 1,000 mL [197943449]

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1323** Status: **Completed**

## Orders and Results (continued)

**sodium chloride 0.9 % bolus 1,000 mL [197943449] (continued)**

Ordering user: Jennifer L Fisher, PA 06/05/19 1323 Ordering provider: Jennifer L Fisher, PA
Authorized by: Jennifer L Fisher, PA
Frequency: Once 06/05/19 1325 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Hold maintenance infusion while bolus is infusing? | Yes |

sodium chloride 0.9 % bolus 1,000 mL [197943449] Result status: No result
Ordering provider: Jennifer L Fisher, PA 06/05/19 1323

**ketorolac (TORADOL) injection 15 mg [197943450]**

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1323** Status: **Completed**
Ordering user: Jennifer L Fisher, PA 06/05/19 1323 Ordering provider: Jennifer L Fisher, PA
Authorized by: Jennifer L Fisher, PA
Frequency: Once 06/05/19 1325 - 1 occurrence

ketorolac (TORADOL) injection 15 mg [197943450] Result status: No result
Ordering provider: Jennifer L Fisher, PA 06/05/19 1323

**HYDROmorphone (DILAUDID) injection 0.5 mg [197943451]**

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1323** Status: **Discontinued**
Ordering user: Jennifer L Fisher, PA 06/05/19 1323 Ordering provider: Jennifer L Fisher, PA
Authorized by: Jennifer L Fisher, PA
PRN reasons: Moderate Pain (Pain Scale 4-6) Severe Pain (Pain Scale 7-10)
Frequency: Q20 Min PRN 06/05/19 1322 - 3 occurrences Discontinued by: Automatic Discharge Provider 06/05/19 1755 [Patient Discharge]

HYDROmorphone (DILAUDID) injection 0.5 mg [197943451] Result status: No result
Ordering provider: Jennifer L Fisher, PA 06/05/19 1323

**Lavender Hold [197943443]**

Status: **Discontinued**
Order placed as a reflex to Rainbow draw [195173334] ordered on 06/05/19 at 1219
Ordering user: Brandy A Kirlin, RN 06/05/19 1219 Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: Once 06/05/19 1220 - 1 occurrence Discontinued by: Automatic Discharge Provider 06/05/19 1755 [Patient Discharge]

Lavender Hold [197943443] Result status: No result
Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1220

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

## Orders and Results (continued)

### Lavender Hold [197943443]

Status: **Discontinued**

Order placed as a reflex to Rainbow draw [195173334] ordered on 06/05/19 at 1219
Ordering user: Brandy A Kirlin, RN 06/05/19 1219 Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: Once 06/05/19 1220 - 1 occurrence Discontinued by: Automatic Discharge Provider 06/05/19 1755 [Patient Discharge]

Lavender Hold [197943444] Resulted: 06/05/19 2131, Result status: Final result

Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1220 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-156H0347 | Blood | — | 06/05/19 1307 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 100 |

Comment: Auto resulted.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### HOLD SST Tube [197943445]

Status: **Discontinued**

Order placed as a reflex to Rainbow draw [195173334] ordered on 06/05/19 at 1219
Ordering user: Brandy A Kirlin, RN 06/05/19 1219 Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: Once 06/05/19 1220 - 1 occurrence Discontinued by: Automatic Discharge Provider 06/05/19 1755 [Patient Discharge]

HOLD SST Tube [197943445] Result status: No result

Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1220

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### HOLD SST Tube [197943445]

Status: **Discontinued**

Order placed as a reflex to Rainbow draw [195173334] ordered on 06/05/19 at 1219
Ordering user: Brandy A Kirlin, RN 06/05/19 1219 Ordering provider: Triage Protocol Ph Emergency, MD

## Orders and Results (continued)

**HOLD SST Tube [197943445] (continued)**

Authorized by: Triage Protocol Ph Emergency, MD
Frequency: Once 06/05/19 1220 - 1 occurrence
Discontinued by: Automatic Discharge Provider 06/05/19 1755 [Patient Discharge]

HOLD SST Tube [197943446] — Resulted: 06/05/19 2131, Result status: Final result

Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1220
Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-156C0670 | Blood | — | 06/05/19 1307 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 100 |

Comment: Auto resulted.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

**Complete Blood Count with Automated Differential [197943447]**

Status: **Completed**

Order placed as a reflex to Complete Blood Ct, Auto Diff [195173337] ordered on 06/05/19 at 1219
Ordering user: Brandy A Kirlin, RN 06/05/19 1219
Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: Once 06/05/19 1220 - 1 occurrence

Complete Blood Count with Automated Differential [197943447] — Result status: No result

Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1220

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

**Complete Blood Count with Automated Differential [197943447]**

Status: **Completed**

Order placed as a reflex to Complete Blood Ct, Auto Diff [195173337] ordered on 06/05/19 at 1219
Ordering user: Brandy A Kirlin, RN 06/05/19 1219
Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: Once 06/05/19 1220 - 1 occurrence

Complete Blood Count with Automated Differential [197943448] (Abnormal) — Resulted: 06/05/19 1320, Result status: Final result

## Orders and Results (continued)

Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1220 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-156H0347 | Blood | — | 06/05/19 1307 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 11.5 | 4.0 - 11.0 K/uL | H | PHLab 100 |
| RBC | 5.36 | 4.31 - 5.77 M/uL | — | PHLab 100 |
| HGB | 16.5 | 13.2 - 17.5 g/dL | — | PHLab 100 |
| HCT | 47.9 | 38.9 - 49.9 % | — | PHLab 100 |
| MCV | 89.4 | 80.0 - 100.0 fL | — | PHLab 100 |
| MCH | 30.8 | 27.8 - 33.8 pg | — | PHLab 100 |
| MCHC | 34.4 | 31.5 - 36.5 g/dL | — | PHLab 100 |
| RDW | 14.3 | 11.5 - 14.2 % | H | PHLab 100 |
| Platelets | 302 | 150 - 400 K/uL | — | PHLab 100 |
| MPV | 9.6 | 8.5 - 12.4 fL | — | PHLab 100 |
| Neutrophils % | 65.3 | % | — | PHLab 100 |
| Immat Gran % | 0.2 | % | — | PHLab 100 |
| Lymphocytes % | 21.8 | % | — | PHLab 100 |
| Monocytes % | 10.1 | % | — | PHLab 100 |
| Eosinophils % | 2.0 | % | — | PHLab 100 |
| Basophils % | 0.6 | % | — | PHLab 100 |
| Neutrophils # | 7.5 | 1.5 - 8.0 K/uL | — | PHLab 100 |
| Immat Gran # | 0.0 | 0.0 - 0.1 K/uL | — | PHLab 100 |
| Lymphocytes # | 2.5 | 1.0 - 3.5 K/uL | — | PHLab 100 |
| Monocytes # | 1.2 | 0.2 - 1.0 K/uL | H | PHLab 100 |
| Eosinophils # | 0.2 | 0.0 - 0.5 K/uL | — | PHLab 100 |
| Basophils # | 0.1 | 0.0 - 0.2 K/uL | — | PHLab 100 |
| nRBC | — | <=0 % | — | PHLab 100 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### Rainbow draw [195173323]

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1542** Status: **Discontinued**

Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Brandy A Kirlin, RN
Ordering user: Brandy A Kirlin, RN 06/05/19 1219
Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: STAT 06/05/19 1220 - 1 occurrence
Discontinued by: Automatic Discharge Provider 06/05/19 1755 [Patient Discharge]

## Orders and Results (continued)

### Rainbow draw [195173323] (continued)

Questionnaire

| Question | Answer |
|---|---|
| Light Blue Top Collected? | Yes |
| Red Top Collected? | No |
| Light Green Top Collected? | Yes |
| Lavender Top Collected? | Yes |
| Pale Yellow Top Collected? | Yes |

### Rainbow draw [195173334]

Resulted: 06/05/19 2131, Result status: Final result

Light Blue Top [197943440]

Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1220 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-156C0669 | Blood | — | 06/05/19 1307 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 100 |

Comment: Auto resulted.

Resulted: 06/05/19 2131, Result status: Final result

Light Green Top [197943442]

Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1220 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-156C0671 | Blood | — | 06/05/19 1307 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 100 |

Comment: Auto resulted.

Resulted: 06/05/19 2131, Result status: Final result

Lavender Hold [197943444]

Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1220 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-156H0347 | Blood | — | 06/05/19 1307 |

## Orders and Results (continued)

### Rainbow draw [195173334] (continued)

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 100 |

Comment: Auto resulted.

Resulted: 06/05/19 2131, Result status: Final result

HOLD SST Tube [197943446]

Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1220 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-156C0670 | Blood | — | 06/05/19 1307 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 100 |

Comment: Auto resulted.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### Dark Green (Li Hep) Hold Tube [195173324]

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1542** Status: **Discontinued**

Mode: Ordering in Standing medical order: cosign required mode

Communicated by: Brandy A Kirlin, RN

Ordering user: Brandy A Kirlin, RN 06/05/19 1219

Ordering provider: Triage Protocol Ph Emergency, MD

Authorized by: Triage Protocol Ph Emergency, MD

Frequency: STAT 06/05/19 1220 - 1 occurrence

Discontinued by: Automatic Discharge Provider 06/05/19 1755 [Patient Discharge]

Resulted: 06/05/19 2116, Result status: Final result

Dark Green (Li Hep) Hold Tube [195173335]

Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1220 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19ED-156E5064 | Blood | — | 06/05/19 1307 |

Components

## Orders and Results (continued)

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 198 |

Comment: Auto resulted.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **198 - PHLab 198** | PEACEHEALTH LABORATORIES | Unknown | 3333 River Bend Dr. SPRINGFIELD OR 97477 | 08/29/16 1814 - Present |

### UA with Microscopic, No Culture Reflex [195173325]

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1542** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Brandy A Kirlin, RN
Ordering user: Brandy A Kirlin, RN 06/05/19 1219
Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: STAT 06/05/19 1220 - 1 occurrence

UA with Microscopic, No Culture Reflex [195173336] (Abnormal) Resulted: 06/05/19 1453, Result status: Final result

Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1220 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-156Z0553 | Urine | Urine, Clean Catch | 06/05/19 1429 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Color | Yellow | — | — | PHLab 100 |
| Clarity | Clear | — | — | PHLab 100 |
| Specific Gravity | 1.014 | 1.003 - 1.035 | — | PHLab 100 |
| pH | 5.0 | 5.0 - 8.0 | — | PHLab 100 |
| Leukocyte Esterase | Trace | Negative, Trace | — | PHLab 100 |
| Nitrite | Negative | Negative | — | PHLab 100 |
| Urobilinogen | Normal | Normal - 1.0 EU/dL | — | PHLab 100 |
| Protein | Negative | Negative | — | PHLab 100 |
| Blood | 3+ | Negative | A | PHLab 100 |
| Ketones | Negative | Negative | — | PHLab 100 |
| Bilirubin | Negative | Negative | — | PHLab 100 |
| Glucose | Negative | Negative mg/dL | — | PHLab 100 |
| WBC | 1-2 | 0 - 5 /hpf | — | PHLab 100 |
| RBC | 15-20 | 0 - 2 /hpf | A | PHLab 100 |
| Bacteria | None Seen | None Seen - 1+ | — | PHLab 100 |
| Squamous Ep Cells | Rare | None Seen - Few | — | PHLab 100 |
| Mucus | Rare | — | — | PHLab 100 |

## Orders and Results (continued)

| | | | | |
|---|---|---|---|---|
| Hyaline Casts | 7-9 | <4 /lpf | A | PHLab 100 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### Complete Blood Ct, Auto Diff [195173326]

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1542** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Brandy A Kirlin, RN
Ordering user: Brandy A Kirlin, RN 06/05/19 1219
Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: STAT 06/05/19 1220 - 1 occurrence

### Complete Blood Ct, Auto Diff [195173337]

Complete Blood Count with Automated Differential [197943448] (Abnormal) Resulted: 06/05/19 1320, Result status: Final result

Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1220 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-156H0347 | Blood | — | 06/05/19 1307 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 11.5 | 4.0 - 11.0 K/uL | H | PHLab 100 |
| RBC | 5.36 | 4.31 - 5.77 M/uL | — | PHLab 100 |
| HGB | 16.5 | 13.2 - 17.5 g/dL | — | PHLab 100 |
| HCT | 47.9 | 38.9 - 49.9 % | — | PHLab 100 |
| MCV | 89.4 | 80.0 - 100.0 fL | — | PHLab 100 |
| MCH | 30.8 | 27.8 - 33.8 pg | — | PHLab 100 |
| MCHC | 34.4 | 31.5 - 36.5 g/dL | — | PHLab 100 |
| RDW | 14.3 | 11.5 - 14.2 % | H | PHLab 100 |
| Platelets | 302 | 150 - 400 K/uL | — | PHLab 100 |
| MPV | 9.6 | 8.5 - 12.4 fL | — | PHLab 100 |
| Neutrophils % | 65.3 | % | — | PHLab 100 |
| Immat Gran % | 0.2 | % | — | PHLab 100 |
| Lymphocytes % | 21.8 | % | — | PHLab 100 |
| Monocytes % | 10.1 | % | — | PHLab 100 |
| Eosinophils % | 2.0 | % | — | PHLab 100 |
| Basophils % | 0.6 | % | — | PHLab 100 |
| Neutrophils # | 7.5 | 1.5 - 8.0 K/uL | — | PHLab 100 |
| Immat Gran # | 0.0 | 0.0 - 0.1 K/uL | — | PHLab 100 |
| Lymphocytes # | 2.5 | 1.0 - 3.5 K/uL | — | PHLab 100 |

## Orders and Results (continued)

### Complete Blood Ct, Auto Diff [195173337] (continued)

| | | | | |
|---|---|---|---|---|
| Monocytes # | 1.2 | 0.2 - 1.0 K/uL | H | PHLab 100 |
| Eosinophils # | 0.2 | 0.0 - 0.5 K/uL | — | PHLab 100 |
| Basophils # | 0.1 | 0.0 - 0.2 K/uL | — | PHLab 100 |
| nRBC | — | <=0 % | — | PHLab 100 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### Comprehensive Metabolic Panel [195173327]

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1542** Status: **Completed**

Mode: Ordering in Standing medical order: cosign required mode

Communicated by: Brandy A Kirlin, RN

Ordering user: Brandy A Kirlin, RN 06/05/19 1219

Ordering provider: Triage Protocol Ph Emergency, MD

Authorized by: Triage Protocol Ph Emergency, MD

Frequency: STAT 06/05/19 1220 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Does the patient need to be fasting? | No |

Resulted: 06/05/19 1338, Result status: Final result

Comprehensive Metabolic Panel [195173338] (Abnormal)

Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1220

Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-156C0671 | Blood | — | 06/05/19 1307 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 134 | 135 - 145 mmol/L | L | PHLab 100 |
| Potassium | 3.6 | 3.5 - 5.2 mmol/L | — | PHLab 100 |
| Chloride | 102 | 95 - 109 mmol/L | — | PHLab 100 |
| CO2 | 21 | 22 - 32 mmol/L | L | PHLab 100 |
| Anion Gap | 11 | 3 - 12 mmol/L | — | PHLab 100 |
| Glucose | 106 | 70 - 99 mg/dL | H | PHLab 100 |
| BUN | 21 | 6 - 20 mg/dL | H | PHLab 100 |
| Creatinine | 1.33 | 0.61 - 1.24 mg/dL | H | PHLab 100 |
| GFR Non-Black (CKD-EPI) | 63 | >=60 mL/min/1.73m2 | — | PHLab 100 |
| GFR Black (CKD-EPI) | 73 | >=60 mL/min/1.73m2 | — | PHLab 100 |

## Orders and Results (continued)

| | | | | |
|---|---|---|---|---|
| Protein, Total | 7.5 | 6.2 - 8.4 g/dL | — | PHLab 100 |
| Albumin | 3.9 | 3.5 - 5.0 g/dL | — | PHLab 100 |
| Globulin | 3.6 | 2.2 - 3.5 g/dL | H | PHLab 100 |
| Calcium | 8.8 | 8.6 - 10.2 mg/dL | — | PHLab 100 |
| Bilirubin, Total | 0.8 | 0.1 - 1.2 mg/dL | — | PHLab 100 |
| Alkaline Phosphatase | 80 | 30 - 110 U/L | — | PHLab 100 |
| ALT | 41 | 17 - 63 U/L | — | PHLab 100 |
| AST | 28 | 15 - 41 U/L | — | PHLab 100 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### Lipase [195173328]

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1542** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Brandy A Kirlin, RN
Ordering user: Brandy A Kirlin, RN 06/05/19 1219
Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: STAT 06/05/19 1220 - 1 occurrence

Resulted: 06/05/19 1338, Result status: Final result

Lipase [195173339] (Normal)

Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1220
Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-156C0671 | Blood | — | 06/05/19 1307 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lipase | 31 | 22 - 51 U/L | — | PHLab 100 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### Insert peripheral IV [195173329]

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1542** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Brandy A Kirlin, RN

## Orders and Results (continued)

### Insert peripheral IV [195173329] (continued)

Ordering user: Brandy A Kirlin, RN 06/05/19 1219
Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: Once 06/05/19 1220 - 1 occurrence

Insert peripheral IV [195173340] — Result status: No result

Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1220
Resulting lab: ICW EAP

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **208 - ICWEAP** | ICW EAP | Unknown | Unknown | 07/13/17 0942 - Present |

### EKG 12-lead History of cardiac diagnosis [195173330]

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1542**
Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Brandy A Kirlin, RN
Ordering user: Brandy A Kirlin, RN 06/05/19 1219
Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: Once 06/05/19 1220 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Clinical indications | History of cardiac diagnosis |

Order comments: For upper abdominal pain if patient older than 30 years old or previous cardiac history

EKG 12-lead History of cardiac diagnosis [197943437] — Resulted: 06/05/19 1705, Result status: Final result

Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1220
Resulted by: John W Gundry, MD
Resulting lab: MUSE
Narrative:
Normal sinus rhythm
incoplete RBBB
When compared with ECG of 16-MAY-2019 09:25,
No significant change was found
Confirmed by GUNDRY M.D., JOHN (22559) on 6/5/2019 5:05:44 PM

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| MUSE1241392 | — | — | 06/05/19 1226 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VENTRICULAR RATE EKG/MIN | 72 | BPM | — | 87 |
| ATRIAL RATE | 72 | BPM | — | 87 |
| PR-INTERVAL (MSEC) | 164 | ms | — | 87 |
| QRS-INTERVAL (MSEC) | 112 | ms | — | 87 |
| QT-INTERVAL (MSEC) | 404 | ms | — | 87 |
| QTc | 442 | ms | — | 87 |

## Orders and Results (continued)

| | | | | |
|---|---|---|---|---|
| P Axis | 56 | degrees | — | 87 |
| R AXIS | 62 | degrees | — | 87 |
| T AXIS | 44 | degrees | — | 87 |
| ST at J Point | -20^14^4^4^-5^-5^9^4^34^0^-25^24 | uV | — | 87 |
| ST at Mid ST | 29^48^-5^63^48^58^43^39^19^-40^4^34 | uV | — | 87 |
| ST at End ST | 107^97^-44^122^102^107^83^78^-10^-103^58^43 | uV | — | 87 |
| Maximum ST Area | 107^97^4^122^102^107^83^78^34^0^58^43 | uV | — | 87 |
| Minimum ST Area | -20^14^-5^4^-5^-5^9^4^19^-40^-25^24 | uV | — | 87 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **87 - Unknown** | MUSE | Unknown | Unknown | 06/26/14 1511 - Present |

### Diet NPO NPO until seen by provider [195173331]

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1542** Status: **Discontinued**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Brandy A Kirlin, RN
Ordering user: Brandy A Kirlin, RN 06/05/19 1219
Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: Effective Now 06/05/19 1220 - Until Specified
Diet: General
Discontinued by: Automatic Discharge Provider 06/05/19 1755 [Patient Discharge]

Questionnaire

| Question | Answer |
|---|---|
| Type | NPO |

Order comments: NPO until seen by provider

Diet NPO NPO until seen by provider [197943438] Result status: No result
Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1220
Resulting lab: STJN CBORD

### Light Blue Top [197943439]

## Orders and Results (continued)

### Light Blue Top [197943439] (continued)

Status: **Discontinued**

Order placed as a reflex to Rainbow draw [195173334] ordered on 06/05/19 at 1219
Ordering user: Brandy A Kirlin, RN 06/05/19 1219 Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: Once 06/05/19 1220 - 1 occurrence Discontinued by: Automatic Discharge Provider 06/05/19 1755 [Patient Discharge]

Light Blue Top [197943439] Result status: No result

Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1220

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Light Blue Top [197943439]

Status: **Discontinued**

Order placed as a reflex to Rainbow draw [195173334] ordered on 06/05/19 at 1219
Ordering user: Brandy A Kirlin, RN 06/05/19 1219 Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: Once 06/05/19 1220 - 1 occurrence Discontinued by: Automatic Discharge Provider 06/05/19 1755 [Patient Discharge]

Light Blue Top [197943440] Resulted: 06/05/19 2131, Result status: Final result

Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1220 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-156C0669 | Blood | — | 06/05/19 1307 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 100 |

Comment: Auto resulted.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### Light Green Top [197943441]

Status: **Discontinued**

Order placed as a reflex to Rainbow draw [195173334] ordered on 06/05/19 at 1219
Ordering user: Brandy A Kirlin, RN 06/05/19 1219 Ordering provider: Triage Protocol Ph Emergency, MD

## Orders and Results (continued)

### Light Green Top [197943441] (continued)

Authorized by: Triage Protocol Ph Emergency, MD
Frequency: Once 06/05/19 1220 - 1 occurrence
Discontinued by: Automatic Discharge Provider 06/05/19 1755 [Patient Discharge]

Light Green Top [197943441] Result status: No result
Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1220

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Light Green Top [197943441]

Status: **Discontinued**

Order placed as a reflex to Rainbow draw [195173334] ordered on 06/05/19 at 1219
Ordering user: Brandy A Kirlin, RN 06/05/19 1219
Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: Once 06/05/19 1220 - 1 occurrence
Discontinued by: Automatic Discharge Provider 06/05/19 1755 [Patient Discharge]

Light Green Top [197943442] Resulted: 06/05/19 2131, Result status: Final result
Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1220
Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-156C0671 | Blood | — | 06/05/19 1307 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 100 |

Comment: Auto resulted.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### Rainbow draw [195173323]

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1542** Status: **Discontinued**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Brandy A Kirlin, RN
Ordering user: Brandy A Kirlin, RN 06/05/19 1219
Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: STAT 06/05/19 1220 - 1 occurrence
Discontinued by: Automatic Discharge Provider 06/05/19

## Orders and Results (continued)

### Rainbow draw [195173323] (continued)

1755 [Patient Discharge]

Questionnaire

| Question | Answer |
|---|---|
| Light Blue Top Collected? | Yes |
| Red Top Collected? | No |
| Light Green Top Collected? | Yes |
| Lavender Top Collected? | Yes |
| Pale Yellow Top Collected? | Yes |

### Rainbow draw [195173323]

Rainbow draw [195173323] Result status: No result

Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1219

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Dark Green (Li Hep) Hold Tube [195173324]

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1542** Status: **Discontinued**

Mode: Ordering in Standing medical order: cosign required mode

Communicated by: Brandy A Kirlin, RN

Ordering user: Brandy A Kirlin, RN 06/05/19 1219

Ordering provider: Triage Protocol Ph Emergency, MD

Authorized by: Triage Protocol Ph Emergency, MD

Frequency: STAT 06/05/19 1220 - 1 occurrence

Discontinued by: Automatic Discharge Provider 06/05/19 1755 [Patient Discharge]

Dark Green (Li Hep) Hold Tube [195173324] Result status: No result

Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1219

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### UA with Microscopic, No Culture Reflex [195173325]

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1542** Status: **Completed**

Mode: Ordering in Standing medical order: cosign required mode

Communicated by: Brandy A Kirlin, RN

Ordering user: Brandy A Kirlin, RN 06/05/19 1219

Ordering provider: Triage Protocol Ph Emergency, MD

Authorized by: Triage Protocol Ph Emergency, MD

Frequency: STAT 06/05/19 1220 - 1 occurrence

UA with Microscopic, No Culture Reflex [195173325] Result status: No result

Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1219

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Urine | — | — |

## Orders and Results (continued)

### Complete Blood Ct, Auto Diff [195173326]

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1542** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Brandy A Kirlin, RN
Ordering user: Brandy A Kirlin, RN 06/05/19 1219
Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: STAT 06/05/19 1220 - 1 occurrence

### Complete Blood Ct, Auto Diff [195173326]

Complete Blood Ct, Auto Diff [195173326] Result status: No result
Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1219

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Comprehensive Metabolic Panel [195173327]

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1542** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Brandy A Kirlin, RN
Ordering user: Brandy A Kirlin, RN 06/05/19 1219
Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: STAT 06/05/19 1220 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Does the patient need to be fasting? | No |

Comprehensive Metabolic Panel [195173327] Result status: No result
Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1219

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Lipase [195173328]

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1542** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Brandy A Kirlin, RN
Ordering user: Brandy A Kirlin, RN 06/05/19 1219
Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: STAT 06/05/19 1220 - 1 occurrence

Lipase [195173328] Result status: No result
Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1219

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

## Orders and Results (continued)

### Insert peripheral IV [195173329]

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1542** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Brandy A Kirlin, RN
Ordering user: Brandy A Kirlin, RN 06/05/19 1219
Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: Once 06/05/19 1220 - 1 occurrence

Insert peripheral IV [195173329] Result status: No result
Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1219

### EKG 12-lead History of cardiac diagnosis [195173330]

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1542** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Brandy A Kirlin, RN
Ordering user: Brandy A Kirlin, RN 06/05/19 1219
Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: Once 06/05/19 1220 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Clinical indications | History of cardiac diagnosis |

Order comments: For upper abdominal pain if patient older than 30 years old or previous cardiac history

EKG 12-lead History of cardiac diagnosis [195173330] Result status: No result
Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1219

### Diet NPO NPO until seen by provider [195173331]

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1542** Status: **Discontinued**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Brandy A Kirlin, RN
Ordering user: Brandy A Kirlin, RN 06/05/19 1219
Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: Effective Now 06/05/19 1220 - Until Specified
Diet: General
Discontinued by: Automatic Discharge Provider 06/05/19 1755 [Patient Discharge]

Questionnaire

| Question | Answer |
|---|---|
| Type | NPO |

Order comments: NPO until seen by provider

Diet NPO NPO until seen by provider [195173331] Result status: No result
Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1219

### ondansetron PF (ZOFRAN) injection 4 mg [195173332]

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1542** Status: **Discontinued**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Brandy A Kirlin, RN

## Orders and Results (continued)

**ondansetron PF (ZOFRAN) injection 4 mg [195173332] (continued)**

Ordering user: Brandy A Kirlin, RN 06/05/19 1219
Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
PRN reasons: Nausea
Frequency: Once PRN 06/05/19 1219 - 1 occurrence
Discontinued by: Automatic Discharge Provider 06/05/19 1755 [Patient Discharge]

ondansetron PF (ZOFRAN) injection 4 mg [195173332] — Result status: No result
Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1219

**ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg [195173333]**

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1542** — Status: **Discontinued**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Brandy A Kirlin, RN
Ordering user: Brandy A Kirlin, RN 06/05/19 1219
Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
PRN reasons: Nausea
PRN Comment: if no IV access
Frequency: Once PRN 06/05/19 1219 - 1 occurrence
Discontinued by: Automatic Discharge Provider 06/05/19 1755 [Patient Discharge]

ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg [195173333] — Result status: No result
Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1219

**Encounter-Level Documents:**

Scanned EKGs - Scan on 6/5/2019 1250 (below)



Lincoln/Cummins 0514

## Orders and Results (continued)

### Encounter-Level Documents: (continued)

CUMMINS, MICHAEL ID: 01614423 5-Jun-2019 12:26:51 SHMC AT RIVERBEND

T

48years Male

Vent. rate 72 bpm
PR interval 164 ms
QRS duration 112 ms
QT/QTc 404/442 ms
P-R-T axes 56 62 44

Normal sinus rhythm
Normal ECG

Loc: 54

[redacted] Technician:

Initial EKG Interpretation:
____ STEMI ____ No STEMI
Date: Time: 12:30
Initials:





Lincoln/Cummins 0515

Nursing Record - Scan on 6/5/2019 0100 (below)

PeaceHealth Sacred Heart Medical Center

Nursing Record

## Screening Tool for Weapons Possession upon Patient Arrival to Hospital

**Instructions:**

This checklist must be completed by a licensed nurse (RN or LPN) upon arrival to the hospital. Entry points include:

- Inpatient/observation units (for direct admits to the unit) Name of Unit ______
- OR and procedural units (in pre-op area) Name of Unit ______
- Emergency Department (upon arrival) Facility: ☐ RiverBend ☐ University District

File in patient's paper record until form can be scanned into patient's electronic record.

| | | Done | Not Applicable |
|---|---|---|---|
| A. | Is patient unresponsive or demonstrating altered mental status? ☐ Yes (If Yes, complete 1-5 below) ☑ No (If No, go to Section B) | | |
| 1. | If there is a support person accompanying the patient, have the support person take belongings home or to car. | ☐ | ☐ |
| 2. | If no support person, contact Security at RB x6555; UD: x541-222-6555 to secure belongings. | ☐ | ☐ |
| 3. | Ensure that contraband/weapons go with Security. | ☐ | ☐ |
| 4. | Manage all other belongings per Patient Belongings Policy: OR.387.2 | ☐ | |
| 5. | Document in the Belongings Section within the Navigator (in all Care Connect platforms). | ☐ | |
| B. | Does patient have excessive belongings? ☐ Yes (If Yes, complete 1-2 below) ☑ No (If No, go to Section C) | | |
| 1. | If patient does not have someone who can take the belongings to the home or car, and the amount of personal belongings creates inventory control difficulty, contact Security at RB x6555; UD: x541-222-6555 to secure belongings. | ☐ | ☐ |
| 2. | Document in the Belongings Section within the Navigator (in all Care Connect platforms). | ☐ | ☐ |
| C. | Weapons Screening (all patients): (Examples: guns, utility knives, pepper spray) | | |
| 1. | Explain to patient that Sacred Heart Medical Center is a "no weapons" campus. | ☑ | |
| 2. | Ask: "Do you have anything with you that can be used as a weapon?" **If response is Yes:** | ☑ | |
| | • DO NOT HANDLE ANY WEAPONS. | ☐ | ☑ |
| | • Call Security: RB x6555; UD: x541-222-6555 (if at any point you feel unsafe, immediately call RB x7111; UD 541-222-7111) | ☐ | ☑ |
| D. | Screen for suicidal ideation upon entry (all patients): | | |
| 1. | Use the suicide screening tool in the Navigator. **If patient screens positive:** | ☑ | |
| | • Follow Suicide Patient Management Policy for the facility: For RB: Policy 1300.3.120 For UD: Policy OR.387.201 | ☐ | ☑ |

[signature] RN 14052 6/5 1218

Caregiver signature Title EHR User ID Date Time

Patient Identification:
Cummins, Michael M
DOB:7/30/1970:48/M DOS:6/05/19:E
ATTPROV:
MRN:01614423 R/B:/
CSN:448480267

SH1259 (05/13/19)

PeaceHealth Sacred Heart Medical Center
**Weapons Screening Checklist**
1 of 1

After Visit Summary - Document on 6/5/2019 1542: ED After Visit Summary (below)

PeaceHealth
The spirit of healing

# AFTER VISIT SUMMARY

**Michael M. Cummins** MRN: 01614423

6/5/2019 Sacred Heart at RiverBend Emergency Department 541-222-7300

## Instructions

Your medications have changed

START taking:
**ondansetron** (ZOFRAN-ODT)
**oxyCODONE-acetaminophen** (PERCOCET)
**tamsulosin** (FLOMAX)

**Review your updated medication list below.**

Read the attached information
Kidney Stone (English)

Pick up these medications from any pharmacy with your printed prescription
ondansetron • oxyCODONE-acetaminophen • tamsulosin

Follow up with OREGON UROLOGY INSTITUTE in 1 week (around 6/12/2019)
Contact: 2400 Hartman Ln
Springfield Oregon 97477
541-334-3350

## What's Next

You currently have no upcoming appointments scheduled.

## Today's Visit

Reason for Visit
- Flank Pain
- Abdominal Pain

Diagnosis
Ureterolithiasis

Lab Tests Completed
Complete Blood Count with Automated Differential
Complete Blood Ct, Auto Diff
Comprehensive Metabolic Panel
Lipase
UA with Microscopic, No Culture Reflex

Imaging Tests
EKG 12-lead History of cardiac diagnosis

Done Today
Insert peripheral IV

Medications Given
ketorolac (TORADOL) last given at 1:29 PM
sodium chloride stopped at 2:25 PM

Your End of Visit Vitals
Blood Pressure 129/84
Temperature (Temporal Artery) 98.6 °F
Pulse 80
Respiration 18
Oxygen Saturation 97%

# Your Medication List

## TAKE these medications

START — **ondansetron** 8 MG disintegrating tablet
Commonly known as: ZOFRAN-ODT
Place 1 tablet (8 mg total) under the tongue every 8 (eight) hours as needed for Nausea or Vomiting

START — **oxyCODONE-acetaminophen** 5-325 mg per tablet
Commonly known as: PERCOCET
Take 1 tablet by mouth every 6 (six) hours as needed for up to 10 doses for Pain

START — **tamsulosin** 0.4 mg Cap 24 hr capsule
Commonly known as: FLOMAX
Take 1 capsule (0.4 mg total) by mouth every evening

## ASK your doctor about these medications

ASK — **ALPRAZolam** 1 MG tablet
Commonly known as: XANAX

ASK — **docusate sodium** 100 MG capsule
Commonly known as: COLACE
Take 1 capsule (100 mg total) by mouth Twice a day
**According to our records, you may have been taking this medication differently.**

ASK — **hydroCHLOROthiazide** 25 MG tablet
Commonly known as: HYDRODIURIL

ASK — **lisinopril** 40 MG tablet
Commonly known as: PRINIVIL,ZESTRIL

ASK — **propranolol** 40 MG tablet
Commonly known as: INDERAL

ASK — **sulfamethoxazole-trimethoprim** 800-160 mg per tablet
Commonly known as: BACTRIM DS

ASK — **warfarin** 5 MG tablet
Commonly known as: COUMADIN
Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic.

Attached Information — Kidney Stone (English)

## Kidney Stone: Care Instructions

### Your Care Instructions




Kidney stones are formed when salts, minerals, and other substances normally found in the urine clump together. They can be as small as grains of sand or, rarely, as large as golf balls.

While the stone is traveling through the ureter, which is the tube that carries urine from the kidney to the bladder, you will probably feel pain. The pain may be mild or very severe. You may also have some blood in your urine. As soon as the stone reaches the bladder, any intense pain should go away.

If a stone is too large to pass on its own, you may need a medical procedure to help you pass the stone.

The doctor has checked you carefully, but problems can develop later. If you notice any problems or new symptoms, **get medical treatment right away**.

**Follow-up care is a key part of your treatment and safety.** Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

### How can you care for yourself at home?

- Drink plenty of fluids, enough so that your urine is light yellow or clear like water. If you have kidney, heart, or liver disease and have to limit fluids, talk with your doctor before you increase the amount of fluids you drink.
- Take pain medicines exactly as directed. Call your doctor if you think you are having a problem with your medicine.
  - If the doctor gave you a prescription medicine for pain, take it as prescribed.
  - If you are not taking a prescription pain medicine, ask your doctor if you can take an over-the-counter medicine. Read and follow all instructions on the label.
- Your doctor may ask you to strain your urine so that you can collect your kidney stone when it passes. You can use a kitchen strainer or a tea strainer to catch the stone. Store it in a plastic bag until you see your doctor again.

**Preventing future kidney stones**

Some changes in your diet may help prevent kidney stones. Depending on the cause of your stones, your doctor may recommend that you:

- Drink plenty of fluids, enough so that your urine is light yellow or clear like water. If you have kidney, heart, or liver disease and have to limit fluids, talk with your doctor before you increase the amount of fluids you drink.
- Limit coffee, tea, and alcohol. Also avoid grapefruit juice.
- Do not take more than the recommended daily dose of vitamins C and D.
- Avoid antacids such as Gaviscon, Maalox, Mylanta, or Tums.
- Limit the amount of salt (sodium) in your diet.
- Eat a balanced diet that is not too high in protein.
- Limit foods that are high in a substance called oxalate, which can cause kidney stones. These foods include dark green vegetables, rhubarb, chocolate, wheat bran, nuts, cranberries, and beans.

## When should you call for help?

**Call your doctor now** or seek immediate medical care if:

- You cannot keep down fluids.
- Your pain gets worse.
- You have a fever or chills.
- You have new or worse pain in your back just below your rib cage (the flank area).
- You have new or more blood in your urine.

Watch closely for changes in your health, and be sure to contact your doctor if:

- You do not get better as expected.

## Where can you learn more?

Go to My PeaceHealth at **https://my.peacehealth.org** to log on. Select the Resources menu and select Search Medical Library to enter **X633** in the search box to learn more about "**Kidney Stone: Care Instructions**."

Not on My PeaceHealth? Go to **my.peacehealth.org** and click the "Sign up Now" link to enter the activation code included in this After Visit Summary.

Current as of: March 15, 2018

Content Version: 11.8

© 2006-2018 Healthwise, Incorporated. Care instructions adapted under license by PeaceHealth. This care instruction is for use with your licensed healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

**Sacred Heart at RiverBend Emergency Department**
3333 RIVERBEND DR
SPRINGFIELD OR 97477
Phone: 541-222-7300

## My Peacehealth Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to https://my.peacehealth.org/mypeacehealth/, click "Sign Up Now", and enter your personal activation code: CGZ7G-PWD53-J3FZM. Activation code expires 7/15/2019.

# PeaceHealth Facesheet

## Riverbend Medical Center

3333 RIVERBEND DR SPRINGFIELD, OR 97477

Patient Name: **CUMMINS, MICHAEL M**
Admission Date/Time: **6/8/2019 0907**
Discharge Date/Time: **6/8/2019 1653**
MRN: **01614423**
CSN: **448584464**
Guarantor: **CUMMINS,MICHAEL M**

## ENCOUNTER

| | | | |
|---|---|---|---|
| Patient Class: | **OBS** | Unit: | **RBMC IP OVERFLOW** |
| Hospital Service: | **Surgery** | Room/Bed: | **SS38 /38** |
| Admitting Provider: | **Brady Walker, Md** | Referring Physician: | |
| Attending Provider: | | | |
| Admission Diagnosis: | **Stones** | | |

## PATIENT

| | | | |
|---|---|---|---|
| Name: | **CUMMINS, MICHAEL M** | DOB: | **(48 yrs)** |
| Address: | | Sex: | **Male** |
| City, State ZIP: | | Ethnicity / Race: | **Not Hispanic Or Latino / White** |
| Primary Phone: | | Religion: | **No Preference** |
| Work Phone | | Email: | **No e-mail address on record** |
| Mobile Phone: | | | |

**PRIMARY CARE PROVIDER**

| | | | |
|---|---|---|---|
| Primary Care Provider: | **David A Knowlton, MD** | Primary Care Provider Phone: | **541-344-8225** |

**EMPLOYER**

| | | | |
|---|---|---|---|
| Employer: | **UNEMPLOYED** | Status: | **Not Employed** |

**EMERGENCY CONTACT**

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work Phone | Mobile Phone |
|---|---|---|---|---|---|
| **1. Bishop,Charmaine** | | **Support Person** | | | |
| **2. *No Contact Specified*** | | | | | |

## GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor: | **CUMMINS,MICHAEL M** | DOB: | |
| Address: | | Sex: | **Male** |
| Relation to Patient: | **Self** | Home Phone: | |
| Guarantor ID: | **885662** | Work Phone: | |

**GUARANTOR EMPLOYER**

| | | | |
|---|---|---|---|
| Employer: | **UNEMPLOYED** | Status: | **NOT EMPLO*** |

## COVERAGE

**PRIMARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | **MEDICAID OREGON** | Plan: | **DMAP OREGON MEDICAID** |
| Group Number: | | Insurance Type: | **INDEMNITY** |
| Subscriber Name: | **CUMMINS,MICHAEL M** | Subscriber DOB: | |
| Subscriber ID: | **PB800K7J** | Copay: | |
| Pat. Rel. to Subscriber: | **SELF** | Remaining # of Visits: | **0** |

**SECONDARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | | Plan: | |
| Group Number: | | Insurance Type: | |
| Subscriber Name: | | Subscriber DOB: | |
| Subscriber ID: | | | |
| Pat. Rel. to Subscriber: | | | |

**TERTIARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | | Plan: | |
| Group Number: | | Insurance Type: | |
| Subscriber Name: | | Subscriber DOB: | |
| Subscriber ID: | | | |

Pat. Rel. to Subscriber:

448584464

FS

## Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 06/08/2019 0907 | IP Adm. Date/Time: | |
| Admission Type: | Urgent | Point of Origin: | Home Or Workplace | Admit Category: | |
| Means of Arrival: | | Primary Service: | Surgery | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | PEACEHEALTH SERVICE AREA | Unit: | Sacred Heart at RiverBend Medical Center |
| Admit Provider: | Brady Walker, MD | Attending Provider: | Brady Walker, MD | Referring Provider: | |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 06/08/2019 1653 | Home Or Self Care | None | None | Sacred Heart at RiverBend Medical Center |

## Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| N20.1 **[Principal]** | Calculus of ureter | | | | |
| I10 | Essential (primary) hypertension | | | | |
| E66.01 | Morbid (severe) obesity due to excess calories | | | | |
| F41.0 | Panic disorder (episodic paroxysmal anxiety) | | | | |
| F17.200 | Nicotine dependence, unspecified, uncomplicated | | | | |
| Z87.442 | Personal history of urinary calculi | | | | |
| Z86.711 | Personal history of pulmonary embolism | | | | |
| Z79.01 | Long term (current) use of anticoagulants | | | | |
| Z68.42 | Body mass index (BMI) 45.0-49.9, adult | | | | |
| Z84.1 | Family history of disorders of kidney and ureter | | | | |

## Coding Queries

| Sender | Recipient | Type | Subject | Created | Status | Outcome | Responding Provider | Response Note |
|---|---|---|---|---|---|---|---|---|
| Cynthia L Couture | Brady Walker, MD | | RE: Discharge Note | 06/14/2019 0712 | Completed | Coding - Recipient Clarified | Brady Walker, MD | |

**Query Message**

----- Message -----
From: Brady Walker, MD
Sent: 6/15/2019 7:08 PM
To: Cynthia L Couture
Subject: RE: Discharge Note

He was an outpatient from the beginning.
Brought in on a Saturday, but as there is no SPA or short stay he had to recover somewhere.
----- Message -----
From: Cynthia L Couture

## Orders and Results (continued)

### Coding Queries (continued)

Sent: 6/14/2019 7:12 AM
To: Brady Walker, MD
Subject: Discharge Note

Missing Discharge Note

| Sender | Recipient | Type | Subject | Created | Status | Outcome | Responding Provider | Response Note |
|---|---|---|---|---|---|---|---|---|
| Cynthia L Couture | Brady Walker, MD | | Missing Discharge Note | 06/17/2019 0727 | Completed | Coding - Recipient Clarified | Brady Walker, MD | |

**Query Message**

----- Message -----
From: Brady Walker, MD
Sent: 6/19/2019 7:18 PM PDT
Subject: Missing Discharge Note

Declined by Brady Walker, MD on 6/19/2019 7:18 PM. Reason: Other - Already done

----- Message -----
From: Cynthia L Couture
Sent: 6/17/2019 7:27 AM
To: Brady Walker, MD
Subject: Missing Discharge Note

Missing Discharge Note

### Events

**Admission at 6/8/2019 0907**
Unit: Sacred Heart at RiverBend Medical Center — Room: SS38 — Bed: 38
Patient class: Observation — Service: Surgery

**Surgery at 6/8/2019 1136**
Unit: RBMC OR — Room: RBMC OR 29
Patient class: Observation — Service: Urology

**Transfer Out at 6/8/2019 1142**
Unit: Sacred Heart at RiverBend Medical Center — Room: SS38 — Bed: 38
Patient class: Observation — Service: Surgery

**Transfer In at 6/8/2019 1142**
Unit: Sacred Heart at RiverBend OR — Room: OR — Bed: OR
Patient class: Observation — Service: Surgery

**Transfer Out at 6/8/2019 1316**

## Orders and Results (continued)

**Events (continued)**

| | | |
|---|---|---|
| Unit: Sacred Heart at RiverBend OR | Room: OR | Bed: OR |
| Patient class: Observation | Service: Surgery | |

Transfer In at 6/8/2019 1316

| | | |
|---|---|---|
| Unit: Sacred Heart at RiverBend Medical Center | Room: SS38 | Bed: 38 |
| Patient class: Observation | Service: Surgery | |

Patient Update at 6/8/2019 1627

| | | |
|---|---|---|
| Unit: Sacred Heart at RiverBend Medical Center | Room: SS38 | Bed: 38 |
| Patient class: Observation | Service: Surgery | |

Discharge at 6/8/2019 1653

| | | |
|---|---|---|
| Unit: Sacred Heart at RiverBend Medical Center | Room: SS38 | Bed: 38 |
| Patient class: Observation | Service: Surgery | |

**Document List**

Admission on 6/8/2019 with Brady Walker, MD

| Type of Document | Status | Date Received | Received By | Description |
|---|---|---|---|---|
| IMM-A (Admit) | Not Received | | | |
| IMT (Tricare) | Not Received | | | |

# Discharge Summaries

## Discharge Summaries

**Discharge Summary by Brady Walker, MD at 06/08/19 1653**

| | | |
|---|---|---|
| Author: Brady Walker, MD | Service: Urology | Author Type: Physician |
| Filed: 06/19/19 0704 | Date of Service: 06/08/19 1653 | Status: Signed |
| Editor: Brady Walker, MD (Physician) | | |

**INPATIENT PHYSICIAN DISCHARGE SUMMARY:**

**Attending Physician:** No att. providers found
**Author:** Brady R Walker, MD

**PCP:** DAVID A KNOWLTON, MD

**Admission Date:** 6/8/2019
**Discharge Date:** 6/8/2019

| | |
|---|---|
| Principal diagnosis: | Ureteral stone |
| Procedures: | Ureteroscopy with stone basketing, stent |
| Consultations: | |

**Reason For Admission/Hospital Course:**
Intractable pain. Ureteroscopy and basketing. Anticoagulated patient. Observed for a few hours to make

Discharge Summaries (continued)

Discharge Summary by Brady Walker, MD at 06/08/19 1653 (continued)

sure no significant hematuria. None noted and discharged.

**Discharge Medication List as of 6/8/2019 4:41 PM**

**CONTINUE these medications which have NOT CHANGED**

| | Details |
|---|---|
| **ALPRAZolam (XANAX) 1 MG tablet** | Take 1 mg by mouth Twice a day , Until Discontinued, Historical Med |
| **docusate sodium (COLACE) 100 MG capsule** | Take 1 capsule (100 mg total) by mouth Twice a day, Starting 1/8/2018, Until Discontinued, Print |
| **hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet** | Take 25 mg by mouth every morning , Until Discontinued, Historical Med |
| **lisinopril (PRINIVIL,ZESTRIL) 40 MG tablet** | Take 40 mg by mouth every morning , Until Discontinued, Historical Med |
| **ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet** | Place 1 tablet (8 mg total) under the tongue every 8 (eight) hours as needed for Nausea or Vomiting, Starting Wed 6/5/2019, Print |
| **oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet** | Take 1 tablet by mouth every 6 (six) hours as needed for up to 10 doses for Pain ,, Starting Wed 6/5/2019, Print |
| **propranolol (INDERAL) 40 MG tablet** | Take 40 mg by mouth Twice a day , Until Discontinued, Historical Med |
| **sulfamethoxazole-trimethoprim (BACTRIM DS) 800-160 mg per tablet** | Take 1 tablet by mouth Twice a day, Until Discontinued, Historical Med |
| **tamsulosin (FLOMAX) 0.4 mg Capsule 24 hr capsule** | Take 1 capsule (0.4 mg total) by mouth every evening, Starting Wed 6/5/2019, Print |
| **warfarin (COUMADIN) 5 MG tablet** | Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic., Starting 2/14/2018, Until Discontinued, Normal |

**Special Instructions:**
Stent out next week.

Discharging Physician: Brady Walker
Attending Physician: No att. providers found[BW.1]

Discharge Summaries (continued)

Discharge Summary by Brady Walker, MD at 06/08/19 1653 (continued)

Electronically signed by Brady Walker, MD on 06/19/19 0704

Attribution Key

BW.1 - Brady Walker, MD on 06/19/19 0702

# Consultations

# Procedure/Operative Reports

## Procedure Notes

Op Note by Brady Walker, MD at 06/08/19 1143

Author: Brady Walker, MD Service: Urology Author Type: Physician
Filed: 06/08/19 1820 Date of Service: 06/08/19 1143 Status: Signed
Editor: Brady Walker, MD (Physician)

**Procedure Note**
Date of surgery: 6/8/2019

**Personnel:**
**Performed By:** Brady Walker
**Assistant(s):** none
**Anesthesia Provider:** @ORANPROVIDER@
**Anesthesia type:**[BW.1] general[BW.2]

**Diagnoses:**
**Preoperative Diagnosis:**[BW.1]
left[BW.2] ureteral stone

**Postoperative Diagnosis:**[BW.1]
left[BW.2] ureteral stone

**Details of Procedure:**
**Procedure(s) Performed:**
*Procedure(s):*
*LEFT URETEROSCOPY LITHOTRIPSY WITH*[BW.1] *BASKETING*[BW.2] *AND STENT*

**Findings:**[BW.1] Crowning stone.[BW.2]

**Procedure in Detail:**
Informed consent was obtained after a discussion of risks, benefits, and alternatives to surgery. Appropriate preoperative antibiotics were administered. Sequential compression stockings were placed on the lower extremities for DVT prophylaxis. After the induction of anesthesia, the patient was placed in the dorsal lithotomy position. The lower abdomen and genitalia were carefully prepped and draped in a sterile fashion. A proper "time out" was performed.

Cystoscopy was performed in the standard fashion. The urinary tract was normal[BW.1] with the exception of a crowning left distal ureteral stone[BW.2]. A 5 Fr catheter was then placed in the[BW.1] left[BW.2] and a retrograde pyelogram was done with slow injection of contrast, which demonstrated[BW.1] hydronephrosis[BW.2].

A 0.035" glidewire was then placed into the[BW.1] left[BW.2] ureter. A 4.5 Fr semirigid ureteroscope was then placed into the ureter under direct visualization and the stone was identified and extracted with a Zero-tip basket.

A[BW.1] 7[BW.2] x[BW.1] 26[BW.2] cm stent was inserted over the safety wire and the wire removed leaving the stent in good position.The patient was taken to the recovery area in stable condition. All instrument counts were correct at the end of the case.

Bladder was drained and lidocaine jelly administered.

**Estimated Blood Loss:**[BW.1] **Minimal**[BW.2]

Procedure Notes (continued)

Op Note by Brady Walker, MD at 06/08/19 1143 (continued)

**Specimens:**[BW.1] **Stone**[BW.2]

**Drain(s):**[BW.1] 7 x 26 cm stent[BW.2]

**Disposition:**[BW.1] awakened from anesthesia, extubated and taken to the recovery room in a stable condition, having suffered no apparent untoward event.[BW.2]

**Condition:**[BW.1] doing well without problems[BW.2]

**Brady Walker**[BW.1]

Electronically signed by Brady Walker, MD on 06/08/19 1820

Attribution Key

BW.1 - Brady Walker, MD on 06/08/19 1207
BW.2 - Brady Walker, MD on 06/08/19 1818

## History & Physicals

## History & Physical

### H&P by Brady Walker, MD at 06/08/19 1040

Author: Brady Walker, MD Service: Urology Author Type: Physician
Filed: 06/08/19 1041 Date of Service: 06/08/19 1040 Status: Signed
Editor: Brady Walker, MD (Physician)

Please see scanned H and P in the media section of EMR.
Interval history reviewed.
Surgical risks and procedures outlined.
Questions encouraged and answered.

Anticoagulated so likely just a stent to get out of pain.[BW.1]

Electronically signed by Brady Walker, MD at 06/08/19 1041

Attribution Key

BW.1 - Brady Walker, MD on 06/08/19 1040

# Emergency Department Records

## ED Records

### ED Arrival Information

**Patient not seen in ED**

# Additional Encounter Notes

## Nursing Note - Additional Notes

### Nursing Note by Stephanie J McNeil, RN at 06/08/19 1020

Author: Stephanie J McNeil, RN Service: — Author Type: Registered Nurse
Filed: 06/08/19 1022 Date of Service: 06/08/19 1020 Status: Signed
Editor: Stephanie J McNeil, RN (Registered Nurse)

1015: Bedside INR performed. Result 3.3. Dr. Walker notified. Ok to proceed to OR.[SM.1]

Electronically signed by Stephanie J McNeil, RN at 06/08/19 1022

Attribution Key

SM.1 - Stephanie J McNeil, RN on 06/08/19 1020

## IRF-PAI Abstraction Data

Cummins, Michael M

**Audit information between 07/30/2018 1312 and 07/30/2019 1312**

There are no abstractions to display.

# Surgery Documentation

# Surgery Documentation

## General Information

| | | |
|---|---|---|
| Date: 6/8/2019 | Time: 1040 | Status: Posted |
| Location: RBMC OR | Room: OR 29 | Service: Urology |
| Patient class: Observation | Case classification: | |

## Case Tracking Events

| Event | Time In |
|---|---|
| **In Facility** | 0907 |
| **Decision Time (OB)** | |
| **Epidural to C-section** | |
| **In Pre-Procedure** | |
| **CNA Admit Complete** | |
| **Physician Available** | |
| **Anesthesia Available** | |
| **Ready for Family Pre-procedure** | |
| **Pre-Procedure Nursing Care Complete** | |
| **Anesthesia Start** | 1127 |
| **Setup Complete** | 1130 |
| **In Room** | 1136 |
| **Procedure Start** | 1143 |
| **Procedure Closing** | 1155 |
| **Procedure Finish** | 1205 |
| **Out of Room** | 1212 |
| **In PACU** | 1213 |
| **Anesthesia Finish** | 1217 |
| **PACU Care Complete** | 1250 |
| **Out of PACU** | 1305 |
| **Return to PACU** | |
| **Out of PACU (2nd Time)** | |
| **In Phase II** | |
| **Ready for Family Post Procedure** | |
| **Phase II Care Complete** | |
| **Out of Phase II** | |
| **Return to Phase II** | |
| **Out of Phase II (2nd Time)** | |
| **Procedural Care Complete** | 1653 |
| **Send for Patient** | |
| **Preop Block Start** | |
| **Preop Block End** | |
| **Patient Sent for** | |
| **Mod Sedation Start** | |
| **Mod Sedation End** | |

## Event Tracking

Panel 1

| Event | Time In |
|---|---|
| **Incision Start** | |
| **Incision Close** | |

Procedure : LEFT URETEROSCOPY LITHOTRIPSY WITH LASERAND STENT

## Event Tracking (continued)

| Event | Time In |
|---|---|
| **Procedure Start** | 1141 |
| **Procedure End** | 1216 |

## Panel Information

Panel 1

| Surgeon | Role | Service |
|---|---|---|
| **Brady Walker, MD** | Primary | Urology |

Procedure: LEFT URETEROSCOPY LITHOTRIPSY WITH LASERAND STENT

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region |
|---|---|---|---|---|
| Left | Clean | N/A | General | Urethra |

**LEFT URETEROSCOPY LITHOTRIPSY WITH LASERAND STENT (Left) - Position 1**

| | | | | | |
|---|---|---|---|---|---|
| Body: | **Lithotomy Low**<br>GEL PAD TORSO SIZE, STRAP SAFETY, DRAW SHEET | Left Arm: | **Extended less than 90 degrees**<br>FOAM ELBOW PADS, ARMBOARD | Right Arm: | **Extended less than 90 degrees**<br>FOAM ELBOW PADS, ARMBOARD |
| Head: | **Aligned**<br>PILLOW | Left Leg: | **Lithotomy**<br>STIRRUPS ALLEN | Right Leg: | **Lithotomy**<br>STIRRUPS ALLEN |

## Staff Info

| Staff Type | Staff Member | Start | End | OT |
|---|---|---|---|---|
| Circulator | **Karl M Christman, RN** | | | |
| Radiology Technologist | | | | |
| Scrub | **Carl Benzel, CST** | | | |

## Questionnaire Data

None

## Patient Preparation

| Area | Laterality | Scrub | Paint | Hair Removal |
|---|---|---|---|---|
| **Groin** | N/A | Betadine Solution | | No Hair Removal |

## Skin Condition

| Skin Site | Condition | Comments |
|---|---|---|
| Overall | **Warm, Dry, Intact** | |

## Specimens

| ID | Type | Source | Tests | Collected by | Time |
|---|---|---|---|---|---|
| **1 : ureteral stone** | Tissue | Tissue (see Comments) | <li>PATHOLOGY</li> | Brady Walker, MD | 6/8/2019 1209 |

analysis

## Equipment

| Equipment Type | Equipment | Start | End |
|---|---|---|---|
| C-ARM | | | |
| Forced Air Warmer | | | |

## Warming Devices

## Warming Devices (continued)

| Device Type | Device | Setting | Area | Laterality | Temp | Applied By |
|---|---|---|---|---|---|---|
| Forced Air Warmer | | | | | | |

## Instruments

| Instrument Type | Instrument | Start | End |
|---|---|---|---|
| BASIN LARGE SINGLE | | | |
| INST CAMERA STORZ HD | | | |
| INST CYSTOSCOPE 22FR STORZ | | | |
| INST PP CORD LIGHT 5MM | | | |
| INST PP GRASPER FLEXIBLE GU<br>Silver/ GU cabinet U-Pick | | | |
| INST PP GU INST SET<br>U-Pick | | | |
| INST PP GU STOPCOCK BLACK<br>U-Pick | | | |
| INST SCOPE 30 DEG 4MM | | | |
| INST SCOPE 70 DEG 4MM | | | |
| INST URETEROSCOPE 4.5<br>U-Pick | | | |
| INST URETEROSCOPE FLEX 7.5 FR.<br>U-Pick.PREFERS OLYMPUS | | | |
| INST URETEROSCOPE SHORT 6.5FR<br>U-Pick | | | |

## Post-op Skin Information

| Skin Site | Condition |
|---|---|
| Overall | **Warm, Dry, Intact** |

## Counts

No counts needed.

## Addendum Information

Addendum 1 : Shalon N White, CST - 6/10/19 1422

## Implants

**Stent Ureteral**

Stent Uret 7fr 26cm W/O Gdwire Contr Hydr+ - Log416837 - Implanted

| | | | |
|---|---|---|---|
| Inventory item: | Stent Uret 7fr 26cm W/O Gdwire Contr Hydr+ | Model/Cat number: | M0061802330 |
| Manufacturer: | BOSTON SCIENTIFIC | Lot number: | 23235653 |

As of 6/8/2019

Status: **Implanted**

## Pre-op Nurse

Pre-op nurse:

## Recovery Nurse

## Recovery Nurse (continued)

Post-op nurse: **Lori J Nelson, RN**

## Phase II Nurse

Phase II nurse:

## Timeouts

### Karl M Christman, RN

#### Timeout Details

Timeout type: Pre-Verification

#### Procedures

Panel 1: Left LEFT URETEROSCOPY LITHOTRIPSY WITH LASERAND STENT with Brady Walker, MD

#### Timeout Questions

Correct patient? Yes
Correct site? Yes
Implants present? Yes
Radiology studies available? Yes
Allergies reviewed? Yes
Are there adequate fluids available to replenish high blood loss? Yes

#### Staff Present

| Surgeons | Staff |
|---|---|
| Brady Walker, MD | Karl M Christman, RN |

#### Verification History

| Staff | Verified |
|---|---|
| Karl M Christman, RN | Sat Jun 8, 2019 1114 |

### Karl M Christman, RN

#### Timeout Details

Timeout type: Briefing

#### Procedures

Panel 1: Left LEFT URETEROSCOPY LITHOTRIPSY WITH LASERAND STENT with Brady Walker, MD

#### Timeout Questions

Correct patient? Yes
Correct procedure? Yes
Site marked? Yes
Allergies reviewed? Yes
Is documentation verified? Yes
Have all team members been introduced? Yes
Has the surgeon reviewed the critical steps? Yes
Has the nursing team reviewed the sterility? Yes

#### Staff Present

| Surgeons | Staff |
|---|---|
| Brady Walker, MD | Karl M Christman, RN |
| | Carl Benzel, CST |

#### Verification History

| Staff | Verified |
|---|---|

## Timeouts (continued)

Karl M Christman, RN Sat Jun 8, 2019 1115

### Karl M Christman, RN

#### Timeout Details

Timeout type: Timeout

#### Procedures

Panel 1: Left LEFT URETEROSCOPY LITHOTRIPSY WITH LASERAND STENT with Brady Walker, MD

#### Timeout Questions

Correct patient? Yes
Correct equipment? Yes
Correct procedure? Yes
Have all team members been introduced? Yes

#### Staff Present

| Surgeons | Anesthesia Staff |
|---|---|
| Brady Walker, MD | Andrew W Rushton, MD |

Staff
Karl M Christman, RN
Carl Benzel, CST

#### Verification History

| Staff | Verified |
|---|---|
| Karl M Christman, RN | Sat Jun 8, 2019 1206 |

### Karl M Christman, RN

#### Timeout Details

Timeout type: Debriefing

#### Procedures

Panel 1: Left LEFT URETEROSCOPY LITHOTRIPSY WITH LASERAND STENT with Brady Walker, MD

#### Timeout Questions

Are counts correct? Yes
Have specimens been labeled? Yes

#### Staff Present

| Surgeons | Anesthesia Staff |
|---|---|
| Brady Walker, MD | Andrew W Rushton, MD |

Staff
Karl M Christman, RN
Carl Benzel, CST

#### Verification History

| Staff | Verified |
|---|---|
| Karl M Christman, RN | Sat Jun 8, 2019 1206 |

## Pre-op Skin Information

| Skin Site | Condition |
|---|---|
| Overall | **Warm, Dry, Intact** |

# Anesthesia Documentation

## Anesthesia Encounters

### Anesthesia Encounter - Episode ID 30951820




| | 1115 | 1130 | 1145 | 1200 | 1215 | Totals |
|---|---|---|---|---|---|---|
| propofol (DIP... (mg) | | 200 | 100 | | | 300 mg |
| fentaNYL (SU... (mcg) | | 100 | | | | 100 mcg |
| lidocaine (PF... (mg) | | 100 | | | | 100 mg |
| succinylcholi... (mg) | | 160 | | | | 160 mg |
| rocuronium (Z... (mg) | | 2.5 | | | | 2.5 mg |
| ondansetron (... (mg) | | | 4 | | | 4 mg |
| ceFAZolin (ANC... (g) | | 2 | | | | 2 g |
| lactated Ring... (mL) | / | | | 500 | * | 500 mL |
| SpO2 (%) | | [99] | [99] | [81] | | |
| FiO2 (%) (%) | | [95] | [93] | [99] | | |
| ETCO2 (mmHg) (mmHg) | | [36] | [53] | [32] | | |
| N2O ET (%) | | [0] | [0] | [0] | | |
| Insp Sevo (%) | | [2.5] | [3] | [0] | | |
| End Tidal Sevo (%) | | [1.9] | [2.2] | [0.3] | | |
| Resp | | [14] | [15] | [9] | | |
| Vt (observed,... (mL) | | [495] | [357] | [9] | | |
| PEEP/CPAP (cm H20) | | [5] | [1] | [1] | | |
| PIP Obser... (cm H2O) | | [21] | [4] | [2] | | |
| EKG | NSR | | | / | | |
| O2 Flow Ra... (L/min) | 2 | | | | | |
| | 1115 | 1130 | 1145 | 1200 | 1215 | 1230 Totals |
| N2O Inspir... (L/min) | | [0] | [0] | [0] | | |

**Anesthesia Information - Cummins, Michael M [01614423] Male**
49 y.o. Current as of 07/30/19 1312

Height: 1.803 m (5' 11") (07/02/19)
Weight: 145.2 kg (320 lb) (07/02/19)
BMI: 44.7 (07/02/19)

**Prescription Medications (As of Anesthesia Start)** Within last 14 days from 06/08/19



Lincoln/Cummins 0536

## Anesthesia Encounter - Episode ID 30951820 (continued)

### Prescription Medications (As of Anesthesia Start) (continued)

Within last 14 days from 06/08/19

| | Last Taken | Last Updated |
|---|---|---|
| ALPRAZolam (XANAX) 1 MG tablet | Taking | 02/16/18 1309 |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Taking | 02/16/18 1309 |
| lisinopril (PRINIVIL,ZESTRIL) 40 MG tablet | Taking | 02/16/18 1309 |
| ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | | |
| oxyCODONE (ROXICODONE) 5 MG immediate release tablet | | |
| propranolol (INDERAL) 40 MG tablet | Taking | 02/16/18 1309 |
| warfarin (COUMADIN) 5 MG tablet | Taking | 02/16/18 1309 |
| docusate sodium (COLACE) 100 MG capsule | Taking | 02/16/18 1309 |
| oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet | | |
| sulfamethoxazole-trimethoprim (BACTRIM DS) 800-160 mg per tablet | Taking | 02/16/18 1309 |
| tamsulosin (FLOMAX) 0.4 mg Capsule 24 hr capsule | | |

### Procedure Summary

Date: 06/08/19
Room / Location: RBMC OR 29 / RBMC OR
Anesthesia Start: 1127
Anesthesia Stop: 1217
Procedure: LEFT URETEROSCOPY LITHOTRIPSY WITH LASERAND STENT (Left Urethra)
Diagnosis:
Surgeon: Brady Walker, MD
Responsible Provider: Andrew W Rushton, MD
Anesthesia Type: general
ASA Status: 3

### Anesthesiologist Information

| Anesthesiologist | Role |
|---|---|
| **Andrew W Rushton, MD** | Anesthesiologist |

### Preprocedure Vitals (As of Ready for Procedure)

BP: 152/79
Pulse: 88
Resp: 17
SpO2: 96
Temp: 36.9 °C (98.4 °F)
Height: 1.803 m (5' 11") (06/08/19)
Weight: 147.9 kg (326 lb) (06/08/19)
BMI: **45.5**
IBW: 75.3 kg (165 lb 14.8 oz)
Last edited 06/08/19 0929 by MP

### Preprocedure Note

Last edited 06/08/19 1140 by Andrew W Rushton, MD
Date of Service 06/08/19 1041

**ANESTHESIA PREOPERATIVE EVALUATION**

## REVIEW OF SYSTEMS

Vitals reviewed, Allergies reviewed, Medications reviewed, Medical history reviewed and Nursing notes reviewed

| ANESTHESIA | MUSCULOSKELETAL - neg ROS | GI- neg ROS |
|---|---|---|

## Anesthesia Encounter - Episode ID 30951820 (continued)

### Preprocedure Note (continued)

| | | |
|---|---|---|
| Comment: ez aw prior<br><br>**NEURO/PSYCH- neg ROS** | **PULMONARY- neg ROS**<br>**PULMONARY**<br><br>(-) Tobacco use<br><br>**CARDIOVASCULAR**<br>(+) Hypertension<br><br>Exercise Tolerance: >4 METS<br>Comment: H/o PE 2018 | **RENAL/GU**<br>(+) Chronic renal disease<br>Comment: stones<br><br>**ENDOCRINE**<br>(+) Morbid obesity<br><br>**HEME- neg ROS**<br><br>**OTHER MEDICAL- neg ROS** |

### Physical Exam

| | | |
|---|---|---|
| **AIRWAY**<br>Mallampati: II<br>TM Distance: >3 FB<br>Neck ROM: Full<br>Mouth Opening: >3 FB<br><br>**DENTAL**<br>No notable dental history<br>Upper dentures | **CARDIOVASCULAR**<br>Cardiovascular exam normal<br>Rhythm: Regular<br>Rate: Normal<br><br>**PULMONARY**<br>Pulmonary exam normal<br>Breath sounds clear to auscultation | |

**Pre-op Assessment**
**ASA** 3

**Anesthesia Plan:** general
Induction: intravenous

**Post-Operative Pain Management**
IV analgesics
**Alternatives, Risks and Questions Conference (PARQ)**
Specific risks discussed include but not limited to the following: sore throat, nausea and pain
Questions addressed: questions answered / anesthesia plan accepted
Patient and or legal guardian understands risks, benefits, alternatives.
Patient and or legal guardian agrees to proceed.

**Perioperative Discussion**
Anesthetic plan and risks discussed with: patient

**Tobacco Use Discussion:**
(-) Tobacco use

**DOS Attestation**
**NPO Status:** Patient is NPO per guidelines

**Attestation:** Relevant medical history, including anesthesia, drug and allergy history, laboratory and test results, anesthesia plan and potential problems, ASA classification of risk, and any additional applicable information documented on this form have been reviewed. Airway and other pertinent physical findings have been reassessed as indicated. Risks, benifits and alternatives of the anesthesia plan have been discussed with the patient or their representative and all questions have been answered.

**Patient on pre-op beta blocker?** *Yes*, beta blocker documented taken within past 24 hours

Revision History

| | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > | 06/08/19 1140 | Andrew W Rushton, MD | Physician | Addend |
| | 06/08/19 1043 | Andrew W Rushton, MD | Physician | Sign |

Procedure Notes

Last edited 06/08/19 1143 by Andrew W Rushton, MD
Date of Service 06/08/19 1143

**Intubation**

Intubation Type: Asleep Intubation
Induction Type: IV Induction
Preparation: Pre-oxygenated
Type: Routine induction
Mask Ventilation: No attempt
Adjunct Airway: none
Successful techniques: DL-Macintosh

## Anesthesia Encounter - Episode ID 30951820 (continued)

Procedure Notes (continued)

Blade size: 3
Support device/maneuvers: Stylet and Tooth guard
Oropharyngeal view: grade II (partial cords)
ETT type: Standard - cuffed
Location: oral
ETT size: 7.5
Placement verified by: capnometry and bilateral breath sounds
Secured at: 23cm
Measured from: lips
Complication factors: atraumatic

Last edited 06/08/19 1215 by Andrew W Rushton, MD
Date of Service 06/08/19 1215

### Extubation

Suction: Oropharynx suctioned
Consciousness: Positive protective airway reflexes and Follows oral commands
Device: ETT extubated
Extubated to: Face mask
Complications: None

All Postprocedure Notes

Last edited 06/08/19 1217 by Andrew W Rushton, MD
Date of Service 06/08/19 1217

## ANESTHESIA POSTOPERATIVE EVALUATION

**Patient:** Michael M Cummins
Anesthesiologist: Andrew W Rushton, MD
Procedure(s):
LEFT URETEROSCOPY LITHOTRIPSY WITH LASERAND STENT
Pre-Op Diagnosis: * No pre-op diagnosis entered *
Post-Op Diagnosis: * No Diagnosis Codes entered *

**Respiratory Status:** Room air

**Cardiovascular Status:** Stable

**Mental Status:** Baseline

**Pain Management:** Adequate pain relief

**Nausea/Vomiting Status:** None

**Hydration Status:** Appropriate hydration

**Anesthetic Complications:** None apparent

**Awareness:** N/A

**Regional/Neuraxial Block Status:** Not performed

Electronically signed by Andrew W Rushton, MD at 06/08/19 1217

## Anesthesia Notes

Anesthesia Transfer of Care Note by Andrew W Rushton, MD at 06/08/19 1216 — Version 1 of 1

Author: Andrew W Rushton, MD — Service: — — Author Type: Physician
Filed: 06/08/19 1216 — Date of Service: 06/08/19 1216 — Status: Signed
Editor: Andrew W Rushton, MD (Physician)

## ANESTHESIA TRANSFER OF CARE NOTE

**Patient:** Michael M Cummins
Procedure(s):
LEFT URETEROSCOPY LITHOTRIPSY WITH LASERAND STENT

Patient transferred in satisfactory condition to receiving unit nurse.
Report given to nurse after review of all required elements in handoff protocol checklist.
Discharge patient from PACU when PACU discharge criteria met.

**Patient Location:** PACU

**Pain Score:** unable to document pain score

**Respiratory Status:** Spontaneous

## Anesthesia Notes (continued)

Anesthesia Transfer of Care Note by Andrew W Rushton, MD at 06/08/19 1216 (continued) Version 1 of 1

**Cardiovascular Status:** Stable

**Level of Consciousness:** Stable

**Complications:** None

**Controlled Substance Disposition:** Safe discard of controlled substances

**Vital Signs:** BP 152/79 (Patient Position: Lying, Cuff Size: Regular Adult) | Pulse 88 | Temp 36.9 °C (98.4 °F) (Temporal Artery) | Resp 17 | Ht 1.803 m (5' 11") | Wt (!) 147.9 kg (326 lb) | SpO2 96% | BMI 45.47 kg/m²

**Other findings:**[AR.1]

Electronically signed by Andrew W Rushton, MD on 06/08/19 1216

Attribution Key

AR.1 - Andrew W Rushton, MD on 06/08/19 1216

### Attestation Information

| Staff Name | Date | Time | Type |
|---|---|---|---|
| **Andrew W Rushton, MD** | 06/08/19 | 1125 | Pre-Induction Reevaluation |

### Staff

06/08/19

| Name | Role | Begin | End |
|---|---|---|---|
| Andrew W Rushton, MD | ANESTH | 1127 | 1217 |

### Events

| Date | Time | Event |
|---|---|---|
| 6/8/2019 | 1123 | Ready for Procedure |
| | 1127 | Equipment Check |
| | 1127 | Start Data Collection |
| | 1127 | Anesthesia Start |
| | 1137 | Induction<br>The Patient was re-evaluated immediately before moderate or deep sedation use and before anesthesia induction. |
| | 1137 | Intubation |
| | 1143 | Incision |
| | 1153 | Timeout |
| | 1155 | Incision Close |
| | 1211 | Extubation |
| | 1211 | Stop Data Collection |
| | 1216 | Handoff |

## Events (continued)

| Date | Time | Event |
|---|---|---|
| | | Report given to receiving provider after review of all elements in handoff protocol checklist. |
| | 1217 | Anesthesia Stop |

## Medications

| Medication | Rate/Dose/Volume | Action | Date Time | Administering User | Audit |
|---|---|---|---|---|---|
| **propofol (DIPRIVAN) injection 10 mg/mL (mg)** | 200 mg | Given | 06/08/19 1137 | Andrew W Rushton, MD | |
| | 100 mg | Given | 1152 | Andrew W Rushton, MD | |
| **fentaNYL (SUBLIMAZE) injection 50 mcg/ml (mcg)** | 100 mcg | Given | 06/08/19 1137 | Andrew W Rushton, MD | |
| **lidocaine (PF) 2 % injection (20 mg/ml) (mg)** | 100 mg | Given | 06/08/19 1137 | Andrew W Rushton, MD | |
| **succinylcholine (ANECTINE) 20 mg/mL injection (mg)** | 160 mg | Given | 06/08/19 1137 | Andrew W Rushton, MD | |
| **rocuronium (ZEMURON) injection 10 mg/ml (mg)** | 2.5 mg | Given | 06/08/19 1137 | Andrew W Rushton, MD | |
| **ondansetron (ZOFRAN PF) injection 2 mg/mL (mg)** | 4 mg | Given | 06/08/19 1152 | Andrew W Rushton, MD | |
| **ceFAZolin (ANCEF) in NS 3 g (g)** Dosing weight: 145.2 kg | 2 g | Given | 06/08/19 1141 | Andrew W Rushton, MD | edited |
| **lactated Ringers (LR) continuous infusion (mL)** | | New Bag | 06/08/19 1127 | Andrew W Rushton, MD | |
| Dosing weight: 147.9 kg | 500 mL | Anesthesia Volume Adjustment | 1200 | Andrew W Rushton, MD | |
| | 100 mL/hr | Handoff | 1215 | Lori J Nelson, RN | |
| | Comment: 400 LIB | | | | |

## Signoff Status

None

Case: 416837 Anesthesia Start Date/Time: 06/08/19 1127
Procedure: LEFT URETEROSCOPY LITHOTRIPSY WITH LASERAND STENT (Left Urethra)
Anesthesia type: general
Location: RBMC OR 29 / RBMC OR

Surgeon: Brady Walker, MD

## Encounter Status

Electronically Signed by: Andrew W Rushton, MD on 6/8/19 at 12:17

## All Meds and Administrations

### ceFAZolin (ANCEF) in NS 3 g [197943470]

Ordering Provider: Brady Walker, MD
Status: Completed (Past End Date/Time)
Ordered On: 06/08/19 1005
Starts/Ends: 06/08/19 1045 - 06/08/19 1141
Dose (Remaining/Total): 3 g (0/1)
Route: IV
Frequency: Once
Rate/Duration: 115 mL/hr / 60 Minutes
Admin Instructions: Administer 2 g if patient is LESS than 120 kg and 3 g if patient is GREATER than or equal to 120 kg. To be administered by anesthesia within 30 minutes of surgery.

| Question | Answer | Comment |
|---|---|---|
| Reason for Therapy:: | prophylaxis for a procedure | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 06/08/19 1141 | Given | 2 g | IV | Performed by: Andrew W Rushton, MD |

### dextrose 50 % in water (D50W) injection 6-50 mL [198389270]

Ordering Provider: Briana N Amosson, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Transfer
Ordered On: 06/08/19 1027
Starts/Ends: 06/08/19 1027 - 06/08/19 1237
Dose (Remaining/Total): 6-50 mL (—/—)
Route: IV
Frequency: Every 15 Minutes PRN
Rate/Duration: — / —
Admin Instructions: Blood Glucose D50W
40 or less 50 mL
41 to 55 25 mL
56 to 70 12 mL
71 to 99 Call anesthesia if symptomatic
*Flush with NS after giving D50
*Check blood glucose every 15 minutes and repeat above treatment until blood glucose greater than 100 mg/dL.

(No admins scheduled or recorded for this medication)

### insulin lispro medium dose adult subcutaneous corrective [198389271]

Ordering Provider: Briana N Amosson, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Transfer
Ordered On: 06/08/19 1027
Starts/Ends: 06/08/19 1027 - 06/08/19 1237
Dose (Remaining/Total): 0-9 Units (—/—)
Route: Subcutaneous
Frequency: Every 2 Hours PRN
Rate/Duration: — / —
Admin Instructions: For CBG 150-199, give 2 unit;
For CBG 200-249, give 3 units;
For CBG 250-299, give 5 units;
For CBG 300-349, give 7 units;
For CBG > 349, give 9 units and call provider.
*For CBG < 70 mg/dl follow hypoglycemia protocol
HIGH ALERT MEDICATION. INDEPENDENT DUAL VERIFICATION REQUIRED.

(No admins scheduled or recorded for this medication)

### lactated Ringers (LR) continuous infusion [198389272]

Ordering Provider: Briana N Amosson, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 06/08/19 1027
Starts/Ends: 06/08/19 1100 - 06/08/19 1853
Dose (Remaining/Total): — (—/—)
Route: IV
Frequency: Continuous
Rate/Duration: 100 mL/hr / —
Admin Instructions: With macrodrip line extension. Use volume control device on patients less than 18 years old.

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 06/08/19 Left | 06/08/19 1041 by Meira Y | — |

**All Meds and Administrations (continued)**

| | | |
|---|---|---|
| Antecubital | Pomegranate, RN | |
| Peripheral IV 06/08/19 Right Antecubital | 06/08/19 1215 by Lori J Nelson, RN | — |

| Timestamps | Action | Rate | Route / Site | Other Information |
|---|---|---|---|---|
| 06/08/19 1420 | New Bag | 100 mL/hr | IV<br>— | Performed by: Flora A Bellew, RN |
| 06/08/19 1215 | Handoff | 100 mL/hr | IV<br>Left Arm | Performed by: Lori J Nelson, RN<br>Comments: 400 LIB |
| 06/08/19 1200 | Anesthesia Volume Adjustment | — | IV<br>— | Performed by: Andrew W Rushton, MD |
| 06/08/19 1127 | New Bag | — | IV<br>— | Performed by: Andrew W Rushton, MD |
| 06/08/19 1041 | New Bag | 100 mL/hr | IV<br>— | Performed by: Meira Y Pomegranate, RN |

fentaNYL (SUBLIMAZE) injection 50 mcg [198389273]

Ordering Provider: Briana N Amosson, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Transfer
Ordered On: 06/08/19 1027
Starts/Ends: 06/08/19 1027 - 06/08/19 1237
Dose (Remaining/Total): 50 mcg (—/—)
Route: IV
Frequency: See Admin Instructions
Rate/Duration: — / —
Admin Instructions: Short stay Nurse: May repeat x 1 in 15 min PRN for max dose of 100 mcg for Preop pain. Call anesthesia provider if pain not relieved after 2 doses.
Block nurse: May repeat x 3 every 5 min PRN for pain to max dose of 200 mcg during regional/epidural placement

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 06/08/19 Left Antecubital | 06/08/19 1041 by Meira Y Pomegranate, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 06/08/19 1041 | Given | 50 mcg | IV | Performed by: Meira Y Pomegranate, RN |

midazolam (VERSED) injection 1 mg [198389274]

Ordering Provider: Briana N Amosson, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Transfer
Ordered On: 06/08/19 1027
Starts/Ends: 06/08/19 1027 - 06/08/19 1237
Dose (Remaining/Total): 1 mg (—/—)
Route: IV
Frequency: See Admin Instructions
Rate/Duration: — / —
Admin Instructions: Short stay Nurse: May repeat x 1 in 15 min PRN for max dose of 2 mg for Preop anxiety.



Lincoln/Cummins 0546

## All Meds and Administrations (continued)

Call anesthesia provider if anxiety not relieved after 2 doses.
Block nurse: May repeat x 3 every 5 min PRN for anxiety to max dose of 4 mg during regional/epidural placement

(No admins scheduled or recorded for this medication)

### naloxone (NARCAN) injection 0.04 mg [198389275]

Ordering Provider: Briana N Amosson, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Transfer
Ordered On: 06/08/19 1027
Starts/Ends: 06/08/19 1027 - 06/08/19 1237
Dose (Remaining/Total): 0.04 mg (—/—)
Route: IV
Frequency: As Needed
Rate/Duration: — / —
Admin Instructions: Give every 2 minutes for respiratory rate < 8 or difficult to arouse. Maximum 0.4 mg total. Notify provider if administered.

(No admins scheduled or recorded for this medication)

### dextrose 50 % in water (D50W) injection 6-50 mL [198395382]

Ordering Provider: Andrew W Rushton, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Transfer
Ordered On: 06/08/19 1236
Starts/Ends: 06/08/19 1236 - 06/08/19 1316
Dose (Remaining/Total): 6-50 mL (—/—)
Route: IV
Frequency: Every 15 Minutes PRN
Rate/Duration: — / —
Admin Instructions: Blood Glucose D50W
40 or less 50 mL
41 to 55 25 mL
56 to 70 12 mL
71 to 99 6 mL
*Flush with NS after giving D50
*Check blood glucose every 15 minutes and repeat above treatment until blood glucose greater than 100 mg/dL.

(No admins scheduled or recorded for this medication)

### dextrose 10% bolus 50-200 mL [198395383]

Ordering Provider: Andrew W Rushton, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Transfer
Ordered On: 06/08/19 1236
Starts/Ends: 06/08/19 1236 - 06/08/19 1316
Dose (Remaining/Total): 50-200 mL (—/—)
Route: IV
Frequency: Every 15 Minutes PRN
Rate/Duration: 200-800 mL/hr / 15 Minutes
Admin Instructions: Blood Glucose D10W
25 or less 200 mL
26 to 70 100 mL
71 to 99 50 mL
*Flush with NS after giving D10W infusion to reduce vein irritation.
*Check blood glucose every 15 minutes and repeat above treatment until blood glucose greater than 100 mg/dL.

| Question | Answer | Comment |
| --- | --- | --- |
| Hold maintenance infusion while bolus is infusing?: | No | — |

(No admins scheduled or recorded for this medication)

### insulin lispro medium dose adult subcutaneous corrective [198395384]

Ordering Provider: Andrew W Rushton, MD
Status: Discontinued (Past End Date/Time), Reason:

**All Meds and Administrations (continued)**

Patient Transfer
Ordered On: 06/08/19 1236
Starts/Ends: 06/08/19 1236 - 06/08/19 1316
Dose (Remaining/Total): 0-12 Units (—/—)
Route: Subcutaneous
Frequency: As Needed
Rate/Duration: — / —
Admin Instructions: For CBG 181-220, give 3 units; For CBG 221-260, give 4 units;
For CBG 261-300, give 6 units; For CBG 301-350, give 8 units and call provider;
For CBG 351-400, give 10 units and call provider; For CBG > 400, give 12 units and call provider.
*For CBG < 70 mg/dl follow hypoglycemia protocol
HIGH ALERT MEDICATION. INDEPENDENT DUAL VERIFICATION REQUIRED.

(No admins scheduled or recorded for this medication)

fentaNYL (SUBLIMAZE) injection 25-50 mcg [198395385]

Ordering Provider: Andrew W Rushton, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Transfer
Ordered On: 06/08/19 1236
Starts/Ends: 06/08/19 1236 - 06/08/19 1316
Dose (Remaining/Total): 25-50 mcg (—/—)
Route: IV
Frequency: Every 5 Minutes PRN
Rate/Duration: — / —
Admin Instructions: Do not exceed 250 mcg total in 60 minutes without additional order. May be given alone, or as an adjunct to long term coverage for rapid onset, short term pain relief.

(No admins scheduled or recorded for this medication)

HYDROmorphone (DILAUDID) injection 0.3-0.5 mg [198395386]

Ordering Provider: Andrew W Rushton, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Transfer
Ordered On: 06/08/19 1236
Starts/Ends: 06/08/19 1236 - 06/08/19 1316
Dose (Remaining/Total): 0.3-0.5 mg (—/—)
Route: IV
Frequency: Every 15 Minutes PRN
Rate/Duration: — / —
Admin Instructions: Give 0.3 mg for mild pain (Pain Scale 1-3), 0.4 mg for moderate pain (Pain Scale 4-6), or 0.5 mg for severe pain (Pain Scale 7-10), do not exceed 2 mg total in 60 minutes without an additional order.

(No admins scheduled or recorded for this medication)

naloxone (NARCAN) injection 0.04 mg [198395387]

Ordering Provider: Andrew W Rushton, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Transfer
Ordered On: 06/08/19 1236
Starts/Ends: 06/08/19 1236 - 06/08/19 1316
Dose (Remaining/Total): 0.04 mg (—/—)
Route: IV
Frequency: As Needed
Rate/Duration: — / —
Admin Instructions: Give every 2 minutes for respiratory rate less than 8 or difficult to arouse. Not to exceed 0.4 mg total. Notify provider if administered.

(No admins scheduled or recorded for this medication)

diphenhydrAMINE (BENADRYL) injection 12.5 mg [198395388]

Ordering Provider: Andrew W Rushton, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Transfer
Ordered On: 06/08/19 1236
Starts/Ends: 06/08/19 1236 - 06/08/19 1316

## All Meds and Administrations (continued)

Dose (Remaining/Total): 12.5 mg (—/—) Route: IV
Frequency: Every 6 Hours PRN Rate/Duration: — / —
Admin Instructions: Antiemetic Rescue Step 1: Give if ondansetron ineffective after 15 minutes or ondansetron not ordered

(No admins scheduled or recorded for this medication)

### lidocaine HCl (UROJET) 2 % MM jelly in applicator [198395391]

Ordering Provider: Brady Walker, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 06/08/19 1204
Frequency: As Needed

| Timestamps | Action | Dose | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| 06/08/19 1204 | Given | 1 Application | — | Performed by: Brady Walker, MD<br>Documented by: Karl M Christman, RN |

### oxyCODONE (ROXICODONE) immediate release tablet 5-15 mg [198396991]

Ordering Provider: Brady Walker, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 06/08/19 1254
Starts/Ends: 06/08/19 1254 - 06/08/19 1853
Dose (Remaining/Total): 5-15 mg (—/—)
Route: Oral
Frequency: Every 3 Hours PRN
Rate/Duration: — / —
Admin Instructions: For the first dose, start with lowest dose ordered. If pain not tolerable, may give 5 mg doses hourly up to 15 mg max in 3 hours. Once pain tolerable, continue with total dose effective at Q3 hour intervals as needed. If pain not tolerable, may proceed to SECOND CHOICE pain medication option if one is chosen. If no second choice, contact provider. If patient NPO or unable to tolerate oral medications, move to first available IV choice.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 06/08/19 1254 | Given | 5 mg | Oral | Performed by: Lori J Nelson, RN |

### HYDROmorphone (DILAUDID) injection 0.5 mg [198396992]

Ordering Provider: Brady Walker, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 06/08/19 1238
Starts/Ends: 06/08/19 1238 - 06/08/19 1853
Dose (Remaining/Total): 0.5 mg (—/—)
Route: IV
Frequency: Every 30 Minutes PRN
Rate/Duration: — / —
Admin Instructions: If pain not tolerable in one (1) hour, contact provider.

(No admins scheduled or recorded for this medication)

### oxyCODONE (ROXICODONE) immediate release tablet 5-15 mg [198396993]

Ordering Provider: Brady Walker, MD
Status: Discontinued (Past End Date/Time), Reason:

## All Meds and Administrations (continued)

Patient Discharge
Ordered On: 06/08/19 1238
Starts/Ends: 06/09/19 1238 - 06/08/19 1853
Dose (Remaining/Total): 5-15 mg (—/—)
Route: Oral
Frequency: Every 3 Hours PRN
Rate/Duration: — / —
Admin Instructions: For the first dose, start with lowest dose ordered. If pain not tolerable, may give 5 mg doses hourly up to 15 mg max in 3 hours. Once pain tolerable, continue with total dose effective at Q3 hour intervals as needed. If pain not tolerable, contact provider.

(No admins scheduled or recorded for this medication)

hyoscyamine sulfate (LEVSIN) tablet 0.125-0.25 mg [198396999]

Ordering Provider: Brady Walker, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 06/08/19 1237
Starts/Ends: 06/08/19 1237 - 06/08/19 1853
Dose (Remaining/Total): 0.125-0.25 mg (—/—)
Route: Oral
Frequency: Every 4 Hours PRN
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 06/08/19 1241 | Given | 0.125 mg | Oral | Performed by: Lori J Nelson, RN |

## Education

Title: Unit Orientation (Not Started)

Topic: Unit Orientation (Not Started)

Point: Unit Orientation (Not Started)

Description: Patient Information Guide; Bedside nurse call light; Equipment in room (bed controls,side rails, lights, TV, temp control, telephone, etc.); Electrical Equipment safety checks; Bathroom location and emergency call; Routines/What to expect during your
stay/ Chaplain Visitation if desired; Caregiver Rounding; Plan of Care: 5 Goals for every patient: Comfort, Safety, Medical Treatment, Patient Education and Safe Discharge/Transition of Care; Discharge Planning Anticipated timing of care and Length of Stay; Patient Rights, Responsibilities and Healthcare Directives; Interpreter Services, if applicable; Communication Boards; Visitors and times; waiting/visitor areas; Smoking policy; Food Service and times;
Review immunizations and obtain signature if indicated; Armband and two identifiers checked before all meds/procedures for patient's safety; Family Initiated Rapid Response team; Signs and symptoms to report; Handwashing
Summary: Learning progress - not on file.

Title: Pain-Comfort Management (Not Started)

Topic: Pain Scale (Not Started)

Point: Pain Scale (Not Started)

Description: Pain Intensity rating scale
Identify Pain score goal
Goal to maintain pain and discomfort
Reporting pain/ discomfort unrelieved by interventions, and effectiveness of interventions
Summary: Learning progress - not on file.

Title: Safety-Infection Prevention (Not Started)

**Education (continued)**

Topic: Fall Prevention (Not Started)

Point: Fall Prevention (Not Started)

Description: Safety measures as appropriate, adjusting for age:
call for assistance before getting up
change position slowly
dangle before standing
non-skid footwear
handrails
use of visual cues for Fall risk
Pediatric patients-family/guardian instruction on side rails when unattended/not within arm's reach
Summary: Learning progress - not on file.

Title: Surgical Procedures (Not Started)

Topic: Pre and Post Op (Not Started)

Point: Pre and Post Op (Not Started)

Description: Reason for procedure
Pre-op medication education as indicated
Nothing by mouth until after surgery and then progress slowly to normal diet, avoid greasy or spicy food
What to expect in pre-op, OR and PACU
Do not drink alcohol, drive a car, or operate any heavy equipment for the rest of the day
We recommend you have someone with you for the rest of the day and rest quietly
Cough and deep breathing, early ambulation when possible
Pain scale and pain management
Things to expect during recovery (specific to procedure)
Signs and symptoms of complication (Temperature greater than 101 F, redness at the incision site, drainage that is not clear or has a foul odor, swelling, persistent or increasing pain, bleeding that cannot be controlled)
Summary: Learning progress - not on file.

Title: Equipment (Not Started)

Topic: SCD's /AVI (Not Started)

Point: SCD's / AVI (Not Started)

Description: Purpose
How the equipment functions
What to report
Cleaning and Storage, as appropriate
Summary: Learning progress - not on file.

Title: Tobacco Cessation (Not Started)

Topic: Tobacco Cessation (Not Started)

Point: Tobacco Cessation (Not Started)

Description: Review importance of cessation, availability of nicotine replacement, smoking not permitted. Recognizing danger situations, developing coping skills, effects of smoking and second hand smoke.
Summary: Learning progress - not on file.

Point: Recognizing Danger Situations (Not Started)

Description: Review events, internal states or activities that increase risk of smoking or relapse for the patient.
Summary: Learning progress - not on file.



Lincoln/Cummins 0551

**Education (continued)**

Point: Developing Coping Skills (Not Started)

Description: Review coping skills, problem solving skills to cope with danger situations.
Summary: Learning progress - not on file.

Point: Information About Quitting (Not Started)

Description: Provide basic information about smoking and successfully quitting
Summary: Learning progress - not on file.

Point: Dangers of 2nd Hand Smoke (Not Started)

Description: Review dangers of second hand smoke
Summary: Learning progress - not on file.

Title: VTE / DVT / PE (Not Started)

Topic: VTE/ DVT/ PE - non Warfarin (Not Started)

Point: VTE Overview (Not Started)

Description: Written information included with discharge instructions.

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

Point: VTE and Medication Compliance (Not Started)

Description: Importance of taking medications as prescribed. VTE and Medication Compliance-Written information included with discharge instructions.

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

Point: VTE Potential for Adverse Drug Reactions and Interactions (Not Started)

Description: Potential for Adverse drug reactions and Interactions; including written discharge instructions.

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

Point: VTE and Follow up Monitoring (Not Started)

Description: Importance of follow up appointments and follow up monitoring; including written discharge instructions.

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

Topic: VTE/DVT/PE - Warfarin (Not Started)

Point: VTE Compliance Issues Related to Warfarin (REQUIRED) (Not Started)

Description: It is important to take warfarin as instructed
It is important to monitor warfarin with scheduled PT/INR blood draws

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

Point: VTE Dietary Advice Related to Warfarin (REQUIRED) (Not Started)

Description: Patient should eat a consistent amount of foods with Vitamin K rather than avoid them
Avoid major changes in dietary habits or notify health professional before changing habits

Nursing: Remember to select the Method - "H" Handout

**Education (continued)**

Summary: Learning progress - not on file.

Point: VTE Follow-up Monitoring Related to Warfarin (REQUIRED) (Not Started)

Description: Stress the importance of attending post discharge warfarin monitoring.

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

Point: VTE Potential for Adverse Drug Reactions and Interactions Related to Warfarin (REQUIRED) (Not Started)

Description: Diet and medications can affect patient's PT/INR level.
Do not take or discontinue any medication or over-the-counter medication except on the advice of the Physician or Pharmacist.
Warfarin increases the risk of bleeding.

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

Point: VTE Overview (REQUIRED) (Not Started)

Description: Written information included with discharge instructions.

Nursing: Remember to select the Method - "H" Handout
Summary: Learning progress - not on file.

Title: Pressure Injury Prevention (Not Started)

Topic: Pressure Injury Prevention (Not Started)

Point: Pressure Injury Prevention (Not Started)

Summary: Learning progress - not on file.

Title: VTE Prevention (Not Started)

Topic: VTE Prevention (Not Started)

Point: What is VTE (Not Started)

Description: Venous thromboembolism (VTE) is a blood clot that starts in a vein.
Summary: Learning progress - not on file.

Point: VTE Risk Factors (Not Started)

Description: Review pertinent patient specific risk-factors:

- Decrease in mobility
- Recent surgery
- Infection
- Central IV lines
- Medications
- History of blood clots
- Hip/pelvic/severe lower extremity fracture
- Cancer diagnosis
- Varicose veins
- Obesity
- Dehydration
- Lung disease
- Myocardial infarction
- Age > 50

Summary: Learning progress - not on file.

**Education (continued)**

Point: What is a DVT/PE (Not Started)

Description: What is a DVT: Deep Vein Thrombosis (DVT) is a blood clot in a vein in your body (such as the calf of your leg). The greatest danger is a clot that breaks off and travels to the lung(s).

What is a PE: A blood clot in the lung, which is a life-threatening event.
Summary: Learning progress - not on file.

Point: VTE Prevention (Not Started)

Description: o Importance of prevention:
o Anticoagulants ordered (administration, side effects, any lab testing requirements)
o SCD compliance >18 hours/day
o Progressive mobility as tolerated
Summary: Learning progress - not on file.

Point: VTE Symptoms to Report (Not Started)

Description: o Symptoms to report:
o Red swollen, tender area in an arm or leg
o Sudden onset of chest pain
o Shortness of breath
o Anxiety
Summary: Learning progress - not on file.

Title: First-Dose Education (Not Started)

Points For This Title

Point: Ringer's solution,lactated (Not Started)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: dextrose 10 % in water (Deleted)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: dextrose 50 % in water (Deleted)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: midazolam HCl (Deleted)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: hydromorphone HCl (Deleted)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: oxycodone HCl (Not Started)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: naloxone HCl (Deleted)

### Education (continued)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: hyoscyamine sulfate (Not Started)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: cefazolin sodium (Not Started)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: diphenhydramine HCl (Deleted)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: insulin lispro (Deleted)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: cefazolin sodium/dextrose,iso (Not Started)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: fentanyl citrate/PF (Not Started)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

### Delivery Providers

Delivering clinician:

### Measurements

Weight:
Length:

### Placenta

Placenta delivery date/time:
Placenta removal:

## Flowsheets

## Flowsheets (all recorded)

### Data - Sat June 08, 2019

| Row Name | 1420 | 1254 | 1200 | 1127 | 1041 |
|---|---|---|---|---|---|
| **lactated Ringers (LR) continuous infusion** | | | | | |
| Rate | * There are multiple administrations at this time. Please see the MAR for detailed information. -FB | — | * There are multiple administrations at this time. Please see the MAR for detailed information. -AR | * There are multiple administrations at this time. Please see the MAR for detailed information. -AR | * There are multiple administrations at this time. Please see the MAR for detailed information. -MP |
| Volume (mL) | 1000 mL -FB | — | — | — | — |
| **Pain/Discomfort Assessment** | | | | | |
| Pain/Discomfort Assessment | — | Complains of discomfort -LN | — | — | 0-10 Scale -MP |
| 0-10 Pain Score | — | 4 -LN | — | — | — |
| Pain Location | — | Abdomen -LN | — | — | — |
| Pain Descriptors | — | Aching -LN | — | — | — |
| Pain Onset | — | Gradual -LN | — | — | — |
| Patient's Pain/Comfort Goal | — | Relief -LN | — | — | — |
| Intervention(s) to Relieve Pain/Discomfort | — | Medicated for pain;Medicated for discomfort -LN | — | — | — |
| **Sedation Scales** | | | | | |
| Richmond Agitation Sedation Scale (RASS) | — | 0 -LN | — | — | 0 -MP |
| Pasero Opioid-Induced Sedation Scale (POSS) | — | — | — | — | 1 -MP |

### Custom Formula Data - Sat June 08, 2019

| Row Name | 1254 | 1041 | 0929 | 0900 |
|---|---|---|---|---|
| **Vitals** | | | | |
| Pct Wt Change | — | — | 0 % -MP | — |
| **OTHER** | | | | |
| BSA (Calculated - sq m) | — | — | 2.72 sq meters -MP | — |
| IBW/kg (Calculated) Male | — | — | 75.3 kg -MP | — |
| IBW/kg (Calculated) FEMALE | — | — | 70.8 kg -MP | — |
| Percent Weight Change Since Birth | — | — | 0 -MP | — |
| IBW/kg (Calculated) | — | — | 75.3 -MP | — |
| Malnutrition Risk Score | — | — | — | 0 -MP |
| Feature 3: Altered Level of | Absent -LN | Absent -MP | — | — |

## Flowsheets (all recorded) (continued)

### Custom Formula Data - Sat June 08, 2019 (continued)

| Row Name | 1254 | 1041 | 0929 | 0900 |
|---|---|---|---|---|
| Consciousness | | | | |
| **Weights** | | | | |
| Weight for Calculation (kg) | — | — | 147.873 kg -MP | — |
| **Readings** | | | | |
| Low Range Vt 6cc/kg | — | — | 451.8 mL -MP | — |
| Adult Moderate Range Vt 8cc/kg | — | — | 602.4 mL -MP | — |
| Adult High Range Vt 10cc/kg | — | — | 753 mL -MP | — |

### Intra to Post Handoff - Sat June 08, 2019

| Row Name | 1213 |
|---|---|
| **Handoff** | |
| Immediate Post-IntraOp Destination | To PACU -KC |
| Patient Tolerated Procedure with no Apparent Injury | No Apparent Injury -KC |
| Mode of Transfer to Post-op: | Patient Bed -KC |
| Armband in place? | Yes -KC |
| Handoff Questions answered and acknowledged? | Yes -KC |
| Patient owned assistive devices/belongings at Bedside | Dentures -KC |
| Handoff Report Given to: | pacu rn -KC |
| Handoff Date | 06/08/19 -KC |

### Post-op Handoff - Sat June 08, 2019

| Row Name | 1301 |
|---|---|
| **Handoff** | |
| Mode of Transfer to Post-op: | Patient Bed -LN |
| Armband in place? | Yes -LN |
| Handoff Questions answered and acknowledged? | Yes -LN |

## Flowsheets (all recorded) (continued)

### Post-op Handoff - Sat June 08, 2019 (continued)

| Row Name | 1301 |
|---|---|
| Patient owned assistive devices/belongings at Bedside | Dentures;Clothing;Other (Comment) athletic shorts and dentures Uppers and partial lower -LN |
| Handoff Report Given to: | Transported per R.N./Rx oxycodone 5mg in sealed bag -LN |

### Post-PACU Destination - Sat June 08, 2019

| Row Name | 1323 |
|---|---|
| OTHER | |
| Post-PACU Destination | Phase II -LN |

### Sedation - Sat June 08, 2019

| Row Name | 1114 |
|---|---|
| Bedside Pre-Procedure Setup | |
| Reversal Meds Available at Bedside? | Yes -KC |
| O2 Device Available? | Yes -KC |
| AMBU at Bedside | Yes -KC |
| Emergency Equipment Available (Multi-Select) | Age Related Code Cart;Intubation Equipment;Suction Equipment;Oral Airways;Nasal Airways;SPO2 Monitor;ETCO2 Monitor;Emergency Medications;IV Patency Confirmed;Cardiac Monitor -KC |

### Pressure Injury Prevention - Sat June 08, 2019

| Row Name | 1113 |
|---|---|
| Pressure Injury Prevention | |
| Pressure Injury Prevention | Minimized any potential sources of injury;Minimized moisture and pooling of fluids on skin;Linen free |

## Flowsheets (all recorded) (continued)

### Pressure Injury Prevention - Sat June 08, 2019 (continued)

| Row Name | 1113 |
|---|---|
| | of wrinkles and excess layers -KC |

### Periop Assessment - Sat June 08, 2019

| Row Name | 1300 | 1225 | 1219 |
|---|---|---|---|
| **Neurological** | | | |
| Neuro (WDL) | WDL -LN | Unchd X -LN | X -LN |
| Level of Consciousness | Alert -LN | Drowsy -LN | Sedated -LN |
| Orientation Level | Oriented X4 -LN | Oriented to situation;Oriented to person -LN | — |
| Cognition | Appropriate judgement;Follows commands -LN | Follows commands -LN | — |
| Speech | Clear -LN | Clear -LN | — |
| Swallow | Able to swallow solids and liquids without difficulty -LN | Able to swallow solids and liquids without difficulty -LN | — |
| **Mod-Aldrete** | | | |
| Activity | 2 -LN | 2 -LN | 0 -LN |
| Respiration | 2 -LN | 1 -LN | 1 -LN |
| Circulation | 2 -LN | 2 -LN | 2 -LN |
| Consciousness | 2 -LN | 1 -LN | 0 -LN |
| Oxygen Sats | 2 -LN | 2 -LN | 1 -LN |
| Mod-Aldrete Score | 10 -LN | 8 -LN | 4 -LN |
| **HEENT** | | | |
| HEENT (WDL) | Unchd -LN | Unchd X -LN | X asleep to awakening -LN |
| Throat | — | Intact;Painful to swallow -LN | — |
| Teeth | — | Dentures upper;Partial plate lower -LN | — |
| **Respiratory** | | | |
| Respiratory (WDL) | WDL -LN | Unchd -LN | X -LN |
| Respiratory Pattern | Regular;Easy;Unlabored -LN | — | Regular;Easy;Unlabored -LN |
| Chest Assessment | Chest expansion symmetrical -LN | — | Chest expansion symmetrical -LN |
| Bilateral Breath Sounds | Clear -LN | — | Clear;Diminished -LN |
| R Breath Sounds | Clear -LN | — | Clear;Diminished -LN |
| L Breath Sounds | Clear -LN | — | Clear;Diminished -LN |

## Flowsheets (all recorded) (continued)

### Periop Assessment - Sat June 08, 2019 (continued)

| Row Name | 1300 | 1225 | 1219 |
|---|---|---|---|
| **Cardiac** | | | |
| Cardiac (WDL) | WDL -LN | Unchd -LN | X -LN |
| Cardiac Regularity | Regular -LN | — | Regular -LN |
| Jugular Venous Distention (JVD) | No -LN | — | No -LN |
| Skin Color | Appropriate for ethnicity;Pink -LN | — | Appropriate for ethnicity;Pink -LN |
| Skin Condition/Temp | Warm;Dry -LN | — | Warm;Dry -LN |
| Cardiac Rhythm | Normal sinus rhythm -LN | — | Normal sinus rhythm -LN |
| **Peripheral Vascular** | | | |
| Peripheral Vascular (WDL) | Unchd -LN | Unchd -LN | WDL -LN |
| Color | — | — | Appropriate for ethnicity;Pink -LN |
| Capillary Refill | — | — | Less than/equal to 3 seconds (All extremities) -LN |
| Pulses | — | — | R dorsalis pedis;L dorsalis pedis -LN |
| R Dorsalis Pedis Pulse | — | — | +2 -LN |
| L Dorsalis Pedis Pulse | — | — | +2 -LN |
| Edema | — | — | None -LN |
| **Mobility** | | | |
| Activity | Bedrest -LN | Bedrest -LN | Bedrest -LN |
| Head of Bed Elevated | HOB 45 -LN | HOB less than 30 -LN | HOB less than 20 -LN |
| **VTE Prevention** | | | |
| Sequential Compression Device (SCD) | Not applicable -LN | Not applicable -LN | Not applicable -LN |
| **Musculoskeletal** | | | |
| Musculoskeletal (WDL) | Unchd -LN | WDL -LN | X asleep to awakening -LN |
| RUE | — | Full movement -LN | — |
| LUE | — | Full movement -LN | — |
| RLE | — | Full movement -LN | — |
| LLE | — | Full movement -LN | — |
| **Warming Devices** | | | |
| Warming Devices | Warm Blankets | — | Warm Blankets |

## Flowsheets (all recorded) (continued)

### Periop Assessment - Sat June 08, 2019 (continued)

| Row Name | 1300 -LN | 1225 | 1219 -LN |
|---|---|---|---|
| **Integumentary** | | | |
| Integumentary (WDL) | X -LN | Unchd -LN | X -LN |
| Patient has Wound LDA? | Yes - See LDA documentation on the Wound Care/Assess Flowsheet -LN | — | Yes - See LDA documentation on the Wound Care/Assess Flowsheet -LN |
| **Gastrointestinal** | | | |
| Gastrointestinal (WDL) | Unchd -LN | Unchd -LN | X -LN |
| Abdomen Inspection | — | Soft;Nondistended;Rounded -LN | Soft;Nondistended;Rounded -LN |
| Bowel Sounds | — | All Quadrants -LN | — |
| All Quadrants | — | Active -LN | — |
| Tenderness | — | LUQ;LLQ -LN | — |
| Last BM Prior to Admission | — | 06/08/19 -LN | — |
| GI Symptoms | — | None -LN | — |
| **Genitourinary** | | | |
| Genitourinary (WDL) | Unchd X -LN | Unchd -LN | X -LN |
| Patient has Urinary Device? | Yes - See LDA Documentation on the I&O Flowsheet -LN | — | Yes - See LDA Documentation on the I&O Flowsheet -LN |
| Genitourinary Symptoms | Dribbling;Spasms;Urgency -LN | — | — no drainage noted -LN |
| **Genitalia** | | | |
| Male Genitalia | Discharge -LN | — | Intact -LN |
| **Psychosocial** | | | |
| Psychosocial (WDL) | WDL -LN | Unchd X -LN | X asleep to awakening -LN |
| Patient Behaviors/Mood | Calm;Cooperative -LN | Calm -LN | — |

### Vital Signs Simple - Sat June 08, 2019

| Row Name | 1328 | 1041 | 0929 |
|---|---|---|---|
| **Height and Weight** | | | |
| Height | — | — | 1.803 m (5' 11") -MP |
| Height Method | — | — | Stated -MP |
| Weight | — | — | **147.9 kg (326 lb) (Abnormal)** ! |

## Flowsheets (all recorded) (continued)

### Vital Signs Simple - Sat June 08, 2019 (continued)

| Row Name | 1328 | 1041 | 0929 -MP |
|---|---|---|---|
| Weight Method | — | — | Stated -MP |
| BSA (Calculated - sq m - DuBois) | — | — | 2.6 sq meters -MP |
| BMI (Calculated) | — | — | 45.5 -MP |
| **Vital Signs** | | | |
| Temp | 36.8 °C (98.2 °F) -FB | — | 36.9 °C (98.4 °F) -MP |
| Temp src | Tympanic -FB | — | Temporal -MP |
| Pulse | 81 -FB | — | 88 -MP |
| Heart Rate Source | Pulse Oximeter -FB | — | Pulse Oximeter -MP |
| BP | 132/82 -FB | — | 152/79 -MP |
| Cuff Size | Regular Adult -FB | — | Regular Adult -MP |
| BP Location | Left arm -FB | — | Right arm -MP |
| MAP (mmHg) | 92 -FB | — | 93 -MP |
| BP Method | Automatic -FB | — | Automatic -MP |
| Patient Position | — | — | Lying -MP |
| Resp | 16 -FB | — | 17 -MP |
| SpO2 | 95 % -FB | — | 96 % -MP |
| SpO2 Activity | At rest -FB | — | At rest -MP |
| O2 Device | None (Room air) -FB | — | None (Room air) -MP |
| **Pain/Discomfort Assessment** | | | |
| Pain/Discomfort Assessment | 0-10 Scale -FB | — | 0-10 Scale -MP |
| 0-10 Pain Score | 4 -FB | 10 -MP | 9 -MP |
| Pain Type | Surgical pain -FB | Acute pain -MP | Acute pain -MP |
| Pain Location | Abdomen -FB | — | Abdomen -MP |
| Pain Orientation | Left -FB | — | Left -MP |
| Pain Descriptors | Aching -FB | — | Aching;Sharp -MP |
| Pain Frequency | Constant/continuous -FB | — | Constant/continuous -MP |
| Pain Onset | — | — | On-going -MP |
| Discomfort Assessment (Non Pain) | — | — | Nausea;Anxious -MP |
| Patient's Pain/Comfort Goal | Relief -FB | Relief -MP | Transcend - Transcendence -MP |
| Intervention(s) to Relieve Pain/Discomfort | Distraction -FB | Medicated for pain -MP | Repositioned;Distraction -MP |

### Intake/Output - Sat June 08, 2019

| Row Name | 1420 | 1300 | 1200 | 1200 | 1152 |
|---|---|---|---|---|---|
| lactated Ringers (LR) continuous infusion | | | | | |



Lincoln/Cummins 0562

## Flowsheets (all recorded) (continued)

### Intake/Output - Sat June 08, 2019 (continued)

| Row Name | 1420 | 1300 | 1200 | 1200 | 1152 |
|---|---|---|---|---|---|
| Rate | * There are multiple administrations at this time. Please see the MAR for detailed information. -FB | — | * There are multiple administrations at this time. Please see the MAR for detailed information. -AR | — | — |
| Volume (mL) | — | — | — | 500 mL -AR | — |
| **Propofol Drip** | | | | | |
| Dose (mg) Propofol | — | — | — | — | 100 mg -AR |
| Concentration Propofol | — | — | — | — | 10 mg/mL -AR |
| **Urine Output/Assessment** | | | | | |
| Measured Urine | — | 100 mL -FB | — | — | — |

[REMOVED] Ureteral Drain/Stent Left ureter 7 Fr.

| | |
|---|---|
| Ureteral Drain/Stent Properties | Placement Date: 06/08/19 -KC Placement Time: 1200 -KC Placed prior to Admission?: No -KC Inserted by Other: Provider -KC Location: Left ureter -KC Tube Size (Fr.): 7 Fr. -KC Urine Returned: Yes -KC Patient Discharged: Patient discharged with LDA in place -KC Removal Date: 06/09/19 -AD Removal Time: 1653 -AD |

[REMOVED] Peripheral IV 06/08/19 Left Antecubital

| | |
|---|---|
| IV Properties | Placement Date: 06/08/19 -FB Placement Time: 1002 -FB Placed prior to Admission?: No -FB Orientation: Left -FB Location: Antecubital -FB Site Prep: Chlorhexidine -FB Inserted by Other: RN -FB Insertion attempts: 1 -FB Removal Date: 06/08/19 -FB Removal Time: 1100 -FB Removal Reason: Occluded -FB Catheter Tip Intact: Yes -FB |

[REMOVED] Peripheral IV 06/08/19 Right Antecubital

| | |
|---|---|
| IV Properties | Placement Date: 06/08/19 -FB Placement Time: 1115 -FB Orientation: Right -FB Location: Antecubital -FB Site Prep: Chlorhexidine -FB Inserted by Other: RN -FB Insertion attempts: 2 -FB Removal Date: 06/09/19 -AD Removal Time: 1653 -AD |

| Row Name | 1141 | 1137 | 1127 | 1041 |
|---|---|---|---|---|
| **lactated Ringers (LR) continuous infusion** | | | | |
| Rate | — | — | * There are multiple administrations at this time. Please see the MAR for detailed information. -AR | * There are multiple administrations at this time. Please see the MAR for detailed information. -MP |
| **ceFAZolin (ANCEF) in NS 3 g Start: 06/08/19 1045** | | | | |
| Dose | *2 g -AR | — | — | — |
| **Propofol Drip** | | | | |
| Dose (mg) Propofol | — | 200 mg -AR | — | — |
| Concentration Propofol | — | 10 mg/mL -AR | — | — |

[REMOVED] Peripheral IV 06/08/19 Left Antecubital

| | |
|---|---|
| IV Properties | Placement Date: 06/08/19 -FB Placement Time: 1002 -FB Placed prior to Admission?: No -FB Orientation: Left -FB Location: Antecubital -FB Site Prep: Chlorhexidine -FB Inserted by Other: RN -FB Insertion attempts: 1 -FB Removal Date: 06/08/19 -FB Removal Time: 1100 -FB Removal Reason: Occluded -FB Catheter Tip Intact: Yes -FB |

[REMOVED] Peripheral IV 06/08/19 Right Antecubital

| | |
|---|---|
| IV Properties | Placement Date: 06/08/19 -FB Placement Time: 1115 -FB Orientation: Right -FB Location: Antecubital -FB Site Prep: Chlorhexidine -FB Inserted by Other: RN -FB Insertion attempts: 2 - |

## Flowsheets (all recorded) (continued)

### Intake/Output - Sat June 08, 2019 (continued)

| Row Name | 1141 | 1137 | 1127 | 1041 |
|---|---|---|---|---|
| | FB Removal Date: 06/09/19 -AD Removal Time: 1653 -AD | | | |

### Simple Assessment - Sat June 08, 2019

| Row Name | 1330 | 0937 |
|---|---|---|
| **Neurological** | | |
| Neuro (WDL) | WDL -FB | WDL -MP |
| **HEENT** | | |
| HEENT (WDL) | — | WDL -MP |
| **Respiratory** | | |
| Respiratory (WDL) | WDL -FB | WDL -MP |
| **Cardiac** | | |
| Cardiac (WDL) | WDL -FB | WDL -MP |
| **Integumentary** | | |
| Integumentary (WDL) | X -FB | WDL -MP |
| Patient has Wound LDA? | Yes - See LDA documentation on the Wound Care/Assess Flowsheet -FB | — |
| **Braden Scale** | | |
| Sensory Perceptions | 4 -FB | 4 -MP |
| Moisture | 3 -FB | 4 -MP |
| Moisture Interventions | Maintain clean dry skin -FB | — |
| Activity | 3 -FB | 4 -MP |
| Activity Interventions | Encourage activity/ambulation -FB | — |
| Mobility | 4 -FB | 4 -MP |
| Nutrition | 4 -FB | 3 -MP |
| Friction and Shear | 3 -FB | 3 -MP |
| Braden Scale Score | 21 -FB | 22 -MP |
| Pressure Injury Prevention Goal (Required) | Reduce the risk of skin breakdown -FB | Reduce the risk of skin breakdown -MP |
| **Pressure Injury Prevention Care** | | |
| Repositioned | — | Turns self -MP |
| Positioning Frequency | — | Able to turn self -MP |
| **Musculoskeletal** | | |
| Musculoskeletal (WDL) | WDL -FB | WDL -MP |
| **Gastrointestinal** | | |

## Flowsheets (all recorded) (continued)

### Simple Assessment - Sat June 08, 2019 (continued)

| Row Name | 1330 | 0937 |
|---|---|---|
| Gastrointestinal (WDL) | WDL -FB | X -MP |
| Abdomen Inspection | — | Other (Comment) severe pain L side abdomen -MP |
| Tenderness | — | LUQ;LLQ -MP |
| Last BM Prior to Admission | — | 06/08/19 -MP |
| Passing Flatus | — | Yes -MP |
| GI Symptoms | — | Nausea -MP |
| **Genitourinary** | | |
| Genitourinary (WDL) | X -FB | WDL -MP |
| Patient has Urinary Device? | Yes - See LDA Documentation on the I&O Flowsheet -FB | — |
| Genitourinary Symptoms | Urgency;Dribbling -FB | — |
| **Psychosocial** | | |
| Psychosocial (WDL) | WDL -FB | WDL -MP |

### Screenings - Sat June 08, 2019

| Row Name | 0900 |
|---|---|
| **Values/Beliefs** | |
| Cultural Requests During Hospitalization | no requests -MP |
| Spiritual Requests During Hospitalization | no requests -MP |
| **Assistive Devices** | |
| Assistive Devices | None -MP |
| **Screening for Blood Administration Preferences** | |
| Blood Administration Preferences | Will accept blood transfusion - no action -MP |
| **ABCS: Risk for Injury with Fall** | |
| COAGULATION: Is on anti-coagulation therapy | Yes -MP |
| HIGH RISK for Injury | No -MP |
| **Nutrition Screen** | |
| Unplanned | 0 -MP |

## Flowsheets (all recorded) (continued)

### Screenings - Sat June 08, 2019 (continued)

| Row Name | 0900 |
|---|---|
| Weight Loss in Last 6 Months | |
| Poor Oral Intake of 75% or Less of Usual Intake for 7 or More Days Prior to Admission | 0 -MP |
| Difficulty Chewing or Swallowing | No -MP |
| Pressure Injury or Non-Healing Wound | No -MP |
| Home Tube Feeding or Total Parenteral Nutrition (TPN) | No -MP |
| Dietitian Referral Needed | No -MP |
| **Bedside Mobility Assessment (BMAT)** | |
| Bedside Mobility Assessment (BMAT) | Level 4, walk/independently -MP |
| **ADL Screening** | |
| Activities of Daily Living ADL's | Independent -MP |
| **Therapy Referrals** | |
| PT Evaluation Needed | 2 -MP |
| OT Evaluation Needed | 2 -MP |
| SLP Evaluation Needed | 2 -MP |
| **Abuse/Neglect/Domestic Violence Assessment** | |
| Abuse/Neglect/Domestic Violence | No indicators of abuse/neglect -MP |
| Patient Safety | Patient feels safe -MP |
| **Hester Davis Fall Risk Assessment** | |
| Last Known Fall | 0 -MP |
| Mobility | 0 -MP |
| Medications | 0 -MP |
| Mental Status/LOC/Awareness | 0 -MP |
| Toileting Needs | 0 -MP |
| Volume/Electrolyte Status | 0 -MP |

## Flowsheets (all recorded) (continued)

### Screenings - Sat June 08, 2019 (continued)

| Row Name | 0900 |
|---|---|
| Communication/Sensory | 0 -MP |
| Behavior | 0 -MP |
| Hester Davis Fall Risk Total | 2 -MP |
| **Fall Risk Interventions** | |
| Universal Fall Precautions | Yes, as appropriate for care setting -MP |

### Discharge Planning - Sat June 08, 2019

| Row Name | 1636 |
|---|---|
| **Discharge Planning** | |
| Living With | Spouse/significant other -FB |
| Support Systems | Spouse/significant other -FB |
| Type of Residence | House -FB |
| Patient May Return to Pre-Admission Living Arrangement | Yes -FB |
| Home Care Services | No -FB |
| Patient expects to be discharged to: | home -FB |
| Barriers to Discharge | None -FB |
| Discharge Transportation | Private car -FB |
| Expected Discharge Date | 06/08/19 -FB |
| **Discharge Support Person** | |
| Discharge Support Person Designated | Yes -FB |
| Name of Discharge Support Person Aiding with Post-Discharge Care | significant other -FB |
| Discharge of Support Person Notification of Discharge | Notified/reached -FB |
| Notification of Discharge Date | 06/08/19 -FB |

## Flowsheets (all recorded) (continued)

### Discharge Planning - Sat June 08, 2019 (continued)

### PACU Vitals - Sat June 08, 2019

| Row Name | 1301 | 1253 | 1218 | 1217 | 1216 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| Temp | 36.4 °C (97.5 °F) -LN | — | — | — | — |
| Resp | 14 -LN | — | 16 -LN | 15 -LN | 16 -LN |
| Pulse | 84 -LN | — | 80 -LN | 77 -LN | 77 -LN |
| BP | 118/78 -LN | — | — | — | — |
| **Oxygen Therapy** | | | | | |
| Pulse (SPO2) | 78 BPM -LN | 74 BPM -LN | 76 BPM -LN | 79 BPM -LN | 77 BPM -LN |
| SpO2 | 96 % -LN | 95 % -LN | 98 % -LN | 97 % -LN | 97 % -LN |
| O2 Device | None (Room air) -LN | None (Room air) -LN | — | — | — |
| **Pain/Discomfort Assessment** | | | | | |
| Pain/Discomfort Assessment | 0-10 Scale -LN | — | — | — | — |
| 0-10 Pain Score | 4 -LN | — | — | — | — |
| Pain Type | Surgical pain -LN | — | — | — | — |
| Pain Location | Abdomen -LN | — | — | — | — |
| Pain Orientation | Left -LN | — | — | — | — |
| Pain Descriptors | Aching -LN | — | — | — | — |
| Pain Frequency | Constant/continuous -LN | — | — | — | — |
| Pain Onset | On-going -LN | — | — | — | — |
| Patient's Pain/Comfort Goal | Relief -LN | — | — | — | — |
| Intervention(s) to Relieve Pain/Discomfort | Repositioned -LN | — | — | — | — |

| Row Name | 1215 |
|---|---|
| **Vitals** | |
| Temp | 36.2 °C (97.2 °F) -LN |
| Resp | 16 -LN |
| Pulse | 78 -LN |
| BP | 109/64 -LN |
| MAP (mmHg) | 76 -LN |
| **Oxygen Therapy** | |
| Pulse (SPO2) | 81 BPM -LN |
| SpO2 | 96 % -LN |
| O2 Device | Simple mask -LN |
| O2 Flow Rate (L/min) | 5 L/min -LN |
| Pulse Oximetry Type | Continuous -LN |
| **Pain/Discomfort Assessment** | |

## Flowsheets (all recorded) (continued)

### PACU Vitals - Sat June 08, 2019 (continued)

| Row Name | 1215 |
|---|---|
| Pain/Discomfort Assessment | — no facial grimacing -LN |

### OR Lines/Drains/Airways - Sat June 08, 2019

| Row Name | 1300 | 1215 |
|---|---|---|
| **[REMOVED] Peripheral IV 06/08/19 Left Antecubital** | | |
| IV Properties | Placement Date: 06/08/19 -FB Placement Time: 1002 -FB Placed prior to Admission?: No -FB Orientation: Left -FB Location: Antecubital -FB Site Prep: Chlorhexidine -FB Inserted by Other: RN -FB Insertion attempts: 1 -FB Removal Date: 06/08/19 -FB Removal Time: 1100 -FB Removal Reason: Occluded -FB Catheter Tip Intact: Yes -FB | |
| Dressing Status | Removed -LN | Removed -LN |
| **[REMOVED] Peripheral IV 06/08/19 Right Antecubital** | | |
| IV Properties | Placement Date: 06/08/19 -FB Placement Time: 1115 -FB Orientation: Right -FB Location: Antecubital -FB Site Prep: Chlorhexidine -FB Inserted by Other: RN -FB Insertion attempts: 2 -FB Removal Date: 06/09/19 -AD Removal Time: 1653 -AD | |
| Site Assessment | Clean/Dry/Intact -LN | Clean/Dry/Intact -LN |
| Peripheral Line Necessity | Yes, meets criteria -LN | Yes, meets criteria -LN |
| Line Status/Intervention | Infusing -LN | Infusing -LN |
| Infiltration Grade Assessment | 0 -LN | 0 -LN |
| Phlebitis Grade Assessment | 0 -LN | 0 -LN |
| Dressing Type | Transparent -LN | Transparent -LN |
| Dressing Status | Clean/Dry/Intact -LN | Clean/Dry/Intact -LN |
| Dressing Intervention | — | New dressing -LN |
| **[REMOVED] Ureteral Drain/Stent Left ureter 7 Fr.** | | |
| Ureteral Drain/Stent Properties | Placement Date: 06/08/19 -KC Placement Time: 1200 -KC Placed prior to Admission?: No -KC Inserted by Other: Provider -KC Location: Left ureter -KC Tube Size (Fr.): 7 Fr. -KC Urine Returned: Yes -KC Patient Discharged: Patient discharged with LDA in place -KC Removal Date: 06/09/19 -AD Removal Time: 1653 -AD | |
| Site Assessment | Drainage -LN | Clean;Intact -LN |
| Site Drainage Amount | Scant -LN | None -LN |
| Site Drainage Description | Serosanguineous -LN | Other (Comment) not visible -LN |
| Dressing Status | New drainage -LN | Clean;Dry;Intact -LN |
| Dressing Type | Other (Comment) from urethra -LN | — |

### Preop Checklist - Sat June 08, 2019

| Row Name | 0900 |
|---|---|

## Flowsheets (all recorded) (continued)

### Preop Checklist - Sat June 08, 2019 (continued)

| Row Name | 0900 |
|---|---|
| **PreOp/Pre-Procedure Checklist** | |
| Patient's Preferred Name | Mike -MP |
| ID Band Applied | Yes -MP |
| Patient ID Verified | Verbal;Armband -MP |
| Interpreter Arranged/Needed | No -MP |
| Allergies Reviewed | Yes -MP |
| Does Patient have any Implants? | No -MP |
| Patient Pregnant | Not Applicable -MP |
| Patient on Anticoagulant? | Yes (last dose) Coumadin 5mg; 6/6/19 2200 -MP |

### Isolation, Travel and Vaccination Screenings - Sat June 08, 2019

| Row Name | 0900 |
|---|---|
| **Prior To Arrival** | |
| Hospitalized Anywhere in the Last 14 Days | No -MP |
| Received Antibiotic Within Past 48 Hours | No -MP |
| **Initial Patient Presentation** | |
| Patient Presents/Complains of the following Symptoms | No fever, respiratory symptoms, diarrhea, wound drainage, scabies, lice or bed bugs -MP |
| History of MRSA within the last 2 years? | No -MP |
| **Travel History (CRE) Infection** | |
| Has Patient had an Overnight Stay in a Hospital Outside the US in the Past 6 Months? | No -MP |
| **Influenza Vaccine Screening - Required October through March** | |
| Previously immunized this flu season | Yes -MP |

## Flowsheets (all recorded) (continued)

### Vitals Reassessment - Sat June 08, 2019

| Row Name | 1328 | 1301 | 1253 | 1218 | 1217 |
|---|---|---|---|---|---|
| Vitals Timer | | | | | |
| Restart Vitals Timer | Yes -FB | Yes -LN | Yes -LN | Yes -LN | Yes -LN |

| Row Name | 1216 | 1215 | 0929 |
|---|---|---|---|
| Vitals Timer | | | |
| Restart Vitals Timer | Yes -LN | Yes -LN | Yes -MP |

### Patient Belongings - Sat June 08, 2019

| Row Name | 0900 |
|---|---|
| Patient Owned Assistive Devices/Belongings at Bedside | |
| Patient owned assistive devices/belongings at Bedside | None -MP |
| Patient Owned Assistive Devices/Belongings at Bedside Given to Patient Designee | |
| Patient owned assistive devices/belongings given to designee | None -MP |
| Personal Valuables Sent to Safe | |
| Personal belongings sent to Safe | None -MP |
| Contraband Sent to Security | |
| Contraband sent to security | Not Applicable -MP |
| Patient Owned Assistive Devices/Belongings in Unit Specific Stoarge Area | |
| Patient Owned Assistive Devices/Belongings in Unit Specific Storage | None -MP |
| Patient Medications | |
| Medications brought by patient? | No -MP |

### Patient Belongings - Sat June 08, 2019

| Row Name | 1637 |
|---|---|
| Patient Belongings | |
| Patient owned assistive devices/belongings at Bedside | Dentures;Clothing -FB |
| Patient owned assistive devices | N/A -FB |

## Flowsheets (all recorded) (continued)

### Patient Belongings - Sat June 08, 2019 (continued)

| Row Name | 1637 |
|---|---|
| at bedside returned? | |
| Belongings sent to Safe were returned? | N/A -FB |
| Contraband sent to security | Not Applicable -FB |
| Belongings sent to Security returned? | N/A -FB |
| Patient Owned Assistive Devices/Belongings in Unit Specific Storage | None -FB |
| Patient Owned Devices/Belongings in Unit Specific Storage Area Returned? | N/A -FB |
| Medications brought by patient? | No -FB |
| Medications were returned? | N/A -FB |

### Provider Notification - Sat June 08, 2019

| Row Name | 1020 |
|---|---|
| **Provider Notification** | |
| Reason for Communication | Other (Comment) POC INR 3.3, pt painful, no pain meds ordered. -MP |
| Provider Name | Walker -MP |
| Method of Communication | Page -MP |
| Response | No new orders -MP |

### Suicide and Violence Screening Tool - Sat June 08, 2019

| Row Name | 0900 |
|---|---|
| **Suicide and Violence Screening Tool** | |
| 1. Are you now or in your recent past, had thoughts of harming yourself or others? | No -MP |
| Suicide and Violence Risk | No Risk -MP |

## Flowsheets (all recorded) (continued)

### Suicide and Violence Screening Tool - Sat June 08, 2019 (continued)

### AVS DC - Sat June 08, 2019

| Row Name | 1640 |
|---|---|
| Discharge Zones Required | |
| Discharge Type | Adult -FB |
| Specialty Content | OP Surgery -FB |

### Sepsis Predictive Model Score - Sat June 08, 2019

| Row Name | 1646 | 1631 | 1616 | 1602 | 1546 |
|---|---|---|---|---|---|
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 1.5 -UB | 1.5 -UB | 1.5 -UB | 1.5 -UB | 1.5 -UB |
| Row Name | 1531 | 1516 | 1502 | 1446 | 1431 |
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 1.5 -UB | 1.5 -UB | 1.5 -UB | 1.5 -UB | 1.5 -UB |
| Row Name | 1416 | 1402 | 1346 | 1331 | 1316 |
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 1.5 -UB | 1.5 -UB | 1.5 -UB | 1.5 -UB | 1.5 -UB |
| Row Name | 1303 | 1246 | 1231 | 1216 | 1204 |
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 1.4 -UB | 1.4 -UB | 1.6 -UB | 1.6 -UB | 1.6 -UB |
| Row Name | 1146 | 1131 | 1116 | 1102 | 1046 |
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 1.6 -UB | 1.7 -UB | 1.7 -UB | 1.7 -UB | 1.7 -UB |
| Row Name | 1031 | 1016 | 1002 | 0946 | 0931 |
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 1.7 -UB | 1.7 -UB | 1.3 -UB | 1.3 -UB | 1.3 -UB |
| Row Name | 0916 | | | | |
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 1.3 -UB | | | | |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| KC | Karl M Christman, RN | 07/06/16 - |
| LN | Lori J Nelson, RN | 05/05/16 - |
| UB | User Batchq | - |
| AR | Andrew W Rushton, MD | 07/19/16 - |
| FB | Flora A Bellew, RN | 05/23/19 - |
| MP | Meira Y Pomegranate, RN | 07/26/16 - |
| AD | Automatic Discharge Provider | - |

## Orders and Results

### Stone Analysis [198397030]

Electronically signed by: **Brady Walker, MD on 06/10/19 1445** Status: **Completed**
Mode: Ordering in Verbal order with readback mode Communicated by: Lorri S. Carter
Ordering user: Lorri S. Carter 06/10/19 0935 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/10/19 0933 - 1 occurrence
Order comments: Received on Pathology paperwork hand written Lab for Stone Analysis 06/10/19; received left Ureteral Stone

Resulted: 06/18/19 1430, Result status: Edited

Stone Analysis [198397031] Result - FINAL

Ordering provider: Brady Walker, MD 06/10/19 0935 Resulting lab: QUEST-SEATTLE
Narrative:
Performing Organization Information:
Site ID: SLI
Name: QUEST DIAGNOSTICS NICHOLS VALENCIA
Address: 27027 TOURNEY ROAD VALENCIA, CA 91355-5386
Director: JON M NAKAMOTO,MD,PHD

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19RF-161R0075 | Calculus | Ureter, Left | 06/10/19 0935 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Specimen Source | Left Ureteral | — | — | QUEST-STL |
| Nidus: | Not observed | — | — | QUEST-STL |
| Component 1 | See Below | — | — | QUEST-STL |
| Comment: Uric Acid Dihydrate 80%<br>Calcium Oxalate Monohydrate (Whewellite) 20% | | | | |
| Stone Weight | 0.0540 | g | — | QUEST-STL |

Comment:
The image will follow, unless test is cancelled or no picture is available to report.

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute Valencia. It has not been cleared or approved by the US Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.
Test Performed at:
QUEST DIAGNOSTICS NICHOLS VALENCIA
27027 TOURNEY ROAD
VALENCIA, CA 91355-5386
JON M NAKAMOTO,MD,PHD

Testing Performed By

## Orders and Results (continued)

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **123000501 - QUEST-STL** | QUEST-SEATTLE | Unknown | Unknown | 04/06/17 1036 - Present |

### Stone Analysis [198397030]

Electronically signed by: **Brady Walker, MD on 06/10/19 1445** Status: **Completed**
Mode: Ordering in Verbal order with readback mode Communicated by: Lorri S. Carter
Ordering user: Lorri S. Carter 06/10/19 0935 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/10/19 0933 - 1 occurrence
Order comments: Received on Pathology paperwork hand written Lab for Stone Analysis 06/10/19; received left Ureteral Stone

Stone Analysis [198397030] Result status: No result
Ordering provider: Brady Walker, MD 06/10/19 0935

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Calculus | Ureter, Left | — |

### Discharge patient [198397016]

Electronically signed by: **Brady Walker, MD on 06/08/19 1628** Status: **Completed**
Ordering user: Brady Walker, MD 06/08/19 1628 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 1629 - 1 occurrence Released by: Brady Walker, MD 06/08/19 1628

Discharge patient [198397029] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 1628

### Discharge patient [198397016]

Electronically signed by: **Brady Walker, MD on 06/08/19 1628** Status: **Completed**
Ordering user: Brady Walker, MD 06/08/19 1628 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 1629 - 1 occurrence Released by: Brady Walker, MD 06/08/19 1628

Discharge patient [198397016] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 1628

### NCS Adult and PED Peri-Anesthesia Post-Op Phase 2 [198397017]

Electronically signed by: **Brady Walker, MD on 06/08/19 1628** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1628 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Until Discontinued 06/08/19 1629 - Until Specified
Canceled by: Automatic Discharge Provider 06/08/19 1858

NCS Adult and PED Peri-Anesthesia Post-Op Phase 2 [198397017] Result status: No result
Ordering provider: Brady Walker, MD

## Orders and Results (continued)

### Diet NPO [198397018]

Electronically signed by: **Brady Walker, MD on 06/08/19 1628** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1628 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Effective Now 06/08/19 1629 - Until Specified Diet: General
Canceled by: Automatic Discharge Provider 06/08/19 1858

Questionnaire

| Question | Answer |
|---|---|
| Type | NPO |

Diet NPO [198397018] Result status: No result
Ordering provider: Brady Walker, MD

### Advance diet as tolerated Nursing order,Nursing to modify Diet order to: General [198397019]

Electronically signed by: **Brady Walker, MD on 06/08/19 1628** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1628 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Until Discontinued 06/08/19 1629 - Until Specified
Canceled by: Automatic Discharge Provider 06/08/19 1858

Questionnaire

| Question | Answer |
|---|---|
| Nursing to modify Diet order to | General |

Advance diet as tolerated Nursing order,Nursing to modify Diet order to: General [198397019] Result status: No result
Ordering provider: Brady Walker, MD

### Discontinue Pre-Op Medications [198397020]

Electronically signed by: **Brady Walker, MD on 06/08/19 1628** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1628 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 1629 - 1 occurrence
Canceled by: Automatic Discharge Provider 06/08/19 1858

Discontinue Pre-Op Medications [198397020] Result status: No result
Ordering provider: Brady Walker, MD

### DISCONTINUE PACU MEDS ON TRANSFER TO PHASE II [198397021]

Electronically signed by: **Brady Walker, MD on 06/08/19 1628** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1628 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 1629 - 1 occurrence



Lincoln/Cummins 0576

## Orders and Results (continued)

**DISCONTINUE PACU MEDS ON TRANSFER TO PHASE II [198397021] (continued)**

Canceled by: Automatic Discharge Provider 06/08/19 1858
Order comments: ANESTHESIA ORDER

DISCONTINUE PACU MEDS ON TRANSFER TO PHASE II [198397021] Result status: No result
Ordering provider: Brady Walker, MD

**sodium chloride (NS) flush 3-10 mL [198397022]**

Electronically signed by: **Brady Walker, MD on 06/08/19 1628** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1628 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
PRN reasons: Line Care
Frequency: PRN 06/08/19 1628 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853

sodium chloride (NS) flush 3-10 mL [198397022] Result status: No result
Ordering provider: Brady Walker, MD

**saline lock IV [198397023]**

Electronically signed by: **Brady Walker, MD on 06/08/19 1628** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1628 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 1629 - 1 occurrence
Canceled by: Automatic Discharge Provider 06/08/19 1858
Order comments: When taking PO well

saline lock IV [198397023] Result status: No result
Ordering provider: Brady Walker, MD

**naloxone (NARCAN) injection 0.04 mg [198397024]**

Electronically signed by: **Brady Walker, MD on 06/08/19 1628** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1628 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
PRN Comment: Over Sedation
Frequency: PRN 06/08/19 1628 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853

naloxone (NARCAN) injection 0.04 mg [198397024] Result status: No result
Ordering provider: Brady Walker, MD

**Activity as tolerated [198397025]**

Electronically signed by: **Brady Walker, MD on 06/08/19 1628** Status: **Active**
Ordering user: Brady Walker, MD 06/08/19 1628 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: 06/08/19 - Released by: Brady Walker, MD 06/08/19 1628

## Orders and Results (continued)

Activity as tolerated [198397025] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 1628

### Follow-up with surgeon in 1-2 weeks [198397026]

Electronically signed by: **Brady Walker, MD on 06/08/19 1628** Status: **Active**
Ordering user: Brady Walker, MD 06/08/19 1628 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: 06/08/19 - Released by: Brady Walker, MD 06/08/19 1628
Order comments: See me later this week for stent removal

Follow-up with surgeon in 1-2 weeks [198397026] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 1628

### Place as observation patient [198397027]

Electronically signed by: **Brady Walker, MD on 06/08/19 1627** Status: **Completed**
Ordering user: Brady Walker, MD 06/08/19 1627 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 1628 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Diagnosis/Reason for stay | URETERAL STONE |
| Admitting Physician | WALKER, BRADY |
| Future Attending Provider | WALKER, BRADY |
| Room Type | Surgical |
| Hospital - update only for ECT transfers between UDMC and RBMC | RIVERBEND MEDICAL CENTER |
| Patient Class | Observation |

Place as observation patient [198397028] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 1627


### Place as observation patient [198397027]

Electronically signed by: **Brady Walker, MD on 06/08/19 1627** Status: **Completed**
Ordering user: Brady Walker, MD 06/08/19 1627 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 1628 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Diagnosis/Reason for stay | URETERAL STONE |
| Admitting Physician | WALKER, BRADY |
| Future Attending Provider | WALKER, BRADY |
| Room Type | Surgical |
| Hospital - update only for ECT transfers between UDMC and RBMC | RIVERBEND MEDICAL CENTER |
| Patient Class | Observation |




Lincoln/Cummins 0578

## Orders and Results (continued)

Place as observation patient [198397027] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 1627

### oxyCODONE (ROXICODONE) immediate release tablet 5-15 mg [198396991]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
PRN reasons: Moderate Pain (Pain Scale 4-6) Severe Pain (Pain Scale 7-10)
PRN Comment: MODERATE - SEVERE PAIN (4-10) FIRST CHOICE
Frequency: Q3H PRN 06/08/19 1254 - 06/08/19 1853 Released by: Lori J Nelson, RN 06/08/19 1254
Discontinued by: Automatic Discharge Provider 06/08/19 1853 [Patient Discharge]

oxyCODONE (ROXICODONE) immediate release tablet 5-15 mg [198396991] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 1254

### oxyCODONE (ROXICODONE) 5 MG immediate release tablet **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [198397015]

Electronically signed by: **Background, Rx Pyxis on 06/08/19 1250** Status: **Active**
Ordering user: Background, Rx Pyxis 06/08/19 1250
Frequency: 06/08/19 1250 - Until Discontinued
Medication comments: NELSON, LORI: cabinet override

oxyCODONE (ROXICODONE) 5 MG immediate release tablet **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [198397015] Result status: No result

### oxyCODONE (ROXICODONE) 5 MG immediate release tablet **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [198397014]

Electronically signed by: **Background, Rx Pyxis on 06/08/19 1240** Status: **Active**
Ordering user: Background, Rx Pyxis 06/08/19 1240
Frequency: 06/08/19 1240 - Until Discontinued
Medication comments: NELSON, LORI: cabinet override

oxyCODONE (ROXICODONE) 5 MG immediate release tablet **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [198397014] Result status: No result

### hyoscyamine (LEVSIN) 0.125 mg tablet **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [198397013]

Electronically signed by: **Background, Rx Pyxis on 06/08/19 1239** Status: **Active**
Ordering user: Background, Rx Pyxis 06/08/19 1239
Frequency: 06/08/19 1239 - Until Discontinued
Medication comments: NELSON, LORI: cabinet override

hyoscyamine (LEVSIN) 0.125 mg tablet **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** Result status: No result

## Orders and Results (continued)

[198397013]

### HYDROmorphone (DILAUDID) injection 0.5 mg [198396992]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
PRN reasons: Other
PRN Comment: MODERATE - SEVERE PAIN (4-10) SECOND CHOICE
Frequency: Q30 Min PRN 06/08/19 1238 - 24 hours Released by: Lori J Nelson, RN 06/08/19 1238
Discontinued by: Automatic Discharge Provider 06/08/19 1853 [Patient Discharge]

HYDROmorphone (DILAUDID) injection 0.5 mg [198396992] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 1238

### oxyCODONE (ROXICODONE) immediate release tablet 5-15 mg [198396993]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
PRN reasons: Other
PRN Comment: MODERATE - SEVERE PAIN (4-10) SECOND CHOICE
Frequency: Q3H PRN 06/09/19 1238 - 06/08/19 1853 Released by: Lori J Nelson, RN 06/08/19 1238
Discontinued by: Automatic Discharge Provider 06/08/19 1853 [Patient Discharge]

oxyCODONE (ROXICODONE) immediate release tablet 5-15 mg [198396993] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 1238

### hyoscyamine sulfate (LEVSIN) tablet 0.125-0.25 mg [198396999]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
PRN reasons: Bladder spasms
Frequency: Q4H PRN 06/08/19 1237 - 06/08/19 1853 Released by: Lori J Nelson, RN 06/08/19 1237
Discontinued by: Automatic Discharge Provider 06/08/19 1853 [Patient Discharge]

hyoscyamine sulfate (LEVSIN) tablet 0.125-0.25 mg [198396999] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 1237

### NCS Adult and PED Peri-Anesthesia Post-Op Phase 1 [198389305]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
Frequency: Until Discontinued 06/08/19 1237 - Until Specified Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]

NCS Adult and PED Peri-Anesthesia Post-Op Phase 1 [198397004] Result status: No result



Lincoln/Cummins 0580

## Orders and Results (continued)

Ordering provider: Andrew W Rushton, MD 06/08/19 1237

### Discharge patient from recovery [198395372]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
Frequency: Once 06/08/19 1237 - 1 occurrence Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]
Order comments: Discharge from recovery when patient meets PACU discharge criteria. The Anesthesia Post-operative evaluation note must be complete prior to discharge from PACU.

Discharge patient from recovery [198397005] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1237

### Notify Anesthesia provider - Unstable vitals [198395373]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
Frequency: Until Discontinued 06/08/19 1237 - Until Specified Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]
Order comments: Notify anesthesia if blood pressure is 20 percent higher or lower than pre-operative blood pressure. Notify provider for SBP <90 and MAP <60. Notify provider for SBP > 160 or DBP >90. Notify provider for symptomatic bradycardia, tachycardia or for HR > 120, or HR <40. Notify provider for RR < 8 or O2 sat <90.

Notify Anesthesia provider - Unstable vitals [198397006] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1237

### RN may give first dose of the following medications per surgeon orders: [198395374]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
Frequency: Continuous 06/08/19 1237 - Until Specified Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Discharge Provider 06/08/19 1858 [Patient Discharge]
Order comments: May give in PACU if on surgeon's postop orders and patient sedation score less than 3 and Pain Score greater than 2 Oxycodone (2.5 - 5 mg greater than age 65 or OSA; 5- 10 mg less than or equal to age 65) PO OR Hydrocodone / acetaminophen (Norco) 5gm/325 mg (1 if greater than age 65 or OSA; 1-2 if less than or equal to age 65) PO May give ketorolac in PACU if on surgeon's postop orders and it had NOT been administered in OR. May start PCA in PACU if on surgeon's postop orders May give first dose of baclofen, cyclobenzaprine, methocarbamol, carisoprodol, hyoscyamine, B&O suppository, oxybutynin, or gabapentin in PACU as per surgeon's postop orders

RN may give first dose of the following medications per surgeon orders: [198397007] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1237

## Orders and Results (continued)

### Discontinue Pre-Op Meds [198395375]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
Frequency: Once 06/08/19 1237 - 1 occurrence Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]

Discontinue Pre-Op Meds [198397008] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1237

### Oxygen Therapy [198395376]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
Frequency: Once 06/08/19 1237 - 1 occurrence Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]

Questionnaire

| Question | Answer |
|---|---|
| SpO2 | Adult |
| Keep SpO2 at | Other |
| SpO2 | greater than 92 percent |

Order comments: Oxygen therapy titrate to SpO2 92% or greater. O2 delivery device: Nasal cannula, advance to face mask after 4L. If the patient requires oxygen greater than 3 liters per minute nasal cannula or 7 liters per minute face mask to maintain the saturation ordered by the Provider or as directed by OSA protocol, the nurse will directly communicate with Respiratory Care or provider.

Oxygen Therapy [198397009] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1237

### Notify Anesthesia - Glycemic Control [198395378]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
Frequency: Once 06/08/19 1237 - 1 occurrence Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]
Order comments: Notify anesthesia if CBG 70 mg/dL or less, or CBG 180 mg/dL or greater.

Notify Anesthesia - Glycemic Control [198397010] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1237

### Nursing Communication - Same Day Discharge Patients [198395379]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
Frequency: Until Discontinued 06/08/19 1237 - Until Specified Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]



Lincoln/Cummins 0582

## Orders and Results (continued)

### Nursing Communication - Same Day Discharge Patients [198395379] (continued)

Order comments: Administer only one correctional insulin dose. Ensure patient is able to tolerate PO intake prior to discharge

Nursing Communication - Same Day Discharge Patients [198397011] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1237

### POCT Glucose - CBG SQ insulin/CBG > 150 mg/dL [198395380]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
Frequency: STAT 06/08/19 1237 - 1 occurrence Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]
Order comments: Every 2 hours, any patient receiving SQ insulin or admit CBG >180

### POCT Glucose - CBG SQ insulin/CBG > 150 mg/dL [198397012]

POCT Glucose - CBG SQ insulin/CBG > 150 mg/dL [198397012] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1237

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### NCS Adult and PED Peri-Anesthesia Post-Op Phase 1 [198389305]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
Frequency: Until Discontinued 06/08/19 1237 - Until Specified Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]

NCS Adult and PED Peri-Anesthesia Post-Op Phase 1 [198389305] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1236

### Apply warming blanket [198395371]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
Frequency: PRN 06/08/19 1236 - Until Specified Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]
Order comments: As need for temp less than 36 degrees

Apply warming blanket [198395371] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1236

### Discharge patient from recovery [198395372]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**

## Orders and Results (continued)

### Discharge patient from recovery [198395372] (continued)

Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
Frequency: Once 06/08/19 1237 - 1 occurrence Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]
Order comments: Discharge from recovery when patient meets PACU discharge criteria. The Anesthesia Post-operative evaluation note must be complete prior to discharge from PACU.

Discharge patient from recovery [198395372] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1236

### Notify Anesthesia provider - Unstable vitals [198395373]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
Frequency: Until Discontinued 06/08/19 1237 - Until Specified Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]
Order comments: Notify anesthesia if blood pressure is 20 percent higher or lower than pre-operative blood pressure. Notify provider for SBP <90 and MAP <60. Notify provider for SBP > 160 or DBP >90. Notify provider for symptomatic bradycardia, tachycardia or for HR > 120, or HR <40. Notify provider for RR < 8 or O2 sat <90.

Notify Anesthesia provider - Unstable vitals [198395373] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1236

### RN may give first dose of the following medications per surgeon orders: [198395374]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
Frequency: Continuous 06/08/19 1237 - Until Specified Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Discharge Provider 06/08/19 1858 [Patient Discharge]
Order comments: May give in PACU if on surgeon's postop orders and patient sedation score less than 3 and Pain Score greater than 2 Oxycodone (2.5 - 5 mg greater than age 65 or OSA; 5- 10 mg less than or equal to age 65) PO OR Hydrocodone / acetaminophen (Norco) 5gm/325 mg (1 if greater than age 65 or OSA; 1-2 if less than or equal to age 65) PO May give ketorolac in PACU if on surgeon's postop orders and it had NOT been administered in OR. May start PCA in PACU if on surgeon's postop orders May give first dose of baclofen, cyclobenzaprine, methocarbamol, carisoprodol, hyoscyamine, B&O suppository, oxybutynin, or gabapentin in PACU as per surgeon's postop orders

RN may give first dose of the following medications per surgeon orders: [198395374] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1236

### Discontinue Pre-Op Meds [198395375]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
Frequency: Once 06/08/19 1237 - 1 occurrence Released by: Lori J Nelson, RN 06/08/19 1236

## Orders and Results (continued)

### Discontinue Pre-Op Meds [198395375] (continued)

Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]

Discontinue Pre-Op Meds [198395375] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1236

### Oxygen Therapy [198395376]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
Frequency: Once 06/08/19 1237 - 1 occurrence Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]

Questionnaire

| Question | Answer |
|---|---|
| SpO2 | Adult |
| Keep SpO2 at | Other |
| SpO2 | greater than 92 percent |

Order comments: Oxygen therapy titrate to SpO2 92% or greater. O2 delivery device: Nasal cannula, advance to face mask after 4L. If the patient requires oxygen greater than 3 liters per minute nasal cannula or 7 liters per minute face mask to maintain the saturation ordered by the Provider or as directed by OSA protocol, the nurse will directly communicate with Respiratory Care or provider.

Oxygen Therapy [198395376] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1236

### Notify Anesthesia - Glycemic Control [198395378]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
Frequency: Once 06/08/19 1237 - 1 occurrence Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]
Order comments: Notify anesthesia if CBG 70 mg/dL or less, or CBG 180 mg/dL or greater.

Notify Anesthesia - Glycemic Control [198395378] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1236

### Nursing Communication - Same Day Discharge Patients [198395379]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
Frequency: Until Discontinued 06/08/19 1237 - Until Specified Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]
Order comments: Administer only one correctional insulin dose. Ensure patient is able to tolerate PO intake prior to discharge

Nursing Communication - Same Day Discharge Patients [198395379] Result status: No result



Lincoln/Cummins 0585

## Orders and Results (continued)

Ordering provider: Andrew W Rushton, MD 06/08/19 1236

### POCT Glucose - CBG SQ insulin/CBG > 150 mg/dL [198395380]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
Frequency: STAT 06/08/19 1237 - 1 occurrence Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]
Order comments: Every 2 hours, any patient receiving SQ insulin or admit CBG >180

### POCT Glucose - CBG SQ insulin/CBG > 150 mg/dL [198395380]

POCT Glucose - CBG SQ insulin/CBG > 150 mg/dL [198395380] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1236

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### POCT Glucose - Insulin infusion [198395381]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
Frequency: Q1H PRN 06/08/19 1236 - Until Specified Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]
Order comments: Every hour for any patient receiving IV or subcutaneous insulin infusion

### POCT Glucose - Insulin infusion [198395381]

POCT Glucose - Insulin infusion [198395381] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1236

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### dextrose 50 % in water (D50W) injection 6-50 mL [198395382]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
PRN reasons: Low blood sugar
PRN Comment: For hypoglycemia, administer D50W or D10W.
Frequency: Q15 Min PRN 06/08/19 1236 - 06/08/19 1316 Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]

dextrose 50 % in water (D50W) injection 6-50 mL [198395382] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1236

### dextrose 10% bolus 50-200 mL [198395383]

## Orders and Results (continued)

**dextrose 10% bolus 50-200 mL [198395383] (continued)**

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
PRN reasons: Low blood sugar
PRN Comment: For hypoglycemia, administer D50W or D10W.
Frequency: Q15 Min PRN 06/08/19 1236 - 06/08/19 1316 Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]

Questionnaire

| Question | Answer |
| --- | --- |
| Hold maintenance infusion while bolus is infusing? | No |

dextrose 10% bolus 50-200 mL [198395383] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1236

**insulin lispro medium dose adult subcutaneous corrective [198395384]**

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
PRN reasons: High Blood Sugar
Frequency: PRN 06/08/19 1236 - 06/08/19 1316 Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]

insulin lispro medium dose adult subcutaneous corrective [198395384] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1236

**fentaNYL (SUBLIMAZE) injection 25-50 mcg [198395385]**

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
PRN reasons: Mild Pain (Pain Scale 1-3) Moderate Pain (Pain Scale 4-6) Severe Pain (Pain Scale 7-10)
PRN Comment: Use 25 mcg for mild-moderate pain (pain score 1-6), and 50 mcg for severe pain (pain scale 7-10)
Frequency: Q5 Min PRN 06/08/19 1236 - 06/08/19 1316 Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]

fentaNYL (SUBLIMAZE) injection 25-50 mcg [198395385] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1236

**HYDROmorphone (DILAUDID) injection 0.3-0.5 mg [198395386]**

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
PRN reasons: Mild Pain (Pain Scale 1-3) Moderate Pain (Pain Scale 4-6) Severe Pain (Pain Scale 7-10)
PRN Comment: for post-operative pain
Frequency: Q15 Min PRN 06/08/19 1236 - 06/08/19 1316 Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]

HYDROmorphone (DILAUDID) injection 0.3-0.5 mg [198395386] Result status: No result

## Orders and Results (continued)

Ordering provider: Andrew W Rushton, MD 06/08/19 1236

### naloxone (NARCAN) injection 0.04 mg [198395387]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
PRN reasons: Opioid Reversal
Frequency: PRN 06/08/19 1236 - 06/08/19 1316 Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]

naloxone (NARCAN) injection 0.04 mg [198395387] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1236

### diphenhydrAMINE (BENADRYL) injection 12.5 mg [198395388]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** Status: **Discontinued**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
PRN Comment: nausea, EPS, or other dystonic reaction
Frequency: Q6H PRN 06/08/19 1236 - 06/08/19 1316 Released by: Lori J Nelson, RN 06/08/19 1236
Discontinued by: Automatic Transfer Provider 06/08/19 1316 [Patient Transfer]

diphenhydrAMINE (BENADRYL) injection 12.5 mg [198395388] Result status: No result
Ordering provider: Andrew W Rushton, MD 06/08/19 1236

### prochlorperazine (COMPAZINE) tablet 5 mg [198396997]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
PRN reasons: Nausea Vomiting
Frequency: Q6H PRN 06/08/19 1210 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853

prochlorperazine (COMPAZINE) tablet 5 mg [198396997] Result status: No result
Ordering provider: Brady Walker, MD

### prochlorperazine (COMPAZINE) injection 5 mg [198396998]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
PRN reasons: Nausea Vomiting
Frequency: Q6H PRN 06/08/19 1210 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853

prochlorperazine (COMPAZINE) injection 5 mg [198396998] Result status: No result
Ordering provider: Brady Walker, MD

## Orders and Results (continued)

### belladonna-opium (B&O) 16.2-60 MG suppository 1 suppository [198397000]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
PRN reasons: Moderate Pain (Pain Scale 4-6) Severe Pain (Pain Scale 7-10)
PRN Comment: Bladder Spasms
Frequency: Q8H PRN 06/08/19 1211 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853

belladonna-opium (B&O) 16.2-60 MG suppository 1 suppository [198397000] Result status: No result
Ordering provider: Brady Walker, MD

### oxybutynin (DITROPAN) tablet 5 mg [198397001]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
PRN reasons: Bladder spasms
Frequency: TID PRN 06/08/19 1211 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853

oxybutynin (DITROPAN) tablet 5 mg [198397001] Result status: No result
Ordering provider: Brady Walker, MD

### Home CPAP [198395408]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Until Discontinued 06/08/19 1209 - Until Specified
Canceled by: Automatic Discharge Provider 06/08/19 1858
Order comments: If the patient uses a home CPAP, continue home CPAP and enter Respiratory Care Evaluation Referral order

Home CPAP [198395408] Result status: No result
Ordering provider: Brady Walker, MD

### Basic Metabolic Panel [198395409]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: AM Draw 06/09/19 0400 - 1 occurrence
Canceled by: Automatic Discharge Provider 06/08/19 1858

Questionnaire

| Question | Answer |
|---|---|
| Does the patient need to be fasting? | No |



Lincoln/Cummins 0589

## Orders and Results (continued)

### Basic Metabolic Panel [198395409] (continued)

Basic Metabolic Panel [198395409] Result status: No result
Ordering provider: Brady Walker, MD

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Complete Blood Count with Differential [198395410]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: AM Draw 06/09/19 0400 - 1 occurrence
Canceled by: Automatic Discharge Provider 06/08/19 1858

### Complete Blood Count with Differential [198395410]

Complete Blood Count with Differential [198395410] Result status: No result
Ordering provider: Brady Walker, MD

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### sodium chloride (NS) flush 3-10 mL [198395411]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
PRN reasons: Line Care
Frequency: PRN 06/08/19 1208 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853

sodium chloride (NS) flush 3-10 mL [198395411] Result status: No result
Ordering provider: Brady Walker, MD

### saline lock IV [198395412]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 1209 - 1 occurrence
Canceled by: Automatic Discharge Provider 06/08/19 1858
Order comments: When taking PO well

saline lock IV [198395412] Result status: No result
Ordering provider: Brady Walker, MD

## Orders and Results (continued)

**D5W and 0.45% NaCl with KCl 20 mEq/L continuous infusion [198395413]**

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Continuous 06/08/19 1245 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853

D5W and 0.45% NaCl with KCl 20 mEq/L continuous infusion [198395413] Result status: No result
Ordering provider: Brady Walker, MD

**naloxone (NARCAN) injection 0.04 mg [198395414]**

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
PRN Comment: Over Sedation
Frequency: PRN 06/08/19 1208 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853

naloxone (NARCAN) injection 0.04 mg [198395414] Result status: No result
Ordering provider: Brady Walker, MD

**zolpidem (AMBIEN) tablet 5 mg [198395415]**

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
PRN reasons: Insomnia
Frequency: Nightly PRN 06/08/19 1208 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853

zolpidem (AMBIEN) tablet 5 mg [198395415] Result status: No result
Ordering provider: Brady Walker, MD

**diphenhydrAMINE (BENADRYL) injection 25 mg [198395416]**

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
PRN reasons: Itching/Pruritus
Frequency: Q6H PRN 06/08/19 1208 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853

diphenhydrAMINE (BENADRYL) injection 25 mg [198395416] Result status: No result
Ordering provider: Brady Walker, MD

**diphenhydrAMINE (BENADRYL) capsule 25 mg [198395417]**

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**

## Orders and Results (continued)

**diphenhydrAMINE (BENADRYL) capsule 25 mg [198395417] (continued)**

Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
PRN reasons: Itching/Pruritus
Frequency: Q6H PRN 06/08/19 1208 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853

diphenhydrAMINE (BENADRYL) capsule 25 mg [198395417] Result status: No result
Ordering provider: Brady Walker, MD

**aluminum-magnesium hydroxide-simethicone (MAALOX) 200-200-20 mg/5 mL oral suspension 30 mL [198395418]**

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
PRN reasons: Indigestion
Frequency: 4x Daily PRN 06/08/19 1208 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853

aluminum-magnesium hydroxide-simethicone (MAALOX) 200-200-20 mg/5 mL oral suspension 30 mL [198395418] Result status: No result
Ordering provider: Brady Walker, MD

**Initiate Adult Bowel Care Protocol [198395419]**

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Continuous 06/08/19 1209 - Until Specified
Canceled by: Automatic Discharge Provider 06/08/19 1858

Initiate Adult Bowel Care Protocol [198395419] Result status: No result
Ordering provider: Brady Walker, MD

**senna-docusate (PERICOLACE) 8.6-50 mg per tablet 1 tablet [198395420]**

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: BID 06/08/19 1245 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853

senna-docusate (PERICOLACE) 8.6-50 mg per tablet 1 tablet [198395420] Result status: No result
Ordering provider: Brady Walker, MD

**polyethylene glycol (MIRALAX) oral powder 17 g [198395421]**

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD

## Orders and Results (continued)

polyethylene glycol (MIRALAX) oral powder 17 g [198395421] (continued)

Authorized by: Brady Walker, MD
PRN reasons: Constipation
Frequency: Daily PRN 06/08/19 1208 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853

polyethylene glycol (MIRALAX) oral powder 17 g [198395421] — Result status: No result
Ordering provider: Brady Walker, MD

### bisacodyl (DULCOLAX) suppository 10 mg [198396983]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** — Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 — Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
PRN reasons: Constipation
Frequency: Once PRN 06/08/19 1208 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853

bisacodyl (DULCOLAX) suppository 10 mg [198396983] — Result status: No result
Ordering provider: Brady Walker, MD

### Tobacco cessation education [198396984]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** — Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 — Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 1209 - 1 occurrence
Canceled by: Automatic Discharge Provider 06/08/19 1858
Order comments: If patient uses tobacco products.

Tobacco cessation education [198396984] — Result status: No result
Ordering provider: Brady Walker, MD

### Diet General [198396985]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** — Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 — Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Effective Now 06/08/19 1210 - Until Specified — Diet: General
Canceled by: Automatic Discharge Provider 06/08/19 1858

Questionnaire

| Question | Answer |
|---|---|
| Type | General |

Diet General [198396985] — Result status: No result
Ordering provider: Brady Walker, MD

## Orders and Results (continued)

### Moderate Risk of VTE [198396986]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Until Discontinued 06/08/19 1210 - Until Specified
Canceled by: Automatic Discharge Provider 06/08/19 1858

Moderate Risk of VTE [198396986] Result status: No result
Ordering provider: Brady Walker, MD

### Reason for no mechanical VTE Prophylaxis [198396987]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 1210 - 1 occurrence
Canceled by: Automatic Discharge Provider 06/08/19 1858

Questionnaire

| Question | Answer |
|---|---|
| Reason for no mechanical VTE prophylaxis due to: | Provider discretion (specify) |
| Provider discretion (specify no mechanical VTE) | anticoagulated |

Order comments: Anticoagulated.

Reason for no mechanical VTE Prophylaxis [198396987] Result status: No result
Ordering provider: Brady Walker, MD

### Reason for no pharmacologic VTE Prophylaxis [198396988]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 1210 - 1 occurrence
Canceled by: Automatic Discharge Provider 06/08/19 1858

Questionnaire

| Question | Answer |
|---|---|
| Reason for no Pharmacologic Prophylaxis due to: | Patient receiving anticoagulant |

Order comments: anticoagulated

Reason for no pharmacologic VTE Prophylaxis [198396988] Result status: No result
Ordering provider: Brady Walker, MD

### acetaminophen (TYLENOL) tablet 650 mg [198396989]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
PRN reasons: Mild Pain (Pain Scale 1-3) Fever
PRN Comment: MILD PAIN (1-3) FIRST CHOICE

## Orders and Results (continued)

### acetaminophen (TYLENOL) tablet 650 mg [198396989] (continued)

Frequency: Q4H PRN 06/08/19 1210 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853

acetaminophen (TYLENOL) tablet 650 mg [198396989] Result status: No result
Ordering provider: Brady Walker, MD

### traMADol (ULTRAM) tablet 100 mg [198396990]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
PRN reasons: Mild Pain (Pain Scale 1-3)
PRN Comment: MILD PAIN (1-3) SECOND CHOICE
Frequency: Q6H PRN 06/08/19 1210 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853

traMADol (ULTRAM) tablet 100 mg [198396990] Result status: No result
Ordering provider: Brady Walker, MD

### GEN Adult Nausea and Vomiting Protocol [198396994]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Until Discontinued 06/08/19 1211 - Until Specified
Canceled by: Automatic Discharge Provider 06/08/19 1858

GEN Adult Nausea and Vomiting Protocol [198396994] Result status: No result
Ordering provider: Brady Walker, MD

### ondansetron PF (ZOFRAN) injection 4 mg [198396995]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
PRN reasons: Nausea Vomiting
Frequency: Q8H PRN 06/08/19 1210 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853

ondansetron PF (ZOFRAN) injection 4 mg [198396995] Result status: No result
Ordering provider: Brady Walker, MD

### ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg [198396996]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
PRN reasons: Nausea Vomiting

## Orders and Results (continued)

**ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg [198396996] (continued)**
Frequency: Q8H PRN 06/08/19 1210 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853

ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg [198396996] Result status: No result
Ordering provider: Brady Walker, MD

**ALPRAZolam (XANAX) tablet 1 mg [198395394]**
Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: BID 06/08/19 1245 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853
Medication comments: PTA Sig:Take 1 mg by mouth Twice a day

ALPRAZolam (XANAX) tablet 1 mg [198395394] Result status: No result
Ordering provider: Brady Walker, MD

**hydroCHLOROthiazide (HYDRODIURIL) tablet 25 mg [198395395]**
Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: QAM 06/08/19 1245 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853
Medication comments: PTA Sig:Take 25 mg by mouth every morning

hydroCHLOROthiazide (HYDRODIURIL) tablet 25 mg [198395395] Result status: No result
Ordering provider: Brady Walker, MD

**lisinopril (PRINIVIL,ZESTRIL) tablet 40 mg [198395396]**
Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: QAM 06/08/19 1245 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853
Medication comments: PTA Sig:Take 40 mg by mouth every morning

lisinopril (PRINIVIL,ZESTRIL) tablet 40 mg [198395396] Result status: No result
Ordering provider: Brady Walker, MD

**propranolol (INDERAL) tablet 40 mg [198395397]**
Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD

## Orders and Results (continued)

**propranolol (INDERAL) tablet 40 mg [198395397] (continued)**

Authorized by: Brady Walker, MD
Frequency: BID 06/08/19 1245 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853
Medication comments: PTA Sig:Take 40 mg by mouth Twice a day

propranolol (INDERAL) tablet 40 mg [198395397] Result status: No result
Ordering provider: Brady Walker, MD

**warfarin (COUMADIN) tablet 5 mg [198395398]**

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: See Admin Instructions 06/08/19 1208 - Until Discontinued
Discontinued by: Automatic Discharge Provider 06/08/19 1853
Medication comments: PTA Sig:Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic.

warfarin (COUMADIN) tablet 5 mg [198395398] Result status: No result
Ordering provider: Brady Walker, MD

**NCS Acute [198395399]**

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Until Discontinued 06/08/19 1209 - Until Specified
Canceled by: Automatic Discharge Provider 06/08/19 1858

NCS Acute [198395399] Result status: No result
Ordering provider: Brady Walker, MD

**Vital signs (specify frequency) [198395400]**

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Q4H 06/08/19 1600 - Until Specified
Canceled by: Automatic Discharge Provider 06/08/19 1858

Vital signs (specify frequency) [198395400] Result status: No result
Ordering provider: Brady Walker, MD

**Notify provider [198395401]**

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**

## Orders and Results (continued)

### Notify provider [198395401] (continued)

Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Until Discontinued 06/08/19 1209 - Until Specified
Canceled by: Automatic Discharge Provider 06/08/19 1858

Questionnaire

| Question | Answer |
|---|---|
| Temperature greater than | 38.5 |
| Heart rate greater than | 130 |
| Heart rate less than | 50 |
| Systolic blood pressure greater than | 180 |
| Systolic blood pressure less than | 90 |
| Diastolic blood pressure greater than | 90 |
| Diastolic blood pressure less than | 60 |
| Respiratory rate greater than | 26 |
| Respiratory rate less than | 8 |
| UOP Less than mL/hour: | 30 |

Order comments: Surgical site bleeding, urinary output less than 30 ml/hour for 4 consecutive hours

Notify provider [198395401] Result status: No result
Ordering provider: Brady Walker, MD

### Ambulate [198395402]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: PRN 06/08/19 1208 - Until Specified
Canceled by: Automatic Discharge Provider 06/08/19 1858
Order comments: Progressing to 4 x per day or more.

Ambulate [198395402] Result status: No result
Ordering provider: Brady Walker, MD

### Up in Chair - DOS [198395403]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: PRN 06/08/19 1208 - Until Specified
Canceled by: Automatic Discharge Provider 06/08/19 1858
Order comments: Up in chair once day of surgery, then PRN.

Up in Chair - DOS [198395403] Result status: No result
Ordering provider: Brady Walker, MD

### Discontinue Pre-Op Medications [198395404]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**

## Orders and Results (continued)

### Discontinue Pre-Op Medications [198395404] (continued)

Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 1209 - 1 occurrence
Canceled by: Automatic Discharge Provider 06/08/19 1858

Discontinue Pre-Op Medications [198395404] Result status: No result
Ordering provider: Brady Walker, MD

### Intake and Output [198395405]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Q4H 06/08/19 1600 - Until Specified
Canceled by: Automatic Discharge Provider 06/08/19 1858
Order comments: Monitor urine output - 120 mL every 4 hours.

Intake and Output [198395405] Result status: No result
Ordering provider: Brady Walker, MD

### Daily weights [198395406]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Daily 06/09/19 0400 - Until Specified
Canceled by: Automatic Discharge Provider 06/08/19 1858

Daily weights [198395406] Result status: No result
Ordering provider: Brady Walker, MD

### Incentive spirometry nursing [198395407]

Electronically signed by: **Brady Walker, MD on 06/08/19 1212** Status: **Cancel Held**
Ordering user: Brady Walker, MD 06/08/19 1212 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Q2H While awake 06/08/19 1400 - Until Specified
Canceled by: Automatic Discharge Provider 06/08/19 1858
Order comments: 6-10 times/hour while awake.

Incentive spirometry nursing [198395407] Result status: No result
Ordering provider: Brady Walker, MD

### Pathology [198395392]

Electronically signed by: **Brady Walker, MD on 06/08/19 1622** Status: **Active**
Mode: Ordering in Verbal order with readback mode Communicated by: Karl M Christman, RN
Ordering user: Karl M Christman, RN 06/08/19 1210 Ordering provider: Brady Walker, MD

## Orders and Results (continued)

### Pathology [198395392] (continued)

Authorized by: Brady Walker, MD
Frequency: 06/08/19 1210 - 1 occurrence
Order comments: analysis

Pathology [198395392] — Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 1210

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 1 | Tissue | Tissue (see Comments) | 06/08/19 1209 |

Comment: analysis

### Pathology [198395392]

Electronically signed by: **Brady Walker, MD on 06/08/19 1622** — Status: **Active**
Mode: Ordering in Verbal order with readback mode — Communicated by: Karl M Christman, RN
Ordering user: Karl M Christman, RN 06/08/19 1210 — Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: 06/08/19 1210 - 1 occurrence
Order comments: analysis

Pathology [198395393] — Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 1210 — Resulting lab: POWERPATH

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 1 | Tissue | Tissue (see Comments) | 06/08/19 1209 |

Comment: analysis

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **13 - POWERPATH** | POWERPATH | Unknown | Unknown | 09/13/12 0920 - Present |

### lidocaine HCl (UROJET) 2 % MM jelly in applicator [198395391]

Electronically signed by: **Brady Walker, MD on 06/08/19 1208** — Status: **Discontinued**
Mode: Ordering in Verbal order with readback mode — Communicated by: Karl M Christman, RN
Ordering user: Karl M Christman, RN 06/08/19 1204 — Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: PRN 06/08/19 1204 - 06/08/19 1216 — Discontinued by: Karl M Christman, RN 06/08/19 1216 [Patient Discharge]

lidocaine HCl (UROJET) 2 % MM jelly in applicator [198395391] — Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 1204

### Anesthesia Rounding [198389306]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** — Status: **Cancel Held**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 — Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
Frequency: Once 06/08/19 1147 - 1 occurrence

## Orders and Results (continued)

### Anesthesia Rounding [198389306] (continued)

Canceled by: Batch Discontinue, Automatic 07/09/19 0322
Order comments: Add this patient to Anesthesia Rounding list.

Anesthesia Rounding [198389306] — Result status: No result
Ordering provider: Andrew W Rushton, MD

### POCT Glucose [198395377]

Electronically signed by: **Andrew W Rushton, MD on 06/08/19 1146** — Status: **Cancel Held**
Ordering user: Andrew W Rushton, MD 06/08/19 1146 — Ordering provider: Andrew W Rushton, MD
Authorized by: Andrew W Rushton, MD
Frequency: Once 06/08/19 1147 - 1 occurrence
Canceled by: Batch Discontinue, Automatic 07/09/19 0322
Order comments: Check glucose on all diabetic patients on arrival to PACU and then every 2 hours while in PACU. Post transfer from PACU to ward or ICU continue every 2 hours x 3.

### POCT Glucose [198395377]

POCT Glucose [198395377] — Result status: No result
Ordering provider: Andrew W Rushton, MD

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### XR RETROGRADE UROGRAPHY [198389296]

Electronically signed by: **Brady Walker, MD on 06/08/19 1813** — Status: **Completed**
Mode: Ordering in Verbal order with readback mode — Communicated by: Kayla J Stewart, RT
Ordering user: Kayla J Stewart, RT 06/08/19 1141 — Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD — Ordered during: Pre-admit (Canceled) on 06/08/2019
Frequency: Once 06/08/19 1142 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Reason for exam: | left stent |

XR RETROGRADE UROGRAPHY [198389297] — Resulted: 06/08/19 1231, Result status: Final result
Ordering provider: Brady Walker, MD 06/08/19 1141 — Performed: 06/08/19 1140 - 06/08/19 1210
Accession number: 102411723 — Resulting lab: RAPC
Narrative:
This procedure was auto-finalized. Please see progress notes in patient chart for results.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **199 - RAPC** | RAPC | Unknown | Unknown | 07/05/16 0906 - Present |

### fentaNYL (SUBLIMAZE) 50 mcg/mL injection **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [198389295]

## Orders and Results (continued)

### fentaNYL (SUBLIMAZE) 50 mcg/mL injection **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [198389295] (continued)

Electronically signed by: **Background, Rx Pyxis on 06/08/19 1127** Status: **Active**
Ordering user: Background, Rx Pyxis 06/08/19 1127
Frequency: 06/08/19 1127 - Until Discontinued
Medication comments: RUSHTON, ANDREW: cabinet override

fentaNYL (SUBLIMAZE) 50 mcg/mL injection **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [198389295] Result status: No result

### fentaNYL (SUBLIMAZE) 50 mcg/mL injection **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [198389294]

Electronically signed by: **Background, Rx Pyxis on 06/08/19 1123** Status: **Active**
Ordering user: Background, Rx Pyxis 06/08/19 1123
Frequency: 06/08/19 1123 - Until Discontinued
Medication comments: POMEGRANATE, MEIRA: cabinet override

fentaNYL (SUBLIMAZE) 50 mcg/mL injection **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [198389294] Result status: No result

### iothalamate meglumine (CONRAY 60) 60 % injection **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [198389293]

Electronically signed by: **Background, Rx Pyxis on 06/08/19 1052** Status: **Active**
Ordering user: Background, Rx Pyxis 06/08/19 1052
Frequency: 06/08/19 1052 - Until Discontinued
Medication comments: SPANGLER, RHONDA: cabinet override

iothalamate meglumine (CONRAY 60) 60 % injection **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [198389293] Result status: No result

### lidocaine HCl (UROJET) 2 % MM jelly in applicator **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [198389292]

Electronically signed by: **Background, Rx Pyxis on 06/08/19 1052** Status: **Active**
Ordering user: Background, Rx Pyxis 06/08/19 1052
Frequency: 06/08/19 1052 - Until Discontinued
Medication comments: SPANGLER, RHONDA: cabinet override

lidocaine HCl (UROJET) 2 % MM jelly in applicator **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [198389292] Result status: No result

### fentaNYL (SUBLIMAZE) 50 mcg/mL injection **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [198389291]

Electronically signed by: **Background, Rx Pyxis on 06/08/19 1029** Status: **Active**

## Orders and Results (continued)

### fentaNYL (SUBLIMAZE) 50 mcg/mL injection **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [198389291] (continued)

Ordering user: Background, Rx Pyxis 06/08/19 1029
Frequency: 06/08/19 1029 - Until Discontinued
Medication comments: POMEGRANATE, MEIRA: cabinet override

fentaNYL (SUBLIMAZE) 50 mcg/mL injection **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [198389291] — Result status: No result

### NCS Adult and PED Peri-Anesthesia Pre-Op Day of Surgery [197943486]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** — Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 — Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 06/08/19 1028 - Until Specified — Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

NCS Adult and PED Peri-Anesthesia Pre-Op Day of Surgery [198389276] — Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### Diet NPO; Meds [197943487]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** — Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 — Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Effective Now 06/08/19 1028 - Until Specified — Diet: General
Released by: Meira Y Pomegranate, RN 06/08/19 1027 — Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

Questionnaire

| Question | Answer |
|---|---|
| Type | NPO |
| Except | Meds |

Diet NPO; Meds [198389277] — Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027 — Resulting lab: STJN CBORD

### Call anesthesia provider if patient hasn't taken home beta blocker within 24 hours [198389256]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** — Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 — Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 06/08/19 1028 - Until Specified — Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Call anesthesia provider if patient hasn't taken home beta blocker within 24 hours

Call anesthesia provider if patient hasn't taken home beta blocker — Result status: No result

## Orders and Results (continued)

within 24 hours [198389278]
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### Notify Anesthesia provider - Unstable vitals [198389257]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 06/08/19 1028 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

Questionnaire

| Question | Answer |
|---|---|
| Heart rate greater than | 120 |
| Heart rate less than | 40 |
| Systolic blood pressure greater than | 160 |
| Systolic blood pressure less than | 90 |
| Diastolic blood pressure greater than | 90 |
| Diastolic blood pressure less than | 60 |
| SpO2 less than | 90 |

Order comments: Notify anesthesia provider for MAP < less than 60. Notify provider for symptomatic bradycardia or tachycardia; RR < less than 8.

Notify Anesthesia provider - Unstable vitals [198389279] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### Notify Anesthesia provider - Insulin [198389258]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Once 06/08/19 1028 - 1 occurrence Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Notify anesthesia provider if patient usually takes basal insulin in AM but did not take AM of procedure. Expect the following orders from anesthesia provider: - If glargine, detemir--Give 80% of usual AM dose - If NPH, Novolin-N, Humulin-N, mixed 70/30, 75/25, or 50/50--Give 50% of usual AM dose as NPH only - If U500--Dose per pharmacy at 50 percent of usual morning dose

Notify Anesthesia provider - Insulin [198389280] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### Obtain PT/INR on all patients on warfarin if not ordered. [198389259]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 06/08/19 1028 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Obtain POC INR on all patients on warfarin if not ordered.

## Orders and Results (continued)

### Obtain PT/INR on all patients on warfarin if not ordered. [198389259] (continued)

Obtain PT/INR on all patients on warfarin if not ordered. [198389281] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### Obtain urine pregnancy [198389260]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 06/08/19 1028 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Obtain urine pregnancy test if not ordered for post menarchal females with fertility unless patient has signed urine pregnancy test refusal form.

Obtain urine pregnancy [198389282] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### Insert peripheral IV [198389261]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Once 06/08/19 1028 - 1 occurrence Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Insert peripheral IV per regional policy

Insert peripheral IV [198389283] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027 Resulting lab: ICW EAP

### Active Warming [198389262]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 06/08/19 1028 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Unless temp greater than 38 degrees

Active Warming [198389284] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### Oxygen Therapy [198389263]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD

## Orders and Results (continued)

### Oxygen Therapy [198389263] (continued)

Frequency: Until Discontinued 06/08/19 1028 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

Questionnaire

| Question | Answer |
|---|---|
| SpO2 | Adult |
| Keep SpO2 at | Other |
| SpO2 | greater than 92 percent |

Order comments: Oxygen therapy titrate to SpO2 92% or greater. O2 delivery device: Nasal cannula, advance to face mask after 4L. If the patient requires oxygen greater than 3 liters per minute nasal cannula or 7 liters per minute face mask to maintain the saturation ordered by the Provider or as directed by OSA protocol, the nurse will directly communicate with anesthesia.

Oxygen Therapy [198389285] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### Remove piercings [198389264]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 06/08/19 1028 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

Remove piercings [198389286] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### Obtain POC VBG on all dialysis patients if not ordered. [198389265]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 06/08/19 1028 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Obtain POC VBG on all dialysis patients if not ordered.

Obtain POC VBG on all dialysis patients if not ordered. [198389287] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### POCT Glucose [198389266]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Once 06/08/19 1028 - 1 occurrence Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: All diabetics or greater than age 18

## Orders and Results (continued)

### POCT Glucose [198389288]

POCT Glucose [198389288] Result status: No result

Ordering provider: Briana N Amosson, MD 06/08/19 1027

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### POCT Glucose - CBG Pre-op Admit [198389267]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Once 06/08/19 1028 - 1 occurrence Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: All diabetic patients or greater than age 18, pre-op, day of surgery. Notify Anesthesia if CBG < 70 mm/dl or > 180 mm/dl (>270 mm/dl if patient had carbohydrate drink within last 3 hours)

### POCT Glucose - CBG Pre-op Admit [198389289]

POCT Glucose - CBG Pre-op Admit [198389289] Result status: No result

Ordering provider: Briana N Amosson, MD 06/08/19 1027

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### NCS Adult and PED Peri-Anesthesia Pre-Op Day of Surgery [197943486]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 06/08/19 1028 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

NCS Adult and PED Peri-Anesthesia Pre-Op Day of Surgery [197943486] Result status: No result

Ordering provider: Briana N Amosson, MD 06/08/19 1027

### Diet NPO; Meds [197943487]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Effective Now 06/08/19 1028 - Until Specified Diet: General
Released by: Meira Y Pomegranate, RN 06/08/19 1027 Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

Questionnaire

| Question | Answer |
|---|---|
| Type | NPO |
| Except | Meds |

## Orders and Results (continued)

### Diet NPO; Meds [197943487] (continued)

Diet NPO; Meds [197943487] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### Call anesthesia provider if patient hasn't taken home beta blocker within 24 hours [198389256]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 06/08/19 1028 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Call anesthesia provider if patient hasn't taken home beta blocker within 24 hours

Call anesthesia provider if patient hasn't taken home beta blocker within 24 hours [198389256] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### Notify Anesthesia provider - Unstable vitals [198389257]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 06/08/19 1028 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

Questionnaire

| Question | Answer |
|---|---|
| Heart rate greater than | 120 |
| Heart rate less than | 40 |
| Systolic blood pressure greater than | 160 |
| Systolic blood pressure less than | 90 |
| Diastolic blood pressure greater than | 90 |
| Diastolic blood pressure less than | 60 |
| SpO2 less than | 90 |

Order comments: Notify anesthesia provider for MAP < less than 60. Notify provider for symptomatic bradycardia or tachycardia; RR < less than 8.

Notify Anesthesia provider - Unstable vitals [198389257] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### Notify Anesthesia provider - Insulin [198389258]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Once 06/08/19 1028 - 1 occurrence Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Notify anesthesia provider if patient usually takes basal insulin in AM but did not take AM of



Lincoln/Cummins 0608

## Orders and Results (continued)

### Notify Anesthesia provider - Insulin [198389258] (continued)

procedure. Expect the following orders from anesthesia provider: - If glargine, detemir--Give 80% of usual AM dose - If NPH, Novolin-N, Humulin-N, mixed 70/30, 75/25, or 50/50--Give 50% of usual AM dose as NPH only - If U500--Dose per pharmacy at 50 percent of usual morning dose

Notify Anesthesia provider - Insulin [198389258] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### Obtain PT/INR on all patients on warfarin if not ordered. [198389259]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 06/08/19 1028 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Obtain POC INR on all patients on warfarin if not ordered.

Obtain PT/INR on all patients on warfarin if not ordered. [198389259] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### Obtain urine pregnancy [198389260]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 06/08/19 1028 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Obtain urine pregnancy test if not ordered for post menarchal females with fertility unless patient has signed urine pregnancy test refusal form.

Obtain urine pregnancy [198389260] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### Insert peripheral IV [198389261]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Once 06/08/19 1028 - 1 occurrence Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Insert peripheral IV per regional policy

Insert peripheral IV [198389261] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### Active Warming [198389262]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**

## Orders and Results (continued)

### Active Warming [198389262] (continued)

Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 06/08/19 1028 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Unless temp greater than 38 degrees

Active Warming [198389262] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### Oxygen Therapy [198389263]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 06/08/19 1028 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

Questionnaire

| Question | Answer |
|---|---|
| SpO2 | Adult |
| Keep SpO2 at | Other |
| SpO2 | greater than 92 percent |

Order comments: Oxygen therapy titrate to SpO2 92% or greater. O2 delivery device: Nasal cannula, advance to face mask after 4L. If the patient requires oxygen greater than 3 liters per minute nasal cannula or 7 liters per minute face mask to maintain the saturation ordered by the Provider or as directed by OSA protocol, the nurse will directly communicate with anesthesia.

Oxygen Therapy [198389263] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### Remove piercings [198389264]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 06/08/19 1028 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

Remove piercings [198389264] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### Obtain POC VBG on all dialysis patients if not ordered. [198389265]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 06/08/19 1028 - Until Released by: Meira Y Pomegranate, RN 06/08/19 1027



Lincoln/Cummins 0610

## Orders and Results (continued)

### Obtain POC VBG on all dialysis patients if not ordered. [198389265] (continued)

Specified
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Obtain POC VBG on all dialysis patients if not ordered.

Obtain POC VBG on all dialysis patients if not ordered. [198389265] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### POCT Glucose [198389266]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Once 06/08/19 1028 - 1 occurrence Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: All diabetics or greater than age 18

### POCT Glucose [198389266]

POCT Glucose [198389266] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### POCT Glucose - CBG Pre-op Admit [198389267]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Once 06/08/19 1028 - 1 occurrence Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: All diabetic patients or greater than age 18, pre-op, day of surgery. Notify Anesthesia if CBG < 70 mm/dl or > 180 mm/dl (>270 mm/dl if patient had carbohydrate drink within last 3 hours)

### POCT Glucose - CBG Pre-op Admit [198389267]

POCT Glucose - CBG Pre-op Admit [198389267] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### POCT Glucose - CBG SQ insulin/CBG > 150 mg/dL [198389268]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Q2H PRN 06/08/19 1027 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Repeat every 2 hours, any patient receiving SQ insulin or admit CBG >180. Notify Anesthesia if CBG < 70 mm/dl or > 180 mm/dl.



Lincoln/Cummins 0611

## Orders and Results (continued)

### POCT Glucose - CBG SQ insulin/CBG > 150 mg/dL [198389268] (continued)

### POCT Glucose - CBG SQ insulin/CBG > 150 mg/dL [198389268]

POCT Glucose - CBG SQ insulin/CBG > 150 mg/dL [198389268] Result status: No result

Ordering provider: Briana N Amosson, MD 06/08/19 1027

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### POCT Glucose - Insulin infusion [198389269]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Q1H PRN 06/08/19 1027 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Every hour for any patient receiving IV or subcutaneous insulin infusion

### POCT Glucose - Insulin infusion [198389269]

POCT Glucose - Insulin infusion [198389269] Result status: No result

Ordering provider: Briana N Amosson, MD 06/08/19 1027

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### dextrose 50 % in water (D50W) injection 6-50 mL [198389270]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
PRN reasons: Low blood sugar
PRN Comment: For hypoglycemia, administer D50W or D10W.
Frequency: Q15 Min PRN 06/08/19 1027 - 06/08/19 1237 Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

dextrose 50 % in water (D50W) injection 6-50 mL [198389270] Result status: No result

Ordering provider: Briana N Amosson, MD 06/08/19 1027

### insulin lispro medium dose adult subcutaneous corrective [198389271]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
PRN reasons: High Blood Sugar
PRN Comment: Call anesthesia prior to administration. Do not treat CBG < 270 if patient had carbohydrate drink within last 3 hours
Frequency: Q2H PRN 06/08/19 1027 - 06/08/19 1237 Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

insulin lispro medium dose adult subcutaneous corrective [198389271] Result status: No result

## Orders and Results (continued)

Ordering provider: Briana N Amosson, MD 06/08/19 1027

### lactated Ringers (LR) continuous infusion [198389272]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Continuous 06/08/19 1100 - 06/08/19 1853 Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Discharge Provider 06/08/19 1853 [Patient Discharge]

lactated Ringers (LR) continuous infusion [198389272] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### fentaNYL (SUBLIMAZE) injection 50 mcg [198389273]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: See Admin Instructions 06/08/19 1027 - 06/08/19 1237 Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

fentaNYL (SUBLIMAZE) injection 50 mcg [198389273] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### midazolam (VERSED) injection 1 mg [198389274]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: See Admin Instructions 06/08/19 1027 - 06/08/19 1237 Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

midazolam (VERSED) injection 1 mg [198389274] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027

### naloxone (NARCAN) injection 0.04 mg [198389275]

Electronically signed by: **Briana N Amosson, MD on 06/08/19 1025** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 06/08/19 1025 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
PRN reasons: Opioid Reversal
Frequency: PRN 06/08/19 1027 - 06/08/19 1237 Released by: Meira Y Pomegranate, RN 06/08/19 1027
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

naloxone (NARCAN) injection 0.04 mg [198389275] Result status: No result
Ordering provider: Briana N Amosson, MD 06/08/19 1027



Lincoln/Cummins 0613

## Orders and Results (continued)

**ceFAZolin (ANCEF) 2 gram/100 mL in dextrose (ISO-OS) IVPB premix **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [198389290]**

Electronically signed by: **Background, Rx Pyxis on 06/08/19 1027** Status: **Active**
Ordering user: Background, Rx Pyxis 06/08/19 1027
Frequency: 06/08/19 1027 - Until Discontinued
Medication comments: SPANGLER, RHONDA: cabinet override

ceFAZolin (ANCEF) 2 gram/100 mL in dextrose (ISO-OS) IVPB premix **NOT AN ORDER**OVERRIDE PULL FROM PYXIS**LINK TO ORDER** [198389290] Result status: No result

**POCT INR (Manual) [197943484]**

Electronically signed by: **Meira Y Pomegranate, RN on 06/08/19 1010** Status: **Completed**
Ordering user: Meira Y Pomegranate, RN 06/08/19 1010 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 1011 - 1 occurrence

POCT INR (Manual) [197943485] (Abnormal) Resulted: 06/08/19 1018, Result status: Final result
Ordering provider: Brady Walker, MD 06/08/19 1010 Resulting lab: ICW EAP

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | 06/08/19 1018 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR POC | 3.3 | 0.8 - 1.2 | A | ICWEAP |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **208 - ICWEAP** | ICW EAP | Unknown | Unknown | 07/13/17 0942 - Present |

**POCT INR (Manual) [197943484]**

Electronically signed by: **Meira Y Pomegranate, RN on 06/08/19 1010** Status: **Completed**
Ordering user: Meira Y Pomegranate, RN 06/08/19 1010 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 1011 - 1 occurrence

POCT INR (Manual) [197943484] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 1010

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

**ceFAZolin (ANCEF) in NS 3 g [197943470]**

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Completed**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD

## Orders and Results (continued)

### ceFAZolin (ANCEF) in NS 3 g [197943470] (continued)

Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 1045 - 1 occurrence    Released by: Rhonda M Upton, RN 06/08/19 1005

Questionnaire

| Question | Answer |
|---|---|
| Reason for Therapy: | prophylaxis for a procedure |

ceFAZolin (ANCEF) in NS 3 g [197943470]    Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 1005

### Patient/Patient Representative to Sign Consent [197943456]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916**    Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916    Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 0921 - 1 occurrence    Released by: Meira Y Pomegranate, RN 06/08/19 0920
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

Questionnaire

| Question | Answer |
|---|---|
| I have reviewed procedure, risks, alternatives and questions with the patient or their representative: | Yes |
| Procedure/Surgery (do not use abbreviations): | left ureteral stent, possible left ureteroscopy with laser lithotripsy |
| Laterality: | Left |
| Provider to perform procedure / surgery: | Brady Walker |

Patient/Patient Representative to Sign Consent [197943471]    Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 0920

### Floor: Full code [197943457]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916**    Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916    Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Continuous 06/08/19 0921 - Until Specified    Code status: Full Code
Released by: Meira Y Pomegranate, RN 06/08/19 0920    Discontinued by: Maxine P Larson 07/02/19 2003

Floor: Full code [197943472]    Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 0920

### PeriOp Full Code [197943458]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916**    Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916    Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Until Discontinued 06/08/19 0921 - Until Specified    Released by: Meira Y Pomegranate, RN 06/08/19 0920
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

## Orders and Results (continued)

PeriOp Full Code [197943473] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 0920

### NCS Adult and PED Peri-Anesthesia Pre-Op Day of Surgery [197943459]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Until Discontinued 06/08/19 0921 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 0920
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

NCS Adult and PED Peri-Anesthesia Pre-Op Day of Surgery [197943474] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 0920

### Diet per anesthesia, otherwise NPO [197943460]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Until Discontinued 06/08/19 0921 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 0920
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

Diet per anesthesia, otherwise NPO [197943475] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 0920

### Clip hair per hospital standards [197943462]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 0921 - 1 occurrence Released by: Meira Y Pomegranate, RN 06/08/19 0920
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Abdominal prep

Clip hair per hospital standards [197943476] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 0920

### Skin prep per hospital standards [197943463]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 0921 - 1 occurrence Released by: Meira Y Pomegranate, RN 06/08/19 0920
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Gently cleanse operative site and surrounding area with Chlorhexidine per hospital standards, if not contraindicated.

## Orders and Results (continued)

Skin prep per hospital standards [197943477] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 0920

### Maintain Normothermia [197943464]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Until Discontinued 06/08/19 0921 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 0920
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Maintain temperature greater than 36 degrees C during pre-operative phase

Maintain Normothermia [197943478] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 0920

### Obtain PT/INR on all patients on warfarin if not ordered. [197943465]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 0921 - 1 occurrence Released by: Meira Y Pomegranate, RN 06/08/19 0920
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Obtain PT/INR on all patients on warfarin if not ordered.

Obtain PT/INR on all patients on warfarin if not ordered. [197943479] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 0920

### Providone-Iodine solution 5% [197943466]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 0921 - 1 occurrence Released by: Meira Y Pomegranate, RN 06/08/19 0920
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

Questionnaire

| Question | Answer |
|---|---|
| Supply | Providone-Iodine solution 5% |

Order comments: Administer nasal antiseptic if patient is MRSA positive or scheduled to receive implants (if no allergy).

Providone-Iodine solution 5% [197943480] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 0920

### Initiate Pre-Operative Vancomycin when criteria met for MRSA Screening Protocol [197943467]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Continuous 06/08/19 0921 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 0920

## Orders and Results (continued)

**Initiate Pre-Operative Vancomycin when criteria met for MRSA Screening Protocol [197943467] (continued)**

Discontinued by: Automatic Discharge Provider 06/08/19 1858 [Patient Discharge]

Initiate Pre-Operative Vancomycin when criteria met for MRSA Screening Protocol [197943481] Result status: No result

Ordering provider: Brady Walker, MD 06/08/19 0920

**Place as hosp OP surgery in a bed [197943468]**

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Completed**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 0921 - 1 occurrence Released by: Meira Y Pomegranate, RN 06/08/19 0920

Questionnaire

| Question | Answer |
|---|---|
| Diagnosis/Reason for stay | ureteral stone |
| Admitting Physician | WALKER, BRADY |
| Future Attending Provider | WALKER, BRADY |
| Pt may need isolation? | No |
| Room Type | Surgical |
| Hospital - update only for ECT transfers between UDMC and RBMC | RIVERBEND MEDICAL CENTER |
| Accommodation Code | Hospital Outpatient Bedded |
| Patient Class | Hospital Outpatient Surgery |

Place as hosp OP surgery in a bed [197943482] Result status: No result

Ordering provider: Brady Walker, MD 06/08/19 0920

**Low Risk VTE [197943469]**

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 0921 - 1 occurrence Released by: Meira Y Pomegranate, RN 06/08/19 0920
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

Questionnaire

| Question | Answer |
|---|---|
| Reason for no VTE prophylaxis at admission? | Low risk VTE: prophlaxis not required |

Low Risk VTE [197943483] Result status: No result

Ordering provider: Brady Walker, MD 06/08/19 0920

**Patient/Patient Representative to Sign Consent [197943456]**

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 0921 - 1 occurrence Released by: Meira Y Pomegranate, RN 06/08/19 0920
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

## Orders and Results (continued)

### Patient/Patient Representative to Sign Consent [197943456] (continued)

Questionnaire

| Question | Answer |
| --- | --- |
| I have reviewed procedure, risks, alternatives and questions with the patient or their representative: | Yes |
| Procedure/Surgery (do not use abbreviations): | left ureteral stent, possible left ureteroscopy with laser lithotripsy |
| Laterality: | Left |
| Provider to perform procedure / surgery: | Brady Walker |

Patient/Patient Representative to Sign Consent [197943456] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 0920

### Floor: Full code [197943457]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Continuous 06/08/19 0921 - Until Specified Code status: Full Code
Released by: Meira Y Pomegranate, RN 06/08/19 0920 Discontinued by: Maxine P Larson 07/02/19 2003

Floor: Full code [197943457] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 0920

### PeriOp Full Code [197943458]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Until Discontinued 06/08/19 0921 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 0920
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

PeriOp Full Code [197943458] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 0920

### NCS Adult and PED Peri-Anesthesia Pre-Op Day of Surgery [197943459]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Until Discontinued 06/08/19 0921 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 0920
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

NCS Adult and PED Peri-Anesthesia Pre-Op Day of Surgery [197943459] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 0920

## Orders and Results (continued)

### Diet per anesthesia, otherwise NPO [197943460]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Until Discontinued 06/08/19 0921 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 0920
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

Diet per anesthesia, otherwise NPO [197943460] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 0920

### Diet NPO; Meds [197943461]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Effective Midnight 06/09/19 0001 - Until Specified Diet: General
Released by: Meira Y Pomegranate, RN 06/08/19 0920 Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

Questionnaire

| Question | Answer |
|---|---|
| Type | NPO |
| Except | Meds |

Diet NPO; Meds [197943461] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 0920

### Clip hair per hospital standards [197943462]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 0921 - 1 occurrence Released by: Meira Y Pomegranate, RN 06/08/19 0920
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Abdominal prep

Clip hair per hospital standards [197943462] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 0920

### Skin prep per hospital standards [197943463]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 0921 - 1 occurrence Released by: Meira Y Pomegranate, RN 06/08/19 0920
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Gently cleanse operative site and surrounding area with Chlorhexidine per hospital standards, if not contraindicated.

Skin prep per hospital standards [197943463] Result status: No result

## Orders and Results (continued)

Ordering provider: Brady Walker, MD 06/08/19 0920

### Maintain Normothermia [197943464]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Until Discontinued 06/08/19 0921 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 0920
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Maintain temperature greater than 36 degrees C during pre-operative phase

Maintain Normothermia [197943464] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 0920

### Obtain PT/INR on all patients on warfarin if not ordered. [197943465]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 0921 - 1 occurrence Released by: Meira Y Pomegranate, RN 06/08/19 0920
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]
Order comments: Obtain PT/INR on all patients on warfarin if not ordered.

Obtain PT/INR on all patients on warfarin if not ordered. [197943465] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 0920

### Providone-Iodine solution 5% [197943466]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 0921 - 1 occurrence Released by: Meira Y Pomegranate, RN 06/08/19 0920
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

Questionnaire

| Question | Answer |
|---|---|
| Supply | Providone-Iodine solution 5% |

Order comments: Administer nasal antiseptic if patient is MRSA positive or scheduled to receive implants (if no allergy).

Providone-Iodine solution 5% [197943466] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 0920

### Initiate Pre-Operative Vancomycin when criteria met for MRSA Screening Protocol [197943467]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Continuous 06/08/19 0921 - Until Specified Released by: Meira Y Pomegranate, RN 06/08/19 0920
Discontinued by: Automatic Discharge Provider 06/08/19 1858 [Patient Discharge]

## Orders and Results (continued)

Initiate Pre-Operative Vancomycin when criteria met for MRSA Screening Protocol [197943467] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 0920

### Place as hosp OP surgery in a bed [197943468]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Completed**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 0921 - 1 occurrence Released by: Meira Y Pomegranate, RN 06/08/19 0920

Questionnaire

| Question | Answer |
|---|---|
| Diagnosis/Reason for stay | ureteral stone |
| Admitting Physician | WALKER, BRADY |
| Future Attending Provider | WALKER, BRADY |
| Pt may need isolation? | No |
| Room Type | Surgical |
| Hospital - update only for ECT transfers between UDMC and RBMC | RIVERBEND MEDICAL CENTER |
| Accommodation Code | Hospital Outpatient Bedded |
| Patient Class | Hospital Outpatient Surgery |

Place as hosp OP surgery in a bed [197943468] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 0920

### Low Risk VTE [197943469]

Electronically signed by: **Brady Walker, MD on 06/08/19 0916** Status: **Discontinued**
Ordering user: Brady Walker, MD 06/08/19 0916 Ordering provider: Brady Walker, MD
Authorized by: Brady Walker, MD
Frequency: Once 06/08/19 0921 - 1 occurrence Released by: Meira Y Pomegranate, RN 06/08/19 0920
Discontinued by: Automatic Transfer Provider 06/08/19 1237 [Patient Transfer]

Questionnaire

| Question | Answer |
|---|---|
| Reason for no VTE prophylaxis at admission? | Low risk VTE: prophlaxis not required |

Low Risk VTE [197943469] Result status: No result
Ordering provider: Brady Walker, MD 06/08/19 0920

### Encounter-Level Documents:

Consents/Legal - Scan on 6/8/2019 0100 (below)

## Orders and Results (continued)

### Encounter-Level Documents: (continued)

PeaceHealth
Sacred Heart Medical Center

**Consent to Procedures and Other Treatments** *CONSNT* Consent

1. Name of procedure(s) (no abbreviations): Left Ureteral Stent, Possible left Ureteroscopy with laser lithotripsy
   Physician Name (first and last): Brady Walker will perform the procedure(s). Other physicians or qualified medical practitioners, including health professionals-in-training under the supervision of licensed professional faculty, may perform important parts of the surgery in accordance with his/her qualifications and scope of practice.
2. I recognize that during the course of the procedure(s) unforeseen conditions may necessitate additional or different procedures than those above. I authorize my physician, and other practitioners to perform such other procedures as are, in their judgment, necessary and appropriate. I acknowledge that no warranty or guarantee was made to me as to result or cure.
3. I consent to the administration of such anesthetics/sedation considered necessary or advisable. I understand that all anesthetics/sedation involve risks and the possibility of complications, serious injury and death.
4. The transfusion of blood or blood products may be required during or after the procedure(s). My physician has described to me the risks and benefits and possible complications of blood transfusions. These risks include, but are not limited to, systemic reactions, transmission of diseases, and other unusual reactions. The alternative(s) to transfusion, including the risks of not receiving this therapy, have been explained to me. I have received a copy of the pamphlet, "Information for Patient Who May Require Blood Transfusion". Patient Initials
   - ☒ I consent to receive blood products as deemed necessary and appropriate by the physician. [signature]
   - ☐ I am refusing blood products and have completed form 745R, Refusal to Permit Blood Transfusion. ______
5. MY PHYSICIAN HAS EXPLAINED TO ME IN A WAY THAT I UNDERSTAND:
   a) The procedure or treatment described above.
   b) The potential benefits, risks and side effects of the procedure or treatment.
   c) The reasonable alternatives to the procedure or treatment.
   d) The relevant risks, benefits and side effects related to the alternative procedures or methods of treatment, including the alternative of no treatment at all.

I consent to the treatment or procedure described above. I had the opportunity to ask questions and all of my questions about the procedure(s), risks and alternatives were answered to my satisfaction.

[signature] 6/8/19 7:45

Patient or Person Authorized to Sign for Patient | Relationship | Date | Time

If patient signs with an "x", caregiver to co-sign / EHR User ID / Date / Time | If patient signs with an "x", caregiver to co-sign / EHR User ID / Date/Time

**If patient is unable or person authorized to sign is unavailable**
Emergency Surgery/Procedure? ☐ Yes (MD's proceed with two signatures) ☐ No (ethics consult required before proceeding)

MD Signature | EHR User ID | Date | Time | 2nd MD Signature | EHR User ID | Date | Time

Signature of Ethics Consult Team Representative (for non-emergency surgery/procedures) | EHR User ID | Date | Time

**SIGN IF APPROPRIATE**

I have been told and I understand that I should not drive postoperatively and/or under sedation. I realize that I am responsible for arranging transportation upon discharge.

Patient or Person Authorized to Sign for Patient | Relationship | Date | Time

*Interpreter service and/or special accommodations provided?* ☐ YES ☐ No, Not Needed

**FOR STAFF USE ONLY**
☐ **Final Verification ("Time Out"):**
Patient identity (using patient's name and date of birth)
Procedure to be performed including site and side or level of procedure if applicable
Equipment, instrumentation, or special requirements are readily available
**Completed by:**
**Nurse/Tech/MD/MOA Signature:** EHR User ID: Date: Time:

Patient Identification

Cummins, Michael M
DOB: :48/M DOS:6/08/19:OBS
ATTPROV: Brady Walker, MD
MRN:01614423 R/B:SS38/38
CSN:448584464

745 (08/31/15)
PeaceHealth Sacred Heart Medical Center
PeaceHealth Medical Group
**Consent to Operations, Procedures and Other Treatments**
1 of 3

## Orders and Results (continued)

### Encounter-Level Documents: (continued)

**Quick Reference Guide**
*(Site Marking/Final Verification "Time-Out")*

**Site-marking Guide:**

1. **Site-marking must be performed for any procedure that involves a specific side, multiple structures or levels.** Sites involving both sides (bilateral sites), and laparoscopic sites, which involve a side must be marked. (For example, if the patient is to undergo a left bronchoscopy, the left side should be marked on the patient's anterior surface over the left lung).
2. Exceptions to site-marking include:
   - Single organ cases (e.g. cardiac surgery, etc.)
   - Bilateral identical procedures (e.g. bilateral salpingo-oophorectomy, bilateral tubal interruptions, postpartum ligation, etc.)
   - Mid-line incisions, which is inclusive of mid-line sternotomies and Caesarean Sections.
   - Interventional cases for which the catheter/instrument insertion site is not predetermined (e.g. cardiac catheterization)
   - Teeth (indicate the operative/procedural tooth name on the informed consent an on the radiographs or dental diagram)
   - Premature infants (for whom the mark may cause a permanent tattoo)
   - Procedures done through or immediately adjacent to a natural body orifice. REMEMBER this does not apply to those cases where entry is gained through a natural body orifice but still involves a side for the site (e.g. a right ureteral stent insertion).
   - Cases in which the individual doing the procedure is in continuous attendance with the patient. Continuous attendance means that the individual performing the procedure will be physically present with the patient from the time of the decision to do the procedure and consent, through to the conduct of the procedure. (For example, an emergency department physician assesses a patient and determines the need for immediate placement of a chest tube. If the chest tube is placed immediately without the physician performing the procedure leaving the room, then site marking can be omitted.)
   - Cases in which marking the site would be impossible.
3. **Even if a site-marking exception is met, the final verification ("time-out") of patient, procedure, and procedure site(s) still applies.**
4. **Site marking is to be done by the individual performing the procedure or a designee, a credentialed surgical assistant (e.g. a surgeon, PA or RNFA) in the following manner:**
   - Site marking must take place with the patient involved, awake and aware, if possible.
   - Sites must be marked prior to the patient entering the procedure area (e.g. prior to entering the OR). If the procedure is completed in the patient's room the site must be marked before the beginning of the procedure.
   - Sites will be marked, using "yes" or with the initials of the person doing the marking within the procedural field. The mark must be seen after draping, if applicable.
   - The mark must be made using an indelible marker.

**Final Verification ("Time-Out") of Patient, Procedure, and Procedure Site(s) Process Reference:**

- Conducted immediately before starting the procedure
- Conducted in the location where the procedure will be done
- The entire team involved in the procedure must be present
- A designated team member (the Circulating Nurse in Surgery) must verify aloud the following:
  - **Patient Identity (using patient's name and date of birth)**
  - **Procedure to be performed**
  - **Site(s) of procedure**
  - **Side or level of procedure, if applicable**

  *The above information can be located on the consent, and the consent may be read aloud.*
  - **Correct patient position**
  - **Correct equipment and/or special requirements are readily available**
- The team must verbalize agreement that all the elements of the final verification are correct.
- If the person performing the procedure is the only person involved in the procedure, the above final verification ("time-out") process should be conducted, however it is not necessary to engage others in this process if they would not otherwise be involved in the procedure.

**If there are any discrepancies, any member of the procedural team is authorized to stop the procedure from starting.** If that occurs, the individual performing the procedure must confirm the procedural site(s) and procedure by reviewing the patient's chart, x-ray films (if applicable), and the physician's notes. If a discrepancy still remains, the procedure must be canceled until verification is possible.

The designated team member who verbally conducted the final verification ("time-out") will document that the final verification ("time-out") was completed and correct. This will be documented on the operative record and if no operative record is being completed, the checklist on the patient's informed consent, for the procedure, will be completed.

Patient Identification

Cummins, Michael M
DOB :48/M DOS:6/08/19:OBS
ATTPROV: Brady Walker, MD
MRN:01614423 R/B:SS38/38
CSN:448584464

745 (08/31/15)
PeaceHealth Sacred Heart Medical Center
PeaceHealth Medical Group
**Consent to Operations, Procedures and Other Treatments**
2 of 3

## Orders and Results (continued)

### Encounter-Level Documents: (continued)

Sacred Heart Medical Center

**INFORMATION FOR PATIENTS WHO MAY REQUIRE BLOOD TRANSFUSION**

Provide this material to the patient or person authorized to sign for the patient at the time the consent is signed

**WHAT IS A BLOOD TRANSFUSION?**

When you receive a blood transfusion, you receive blood or blood parts (blood products) from someone else. You may need a transfusion if you:

- Are bleeding
- Have cancer
- Have a blood disorder
- Have had an organ or bone marrow transplant

Blood products that may be transfused include:

- Red cells (carry oxygen)
- Platelets (help blood clot)
- Plasma (carries blood cells in the body and helps blood clot)
- Cryoprecipitate (includes proteins from plasma that help blood clot)

**WHAT ARE THE RISKS OF RECEIVING BLOOD?**

For people who need a transfusion, the risks of NOT receiving the transfusion are usually much greater than the risks of the transfusion.

Some patients who have a transfusion can experience mild, temporary symptoms such as:

- Fever
- Chills
- Hives

A small number of patients may react to blood and develop antibodies. The antibodies will not hurt you. Having an antibody means you will need more testing if you require blood in the future.

In extremely rare cases, a patient may have a major, life threatening, reaction to blood. Make sure to tell your nurse if you experience:

- Difficulty breathing or swallowing
- Severe anxiety

**HOW DO I KNOW THE BLOOD IS SAFE?**

Although there is a very small risk of getting a disease, the blood supply is safer than it has been in years. To promote safety, blood banks always:

- Use volunteer blood donors.
- Review every donor's medical and social history for risks.
- Physically examine every donor for blood pressure, pulse and temperature. Blood banks also check to make sure the donor has enough hemoglobin (this carries oxygen in red blood cells).
- Complete testing on all blood collected for many diseases, including:
  - o Hepatitis B & C
  - o HIV (the virus that causes AIDS)
  - o Syphilis
- Do not use any unit of blood that tests positive for a disease.

**HOW DOES THE PROCEDURE WORK?**

Before your transfusion, a small blood sample will be taken for testing. Testing will take 15 minutes - 1 hour, depending on the blood product you receive.

When the nurse brings the blood to your room, she or he will check to make sure it is the right blood for you. The nurse will then attach the blood to an IV in your arm. Transfusions usually take 1-3 hours. They are almost always painless.

Patient Identification:

Cummins, Michael M
DOB :48/M DOS:6/08/19:OBS
ATTPROV: Brady Walker, MD
MRN:01614423 R/B:SS38/38
CSN:448584464

PeaceHealth Sacred Heart Medical Center 745 (08/31/15)
PeaceHealth Medical Group
**Consent to Operations, Procedures and Other Treatments**
3 of 3

Lab Requisition Scan - Scan on 6/8/2019: lab form (below)

Cummins, Michael M (MRN:01614423)
CSN: 448584464

**Michael M Cummins**
**MRN: 01614423** Log ID: **416837**

**Cummins, Michael M [01614423] Male - 48 y.o. - 07/30/70**

**Pre-op Diagnosis**

**Post-op Diagnosis**
None

**Panel Information**
Panel 1

| Surgeon | Role | Procedure | Laterality | Anesthesia |
|---|---|---|---|---|
| **Brady Walker, MD** | Primary | **LEFT URETEROSCOPY LITHOTRIPSY WITH LASERAND STENT** | Left | General |

**General Information**
Date: 6/8/2019
Location: RBMC OR
Patient class: Observation
Trauma case?:
Time: 1040
Room: OR 29
Case classification:
Status: Unposted
Service: Urology
Case type:

**Specimens**

| ID | Source | Type | Tests | Collected By | Collected At | Frozen? | Orders |
|---|---|---|---|---|---|---|---|
| 1 | Tissue (see Comments) | Tissue | • ~~PATHOLOGY~~ | Brady Walker, MD | 6/8/19 1209 | No | • 198395393 |

Description: ureteral stone
Comment: analysis

Lab for Stone anaylsis (M) 6/10/19

After Visit Summary - Document on 6/8/2019 1641: IP After Visit Summary (below)

PeaceHealth
The spirit of healing®

# AFTER VISIT SUMMARY

**Michael M. Cummins** MRN: 01614423 6/8/2019 Sacred Heart at RiverBend Medical Center

## Instructions

No changes were made to your medications.

## Care Providers

| Provider | Service | Role | Specialty |
|---|---|---|---|
| Brady Walker, MD | — | Attending Provider | Urology |

## We are waiting for the results of these tests. Follow up with your provider.

| Order | Current Status |
|---|---|
| Pathology | Collected (06/08/19 1209) |

## Surgical and Procedural Summary

Past and Present Procedures (5/9/2019 to Today)

| Date | Time | Procedures | Providers | Location | Status |
|---|---|---|---|---|---|
| 6/8/2019 | 1040 | Left Ureteroscopy Lithotripsy With Laserand Stent | Walker, Brady | RBMC OR | Recovery |

When to Seek Medical Care

Patient Zones: Monitor yourself and your symptoms. If you are, or if you move into the Yellow or Red Zones, take action as outlined in the Zones, in addition to any instructions your Provider has given you. Your goal is to avoid an unnecessary readmission. We want you to be able to effectively manage your care at home with the support of your primary physician/provider.

## Patient Zones

Patient Zones (continued)

### Red Zone (Medical Alert)

If you experience any of these warning signs call 911. You need to be evaluated by a doctor right away:

- Unrelieved shortness of breath, shortness of breath at rest
- Unrelieved chest pain
- Uncontrolled bleeding
- Blurred vision
- Weakness in arm or leg
- Severe headache or slurred speech (one or more of these symptoms)
- Change in level of consciousness or thought process

### Yellow Zone (Caution)

**If you experience any of these symptoms,** you may need to be seen sooner than your scheduled appointment:

- Temperature greater than 101F
- Questions about medications or condition
- Excessive bleeding, drainage, or pus from your incision
- Pain that is not controlled with medications
- Nausea or vomiting that is not controlled with medications
- Signs and symptoms of infection: Increased redness, increased swelling or warmth at incision or puncture site, increased drainage that is discolored or foul smelling
- If you develop worsening calf or groin pain
- If you have excessive bruising, bleeding, or black stools
- If you develop a rash, itching or any adverse reaction to your medication
- If you are unable to urinate within six hours after your surgery

## Discharge Instruction Orders

Activity instructions
Activity as tolerated

Other instructions
Follow-up with surgeon in 1-2 weeks
See me later this week for stent removal

## We Really Care About You

If you or a loved one currently use tobacco, please call your State Quit line for helpful resources at 1-800-784-8669.

If you or a loved one feel you are in an emotional crisis, whether or not you are thinking about killing yourself, please call the Suicide Prevention LifeLine. By calling 1-800-273-TALK (8255) you'll be connected to a skilled, trained counselor at a crisis center in your area, anytime 24/7.

**Thank you for choosing PeaceHealth for your health care needs.**

These Discharge Instructions have been reviewed with and provided to the Patient/Caregiver.

## What's next

You currently have no upcoming appointments scheduled.

# Medication List

## CONTINUE taking these medications

| Medication | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|
| ALPRAZolam 1 MG tablet<br>Commonly known as: XANAX<br>Take 1 mg by mouth Twice a day | | | | | ✓ |
| docusate sodium 100 MG capsule<br>Commonly known as: COLACE<br>Take 1 capsule (100 mg total) by mouth Twice a day | ✓ | | ✓ | | |
| hydroCHLOROthiazide 25 MG tablet<br>Commonly known as: HYDRODIURIL<br>Take 25 mg by mouth every morning | ✓ | | | | |
| lisinopril 40 MG tablet<br>Commonly known as: PRINIVIL,ZESTRIL<br>Take 40 mg by mouth every morning | ✓ | | | | |
| ondansetron 8 MG disintegrating tablet<br>Commonly known as: ZOFRAN-ODT<br>Place 1 tablet (8 mg total) under the tongue every 8 (eight) hours as needed for Nausea or Vomiting<br>Last time this was given: Ask your nurse or doctor | | | | | ✓ |
| oxyCODONE-acetaminophen 5-325 mg per tablet<br>Commonly known as: PERCOCET<br>Take 1 tablet by mouth every 6 (six) hours as needed for up to 10 doses for Pain | | | | | ✓ |
| propranolol 40 MG tablet<br>Commonly known as: INDERAL<br>Take 40 mg by mouth Twice a day | ✓ | | ✓ | | |
| sulfamethoxazole-trimethoprim 800-160 mg per tablet<br>Commonly known as: BACTRIM DS<br>Take 1 tablet by mouth Twice a day | ✓ | | ✓ | | |
| tamsulosin 0.4 mg Cap 24 hr capsule<br>Commonly known as: FLOMAX<br>Take 1 capsule (0.4 mg total) by mouth every evening | | | ✓ | | |
| warfarin 5 MG tablet<br>Commonly known as: COUMADIN<br>Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic. | | ✓ | | | |

**Your home medications:**

For your safety, we recommend using one pharmacy. Please see your patient discharge medication list. If you are unable to obtain your medications PLEASE notify your healthcare provider immediately.

• Take your medicines as ordered. They are listed on your patient discharge medication list.

- Get prescriptions filled right away. If you have concerns about doing this let your nurse know.
- Throw away any old lists and update your records with all medication providers or retail pharmacies.
- Take all medications as directed, even if you start feeling better.
- Re-order your medications when you have 3 weeks supply left.

## Your Allergies

Date Reviewed: 6/8/2019

| Allergen | Reactions |
|---|---|
| **Metronidazole** | Swelling |
| **Morphine Sulfate**<br>Tolerates hydromorphone | Swelling |

## My Peacehealth Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to https://my.peacehealth.org/mypeacehealth/, click "Sign Up Now", and enter your personal activation code: CGZ7G-PWD53-J3FZM. Activation code expires 7/15/2019.

## Order-Level Documents:

Lab Managed Result Scan - Scan on 6/10/2019 0935: STONE ANALYSIS (below)

Quest Diagnostics

Quest Diagnostics Nichols Institute
27027 Tourney Road
Valencia Ca 91355
800.421.7110
www.NicholsInstitute.com/Valencia

PEACEHEALTH RIVERBEND ANX
123 INTERNATIONAL WAY
SPRINGFIELD, OR 97477-1047

| | |
|---|---|
| **Patient:** | **CUMMINS, MICHAEL** |
| Sex: | Male |
| Birth Date: | Age: 48 Years |
| Patient ID: | OW802178E |
| Physician: | WALKER, BRADY |
| Collection Date: | 6/10/2019 |
| Notes: | |

| Account Number | Accession # |
|---|---|
| **49752** | **019-3159456 / OW802178E** |
| **Received Date** | **Printed Date** |
| **6/11/2019** | **6/13/2019** |

### 4161 · STONE ANALYSIS

**Stone Analysis with Image**

| RESULT | |
|---|---|
| Specimen Source | Left Ureteral |
| Nidus | Not observed |
| Component 1 | Uric Acid Dihydrate 80% |
| | Calcium Oxalate Monohydrate (Whewellite) 20% |
| Stone Weight | 0.0540 g |



Scale: 1 Division = 1mm

Jon M. Nakamoto, M.D., Ph.D.
Laboratory Director

## Hospital account-Level Documents:

HAR Consent for General Treatment & Financial Agreement - Scan on 6/8/2019 0915 (below)

**Non-Discrimination Policy:** PeaceHealth provides services to all people. It does not discriminate against any patient because of race, religion, national origin, gender, sexual orientation, disability or insurance program such as Medicaid or Medicare. PeaceHealth provides emergency services regardless of the patient's ability to pay for those services.
**Personal Property and Valuables – Patient Waiver of Liability:** PeaceHealth is not responsible for loss or damage to personal property or medications brought to the hospital. Patients are advised to leave valuable items at home or to send valuables home with a responsible person. Only medically necessary devices may remain at the bedside.
**Patient Rights and Responsibilities:** I acknowledge receipt of information regarding Patient Rights and may accept or refuse care at any time.

**I am the patient or the patient's agent or authorized representative, I acknowledge that I have read this agreement and understand its purpose and contents. By signing here, I consent for healthcare services and accept the terms of the financial agreement.**

6-8-19 9:07

Signature Patient/Person Authorized to Sign for Patient – Relationship Date Time

**For staff use only:** *Interpreter services and/or special accommodations were provided?*
☐ Yes ☑ No, Not Needed

If patient is unable to sign:

Caregiver signature EHR User ID Date Time

Witness signature Date Time

Cummins, Michael M
DOB: :48/M DOS:6/08/19:OBS
ATTPROV: Brady Walker, MD
MRN:01614423 R/B:SS38/38
CSN:448584464

SYS745-GEN (02/08/16)
PeaceHealth
**General Treatment Consent and Financial Agreement**
Page 2 of 2

## Orders and Results (continued)

### Hospital account-Level Documents: (continued)

PeaceHealth

**General Treatment Consent and Financial Agreement**

**Consent for General Treatment:**
I understand and agree that as a patient I will receive general medical services and treatment, including HIV testing. I understand I have the right to ask questions about and refuse these services.
I acknowledge that my healthcare providers may be independent contractors not employed by PeaceHealth. Healthcare students may also treat me. I understand if special procedures or operations are needed, my healthcare providers will discuss this with me and my additional consent may be required.
I authorized the hospital and all clinical providers who provide care to me, along with any billing services or other agents who may work on their behalf, to contact me on my cell phone and/or home phone using automated telephone dialing systems, email messages, text messages or other computer assisted technology.

**Financial Responsibility Agreement:**

- I understand that in consideration of the services provided I agree to pay charges according to PeaceHealth regular rates and terms.
- I understand and agree that PeaceHealth may make inquiries regarding insurance coverage and my financial responsibility from third party payors or other responsible parties. In addition, I give consent for these payors and/or references to release information to PeaceHealth.
- I understand that PeaceHealth reserves the right to require proof of my ability to pay and may require a payment prior to service. I further understand that payments collected will be applied to my total bill owed.
- I authorize direct payment to PeaceHealth and/or healthcare providers during this period of medical care any third party, insurance, or liability benefits otherwise payable to me. I also authorize direct payment to the surgeon and/or physician or anesthesiologist any third party/insurance benefits which may be due under this claim.
- If I am applying for payment under Medicare, Medicaid, Champus, or TRICARE, I certify that the information I give is correct. I request benefit payments be made directly to PeaceHealth.
- I further agree to pay for services denied or not covered by my insurance regardless of the reason for denial or non-coverage.
- I understand I will be billed separately for services provided by non-employed providers such as Emergency Room Physicians, Anesthesiologists or Radiologists.

**Financial Assistance Program:** PeaceHealth provides financial assistance to all persons meeting income eligibility criteria. Charges may be waived or reduced only after all other financial resources have been applied for and exhausted and if the patient is eligible for PeaceHealth Financial Assistance Programs.

SYS745-GEN (02/08/16)

Cummins M ... el M
DOB :48/M DOS:6/08/19:OBS
ATT ... Brady Walker, MD
MRN:01614423 R/B:SS38/38
CSN:448584464

PeaceHealth
**General Treatment Consent and Financial Agreement**
Page 1 of 2

Consents/Legal

# PeaceHealth Facesheet

## Riverbend Medical Center

3333 RIVERBEND DR SPRINGFIELD, OR 97477

| | |
|---|---|
| Patient Name: | **CUMMINS, MICHAEL M** |
| Admission Date/Time: | **7/2/2019 2012** |
| Discharge Date/Time: | **7/4/2019 1218** |
| MRN: | **01614423** |
| CSN: | **449345814** |
| Guarantor: | **CUMMINS,MICHAEL M** |

## ENCOUNTER

| | | | |
|---|---|---|---|
| Patient Class: | **OBS** | Unit: | **RBMC ORTHOPEDICS** |
| Hospital Service: | **General Medicine** | Room/Bed: | **6122 /6122-01** |
| Admitting Provider: | **Samson W Barasa, Md** | Referring Physician: | |
| Attending Provider: | | | |
| Admission Diagnosis: | **Kidney stone [N20.0]** | | |

## PATIENT

| | | | |
|---|---|---|---|
| Name: | **CUMMINS, MICHAEL M** | DOB: | **(48 yrs)** |
| Address: | | Sex: | **Male** |
| City, State ZIP: | | Ethnicity / Race: | **Not Hispanic Or Latino / White** |
| Primary Phone: | | Religion: | **No Preference** |
| Work Phone | | Email: | **No e-mail address on record** |
| Mobile Phone: | | | |

**PRIMARY CARE PROVIDER**

| | | | |
|---|---|---|---|
| Primary Care Provider: | **David A Knowlton, MD** | Primary Care Provider Phone: | **541-344-8225** |

**EMPLOYER**

| | | | |
|---|---|---|---|
| Employer: | **UNEMPLOYED** | Status: | **Not Employed** |

**EMERGENCY CONTACT**

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work Phone | Mobile Phone |
|---|---|---|---|---|---|
| **1. Bishop,Charmaine** | | **Support Person** | | | |
| **2. *No Contact Specified*** | | | | | |

## GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor: | **CUMMINS,MICHAEL M** | DOB: | |
| Address: | | Sex: | **Male** |
| Relation to Patient: | **Self** | Home Phone: | |
| Guarantor ID: | **885662** | Work Phone: | |

**GUARANTOR EMPLOYER**

| | | | |
|---|---|---|---|
| Employer: | **UNEMPLOYED** | Status: | **NOT EMPLO*** |

## COVERAGE

**PRIMARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | **MEDICAID OREGON** | Plan: | **DMAP OREGON MEDICAID** |
| Group Number: | | Insurance Type: | **INDEMNITY** |
| Subscriber Name: | **CUMMINS,MICHAEL M** | Subscriber DOB: | |
| Subscriber ID: | **PB800K7J** | Copay: | **$0.00** |
| Pat. Rel. to Subscriber: | **SELF** | Remaining # of Visits: | **0** |

**SECONDARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | | Plan: | |
| Group Number: | | Insurance Type: | |
| Subscriber Name: | | Subscriber DOB: | |
| Subscriber ID: | | | |
| Pat. Rel. to Subscriber: | | | |

**TERTIARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | | Plan: | |
| Group Number: | | Insurance Type: | |
| Subscriber Name: | | Subscriber DOB: | |
| Subscriber ID: | | | |

Pat. Rel. to Subscriber:

449345814

FS

## Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 07/02/2019 2003 | Admit Date/Time: | 07/02/2019 2012 | IP Adm. Date/Time: | 07/02/2019 2338 |
| Admission Type: | Emergency | Point of Origin: | Home Or Workplace | Admit Category: | |
| Means of Arrival: | Car | Primary Service: | General Medicine | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | PEACEHEALTH SERVICE AREA | Unit: | Sacred Heart at RiverBend Orthopedics |
| Admit Provider: | Samson W Barasa, MD | Attending Provider: | Daniel T Horrell, DO | Referring Provider: | |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 07/04/2019 1218 | Home Or Self Care | None | None | Sacred Heart at RiverBend Orthopedics |

## Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| N20.0 **[Principal]** | Calculus of kidney | | | | |
| Z86.711 | Personal history of pulmonary embolism | | | | |
| Z79.01 | Long term (current) use of anticoagulants | | | | |
| Z86.718 | Personal history of other venous thrombosis and embolism | | | | |
| I12.9 | Hypertensive chronic kidney disease with stage 1 through stage 4 chronic kidney disease, or unspecified chronic kidney disease | | | | |
| N18.9 | Chronic kidney disease, unspecified | | | | |
| N17.9 | Acute kidney failure, unspecified | | | | |
| Z72.0 | Tobacco use | | | | |
| E66.01 | Morbid (severe) obesity due to excess calories | | | | |
| Z68.41 | Body mass index (BMI) 40.0-44.9, adult | | | | |

## Events

ED Arrival at 7/2/2019 2003

Unit: Sacred Heart at RiverBend Emergency Department

Admission at 7/2/2019 2012

Unit: Sacred Heart at RiverBend Emergency Department    Room: 28    Bed: 28
Patient class: Emergency

ED Roomed at 7/2/2019 2012

Unit: Sacred Heart at RiverBend Emergency Department

Transfer In at 7/2/2019 2136

Unit: Sacred Heart at RiverBend    Room: F    Bed: F

## Orders and Results (continued)

### Events (continued)

Emergency Department
Patient class: Emergency

ED Transfer at 7/2/2019 2136

Unit: Sacred Heart at RiverBend Emergency Department

Patient Update at 7/2/2019 2338

Unit: Sacred Heart at RiverBend Emergency Department | Room: F | Bed: F
Patient class: Inpatient

Pt Class Change at 7/2/2019 2338

Unit: Sacred Heart at RiverBend Emergency Department | Room: F | Bed: F
Patient class: Inpatient

Transfer In at 7/3/2019 0040

Unit: Sacred Heart at RiverBend Emergency Department | Room: OTF | Bed: OTF
Patient class: Inpatient

ED Transfer at 7/3/2019 0040

Unit: Sacred Heart at RiverBend Emergency Department | Room: F | Bed: F
Patient class: Inpatient

Transfer In at 7/3/2019 0049

Unit: Sacred Heart at RiverBend Orthopedics | Room: 6122 | Bed: 6122-01
Patient class: Inpatient | Service: General Medicine

Admit from ED at 7/3/2019 0049

Unit: Sacred Heart at RiverBend Orthopedics | Room: F | Bed: F
Patient class: Inpatient

Patient Update at 7/3/2019 0149

Unit: Sacred Heart at RiverBend Orthopedics | Room: 6122 | Bed: 6122-01
Patient class: Observation | Service: General Medicine

Discharge at 7/4/2019 1218

Unit: Sacred Heart at RiverBend Orthopedics | Room: 6122 | Bed: 6122-01
Patient class: Observation | Service: General Medicine

### Document List

Admission on 7/2/2019 with Samson W Barasa, MD

| Type of Document | Status | Date Received | Received By | Description |
|---|---|---|---|---|
| IMM-A (Admit) | Not Received | | | |
| IMT (Tricare) | Not Received | | | |

Orders and Results (continued)

# Discharge Summaries

## Discharge Summaries

### Discharge Summary by Sarah M Barry, CNS at 07/04/19 0822

Author: Sarah M Barry, CNS Service: Hospitalist Author Type: Clinical Nurse Specialist
Filed: 07/04/19 0913 Date of Service: 07/04/19 0822 Status: Addendum
Editor: Sarah M Barry, CNS (Clinical Nurse Specialist)
Related Notes: Original Note by Sarah M Barry, CNS (Clinical Nurse Specialist) filed at 07/04/19 0910

**Discharge Summary**
**Hospital Medicine Services**

Admission date:[SB.1] 7/2/2019[SB.2]
Discharge date:[SB.1] 7/4/2019[SB.2]
PCP:[SB.1] DAVID A KNOWLTON, MD[SB.2]
Discharging Provider:[SB.1] Sarah M Barry

Active Hospital Problems

| Diagnosis | Date Noted |
|---|---|
| • Renal calculi | 07/03/2019 |
| • Adjustment insomnia | 07/04/2019 |
| • Tobacco abuse | 07/04/2019 |
| • Essential hypertension | 07/03/2019 |
| • History of pulmonary embolism | 07/03/2019 |
| • History of DVT (deep vein thrombosis) | 07/03/2019 |
| • Anticoagulated on Coumadin | 06/07/2019 |
| • Panic attacks | 06/07/2019 |
| • Morbid obesity with BMI of 40.0-44.9, adult (HCC) | 02/10/2018 |

Resolved Hospital Problems

| Diagnosis | Date Noted | Date Resolved |
|---|---|---|
| • Right flank pain | 07/03/2019 | 07/04/2019 |
| • Acute kidney injury superimposed on chronic kidney disease (HCC) | 07/03/2019 | 07/04/2019[SB.2] |

**Consulting Services / Providers**[SB.1]
1. None[SB.3]
2.

**Procedures** - date / speciality
1.[SB.1] * Cannot find OR case *[SB.2]

## Reason for Admission

Please see admission H&P[SB.1] by Dr Barasa[SB.3] for additional details. In brief, this[SB.1]"is a 48-year-old male with hypertension, panic attacks, anxiety, depression and migraines. He has history of left lower extremity DVT and pulmonary embolism diagnosed approximately 2 years ago; he is on Coumadin.

He has history of kidney stones; he had left nephrolithiasis 1 month ago status post left kidney stone removal and stent placement with a stent removal 2 weeks ago.

Michael developed left flank pain suddenly today at approximately 5:30 PM; the pain has been constant, has no relieving factors, no exacerbating factors, rated between 5 and 6 out of 10 currently, when he came in it was rated "20 out of 10", sharp in nature, progressive, and nonradiating. Given that the pain was persistent and progressive he requested his significant other/ex-wife to bring him to the hospital."[SB.3]

## Problem Based Summary of Hospital Course[SB.1]

**Right flank pain r/t right nephrolithiasis**

- Now resolved. He passed the stone here which was sent for analysis. He was aggressively rehydrated with IVF. He now is without any symptoms. Reports previously being told stone was + for calcium. He did have mild leukocytosis which is most likley reactive and has resolved. No other indicators for infection. Recently had left stent removed for Left stone removal. He has follow up already scheduled with Urology in AUgust. He was instructed to call the urology office tomorrow to see if his appointment needs to be moved up.

**Essential hypertension**

Remained acceptably controlled here on propranolol. His home dosing of hydrochlorothiazide and lisinopril were held due to AKI on admit. Will resume these medications on discharge. He will need a BMP in 1 week to ensure stability. He was instructed to monitor his BP at home for PCP follow up.

**History of pulmonary embolism & History of DVT (deep vein thrombosis) on chronic warfarin**

- INR remained therapeutic here. Will continue home regimen on discharge. He will need to follow up with INR check next week.

**Acute kidney injury superimposed on chronic kidney disease**

- AKI in the setting of acute right renal stone with mild hydronephrosis + medication effects. Resolved on discharge. Will resume HTN meds as above. He will need repeat BMP in 1 week with PCP.

**Morbid Obesity (BMI 44) - POA**

- Likely due to calories excess. Would benefit from weight loss measures.[SB.3]

**HX of Panic attacks & Insomnia**

- Poor sleep here. Was started on trial of trazodone. Will continue on discharge. He will need continue follow up on discharge.[SB.4]

**tobacco abuse**

- Continue to encourage cessation
- RX nicotine patches was instructed on use[SB.2]

**Post discharge management plans:**[SB.1]

1. **PCP for hospital follow up in 1 week**
2. **Urology- contact office to see if August appointment needs to be moved up.**[SB.3]

**Pending or abnormal tests that need follow up:**[SB.1]

1. **Stone analysis from 7/2**
2. **BMP in 1 week to assess renal function.**[SB.3]

## Day of Discharge Physical Examination[SB.1]

Temp: [35.7 °C (96.3 °F)-36.4 °C (97.5 °F)] 36.4 °C (97.5 °F)
Heart Rate: [56-62] 62
Resp: [16-20] 16
BP: (113-140)/(63-80) 130/80[SB.2]

General: Not in any distress, well nourished
Chest: Normal respiratory effort, clear to auscultation, no crackles or wheezes bilaterally, tolerating[SB.1] RA[SB.3]
Heart: regular rate and rhythm, S1, S2 normal, no murmurs, no JVD
Abdomen: soft, Nontender, Nondistended, bowel sounds active in all 4 quadrants.[SB.1] Obese[SB.3]
Extremities: Pink, warm with brisk cap refill, pedal and radial pulses symmetric bilaterally, no pitting pedal edema,
CNS: grossly normal-non focal
HEENT- no pallor or icteric
Psychiatry- AAO*3, mood and affect appropriate

## Discharge Medications[SB.1]

### Medication List

START taking these medications

**acetaminophen** 325 MG tablet
Commonly known as: TYLENOL
Take 2 tablets (650 mg total) by mouth every 4 (four) hours as needed for Fever (MILD PAIN (1-3) FIRST CHOICE)

---

**nicotine** 21 mg/24 hr patch TD 24 hr
Place 1 patch (21 mg total) onto the skin daily Remove old patch before applying a new patch.
Notes to patient: Reduce to next level every 7 days.

---

Discharge Summaries (continued)

Discharge Summary by Sarah M Barry, CNS at 07/04/19 0822 (continued)

**traZODone** 50 MG tablet
Commonly known as: DESYREL
Take 1 tablet (50 mg total) by mouth nightly as needed for Insomnia

CHANGE how you take these medications

**warfarin** 5 MG tablet
Commonly known as: COUMADIN
Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic.
What changed:

- **when to take this**
- **additional instructions**

CONTINUE taking these medications

**adalimumab** 40 mg/0.8 mL injection
Commonly known as: HUMIRA

---

**ALPRAZolam** 1 MG tablet
Commonly known as: XANAX

---

**hydroCHLOROthiazide** 25 MG tablet
Commonly known as: HYDRODIURIL

---

**lisinopril** 40 MG tablet
Commonly known as: PRINIVIL,ZESTRIL

---

**ondansetron** 8 MG disintegrating tablet
Commonly known as: ZOFRAN-ODT
Place 1 tablet (8 mg total) under the tongue every 8 (eight) hours as needed for Nausea or Vomiting

---

**propranolol** 40 MG tablet
Commonly known as: INDERAL

STOP taking these medications

**docusate sodium** 100 MG capsule
Commonly known as: COLACE

---

**oxyCODONE-acetaminophen** 5-325 mg per tablet
Commonly known as: PERCOCET

---

**sulfamethoxazole-trimethoprim** 800-160 mg per tablet
Commonly known as: BACTRIM DS

---

Discharge Summaries (continued)

Discharge Summary by Sarah M Barry, CNS at 07/04/19 0822 (continued)

**tamsulosin** 0.4 mg Cap 24 hr capsule
Commonly known as: FLOMAX

**Where to Get Your Medications**

These medications were sent to BI-MART PHARMACY #663 - EUGENE, OR - 4780 ROYAL AVENUE
4780 ROYAL AVENUE, EUGENE OR 97402
Phone: 541-463-9559

- acetaminophen 325 MG tablet

You can get these medications from any pharmacy
**Bring a paper prescription for each of these medications**

- nicotine 21 mg/24 hr patch TD 24 hr
- traZODone 50 MG tablet[SB.2]

**SIGNIFICANT TESTS / IMAGING DONE THIS ADMISSION**[SB.1]

CT Abdomen Pelvis WO Contrast(KUB)
Final Result

CUMMINS, MICHAEL M
DOB: Age: 48 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: DANIEL T HORRELL
Class: Emergency

Date of Service: 07/02/2019 09:05 PM Accession #: 4927199
Outside Order Number: 102465118

CT KUB

IMPRESSION:
1. 1 mm calcification within the right posterior bladder likely represents
a recently passed stone. There is mild right-sided hydronephrosis.

Discharge Summaries (continued)

Discharge Summary by Sarah M Barry, CNS at 07/04/19 0822 (continued)

2. Calcification within both adrenal glands suggest
remote infection or
hemorrhage.

INDICATION:
GENDER/AGE: Male, 48 years
ORDER INDICATION: :
HISTORY PER PATIENT: right flank pain

TECHNIQUE: CT images of the abdomen and pelvis
were obtained at 5-mm
intervals using the renal stone protocol. Axial, coronal,
and sagittal
reconstructions were performed.
The CT scanner utilized a dose reduction technique.

COMPARISON: 5/16/2019 and 11/19/2010

FINDINGS:
LUNG BASES: There is a 7 mm right middle lobe
pulmonary nodule. This can
be followed according to the Fleischner Society
criteria. This area was
not included on the prior exam.

LIVER: Included non-contrasted images through the
liver do not demonstrate
a focal mass or intrahepatic biliary ductal dilatation.

GALLBLADDER: The gallbladder has been removed.

PANCREAS: No mass or inflammatory change is
seen.

SPLEEN: The spleen is normal.

ADRENALS: Calcification within both adrenal glands
suggests prior trauma
or infection. This is similar to the previous exam. The
left adrenal gland
is asymmetrically enlarged.

RIGHT KIDNEY: A 1 mm stone in the right posterior
bladder likely
represents a recently passed right ureteral stone. Mild
right
hydronephrosis is seen. No residual renal stones are
seen on the right.

LEFT KIDNEY: The left kidney demonstrates normal size and contour without calcification or hydronephrosis. No ureteral stone is seen.

AORTA: Mild atherosclerotic changes of the abdominal and pelvic arterial system are identified.

LYMPH NODES: Scattered retroperitoneal and mesenteric lymph nodes are identified without secondary aggressive features.

BOWEL: There is limited evaluation of the bowel secondary to the lack of oral and rectal contrast.

PELVIS: No fluid is seen.

OSSEOUS WINDOWS: No destructive or sclerotic lesion is seen.

DICTATED BY: Akshay Gupta, M.D., on 7/2/2019 9:43 PM PDT
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

End of Diagnostic report for accession: 4927199
Interpreted/Electronically Signed By: Akshay Gupta, MD on 07/02/2019[SB.2]

**Wound Care -**[SB.1] No[SB.3]

**Diabetes Management -**[SB.1] No

**Blood Pressure Monitoring:** Check BP daily. Keep a record of blood pressures and bring to PCP during next visit. Bring blood pressure log to all follow up appointments.

**INR management-** contact PCP for coumadin clinic for INR follow up next week. Last INR 2.5 7/4.[SB.3]

Discharge Summaries (continued)

Discharge Summary by Sarah M Barry, CNS at 07/04/19 0822 (continued)

**PICC LINE -**[SB.1] No[SB.3]
**Foley -**[SB.1] No[SB.3]
**Hemodialysis catheter -**[SB.1] No[SB.3]

**Diet**:[SB.1]Diet General[SB.2]
**Activity:**[SB.1] as tolerated[SB.3]
**Condition/functional status at discharge:**[SB.1] Good[SB.3]

**Destination of patient after discharge:**[SB.1] Home[SB.3]

**POLST:**[SB.1] not done[SB.3]

**Code Status:**[SB.1] Full Code[SB.2]

**Follow up:**[SB.1] PCP within 1 week[SB.3]

**Plans for managing any anticipated problems: Contact PCP if symptoms occur before scheduled Hospital Follow up or return to ER**

•

Please send a copy of the dictation to the PCP and to all listed specialists

Time spent:[SB.1] 50[SB.3] minutes spent in the direct care of this patient including counseling, reviewing the medical chart, and discussing plan with patient and care team.

**Signed:**[SB.1]
Sarah M Barry, CNS
7/4/2019
9:12 AM[SB.2]

Electronically signed by Sarah M Barry, CNS on 07/04/19 0913

Attribution Key

SB.1 - Sarah M Barry, CNS on 07/04/19 0822
SB.2 - Sarah M Barry, CNS on 07/04/19 0912
SB.3 - Sarah M Barry, CNS on 07/04/19 0857
SB.4 - Sarah M Barry, CNS on 07/04/19 0909

## Consultations

## Procedure/Operative Reports

Procedure Notes

No notes of this type exist for this encounter.

## History & Physicals

## History & Physical

H&P by Samson W Barasa, MD at 07/02/19 2330

Author: Samson W Barasa, MD Service: Hospitalist Author Type: Physician
Filed: 07/03/19 0744 Date of Service: 07/02/19 2330 Status: Signed
Editor: Samson W Barasa, MD (Physician)

**Hospital Medicine**
**History & Physical**

**Patient ID:**
Michael M Cummins
01614423
48 y.o., male

Date of Admit: 7/3/2019
PCP: DAVID A KNOWLTON, MD

Source of information: The patient, the ER physician Dr.Dan Horrell, a review of the patient's medical records

**Problem based Assessment & Plan**

Michael M Cummins is a 48 y.o., male who presents with left flank pain of sudden onset for 1 day.[SB.1]

Principal Problem:
  Right flank pain
Active Problems:
  Essential hypertension
  History of pulmonary embolism
  History of DVT (deep vein thrombosis)
  Acute kidney injury superimposed on chronic kidney disease (HCC)[SB.2]

Right flank pain: Could have been due to the kidney stone that he just passed. He will be on pain medications. We will go ahead and strain the urine to collect the kidney stone and send it to the laboratory for analysis. We will get a urinalysis.

Hypertension: He will continue with propranolol, lisinopril and hydrochlorothiazide.

History of pulmonary embolism and DVT: He will continue with the Coumadin with a target INR of between 2 and 3.

Acute kidney injury superimposed on chronic kidney disease stage III: We will avoid nephrotoxic medications as we monitor his renal functions. Fluids.

Diet:Diet General
Activity: "as tolerated"
IVF: Normal saline with 20 mEq of KCl at 80 MLS per hour.
VTE Prophylaxis: ☐ lovenox ☐ heparin ☒ SCD ☐ oral anticoagulation
Code Status: Full Code
Consultants: None

Findings and plan of care were discussed in detail with patient/family, all questions were answered.

**Chief Complaint:**

Right flank pain for 1 day.

**HPI:**

Michael M Cummins is a 48-year-old male with hypertension, panic attacks, anxiety, depression and migraines. He has history of left lower extremity DVT and pulmonary embolism diagnosed approximately 2 years ago; he is on Coumadin.

He has history of kidney stones; he had left nephrolithiasis 1 month ago status post left kidney stone removal and stent placement with a stent removal 2 weeks ago.

Michael developed left flank pain suddenly today at approximately 5:30 PM; the pain has been constant, has no relieving factors, no exacerbating factors, rated between 5 and 6 out of 10 currently, when he came in it was rated "20 out of 10", sharp in nature, progressive, and nonradiating. Given that the pain was persistent and progressive he requested his significant other/ex-wife to bring him to the hospital.

**ROS:**

ROS

He denies coughing, dyspnea, orthopnea, paroxysmal nocturnal dyspnea, palpitations and wheezes. He has chronic lower extremity edema for 5 years that is currently at baseline. He has been having on and off chest pain for 1 year; the chest pain has no known triggers; the chest pain would occur sometimes while at rest; it lasts for less than 1 minute and then subsides, the last episode occurred 1 hour ago when he was in the emergency room, the pain was dull in nature, localized in the central chest area.

He has nausea. He denies vomiting and abdominal pain. He had a bowel movement today. He denies straining with bowel movements. He denies hematochezia, melena or diarrhea.

He denies dysuria, hematuria. He has the urge to pass urine more frequently for 2 days, but when he goes to the bathroom he does not pass urine; he has urine urgency for 2 weeks but denies incontinence.

He is been feeling more warm than usual but he denies having chills. He has been sweating a lot.

He denies dizziness. He has generalized weakness.

He doesn't add salt in the food. He reports that he has gained 30 pounds in the past 6 months.

He has a good appetite.

All the other systems were reviewed and were negative.

## History & Physical (continued)

H&P by Samson W Barasa, MD at 07/02/19 2330 (continued)

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne | |
| • Acute pulmonary embolism (HCC) | 2/10/2018 |
| • AKI (acute kidney injury) (HCC) | 2/10/2018 |
| • Anesthesia complication *woke up during procedure* | |
| • Anxiety | |
| • Arthritis | |
| • Chronic pain right knee and lower back | |
| • Current smoker | |
| • Depression | |
| • History of kidney stones | |
| • Hypertension | |
| • Migraines | |
| • Numbness and tingling in both hands and arms | |
| • Pleural effusion | 2/10/2018 |
| • Pulmonary embolism (HCC) | |
| • upper dentures and lower partial | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ANUS SURGERY | N/A | 1/8/2018 |
| *Procedure: SPHINCTEROTOMY; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;* | | |
| • BACK SURGERY | | |
| • CHOLECYSTECTOMY | N/A | 11/6/2017 |
| *Procedure: LAPAROSCOPY CHOLECYSTECTOMY WITH GRAMS; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;* | | |
| • HEMORRHOID SURGERY | N/A | 1/8/2018 |
| *Procedure: Excised short anal fistula, excised 1cm anal ulcer, excised 1 external hemorrhoid, and internal sphyncterotomy.; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;* | | |
| • KNEE SURGERY | Right | 2016 |
| • PILONIDAL CYST / SINUS EXCISION | | 2004 |
| • RECTAL SURGERY | N/A | 1/8/2018 |
| *Procedure: FISTULECTOMY ANAL/RECTAL; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;* | | |
| • URETEROSCOPY | Left | 6/8/2019 |
| *Procedure: LEFT URETEROSCOPY LITHOTRIPSY WITH LASERAND STENT; Surgeon: Brady Walker, MD; Location: RBMC OR; Service: Urology; Laterality: Left;* | | |

**Social History:**

History & Physical (continued)

H&P by Samson W Barasa, MD at 07/02/19 2330 (continued)

His stays at home with his significant other. He is on disability because of knee problems.

He has been smoking 1 pack of cigarettes per day since he was 13 years old; he would like a nicotine replacement therapy.

He denies abusing drugs or alcohol.

**Family history:**

His mother is deceased. His father currently aged 74 years, has kidney stones, diabetes mellitus, hypertension and knee replacements. His brother also has kidney stones.

Allergies as of 07/02/2019 - Review Complete 07/02/2019

| Allergen | Reaction | Noted |
|---|---|---|
| • Metronidazole | Swelling | |
| • Morphine sulfate | Swelling | |

Prior to Admission medications

| Medication | Sig |
|---|---|
| adalimumab (HUMIRA) 40 mg/0.8 mL injection | Inject 40 mg into the skin every friday |
| ALPRAZolam (XANAX) 1 MG tablet | Take 1 mg by mouth 2 (two) times daily as needed for Anxiety |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth every morning |
| lisinopril (PRINIVIL,ZESTRIL) 40 MG tablet | Take 40 mg by mouth every morning |
| propranolol (INDERAL) 40 MG tablet | Take 40 mg by mouth Twice a day |
| warfarin (COUMADIN) 5 MG tablet | Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic.<br>Patient taking differently: Take 5 mg by mouth nightly Dose as per coumadin bridging clinic. |
| docusate sodium (COLACE) 100 MG capsule | Take 1 capsule (100 mg total) by mouth Twice a day<br>Patient taking differently: Take 100 mg by mouth 2 (two) times daily as needed for Constipation |
| ondansetron (ZOFRAN-ODT) 8 MG disintegrating tablet | Place 1 tablet (8 mg total) under the tongue every 8 (eight) hours as needed for Nausea or Vomiting |
| oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet | Take 1 tablet by mouth every 6 (six) hours as needed for up to 10 doses for Pain<br>, |
| sulfamethoxazole-trimethoprim (BACTRIM DS) | Take 1 tablet by mouth Twice a day |

800-160 mg per tablet
tamsulosin (FLOMAX) 0.4 mg Capsule 24 hr capsule — Take 1 capsule (0.4 mg total) by mouth every evening

## Physical Examination:

Temp: [36.1 °C (97 °F)] 36.1 °C (97 °F)
Heart Rate: [60] 60
Resp: [16-18] 16
BP: (114-153)/(73-88) 114/77
@LASTSAO2(3)@

Wt Readings from Last 3 Encounters:

| | |
|---|---|
| 07/02/19 | (!) 145.2 kg (320 lb) |
| 06/08/19 | (!) 147.9 kg (326 lb) |
| 06/05/19 | (!) 145.2 kg (320 lb 1.7 oz) |

Physical Exam

Gen.: He is not in distress. He is alert and oriented in place and person and time.

Skin: No lesions, no rashes.

Eyes: Pupils bilaterally reactive to light. No conjunctival injections. Mouth and throat: No erythema, no exudate and no lesions.

Neck: Supple, no masses, JVP not elevated.

Heart: Rate and rhythm regular with no murmurs.

Lungs: Clear to auscultation bilaterally, no crackles, no wheezes.

Abdomen: Symmetrical, not distended, bowel sounds present, no tenderness, no rebound tenderness, no organomegaly. He has left CVA tenderness.

Musculoskeletal: Full range of motion in the upper and lower extremities. No redness or swelling in the joints.

Lymphatics: No cervical, supraclavicular or axillary lymphadenopathy.

Vascular: No edema, no varicose veins.

Neurologic exam: muscle strength 4 out of 5 in the upper and lower extremities.

History & Physical (continued)

H&P by Samson W Barasa, MD at 07/02/19 2330 (continued)

**Labs:**

**Recent Labs**

| | 07/02/19 2021 |
|---|---|
| WBC | 11.3* |
| HGB | 15.1 |
| HCT | 44.1 |
| PLTCT | 266 |
| MCV | 88.9 |
| RDW | 14.1 |
| NEUTPERCENT | 59.1 |
| PCTIMMGRAN | 0.3 |
| MONOPERCENT | 9.3 |
| EOSPERCENT | 2.3 |
| BASOPERCENT | 0.4 |

**Recent Labs**

| | 07/02/19 2021 |
|---|---|
| NA | 140 |
| K | 3.8 |
| CL | 107 |
| GLUC | 104* |
| CO2 | 20* |
| ANIONGAP | 13* |
| BUN | 31* |
| CREAT | 1.43* |
| CALCIUM | 8.5* |
| GFRBLACK | 66 |
| GFRNONBL | 57* |

**Recent Labs**

## History & Physical (continued)

H&P by Samson W Barasa, MD at 07/02/19 2330 (continued)

| | 07/02/19 2021 |
|---|---|
| TOTALPROTEIN | 7.2 |
| ALBUMIN | 3.6 |
| GLOBULIN | 3.6* |
| BILITOT | 0.5 |
| ALKPHOS | 80 |
| AST | 23 |
| ALT | 39 |

**Recent Labs**

| | 07/02/19 2021 |
|---|---|
| TROPONINI | 0.010 |

Lab Results

| Component | Value | Date |
|---|---|---|
| BNP2 | 59 | 02/10/2018 |

**Recent Labs**

| Lab | 07/02/19 2021 |
|---|---|
| INR | 2.4* |
| PROTIME | 25.9* |

Medications/ Labs/Imaging Studies/EKG reviewed

EKG reviewed showed sinus tach bradycardia at a rate of 55 bpm with no ST or T wave changes suggestive of an ischemic heart disease.

CT scan of the abdomen and pelvis reviewed showed a 1 mm calcification in the bladder representing possibly passed kidney stone; he has a mild right hydronephrosis with a calcification in the adrenal suggestive of previous infection/hemorrhage.

**Signed:**
SAMSON W Barasa, MD
7/3/2019
12:26 AM[SB.1]

## History & Physical (continued)

### H&P by Samson W Barasa, MD at 07/02/19 2330 (continued)

Electronically signed by Samson W Barasa, MD at 07/03/19 0744

Attribution Key

SB.1 - Samson W Barasa, MD on 07/03/19 0026
SB.2 - Samson W Barasa, MD on 07/03/19 0141

# Emergency Department Records

## ED Records

### ED Arrival Information

| Expected | Arrival | Acuity | Means of Arrival | Escorted By | Service | Admission Type |
|---|---|---|---|---|---|---|
| - | 7/2/2019 20:03 | ESI - 3 | Car | Family Member | General Medicine | Emergency |

Arrival Complaint
Flank Pain

### ED Diagnosis

| Diagnosis | Comment |
|---|---|
| **Kidney stone** | |
| **Right flank pain** | |
| **Intractable vomiting with nausea, unspecified vomiting type** | |

### ED Disposition

| ED Disposition | Condition | Comment |
|---|---|---|
| **Admit** | | Diagnosis/Reason for stay: Right flank pain<br>Admitting Physician: BARASA, SAMSON W [95841]<br>Future Attending Provider: BARASA, SAMSON W [95841]<br>Certification: I certify that inpatient services are medically necessary for this patient. See H&P and MD Progress Notes for additional information about the patient's course of treatment.<br>Medicare certification for CGMC, PIMC, UGMC, KEMC, or PHMC admissions ONLY: I anticipate that this patient will be transferred or discharged within 96 hours unless there is need for additional local care.<br>Estimated length of stay: past 2 midnights<br>Anticipated discharge to: Home<br>Room Type: Medical [10025]<br>Hospital - update only for ECT transfers between UDMC and RBMC: RIVERBEND MEDICAL CENTER [100615]<br>Patient Class: Inpatient [101] |

## ED Notes

### ED Provider Notes by Daniel T Horrell, DO at 07/02/19 2025

## ED Notes (continued)

ED Provider Notes by Daniel T Horrell, DO at 07/02/19 2025 (continued)

Author: Daniel T Horrell, DO Service: Emergency Medicine Author Type: Physician
Filed: 07/02/19 2357 Date of Service: 07/02/19 2025 Status: Signed
Editor: Daniel T Horrell, DO (Physician)

EMERGENCY DEPARTMENT ENCOUNTER

*Attending Provider: Daniel T Horrell, DO*

Patient Name:[SW.1]Michael M Cummins[SW.2] DOB:[SW.1] .2] Medical Record Number:[SW.1] 01614423[SW.2]

### HISTORY OF PRESENT ILLNESS

History Provided by: patient

**Chief Complaint**[SW.1]
Flank Pain[DH.1]

Michael M Cummins[SW.2] is a[SW.1] 48 y.o. male[SW.2] who presents to the ED with right flank pain. Patient states that at 6 PM, he had sudden right flank pain. He has also complains of difficulty urinating and back pain. He has a history of kidney stones and had his first one in 10 years last month on the left side. At that time he had a stent placed which was removed 2 weeks ago. He states that the pain today feels similar to his previous kidney stones. He denies hematuria and dysuria. No other complaints at this time.

PCP: DAVID A KNOWLTON, MD

### REVIEW OF SYSTEMS

Review of Systems:
Constitutional: Negative for **fever**.
Cardiovascular: Negative for **chest pain**.
Respiratory: Negative for **shortness of breath**.
Breast/Skin: Negative for **rash**.
Musculoskeletal: Positive for **back pain**. Negative for **falls**.
Gastrointestinal: Negative for **vomiting**.
Genitourinary: Positive for **difficulty urinating** and **flank pain (right)**. Negative for **dysuria** and **hematuria**.
Neurological: Negative for **syncope**.
**All other systems reviewed and are negative**.

### PAST HISTORY

**Past Medical/Surgical History**:[SW.1]
Past Medical History:

| Diagnosis | Date |
|---|---|
| • Acne | |
| • Acute pulmonary embolism (HCC) | 2/10/2018 |
| • AKI (acute kidney injury) (HCC) | 2/10/2018 |

## ED Notes (continued)

ED Provider Notes by Daniel T Horrell, DO at 07/02/19 2025 (continued)

- Anesthesia complication
  *woke up during procedure*
- Anxiety
- Arthritis
- Chronic pain right knee and lower back
- Current smoker
- Depression
- History of kidney stones
- Hypertension
- Migraines
- Numbness and tingling in both hands and arms
- Pleural effusion 2/10/2018
- Pulmonary embolism (HCC)
- upper dentures and lower partial

### Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ANUS SURGERY | N/A | 1/8/2018 |
| *Procedure: SPHINCTEROTOMY; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;* | | |
| • BACK SURGERY | | |
| • CHOLECYSTECTOMY | N/A | 11/6/2017 |
| *Procedure: LAPAROSCOPY CHOLECYSTECTOMY WITH GRAMS; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;* | | |
| • HEMORRHOID SURGERY | N/A | 1/8/2018 |
| *Procedure: Excised short anal fistula, excised 1cm anal ulcer, excised 1 external hemorrhoid, and internal sphyncterotomy.; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;* | | |
| • KNEE SURGERY | Right | 2016 |
| • PILONIDAL CYST / SINUS EXCISION | | 2004 |
| • RECTAL SURGERY | N/A | 1/8/2018 |
| *Procedure: FISTULECTOMY ANAL/RECTAL; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;* | | |
| • URETEROSCOPY | Left | 6/8/2019 |
| *Procedure: LEFT URETEROSCOPY LITHOTRIPSY WITH LASERAND STENT; Surgeon: Brady Walker, MD; Location: RBMC OR; Service: Urology; Laterality: Left;*[SW.2] | | |

**Social History:**[SW.1]

### Social History

| Tobacco Use | |
|---|---|
| • Smoking status: | Current Every Day Smoker |
| Packs/day: | 1.00 |
| Types: | Cigarettes |
| • Smokeless tobacco: | Never Used |
| **Substance Use Topics** | |
| • Alcohol use: | No |

## ED Notes (continued)

ED Provider Notes by Daniel T Horrell, DO at 07/02/19 2025 (continued)

### Social History

| Substance and Sexual Activity | |
|---|---|
| Drug Use | No[SW.2] |

**Family History:**[SW.1] No family history on file.[SW.2]

**Medications:**[SW.1]

**Patient's Medications**

| New Prescriptions | |
|---|---|
| No medications on file | |
| **Previous Medications** | |
| ALPRAZOLAM (XANAX) 1 MG TABLET | Take 1 mg by mouth Twice a day |
| DOCUSATE SODIUM (COLACE) 100 MG CAPSULE | Take 1 capsule (100 mg total) by mouth Twice a day |
| HYDROCHLOROTHIAZIDE (HYDRODIURIL) 25 MG TABLET | Take 25 mg by mouth every morning |
| LISINOPRIL (PRINIVIL,ZESTRIL) 40 MG TABLET | Take 40 mg by mouth every morning |
| ONDANSETRON (ZOFRAN-ODT) 8 MG DISINTEGRATING TABLET | Place 1 tablet (8 mg total) under the tongue every 8 (eight) hours as needed for Nausea or Vomiting |
| OXYCODONE-ACETAMINOPHEN (PERCOCET) 5-325 MG PER TABLET | Take 1 tablet by mouth every 6 (six) hours as needed for up to 10 doses for Pain , |
| PROPRANOLOL (INDERAL) 40 MG TABLET | Take 40 mg by mouth Twice a day |
| SULFAMETHOXAZOLE-TRIMETHOPRIM (BACTRIM DS) 800-160 MG PER TABLET | Take 1 tablet by mouth Twice a day |
| TAMSULOSIN (FLOMAX) 0.4 MG CAPSULE 24 HR CAPSULE | Take 1 capsule (0.4 mg total) by mouth every evening |

ED Notes (continued)

ED Provider Notes by Daniel T Horrell, DO at 07/02/19 2025 (continued)

| | |
|---|---|
| WARFARIN (COUMADIN) 5 MG TABLET | Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic. |

**Modified Medications**

No medications on file

**Discontinued Medications**

No medications on file[SW.2]

The patient's home medications section has been reviewed.

**Allergies**:[SW.1] Metronidazole and Morphine sulfate[SW.2]

**PHYSICAL EXAM**

**Initial Vitals**
BP: 153/88
Temp: 36.1 °C (97 °F)
Temp Source: Temporal Artery
Heart Rate: 60
SpO2: 97 %

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress.
Abdominal: Soft.
**Pain on palpation to the left flank.**
Musculoskeletal: Normal range of motion.
Neurological: He is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Nursing note and vitals reviewed.

**LABORATORY RESULTS**

ED provider reviewed all labs.[SW.1]

Labs Reviewed
COMPREHENSIVE METABOLIC PANEL - Abnormal; Notable for the following components:

| Result | Value |
|---|---|



Lincoln/Cummins 0658

ED Notes (continued)

ED Provider Notes by Daniel T Horrell, DO at 07/02/19 2025 (continued)

| | |
|---|---|
| CO2 | 20 (*) |
| Anion Gap | 13 (*) |
| Glucose | 104 (*) |
| BUN | 31 (*) |
| Creatinine | 1.43 (*) |
| GFR Non-Black (CKD-EPI) | 57 (*) |
| Globulin | 3.6 (*) |
| Calcium | 8.5 (*) |

All other components within normal limits

*CBC WITH AUTO DIFFERENTIAL, LAB GENERATED ORDER - Abnormal; Notable for the following components:

| | |
|---|---|
| WBC | 11.3 (*) |
| Monocytes # | 1.1 (*) |

All other components within normal limits

LIPASE - Normal

TROPONIN I - Normal

CBC WITH AUTO DIFFERENTIAL

*Narrative:*
*The following orders were created for panel order Complete Blood Count with Automated Differential.*
*Procedure Abnormality Status*
*--------- ----------- ------*
*Complete Blood Count wit...[201746947] Abnormal Final result*

*Please view results for these tests on the individual orders.*

RAINBOW DRAW

*Narrative:*
*The following orders were created for panel order Rainbow draw.*
*Procedure Abnormality Status*
*--------- ----------- ------*
*Light Blue Top[201746926] In process*
*Light Green Top[201746928] In process*
*Lavender Hold[201746930] In process*
*HOLD SST Tube[201746932] In process*

*Please view results for these tests on the*

## ED Notes (continued)

ED Provider Notes by Daniel T Horrell, DO at 07/02/19 2025 (continued)

*individual orders.*
*HOLD DK GREEN (LI HEP), LAB GENERATED ORDER
URINALYSIS WITH MICROSCOPIC, CULTURE IF INDICATED
LIGHT BLUE TOP
LIGHT GREEN TOP
LAVENDER HOLD
LAB USE ONLY HOLD SST TUBE[SW.2]

### IMAGING RESULTS

ED provider reviewed all imaging. Imaging was interpreted by ED provider unless otherwise noted or otherwise specified.[SW.1]

Imaging Results

CT Abdomen Pelvis WO Contrast(KUB) (Final result) Result time 07/02/19 21:43:24

**Final result**

**Narrative:**

CUMMINS, MICHAEL M
DOB: Age: 48 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: DANIEL T HORRELL Class: Emergency
Date of Service: 07/02/2019 09:05 PM Accession #: 4927199
Outside Order Number: 102465118

CT KUB

IMPRESSION:
1. 1 mm calcification within the right posterior bladder likely represents a recently passed stone. There is mild right-sided hydronephrosis.
2. Calcification within both adrenal glands suggest remote infection or hemorrhage.

INDICATION:
GENDER/AGE: Male, 48 years
ORDER INDICATION: :
HISTORY PER PATIENT: right flank pain

TECHNIQUE: CT images of the abdomen and pelvis were obtained at 5-mm intervals using the

## ED Notes (continued)

ED Provider Notes by Daniel T Horrell, DO at 07/02/19 2025 (continued)

renal stone protocol. Axial, coronal, and sagittal reconstructions were performed.
The CT scanner utilized a dose reduction technique.

COMPARISON: 5/16/2019 and 11/19/2010

FINDINGS:
LUNG BASES: There is a 7 mm right middle lobe pulmonary nodule. This can be followed according to the Fleischner Society criteria. This area was not included on the prior exam.

LIVER: Included non-contrasted images through the liver do not demonstrate a focal mass or intrahepatic biliary ductal dilatation.

GALLBLADDER: The gallbladder has been removed.

PANCREAS: No mass or inflammatory change is seen.

SPLEEN: The spleen is normal.

ADRENALS: Calcification within both adrenal glands suggests prior trauma or infection. This is similar to the previous exam. The left adrenal gland is asymmetrically enlarged.

RIGHT KIDNEY: A 1 mm stone in the right posterior bladder likely represents a recently passed right ureteral stone. Mild right hydronephrosis is seen. No residual renal stones are seen on the right.

LEFT KIDNEY: The left kidney demonstrates normal size and contour without calcification or hydronephrosis. No ureteral stone is seen.

AORTA: Mild atherosclerotic changes of the abdominal and pelvic arterial system are identified.

LYMPH NODES: Scattered retroperitoneal and mesenteric lymph nodes are identified without secondary aggressive features.

BOWEL: There is limited evaluation of the bowel secondary to the lack of oral and rectal contrast.

PELVIS: No fluid is seen.

OSSEOUS WINDOWS: No destructive or sclerotic lesion is seen.

DICTATED BY: Akshay Gupta, M.D., on 7/2/2019 9:43 PM PDT
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

End of Diagnostic report for accession: 4927199
Interpreted/Electronically Signed By: Akshay Gupta, MD on 07/02/2019[SW.2]



Lincoln/Cummins 0661

## EKG RESULTS

Signed and interpreted by the ED provider.

Time Interpreted:[SW.1] 10:4[SW.3]4[SW.1] PM[SW.3]
Rate: 55
Rhythm: Sinus Bradycardia
ST Segments: No acute ST/T changes

## MEDICAL DECISION MAKING and ED EVENTS

**Vital Signs:** Reviewed the patient's vital signs.

**Nursing Notes:** Reviewed and utilized the nursing notes.

**Old Medical Records:** Old records were reviewed.

**Additional MDM and Provider Notes:**
8:25 PM[SW.1]
Michael M Cummins[SW.2] is a[SW.1] 48 y.o. male[SW.2] presenting with the above history, physical exam, and workup. Ordered CT Abdomen/Pelvis and labs. Ordered 4 mg Zofran IV, 1 mg Dilaudid IV and 1 L LR.[SW.1]

9:49 PM[SW.4]
CT KUB result shows 1 mm calcification within the right posterior bladder and mild right sided hydronephrosis. Labs reviewed, notable for mild leukocytosis at 11.3 and elevated BUN at 31 and Creatinine at 1.43. Patient rechecked and still complains of significant pain to his back and chest and nausea. Discussed with him the imaging result. Ordered 50 mcg fentanyl IV and 5 mg compazine IV. Ordered EKG and troponin.[SW.1]

10:44 PM[SW.5]
Troponin result normal. EKG normal. Patient rechecked and states that his pain and nausea has slightly improved. Offered admission and patient states that he would prefer to go home. Plan for ambulation trial.[SW.1]

11:11 PM[SW.6]
Patient ambulated and had worsening pain and nausea. He does not feel stable for discharge at this time due to his persistent pain and nausea. Will pursue admission.[SW.1]

11:41 PM[DH.2]
Discussed patient's case with Dr.[SW.1] Barasa[DH.2] (hospitalist)[SW.1] will admit patient to the hospital for further treatment of his continued pain and nausea. Patient is in agreement with plan of care.[DH.2]

**Emergency Department IV Fluids Documentation:**
Reasoning for IVF bolus/infusion: Suspected kidney stone.

Vital signs upon disposition:[SW.1]

ED Notes (continued)

ED Provider Notes by Daniel T Horrell, DO at 07/02/19 2025 (continued)

Blood pressure 114/73, pulse 60, temperature 36.1 °C (97 °F), temperature source Temporal Artery, resp. rate 18, height 1.803 m (5' 11"), weight (!) 145.2 kg (320 lb), SpO2 97 %.[SW.2]

## IMPRESSION AND DISPOSITION

**CLINICAL IMPRESSION**[SW.1]

1. Kidney stone
2. Right flank pain
3. Intractable vomiting with nausea, unspecified vomiting type[DH.3]

**Disposition**:[SW.1] Admitted[DH.2]

## COUNSELING

**Counseling:** I have spoken with the Patient and discussed today's findings, in addition to providing specific details for the plan of care. Questions are answered and there is agreement with the plan. Discussion on need to admit patient to hospital with patient and/or family who agree.

## SCRIBE ATTESTATION

*I, Sara J Wright, Scribe, scribing for and in the presence of Daniel T Horrell, DO, have recorded this documentation.*

*Signed by: Sara J Wright, Scribe,* 7/2/2019 8:25 PM

*I, Daniel T Horrell, DO personally performed the services described in this documentation, as scribed by Sara J Wright, scribe, in my presence, and it is both accurate and complete.*

*Chart Reviewed and Completed:* 7/2/2019 8:25 PM[SW.1]

Daniel T Horrell, DO
07/02/19 2357
[DH.4]

Electronically Signed by Daniel T Horrell, DO on 07/02/19 2357

Attribution Key

DH.1 - Daniel T Horrell, DO on 07/02/19 2356
DH.2 - Daniel T Horrell, DO on 07/02/19 2341
DH.3 - Daniel T Horrell, DO on 07/02/19 2342
DH.4 - Daniel T Horrell, DO on 07/02/19 2357
SW.1 - Sara J Wright on 07/02/19 2025
SW.2 - Sara J Wright on 07/02/19 2310
SW.3 - Sara J Wright on 07/02/19 2249
SW.4 - Sara J Wright on 07/02/19 2149
SW.5 - Sara J Wright on 07/02/19 2244
SW.6 - Sara J Wright on 07/02/19 2311

## ED Notes (continued)

### ED Provider Notes by Daniel T Horrell, DO at 07/02/19 2025 (continued)

### Priority Nursing Note by Jessica L Ragland, RN at 07/02/19 2254

Author: Jessica L Ragland, RN Service: Emergency Medicine Author Type: Registered Nurse
Filed: 07/02/19 2254 Date of Service: 07/02/19 2254 Status: Signed
Editor: Jessica L Ragland, RN (Registered Nurse)

Ambulated without assistance no vomiting

Jessica L Ragland, RN
07/02/19 2254
[JR.1]

Electronically Signed by Jessica L Ragland, RN on 07/02/19 2254

Attribution Key

JR.1 - Jessica L Ragland, RN on 07/02/19 2254

### ED Notes by Barrett M Banville, RN at 07/02/19 2012

Author: Barrett M Banville, RN Service: — Author Type: Registered Nurse
Filed: 07/02/19 2012 Date of Service: 07/02/19 2012 Status: Signed
Editor: Barrett M Banville, RN (Registered Nurse)

Bed: 28
Expected date:
Expected time:
Means of arrival:
Comments:
Cum, Mic @ 2010

Barrett M Banville, RN
07/02/19 2012

Electronically Signed by Barrett M Banville, RN on 07/02/19 2012

Attribution Key

BB.1 - Barrett M Banville, RN on 07/02/19 2010
BB.2 - Barrett M Banville, RN on 07/02/19 2012

### ED Triage Note by Noelle J Brekke, RN at 07/02/19 2007

Author: Noelle J Brekke, RN Service: Emergency Medicine Author Type: Registered Nurse
Filed: 07/02/19 2009 Date of Service: 07/02/19 2007 Status: Signed
Editor: Noelle J Brekke, RN (Registered Nurse)

Pt presents with right flank/back pain. States it feels like kidney stones like he had last month. Stent was placed at that time and removed 2 weeks ago. Pain started approx 2 hours ago. Pt took 2 oxy at 1930.[NB.1]



Lincoln/Cummins 0664

## ED Notes (continued)

ED Triage Note by Noelle J Brekke, RN at 07/02/19 2007 (continued)

Noelle J Brekke, RN
07/02/19 2009
[NB.2]

Electronically Signed by Noelle J Brekke, RN on 07/02/19 2009

Attribution Key

NB.1 - Noelle J Brekke, RN on 07/02/19 2007
NB.2 - Noelle J Brekke, RN on 07/02/19 2009

# Additional Encounter Notes

## Progress Notes - Additional Notes

Progress Notes by Mercy E Chipman, RPH at 07/04/19 0925

Author: Mercy E Chipman, RPH  Service: Pharmacy  Author Type: Pharmacist
Filed: 07/04/19 0925  Date of Service: 07/04/19 0925  Status: Signed
Editor: Mercy E Chipman, RPH (Pharmacist)

**WARFARIN PER PHARMACY PROGRESS NOTE**

**Subjective/Objective:**
Michael M Cummins is a 48 y.o. male receiving warfarin for history of PE and DVT.

Allergies: Metronidazole and Morphine sulfate

### Recent Labs

| | 07/02/19 2021 | 07/03/19 0335 | 07/04/19 0339 |
|---|---|---|---|
| HGB | 15.1 | 14.2 | **12.8*** |
| HCT | 44.1 | 41.5 | 37.9* |
| PLTCT | 266 | 237 | 207 |
| AST | 23 | -- | -- |
| ALT | 39 | -- | -- |
| BILITOT | 0.5 | -- | -- |
| ALKPHOS | 80 | -- | -- |
| ALBUMIN | 3.6 | -- | -- |

**Assessment:**

| | |
|---|---|
| **INR goal** | 2-3 |
| **Vitamin K administration** | no |
| **Home regimen** | 5 mg each evening. |
| **Drug interactions** | none |
| **Disease interactions** | COPD |
| **Diet (% meal)** | General |

Progress Notes - Additional Notes (continued)

Progress Notes by Mercy E Chipman, RPH at 07/04/19 0925 (continued)

| | |
|---|---|
| **Pregnancy status** | not applicable |
| **Education** | not completed |

| Date | INR | Dose |
|---|---|---|
| 7/2 | 2.4 | - |
| 7/3 | 2.4 | 5 mg |
| 7/4 | 2.5 | 5 mg |

**Plan:**

Patients INR is therapeutic will continue home dose.

Warfarin 5 mg po today.

Pharmacy to follow.
Mercy Chipman PharmD, BCPS[MC.1]

Electronically signed by Mercy E Chipman, RPH at 07/04/19 0925
Attribution Key
MC.1 - Mercy E Chipman, RPH on 07/04/19 0925

Progress Notes by Michelle L Kelley, NP at 07/03/19 1555

Author: Michelle L Kelley, NP Service: Hospitalist Author Type: Nurse Practitioner
Filed: 07/03/19 1605 Date of Service: 07/03/19 1555 Status: Signed
Editor: Michelle L Kelley, NP (Nurse Practitioner)

## Hospital Medicine Progress Note

**Patient ID:**[MK.1]
Michael M Cummins
01614423
48 y.o.[MK.2],[MK.1] male

LOS: 1 day[MK.2]

**Subjective:**

Michael M Cummins is a 48-year-old male with hypertension, panic attacks, anxiety, depression and migraines. He has history of left lower extremity DVT and pulmonary embolism diagnosed approximately 2 years ago; he is on Coumadin. He has history of kidney stones; he had left nephrolithiasis 1 month ago status post left kidney

## Progress Notes - Additional Notes (continued)

Progress Notes by Michelle L Kelley, NP at 07/03/19 1555 (continued)

stone removal and stent placement with a stent removal 2 weeks ago.

He was admitted last night with right flank pain. He states that the pain is better now but still there somewhat. No longer nauseated or vomiting. His main complaint is a migraine headache. He feels dehydrated. No fever or chills.

### Objective:[MK.1]

Temp: [35.3 °C (95.5 °F)-36.1 °C (97 °F)] 35.7 °C (96.3 °F)
Heart Rate: [52-60] 59
Resp: [16-18] 18
BP: (109-153)/(69-88) 140/77

Intake/Output Summary (Last 24 hours) at 7/3/2019 1556
Last data filed at 7/3/2019 1300

| | Gross per 24 hour |
|---|---|
| Intake | 1710 ml |
| Output | 1500 ml |
| **Net** | **210 ml**[MK.2] |

### Physical Examination:

General: alert, oriented to time, place and person. Not in any distress
Chest: clear to auscultation, no wheezes, no rales
Heart: regular rhythm, S1, S2 normal, no murmurs heard
Abdomen: soft, NT, ND, + BS. Bilateral CVA tenderness noted.
Extremities: + pulses, no pitting pedal edema
CNS: grossly normal-non focal

### Labs:[MK.1]

**Recent Labs**

| Lab | 07/02/19 2021 | 07/03/19 0335 |
|---|---|---|
| WBC | 11.3* | 13.0* |
| HGB | 15.1 | 14.2 |
| HCT | 44.1 | 41.5 |

## Progress Notes - Additional Notes (continued)

Progress Notes by Michelle L Kelley, NP at 07/03/19 1555 (continued)

**Recent Labs**

| Lab | 07/02/19 2021 | 07/03/19 0335 |
|---|---|---|
| NA | 140 | 142 |
| K | 3.8 | 3.6 |
| CL | 107 | 103 |
| CO2 | 20* | 28 |
| BUN | 31* | 30* |
| CREAT | 1.43* | 1.22 |
| CALCIUM | 8.5* | 8.7 |

**Recent Labs**

| Lab | 07/02/19 2021 |
|---|---|
| ALKPHOS | 80 |
| BILITOT | 0.5 |
| ALT | 39 |
| AST | 23[MK.2] |

CT KUB

IMPRESSION:
1. 1 mm calcification within the right posterior bladder likely represents a recently passed stone. There is mild right-sided hydronephrosis.
2. Calcification within both adrenal glands suggest remote infection or hemorrhage.[MK.1]

**Recent Labs**

| Lab | 07/02/19 2021 | 07/03/19 0335 |
|---|---|---|
| INR | 2.4* | 2.4* |
| PROTIME | 25.9* | 26.5*[MK.2] |

Medications/ Labs/Imaging studies reviewed

**Assessment and Problem list:**[MK.1]

Principal Problem:
Right flank pain
Active Problems:
Essential hypertension
History of pulmonary embolism
History of DVT (deep vein thrombosis)
Acute kidney injury superimposed on chronic kidney disease (HCC)
Renal calculi[MK.2]

**Plan:**

1. Resume IV fluids at 100 mL per hour for 12 additional hours. Recheck BMP tomorrow.
2. Has some mild leukocytosis; likely reactive. Urine does not indicate any infection. Will recheck CBC tomorrow.
3. Straining urine; stone sent for analysis.
4. Some mild renal insufficiency noted; will avoid nephrotoxic drugs and monitor. Should improve with hydration.
5. Has insomnia; will try trazodone. Has chronic migraines. Discussed that narcotics not indicated for this and can actually cause rebound. Will allow to sleep though night; hopefully that will break the headache. Continue with Propranolol.
6. Pharmacy dosing Coumadin.
7. Suspect that he will be ready for discharge tomorrow. Has follow up with urology in August; might see if he needs to be seen earlier at discharge since he has recently underwent removal of stent and stone removal with new renal calculi today.

DVT Prophylaxis:Coumadin
Code Status:[MK.1] Full Code[MK.2]

**Signed:**[MK.1]
Michelle L Kelley, NP
7/3/2019
3:56 PM[MK.2]

Electronically signed by Michelle L Kelley, NP at 07/03/19 1605

Attribution Key

MK.1 - Michelle L Kelley, NP on 07/03/19 1555
MK.2 - Michelle L Kelley, NP on 07/03/19 1556

Progress Notes by Cheri L Sonnabend, RPH at 07/03/19 1058

Author: Cheri L Sonnabend, RPH Service: Pharmacy Author Type: Pharmacist
Filed: 07/03/19 1059 Date of Service: 07/03/19 1058 Status: Signed
Editor: Cheri L Sonnabend, RPH (Pharmacist)

**WARFARIN PER PHARMACY PROGRESS NOTE**

**Subjective/Objective:**
Michael M Cummins is a 48 y.o. male receiving warfarin for history of PE and DVT.

Allergies: Metronidazole and Morphine sulfate

## Progress Notes - Additional Notes (continued)

Progress Notes by Cheri L Sonnabend, RPH at 07/03/19 1058 (continued)

## Recent Labs

| | 07/02/19 2021 | 07/03/19 0335 |
|---|---|---|
| HGB | 15.1 | 14.2 |
| HCT | 44.1 | 41.5 |
| PLTCT | 266 | 237 |
| AST | 23 | -- |
| ALT | 39 | -- |
| BILITOT | 0.5 | -- |
| ALKPHOS | 80 | -- |
| ALBUMIN | 3.6 | -- |

**Assessment:**

| | |
|---|---|
| **INR goal** | 2-3 |
| **Vitamin K administration** | no |
| **Home regimen** | 5 mg each evening. |
| **Drug interactions** | none |
| **Disease interactions** | COPD |
| **Diet (% meal)** | General |
| **Pregnancy status** | not applicable |
| **Education** | not completed |

| Date | INR | Dose |
|---|---|---|
| 7/2 | 2.4 | -- (last dose reported as 7/1) |
| 7/3 | 2.4 | 5mg |

**Plan:**

- INR therapeutic today at 2.4
- Will order patient's usual home dose of 5mg today
- Daily INR/PT ordered

Cheri Sonnabend, RPh[CS.1]

Electronically signed by Cheri L Sonnabend, RPH at 07/03/19 1059

Attribution Key

CS.1 - Cheri L Sonnabend, RPH on 07/03/19 1058

Progress Notes by Kerry Clark, RPH at 07/03/19 0211

## Progress Notes - Additional Notes (continued)

Progress Notes by Kerry Clark, RPH at 07/03/19 0211 (continued)

Author: Kerry Clark, RPH Service: Pharmacy Author Type: Pharmacist
Filed: 07/03/19 0211 Date of Service: 07/03/19 0211 Status: Signed
Editor: Kerry Clark, RPH (Pharmacist)

**WARFARIN PER PHARMACY PROGRESS NOTE**

**Subjective/Objective:**
Michael M Cummins is a 48 y.o. male receiving warfarin for history of PE and DVT.

Allergies: Metronidazole and Morphine sulfate

### Recent Labs

| | 07/02/19 2021 |
|---|---|
| HGB | 15.1 |
| HCT | 44.1 |
| PLTCT | 266 |
| AST | 23 |
| ALT | 39 |
| BILITOT | 0.5 |
| ALKPHOS | 80 |
| ALBUMIN | 3.6 |

**Assessment:**

| | |
|---|---|
| **INR goal** | 2-3 |
| **Vitamin K administration** | no |
| **Home regimen** | 5 mg each evening. |
| **Drug interactions** | none |
| **Disease interactions** | COPD |
| **Diet (% meal)** | ?? |
| **Pregnancy status** | not applicable |
| **Education** | not completed |

| Date | INR | Dose |
|---|---|---|
| 7/2 | 2.4 | ?? |

**Plan:**
- Not sure if patient took their 07/02 warfarin dose PTA
- Daily INR/PT ordered

Kerry Clark, RPH
7/3/2019 2:08 AM[KC.1]

Electronically signed by Kerry Clark, RPH at 07/03/19 0211
Attribution Key

Progress Notes by Kerry Clark, RPH at 07/03/19 0211 (continued)

KC.1 - Kerry Clark, RPH on 07/03/19 0211

## Care Plan - Additional Notes

### Care Plan by Brandi M Libby, RN at 07/04/19 1218

Author: Brandi M Libby, RN Service: — Author Type: Registered Nurse
Filed: 07/04/19 1235 Date of Service: 07/04/19 1218 Status: Signed
Editor: Brandi M Libby, RN (Registered Nurse)

## PAIN - ADULT

Verbalizes/displays acceptable comfort level or baseline comfort level

7/4/2019 1234 - Adequate for Discharge by Brandi M Libby, RN

## DISCHARGE PLANNING

Safe discharge with appropriate resources

7/4/2019 1234 - Adequate for Discharge by Brandi M Libby, RN

## CHRONIC CONDITIONS AND CO-MORBIDITIES

Patient's chronic conditions and co-morbidity symptoms are monitored and maintained or improved

7/4/2019 1234 - Adequate for Discharge by Brandi M Libby, RN[BL.1]

Electronically signed by Brandi M Libby, RN at 07/04/19 1235

Attribution Key

BL.1 - Brandi M Libby, RN on 07/04/19 1235

### Care Plan by Rachel M Savran, RN at 07/04/19 0124

Author: Rachel M Savran, RN Service: Orthopedics Author Type: Registered Nurse
Filed: 07/04/19 0124 Date of Service: 07/04/19 0124 Status: Signed
Editor: Rachel M Savran, RN (Registered Nurse)

## Progressing

**Care Plan - Additional Notes (continued)**

Care Plan by Rachel M Savran, RN at 07/04/19 0124 (continued)

## PAIN - ADULT

Verbalizes/displays acceptable comfort level or baseline comfort level

7/4/2019 0124 - Progressing by Rachel M Savran, RN

## SKIN/TISSUE INTEGRITY - ADULT

Skin integrity remains intact

7/4/2019 0124 - Progressing by Rachel M Savran, RN

## INFECTION - ADULT

Absence of infection during hospitalization

7/4/2019 0124 - Progressing by Rachel M Savran, RN

## SAFETY ADULT - FALL

Free from fall injury

7/4/2019 0124 - Progressing by Rachel M Savran, RN

## DAILY CARE

Daily care needs are met

7/4/2019 0124 - Progressing by Rachel M Savran, RN

## DISCHARGE PLANNING

Safe discharge with appropriate resources

7/4/2019 0124 - Progressing by Rachel M Savran, RN

## CHRONIC CONDITIONS AND CO-MORBIDITIES

Patient's chronic conditions and co-morbidity symptoms are monitored and maintained or improved

7/4/2019 0124 - Progressing by Rachel M Savran, RN

## KNOWLEDGE DEFICIT

Patient/Family/Support demonstrates understanding of disease process, treatment plan, medications, and discharge instructions

## Care Plan - Additional Notes (continued)

### Care Plan by Rachel M Savran, RN at 07/04/19 0124 (continued)

7/4/2019 0124 - Progressing by Rachel M Savran, RN[RS.1]

Electronically signed by Rachel M Savran, RN at 07/04/19 0124

Attribution Key

RS.1 - Rachel M Savran, RN on 07/04/19 0124

### Care Plan by Robin S Blankenbaker, RN at 07/03/19 2258

Author: Robin S Blankenbaker, RN  Service: Nursing  Author Type: Registered Nurse
Filed: 07/03/19 2258  Date of Service: 07/03/19 2258  Status: Signed
Editor: Robin S Blankenbaker, RN (Registered Nurse)

na[RB.1]

Electronically signed by Robin S Blankenbaker, RN at 07/03/19 2258

Attribution Key

RB.1 - Robin S Blankenbaker, RN on 07/03/19 2258

### Care Plan by Robin S Blankenbaker, RN at 07/03/19 2257

Author: Robin S Blankenbaker, RN  Service: Nursing  Author Type: Registered Nurse
Filed: 07/03/19 2257  Date of Service: 07/03/19 2257  Status: Signed
Editor: Robin S Blankenbaker, RN (Registered Nurse)

Na[RB.1]

Electronically signed by Robin S Blankenbaker, RN at 07/03/19 2257

Attribution Key

RB.1 - Robin S Blankenbaker, RN on 07/03/19 2257

### Care Plan by Sophie L Gossett, RN at 07/03/19 1348

Author: Sophie L Gossett, RN  Service: —  Author Type: Registered Nurse
Filed: 07/03/19 1348  Date of Service: 07/03/19 1348  Status: Signed
Editor: Sophie L Gossett, RN (Registered Nurse)

PAIN - ADULT

Verbalizes/displays acceptable comfort level or baseline comfort level

7/3/2019 1347 - Progressing by Sophie L Gossett, RN

**Care Plan - Additional Notes (continued)**

**Care Plan by Sophie L Gossett, RN at 07/03/19 1348 (continued)**

## SAFETY ADULT - FALL

Free from fall injury

7/3/2019 1347 - Progressing by Sophie L Gossett, RN

## DAILY CARE

Daily care needs are met

7/3/2019 1347 - Progressing by Sophie L Gossett, RN[SG.1]

Electronically signed by Sophie L Gossett, RN at 07/03/19 1348

Attribution Key

SG.1 - Sophie L Gossett, RN on 07/03/19 1348

**Care Plan by Rachel M Savran, RN at 07/03/19 0137**

Author: Rachel M Savran, RN Service: Orthopedics Author Type: Registered Nurse
Filed: 07/03/19 0137 Date of Service: 07/03/19 0137 Status: Signed
Editor: Rachel M Savran, RN (Registered Nurse)

# Progressing

## PAIN - ADULT

Verbalizes/displays acceptable comfort level or baseline comfort level

7/3/2019 0137 - Progressing by Rachel M Savran, RN

## SKIN/TISSUE INTEGRITY - ADULT

Skin integrity remains intact

7/3/2019 0137 - Progressing by Rachel M Savran, RN

## INFECTION - ADULT

Absence of infection during hospitalization

7/3/2019 0137 - Progressing by Rachel M Savran, RN

## SAFETY ADULT - FALL

Free from fall injury



Lincoln/Cummins 0675

**Care Plan - Additional Notes (continued)**

Care Plan by Rachel M Savran, RN at 07/03/19 0137 (continued)

7/3/2019 0137 - Progressing by Rachel M Savran, RN

## DAILY CARE

Daily care needs are met

7/3/2019 0137 - Progressing by Rachel M Savran, RN

## DISCHARGE PLANNING

Safe discharge with appropriate resources

7/3/2019 0137 - Progressing by Rachel M Savran, RN

## CHRONIC CONDITIONS AND CO-MORBIDITIES

Patient's chronic conditions and co-morbidity symptoms are monitored and maintained or improved

7/3/2019 0137 - Progressing by Rachel M Savran, RN

## KNOWLEDGE DEFICIT

Patient/Family/Support demonstrates understanding of disease process, treatment plan, medications, and discharge instructions

7/3/2019 0137 - Progressing by Rachel M Savran, RN[RS.1]

Electronically signed by Rachel M Savran, RN at 07/03/19 0137

Attribution Key

RS.1 - Rachel M Savran, RN on 07/03/19 0137

**Nursing Note - Additional Notes**

Nursing Note by Brandi M Libby, RN at 07/04/19 1200

Author: Brandi M Libby, RN Service: — Author Type: Registered Nurse
Filed: 07/04/19 1245 Date of Service: 07/04/19 1200 Status: Signed
Editor: Brandi M Libby, RN (Registered Nurse)

**Discharge Note-**

Reviewed discharge instructions with Pt including-
( x ) Activities and Limitations
( x ) Dressing Instructions
( x ) Medication Use

## Nursing Note - Additional Notes (continued)

Nursing Note by Brandi M Libby, RN at 07/04/19 1200 (continued)

Scripts- ( x ) given ( ) Meds-to-Beds
( x ) Signs/Symptoms of Infection
( x ) When to call for medical attention (ie 911 vs MD)
( x ) Follow-up appointments with: ( x ) Surgeon ( ) OP PT ( ) HH ( ) PCP ( ) Other
( x ) AVS printed reviewed, and given to Pt and/or coach.
( ) Other

Pt/coach able to perform Teach-Back with discharge instructions
( x ) Yes
( ) No- further clarification was given regarding-

Pt cleared by to discharge by MD and therapies following them.

IV removed. AVS and follow up appt's reviewed. Patient left unit in stable condition via wheelchair with RN at 1200.[BL.1]

Electronically signed by Brandi M Libby, RN at 07/04/19 1245

Attribution Key

BL.1 - Brandi M Libby, RN on 07/04/19 1240

## IP Care Management - Additional Notes

IP Care Management by Michelle F Garrette, RN at 07/03/19 0948

Author: Michelle F Garrette, RN Service: Care Management Author Type: Care Manager
Filed: 07/03/19 0949 Date of Service: 07/03/19 0948 Status: Signed
Editor: Michelle F Garrette, RN (Care Manager)

Care Management Update

Michelle Garrette, RNCM 541-222-2437

**CM Chart Review**

Risk Score: 5

Summary: pt admitted for recurrence of onset of right flank pain

Current Functional Status: requires assistance

Anticipated Plan & Discharge Needs: anticipate home at discharge with no RNCM needs. M. Garrette, RNCM[MG.1]

Electronically signed by Michelle F Garrette, RN at 07/03/19 0949

Attribution Key

MG.1 - Michelle F Garrette, RN on 07/03/19 0948

## IRF-PAI Abstraction Data

Cummins, Michael M

**Audit information between 07/30/2018 1313 and 07/30/2019 1313**

There are no abstractions to display.

# Surgery Documentation

## Anesthesia Documentation

## All Meds and Administrations

### sodium chloride (NS) flush 3-10 mL [201746919]

Ordering Provider: Daniel T Horrell, DO
Status: Discontinued (Past End Date/Time), Reason: Duplicate Order
Ordered On: 07/02/19 2020
Starts/Ends: 07/02/19 2020 - 07/03/19 0055
Dose (Remaining/Total): 3-10 mL (—/—)
Route: IV
Frequency: As Needed
Rate/Duration: — / —

(No admins scheduled or recorded for this medication)

### lactated ringers bolus 1,000 mL [201746943]

Ordering Provider: Daniel T Horrell, DO
Status: Completed (Past End Date/Time)
Ordered On: 07/02/19 2034
Starts/Ends: 07/02/19 2035 - 07/02/19 2250
Dose (Remaining/Total): 1,000 mL (0/1)
Route: IV
Frequency: Once
Rate/Duration: 2,000 mL/hr / 0.5 Hours

| Question | Answer | Comment |
|---|---|---|
| Hold maintenance infusion while bolus is infusing?: | Yes | — |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 07/02/19 Left Hand | 07/02/19 2041 by Daniel R Wassall, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 07/02/19 2250 | Stopped | 0 mL<br>0 mL/hr<br>— | IV | Performed by: Jessica L Ragland, RN<br>Documented by: Daniel R Wassall, RN |
| 07/02/19 2041 | New Bag | 1,000 mL<br>2,000 mL/hr<br>0.5 Hours | IV | Performed by: Daniel R Wassall, RN |

### ondansetron PF (ZOFRAN) injection 4 mg [201746944]

Ordering Provider: Daniel T Horrell, DO
Status: Completed (Past End Date/Time)
Ordered On: 07/02/19 2034
Starts/Ends: 07/02/19 2034 - 07/03/19 0020
Dose (Remaining/Total): 4 mg (0/2)
Route: IV
Frequency: Every 30 Minutes PRN
Rate/Duration: — / —
Admin Instructions: May repeat dose x 1 in 30 minutes if first dose ineffective, otherwise discontinue.

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 07/02/19 Left Hand | 07/02/19 2041 by Daniel R Wassall, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 07/03/19 0020 | Given | 4 mg | IV | Performed by: Jessica L Ragland, RN |
| 07/02/19 2041 | Given | 4 mg | IV | Performed by: Daniel R Wassall, RN |



Lincoln/Cummins 0680

## All Meds and Administrations (continued)

### HYDROmorphone (DILAUDID) injection 1 mg [201746945]

Ordering Provider: Daniel T Horrell, DO
Status: Discontinued (Past End Date/Time)
Ordered On: 07/02/19 2034
Starts/Ends: 07/02/19 2034 - 07/03/19 0048
Dose (Remaining/Total): 1 mg (1/3)
Route: IV
Frequency: Every 20 Minutes PRN
Rate/Duration: —/—
Admin Instructions: Max initial dose for opiate naïve patient is 1 mg in an hour.

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 07/02/19 Left Hand | 07/02/19 2041 by Daniel R Wassall, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 07/02/19 2320 | Given | 1 mg | IV | Performed by: Jessica L Ragland, RN |
| 07/02/19 2041 | Given | 1 mg | IV | Performed by: Daniel R Wassall, RN |

### fentaNYL (SUBLIMAZE) injection 50 mcg [201746948]

Ordering Provider: Daniel T Horrell, DO
Status: Discontinued (Past End Date/Time), Reason: Patient Transfer
Ordered On: 07/02/19 2151
Starts/Ends: 07/02/19 2151 - 07/03/19 0050
Dose (Remaining/Total): 50 mcg (—/—)
Route: IV
Frequency: Every 15 Minutes PRN
Rate/Duration: —/—
Admin Instructions: Not to exceed 200 mcg.

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 07/02/19 Left Hand | 07/02/19 2212 by Jessica L Ragland, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 07/02/19 2212 | Given | 50 mcg | IV | Performed by: Jessica L Ragland, RN |

### prochlorperazine (COMPAZINE) injection 5 mg [201746949]

Ordering Provider: Daniel T Horrell, DO
Status: Completed (Past End Date/Time)
Ordered On: 07/02/19 2152
Starts/Ends: 07/02/19 2155 - 07/02/19 2212
Dose (Remaining/Total): 5 mg (0/1)
Route: IV
Frequency: Once
Rate/Duration: —/—

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 07/02/19 Left Hand | 07/02/19 2212 by Jessica L Ragland, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 07/02/19 2212 | Given | 5 mg | IV | Performed by: Jessica L Ragland, RN |

### sodium chloride (NS) flush 3-10 mL [201746962]

Ordering Provider: Samson W Barasa, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 07/03/19 0050
Starts/Ends: 07/03/19 0050 - 07/04/19 1418
Dose (Remaining/Total): 3-10 mL (—/—)
Route: IV
Frequency: As Needed
Rate/Duration: —/—

**All Meds and Administrations (continued)**

(No admins scheduled or recorded for this medication)

naloxone (NARCAN) injection 0.04 mg [201746964]

Ordering Provider: Samson W Barasa, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 07/03/19 0050
Starts/Ends: 07/03/19 0050 - 07/04/19 1418
Dose (Remaining/Total): 0.04 mg (—/—)
Route: IV
Frequency: As Needed
Rate/Duration: — / —
Admin Instructions: Give if receiving narcotic analgesics and difficult to arouse (level of sedation score 4), respiratory rate is LESS than 8 breaths/min, or inability to maintain SpO2 at least 92% on 4 L O2. May repeat dose every 1 minute up to a maximum of 0.8 mg. Discontinue any narcotic administration until sedation score less than 3. Notify provider.
To administer, dilute 0.4 mg/1 mL naloxone with 9 mL NS to make 0.04 mg/mL solution and then administer 0.04 mg (1 mL).

(No admins scheduled or recorded for this medication)

acetaminophen (TYLENOL) tablet 650 mg [201759968]

Ordering Provider: Samson W Barasa, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 07/03/19 0050
Starts/Ends: 07/03/19 0050 - 07/04/19 1418
Dose (Remaining/Total): 650 mg (—/—)
Route: Oral
Frequency: Every 4 Hours PRN
Rate/Duration: — / —
Admin Instructions: If pain not tolerable in one (1) hour, may proceed to SECOND CHOICE pain medication option if one is chosen. If no second choice, contact provider.
Not to exceed 4000 mg for adult patients and 75 mg/kg/day for pediatric patients total acetaminophen dose from all medications in 24 hours unless otherwise directed.
Do not give if patient on scheduled acetaminophen.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 07/04/19 0245 | Given | 650 mg | Oral | Performed by: Rachel M Savran, RN |

bisacodyl (DULCOLAX) suppository 10 mg [201759969]

Ordering Provider: Samson W Barasa, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 07/03/19 0050
Starts/Ends: 07/03/19 0050 - 07/04/19 1418
Dose (Remaining/Total): 10 mg (1/1)
Route: Rectal
Frequency: Once As Needed
Rate/Duration: — / —
Admin Instructions: If no bowel movement in last 72 hours.

(No admins scheduled or recorded for this medication)

## All Meds and Administrations (continued)

### polyethylene glycol (MIRALAX) oral powder 17 g [201759970]

Ordering Provider: Samson W Barasa, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 07/03/19 0050
Starts/Ends: 07/03/19 0050 - 07/04/19 1418
Dose (Remaining/Total): 17 g (—/—)
Route: Oral
Frequency: Daily PRN
Rate/Duration: — / —
Admin Instructions: Use if no BM in last 48 hours; continue until BM. Administer in 8 oz of water. Must Be Diluted.

(No admins scheduled or recorded for this medication)

### adalimumab (HUMIRA) injection 40 mg [201759975]

Ordering Provider: Samson W Barasa, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 07/03/19 0050
Starts/Ends: 07/05/19 0900 - 07/04/19 1418
Dose (Remaining/Total): 40 mg (—/—)
Route: Subcutaneous
Frequency: Every Friday
Rate/Duration: — / —
Admin Instructions: This medication is a patients supplied medication and needs to either be brought down to the pharmacy or sent for verification.

(No admins scheduled or recorded for this medication)

### ALPRAZolam (XANAX) tablet 1 mg [201759976]

Ordering Provider: Samson W Barasa, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 07/03/19 0050
Starts/Ends: 07/03/19 0050 - 07/04/19 1418
Dose (Remaining/Total): 1 mg (—/—)
Route: Oral
Frequency: 2 Times Daily PRN
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 07/04/19 0245 | Given | 1 mg | Oral | Performed by: Rachel M Savran, RN |
| 07/03/19 2052 | Given | 1 mg | Oral | Performed by: Robin S Blankenbaker, RN |
| 07/03/19 0107 | Given | 1 mg | Oral | Performed by: Rachel M Savran, RN |

### propranolol (INDERAL) tablet 40 mg [201759977]

Ordering Provider: Samson W Barasa, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 07/03/19 0050
Starts/Ends: 07/03/19 0230 - 07/04/19 1418
Dose (Remaining/Total): 40 mg (—/—)
Route: Oral
Frequency: 2 Times Daily
Rate/Duration: — / —
Admin Instructions: Hold dose for SBP less than 100 mmHg or Pulse less than 60 bpm.

| Timestamps | Action / Reason | Dose | Route | Other Information |
|---|---|---|---|---|

## All Meds and Administrations (continued)

| | | | | |
|---|---|---|---|---|
| 07/04/19 0856 | Given | 40 mg | Oral | Performed by: Brandi M Libby, RN |
| 07/03/19 2052 | Given | 40 mg | Oral | Performed by: Robin S Blankenbaker, RN |
| 07/03/19 0807 | Not Given Order parameters not met | 40 mg | Oral | Performed by: Sophie L Gossett, RN |
| 07/03/19 0230 | Not Given Other | 40 mg | Oral | Performed by: Rachel M Savran, RN |

### NS continuous infusion [201759978]

Ordering Provider: Samson W Barasa, MD
Status: Discontinued (Past End Date/Time)
Ordered On: 07/03/19 0047
Starts/Ends: 07/03/19 0050 - 07/03/19 1307
Dose (Remaining/Total): — (—/—)
Route: IV
Frequency: Continuous
Rate/Duration: 80 mL/hr / —

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 07/02/19 Left Hand | 07/03/19 0108 by Rachel M Savran, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 07/04/19 0243 | Stopped | 0<br>0 mL/hr | IV | Performed by: Rachel M Savran, RN |
| 07/03/19 0108 | New Bag | —<br>80 mL/hr | IV | Performed by: Rachel M Savran, RN |

### HYDROmorphone (DILAUDID) injection 0.25-0.5 mg [201759979]

Ordering Provider: Samson W Barasa, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 07/03/19 0048
Starts/Ends: 07/03/19 0048 - 07/04/19 1418
Dose (Remaining/Total): 0.25-0.5 mg (—/—)
Route: IV
Frequency: Every 4 Hours PRN
Rate/Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 07/02/19 Left Hand | 07/03/19 0107 by Rachel M Savran, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 07/03/19 1251 | Given | 0.5 mg | IV | Performed by: Sophie L Gossett, RN |
| 07/03/19 0808 | Given | 0.5 mg | IV | Performed by: Sophie L Gossett, RN |

## All Meds and Administrations (continued)

| | | | | |
|---|---|---|---|---|
| 07/03/19 0258 | Given | 0.5 mg | IV | Performed by: Rachel M Savran, RN |
| 07/03/19 0107 | Given | 0.5 mg | IV | Performed by: Rachel M Savran, RN |

### nicotine 21 mg/24 hr 21 mg [201759998]

Ordering Provider: Samson W Barasa, MD
Ordered On: 07/03/19 0204
Dose (Remaining/Total): 21 mg (—/—)
Frequency: Daily
Status: Discontinued (Past End Date/Time)
Starts/Ends: 07/03/19 0900 - 07/03/19 0416
Route: Transdermal
Rate/Duration: — / 24 Hours

(No admins scheduled or recorded for this medication)

### nicotine 21 mg/24 hr 21 mg [201760004]

Ordering Provider: Samson W Barasa, MD
Ordered On: 07/03/19 0416
Dose (Remaining/Total): 21 mg (—/—)
Frequency: Daily
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 07/03/19 0500 - 07/04/19 1418
Route: Transdermal
Rate/Duration: — / 24 Hours

| Timestamps | Action / Reason | Dose / Duration | Route / Site | Other Information |
|---|---|---|---|---|
| 07/04/19 0851 | Patch Removed | 21 mg 24 Hours | Transdermal — | Performed by: Brandi M Libby, RN |
| 07/04/19 0850 | Not Given Patient/family refused | 21 mg 24 Hours | Transdermal — | Performed by: Brandi M Libby, RN |
| 07/03/19 0430 | Patch Applied | 21 mg 24 Hours | Transdermal Left Arm | Performed by: Rita McNamara, RN |

### ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg [201760006]

Ordering Provider: Michelle L Kelley, NP
Ordered On: 07/03/19 0849
Dose (Remaining/Total): 4 mg (—/—)
Frequency: Every 8 Hours PRN
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 07/03/19 0849 - 07/04/19 1418
Route: Oral
Rate/Duration: — / —
Admin Instructions: May repeat 4mg dose x1 in 30 minutes if first dose ineffective, maximum 8mg in any 8 hour period - per Nausea & Vomiting Protocol.

| Timestamps | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| 07/03/19 0908 | See Alternative | — | — | Performed by: Sophie L Gossett, RN |

## All Meds and Administrations (continued)

### ondansetron PF (ZOFRAN) injection 4 mg [201760007]

Ordering Provider: Michelle L Kelley, NP
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 07/03/19 0849
Starts/Ends: 07/03/19 0849 - 07/04/19 1418
Dose (Remaining/Total): 4 mg (—/—)
Route: IV
Frequency: Every 8 Hours PRN
Rate/Duration: — / —
Admin Instructions: May repeat 4mg dose x1 in 30 minutes if first dose ineffective, maximum 8mg in any 8 hour period - per Nausea & Vomiting Protocol.

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 07/02/19 Left Hand | 07/03/19 0908 by Sophie L Gossett, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 07/03/19 0908 | Given | 4 mg | IV | Performed by: Sophie L Gossett, RN |

### prochlorperazine (COMPAZINE) tablet 5 mg [201760008]

Ordering Provider: Michelle L Kelley, NP
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 07/03/19 0849
Starts/Ends: 07/03/19 0849 - 07/04/19 1418
Dose (Remaining/Total): 5 mg (—/—)
Route: Oral
Frequency: Every 6 Hours PRN
Rate/Duration: — / —
Admin Instructions: May repeat 5mg dose x1 in 30 minutes if first dose ineffective, maximum 10 mg in any 6 hour period.

| Timestamps | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| 07/03/19 1254 | See Alternative | — | — | Performed by: Sophie L Gossett, RN |

### prochlorperazine (COMPAZINE) injection 5 mg [201760009]

Ordering Provider: Michelle L Kelley, NP
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 07/03/19 0849
Starts/Ends: 07/03/19 0849 - 07/04/19 1418
Dose (Remaining/Total): 5 mg (—/—)
Route: IV
Frequency: Every 6 Hours PRN
Rate/Duration: — / —
Admin Instructions: May repeat 5mg dose x1 in 30 minutes if first dose ineffective, maximum 10 mg in any 6 hour period.

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 07/02/19 Left Hand | 07/03/19 1254 by Sophie L Gossett, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 07/03/19 1254 | Given | 5 mg | IV | Performed by: Sophie L Gossett, RN |

### warfarin (COUMADIN) tablet 5 mg [201760011]

Ordering Provider: Samson W Barasa, MD
Status: Completed (Past End Date/Time)
Ordered On: 07/03/19 1057
Starts/Ends: 07/03/19 1700 - 07/03/19 1732
Dose (Remaining/Total): 5 mg (0/1)
Route: Oral
Frequency: Once at 1700
Rate/Duration: — / —



Lincoln/Cummins 0686

## All Meds and Administrations (continued)

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 07/03/19 1732 | Given | 5 mg | Oral | Performed by: Sophie L Gossett, RN |

### NS continuous infusion [201760012]

Ordering Provider: Michelle L Kelley, NP
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 07/03/19 1559
Starts/Ends: 07/03/19 1730 - 07/04/19 1418
Dose (Remaining/Total): — (—/—)
Route: IV
Frequency: Continuous
Rate/Duration: 100 mL/hr / —

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 07/02/19 Left Hand | 07/03/19 1733 by Sophie L Gossett, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 07/04/19 0300 | Stopped | 0<br>0 mL/hr | IV | Performed by: Rachel M Savran, RN |
| 07/03/19 1733 | New Bag | —<br>100 mL/hr | IV | Performed by: Sophie L Gossett, RN |

### traZODone (DESYREL) tablet 50 mg [201874550]

Ordering Provider: Michelle L Kelley, NP
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 07/03/19 1600
Starts/Ends: 07/03/19 2100 - 07/04/19 1418
Dose (Remaining/Total): 50 mg (—/—)
Route: Oral
Frequency: Nightly
Rate/Duration: — / —

| Question | Answer | Comment |
|---|---|---|
| Indication:: | insomnia | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 07/03/19 2052 | Given | 50 mg | Oral | Performed by: Robin S Blankenbaker, RN |

### nicotine (NICOTROL) 10 mg inhaler 1 puff [201874553]

Ordering Provider: Michelle L Kelley, NP
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 07/03/19 1635
Starts/Ends: 07/03/19 1635 - 07/04/19 1418
Dose (Remaining/Total): 1 puff (—/—)
Route: Inhalation
Frequency: Every 2 Hours PRN
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 07/03/19 2056 | Given | 1 puff | Inhalation | Performed by: Robin S Blankenbaker, RN |

### potassium chloride (KLOR-CON M20) CR tablet 40 mEq [201874559]

## All Meds and Administrations (continued)

Ordering Provider: Sarah M Barry, CNS
Ordered On: 07/04/19 0709
Dose (Remaining/Total): 40 mEq (0/1)
Frequency: Once
Admin Instructions: DO NOT CRUSH OR CHEW.
Status: Completed (Past End Date/Time)
Starts/Ends: 07/04/19 0845 - 07/04/19 0856
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 07/04/19 0856 | Given | 40 mEq | Oral | Performed by: Brandi M Libby, RN |

### warfarin (COUMADIN) tablet 5 mg [201874582]

Ordering Provider: Sarah M Barry, CNS
Ordered On: 07/04/19 0925
Dose (Remaining/Total): 5 mg (1/1)
Frequency: Once at 1700
Status: Discontinued (Past End Date/Time)
Starts/Ends: 07/04/19 1700 - 07/04/19 1147
Route: Oral
Rate/Duration: — / —

(No admins scheduled or recorded for this medication)

## Multidisciplinary Problems (Active)

### Problem: DAILY CARE

Dates: Start: 07/03/19
Description:
Disciplines: Nurse, Interdisciplinary

#### Goal: Daily care needs are met

Dates: Start: 07/03/19 Expected End: 07/05/19
Description: INTERVENTIONS:

1. Assist patient with activities of daily living as needed
2. Encourage independent activity per ability
3. Assess and monitor ability to perform self care and identify potential discharge need
4. Educate and include patient/family/support in decisions related to daily care

Disciplines: Nurse, Interdisciplinary

Flowsheet:

**Taken at 07/03/19 1347**

Daily Care Needs are Met: Assist patient with activities of daily living as needed by Sophie L Gossett, RN

### Problem: INFECTION - ADULT

Dates: Start: 07/03/19
Description:
Disciplines: Nurse, Interdisciplinary, RT, Social Work

#### Goal: Absence of infection during hospitalization

Dates: Start: 07/03/19 Expected End: 07/05/19
Description: INTERVENTIONS:

1. Assess and monitor for signs and symptoms of infection
2. Monitor lab/diagnostic results
3. Monitor all LDA's i.e., lines, drains, airways, and wounds
4. Monitor all secretions, excretions and drainage for changes
5. Institute appropriate cooling/warming therapies per order
6. Administer medications as ordered
7. Instruct and encourage patient/family/support to use good hand hygiene technique

**Multidisciplinary Problems (Active) (continued)**

8. Identify and instruct in appropriate isolation precautions for identified infection /condition
9. Notify provider for signs and symptoms of infection
10. Educate patient/family/support of signs/symptoms of infection and prevention

Disciplines: Nurse, Interdisciplinary, RT, Social Work

Problem: KNOWLEDGE DEFICIT

Dates: Start: 07/03/19
Description:
Disciplines: Nurse, Interdisciplinary

Goal: Patient/Family/Support demonstrates understanding of disease process, treatment plan, medications, and discharge instructions

Dates: Start: 07/03/19 Expected End: 07/05/19
Description: INTERVENTIONS:
1. Complete learning assessment
2. Provide teaching at level of understanding utilizing preferred learning method(s)

Disciplines: Nurse, Interdisciplinary

Problem: SAFETY ADULT - FALL

Dates: Start: 07/03/19
Description:
Disciplines: Nurse, Interdisciplinary, RT, Social Work

Goal: Free from fall injury

Dates: Start: 07/03/19 Expected End: 07/05/19
Description: INTERVENTIONS:
1. Assess patient frequently for physical needs
2. Identify cognitive and physical deficits and behaviors that affect risk of falls
3. Institute fall precautions as indicated by assessment
4. Educate patient/family/support on patient safety, including physical limitations
5. Instruct patient to call for assistance with activity based on assessment
6. Modify environment to reduce risk of injury
7. Consider OT/PT consult to assist with strengthening/mobility, appropriate use of assistive devices
8. Institute OT/PT recommendations for mobility to prevent falls

Disciplines: Nurse, Interdisciplinary, RT, Social Work

Flowsheet:

**Taken at 07/03/19 1347**

Free from Fall Injury — Assess patient frequently for physical needs by Sophie L Gossett, RN

Problem: SKIN/TISSUE INTEGRITY - ADULT

Dates: Start: 07/03/19
Description:
Disciplines: Nurse, Interdisciplinary, RT, Dietary

Goal: Skin integrity remains intact

Dates: Start: 07/03/19 Expected End: 07/05/19
Description: INTERVENTIONS:
1. Assess and document risk factors for pressure injury development
2. Assess and document skin integrity
3. Monitor for areas of redness and/or skin breakdown

## Multidisciplinary Problems (Active) (continued)

4. Initiate pressure injury prevention interventions (SPOT bundle as outlined in pressure injury prevention care flowsheet, appropriate Braden interventions)
5. Collaborate with Interdisciplinary/Treatment Team and initiate plans and interventions as needed
6. Educate patient/family/support regarding management of skin integrity

Disciplines: Nurse, RT, Dietary

## Education

Title: Unit Orientation (Done)

Topic: Unit Orientation (Done)

Point: Unit Orientation (Done)

Description: Patient Information Guide; Bedside nurse call light; Equipment in room (bed controls,side rails, lights, TV, temp control, telephone, etc.); Electrical Equipment safety checks; Bathroom location and emergency call; Routines/What to expect during your
stay/ Chaplain Visitation if desired; Caregiver Rounding; Plan of Care: 5 Goals for every patient: Comfort, Safety, Medical Treatment, Patient Education and Safe Discharge/Transition of Care; Discharge Planning Anticipated timing of care and Length of Stay; Patient Rights, Responsibilities and Healthcare Directives; Interpreter Services, if applicable; Communication Boards; Visitors and times; waiting/visitor areas; Smoking policy; Food Service and times;
Review immunizations and obtain signature if indicated; Armband and two identifiers checked before all meds/procedures for patient's safety; Family Initiated Rapid Response team; Signs and symptoms to report; Handwashing

Learning Progress Summary

| | |
|---|---|
| **Patient** | Acceptance, E, VU by RB at 7/3/2019 9:09 PM |
| | Acceptance, E, VU by SG at 7/3/2019 9:48 AM |
| | Acceptance, E, VU by RS at 7/3/2019 1:36 AM |

Title: Pain-Comfort Management (Done)

Topic: Pain Scale (Done)

Point: Pain Scale (Done)

Description: Pain Intensity rating scale
Identify Pain score goal
Goal to maintain pain and discomfort
Reporting pain/ discomfort unrelieved by interventions, and effectiveness of interventions

Learning Progress Summary

| | |
|---|---|
| **Patient** | Acceptance, E, VU by BL at 7/4/2019 9:50 AM |
| | Acceptance, E, VU by RS at 7/4/2019 1:24 AM |
| | Acceptance, E, VU by SG at 7/3/2019 9:48 AM |
| | Acceptance, E, VU by RS at 7/3/2019 1:36 AM |

Title: Safety-Infection Prevention (Done)

Topic: Fall Prevention (Done)

Point: Fall Prevention (Done)

Description: Safety measures as appropriate, adjusting for age:
call for assistance before getting up
change position slowly

Education (continued)

dangle before standing
non-skid footwear
handrails
use of visual cues for Fall risk
Pediatric patients-family/guardian instruction on side rails when unattended/not within arm's reach

Learning Progress Summary

| | |
|---|---|
| **Patient** | Acceptance, E, VU by BL at 7/4/2019 9:50 AM |
| | Acceptance, E, VU by RS at 7/4/2019 1:24 AM |
| | Acceptance, E, VU by RB at 7/3/2019 9:09 PM |
| | Acceptance, E, VU by RS at 7/3/2019 1:36 AM |

Title: Surgical Procedures (Done)

Topic: Pre and Post Op (Done)

Point: Pre and Post Op (Done)

Description: Reason for procedure
Pre-op medication education as indicated
Nothing by mouth until after surgery and then progress slowly to normal diet, avoid greasy or spicy food
What to expect in pre-op, OR and PACU
Do not drink alcohol, drive a car, or operate any heavy equipment for the rest of the day
We recommend you have someone with you for the rest of the day and rest quietly
Cough and deep breathing, early ambulation when possible
Pain scale and pain management
Things to expect during recovery (specific to procedure)
Signs and symptoms of complication (Temperature greater than 101 F, redness at the incision site, drainage that is not clear or has a foul odor, swelling, persistent or increasing pain, bleeding that cannot be controlled)

Learning Progress Summary

| | |
|---|---|
| **Patient** | Acceptance, E, VU by RB at 7/3/2019 9:09 PM |

Title: Equipment (Done)

Topic: SCD's /AVI (Done)

Point: SCD's / AVI (Done)

Description: Purpose
How the equipment functions
What to report
Cleaning and Storage, as appropriate

Learning Progress Summary

| | |
|---|---|
| **Patient** | Acceptance, E, VU by RB at 7/3/2019 9:09 PM |

Title: Tobacco Cessation (Done)

Topic: Tobacco Cessation (Done)

Point: Tobacco Cessation (Done)

Description: Review importance of cessation, availability of nicotine replacement, smoking not permitted. Recognizing danger situations, developing coping skills, effects of smoking and second hand smoke.

Learning Progress Summary

| | |
|---|---|
| **Patient** | Acceptance, E, VU by BL at 7/4/2019 9:50 AM |
| | Acceptance, E, VU by RB at 7/3/2019 9:09 PM |

Education (continued)

Point: Recognizing Danger Situations (Done)

Description: Review events, internal states or activities that increase risk of smoking or relapse for the patient.

Learning Progress Summary

| | |
|---|---|
| **Patient** | Acceptance, E, VU by BL at 7/4/2019 9:50 AM |
| | Acceptance, E, VU by RB at 7/3/2019 9:09 PM |

Point: Developing Coping Skills (Done)

Description: Review coping skills, problem solving skills to cope with danger situations.

Learning Progress Summary

| | |
|---|---|
| **Patient** | Acceptance, E, VU by BL at 7/4/2019 9:50 AM |
| | Acceptance, E, VU by RB at 7/3/2019 9:09 PM |

Point: Information About Quitting (Done)

Description: Provide basic information about smoking and successfully quitting

Learning Progress Summary

| | |
|---|---|
| **Patient** | Acceptance, E, VU by BL at 7/4/2019 9:50 AM |
| | Acceptance, E, VU by RB at 7/3/2019 9:09 PM |

Point: Dangers of 2nd Hand Smoke (Done)

Description: Review dangers of second hand smoke

Learning Progress Summary

| | |
|---|---|
| **Patient** | Acceptance, E, VU by BL at 7/4/2019 9:50 AM |
| | Acceptance, E, VU by RB at 7/3/2019 9:09 PM |

Title: VTE / DVT / PE (Done)

Topic: VTE/ DVT/ PE - non Warfarin (Done)

Point: VTE Overview (Done)

Description: Written information included with discharge instructions.

Nursing: Remember to select the Method - "H" Handout

Learning Progress Summary

| | |
|---|---|
| **Patient** | Acceptance, E, VU by RB at 7/3/2019 9:09 PM |

Point: VTE and Medication Compliance (Done)

Description: Importance of taking medications as prescribed. VTE and Medication Compliance-Written information included with discharge instructions.

Nursing: Remember to select the Method - "H" Handout

Learning Progress Summary

| | |
|---|---|
| **Patient** | Acceptance, E, VU by RB at 7/3/2019 9:09 PM |

Point: VTE Potential for Adverse Drug Reactions and Interactions (Done)

Description: Potential for Adverse drug reactions and Interactions; including written discharge instructions.

Nursing: Remember to select the Method - "H" Handout

Education (continued)

Learning Progress Summary

**Patient** Acceptance, E, VU by RB at 7/3/2019 9:09 PM

Point: VTE and Follow up Monitoring (Done)

Description: Importance of follow up appointments and follow up monitoring; including written discharge instructions.

Nursing: Remember to select the Method - "H" Handout

Learning Progress Summary

**Patient** Acceptance, E, VU by RB at 7/3/2019 9:09 PM

Topic: VTE/DVT/PE - Warfarin (Done)

Point: VTE Compliance Issues Related to Warfarin (REQUIRED) (Done)

Description: It is important to take warfarin as instructed
It is important to monitor warfarin with scheduled PT/INR blood draws

Nursing: Remember to select the Method - "H" Handout

Learning Progress Summary

**Patient** Acceptance, E, VU by RB at 7/3/2019 9:09 PM

Point: VTE Dietary Advice Related to Warfarin (REQUIRED) (Done)

Description: Patient should eat a consistent amount of foods with Vitamin K rather than avoid them
Avoid major changes in dietary habits or notify health professional before changing habits

Nursing: Remember to select the Method - "H" Handout

Learning Progress Summary

**Patient** Acceptance, E, VU by RB at 7/3/2019 9:09 PM

Point: VTE Follow-up Monitoring Related to Warfarin (REQUIRED) (Done)

Description: Stress the importance of attending post discharge warfarin monitoring.

Nursing: Remember to select the Method - "H" Handout

Learning Progress Summary

**Patient** Acceptance, E, VU by RB at 7/3/2019 9:09 PM

Point: VTE Potential for Adverse Drug Reactions and Interactions Related to Warfarin (REQUIRED) (Done)

Description: Diet and medications can affect patient's PT/INR level.
Do not take or discontinue any medication or over-the-counter medication except on the advice of the Physician or Pharmacist.
Warfarin increases the risk of bleeding.

Nursing: Remember to select the Method - "H" Handout

Learning Progress Summary

**Patient** Acceptance, E, VU by RB at 7/3/2019 9:09 PM

Point: VTE Overview (REQUIRED) (Done)

Description: Written information included with discharge instructions.

Nursing: Remember to select the Method - "H" Handout

**Education (continued)**

Learning Progress Summary

**Patient** Acceptance, E, VU by RB at 7/3/2019 9:09 PM

Title: Pressure Injury Prevention (Done)

Topic: Pressure Injury Prevention (Done)

Point: Pressure Injury Prevention (Done)

Learning Progress Summary

**Patient** Acceptance, E, VU by RB at 7/3/2019 9:09 PM

Title: VTE Prevention (Done)

Topic: VTE Prevention (Done)

Point: What is VTE (Done)

Description: Venous thromboembolism (VTE) is a blood clot that starts in a vein.

Learning Progress Summary

**Patient** Acceptance, E, VU by RB at 7/3/2019 9:09 PM

Point: VTE Risk Factors (Done)

Description: Review pertinent patient specific risk-factors:

o Decrease in mobility
o Recent surgery
o Infection
o Central IV lines
o Medications
o History of blood clots
o Hip/pelvic/severe lower extremity fracture
o Cancer diagnosis
o Varicose veins
o Obesity
o Dehydration
o Lung disease
o Myocardial infarction
o Age > 50

Learning Progress Summary

**Patient** Acceptance, E, VU by RB at 7/3/2019 9:09 PM

Point: What is a DVT/PE (Done)

Description: What is a DVT: Deep Vein Thrombosis (DVT) is a blood clot in a vein in your body (such as the calf of your leg). The greatest danger is a clot that breaks off and travels to the lung(s).

What is a PE: A blood clot in the lung, which is a life-threatening event.

Learning Progress Summary

**Patient** Acceptance, E, VU by RB at 7/3/2019 9:09 PM

Point: VTE Prevention (Done)

Description: o Importance of prevention:

o Anticoagulants ordered (administration, side effects, any lab testing requirements)
o SCD compliance >18 hours/day
o Progressive mobility as tolerated

**Education (continued)**

Learning Progress Summary

| | |
|---|---|
| **Patient** | Acceptance, E, VU by RB at 7/3/2019 9:09 PM |

Point: VTE Symptoms to Report (Done)

Description: o Symptoms to report:
o Red swollen, tender area in an arm or leg
o Sudden onset of chest pain
o Shortness of breath
o Anxiety

Learning Progress Summary

| | |
|---|---|
| **Patient** | Acceptance, E, VU by RB at 7/3/2019 9:09 PM |

Title: First-Dose Education (Not Started)

Points For This Title

Point: Ringer's solution,lactated (Not Started)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: potassium chloride (Not Started)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: bisacodyl (Deleted)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: prochlorperazine maleate (Not Started)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: trazodone HCl (Not Started)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: oxycodone HCl (Not Started)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: acetaminophen (Not Started)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: naloxone HCl (Deleted)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

## Education (continued)

Point: hyoscyamine sulfate (Not Started)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: cefazolin sodium (Not Started)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: nicotine (Not Started)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: 0.9 % sodium chloride (Not Started)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: ondansetron (Not Started)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: polyethylene glycol 3350 (Deleted)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: cefazolin sodium/dextrose,iso (Not Started)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: fentanyl citrate/PF (Not Started)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

Point: sodium chloride 0.9 % (flush) (Deleted)

Description: Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.
Summary: Learning progress - not on file.

User Key

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| BL | 01/15/19 - | Brandi M Libby, RN | Registered Nurse | Nurse |
| RS | 04/11/17 - | Rachel M Savran, RN | Registered Nurse | Nurse |
| RB | 10/05/17 - | Robin S Blankenbaker, RN | Registered Nurse | Nurse |
| SG | 11/14/18 - | Sophie L Gossett, RN | Registered Nurse | Nurse |

## Delivery Providers

### Delivery Providers (continued)

Delivering clinician:

### Measurements

Weight:
Length:

### Placenta

Placenta delivery date/time:
Placenta removal:

## Flowsheets

## Flowsheets (all recorded)

### Data - Thu July 04, 2019

| Row Name | 0856 |
|---|---|
| Vitals | |
| BP | 130/80 -BL |
| Pulse | 62 -BL |

### CARE PLAN MINI-FLOWSHEET DATA - Thu July 04, 2019

| Row Name | 1234 |
|---|---|
| Interventions Addressed | |
| Verbalizes/Displays Adequate Comfort Level or Baseline Comfort Level | Encourage patient to monitor pain and request assistance;Assess pain using appropriate pain scale;Administer analgesics based on type and severity of pain and evaluate response -BL |
| Safe Discharge with Appropriate Resources | Identify barriers to discharge with patient and caregiver;Identify discharge learning needs (meds, wound care, etc);Communicate with and update the patient/family/support, physician, and health care team regarding progress on the discharge plan -BL |
| Patient's Chronic Conditions and Co-morbidity Symptoms are Monitored and Maintained or Improved | Monitor and assess patient's chronic conditions and comorbid symptoms for stability, deterioration, or improvement;Educate patient/family/support regarding management of chronic conditions and co- |

## Flowsheets (all recorded) (continued)

### CARE PLAN MINI-FLOWSHEET DATA - Thu July 04, 2019 (continued)

| Row Name | 1234 |
|---|---|
| | morbidities -BL |

### Vital Signs Simple - Thu July 04, 2019

| Row Name | 0845 | 0000 |
|---|---|---|
| **Pain/Discomfort Assessment** | | |
| Pain/Discomfort Assessment | No/denies pain/discomfort -BL | 0-10 Scale -RS |
| 0-10 Pain Score | — | 3 -RS |
| Pain Type | — | Acute pain -RS |
| Pain Location | — | Flank -RS |
| Pain Orientation | — | Right -RS |
| Pain Descriptors | — | Sharp -RS |
| Pain Frequency | — | Constant/continuous -RS |
| Pain Onset | — | Progressive -RS |
| Discomfort Assessment (Non Pain) | — | Patient states no discomfort -RS |
| Patient's Pain/Comfort Goal | — | Ease -RS |
| Intervention(s) to Relieve Pain/Discomfort | — | Declines medications (Comment) -RS |

### Intake/Output - Thu July 04, 2019

| Row Name | 0850 | 0300 | 0243 |
|---|---|---|---|
| **Intake** | | | |
| P.O. | 360 mL -BL | — | — |
| Percent Meals Eaten (%) | 100 % -BL | — | — |
| **NS continuous infusion** Start: 07/03/19 0050 | | | |
| Rate | — | — | 0 mL/hr -RS |
| **NS continuous infusion** Start: 07/03/19 1730 | | | |
| Rate | — | 0 mL/hr -RS | — |
| Volume (mL) | — | 900 mL -RS | — |

### IV Assessment - Thu July 04, 2019

| Row Name | 0850 | 0000 |
|---|---|---|
| **[REMOVED] Peripheral IV 07/02/19 Left Hand** | | |
| IV Properties | Placement Date: 07/02/19 -JR Placement Time: 2020 -JR Size (Gauge) : 20 G -JR Orientation: Left -JR Location: Hand -JR Removal Date: 07/04/19 -BL Removal Time: 0932 -BL Removal Reason: Therapy complete -BL Catheter Tip Intact: Yes -BL | |
| Site Assessment | Clean/Dry/Intact -BL | Clean/Dry/Intact -RS |
| Peripheral Line Necessity | Yes, meets criteria -BL | Yes, meets criteria -RS |

## Flowsheets (all recorded) (continued)

### IV Assessment - Thu July 04, 2019 (continued)

| Row Name | 0850 | 0000 |
|---|---|---|
| Line Status/Intervention | Saline locked -BL | Infusing -RS |
| Infiltration Grade Assessment | 0 -BL | 0 -RS |
| Phlebitis Grade Assessment | 0 -BL | 0 -RS |
| Dressing Type | Transparent -BL | Transparent -RS |
| Dressing Status | Clean/Dry/Intact -BL | Clean/Dry/Intact -RS |

### Simple Assessment - Thu July 04, 2019

| Row Name | 0850 | 0000 |
|---|---|---|
| Neurological | | |
| Neuro (WDL) | WDL -BL | WDL -RS |
| Level of Consciousness | Alert -BL | — |
| Orientation Level | Oriented X4 -BL | — |
| Cognition | Appropriate judgement -BL | — |
| Speech | Clear -BL | — |
| Glasgow Coma Scale | | |
| Eye Opening | 4 -BL | — |
| Best Verbal Response | 5 -BL | — |
| Best Motor Response | 6 -BL | — |
| Glasgow Coma Scale Score | 15 -BL | — |
| Sedation Scales | | |
| Sedation Scale Used | None -BL | — |
| HEENT | | |
| HEENT (WDL) | X -BL | X -RS |
| Teeth | Dentures upper;Dentures lower -BL | Dentures upper;Dentures lower -RS |
| Respiratory | | |
| Respiratory (WDL) | WDL -BL | WDL -RS |
| Cardiac | | |
| Cardiac (WDL) | WDL -BL | WDL -RS |
| Peripheral Vascular | | |
| Peripheral Vascular (WDL) | WDL -BL | WDL -RS |
| Integumentary | | |
| Integumentary (WDL) | X -BL | X -RS |

## Flowsheets (all recorded) (continued)

### Simple Assessment - Thu July 04, 2019 (continued)

| Row Name | 0850 | 0000 |
|---|---|---|
| Patient has Wound LDA? | — | Yes - See LDA documentation on the Wound Care/Assess Flowsheet -RS |
| Skin Integrity/Risk | Rash -BL | Rash -RS |
| Rash Location | Back upper;Back lower -BL | Back upper;Back lower -RS |
| Skin Rash Description | Acne like -BL | Acne like -RS |
| **Braden Scale** | | |
| Sensory Perceptions | 3 -BL | 3 -RS |
| Sensory Perception Interventions | Assess for signs of discomfort -BL | Assess for signs of discomfort -RS |
| Moisture | 4 -BL | 4 -RS |
| Moisture Interventions | Maintain clean dry skin -BL | Maintain clean dry skin -RS |
| Activity | 4 -BL | 3 -RS |
| Activity Interventions | Encourage activity/ambulation -BL | Encourage activity/ambulation -RS |
| Mobility | 4 -BL | 4 -RS |
| Mobility Interventions | Encourage mobility/frequent small shifts -BL | Encourage mobility/frequent small shifts -RS |
| Nutrition | 4 -BL | 3 -RS |
| Nutrition Interventions | Monitor labs, weight, and/or meal/fluid intake & hydration -BL | Monitor labs, weight, and/or meal/fluid intake & hydration -RS |
| Friction and Shear | 3 -BL | 3 -RS |
| Braden Scale Score | 22 -BL | 20 -RS |
| Pressure Injury Prevention Goal (Required) | Reduce the risk of skin breakdown -BL | Reduce the risk of skin breakdown -RS |
| **Pressure Injury Prevention Care** | | |
| Feeding | Able to feed self -BL | — |
| Repositioned | Turns self -BL | Turns self -RS |
| Positioning Frequency | Able to turn self -BL | Able to turn self -RS |
| Head of Bed Elevated | Self regulated -BL | Self regulated -RS |
| Assistive Device | None -BL | None -RS |
| Activity | — | Up ad lib -RS |
| Ambulation | Tolerated -BL | — |

## Flowsheets (all recorded) (continued)

### Simple Assessment - Thu July 04, 2019 (continued)

| Row Name | 0850 | 0000 |
|---|---|---|
| **Response** | | |
| Bed Type/Surface | Airloss -BL | Airloss -RS |
| **VTE Prevention** | | |
| Bedside Mobility Assessment (BMAT) | Level 4, walk/independently -BL | Level 4, walk/independently -RS |
| Sequential Compression Device (SCD) | Not applicable -BL | Not applicable -RS |
| **Musculoskeletal** | | |
| Musculoskeletal (WDL) | WDL -BL | WDL -RS |
| **Gastrointestinal** | | |
| Gastrointestinal (WDL) | WDL -BL | X -RS |
| All Quadrants | — | Present -RS |
| Tenderness | — | RUQ;RLQ -RS |
| **Genitourinary** | | |
| Genitourinary (WDL) | WDL -BL | X -RS |
| Genitourinary Symptoms | — | Pain with urination -RS |
| **Urine Assessment** | | |
| Urine Color | Yellow/straw -BL | — |
| Urine Appearance | Clear -BL | — |
| Urine Odor | No odor -BL | — |
| **Psychosocial** | | |
| Psychosocial (WDL) | WDL -BL | WDL -RS |

### Vitals Reassessment - Thu July 04, 2019

| Row Name | 0856 | 0845 | 0245 |
|---|---|---|---|
| **Vitals Timer** | | | |
| Restart Vitals Timer | Yes -BL | Yes -AK | Yes -JS |

### Daily Cares/Safety - Thu July 04, 2019

| Row Name | 1200 | 0850 | 0000 |
|---|---|---|---|
| **Isolation Status** | | | |
| Isolation Status | None -BL | None -BL | None -RS |
| **Precautions** | | | |
| Precautions | — | None -BL | None -RS |
| **Family/Significant Other Communication** | | | |
| Family/Significant Other Update | — | Visiting -BL | — |
| **Hester Davis Fall Risk Assessment** | | | |



Lincoln/Cummins 0702

## Flowsheets (all recorded) (continued)

### Daily Cares/Safety - Thu July 04, 2019 (continued)

| Row Name | 1200 | 0850 | 0000 |
|---|---|---|---|
| Last Known Fall | — | 0 -BL | 0 -RS |
| Mobility | — | 0 -BL | 0 -RS |
| Medications | — | 1 -BL | 1 -RS |
| Mental Status/LOC/Awareness | — | 0 -BL | 0 -RS |
| Toileting Needs | — | 0 -BL | 2 -RS |
| Volume/Electrolyte Status | — | 0 -BL | 2 -RS |
| Communication/Sensory | — | 0 -BL | 0 -RS |
| Behavior | — | 0 -BL | 0 -RS |
| Hester Davis Fall Risk Total | — | 3 -BL | 7 -RS |
| **Fall Risk Interventions** | | | |
| Universal Fall Precautions | — | Yes, as appropriate for care setting -BL | Yes, as appropriate for care setting -RS |
| Individualized Fall Risk Interventions | — | Adjusted purposeful rounding schedule -BL | Appropriate footwear -RS |
| **ABCS: Risk for Injury with Fall** | | | |
| COAGULATION: Is on anti-coagulation therapy | — | Yes -BL | Yes -RS |
| HIGH RISK for Injury | — | No -BL | No -RS |
| **Gait/ROM/Transport** | | | |
| Gait | — | Steady -BL | — |
| Range of Motion | — | Active -BL | — |
| Transport Method | — | Ambulatory -BL | — |
| **Level of Assistance** | | | |
| Hygiene Level of Assistance | — | Independent -BL | — |
| Mobility Level of Assistance | — | Independent -BL | — |

### CNA Vital Signs - Thu July 04, 2019

| Row Name | 0845 | 0245 |
|---|---|---|
| **Vital Signs** | | |
| Temp | 35.6 °C (96.1 °F) -AK | 36.4 °C (97.5 °F) -JS |
| Temp src | Temporal -AK | Temporal -JS |
| Pulse | 62 -AK | 59 -JS |
| Heart Rate Source | Pulse Oximeter -AK | Monitor -JS |
| BP | 130/80 -AK | 120/65 -JS |

## Flowsheets (all recorded) (continued)

### CNA Vital Signs - Thu July 04, 2019 (continued)

| Row Name | 0845 | 0245 |
|---|---|---|
| Cuff Size | — | Regular Adult -JS |
| BP Location | — | Right arm -JS |
| MAP (mmHg) | 90 -AK | — |
| BP Method | Automatic -AK | Automatic -JS |
| Patient Position | Lying -AK | Lying -JS |
| Resp | 14 -AK | 16 -JS |
| SpO2 | 97 % -AK | 96 % -JS |
| SpO2 Activity | At rest -AK | At rest -JS |
| O2 Device | None (Room air) -AK | None (Room air) -JS |
| O2 Flow Rate (L/min) | — | 0 L/min -JS |

### CNA Daily Cares/Safety - Thu July 04, 2019

| Row Name | 0900 | 0245 |
|---|---|---|
| **Fall Risk Interventions** | | |
| Universal Fall Precautions | — | Yes, as appropriate for care setting -JS |
| Individualized Fall Risk Interventions | — | Adjusted purposeful rounding schedule -JS |
| **Precautions** | | |
| Precautions | — | None -JS |
| **Pressure Injury Prevention Care** | | |
| Feeding | Able to feed self -AK | — |
| Repositioned | Turns self -AK | Turns self -JS |
| Positioning Frequency | Able to turn self -AK | Able to turn self -JS |
| Heels/Feet | Heels elevated off bed -AK | — |
| Head of Bed Elevated | Self regulated -AK | Self regulated -JS |
| Assistive Device | None -AK | None -JS |
| Activity | Up ad lib -AK | — |
| Ambulation Response | Tolerated -AK | — |
| Bed Type/Surface | Airloss -AK | Airloss -JS |
| **VTE Prevention** | | |
| Bedside Mobility Assessment (BMAT) | Level 4, walk/independently -AK | — |
| Sequential Compression Device (SCD) | Not applicable -AK | — |
| **Gait/ROM/Transport** | | |
| Gait | Steady -AK | — |

## Flowsheets (all recorded) (continued)

### CNA Daily Cares/Safety - Thu July 04, 2019 (continued)

| Row Name | 0900 | 0245 |
|---|---|---|
| Range of Motion | Active -AK | — |
| Transport Method | Ambulatory -AK | — |
| **Level of Assistance** | | |
| Hygiene Level of Assistance | Independent -AK | — |
| Mobility Level of Assistance | Independent -AK | — |

### Plan of Care Review/Patient Goals - Thu July 04, 2019

| Row Name | 0950 | 0000 |
|---|---|---|
| **Plan of Care Review/Patient Specific Goals** | | |
| Plan of Care Reviewed With | Patient -BL | Patient -RS |
| Patient Goal for the Shift | Discharge home -BL | pain control -RS |
| Nursing Goals for the Shift | Safe discharge home -BL | pain management -RS |
| Patient Goal for Admission | Pain control -BL | healing -RS |
| Reason for Hospitalization | Kidney stones -BL | kidney stones -RS |

### Sepsis Predictive Model Score - Thu July 04, 2019

| Row Name | 1204 | 1146 | 1131 | 1116 | 1102 |
|---|---|---|---|---|---|
| **Sepsis Model Score** | | | | | |
| Sepsis Predictive Model Score | 1.7 -UB | 1.7 -UB | 1.7 -UB | 1.7 -UB | 1.7 -UB |
| **Row Name** | **1046** | **1031** | **1016** | **1002** | **0946** |
| **Sepsis Model Score** | | | | | |
| Sepsis Predictive Model Score | 1.7 -UB | 1.7 -UB | 1.7 -UB | 1.7 -UB | 1.7 -UB |
| **Row Name** | **0931** | **0916** | **0902** | **0846** | **0831** |
| **Sepsis Model Score** | | | | | |
| Sepsis Predictive Model Score | 1.7 -UB | 1.7 -UB | 2.1 -UB | 2.1 -UB | 2.1 -UB |
| **Row Name** | **0816** | **0802** | **0746** | **0732** | **0717** |
| **Sepsis Model Score** | | | | | |
| Sepsis Predictive Model Score | 2.1 -UB | 2.1 -UB | 2.1 -UB | 2.1 -UB | 2.1 -UB |
| **Row Name** | **0702** | **0646** | **0631** | **0617** | **0602** |
| **Sepsis Model Score** | | | | | |
| Sepsis Predictive Model Score | 2.3 -UB | 2.3 -UB | 2.3 -UB | 2.3 -UB | 2.3 -UB |
| **Row Name** | **0546** | **0532** | **0516** | **0502** | **0446** |
| **Sepsis Model Score** | | | | | |
| Sepsis Predictive Model Score | 2.3 -UB | 2.3 -UB | 2.3 -UB | 2.3 -UB | 2.3 -UB |

## Flowsheets (all recorded) (continued)

### Sepsis Predictive Model Score - Thu July 04, 2019 (continued)

| Row Name | 0431 | 0417 | 0400 | 0316 | 0146 |
|---|---|---|---|---|---|
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 2.3 -UB | 2.3 -UB | 2.3 -UB | 5.2 -UB | 5.2 -UB |

| Row Name | 0131 | 0117 | 0102 | 0046 | 0031 |
|---|---|---|---|---|---|
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB |

| Row Name | 0016 | 0003 |
|---|---|---|
| Sepsis Model Score | | |
| Sepsis Predictive Model Score | 5.2 -UB | 5.2 -UB |

### Lines/Drains/Airways - Thu July 04, 2019

| Row Name | |
|---|---|
| [REMOVED] Peripheral IV 07/02/19 Left Hand | |
| IV Properties | Placement Date: 07/02/19 -JR Placement Time: 2020 -JR Size (Gauge) : 20 G -JR Orientation: Left -JR Location: Hand -JR Removal Date: 07/04/19 -BL Removal Time: 0932 -BL Removal Reason: Therapy complete -BL Catheter Tip Intact: Yes -BL |

### Data - Wed July 03, 2019

| Row Name | 1251 | 0807 | 0258 |
|---|---|---|---|
| Vitals | | | |
| BP | — | 109/73 -SG | — |
| Pulse | — | 52 -SG | — |
| Pain/Discomfort Assessment | | | |
| Pain/Discomfort Assessment | 0-10 Scale -SG | 0-10 Scale -SG | 0-10 Scale -RS |
| Sedation Scales | | | |
| Richmond Agitation Sedation Scale (RASS) | 0 -SG | 0 -SG | — |
| Pasero Opioid-Induced Sedation Scale (POSS) | 1 -SG | 1 -SG | — |

### CARE PLAN MINI-FLOWSHEET DATA - Wed July 03, 2019

| Row Name | 1347 |
|---|---|
| Interventions Addressed | |
| Verbalizes/Displays Adequate Comfort Level or Baseline Comfort Level | Encourage patient to monitor pain and request assistance -SG |
| Free from Fall Injury | Assess patient frequently for physical needs -SG |
| Daily Care Needs | Assist patient |

## Flowsheets (all recorded) (continued)

### CARE PLAN MINI-FLOWSHEET DATA - Wed July 03, 2019 (continued)

| Row Name | 1347 |
|---|---|
| are Met | with activities of daily living as needed -SG |

### Custom Formula Data - Wed July 03, 2019

| Row Name | 2056 | 1321 | 1251 | 0838 | 0807 |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Feature 3: Altered Level of Consciousness | Absent -RB | Absent -SG | Absent -SG | Absent -SG | Absent -SG |

| Row Name | 0500 |
|---|---|
| OTHER | |
| Malnutrition Risk Score | 0 -RS |

### Comments - Wed July 03, 2019

| Row Name | 0039 | 0029 |
|---|---|---|
| Comments | | |
| COMMENT | orderly en route to trans -JR | Rm - 6122, Rachel @ 2106 -BB |

### Vital Signs Simple - Wed July 03, 2019

| Row Name | 2056 | 1321 | 1251 | 0838 | 0807 |
|---|---|---|---|---|---|
| Vital Signs | | | | | |
| Temp | 35.8 °C (96.4 °F) -RB | — | — | — | — |
| Temp src | Temporal -RB | — | — | — | — |
| Pulse | 56 -RB | — | — | — | — |
| Heart Rate Source | Monitor -RB | — | — | — | — |
| BP | 113/63 -RB | — | — | — | — |
| Cuff Size | Regular Adult -RB | — | — | — | — |
| BP Location | Right arm -RB | — | — | — | — |
| BP Method | Automatic -RB | — | — | — | — |
| Patient Position | Sitting -RB | — | — | — | — |
| Resp | 20 -RB | — | — | — | — |
| SpO2 | 95 % -RB | — | — | — | — |
| SpO2 Activity | At rest -RB | — | — | — | — |
| O2 Device | None (Room air) -RB | — | — | — | — |
| Pain/Discomfort Assessment | | | | | |
| Pain/Discomfort Assessment | 0-10 Scale -RB | — | — | — | — |
| 0-10 Pain Score | 5 -RB | 5 -SG | 6 -SG | 5 -SG | 6 -SG |
| Pain Type | Acute pain -RB | — | Acute pain -SG | — | Acute pain -SG |
| Pain Location | Flank -RB | — | Flank -SG | — | Flank -SG |
| Pain Orientation | Right -RB | — | Right -SG | — | — |



Lincoln/Cummins 0707

## Flowsheets (all recorded) (continued)

### Vital Signs Simple - Wed July 03, 2019 (continued)

| Row Name | 2056 | 1321 | 1251 | 0838 | 0807 |
|---|---|---|---|---|---|
| Pain Descriptors | Aching -RB | — | Aching;Sharp -SG | — | Sharp;Aching -SG |
| Pain Frequency | Constant/continuous -RB | — | Constant/continuous -SG | — | Constant/continuous -SG |
| Pain Onset | On-going -RB | — | On-going -SG | — | On-going -SG |
| Discomfort Assessment (Non Pain) | Anxious -RB | — | — | — | — |
| Patient's Pain/Comfort Goal | Ease -RB | Ease -SG | Ease -SG | Ease -SG | Ease -SG |
| Intervention(s) to Relieve Pain/Discomfort | Declines medications (Comment) -RB | — | Medicated for pain -SG | — | Medicated for pain -SG |
| Pain/Comfort Goal Achieved | Yes -RB | Yes -SG | No -SG | Yes -SG | No -SG |
| Patient Satisfaction of Pain/Comfort | Yes -RB | Yes -SG | No -SG | Yes -SG | No -SG |
| Multiple Pain/Discomfort Sites | No -RB | — | No -SG | — | No -SG |
| **Sedation Scales** | | | | | |
| Sedation Scale Used | Pasero Opioid-induced Sedation Scale -RB | — | Pasero Opioid-induced Sedation Scale -SG | — | Pasero Opioid-induced Sedation Scale -SG |
| Richmond Agitation Sedation Scale (RASS) | 0 -RB | 0 -SG | — | 0 -SG | — |
| Pasero Opioid-Induced Sedation Scale (POSS) | 1 -RB | 1 -SG | — | 1 -SG | — |

| Row Name | 0358 | 0258 | 0150 | 0100 | 0050 |
|---|---|---|---|---|---|
| **Vital Signs** | | | | | |
| Temp | — | — | — | 35.3 °C (95.5 °F) -RS | — |
| Temp src | — | — | — | Temporal -RS | — |
| Pulse | — | — | — | 54 -RS | — |
| Heart Rate Source | — | — | — | Monitor -RS | — |
| BP | — | — | — | 125/69 -RS | — |
| Cuff Size | — | — | — | Regular Adult -RS | — |
| BP Location | — | — | — | Right arm -RS | — |
| MAP (mmHg) | — | — | — | 79 -RS | — |
| BP Method | — | — | — | Automatic -RS | — |
| Patient Position | — | — | — | Sitting -RS | — |
| Resp | — | — | — | 18 -RS | — |

## Flowsheets (all recorded) (continued)

### Vital Signs Simple - Wed July 03, 2019 (continued)

| Row Name | 0358 | 0258 | 0150 | 0100 | 0050 |
|---|---|---|---|---|---|
| SpO2 | — | — | — | 98 % -RS | — |
| SpO2 Activity | — | — | — | At rest -RS | — |
| O2 Device | — | — | — | None (Room air) -RS | — |
| **Pain/Discomfort Assessment** | | | | | |
| Pain/Discomfort Assessment | — | — | — | — | 0-10 Scale -RS |
| 0-10 Pain Score | 6 -RS | 8 -RS | 5 -RS | — | 6 -RS |
| Pain Type | — | Acute pain -RS | — | — | Acute pain -RS |
| Pain Location | — | Flank -RS | — | — | Flank -RS |
| Pain Orientation | — | Right -RS | — | — | Right -RS |
| Pain Descriptors | — | Sharp -RS | — | — | Sharp -RS |
| Pain Frequency | — | Constant/continuous -RS | — | — | Constant/continuous -RS |
| Pain Onset | — | On-going -RS | — | — | On-going -RS |
| Discomfort Assessment (Non Pain) | — | Anxious;Nausea -RS | — | — | Nausea -RS |
| Patient's Pain/Comfort Goal | — | Ease -RS | — | — | Ease -RS |
| Intervention(s) to Relieve Pain/Discomfort | — | Medicated for pain -RS | — | — | Medicated for pain -RS |
| Pain/Comfort Goal Achieved | Yes -RS | — | Yes -RS | — | — |
| Patient Satisfaction of Pain/Comfort | Yes -RS | — | Yes -RS | — | — |

### Intake/Output - Wed July 03, 2019

| Row Name | 1733 | 0108 |
|---|---|---|
| **NS continuous infusion** Start: 07/03/19 0050 | | |
| Rate | — | 80 mL/hr -RS |
| **NS continuous infusion** Start: 07/03/19 1730 | | |
| Rate | 100 mL/hr -SG | — |
| **Emesis Output/Assessment** | | |
| Unmeasured Emesis | — | 1 -RS |
| Emesis Amount | — | Small -RS |
| Emesis Color/Appearance | — | Mucous -RS |

### IV Assessment - Wed July 03, 2019

| Row Name | 2056 | 0808 | 0100 |
|---|---|---|---|
| **Specimen Collection Status** | | | |
| Specimen | Lab -RB | — | — |



Lincoln/Cummins 0709

## Flowsheets (all recorded) (continued)

### IV Assessment - Wed July 03, 2019 (continued)

| Row Name | 2056 | 0808 | 0100 |
|---|---|---|---|
| **Collection** | | | |
| **[REMOVED] Peripheral IV 07/02/19 Left Hand** | | | |
| IV Properties | Placement Date: 07/02/19 -JR Placement Time: 2020 -JR Size (Gauge) : 20 G -JR Orientation: Left -JR Location: Hand -JR Removal Date: 07/04/19 -BL Removal Time: 0932 -BL Removal Reason: Therapy complete -BL Catheter Tip Intact: Yes -BL | | |
| Site Assessment | Clean/Dry/Intact -RB | Clean/Dry/Intact -SG | Clean/Dry/Intact -RS |
| Peripheral Line Necessity | Yes, meets criteria -RB | Yes, meets criteria -SG | Yes, meets criteria -RS |
| Line Status/Intervention | Infusing -RB | Infusing -SG | Saline locked;Flushed;Infusing -RS |
| Infiltration Grade Assessment | 0 -RB | 0 -SG | 0 -RS |
| Phlebitis Grade Assessment | 0 -RB | 0 -SG | 0 -RS |
| Dressing Type | Transparent -RB | Transparent -SG | Transparent -RS |
| Dressing Status | Clean/Dry/Intact -RB | Clean/Dry/Intact -SG | Clean/Dry/Intact -RS |

### Simple Assessment - Wed July 03, 2019

| Row Name | 2056 | 0812 | 0808 | 0050 |
|---|---|---|---|---|
| **Neurological** | | | | |
| Neuro (WDL) | WDL -RB | — | WDL -SG | WDL -RS |
| Level of Consciousness | Alert -RB | — | — | — |
| Orientation Level | Oriented X4 -RB | — | — | — |
| Cognition | Appropriate judgement -RB | — | — | — |
| Speech | Clear -RB | — | — | — |
| Swallow | Able to swallow solids and liquids without difficulty -RB | — | — | — |
| **Glasgow Coma Scale** | | | | |
| Eye Opening | 4 -RB | — | 4 -SG | — |
| Best Verbal Response | 5 -RB | — | 5 -SG | — |
| Best Motor Response | 6 -RB | — | 6 -SG | — |
| Glasgow Coma Scale Score | 15 -RB | — | 15 -SG | — |
| **HEENT** | | | | |
| HEENT (WDL) | X -RB | — | WDL -SG | WDL -RS |
| Teeth | Dentures upper;Dentures lower -RB | — | — | — |
| **Respiratory** | | | | |
| Respiratory | | — | — | — |

## Flowsheets (all recorded) (continued)

### Simple Assessment - Wed July 03, 2019 (continued)

| Row Name | 2056 | 0812 | 0808 | 0050 |
|---|---|---|---|---|
| Pattern | Regular;Unlabored -RB | | | |
| Chest Assessment | Chest expansion symmetrical -RB | — | — | — |
| Bilateral Breath Sounds | Clear -RB | — | — | — |
| R Breath Sounds | Clear -RB | — | — | — |
| L Breath Sounds | Clear -RB | — | — | — |
| Respiratory (WDL) | WDL -RB | — | WDL -SG | WDL -RS |
| **Cardiac** | | | | |
| Cardiac (WDL) | WDL -RB | — | WDL -SG | WDL -RS |
| Cardiac Regularity | Regular -RB | — | — | — |
| Jugular Venous Distention (JVD) | No -RB | — | — | — |
| Skin Color | Appropriate for ethnicity -RB | — | — | — |
| Skin Condition/Temp | Warm;Dry -RB | — | — | — |
| Cardiac Rhythm | Normal sinus rhythm -RB | — | — | — |
| **Peripheral Vascular** | | | | |
| Peripheral Vascular (WDL) | WDL -RB | — | WDL -SG | X -RS |
| Color | Appropriate for ethnicity -RB | — | — | — |
| Cyanosis | None -RB | — | None -SG | — |
| Capillary Refill | Less than/equal to 3 seconds (All extremities) -RB | — | — | — |
| Pulses | R dorsalis pedis;L dorsalis pedis -RB | — | — | — |
| R Dorsalis Pedis Pulse | +2 -RB | — | — | +2 -RS |
| L Dorsalis Pedis Pulse | +2 -RB | — | — | +2 -RS |
| Edema | None -RB | — | — | — |
| **Integumentary** | | | | |
| Integumentary (WDL) | X -RB | — | WDL -SG | X -RS |
| Patient has Wound LDA? | Yes - See LDA documentation on the Wound Care/Assess Flowsheet -RB | — | — | — |
| Skin Integrity/Risk | Rash -RB | — | — | Rash -RS |
| Rash Location | Back upper -RB | — | — | Back upper;Back |

## Flowsheets (all recorded) (continued)

### Simple Assessment - Wed July 03, 2019 (continued)

| Row Name | 2056 | 0812 | 0808 | 0050 |
|---|---|---|---|---|
| | | | | lower;Arm right;Arm left;Chest left;Chest right -RS |
| Skin Rash Description | Acne like -RB | — | — | Acne like -RS |
| **Braden Scale** | | | | |
| Sensory Perceptions | 3 -RB | — | 3 -SG | 3 -RS |
| Sensory Perception Interventions | Assess for signs of discomfort -RB | — | Assess for signs of discomfort -SG | Assess for signs of discomfort -RS |
| Moisture | 4 -RB | — | 4 -SG | 4 -RS |
| Moisture Interventions | Maintain clean dry skin -RB | — | Maintain clean dry skin -SG | Maintain clean dry skin -RS |
| Activity | 3 -RB | — | 3 -SG | 3 -RS |
| Activity Interventions | Encourage activity/ambulation -RB | — | Encourage activity/ambulation -SG | Encourage activity/ambulation -RS |
| Mobility | 4 -RB | — | 4 -SG | 4 -RS |
| Mobility Interventions | Encourage mobility/frequent small shifts -RB | — | — | — |
| Nutrition | 3 -RB | — | 3 -SG | 3 -RS |
| Nutrition Interventions | Monitor labs, weight, and/or meal/fluid intake & hydration -RB | — | — | — |
| Friction and Shear | 3 -RB | — | 3 -SG | 3 -RS |
| Braden Scale Score | 20 -RB | — | 20 -SG | 20 -RS |
| Pressure Injury Prevention Goal (Required) | Reduce the risk of skin breakdown -RB | — | Reduce the risk of skin breakdown -SG | Reduce the risk of skin breakdown -RS |
| **2 RN/LPN Head-to-Toe Skin Assessment** | | | | |
| 2 RN/LPN Head-to-Toe Skin Assessment Completed? | — | — | — | Yes -RS |
| RN/LPN 3x3 or name | — | — | — | mictau1 -RS |
| **Pressure Injury Prevention Care** | | | | |
| Self-Care | Adequate Hygiene -RB | — | — | — |
| Appearance | Equal To Stated Age -RB | — | — | — |
| Feeding | Able to feed self -RB | — | Able to feed self -SG | — |

## Flowsheets (all recorded) (continued)

### Simple Assessment - Wed July 03, 2019 (continued)

| Row Name | 2056 | 0812 | 0808 | 0050 |
|---|---|---|---|---|
| Repositioned | Turns self -RB | — | Turns self -SG | Turns self -RS |
| Positioning Frequency | Able to turn self -RB | — | Able to turn self -SG | Able to turn self -RS |
| Head of Bed Elevated | Self regulated -RB | — | Self regulated -SG | Self regulated -RS |
| Assistive Device | — | — | — | None -RS |
| Activity | Up ad lib -RB | — | — | Up ad lib -RS |
| Ambulation Response | Tolerated -RB | — | — | — |
| Bed Type/Surface | Airloss -RB | — | Airloss -SG | Airloss -RS |
| **VTE Prevention** | | | | |
| Bedside Mobility Assessment (BMAT) | Level 4, walk/independently -RB | — | Level 4, walk/independently -SG | Level 4, walk/independently -RS |
| Sequential Compression Device (SCD) | Not applicable -RB | — | — | Not applicable -RS |
| **Musculoskeletal** | | | | |
| Musculoskeletal (WDL) | WDL -RB | — | WDL -SG | WDL -RS |
| **Gastrointestinal** | | | | |
| Gastrointestinal (WDL) | X -RB | — | X -SG | X -RS |
| Abdomen Inspection | — | — | — flank pain, mainly R side -SG | — |
| Bowel Sounds | All Quadrants -RB | — | — | — |
| All Quadrants | Present -RB | — | Present -SG | Present -RS |
| Tenderness | RUQ;RLQ -RB | — | — | RUQ;RLQ -RS |
| Last BM Prior to Admission | 07/02/19 -RB | 07/02/19 -SG | — | — |
| Passing Flatus | Yes -RB | — | Yes -SG | Yes -RS |
| GI Symptoms | None -RB | — | — | — |
| **Genitourinary** | | | | |
| Genitourinary (WDL) | WDL -RB | — | WDL -SG | X -RS |
| Patient has Urinary Device? | — | — | — | Yes - See LDA Documentation on the I&O Flowsheet -RS |
| Genitourinary Symptoms | Difficulty starting stream -RB | — | — | Difficulty starting stream;R Flank pain -RS |
| **Psychosocial** | | | | |
| Psychosocial (WDL) | WDL -RB | — | WDL -SG | WDL -RS |

### Screenings - Wed July 03, 2019



Lincoln/Cummins 0713

## Flowsheets (all recorded) (continued)

### Screenings - Wed July 03, 2019 (continued)

| Row Name | 0808 | 0500 |
|---|---|---|
| **Medical Advance Directive** | | |
| Medical Advance Directive | — | Patient does not wish to complete one at this time -RS |
| Medical Advance Directive Representative Appointed | — | No, patient declines -RS |
| **Values/Beliefs** | | |
| Cultural Requests During Hospitalization | — | none -RS |
| Spiritual Requests During Hospitalization | — | none -RS |
| **Assistive Devices** | | |
| Assistive Devices | — | None -RS |
| **Mental Health Advance Directive** | | |
| Mental Health Advance Directive | — | Patient does not wish to complete one at this time -RS |
| Mental Health Advance Directive Representative Appointed | — | No, patient declines -RS |
| **Nutrition Screen** | | |
| Unplanned Weight Loss in Last 6 Months | — | 0 -RS |
| Poor Oral Intake of 75% or Less of Usual Intake for 7 or More Days Prior to Admission | — | 0 -RS |
| Difficulty Chewing or Swallowing | — | No -RS |
| Pressure Injury or Non-Healing Wound | — | No -RS |
| Home Tube Feeding or Total Parenteral Nutrition (TPN) | — | No -RS |
| Dietitian Referral Needed | — | No -RS |



Lincoln/Cummins 0714

## Flowsheets (all recorded) (continued)

### Screenings - Wed July 03, 2019 (continued)

| Row Name | 0808 | 0500 |
|---|---|---|
| **ADL Screening** | | |
| Activities of Daily Living ADL's | — | Independent -RS |
| **Therapy Referrals** | | |
| PT Evaluation Needed | — | 2 -RS |
| OT Evaluation Needed | — | 2 -RS |
| SLP Evaluation Needed | — | 2 -RS |
| **Abuse/Neglect/Domestic Violence Assessment** | | |
| Abuse/Neglect/Domestic Violence | — | No indicators of abuse/neglect -RS |
| Patient Safety | — | Patient feels safe -RS |
| **Hester Davis Fall Risk Assessment** | | |
| Last Known Fall | 0 -SG | — |
| Mobility | 0;1 -SG | — |
| Medications | 1 -SG | — |
| Mental Status/LOC/Awareness | 0 -SG | — |
| Toileting Needs | 2 -SG | — |
| Volume/Electrolyte Status | 2 -SG | — |
| Communication/Sensory | 0 -SG | — |
| Behavior | 0 -SG | — |
| Hester Davis Fall Risk Total | 8 -SG | — |
| **Fall Risk Interventions** | | |
| Universal Fall Precautions | Yes, as appropriate for care setting -SG | — |
| Individualized Fall Risk Interventions | Adjusted purposeful rounding schedule;Appropriate footwear -SG | — |

### Discharge Planning - Wed July 03, 2019

| Row Name | 0500 |
|---|---|
| **Discharge Planning** | |
| Living With | Spouse/significant other -RS |
| Support Systems | Spouse/significan |

## Flowsheets (all recorded) (continued)

### Discharge Planning - Wed July 03, 2019 (continued)

| Row Name | 0500 |
|---|---|
| | t other -RS |
| Type of Residence | House -RS |
| Patient May Return to Pre-Admission Living Arrangement | Yes -RS |
| Home Care Services | No -RS |
| Patient expects to be discharged to: | home -RS |
| Expected Discharge Date | 07/04/19 -RS |

### Isolation, Travel and Vaccination Screenings - Wed July 03, 2019

| Row Name | 0500 |
|---|---|
| **Prior To Arrival** | |
| Hospitalized Anywhere in the Last 14 Days | No -RS |
| Received Antibiotic Within Past 48 Hours | No -RS |
| **Initial Patient Presentation** | |
| Patient Presents/Complains of the following Symptoms | No fever, respiratory symptoms, diarrhea, wound drainage, scabies, lice or bed bugs -RS |
| History of MRSA within the last 2 years? | No -RS |
| **Travel History (CRE) Infection** | |
| Has Patient had an Overnight Stay in a Hospital Outside the US in the Past 6 Months? | No -RS |

### Care Handoff - Wed July 03, 2019

| Row Name | 0039 |
|---|---|
| **Care Handoff** | |
| Report Given to | RN Next Shift/Receiving RN -JR |
| Name of RN Next Shift/Receiving | Jen RN -JR |

## Flowsheets (all recorded) (continued)

### Care Handoff - Wed July 03, 2019 (continued)

| Row Name | 0039 |
|---|---|
| RN | |
| Infusions still running when care transferred to: | RN Next Shift -JR |

### Departure Information - Wed July 03, 2019

| Row Name | 0039 |
|---|---|
| Departure Information | |
| Mobility at Departure | Stretcher -JR |
| Patient Teaching | Admission discussed -JR |

### Vitals Reassessment - Wed July 03, 2019

| Row Name | 2056 | 1504 | 0807 | 0755 | 0100 |
|---|---|---|---|---|---|
| Vitals Timer | | | | | |
| Restart Vitals Timer | Yes -RB | Yes -SB | Yes -SG | Yes -QT | Yes -RS |

### Patient Belongings - Wed July 03, 2019

| Row Name | 0500 |
|---|---|
| Patient Owned Assistive Devices/Belongings at Bedside | |
| Patient owned assistive devices/belongings at Bedside | Clothing;Personal electronic devices -RS |
| Patient Owned Assistive Devices/Belongings at Bedside Given to Patient Designee | |
| Patient owned assistive devices/belongings given to designee | None -RS |
| Personal Valuables Sent to Safe | |
| Personal belongings sent to Safe | None -RS |
| Contraband Sent to Security | |
| Contraband sent to security | Not Applicable -RS |
| Patient Owned Assistive Devices/Belongings in Unit Specific Stoarge Area | |
| Patient Owned Assistive Devices/Belongings in Unit Specific Storage | None -RS |
| Patient Medications | |
| Medications brought by | No -RS |

## Flowsheets (all recorded) (continued)

### Patient Belongings - Wed July 03, 2019 (continued)

| Row Name | 0500 |
|---|---|
| patient? | |

### Daily Cares/Safety - Wed July 03, 2019

| Row Name | 2056 | 0808 | 0050 |
|---|---|---|---|
| **Isolation Status** | | | |
| Isolation Status | None -RB | None -SG | None -RS |
| **Precautions** | | | |
| Precautions | None -RB | None -SG | None -RS |
| **Family/Significant Other Communication** | | | |
| Family/Significant Other Update | Visiting -RB | — | — |
| **Hester Davis Fall Risk Assessment** | | | |
| Last Known Fall | 0 -RB | — | 0 -RS |
| Mobility | 0 -RB | — | 0 -RS |
| Medications | 1 -RB | — | 1 -RS |
| Mental Status/LOC/Awareness | 0 -RB | — | 0 -RS |
| Toileting Needs | 2 -RB | — | 2 -RS |
| Volume/Electrolyte Status | 2 -RB | — | 2 -RS |
| Communication/Sensory | 0 -RB | — | 0 -RS |
| Behavior | 0 -RB | — | 0 -RS |
| Hester Davis Fall Risk Total | 7 -RB | — | 7 -RS |
| **Fall Risk Interventions** | | | |
| Universal Fall Precautions | Yes, as appropriate for care setting -RB | — | Yes, as appropriate for care setting -RS |
| Individualized Fall Risk Interventions | Adjusted purposeful rounding schedule -RB | — | Appropriate footwear -RS |
| **ABCS: Risk for Injury with Fall** | | | |
| COAGULATION: Is on anti-coagulation therapy | Yes -RB | Yes -SG | Yes -RS |
| HIGH RISK for Injury | No -RB | No -SG | No -RS |
| **VTE Prevention** | | | |
| Sequential Compression Device (SCD) | — | Not applicable -SG | — |
| **Gait/ROM/Transport** | | | |
| Gait | Steady -RB | — | — |
| Range of Motion | Active -RB | — | — |

## Flowsheets (all recorded) (continued)

### Daily Cares/Safety - Wed July 03, 2019 (continued)

| Row Name | 2056 | 0808 | 0050 |
|---|---|---|---|
| Transport Method | Ambulatory -RB | — | — |
| **Level of Assistance** | | | |
| Hygiene Level of Assistance | Independent -RB | — | — |
| Mobility Level of Assistance | Independent -RB | — | — |

### CNA Vital Signs - Wed July 03, 2019

| Row Name | 1504 | 0755 |
|---|---|---|
| **Vital Signs** | | |
| Temp | 35.7 °C (96.3 °F) -SB | 35.8 °C (96.4 °F) -QT |
| Pulse | 59 -SB | 52 -QT |
| BP | 140/77 -SB | 109/73 -QT |
| MAP (mmHg) | — | 86 -QT |
| Resp | 18 -SB | 18 -QT |
| SpO2 | 94 % -SB | 98 % -QT |
| SpO2 Activity | — | At rest -QT |
| O2 Device | None (Room air) -SB | None (Room air) -QT |

### CNA Intake/Output - Wed July 03, 2019

| Row Name | 2039 | 1300 | 0900 | 0400 | 0200 |
|---|---|---|---|---|---|
| **Intake** | | | | | |
| P.O. | 240 mL -JS | 180 mL -QT | 180 mL -QT | — | 350 mL -JW |
| Percent Meals Eaten (%) | 90 % Dinner -JS | 50 % -QT | 40 % -QT | — | — |
| **Urine Output/Assessment** | | | | | |
| Measured Urine | — | — | 600 mL -QT | — | 600 mL -JW |
| Continent Unmeasured Urine | — | 1 -QT | — | — | — |
| **Emesis Output/Assessment** | | | | | |
| Emesis | — | — | — | 300 mL -JW | — |

### CNA Daily Cares/Safety - Wed July 03, 2019

| Row Name | 2040 | 0831 |
|---|---|---|
| **Family/Significant Other Communication** | | |
| Family/Significant Other Update | Visiting -JS | — |
| **Fall Risk Interventions** | | |
| Universal Fall Precautions | Yes, as appropriate for care setting -JS | Yes, as appropriate for care setting -QT |
| Individualized Fall Risk Interventions | Adjusted purposeful rounding schedule;Appropriate footwear -JS | Adjusted purposeful rounding schedule;Appropriate footwear -QT |

## Flowsheets (all recorded) (continued)

### CNA Daily Cares/Safety - Wed July 03, 2019 (continued)

| Row Name | 2040 | 0831 |
|---|---|---|
| **Precautions** | | |
| Precautions | None -JS | — |
| **Pressure Injury Prevention Care** | | |
| Feeding | Able to feed self -JS | Able to feed self -QT |
| Repositioned | Turns self -JS | Turns self -QT |
| Positioning Frequency | Able to turn self -JS | Able to turn self -QT |
| Head of Bed Elevated | Self regulated -JS | Self regulated -QT |
| Activity | Up ad lib -JS | Up ad lib -QT |
| Ambulation Response | Tolerated -JS | Tolerated -QT |
| Bed Type/Surface | Airloss -JS | Airloss -QT |
| **VTE Prevention** | | |
| Bedside Mobility Assessment (BMAT) | — | Level 4, walk/independently -QT |
| **Gait/ROM/Transport** | | |
| Gait | — | Steady -QT |
| Range of Motion | — | Active -QT |
| Transport Method | — | Ambulatory;Wheelchair -QT |
| **Level of Assistance** | | |
| Hygiene Level of Assistance | — | Independent -QT |
| Mobility Level of Assistance | — | Independent -QT |

### Suicide and Violence Screening Tool - Wed July 03, 2019

| Row Name | 0500 |
|---|---|
| **Suicide and Violence Screening Tool** | |
| 1. Are you now or in your recent past, had thoughts of harming yourself or others? | No -RS |
| Suicide and Violence Risk | No Risk -RS |

### Plan of Care Review/Patient Goals - Wed July 03, 2019

| Row Name | 0808 | 0100 |
|---|---|---|
| **Plan of Care Review/Patient Specific Goals** | | |
| Plan of Care Reviewed With | Patient -SG | Patient -RS |
| Patient Goal for the Shift | pain control, N/V control -SG | pain control -RS |



Lincoln/Cummins 0720

## Flowsheets (all recorded) (continued)

### Plan of Care Review/Patient Goals - Wed July 03, 2019 (continued)

| Row Name | 0808 | 0100 |
|---|---|---|
| Nursing Goals for the Shift | pain control, N/V control -SG | pain management -RS |
| Patient Goal for Admission | feel better -SG | healling -RS |
| Reason for Hospitalization | kidney stones -SG | kidney stones -RS |

### RD Next Visit Date / Visit Purpose / Nutrition Risk Level - Wed July 03, 2019

| Row Name | 0819 |
|---|---|
| RD Next Visit Date / Visit Purpose / Nutrition Risk Level | |
| RD Next Visit Date | 07/08/19 Mon -SE |
| RD Visit Purpose | Eval Passing kidney stone(s), 30# wt gain/year, gen diet, no PO yet -SE |
| Nutrition Risk Level | Low Risk -SE |

### CM Brief Handoff - Wed July 03, 2019

| Row Name | 0949 | 0800 |
|---|---|---|
| CM Brief Handoff | | |
| RNCM Comments | 7/3 - readmit for right flank pain, likely home with no needs -MG | — |
| SWCM Comments | — | 7/3 right flank pain -EA |

### Sepsis Predictive Model Score - Wed July 03, 2019

| Row Name | 2346 | 2331 | 2316 | 2304 | 2246 |
|---|---|---|---|---|---|
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB |
| **Row Name** | **2231** | **2216** | **2202** | **2146** | **2131** |
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB |
| **Row Name** | **2116** | **2102** | **2046** | **2031** | **2016** |
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB |
| **Row Name** | **2004** | **1946** | **1931** | **1917** | **1903** |
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB |
| **Row Name** | **1846** | **1831** | **1816** | **1802** | **1746** |
| Sepsis Model Score | | | | | |
| Sepsis Predictive | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB |



Lincoln/Cummins 0721

## Flowsheets (all recorded) (continued)

### Sepsis Predictive Model Score - Wed July 03, 2019 (continued)

| Row Name | 1846 | 1831 | 1816 | 1802 | 1746 |
|---|---|---|---|---|---|
| Model Score | | | | | |
| **Row Name** | **1731** | **1716** | **1702** | **1646** | **1631** |
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB |
| **Row Name** | **1616** | **1602** | **1547** | **1531** | **1517** |
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB |
| **Row Name** | **1502** | **1446** | **1431** | **1417** | **1403** |
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB |
| **Row Name** | **1346** | **1331** | **1317** | **1303** | **1246** |
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB |
| **Row Name** | **1231** | **1217** | **1204** | **1146** | **1131** |
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB |
| **Row Name** | **1116** | **1102** | **1046** | **1031** | **1016** |
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB |
| **Row Name** | **1002** | **0948** | **0931** | **0918** | **0903** |
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB | 5.2 -UB |
| **Row Name** | **0847** | **0832** | **0816** | **0802** | **0746** |
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 5.3 -UB | 5.3 -UB | 5.3 -UB | 5.3 -UB | 5.3 -UB |
| **Row Name** | **0732** | **0717** | **0702** | **0646** | **0631** |
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 5.3 -UB | 5.3 -UB | 5.3 -UB | 5.3 -UB | 5.3 -UB |
| **Row Name** | **0617** | **0602** | **0546** | **0531** | **0516** |
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 5.3 -UB | 5.3 -UB | 5.3 -UB | 5.3 -UB | 5.3 -UB |
| **Row Name** | **0502** | **0446** | **0431** | **0417** | **0404** |
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 5.3 -UB | 5.3 -UB | 5.7 -UB | 2 -UB | 2 -UB |
| **Row Name** | **0346** | **0337** | **0259** | **0146** | **0131** |

## Flowsheets (all recorded) (continued)

### Sepsis Predictive Model Score - Wed July 03, 2019 (continued)

| Row Name | 0346 | 0337 | 0259 | 0146 | 0131 |
|---|---|---|---|---|---|
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 2 -UB | 2 -UB | 2 -UB | 2 -UB | 1.6 -UB |
| **Row Name** | **0117** | **0102** | **0046** | **0031** | **0016** |
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 1.6 -UB | 0.6 -UB | 0.6 -UB | 0.6 -UB | 0.6 -UB |
| **Row Name** | **0003** | | | | |
| Sepsis Model Score | | | | | |
| Sepsis Predictive Model Score | 0.6 -UB | | | | |

### Lines/Drains/Airways - Wed July 03, 2019

| Row Name | |
|---|---|
| [REMOVED] Peripheral IV 07/02/19 Left Hand | |
| IV Properties | Placement Date: 07/02/19 -JR Placement Time: 2020 -JR Size (Gauge) : 20 G -JR Orientation: Left -JR Location: Hand -JR Removal Date: 07/04/19 -BL Removal Time: 0932 -BL Removal Reason: Therapy complete -BL Catheter Tip Intact: Yes -BL |

### Custom Formula Data - Tue July 02, 2019

| Row Name | 2004 |
|---|---|
| Vitals | |
| Pct Wt Change | 0 % -CT |
| OTHER | |
| BSA (Calculated - sq m) | 2.7 sq meters -CT |
| BMI (Calculated) | 44.7 -CT |
| IBW/kg (Calculated) Male | 75.3 kg -CT |
| IBW/kg (Calculated) FEMALE | 70.8 kg -CT |
| Percent Weight Change Since Birth | 0 -CT |
| IBW/kg (Calculated) | 75.3 -CT |
| BSA (Calculated - sq m - DuBois) | 2.58 sq meters -CT |
| Weights | |
| Weight for Calculation (kg) | 145.151 kg -CT |
| Readings | |
| Low Range Vt 6cc/kg | 451.8 mL -CT |
| Adult Moderate Range Vt 8cc/kg | 602.4 mL -CT |
| Adult High Range | 753 mL -CT |

## Flowsheets (all recorded) (continued)

### Custom Formula Data - Tue July 02, 2019 (continued)

| Row Name | 2004 |
|---|---|
| Vt 10cc/kg | |

### Acuity/Destination - Tue July 02, 2019

| Row Name | 2009 |
|---|---|
| Acuity/Destination | |
| Patient ESI Acuity | 3 -NB |
| ED Destination | Medical -NB |
| Triage Complete | Triage complete -NB |

### Quick Update - Tue July 02, 2019

| Row Name | 2313 | 2231 |
|---|---|---|
| Quick Updates | | |
| Quick Updates | Bed Locked and in Lowest Position;Family at Bedside -JR | Bed Locked and in Lowest Position;Family at Bedside -JR |

### Infection Assessment - Tue July 02, 2019

| Row Name | 2010 |
|---|---|
| Initial Patient Presentation | |
| History of MRSA within the last 2 years? | No -NB |
| Infection Control | |
| TB Exposure? | No -NB |
| Travel | |
| Traveled Outside US Within Last 3 Weeks? | No -NB |
| Traveled Within US? | No -NB |

### SBIRT Screen - Tue July 02, 2019

| Row Name | 2009 |
|---|---|
| SBIRT Questions | |
| Are you currently in recovery? | No -NB |
| How many times in the past year have you had 5 or more drinks in a day? | None -NB |
| How many times in the past year have you used a recreational drug or used a prescription | None -NB |

## Flowsheets (all recorded) (continued)

### SBIRT Screen - Tue July 02, 2019 (continued)

| Row Name | 2009 |
|---|---|
| medication for nonmedical reasons? | |

### Intake/Output - Tue July 02, 2019

| Row Name | 2250 |
|---|---|
| lactated ringers bolus 1,000 mL Start: 07/02/19 2035 | |
| Dose | *0 mL -DW (r) JR (t) |
| Volume (mL) | 1000 -JR |

### IV Assessment - Tue July 02, 2019

| Row Name | |
|---|---|
| [REMOVED] Peripheral IV 07/02/19 Left Hand | |
| IV Properties | Placement Date: 07/02/19 -JR Placement Time: 2020 -JR Size (Gauge) : 20 G -JR Orientation: Left -JR Location: Hand -JR Removal Date: 07/04/19 -BL Removal Time: 0932 -BL Removal Reason: Therapy complete -BL Catheter Tip Intact: Yes -BL |

### Screenings - Tue July 02, 2019

| Row Name | 2009 |
|---|---|
| Hester Davis Fall Risk Assessment | |
| Last Known Fall | 0 -NB |
| Mobility | 0 -NB |
| Medications | 0 -NB |
| Mental Status/LOC/Awareness | 0 -NB |
| Toileting Needs | 0 -NB |
| Volume/Electrolyte Status | 0 -NB |
| Communication/Sensory | 0 -NB |
| Behavior | 0 -NB |
| Hester Davis Fall Risk Total | 2 -NB |
| Fall Risk Interventions | |
| Universal Fall Precautions | Yes, as appropriate for care setting -NB |

### Pain Assessment - Tue July 02, 2019

| Row Name | 2312 | 2230 | 2008 |
|---|---|---|---|
| Pain/Discomfort Assessment | | | |
| Pain/Discomfort Assessment | 0-10 Scale -JR | 0-10 Scale -JR | 0-10 Scale -NB |
| 0-10 Pain Score | 6 -JR | 5 -JR | 10 -NB |
| Pain Type | — | — | Acute pain -NB |
| Pain Location | — | — | Flank -NB |
| Pain Orientation | — | — | Right -NB |

## Flowsheets (all recorded) (continued)

### Pain Assessment - Tue July 02, 2019 (continued)

| Row Name | 2312 | 2230 | 2008 |
|---|---|---|---|
| Pain Descriptors | — | — | Aching;Sharp -NB |
| Pain Frequency | — | — | Constant/continuous -NB |
| Pain Onset | — | — | Sudden -NB |

### ED Narr Vital Signs - Tue July 02, 2019

| Row Name | 2130 | 2004 |
|---|---|---|
| **Vitals** | | |
| Temp | — | 36.1 °C (97 °F) -CT |
| Temp src | — | Temporal -CT |
| Resp | — | 18 -CT |
| Pulse | — | 60 -CT |
| Heart Rate Source | — | Pulse Oximeter -CT |
| BP | 114/73 -JR | 153/88 -CT |
| MAP (mmHg) | 83 -JR | 123 -CT |
| BP Location | — | Left arm -CT |
| BP Method | — | Automatic -CT |
| Patient Position | — | Sitting -CT |
| **Oxygen Therapy** | | |
| SpO2 | — | 97 % -CT |
| O2 Device | — | None (Room air) -CT |
| **Height and Weight** | | |
| Height | — | 1.803 m (5' 11") -CT |
| Height Method | — | Stated -CT |
| Weight | — | **145.2 kg (320 lb) (Abnormal)** ! -CT |
| Weight Method | — | Stated -CT |

### Triage Assessment - Tue July 02, 2019

| Row Name | 2009 |
|---|---|
| **Airway** | |
| Airway (WDL) | WDL -NB |
| **Breathing** | |
| Breathing (WDL) | WDL -NB |
| **Circulation** | |
| Circulation (WDL) | WDL -NB |
| **Disability** | |
| Disability (WDL) | WDL -NB |

### ED Vitals - Tue July 02, 2019

| Row Name | 2312 |
|---|---|

## Flowsheets (all recorded) (continued)

### ED Vitals - Tue July 02, 2019 (continued)

| Row Name | 2312 |
|---|---|
| **Vitals Timer** | |
| Restart Vitals Timer | Yes -JR |
| **Vitals** | |
| Resp | 16 -JR |
| Pulse | 60 -JR |
| BP | 114/77 -JR |
| **Oxygen Therapy** | |
| SpO2 | 99 % -JR |

### Abuse Indicators - Tue July 02, 2019

| Row Name | 2009 |
|---|---|
| **Screening** | |
| Sexual Assault Case? | No -NB |
| Safe in Home | Yes -NB |
| Safe in Relationship | Yes -NB |

### Suicide Risk - Tue July 02, 2019

| Row Name | 2009 |
|---|---|
| **Suicide Risk** | |
| Is patient at risk for suicide? | No -NB |

### Tetanus/Immunizations - Tue July 02, 2019

| Row Name | 2009 |
|---|---|
| **Tetanus/Immunizations Up to Date** | |
| Is the patient's tetanus up to date? | Yes -NB |
| Are the patient's immunizations up to date? | Yes -NB |

### First Provider Evaluation - Tue July 02, 2019

| Row Name | 2025 |
|---|---|
| **First Provider Evaluation Time** | |
| File First Provider Evaluation Time | File -SW |

### Vitals Reassessment - Tue July 02, 2019

| Row Name | 2130 | 2004 |
|---|---|---|
| **Vitals Timer** | | |
| Restart Vitals Timer | Yes -JR | Yes -CT |

### Patient Belongings - Tue July 02, 2019



Lincoln/Cummins 0727

## Flowsheets (all recorded) (continued)

### Patient Belongings - Tue July 02, 2019 (continued)

| Row Name | 2010 |
|---|---|
| **Contraband Sent to Security** | |
| Contraband sent to security | Not Applicable -NB |

### Sepsis Predictive Model Score - Tue July 02, 2019

| Row Name | 2346 | 2331 | 2316 | 2304 | 2246 |
|---|---|---|---|---|---|
| **Sepsis Model Score** | | | | | |
| Sepsis Predictive Model Score | 0.6 -UB | 0.6 -UB | 0.6 -UB | 0.6 -UB | 0.6 -UB |
| **Row Name** | **2231** | **2216** | **2202** | **2146** | **2131** |
| **Sepsis Model Score** | | | | | |
| Sepsis Predictive Model Score | 0.6 -UB | 0.6 -UB | 0.6 -UB | 0.7 -UB | 0.7 -UB |
| **Row Name** | **2116** | **2103** | **2047** | **2031** | **2016** |
| **Sepsis Model Score** | | | | | |
| Sepsis Predictive Model Score | 0.7 -UB | 0.7 -UB | 0.7 -UB | 1.3 -UB | 1.3 -UB |

### Lines/Drains/Airways - Tue July 02, 2019

| Row Name | 2020 |
|---|---|
| **[REMOVED] Peripheral IV 07/02/19 Left Hand** | |
| IV Properties | Placement Date: 07/02/19 -JR Placement Time: 2020 -JR Size (Gauge) : 20 G -JR Orientation: Left -JR Location: Hand -JR Removal Date: 07/04/19 -BL Removal Time: 0932 -BL Removal Reason: Therapy complete -BL Catheter Tip Intact: Yes -BL |
| Site Assessment | Clean/Dry/Intact -JR |
| Peripheral Line Necessity | Yes, meets criteria -JR |
| Line Status/Intervention | Blood return noted -JR |
| Phlebitis Grade Assessment | 0 -JR |
| Dressing Type | Transparent -JR |
| Dressing Status | Clean/Dry/Intact -JR |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| BB | Barrett M Banville, RN | 05/05/16 - |
| CT | Christine M Toner | 07/25/16 - |
| UB | User Batchq | - |
| JS | Jaci Standley, CNA | 02/25/19 - |
| EA | Elaine M Ambers, LCSW | 05/25/18 - |
| SE | Sean P Egglestone, RD | 04/24/18 - |
| BL | Brandi M Libby, RN | 01/15/19 - |
| MG | Michelle F Garrette, RN | 12/04/18 - |
| RS | Rachel M Savran, RN | 04/11/17 - |
| DW | Daniel R Wassall, RN | 03/30/17 - |

## Flowsheets (all recorded) (continued)

**User Key (continued)** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| JW | Josapheen L Weast, CNA | 09/11/17 - |
| RB | Robin S Blankenbaker, RN | 10/05/17 - |
| QT | Queenie C Tambo, CNA | 11/17/17 - |
| SB | Serina M Banta, CNA | 12/08/17 - |
| SW | Sara J Wright | 03/19/18 - |
| NB | Noelle J Brekke, RN | 04/10/18 - |
| SG | Sophie L Gossett, RN | 11/14/18 - |
| AK | Ashlei M Kadrmas, CNA | 12/03/18 - |
| JR | Jessica L Ragland, RN | 01/07/19 - |

## Orders and Results

### warfarin (COUMADIN) tablet 5 mg [201874582]

Electronically signed by: **Mercy E Chipman, RPH on 07/04/19 0925** Status: **Discontinued**
Ordering user: Mercy E Chipman, RPH 07/04/19 0925 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
Frequency: Once 1700 07/04/19 1700 - 1 occurrence Discontinued by: Brandi M Libby, RN 07/04/19 1147

Mixture Ingredients

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| warfarin (COUMADIN) | 2 mg | 2 mg |
| warfarin (COUMADIN) | 3 mg | 3 mg |

warfarin (COUMADIN) tablet 5 mg [201874582] Result status: No result
Ordering provider: Sarah M Barry, CNS 07/04/19 0925

### nicotine 21 mg/24 hr patch TD 24 hr [201874581]

Electronically signed by: **Sarah M Barry, CNS on 07/04/19 0912** Status: **Active**
Ordering user: Sarah M Barry, CNS 07/04/19 0912 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
Frequency: Daily 07/04/19 - Until Discontinued

nicotine 21 mg/24 hr patch TD 24 hr [201874581] Result status: No result
Ordering provider: Sarah M Barry, CNS 07/04/19 0912

### traZODone (DESYREL) 50 MG tablet [201874580]

Electronically signed by: **Sarah M Barry, CNS on 07/04/19 0912** Status: **Active**
Ordering user: Sarah M Barry, CNS 07/04/19 0912 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
PRN reasons: Insomnia
Frequency: Nightly PRN 07/04/19 - Until Discontinued

traZODone (DESYREL) 50 MG tablet [201874580] Result status: No result
Ordering provider: Sarah M Barry, CNS 07/04/19 0912

### Inpatient referral to Care Management INR follow up next week [201874578]

Electronically signed by: **Sarah M Barry, CNS on 07/04/19 0907** Status: **Discontinued**
Ordering user: Sarah M Barry, CNS 07/04/19 0907 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
Frequency: Once 07/04/19 0908 - 1 occurrence Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

Questionnaire

| Question | Answer |
|---|---|
| Indicate the referral facility | RIVERBEND MEDICAL CENTER |
| Reason for Referral | RNCM - Anticoagulation Discharge Planning |

Order comments: INR follow up next week

Inpatient referral to Care Management INR follow up next week Result status: No result

## Orders and Results (continued)

[201874579]
Ordering provider: Sarah M Barry, CNS 07/04/19 0907

### Inpatient referral to Care Management INR follow up next week [201874578]

Electronically signed by: **Sarah M Barry, CNS on 07/04/19 0907** Status: **Discontinued**
Ordering user: Sarah M Barry, CNS 07/04/19 0907 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
Frequency: Once 07/04/19 0908 - 1 occurrence Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

Questionnaire

| Question | Answer |
|---|---|
| Indicate the referral facility | RIVERBEND MEDICAL CENTER |
| Reason for Referral | RNCM - Anticoagulation Discharge Planning |

Order comments: INR follow up next week

Inpatient referral to Care Management INR follow up next week [201874578] Result status: No result
Ordering provider: Sarah M Barry, CNS 07/04/19 0907

### Prothrombin Time [201874577]

Electronically signed by: **Sarah M Barry, CNS on 07/04/19 0907** Status: **Discontinued**
Ordering user: Sarah M Barry, CNS 07/04/19 0907 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
Frequency: 07/04/19 - Discontinued by: Sarah M Barry, CNS 07/17/19 0929 [Patient Discharge]

Diagnoses
History of pulmonary embolism [Z86.711]
History of DVT (deep vein thrombosis) [Z86.718]
Order comments: **Please go to a PeaceHealth hospital lab draw station to have your labs drawn.**

Prothrombin Time [201874577] Result status: No result
Ordering provider: Sarah M Barry, CNS 07/04/19 0907

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Discharge patient [201874562]

Electronically signed by: **Sarah M Barry, CNS on 07/04/19 0822** Status: **Completed**
Ordering user: Sarah M Barry, CNS 07/04/19 0822 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
Frequency: Once 07/04/19 0819 - 1 occurrence

Discharge patient [201874575] Result status: No result
Ordering provider: Sarah M Barry, CNS 07/04/19 0822

## Orders and Results (continued)

### Discontinue IV [201874566]

Electronically signed by: **Sarah M Barry, CNS on 07/04/19 0822** Status: **Discontinued**
Ordering user: Sarah M Barry, CNS 07/04/19 0822 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
Frequency: Once 07/04/19 0821 - 1 occurrence Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

Discontinue IV [201874576] Result status: No result
Ordering provider: Sarah M Barry, CNS 07/04/19 0822

### nicotine 21 mg/24 hr patch TD 24 hr [201874565]

Electronically signed by: **Sarah M Barry, CNS on 07/04/19 0822** Status: **Discontinued**
Ordering user: Sarah M Barry, CNS 07/04/19 0822 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
Frequency: Daily 07/04/19 - 07/04/19 Discontinued by: Sarah M Barry, CNS 07/04/19 0912

nicotine 21 mg/24 hr patch TD 24 hr [201874565] Result status: No result
Ordering provider: Sarah M Barry, CNS 07/04/19 0822

### Discontinue IV [201874566]

Electronically signed by: **Sarah M Barry, CNS on 07/04/19 0822** Status: **Discontinued**
Ordering user: Sarah M Barry, CNS 07/04/19 0822 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
Frequency: Once 07/04/19 0821 - 1 occurrence Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

Discontinue IV [201874566] Result status: No result
Ordering provider: Sarah M Barry, CNS 07/04/19 0822

### Discharge instructions - Nursing Instructions [201874567]

Electronically signed by: **Sarah M Barry, CNS on 07/04/19 0822** Status: **Active**
Ordering user: Sarah M Barry, CNS 07/04/19 0822 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
Frequency: 07/04/19 -
Order comments: Review and give patient Kidney stone discharge instructions

Discharge instructions - Nursing Instructions [201874567] Result status: No result
Ordering provider: Sarah M Barry, CNS 07/04/19 0822

### Providers instructions for AVS (Specify) [201874568]

Electronically signed by: **Sarah M Barry, CNS on 07/04/19 0822** Status: **Active**
Ordering user: Sarah M Barry, CNS 07/04/19 0822 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
Frequency: 07/04/19 -
Order comments: Drink Plenty of fluids to maintain hydration Blood Pressure Monitoring: Check BP daily. Keep a record of blood pressures and bring to PCP during next visit. Bring blood pressure log to all follow up appointments.

## Orders and Results (continued)

Providers instructions for AVS (Specify) [201874568] Result status: No result
Ordering provider: Sarah M Barry, CNS 07/04/19 0822

### Call MD for: [201874569]

Electronically signed by: **Sarah M Barry, CNS on 07/04/19 0822** Status: **Active**
Ordering user: Sarah M Barry, CNS 07/04/19 0822 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
Frequency: 07/04/19 -
Order comments: Monitor for Fevers, Chills, Chest pain, Shortness of Breath, change in Oxygen requirements, swelling, redness, pain

Call MD for: [201874569] Result status: No result
Ordering provider: Sarah M Barry, CNS 07/04/19 0822

### Gradually increase activity [201874570]

Electronically signed by: **Sarah M Barry, CNS on 07/04/19 0822** Status: **Active**
Ordering user: Sarah M Barry, CNS 07/04/19 0822 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
Frequency: 07/04/19 -

Gradually increase activity [201874570] Result status: No result
Ordering provider: Sarah M Barry, CNS 07/04/19 0822

### Discharge Diet [201874571]

Electronically signed by: **Sarah M Barry, CNS on 07/04/19 0822** Status: **Active**
Ordering user: Sarah M Barry, CNS 07/04/19 0822 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
Frequency: 07/04/19 -

Questionnaire

| Question | Answer |
|---|---|
| Diet Type: | General |

Discharge Diet [201874571] Result status: No result
Ordering provider: Sarah M Barry, CNS 07/04/19 0822

### Follow-up primary physician [201874572]

Electronically signed by: **Sarah M Barry, CNS on 07/04/19 0822** Status: **Active**
Ordering user: Sarah M Barry, CNS 07/04/19 0822 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
Frequency: 07/04/19 -
Order comments: With Primary MD - DAVID A KNOWLTON 1755 COBURG RD STE 301 EUGENE OR 97401 in 1 week(s) .

Follow-up primary physician [201874572] Result status: No result
Ordering provider: Sarah M Barry, CNS 07/04/19 0822

## Orders and Results (continued)

### Additional follow-up appointments [201874573]

Electronically signed by: **Sarah M Barry, CNS on 07/04/19 0822** Status: **Active**
Ordering user: Sarah M Barry, CNS 07/04/19 0822 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
Frequency: 07/04/19 -
Order comments: Contact office Friday for follow up instruction to see if August appointment needs to be moved up.

Additional follow-up appointments [201874573] Result status: No result
Ordering provider: Sarah M Barry, CNS 07/04/19 0822

### Basic Metabolic Panel [201874574]

Electronically signed by: **Sarah M Barry, CNS on 07/04/19 0822** Status: **Discontinued**
Ordering user: Sarah M Barry, CNS 07/04/19 0822 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
Frequency: 07/04/19 - Discontinued by: Sarah M Barry, CNS 07/17/19 0929 [Patient Discharge]
Diagnoses
Renal calculi [N20.0]
Order comments: **Please go to a PeaceHealth hospital lab draw station to have your labs drawn.**

Basic Metabolic Panel [201874574] Result status: No result
Ordering provider: Sarah M Barry, CNS 07/04/19 0822

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Discharge patient [201874562]

Electronically signed by: **Sarah M Barry, CNS on 07/04/19 0822** Status: **Completed**
Ordering user: Sarah M Barry, CNS 07/04/19 0822 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
Frequency: Once 07/04/19 0819 - 1 occurrence

Discharge patient [201874562] Result status: No result
Ordering provider: Sarah M Barry, CNS 07/04/19 0822

### acetaminophen (TYLENOL) 325 MG tablet [201874563]

Electronically signed by: **Sarah M Barry, CNS on 07/04/19 0822** Status: **Active**
Ordering user: Sarah M Barry, CNS 07/04/19 0822 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
PRN reasons: Fever
PRN Comment: MILD PAIN (1-3) FIRST CHOICE
Frequency: Q4H PRN 07/04/19 - Until Discontinued

acetaminophen (TYLENOL) 325 MG tablet [201874563] Result status: No result
Ordering provider: Sarah M Barry, CNS 07/04/19 0822

## Orders and Results (continued)

### traZODone (DESYREL) 50 MG tablet [201874564]

Electronically signed by: **Sarah M Barry, CNS on 07/04/19 0822** Status: **Discontinued**
Ordering user: Sarah M Barry, CNS 07/04/19 0822 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
PRN reasons: Insomnia
Frequency: Nightly PRN 07/04/19 - 07/04/19 Discontinued by: Sarah M Barry, CNS 07/04/19 0912

traZODone (DESYREL) 50 MG tablet [201874564] Result status: No result
Ordering provider: Sarah M Barry, CNS 07/04/19 0822

### Magnesium [201874560]

Electronically signed by: **Sarah M Barry, CNS on 07/04/19 0709** Status: **Completed**
Ordering user: Sarah M Barry, CNS 07/04/19 0709 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
Frequency: Once 07/04/19 0709 - 1 occurrence

Magnesium [201874561] (Normal) Resulted: 07/04/19 0741, Result status: Final result
Ordering provider: Sarah M Barry, CNS 07/04/19 0709 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-185C0324 | Blood | — | 07/04/19 0339 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Magnesium | 1.9 | 1.8 - 2.5 mg/dL | — | PHLab 100 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### potassium chloride (KLOR-CON M20) CR tablet 40 mEq [201874559]

Electronically signed by: **Sarah M Barry, CNS on 07/04/19 0709** Status: **Completed**
Ordering user: Sarah M Barry, CNS 07/04/19 0709 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
Frequency: Once 07/04/19 0845 - 1 occurrence

potassium chloride (KLOR-CON M20) CR tablet 40 mEq [201874559] Result status: No result
Ordering provider: Sarah M Barry, CNS 07/04/19 0709

### Magnesium [201874560]

## Orders and Results (continued)

### Magnesium [201874560] (continued)

Electronically signed by: **Sarah M Barry, CNS on 07/04/19 0709** Status: **Completed**
Ordering user: Sarah M Barry, CNS 07/04/19 0709 Ordering provider: Sarah M Barry, CNS
Authorized by: Sarah M Barry, CNS
Frequency: Once 07/04/19 0709 - 1 occurrence

Magnesium [201874560] Result status: No result
Ordering provider: Sarah M Barry, CNS 07/04/19 0709

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Complete Blood Count with Automated Differential [201874557]

Status: **Completed**
Order placed as a reflex to Complete Blood Count with Automated Differential [201874556] ordered on 07/03/19 at 1559
Ordering user: Michelle L Kelley, NP 07/03/19 1559 Ordering provider: Michelle L Kelley, NP
Authorized by: Michelle L Kelley, NP
Frequency: Once 07/04/19 0400 - 1 occurrence

Complete Blood Count with Automated Differential [201874557] Result status: No result
Ordering provider: Michelle L Kelley, NP 07/04/19 0338

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Complete Blood Count with Automated Differential [201874557]

Status: **Completed**
Order placed as a reflex to Complete Blood Count with Automated Differential [201874556] ordered on 07/03/19 at 1559
Ordering user: Michelle L Kelley, NP 07/03/19 1559 Ordering provider: Michelle L Kelley, NP
Authorized by: Michelle L Kelley, NP
Frequency: Once 07/04/19 0400 - 1 occurrence

Complete Blood Count with Automated Differential [201874558] (Abnormal) Resulted: 07/04/19 0355, Result status: Final result
Ordering provider: Michelle L Kelley, NP 07/04/19 0338 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-185H0032 | Blood | — | 07/04/19 0339 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 8.6 | 4.0 - 11.0 K/uL | — | PHLab 100 |
| RBC | 4.21 | 4.31 - 5.77 M/uL | L | PHLab 100 |
| HGB | 12.8 | 13.2 - 17.5 g/dL | L | PHLab 100 |
| HCT | 37.9 | 38.9 - 49.9 % | L | PHLab 100 |

## Orders and Results (continued)

| | | | | |
|---|---|---|---|---|
| MCV | 90.0 | 80.0 - 100.0 fL | — | PHLab 100 |
| MCH | 30.4 | 27.8 - 33.8 pg | — | PHLab 100 |
| MCHC | 33.8 | 31.5 - 36.5 g/dL | — | PHLab 100 |
| RDW | 14.6 | 11.5 - 14.2 % | H | PHLab 100 |
| Platelets | 207 | 150 - 400 K/uL | — | PHLab 100 |
| MPV | 9.8 | 8.5 - 12.4 fL | — | PHLab 100 |
| Neutrophils % | 54.9 | % | — | PHLab 100 |
| Immat Gran % | 0.2 | % | — | PHLab 100 |
| Lymphocytes % | 33.3 | % | — | PHLab 100 |
| Monocytes % | 8.7 | % | — | PHLab 100 |
| Eosinophils % | 2.6 | % | — | PHLab 100 |
| Basophils % | 0.3 | % | — | PHLab 100 |
| Neutrophils # | 4.7 | 1.5 - 8.0 K/uL | — | PHLab 100 |
| Immat Gran # | 0.0 | 0.0 - 0.1 K/uL | — | PHLab 100 |
| Lymphocytes # | 2.9 | 1.0 - 3.5 K/uL | — | PHLab 100 |
| Monocytes # | 0.7 | 0.2 - 1.0 K/uL | — | PHLab 100 |
| Eosinophils # | 0.2 | 0.0 - 0.5 K/uL | — | PHLab 100 |
| Basophils # | 0.0 | 0.0 - 0.2 K/uL | — | PHLab 100 |
| nRBC | — | <=0 % | — | PHLab 100 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### Prothrombin Time [201760000]

Electronically signed by: **Kerry Clark, RPH on 07/03/19 0211** Status: **Discontinued**

Ordering user: Kerry Clark, RPH 07/03/19 0211 Ordering provider: Samson W Barasa, MD

Authorized by: Samson W Barasa, MD

Frequency: Daily 07/03/19 0400 - Until Specified Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

Resulted: 07/04/19 0408, Result status: Final result

Prothrombin Time [201874554] (Abnormal)

Ordering provider: Samson W Barasa, MD 07/04/19 0101 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-185G0004 | Blood | — | 07/04/19 0339 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 26.9 | 11.6 - 14.2 sec | H | PHLab 100 |
| INR | 2.5 | 0.9 - 1.1 | H | PHLab 100 |

Comment:

Recommended range for oral anticoagulant rx. INR Range

## Orders and Results (continued)

DVT, PE, Atrial fib 2.0-3.0
Bioprosthetic valve, St.Jude valve aortic position 2.0-3.0
Most mechanical heart valves 2.5-3.5
Ref: Chest 2012;141;141(2_suppl):7S-47S

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### Basic Metabolic Panel [201760013]

Electronically signed by: **Michelle L Kelley, NP on 07/03/19 1559** Status: **Completed**
Ordering user: Michelle L Kelley, NP 07/03/19 1559 Ordering provider: Michelle L Kelley, NP
Authorized by: Michelle L Kelley, NP
Frequency: AM Draw 07/04/19 0400 - 1 occurrence

Basic Metabolic Panel [201874555] (Abnormal) Resulted: 07/04/19 0418, Result status: Final result
Ordering provider: Michelle L Kelley, NP 07/04/19 0101 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-185C0061 | Blood | — | 07/04/19 0339 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 140 | 135 - 145 mmol/L | — | PHLab 100 |
| Potassium | 3.1 | 3.5 - 5.2 mmol/L | L | PHLab 100 |
| Chloride | 105 | 95 - 109 mmol/L | — | PHLab 100 |
| CO2 | 25 | 22 - 32 mmol/L | — | PHLab 100 |
| Anion Gap | 10 | 3 - 12 mmol/L | — | PHLab 100 |
| Glucose | 101 | 70 - 99 mg/dL | H | PHLab 100 |
| BUN | 19 | 6 - 20 mg/dL | — | PHLab 100 |
| Creatinine | 1.05 | 0.61 - 1.24 mg/dL | — | PHLab 100 |
| GFR Non-Black (CKD-EPI) | 84 | >=60 mL/min/1.73m2 | — | PHLab 100 |
| GFR Black (CKD-EPI) | 97 | >=60 mL/min/1.73m2 | — | PHLab 100 |
| Calcium | 8.1 | 8.6 - 10.2 mg/dL | L | PHLab 100 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way | 08/29/16 1814 - Present |

## Orders and Results (continued)

Springfield OR
97477

### Complete Blood Count with Automated Differential [201874547]

Electronically signed by: **Michelle L Kelley, NP on 07/03/19 1559** Status: **Completed**
Ordering user: Michelle L Kelley, NP 07/03/19 1559 Ordering provider: Michelle L Kelley, NP
Authorized by: Michelle L Kelley, NP
Frequency: AM Draw 07/04/19 0400 - 1 occurrence

### Complete Blood Count with Automated Differential [201874556]

Complete Blood Count with Automated Differential [201874558] (Abnormal) Resulted: 07/04/19 0355, Result status: Final result
Ordering provider: Michelle L Kelley, NP 07/04/19 0338 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-185H0032 | Blood | — | 07/04/19 0339 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 8.6 | 4.0 - 11.0 K/uL | — | PHLab 100 |
| RBC | 4.21 | 4.31 - 5.77 M/uL | L | PHLab 100 |
| HGB | 12.8 | 13.2 - 17.5 g/dL | L | PHLab 100 |
| HCT | 37.9 | 38.9 - 49.9 % | L | PHLab 100 |
| MCV | 90.0 | 80.0 - 100.0 fL | — | PHLab 100 |
| MCH | 30.4 | 27.8 - 33.8 pg | — | PHLab 100 |
| MCHC | 33.8 | 31.5 - 36.5 g/dL | — | PHLab 100 |
| RDW | 14.6 | 11.5 - 14.2 % | H | PHLab 100 |
| Platelets | 207 | 150 - 400 K/uL | — | PHLab 100 |
| MPV | 9.8 | 8.5 - 12.4 fL | — | PHLab 100 |
| Neutrophils % | 54.9 | % | — | PHLab 100 |
| Immat Gran % | 0.2 | % | — | PHLab 100 |
| Lymphocytes % | 33.3 | % | — | PHLab 100 |
| Monocytes % | 8.7 | % | — | PHLab 100 |
| Eosinophils % | 2.6 | % | — | PHLab 100 |
| Basophils % | 0.3 | % | — | PHLab 100 |
| Neutrophils # | 4.7 | 1.5 - 8.0 K/uL | — | PHLab 100 |
| Immat Gran # | 0.0 | 0.0 - 0.1 K/uL | — | PHLab 100 |
| Lymphocytes # | 2.9 | 1.0 - 3.5 K/uL | — | PHLab 100 |
| Monocytes # | 0.7 | 0.2 - 1.0 K/uL | — | PHLab 100 |
| Eosinophils # | 0.2 | 0.0 - 0.5 K/uL | — | PHLab 100 |
| Basophils # | 0.0 | 0.0 - 0.2 K/uL | — | PHLab 100 |
| nRBC | — | <=0 % | — | PHLab 100 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way | 08/29/16 1814 - Present |

## Orders and Results (continued)

### Complete Blood Count with Automated Differential [201874556] (continued)

Springfield OR
97477

### nicotine (NICOTROL) 10 mg inhaler 1 puff [201874553]

Electronically signed by: **Michelle L Kelley, NP on 07/03/19 1635** Status: **Discontinued**
Ordering user: Michelle L Kelley, NP 07/03/19 1635 Ordering provider: Michelle L Kelley, NP
Authorized by: Michelle L Kelley, NP
PRN reasons: Smoking cessation
Frequency: Q2H PRN 07/03/19 1635 - 07/04/19 1418 Discontinued by: Automatic Discharge Provider 07/04/19 1418 [Patient Discharge]

nicotine (NICOTROL) 10 mg inhaler 1 puff [201874553] Result status: No result
Ordering provider: Michelle L Kelley, NP 07/03/19 1635

### May Sleep at Night [201874548]

Electronically signed by: **Michelle L Kelley, NP on 07/03/19 1600** Status: **Discontinued**
Ordering user: Michelle L Kelley, NP 07/03/19 1600 Ordering provider: Michelle L Kelley, NP
Authorized by: Michelle L Kelley, NP
Frequency: Until Discontinued 07/03/19 1601 - Until Specified Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

May Sleep at Night [201874551] Result status: No result
Ordering provider: Michelle L Kelley, NP 07/03/19 1600

### Vital signs [201874549]

Electronically signed by: **Michelle L Kelley, NP on 07/03/19 1600** Status: **Discontinued**
Ordering user: Michelle L Kelley, NP 07/03/19 1600 Ordering provider: Michelle L Kelley, NP
Authorized by: Michelle L Kelley, NP
Frequency: Q Shift 07/03/19 1601 - Until Specified Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

Vital signs [201874552] Result status: No result
Ordering provider: Michelle L Kelley, NP 07/03/19 1600

### May Sleep at Night [201874548]

Electronically signed by: **Michelle L Kelley, NP on 07/03/19 1600** Status: **Discontinued**
Ordering user: Michelle L Kelley, NP 07/03/19 1600 Ordering provider: Michelle L Kelley, NP
Authorized by: Michelle L Kelley, NP
Frequency: Until Discontinued 07/03/19 1601 - Until Specified Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

May Sleep at Night [201874548] Result status: No result
Ordering provider: Michelle L Kelley, NP 07/03/19 1600

## Orders and Results (continued)

### Vital signs [201874549]

Electronically signed by: **Michelle L Kelley, NP on 07/03/19 1600** Status: **Discontinued**
Ordering user: Michelle L Kelley, NP 07/03/19 1600 Ordering provider: Michelle L Kelley, NP
Authorized by: Michelle L Kelley, NP
Frequency: Q Shift 07/03/19 1601 - Until Specified Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

Vital signs [201874549] Result status: No result
Ordering provider: Michelle L Kelley, NP 07/03/19 1600

### traZODone (DESYREL) tablet 50 mg [201874550]

Electronically signed by: **Michelle L Kelley, NP on 07/03/19 1600** Status: **Discontinued**
Ordering user: Michelle L Kelley, NP 07/03/19 1600 Ordering provider: Michelle L Kelley, NP
Authorized by: Michelle L Kelley, NP
Frequency: Nightly 07/03/19 2100 - 07/04/19 1418 Discontinued by: Automatic Discharge Provider 07/04/19 1418 [Patient Discharge]

Questionnaire

| Question | Answer |
|---|---|
| Indication: | insomnia |

traZODone (DESYREL) tablet 50 mg [201874550] Result status: No result
Ordering provider: Michelle L Kelley, NP 07/03/19 1600

### Complete Blood Count with Automated Differential [201874547]

Electronically signed by: **Michelle L Kelley, NP on 07/03/19 1559** Status: **Completed**
Ordering user: Michelle L Kelley, NP 07/03/19 1559 Ordering provider: Michelle L Kelley, NP
Authorized by: Michelle L Kelley, NP
Frequency: AM Draw 07/04/19 0400 - 1 occurrence

### Complete Blood Count with Automated Differential [201874547]

Complete Blood Count with Automated Differential [201874547] Result status: No result
Ordering provider: Michelle L Kelley, NP 07/03/19 1559

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Basic Metabolic Panel [201760013]

Electronically signed by: **Michelle L Kelley, NP on 07/03/19 1559** Status: **Completed**
Ordering user: Michelle L Kelley, NP 07/03/19 1559 Ordering provider: Michelle L Kelley, NP
Authorized by: Michelle L Kelley, NP
Frequency: AM Draw 07/04/19 0400 - 1 occurrence

Basic Metabolic Panel [201760013] Result status: No result
Ordering provider: Michelle L Kelley, NP 07/03/19 1559

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|

## Orders and Results (continued)

| | | | |
|---|---|---|---|
| — | Blood | — | — |

### NS continuous infusion [201760012]

Electronically signed by: **Michelle L Kelley, NP on 07/03/19 1559** Status: **Discontinued**
Ordering user: Michelle L Kelley, NP 07/03/19 1559 Ordering provider: Michelle L Kelley, NP
Authorized by: Michelle L Kelley, NP
Frequency: Continuous 07/03/19 1730 - 07/04/19 1418 Discontinued by: Automatic Discharge Provider 07/04/19 1418 [Patient Discharge]

NS continuous infusion [201760012] Result status: No result
Ordering provider: Michelle L Kelley, NP 07/03/19 1559

### warfarin (COUMADIN) tablet 5 mg [201760011]

Electronically signed by: **Cheri L Sonnabend, RPH on 07/03/19 1057** Status: **Completed**
Ordering user: Cheri L Sonnabend, RPH 07/03/19 1057 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 1700 07/03/19 1700 - 1 occurrence

Mixture Ingredients

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| warfarin (COUMADIN) | 2 mg | 2 mg |
| warfarin (COUMADIN) | 3 mg | 3 mg |

warfarin (COUMADIN) tablet 5 mg [201760011] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 1057

### GEN Adult Nausea and Vomiting Protocol [201760005]

Electronically signed by: **Michelle L Kelley, NP on 07/03/19 0849** Status: **Discontinued**
Ordering user: Michelle L Kelley, NP 07/03/19 0849 Ordering provider: Michelle L Kelley, NP
Authorized by: Michelle L Kelley, NP
Frequency: Until Discontinued 07/03/19 0850 - Until Specified Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

GEN Adult Nausea and Vomiting Protocol [201760010] Result status: No result
Ordering provider: Michelle L Kelley, NP 07/03/19 0850

### prochlorperazine (COMPAZINE) injection 5 mg [201760009]

Electronically signed by: **Michelle L Kelley, NP on 07/03/19 0849** Status: **Discontinued**
Ordering user: Michelle L Kelley, NP 07/03/19 0849 Ordering provider: Michelle L Kelley, NP
Authorized by: Michelle L Kelley, NP
PRN reasons: Nausea Vomiting
Frequency: Q6H PRN 07/03/19 0849 - 07/04/19 1418 Discontinued by: Automatic Discharge Provider 07/04/19 1418 [Patient Discharge]

prochlorperazine (COMPAZINE) injection 5 mg [201760009] Result status: No result
Ordering provider: Michelle L Kelley, NP 07/03/19 0849

## Orders and Results (continued)

### GEN Adult Nausea and Vomiting Protocol [201760005]

Electronically signed by: **Michelle L Kelley, NP on 07/03/19 0849** Status: **Discontinued**
Ordering user: Michelle L Kelley, NP 07/03/19 0849 Ordering provider: Michelle L Kelley, NP
Authorized by: Michelle L Kelley, NP
Frequency: Until Discontinued 07/03/19 0850 - Until Specified Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

GEN Adult Nausea and Vomiting Protocol [201760005] Result status: No result
Ordering provider: Michelle L Kelley, NP 07/03/19 0849

### ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg [201760006]

Electronically signed by: **Michelle L Kelley, NP on 07/03/19 0849** Status: **Discontinued**
Ordering user: Michelle L Kelley, NP 07/03/19 0849 Ordering provider: Michelle L Kelley, NP
Authorized by: Michelle L Kelley, NP
PRN reasons: Nausea Vomiting
Frequency: Q8H PRN 07/03/19 0849 - 07/04/19 1418 Discontinued by: Automatic Discharge Provider 07/04/19 1418 [Patient Discharge]

ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg [201760006] Result status: No result
Ordering provider: Michelle L Kelley, NP 07/03/19 0849

### ondansetron PF (ZOFRAN) injection 4 mg [201760007]

Electronically signed by: **Michelle L Kelley, NP on 07/03/19 0849** Status: **Discontinued**
Ordering user: Michelle L Kelley, NP 07/03/19 0849 Ordering provider: Michelle L Kelley, NP
Authorized by: Michelle L Kelley, NP
PRN reasons: Nausea Vomiting
Frequency: Q8H PRN 07/03/19 0849 - 07/04/19 1418 Discontinued by: Automatic Discharge Provider 07/04/19 1418 [Patient Discharge]

ondansetron PF (ZOFRAN) injection 4 mg [201760007] Result status: No result
Ordering provider: Michelle L Kelley, NP 07/03/19 0849

### prochlorperazine (COMPAZINE) tablet 5 mg [201760008]

Electronically signed by: **Michelle L Kelley, NP on 07/03/19 0849** Status: **Discontinued**
Ordering user: Michelle L Kelley, NP 07/03/19 0849 Ordering provider: Michelle L Kelley, NP
Authorized by: Michelle L Kelley, NP
PRN reasons: Nausea Vomiting
Frequency: Q6H PRN 07/03/19 0849 - 07/04/19 1418 Discontinued by: Automatic Discharge Provider 07/04/19 1418 [Patient Discharge]

prochlorperazine (COMPAZINE) tablet 5 mg [201760008] Result status: No result
Ordering provider: Michelle L Kelley, NP 07/03/19 0849

### nicotine 21 mg/24 hr 21 mg [201760004]

## Orders and Results (continued)

**nicotine 21 mg/24 hr 21 mg [201760004] (continued)**

Electronically signed by: **Kerry Clark, RPH on 07/03/19 0416** Status: **Discontinued**
Ordering user: Kerry Clark, RPH 07/03/19 0416 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Daily 07/03/19 0500 - 07/04/19 1418 Discontinued by: Automatic Discharge Provider 07/04/19 1418 [Patient Discharge]

nicotine 21 mg/24 hr 21 mg [201760004] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0416

**Complete Blood Count with Automated Differential [201760002]**

Status: **Completed**
Order placed as a reflex to CBC, Auto Diff [201759994] ordered on 07/02/19 at 2337
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 07/03/19 0400 - 1 occurrence

Complete Blood Count with Automated Differential [201760002] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0332

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

**Complete Blood Count with Automated Differential [201760002]**

Status: **Completed**
Order placed as a reflex to CBC, Auto Diff [201759994] ordered on 07/02/19 at 2337
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 07/03/19 0400 - 1 occurrence

Complete Blood Count with Automated Differential [201760003] (Abnormal) Resulted: 07/03/19 0419, Result status: Final result
Ordering provider: Samson W Barasa, MD 07/03/19 0332 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-184H0040 | Blood | — | 07/03/19 0335 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 13.0 | 4.0 - 11.0 K/uL | H | PHLab 100 |
| RBC | 4.60 | 4.31 - 5.77 M/uL | — | PHLab 100 |
| HGB | 14.2 | 13.2 - 17.5 g/dL | — | PHLab 100 |
| HCT | 41.5 | 38.9 - 49.9 % | — | PHLab 100 |
| MCV | 90.2 | 80.0 - 100.0 fL | — | PHLab 100 |
| MCH | 30.9 | 27.8 - 33.8 pg | — | PHLab 100 |

## Orders and Results (continued)

| | | | | |
|---|---|---|---|---|
| MCHC | 34.2 | 31.5 - 36.5 g/dL | — | PHLab 100 |
| RDW | 14.6 | 11.5 - 14.2 % | H | PHLab 100 |
| Platelets | 237 | 150 - 400 K/uL | — | PHLab 100 |
| MPV | 10.1 | 8.5 - 12.4 fL | — | PHLab 100 |
| Neutrophils % | 73.9 | % | — | PHLab 100 |
| Immat Gran % | 0.3 | % | — | PHLab 100 |
| Lymphocytes % | 15.4 | % | — | PHLab 100 |
| Monocytes % | 9.2 | % | — | PHLab 100 |
| Eosinophils % | 0.8 | % | — | PHLab 100 |
| Basophils % | 0.4 | % | — | PHLab 100 |
| Neutrophils # | 9.6 | 1.5 - 8.0 K/uL | H | PHLab 100 |
| Immat Gran # | 0.0 | 0.0 - 0.1 K/uL | — | PHLab 100 |
| Lymphocytes # | 2.0 | 1.0 - 3.5 K/uL | — | PHLab 100 |
| Monocytes # | 1.2 | 0.2 - 1.0 K/uL | H | PHLab 100 |
| Eosinophils # | 0.1 | 0.0 - 0.5 K/uL | — | PHLab 100 |
| Basophils # | 0.1 | 0.0 - 0.2 K/uL | — | PHLab 100 |
| nRBC | — | <=0 % | — | PHLab 100 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### Prothrombin Time [201760000]

Electronically signed by: **Kerry Clark, RPH on 07/03/19 0211** Status: **Discontinued**

Ordering user: Kerry Clark, RPH 07/03/19 0211 Ordering provider: Samson W Barasa, MD

Authorized by: Samson W Barasa, MD

Frequency: Daily 07/03/19 0400 - Until Specified Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

Prothrombin Time [201760001] (Abnormal) Resulted: 07/03/19 0438, Result status: Final result

Ordering provider: Samson W Barasa, MD 07/03/19 0211 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-184G0010 | Blood | — | 07/03/19 0335 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 26.5 | 11.6 - 14.2 sec | H | PHLab 100 |
| INR | 2.4 | 0.9 - 1.1 | H | PHLab 100 |

Comment:

Recommended range for oral anticoagulant rx. INR Range

DVT, PE, Atrial fib 2.0-3.0

Bioprosthetic valve, St.Jude valve aortic position 2.0-3.0

Most mechanical heart valves 2.5-3.5

## Orders and Results (continued)

Ref: Chest 2012;141;141(2_suppl):7S-47S

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### Prothrombin Time [201760000]

Electronically signed by: **Kerry Clark, RPH on 07/03/19 0211** Status: **Discontinued**
Ordering user: Kerry Clark, RPH 07/03/19 0211 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Daily 07/03/19 0400 - Until Specified Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

Prothrombin Time [201760000] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0211

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Tobacco cessation education [201759997]

Electronically signed by: **Samson W Barasa, MD on 07/03/19 0204** Status: **Completed**
Ordering user: Samson W Barasa, MD 07/03/19 0204 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 07/03/19 0205 - 1 occurrence

Tobacco cessation education [201759999] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0204

### Tobacco cessation education [201759997]

Electronically signed by: **Samson W Barasa, MD on 07/03/19 0204** Status: **Completed**
Ordering user: Samson W Barasa, MD 07/03/19 0204 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 07/03/19 0205 - 1 occurrence

Tobacco cessation education [201759997] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0204

### nicotine 21 mg/24 hr 21 mg [201759998]

Electronically signed by: **Samson W Barasa, MD on 07/03/19 0204** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/03/19 0204 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Daily 07/03/19 0900 - 07/03/19 0416 Discontinued by: Kerry Clark, RPH 07/03/19 0416

## Orders and Results (continued)

### nicotine 21 mg/24 hr 21 mg [201759998] (continued)

nicotine 21 mg/24 hr 21 mg [201759998] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0204

### Place as observation patient [201759995]

Electronically signed by: **Samson W Barasa, MD on 07/03/19 0149** Status: **Completed**
Ordering user: Samson W Barasa, MD 07/03/19 0149 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 07/03/19 0149 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Diagnosis/Reason for stay | Right flank pain |
| Admitting Physician | BARASA, SAMSON W |
| Future Attending Provider | BARASA, SAMSON W |
| Room Type | Medical |
| Hospital - update only for ECT transfers between UDMC and RBMC | RIVERBEND MEDICAL CENTER |
| Patient Class | Observation |

Place as observation patient [201759996] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0149

### Place as observation patient [201759995]

Electronically signed by: **Samson W Barasa, MD on 07/03/19 0149** Status: **Completed**
Ordering user: Samson W Barasa, MD 07/03/19 0149 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 07/03/19 0149 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Diagnosis/Reason for stay | Right flank pain |
| Admitting Physician | BARASA, SAMSON W |
| Future Attending Provider | BARASA, SAMSON W |
| Room Type | Medical |
| Hospital - update only for ECT transfers between UDMC and RBMC | RIVERBEND MEDICAL CENTER |
| Patient Class | Observation |

Place as observation patient [201759995] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0149

### CBC, Auto Diff [201759963]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Completed**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: AM Draw 07/03/19 0400 - 1 occurrence Released by: Rachel M Savran, RN 07/03/19 0050

## Orders and Results (continued)

### CBC, Auto Diff [201759963] (continued)

### CBC, Auto Diff [201759994]

Complete Blood Count with Automated Differential [201760003] (Abnormal) Resulted: 07/03/19 0419, Result status: Final result

Ordering provider: Samson W Barasa, MD 07/03/19 0332 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-184H0040 | Blood | — | 07/03/19 0335 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 13.0 | 4.0 - 11.0 K/uL | H | PHLab 100 |
| RBC | 4.60 | 4.31 - 5.77 M/uL | — | PHLab 100 |
| HGB | 14.2 | 13.2 - 17.5 g/dL | — | PHLab 100 |
| HCT | 41.5 | 38.9 - 49.9 % | — | PHLab 100 |
| MCV | 90.2 | 80.0 - 100.0 fL | — | PHLab 100 |
| MCH | 30.9 | 27.8 - 33.8 pg | — | PHLab 100 |
| MCHC | 34.2 | 31.5 - 36.5 g/dL | — | PHLab 100 |
| RDW | 14.6 | 11.5 - 14.2 % | H | PHLab 100 |
| Platelets | 237 | 150 - 400 K/uL | — | PHLab 100 |
| MPV | 10.1 | 8.5 - 12.4 fL | — | PHLab 100 |
| Neutrophils % | 73.9 | % | — | PHLab 100 |
| Immat Gran % | 0.3 | % | — | PHLab 100 |
| Lymphocytes % | 15.4 | % | — | PHLab 100 |
| Monocytes % | 9.2 | % | — | PHLab 100 |
| Eosinophils % | 0.8 | % | — | PHLab 100 |
| Basophils % | 0.4 | % | — | PHLab 100 |
| Neutrophils # | 9.6 | 1.5 - 8.0 K/uL | H | PHLab 100 |
| Immat Gran # | 0.0 | 0.0 - 0.1 K/uL | — | PHLab 100 |
| Lymphocytes # | 2.0 | 1.0 - 3.5 K/uL | — | PHLab 100 |
| Monocytes # | 1.2 | 0.2 - 1.0 K/uL | H | PHLab 100 |
| Eosinophils # | 0.1 | 0.0 - 0.5 K/uL | — | PHLab 100 |
| Basophils # | 0.1 | 0.0 - 0.2 K/uL | — | PHLab 100 |
| nRBC | — | <=0 % | — | PHLab 100 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### Basic Metabolic Panel [201746968]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Completed**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD

## Orders and Results (continued)

### Basic Metabolic Panel [201746968] (continued)

Authorized by: Samson W Barasa, MD
Frequency: AM Draw 07/03/19 0400 - 1 occurrence Released by: Rachel M Savran, RN 07/03/19 0050

Questionnaire

| Question | Answer |
|---|---|
| Does the patient need to be fasting? | No |

Resulted: 07/03/19 0444, Result status: Final result

Basic Metabolic Panel [201759993] (Abnormal)

Ordering provider: Samson W Barasa, MD 07/03/19 0101 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-184C0057 | Blood | — | 07/03/19 0335 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 142 | 135 - 145 mmol/L | — | PHLab 100 |
| Potassium | 3.6 | 3.5 - 5.2 mmol/L | — | PHLab 100 |
| Chloride | 103 | 95 - 109 mmol/L | — | PHLab 100 |
| CO2 | 28 | 22 - 32 mmol/L | — | PHLab 100 |
| Anion Gap | 11 | 3 - 12 mmol/L | — | PHLab 100 |
| Glucose | 113 | 70 - 99 mg/dL | H | PHLab 100 |
| BUN | 30 | 6 - 20 mg/dL | H | PHLab 100 |
| Creatinine | 1.22 | 0.61 - 1.24 mg/dL | — | PHLab 100 |
| GFR Non-Black (CKD-EPI) | 70 | >=60 mL/min/1.73m2 | — | PHLab 100 |
| GFR Black (CKD-EPI) | 81 | >=60 mL/min/1.73m2 | — | PHLab 100 |
| Calcium | 8.7 | 8.6 - 10.2 mg/dL | — | PHLab 100 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### adalimumab (HUMIRA) injection 40 mg [201759975]

Electronically signed by: **Samson W Barasa, MD on 07/03/19 0046** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/03/19 0046 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Q Friday 07/05/19 0900 - 07/04/19 1418 Released by: Rachel M Savran, RN 07/03/19 0050
Discontinued by: Automatic Discharge Provider 07/04/19 1418 [Patient Discharge]

## Orders and Results (continued)

adalimumab (HUMIRA) injection 40 mg [201759975] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050

### ALPRAZolam (XANAX) tablet 1 mg [201759976]

Electronically signed by: **Samson W Barasa, MD on 07/03/19 0046** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/03/19 0046 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
PRN reasons: Anxiety
Frequency: BID PRN 07/03/19 0050 - 07/04/19 1418 Released by: Rachel M Savran, RN 07/03/19 0050
Discontinued by: Automatic Discharge Provider 07/04/19 1418 [Patient Discharge]

ALPRAZolam (XANAX) tablet 1 mg [201759976] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050

### propranolol (INDERAL) tablet 40 mg [201759977]

Electronically signed by: **Samson W Barasa, MD on 07/03/19 0046** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/03/19 0046 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: BID 07/03/19 0230 - 07/04/19 1418 Released by: Rachel M Savran, RN 07/03/19 0050
Discontinued by: Automatic Discharge Provider 07/04/19 1418 [Patient Discharge]

propranolol (INDERAL) tablet 40 mg [201759977] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050

### NCS Acute [201746960]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Until Discontinued 07/03/19 0051 - Until Specified Released by: Rachel M Savran, RN 07/03/19 0050
Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

NCS Acute [201759986] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050

### Activity per Bedside Mobility Assessment Tool (BMAT) evaluation [201746961]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Until Discontinued 07/03/19 0051 - Until Specified Released by: Rachel M Savran, RN 07/03/19 0050
Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

Activity per Bedside Mobility Assessment Tool (BMAT) evaluation [201759987] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050

## Orders and Results (continued)

### saline lock IV [201746963]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 07/03/19 0051 - 1 occurrence Released by: Rachel M Savran, RN 07/03/19 0050
Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]
Order comments: When IV infusion complete

saline lock IV [201759988] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050 Resulting lab: ICW EAP

### Moderate Risk of VTE [201759964]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Completed**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Until Discontinued 07/03/19 0051 - Until Specified Released by: Rachel M Savran, RN 07/03/19 0050

Moderate Risk of VTE [201759989] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050

### Reason for no mechanical VTE Prophylaxis [201759965]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Completed**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 07/03/19 0051 - 1 occurrence Released by: Rachel M Savran, RN 07/03/19 0050

Questionnaire

| Question | Answer |
|---|---|
| Reason for no mechanical VTE prophylaxis due to: | Patient deemed MODERATE risk, Mechanical not required |

Reason for no mechanical VTE Prophylaxis [201759990] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050

### Reason for no pharmacologic VTE Prophylaxis [201759966]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Completed**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 07/03/19 0051 - 1 occurrence Released by: Rachel M Savran, RN 07/03/19 0050

Questionnaire

| Question | Answer |
|---|---|
| Reason for no Pharmacologic Prophylaxis due to: | Patient receiving anticoagulant |

## Orders and Results (continued)

Reason for no pharmacologic VTE Prophylaxis [201759991] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050

### Pharmacy to dose warfarin [201759967]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 07/03/19 0051 - 1 occurrence Released by: Rachel M Savran, RN 07/03/19 0050
Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

Questionnaire

| Question | Answer |
|---|---|
| Target INR | 2 - 3 |
| Indication for dosing | History of pulmonary embolism |

Pharmacy to dose warfarin [201759992] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050

### naloxone (NARCAN) injection 0.04 mg [201746964]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
PRN Comment: Over Sedation
Frequency: PRN 07/03/19 0050 - 07/04/19 1418 Released by: Rachel M Savran, RN 07/03/19 0050
Discontinued by: Automatic Discharge Provider 07/04/19 1418 [Patient Discharge]

naloxone (NARCAN) injection 0.04 mg [201746964] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050

### polyethylene glycol (MIRALAX) oral powder 17 g [201759970]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
PRN reasons: Constipation
Frequency: Daily PRN 07/03/19 0050 - 07/04/19 1418 Released by: Rachel M Savran, RN 07/03/19 0050
Discontinued by: Automatic Discharge Provider 07/04/19 1418 [Patient Discharge]

polyethylene glycol (MIRALAX) oral powder 17 g [201759970] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050

### NCS Acute [201746960]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Until Discontinued 07/03/19 0051 - Until Specified Released by: Rachel M Savran, RN 07/03/19 0050

## Orders and Results (continued)

### NCS Acute [201746960] (continued)

Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

NCS Acute [201746960] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050

### Activity per Bedside Mobility Assessment Tool (BMAT) evaluation [201746961]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Until Discontinued 07/03/19 0051 - Until Specified Released by: Rachel M Savran, RN 07/03/19 0050
Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

Activity per Bedside Mobility Assessment Tool (BMAT) evaluation [201746961] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050

### sodium chloride (NS) flush 3-10 mL [201746962]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
PRN reasons: Line Care
Frequency: PRN 07/03/19 0050 - 07/04/19 1418 Released by: Rachel M Savran, RN 07/03/19 0050
Discontinued by: Automatic Discharge Provider 07/04/19 1418 [Patient Discharge]

sodium chloride (NS) flush 3-10 mL [201746962] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050

### saline lock IV [201746963]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 07/03/19 0051 - 1 occurrence Released by: Rachel M Savran, RN 07/03/19 0050
Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]
Order comments: When IV infusion complete

saline lock IV [201746963] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050

### Basic Metabolic Panel [201746968]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Completed**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: AM Draw 07/03/19 0400 - 1 occurrence Released by: Rachel M Savran, RN 07/03/19 0050

Questionnaire



Lincoln/Cummins 0753

## Orders and Results (continued)

### Basic Metabolic Panel [201746968] (continued)

| Question | Answer |
|---|---|
| Does the patient need to be fasting? | No |

Basic Metabolic Panel [201746968] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### CBC, Auto Diff [201759963]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Completed**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: AM Draw 07/03/19 0400 - 1 occurrence Released by: Rachel M Savran, RN 07/03/19 0050

### CBC, Auto Diff [201759963]

CBC, Auto Diff [201759963] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Moderate Risk of VTE [201759964]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Completed**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Until Discontinued 07/03/19 0051 - Until Specified Released by: Rachel M Savran, RN 07/03/19 0050

Moderate Risk of VTE [201759964] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050

### Reason for no mechanical VTE Prophylaxis [201759965]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Completed**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 07/03/19 0051 - 1 occurrence Released by: Rachel M Savran, RN 07/03/19 0050

Questionnaire

| Question | Answer |
|---|---|
| Reason for no mechanical VTE prophylaxis due to: | Patient deemed MODERATE risk, Mechanical not required |

Reason for no mechanical VTE Prophylaxis [201759965] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050

## Orders and Results (continued)

### Reason for no pharmacologic VTE Prophylaxis [201759966]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Completed**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 07/03/19 0051 - 1 occurrence Released by: Rachel M Savran, RN 07/03/19 0050

Questionnaire

| Question | Answer |
|---|---|
| Reason for no Pharmacologic Prophylaxis due to: | Patient receiving anticoagulant |

Reason for no pharmacologic VTE Prophylaxis [201759966] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050

### Pharmacy to dose warfarin [201759967]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 07/03/19 0051 - 1 occurrence Released by: Rachel M Savran, RN 07/03/19 0050
Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

Questionnaire

| Question | Answer |
|---|---|
| Target INR | 2 - 3 |
| Indication for dosing | History of pulmonary embolism |

Pharmacy to dose warfarin [201759967] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050

### acetaminophen (TYLENOL) tablet 650 mg [201759968]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
PRN reasons: Fever
PRN Comment: MILD PAIN (1-3) FIRST CHOICE
Frequency: Q4H PRN 07/03/19 0050 - 07/04/19 1418 Released by: Rachel M Savran, RN 07/03/19 0050
Discontinued by: Automatic Discharge Provider 07/04/19 1418 [Patient Discharge]

acetaminophen (TYLENOL) tablet 650 mg [201759968] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050

### bisacodyl (DULCOLAX) suppository 10 mg [201759969]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
PRN reasons: Constipation
Frequency: Once PRN 07/03/19 0050 - 1 occurrence Released by: Rachel M Savran, RN 07/03/19 0050

## Orders and Results (continued)

**bisacodyl (DULCOLAX) suppository 10 mg [201759969] (continued)**

Discontinued by: Automatic Discharge Provider 07/04/19 1418 [Patient Discharge]

bisacodyl (DULCOLAX) suppository 10 mg [201759969] Result status: No result

Ordering provider: Samson W Barasa, MD 07/03/19 0050

**Urinalysis With Microscopic, Culture if Indicated [201759984]**

Electronically signed by: **Samson W Barasa, MD on 07/03/19 0050** Status: **Completed**

Ordering user: Samson W Barasa, MD 07/03/19 0050 Ordering provider: Samson W Barasa, MD

Authorized by: Samson W Barasa, MD

Frequency: Once 07/03/19 0050 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| If culture indicated, reason for test | Other (specify) Comment - Right flank pain |

Urinalysis With Microscopic, Culture if Indicated [201759985] (Abnormal) Resulted: 07/03/19 0337, Result status: Final result

Ordering provider: Samson W Barasa, MD 07/03/19 0050 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-184Z0055 | Urine | Urine, Clean Catch | 07/03/19 0256 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Color | Yellow | — | — | PHLab 100 |
| Clarity | Clear | — | — | PHLab 100 |
| Specific Gravity | 1.023 | 1.003 - 1.035 | — | PHLab 100 |
| pH | 5.0 | 5.0 - 8.0 | — | PHLab 100 |
| Leukocyte Esterase | Negative | Negative, Trace | — | PHLab 100 |
| Nitrite | Negative | Negative | — | PHLab 100 |
| Urobilinogen | Normal | Normal - 1.0 EU/dL | — | PHLab 100 |
| Protein | Negative | Negative | — | PHLab 100 |
| Blood | 3+ | Negative | A | PHLab 100 |
| Ketones | Negative | Negative | — | PHLab 100 |
| Bilirubin | Negative | Negative | — | PHLab 100 |
| Glucose | Negative | Negative mg/dL | — | PHLab 100 |
| WBC | 0 | 0 - 5 /hpf | — | PHLab 100 |
| RBC | 61-100 | 0 - 2 /hpf | A | PHLab 100 |
| Bacteria | None Seen | None Seen - 1+ | — | PHLab 100 |
| Squamous Ep Cells | Rare | None Seen - Few | — | PHLab 100 |
| Hyaline Casts | 1-3 | <4 /lpf | — | PHLab 100 |
| Uric Acid Crystals | Moderate | — | — | PHLab 100 |
| Evaluation for Culture | No | — | — | PHLab 100 |

Comment:

## Orders and Results (continued)

The specimen was not cultured because it did not meet lab criteria for the "culture if indicated" test, which are: WBC equal to or >10/hpf, and/or leukocyte esterase positive, and/or nitrite positive.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### Urinalysis With Microscopic, Culture if Indicated [201759984]

Electronically signed by: **Samson W Barasa, MD on 07/03/19 0050** Status: **Completed**
Ordering user: Samson W Barasa, MD 07/03/19 0050 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 07/03/19 0050 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| If culture indicated, reason for test | Other (specify) Comment - Right flank pain |

Urinalysis With Microscopic, Culture if Indicated [201759984] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0050

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Urine | — | — |

### Stone Analysis [201759982]

Electronically signed by: **Samson W Barasa, MD on 07/03/19 0049** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/03/19 0049 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 07/03/19 0050 - 1 occurrence Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]
Order comments: From urine straining

Resulted: 07/15/19 1441, Result status: Edited Result - FINAL
Stone Analysis [201759983]
Ordering provider: Samson W Barasa, MD 07/03/19 0049 Resulting lab: QUEST-SEATTLE
Narrative:
Performing Organization Information:
Site ID: SLI
Name: QUEST DIAGNOSTICS NICHOLS VALENCIA
Address: 27027 TOURNEY ROAD VALENCIA, CA 91355-5386
Director: JON M NAKAMOTO,MD,PHD

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19RF-184R0012 | Calculus | Other (see Comments) | 07/03/19 0256 |

Components

## Orders and Results (continued)

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Specimen Source | Urine | — | — | QUEST-STL |
| Nidus: | Not observed | — | — | QUEST-STL |
| Component 1 | See Below | — | — | QUEST-STL |
| Comment:<br>Calcium Oxalate Dihydrate (Weddellite) 65%<br>Carbonate Apatite (Dahllite) 35% | | | | |
| Stone Weight | 0.0010 | g | — | QUEST-STL |

Comment:

The image will follow, unless test is cancelled or no picture is available to report.

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute Valencia. It has not been cleared or approved by the US Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.
Test Performed at:
QUEST DIAGNOSTICS NICHOLS VALENCIA
27027 TOURNEY ROAD
VALENCIA, CA 91355-5386
JON M NAKAMOTO,MD,PHD

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **123000501 - QUEST-STL** | QUEST-SEATTLE | Unknown | Unknown | 04/06/17 1036 - Present |

### Stone Analysis [201759982]

Electronically signed by: **Samson W Barasa, MD on 07/03/19 0049** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/03/19 0049 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 07/03/19 0050 - 1 occurrence Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]
Order comments: From urine straining

Stone Analysis [201759982] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0049

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Calculus | Other (see Comments) | — |

### Strain Urine [201759980]

Electronically signed by: **Samson W Barasa, MD on 07/03/19 0048** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/03/19 0048 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 07/03/19 0050 - 1 occurrence Discontinued by: Automatic Discharge Provider 07/04/19

## Orders and Results (continued)

### Strain Urine [201759980] (continued)

1423 [Patient Discharge]

Strain Urine [201759981] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0048

### Strain Urine [201759980]

Electronically signed by: **Samson W Barasa, MD on 07/03/19 0048** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/03/19 0048 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 07/03/19 0050 - 1 occurrence Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

Strain Urine [201759980] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0048

### HYDROmorphone (DILAUDID) injection 0.25-0.5 mg [201759979]

Electronically signed by: **Samson W Barasa, MD on 07/03/19 0048** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/03/19 0048 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
PRN reasons: Moderate Pain (Pain Scale 4-6) Severe Pain (Pain Scale 7-10)
Frequency: Q4H PRN 07/03/19 0048 - 07/04/19 1418 Discontinued by: Automatic Discharge Provider 07/04/19 1418 [Patient Discharge]

HYDROmorphone (DILAUDID) injection 0.25-0.5 mg [201759979] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0048

### NS continuous infusion [201759978]

Electronically signed by: **Samson W Barasa, MD on 07/03/19 0047** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/03/19 0047 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Continuous 07/03/19 0050 - 12 hours Discontinued by: Michelle L Kelley, NP 07/03/19 1604

NS continuous infusion [201759978] Result status: No result
Ordering provider: Samson W Barasa, MD 07/03/19 0047

### adalimumab (HUMIRA) 40 mg/0.8 mL injection [201759974]

Electronically signed by: **Antonia Melendez I, CPhT on 07/03/19 0012** Status: **Active**
Ordering user: Antonia Melendez I, CPhT 07/03/19 0012 Authorized by: Ph Historical Provider
Frequency: Q Friday - Until Discontinued

adalimumab (HUMIRA) 40 mg/0.8 mL injection [201759974] Result status: No result

### Admit as Inpatient [201746965]

## Orders and Results (continued)

### Admit as Inpatient [201746965] (continued)

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Completed**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 07/02/19 2340 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Diagnosis/Reason for stay | Right flank pain |
| Admitting Physician | BARASA, SAMSON W |
| Future Attending Provider | BARASA, SAMSON W |
| Certification | I certify that inpatient services are medically necessary for this patient. See H&P and MD Progress Notes for additional information about the patient's course of treatment. |
| Medicare certification for CGMC, PIMC, UGMC, KEMC, or PHMC admissions ONLY | I anticipate that this patient will be transferred or discharged within 96 hours unless there is need for additional local care. |
| Estimated length of stay | past 2 midnights |
| Anticipated discharge to | Home |
| Room Type | Medical |
| Hospital - update only for ECT transfers between UDMC and RBMC | RIVERBEND MEDICAL CENTER |
| Patient Class | Inpatient |

Admit as Inpatient [201759971] Result status: No result
Ordering provider: Samson W Barasa, MD 07/02/19 2338

### Full Code [201746966]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Completed**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Continuous 07/02/19 2340 - Until Specified Code status: Full Code

Full Code [201759972] Result status: No result
Ordering provider: Samson W Barasa, MD 07/02/19 2338

### Diet General [201746967]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Effective Now 07/02/19 2340 - Until Specified Diet: General
Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

Questionnaire

| Question | Answer |
|---|---|
| Type | General |

Diet General [201759973] Result status: No result
Ordering provider: Samson W Barasa, MD 07/02/19 Resulting lab: STJN CBORD

## Orders and Results (continued)

2338

### Admit as Inpatient [201746965]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Completed**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 07/02/19 2340 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Diagnosis/Reason for stay | Right flank pain |
| Admitting Physician | BARASA, SAMSON W |
| Future Attending Provider | BARASA, SAMSON W |
| Certification | I certify that inpatient services are medically necessary for this patient. See H&P and MD Progress Notes for additional information about the patient's course of treatment. |
| Medicare certification for CGMC, PIMC, UGMC, KEMC, or PHMC admissions ONLY | I anticipate that this patient will be transferred or discharged within 96 hours unless there is need for additional local care. |
| Estimated length of stay | past 2 midnights |
| Anticipated discharge to | Home |
| Room Type | Medical |
| Hospital - update only for ECT transfers between UDMC and RBMC | RIVERBEND MEDICAL CENTER |
| Patient Class | Inpatient |

Admit as Inpatient [201746965] Result status: No result
Ordering provider: Samson W Barasa, MD 07/02/19 2337

### Full Code [201746966]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Completed**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Continuous 07/02/19 2340 - Until Specified Code status: Full Code

Full Code [201746966] Result status: No result
Ordering provider: Samson W Barasa, MD 07/02/19 2337

### Diet General [201746967]

Electronically signed by: **Samson W Barasa, MD on 07/02/19 2337** Status: **Discontinued**
Ordering user: Samson W Barasa, MD 07/02/19 2337 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Effective Now 07/02/19 2340 - Until Specified Diet: General
Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

Questionnaire

| Question | Answer |
|---|---|



Lincoln/Cummins 0761

## Orders and Results (continued)

**Diet General [201746967] (continued)**

| | |
|---|---|
| Type | General |

Diet General [201746967] Result status: No result
Ordering provider: Samson W Barasa, MD 07/02/19 2337

**Bed request [201746958]**

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2335** Status: **Completed**
Ordering user: Daniel T Horrell, DO 07/02/19 2335 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: Once 07/02/19 2340 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Diagnosis/Reason for stay | right flank pain |
| Admitting Physician | BARASA, SAMSON W |
| Room Type | Medical |
| Patient Location | RIVERBEND MEDICAL CENTER |

Bed request [201746959] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2335

**Bed request [201746958]**

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2335** Status: **Completed**
Ordering user: Daniel T Horrell, DO 07/02/19 2335 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: Once 07/02/19 2340 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Diagnosis/Reason for stay | right flank pain |
| Admitting Physician | BARASA, SAMSON W |
| Room Type | Medical |
| Patient Location | RIVERBEND MEDICAL CENTER |

Bed request [201746958] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2335

**Prothrombin Time (PT-INR) [201746956]**

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2316** Status: **Completed**
Ordering user: Daniel T Horrell, DO 07/02/19 2316 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: STAT 07/02/19 2320 - 1 occurrence

Prothrombin Time (PT-INR) [201746957] (Abnormal) Resulted: 07/02/19 2330, Result status: Final result
Ordering provider: Daniel T Horrell, DO 07/02/19 2316 Resulting lab: PEACEHEALTH LABORATORIES

## Orders and Results (continued)

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-183C0880 | Blood | — | 07/02/19 2021 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 25.9 | 11.6 - 14.2 sec | H | PHLab 100 |
| INR | 2.4 | 0.9 - 1.1 | H | PHLab 100 |

Comment:
Recommended range for oral anticoagulant rx. INR Range
DVT, PE, Atrial fib 2.0-3.0
Bioprosthetic valve, St.Jude valve aortic position 2.0-3.0
Most mechanical heart valves 2.5-3.5
Ref: Chest 2012;141;141(2_suppl):7S-47S

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### Prothrombin Time (PT-INR) [201746956]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2316** Status: **Completed**
Ordering user: Daniel T Horrell, DO 07/02/19 2316 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: STAT 07/02/19 2320 - 1 occurrence

Prothrombin Time (PT-INR) [201746956] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2316

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### ED Provider to Provider Contact [201746954]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2310** Status: **Discontinued**
Ordering user: Daniel T Horrell, DO 07/02/19 2310 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: Once 07/02/19 2315 - 1 occurrence Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

Questionnaire

| Question | Answer |
|---|---|
| Contact | Hospitalist |

ED Provider to Provider Contact [201746955] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2310

## Orders and Results (continued)

### ED Provider to Provider Contact [201746954]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2310** Status: **Discontinued**
Ordering user: Daniel T Horrell, DO 07/02/19 2310 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: Once 07/02/19 2315 - 1 occurrence Discontinued by: Automatic Discharge Provider 07/04/19 1423 [Patient Discharge]

Questionnaire

| Question | Answer |
|---|---|
| Contact | Hospitalist |

ED Provider to Provider Contact [201746954] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2310

### Troponin I [201746950]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2152** Status: **Completed**
Ordering user: Daniel T Horrell, DO 07/02/19 2152 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: STAT 07/02/19 2155 - 1 occurrence

Troponin I [201746952] (Normal) Resulted: 07/02/19 2213, Result status: Final result
Ordering provider: Daniel T Horrell, DO 07/02/19 2152 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19ED-183E5159 | Blood | — | 07/02/19 2021 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Troponin I | 0.010 | 0.000 - 0.060 ng/mL | — | PHLab 198 |

Comment:
Normal: < or = 0.06 ng/mL
Indeterminate: 0.07 - 0.49 ng/mL
Consistent with Myocardial Necrosis: > or = 0.50 ng/mL

cTnI levels of 0.50 ng/mL have 96% sensitivity and 94% specificity for the diagnosis of acute myocardial infarction. Causes of elevated troponin in the absence of overt ischemic heart disease include cardiac contusion, congestive heart failure, aortic dissection, aortic valve disease, hypertrophic cardiomyopathy, cardiac arrhythmias, rhabdomyolysis, pulmonary embolism, acute neurologic disease, infiltrative and inflammatory diseases involving the heart, drug toxicity, critically ill patients, burns and extreme exertion.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **198 - PHLab 198** | PEACEHEALTH LABORATORIES | Unknown | 3333 River Bend Dr. SPRINGFIELD OR | 08/29/16 1814 - Present |

## Orders and Results (continued)

97477

### EKG 12-lead Weakness [201746951]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2152** Status: **Completed**
Ordering user: Daniel T Horrell, DO 07/02/19 2152 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: Once 07/02/19 2155 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Clinical indications | Weakness |

Resulted: 07/02/19 2303, Result status: Final result

EKG 12-lead Weakness [201746953]

Ordering provider: Daniel T Horrell, DO 07/02/19 2152 Resulted by: John W Gundry, MD
Resulting lab: MUSE
Narrative:
Sinus bradycardia
Otherwise normal ECG
When compared with ECG of 05-JUN-2019 12:26,
No significant change was found
Confirmed by GUNDRY M.D., JOHN (22559) on 7/2/2019 11:03:21 PM

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| MUSE1247978 | — | — | 07/02/19 2200 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VENTRICULAR RATE EKG/MIN | 55 | BPM | — | 87 |
| ATRIAL RATE | 55 | BPM | — | 87 |
| PR-INTERVAL (MSEC) | 126 | ms | — | 87 |
| QRS-INTERVAL (MSEC) | 100 | ms | — | 87 |
| QT-INTERVAL (MSEC) | 450 | ms | — | 87 |
| QTc | 430 | ms | — | 87 |
| P Axis | 22 | degrees | — | 87 |
| R AXIS | 24 | degrees | — | 87 |
| T AXIS | 22 | degrees | — | 87 |
| ST at J Point | 4^29^-40^-59^-35^-44^-15^-5^24^-20^-10^29 | uV | — | 87 |
| ST at Mid ST | 63^43^29^92^48^19^39^29^-20^-54^43^14 | uV | — | 87 |
| ST at End ST | 102^63^48^195^87^39^58^43^-40^- | uV | — | 87 |

## Orders and Results (continued)

| | | | | |
|---|---|---|---|---|
| | 84^73^14 | | | |
| Maximum ST Area | 102^63^48 ^195^87^3 9^58^43^2 4^- 20^73^29 | uV | — | 87 |
| Minimum ST Area | 4^29^-40^- 59^-35^- 44^-15^-5^- 20^-54^- 10^14 | uV | — | 87 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **87 - Unknown** | MUSE | Unknown | Unknown | 06/26/14 1511 - Present |

### Troponin I [201746950]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2152** Status: **Completed**
Ordering user: Daniel T Horrell, DO 07/02/19 2152 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: STAT 07/02/19 2155 - 1 occurrence

Troponin I [201746950] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2152

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### EKG 12-lead Weakness [201746951]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2152** Status: **Completed**
Ordering user: Daniel T Horrell, DO 07/02/19 2152 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: Once 07/02/19 2155 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Clinical indications | Weakness |

EKG 12-lead Weakness [201746951] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2152

### prochlorperazine (COMPAZINE) injection 5 mg [201746949]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2152** Status: **Completed**
Ordering user: Daniel T Horrell, DO 07/02/19 2152 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: Once 07/02/19 2155 - 1 occurrence

prochlorperazine (COMPAZINE) injection 5 mg [201746949] Result status: No result

## Orders and Results (continued)

Ordering provider: Daniel T Horrell, DO 07/02/19 2152

### fentaNYL (SUBLIMAZE) injection 50 mcg [201746948]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2151** Status: **Discontinued**
Ordering user: Daniel T Horrell, DO 07/02/19 2151 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
PRN reasons: Severe Pain (Pain Scale 7-10)
Frequency: Q15 Min PRN 07/02/19 2151 - 3 hours Discontinued by: Steven A Losordo, RPH 07/03/19 0056 [Patient Transfer]

fentaNYL (SUBLIMAZE) injection 50 mcg [201746948] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2151

### Complete Blood Count with Automated Differential [201746946]

Status: **Completed**
Order placed as a reflex to Complete Blood Count with Automated Differential [201746937] ordered on 07/02/19 at 2033
Ordering user: Daniel T Horrell, DO 07/02/19 2033 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: Once 07/02/19 2040 - 1 occurrence

Complete Blood Count with Automated Differential [201746946] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2036

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Complete Blood Count with Automated Differential [201746946]

Status: **Completed**
Order placed as a reflex to Complete Blood Count with Automated Differential [201746937] ordered on 07/02/19 at 2033
Ordering user: Daniel T Horrell, DO 07/02/19 2033 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: Once 07/02/19 2040 - 1 occurrence

Complete Blood Count with Automated Differential [201746947] (Abnormal) Resulted: 07/02/19 2040, Result status: Final result
Ordering provider: Daniel T Horrell, DO 07/02/19 2036 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-183H0436 | Blood | — | 07/02/19 2021 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 11.3 | 4.0 - 11.0 K/uL | H | PHLab 100 |
| RBC | 4.96 | 4.31 - 5.77 M/uL | — | PHLab 100 |

## Orders and Results (continued)

| | | | | |
|---|---|---|---|---|
| HGB | 15.1 | 13.2 - 17.5 g/dL | — | PHLab 100 |
| HCT | 44.1 | 38.9 - 49.9 % | — | PHLab 100 |
| MCV | 88.9 | 80.0 - 100.0 fL | — | PHLab 100 |
| MCH | 30.4 | 27.8 - 33.8 pg | — | PHLab 100 |
| MCHC | 34.2 | 31.5 - 36.5 g/dL | — | PHLab 100 |
| RDW | 14.1 | 11.5 - 14.2 % | — | PHLab 100 |
| Platelets | 266 | 150 - 400 K/uL | — | PHLab 100 |
| MPV | 10.1 | 8.5 - 12.4 fL | — | PHLab 100 |
| Neutrophils % | 59.1 | % | — | PHLab 100 |
| Immat Gran % | 0.3 | % | — | PHLab 100 |
| Lymphocytes % | 28.6 | % | — | PHLab 100 |
| Monocytes % | 9.3 | % | — | PHLab 100 |
| Eosinophils % | 2.3 | % | — | PHLab 100 |
| Basophils % | 0.4 | % | — | PHLab 100 |
| Neutrophils # | 6.7 | 1.5 - 8.0 K/uL | — | PHLab 100 |
| Immat Gran # | 0.0 | 0.0 - 0.1 K/uL | — | PHLab 100 |
| Lymphocytes # | 3.2 | 1.0 - 3.5 K/uL | — | PHLab 100 |
| Monocytes # | 1.1 | 0.2 - 1.0 K/uL | H | PHLab 100 |
| Eosinophils # | 0.3 | 0.0 - 0.5 K/uL | — | PHLab 100 |
| Basophils # | 0.0 | 0.0 - 0.2 K/uL | — | PHLab 100 |
| nRBC | — | <=0 % | — | PHLab 100 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### lactated ringers bolus 1,000 mL [201746943]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2034** Status: **Completed**
Ordering user: Daniel T Horrell, DO 07/02/19 2034 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: Once 07/02/19 2035 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Hold maintenance infusion while bolus is infusing? | Yes |

lactated ringers bolus 1,000 mL [201746943] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2034

### ondansetron PF (ZOFRAN) injection 4 mg [201746944]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2034** Status: **Completed**
Ordering user: Daniel T Horrell, DO 07/02/19 2034 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
PRN reasons: Nausea Vomiting
Frequency: Q30 Min PRN 07/02/19 2034 - 2 occurrences

## Orders and Results (continued)

ondansetron PF (ZOFRAN) injection 4 mg [201746944] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2034

### HYDROmorphone (DILAUDID) injection 1 mg [201746945]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2034** Status: **Discontinued**
Ordering user: Daniel T Horrell, DO 07/02/19 2034 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
PRN reasons: Moderate Pain (Pain Scale 4-6) Severe Pain (Pain Scale 7-10)
Frequency: Q20 Min PRN 07/02/19 2034 - 3 occurrences Discontinued by: Samson W Barasa, MD 07/03/19 0048

HYDROmorphone (DILAUDID) injection 1 mg [201746945] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2034

### CT Abdomen Pelvis WO Contrast(KUB) [201746941]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2033** Status: **Completed**
Ordering user: Daniel T Horrell, DO 07/02/19 2033 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: Once 07/02/19 2035 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Reason for exam: | right flank pain |
| What is the patient's sedation requirement? | No Sedation |
| Will the patient need oral contrast? | No |

CT Abdomen Pelvis WO Contrast(KUB) [201746942] Resulted: 07/02/19 2143, Result status: Final result
Ordering provider: Daniel T Horrell, DO 07/02/19 2034 Resulted by: Akshay Gupta, MD
Performed: 07/02/19 2105 - 07/02/19 2119 Accession number: 102465118
Resulting lab: RAPC
Narrative:

CUMMINS, MICHAEL M
DOB: Age: 48 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: DANIEL T HORRELL Class: Emergency
Date of Service: 07/02/2019 09:05 PM Accession #: 4927199
Outside Order Number: 102465118

CT KUB

IMPRESSION:
1. 1 mm calcification within the right posterior bladder likely represents a recently passed stone. There is mild right-sided hydronephrosis.
2. Calcification within both adrenal glands suggest remote infection or hemorrhage.

## Orders and Results (continued)

INDICATION:
GENDER/AGE: Male, 48 years
ORDER INDICATION: :
HISTORY PER PATIENT: right flank pain

TECHNIQUE: CT images of the abdomen and pelvis were obtained at 5-mm intervals using the renal stone protocol. Axial, coronal, and sagittal reconstructions were performed.
The CT scanner utilized a dose reduction technique.

COMPARISON: 5/16/2019 and 11/19/2010

FINDINGS:
LUNG BASES: There is a 7 mm right middle lobe pulmonary nodule. This can be followed according to the Fleischner Society criteria. This area was not included on the prior exam.

LIVER: Included non-contrasted images through the liver do not demonstrate a focal mass or intrahepatic biliary ductal dilatation.

GALLBLADDER: The gallbladder has been removed.

PANCREAS: No mass or inflammatory change is seen.

SPLEEN: The spleen is normal.

ADRENALS: Calcification within both adrenal glands suggests prior trauma or infection. This is similar to the previous exam. The left adrenal gland is asymmetrically enlarged.

RIGHT KIDNEY: A 1 mm stone in the right posterior bladder likely represents a recently passed right ureteral stone. Mild right hydronephrosis is seen. No residual renal stones are seen on the right.

LEFT KIDNEY: The left kidney demonstrates normal size and contour without calcification or hydronephrosis. No ureteral stone is seen.

AORTA: Mild atherosclerotic changes of the abdominal and pelvic arterial system are identified.

LYMPH NODES: Scattered retroperitoneal and mesenteric lymph nodes are identified without secondary aggressive features.

BOWEL: There is limited evaluation of the bowel secondary to the lack of oral and rectal contrast.

PELVIS: No fluid is seen.

OSSEOUS WINDOWS: No destructive or sclerotic lesion is seen.

DICTATED BY: Akshay Gupta, M.D., on 7/2/2019 9:43 PM PDT
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

End of Diagnostic report for accession: 4927199
Interpreted/Electronically Signed By: Akshay Gupta, MD on 07/02/2019

## Orders and Results (continued)

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **199 - RAPC** | RAPC | Unknown | Unknown | 07/05/16 0906 - Present |

### CT Abdomen Pelvis WO Contrast(KUB) [201746941]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2033** Status: **Completed**
Ordering user: Daniel T Horrell, DO 07/02/19 2033 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: Once 07/02/19 2035 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Reason for exam: | right flank pain |
| What is the patient's sedation requirement? | No Sedation |
| Will the patient need oral contrast? | No |

CT Abdomen Pelvis WO Contrast(KUB) [201746941] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2033

### Complete Blood Count with Automated Differential [201746933]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2033** Status: **Completed**
Ordering user: Daniel T Horrell, DO 07/02/19 2033 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: STAT 07/02/19 2035 - 1 occurrence

### Complete Blood Count with Automated Differential [201746937]

Complete Blood Count with Automated Differential [201746947] (Abnormal) Resulted: 07/02/19 2040, Result status: Final result
Ordering provider: Daniel T Horrell, DO 07/02/19 2036 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-183H0436 | Blood | — | 07/02/19 2021 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 11.3 | 4.0 - 11.0 K/uL | H | PHLab 100 |
| RBC | 4.96 | 4.31 - 5.77 M/uL | — | PHLab 100 |
| HGB | 15.1 | 13.2 - 17.5 g/dL | — | PHLab 100 |
| HCT | 44.1 | 38.9 - 49.9 % | — | PHLab 100 |
| MCV | 88.9 | 80.0 - 100.0 fL | — | PHLab 100 |
| MCH | 30.4 | 27.8 - 33.8 pg | — | PHLab 100 |
| MCHC | 34.2 | 31.5 - 36.5 g/dL | — | PHLab 100 |
| RDW | 14.1 | 11.5 - 14.2 % | — | PHLab 100 |
| Platelets | 266 | 150 - 400 K/uL | — | PHLab 100 |
| MPV | 10.1 | 8.5 - 12.4 fL | — | PHLab 100 |

## Orders and Results (continued)

### Complete Blood Count with Automated Differential [201746937] (continued)

| | | | | |
|---|---|---|---|---|
| Neutrophils % | 59.1 | % | — | PHLab 100 |
| Immat Gran % | 0.3 | % | — | PHLab 100 |
| Lymphocytes % | 28.6 | % | — | PHLab 100 |
| Monocytes % | 9.3 | % | — | PHLab 100 |
| Eosinophils % | 2.3 | % | — | PHLab 100 |
| Basophils % | 0.4 | % | — | PHLab 100 |
| Neutrophils # | 6.7 | 1.5 - 8.0 K/uL | — | PHLab 100 |
| Immat Gran # | 0.0 | 0.0 - 0.1 K/uL | — | PHLab 100 |
| Lymphocytes # | 3.2 | 1.0 - 3.5 K/uL | — | PHLab 100 |
| Monocytes # | 1.1 | 0.2 - 1.0 K/uL | H | PHLab 100 |
| Eosinophils # | 0.3 | 0.0 - 0.5 K/uL | — | PHLab 100 |
| Basophils # | 0.0 | 0.0 - 0.2 K/uL | — | PHLab 100 |
| nRBC | — | <=0 % | — | PHLab 100 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### Comprehensive Metabolic Panel [201746934]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2033** Status: **Completed**
Ordering user: Daniel T Horrell, DO 07/02/19 2033 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: STAT 07/02/19 2035 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Does the patient need to be fasting? | No |

Resulted: 07/02/19 2051, Result status: Final result

Comprehensive Metabolic Panel [201746938] (Abnormal)

Ordering provider: Daniel T Horrell, DO 07/02/19 2033 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-183C0882 | Blood | — | 07/02/19 2021 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 140 | 135 - 145 mmol/L | — | PHLab 100 |
| Potassium | 3.8 | 3.5 - 5.2 mmol/L | — | PHLab 100 |
| Chloride | 107 | 95 - 109 mmol/L | — | PHLab 100 |
| CO2 | 20 | 22 - 32 mmol/L | L | PHLab 100 |
| Anion Gap | 13 | 3 - 12 mmol/L | H | PHLab 100 |
| Glucose | 104 | 70 - 99 mg/dL | H | PHLab 100 |

## Orders and Results (continued)

| | | | | |
|---|---|---|---|---|
| BUN | 31 | 6 - 20 mg/dL | H | PHLab 100 |
| Creatinine | 1.43 | 0.61 - 1.24 mg/dL | H | PHLab 100 |
| GFR Non-Black (CKD-EPI) | 57 | >=60 mL/min/1.73m2 | L | PHLab 100 |
| GFR Black (CKD-EPI) | 66 | >=60 mL/min/1.73m2 | — | PHLab 100 |
| Protein, Total | 7.2 | 6.2 - 8.4 g/dL | — | PHLab 100 |
| Albumin | 3.6 | 3.5 - 5.0 g/dL | — | PHLab 100 |
| Globulin | 3.6 | 2.2 - 3.5 g/dL | H | PHLab 100 |
| Calcium | 8.5 | 8.6 - 10.2 mg/dL | L | PHLab 100 |
| Bilirubin, Total | 0.5 | 0.1 - 1.2 mg/dL | — | PHLab 100 |
| Alkaline Phosphatase | 80 | 30 - 110 U/L | — | PHLab 100 |
| ALT | 39 | 17 - 63 U/L | — | PHLab 100 |
| AST | 23 | 15 - 41 U/L | — | PHLab 100 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### Lipase [201746935]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2033** Status: **Completed**
Ordering user: Daniel T Horrell, DO 07/02/19 2033 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: STAT 07/02/19 2035 - 1 occurrence

Lipase [201746939] (Normal) Resulted: 07/02/19 2051, Result status: Final result
Ordering provider: Daniel T Horrell, DO 07/02/19 2033 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-183C0882 | Blood | — | 07/02/19 2021 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lipase | 44 | 22 - 51 U/L | — | PHLab 100 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

## Orders and Results (continued)

### UA w/micro, Culture If Indicated [201746936]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2033** Status: **Discontinued**
Ordering user: Daniel T Horrell, DO 07/02/19 2033 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: STAT 07/02/19 2035 - 1 occurrence Discontinued by: Michelle L Kelley, NP 07/03/19 1559

Questionnaire

| Question | Answer |
| --- | --- |
| If culture indicated, reason for test | Other (specify) |

UA w/micro, Culture If Indicated [201746940] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2033

Specimen Information

| ID | Type | Source | Collected On |
| --- | --- | --- | --- |
| — | Urine | Urine, Clean Catch | — |

### Complete Blood Count with Automated Differential [201746933]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2033** Status: **Completed**
Ordering user: Daniel T Horrell, DO 07/02/19 2033 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: STAT 07/02/19 2035 - 1 occurrence

### Complete Blood Count with Automated Differential [201746933]

Complete Blood Count with Automated Differential [201746933] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2033

Specimen Information

| ID | Type | Source | Collected On |
| --- | --- | --- | --- |
| — | Blood | — | — |

### Comprehensive Metabolic Panel [201746934]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2033** Status: **Completed**
Ordering user: Daniel T Horrell, DO 07/02/19 2033 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: STAT 07/02/19 2035 - 1 occurrence

Questionnaire

| Question | Answer |
| --- | --- |
| Does the patient need to be fasting? | No |

Comprehensive Metabolic Panel [201746934] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2033

Specimen Information

| ID | Type | Source | Collected On |
| --- | --- | --- | --- |
| — | Blood | — | — |

### Lipase [201746935]

## Orders and Results (continued)

### Lipase [201746935] (continued)

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2033** Status: **Completed**
Ordering user: Daniel T Horrell, DO 07/02/19 2033 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: STAT 07/02/19 2035 - 1 occurrence

Lipase [201746935] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2033

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### UA w/micro, Culture If Indicated [201746936]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2033** Status: **Discontinued**
Ordering user: Daniel T Horrell, DO 07/02/19 2033 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: STAT 07/02/19 2035 - 1 occurrence Discontinued by: Michelle L Kelley, NP 07/03/19 1559

Questionnaire

| Question | Answer |
|---|---|
| If culture indicated, reason for test | Other (specify) |

UA w/micro, Culture If Indicated [201746936] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2033

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Urine | Urine, Clean Catch | — |

### Lavender Hold [201746929]

Status: **Completed**
Order placed as a reflex to Rainbow draw [201746923] ordered on 07/02/19 at 2020
Ordering user: Jessica L Ragland, RN 07/02/19 2020 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: Once 07/02/19 2025 - 1 occurrence

Lavender Hold [201746929] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2021

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Lavender Hold [201746929]

Status: **Completed**
Order placed as a reflex to Rainbow draw [201746923] ordered on 07/02/19 at 2020
Ordering user: Jessica L Ragland, RN 07/02/19 2020 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: Once 07/02/19 2025 - 1 occurrence

## Orders and Results (continued)

### Lavender Hold [201746929] (continued)

Resulted: 07/03/19 0446, Result status: Final result

Lavender Hold [201746930]

Ordering provider: Daniel T Horrell, DO 07/02/19 2021 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-183H0436 | Blood | — | 07/02/19 2021 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 100 |

Comment: Auto resulted.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### HOLD SST Tube [201746931]

Status: **Completed**

Order placed as a reflex to Rainbow draw [201746923] ordered on 07/02/19 at 2020
Ordering user: Jessica L Ragland, RN 07/02/19 2020 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: Once 07/02/19 2025 - 1 occurrence

HOLD SST Tube [201746931] Result status: No result

Ordering provider: Daniel T Horrell, DO 07/02/19 2021

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### HOLD SST Tube [201746931]

Status: **Completed**

Order placed as a reflex to Rainbow draw [201746923] ordered on 07/02/19 at 2020
Ordering user: Jessica L Ragland, RN 07/02/19 2020 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: Once 07/02/19 2025 - 1 occurrence

Resulted: 07/03/19 0446, Result status: Final result

HOLD SST Tube [201746932]

Ordering provider: Daniel T Horrell, DO 07/02/19 2021 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

## Orders and Results (continued)

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-183C0881 | Blood | — | 07/02/19 2021 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 100 |

Comment: Auto resulted.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### Insert peripheral IV [201746918]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2126** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Jessica L Ragland, RN
Ordering user: Jessica L Ragland, RN 07/02/19 2020
Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: Once 07/02/19 2025 - 1 occurrence

Insert peripheral IV [201746922] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2021 Resulting lab: ICW EAP

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **208 - ICWEAP** | ICW EAP | Unknown | Unknown | 07/13/17 0942 - Present |

### Rainbow draw [201746920]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2126** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Jessica L Ragland, RN
Ordering user: Jessica L Ragland, RN 07/02/19 2020
Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: STAT 07/02/19 2025 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Light Blue Top Collected? | Yes |
| Red Top Collected? | No |
| Light Green Top Collected? | Yes |
| Lavender Top Collected? | Yes |
| Pale Yellow Top Collected? | Yes |

### Rainbow draw [201746923]

Light Blue Top [201746926] Resulted: 07/03/19 0446, Result status: Final

## Orders and Results (continued)

### Rainbow draw [201746923] (continued)

result

Ordering provider: Daniel T Horrell, DO 07/02/19 2021 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-183C0880 | Blood | — | 07/02/19 2021 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 100 |

Comment: Auto resulted.

Resulted: 07/03/19 0446, Result status: Final result

### Light Green Top [201746928]

Ordering provider: Daniel T Horrell, DO 07/02/19 2021 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-183C0882 | Blood | — | 07/02/19 2021 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 100 |

Comment: Auto resulted.

Resulted: 07/03/19 0446, Result status: Final result

### Lavender Hold [201746930]

Ordering provider: Daniel T Horrell, DO 07/02/19 2021 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-183H0436 | Blood | — | 07/02/19 2021 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 100 |

Comment: Auto resulted.

Resulted: 07/03/19 0446, Result status: Final result

### HOLD SST Tube [201746932]

Ordering provider: Daniel T Horrell, DO 07/02/19 2021 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

## Orders and Results (continued)

### Rainbow draw [201746923] (continued)

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-183C0881 | Blood | — | 07/02/19 2021 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 100 |

Comment: Auto resulted.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### Dark Green (Li Hep) Hold Tube [201746921]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2126** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Jessica L Ragland, RN
Ordering user: Jessica L Ragland, RN 07/02/19 2020
Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: STAT 07/02/19 2025 - 1 occurrence

Dark Green (Li Hep) Hold Tube [201746924] Resulted: 07/03/19 0432, Result status: Final result

Ordering provider: Daniel T Horrell, DO 07/02/19 2021 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19ED-183E5159 | Blood | — | 07/02/19 2021 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 198 |

Comment: Auto resulted.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **198 - PHLab 198** | PEACEHEALTH LABORATORIES | Unknown | 3333 River Bend Dr. SPRINGFIELD OR 97477 | 08/29/16 1814 - Present |

### Light Blue Top [201746925]

Status: **Completed**

## Orders and Results (continued)

### Light Blue Top [201746925] (continued)

Order placed as a reflex to Rainbow draw [201746923] ordered on 07/02/19 at 2020
Ordering user: Jessica L Ragland, RN 07/02/19 2020 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: Once 07/02/19 2025 - 1 occurrence

Light Blue Top [201746925] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2021

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Light Blue Top [201746925]

Status: **Completed**

Order placed as a reflex to Rainbow draw [201746923] ordered on 07/02/19 at 2020
Ordering user: Jessica L Ragland, RN 07/02/19 2020 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: Once 07/02/19 2025 - 1 occurrence

Light Blue Top [201746926] Resulted: 07/03/19 0446, Result status: Final result
Ordering provider: Daniel T Horrell, DO 07/02/19 2021 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-183C0880 | Blood | — | 07/02/19 2021 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 100 |

Comment: Auto resulted.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### Light Green Top [201746927]

Status: **Completed**

Order placed as a reflex to Rainbow draw [201746923] ordered on 07/02/19 at 2020
Ordering user: Jessica L Ragland, RN 07/02/19 2020 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: Once 07/02/19 2025 - 1 occurrence

Light Green Top [201746927] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2021

## Orders and Results (continued)

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Light Green Top [201746927]

Status: **Completed**

Order placed as a reflex to Rainbow draw [201746923] ordered on 07/02/19 at 2020
Ordering user: Jessica L Ragland, RN 07/02/19 2020 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: Once 07/02/19 2025 - 1 occurrence

Light Green Top [201746928] Resulted: 07/03/19 0446, Result status: Final result
Ordering provider: Daniel T Horrell, DO 07/02/19 2021 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19CL-183C0882 | Blood | — | 07/02/19 2021 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RAINBOW DRAW | Hold for add-ons. | — | — | PHLab 100 |

Comment: Auto resulted.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

### Insert peripheral IV [201746918]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2126** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode Communicated by: Jessica L Ragland, RN
Ordering user: Jessica L Ragland, RN 07/02/19 2020 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: Once 07/02/19 2025 - 1 occurrence

Insert peripheral IV [201746918] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2020

### sodium chloride (NS) flush 3-10 mL [201746919]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2126** Status: **Discontinued**
Mode: Ordering in Standing medical order: cosign Communicated by: Jessica L Ragland, RN

## Orders and Results (continued)

### sodium chloride (NS) flush 3-10 mL [201746919] (continued)

required mode
Ordering user: Jessica L Ragland, RN 07/02/19 2020 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
PRN reasons: Line Care
Frequency: PRN 07/02/19 2020 - 07/03/19 0055 Discontinued by: Steven A Losordo, RPH 07/03/19 0055 [Duplicate Order]

sodium chloride (NS) flush 3-10 mL [201746919] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2020

### Rainbow draw [201746920]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2126** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode Communicated by: Jessica L Ragland, RN
Ordering user: Jessica L Ragland, RN 07/02/19 2020 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: STAT 07/02/19 2025 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Light Blue Top Collected? | Yes |
| Red Top Collected? | No |
| Light Green Top Collected? | Yes |
| Lavender Top Collected? | Yes |
| Pale Yellow Top Collected? | Yes |

### Rainbow draw [201746920]

Rainbow draw [201746920] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2020

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

### Dark Green (Li Hep) Hold Tube [201746921]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2126** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode Communicated by: Jessica L Ragland, RN
Ordering user: Jessica L Ragland, RN 07/02/19 2020 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: STAT 07/02/19 2025 - 1 occurrence

Dark Green (Li Hep) Hold Tube [201746921] Result status: No result
Ordering provider: Daniel T Horrell, DO 07/02/19 2020

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | — | — |

## Orders and Results (continued)

EDIE [198397032]

Electronically signed by: **Background, Edieresultin on 07/02/19 2003** Status: **Completed**
Ordering user: Background, Edieresultin 07/02/19 2003 Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: Once 07/02/19 2005 - 1 occurrence

EDIE [198397032] Result status: No result
Ordering provider: Triage Protocol Ph Emergency, MD 07/02/19 2003 Resulting lab: COLLECTIVE MEDICAL TECHNOLOGIES

EDIE [198397032]

Electronically signed by: **Background, Edieresultin on 07/02/19 2003** Status: **Completed**
Ordering user: Background, Edieresultin 07/02/19 2003 Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: Once 07/02/19 2005 - 1 occurrence

EDIE [198397033] Resulted: 07/02/19 2004, Result status: Final result
Ordering provider: Triage Protocol Ph Emergency, MD 07/02/19 2003 Resulting lab: COLLECTIVE MEDICAL TECHNOLOGIES
Narrative:
COLLECTIVE?NOTIFICATION?07/02/2019 20:03?CUMMINS, MICHAEL M?MRN: 01614423

Criteria Met

PDMP

Security and Safety
No recent Security Events currently on file

ED Care Guidelines
There are currently no ED Care Guidelines for this patient. Please check your facility's medical records system.

Prescription Drug Report (12 Mo.)
Rx Details
Fill Date Drug Description Qty. Prescriber CS MED
2019-06-10 OXYCODONE HCL 5 MG TABLET 30 BRADY WALKER, MD 2 56.25
2019-06-07 OXYCODONE HCL 5 MG TABLET 40 VICTORIA WALTZ, PA-C 2 75
2019-06-05 OXYCODONE-ACETAMINOPHEN 5-325 10 JENNIFER FISHER 2 37.5
2019-05-16 OXYCODONE HCL 5 MG TABLET 20 JEFFREY SALERNO, MD 2 75

Rx Summary
Metric Count
CS II-V Rx 4
CS-II Rx 4
Quantity Dispensed 100
Unique Prescribers 4
Unique Pharmacies 1
Benzos 0
Opioids 4
Long Acting Opioids 0

## Orders and Results (continued)

E.D. Visit Count (12 mo.)
Facility Visits
Peacehealth Riverbend 2
Peacehealth University District 1
Total 3
Note: Visits indicate total known visits.

Recent Emergency Department Visit Summary
Date Facility City State Type Diagnoses or Chief Complaint
Jul 2, 2019 Peacehealth Riverbend SPRIN. OR Emergency
Flank Pain

Jun 5, 2019 Peacehealth Riverbend SPRIN. OR Emergency
FLANK PAIN
Abdominal Pain
Calculus of ureter

May 16, 2019 Peacehealth University District EUGEN. OR Emergency
Side Pain
Flank Pain
Unspecified renal colic

Recent Inpatient Visit Summary
No recorded inpatient visits.

Care Team
Provider PRC Type Phone Fax Service Dates
PRACTICE, MCKENZIE FAMILY Family Medicine Current
MCKENZIE FAMILY PRACTICE Primary Care Current

Collective Portal
This patient has registered at the Peacehealth Riverbend Emergency Department
For more information visit: https://secure.ediecareplan.com/patient/bfca24a4-99a6-4ffa-bea9-1411bda09d4b
PLEASE NOTE:
1. Any care recommendations and other clinical information are provided as guidelines or for historical purposes only, and providers should exercise their own clinical judgment when providing care.
2. You may only use this information for purposes of treatment, payment or health care operations activities, and subject to the limitations of applicable Collective Policies.
3. You should consult directly with the organization that provided a care guideline or other clinical history with any questions about additional information or accuracy or completeness of information provided.

? 2019 Collective Medical Technologies, Inc. - www.collectivemedical.com

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 254068e3-8ae7-4c3f-8d92-a048bc721da6 | — | — | 07/02/19 2003 |

## Orders and Results (continued)

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **205 - CMT** | COLLECTIVE MEDICAL TECHNOLOGIES | Unknown | 9815 South Monroe Street, Suite 501 Sandy UT 84070 | 02/28/17 0834 - Present |

### Encounter-Level Documents:

Scanned EKGs - Scan on 7/2/2019 2012 (below)

CUMMINS, MICHAEL ID: 01614423 2-Jul-2019 22:00:28 SHMC AT RIVERBEND

48years
Male

Vent. rate 55 bpm
PR interval 126 ms
QRS duration 100 ms
QT/QTc 450/430 ms
P-R-T axes 22 24 22

Sinus bradycardia
Otherwise normal ECG

Loc: 55

Technician: 6898

Initial EKG Interpretation.
____ STEMI __X__ No STEMI
Date 7/2/19 Time 22:20
Initials

Cummins, Michael M
DOB: :48/M DOS:7/02/19:E
ATTPROV
MRN:01614423 R/B /
CSN 449345814

Referred by:

Order no.: 201746953
Unconfirmed

SURG.DATE:




553 S0319

Nursing Record - Scan on 7/2/2019 0100 (below)

PeaceHealth
Sacred Heart Medical Center

Nursing Record

## Screening Tool for Weapons Possession upon Patient Arrival to Hospital

**Instructions:**

This checklist must be completed by a licensed nurse (RN or LPN) upon arrival to the hospital. Entry points include

- Inpatient/observation units (for direct admits to the unit) Name of Unit ER
- OR and procedural units (in pre-op area) Name of Unit ______
- Emergency Department (upon arrival) Facility ☒ RiverBend ☐ University District

File in patient's paper record until form can be scanned into patient's electronic record

| | | Done | Not Applicable |
|---|---|---|---|
| **A.** | **Is patient unresponsive or demonstrating altered mental status?** ☐ Yes (if Yes, complete 1-5 below) ☒ No (if No, go to Section B) | | |
| 1 | If there is a support person accompanying the patient, have the support person take belongings home or to car | ☐ | ☐ |
| 2 | If no support person, contact Security at RB x6555; UD x541-222-6555 to secure belongings | ☐ | ☐ |
| 3 | Ensure that contraband/weapons go with Security | ☐ | ☐ |
| 4 | Manage all other belongings per Patient Belongings Policy OR 387 2 | ☐ | |
| 5 | Document in the Belongings Section within the Navigator (in all Care Connect platforms) | ☐ | |
| **B.** | **Does patient have excessive belongings?** ☐ Yes (if Yes, complete 1-2 below) ☒ No (if No, go to Section C) | | |
| 1 | If patient does not have someone who can take the belongings to the home or car, and the amount of personal belongings creates inventory control difficulty, contact Security at RB x6555; UD x541-222-6555 to secure belongings | ☐ | ☐ |
| 2. | Document in the Belongings Section within the Navigator (in all Care Connect platforms) | ☐ | ☐ |
| **C.** | **Weapons Screening (all patients): (Examples: guns, utility knives, pepper spray)** | | |
| 1 | Explain to patient that Sacred Heart Medical Center is a "no weapons" campus | ☒ | |
| 2 | Ask "Do you have anything with you that can be used as a weapon?" **If response is Yes:** | ☐ | |
| | • DO NOT HANDLE ANY WEAPONS. | ☐ | ☐ |
| | • Call Security RB x6555, UD x541-222-6555 (if at any point you feel unsafe, immediately call RB x7111, UD 541-222-7111) | ☐ | ☐ |
| **D.** | **Screen for suicidal ideation upon entry (all patients):** | | |
| 1 | Use the suicide screening tool in the Navigator. **If patient screens positive:** | ☒ | |
| | • Follow Suicide Patient Management Policy for the facility: For RB: Policy 1300 3 120 For UD Policy OR.387 201 | ☐ | ☐ |

M. Ball  RN  663466  7/2/19  2010
Caregiver signature  Title  EHR User ID  Date  Time

Patient Identification
Cummins, Michael M
DOB: 48/M DOS 7/02/19:E
ATTPROV:
MRN 01614423 R/B /
CSN 449345814

SH1259 (05/13/19)
PeaceHealth Sacred Heart Medical Center
**Weapons Screening Checklist**
1 of 1

After Visit Summary - Document on 7/4/2019 1147: IP After Visit Summary (below)

PeaceHealth
The spirit of healing

# AFTER VISIT SUMMARY

**Michael M. Cummins** MRN: 01614423
Renal calculi 7/2/2019 - 7/4/2019 Sacred Heart at RiverBend Orthopedics

## Instructions

Your medications have changed

START taking:
**acetaminophen** 325 MG tablet (TYLENOL)
**nicotine** 21 mg/24 hr patch TD 24 hr
**traZODone** 50 MG tablet (DESYREL)

STOP taking:
**docusate sodium** 100 MG capsule (COLACE)
**oxyCODONE-acetaminophen** 5-325 mg per tablet (PERCOCET)
**sulfamethoxazole-trimethoprim** 800-160 mg per tablet (BACTRIM DS)
**tamsulosin** 0.4 mg Cap 24 hr capsule (FLOMAX)

**Review your updated medication list below.**

## Your Next Steps

Do

- ☐ Pick up these medications from BI-MART PHARMACY #663 - EUGENE, OR - 4780 ROYAL AVENUE
  - acetaminophen
- ☐ Pick up these medications from any pharmacy with your printed prescription
  - nicotine
  - traZODone

## Care Providers

| Provider | Service | Role | Specialty |
|---|---|---|---|
| Sarah M Barry, CNS | — | Attending Provider | Certified Clinical Nurse Specialist |

## We are waiting for the results of these tests. Follow up with your provider.

| Order | Current Status |
|---|---|
| Stone Analysis | In process |

## Surgical and Procedural Summary

Past Procedures (6/4/2019 to Today)

| Date | Time | Procedures | Providers | Location | Status |
|---|---|---|---|---|---|
| 6/8/2019 | 1040 | Left Ureteroscopy Lithotripsy With Laserand Stent | Walker, Brady | RBMC OR | Complete |

### When to Seek Medical Care

Patient Zones: Monitor yourself and your symptoms. If you are, or if you move into the Yellow or Red Zones, take action as outlined in the Zones, in addition to any instructions your Provider has given you. Your goal is to avoid an unnecessary readmission. We want you to be able to effectively manage your care at home with the support of your primary physician/provider.

### Discharge Instruction Orders

Activity instructions
Gradually increase activity

Diet instructions
Discharge Diet
Diet Type:
General

Lab instructions
Basic Metabolic Panel
Complete by: Jul 11, 2019
**Please go to a PeaceHealth hospital lab draw station to have your labs drawn.**

Prothrombin Time
Complete by: Jul 11, 2019
**Please go to a PeaceHealth hospital lab draw station to have your labs drawn.**

Other instructions
Additional follow-up appointments
Contact office Friday for follow up instruction to see if August appointment needs to be moved up.
OREGON UROLOGY INSTITUTE PC
541-334-3350
2400 HARTMAN LN
SPRINGFIELD OR 97477-1118

Call MD for:
Monitor for Fevers, Chills, Chest pain, Shortness of Breath, change in Oxygen requirements, swelling, redness, pain

Discharge instructions - Nursing Instructions
Review and give patient Kidney stone discharge instructions

## Other instructions (continued)

Follow-up primary physician
With Primary MD -
DAVID A KNOWLTON
1755 COBURG RD STE 301
EUGENE OR 97401
in 1 week(s) .

Providers instructions for AVS (Specify)
Drink Plenty of fluids to maintain hydration

Blood Pressure Monitoring: Check BP daily. Keep a record of blood pressures and bring to PCP during next visit. Bring blood pressure log to all follow up appointments.

## We Really Care About You

If you or a loved one currently use tobacco, please call your State Quit line for helpful resources at 1-800-784-8669.

If you or a loved one feel you are in an emotional crisis, whether or not you are thinking about killing yourself, please call the Suicide Prevention LifeLine. By calling 1-800-273-TALK (8255) you'll be connected to a skilled, trained counselor at a crisis center in your area, anytime 24/7.

**Thank you for choosing PeaceHealth for your health care needs.**

These Discharge Instructions have been reviewed with and provided to the Patient/Caregiver.

## What's next

| | |
|---|---|
| Follow up with OREGON UROLOGY INSTITUTE PC<br>Contact office Friday for follow up instruction to see if August appointment needs to be moved up. | 2400 HARTMAN LN<br>SPRINGFIELD OR 97477-1118<br>541-334-3350 |

# Medication List

## START taking these medications

| | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|
| START **acetaminophen** 325 MG tablet<br>Commonly known as: TYLENOL<br>Take 2 tablets (650 mg total) by mouth every 4 (four) hours as needed for Fever (MILD PAIN (1-3) FIRST CHOICE)<br>Last time this was given: 650 mg on 7/4/2019 2:45 AM | | | | | ✓ |
| START **nicotine** 21 mg/24 hr patch TD 24 hr<br>Place 1 patch (21 mg total) onto the skin daily Remove old patch before applying a new patch.<br>Last time this was given: Ask your nurse or doctor<br>Notes to patient: Reduce to next level every 7 days. | | | | | ✓ |
| START **traZODone** 50 MG tablet<br>Commonly known as: DESYREL<br>Take 1 tablet (50 mg total) by mouth nightly as needed for Insomnia<br>Last time this was given: 50 mg on 7/3/2019 8:52 PM | | | | | ✓ |

## CONTINUE taking these medications

| | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|
| **adalimumab** 40 mg/0.8 mL injection<br>Commonly known as: HUMIRA<br>Inject 40 mg into the skin every friday | ✓ | | | | |
| **ALPRAZolam** 1 MG tablet<br>Commonly known as: XANAX<br>Take 1 mg by mouth 2 (two) times daily as needed for Anxiety<br>Last time this was given: 1 mg on 7/4/2019 2:45 AM | | | | | ✓ |
| **hydroCHLOROthiazide** 25 MG tablet<br>Commonly known as: HYDRODIURIL<br>Take 25 mg by mouth every morning | ✓ | | | | |
| **lisinopril** 40 MG tablet<br>Commonly known as: PRINIVIL,ZESTRIL<br>Take 40 mg by mouth every morning | ✓ | | | | |

**Medication List (continued)**

CONTINUE taking these medications (continued)

| | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|
| **ondansetron** 8 MG disintegrating tablet<br>Commonly known as: ZOFRAN-ODT<br>Place 1 tablet (8 mg total) under the tongue every 8 (eight) hours as needed for Nausea or Vomiting<br>Last time this was given: Ask your nurse or doctor | | | | | ✓ |
| **propranolol** 40 MG tablet<br>Commonly known as: INDERAL<br>Take 40 mg by mouth Twice a day<br>Last time this was given: 40 mg on 7/4/2019 8:56 AM | ✓ | | ✓ | | |
| **warfarin** 5 MG tablet<br>Commonly known as: COUMADIN<br>Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic.<br>Last time this was given: 5 mg on 7/3/2019 5:32 PM | | | ✓ | | |

## STOP taking these medications

STOP **docusate sodium** 100 MG capsule
Commonly known as: COLACE

STOP **oxyCODONE-acetaminophen** 5-325 mg per tablet
Commonly known as: PERCOCET

STOP **sulfamethoxazole-trimethoprim** 800-160 mg per tablet
Commonly known as: BACTRIM DS

STOP **tamsulosin** 0.4 mg Cap 24 hr capsule
Commonly known as: FLOMAX

## Where to pick up your medications

Pick up these medications at BI-MART PHARMACY #663 - EUGENE, OR - 4780 ROYAL AVENUE

**acetaminophen**

Address: 4780 ROYAL AVENUE, EUGENE OR 97402
Phone: 541-463-9559

Where to pick up your medications (continued)

Pick up these medications from any pharmacy with your printed prescription
nicotine • traZODone

**Your home medications:**

For your safety, we recommend using one pharmacy. Please see your patient discharge medication list. If you are unable to obtain your medications PLEASE notify your healthcare provider immediately.

- Take your medicines as ordered. They are listed on your patient discharge medication list.
- Get prescriptions filled right away. If you have concerns about doing this let your nurse know.
- Throw away any old lists and update your records with all medication providers or retail pharmacies.
- Take all medications as directed, even if you start feeling better.
- Re-order your medications when you have 3 weeks supply left.

## Your Allergies

Date Reviewed: 7/2/2019

| Allergen | Reactions |
|---|---|
| **Metronidazole** | Swelling |
| **Morphine Sulfate** Tolerates hydromorphone | Swelling |

## My Peacehealth Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to https://my.peacehealth.org/mypeacehealth/, click "Sign Up Now", and enter your personal activation code: CGZ7G-PWD53-J3FZM. Activation code expires 7/15/2019.

## Order-Level Documents:

Lab Managed Result Scan - Scan on 7/3/2019 0256: STONE ANALYSIS (below)

Quest Diagnostics

Quest Diagnostics Nichols Institute
27027 Tourney Road
Valencia Ca 91355
800.421.7110
www.NicholsInstitute.com/Valencia

PEACEHEALTH RIVERBEND ANX
123 INTERNATIONAL WAY
SPRINGFIELD, OR 97477-1047

| | |
|---|---|
| **Patient:** | **CUMMINS, MICHAEL** |
| Sex: | Male |
| Birth Date: | Age: 48 Years |
| Patient ID: | OW057882F |
| Physician: | BARASA, SAMSON W |
| Collection Date: | 7/3/2019 |
| Notes: | |

| Account Number | Accession # |
|---|---|
| **49752** | **019-3608518 / OW057882F** |
| Received Date | Printed Date |
| **7/5/2019** | **7/8/2019** |

## 4161 · STONE ANALYSIS

**Stone Analysis with Image**

| RESULT | |
|---|---|
| Specimen Source | Urine |
| Nidus | Not observed |
| Component 1 | Calcium Oxalate Dihydrate (Weddellite) 65% |
| | Carbonate Apatite (Dahllite) 35% |
| Stone Weight | 0.0010 g |



Scale: 1 Division = 1mm

Jon M. Nakamoto, M.D., Ph.D.
Laboratory Director

**Order** — **EKG 12-lead History of cardiac diagnosis [ECG1] (Order 195173301)**

## Orders and Results (continued)

**EKG 12-lead History of cardiac diagnosis [135187711]**

Electronically signed by: **Jeffrey Salerno, MD on 05/17/19 0930** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Siri A Haraldsted, RN
Ordering user: Siri A Haraldsted, RN 05/16/19 0908
Ordering provider: Jeffrey Salerno, MD
Authorized by: Jeffrey Salerno, MD
Frequency: Once 05/16/19 0910 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Clinical indications | History of cardiac diagnosis |

Order comments: For upper abdominal pain if patient older than 30 years old or previous cardiac history

## Result — EKG 12-lead History of cardiac diagnosis (Order 195173301)

Resulted: 05/16/19 1034, Result status: Final result

EKG 12-lead History of cardiac diagnosis [195173301]

Ordering provider: Jeffrey Salerno, MD 05/16/19 0908 Resulted by: David R Saenger, MD
Resulting lab: MUSE
Narrative:
Normal sinus rhythm
Normal ECG
When compared with ECG of 10-FEB-2018 19:19,
No significant change was found
Confirmed by SAENGER M.D., DAVID (35224) on 5/16/2019 10:34:46 AM

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| MUSE1236444 | — | — | 05/16/19 0925 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VENTRICULAR RATE EKG/MIN | 67 | BPM | — | 87 |
| ATRIAL RATE | 67 | BPM | — | 87 |
| PR-INTERVAL (MSEC) | 130 | ms | — | 87 |
| QRS-INTERVAL (MSEC) | 98 | ms | — | 87 |
| QT-INTERVAL (MSEC) | 434 | ms | — | 87 |
| QTc | 458 | ms | — | 87 |
| P Axis | 19 | degrees | — | 87 |
| R AXIS | 63 | degrees | — | 87 |
| T AXIS | 41 | degrees | — | 87 |
| ST at J Point | -5^48^4^-35^-20^-25^-10^34^53^-25^-30^53 | uV | — | 87 |
| ST at Mid ST | 29^58^53^83^97^87^78^53^29^-44^0^43 | uV | — | 87 |
| ST at End ST | 68^73^73^ | uV | — | 87 |

## Orders and Results (continued)

| | | | | |
|---|---|---|---|---|
| | 122^175^1 36^122^63 ^4^- 74^34^39 | | | |
| Maximum ST Area | 68^73^73^ 122^175^1 36^122^63 ^53^- 25^34^53 | uV | — | 87 |
| Minimum ST Area | -5^48^4^- 35^-20^- 25^- 10^34^29^- 44^-30^43 | uV | — | 87 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **87 - Unknown** | MUSE | Unknown | Unknown | 06/26/14 1511 - Present |

**Reading Providers**

| | Reading Role | Read Date |
|---|---|---|
| David R Saenger, MD | | 5/16/2019 |

**Signed**

Electronically signed by David R Saenger, MD on 5/16/19 at 1034 PDT

## Order — EKG 12-lead History of cardiac diagnosis [ECG1] (Order 197943437)

**EKG 12-lead History of cardiac diagnosis [195173330]**

Electronically signed by: **Jennifer L Fisher, PA on 06/05/19 1542** Status: **Completed**

Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Brandy A Kirlin, RN
Ordering user: Brandy A Kirlin, RN 06/05/19 1219
Ordering provider: Triage Protocol Ph Emergency, MD
Authorized by: Triage Protocol Ph Emergency, MD
Frequency: Once 06/05/19 1220 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Clinical indications | History of cardiac diagnosis |

Order comments: For upper abdominal pain if patient older than 30 years old or previous cardiac history

## Result — EKG 12-lead History of cardiac diagnosis (Order 197943437)

Resulted: 06/05/19 1705, Result status: Final result

EKG 12-lead History of cardiac diagnosis [197943437]

Ordering provider: Triage Protocol Ph Emergency, MD 06/05/19 1220
Resulted by: John W Gundry, MD
Resulting lab: MUSE
Narrative:
Normal sinus rhythm

## Orders and Results (continued)

incoplete RBBB
When compared with ECG of 16-MAY-2019 09:25,
No significant change was found
Confirmed by GUNDRY M.D., JOHN (22559) on 6/5/2019 5:05:44 PM

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| MUSE124139 2 | — | — | 06/05/19 1226 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VENTRICULAR RATE EKG/MIN | 72 | BPM | — | 87 |
| ATRIAL RATE | 72 | BPM | — | 87 |
| PR-INTERVAL (MSEC) | 164 | ms | — | 87 |
| QRS-INTERVAL (MSEC) | 112 | ms | — | 87 |
| QT-INTERVAL (MSEC) | 404 | ms | — | 87 |
| QTc | 442 | ms | — | 87 |
| P Axis | 56 | degrees | — | 87 |
| R AXIS | 62 | degrees | — | 87 |
| T AXIS | 44 | degrees | — | 87 |
| ST at J Point | -20^14^4^4^-5^-5^9^4^34^0^-25^24 | uV | — | 87 |
| ST at Mid ST | 29^48^-5^63^48^58^43^39^19^-40^4^34 | uV | — | 87 |
| ST at End ST | 107^97^-44^122^102^107^83^78^-10^-103^58^43 | uV | — | 87 |
| Maximum ST Area | 107^97^4^122^102^107^83^78^34^0^58^43 | uV | — | 87 |
| Minimum ST Area | -20^14^-5^4^-5^-5^9^4^19^-40^-25^24 | uV | — | 87 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **87 - Unknown** | MUSE | Unknown | Unknown | 06/26/14 1511 - Present |

## Reading Providers

## Orders and Results (continued)

### Reading Providers (continued)

| | Reading Role | Read Date |
|---|---|---|
| John W Gundry, MD | | 6/5/2019 |

### Signed

Electronically signed by John W Gundry, MD on 6/5/19 at 1705 PDT

## Order — EKG 12-lead Weakness [ECG1] (Order 201746953)

### EKG 12-lead Weakness [201746951]

Electronically signed by: **Daniel T Horrell, DO on 07/02/19 2152** Status: **Completed**
Ordering user: Daniel T Horrell, DO 07/02/19 2152 Ordering provider: Daniel T Horrell, DO
Authorized by: Daniel T Horrell, DO
Frequency: Once 07/02/19 2155 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Clinical indications | Weakness |

## Result — EKG 12-lead Weakness (Order 201746953)

### EKG 12-lead Weakness [201746953]

Resulted: 07/02/19 2303, Result status: Final result

Ordering provider: Daniel T Horrell, DO 07/02/19 2152 Resulted by: John W Gundry, MD
Resulting lab: MUSE
Narrative:
Sinus bradycardia
Otherwise normal ECG
When compared with ECG of 05-JUN-2019 12:26,
No significant change was found
Confirmed by GUNDRY M.D., JOHN (22559) on 7/2/2019 11:03:21 PM

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| MUSE1247978 | — | — | 07/02/19 2200 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VENTRICULAR RATE EKG/MIN | 55 | BPM | — | 87 |
| ATRIAL RATE | 55 | BPM | — | 87 |
| PR-INTERVAL (MSEC) | 126 | ms | — | 87 |
| QRS-INTERVAL (MSEC) | 100 | ms | — | 87 |
| QT-INTERVAL (MSEC) | 450 | ms | — | 87 |
| QTc | 430 | ms | — | 87 |
| P Axis | 22 | degrees | — | 87 |
| R AXIS | 24 | degrees | — | 87 |
| T AXIS | 22 | degrees | — | 87 |
| ST at J Point | 4^29^-40^-59^-35^- | uV | — | 87 |

## Orders and Results (continued)

| | | | | |
|---|---|---|---|---|
| | 44^-15^-5^24^-20^-10^29 | | | |
| ST at Mid ST | 63^43^29^92^48^19^39^29^-20^-54^43^14 | uV | — | 87 |
| ST at End ST | 102^63^48^195^87^39^58^43^-40^-84^73^14 | uV | — | 87 |
| Maximum ST Area | 102^63^48^195^87^39^58^43^24^-20^73^29 | uV | — | 87 |
| Minimum ST Area | 4^29^-40^-59^-35^-44^-15^-5^-20^-54^-10^14 | uV | — | 87 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **87 - Unknown** | MUSE | Unknown | Unknown | 06/26/14 1511 - Present |

### Reading Providers

| | Reading Role | Read Date |
|---|---|---|
| John W Gundry, MD | | 7/2/2019 |

### Signed

Electronically signed by John W Gundry, MD on 7/2/19 at 2303 PDT

### HAR Consent for General Treatment & Financial Agreement - Received on 5/16/2019

## Orders and Results (continued)

HAR Consent for General Treatment & Financial Agreement - Received on 5/16/2019 (continued)

PeaceHealth

**PEACEHEALTH MEDICAL CENTER** and **PEACEHEALTH MEDICAL GROUP**

**Consent for General Treatment:**

I understand and agree that as a patient I will receive general medical services and treatment, including HIV testing. I understand I have the right to ask questions about and refuse these services.

I acknowledge that my health care providers may be independent contractors not employed by PeaceHealth. Health care students may also treat me. I understand if special procedures or operations are needed, my health care providers will discuss this with me and my additional consent may be required.

I authorize the hospital and all clinical providers who provide care to me, along with any billing services or other agents who may work on their behalf, to contact me on my cell phone and/or home phone using automated telephone dialing systems, email messages, text messages or other computer assisted technology.

**Financial Responsibility Agreement:**

- I understand that in consideration of the services provided I agree to pay charges according to PeaceHealth regular rates and terms.
- I understand and agree that PeaceHealth may make inquiries regarding insurance coverage and my financial responsibility from third party payors or other responsible parties. In addition, I give consent for these payors and/or references to release information to PeaceHealth.
- I understand that PeaceHealth reserves the right to require proof of my ability to pay and may require a payment prior to service. I further understand that payments collected will be applied to my total bill owed.
- I authorize direct payment to PeaceHealth and/or health care providers during this period of medical care any third party, insurance, or liability benefits otherwise payable to me. I also authorize direct payment to the surgeon and/or physician or anesthesiologist any third party/insurance benefits which may be due under this claim.
- If I am applying for payment under Medicare, Medicaid, Champus, or TRICARE, I certify that the information I give is correct. I request benefit payments be made directly to PeaceHealth.
- I further agree to pay for services denied or not covered by my insurance regardless of the reason for denial or non-coverage.
- I understand I will be billed separately for services provided by non-employed providers such as Emergency Room Physicians, Anesthesiologists or Radiologists.

**Financial Assistance Program:** PeaceHealth provides financial assistance to all persons meeting income eligibility criteria. Charges may be waived or reduced only after all other financial resources have been applied for and exhausted and if the patient is eligible for PeaceHealth Financial Assistance Programs.

**Non-Discrimination Policy:** PeaceHealth provides services to all people. It does not discriminate against any patient because of race, religion, national origin, gender, sexual orientation, disability or insurance program such as Medicaid or Medicare. PeaceHealth provides emergency services regardless of the patient's ability to pay for those services.

**Personal Property and Valuables - Patient Waiver of Liability:** PeaceHealth is not responsible for loss or damage to personal property or medications brought to the hospital. Patients are advised to leave valuable items at home or to send valuables home with a responsible person. Only medically necessary devices may remain at the bedside.

**Patient Rights and Responsibilities:** I acknowledge receipt of information regarding Patient Rights and may accept or refuse care at any time.

***I am the patient or the patient's agent or authorized representative. I acknowledge that I have read this agreement and understand its purpose and contents. By signing here, I consent for health care services and accept the terms of the financial agreement.***

**Patient Name: Cummins,Michael M** **Date/Time: 05/16/19, 8:51 AM**

| | |
|---|---|
| [signature] Signature captured with Topaz | self Signature captured with Topaz |
| **Signature of Patient/Representative** | **Relationship to patient** |

***If unable to sign*: Caregiver Signature & 3x3** **Witness Signature**

## Orders and Results (continued)

HAR Consent for General Treatment & Financial Agreement - Received on 5/16/2019 (continued)

## Orders and Results (continued)

### HAR Consent for General Treatment & Financial Agreement - Received on 5/16/2019 (continued)

### HAR Consent for General Treatment & Financial Agreement - Received on 6/5/2019

PeaceHealth

**PEACEHEALTH MEDICAL CENTER** and **PEACEHEALTH MEDICAL GROUP**

**Consent for General Treatment:**

I understand and agree that as a patient I will receive general medical services and treatment, including HIV testing. I understand I have the right to ask questions about and refuse these services.

I acknowledge that my health care providers may be independent contractors not employed by PeaceHealth. Health care students may also treat me. I understand if special procedures or operations are needed, my health care providers will discuss this with me and my additional consent may be required.

I authorize the hospital and all clinical providers who provide care to me, along with any billing services or other agents who may work on their behalf, to contact me on my cell phone and/or home phone using automated telephone dialing systems, email messages, text messages or other computer assisted technology.

**Financial Responsibility Agreement:**

- I understand that in consideration of the services provided I agree to pay charges according to PeaceHealth regular rates and terms.
- I understand and agree that PeaceHealth may make inquiries regarding insurance coverage and my financial responsibility from third party payors or other responsible parties. In addition, I give consent for these payors and/or references to release information to PeaceHealth.
- I understand that PeaceHealth reserves the right to require proof of my ability to pay and may require a payment prior to service. I further understand that payments collected will be applied to my total bill owed.
- I authorize direct payment to PeaceHealth and/or health care providers during this period of medical care any third party, insurance, or liability benefits otherwise payable to me. I also authorize direct payment to the surgeon and/or physician or anesthesiologist any third party/insurance benefits which may be due under this claim.
- If I am applying for payment under Medicare, Medicaid, Champus, or TRICARE, I certify that the information I give is correct. I request benefit payments be made directly to PeaceHealth.
- I further agree to pay for services denied or not covered by my insurance regardless of the reason for denial or non-coverage.
- I understand I will be billed separately for services provided by non-employed providers such as Emergency Room Physicians, Anesthesiologists or Radiologists.

**Financial Assistance Program**: PeaceHealth provides financial assistance to all persons meeting income eligibility criteria. Charges may be waived or reduced only after all other financial resources have been applied for and exhausted and if the patient is eligible for PeaceHealth Financial Assistance Programs.

**Non-Discrimination Policy**: PeaceHealth provides services to all people. It does not discriminate against any patient because of race, religion, national origin, gender, sexual orientation, disability or insurance program such as Medicaid or Medicare. PeaceHealth provides emergency services regardless of the patient's ability to pay for those services.

**Personal Property and Valuables - Patient Waiver of Liability:** PeaceHealth is not responsible for loss or damage to personal property or medications brought to the hospital. Patients are advised to leave valuable items at home or to send valuables home with a responsible person. Only medically necessary devices may remain at the bedside.

**Patient Rights and Responsibilities:** I acknowledge receipt of information regarding Patient Rights and may accept or refuse care at any time.

***I am the patient or the patient's agent or authorized representative. I acknowledge that I have read this agreement and understand its purpose and contents. By signing here, I consent for health care services and accept the terms of the financial agreement.***

**Patient Name: Cummins,Michael M** **Date/Time: 06/05/19, 12:29 PM**

| | |
|---|---|
| [signature] Signature captured with Topaz | [signature] Signature captured with Topaz |
| **Signature of Patient/Representative** | **Relationship to patient** |

***If unable to sign*: Caregiver Signature & 3x3** **Witness Signature**

## Orders and Results (continued)

HAR Consent for General Treatment & Financial Agreement - Received on 6/5/2019 (continued)

## Orders and Results (continued)

### HAR Consent for General Treatment & Financial Agreement - Received on 6/5/2019 (continued)

Consents/Legal - Scan on 6/8/2019 0100 (below)

PeaceHealth
Sacred Heart Medical Center

**Consent to Procedures and Other Treatments** *CONSNT* Consent

1. Name of procedure(s) (no abbreviations): Left Ureteral stent, Possible left Ureteroscopy with laser lithotripsy
Physician Name (first and last): Brady Walker will perform the procedure(s). Other physicians or qualified medical practitioners, including health professionals-in-training under the supervision of licensed professional faculty, may perform important parts of the surgery in accordance with his/her qualifications and scope of practice.
2. I recognize that during the course of the procedure(s) unforeseen conditions may necessitate additional or different procedures than those above. I authorize my physician, and other practitioners to perform such other procedures as are, in their judgment, necessary and appropriate. I acknowledge that no warranty or guarantee was made to me as to result or cure.
3. I consent to the administration of such anesthetics/sedation considered necessary or advisable. I understand that all anesthetics/sedation involve risks and the possibility of complications, serious injury and death.
4. The transfusion of blood or blood products may be required during or after the procedure(s). My physician has described to me the risks and benefits and possible complications of blood transfusions. These risks include, but are not limited to, systemic reactions, transmission of diseases, and other unusual reactions. The alternative(s) to transfusion, including the risks of not receiving this therapy, have been explained to me. I have received a copy of the pamphlet, "Information for Patient Who May Require Blood Transfusion". Patient Initials
☒ I consent to receive blood products as deemed necessary and appropriate by the physician. [initials]
☐ I am refusing blood products and have completed form 745R, Refusal to Permit Blood Transfusion. ______
5. MY PHYSICIAN HAS EXPLAINED TO ME IN A WAY THAT I UNDERSTAND:
   a) The procedure or treatment described above.
   b) The potential benefits, risks and side effects of the procedure or treatment.
   c) The reasonable alternatives to the procedure or treatment.
   d) The relevant risks, benefits and side effects related to the alternative procedures or methods of treatment, including the alternative of no treatment at all.

I consent to the treatment or procedure described above. I had the opportunity to ask questions and all of my questions about the procedure(s), risks and alternatives were answered to my satisfaction.

| Patient or Person Authorized to Sign for Patient | Relationship | Date | Time |
|---|---|---|---|
| [signature] | | 6/8/19 | 425 |

If patient signs with an "x", caregiver to co-sign / EHR User ID / Date / Time — If patient signs with an "x", caregiver to co-sign / EHR User ID / Date/Time

**If patient is unable or person authorized to sign is unavailable**
Emergency Surgery/Procedure? ☐ Yes (MD's proceed with two signatures) ☐ No (ethics consult required before proceeding)

MD Signature — EHR User ID — Date — Time — 2nd MD Signature — EHR User ID — Date — Time

Signature of Ethics Consult Team Representative (for non-emergency surgery/procedures) — EHR User ID — Date — Time

**SIGN IF APPROPRIATE**

I have been told and I understand that I should not drive postoperatively and/or under sedation. I realize that I am responsible for arranging transportation upon discharge.

Patient or Person Authorized to Sign for Patient — Relationship — Date — Time

*Interpreter service and/or special accommodations provided?* ☐ YES ☐ No, Not Needed

**FOR STAFF USE ONLY**
☐ **Final Verification ("Time-Out"):**
Patient Identity (using patient's name and date of birth)
Procedure to be performed including site and side or level of procedure if applicable
Equipment, instrumentation, or special requirements are readily available
**Completed by:**
**Nurse/Tech/MD/MOA Signature:** ______ **EHR User ID:** ______ **Date:** ______ **Time:** ______

Patient Identification

Cummins, Michael M
DOB :48/M DOS:6/08/19:OBS
ATTPROV: Brady Walker, MD
MRN:01614423 R/B:SS38/38
CSN:448584464

745 (08/31/15)
PeaceHealth Sacred Heart Medical Center
PeaceHealth Medical Group
**Consent to Operations, Procedures and Other Treatments**
1 of 3

## Orders and Results (continued)

### Quick Reference Guide
*(Site Marking/Final Verification "Time-Out")*

**Site-marking Guide:**

1. **Site-marking must be performed for any procedure that involves a specific side, multiple structures or levels.** Sites involving both sides (bilateral sites), and laparoscopic sites, which involve a side must be marked. (For example, if the patient is to undergo a left bronchoscopy, the left side should be marked on the patient's anterior surface over the left lung).
2. Exceptions to site-marking include:
   - Single organ cases (e.g. cardiac surgery, etc.)
   - Bilateral identical procedures (e.g. bilateral salpingo-oophorectomy, bilateral tubal interruptions, postpartum ligation, etc.)
   - Mid-line incisions, which is inclusive of mid-line sternotomies and Caesarean Sections.
   - Interventional cases for which the catheter/instrument insertion site is not predetermined (e.g. cardiac catheterization)
   - Teeth (indicate the operative/procedural tooth name on the informed consent an on the radiographs or dental diagram)
   - Premature infants (for whom the mark may cause a permanent tattoo)
   - Procedures done through or immediately adjacent to a natural body orifice. REMEMBER this does not apply to those cases where entry is gained through a natural body orifice but still involves a side for the site (e.g. a right ureteral stent insertion).
   - Cases in which the individual doing the procedure is in continuous attendance with the patient. Continuous attendance means that the individual performing the procedure will be physically present with the patient from the time of the decision to do the procedure and consent, through to the conduct of the procedure. (For example, an emergency department physician assesses a patient and determines the need for immediate placement of a chest tube. If the chest tube is placed immediately without the physician performing the procedure leaving the room, then site marking can be omitted.)
   - Cases in which marking the site would be impossible.
3. **Even if a site-marking exception is met, the final verification ("time-out") of patient, procedure, and procedure site(s) still applies.**
4. **Site marking is to be done <u>by the individual performing the procedure</u> or a designee, a credentialed surgical assistant (e.g. a surgeon, PA or RNFA) in the following manner:**
   - Site marking must take place with the patient involved, awake and aware, if possible.
   - Sites must be marked prior to the patient entering the procedure area (e.g. prior to entering the OR). If the procedure is completed in the patient's room the site must be marked before the beginning of the procedure.
   - Sites will be marked, using "yes" or with the initials of the person doing the marking within the procedural field. The mark must be seen after draping, if applicable.
   - The mark must be made using an indelible marker.

---

**Final Verification ("Time-Out") of Patient, Procedure, and Procedure Site(s) Process Reference:**

- Conducted immediately before starting the procedure
- Condncted in the location where the procedure will be done
- The entire team involved in the procedure must be present
- A designated team member (the Circulating Nurse in Surgery) must verify aloud the following:
  - **Patient Identity (using patient's name and date of birth)**
  - **Procedure to be performed**
  - **Site(s) of procedure**
  - **Side or level of procedure, if applicable**

  *The above information can be located on the consent, and the consent may be read aloud.*
  - **Correct patient position**
  - **Correct equipment and/or special requirements are readily available**
- The team must verbalize agreement that all the elements of the final verification are correct.
- If the person performing the procedure is the only person involved in the procedure, the above final verification ("time-out") process should be conducted, however it is not necessary to engage others in this process if they would not otherwise be involved in the procedure.

**If there are any discrepancies, any member of the procedural team is authorized to stop the procedure from starting.** If that occurs, the individual performing the procedure must confirm the procedural site(s) and procedure by reviewing the patient's chart, x-ray films (if applicable), and the physician's notes. If a discrepancy still remains, the procedure must be canceled until verification is pnssible.

The designated team member who verbally conducted the final verification ("time-out") will documeot that the final verification ("time-out") was completed and correct. This will be documented on the operative record and if no operative record is being completed, the checklist on the patient's informed consent, for the procedure, will be completed.

Patient Identification

Cummins, Michael M
DOB: :48/M DOS:6/08/19:0BS
ATTPhys: Brady Walker, MD
MRN:01614423 R/B:SS38/38
CSN:448584464

745 (08/31/15)
PeaceHealth Sacred Heart Medical Center
PeaceHealth Medical Group
**Consent to Operations, Procedures and Other Treatments**
2 of 3

## Orders and Results (continued)

Sacred Heart Medical Center

### INFORMATION FOR PATIENTS WHO MAY REQUIRE BLOOD TRANSFUSION

Provide this material to the patient or person authorized to sign for the patient at the time the consent is signed

**WHAT IS A BLOOD TRANSFUSION?**

When you receive a blood transfusion, you receive blood or blood parts (blood products) from someone else. You may need a transfusion if you:

- Are bleeding
- Have cancer
- Have a blood disorder
- Have had an organ or bone marrow transplant

Blood products that may be transfused include:

- Red cells (carry oxygen)
- Platelets (help blood clot)
- Plasma (carries blood cells in the body and helps blood clot)
- Cryoprecipitate (includes proteins from plasma that help blood clot)

**WHAT ARE THE RISKS OF RECEIVING BLOOD?**

For people who need a transfusion, the risks of NOT receiving the transfusion are usually much greater than the risks of the transfusion.

Some patients who have a transfusion can experience mild, temporary symptoms such as:

- Fever
- Chills
- Hives

A small number of patients may react to blood and develop antibodies. The antibodies will not hurt you. Having an antibody means you will need more testing if you require blood in the future.

In extremely rare cases, a patient may have a major, life threatening, reaction to blood. Make sure to tell your nurse if you experience:

- Difficulty breathing or swallowing
- Severe anxiety

**HOW DO I KNOW THE BLOOD IS SAFE?**

Although there is a very small risk of getting a disease, the blood supply is safer than it has been in years. To promote safety, blood banks always:

- Use volunteer blood donors.
- Review every donor's medical and social history for risks.
- Physically examine every donor for blood pressure, pulse and temperature. Blood banks also check to make sure the donor has enough hemoglobin (this carries oxygen in red blood cells).
- Complete testing on all blood collected for many diseases, including:
  - o Hepatitis B & C
  - o HIV (the virus that causes AIDS)
  - o Syphilis
- Do not use any unit of blood that tests positive for a disease.

**HOW DOES THE PROCEDURE WORK?**

Before your transfusion, a small blood sample will be taken for testing. Testing will take 15 minutes - 1 hour, depending on the blood product you receive.

When the nurse brings the blood to your room, she or he will check to make sure it is the right blood for you. The nurse will then attach the blood to an IV in your arm. Transfusions usually take 1-3 hours. They are almost always painless.

Patient Identification:

Cum... el M
DOB 48/M DOS:6/08/19:08S
ATTPROV: Brady Walker, MD
MRN:01614423 R/B:SS38/38
CSN:448584464

PeaceHealth Sacred Haart Medical Center 745 (08/31/15)
PeaceHealth Medical Group
**Consent to Operations, Procedures and Other Treatments**
3 of 3

HAR Consent for General Treatment & Financial Agreement - Scan on 6/8/2019 0915 (below)

## Orders and Results (continued)

**Non-Discrimination Policy:** PeaceHealth provides services to all people. It does not discriminate against any patient because of race, religion, national origin, gender, sexual orientation, disability or insurance program such as Medicaid or Medicare. PeaceHealth provides emergency services regardless of the patient's ability to pay for those services.
**Personal Property and Valuables – Patient Waiver of Liability:** PeaceHealth is not responsible for loss or damage to personal property or medications brought to the hospital. Patients are advised to leave valuable items at home or to send valuables home with a responsible person. Only medically necessary devices may remain at the bedside.
**Patient Rights and Responsibilities:** I acknowledge receipt of information regarding Patient Rights and may accept or refuse care at any time.

**I am the patient or the patient's agent or authorized representative, I acknowledge that I have read this agreement and understand its purpose and contents. By signing here, I consent for healthcare services and accept the terms of the financial agreement.**

6-8-19 9:07

Signature Patient/Person Authorized to Sign for Patient – Relationship Date Time

**For staff use only:** *Interpreter services and/or special accommodations were provided?* ☐ Yes ☑ No, Not Needed

If patient is unable to sign:

Caregiver signature EHR User ID Date Time

Witness signature Date Time

Cummins, Michael M
DOB: :48/M DOS:6/08/19:08S
ATTPROV: Brady Walker, MD
MRN:01614423 R/B:S538/38
CSN:448584464

SYS745-GEN (02/08/16)
PeaceHealth
**General Treatment Consent and Financial Agreement**
Page 2 of 2



Lincoln/Cummins 0807

## Orders and Results (continued)

PeaceHealth

**General Treatment Consent and Financial Agreement**

**Consent for General Treatment:**
I understand and agree that as a patient I will receive general medical services and treatment, including HIV testing. I understand I have the right to ask questions about and refuse these services.
I acknowledge that my healthcare providers may be independent contractors not employed by PeaceHealth. Healthcare students may also treat me. I understand if special procedures or operations are needed, my healthcare providers will discuss this with me and my additional consent may be required.
I authorized the hospital and all clinical providers who provide care to me, along with any billing services or other agents who may work on their behalf, to contact me on my cell phone and/or home phone using automated telephone dialing systems, email messages, text messages or other computer assisted technology.

**Financial Responsibility Agreement:**

- I understand that in consideration of the services provided I agree to pay charges according to PeaceHealth regular rates and terms.
- I understand and agree that PeaceHealth may make inquiries regarding insurance coverage and my financial responsibility from third party payors or other responsible parties. In addition, I give consent for these payors and/or references to release information to PeaceHealth.
- I understand that PeaceHealth reserves the right to require proof of my ability to pay and may require a payment prior to service. I further understand that payments collected will be applied to my total bill owed.
- I authorize direct payment to PeaceHealth and/or healthcare providers during this period of medical care any third party, insurance, or liability benefits otherwise payable to me. I also authorize direct payment to the surgeon and/or physician or anesthesiologist any third party/insurance benefits which may be due under this claim.
- If I am applying for payment under Medicare, Medicaid, Champus, or TRICARE, I certify that the information I give is correct. I request benefit payments be made directly to PeaceHealth.
- I further agree to pay for services denied or not covered by my insurance regardless of the reason for denial or non-coverage.
- I understand I will be billed separately for services provided by non-employed providers such as Emergency Room Physicians, Anesthesiologists or Radiologists.

**Financial Assistance Program:** PeaceHealth provides financial assistance to all persons meeting income eligibility criteria. Charges may be waived or reduced only after all other financial resources have been applied for and exhausted and if the patient is eligible for PeaceHealth Financial Assistance Programs.

Cummins, Mi... ...el M
DOB ...48/M DOS:6/08/19:08S
ATTProv: Brady Walker, MD
MRN:01614423
CSN:448584464 R/B:SS38/38

SYS745-GEN (02/08/16)
PeaceHealth
**General Treatment Consent and Financial Agreement**
Page 1 of 2

Consents/Legal

HAR Consent for General Treatment & Financial Agreement - Received on 7/2/2019

## Orders and Results (continued)

### HAR Consent for General Treatment & Financial Agreement - Received on 7/2/2019 (continued)

PeaceHealth

**PEACEHEALTH MEDICAL CENTER** and **PEACEHEALTH MEDICAL GROUP**

**Consent for General Treatment:**

I understand and agree that as a patient I will receive general medical services and treatment, including HIV testing. I understand I have the right to ask questions about and refuse these services.

I acknowledge that my health care providers may be independent contractors not employed by PeaceHealth. Health care students may also treat me. I understand if special procedures or operations are needed, my health care providers will discuss this with me and my additional consent may be required.

I authorize the hospital and all clinical providers who provide care to me, along with any billing services or other agents who may work on their behalf, to contact me on my cell phone and/or home phone using automated telephone dialing systems, email messages, text messages or other computer assisted technology.

**Financial Responsibility Agreement:**

- I understand that in consideration of the services provided I agree to pay charges according to PeaceHealth regular rates and terms.
- I understand and agree that PeaceHealth may make inquiries regarding insurance coverage and my financial responsibility from third party payors or other responsible parties. In addition, I give consent for these payors and/or references to release information to PeaceHealth.
- I understand that PeaceHealth reserves the right to require proof of my ability to pay and may require a payment prior to service. I further understand that payments collected will be applied to my total bill owed.
- I authorize direct payment to PeaceHealth and/or health care providers during this period of medical care any third party, insurance, or liability benefits otherwise payable to me. I also authorize direct payment to the surgeon and/or physician or anesthesiologist any third party/insurance benefits which may be due under this claim.
- If I am applying for payment under Medicare, Medicaid, Champus, or TRICARE, I certify that the information I give is correct. I request benefit payments be made directly to PeaceHealth.
- I further agree to pay for services denied or not covered by my insurance regardless of the reason for denial or non-coverage.
- I understand I will be billed separately for services provided by non-employed providers such as Emergency Room Physicians, Anesthesiologists or Radiologists.

**Financial Assistance Program**: PeaceHealth provides financial assistance to all persons meeting income eligibility criteria. Charges may be waived or reduced only after all other financial resources have been applied for and exhausted and if the patient is eligible for PeaceHealth Financial Assistance Programs.

**Non-Discrimination Policy**: PeaceHealth provides services to all people. It does not discriminate against any patient because of race, religion, national origin, gender, sexual orientation, disability or insurance program such as Medicaid or Medicare. PeaceHealth provides emergency services regardless of the patient's ability to pay for those services.

**Personal Property and Valuables – Patient Waiver of Liability:** PeaceHealth is not responsible for loss or damage to personal property or medications brought to the hospital. Patients are advised to leave valuable items at home or to send valuables home with a responsible person. Only medically necessary devices may remain at the bedside.

**Patient Rights and Responsibilities:** I acknowledge receipt of information regarding Patient Rights and may accept or refuse care at any time.

***I am the patient or the patient's agent or authorized representative. I acknowledge that I have read this agreement and understand its purpose and contents. By signing here, I consent for health care services and accept the terms of the financial agreement.***

**Patient Name: Cummins,Michael M** **Date/Time: 07/02/19, 8:43 PM**

| | |
|---|---|
| Charmaine Bishop<br>Signature captured with Topaz | wife<br>Signature captured with Topaz |
| **Signature of Patient/Representative** | **Relationship to patient** |

***If unable to sign*: Caregiver Signature & 3x3** **Witness Signature**

## Orders and Results (continued)

### HAR Consent for General Treatment & Financial Agreement - Received on 7/2/2019 (continued)

## Orders and Results (continued)

HAR Consent for General Treatment & Financial Agreement - Received on 7/2/2019 (continued)

**END OF REPORT**

CUMMINS, MICHAEL | ID:01614423 | 02-JUL-2019 22:00:28 | PEACEHEALTH OREGON NETWORK-RBED ROUTINE RETRIEVAL

(48 yr)
Male Caucasian

Room:F
Loc:55

| | | |
|---|---|---|
| Vent. rate | 55 | BPM |
| PR interval | 126 | ms |
| QRS duration | 100 | ms |
| QT/QTc | 450/430 | ms |
| P-R-T axes | 22 24 | 22 |

Sinus bradycardia
Otherwise normal ECG
When compared with ECG of 05-JUN-2019 12:26,
No significant change was found
Confirmed by GUNDRY M.D., JOHN (22559) on 7/2/2019 11:03:21 PM

Technician:CINDY ACHEPOHL
Test ind:Weakness

Confirmed By: JOHN GUNDRY M.D.

SURG.DATE:




25mm/s 10mm/mV 100Hz 9.0.7 12SL 241 CID: 1

EID:22559 EDT: 23:03 02-JUL-2019 ORDER: 201746953 ACCOUNT: 449345814



Lincoln/Cummins 0812

CUMMINS, MICHAEL | ID:01614423 | 05-JUN-2019 12:26:51 | PEACEHEALTH OREGON NETWORK-RBTRIA ROUTINE RETRIEVAL

- (48 yr)
Male Caucasian

Room:04
Loc:54

| | | | |
|---|---|---|---|
| Vent. rate | 72 | | BPM |
| PR interval | 164 | | ms |
| QRS duration | 112 | | ms |
| QT/QTc | 404/442 | | ms |
| P-R-T axes | 56 | 62 | 44 |

Normal sinus rhythm
incoplete RBBB
When compared with ECG of 16-MAY-2019 09:25,
No significant change was found
Confirmed by GUNDRY M.D., JOHN (22559) on 6/5/2019 5:05:44 PM

Technician:ELIZABETH GARDNER
Test ind:History of cardiac diagnosis

Confirmed By: JOHN GUNDRY M.D.

SURG.DATE:BEST POSS




25mm/s 10mm/mV 100Hz 9.0.7 12SL 241 HD CID: 1

EID:22559 EDT: 17:05 05-JUN-2019 ORDER: 197943437 ACCOUNT: 448480267



Lincoln/Cummins 0813

CUMMINS, MICHAEL | ID:01614423 | 16-MAY-2019 09:25:01 | PEACEHEALTH OREGON NETWORK-UDED ROUTINE RETRIEVAL

\- (48 yr)
Male Caucasian

Room:20
Loc:90

| | | | |
|---|---|---|---|
| Vent. rate | 67 | | BPM |
| PR interval | 130 | | ms |
| QRS duration | 98 | | ms |
| QT/QTc | 434/458 | | ms |
| P-R-T axes | 19 | 63 | 41 |

Normal sinus rhythm
Normal ECG
When compared with ECG of 10-FEB-2018 19:19,
No significant change was found
Confirmed by SAENGER M.D., DAVID (35224) on 5/16/2019 10:34:46 AM

Technician: MR
Test ind:History of cardiac diagnosis

Confirmed By: DAVID SAENGER M.D.

SURG.DATE:




25mm/s 10mm/mV 100Hz 9.0.7 12SL 241 HD CID: 3

EID:35224 EDT: 10:34 16-MAY-2019 ORDER: 195173301 ACCOUNT: 447853510



Lincoln/Cummins 0814

**Oregon Urology Institute**
2400 Hartman Ln Springfield, OR 97477
541-334-3350 Fax: 541-746-4569

*July 25, 2019*
Page 1
Lab Report

**Michael M Cummins** Home:
Male DOB: 280454-2470001 Ins: DMAP (1)

**06/10/2019 - Lab Report: STONE ANALYSIS**
**Provider: Brady Walker MD**
**Location of Care: Northwest Specialty Clinics**

Patient: Michael M Cummins
ID: QDXCL-Signed 19RF-161R0075
Note: All result statuses are Final unless otherwise noted.

Tests: (1) STONE ANALYSIS (81940)
Order Note: Ordering Client: RIVERBEND MEDICAL CENTER
Order Note: Requesting Provider: WALKER, BRADY
Order Note: Copy To Provider:

| | | |
|---|---|---|
| ! SPECIMEN SOURCE | Left Ureteral | *1 |
| ! NIDUS: | Not observed | *2 |
| ! COMPONENT 1 | See Below | *3 |

Uric Acid Dihydrate 80%
Calcium Oxalate Monohydrate (Whewellite) 20%

| | | |
|---|---|---|
| ! STONE WEIGHT | 0.0540 g | *4 |

The image will follow, unless test is cancelled or no picture is available to report.

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute Valencia. It has not been cleared or approved by the US Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.
Test Performed at:
QUEST DIAGNOSTICS NICHOLS VALENCIA
27027 TOURNEY ROAD
VALENCIA, CA 91355-5386
JON M NAKAMOTO,MD,PHD
Received on Pathology paperwork hand written Lab for Stone Analysis 06/10/19; received left Ureteral Stone

Performing Organization Information:
Site ID: SLI
Name: QUEST DIAGNOSTICS NICHOLS VALENCIA
Address: 27027 TOURNEY ROAD VALENCIA, CA 91355-5386
Director: JON M NAKAMOTO,MD,PHD
Test Performed at QUEST-SEATTLE: , ,

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 06/18/2019 2:32 PM

---

(1) Order result status: Corrected
Collection or observation date-time: 06/10/2019 09:35
Requested date-time: 06/10/2019 09:35
Receipt date-time: 06/10/2019 22:23
Reported date-time: 06/18/2019 14:30
Referring Physician:
Ordering Physician: BRADY WALKER (BRAWAL)
Specimen Source: Calculus Ureter, Left

**Oregon Urology Institute**
2400 Hartman Ln Springfield, OR 97477
541-334-3350 Fax: 541-746-4569

*July 25, 2019*

Lab Report

**Michael M Cummins** Home:
Male DOB: 280454-2470001 Ins: DMAP (1)

```
Source: QDXCL-Signed
Filler Order Number: 448584464
Lab site:
Producer ID *1:123000501
Producer ID *2:123000501
Producer ID *3:123000501
Producer ID *4:123000501


-----------------

The following results were not dispersed to the flowsheet:

  SPECIMEN SOURCE, Left Ureteral, (F)
  NIDUS:, Not observed, (F)
  COMPONENT 1, See Below, (F)
  STONE WEIGHT, 0.0540 g, (F)
```

**Filed automatically (without signature) on 06/18/2019 at 2:32 PM**

---

**Oregon Urology Institute**
2400 Hartman Ln Springfield, OR 97477
541-334-3350 Fax: 541-746-4569

*July 25, 2019*
Page 1
Operative Report

**Michael M Cummins**
Male DOB:
280454-2470001
Home:
Ins: DMAP (1)

**06/08/2019 - Operative Report: Patient Name: CUMMINS,MICHAEL M(01614423)**
**Provider: Brady Walker MD**
**Location of Care: Northwest Specialty Clinics**

Patient Name: CUMMINS,MICHAEL M(01614423)
Sex: Male
DOB:
Procedure Note
Date of surgery: 6/8/2019

Personnel:
Performed By: Brady Walker
Assistant(s): none
Anesthesia Provider: @ORANPROVIDER@
Anesthesia type: general

Diagnoses:
Preoperative Diagnosis:
left ureteral stone

Postoperative Diagnosis:
left ureteral stone

Details of Procedure:
Procedure(s) Performed:
Procedure(s):
LEFT URETEROSCOPY LITHOTRIPSY WITH BASKETING AND STENT

Findings: Crowning stone.

Procedure in Detail:
Informed consent was obtained after a discussion of risks, benefits, and alternatives to surgery. Appropriate preoperative antibiotics were administered.
Sequential compression stockings were placed on the lower extremities for DVT prophylaxis. After the induction of anesthesia, the patient was placed in the dorsal lithotomy position. The lower abdomen and genitalia were carefully prepped and draped in a sterile fashion. A proper "time out" was performed.

Cystoscopy was performed in the standard fashion. The urinary tract was normal
with the exception of a crowning left distal ureteral stone. A 5 Fr catheter was then placed in the left and a retrograde pyelogram was done with slow injection of contrast, which demonstrated hydronephrosis.

A 0.035" glidewire was then placed into the left ureter. A 4.5 Fr semirigid ureteroscope was then placed into the ureter under direct visualization and the
stone was identified and extracted with a Zero-tip basket.

A 7 x 26 cm stent was inserted over the safety wire and the wire removed leaving
the stent in good position.The patient was taken to the recovery area in stable
condition. All instrument counts were correct at the end of the case.

**Oregon Urology Institute**
2400 Hartman Ln Springfield, OR 97477
541-334-3350 Fax: 541-746-4569



**Michael M Cummins** Home:
Male DOB: 280454-2470001 Ins: DMAP (1)

Bladder was drained and lidocaine jelly administered.

Estimated Blood Loss: Minimal

Specimens: Stone

Drain(s): 7 x 26 cm stent

Disposition: awakened from anesthesia, extubated and taken to the recovery room
in a stable condition, having suffered no apparent untoward event.

Condition: doing well without problems

Brady Walker

**Signed before import by Brady Walker MD**
**Filed automatically on 06/08/2019 at 6:21 PM**

**Oregon Urology Institute**
2400 Hartman Ln Springfield, OR 97477
541-334-3350 Fax: 541-746-4569

*July 25, 2019*

Imaging Report

**Michael M Cummins** Home
Male DOB: 280454-2470001 Ins: DMAP (1)

**06/08/2019 - Imaging Report: XR RETROGRADE UROGRAPHY**
**Provider: Brady Walker MD**
**Location of Care: Oregon Urology Institute**
**This document contains external references**

Patient: MICHAEL M CUMMINS
ID: IDX 01614423
Note: All result statuses are Final unless otherwise noted.

Tests: (1) XR RETROGRADE UROGRAPHY (RIS3058)
XRRETRPYEL XR RETROGRADE UROGRAPHY HXIMGCT RIS3058
! RIS3058 "Result Below..."
RESULT: XR RETROGRADE UROGRAPHY
This procedure was auto-finalized. Please see progress notes in patient chart for results.
5 images. OR 29. C-arm 1X0308. Left Stent placement. 0.65 minutes fluoro time. 27.61 mGy.

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 06/08/2019 12:31 PM

---

(1) Order result status: Final
Collection or observation date-time:
Requested date-time: 06/08/2019 11:40:00
Receipt date-time:
Reported date-time: 06/08/2019 12:31:08
Referring Physician:
Ordering Physician: BRADY WALKER (BRAWAL)
Specimen Source:
Source: IDX
Filler Order Number: 102411723
Lab site:

-----------------

The following results were not dispersed to the flowsheet:

RIS3058, XR RETROGRADE UROGRAPHY, (F)

---

External Attachment:

Type: Image
Comment: Scanned Image

**Filed automatically (without signature) on 06/08/2019 at 12:31 PM**

**Electronically Signed by Brady Walker MD on 06/08/2019 at 9:52 PM**

**Oregon Urology Institute**
2400 Hartman Ln Springfield, OR 97477
541-334-3350 Fax: 541-746-4569



**Michael M Cummins** Home: -
Male DOB: 280454-2470001 Ins: DMAP (1)

**Oregon Urology Institute**
2400 Hartman Ln Springfield, OR 97477
541-334-3350 Fax: 541-746-4569



**Michael M Cummins** Home:
Male DOB: 280454-2470001 Ins: DMAP (1)

**06/07/2019 - Office Visit: INITIAL CONSULT URETERAL CALCULUS**
**Provider: Victoria Waltz PA-C**
**Location of Care: Oregon Urology Institute**

**Visit Type:** Initial Consult
**Referring Provider:** No PCP/ No Ref Physician
**Primary Provider:** David A Knowlton MD

**History of Present Illness**:
Mr. Cummins is a 48-year-old male who presents due to persistent poorly controlled pain from his kidney stone on the left seen on CT KUB 5/16/2019 measuring 3 mm x 9 mm, midureteral at that time. He has been taking tamsulosin 0.4 mg once daily. He was initially given oxycodone 5 mg and was having better pain control with this as compared to the Percocet that he was given. He is requesting to change back to the oxycodone. He has been sleeping 16 to 18 hours and is still having significant pain. He has ondansetron 8 mg and has not had improvement with his nausea. He is still having significant left-sided flank pain. Denies fevers, chills, urinary frequency, dysuria.

He has a history of passing small stones spontaneously. Strong family history of stone formers in his brother and father.

**Past History:**

**Past Medical History:**
Anxiety/panic attacks
Kidney stones
Hypertension
Depression

**Past Surgical History:**
No abdominal surgeries
Cholecystectomy

**Family History:**
No FH CHD<55 in 1st degree male
Colon polyps in his father
Kidney Stones
Diabetes-Type 2
D V T-Blood Clot in Legs

**Social History:**
The patient lives in Oregon.
He is divorced.
He smokes every day.
He denies alcohol use.
No children
Lives at home
Single
Alcohol Use: no
Caffeine use/day: 2
Smoking Status: current every day smoker

**Oregon Urology Institute**
2400 Hartman Ln Springfield, OR 97477
541-334-3350 Fax: 541-746-4569



**Michael M Cummins**
Male DOB: 280454-2470001
Home:
Ins: DMAP (1)

Year started: age 12
Packs/Day: 1.0
Passive Smoke Exposure: yes
HIV Risk: no risk noted
Pt advised to quit tobacco: yes

**Medications at Start of Visit (verified):**
1) Alprazolam Xr 1 Mg Oral Tablet Extended Release 24 Hour (Alprazolam) .... take one (1) tablet by mouth three times daily
2) Lisinopril 40 Mg Oral Tablet (Lisinopril) .... take one (1) tablet by mouth daily
3) Propranolol Hcl 40 Mg Oral Tablet (Propranolol Hcl) .... take one (1) tablet by mouth daily
4) Hydrochlorothiazide 25 Mg Oral Tablet (Hydrochlorothiazide) .... take one (1) tablet by mouth daily
5) Percocet 5-325 Mg Oral Tablet (Oxycodone-Acetaminophen) .... one tablet every 8 hours as needed
6) Ondansetron Hcl 8 Mg Oral Tablet (Ondansetron Hcl) .... one tablet as needed
7) Flomax 0.4 Mg Oral Capsule (Tamsulosin Hcl) .... take one (1) tablet by mouth daily
8) Ibuprofen 800 Mg Oral Tablet (Ibuprofen) .... as needed as directed

**Allergies (verified):**
1) Metronidazole (Metronidazole Caps) (Moderate)
2) Morphine Sulfate Er (Morphine Sulfate Cr-Tabs) (Moderate)
3) * Tide and Cheer (Mild)

## Review of Systems:
**CV: Complains of peripheral edema**; denies chest pains, fainting, heart attack, palpitations, short of breath/lying down, and shortness of breath.
**GI: Complains of abdominal pain, nausea, and vomiting**; denies bloody stools, change in bowel habits, constipation, dark stools, diarrhea, difficulty swallowing, gas/bloating, indigestion/heartburn, jaundice, and pain with swallowing.
**General: Complains of chills, loss of appetite, and sweats**; denies fatigue/weakness, fever, sleep disorder, and weight loss.
**GU: Complains of decreased sex drive**; denies hematuria, burning with urination, erectile dysfunction, incontinence, pelvic pain, urinary frequency, and urinary hesitancy.
**MS: Complains of back pain, muscle cramps, and stiffness**; denies arthritis, joint pain, joint swelling, muscle weakness, and restless legs at night.
**Neuro: Complains of difficulty walking and frequent headaches**; denies abnormal touch sensation, dizziness, frequent falls, seizures, temporary blindness, tremors, paralysis, and weakness.
**Psych: Complains of anxiety and depression**; denies hallucinations, memory loss/confusion, paranoia, phobia, and suicidal thoughts.
**Resp: Complains of wheezing**; denies blood in sputum, asthma, chest pain, cough, and sleep apnea.
The review of systems is negative for Allergy, Blood System, Derm, ENT, Endo, and Eyes.

## Vital Signs:
| | |
|---|---|
| Patient profile: | 48 year old male |
| Height: | 71 inches (180.34 cm) |
| Weight: | 236 lbs (107.27 kg) |
| BMI: | 33.03 |
| Temp: | 98.1 degrees F (36.72 degrees C) |
| BP sitting: | 108 / 70 (R. arm) |

Vitals Entered By: Rita Proulx, RN (June 7, 2019 10:12 AM)

**Oregon Urology Institute**
2400 Hartman Ln Springfield, OR 97477
541-334-3350 Fax: 541-746-4569

*July 25, 2019*

Office Visit

**Michael M Cummins** Home:
Male DOB: 280454-2470001 Ins: DMAP (1)

Nutrition Counseling: BMI above normal range for age. Weight Management and Counseling reviewed.

***AUA Symptom Score***
1. Incomplete emptying: 2: <1/2 the time
2. Frequency: 2: <1/2 the time
3. Intermittency: 3: about 1/2 the time
4. Urgency: 2: <1/2 the time
5. Weak stream: 3: about 1/2 the time
6. Straining: 2: <1/2 the time
7: Nocturia: 2: 2 times

**TOTAL I-PS Score**: 16
Urinary Quality of Life: 6: terrible

**Post Void Residual**
PVR-Bladder Scan: 38cc

## Physical Exam:
**General:** Well developed, well nourished, in mild acute distress
**Head:** Normocephalic and atraumatic
**Eyes:** Sclera clear, gross eye movement intact
**Ears:** Normal gross external appearance
**Nose:** Normal gross external appearance
**Lungs:** Breathing easily on room air
**Heart:** No cyanosis
**Abdomen:** Abdomen soft tender over the left kidney without masses, non-distended, no hernias, moderate left-sided CVA tenderness
**Msk:** Normal posture and gait
**Extremities:** No clubbing, cyanosis, edema, or deformity noted with normal full range of motion of all major joints
**Neurologic:** No focal deficits, normal coordination, normal gross and muscle strength
**Skin:** Intact without lesions or rashes
**Psych:** Alert and cooperative; normal mood and affect; normal attention span and concentration, oriented to time place and person

## Urinalysis
**Test Date:** 06/07/2019

### Dipstick:

| | Results | Reference Range |
|---|---|---|
| Appearance: | Clear | Clear |
| Color: | Dark yellow | Yellow |
| pH: | 5.0 | 4.5-8.0 |
| Protein: | Trace | Negative |
| Glucose: | Negative | Negative |
| Ketone: | Negative | Negative |
| Bilirubin: | Negative | Negative |
| Blood: | 3+ | Negative |
| Nitrite: | Negative | Negative |

**Oregon Urology Institute**
2400 Hartman Ln Springfield, OR 97477
541-334-3350 Fax: 541-746-4569



**Michael M Cummins** Home:
Male DOB: 280454-2470001 Ins: DMAP (1)

| | | |
|---|---|---|
| **Urobilinogen:** | **normal** | 0.2-1.0 |
| **Leukocyte:** | **Negative** | Negative |

**Test performed by:** Rita Proulx RN

## Impression & Recommendations:

**Problem # 1:** URETERAL CALCULUS (ICD-592.1) (ICD10-N20.1)
Reviewed the CT in the office today. Due to patient's persistent symptoms with nausea and flank pain it is unlikely that he passed the stone spontaneously. Unable to get insurance authorization for a repeat CT to see if the stone has migrated. Due to the measurement of the stone 3 mm x 9 mm it is possible the stone rotated. Will review the case with Dr. Esrig and likely schedule the patient for ureteroscopy with laser lithotripsy and stent placement.
Risks of the procedure were discussed to include infection, bleeding, damage to the ureter, inability to perform the operation due to infection, any unforeseen problems, need for further surgeries as well as anesthetic complications to be discussed with anesthesia prior to surgery. Patient is willing to accept the risks today.

**Problem # 2:** RENAL COLIC (ICD-788.0) (ICD10-N23)
Currently pain is poorly controlled, will change from Percocet to oxycodone 5-10mg. Not having improvement with Zofran, will change to promethazine. Patient is cautioned not to drive on these medications as they can both cause sedation

Smoking status assessed. The patient reports smoking status is current every day smoker.
Advised to quit smoking and follow-up with Primary Care Provider.

## Patient Instructions:

1) We will call patient to schedule for ureteroscopy with laser lithotripsy within the next week.
2) Discussed that after the stent is placed it will need to be removed, patient is aware.
3) Advised patient to return after resolution of the stone to discuss 24-hour urine collection for stone panel to prevent stone recurrence.

*This note was transcribed using Dragon Speech Recognition software. As a result, there may be grammatical and spelling errors that are unintended. Every attempt is made to have correct dictation. If there are any questions or major errors, please contact our office.*

**Electronically Signed by Victoria Waltz PA-C on 06/07/2019 at 11:24 AM**
**Electronically Signed by Staci Lelong CMA on 06/10/2019 at 11:04 AM**

---

CUMMINS, MICHAEL

OCT 31 2017

MICHAEL CUMMINS 10/31/17
DOB:

S: 47 year old male was referred by Dr. Knowlton. He complains of itchy bumps on his left shoulder. Has a long history of acne, involving his trunk. He has not been treated for acne recently. However, he has tried many OTC treatments for the itchiness, including rubbing alcohol, antifungals, hydrocortisone, and Clearasil. The rubbing alcohol does provide some relief.

He points out several deep lesions on his forearms. The patient also gets frequent cystic lesions in the inguinal folds. Additionally, he has a history of a pilonidal cyst that recurred recently. He also has a rash on his left-antecubital region that has been present for years.

OTHER PAST MEDICAL HISTORY: See intake sheet.
CURRENT MEDICATIONS: See list.
ALLERGIES: See intake sheet.

O: Multiple inflammatory lesions and some cystic lesions on chest, abdomen, back, face, and shoulders. 3-cm, pink, slightly scaly plaque on left-antecubital region. KOH of this area is positive for short hyphae and spores. Cystic lesions with scarring are noted in inguinal folds. Deep, mobile, sub-cu, soft, 1-to 2-cm nodules noted on ventral forearms. Scattered inflammatory lesions noted on buttocks.

A: 1) Acne, grade 3/4.

P: Because of the severity of acne, patient deserves systemic therapy. Will start Bactrim DS 1 p.o. b.i.d. #60; 2 refills. Cautioned regarding potential adverse side effects of oral sulfa antibiotic. Also will recheck in 2 months.

2) Hidradenitis suppurativa, involving inguinal folds.

P: Discussed chronicity of this condition, importance of weight loss, and reduction or elimination of tobacco use. Use antibacterial soap such as Ivory. Recheck in 2 months.

3) Tinea versicolor, left-antecubital region.

P: Lotrimin cream; apply b.i.d. until clear.

4) Lipomas, ventral forearms.

P: Patient reassured.

Christy McAllister, P.A.-C
Supervising Physician-Eric Olson, M.D./gl

cc: David A. Knowlton, M.D. ws

JAN 05 2018

MICHAEL CUMMINS 01/05/18
DOB:

S: 47 year old male is here for followup of acne and of hidradenitis suppurativa involving trunk, axillae, and inguinal folds, which is improved 50% on Bactrim DS twice daily.

O: Numerous postinflammatory changes on chest, abdomen, back, and legs, with some active lesions in right axilla and right-inguinal fold.

A: 1) Acne, responding to current treatment.
2) Hidradenitis suppurativa, improving.

P: Continue Bactrim DS 1 p.o. b.i.d. #60; 1 year refills. Add Hibiclens soap; use daily in the shower. If doing well in several months, could taper Bactrim DS to 1 daily. Follow up with PCP as needed. If needing more refills after 1 year, will need a referral, or patient may get antibiotics from his PCP.

Christy McAllister, P.A.-C
Supervising Physician-Eric Olson, M.D./gl
cc: David A. Knowlton, M.D.

notes from Dr Knowlton

JUL 17 2018

MICHAEL CUMMINS 07/17/18
DOB:

S: 47 year old male is here for followup of acne and hidradenitis suppurativa. He was taking Bactrim DS until he developed nausea and diarrhea. At that time, his doctor asked him to discontinue all medications except for warfarin. Michael did not think that Bactrim DS was beneficial.

His acne is worse than ever. He is using Hibiclens twice weekly. Because he is on warfarin, the patient is having a hard time getting cystic lesions in the inguinal folds to heal. They bleed frequently.

He denies hepatitis B or C and TB. Michael does not have congestive heart failure. He denies personal or family history of multiple sclerosis. He denies cancer.

O: Multiple inflammatory lesions on chest, abdomen, back, shoulders, and arms. Few, scattered inflammatory lesions on face. Cystic lesions noted, with some inflammation and diffuse scarring, in inguinal folds and in pelvic region. Mild scarring in axillae.

A: 1) Acne, not under adequate control.

P: The patient says that his diarrhea has cleared. Will restart antibiotics with ampicillin 500 mg b.i.d. #60; 1 refill. Use benzoyl peroxide wash daily. Recheck in 2 months.

2) Hidradenitis suppurativa, not under adequate control.

P: Will try to switch patient to Humira. Will do P/A. Also, we will need to check TB and hepatitis B status prior to submitting P/A. Follow up in 2 months, after starting treatment. Written information provided.

Christy McAllister, P.A.-C
Supervising Physician-Eric Olson, M.D./gl
cc: David A. Knowlton, M.D.

Jul. 17. 2019 1:25PM
JAN 18 2019

MICHAEL CUMMINS 01/18/19
DOB:

S: 48 year old male is here for followup of hidradenitis suppurativa, which has improved dramatically on Humira. He is tolerating it well. Denies any adverse side effects, including illness.

O: Multiple inflammatory lesions in axillae and chest region. Few, scattered scars and resolving cystic lesions in inguinal folds and scrotum.

A: Hidradenitis suppurativa, improving.

P: Continue Humira. Encouraged weight loss and smoking cessation. Follow up in 6 months or sooner if necessary.

Christy McAllister, P.A.-C
Supervising Physician-Eric Olson, M.D./gl

CUMMINS, MICHAEL

7/25/18 HepB Test + TB Gold Test negative
Notify, Continue with PA for Humira/c

8-17-18 T/C from pharm-541-463-9559 Stating they filled pts Rx w/ Amoxicillin instead of Ampicillin ___KK
c

8-21-18 P.A. was denied through ins. ___
BL.
c

9-10-18 Pt. notified of ins. denial. Mailed out asst. application. Pt will look over app, he is not sure if he will do the application for asst. Pt will f/up w/ phone call on decision ___
BL
c

Appeal was denied through ins.
10-9-18 Pt. decided to apply for Abbvie asst. Was approved until 10-9-19. Pt was notified F/up for Humira training in our office once he receives medication. ___
BL.

10-9-18 T/C w/ pt. He will have the nurse Ambassador do in home Humira inj training. Pt has apt scheduled for 3mos F/up. ___
BL.
c

Quest Diagnostics



07/23/2018 03:43:34 PM

Report Status: Final - Courtesy Copy

CUMMINS, MICHAEL

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| CUMMINS, MICHAEL<br>DOB: AGE: 47<br>Gender: M<br>Phone: 541.554.8051<br>Patient ID: MC<br>Health ID: 8573018883225148 | Specimen: OW713209B<br>Requisition: 0000349<br><br>Collected: 07/17/2018 / 14:17 PDT<br>Received: 07/17/2018 / 21:58 PDT<br>Faxed: 07/23/2018 / 15:41 PDT | Client #: 31005426 MAILOUT<br>MCALLISTER, CHRISTY<br>ERIC OLSON, MD<br>1605 G ST<br>SPRINGFIELD, OR 97477-4227 |

**COMMENTS:** 12 HR FAST

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEPATITIS B SURFACE ANTIBODY QL | NON-REACTIVE | | NON-REACTIVE | NW |
| QUANTIFERON(R)-TB GOLD | NEGATIVE | | NEGATIVE | NW |
| | Negative test result. M. tuberculosis complex infection unlikely. | | | |
| NIL | 0.04 | | IU/mL | |
| MITOGEN-NIL | 7.09 | | IU/mL | |
| TB-NIL | <0.00 | | IU/mL | |

The Nil tube value is used to determine if the patient has a preexisting immune response which could cause a false-positive reading on the test. In order for a test to be valid, the Nil tube must have a value of less than or equal to 8.0 IU/mL.

The mitogen control tube is used to assure the patient has a healthy immune status and also serves as a control for correct blood handling and incubation. It is used to detect false-negative readings. The mitogen tube must have a gamma interferon value of greater than or equal to 0.5 IU/mL higher than the value of the Nil tube.

The TB antigen tube is coated with the M. tuberculosis specific antigens. For a test to be considered positive, the TB antigen tube value minus the Nil tube value must be greater than or equal to 0.35 IU/mL.

For additional information, please refer to http://education.questdiagnostics.com/faq/QFT (This link is being provided for informational/ educational purposes only.)

**PERFORMING SITE:**

NW QUEST DIAGNOSTICS-SEATTLE, 1737 AIRPORT WAY, S. SUITE 200, SEATTLE, WA 98134-1636 Laboratory Director: ROGER W GRAHAM,MD, CLIA: 50D0633094



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

## Session Information

| | |
|---|---|
| **Client:** | Cummins, Michael (262396) |
| **Staff:** | Hall, Christopher (254049) |
| **Document Date:** | 8/19/2019 |
| **Client Program:** | MH - Adult Outpatient (OCSAOP) |

## Authorization to Use and Disclose Protected Health Information

To Our Clients:
We can help you better if we are able to work with other agencies that know you and your family. By signing this form, you authorize the individual or agency listed below and Options to exchange information about you.

**Alternate Client Name:**

**Date of Birth:**

**Options Location:** Springfield: 175 W. B Street, Building D, Springfield, OR 97477

**Agency/Individual Name:** Kali Mustafa - legal secretary

**Address:** Roy Law Group - 1000 SW Broadway, Suite 900, Portland, OR 97205

**Phone:** 503
344-1726

## Records Included

Alcohol/Drug, Mental Health, and Medical Records include all aspects of diagnosis, treatment and prognosis. Documents exchanged may include but are not limited to assessments, service notes, service plans, and recommendations. Educational records include both behavioral and progress reports.

**Alcohol/Drug Treatment:** Please add initials here.
mc

**HIV Testing, Diagnosis, Treatment:** Please add initials here.
mc

**Genetic Testing:** Please add initials here.
mc

**Education Reports:** Please add initials here.
mc

**Social Services:** Please add initials here.
mc

**Mental Health Services:** Please add initials here.
mc

**Medical/Psychiatric Treatment:** Please add initials here.
mc

**Other:**

**All documents may be exchanged, unless I specify otherwise:**
- (●) Yes
- ( ) No

**Expiration date:** This release will expire one year from the date signed unless otherwise requested.
For one year from the signature date.

**Event:**

Information used or disclosed pursuant to this authorization may be subject to redisclosure and no longer protected under federal law. However, federal or state law may restrict redisclosure of HIV/AIDS, mental health information, genetic testing information and drug/alcohol diagnosis, treatment, or referral information.

You do not need to sign this authorization. Refusal to sign the authorization will

not adversely affect your ability to receive services or reimbursement for services. The only circumstance when refusal to sign this authorization means you will not receive services is if the services are solely for the purpose of providing health information to someone else and the authorization is needed to make that disclosure.

You may revoke this authorization at any time. If you revoke this authorization, the information described above may no longer be used or disclosed for the purpose described in this written authorization. To revoke this authorization in writing, please complete the Revocation of Release of Information Form at the nearest Options Counseling and Family Services office, or send a written statement to: ATTN: Medical Records, 1255 Pearl St., Suite 102, Eugene, Or 97401 AND state that you are revoking this authorization. You may also revoke this authorization orally by directing any Options staff member to complete the Revocation Release of Information Form on your behalf.

**Relationship to Client:** Client

To those receiving information under this authorization: This information disclosed to you is protected by state and federal law. You are not authorized to release to any agency or person not listed on this form without specific written consent of the person to whom it pertains unless authorized by other laws.

## Signatures

**Signatures:**



**Signature Date Time:** 8/19/2019 10:50 AM

**Signatory:** Cummins, Michael (Self)

**Enter New Signatory:** (if unavailable)

**Signature #1:** Christopher Hall (QMHA) - 8/19/2019 10:50 AM

## Signature History

| Action | Date | Staff |
|---|---|---|
| Document Signed | 8/19/2019 | Christopher Hall (QMHA) |

## Session Information

| | |
|---|---|
| **Client:** | Cummins, Michael (262396) |
| **Staff:** | Scott, Christopher (240846) |
| **Service Date/Time:** | 8/19/2019 11:00 AM - 1:00 PM |
| **Client Program:** | MH - Adult Outpatient (OCSAOP) |
| **Activity:** | Mental Health Assessment (MH-AS) |
| **Organization:** | Springfield |
| **Service Location:** | 11 - Office |

## Presenting Information

**Participants:** List individual and any other participants

Michael Cummins (Mike)
Chris Scott, QMHP

**Requested services:**

- ☐ Assessment
- ▣ Individual Therapy
- ☐ Psychological Testing
- ☐ Family Therapy
- ☐ Medication Management
- ☐ Skills Training
- ☐ Groups

**Presenting problem or need:** Why is the client/family seeking treatment now?

Mike wrote on his intake paperwork that he is seeking treatment now for "anxiety, stress, depression".

**Behavioral health concerns:** Please mark any concerns the adult or child might have in the following areas. Select only those that apply to the client.

- ▣ sad/depressed
- ▣ often fearful/afraid
- ☐ thoughts of suicide
- ▣ cry easily
- ☐ easily startled
- ☐ nightmares
- ▣ mood swings
- ▣ feel overwhelmed
- ▣ flashbacks
- ▣ can't sleep
- ▣ worry often
- ▣ can't remember things
- ▣ sleeping too much
- ▣ feel stressed
- ▣ can't concentrate
- ▣ tired often
- ▣ feel worthless
- ☐ hyperactivity
- ▣ muscle tension
- ▣ easily angered
- ▣ problems learning
- ☐ can't eat
- ▣ aggression
- ☐ hearing voices
- ▣ eating too much
- ▣ irritability
- ☐ seeing things that are not there
- ▣ feel anxious, nervous
- ▣ obsessive behaviors
- ☐ alcohol/drug use
- ▣ panic/anxiety attacks
- ☐ self harm behaviors

**Comments:** Please describe onset, frequency and duration of selected symptoms

Mike endorses depressed mood and says "usually it's every day, all day. ...For five, six years, a little bit longer." He denies any breaks for two months or more. Queried, Mike says "my sleep is terrible. I mean, disaster." Mike describes difficulties falling asleep and says that he wakes up earlier than he means to and cannot go back to sleep. He says further "ever since my disability got denied, I've basically become a graveyard person. ...I don't want to get out of bed, I don't want to do anything." Mike endorses feelings of hopelessness, difficulties with self-esteem, and "lots of fatigue and tiredness, soreness."

Mike describes "too many thoughts", and endorses persistent worry. He endorses feelings of anxiety and restlessness and says "social anxiety, too. It took me a lot to come in here, a lot," he says. He endorses that this feeling is something that he cannot control. Queried, he endorses this as occurring across and range of topics, including new people and places. Mike endorses feelings of fatigue and muscle soreness. Mike describes difficulties with irritability and says "I think that has a lot to do with the sleep thing and everything all combined. Oh yes, very irritable."

**Behavioral health effects:** Please check any of the following symptoms that may effect or have affected the client's life.

- ☐ abuse in family
- ☐ child with special needs
- ☐ concerns about children
- ▣ alcohol/drugs in family
- ▣ concerns about a parent
- ▣ death/grief

- ☐ divorce
- ☐ domestic violence
- ▣ family conflicts
- ☐ homeless
- ☐ housing concerns
- ▣ job loss
- ▣ legal issues/criminal record
- ☐ moving
- ▣ physical health concerns
- ☐ pregnancy
- ▣ relationship concerns

**Comments:** Please describe onset, frequency and duration of selected symptoms

Mike describes attempting to access social security disability insurance as a primary stressor, and he describes related financial and physical health stressors. Mike describes family conflicts briefly. He also endorses experiencing grief, but says "let's hold off" on discussing this further during today's assessment.

**Past treatment history:**
- ○ Yes
- ◉ No

## Functional Strengths & Needs

**Present work and/or school setting:** Mike reports that he is neither employed nor enrolled in school at this time.

Mike reports that he is actively requesting access to social security disability insurance benefits.

**Work/school areas needing support:** Check all that apply
- ☐ None applicable
- ☐ None reported
- ☐ Is on a school plan of assistance such as a 504 or IEP
- ☐ Support dealing with authority
- ☐ Support following rules
- ☐ Support with grades and academics
- ☐ Support with concentration and focus
- ☐ Support with school or work attendance
- ☐ Support with performance issues
- ▣ Limited or inadequate financial resources
- ☐ Other

**Comments:** Mike endorses finances as a stressor.

**Work/school strengths:** Check all that apply
- ▣ Not applicable
- ☐ None reported
- ☐ Committed and responsible
- ☐ Interested and enthusiastic
- ☐ Competent
- ☐ Good grades
- ☐ Other

**Social/recreational areas needing support:** Check all that apply
- ☐ Not applicable
- ☐ None reported
- ☐ Support to help identify activities
- ☐ Support with victimization or bullying
- ▣ Support accessing activities
- ☐ Support with skills to participate in activities
- ☐ Support developing more peers or social supports
- ☐ Support dealing with conflict with others

**Comments:** Mike says that he "used to have quite a few" hobbies, "but lately none."

**Social/recreational strengths:** Check all that apply
- ☐ Not applicable
- ☐ None reported
- ▣ Identified social supports
- ☐ Identifies interests and hobbies
- ☐ Interested and enthusiastic about interests and hobbies
- ☐ Regularly participates in interests and hobbies
- ☐ Regularly participates in social activities

**Comments:** Mike says that his ex-wife is a support.

## Medical and Developmental History

**Medical conditions:** Please describe any current or past chronic conditions including conditions requiring significant attention or medical oversight, chronic or episodic conditions.

Mike reports arthritis and surgery on his right knee. Mike reports that he had a pulmonary embolism previously. He also reports recurring kidney stones, which led to four hospital visits during the last year.

**Current medication(s) and dosage(s):** Mike reports that he is taking the following medications: Warfarin (6 mg/day), Propranolol (4 mg/day), Lisinopril (40 mg/day), Hydrochlorothiazide (25mg/day), Humira (40 mg/day), Allergy relief (25 mg/day), anti-diarrhea (2mg as need), and ibuprofen (800 mg as needed).

**Medication(s) prescribed by:** Include names of prescribers
Dr. Nolton
Dr. McAllister

**Primary care physician:** Dr. Nolton

**If none, name of referral:**

**Response to referral:** ○ Accepted ○ Declined

**Nutrition:** Please describe current eating habits including any concerns affecting or affected by the current behavioral health conditions (overeating, restriction of food, dieting, special food needs/sensitivities or textures).
Mike describes appetite disturbances due to mood, including gaining "40 lbs. in the last six months" due to "stress eating."

**Physical activity:** Please describe current physical activities including any concerns affecting or affected by the current behavioral health condition (frequency of exercise, limited or restricted mobility, fatigue/chronic pain, hyperactivity/hyperkinesis).
Mike endorses and describes limited physical activity due to health concerns.

**Sexuality:** Please describe any current concerns related to sexuality or sexual development (early sexual activity, sexual acting out, sex trafficking, changes in desire or current sexual behavior).
"There is none," Mike says. Queried, Mike endorses some difficulties in this area due to other health complications.

**General developmental history:** Mike reports that he was in special education classes during school. He says "towards the end, just didn't want to be there."

**Relevant Family History:** Mike says that he lives with his step-son, and he says that his ex-wife stays with him sometimes.

## Substance Abuse and Gambling Screening

**Are you currently in recovery for alcohol or substance use?** ○ Yes ◉ No

**[MEN] How many times in the past year have you had 5 or more drinks in a day?** ○ 1 or more ◉ None

**[WOMEN] How many times in the past year have you had 4 or more drinks in a day?** ○ 1 or more ○ None

**How many times in the past year have you used recreational drug?** ○ 1 or more ◉ None

**How many times in the past year have you used a prescription medication for nonmedical reasons?** ○ 1 or more ◉ None

**Have you ever used prescription or over the counter medication in excess of how it was prescribed? :** ○ Yes ◉ No

**Do you gamble?** ○ Yes ◉ No

**Referred to substance abuse and/or gambling treatment provider for** ○ Yes ◉ No

**further assessment:**

**Response to referral:** ○ Accepted ○ Declined

**Describe action plan to address substance abuse or gambling issues identified:**

## Legal Considerations

**Legal guardianship:**
○ Yes
◉ No

**Does the client have a representative payee?**
○ Yes
◉ No

**Does the individual have history or current involvement with the legal system:**
Family court, open DHS case, juvenile justice, etc.
◉ Yes
○ No

**Is treatment mandated by court or by an entity that provides legal protective services?**
○ Yes
◉ No

**Additional information regarding legal status and history:**
Please explain
Mike says that he was incarcerated for three days many years ago for "a bruise on my son... on the back of his calf". He says also that he was incarcerated briefly due to accusations of molesting his step-daughter. He says "all those charges got dropped. ...I had to fight that for quite a while. That was twenty-five, maybe thirty, years ago. That's the only time I got arrested, both of those."

## Trauma and Risk Screen

**Tell me about any difficult times/ situations/events/ experiences in your life:**
Check all that apply
- ▣ None reported
- ☐ Assault or threat
- ☐ Community violence
- ☐ Domestic violence
- ☐ Elder abuse
- ☐ Exposure to substance use
- ☐ Family member with mental health concerns
- ☐ Financial abuse
- ☐ Homelessness
- ☐ Medical
- ☐ Military trauma
- ☐ Natural or manmade disasters
- ☐ Other
- ☐ Parental criminal behavior
- ☐ Physical abuse
- ☐ Physical neglect
- ☐ School violence
- ☐ Sexual abuse or molestation
- ☐ Terrorism affected
- ☐ Torture/ritualistic abuse
- ☐ Verbal or emotional abuse
- ☐ War affected
- ☐ Witness to family violence
- ☐ Witness to violence
- ☐ Witness/victim to criminal activity

**Have you ever felt unsafe in any of your relationships?**
○ Yes
◉ No

**What or who has helped you manage your feelings and physical**

**safety around this/these experiences?**

## Danger to Self or Others

| | | | |
|---|---|---|---|
| **Danger to self:** | ▣ None reported | ☐ Current suicidal ideation | ☐ Recent suicide attempt |
| | ☐ History of suicide attempt | ☐ Current self injury ideation | ☐ Recent self injury ideation |
| | ☐ History of self injury ideation | ☐ Other | |
| **Current danger to others:** | ▣ None reported | ☐ Verbal aggression | ☐ Threat or plan |
| | ☐ Physical aggression | ☐ Abuse to family members | |
| **History of danger to others:** | ▣ None reported | ☐ Verbal aggression | ☐ Threat or plan |
| | ☐ Physical aggression | ☐ Abuse to family members | |

## Mental Status Exam

| | | | |
|---|---|---|---|
| **Appearance:** | ▣ Unremarkable | ☐ Clothing inappropriate to weather | ☐ Disheveled |
| | ☐ Bizzare | ☐ Clothing unclean | ☐ Physically unclean |
| **Motor:** | ▣ Unremarkable | ▣ Restless | ☐ Tics |
| | ☐ Gestures | ☐ Slowed | ☐ Twitches |
| **Attitude toward examiner:** | ☐ Contemptuous | ☐ Demanding | ☐ Hostile |
| | ▣ Cooperative | ☐ Evasive | ☐ Seductive |
| | ☐ Defensive | ☐ Guarded | ☐ Unclear |
| **Mood:** | ☐ Unremarkable | ☐ Depressed | ☐ Irritable |
| | ☐ Angry | ☐ Dysphoric | ☐ Labile |
| | ▣ Anxious | ☐ Euphoric | ☐ Unclear |
| | ☐ Apprehensive | | |
| **Affect:** | ☐ Expansive | ▣ Normal range | ☐ Reduction in range |
| | ☐ Flat | | |
| **Appropriateness of mood/affect:** | ▣ Congruent with mood | ☐ Incongruent with mood | ☐ Unclear |
| **Thought process:** | ▣ Unremarkable | ☐ Loose association - ideas unrelated | ☐ Tangential - loses thread of thought |
| | ☐ Blocking - can't remember what was said | ☐ Perseveration - persistent repetition of words | ☐ Unclear |
| | ☐ Circumstantial - talks about irrelevent issues | ☐ Racing thoughts | |
| **Content of thought:** | ▣ Unremarkable | ☐ Obsessions and compulsions | ☐ Phobias |
| | ☐ Delusions | ☐ Paranoia | ☐ Unclear |
| | ☐ Homicidal ideation | | |
| **Alertness:** | ▣ Alert | ☐ Lethargic | ☐ Stupor |
| | ☐ Fugue state | ☐ Not oriented | ☐ Unclear |
| **Orientation:** | ☐ Not oriented to context | ☐ Not oriented to time | ☐ Unclear |
| | ☐ Not oriented to place | ▣ Orientation to time, place and person | |
| **Memory:** | ▣ No impairments | ☐ Remote memory impaired | ☐ Unclear |
| | ☐ Recent memory impaired | | |

| | | | |
|---|---|---|---|
| **Concentration/ attention:** | ☐ Impaired | ▣ Unimpaired | ☐ Unclear |
| **Abstract thinking:** | ☐ Appropriate | ☐ Overly abstract | ☐ Unclear |
| | ☐ Concrete | | |
| **Congnitive functioning:** | ☐ Above average | ☐ Below average | ☐ Unclear |
| | ▣ Average | | |
| **Speech:** | ▣ Unremarkable | ☐ Mumbled | ☐ Repetitive |
| | ☐ Incoherent | ☐ Mute | ☐ Slow |
| | ☐ Lacks spontaneity | ☐ Pressured | ☐ Slurred |
| | ☐ Loud | ☐ Rambling | ☐ Soft spoken |
| | ☐ Mechanical | ☐ Rapid | ☐ Whispered |
| | ☐ Monotone | | |
| **Perceptual disturbances:** | ▣ None apparent | ☐ Tactile hallucinations | ☐ Visual hallucinations |
| | ☐ Auditory hallucinations | | |
| **Judgement:** | ▣ Fair | ☐ Poor | ☐ Unclear |
| | ☐ Good | | |
| **Reliability:** | ▣ Reliable | ☐ Unclear | ☐ Unreliable |

**Summary of mental status exam:** Michael Cummins presents as a forty-nine-year-old Caucasian man. He appears appropriately groomed and dressed for today's assessment. His mood appears anxious. His affect appears congruent and within the normal range. He appears alert and fully-oriented. He does not display signs of perceptual disturbances or impairments in cognition. His attitude appears cooperative. He appears reliable in his disclosures.

## Treatment Recommendations

**Summary of treatment recommendations:** Mike is requesting individual therapy. This request is endorsed by this writer.

## Client DSM Diagnosis as of 8/19/2019 11:00 AM

| | |
|---|---|
| **Client:** | Cummins, Michael (262396) |
| **Effective Date/Time:** | 8/19/2019 11:00 AM |
| **External Diagnosis:** | No |
| **Diagnosed By:** | Scott, Christopher (240846) |
| **Comments:** | |

## Diagnosis

| DSM-5 | Severity/Specifier | ICD-10 | Comments |
|---|---|---|---|
| F41.1 - Generalized Anxiety Disorder | | F41.1 - Generalized anxiety disorder | |
| F34.1 - Persistent Depressive Disorder (Dysthymia) | | F34.1 - Dysthymic disorder | |

The Diagnoses above display in priority order.

## Psychosocial and Contextual Factors

| ICD-10 Code - Description | Comments |
|---|---|
| Z65.3 - Problems Related to Other Legal Circumstances | |
| Z59.7 - Insufficient Social Insurance or Welfare Support | |
| Z65.9 - Unspecified Problem Related to Unspecified | |

| Psychosocial Circumstances |
| --- |
| Z63.4 - Uncomplicated Bereavement |

## Diagnostic Formulation

During today's assessment, Michael Cummins (Mike) has reported and endorsed symptoms that are consistent with a generalized anxiety disorder (F41.1) as described by the DSM-5. In this, Mike reports and endorses persistent feelings of anxiety and worry which he finds difficult to control and which occurs across a range of topics. Mike endorses and describes this as a restless feeling, which also includes related symptoms of fatigue, muscle soreness, and irritability, Concurrently, Mike has also reported symptoms that are consistent with a persistent depressive disorder (F34.1). Here, Mike affirms persistent feelings of depressed mood, throughout most of the day on most days, for many years continuously without any significant breaks for more than two months. Within this, Mike affirms feelings of hopelessness, difficulties with self-esteem, feelings of fatigue, diminished interest in activities, and disturbances of sleep and appetite. Contextually, Mike describes ongoing efforts to access social security disability benefits (Z65.3, Z59.7) as a pronounced stressor. He also notes two additional stressors for further exploration during therapy participation- bereavement (Z63.4) and family conflict (Z65.9).

## Signatures

**Signature #1:** Christopher Scott (QMHP) - 8/19/2019 12:33 PM
**Signature #2:** Julia Speir (LCSW) - 8/20/2019 3:48 PM

## Signature History

| Action | Date | Staff |
| --- | --- | --- |
| Document Signed | 8/19/2019 | Christopher Scott (QMHP) |
| Document Signed | 8/20/2019 | Julia Speir (LCSW) |

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8400

| | |
|---|---|
| Date: | September 5, 2019 |
| To: | CHRIS ROY<br>ROY LAW<br>1000 SOUTHWEST BROADWAY<br>SUITE 900<br>PORTLAND OR 97205 |
| Attn: | |
| Fax: | (855) 344-1726 |
| From: | Lois Beaupain<br>Appeal Associate<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8400 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 7224525<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8400

September 5, 2019

Chris Roy
Roy Law
1000 SOUTHWEST BROADWAY
SUITE 900
PORTLAND, OR 97205

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins

Dear Chris Roy:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Astec Industries, Inc.'s Group Disability Policy. We are writing in reference to Michael Cummins's claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on Michael Cummins's Long Term Disability (LTD) claim.

Mr. Cummins's file is being forwarded to Lincoln Financial Group's Appeal Review Unit for an independent review of his claim eligibility. His claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Lincoln Financial Group's response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Lois Beaupain
Appeal Associate
Phone No.: (888) 437-7611 Ext. 16466
Secure Fax No.: (603) 334-8400

7C247190038

ROY LAW GROUP

1000 SW BROADWAY
SUITE 900
PORTLAND, OR 97205
503-206-4313
855-344-1726 FAX
ROYLAWGROUP.COM

gust 27, 2019

**ia USPS Certified Mail/Return Receipt Requested**

The Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Groups Benefits Disability Claims
PO Box 7213
London, KY 40742-7213

**Re: Appeal of Liberty Life Assurance Company of Boston's Denial of LTD Benefits *and* Waiver of Life Insurance Premium**

**Claimant: Michael Cummins**
**Claim Number: 7224525**
**Plan/Policy Holder: Astec Industries, Inc.**

Ladies & Gentlemen:

Please see the enclosed disc containing 546 pages containing Mr. Cummins' Appeal and corresponding exhibits. As stated in the Appeal, we are awaiting an additional set of medical records, and ask that you toll your review until these records can be accounted for in order to provide Mr. Cummins with a full and fair review.

Best Regards,

Kali Mustafa
Legal Assistant
kali@roylawgroup.com
enc.

Roy Law LLC
1000 SW BROADWAY STE 900
PORTLAND OR 97205-3083

**USPS CERTIFIED MAIL**

9414 8108 9876 5042 9546 60

The Liberty Life Assurance Company of Boston
Appeals Review Unit
PO BOX 7213
LONDON KY 40742-7213

US POSTAGE AND FEES PAID
FIRST-CLASS
Aug 27 2019
Mailed from ZIP 97205
1 oz First-Class Mail Flats Rate

071S00777793

endicia

ROY LAW GROUP

**Roy Law Group**
**1000 SW Broadway**
**Suite 900**
**Portland, OR 97205**
**Tel: 503-206-4313 Fax: 855-344-1726**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Appeal Review Unit | **From:** | Kali Mustafa |
| **Fax:** | 1-603-334-8630 | **Date:** | August 27, 2019 04:13 PM |
| **Organization:** | Liberty Life Assurance Company of B | | |
| **Subject:** | **Michael Cummins 7224525** | | |

Please see the attached 19 pages constituting Mr. Cummins' Appeal. As noted in the Appeal, we are awaiting an additional set of medical records, and ask that you toll your review until you have received them, in order to provide a full and fair review of Mr. Cummins' Appeal. Additionally, a disc containing Mr. Cummins' exhibits will arrive at your office shortly.

Thank you!

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

ROY LAW GROUP

1000 SW BROADWAY
SUITE 900
PORTLAND, OR 97205
503-206-4313
855-344-1726 FAX
ROYLAWGROUP.COM

August 27, 2019

Via Facsimile (603-334-8630) (without Exhibits) & Via USPS Certified Mail/Return Receipt Requested (with Exhibits)

The Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Groups Benefits Disability Claims
PO Box 7213
London, KY 40742-7213

**Re: Appeal of Liberty Life Assurance Company of Boston's Denial of LTD Benefits *and* Waiver of Life Insurance Premium**

**Claimant: Michael Cummins**
**Claim Number: 7224525**
**Plan/Policy Holder: Astec Industries, Inc.**

Ladies and Gentlemen:

This firm represent Michael Cummins in his appeal of Liberty Life Assurance Company of Boston's ("Liberty") denial of his Long Term Disability ("LTD") insurance benefits *and* waiver of life insurance premium (if applicable). This letter is submitted pursuant to Liberty's appeal denial letter, dated February 28, 2019 ("Denial"). This letter and associated exhibits "A" – "I" constitute Mr. Cummins' appeal ("Appeal").

## I. Summary of Mr. Cummins' Position

In September 2016, Mr. Cummins suffered an on-the-job injury resulting in a right knee sprain and complex tear of his right medial meniscus. The continuing effects of this condition, combined with severe osteoarthritis of the same knee, render him disabled from the reasonable performance of any full-time occupation.

In fact, Mr. Cummins' treating orthopedist has recently recommended a full knee replacement. But these are not the only conditions debilitating Mr. Cummins and leaving him unable to work. Rather, Mr. Cummins suffers from a daunting

combination of conditions and resultant symptoms, all of which must be considered in a holistic sense by Liberty. Moreover, Mr. Cummins has been prescribed numerous medications to treat his chronic pain and other symptoms, the effects of which further diminish his physical and cognitive capacities. In sum, the disabling impact of Mr. Cummins' conditions and necessary medications, when considered both individually and in combination, should provide no real doubt as to his inability to perform the material and substantial duties of any occupation with a requisite, reasonable continuity.

Notwithstanding, the Denial asserts that Mr. Cummins is no longer entitled to disability benefits. In reaching this conclusion, Liberty committed multiple errors, including: 1) ignoring the results of an Functional Capacity Evaluation ("FCE") which precluded him from performing the duties of a sedentary occupation; 2) relying on an outdated, flawed peer review; 3) relying on a cursory Transferable Skills Analysis ("TSA"); 4) failing to engage in a meaningful dialogue; 5) ignoring or effectively disregarding updated, treating physician reports; and 6) failing to give appropriate weight to Mr. Cummins' self-reports.

In support of and as a part of his Appeal, along with the relevant statutory, regulatory, and case law applicable to his claim, Mr. Cummins submits the following exhibits:

1. Exhibit A: Declaration of Michael Cummins;
2. Exhibit B: Declaration of Charmaine Bishop;
3. Exhibit C: Narrative Letter from David Knowlton, M.D.;
3. Exhibit D: Medical records from McKenzie Family Practice;
4. Exhibit E: Medical records from Peacehealth;
5. Exhibit F: Medical records from Oregon Urology Institute;
6. Exhibit G: Medical records from Eric Olsen, MD;
7. Exhibit H: Medical records from Oregon Medical Group;[1] and
8. Exhibit I: Mental Health records from Options Counseling Services.[2]

---

[1] Mr. Cummins recently received treatment at this facility. The records have been requested and are currently being processed. Mr. Cummins respectfully asks that you toll his review until these records can be made available to Liberty for a full and fair review.

[2] Mr. Cummins had an initial mental health assessment with Options Counseling Services ("OPS") on August 19, 2019. His first full appointment is pending. While Mr. Cummins does not request that the initiation of review be tolled awaiting receipt of further OPS records, Liberty is asked to consider any additional OPS records forwarded as part of the Appeal.

## II. Facts

Mr. Cummins was born on in Eugene, Oregon, where he continues to reside. After high school, he worked a series of jobs in the labor industry, leading up to his employment with Johnson Crushers International in March 2016. In September 2016, Ms. Cummins suffered a right knee sprain and complex tear of his right medial meniscus. After the injury occurred, he attempted to remain working as he was uncertain of its severity, believing the injury only needed rest and ice. By October 2016, however, the pain was unbearable, and Mr. Cummins was forced to stop working.

In November 2016, Mr. Cummins underwent a right knee arthroscopy, and a partial medial meniscectomy. His recovery was slow, with limited improvement in functionality. He underwent several weeks of physical therapy in an effort to return to work. In April 2017, Mr. Cummins urged his physicians to release him back to work as he believed he had no other option. In short, the time off upended his finances, and he required some sort of income. Consequently, at his urging and with what appeared to be great hesitance, his physicians released him back to work.

After only three days of employment, though, Mr. Cummins was forced to stop working due to the pain and swelling in his knee. He struggled to walk for the last two days. Then, he rested and elevated his knee for approximately a week to allow for the swelling to subside and even attempted to return to work with a different company. But once again, Mr. Cummins was forced to stop working after three days for the same issues—pain, swelling and limited mobility. He has been unable to work since.

In the years following, Mr. Cummins has not experienced an improvement in his condition. Rather, he continues to have pain and swelling in his right knee that is aggravated by standing, walking, and prolonged sitting. However, if he remains in one position for too long, his knee becomes stiff because of his osteoarthritis. In early 2018, Mr. Cummins suffered a near fatal pulmonary embolism and has since relied on blood thinners to curb the presence of the deep vein thrombosis in his left leg. Further, Mr. Cummins experiences headaches daily, with frequent migraines. He also has to be within close proximity of a restroom as he has chronic diarrhea, which his physician believes is due to the medications he has been prescribed. In addition to all of his symptoms, he has gained nearly 40 lbs. since being out of work, as he no longer possesses the capacity to be active, let alone

exercise. The increase in weight has put additional strain on his joints, which amplifies his pain any time he walks.

Mr. Cummins has had a difficult time adapting to his limiting conditions. He spends the majority of his time in his recliner or lying on his couch, as each position will allow him to elevate his knee. Most days, it is rare that he is able to achieve any sort of restorative sleep, due to constantly shifting positions to remain comfortable—and the anxious, racing thoughts of his current situation that he is unable to quiet. As a result, Mr. Cummins often does not fall asleep until 3:00 AM or 4:00 AM. When he wakes, it is often late morning or early afternoon, and he is exhausted. There are times when he will spend an additional 2 – 3 hours lying in bed before getting up. The biggest obstacle he faces when he wakes is the stiffness of his right knee, making his first steps out of bed incredibly painful.

The medications that Mr. Cummins has been prescribed are not without their very significant side effects. He has been prescribed 20 mg of omeprazole that he takes daily and he experiences the side effects of diarrhea and nausea. He takes 2 mg of loperamide daily, often leaving him drowsy and fatigued. Mr. Cummins has also been prescribed 6 mg of warfarin daily, which exacerbates the headaches he experiences. Each week he takes 40 mg of Humira subcutaneously, which adds to his nausea and headaches. The 25 mg of hydrochlorothiazide he takes daily leaves him feeling weak and drowsy. Lastly, Mr. Cummins takes 40 mg of lisinopril each day, further adding to his fatigue and chronic diarrhea. The combination of these side effects presents an additional barrier to performing even basic activities of daily living, let alone the prospect of a reentry into the competitive work environment—yet the medications are necessary to treat his multiple, serious conditions.

After Mr. Cummins takes his medications, he will eat breakfast. Mr. Cummins' ex-wife and his son take care of all the household duties such as cooking, cleaning, laundry, grocery shopping, and yard work.[3] As such, one of them will usually have breakfast ready for him. If not, he will eat something simple like a bagel that takes little time to prepare. Mr. Cummins is unable to cook on his own, as the time spent standing aggravates his knee. Plus, he is usually only capable of standing in spurts of five minutes or less.

---

[3] Mr. Cummins does not have biological children, but he considers the adult child of his ex-wife to be his son.

After breakfast, Mr. Cummins will spend a good deal of his day in the living room alternating between his recliner or couch, making sure to keep his knee elevated. This is complicated by the fact that he is only able to sit for roughly 30-minute increments, since the pain of sitting in one position leads to stiffness in his knee and a tightness in his lower back. To avoid this pain, he will get up and pace his living room for a few minutes before he returns to a reclined or lying down position. On average, Mr. Cummins is capable of walking 100 feet before he has to rest. This allows him to check the mail across the street, but not much else.

Any type of activity or prolonged sitting with the inability to elevate his knee aggravates Mr. Cummins' pain, which will lead to swelling. In an effort to combat this, Mr. Cummins has an ice regimen that he adheres to, especially if he knows he has to be active. Any time he leaves his house for an appointment, he relies on a knee brace to help stabilize his knee. To curb as much swelling as possible, Mr. Cummins will frequently place an ice pack on his knee, allowing the brace to hold it in place while he is mobile. In most cases, he avoids leaving his house as he needs to have easy access to a restroom—and, due to the insecurity he experiences from any uncertain terrain he may have to walk. For example, any type of incline and or stairs is terrible for his condition. In an effort to place as little weight on his right knee as possible, he tends to overcompensate by allowing his left leg to bear the brunt of his weight. In turn, this has led to pain in his left leg and hips. Each time he returns home, he immediately has to rest and return to an elevated position as his knee will undoubtedly be swollen. Mr. Cummins also requires assistance with fastening and removing the brace.

Mr. Cummins' weeks are comprised of good days and bad days. On average, he experiences 4 – 5 bad days per week, in which his capabilities are further diminished. His headaches occur daily and are a part of his baseline pain. When they progress to migraines, he becomes sensitive to light and sound and will spend most of his time in his room, where his windows are blacked out and prevent daylight from entering. A few weeks ago, his migraine was so intense that he was unable to see clearly out of his left eye for the duration of the day. His vision was blurry, and he was unable to focus. He spent the day with a warm washcloth over his eye until he was able to regain full sight.

When Mr. Cummins experiences a good day and does not have a migraine, and when his pain levels are tolerable, he will use the opportunity to go outside for fresh air and water his lawn. He is able to do this by sitting on his stoop and using the hose, as opposed to the sprinkler. The activity usually takes 5 – 10 minutes. If his ex-wife or son is making a quick trip to the store, for something simple like

milk or bread, he will ride along in the car to simply get out of the house. He remains in the car for the 5 – 10 minutes while they're inside the store, and then he immediately returns home.

Prior to his knee injury, Mr. Cummins led a completely different lifestyle. He had always been employed in a highly physical, demanding job and never encountered any problems keeping up with the workload. He was more involved with the household chores, taking on the tasks of mowing the lawn and weeding the garden when needed. On top of it all, he was very social, easily having the stamina to socialize with friends and co-workers before and after work. His weekends were spent mostly outdoors, either camping, hiking, or fishing. During the summer months, he was frequently at the local racing track watching car races. Currently, Mr. Cummins no longer possesses the physical capacity to do any of these activities and finds himself rarely socializing.

Since Mr. Cummins has been forced to live within these daunting physical limitations, he has found the totality of his circumstances to be an exceedingly difficult headspace to occupy. His inability to provide for himself or for his family, or even to pay his own bills, has weighed heavily upon him. He is dependent on other people to perform most of his activities of daily living. And since he is discouraged to find himself in this position, he is frequently plagued with anxious thoughts and bouts of depression. In his most recent appointment with his primary care provider, therefore, Mr. Cummins was referred to a mental health therapist to address these issues.

## III. The LTD Policy

The LTD policy states:

> "**Disability**" or "**Disabled**" means:
>
> 1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:
>
> ...
>
> b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and

ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

"**Injury**" means bodily impairment resulting directly from an accident and independently of all other causes. For the purpose of determining benefits under this policy:

1. any Disability which begins more than 60 days after an Injury will be considered a Sickness; and
2. any Injury which occurs before the Covered Person is covered under this policy, but which accounts for a medical condition that arises while the Covered Person is covered under this policy will be treated as a Sickness.

"**Material and Substantial Duties**" means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.

"**Sickness**" means illness, disease, pregnancy or complications of pregnancy.

As explained and demonstrated throughout the remainder of this Appeal, Mr. Cummins meets Liberty's definition of disability for his current and future "Any Occupation" period.

## IV. Mr. Cummins is disabled under the LTD Policy

### A. Mr. Cummins' condition is well documented

Exhibit "B," the Declaration of Charmaine Bishop, contains objective evidence of Mr. Cummins' disability. Objective evidence is any evidence "perceptible to persons other than the affected individual." *Culp v. Metro. Life Ins. Co.*, 2015 U.S. Dist. LEXIS 174360, at *13 (D. Or. Sept. 28, 2015) (*quoting Merriam Webster Medical Dictionary*).[4] And Ms. Bishop, as an individual who has known Mr. Cummins intimately since 1994, is ideally positioned to offer objective perceptions as to the full extent of his debilitated condition and plethora of symptoms. To this end, the "stark contrast" Ms. Bishop details, between today and the "completely different lifestyle" he had enjoyed before his injury, is compelling evidence of disability.

[4] *See* http://www.merriam-webster.com/medlineplus/objective (last visited Aug. 27, 2019).

Also, Exhibits "C" to "I" provide additional medical and therapeutic evidence not previously reviewed by Liberty. Of these, perhaps most telling is Exhibit "C," the narrative letter from Mr. Cummins' long-time treating physician, Dr. David Knowlton. Specifically, Dr. Knowlton states that Mr. Cummins is disabled to a degree that "he is unable to perform the material duties of a full time sedentary occupation." In Dr. Knowlton's professional opinion, this conclusion is based on the severe osteoarthritis in Mr. Cummins' right knee, causing pain and frequent edema, in combination with the recent development of chronic migraines. According to Dr. Knowlton, Mr. Cummins cannot presently sit for more than 15 minutes at a time, **or for more than 2 hours in an 8-hour day**. Further, Dr. Knowlton affirms that the numerous medications prescribed to Mr. Cummins produce side effects of "nausea, dizziness, headaches and weakness," the combination of which also "would prevent him from performing the duties of a sedentary occupation with reasonable continuity."

The progressive deterioration noted by Dr. Knowlton is not a surprise. The results from Mr. Cummins' FCE, conducted on August 17, 2017, had already established that he is unable to perform the duties of a sedentary occupation. In fact, the FCE report determined he was only able to sit for 30 minutes at a time and for **no more than 4 hours in an 8-hour day**. On this basis alone, the Denial should be overturned—since the Ninth Circuit applies the "commonsense conclusion" that "an employee who cannot sit for more than four hours in an eight-hour workday cannot perform 'sedentary' work that requires 'sitting most of the time.'" *Armani v. Nw. Mut. Life Ins. Co.*, 840 F.3d 1159, 1163 (9th Cir. 2016). Much more, therefore, Mr. Cummins' current capacity, to sit for no more than 2 hours in a workday, renders the prospect of a sedentary occupation completely contrary to common sense.

Again, the FCE was completed more than two years ago, when Mr. Cummins was in considerably better shape than he is in now—e.g., as his declarative statement, Exhibit "A," details his materially deteriorated state through mid-2019. For instance, he has gained nearly 40 lbs., which puts additional pressure on his joints, amplifying his pain. Also, he suffered a near fatal pulmonary embolism and has since relied on blood thinners to curb the presence of the deep vein thrombosis in his left leg. Still further, he has developed chronic diarrhea in response to multiple medications prescribed and now must remain within close proximity of a restroom at virtually all times.

Similarly, over the period that Mr. Cummins has been unable to work, he has reliably complained of knee pain stemming from the severe osteoarthritis of his

right knee. In an office visit (Exhibit "D") with Dr. Knowlton on September 5, 2018, a general examination revealed "bony hypertrophy of [his] knees." Consequently, he received a steroid injection to help curb the pain. Likewise, in an office visit on January 19, 2019 (Exhibit "D"), Dr. Knowlton noted that Mr. Cummins' "right knee ROM [range of motion] is reduced and [his] entire knee is tender."

More recently, in an office visit (Exhibit "D") on March 7, 2019, Dr Knowlton found that Mr. Cummins "has severe arthritis of the right knee and this is quite debilitating to him." Upon further examination, Dr. Knowlton also observed "hypertrophy of the right knee which [had] slight effusion as well." Mr. Cummins received another steroid shot for temporary relief on the same visit.

Unfortunately, Mr. Cummins' pain and other symptoms are still present, even when he has the ability to recline and elevate his leg throughout the day. It is entirely reasonable, therefore, to assume that his symptoms would actually **worsen** with the advent of a strict schedule and the physical demands that a full-time sedentary occupation would generate. Indeed, any other outcome would seem quite unrealistic.

### B. Liberty must consider the impact of prescribed medications

Mr. Cummins is prescribed omeprazole, loperamide, warfarin, Humira, hydrochlorothiazide, and lisinopril. He indicates they cause him to experience the following symptoms, which are well known for these medications: diarrhea, nausea, headaches, drowsiness, weakness, and fatigue. Liberty must address how Mr. Cummins could perform the duties of a sedentary occupation while taking these medications. *Sacks v. Standard Ins. Co.*, 671 F. Supp. 2d 1148, 1165 (C.D. Cal. 2009) (noting that the side effects of a claimant's medication must be considered when evaluating disability); *see also Adams v. Prudential Ins. Co. of America*, 280 F. Supp. 2d 731, 741 (N.D. Ohio 2003) (holding it arbitrary and capricious to fail to consider the impact of medication side effects in regard to a claimant's ability to perform a particular job).

Further, pain (or narcotic medications) may impact attention and concentration, regardless of the exertional level. Failure to take pain and medication side effects into account is arbitrary and capricious. *Smith v. Continental Casualty Co.*, 450 F.3d 253, 264-65 (6th Cir. 2006).

### C. Liberty must give substantial weight to Mr. Cummins' treating providers' opinions

Courts have a strong preference for treating physicians' opinions over mere document reviews or one-time examinations. *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 834 (2003). In fact, courts have held, following *Nord*, that "a district court may, in conducting its independent evaluation of the evidence in the administrative record, take cognizance of the fact … that a given treating physician has a greater opportunity to know and observe the patient than a physician retained by the plan administrator." *Ayers v. Life Ins. Co. of North America*, 869 F. Supp. 2d 1248, 1264 (D. Or. 2012) (*quoting Jebian v. Hewlett-Packard Co. Emp. Benefits Org. Income Protection Plan*, 349 F.3d 1098, 1109 (9th Cir. 2003)).

In this regard, Dr. Knowlton has been Mr. Cummins' primary care provider since January 2010—**for nearly 10 years**. As such, he is by far the most knowledgeable and qualified physician to speak on Mr. Cummins' condition. And as already noted, Dr. Knowlton has found it more probable than not that Mr. Cummins could no longer endure even 2 hours of sitting in the course of a regular workday, thereby rendering him conclusively disabled from any sedentary occupation.

But this strong medical opinion, issued just one day before the Appeal, did not suddenly appear from a clear blue sky. In January 2019, Dr. Knowlton completed a Restrictions Form for Liberty, in which he ultimately crossed out all of the work classification options listed. It should be pointed out that Liberty's form included no option that would have allowed a provider to signify that a patient was *not* able to return to work. Because of this design, Dr. Knowlton initially marked the lightest option: sedentary. However, upon learning that in so doing he had unwittingly indicated that Mr. Cummins was capable of work on a full-time basis, he then crossed out both the sedentary box and all others—while also initialing his revision and explaining that any sedentary signification had been in "error." Still, lest there be any confusion or ongoing debate, Dr. Knowlton has authoritatively affirmed his opinion of a full-disability restriction via Exhibit "C."

### D. Liberty must credit Mr. Cummins' self-reported symptoms of pain and fatigue at face value

The Ninth Circuit Court of Appeals has long acknowledged that individual reactions to pain and fatigue are subjective and not easily determined by reference to objective measurements. *Saffon v. Wells Fargo & Co. Long Term Disability Plan*, 522 F.3d 863, 872-73 (9th Cir. 2008); *see also Bunnell v. Sullivan*, 947 F.2d 341, 345

(9th Cir. 1991) (en banc) ("[A]n adjudicator may not reject a claimant's subjective complaints based solely on a lack of objective medical evidence to fully corroborate the alleged severity of pain"); *Fair v. Bowen*, 885 F.2d 597, 601 (9th Cir. 1989) ("[P]ain is a completely subjective phenomenon" and "cannot be objectively verified or measured").

Where a claimant's condition does not lend itself easily to objective verification, such as in cases of pain and fatigue, a claimant's subjective reports must be duly considered. *Ettel v. Unum Life Ins. Co. of Am.*, 2008 U.S. Dist. LEXIS 103419, at *11-13 (W.D. Wash. Dec. 10, 2008); *see also Palmer v. Univ. Med. Grp.*, 994 F. Supp. 1221, 1233-34 (D. Or. 1998); *Gilmore v. Liberty Life Assurance Co. of Boston*, 2014 U.S. Dist. LEXIS 57529, at *17-18 (N.D. Cal. Apr. 24, 2014).

As already noted, Mr. Cummins' condition has continued to deteriorate, and he now experiences headaches occurring daily, with frequent migraines. The presence of his chronic headaches has been documented in nearly every office visit with Dr. Knowlton (Exhibit "D") ranging from October 3, 2018, to his most recent visit on July 10, 2019—with Dr. Knowlton here remarking that his "migraine headaches are returning." Additionally, on June 7, 2019, in an office visit with Physician's Assistant Victoria Waltz (Exhibit "F"), Mr. Cummins again complained of frequent headaches. And on July 3, 2019, while hospitalized at PeaceHealth (Exhibit "E"), one of his main complaints was a migraine headache.

In sum, Mr. Cummins has complained of his chronic headaches with frequent migraines to nearly all of his providers. While he has employed the use of beta blockers, he has experienced little lasting relief, and his painful headaches continue to persist. Moreover, the severity of this chronic migraine condition has now risen to a such a level that Dr. Knowlton expressly lists this as a contributing factor in the medical restrictions that render Mr. Cummins "unable to perform the material duties of a full time sedentary occupation." Exhibit "C."

## V. Liberty's Denial was unreasonable

### A. Liberty relied on an outdated, flawed peer review to make a determination

Liberty issued the Denial on February 28, 2019—relying, in part, on a stale peer review that was performed approximately seven months prior. Accordingly, the peer review did not take into account Mr. Cummins current conditions, nor his primary care provider's most recent restrictions, which preclude him from

performing a sedentary occupation. Further, the peer review mistakes evidence in multiple instances.

The peer review was originally conducted by Dr. Deborah Baldemor on July 31, 2018. Then, an August 6, 2018 clarification letter written by Dr. Baldemor advised: "It is of note that neither the initial RTW note from occupational medicine in April 2017 nor the FCE in August 2017 indicated any evidence for impairment for sedentary capacity on a full-time or part-time basis." Liberty quotes this statement, and little else from Dr. Baldemor, in support of the Denial.

Yet this assertion by Dr. Baldemor is patently and factually incorrect—since the FCE plainly demonstrated Mr. Cummins' inability to sit for longer than 4 hours in an 8-hour day, which, again, precludes him from performing the duties of a sedentary occupation. Moreover, now that Dr. Knowlton has confirmed a continued deterioration of Mr. Cummins' condition though 2019, **fully halving his sitting limitation to an absolute maximum of 2 hours in a workday**, the fatal flaw of obsolescence within Dr. Baldemor's review is all the more apparent.

In another example of review error, Dr. Baldemor incorrectly summarizes Mr. Cummins' efforts during the FCE as "incomplete," indicating that "the claimant did not display full effort throughout the testing as he 'refused' some parts of the exam." To justify this assertion, she remarks that Mr. Cummins declined to climb the ladder and stairs portion of the exam. A more thorough reading of the FCE, however, would have provided an accurate picture by clarifying that:

> MC demonstrated functional limitations in flexibility of the right knee during some tasks. He performed partial vs full squats, half kneeling only on the left each side and did not perform full kneeling. He dynamically stands without external support. Crawling was not performed. ***He was not asked to climb a vertical ladder as his performance on stairs, for safety reasons, precluded doing so.***

Emphasis added.

Further, despite the FCE stating that Mr. Cummins "walked 500 feet in 3 minutes 34 seconds [ ]for a pace of 1.6 mph," thereby "demonstrating progressively reduced stance duration antalgic limping gait right," Dr. Baldemor was "not convinced that the claimant [had] a gait disorder." She elaborated by claiming that "the orthopedic records from October 2017 [did] not strongly indicate any gait or

balance disorder." But Dr. Baldemor's doubts are hardly supported by the actual records to which she refers. Specifically, the record referenced is a *single* office visit with Mr. Cummins' orthopedist, Dr. Robb Larsen, on October 5, 2017—when Dr. Larsen observed and expressly noted that Mr. Cummins' gait was antalgic.

Given such misconstrued evidence and critical, unfounded conclusions within the peer review, the fact that Liberty based the Denial solely on Dr. Baldemor's flawed and outdated paper review is an abuse of discretion. At the very least, in light of Dr. Knowlton's more recently articulated restrictions in January 2019—a full month prior to the Denial—Liberty should have considered an Independent Medical Examination ("IME") to properly assess Mr. Cummins' current condition. *Popovich v. Metro. Life Ins. Co.*, 281 F. Supp. 3d 993, 1004-05 (C.D. Cal. 2017) ("Although [an insurer] is not required to ask its physicians to conduct an in-person examination, the Ninth Circuit has viewed 'pure paper' reviews with some skepticism"). *See also Montour v. Hartford Life & Acc. Ins. Co.*, 588 F.3d 623, 634 (9th Cir. 2009) (a "pure paper" review "raise[s] questions about the thoroughness and accuracy of the benefits determination"); *Salomaa v. Honda Long Term Disability Plan*, 642 F.3d 666, 676-77 (9th Cir. 2011) (criticizing administrator's decision to not conduct an in-person examination when every physician that did so found that claimant was disabled).

### B. Liberty failed to assess the impact of all of Mr. Cummins' medical conditions, in combination, on his ability to perform a sedentary occupation

Courts have found an abuse of discretion when an administrator fails to consider and evaluate the total combined impact of all a claimant's medical conditions. *Rogers v. Metropolitan Life Ins. Co.*, 655 F. Supp. 2d 1081, 1088 (N.D. Cal. 2009) (concluding that an insurer could not arbitrarily refuse to credit opinions that found plaintiff's illness greater than the sum of its parts, and further finding that the combination of all the plaintiff's conditions and symptoms precluded a return to work); *Lawrence v. Motorola Inc.*, 2006 U.S. Dist. LEXIS 63730, at *24 (D. Ariz. Aug. 24, 2006) ("An administrator abuses its discretion by failing to consider the combination of the plaintiff's impairments"); *Nickola v. CNA Group Life Assurance, Co.*, 2005 U.S. Dist. LEXIS 16129, at *30 (N.D. Ill. Aug. 5, 2005) ("Precedent teaches that an administrator making a disability determination must make a reasoned assessment of whether the total combination of a claimant's impairments justify a disability finding, even if no single impairment standing alone would warrant the conclusion").

In regard to Mr. Cummins, Liberty failed to take into account: a) the presence of his daily chronic headaches with frequent migraines; b) his chronic diarrhea; c) the presence of deep vein thrombosis in his lower left extremity; and d) all of these conditions, in concert with the underlying, severe osteoarthritis of his right knee, as well as the continued effects of his right knee sprain and the complex tear of his right medial meniscus suffered in the 2016 work injury. This failure is a clear abuse of discretion. Moreover, Dr. Knowlton has now affirmed that a combination of multiple factors—expressly including severe osteoarthritis, chronic migraines, and the significant side effects from medications needed to treat those conditions—are disabling to a degree which prevents Mr. Cummins from performing the duties of a full-time sedentary occupation with reasonable continuity.

### C. Liberty failed to consider Mr. Cummins' ability to work with reasonable continuity

Mr. Cummins has consistently complained of chronic knee pain, daily headaches with frequent migraines, and chronic diarrhea. As he notes in his declaration, the pain and swelling in his knee are aggravated by prolonged sitting, standing and walking. Even more, the presence of his deep vein thrombosis in his left lower extremity could be aggravated by the inability to elevate his legs throughout the day. All of these symptoms, as he testifies, limit his ability to work with reasonable continuity.

Thus, even if Mr. Cummins were able to get through the demands of a single workday, the pain and swelling he would experience would render him incapable of working for the next day or two, <u>at least</u>, while he is forced to recover. And Mr. Cummins' limited capacity is actually evinced by Liberty's peer review, where Dr. Baldemor opines: "the records suggest that the claimant had no reliable capacity as of April 2017 to present." Further, she concluded that "[l]imiting the activities that cause the pain is a reasonable level of treatment."

The courts have consistently found that an employee who is incapable of working on a consistent basis is disabled. *See, e.g.*, *Ruggerio v. FedEx*, 2003 U.S. Dist. LEXIS 14048, at *8 (D. Mass. Aug. 14, 2003) (recognizing that, "at best," the plaintiff was "an unreliable worker [because her symptoms] do not manifest in a linear fashion and, at worst, totally disable her for unspecified and unpredictable periods of time"); *Thivierge v. Hartford Life & Accident Ins. Co.*, 2006 U.S. Dist. LEXIS 25216, at *35-36 (N.D. Cal. Mar. 28, 2006) (good days and bad days prevent consistent work); *Peterson v. Fed. Express Corp. Long Term Disability Plan*, 2007 U.S. Dist. LEXIS

41590, at *103-104, (D. Ariz. June 4, 2007) ("[A] total-disability determination cannot reasonably hinge on whether an employee is minimally capable, on a good day, at the right hour, of fulfilling her job duties in barely tolerable fashion. Qualification for employment requires an ability to work effectively and to be reliable.").

### D. Liberty failed to credit Mr. Cummins' self-reporting of symptoms

Mr. Cummins consistently reported his knee pain following his injury and resulting surgery, undergoing steroid shots every few months but experiencing no lasting relief. The Denial unreasonably fails to give full credit for this reporting. *Williams v. Reliance Standard Life Ins. Co.*, 164 F. Supp. 3d 1230, 1247 (D. Or. 2016). Yet courts in this jurisdiction are clear in holding that, when a claimant's condition does not easily lend itself to objective verification (such as in cases of disabling pain and fatigue symptoms), subjective reports **must be given substantial weight** unless there is a "specific, clear and convincing reason" not to, such as a demonstrated lack of credibility. *Ettel, 2008 U.S. Dist. LEXIS 103419, at *11-13; see also Palmer*, 994 F. Supp. at 1233-34; *Gilmore*, 2014 U.S. Dist. LEXIS 57529, at *17-18.

### E. Liberty improperly failed to engage in a meaningful dialogue which resulted in a breach of its fiduciary duty

The Department of Labor's regulations require Liberty to engage in a meaningful dialogue with a claimant. As noted by the Ninth Circuit:

> In simple English, what this regulation calls for is a meaningful dialogue between ERISA plan administrators and their beneficiaries. If benefits are denied in whole or in part, the reason for the denial must be stated in reasonably clear language, with specific reference to the plan provisions that form the basis for the denial; if the plan administrators believe that more information is needed to make a reasoned decision, they must ask for it. There is nothing extraordinary about this; it's how civilized people communicate with each other regarding important matters.

*Booton v. Lockheed Med. Benefit Plan*, 110 F.3d 1461, 1463 (9th Cir. 1997).

Liberty had a duty to explain to Mr. Cummins, in clear language, the exact type of evidence needed—a duty which it failed to meet in the Denial, when simply stating:

> The written request for review must be sent within 180 days from the receipt of this letter and state the reasons Mr. Cummins feels his claim should not have been denied. In his request for review please include the following documentation:
>
> Office notes, test results, therapy notes, operative reports, treatment plans, hospital records, from all treating providers that supports Mr. Cummins' inability to perform any occupation as defined in the Astec Industries, Inc LTD Policy
>
> You should also provide any additional information that you feel will support his claim.

The last sentence is particularly ambiguous, as it does not clarify the highly nuanced material needed to prove disability. Instead, the Denial is relying on what Mr. Cummins *deems* supportive. Mr. Cummins has no more than a high school education, however, and has worked in "heavy" physical occupations his entire career—facts which Liberty knows full well. As such, Liberty provided no explanation in terms that Mr. Cummins could reasonably have been expected to follow, stated no parameters by which his disability would be measured or determined, and offered absolutely no outreach to ensure his comprehension.

In so doing, Liberty breached its duty to engage in a meaningful dialogue by not complying with the dictates of *Booton*. *See, e.g., Patrick v. Hewlett-Packard Co. Emple. Benefits Org. Income Prot. Plan*, 638 F. Supp. 2d 1195, 1210-1211 (S.D. Cal. 2009); *Salomaa*, 642 F.3d at 680 ("[T]he administrator was obligated to say in plain language what additional evidence it needed and what questions it needed answered in time so that the additional material could be provided. An administrator does not do its duty … saying merely 'we are not persuaded' or 'your evidence is insufficient.'").

### F. Liberty wrongfully relied on a flawed Transferable Skills Analysis

First, the TSA report is conclusory—simply listing occupational titles and summary Dictionary of Occupational Titles information, while providing no analysis as to <u>why</u> the suggested occupations would be a good fit for Mr. Cummins. Therefore, the TSA is worthy of very limited weight. *See, e.g., Hackett v. Xerox Corp.*, 315 F.3d 771, 775 (7th Cir. 2003) ("Conclusions without explanation do not provide the requisite reasoning and do not allow for effective

review"); *Halpin v. W.W. Grainger, Inc.*, 962 F.2d 685, 695 (7th Cir. 1992) (rejecting a plan administrator's denial of benefits as too conclusory to permit appellate review where the administrator did not weigh the evidence for and against a determination that a claimant is ready to return to work).

The TSA is also flawed, fundamentally, in the sense of being premised on outdated and inaccurate medical assumptions. In particular, the TSA incorrectly relies on the lack of restrictions and limitations imposed on Mr. Cummins by Dr. Baldemor, a physician who has never physically examined him. And as already noted, Dr. Baldemor's analysis is no longer current and erroneous as to multiple, crucial conclusions concerning Mr. Cummins' conditions and capacities—which consequently taints all the vocational findings within the TSA.

Finally, the recommendations within the TSA are without credible foundation on a purely vocational level, even excluding all the erroneous medical presumptions. For instance, the TSA overinflates Mr. Cummins' computer skills on the basis of his familiarity with e-mail and the internet. Needless to say, however, experience with checking personal email or browsing the internet, without more, does not demonstrate a reasonable proficiency with "computer skills" that would be required in any real-world, competitive employment environment.

Going deeper, the cursory manner in which the TSA was conducted is manifest by examining how both "computer skills" and "paperwork" skills were attributed to Mr. Cummins. First, the TSA states a work history listing three jobs held by Mr. Cummins. Neither of his more recent positions, however, contain either computer or paperwork duties—and these more recent positions cover more than a decade of occupational history. Rather, only by **going back more than 14 years** is the TSA able to allege "computer skills," and an ability to do "paperwork," as within a "Laser Operator" position.

This dubious "reach" to find sedentary-type work skills becomes more tenuous still upon further review. First, Mr. Cummins only held this "Laser Operator" position for three months, from April to July, 2005. Second, the TSA itself associates a Specific Vocational Preparation ("SVP") rating of "4" with this position—meaning that even average competency would not be expected until

more than three months of employment.[5] Yet that is obviously a longer period than Mr. Cummins actually worked. In other words, Mr. Cummins did not work long enough at this position to gain competency in either computer skills or paperwork.

Third, any attempt to attribute ability in these skills is even more problematic, given that "computer skills" and "paperwork" appear to have been tertiary duties for Mr. Cummins, at best. That is, even the TSA states only that he performed "some" work to that end, while the primary and secondary duties, respectively, were listed as "Operate 6030 Trump laser" and "forklift to move material." Moreover, this hierarchy of duties agrees with common sense, since the job title was "Laser-Beam-Machine Operator" for "All American Fabrication"—a perfectly prototypical, industrial labor job. In sum, this was plainly not a sedentary desk job in which "computer skills" or "paperwork" abilities were the key proficiencies for the position.

Perhaps more importantly, Liberty exercised no outreach to Mr. Cummins in order to explore his actual competency with these purported skills, or to determine his true capacities. Again, this exhibits a complete lack of meaningful dialogue on Liberty's part. Notwithstanding, the superficial, unsupportable TSA assessment became a point of emphasis in the Denial, since Liberty concluded that Mr. Cummins could perform certain sedentary occupations, based partly on his alleged "Ability to maintain paperwork." Ultimately, such inadequate analysis deprived Mr. Cummins of his right to a full and fair claim review, as discussed below.

## VI. Full and Fair Review Requirement

If Liberty disagrees with the legal analysis submitted with this Appeal, then it must explain why and provide a detailed reason for its disagreement. Moreover, if Liberty obtains an expert opinion on the issues in this Appeal, including an IME report, then Mr. Cummins is entitled to review that opinion and comment before Liberty makes its final decision.

This "full and fair review" is required by ERISA's regulations. *29 C.F.R. § 2560.503-l(h)(4). See, e.g., Cook v. New York Times Co. Group Long Term Disability*

[5] *See* https://www.onetonline.org/help/online/svp (last visited Aug. 27, 2019) (defining an SVP level 4 job as requiring: "Over 3 months up to and including 6 months," in order to "develop the facility needed for average performance in a specific job-worker situation").

*Plan*, 2004 U.S. Dist. LEXIS 1259 (S.D.N.Y. Jan. 30, 2004); *Magee v. Metro. Life Ins. Co.*, 632 F. Supp. 2d 308, 317 (S.D.N.Y. 2009) ("The purpose of [the full and fair review] requirement is to provide claimants with enough information to prepare adequately for further administrative review or an appeal to the federal courts .... [A]nd to protect a plan participant from arbitrary and unprincipled decision making") (citations and internal quotations omitted). "At its core, the full and fair review requirement include[s] knowing what the decision-maker relied upon, and having an opportunity to address the accuracy and reliability of that evidence." *Anderson v. Sotheby's, Inc. Severance Plan*, 2006 U.S. Dist. LEXIS 42539, at *73 (S.D.N.Y. June 22, 2006). *See also West v. Corning Inc. Pension Plan for Hourly Emples.*, 2009 U.S. Dist. LEXIS 87207, at * 29 (W.D.N.Y. Sept. 22, 2009) (quoting *Anderson* for the same proposition).

## VII. Conclusion

For the reasons stated above, Liberty should overturn its Denial and fulfill its contractual obligations to Mr. Cummins.

Best Regards,

Jesse Cowell
Attorney at Law

Enc.
Cc. M. Cummins (via email) (w/enc.)

# Billing Statement:

**Invoice Date: 05/04/2019** **Invoice #: 709759**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Apr 1 2019 and Apr 30 2019**

**LIBMT4** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 4960209<br>7224525 | CUMMINS, MICHAEL<br>PEACE HEALTH | Canceled | 04/15/19 | 4.00 | 0.00 | 0.00 | 0.00<br>0 | **4.00** |
| 4845604<br>7224525 | CUMMINS, MICHAEL<br>MCKENZIE FAMILY PRACTICE | Complete | 02/13/19<br>K Ingram | 8.00 | 66.21 | 0.00 | 0.00<br>150 | **74.21** |

**ReleasePoint**

**Total Amount Due:** **78.21**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

Good morning,

I have attached this information to the claim for the CM.

Thank you,

**Brandon Spiers**
Team Leader

Claim Intake and Contact Center
**Liberty Life Assurance Company of Boston is now a Lincoln Financial Group Company**
100 Liberty Way. Dover, N.H. 03820
Office: 603-245-9290

LincolnFinancial.com

Follow us on: Facebook, Twitter,
YouTube, Instagram and LinkedIn.

**From:** Bare, Kristina [mailto:Kristina.Bare@lfg.com]
**Sent:** Tuesday, April 9, 2019 9:55 AM
**To:** SCUteamleads <SCUteamleads@LibertyMutual.com>
**Subject:** FW: POSSIBLE LIBERTY CLAIMANT

Thank you

**Kristina Bare**
Senior, Claims Intake
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

402 361-6909 Office
877 843-3950 Fax

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup
https://twitter.com/lincolnfingroup
http://www.youtube.com/lincolnfinancialgrp
https://www.instagram.com/lincolnfingroup/
http://www.linkedin.com/company/lincoln-financial-group

**From:** Gilbertson, Gary A.
**Sent:** Tuesday, April 09, 2019 8:50 AM
**To:** Bare, Kristina <Kristina.Bare@lfg.com>
**Subject:** POSSIBLE LIBERTY CLAIMANT

**Gary Gilbertson**
Paper Intake Processor

Lincoln Financial Group
(Offsite Location)

Hours:
6:30am–3:00pm

Gary.Gilbertson@lfg.com

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup
https://twitter.com/lincolnfingroup
http://www.youtube.com/lincolnfinancialgrp
https://www.instagram.com/lincolnfingroup/
http://www.linkedin.com/company/lincoln-financial-group

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Good morning,

I have attached this information to the claim for the CM.

Thank you,

**Brandon Spiers**
Team Leader

Claim Intake and Contact Center
**Liberty Life Assurance Company of Boston is now a Lincoln Financial Group Company**
100 Liberty Way. Dover, N.H. 03820
Office: 603-245-9290

LincolnFinancial.com

Follow us on: Facebook, Twitter,
YouTube, Instagram and LinkedIn.

**From:** Bare, Kristina [mailto:Kristina.Bare@lfg.com]
**Sent:** Tuesday, April 9, 2019 9:55 AM
**To:** SCUteamleads <SCUteamleads@LibertyMutual.com>
**Subject:** FW: POSSIBLE LIBERTY CLAIMANT

Thank you

**Kristina Bare**
Senior, Claims Intake
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

402 361-6909 Office
877 843-3950 Fax

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup
https://twitter.com/lincolnfingroup
http://www.youtube.com/lincolnfinancialgrp
https://www.instagram.com/lincolnfingroup/
http://www.linkedin.com/company/lincoln-financial-group

**From:** Gilbertson, Gary A.
**Sent:** Tuesday, April 09, 2019 8:50 AM
**To:** Bare, Kristina <Kristina.Bare@lfg.com>
**Subject:** POSSIBLE LIBERTY CLAIMANT

**Gary Gilbertson**
Paper Intake Processor

Lincoln Financial Group
(Offsite Location)

Hours:
6:30am–3:00pm

Gary.Gilbertson@lfg.com

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup
https://twitter.com/lincolnfingroup
http://www.youtube.com/lincolnfinancialgrp
https://www.instagram.com/lincolnfingroup/
http://www.linkedin.com/company/lincoln-financial-group

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

ROY LAW GROUP

Roy Law Group
1000 SW Broadway
Suite 900
Portland, OR 97205
Tel: 855-306-4313 Fax: 855-344-1726

# Fax

| | | | |
|---|---|---|---|
| **To:** | Claims Dept. | **From:** | Malorie Quinlan |
| **Fax:** | 1-402-361-1460 | **Date:** | April 08, 2019 01:31 PM |
| **Organization:** | Lincoln Financial Group | | |
| **Subject:** | **Michael Cummins, Claim No. 7224525** | | |

This fax is to advise you of our office's new suite number as of April 8, 2019. The address is as follows:

Roy Law Group
1000 SW Broadway, Suite 900
Portland, OR 97205

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5121

| | |
|---|---|
| Date: | April 4, 2019 |
| To: | CHRIS ROY<br>ROY LAW<br>1000 SOUTHWEST BROADWAY<br>SUITE 1740<br>PORTLAND OR 97205 |
| Attn: | |
| Fax: | (855) 344-1726 |
| From: | Megan Gauthier<br>Appeals Examiner II<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5121 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 7224525<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5121

April 4, 2019

Chris Roy
Roy Law
1000 SOUTHWEST BROADWAY
SUITE 1740
PORTLAND, OR 97205

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins

Dear Chris Roy:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Astec Industries, Inc.'s Group Disability Policy. We are writing in reference to Michael Cummins's claim for LTD benefits under the Policy.

The purpose of this letter is to acknowledge Michael Cummins's intent to appeal the denial of his claim for Long Term Disability (LTD) benefits.

We understand that Mr. Cummins is in the process of gathering information to submit with his formal request for review. Since no appeal has yet been submitted, the claim remains closed with no additional review completed. The claim will not be forwarded to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company's Appeal Review Unit at this time.

As set forth in the denial letter issued to Mr. Cummins on March 1, 2019 he has a maximum of 180 days to submit a written request for review, which will expire on October 4, 2019. Please be aware that all information that Mr. Cummins would like to have considered on appeal must be submitted with the written request no later than October 4, 2019.

Please be advised that the 180 day appeal timeframe starts from April 8, 2019, as the claim was approved through the own occupation timeframe through April 7, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Megan Gauthier
Appeals Examiner II
Phone No.: (888) 437-7611 Ext. 18205
Secure Fax No.: (603) 334-5121

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

| | | | | | |
|---|---|---|---|---|---|
| Office: | 587 | Manager: | DOWNS, BLAIR | Case Mgr: | INGRAM, KEAHTI |

| | | | |
|---|---|---|---|
| Claimant Name: | MICHAEL CUMMINS | Claim #: | 7224525 |
| Occupation (Job Title): | MACHINE OPERATOR | Date Sent: | 4/1/2019 |
| Diagnosis: | S83.242A Oth tear of medial meniscus, current injury, left knee, init, | | |
| Date of Disability: | 10/8/2016 | Date Benefits Began: | 4/8/2017 |
| Maximum Duration: | 7/29/2037 | Paid Through: | 4/7/2019 |
| Date of Denial or (DB451): | 2/26/2019 | Date Appeal Received: | 3/27/2019 |

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: ASTEC INDUSTRIES, INC.

| | | | |
|---|---|---|---|
| Product: | LTD | Funding: | CON |
| Is Claimant Eligible for LTD? | Y | | |
| Erisa or Non-Erisa? | ERISA Plan | | |

Document Locations

- ☑ Paperless
- ☐ Bilingual - translation complete
- ☐ Paper File
- ☐ Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No.: 

FAX No.: 

Account Specific or Unique Contract Issues / Additional Info:

paperless

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

UPS Access Point™
THE UPS STORE
15105 JOHN J DELANEY DR
CHARLOTTE ,NC 28277

UPS Access Point™
THE UPS STORE
8334 PINEVILLE MATTHEWS RD
CHARLOTTE ,NC 28226

UPS Access Point™
THE UPS STORE
6420 REA RD
CHARLOTTE ,NC 28277

FOLD HERE

CASEY BOWMAN
8002910112 2411
LIBERTY MUTUAL-CHARLOTTE-048C
13830 BALLANTYNE CORP PL
CHARLOTTE NC 28277

1 LBS 1 OF 1

**SHIP TO:**
ATTN: CHRIS ROY, ESQ.
ROY LAW
SUITE 1740
1000 SW BROADWAY
**PORTLAND OR 97205-3056**

**OR 972 9-12**

**UPS 2ND DAY AIR 2**

TRACKING #: 1Z 57R V43 02 9618 6419

BILLING: P/P

Office/Dept Number: 058707532

CS 21.0.21. WNTNV50 09.0A 01/2019

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

CHRIS ROY
ROY LAW
1000 SOUTHWEST BROADWAY
SUITE 1740
PORTLAND OR 97205

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

March 11, 2019

Chris Roy
Roy Law
1000 SOUTHWEST BROADWAY
SUITE 1740
PORTLAND, OR 97205

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins

Dear Chris Roy:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Astec Industries, Inc.'s Group Disability Policy. We are writing in reference to Michael Cummins's claim for LTD benefits under the Policy.

Per Mr. Cummins's March 5, 2019 request for relevant claim documentation, we have enclosed the following information:

- Astec Industries, Inc.’s Long Term Disability (LTD) Policy
- A complete copy of our claim file

If Mr. Cummins has any questions regarding this information, please contact me.

Sincerely,

Keahti Ingram
Claims Examiner
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

ROY LAW GROUP

Roy Law Group
1000 SW Broadway
Suite 1740
Portland, OR 97205
Tel: 855-306-4313 Fax: 855-344-1726

# Fax

**To:** Keahti Ingram

**From:** Kali Mustafa

**Fax:** 1-603-334-8630

**Date:** March 05, 2019 04:41 PM

**Organization:** Liberty

**Subject:** **Michael Cummins**

---

**Michael Cummins**
**Claim File Request(s): LTD & Life Insurance**
**Claim No. 7224525**
**Plan/Policy No. GF3-850-291417-01**

**Please see the attached request for Mr. Cummins' Claim File.**

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

ROY LAW

1000 SW BROADWAY
SUITE 1740
PORTLAND, OR 97205
503 206 4313
855 306 4313
855 344 1726 FAX

WWW.ROYLAWPDX.COM

March 5, 2019

**Via Fax (603-334-8630)**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

**Re: Michael Cummins**
**Claim File Request(s): LTD & Life Insurance**
**Claim No. 7224525**
**Plan/Policy No. GF3-850-291417-01**

We are the attorneys for Michael Cummins ("Client"). Client has retained us with respect to Liberty's ("Insurer") denial of Client's (1) disability insurance benefits, and (2) life insurance waiver of premium (*if applicable*). A copy of the authorization allowing us to request documents, and communicate with you on Client's behalf is attached to this letter.

Please be advised Client intends to seek review of Insurer's denial under the above-referenced policy. However, before Client can adequately present their case and obtain a full and fair review, they must have an opportunity to review the documents relied upon by Insurer in denying their claim. Accordingly, pursuant to Section 104(b) of ERISA and 29 C.F.R § 2560.503-l(h)(2)(iii), we request copies of the following documents (*in order to save paper please mail all requested documents on a CD in Adobe PDF form*):

(1) A copy of the insurance policy and any riders or schedules thereto;

(2) A copy of the contract for long-term disability coverage between you and Client's employer;

(3) A copy of the summary plan description;

(4) All documents:

(i) relied on in making the benefit determination, *including without*

*limitation*, all reports, notes, records, test results, correspondence and curriculum vitae of any independent medical examiner or reviewer, functional capacity evaluator, transferable skills expert and/or vocational expert. See 29 C.F.R. § 2560.503-l(h)(2)(iii) and 29 C.F.R. § 2560.503-l(m)(8)(i);

(ii) submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination. See 29 C.F.R. § 2560.503-l(h)(2)(iii) and 29 C.F.R. § 2560.503-l(m)(8)(ii);

(iii) that demonstrate compliance with administrative processes and safeguards designed to ensure and to verify that benefit claims determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants. See 29 C.F.R. § 2560.503-l(h)(2)(iii); 29 C.F.R. § 2560.503-l(m)(8)(iii); and 29 C.F.R. § 2560.503-l(b)(5); and

(iv) that constitute a statement of policy or guidance with respect to the plan concerning the denied benefit, without regard to whether such advice or statement was relied upon in making the benefit determination. See 29 C.F.R. § 2560.503-l(h)(2)(iii); 29 C.F.R. § 2560.503-l(m)(8)(iv); and 29 C.F.R. § 2560.503-l(g)(l)(v)(A);

(5) All notes of telephone conversations with Client or any treating physician. Client would like to have the opportunity to correct any inaccuracies or otherwise respond;

(6) All video and audio recording(s) of Client and the reports and notes of all investigators;

(7) Please provide: (i) the name of the employee benefit plan; (ii) the name and address of the plan administrator; and (iii) the name and address of the registered agent for service of process for both the plan and the plan administrator;

(8) Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party;

(9) Please state the amount of monthly benefits Client will receive if a favorable determination is made;

(10) A description pursuant to 29 C.F.R. § 2560.503-l(g)(1)(iii) of any additional material or information necessary for Client to perfect their claim and an explanation of why such material or information is necessary;

(11) A description whether an internal rule, guideline, protocol, or other similar criterion was relied upon in making the adverse determination.

In addition to the above-requested documents and information, Client requests a fuller explanation of the reasons for denial. The denial letter does not adequately describe the specific reasons for denial as required by 29 C.F.R. § 2560.503-l(f)(l). See *Cook v. New York Times Long-term Disability Plan*, 2004 U.S. Dist. LEXIS 1259 (S.D.N.Y. Jan. 27, 2004). In order to assure that Client is provided with a full and fair review as required by ERISA 503, please specifically describe:

a. The specific type of objective evidence (e.g., MRI, x-ray, laboratory results, etc.) that Client should provide in order to adequately support appeal;

b. The specific opinion evidence that Client should provide in order to adequately support appeal;

c. The specific clinical findings that Client should provide in order to adequately support appeal;

d. The specific type of evidence that Client must submit to adequately support claims of fatigue and/or pain.

In other words, given Client's disability and the terms of the plan, please tell Client what they must specifically submit in order to demonstrate total disability under the plan.

You have an affirmative legal and fiduciary duty to provide the requested information. Pursuant to ERISA 502(c), 29 U.S.C. § 1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110 per day.

Once we receive the above-described documents and information, we will submit written comments, arguments, and/or medical documentation on behalf of Client for Client's appeal, or file for judicial review as appropriate.

Please consider this letter as a preservation demand letter, asking you to preserve for potential litigation regarding this claim all "electronically stored information" (ESI) regarding this claim, Client, or the issues involved in this claim. This would include, but certainly not be limited to, information sent to others, information received from others, all internal emails or other electronic communications, and all emails or other electronic communications sent to or received from external sources. This request applies to all ESI whether in your regular system, or in any backup system whether maintained by you or maintained by others.

Please be advised that this letter serves as your notice that any prior releases signed by Client to obtain medical records, medical information, personal information, or other information of any kind are hereby revoked to the extent that such authorizations allow you to contact any sources of information in a manner other than in writing.

You may continue to use the previously signed releases or authorizations to obtain records and reports in writing, but any direct communication outside of writing will be considered an invasion of Client's privacy.

Best Regards,

Chris Roy
Founder | Principal | Attorney at Law
chris@roylawgroup.com

cc: Michael Cummins via email

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

CHRIS ROY
ROY LAW
1000 SOUTHWEST BROADWAY
SUITE 1740
PORTLAND OR 97205

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

February 28, 2019

Chris Roy
Roy Law
1000 SOUTHWEST BROADWAY
SUITE 1740
PORTLAND, OR 97205

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins

Dear Chris Roy:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Astec Industries, Inc.'s Group Disability Policy. We are writing in reference to Michael Cummins's claim for LTD benefits under the Policy.

We have completed a thorough review of Mr. Cummins's eligibility for benefits and have determined that benefits are not payable beyond April 7, 2019. Astec Industries, Inc.'s LTD Policy requires that to receive benefits Mr. Cummins must meet the following definition of disability:

*"Disability" or "Disabled" means:*
*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
*Applicable to Class 1, 1A:*
*a. if the Covered Person is eligible for the Maximum Own Occupation benefit, "Disability" or"Disabled" means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*
*Applicable to Class 2, 2A, 3, 3A, 4, 4A, 5, 5A, 6, 7:*
*b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
*"Disability" or "Disabled" means as a result of Injury or Sickness the Covered Person is*

*unable to perform the Material and Substantial Duties of Any Occupation.*

*"Any Occupation" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

Mr. Cummins has been receiving LTD benefits for his disability since April 8, 2017.

In order to evaluate whether or not he continued to meet the above definition of disability, we requested medical information from his physician(s).

Mr. Cummins submitted a claim for left knee injury and his claim file contains the following medical documentation:

- *09/29/15 Unknown Provider - EKG Graph*
- *09/29/15 PeaceHealth Laboratories - Laboratory Report*
- *09/29/15 Oregon Imaging Centers - CT of the Abdomen and Pelvis*
- *10/21/15 David Knowlton, MD - Progress Note:10/21/2015, 08/18/2016*
- *08/18/16 Unknown Provider - Pain Disability Index*
- *09/13/16 MR Imaging Associate - Request for MRI*
- *09/13/16 Cascade Health Solution - Injury Treatment Form:09/13/2016, 09/20/2016,*
- *10/04/2016, 10/25/2016*
- *09/13/16 Lisa Kovacevic, FNP - Office Visit:09/13/2016, 09/20/2016, 10/04/2016,*
- *10/25/2016, 01/19/2017,02/14/2017,03/13/2017*
- *09/13/16 Lisa Kovacevic, FNP - Worker's and Health Care Provider's Report for Workers Compensation Claim*
- *09/15/16 Cascade Health Solution - Referral Form*
- *09/18/16 Cummins Michael - Short Form Pain Questionnaire*
- *09/28/16 Jeffrey Tuman, MD - Office Visit:09/28/2016, 11/16/2016, 12/05/2016*
- *12/05/16 Scott Colling, PT - Physical Therapy Progress Note:12/05/2016, 01/06/2017, 02/03/2017*
- *01/19/17 Cascade Health Solution - Occupational Health Injury Treatment Form:*
- *01/19/2017, 02/14/2017, 03/03/2017, 04/10/2017*
- *02/16/17 Emily Baughman, PT - New Patient Intake Sheet*
- *02/23/17 Therapeutic Associates - Physical Therapy Initial Evaluation*
- *03/01/17 Master Trace - Investigation Report*
- *03/03/17 Emily Baughman, PT - Office Visit: 03/03/2017, 03/10/2017, 03/14/2017,*
- *03/17/2017, 03/20/2017, 04/03/2017*
- *04/03/17 Therapeutic Associates - Discharge Letter*
- *04/10/17 Lee Davidson, MD - Occupational Medicine Report*
- *09/27/17 Oregon Imaging Centers - CT Abdomen and Pelvis*
- *07/02/18  David Knowlton, MD-Office Visit: 3/31/09-9/8/2017*
- *07/02/18  Mckenzie Family Practice- Lab results: 4/2/09, 3/31/09, 9/12/14*
- *07/02/18 Pleasant Hill Medical Clinic- Lab results: 9/29/15*
- *07/02/18 Eugene Gastroenterology Consultants, PC- Pathology report: 1/02/15*
- *07/02/18 Mckenzie Williamette Medical Center- Lab results:6/13/12*
- *07/02/18 Oregon Imaging Centers- Test results: 9/29/15, 9/06/17*
- *07/02/18 Oregon Endoscopy Center, LLC- Procedure report: 1/2/15*
- *07/02/18 Mckenzie Williamette Medical Center Test result: 6/13/12, 11/11/13*

- *07/02/18 Peacehealth- Office Visit: 9/27/17*
- *07/02/18 Slocum Orthopedics, PC- Office Visit: 9/28/16, 11/16/16, 12/5/16*
- *07/02/18 Eugene Gastroenterology Consultants, PC- Office Visit: 11/21/14*
- *07/02/18 Summit Surgical Specialist- Office Visit: 11/20/13*
- *07/02/18 Phillip McKinney, DPM- Letter: 5/10/13*
- *07/02/18 Eugene/Thurston Urgent Care-Treatment note:9/29/15*
- *07/02/18 Oregon Medical Group Orthopedics- Office Visit and Testing- 10/5/17*
- *07/02/18 Cascade Health Solutions-Two-Hour Physical Capacity Evaluation: 8/17/17*
- *07/02/18 David Knowlton, MD- Letter: 6/11/18*
- *07/12/18 Peacehealth- Medical Records: 10/30/17-2/18/18*
- *02/12/18 David Knowlton, MD- Medical Records: 8/31/17-12/19/18*

Your file was referred for review by a physician Board Certified in Family Medicine. The reviewer concluded the following:

*During the time of April 2017 to the current, the medical records indicate reasonable evidence for limitation of constant standing, walking, bending and stooping at the knees with impaired ability to navigate stairs and ladders on an ongoing basis part-time or full-time through 3 months postpulmonary embolism. However, the medical records including the functional capacity evaluation do indicate reasonable part-time to full-time sedentary capacity from April 2017 onward until the cholecystectomy and reasonable post-operative recovery and then again during the time around the hemorrhoid surgery until 3 month post-pulmonary embolism. It is of note that neither the initial RTW note from occupational medicine in April 2017 nor the FCE in August 2017 indicated any evidence for impairment for sedentary capacity on a full-time or part-time basis. Reasonable recovery from cholecystectomy can be up to a week after surgery to return to normal activities, including sedentary part-time or full-time activities.*

Additionally, his file was referred to a Vocational Specialist to conduct a vocational analysis of his current capabilities, training, education, and experience. The review identified his transferable skills as:

Information Management Skills

- Ability to check information against appropriate standards.
- Ability to maintain paperwork.

Technical/Manual Skills

- Conduct tests and inspection of products.
- Ability to operate equipment and machinery.
- Ability to provide preventative maintenance.
- Ability to keep a clean and safe work environment.
- Ability to stack, turn, and place items.

Communication Skills

- Follow written and verbal instructions.
- Convey Information effectively.

Based on this information Mr. Cummins has the ability to perform the following occupation(s):

| Occupation | National Monthly Median Wage |
|---|---|
| Repair Order Clerk | $3,889 |
| Dispatcher, Maintenance Service | $3,232 |
| Final Assembler | $2,407 |

Based on our review of the information contained in his claim file we have determined that Mr. Cummins can perform, with reasonable continuity, the material and substantial duties of the above occupation(s) based on his capacity and skill level.

Therefore, he does not meet Astec Industries, Inc.'s definition of disability beyond April 7, 2019 and we must deny his claim for further benefit consideration. Benefits will be paid through April 7, 2019, and his claim is closed as of April 8, 2019.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to Mr. Cummins's claim. If benefits are awarded retroactive to his period of disability with Liberty Life Assurance Company of Boston, Mr. Cummins is expected to repay the amount of any other benefit he would have received during the time period that he received disability per the language of the disability Policy. Should Liberty Life Assurance Company of Boston receive notification of any such award, a representative from our Financial Review Services will notify him regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), Mr. Cummins may request a review of this denial by writing to the address below:

Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons Mr. Cummins feels his claim should not have been denied. In his request for review please include the following documentation:

Office notes, test results, therapy notes, operative reports, treatment plans, hospital records, from all treating providers that supports Mr. Cummins' inability to perform any occupation as defined in the Astec Industries, Inc LTD Policy

You should also provide any additional information that you feel will support his claim.

Mr. Cummins is entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive his written request for review within 180 days from the receipt of this notice, our claim decision will be final, his file will remain closed, and no further review will be conducted.

Under normal circumstances, Mr. Cummins will be notified of the final decision within 45 days from the date his request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata’ hane’go shíká a’doowoł nínízingo saad hosíníłįį’ dóó ná’ookąąh nííní’ąągo naaltsoos nííníłtsoozígíí hazho’ó bik’idi’deeshtįįł nínízingo doo bąąh ílínígóó níká a’doowoł éí biniiyé shił hodíílnih áko ákwe’égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, Mr. Cummins will be notified of the final decision no later than 90 days from the date his request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If Mr. Cummins has any questions regarding this matter, please contact me.

Sincerely,

Keahti Ingram
Claims Examiner
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

Lincoln Financial Group®

# Transferable Skills Analysis

**Date:** 2/19/2019
**Claimant:** Michael Cummins
Claim #: 7224525
**Policyholder:** Astec Industries, Inc.

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess Mr. Cummins's transferable skills to determine if alternative occupations exist in the national economy.

**<u>The following documentation was reviewed:</u>**

- Job Description
- DOT
- TE&E
- Peer Review Addendum completed by Deborah Baldemor, M.D., DAB Family Medicine on 8/6/2018.
- Peer Review completed by Deborah Baldemor, M.D., DAB Family Medicine on 7/31/2018.
-

**<u>Education & Training:</u>**
Education: Mr. Cummins completed the 12th grade and has his GED.

Certifications/Licensures: He lists no certifications/licensures

Volunteer Activities: He lists no volunteer activities

Last 15 years of Work History:

- Burner, KPI-JCI 3/2016-10/2016
  - Operated CNC High Definition Plasma machine, operated forklift and overhead crane.
- Burner, Far West Steel 7/2005-10/2015
  - Operated Mazak 3D Tube Processor, Farley High Definition Plasma machine, Whitney Punch Plasma machine, and Altra Flame Cutter.
- Laser Operator, All American Fabrication 4/2005-7/2005
  - Operated 6030 Trump laser, forklift to move material, and conducted some computer and paperwork.

Mr. Cummins does have computer skills. He is familiar with e-mail and the internet.

**<u>Work History:</u>**

| DOT Code | Job Title/Occupation Title | SVP | Yrs. | Strength |
|---|---|---|---|---|
| 609.362-010 | Numerical Control Machine Operator | 5 | 7 Months | M |
| 816.464-010 | Thermal Cutter, Hand II | 2 | 10 Years | H |
| 815.682-010 | Laser-Beam-Machine Operator | 4 | 3 Months | L |

**<u>Restrictions and Limitations:</u>**

Restrictions and Limitations used for this analysis was based off of Peer Review Addendum completed by Deborah Baldemor, M.D., DAB Family Medicine on 8/6/2018.

- Sedentary capacity on a full-time or part-time basis
  - Sedentary capacity is defined as lifting, carrying, pushing, and pulling 10lbs. occasionally. Mostly sitting, may involve standing or waking for brief periods of time.

**Skills & Abilities:**

**Information Management Skills**

- Ability to check information against appropriate standards.
- Ability to maintain paperwork.

**Technical/Manual Skills**

- Conduct tests and inspection of products.
- Ability to operate equipment and machinery.
- Ability to provide preventative maintenance.
- Ability to keep a clean and safe work environment.
- Ability to stack, turn, and place items.

**Communication Skills**

- Follow written and verbal instructions.
- Convey Information effectively.

**Profile Adjustments:**

- Specific Vocational Preparation was left at Mr. Cummins' demonstrated history level of 5.
- GED for reasoning, math, and language were changed to level 9-12 as Mr. Cummins' has demonstrated this level through obtaining a GED.
- Strength Physical Demand was changed to sedentary per the restrictions and limitations.
- Positional Demands were left at Mr. Cummins' demonstrated history level, except talking, hearing, tasting/smelling, near acuity, far acuity, depth perception, accommodation, color vision, and field of vision were changed to constantly as no restrictions and limitation were listed.
- All Environment conditions were changed to constantly as no restrictions and limitations were listed.
- Noise level was changed to very loud as no restriction and limitations were listed.
- Aptitudes was left unchanged.
- Work Situations- Performing repetitive or short-cycle work was changed from no to yes as Mr. Cummins' performs machine work repetitively as a Burner. Performing a variety of duties was changed from no to yes because as a laser burner Mr. Cummins' was also a forklift operator, and performing computer and paperwork. Working under specific instructions was changed from no to yes as Mr. Cummins' has to follow safety guidelines when operating equipment and machinery.
- Work Functions-Data
  - Copying was changed from no to yes as Mr. Cummins' lists computer skills, he also lists that he completed paperwork and other computer work as a laser operator.
- Work Function-People
  - All work functions people were left at Mr. Cummins' demonstrated history level.
- Work Functions- Things
  - All work functions things were changed to yes as Ms. Cummins' has demonstrated these skills through operating and controlling different equipment and machinery.

**Examples of Occupations identified based on (National) labor market and claimants ability profile analysis:**

| DOT Code | Occupation | SVP | Str | National Monthly Median Wage |
|---|---|---|---|---|
| 221.382-022 | Repair Order Clerk | 3 | S | $3,889 |
| 239.367-014 | Dispatcher, Maintenance Service | 3 | S | $3,232 |
| 713.687-018 | Final Assembler | 2 | S | $2407 |

**Wage Information is based on median 2017 Bureau of Labor Statistical Data*

**Summary:**

***Occupations Identified:***

Updated 2/19/19

The Transferable Skills Analysis identified occupations are within Mr. Cummins physical abilities and within their identified skill level. The following are examples of occupations Mr. Cummins could perform: Repair Order Clerk; Dispatch, Maintenance Service; Final Assembler.

I have not met with the Mr. Cummins for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

Haley Williams, MS, CRC
Vocational Rehabilitation Counselor

**Name:** Cummins, Michael **SSN:**
**Case:**

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 816.464-010 | Thermal Cutter, Hand I | 5 | 10 | 7 | Y | N | N | H | 05.10.01 |
| 815.682-010 | Laser-Beam-Machine Operator | 4 | 0 | 3 | Y | N | N | L | 06.02.19 |
| 609.362-010 | Numerical Control Machine Operator | 5 | 0 | 7 | Y | Y | Y | M | 06.02.02 |

**Name:** Cummins, Michael

**SSN:**
**Case:**

## ADJUSTED VARIABLES SUMMARY

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 5 (6 months to 1 year) | No Change |
| Minimum | | 4 (3 to 6 months) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 3 Grades 7-8 | 4 Grades 9-12 |
| Mathematics | | 3 Grades 7-8 | 4 Grades 9-12 |
| Language | | 3 Grades 7-8 | 4 Grades 9-12 |
| **Physical Demands** | | | |
| Strength | Maximum | H Heavy | S Sedentary |
| | Minimum | L Light | S Sedentary |
| Climbing | | Never | No Change |
| Balancing | | Never | No Change |
| Stooping | | Never | No Change |
| Kneeling | | Never | No Change |
| Crouching | | Never | No Change |
| Crawling | | Never | No Change |
| Reaching | | Frequently | No Change |
| Handling | | Frequently | No Change |
| Fingering | | Frequently | No Change |
| Feeling | | Occasionally | No Change |
| Talking | | Occasionally | Constantly |
| Hearing | | Occasionally | Constantly |
| Tasting/Smelling | | Never | Constantly |
| Near Acuity | | Frequently | Constantly |
| Far Acuity | | Never | Constantly |
| Depth Perception | | Frequently | Constantly |
| Accommodation | | Frequently | Constantly |
| Color Vision | | Occasionally | Constantly |
| Field of Vision | | Never | Constantly |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Occasionally | Constantly |
| Extreme Cold | | Never | Constantly |
| Extreme Heat | | Never | Constantly |
| Wet and/or Humid | | Never | Constantly |
| Vibration | | Never | Constantly |
| Atmospheric Conditions | | Frequently | Constantly |
| Proximity to Moving Mechanical Parts | | Occasionally | Constantly |
| Exposure to Electrical Shock | | Never | Constantly |
| Working in High Exposed Places | | Never | Constantly |
| Exposure to Radiation | | Never | Constantly |
| Working with Explosives | | Never | Constantly |
| Exposure to Toxic or Caustic Chemicals | | Never | Constantly |
| Other Environmental Conditions | | Frequently | Constantly |
| Noise Intensity Level | | Loud | Very Loud |
| **DOT Aptitudes** | | | |
| General Learning Ability | | 3 (34-66 Percentile) | No Change |
| Verbal Aptitude | | 3 (34-66 Percentile) | No Change |
| Numerical Aptitude | | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | | 3 (34-66 Percentile) | No Change |

Updated 2/19/19

| | | |
|---|---|---|
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 3 (34-66 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 2 (67-89 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 3 (34-66 Percentile) | No Change |
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | No | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | No | No Change |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | No | No Change |
| Making Judgments and Decisions | Yes | No Change |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | No Change |
| 1 Coordinating | No | No Change |
| 2 Analyzing | No | No Change |
| 3 Compiling | Yes | No Change |
| 4 Computing | Yes | No Change |
| 5 Copying | No | Yes |
| 6 Comparing | Yes | No Change |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | No Change |
| 8 Taking Instructions-Helping | Yes | No Change |
| **Work Functions - Things** | | |
| 0 Setting Up | No | Yes |
| 1 Precision Working | No | Yes |
| 2 Operating-Controlling | Yes | No Change |
| 3 Driving-Operating | No | Yes |
| 4 Manipulating | Yes | No Change |
| 5 Tending | No | Yes |
| 6 Feeding-Offbearing | No | Yes |
| 7 Handling | No | Yes |

ReleasePoint

## Medical Record Overview

**Date:** **February 13, 2019**

**Patient Name:** CUMMINS, MICHAEL

**Records From:** KNOWLTON, DR DAVID
1755 COBURG ROAD BLDG 3
EUGENE, OR 97401
(541) 344-8225

**Request Scope:** From January 1, 2017 to Present

**Chart Range:** 08/31/2017 - 12/19/2018

**RP ID:** 4845604

**Client ID:** 7224525

**Source:** LIBMT4

**Req By:** K Ingram
05291414

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Aug 31 2017 | Dec 19 2018 | 77 | 2 |
| EKG/Cardiology | Feb 11 2018 | Feb 11 2018 | 3 | 79 |
| Labs/Diagnostics | Sep 6 2017 | Dec 14 2018 | 65 | 82 |
| Consultations | Nov 13 2017 | Jan 29 2018 | 2 | 147 |
| Other Records | | | 3 | 149 |

**Total Page Count:** 150

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service

**Progress Note**

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 48 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 12/19/2018

## Subjective:

**Chief Complaints:**

- Protime

**HPI:**

Cardiology:

He has had a pulmonary embolism and is on coumadin and recent INR is 2.0. He has no dyspnea or chest pain.

Hypertension:

He has HTN and is on ACE inhibitor (lisinopril) and beta blocker (atenolol) and HCTZ (thiazide diarrhetic) and his BP is well controlled.

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp
- Hydradinitis suppurativum
- Pulmonary embolism right lung
- DVT left leg

**Surgical History:**

- pilonidal cyst 2004
- Colonoscopy two polyps 2015
- Tourn meniscus right 2016
- Gallbladder 11/6/2017
- Hemorrhoid surgery 2018

**Hospitalization/ Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other
Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues GERD
Children: none

**Social History:**

General:
Smoking: yes. Smoking Status current smoker, First cigarette of the day 31-60 min, Quantity per day 11-20, Interest in quitting Thinking about quitting, When did you start smoking? 01/01/1982. no Smokeless Tobacco. no Alcohol, none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

- omeprazole 20 mg delayed release capsule 1 cap(s) orally once a day
- loperamide 2 mg capsule 1 cap(s) orally qd
- propranolol 40 mg tablet 1 tab(s) orally 2 times a day
- warfarin 6 mg tablet 1 tab(s) orally once a day
- Humira 40 mg/0.8 mL kit subcutaneously every week
- hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
- lisinopril 40 mg tablet 1 tab(s) orally once a day
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI

## Objective:

**Vitals:** BP 124/82, HR 62, Wt 325, Ht 71.75 in, BMI 44.38 Index, Pain Scale 0.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress .
- HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflammation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal .
- Oral cavity: no lesions, moist mucus membranes .
- Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy .
- Heart: regular rate and rhythm, no murmur, S3, S4 or rubs .
- Lungs: clear to auscultation in all fields .
- Extremities: no edema .
- Peripheral pulses: Distal pulses are intact and symmetrical .
- Neurological: nonfocal .
- Psych: normal affect, good eye contact .

## Assessment:

**Assessment:**

- Long term (current) use of anticoagulants - Z79.01 (Primary)
- Benign essential hypertension - I10

## Plan:

**1. Long term (current) use of anticoagulants**

- **Lab:** Prothrombin Time PT INR

| | |
|---|---|
| INR | 2.8 |
| Prothrombin Time | 33.7 |

Knowlton,David A 12/19/2018 2:11:21 PM >

**2. Benign essential hypertension**
Continue hydrochlorothiazide tablet, 25 mg, 1 tab(s), orally, once a day ;
Continue lisinopril tablet, 40 mg, 1 tab(s), orally, once a day .
Notes: Well controlled.

**Procedure Codes:**

- 85610 Prothrombin time/INR
- 3074F SYST BP LT 130 MM HG
- 3079F DIAST BP 80-89 MM HG

**Preventive:**
Counseling: Smoking Patient counseled on the dangers of tobacco use and urged to quit 12/20/2018. BMI Care goal follow up plan Above Normal BMI Follow-up Dietary management education, guidance, and counseling. Nutrition advice given Yes. Exercise advice given Yes.

**Follow Up:** 4 Weeks, prn

**Care Plan:**

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 12/19/2018



**Electronically signed by David Knowlton , MD on 01/ 03/ 2019 at 10:55 AM PST**
**Sign off status: Completed**

**Progress Note**

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 48 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 11/14/2018

## Subjective:

**Chief Complaints:**

- Side pain

**HPI:**

Constitutional:

Right sided pain comes and goes in the abdomen for 6 - 7 years. Lasts a few seconds to a minute then goes away. It happens episodically and has happened once now in 6 months. Appetite is normal and no change in bowels. No fevers.

Cardiology:

He has had a pulmonary embolism and is on coumadin and recent INR is 2.0. He has no dyspnea or chest pain.

Hypertension:

He has HTN and is on ACE inhibitor (lisinopril) and beta blocker (atenolol) and HCTZ (thiazide diarrhetic) and his BP is well controlled.

Neurology:

He has migraine headaches and his beat blocker therapy seems to be working at preventing them nicely.

Dermatology:

He has chronic hydradenitis and recently got prescribed T cell modofying therapy from a dermatologist and has not noticed any results yet.

**ROS:**

CONSTITUTIONAL:

- Sleep abnormal.
- no Bleeding Problems.
- Energy level yes.
- no Concerns.
- no Appetite.
- no Elimination.
- no Ill Contacts.
- no Fussy.
- no Nutrition.
- Headaches yes.
- no Fever.
- no Chills.
- no Sweats.
- no Night Sweats.
- no Weight Loss.
- no Weight Gain.
- no Loss of Appetite.
- no Weak.
- c/o Fatigue.

CARDIOLOGY:

- no Diaphoresis.
- no Pallor.

- no Chest Pain.
- no Shortness of Breath.
- no Palpitations.
- no Dizziness.
- no Leg Edema.
- c/o Fatigue.
- no Orthopnea.
- no PND (paroxsymal nocturnal dyspnea).

RESPIRATORY:

- no Cold Symptoms.
- no Cough with exercise.
- no Nasal Congestion.
- no Runny Nose.
- no Shortness of Breath.
- c/o DOE (dyspnea on exertion).
- no Persistent Cough.
- no Chest Congestion.
- no Chest Pain.
- no Wheezing.
- no Hemoptysis.
- no Orthopnea.
- no PND (paroxsymal nocturnal dyspnea).
- Tobacco Use none.

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp
- Hydradinitis suppurativum
- Pulmonary embolism right lung
- DVT left leg

**Surgical History:**

- pilonidal cyst 2004
- Colonoscopy two polyps 2015
- Tourn meniscus right 2016
- Gallbladder 11/6/2017
- Hemorrhoid surgery 2018

**Hospitalization/ Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other

Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine

hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues GERD
Children: none

**Social History:**

General:

Smoking: yes. Smoking Status current smoker, First cigarette of the day 31-60 min, Quantity per day 11-20, Interest in quitting Thinking about quitting, When did you start smoking? 01/01/1982. no Smokeless Tobacco. no Alcohol, none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

- warfarin 6 mg tablet 1 tab(s) orally once a day
- propranolol 40 mg tablet 1 tab(s) orally 2 times a day
- lisinopril 40 mg tablet 1 tab(s) orally once a day
- hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
- omeprazole 20 mg delayed release capsule 1 cap(s) orally once a day
- loperamide 2 mg capsule 1 cap(s) orally qd
- Humira 40 mg/0.8 mL kit subcutaneously every week
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI

## Objective:

**Vitals:** BP 120/82, HR 67, RR 12, Wt 321, Ht 71.25 in, BMI 44.45 Index, Pain Scale 2.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress.
- Skin: Still multiple small skin lesions.
- HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflammation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.
- Oral cavity: no lesions, moist mucus membranes.
- Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.
- Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.
- Lungs: clear to auscultation in all fields.
- Abdomen: Bowel sounds are normal, No tenderness, masses or organomegaly detected.
- Extremities: no edema.
- Peripheral pulses: Distal pulses are intact and symmetrical.
- Neurological: nonfocal.
- Psych: normal affect, good eye contact.

## Assessment:

**Assessment:**

- Generalized abdominal pain - R10.84 (Primary)
- Benign essential hypertension - I10
- Migraine headache - G43.909
- Other acute pulmonary embolism without acute cor pulmonale - I26.99
- Hidradenitis - L73.2
- Colon polyps - K63.5
- Morbid (severe) obesity due to excess calories - E66.01

## Plan:

**1. Generalized abdominal pain**
Notes: No worrisome findings today.
**2. Benign essential hypertension**
Continue hydrochlorothiazide tablet, 25 mg, 1 tab(s), orally, once a day ;
Continue lisinopril tablet, 40 mg, 1 tab(s), orally, once a day .
Notes: Well controlled.
**3. Migraine headache**
Continue propranolol tablet, 40 mg, 1 tab(s), orally, 2 times a day .
Notes: doing well.
**4. Other acute pulmonary embolism without acute cor pulmonale**
Continue warfarin tablet, 6 mg, 1 tab(s), orally, once a day .
Notes: Doing well.
**5. Hidradenitis**
Continue Humira kit, 40 mg/0.8 mL, subcutaneously, every week .
Notes: Per dermatology.
**6. Colon polyps**
Notes: He is UTD with colonoscopies.
**7. Morbid (severe) obesity due to excess calories**
Notes: Diet and exercise.

**Procedure Codes:**

- 3017F COLORECTAL CA SCREEN DOC REV

**Preventive:**
Counseling: Smoking Patient counseled on the dangers of tobacco use and urged to quit 11/15/2018. Nutrition advice given Yes. Exercise advice given Yes.

**Follow Up:** 6 Weeks, prn

## Care Plan:

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 11/14/2018



**Electronically signed by David Knowlton , MD on 11/ 20/ 2018 at 04:04 PM PST**
**Sign off status: Completed**

## Progress Note

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 48 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 10/03/2018

---

## Subjective:

**Chief Complaints:**

- Protime

**HPI:**

Constitutional:

He is now taking coumadin 6 mg PO QD and INR today is very good.
Today he has no complaints. No fever, vomiting, appetite is good.

**ROS:**

CONSTITUTIONAL:

- Sleep abnormal.
- no Bleeding Problems.
- no Energy level.
- no Concerns.
- no Appetite.
- no Elimination.
- no Ill Contacts.
- no Fussy.
- no Nutrition.
- Headaches yes.
- no Fever.
- no Chills.
- no Sweats.
- no Night Sweats.
- no Weight Loss.
- no Weight Gain.
- no Loss of Appetite.
- no Weak.
- c/o Fatigue.

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp
- Hydradinitis suppurativum
- Pulmonary embolism right lung
- DVT left leg

**Surgical History:**

- pilonidal cyst 2004
- Colonoscopy two polyps 2015
- Tourn meniscus right 2016
- Gallbladder 11/6/2017
- Hemorrhoid surgery 2018

**Hospitalization/ Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other

Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches

Paternal Grand Father: deceased 84 yrs

Paternal Grand Mother: deceased 92 yrs

Maternal Grand Father: deceased 74 yrs

Maternal Grand Mother: deceased 74 yrs

Siblings: One brother older in good health he has some sort of stomach issues GERD

Children: none

**Social History:**

General:

Smoking: yes. Smoking Status current smoker, When did you start smoking? 01/01/1982, Quantity per day 11-20, First cigarette of the day 31-60 min, Interest in quitting Thinking about quitting. no Smokeless Tobacco. no Alcohol, none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol:

Men: How many times have you had 5 or more drinks in one day in the last year? none 3/1/18. Alcohol Screening Points 0, Interpretation Negative.

Drugs:

Have you used a recreational drug or a prescription medication for nonmedical reasons in the past year? none 3/1/18.

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

- CONTROLLED SUBSTANCE AGREEMENT 8/31/17
- Propranolol Hydrochloride 40 Tablet 1 tab twice a day
- Colace sodium 100 mg capsule 1 cap(s) orally 2 times a day
- omeprazole 20 mg delayed release capsule 1 cap(s) orally once a day
- hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
- lisinopril 40 mg tablet 1 tab(s) orally once a day
- Coumadin 6 mg tablet 1 tab(s) orally once a day

**Not-Taking**

- alprazolam 1 mg tablet 1 tab(s) orally 2 times a day
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI

## Objective:

**Vitals:** BP 122/70, HR 70, Wt 315, Ht 71.25 in, BMI 43.62 Index, Pain Scale 3.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress.
- HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflammation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.
- Oral cavity: no lesions, moist mucus membranes.
- Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.
- Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.
- Lungs: clear to auscultation in all fields.

## Assessment:

**Assessment:**

- Deep vein thrombosis (DVT) of non-extremity vein, unspecified chronicity - I82.90 (Primary)
- Benign essential hypertension - I10
- Hydradenitis - L73.2

## Plan:

**1. Deep vein thrombosis (DVT) of non-extremity vein, unspecified chronicity**

- **Lab:**Prothrombin Time PT INR 2.3
  INR 2.3
  Dorr,Judith LPN 10/3/2018 1:58:18 PM >

**2. Benign essential hypertension**

Notes: doing well.

**3. Hydradenitis**

Notes: He is awaiting T cell modifier therapy for this through dermatology.

**Procedure Codes:**

- 85610 Prothrombin time/INR

**Preventive:**

Counseling: Smoking Patient counseled on the dangers of tobacco use and urged to quit 10/04/2018. BMI Care goal follow up plan Above Normal BMI Follow-up Dietary management education, guidance, and counseling. Nutrition advice given Yes. Exercise advice given Yes.

**Follow Up:** 6 Weeks, prn

## Care Plan:

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 10/03/2018



**Electronically signed by David Knowlton , MD on 10/ 29/ 2018 at 09:54 AM PDT**
**Sign off status: Completed**

**Progress Note**

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 48 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 09/29/2018

## Subjective:

**Chief Complaints:**

- Flu shot

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp
- Hydradinitis suppurativum
- Pulmonary embolism right lung
- DVT left leg

**Medications:**

**Allergies:**

- Flagyl: swell
- morphine: GI

## Objective:

## Assessment:

**Assessment:**

- Encounter for immunization - Z23 (Primary)

## Plan:

**Immunizations:**

- Flulaval Quadrivalent : 0.5 mL (Route: Intramuscular) given by Melissa CMA Frank on Right Arm

**Procedure Codes:**

- 90471 Administration of immunization, 1st inj
- 90688 Flulaval quadrivalent, 3 years+

## Care Plan:

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 09/29/2018



**Electronically signed by David Knowlton , MD on 10/ 15/ 2018 at 09:32 AM PDT**
**Sign off status: Completed**

**Progress Note**

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 48 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 09/05/2018

---

## Subjective:

**Chief Complaints:**

- Protime

**HPI:**

Constitutional:

Symptoms of gastro for two days getting better now.
He want a steroid shot in the right knee.
INR is good today.

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp
- Hydradinitis suppurativum
- Pulmonary embolism right lung
- DVT left leg

**Surgical History:**

- pilonidal cyst 2004
- Colonoscopy two polyps 2015
- Tourn meniscus right 2016
- Gallbladder 11/6/2017
- Hemorrhoid surgery 2018

**Hospitalization/ Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other
Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues GERD
Children: none

**Social History:**

General:

Smoking: yes. Smoking Status current smoker, When did you start smoking? 01/01/1982. no

Smokeless Tobacco. Alcohol: none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

- CONTROLLED SUBSTANCE AGREEMENT 8/31/17
- Propranolol Hydrochloride 40 Tablet 1 tab twice a day
- Colace sodium 100 mg capsule 1 cap(s) orally 2 times a day
- omeprazole 20 mg delayed release capsule 1 cap(s) orally once a day
- hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
- lisinopril 40 mg tablet 1 tab(s) orally once a day
- Coumadin 6 mg tablet 1 tab(s) orally once a day

**Not-Taking**

- amoxicillin 500 mg capsule 1 cap(s) orally 3 times a day
- alprazolam 1 mg tablet 1 tab(s) orally 2 times a day
- triamcinolone topical 0.1% cream 1 app applied topically 3 times a day
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI

## Objective:

**Vitals:** BP 120/80, HR 71, Wt 306, Ht 71.25 in, BMI 42.37 Index, Pain Scale 6.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress.
- HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflammation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.
- Oral cavity: no lesions, moist mucus membranes.
- Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.
- Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.
- Lungs: clear to auscultation in all fields.
- Abdomen: Bowel sounds are normal, No tenderness, masses or organomegaly detected.
- Extremities: bony hypertrophy of knees.
- Peripheral pulses: Distal pulses are intact and symmetrical.
- Neurological: nonfocal.
- Psych: normal affect, good eye contact.

## Assessment:

**Assessment:**

- Deep vein thrombosis (DVT) of non-extremity vein, unspecified chronicity - I82.90 (Primary)
- Primary osteoarthritis of right knee - M17.11
- Gastroenteritis - K52.9

## Plan: