**1. Deep vein thrombosis (DVT) of non-extremity vein, unspecified chronicity**

- **Lab:**Prothrombin Time PT INR

| | |
|---|---|
| INR | 2.7 |

Notes: Doing well.

**2. Primary osteoarthritis of right knee**

Notes: Right knee is injected per patient wishes with 2 cc lidocaine without epinephrine and 1 cc kenalog in usual sterile method without difficulty.

**3. Gastroenteritis**

Notes: Should resolve spontaneously.

**Procedure Codes:**

- 20610 Aspiration/injection, large joint/bursa (shoulder,hip,knee)
- J3301 Kenalog 40 mg/ml
- 85610 Prothrombin time/INR

**Preventive:**

Counseling: Smoking Patient counseled on the dangers of tobacco use and urged to quit 09/05/2018. BMI Care goal follow up plan Above Normal BMI Follow-up Dietary management education, guidance, and counseling. Nutrition advice given Yes. Exercise advice given Yes.

**Follow Up:** prn

**Care Plan:**

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 09/05/2018



**Electronically signed by David Knowlton , MD on 09/21/2018 at 08:14 AM PDT**
**Sign off status: Completed**

EXHIBIT
3, part 2

**Progress Note**

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 48 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 08/02/2018

## Subjective:

**Chief Complaints:**

- Protime

**HPI:**

Constitutional:

He is now taking coumadin 6 mg PO QD and INR today is very good.
Today he C/O vague colicky abdominal pain which has come and gone past 4 - 5 days, today it is gone. No fever, vomiting, appetite is good.

**ROS:**

CONSTITUTIONAL:

- Sleep abnormal.
- no Bleeding Problems.
- no Energy level.
- no Concerns.
- no Appetite.
- no Elimination.
- no Ill Contacts.
- no Fussy.
- no Nutrition.
- no Headaches.
- no Fever.
- no Chills.
- no Sweats.
- no Night Sweats.
- no Weight Loss.
- c/o Weight Gain.
- no Loss of Appetite.
- no Weak.
- c/o Fatigue.

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp
- Hydradinitis suppurativum
- Pulmonary embolism right lung
- DVT left leg

**Surgical History:**

- pilonidal cyst 2004
- Colonoscopy two polyps 2015
- Tourn meniscus right 2016
- Gallbladder 11/6/2017
- Hemorrhoid surgery 2018

**Hospitalization/ Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other
Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues GERD
Children: none

**Social History:**

General:

Smoking: yes. Smoking Status current smoker, When did you start smoking? 01/01/1982. no Smokeless Tobacco. Alcohol: none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

- CONTROLLED SUBSTANCE AGREEMENT 8/31/17
- lisinopril 40 mg tablet 1 tab(s) orally once a day
- hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
- Propranolol Hydrochloride 40 Tablet 1 tab twice a day
- Coumadin 6 mg tablet 1 tab(s) orally once a day
- omeprazole 20 mg delayed release capsule 1 cap(s) orally once a day
- amoxicillin 500 mg capsule 1 cap(s) orally 3 times a day

**Not-Taking**

- alprazolam 1 mg tablet 1 tab(s) orally 2 times a day
- triamcinolone topical 0.1% cream 1 app applied topically 3 times a day
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI

**Objective:**

**Vitals:** BP 120/78, HR 72, Wt 307, Ht 71.25 in, BMI 42.51 Index, Pain Scale 5.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress.

- Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.
- Lungs: clear to auscultation in all fields.
- Abdomen: Bowel sounds are normal, No tenderness, masses or organomegaly detected.

## Assessment:

**Assessment:**

- Deep vein thrombosis (DVT) of non-extremity vein, unspecified chronicity - I82.90 (Primary)
- Generalized abdominal pain - R10.84

## Plan:

**1. Deep vein thrombosis (DVT) of non-extremity vein, unspecified chronicity**

Continue Coumadin tablet, 6 mg, 1 tab(s), orally, once a day, 30 Day(s), 30, Refills 5 .

- **Lab:** Prothrombin Time PT INR

  INR 2.0

Notes: Deep Vein Thrombosis: Care Instruction material was published to portal.

**2. Generalized abdominal pain**

Start Colace capsule, sodium 100 mg, 1 cap(s), orally, 2 times a day, 30 Day(s), 60, Refills 5 ;
Start omeprazole delayed release tablet, 20 mg, 1 tab(s), orally, once a day, 30 day(s), 30, Refills 2 .

**Procedure Codes:**

- 85610 Prothrombin time/INR

**Preventive:**

Counseling: BMI Care goal follow up plan Above Normal BMI Follow-up Dietary management education, guidance, and counseling. Nutrition advice given Yes. Exercise advice given Yes.

**Follow Up:** 4 Weeks, prn

## Care Plan:

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 08/02/2018



**Electronically signed by David Knowlton , MD on 09/ 01/ 2018 at 02:11 PM PDT**
**Sign off status: Completed**

## Progress Note

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 47 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 06/21/2018

---

## Subjective:

**Chief Complaints:**

- Protime

**HPI:**

-:
INR 1.7. Accidentally took coumadin twice last Thursday and states it made him sick to his stomach with n/v. Is still taking Bactrim but states his skin rash is getting worse and that the medication is causing him nausea and diarrhea. Next appt with derm is July 17.

**ROS:**

Const: No fever, chills, malaise, fatigue, night sweats
Resp: No shortness of breath. Periodic pain 2-6/10 on right side (on site of PE) that lasts a few seconds to minutes then disappears.
Cardiac: no dizziness or palpitations
Abd: No nausea or vomiting. Diarrhea since starrting Bactrim. No black/bloody stools.

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp
- Hydradinitis suppurativum
- Pulmonary embolism right lung
- DVT left leg

**Surgical History:**

- pilonidal cyst 2004
- Colonoscopy two polyps 2015
- Tourn meniscus right 2016
- Gallbladder 11/6/2017
- Hemorrhoid surgery 2018

**Hospitalization/ Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other
Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs

Siblings: One brother older in good health he has some sort of stomach issues GERD

Children: none

**Social History:**

General:

Smoking: yes. Smoking Status current smoker, When did you start smoking? 01/01/1982. no Smokeless Tobacco. Alcohol: none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

- CONTROLLED SUBSTANCE AGREEMENT 8/31/17
- Propranolol Hydrochloride 40 Tablet 1 tab twice a day
- lisinopril 40 mg tablet 1 tab(s) orally once a day
- hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
- Coumadin 5 mg tablet 1 tab(s) orally once a day
- Bactrim DS 800 mg-160 mg tablet 1 tab(s) orally 2 times a day

**Not-Taking**

- alprazolam 1 mg tablet 1 tab(s) orally 2 times a day
- triamcinolone topical 0.1% cream 1 app applied topically 3 times a day
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI

## Objective:

**Vitals:** BP 120/78, HR 66, Wt 310.2, Ht 71.25 in, BMI 42.96 Index, Pain Scale 5.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress.
- Skin: Rash continues on upper arms, states worse.
- Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.
- Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.
- Lungs: clear to auscultation in all fields.

## Assessment:

**Assessment:**

- Deep vein thrombosis (DVT) of non-extremity vein, unspecified chronicity - I82.90 (Primary)
- Suppurative dermatitis - L08.0

## Plan:

**1. Deep vein thrombosis (DVT) of non-extremity vein, unspecified chronicity**

Stop Coumadin tablet, 5 mg, 1 tab(s), orally, once a day ;

Start Coumadin tablet, 6 mg, 1 tab(s), orally, once a day, 30 day(s), 30, Refills 3 .

- **Lab:**Prothrombin Time PT INR

| | |
|---|---|
| INR | 1.7 |

Knowlton,David A 6/21/2018 1:51:56 PM >

Notes: Deep Vein Thrombosis: Care Instruction material was published to portal.

**2. Suppurative dermatitis**

Stop Bactrim DS tablet, 800 mg-160 mg, 1 tab(s), orally, 2 times a day .
Notes: Bactrim is upsetting his stomach, will stop it and he will F/U with dermatology.

**Procedure Codes:**

- 85610 Prothrombin time/INR

**Preventive:**

Counseling: BMI Care goal follow up plan Above Normal BMI Follow-up Dietary management education, guidance, and counseling. Nutrition advice given Yes. Exercise advice given Yes.

**Follow Up:** 2 Weeks

**Care Plan:**

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 06/21/2018



**Electronically signed by David Knowlton , MD on 07/ 05/ 2018 at 12:58 PM PDT**
**Sign off status: Completed**

**Progress Note**

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 47 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 06/07/2018

---

## Subjective:

**Chief Complaints:**

- Disability forms

**HPI:**

Constitutional:

Michael is trying to claim disability due to his right knee pain and we have a form to fill out today from his lawyer.

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp
- Hydradinitis suppurativum
- Pulmonary embolism right lung
- DVT left leg

**Surgical History:**

- pilonidal cyst 2004
- Colonoscopy two polyps 2015
- Tourn meniscus right 2016
- Gallbladder 11/6/2017
- Hemorrhoid surgery 2018

**Hospitalization/ Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other
Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues GERD
Children: none

**Social History:**

General:

Smoking: yes. Smoking Status current smoker, When did you start smoking? 01/01/1982. no Smokeless Tobacco. Alcohol: none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars.

Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

- CONTROLLED SUBSTANCE AGREEMENT 8/31/17
- Propranolol Hydrochloride 40 Tablet 1 tab twice a day
- lisinopril 40 mg tablet 1 tab(s) orally once a day
- hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
- Coumadin 5 mg tablet 1 tab(s) orally once a day
- Bactrim DS 800 mg-160 mg tablet 1 tab(s) orally 2 times a day

**Not-Taking**

- alprazolam 1 mg tablet 1 tab(s) orally 2 times a day
- triamcinolone topical 0.1% cream 1 app applied topically 3 times a day
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI

## Objective:

**Vitals:** BP 128/82, HR 62, Wt 308.4, Ht 71.25 in, BMI 42.71 Index, Pain Scale 6.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress.

## Assessment:

**Assessment:**

- Primary osteoarthritis of right knee - M17.11 (Primary)
- Acne vulgaris - L70.0

## Plan:

**1. Primary osteoarthritis of right knee**
Notes: Form filled out.

**2. Acne vulgaris**
Notes: He brings this up at the end of the visit and would like to follow up with his dermatologist.

Referral To: Eric Olson Dermatology
Reason: Acne sent 6/13/18

**Preventive:**
Counseling: BMI Care goal follow up plan Above Normal BMI Follow-up Dietary management education, guidance, and counseling. Nutrition advice given Yes. Exercise advice given Yes.

**Follow Up:** prn

## Care Plan:

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 06/07/2018



**Electronically signed by David Knowlton , MD on 06/ 19/ 2018 at 11:02 AM PDT**
**Sign off status: Completed**

## Progress Note

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 47 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 05/10/2018

---

## Subjective:

**Chief Complaints:**

- Protime

**HPI:**

Constitutional:

Michael has now had a DVT in the left leg and some PE's in the right lung base. He is now doing remarkably well. INR is good today and continues to smoke cigarettes.

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp
- Hydradinitis suppurativum
- Pulmonary embolism right lung
- DVT left leg

**Surgical History:**

- pilonidal cyst 2004
- Colonoscopy two polyps 2015
- Tourn meniscus right 2016
- Gallbladder 11/6/2017
- Hemorrhoid surgery 2018

**Hospitalization/ Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other
Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues GERD
Children: none

**Social History:**

General:

Smoking: yes. Smoking Status current smoker, When did you start smoking? 01/01/1982. no Smokeless Tobacco. Alcohol: none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars.

Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).
Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

- CONTROLLED SUBSTANCE AGREEMENT 8/31/17
- Propranolol Hydrochloride 40 Tablet 1 tab twice a day
- lisinopril 40 mg tablet 1 tab(s) orally once a day
- hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
- alprazolam 1 mg tablet 1 tab(s) orally 2 times a day
- Coumadin 5 mg tablet 1 tab(s) orally once a day

**Not-Taking**

- sulfamethoxazole-trimethoprim 800 mg-160 mg tablet 1 tab(s) orally 2 times a day
- triamcinolone topical 0.1% cream 1 app applied topically 3 times a day
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI

## Objective:

**Vitals:** BP 112/76, HR 64, RR 14, Wt 310.8, Ht 71.25 in, BMI 43.04 Index, Pain Scale 5.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress .
- Heart: regular rate and rhythm, no murmur, S3, S4 or rubs .
- Lungs: clear to auscultation in all fields .
- Extremities: no edema .
- Neurological: nonfocal .
- Psych: normal affect, good eye contact .

## Assessment:

**Assessment:**

- Deep vein thrombosis (DVT) of non-extremity vein, unspecified chronicity - I82.90 (Primary)

## Plan:

**1. Deep vein thrombosis (DVT) of non-extremity vein, unspecified chronicity**

- **Lab:**Prothrombin Time PT INR

| | |
|---|---|
| INR | 1.8 |

**Procedure Codes:**

- 85610 Prothrombin time/INR

**Follow Up:** 6 Weeks, prn

## Care Plan:

**Problems:**

**Provider:** David Knowlton, MD

**Patient:** Cummins, Michael **DOB:** **Date:** 05/10/2018



**Electronically signed by David Knowlton , MD on 05/ 17/ 2018 at 03:45 PM PDT**
**Sign off status: Completed**

**Progress Note**

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 47 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 04/12/2018

## Subjective:

**Chief Complaints:**

- Protime

**HPI:**

Constitutional:

Michael has now had a DVT in the left leg and some PE's in the right lung base. He is now doing remarkably well. INR is good today and he is breathing well and has restarted smoking.

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp
- Hydradinitis suppurativum
- Pulmonary embolism right lung
- DVT left leg

**Surgical History:**

- pilonidal cyst 2004
- Colonoscopy two polyps 2015
- Tourn meniscus right 2016
- Gallbladder 11/6/2017
- Hemorrhoid surgery 2018

**Hospitalization/ Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other
Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues GERD
Children: none

**Social History:**

General:

Smoking: yes. Smoking Status former smoker, When did you stop Smoking? 02/09/2017. no Smokeless Tobacco. Alcohol: none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars.

Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol:

Men: How many times have you had 5 or more drinks in one day in the last year? none 3/1/18. Alcohol Screening Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

- CONTROLLED SUBSTANCE AGREEMENT 8/31/17
- Propranolol Hydrochloride 40 Tablet 1 tab twice a day
- Coumadin 5 mg tablet 1 tab(s) orally once a day
- lisinopril 40 mg tablet 1 tab(s) orally once a day
- hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
- alprazolam 1 mg tablet 1 tab(s) orally 2 times a day

**Not-Taking**

- sulfamethoxazole-trimethoprim 800 mg-160 mg tablet 1 tab(s) orally 2 times a day
- triamcinolone topical 0.1% cream 1 app applied topically 3 times a day
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI

## Objective:

**Vitals:** BP 126/80, HR 68, Wt 315.6, Ht 71.25 in, BMI 43.70 Index, Pain Scale 0.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress .
- Heart: regular rate and rhythm, no murmur, S3, S4 or rubs .
- Lungs: clear to auscultation in all fields .
- Extremities: no edema .
- Neurological: nonfocal .
- Psych: normal affect, good eye contact .

## Assessment:

**Assessment:**

- Deep vein thrombosis (DVT) of non-extremity vein, unspecified chronicity - I82.90 (Primary)

## Plan:

**1. Deep vein thrombosis (DVT) of non-extremity vein, unspecified chronicity**

Continue Coumadin tablet, 5 mg, 1 tab(s), orally, once a day .

- **Lab:**Prothrombin Time PT INR

INR 1.9

**Procedure Codes:**

- 85610 Prothrombin time/INR

**Preventive:**

Counseling: Smoking Patient counseled on the dangers of tobacco use and urged to quit 04/12/2018. BMI Care goal follow up plan Above Normal BMI Follow-up Dietary management education, guidance, and counseling. Nutrition advice given Yes. Exercise advice given Yes.

**Follow Up:** 4 Weeks, prn

**Care Plan:**

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 04/12/2018



**Electronically signed by David Knowlton , MD on 04/ 23/ 2018 at 12:40 PM PDT**
**Sign off status: Completed**

## Progress Note

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 47 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 03/15/2018

---

### Subjective:

**Chief Complaints:**

- Protime

**HPI:**

Constitutional:

Michael has now had a DVT in the left leg and some PE's in the right lung base. He is now doing remarkably well. INR is good today and he is breathing well and has quit smoking.

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp
- Hydradinitis suppurativum
- Pulmonary embolism right lung
- DVT left leg

**Surgical History:**

- pilonidal cyst 2004
- Colonoscopy two polyps 2015
- Tourn meniscus right 2016
- Gallbladder 11/6/2017
- Hemorrhoid surgery 2018

**Hospitalization/ Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other
Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues GERD
Children: none

**Social History:**

General:

Smoking: yes. Smoking Status former smoker, When did you stop Smoking? 02/09/2017. no Smokeless Tobacco. Alcohol: none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars.

Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

- CONTROLLED SUBSTANCE AGREEMENT 8/31/17
- alprazolam 1 mg tablet 1 tab(s) orally 2 times a day
- hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
- lisinopril 40 mg tablet 1 tab(s) orally once a day
- Propranolol Hydrochloride 40 Tablet 1 tab twice a day
- Coumadin 5 mg tablet 1 tab(s) orally once a day

**Not-Taking**

- sulfamethoxazole-trimethoprim 800 mg-160 mg tablet 1 tab(s) orally 2 times a day
- triamcinolone topical 0.1% cream 1 app applied topically 3 times a day
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI

## Objective:

**Vitals:** BP 112/80, HR 68, RR 14, Wt 305.8, Ht 71.25 in, BMI 42.35 Index, Pain Scale 0.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress.
- HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflammation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.
- Oral cavity: no lesions, moist mucus membranes.
- Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.
- Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.
- Lungs: clear to auscultation in all fields.
- Abdomen: Obese and soft.
- Extremities: no edema.
- Peripheral pulses: Distal pulses are intact and symmetrical.
- Neurological: nonfocal.
- Psych: normal affect, good eye contact.

Pulse ox: 95.

## Assessment:

**Assessment:**

- Deep vein thrombosis (DVT) of non-extremity vein, unspecified chronicity - I82.90 (Primary)
- Other acute pulmonary embolism without acute cor pulmonale - I26.99
- Benign essential hypertension - I10

## Plan:

**1. Deep vein thrombosis (DVT) of non-extremity vein, unspecified chronicity**

Continue Coumadin tablet, 5 mg, 1 tab(s), orally, once a day .

- **Lab:**Prothrombin Time PT INR
  INR 2.8

**2. Other acute pulmonary embolism without acute cor pulmonale**
Notes: As above.
**3. Benign essential hypertension**
Continue lisinopril tablet, 40 mg, 1 tab(s), orally, once a day ;
Continue hydrochlorothiazide tablet, 25 mg, 1 tab(s), orally, once a day .
Notes: Doing well.
**Procedure Codes:**

- 85610 Prothrombin time/INR

**Follow Up:** 4 Weeks, prn

**Care Plan:**

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 03/15/2018



**Electronically signed by David Knowlton , MD on 03/ 29/ 2018 at 01:41 PM PDT**
**Sign off status: Completed**

**Progress Note**

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 47 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 03/01/2018

## Subjective:

**Chief Complaints:**

- RBER 2/10/18 blood clots

**HPI:**

Depression Screening:
PHQ9 Suicidal ideation Not at all, Total Score 6, Intepretation Mild Depression.

Depression Screening:
Intervention Follow-Up for Depression Advised patient to follow-up when and if necessary.

Constitutional:
Michael has now had a DVT in the left leg and some PE's in the right lung base. He is now doing remarkably well. INR is good today and he is breathing well and has quit smoking.

**ROS:**

CONSTITUTIONAL:

- Sleep abnormal.
- no Bleeding Problems.
- no Energy level.
- no Concerns.
- no Appetite.
- no Elimination.
- no Ill Contacts.
- no Fussy.
- no Nutrition.
- no Headaches.
- no Fever.
- no Chills.
- no Sweats.
- no Night Sweats.
- no Weight Loss.
- no Weight Gain.
- no Loss of Appetite.
- no Weak.
- no Fatigue.

CARDIOLOGY:

- no Diaphoresis.
- no Pallor.
- no Chest Pain.
- no Shortness of Breath.
- no Palpitations.
- no Dizziness.
- no Leg Edema.
- no Fatigue.
- no Orthopnea.

- no PND (paroxsymal nocturnal dyspnea).

RESPIRATORY:

- no Cold Symptoms.
- no Cough with exercise.
- no Nasal Congestion.
- no Runny Nose.
- no Shortness of Breath.
- c/o DOE (dyspnea on exertion).
- no Persistent Cough.
- no Chest Congestion.
- no Chest Pain.
- no Wheezing.
- no Hemoptysis.
- no Orthopnea.
- no PND (paroxsymal nocturnal dyspnea).
- Tobacco Use none.

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp
- Hydradinitis suppurativum
- Pulmonary embolism right lung
- DVT left leg

**Surgical History:**

- pilonidal cyst 2004
- Colonoscopy two polyps 2015
- Tourn meniscus right 2016
- Gallbladder 11/6/2017
- Hemorrhoid surgery 2018

**Hospitalization/ Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other

Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches

Paternal Grand Father: deceased 84 yrs

Paternal Grand Mother: deceased 92 yrs

Maternal Grand Father: deceased 74 yrs

Maternal Grand Mother: deceased 74 yrs

Siblings: One brother older in good health he has some sort of stomach issues GERD

Children: none

**Social History:**

General:

Smoking: yes. Smoking Status former smoker, When did you stop Smoking? 02/09/2017. no Smokeless Tobacco. Alcohol: none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol:

Men: How many times have you had 5 or more drinks in one day in the last year? none 3/1/18. Alcohol Screening Points 0, Interpretation Negative.

Drugs:

Have you used a recreational drug or a prescription medication for nonmedical reasons in the past year? none 3/1/18.

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

- CONTROLLED SUBSTANCE AGREEMENT 8/31/17
- alprazolam 1 mg tablet 1 tab(s) orally 2 times a day
- hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
- lisinopril 40 mg tablet 1 tab(s) orally once a day
- Coumadin 5 mg tablet 1 tab(s) orally once a day
- Propranolol Hydrochloride 40 Tablet 1 tab twice a day

**Not-Taking**

- sulfamethoxazole-trimethoprim 800 mg-160 mg tablet 1 tab(s) orally 2 times a day
- triamcinolone topical 0.1% cream 1 app applied topically 3 times a day
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI

## Objective:

**Vitals:** BP 120/78, HR 62, Wt 301.2, Ht 71.25 in, BMI 41.71 Index, Pain Scale 0.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress.
- HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflammation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.
- Oral cavity: no lesions, moist mucus membranes.
- Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.
- Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.
- Lungs: clear to auscultation in all fields.
- Abdomen: Obese and soft.
- Extremities: no edema.
- Peripheral pulses: Distal pulses are intact and symmetrical.
- Neurological: nonfocal.
- Psych: normal affect, good eye contact.

Pulse ox: 95.

## Assessment:

**Assessment:**

- Other acute pulmonary embolism without acute cor pulmonale - I26.99 (Primary), right lower lung
- Deep vein thrombosis (DVT) of non-extremity vein, unspecified chronicity - I82.90, left leg
- Benign essential hypertension - I10
- BMI 40.0-44.9, adult - Z68.41
- Encounter for screening for other disorder - Z13.89

**Plan:**

**1. Other acute pulmonary embolism without acute cor pulmonale**
Notes: Doing well.
**2. Deep vein thrombosis (DVT) of non-extremity vein, unspecified chronicity**
Continue Coumadin tablet, 5 mg, 1 tab(s), orally, once a day, 30 Day(s), 30, Refills 3 .

- **Lab:**Prothrombin Time PT INR

| | |
|---|---|
| INR | 2.9 |

Notes: Same dose re check in 2 weeks.
**3. Benign essential hypertension**
Notes: Doing well.

**Procedure Codes:**

- 85610 Prothrombin time/INR
- G0442 annual alcohol screening 15 MIN
- G0444 annual depression screening up to 15 MIN
- 96160 Health risk assessment

**Preventive:**
Counseling: Smoking Patient counseled on the dangers of tobacco use and urged to quit 03/01/2018 recently quit. BMI Care goal follow up plan Above Normal BMI Follow-up Dietary management education, guidance, and counseling.

**Follow Up:** 2 Weeks, prn

**Care Plan:**

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 03/01/2018



**Electronically signed by David Knowlton , MD on 03/ 15/ 2018 at 08:40 AM PDT**
**Sign off status: Completed**

Progress Notes - 02/19/2018

02/19/2018 MON 23:43 FAX 5416863761 PH Sacred Heart Infusion 002/002

02/19/2018 13:30 FAX 541 341 3018 UD Pharmacy 0002/0002

# Sacred Heart Regional Infusion Center (RIC)

## *Discharge Communication*

Your patient Michael Cummins DOB: ______

Has finished anticoagulation bridging at the Sacred Heart Infusion Center.

- The patient's INR has been 2-3 for 2 day(s).
- The pharmacist would recommend the following Coumadin dose and date for the physician or follow-up anticoagulation clinic to obtain INR:
  - ➢ Recommended dose: 5mg once daily
  - ➢ Recommended INR date: Wednesday 2/21/18 (specific date)

☑ The patient has a prescription for Coumadin and has been instructed to take the above dose until the follow-up INR has been done. 5 mg

☐ The patient does NOT have a prescription for Coumadin and will need to be provided with a <u>prescription by follow-up physician by tomorrow morning in order for patient to continue coumadin therapy at home.</u>

The patient's pharmacy (if known) is: ______

Recommended tablet strength (if recommended) is: ______ mg tablets.

The patient has received instructions on taking Coumadin including the need to avoid taking aspirin unless otherwise directed.

| Date | INR | Dose (mg) |
|---|---|---|
| 2/11 | 1.4 | 10 |
| 2/12 | 1.4 | 10 |
| 2/13 | 1.6 | 8 |
| 2/14 | 1.7 | none - discharged from RBH |
| 2/15 | 2.2 | 8 |
| 2/16 | 3.7 | ⌀ |
| 2/17 | 2.4 | 5 |
| 2/18 | 2.0 | 7.5 |
| 2/19 | 2.4 | 5 |
| | | |
| | | |

This information is being faxed to:

Dr. David Knowlton

Other: ______

This concludes our involvement with your patient's anticoagulation. Please call (541) 686-6801 with any questions.

[signature]

Pharmacist Signature

02/19/18 1323

Date

Cummins, Michael M (MR # 01614423) DOB: Encounter Date: 02/10/2018

**Do you have a question about this report?** Ask a Question

# Cummins, Michael M

MRN: 01614423
Description: 47 year old male

**ED to Hosp-Admission**
2/10/2018 - 2/14/2018 (4 days)
Status: Discharged
RIVERBEND MEDICAL CENTER

Last attending: Mohammad H Khan, MD • Treatment team
Principal problem: Acute pulmonary embolism (HCC)

## Discharge Summaries

**Discharge Summary - Hospital Medicine**

Admission date: 2/10/2018
Discharge date: 2/14/2018

**PCP:** DAVID A KNOWLTON, MD

**Social History:**
Lives with a female partner in Eugene. Disabled machinist.

**Pertinent Procedures:**
**CTA chest (02/10/18)**:
Suboptimal bolus; however, there is evidence of right lower lobe pulmonary embolus and potential segmental and subsegmental left lower lobe emboli. There are early findings of right heart strain

**LE duplex**:
**(-) R LE** duplex for DVT
**R LE**: The popliteal vein, a proximal calf gastrocnemius vein and one of the two proximal calf peroneal veins are dilated, noncompressible with likely acute thrombus extending from the proximal calf to above knee popliteal vein. All other deep and superficial veins of the left lower extremity are compressible and demonstrate spontaneous and phasic flow and augmentation with distal compression.

=============================================================

**Activity:** As tolerated.
**Code status**: Prior per chart.

**Primary Diagnoses**:
# Acute PE: POA.
Unprovoked
Suspect sedentary life style may have played a role
(watches TV several hours/day)
# Acute L LE DVT:
May-Thurner syndrome is possible but deemed less likely
# Pleuritic chest pain: Likely 2nd to PE
Supportive care
# AKI: Resolved. POA.
# Leukocytosis: Improved. POA
Unclear etiology

Suspect stress related
Procalcitonin of 0.31

**Secondary Diagnoses:**
# Chronic back and R knee pain:
# Possible OSA: Defer further as outpatient to PCP
# Morbid obesity with BMI > 40:
# ~ 1 ppd of tobacco use (since age 12): Strongly counseled against continued use.

**Brief History and Hospital Course:**
47 y/o very pleasant obese WM with h/o tobacco use presented to ED on 02/10 with R sided pleuritic CP (anterior/posterior). CTA chest done on admit came back (+) for acute PE with possible RV strain.

Patient was started on bridging coumadin and analgesics with symptomatic improvement.

A LE duplex done after admit showed L LE acute DVT of popliteal vein.

Currently, sitting in bed and appears comfortable. Denies any sob or n/v. CP is improved. Looking forward to going home today.

**Physical Examination**:
Lungs: CTA B
CVS: RRR
Ext: No cyanosis or edema

| | Latest | Last 24 hrs |
|---|---|---|
| **Temp** | 37.8 °C (100.1 °F) | Temp Min: 36.3 °C (97.3 °F) Max: 37.8 °C (100.1 °F) |
| **BP** | 112/66 | BP Min: 112/66 Max: 117/61 |
| **HR** | 80 | Pulse Min: 70 Max: 87 |
| **RR** | 20 | Resp Min: 19 Max: 28 |
| **Sats** | SpO2: 95 % on 40 L/min | SpO2 Min: 95 % Max: 97 % |
| **Wt.** | **(!) 136.1 kg (300 lb)** | **Admit: (!) 136.1 kg (300 lb)** |

**Discharge Medications**

**New Medications**

| | Sig | Disp | Refill | Start | End |
|---|---|---|---|---|---|
| **warfarin 5 MG tablet** Commonly known as: COUMADIN | Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per | 10 tablet | 0 | | |

coumadin bridging clinic.

**Modified Medications**

| | Sig | Disp | Refill | Start | End |
|---|---|---|---|---|---|
| **docusate sodium 100 MG capsule**<br>Commonly known as: COLACE<br>What changed:<br>**- when to take this**<br>**- reasons to take this** | Take 1 capsule (100 mg total) by mouth Twice a day | 100 capsule | 1 | | |

**Medications To Continue**

| | Sig | Disp | Refill | Start | End |
|---|---|---|---|---|---|
| **ALPRAZolam 1 MG tablet**<br>Commonly known as: XANAX | Take 1 mg by mouth Twice a day | | 0 | | |
| **hydroCHLOROthiazide 25 MG tablet**<br>Commonly known as: HYDRODIURIL | Take 25 mg by mouth every morning | | 0 | | |
| **lisinopril 40 MG tablet**<br>Commonly known as: PRINIVIL,ZESTRIL | Take 40 mg by mouth every morning | | 0 | | |
| **propranolol 40 MG tablet**<br>Commonly known as: INDERAL | Take 40 mg by mouth Twice a day | | 0 | | |
| **sulfamethoxazole-trimethoprim 800-160 mg per tablet**<br>Commonly known as: BACTRIM DS | Take 1 tablet by mouth Twice a day | | 0 | | |

**Discharge Orders**

**Resume usual activity**

**Discharge Diet**

Question: Diet Type: Answer: General

***Internal- (Home Infusion) Peacehealth -UDMC**
Comments: Anticoagulation Bridging Order

Allergies: Metronidazole and Morphine Sulfate

Indication for chronic anticoagulation: PE

Enoxaparin dose: per pharmacy

[ ] Enoxaparin and Coumadin prescription completed. (Check to see what bridging location needs)

Follow-up anticoagulation by: Dr. Knowlton

Start monitoring warfarin plus enoxaparin bridging on: day after discharge

LABS
CBC no diff, BMP and INR on day 1, then per pharmacy.

ENOXAPARIN / WARFARIN - goal and overlap duration:

[ ] Mechanical MVR, Mechanical AVR - Goal INR 2.5 - 3.5 overlap for at least 2 days
[ x ] PE, DVT (new or history) - Goal INR 2.5 - 3.5 overlap for at least 2 days
[ ] A-Fib (new or history) - Goal INR 2.0-3.0 overlap for 1 day

Send Coumadin dosing record to PCP upon discharge from anticoagulation bridging clinic.

**Disposition:** d/c home today.

**Discharge Instructions:**
f/u with PCP in 7days.
f/u with Coumadin Bridging Clinic as already arranged.

**Signed:**
Mohammad H Khan, MD
2/14/2018
6:04 PM

Other Notes All notes

H&P from Saroj Shrestha, MD (Hospitalist)

Cummins, Michael M (MR # 01614423) DOB: Encounter Date: 02/10/2018

## Additional Orders and Documentation

**Results** Imaging **Meds** **Orders** Procedures **Flowsheets**

Encounter Info: History, Allergies, Patient Education, Care Plan, Detailed Report

## Discharge Orders

Discharge Orders Report

## Hospital Problem List

- Acute pulmonary embolism (HCC)
- Pleural effusion
- AKI (acute kidney injury) (HCC)
- Morbid obesity with BMI of 40.0-44.9, adult (HCC)

## Care Timeline

02/10 Admitted from ED 1820
02/14 Discharged 1534

## Discharge

**Home or Self Care**

AVS - Discharge to Home (Printed 2/14/2018)

Follow-Ups

- Follow up with DAVID A KNOWLTON, MD (Family Medicine) in 1 week (2/21/2018)
- Follow up with Coumadin Bridging Clinic; As arranged.

## Medication List at Discharge

ALPRAZOLAM 1 mg Oral BID

DOCUSATE SODIUM 100 mg Oral BID
Patient taking differently: Take 100 mg by mouth 2 (two) times daily as needed for Constipation

HYDROCHLOROTHIAZIDE 25 mg Oral QAM

LISINOPRIL 40 mg Oral QAM

PROPRANOLOL HCL 40 mg Oral BID

SULFAMETHOXAZOLE/TRIMETHOPRIM 800-160 mg 1 tablet Oral BID

WARFARIN SODIUM 5 mg Oral See Admin Instructions. Dose as per coumadin bridging clinic.

Printed by Michele J Falls at 2/15/18 9:38 AM

# Michael M Cummins

2/10/2018 Documentation
MRN: 01614423

PeaceHealth URGENT CARE - GATEWAY - SPRINGFIELD, OR

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Enc. Date: 02/10/18

Description: **47 year old male**

Provider: **Julie A Trombla, RN**
Department: **Gwmp Urgent Care**
Ask a Question

**Communicate**

## Reason for Visit

Reason for Visit History

## Progress Notes

Julie A Trombla, RN (Registered Nurse)

**Unsigned**

Patient presents with complaints of onset of right shoulder pain, right rib pain and shortness of breath. Patient referred to ED for further care/treatment.

Not recorded

## Signed and Held Orders

None

## BestPractice Advisories

Click to view BestPractice Advisory history

## Routing History

There are no sent or routed communications associated with this encounter.

## Other Encounter Related Information

Allergies & Medications
Problem List
History
Patient-Entered Questionnaires

## Encounter Status

Open

Cummins, Michael M

MRN: 01614423
Description: 47 year old male

PeaceHealth Sacred Heart at RiverBend OR

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Adm: 1/8/2018, D/C: 1/8/2018

**H&P** Date of Service: 1/8/2018 12:00 AM

Steven L Wilhite, MD
Surgery

CUMMINS, MICHAEL M
01614423
DOB:

ADMISSION HISTORY AND PHYSICAL

REFERRING PHYSICIAN: Dr David Knowlton

CHIEF COMPLAINT: Painful bleeding, bowel movements.

HISTORY OF PRESENT ILLNESS: The patient has probably a fissure and also has external and internal hemorrhoids. He is being taken to the operating room for evaluation and then further treatment as indicated. It is anticipated that the minimum he will be possible excision of the fissure and internal sphincterotomy. Depending upon findings, we will determine whether hemorrhoids are removed as well. It is also likely that they will be done at a later date depending upon findings.

He has been having difficulty with bowel movements and gets a great deal of spasm and pain when passing his stool. This has been going on for a number of years, but the pain is becoming increasingly worse.

We will evaluate and treat depending on findings. We need to have him in the jackknife position for optimal evaluation.

CURRENT MEDICATIONS: As listed by Dr David Knowlton, his primary care physician.

1. Controlled substance agreement 08/31/2017.
2. Lisinopril 40 mg tablet once a day.
3. Propranolol hydrochlorothiazide 40 mg tablet once to twice a day.
4. Alprazolam 1 mg tablet orally 2 times a day.
5. Hydrochlorothiazide 25 mg tablet once a day.
6. Sulfamethoxazole trimethoprim 80 mg/160 mg tablet 1 orally 2 times a day.
7. Triamcinolone topical 0.1% cream applied topically 3 times a day.

PAST MEDICAL HISTORY: Includes nephrolithiasis, hypertension, and hit on the head with a pipe in the 1990s which took a while to

recover from, anxiety, gallstones, colonoscopy in 2015 with hyperplastic polyp.

PAST SURGICAL HISTORY: Pilonidal cyst 2004. Colonoscopy 2 polyps 2015, torn meniscus, right knee 2016, cholecystectomy 11/06/2017.

FAMILY HISTORY: Father is alive at 67 years, has hypertension and diabetes type 2. Truck driver osteoarthritis, knee replacement. Mother deceased at age 61 with hypertension, osteoarthritis, diabetes type 2, unknown cause of death. Other problems in the family include migraine headaches. Maternal grandfather died at age 84. Paternal grandmother age 92. Maternal grandfather age 74, paternal grandmother age 74. One sibling in good health with GERD.

ALLERGIES: INCLUDE FLAGYL, WHICH CAUSES HIM TO SWELL AND ? ANAPHYLACTIC TYPE REACTION. MORPHINE UPSETS HIS STOMACH.

According to patient he is no longer taking Sulfamethoxazole trimethoprim.

ACTIVE PROBLEM LIST: As noted by his PCP: Benign essential hypertension, morbid obesity, migraine headaches, anxiety, hypertension benign, erectile dysfunction, diverticulosis of the large intestine and colon polyps, periodic headaches and headache syndrome, primary osteoarthritis involving multiple joints, psoriasis.

PHYSICAL EXAMINATION:
General: He is accompanied by his wife.
Vital signs: He is 5 feet 11 inches tall, weighs 300 pounds. Blood pressure is 126/86, pulse is 59, temperature is 97.9.
HEENT: Clear.
Neck: No nodes or masses.
Chest: Clear to auscultation.
Heart: Regular rhythm without murmur.
Abdomen: Remarkably obese with healing wounds from his previous laparoscopic cholecystectomy. No masses, no tenderness.
Extremities: No edema.

On anoscopy he has multiple external hemorrhoids and insertion of the trumpet is extremely painful, making evaluation difficult. With the insertion of the finger he is very tender, again, making assessment difficult. However, my experience is that when they are this painful they almost 100% of the time have a fissure.

PLAN: Will be evaluated under anesthesia in the jackknife position and we anticipate finding an ulcer or fissure. This will require internal sphincterotomy. Depending upon findings may or may not excise his hemorrhoids.

Procedure, alternatives, risks have been discussed with the patient, including the possibility of incontinence. All questions answered. The patient accepts and desires for me to proceed.

Dictated by: Steven L Wilhite MD

SLW:us9065
eScription document:49-9194811
D: 12/20/2017 11:41:35
T: 12/20/2017 13:24:28

cc: David Knowlton MD

Electronically signed by Steven L Wilhite, MD at 1/5/2018 8:40 AM
Admission (Discharged) on 1/8/2018

## Transcription Information

| | | | |
|---|---|---|---|
| Trans ID | 9194811 | Dictation Time | 12/20/2017 11:41 AM |
| Trans Status | Signed | Trans Time | 12/20/2017 1:24 PM |
| Trans Doc Type | History&Physical | | |

## Note Details

| | | | |
|---|---|---|---|
| Author | Steven L Wilhite, MD | File Time | 1/5/2018 8:40 AM |
| Author Type | Physician | Status | Signed |
| Last Editor | Steven L Wilhite, MD | Service | Surgery |
| Hospital Acct # | 1201076444 | Admit Date | 1/8/2018 |

Cummins, Michael M (MR # 01614423) DOB: Printed by [37479] at 1/9/18 10:27 AM

*Springfield Office*
1605 'G' Street
Springfield, OR 97477
(541) 741-2100

*Eugene Office*
Country Club Medical Building
992 Country Club Rd., Suite 201
Eugene, OR 97401
(541) 683-2043

*Eric G. Olson, M.D.*
*Dermatology*
*Christy McAllister, PA-C*

MICHAEL CUMMINS 01/05/18
DOB:

S: 47 year old male is here for followup of acne and of hidradenitis suppurativa involving trunk, axillae, and inguinal folds, which is improved 50% on Bactrim DS twice daily.

O: Numerous postinflammatory changes on chest, abdomen, back, and legs, with some active lesions in right axilla and right-inguinal fold.

A: 1) Acne, responding to current treatment.
2) Hidradenitis suppurativa, improving.

P: Continue Bactrim DS 1 p.o. b.i.d. #60; 1 year refills. Add Hibiclens soap; use daily in the shower. If doing well in several months, could taper Bactrim DS to 1 daily. Follow up with PCP as needed. If needing more refills after 1 year, will need a referral, or patient may get antibiotics from his PCP.

Christy McAllister, P.A.-C Christy
Supervising Physician-Eric Olson, M.D./gl

cc: David A. Knowlton, M.D.

**Transcription**

| Type | ID | Date and Time | Dictating Provider |
|---|---|---|---|
| History&Physical | 9194811 | 12/20/2017 11:41 AM | Steven L Wilhite, MD |

Signed by Steven L Wilhite, MD on 01/05/18 at 0840

Document Text

CUMMINS, MICHAEL M
01614423
DOB:

ADMISSION HISTORY AND PHYSICAL

REFERRING PHYSICIAN: Dr David Knowlton

CHIEF COMPLAINT: Painful bleeding, bowel movements.

HISTORY OF PRESENT ILLNESS: The patient has probably a fissure and also has external and internal hemorrhoids. He is being taken to the operating room for evaluation and then further treatment as indicated. It is anticipated that the minimum he will be possible excision of the fissure and internal sphincterotomy. Depending upon findings, we will determine whether hemorrhoids are removed as well. It is also likely that they will be done at a later date depending upon findings.

He has been having difficulty with bowel movements and gets a great deal of spasm and pain when passing his stool. This has been going on for a number of years, but the pain is becoming increasingly worse.

We will evaluate and treat depending on findings. We need to have him in the jackknife position for optimal evaluation.

CURRENT MEDICATIONS: As listed by Dr David Knowlton, his primary care physician.
1. Controlled substance agreement 08/31/2017.
2. Lisinopril 40 mg tablet once a day.
3. Propranolol hydrochlorothiazide 40 mg tablet once to twice a day.
4. Alprazolam 1 mg tablet orally 2 times a day.
5. Hydrochlorothiazide 25 mg tablet once a day.
6. Sulfamethoxazole trimethoprim 80 mg/160 mg tablet 1 orally 2 times a day.
7. Triamcinolone topical 0.1% cream applied topically 3 times a day.

PAST MEDICAL HISTORY: Includes nephrolithiasis, hypertension, and hit on the head with a pipe in the 1990s which took a while to recover from, anxiety, gallstones, colonoscopy in 2015 with hyperplastic polyp.

PAST SURGICAL HISTORY: Pilonidal cyst 2004. Colonoscopy 2 polyps 2015, torn meniscus, right knee 2016, cholecystectomy 11/06/2017.

FAMILY HISTORY: Father is alive at 67 years, has hypertension and diabetes type 2. Truck driver osteoarthritis, knee replacement. Mother deceased at age 61 with hypertension, osteoarthritis, diabetes type 2, unknown cause of death. Other problems in the family include migraine headaches. Maternal grandfather died at age 84. Paternal grandmother age 92. Maternal grandfather age 74, paternal grandmother age 74. One sibling in good health with GERD.

ALLERGIES: INCLUDE FLAGYL, WHICH CAUSES HIM TO SWELL AND ? ANAPHYLACTIC TYPE REACTION. MORPHINE UPSETS HIS STOMACH.

According to patient he is no longer taking Sulfamethoxazole trimethoprim.

ACTIVE PROBLEM LIST: As noted by his PCP: Benign essential hypertension, morbid obesity, migraine headaches, anxiety, hypertension benign, erectile dysfunction, diverticulosis of the large intestine and colon polyps, periodic headaches and headache syndrome, primary osteoarthritis involving multiple joints, psoriasis.

PHYSICAL EXAMINATION:
General: He is accompanied by his wife.
Vital signs: He is 5 feet 11 inches tall, weighs 300 pounds. Blood pressure is 126/86, pulse is 59, temperature is 97.9.
HEENT: Clear.
Neck: No nodes or masses.
Chest: Clear to auscultation.
Heart: Regular rhythm without murmur.
Abdomen: Remarkably obese with healing wounds from his previous laparoscopic cholecystectomy. No masses, no tenderness.
Extremities: No edema.

On anoscopy he has multiple external hemorrhoids and insertion of the trumpet is extremely painful, making evaluation difficult. With the insertion of the finger he is very tender, again, making assessment difficult. However, my experience is that when they are this painful they almost 100% of the time have a fissure.

PLAN: Will be evaluated under anesthesia in the jackknife position and we anticipate finding an ulcer or fissure. This will require internal sphincterotomy. Depending upon findings may or may not excise his hemorrhoids.

Procedure, alternatives, risks have been discussed with the patient, including the possibility of incontinence. All questions answered. The patient accepts and desires for me to proceed.

Dictated by: Steven L Wilhite MD

SLW:us9065
eScription document:49-9194811
D: 12/20/2017 11:41:35
T: 12/20/2017 13:24:28

cc: David Knowlton MD

## Progress Note

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 47 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 12/04/2017

---

### Subjective:

**Chief Complaints:**

- Wants gastro referral, painful bowel movements

**HPI:**

Constitutional:

He has chronic hemorrhoids and wishes to have this assessed by specialists because his problems just keep getting worse.

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp

**Surgical History:**

- pilonidal cyst 2004
- Colonoscopy two polyps 2015
- Tourn meniscus right 2016
- Gallbladder 11/6/2017

**Hospitalization/ Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other
Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues GERD
Children: none

**Social History:**

General:

Smoking: yes. Smoking Status current smoker, Frequency every day, First cigarette of the day 6-30 min, Quantity per day 21-30, Interest in quitting Thinking about quitting, When did you start smoking? 01/01/1982. no Smokeless Tobacco. Alcohol: none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild

depressive symptoms.

**Medications:**

**Taking**

- CONTROLLED SUBSTANCE AGREEMENT 8/31/17
- lisinopril 40 mg tablet 1 tab(s) orally once a day
- Propranolol Hydrochloride 40 Tablet 1 tab twice a day
- alprazolam 1 mg tablet 1 tab(s) orally 2 times a day
- hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
- sulfamethoxazole-trimethoprim 800 mg-160 mg tablet 1 tab(s) orally 2 times a day
- triamcinolone topical 0.1% cream 1 app applied topically 3 times a day
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI

## Objective:

**Vitals:** BP 110/80, HR 66, Wt 300, Ht 71.25 in, BMI 41.54 Index, Pain Scale 0.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress.
- HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflammation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.
- Oral cavity: no lesions, moist mucus membranes.
- Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.
- Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.
- Lungs: clear to auscultation in all fields.

## Assessment:

**Assessment:**

- Grade III hemorrhoids - K64.2 (Primary)
- Benign essential hypertension - I10

## Plan:

**1. Grade III hemorrhoids**

Notes: Will refer to GI.

Referral To: Paul Evans Gastroenterology

Reason: Hemorrhoids sent 12/5/17

**2. Benign essential hypertension**

Notes: Doing well.

**Preventive:**

Counseling: Smoking Patient counseled on the dangers of tobacco use and urged to quit 12/04/2017. BMI Care goal follow up plan Above Normal BMI Follow-up Dietary management education, guidance, and counseling.

**Follow Up:** prn

## Care Plan:

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 12/04/2017



**Electronically signed by David Knowlton , MD on 12/ 21/ 2017 at 11:31 AM PST**
**Sign off status: Completed**

Cummins, Michael M (MR # 01614423) Page 1 of 1

**Transcription**

| Type | ID | Date and Time | Dictating Provider |
|---|---|---|---|
| History&Physical | 9163406 | 11/1/2017 3:01 PM | Steven L Wilhite, MD |

Signed by Steven L Wilhite, MD on 11/02/17 at 1055

Document Text

CUMMINS, MICHAEL M
01614423
DOB:

This is an addendum to the H&P dictated 09/27/2017.

The patient was seen in my office today, which is 11/01/2017, and his history was reviewed and he was reexamined. Heart and lungs are clear. Abdomen is obese, soft, nontender, without masses. No edema of his legs.

The patient continues to have these symptoms of gallstones and we will remove his gallbladder and do a cholangiogram with a laparoscope. Again, if he is too large for that, there is always the outside possibility that he will have an open cholecystectomy. This was discussed and he accepts that. The patient has no further questions. He understands the complications of common duct injury, infection, perforation of bowel, bleeding, bile leaks. He desires me to proceed.

Dictated by: Steven L Wilhite MD

SLW:us83996
eScription document:49-9163406
D: 11/01/2017 15:01:04
T: 11/01/2017 15:37:16

cc: David Knowlton MD

No. 8784 P. 1/1

*Springfield Office*
1605 'G' Street
Springfield, OR 97477
(541) 741-2100

*Eric G. Olson, M.D.*
*Dermatology*
*Christy McAllister, PA-C*

*Eugene Office*
Country Club Medical Building
992 Country Club Rd., Suite 201
Eugene, OR 97401
(541) 683-2043

MICHAEL CUMMINS 10/31/17
DOB:

S: 47 year old male was referred by Dr. Knowlton. He complains of itchy bumps on his left shoulder. Has a long history of acne, involving his trunk. He has not been treated for acne recently. However, he has tried many OTC treatments for the itchiness, including rubbing alcohol, antifungals, hydrocortisone, and Clearasil. The rubbing alcohol does provide some relief.

He points out several deep lesions on his forearms. The patient also gets frequent cystic lesions in the inguinal folds. Additionally, he has a history of a pilonidal cyst that recurred recently. He also has a rash on his left-antecubital region that has been present for years.

OTHER PAST MEDICAL HISTORY: See intake sheet.
CURRENT MEDICATIONS: See list.
ALLERGIES: See intake sheet.

O: Multiple inflammatory lesions and some cystic lesions on chest, abdomen, back, face, and shoulders. 3-cm, pink, slightly scaly plaque on left-antecubital region. KOH of this area is positive for short hyphae and spores. Cystic lesions with scarring are noted in inguinal folds. Deep, mobile, sub-cu, soft, 1-to 2-cm nodules noted on ventral forearms. Scattered inflammatory lesions noted on buttocks.

A: 1) Acne, grade 3/4.

P: Because of the severity of acne, patient deserves systemic therapy. Will start Bactrim DS 1 p.o. b.i.d. #60; 2 refills. Cautioned regarding potential adverse side effects of oral sulfa antibiotic. Also will recheck in 2 months.

2) Hidradenitis suppurativa, involving inguinal folds.

P: Discussed chronicity of this condition, importance of weight loss, and reduction or elimination of tobacco use. Use antibacterial soap such as Ivory. Recheck in 2 months.

3) Tinea versicolor, left-antecubital region.

P: Lotrimin cream; apply b.i.d. until clear.

4) Lipomas, ventral forearms.

P: Patient reassured.

Christy McAllister, P.A.-C
Supervising Physician-Eric Olson, M.D./gl

cc: David A. Knowlton, M.D.

Thanks, David,
Eric

**Progress Note**

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 47 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 10/07/2017

## Subjective:

**Chief Complaints:**

- Flu shot

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp

**Medications:**

**Allergies:**

- Flagyl: swell
- morphine: GI

## Objective:

## Assessment:

**Assessment:**

- Encounter for administration of vaccine - Z23 (Primary)

## Plan:

**Immunizations:**

- Flulaval Quadrivalent : 0.5 mL (Route: Intramuscular) given by Dawn Campos CMA on Right Deltoid

**Procedure Codes:**

- 90471 Administration of immunization, 1st inj
- 90688 Flulaval quadrivalent, 3 years+

## Care Plan:

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 10/07/2017

Progress Notes - 10/07/2017





**Electronically signed by David Knowlton , MD on 10/ 18/ 2017 at 01:43 PM PDT**
**Sign off status: Completed**

McKenzie Family Practice
1755 COBURG RD STE 301 , EUGENE, OR-97401-4900
541-344-8225

Cummins, Michael, M,

Address

## Patient Vaccine Administration Record

No of Immunizations 2

| | Vaccine | Date Given | Dose | Location | Lot No. | Manufacturer | Exp. Date | Given By |
|---|---|---|---|---|---|---|---|---|
| 1. | Flulaval Quadrivalent | 10/07/2017 | 0.5 mL | Right Deltoid | 7929M | GlaxoSmithKline | 04/30/2018 | Dawn Campos CMA |
| 2. | Flulaval Quadrivalent | 09/29/2018 | 0.5 mL | Right Arm | ZA72G | GlaxoSmithKline | 05/31/2019 | Melissa CMA Frank |

Record generated by eClinicalWorks EMR/PM Software (www.eclinicalworks.com)

**Oregon Medical Group**
**Oregon Medical Group**
1580 Valley River Dr. Suite 210 Eugene, OR 97401
(541) 687-4900 Fax: (541) 687-4904

*October 30, 2017*
Page 1
Office Visit

**Michael Cummins**
Male DOB: 491698

Home:
Ins: DMAP*

**10/05/2017 - Office Visit: NP Rt knee pain, 2nd opinion**
**Provider: Robb N Larsen MD**
**Location of Care: Orthopedics**

**Visit Type:** Initial Consult

**CC:** right knee pain, 2nd opinion

**History of Present Illness:**
Mr. Michael Cummins is a 47-year-old male who presents complaining of right knee pain. He localizes the pain to the medial aspect. He reportedly had a work related injury in September 2016. He was diagnosed with degenerative change as well as a meniscus tear. His claim was denied by workers comp. In November 2016 he underwent arthroscopy by Dr. Tuman. He states that the 2 of them did not get along. He has continued to have pain. He has tried to go back to work. He has had 2 jobs but lasted no more than 3 days at either job due to pain and swelling. His knee pops and grinds. It feels weak. It swells. He has had physical therapy, but does not think it helped. He uses ibuprofen. He does have pain at night. His pain ranges from a 2 to a 10. His pain gets worse with any activity. He improved to some extent with rest.

**Current Medications (verified):**
1) Ibuprofen Tablet (Ibuprofen Tabs)
2) Lisinopril 40 Mg Oral Tablet (Lisinopril)
3) Hydrochlorothiazide 25 Mg Oral Tablet (Hydrochlorothiazide)
4) Propranolol Hcl 40 Mg Oral Tablet (Propranolol Hcl)
5) Alprazolam 1 Mg Oral Tablet (Alprazolam)

**Allergies (verified):**
1) Morphine (Morphine Sulfate) (Critical)

**Past Medical History:**
Depression; High Blood Pressure.

**Past Surgical History:**
Rt knee scope 11/2016, medial meniscectomy (degenerative change) Dr. Tuman.

**Family History:**
No family history of osteoporosis: mother, father.

**Social History:**
Marital Status: Patient is single; Right Handed; Smokes a pack a day; Unemployed; No alcohol; Alcohol drinks/day: 0.

**Oregon Medical Group**
**Oregon Medical Group**
1580 Valley River Dr. Suite 210 Eugene, OR 97401
(541) 687-4900 Fax: (541) 687-4904

*October 30, 2017*
Page 2
Office Visit

**Michael Cummins**
Male DOB: 491698
Home:
Ins: DMAP*

**Risk Factors:**
Smoking Status: current every day smoker; Smoking Cessation Counseling: yes; Packs/Day: .25.

## Review of Systems:

**General: Complains of weight loss, weight gain, chills, and unusual fatigue**; denies fevers.
**HEENT: Complains of headaches, blurred vision, and dental problems**; denies nose bleeds and sinusitis.
**CV: Complains of chest pain**; denies chest heaviness and palpitations or irregular heartbeats.
**Resp: Complains of cough and shortness of breath**; denies pain with breathing and productive cough.
**GI: Complains of stomach pain with NSAIDS, diarrhea, constipation, and abdominal pain**.
**MS: Complains of joint pain, joint swelling, and muscle pain/weakness**.
**Skin: Complains of rash and sores**; denies changes in hair or nails and difficulty healing wounds.
**Neuro: Complains of numbness, tingling, and loss of balance/dizziness**; denies seizures.
The review of systems is negative for GU and Heme.

## Vital Signs:

| | |
|---|---|
| Patient profile: | 47 year old male |
| Height: | 70 inches (177.80 cm) |
| Weight: | 301.6 lbs (137.09 kg) |
| BMI: | 43.43 |
| Pulse rate: | 84 per minute |
| BP sitting: | 132 / 84 (L. arm) |
| Cuff: | large |

Vitals Entered By: Drew Urmson CMA (AAMA) (October 5, 2017 2:27 PM)

Nutrition Counseling: Patients BMI is > 25; Weight Management Counseling has been provided.

## Physical Exam:

**Additional Exam:** Vital signs reviewed. BMI is 43

In general, he is a morbidly obese male in no apparent distress. Mood and affect are appropriate. Insight and judgment are sound.

Sclera anicteric.

Breathing is quiet and unlabored.

His gait is antalgic.

Examination of the right knee reveals:
Skin - intact
Atrophy - none
Alignment - normal
Effusion - mild
Range of motion - 5-130°

**Oregon Medical Group**
**Oregon Medical Group**
1580 Valley River Dr. Suite 210 Eugene, OR 97401
(541) 687-4900 Fax: (541) 687-4904

*October 30, 2017*
Page 3
Office Visit

**Michael Cummins**
Male DOB: 491698

Home:
Ins: DMAP*

Varus/valgus stability - subtle pseudo-laxity to valgus stress
Lachman exam - normal
Posterior drawer - negative
Tenderness - medial joint line
McMurray exam - pain without crepitation

Right lower extremity neurovascular exam shows:
Sensation - normal
Motor strength - normal
Pedal pulses - palpable
Edema - none

## Impression & Recommendations:

**Problem # 1:** Primary localized osteoarthritis of right knee (ICD-715.16) (ICD10-M17.11)
X-rays of the right knee were obtained and reviewed. Mild to moderate degenerative change is noted mainly in the medial compartment.

Arthroscopic photos from November 2016 were reviewed. He had a radial tear involving the posterior horn of the medial meniscus that likely extended to the meniscal capsular junction. Early chondral abnormality was noted in the medial compartment.

right knee pain secondary to primary localized osteoarthritis. He does use anti-inflammatories. He has had physical therapy. I recommended weight loss. We discussed doing a steroid injection. The risks were reviewed and he elected to proceed.

Under sterile conditions, 5 cc of synovial fluid was aspirated from the right knee before injecting 8 cc of 1% plain lidocaine, 1 cc of Celestone, and 1 cc of Depo-Medrol. The knee pain was completely relieved. The patient was cautioned about a steroid flare and the possibility of facial flushing.

Return to clinic as needed.

**Other Orders:**
XR KNEE RIGHT 4 VIEW OR MORE, 20610 Inj Asp Large Joint, Celestone Soluspan 6mg, Depo Medrol inj 40mg
Discuss weight management further at next Primary Care Visit.

## Patient Instructions:
1) Clinical Visit Summary provided. Patient to call if any questions.

**Oregon Medical Group**
**Oregon Medical Group**
1580 Valley River Dr. Suite 210 Eugene, OR 97401
(541) 687-4900 Fax: (541) 687-4904

*October 30, 2017*
Page 4
Office Visit

**Michael Cummins**
Male DOB: 491698

Home:
Ins: DMAP*

**Injection #1**
**Injection Site:** Knee
**Location** Right
**Administered by** Robb N Larsen MD
**Date Given** October 5, 2017
**Time** 3:18 PM
**Documented by** Drew Urmson CMA (AAMA) (October 5, 2017 3:18 PM)
**Route:** Intraarticular

**Medication 1:** Betamethasone (Celestone) 6mg
**Dose:** 1ml
**Mfr:** American Regent
**Lot#** 704100
**Expiration Date:** 2/19

**Medication 2:** Methylprednisolone Acetate (Depo-Medrol) 40mg
**Dose:** 1ml
**Mfr:** Pfizer
**Lot#** S69608
**Expiration Date:** 1/20

**Medication 3:** Lidocaine 1%
**Dose:** 8ml
**Mfr:** Hospira
**Lot#** 73032DK
**Expiration Date:** 1/19

**Injection Site:** knee

**Oregon Medical Group**
**Oregon Medical Group**
1580 Valley River Dr. Suite 210 Eugene, OR 97401
(541) 687-4900 Fax: (541) 687-4904

*October 30, 2017*
Page 5
Office Visit

**Michael Cummins**
Male DOB: 491698

Home:
Ins: DMAP*

**Location** Right
**Administered by** Robb N Larsen MD
**Date Given** October 5, 2017
**Time** 3:19 PM
**Documented by** Drew Urmson CMA (AAMA) (October 5, 2017 3:19 PM)

**Medication 1:** Lidocaine 1%
**Dose** 3 cc
**Route:** Subcutaneous
**Mfr:** Hospira
**Lot#** 73032DK
**Expiration Date:** 1/19

**Electronically signed by Robb N Larsen MD on 10/05/2017 at 3:33 PM**

**Transcription**

| Type | ID | Date and Time | Dictating Provider |
|---|---|---|---|
| History&Physical | 9132054 | 9/27/2017 6:54 PM | Steven L Wilhite, MD |

Signed by Steven L Wilhite, MD on 10/02/17 at 1115

Document Text

CUMMINS, MICHAEL M
01614423
DOB:

CHIEF COMPLAINT: Right upper quadrant pain and back pain.

This 47-year-old man has documented symptomatic gallstones and an ultrasound was carried out on 09/25/2017 and read by Jonathan Sims, MD. Impression is cholelithiasis without evidence of acute cholecystitis. Coarse echogenicity of the liver with hepatomegaly suggests hepatocellular dysfunction, mild hydronephrosis.

Gallbladder cholelithiasis is present and kidneys are read as right kidney. The kidney is normal in size, with normal echotexture. No evidence of hydronephrosis or nephrolithiasis. No discrete renal masses. Left kidney mild pelviectasis, left kidney is normal in size, no shadowing stones, no discrete renal mass.

The patient's symptoms are discomfort, particularly when eating spicy foods. He also has discomfort when lifting and turning. Some mild nausea.

Some of his symptoms are more musculoskeletal in nature, but also the spicy food, which gives him mild nausea and pain as well. This may be 2 separate problems.

PAST SURGICAL HISTORY: Include 11/22 right knee torn meniscus repair with open repair. He has had a pilonidal cyst on tailbone removed. He had an on-the-job injury to the head in the 1990s. The steel pipe hit him on top of the head and took a while to get over this problem.

PAST MEDICAL HISTORY: Health problems for which he sees a physician regularly are anxiety and high blood pressure, nephrolithiasis, hypertension, anxiety, gallstones, colonoscopy 2015 with a hyperplastic polyp, pilonidal cyst, torn meniscus, pneumonia as a child. Also, morbid obesity, migraine headaches, erectile dysfunction, diverticulosis, primary osteoarthritis involving multiple joints, psoriasis.

HABITS: He smokes 1 pack of cigarettes per day and has done so for 30 years. Does not drink alcohol. Does not use street drugs.

ALLERGIES: METRONIDAZOLE, FLAGYL AND APPARENTLY GIVES HIM SWELLING AND ANAPHYLAXIS TYPE OF ACTIVITY. MORPHINE MAKES HIM SICK.

CURRENT MEDICATIONS: Include:

1. Aspirin.
2. Ibuprofen.
3. Alprazolam 1 mg 2 times a day.
4. Propranolol 40 mg 2 times a day.
5. Hydrochlorothiazide 25 mg a day.
6. Lisinopril 40 mg a day.

FAMILY HISTORY: Positive for hypertension. Gallbladder problems in mother. Cancer in an uncle, diabetes in dad.

REVIEW OF SYSTEMS: 14 system review is positive for changes in moles and spots rashes and hives, wheezing, excessive burping, change in bowel habits, heartburn, reflux, hemorrhoids, diarrhea, abdominal pain, back and neck pain, painful and stiff joints, depression, anxiety, fearfulness, irritability, anger, insomnia, fatigue, headaches, migraine headaches, chest pain, muscle cramps, muscle weakness, pain in his legs, pain with walking, swelling of legs and feet, numbness, tingling in his legs and feet, unable to walk stairs.

PHYSICAL EXAMINATION:
General: He is blocky in build.
Vital signs: He is 5 feet 11.5 inches tall, weighs 300 pounds. Blood pressure is 134/94, pulse is 65, temperature is 97.8.
HEENT: Clear.
Neck: No nodes or masses.
Chest: Clear to auscultation.
Heart: Regular rhythm without murmur.
Abdomen: Obese, a large round abdomen, mild discomfort in the right upper quadrant. Inguinal regions, no evidence of herniation.
Extremities: No edema.

ASSESSMENT: Gallstones with spicy food intolerance, which brings on the pain and the gallstones are suggestive to be related. Some of his pain on movement, is more compatible with musculoskeletal pain. And so I think there may be 2 components here.

He would like to have his gallbladder out and I agree because at least it may be take care of some of the general complaints he has. However, I warned him that if the pain is not caused by the gallbladder it will not get rid of the pain and because of his size and musculoskeletal problems it is always a possibility that part of this at least is other than his gallbladder. Also advised him that we will take this out with a laparoscope, but because of his size, he has an increased chance of having it done openly.

I discussed at length the removal of the gallbladder and I drew a cartoon if you will of the biliary system to illustrate my discussion. Number 1 illustration was the common duct and advised that during removal of the

gallbladder, sometimes the common duct can be injured and this can result in multiple surgeries, lifetime of misery, liver transplant, and even death. I also discussed the complications of bile leak, perforation of the bowel, bleeding, and infection. All questions answered, he accepts and desires for me to proceed.

Dictated by: Steven L Wilhite MD

SLW:us9065
eScription document:49-9132054
D: 09/27/2017 18:54:40
T: 09/27/2017 19:46:27

cc: David Knowlton MD

## Progress Note

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 47 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 09/08/2017

---

### Subjective:

**Chief Complaints:**

- F/u imaging

**HPI:**

Constitutional:
He has a gall stone and needs to get his gall bladder taken out.

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp

**Surgical History:**

- pilonidal cyst 2004
- Colonoscopy two polyps 2015
- Tourn meniscus right 2016

**Hospitalization/ Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other
Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues GERD
Children: none

**Social History:**

General:
Smoking: yes. Smoking Status current smoker, When did you start smoking? 01/01/1982, Frequency every day, Quantity per day 21-30, First cigarette of the day 6-30 min, Interest in quitting Thinking about quitting. no Smokeless Tobacco. Alcohol: none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

- Propranolol Hydrochloride 40 Tablet 1 tab twice a day
- hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
- lisinopril 40 mg tablet 1 tab(s) orally once a day
- alprazolam 1 mg tablet 1 tab(s) orally 2 times a day
- CONTROLLED SUBSTANCE AGREEMENT 8/31/17
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI

## Objective:

**Vitals:** BP 120/70, HR 72, RR 14, Wt 300, Ht 71.25 in, BMI 41.54 Index, Pain Scale 0.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress.
- Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.
- Lungs: clear to auscultation in all fields.

## Assessment:

**Assessment:**

- Calculus of gallbladder without cholecystitis without obstruction - K80.20 (Primary)

## Plan:

**1. Calculus of gallbladder without cholecystitis without obstruction**

Notes: Referral to general surgery.
Referral To: Steven Wilhite General Surgery
Reason: Gall stone sent 9/12/17

**Preventive:**

Counseling: Smoking Patient counseled on the dangers of tobacco use and urged to quit 09/08/2017. BMI Care goal follow up plan Above Normal BMI Follow-up Dietary management education, guidance, and counseling.

**Follow Up:** prn

## Care Plan:

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 09/08/2017



**Electronically signed by David Knowlton , MD on 09/ 19/ 2017 at 11:27 AM PDT**
**Sign off status: Completed**

**Progress Notes**

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 47 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 08/31/2017

## Subjective:

**Chief Complaints:**

- CSA High blood pressure

**HPI:**

Depression Screening:
PHQ9 Suicidal ideation Not at all, Total Score 17, Intepretation Moderately severe depression.
Constitutional:
Rigth knee still hurts, now S/P menisectomy.
Depression Screening:
Intervention Follow-Up for Depression Advised patient to follow-up when and if necessary.
Dermatology:
He has multiple skin lesions and wants to see a dermatologist.
Cardiology:
He has HTN and is doing OK with that.
Gastroenterology:
He C/O RUQ pain off and on for 6 months.

**ROS:**

CARDIOLOGY:

- no Diaphoresis.
- no Pallor.
- no Chest Pain.
- no Shortness of Breath.
- no Palpitations.
- no Dizziness.
- no Leg Edema.
- no Fatigue.
- no Orthopnea.
- no PND (paroxsymal nocturnal dyspnea).

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp

**Surgical History:**

- pilonidal cyst 2004
- Colonoscopy two polyps 2015
- Tourn meniscus right 2016

**Hospitalization/ Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other

Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches

Paternal Grand Father: deceased 84 yrs

Paternal Grand Mother: deceased 92 yrs

Maternal Grand Father: deceased 74 yrs

Maternal Grand Mother: deceased 74 yrs

Siblings: One brother older in good health he has some sort of stomach issues GERD

Children: none

**Social History:**

General:

Smoking: yes. Smoking Status current smoker, When did you start smoking? 01/01/1982, Frequency every day, Quantity per day 21-30, First cigarette of the day 6-30 min, Interest in quitting Thinking about quitting. no Smokeless Tobacco. Alcohol: none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol:

Men: How many times have you had 5 or more drinks in one day in the last year? none 8/31/17. Alcohol Screening Points 0, Interpretation Negative.

Drugs:

Have you used a recreational drug or a prescription medication for nonmedical reasons in the past year? none 8/31/17.

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

- CONTROLLED SUBSTANCE AGREEMENT 10/21/2015 as directed
- alprazolam 1 mg tablet 1 tab(s) orally 2 times a day
- lisinopril 40 mg tablet 1 tab(s) orally once a day
- Propranolol Hydrochloride 40 Tablet 1 tab twice a day
- hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI

## Objective:

**Vitals:** BP 118/80, HR 80, Wt 295, Ht 71.25 in, BMI 40.85 Index, Pain Scale 0.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress.
- HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflammation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.
- Oral cavity: no lesions, moist mucus membranes.
- Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.
- Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.
- Lungs: clear to auscultation in all fields.

- Abdomen: Bowel sounds are normal, No tenderness, masses or organomegaly detected.
- Extremities: no edema, knee has full ROM, exam is compromised by obesity.
- Neurological: nonfocal.
- Psych: normal affect, good eye contact.

## Assessment:

**Assessment:**

- RUQ abdominal pain - R10.11 (Primary)
- Pain in right knee - M25.561
- Primary osteoarthritis involving multiple joints - M15.0
- Benign essential hypertension - I10
- Anxiety - F41.9
- Psoriasis - L40.9
- BMI 40.0-44.9, adult - Z68.41
- Encounter for screening for other disorder - Z13.89

## Plan:

**1. RUQ abdominal pain**

- **Imaging:** Ultrasound : Abdomen
  order faxed to OIC

Notes: Check abdominal ultrasound.

**2. Pain in right knee**

Notes: Referral to ortho.
Referral To: Referral OMG
Reason: Right knee pain sent 9/5/17

**3. Primary osteoarthritis involving multiple joints**

Notes: ROM exercises.

**4. Benign essential hypertension**

Continue Propranolol Hydrochloride Tablet, 40, 1 tab, twice a day ;
Continue hydrochlorothiazide tablet, 25 mg, 1 tab(s), orally, once a day ;
Continue lisinopril tablet, 40 mg, 1 tab(s), orally, once a day .
Notes: doing well.

**5. Anxiety**

Continue alprazolam tablet, 1 mg, 1 tab(s), orally, 2 times a day ;
Stop CONTROLLED SUBSTANCE 10/21/2015, AGREEMENT, as directed ;
Start CONTROLLED SUBSTANCE, AGREEMENT, 8/31/17 .

**6. Psoriasis**

Notes: Referral to dermatology.
Referral To: Eric Olson Dermatology
Reason: Psoriasis sent 9/5/17

**Procedure Codes:**

- G0442 annual alcohol screening 15 MIN
- G0444 annual depression screening up to 15 MIN
- 96160 Health risk assessment

**Preventive:**

Counseling: Smoking Patient counseled on the dangers of tobacco use and urged to quit 09/01/2017. BMI Care goal follow up plan Above Normal BMI Follow-up Dietary management education, guidance, and counseling.

**Follow Up:** prn

## Care Plan:

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 08/31/2017



**Electronically signed by David Knowlton , MD on 09/ 07/ 2017 at 10:30 AM PDT**
**Sign off status: Completed**

Progress Notes - 08/31/2017

# CONTROLLED SUBSTANCE AGREEMENT

Patient Name: Michael Cummins Date of Birth: ___

Social Security Number: ___ Gender: (Male) Female

Diagnosis: Anxiety

The goal of my therapy is to control my condition at a level that will allow me to function better. This includes being able to do the following specific social, work, or recreational activities:

1. Xanax 1.0 y TRO Bid
2. ___

To reach this goal, I am treated with the following (medication name, dose, frequency):

1. ___
2. ___

If my condition becomes worse, my treatment plan is:

See MD

I have been given a copy of the risks of these medications (attached). I agree to the following:

1. I understand that these medications may be addictive and may cause physical dependency. Suddenly stopping treatment may cause withdrawal symptoms.
2. I take full responsibility for my actions while under the influence of the prescribed medication. I will refrain from placing myself or others at risk of harm or injury including, but not limited to, driving and operating machinery.
3. To avoid drug interactions, I will not use alcohol or other drugs while taking these medications.
4. I will not change the dose of my medication on my own. Any changes need to be approved by my doctor.
5. I will obtain all controlled medication through Dr. David Knowlton (or his associates if he is out of the office for any extended period of time).
6. I agree to submit to random drug testing.
7. I will use the same pharmacy for all controlled medications. The name of my pharmacy is:

   Store: Bi Mart Location: Royal Phone: ___

8. Each prescription is for a specific amount of medication. ***Early refills will not be approved. Refills will not be approved for lost or stolen medication.*** I take responsibility for keeping my medications safe.
9. Subsequent prescription will only be issued at office visits. Making appointments 7-10 days before needing refills is recommended.
10. I give McKenzie Family Practice permission to share this Controlled Substance Agreement with local ER's, Urgent Cares, safety net clinics and Lipa (for OHP patients).
11. I understand that failure to comply with any of these agreements may cause immediate termination of this treatment plan, and/or care at McKenzie Family Practice.

I have read and understand this document (initial one):

✓ I was satisfied with the above description and did not want anymore information, or

___ I requested and received further explanation about the treatment, alternatives, or risks.

This accurately represents our discussion. I am satisfied with the explanation given and I am aware that a copy of this Plan will be made available to me upon my request.

[signature] 8/31/17

**PATIENT SIGNATURE** **DATE**

[signature] 8/31/17

**PHYSICIAN SIGNATURE** **DATE**

Cummins, Michael M (MR # 01614423)

PeaceHealth
Sacred Heart Medical Center

Oregon Heart & Vascular Institute

**Sacred Heart at RiverBend Echo**
**3311 RIVERBEND DR**
**SPRINGFIELD OR 97477**
**541-222-7218**

**Cummins, Michael M** MRN: **01614423**
Sex: **Male** DOB:

Reading physician: **Manjunath Gopal Raju, MD**
Ordering physician: **Kathleen C Sullivan, MD**
Accession#: **101407189**

## ECHOCARDIOGRAM COMPLETE DOPPLER AND COLOR FLOW

Study Date: **02/11/2018**
Read Date: **02/11/2018 11:17 AM**

### Reason For Exam

eval right heart strain from PE

### Narrative

```
                    Adult Echocardiogram      3311 RiverBend Drive
                                              Springfield, OR 97477
                                              (541) 222-7218
Name: CUMMINS, MICHAEL MStudy Date: 02/11/2018 09:51 AM          BP: 89/50 mmHg
MRN: 01614423           Pt Location: RBMC ZONE6^CDUR^CDUR-40^RBMCHR: 84
DOB:                    Ordering MD: SULLIVAN, KATHLEEN          Height: 71 in
Age: 47 yrs             Referring MD: SULLIVAN, KATHLEEN C       Weight: 300 lb
Gender: Male            Performed By: Travis Obley, RDCS         BSA: 2.5 m2   St
udy ID: 503331
Reason For Study: eval right heart strain from PE
History: Acute RLL Pulmonary embolism, s/p cholesystectomy, tobacco
```

**Conclusions**

The left ventricle is hyperdynamic.
Borderline right ventricular enlargement.
The right atrium is mildly dilated.
All four cardiac valves are normal in structure and function.
There is no prior echocardiogram noted for this patient.

**Study Comments**

2D transthoracic echocardiogram with color flow and Doppler.
The study was technically adequate with some images being suboptimal in quality.
There is no prior echocardiogram noted for this patient.
The patient was in normal sinus rhythm during the exam.

**Left Ventricle**

The left ventricle is normal in size. There is mild concentric left ventricular hypertrophy. The left ventricle is hyperdynamic. Left ventricular ejection fraction is 70% (+/- 5). Echo findings are not consistent with left ventricular outflow obstruction. There is normal diastolic function.

**Right Ventricle**
Borderline right ventricular enlargement. The right ventricular systolic function is normal. The tricuspid annular plane systolic excursion is 1.9 cm. A measurement of 1.6 cm or greater is consistent with normal right ventricular systolic function.

**Atria**
The left atrial size is normal. The left atrial volume indexed to BSA is calculated to be 36cc/m2. The right atrium is mildly dilated. There is no Doppler evidence for an interatrial shunt.

**Mitral Valve**
All four cardiac valves are normal in structure and function. The mitral valve is normal in structure and function. There is no mitral regurgitation noted.

**Aortic Valve**
The aortic valve is not well visualized secondary to technical limitations. No evidence for aortic stenosis. No aortic regurgitation is present.

**Tricuspid Valve**
The tricuspid valve is normal in structure and function. The right ventricular systolic pressure could not be estimated.

**Pulmonic Valve**
The pulmonic valve is not well seen, but is grossly normal.

**Great Vessels**
The aortic root is normal size. The aortic arch is not well visualized secondary to technical limitations. The IVC appears to collapse at least 50% or more, but it is dilated in size which suggests elevated central venous pressures. The IVC has a measurement of 28 mm.

**Pericardium / Pleura**
There is no pericardial effusion. There is an incidental finding of a pericardial fat pad found in the pericardial space.

**MMode/2D Measurements & Calculations**

| | | | |
|---|---|---|---|
| IVSd: 1.4 cm | RVDd: 4.6 cm | FS: 56.7 % | Ao root diam: 3.7 cm |
| LVPWd: 1.3 cm | LVIDd: 4.9 cm | | LA dimension: 4.3 cm |
| | LVIDs: 2.1 cm | | |
| LVOT diam: 2.1 cm | LA vol: 86.9 ml | BMI: 41.8 kilograms/m2 | BSA(Haycock): 2.7 m2 |
| | LA vol index: 34.7 ml/m2 | | |
| Diastolic Pressure: 50.0 mmHg | Heart Rate: 84.0 BPM | Height (metric): 180.3 cm | RAP systole: 8.0 mmHg |
| Systolic Pressure: | Weight (metric): | | |

**Narrative (continued)**

89.0 mmHg 136.1 kg

Time Measurements
MV dec time: 0.22 sec

Doppler Measurements & Calculations

| | | | |
|---|---|---|---|
| MV E max vel: | Lat Peak E' Vel: | Ao V2 max: | LV V1 max: |
| 97.8 cm/sec | 11.6 cm/sec | 158.1 cm/sec | 156.9 cm/sec |
| MV A max vel: | | Ao max PG: | |
| 71.4 cm/sec | | 10.0 mmHg | |
| MV E/A: 1.4 | | | |
| | | AVA(V,D): 3.6 cm2 | |

PA V2 max:
118.4 cm/sec
PA max PG: 5.6 mmHg

WALL_START

WALL_ENDED

Interpreted by:Manjunath G Raju, MD on 02/11/2018 11:17 AM

**Signed**

Electronically signed by Manjunath Gopal Raju, MD on 2/11/18 at 1117 PST

Cummins, Michael M (MR # 01614423)

## Prothrombin Time

Order: 134195231

Status: **Final result** Visible to patient: **No (Not Released)**

| | Ref Range & Units | 1d ago | 2d ago |
|---|---|---|---|
| **Prothrombin Time** | 12.4 - 14.5 sec | 21.0 (H) | 19.9 (H) |
| **INR** | 0.9 - 1.1 | 1.7 (H) | 1.6 (H) CM |

Comments: Recommended range for oral anticoagulant rx. INR Range
DVT, PE, Atrial fib 2.0-3.0
Bioprosthetic valve, St.Jude valve aortic position 2.0-3.0
Most mechanical heart valves 2.5-3.5
Ref: Chest 2012;141;141(2_suppl):7S-47S

| Resulting Agency | PHLab 100 | PHLab 100 |
|---|---|---|

Specimen Collected: 02/14/18 7:41 AM

Last Resulted: 02/14/18 8:22 AM

Order Details View Encounter Lab and Collection Details Routing Result History

CM=Additional comments

## Collection Information

Specimen ID: 18CL-045G0048 **Blood**

Collected: 2/14/2018 7:41 AM MAHRT, BRENDA M

Received: 2/14/2018 7:50 AM

Resulting Agency: PEACEHEALTH LABORATORIES
123 International Way
Springfield OR 97477

| Order Question | Answer |
|---|---|
| Anticoagulant: | |

## Provider Information

| Ordering User | Ordering Provider | Authorizing Provider |
|---|---|---|
| Victor W Choi, RPH | Kathleen C Sullivan, MD | Kathleen C Sullivan, MD |
| **Attending Provider(s)** | **Admitting Provider** | **PCP** |
| Saroj Shrestha, MD; Kathleen C Sullivan, MD; Mohammad H Khan, MD | Saroj Shrestha, MD | David A Knowlton, MD |

## Patient Release Status:

This result is not viewable by the patient.

## Blood

**Collected 2/14/2018 7:41 AM** by Brenda M Mahrt

Container: 1 BLUE Draw type: Venipuncture

## Other Results from 2/10/2018

| | |
|---|---|
| **Prothrombin Time** Final result | 2/13/2018 |
| **Lactic Acid** Final result | 2/13/2018 |
| **Basic Metabolic Panel** Final result | 2/13/2018 |
| **Complete Blood Count, No Differential** Final result | 2/13/2018 |
| **Procalcitonin** Final result | 2/12/2018 |
| **Anti-phospholipid Panel, Coagulation Studies** In process | 2/12/2018 |
| **Prothrombin Time** Final result | 2/12/2018 |
| **Comprehensive Metabolic Panel** Final result | 2/12/2018 |
| **Magnesium** Final result | 2/12/2018 |

Cummins, Michael M (MR # 01614423)

| | |
|---|---|
| **Complete Blood Count, No Differential** Final result | 2/12/2018 |
| **Urinalysis With Microscopic, Culture if Indicated** Final result | 2/11/2018 |
| **Prothrombin Time** Final result | 2/11/2018 |
| **Basic Metabolic Panel** Final result | 2/11/2018 |
| **Lipid Panel - Fasting** Final result | 2/11/2018 |
| **Complete Blood Count with Automated Differential** Final result | 2/11/2018 |
| **Manual Differential** Final result | 2/11/2018 |
| **Carcinoembryonic Antigen (CEA)** Final result | 2/10/2018 |
| **Cancer Antigen 19-9** Final result | 2/10/2018 |
| **PSA, Screen** Final result | 2/10/2018 |
| **Alpha Fetoprotein (Tumor)** Final result | 2/10/2018 |

**Warning: Additional results from 2/10/2018 are available but are not displayed in this report.**

## Printable Report

Prothrombin Time (Order #134195231) on 2/14/18

## Lab Component SmartPhrase Guide

Prothrombin Time (Order #134195231) on 2/14/18

### Order Provider Info

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Victor W Choi, RPH | 541-222-1400 | -- | VChoi@peacehealth.org |
| Authorizing Provider | Kathleen C Sullivan, MD | 541-222-6389 | -- | -- |

### Reference Links

Quest's Test Menu: Test Code 8847

### Order History

Inpatient

| Date/Time | Action Taken | User | Additional Information |
|---|---|---|---|
| 02/14/18 0100 | Release | Victor W Choi, RPH (auto-released) | From Order: 134123053 |
| 02/14/18 0822 | Result | Lab, Background User | Final |

### Encounter Information

| | Department | CSN |
|---|---|---|
| 2/10/2018 2:39 PM | Rbmc Zone 6 | 393331745 |

### Order-Level Documents:

There are no order-level documents.

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents for Parent Order:

There are no order-level documents for parent order.

### Reprint Requisition - PH Lab Inpatient & CAH

Cummins, Michael M (MR # 01614423)

Prothrombin Time (Order #134195231) on 2/14/18

## Reprint Requisition - Quest PHMG

Prothrombin Time (Order #134195231) on 2/14/18

## Order Report

Prothrombin Time (Order #134195231) on 2/14/18

## Encounter

View Encounter

Cummins, Michael M (MR # 01614423) Printed by Michele J Falls [37479] at 2/15/18 9:39 AM

McKenzie Family Practice
1755 COBURG RD STE 301 , EUGENE, OR 97401-4900
541-344-8225

Cummins, Michael, M,

FINAL RESULT

Accession ID OW787559C    Lab Ref ID 1A624867

Order Date 11/12/2018    Received 11/14/2018 03:25:00    Spec Recd 11/13/2018 12:41:00

Coll. Date 11/13/2018 12:41:00    Report 11/14/2018 03:14:00

Requesting Physician Knowlton, David    Ordering Physician Knowlton, David

# PROTHROMBIN TIME-INR

| NAME | VALUE | REFERENCE RANGE | LAB |
|---|---|---|---|
| F INR | 2.0 H | | NW |

- Reference Range 0.9-1.1
- Moderate-intensity Warfarin Therapy 2.0-3.0
- Higher-intensity Warfarin Therapy 3.0-4.0
-

| NAME | VALUE | REFERENCE RANGE | LAB |
|---|---|---|---|
| F PT | 20.8 H | 9.0-11.5 (sec) | NW |

-
- For more information on this test, go to:
- http://education.questdiagnostics.com/faq/FAQ104
-

0
FASTING:NO

FASTING: NO
PERFORMING LAB: NW, Quest Diagnostics-Seattle -1737 Airport 1737 Airport Way S, Suite 200, Seattle WA 98134-1636 Roger Graham

Labs/Diagnostics - 02/13/2018



Cummins, Michael M (MR # 01614423)

## Basic Metabolic Panel

Order: 134195216

Status: **Final result** Visible to patient: **No (Not Released)**

| | Ref Range & Units | 2d ago | 3d ago |
|---|---|---|---|
| **Sodium** | 135 - 145 mmol/L | **136** | 136 |
| **Potassium** | 3.5 - 5.2 mmol/L | **3.4 (L)** | 3.7 |
| **Chloride** | 95 - 109 mmol/L | **105** | 101 |
| **CO2** | 22 - 32 mmol/L | **23** | 23 |
| **Anion Gap** | 3 - 12 mmol/L | **8** | 12 |
| **Glucose** | 70 - 99 mg/dL | **121 (H)** | **118 (H)** |
| **BUN** | 6 - 20 mg/dL | **21 (H)** | **26 (H)** |
| **Creatinine** | 0.61 - 1.24 mg/dL | **1.09** | **1.26 (H)** |
| **GFR Non-Black (CKD-EPI)** | >=60 mL/min/1.73m2 | **80** | 67 |
| **GFR Black (CKD-EPI)** | >=60 mL/min/1.73m2 | **93** | 78 |
| **Calcium** | 8.6 - 10.2 mg/dL | **8.3 (L)** | **8.5 (L)** |
| Resulting Agency | | PHLab 100 | PHLab 100 |

Specimen Collected: 02/13/18 7:04 AM

Last Resulted: 02/13/18 7:31 AM

Order Details View Encounter Lab and Collection Details Routing Result History

## Collection Information

Specimen ID: 18CL-044C0321 **Blood**

Collected: 2/13/2018 7:04 AM MORRIS, MARY M

Received: 2/13/2018 7:18 AM

Resulting Agency: PEACEHEALTH LABORATORIES
123 International Way
Springfield OR 97477

| Order Question | Answer |
|---|---|
| Does the patient need to be fasting? | |

| Collection Question | Answer |
|---|---|
| How many hours has the patient been fasting? | |

## Provider Information

| Ordering User | Ordering Provider | Authorizing Provider |
|---|---|---|
| Kathleen C Sullivan, MD | Kathleen C Sullivan, MD | Kathleen C Sullivan, MD |
| Attending Provider(s) | Admitting Provider | PCP |
| Saroj Shrestha, MD; Kathleen C Sullivan, MD; Mohammad H Khan, MD | Saroj Shrestha, MD | David A Knowlton, MD |

## Patient Release Status:

This result is not viewable by the patient.

## Blood

**Collected 2/13/2018 7:04 AM** by Mary M. Morris

Container: 1 GRN PST...

Draw type: Venipuncture

## Other Results from 2/10/2018

- **Prothrombin Time** Final result 2/14/2018
- **Prothrombin Time** Final result 2/13/2018
- **Lactic Acid** Final result 2/13/2018

Cummins, Michael M (MR # 01614423)

| | |
|---|---|
| **Complete Blood Count, No Differential** Final result | 2/13/2018 |
| **Procalcitonin** Final result | 2/12/2018 |
| **Anti-phospholipid Panel, Coagulation Studies** In process | 2/12/2018 |
| **Prothrombin Time** Final result | 2/12/2018 |
| **Comprehensive Metabolic Panel** Final result | 2/12/2018 |
| **Magnesium** Final result | 2/12/2018 |
| **Complete Blood Count, No Differential** Final result | 2/12/2018 |
| **Urinalysis With Microscopic, Culture if Indicated** Final result | 2/11/2018 |
| **Prothrombin Time** Final result | 2/11/2018 |
| **Basic Metabolic Panel** Final result | 2/11/2018 |
| **Lipid Panel - Fasting** Final result | 2/11/2018 |
| **Complete Blood Count with Automated Differential** Final result | 2/11/2018 |
| **Manual Differential** Final result | 2/11/2018 |
| **Carcinoembryonic Antigen (CEA)** Final result | 2/10/2018 |
| **Cancer Antigen 19-9** Final result | 2/10/2018 |
| **PSA, Screen** Final result | 2/10/2018 |
| **Alpha Fetoprotein (Tumor)** Final result | 2/10/2018 |

**Warning: Additional results from 2/10/2018 are available but are not displayed in this report.**

## Printable Report

Basic Metabolic Panel (Order #134195216) on 2/13/18

## Lab Component SmartPhrase Guide

Basic Metabolic Panel (Order #134195216) on 2/13/18

### Order Provider Info

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Kathleen C Sullivan, MD | 541-222-6389 | -- | KSullivan2@peacehealth.org |
| Authorizing Provider | Kathleen C Sullivan, MD | 541-222-6389 | -- | -- |

### Reference Links

Quest's Test Menu: Test Code 10165

### Order History

Inpatient

| Date/Time | Action Taken | User | Additional Information |
|---|---|---|---|
| 02/13/18 0100 | Release | Kathleen C Sullivan, MD (auto-released) | From Order: 134195209 |
| 02/13/18 0731 | Result | Lab, Background User | Final |

### Encounter Information

| | Department | CSN |
|---|---|---|
| 2/10/2018 2:39 PM | Rbmc Zone 6 | 393331745 |

### Order-Level Documents:

There are no order-level documents.

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents for Parent Order:

Cummins, Michael M (MR # 01614423)

There are no order-level documents for parent order.

## Reprint Requisition - PH Lab Inpatient & CAH

Basic Metabolic Panel (Order #134195216) on 2/13/18

## Reprint Requisition - Quest PHMG

Basic Metabolic Panel (Order #134195216) on 2/13/18

## Order Report

Basic Metabolic Panel (Order #134195216) on 2/13/18

## Encounter

View Encounter

Cummins, Michael M (MR # 01614423) Printed by Michele J Falls [37479] at 2/15/18 9:43 AM

Cummins, Michael M (MR # 01614423)

## Complete Blood Count, No Differential

Order: 134195215

Status: **Final result** Visible to patient: **No (Not Released)**

Specimen Collected: 02/13/18 7:04 AM

Last Resulted: 02/13/18 7:22 AM

Order Details View Encounter Lab and Collection Details Routing Result History

## ! Complete Blood Count, No Differential

Order: 134195218 - Part of Panel Order 134195215

Status: **Final result** Visible to patient: **No (Not Released)**

| | Ref Range & Units | 2d ago | 3d ago |
|---|---|---|---|
| **WBC** | 4.0 - 11.0 K/uL | 13.6 (H) | 16.5 (H) |
| **RBC** | 4.31 - 5.77 M/uL | 3.69 (L) | 4.07 (L) |
| **HGB** | 13.2 - 17.5 g/dL | 11.4 (L) | 12.7 (L) |
| **HCT** | 38.9 - 49.9 % | 33.1 (L) | 38.1 (L) |
| **MCV** | 80.0 - 100.0 fL | 89.7 | 93.6 |
| **MCH** | 27.8 - 33.8 pg | 30.9 | 31.2 |
| **MCHC** | 31.5 - 36.5 g/dL | 34.4 | 33.3 |
| **RDW** | 11.5 - 14.2 % | 14.0 | 14.0 |
| **Platelets** | 150 - 400 K/uL | 226 | 213 |
| **MPV** | 8.5 - 12.4 fL | 9.7 | 9.8 |
| Resulting Agency | | PHLab 100 | PHLab 100 |

Specimen Collected: 02/13/18 7:04 AM

Last Resulted: 02/13/18 7:22 AM

Order Details View Encounter Lab and Collection Details Routing Result History

## Collection Information

Specimen ID: 18CL-044H0201 **Blood** Collected: 2/13/2018 7:04 AM

## Provider Information

| Ordering User | Ordering Provider | Authorizing Provider |
|---|---|---|
| Kathleen C Sullivan, MD | Kathleen C Sullivan, MD | Kathleen C Sullivan, MD |
| Attending Provider(s) | Admitting Provider | PCP |
| Saroj Shrestha, MD; Kathleen C Sullivan, MD; Mohammad H Khan, MD | Saroj Shrestha, MD | David A Knowlton, MD |

## Patient Release Status:

This result is not viewable by the patient.

## Other Results from 2/10/2018

- **Prothrombin Time** Final result 2/14/2018
- **Prothrombin Time** Final result 2/13/2018
- **Lactic Acid** Final result 2/13/2018
- **Basic Metabolic Panel** Final result 2/13/2018
- **Procalcitonin** Final result 2/12/2018

Cummins, Michael M (MR # 01614423)

| | |
|---|---|
| **Anti-phospholipid Panel, Coagulation Studies** In process | 2/12/2018 |
| **Prothrombin Time** Final result | 2/12/2018 |
| **Comprehensive Metabolic Panel** Final result | 2/12/2018 |
| **Magnesium** Final result | 2/12/2018 |
| **Complete Blood Count, No Differential** Final result | 2/12/2018 |
| **Urinalysis With Microscopic, Culture if Indicated** Final result | 2/11/2018 |
| **Prothrombin Time** Final result | 2/11/2018 |
| **Basic Metabolic Panel** Final result | 2/11/2018 |
| **Lipid Panel - Fasting** Final result | 2/11/2018 |
| **Complete Blood Count with Automated Differential** Final result | 2/11/2018 |
| **Manual Differential** Final result | 2/11/2018 |
| **Carcinoembryonic Antigen (CEA)** Final result | 2/10/2018 |
| **Cancer Antigen 19-9** Final result | 2/10/2018 |
| **PSA, Screen** Final result | 2/10/2018 |
| **Alpha Fetoprotein (Tumor)** Final result | 2/10/2018 |

**Warning: Additional results from 2/10/2018 are available but are not displayed in this report.**

## Printable Report

Complete Blood Count, No Differential (Order #134195215) on 2/13/18

## Lab Component SmartPhrase Guide

Complete Blood Count, No Differential (Order #134195215) on 2/13/18

### Order Provider Info

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Kathleen C Sullivan, MD | 541-222-6389 | -- | KSullivan2@peacehealth.org |
| Authorizing Provider | Kathleen C Sullivan, MD | 541-222-6389 | -- | -- |

### Reference Links

Quest's Test Menu: Test Code 1759

### Order History

Inpatient

| Date/Time | Action Taken | User | Additional Information |
|---|---|---|---|
| 0000 | Result | Christopher Zehr | In process |
| 02/13/18 0100 | Release | Kathleen C Sullivan, MD (auto-released) | From Order: 134195208 |
| 02/13/18 0722 | Result | Lab, Background User | Final |

### Encounter Information

| | Department | CSN |
|---|---|---|
| 2/10/2018 2:39 PM | Rbmc Zone 6 | 393331745 |

### Order-Level Documents:

There are no order-level documents.

Cummins, Michael M (MR # 01614423)

## Encounter-Level Documents:

There are no encounter-level documents.

## Order-Level Documents for Parent Order:

There are no order-level documents for parent order.

### Reprint Requisition - PH Lab Inpatient & CAH

Complete Blood Count, No Differential (Order #134195215) on 2/13/18

### Reprint Requisition - Quest PHMG

Complete Blood Count, No Differential (Order #134195215) on 2/13/18

### Order Report

Complete Blood Count, No Differential (Order #134195215) on 2/13/18

### Encounter

View Encounter

Cummins, Michael M (MR # 01614423) Printed by Michele J Falls [37479] at 2/15/18 9:43 AM

Cummins, Michael M (MR # 01614423)

## Lactic Acid

Order: 134195214

Status: **Final result** Visible to patient: **No (Not Released)**

| | Ref Range & Units | 2d ago | 1mo ago |
|---|---|---|---|
| **Lactate** | 0.5 - 2.0 mmol/L | 0.8 | 1.2 R |
| Resulting Agency | | PHLab 100 | PHLab 100 |

Specimen Collected: 02/13/18 7:04 AM

Last Resulted: 02/13/18 7:35 AM

Order Details View Encounter Lab and Collection Details Routing Result History

R=Reference range differs from displayed range

## Collection Information

Specimen ID: 18CL-044C0322 **Blood**

Collected: 2/13/2018 7:04 AM MORRIS, MARY M

Received: 2/13/2018 7:18 AM

Resulting Agency: PEACEHEALTH LABORATORIES
123 International Way
Springfield OR 97477

## Provider Information

Ordering User
Kathleen C Sullivan, MD

Attending Provider(s)
Saroj Shrestha, MD; Kathleen C Sullivan, MD; Mohammad H Khan, MD

Ordering Provider
Kathleen C Sullivan, MD

Admitting Provider
Saroj Shrestha, MD

Authorizing Provider
Kathleen C Sullivan, MD

PCP
David A Knowlton, MD

## Patient Release Status:

This result is not viewable by the patient.

## Blood

**Collected 2/13/2018 7:04 AM** by Mary M. Morris

Container: 1 NaFl...

Draw type: Venipuncture

## Other Results from 2/10/2018

- **Prothrombin Time** Final result — 2/14/2018
- **Prothrombin Time** Final result — 2/13/2018
- **Basic Metabolic Panel** Final result — 2/13/2018
- **Complete Blood Count, No Differential** Final result — 2/13/2018
- **Procalcitonin** Final result — 2/12/2018
- **Anti-phospholipid Panel, Coagulation Studies** In process — 2/12/2018
- **Prothrombin Time** Final result — 2/12/2018
- **Comprehensive Metabolic Panel** Final result — 2/12/2018
- **Magnesium** Final result — 2/12/2018
- **Complete Blood Count, No Differential** Final result — 2/12/2018
- **Urinalysis With Microscopic, Culture if Indicated** Final result — 2/11/2018
- **Prothrombin Time** Final result — 2/11/2018
- **Basic Metabolic Panel** Final result — 2/11/2018
- **Lipid Panel - Fasting** Final result — 2/11/2018
- **Complete Blood Count with Automated Differential** Final result — 2/11/2018
- **Manual Differential** Final result — 2/11/2018
- **Carcinoembryonic Antigen (CEA)** Final result — 2/10/2018

Cummins, Michael M (MR # 01614423)

| | |
|---|---|
| **Cancer Antigen 19-9** Final result | 2/10/2018 |
| **PSA, Screen** Final result | 2/10/2018 |
| **Alpha Fetoprotein (Tumor)** Final result | 2/10/2018 |

**Warning: Additional results from 2/10/2018 are available but are not displayed in this report.**

## Printable Report

Lactic Acid (Order #134195214) on 2/13/18

## Lab Component SmartPhrase Guide

Lactic Acid (Order #134195214) on 2/13/18

### Order Provider Info

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Kathleen C Sullivan, MD | 541-222-6389 | -- | KSullivan2@peacehealth.org |
| Authorizing Provider | Kathleen C Sullivan, MD | 541-222-6389 | -- | -- |

### Reference Links

Quest's Test Menu: Test Code 585

### Order History

Inpatient

| Date/Time | Action Taken | User | Additional Information |
|---|---|---|---|
| 02/13/18 0100 | Release | Kathleen C Sullivan, MD (auto-released) | From Order: 134195199 |
| 02/13/18 0735 | Result | Lab, Background User | Final |

### Encounter Information

| | Department | CSN |
|---|---|---|
| 2/10/2018 2:39 PM | Rbmc Zone 6 | 393331745 |

### Order-Level Documents:

There are no order-level documents.

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents for Parent Order:

There are no order-level documents for parent order.

## Reprint Requisition - PH Lab Inpatient & CAH

Lactic Acid (Order #134195214) on 2/13/18

## Reprint Requisition - Quest PHMG

Lactic Acid (Order #134195214) on 2/13/18

Cummins, Michael M (MR # 01614423)

## Order Report

Lactic Acid (Order #134195214) on 2/13/18

## Encounter

View Encounter

Cummins, Michael M (MR # 01614423) Printed by Michele J Falls [37479] at 2/15/18 9:43 AM

Labs/Diagnostics - 02/13/2018



Cummins, Michael M (MR # 01614423)

Prothrombin Time
Status: **Final result** Visible to patient: **No (Not Released)**

Order: 134195213

**Newer results are available.**

| | Ref Range & Units | 2d ago | 3d ago |
|---|---|---|---|
| **Prothrombin Time** | 12.4 - 14.5 sec | **19.9 (H)** | **17.8 (H)** |
| **INR** | 0.9 - 1.1 | **1.6 (H)** | **1.4 (H)** CM |

Comments: Recommended range for oral anticoagulant rx. INR Range
DVT, PE, Atrial fib 2.0-3.0
Bioprosthetic valve, St.Jude valve aortic position 2.0-3.0
Most mechanical heart valves 2.5-3.5
Ref: Chest 2012;141;141(2_suppl):7S-47S

| Resulting Agency | PHLab 100 | PHLab 100 |
|---|---|---|

Specimen Collected: 02/13/18 7:04 AM

Last Resulted: 02/13/18 7:35 AM

Order Details View Encounter Lab and Collection Details Routing Result History

CM=Additional comments

## Collection Information

Specimen ID: 18CL-044G0055 **Blood**

Collected: 2/13/2018 7:04 AM
MORRIS, MARY M
Received: 2/13/2018 7:10 AM

Resulting Agency: PEACEHEALTH LABORATORIES
123 International Way
Springfield OR 97477

| Order Question | Answer |
|---|---|
| Anticoagulant: | |

## Provider Information

| Ordering User | Ordering Provider | Authorizing Provider |
|---|---|---|
| Victor W Choi, RPH | Kathleen C Sullivan, MD | Kathleen C Sullivan, MD |
| Attending Provider(s) | Admitting Provider | PCP |
| Saroj Shrestha, MD; Kathleen C Sullivan, MD; Mohammad H Khan, MD | Saroj Shrestha, MD | David A Knowlton, MD |

## Patient Release Status:

This result is not viewable by the patient.

## Blood

**Collected 2/13/2018 7:04 AM** by Mary M. Morris
Container: 1 BLUE Draw type: Venipuncture

## Other Results from 2/10/2018

| | |
|---|---|
| **Prothrombin Time** Final result | 2/14/2018 |
| **Lactic Acid** Final result | 2/13/2018 |
| **Basic Metabolic Panel** Final result | 2/13/2018 |
| **Complete Blood Count, No Differential** Final result | 2/13/2018 |
| **Procalcitonin** Final result | 2/12/2018 |
| **Anti-phospholipid Panel, Coagulation Studies** In process | 2/12/2018 |
| **Prothrombin Time** Final result | 2/12/2018 |

Cummins, Michael M (MR # 01614423)

| | |
|---|---|
| **Comprehensive Metabolic Panel** Final result | 2/12/2018 |
| **Magnesium** Final result | 2/12/2018 |
| **Complete Blood Count, No Differential** Final result | 2/12/2018 |
| **Urinalysis With Microscopic, Culture if Indicated** Final result | 2/11/2018 |
| **Prothrombin Time** Final result | 2/11/2018 |
| **Basic Metabolic Panel** Final result | 2/11/2018 |
| **Lipid Panel - Fasting** Final result | 2/11/2018 |
| **Complete Blood Count with Automated Differential** Final result | 2/11/2018 |
| **Manual Differential** Final result | 2/11/2018 |
| **Carcinoembryonic Antigen (CEA)** Final result | 2/10/2018 |
| **Cancer Antigen 19-9** Final result | 2/10/2018 |
| **PSA, Screen** Final result | 2/10/2018 |
| **Alpha Fetoprotein (Tumor)** Final result | 2/10/2018 |

**Warning: Additional results from 2/10/2018 are available but are not displayed in this report.**

## Printable Report

Prothrombin Time (Order #134195213) on 2/13/18

## Lab Component SmartPhrase Guide

Prothrombin Time (Order #134195213) on 2/13/18

### Order Provider Info

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Victor W Choi, RPH | 541-222-1400 | -- | VChoi@peacehealth.org |
| Authorizing Provider | Kathleen C Sullivan, MD | 541-222-6389 | -- | -- |

### Reference Links

Quest's Test Menu: Test Code 8847

### Order History

Inpatient

| Date/Time | Action Taken | User | Additional Information |
|---|---|---|---|
| 02/13/18 0100 | Release | Victor W Choi, RPH (auto-released) | From Order: 134123053 |
| 02/13/18 0735 | Result | Lab, Background User | Final |

### Encounter Information

| | Department | CSN |
|---|---|---|
| 2/10/2018 2:39 PM | Rbmc Zone 6 | 393331745 |

### Order-Level Documents:

There are no order-level documents.

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents for Parent Order:

There are no order-level documents for parent order.

Reprint Requisition - PH Lab Inpatient & CAH

Cummins, Michael M (MR # 01614423)

Prothrombin Time (Order #134195213) on 2/13/18

## Reprint Requisition - Quest PHMG

Prothrombin Time (Order #134195213) on 2/13/18

## Order Report

Prothrombin Time (Order #134195213) on 2/13/18

## Encounter

View Encounter

Cummins, Michael M (MR # 01614423) Printed by Michele J Falls [37479] at 2/15/18 9:43 AM

Labs/Diagnostics - 02/12/2018



Cummins, Michael M (MR # 01614423)

Procalcitonin
Status: **Final result** Visible to patient: **No (Not Released)**

Order: 134195200

| | Ref Range & Units | 3d ago |
|---|---|---|
| **Procalcitonin** | <0.10 ng/mL | 0.31 (H) |

Comments:
PROCALCITONIN:
Bacterial Infection/Systemic Inflammatory/Sepsis*
<0.25 ng/mL: Significant bacterial infection unlikely;
< 0.5 ng/mL: Low risk of severe sepsis and/or septic shock;
0.25-2.0 ng/mL: Consistent with localized mild to moderate bacterial infection or noninfectious systemic inflammatory response;
>2.0 ng/mL: High risk of severe sepsis and/or septic shock

Lower Respiratory Tract Infections*
<0.1 ng/mL: Indicates absence of bacterial infection. Use of antibiotics strongly discouraged, even in the presence of impaired pulmonary reserve in AECOP.
0.10 - 0.25 ng/mL: Bacterial infection unlikely. Use of antibiotics is discouraged.
0.26 - 0.5 ng/mL: Bacterial infection is possible. Recommend to initiate antimicrobial therapy.
>0.5 ng/mL: Suggests the presence of bacterial infection. Antibiotic treatment strongly recommended.

*In certain situations (newborns, polytrauma, burns, major surgery, prolonged or severe cardiogenic shock, etc.) PCT elevation may be independent of any infectious aggression.

Resulting Agency PHLab 100

Specimen Collected: 02/12/18 8:41 AM
Last Resulted: 02/12/18 10:23 AM
Order Details View Encounter Lab and Collection Details Routing Result History

## Collection Information

Specimen ID: 18CL-043C0422 **Blood**
Collected: 2/12/2018 8:41 AM
Received: 2/12/2018 8:41 AM
Resulting Agency: PEACEHEALTH LABORATORIES
123 International Way
Springfield OR 97477

## Provider Information

| Ordering User | Ordering Provider | Authorizing Provider |
|---|---|---|
| Kathleen C Sullivan, MD | Kathleen C Sullivan, MD | Kathleen C Sullivan, MD |
| Attending Provider(s) | Admitting Provider | PCP |
| Saroj Shrestha, MD; Kathleen C Sullivan, MD; Mohammad H Khan, MD | Saroj Shrestha, MD | David A Knowlton, MD |

## Patient Release Status:

This result is not viewable by the patient.

## Blood

**Collected 2/12/2018 8:41 AM**
Container: 1 GRN PST... Draw type: Venipuncture

Cummins, Michael M (MR # 01614423)

## Other Results from 2/10/2018

| | |
|---|---|
| **Prothrombin Time** Final result | 2/14/2018 |
| **Prothrombin Time** Final result | 2/13/2018 |
| **Lactic Acid** Final result | 2/13/2018 |
| **Basic Metabolic Panel** Final result | 2/13/2018 |
| **Complete Blood Count, No Differential** Final result | 2/13/2018 |
| **Anti-phospholipid Panel, Coagulation Studies** In process | 2/12/2018 |
| **Prothrombin Time** Final result | 2/12/2018 |
| **Comprehensive Metabolic Panel** Final result | 2/12/2018 |
| **Magnesium** Final result | 2/12/2018 |
| **Complete Blood Count, No Differential** Final result | 2/12/2018 |
| **Urinalysis With Microscopic, Culture if Indicated** Final result | 2/11/2018 |
| **Prothrombin Time** Final result | 2/11/2018 |
| **Basic Metabolic Panel** Final result | 2/11/2018 |
| **Lipid Panel - Fasting** Final result | 2/11/2018 |
| **Complete Blood Count with Automated Differential** Final result | 2/11/2018 |
| **Manual Differential** Final result | 2/11/2018 |
| **Carcinoembryonic Antigen (CEA)** Final result | 2/10/2018 |
| **Cancer Antigen 19-9** Final result | 2/10/2018 |
| **PSA, Screen** Final result | 2/10/2018 |
| **Alpha Fetoprotein (Tumor)** Final result | 2/10/2018 |

**Warning: Additional results from 2/10/2018 are available but are not displayed in this report.**

## Printable Report

Procalcitonin (Order #134195200) on 2/12/18

## Lab Component SmartPhrase Guide

Procalcitonin (Order #134195200) on 2/12/18

### Order Provider Info

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Kathleen C Sullivan, MD | 541-222-6389 | -- | KSullivan2@peacehealth.org |
| Authorizing Provider | Kathleen C Sullivan, MD | 541-222-6389 | -- | -- |

### Reference Links

Quest's Test Menu: Test Code 16265

### Order History

Inpatient

| Date/Time | Action Taken | User | Additional Information |
|---|---|---|---|
| 02/12/18 0829 | Release | Kathleen C Sullivan, MD (auto-released) | From Order: 134195198 |
| 02/12/18 1023 | Result | Amber R Kazmierczak | Final |

### Encounter Information

| | Department | CSN |
|---|---|---|
| 2/10/2018 2:39 PM | Rbmc Zone 6 | 393331745 |

### Order-Level Documents:

There are no order-level documents.

Cummins, Michael M (MR # 01614423)

Encounter-Level Documents:

There are no encounter-level documents.

Order-Level Documents for Parent Order:

There are no order-level documents for parent order.

Reprint Requisition - PH Lab Inpatient & CAH

Procalcitonin (Order #134195200) on 2/12/18

Reprint Requisition - Quest PHMG

Procalcitonin (Order #134195200) on 2/12/18

Order Report

Procalcitonin (Order #134195200) on 2/12/18

Encounter

View Encounter

Cummins, Michael M (MR # 01614423) Printed by Michele J Falls [37479] at 2/15/18 9:44 AM

Cummins, Michael M (MR # 01614423)

## Magnesium

Order: 134195190

Status: **Final result** Visible to patient: **No (Not Released)**

| | Ref Range & Units | 3d ago |
|---|---|---|
| **Magnesium** | 1.8 - 2.5 mg/dL | 2.1 |
| Resulting Agency | | PHLab 100 |

Specimen Collected: 02/12/18 5:11 AM

Last Resulted: 02/12/18 5:50 AM

Order Details View Encounter Lab and Collection Details Routing Result History

## Collection Information

Specimen ID: 18CL-043C0159 **Blood**

Collected: 2/12/2018 5:11 AM LEWIS, SHALANDA

Received: 2/12/2018 5:33 AM

Resulting Agency: PEACEHEALTH LABORATORIES
123 International Way
Springfield OR 97477

## Provider Information

| Ordering User | Ordering Provider | Authorizing Provider |
|---|---|---|
| Kathleen C Sullivan, MD | Kathleen C Sullivan, MD | Kathleen C Sullivan, MD |
| Attending Provider(s) | Admitting Provider | PCP |
| Saroj Shrestha, MD; Kathleen C Sullivan, MD; Mohammad H Khan, MD | Saroj Shrestha, MD | David A Knowlton, MD |

## Patient Release Status:

This result is not viewable by the patient.

## Blood

**Collected 2/12/2018 5:11 AM** by Shalanda Lewis

Container: 1 GRN PST...

Draw type: Venipuncture

## Related Result Highlights

**Comprehensive Metabolic Panel** Final result 2/12/2018

## Other Results from 2/10/2018

| | |
|---|---|
| **Prothrombin Time** Final result | 2/14/2018 |
| **Prothrombin Time** Final result | 2/13/2018 |
| **Lactic Acid** Final result | 2/13/2018 |
| **Basic Metabolic Panel** Final result | 2/13/2018 |
| **Complete Blood Count, No Differential** Final result | 2/13/2018 |
| **Procalcitonin** Final result | 2/12/2018 |
| **Anti-phospholipid Panel, Coagulation Studies** In process | 2/12/2018 |
| **Prothrombin Time** Final result | 2/12/2018 |
| **Complete Blood Count, No Differential** Final result | 2/12/2018 |
| **Urinalysis With Microscopic, Culture if Indicated** Final result | 2/11/2018 |
| **Prothrombin Time** Final result | 2/11/2018 |
| **Basic Metabolic Panel** Final result | 2/11/2018 |
| | 2/11/2018 |

Cummins, Michael M (MR # 01614423)

| | |
|---|---|
| **Lipid Panel - Fasting** Final result | |
| **Complete Blood Count with Automated Differential** Final result | 2/11/2018 |
| **Manual Differential** Final result | 2/11/2018 |
| **Carcinoembryonic Antigen (CEA)** Final result | 2/10/2018 |
| **Cancer Antigen 19-9** Final result | 2/10/2018 |
| **PSA, Screen** Final result | 2/10/2018 |
| **Alpha Fetoprotein (Tumor)** Final result | 2/10/2018 |
| **Antithrombin Activity (ATIII)** Final result | 2/10/2018 |

**Warning: Additional results from 2/10/2018 are available but are not displayed in this report.**

## Printable Report

Magnesium (Order #134195190) on 2/12/18

## Lab Component SmartPhrase Guide

Magnesium (Order #134195190) on 2/12/18

### Order Provider Info

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Kathleen C Sullivan, MD | 541-222-6389 | -- | KSullivan2@peacehealth.org |
| Authorizing Provider | Kathleen C Sullivan, MD | 541-222-6389 | -- | -- |

### Reference Links

Quest's Test Menu: Test Code 622

### Order History

Inpatient

| Date/Time | Action Taken | User | Additional Information |
|---|---|---|---|
| 02/12/18 0100 | Release | Kathleen C Sullivan, MD (auto-released) | From Order: 134123066 |
| 02/12/18 0550 | Result | Lab, Background User | Final |

### Encounter Information

| | Department | CSN |
|---|---|---|
| 2/10/2018 2:39 PM | Rbmc Zone 6 | 393331745 |

### Order-Level Documents:

There are no order-level documents.

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents for Parent Order:

There are no order-level documents for parent order.

## Reprint Requisition - PH Lab Inpatient & CAH

Magnesium (Order #134195190) on 2/12/18

Cummins, Michael M (MR # 01614423)

## Reprint Requisition - Quest PHMG

Magnesium (Order #134195190) on 2/12/18

## Order Report

Magnesium (Order #134195190) on 2/12/18

## Encounter

View Encounter

Cummins, Michael M (MR # 01614423) Printed by Michele J Falls [37479] at 2/15/18 9:44 AM

Cummins, Michael M (MR # 01614423) DOB: Encounter Date: 02/10/2018

# X-ray Chest AP portable [RIS1259] (Order 134195192)

Imaging

## XR CHEST 1V PORTABLE

Status: **Final result**
Acc #: **101407971** Order #: **134195192**

PACS Images

Show images for X-ray Chest AP portable

Linked Documents

View Image

Study Result

CUMMINS, MICHAEL M
DOB: Age: 47 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: SAMSON BARASA MD Class: Inpatient
Date of Service: 02/12/2018 02:55 AM Accession #: 4195155
Outside Order Number: 101407971

XR Chest Bedside

IMPRESSION: No change in the appearance of right lower lobe infiltrate with associated pleural effusion

INDICATION:
GENDER/AGE: Male, 47 years
ORDER INDICATION: :
HISTORY PER PATIENT: dyspnea

TECHNIQUE: A single view of the chest was obtained.

COMPARISON: 2/11/2018

FINDINGS: Expiratory chest radiograph with bibasilar atelectasis. However there is more pronounced opacity involving the right lung base consistent with right lower lobe infiltrates. Blunting of the right costophrenic recess.

DICTATED BY: David Tsai, M.D., on 2/12/2018 7:41 AM PST
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

End of Diagnostic report for accession: 4195155
Interpreted/Electronically Signed By: David Tsai, MD on 02/12/2018

## Linked Documents

View Image

## Imaging

X-ray Chest AP portable (Order #134195192) on 2/12/2018 - Imaging Information

## Result History

X-ray Chest AP portable (Order #134195192) on 2/12/2018 - Order Result History Report

## Patient Release Status:

This result is not viewable by the patient.

## Signed by

| Signed | Date/Time | Phone | Pager |
|---|---|---|---|
| **TSAI, DAVID W** | 2/12/2018 07:41 | 541-681-8586 | 541-913-0413 |

## Exam Information

| Status | Exam Begun | Exam Ended |
|---|---|---|
| Final [99] | 2/12/2018 02:55 | 2/12/2018 03:37 |

## PACS Images

Show images for X-ray Chest AP portable

## External Result Report

External Result Report

## Encounter

View Encounter

PeaceHealth

CUMMINS,MICHAEL M
MRN:
DOB: Sex: M

Date: **2/12/2018**

Department: **Sacred Heart RiverBend Zone 6**

Released By/Authorizing: **Samson W Barasa, MD (auto-released)**

Inpatient

## Order History

| Date/Time | Action Taken | User | Additional Information |
|---|---|---|---|
| 02/12/18 0239 | Release | Samson W Barasa, MD (auto-released) | From Order: 134195191 |
| 02/12/18 0252 | Result | Marissa K Wynia, RT | In process |
| 02/12/18 0328 | Result | Background, Radordresin | In process |
| 02/12/18 0741 | Result | Background, Radordresin | Final |

## Start Date/Time

| Start Date | Start Time |
|---|---|
| 02/12/18 | 0240 |

## Order Details

Cummins, Michael M (MR # 01614423) DOB: Encounter Date: 02/10/2018

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| 1 time imaging | 1 occurrence | Routine | Hospital Performed |

Linked Charges

## Start Date/Time

| Start Date | Start Time |
|---|---|
| 02/12/18 | 0240 |

## Order Questions

| Question | Answer | Comment |
|---|---|---|
| **Exam reason** | **dyspnea** | |

Note: Enter reason for exam

## PACS Images

Show images for X-ray Chest AP portable

## Acknowledgement Info

| For | At | Acknowledged By | Acknowledged On |
|---|---|---|---|
| Placing Order | 02/12/18 0239 | John S Pederzolli, RN | 02/12/18 0300 |

## Order-Level Documents:

There are no order-level documents.

## Encounter-Level Documents:

There are no encounter-level documents.

## Order-Level Documents for Parent Order:

There are no order-level documents for parent order.

## Encounter

View Encounter

## Reprint Requisition

X-ray Chest AP portable (Order #134195192) on 2/12/18

## Appointments for this Order

2/12/2018 2:55 AM - 15 min RBMC PORTABLE GROUP Rbmc Xray (Resource)

## Additional Information

Associated Reports

View Parent Encounter
Priority and Order Details
Collection Information

## Order Provider Info

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Samson W Barasa, MD | 541-222-6389 | -- | SBarasa@peacehealth.org |
| Authorizing Provider | Samson W Barasa, MD | 541-222-6389 | -- | -- |
| Billing Provider | David W Tsai, MD | 541-681-8586 | 541-913-0413 | -- |

## Order Transmittal Tracking

X-ray Chest AP portable (Order #134195192) on 2/12/18

## Case Request Comments

No data filed

## Status of Active Orders

View all orders

| Order | Lab Status | Result Date | Provider Status |
|---|---|---|---|
| **Protein C Activity** | In process | | Open |
| **Protein S Activity** | In process | | Open |

Cummins, Michael M (MR # 01614423) DOB: Encounter Date: 02/10/2018

| | | |
|---|---|---|
| **Prothrombin (Factor 2) Gene Mutation** | In process | Open |
| **Anti-phospholipid Panel, Coagulation Studies** | In process | Open |
| ***Internal- (Home Infusion) Peacehealth -UDMC** | No Result | Ordered |
| **Resume usual activity** | No Result | Ordered |
| **Discharge Diet** | No Result | Ordered |

Study Notes

Alexia A Hyatt, RT on 2/12/2018 3:38 AM

1 view, 1 image. AP upright. Portable. Shielded. Dyspnea. x1432

Cummins, Michael M (MR # 01614423) DOB: Printed 2/15/18 9:45 AM

**Labs/Diagnostics - 02/11/2018**



Cummins, Michael M (MR # 01614423)

## Urinalysis With Microscopic, Culture if Indicated

Order: 134095253

Status: **Final result** Visible to patient: **No (Not Released)**

| | Ref Range & Units | 4d ago | 7yr ago |
|---|---|---|---|
| **Color** | | Yellow | YELLOW |
| **Clarity** | | Clear | NON-TURBID |
| **Specific Gravity** | 1.003 - 1.035 | 1.023 | 1.012 [R] |
| **pH** | 5.0 - 8.0 | 5.5 | 5.5 [R] |
| **Leukocyte Esterase** | Negative, Trace | Negative | NEG [R] |
| **Nitrite** | Negative | Negative | NEG |
| **Urobilinogen** | Normal - 1.0 EU/dL | Normal | NORMAL [R] |
| **Protein** | Negative, Trace | Negative | |
| **Blood** | Negative | Negative | NEG |
| **Ketones** | Negative | Negative | NEG |
| **Bilirubin** | Negative | Negative | NEG |
| **Glucose** | Negative mg/dL | Negative | NEG [R] |
| **WBC** | 0 - 5 /hpf | 0 | NONE SEEN [R] |
| **RBC** | 0 - 2 /hpf | 0 | NONE SEEN [R] |
| **Bacteria** | None Seen - 1+ | None Seen | NONE SEEN [R] |
| **Hyaline Casts** | <4 /lpf | 1-3 | |
| **Evaluation for Culture** | | No | NO [CM] |

Comments: The specimen was not cultured because it did not meet lab criteria for the "culture if indicated" test, which are: WBC >5/hpf, and/or leukocyte esterase positive, and/or nitrite positive.

| | Ref Range & Units | 4d ago | 7yr ago |
|---|---|---|---|
| **Collection Method** | | | MIDSTREAM |
| **Protein, Total, Urine** | | | NEG |
| **Mucus UA** | | | TRACE |
| Resulting Agency | | PHLab 100 | HX MULTISITE |

Specimen Collected: 02/11/18 1:58 PM Last Resulted: 02/11/18 2:23 PM Order Details View Encounter Lab and Collection Details Routing Result History

CM=Additional comments R=Reference range differs from displayed range

## Collection Information

Specimen ID: 18CL-042Z0393 **Urine**
**Urine, Clean Catch**

Collected: 2/11/2018 1:58 PM MURPHY, HOLLIE A
Received: 2/11/2018 2:13 PM

Resulting Agency: PEACEHEALTH LABORATORIES
123 International Way
Springfield OR 97477

## Provider Information

| Ordering User | Ordering Provider | Authorizing Provider |
|---|---|---|
| Alisa R Riel, RN | Saroj Shrestha, MD | Saroj Shrestha, MD |
| Attending Provider(s) | Admitting Provider | PCP |
| Saroj Shrestha, MD; Kathleen C Sullivan, MD; Mohammad H Khan, MD | Saroj Shrestha, MD | David A Knowlton, MD |

## Patient Release Status:

This result is not viewable by the patient.

## Urine, Urine, Clean Catch

**Collected 2/11/2018 1:58 PM** by Hollie A Murphy, CNA

Container: 1 UR STER Draw type: Collection

## Other Results from 2/10/2018

! **Prothrombin Time** Final result 2/14/2018

Cummins, Michael M (MR # 01614423)

| | |
|---|---|
| **Prothrombin Time** Final result | 2/13/2018 |
| **Lactic Acid** Final result | 2/13/2018 |
| **Basic Metabolic Panel** Final result | 2/13/2018 |
| **Complete Blood Count, No Differential** Final result | 2/13/2018 |
| **Procalcitonin** Final result | 2/12/2018 |
| **Anti-phospholipid Panel, Coagulation Studies** In process | 2/12/2018 |
| **Prothrombin Time** Final result | 2/12/2018 |
| **Comprehensive Metabolic Panel** Final result | 2/12/2018 |
| **Magnesium** Final result | 2/12/2018 |
| **Complete Blood Count, No Differential** Final result | 2/12/2018 |
| **Prothrombin Time** Final result | 2/11/2018 |
| **Basic Metabolic Panel** Final result | 2/11/2018 |
| **Lipid Panel - Fasting** Final result | 2/11/2018 |
| **Complete Blood Count with Automated Differential** Final result | 2/11/2018 |
| **Manual Differential** Final result | 2/11/2018 |
| **Carcinoembryonic Antigen (CEA)** Final result | 2/10/2018 |
| **Cancer Antigen 19-9** Final result | 2/10/2018 |
| **PSA, Screen** Final result | 2/10/2018 |
| **Alpha Fetoprotein (Tumor)** Final result | 2/10/2018 |

**Warning: Additional results from 2/10/2018 are available but are not displayed in this report.**

## Printable Report

Urinalysis With Microscopic, Culture if Indicated (Order #134095253) on 2/10/18

## Lab Component SmartPhrase Guide

Urinalysis With Microscopic, Culture if Indicated (Order #134095253) on 2/10/18

### Order Provider Info

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Alisa R Riel, RN | -- | -- | ARiel@peacehealth.org |
| Authorizing Provider | Saroj Shrestha, MD | 541-222-6389 | -- | -- |

### Reference Links

Quest's Test Menu: Test Code 3020

### Order History

Inpatient

| Date/Time | Action Taken | User | Additional Information |
|---|---|---|---|
| 02/10/18 1407 | Release | Alisa R Riel, RN (auto-released) | From Order: 134095242 |
| 02/11/18 1423 | Result | Lab, Background User | Final |

### Encounter Information

| | Department | CSN |
|---|---|---|
| 2/10/2018 2:39 PM | Rbmc Zone 6 | 393331745 |

### Order-Level Documents:

There are no order-level documents.

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents for Parent Order:

There are no order-level documents for parent order.

Reprint Requisition Prt Lab Inpatient & 1 Ab

Cummins, Michael M (MR # 01614423)

Urinalysis With Microscopic, Culture if Indicated (Order #134095253) on 2/10/18

Reprint Requisition - Quest PHMG

Urinalysis With Microscopic, Culture if Indicated (Order #134095253) on 2/10/18

Order Report

Urinalysis With Microscopic, Culture if Indicated (Order #134095253) on 2/10/18

Encounter

View Encounter

Cummins, Michael M (MR # 01614423) Printed by Michele J Falls [37479] at 2/15/18 9:44 AM

Cummins, Michael M (MR # 01614423)

Basic Metabolic Panel
Status: **Final result** Visible to patient: **No (Not Released)**

Order: 134123027

**Newer results are available.**

| | Ref Range & Units | 4d ago | 5d ago |
|---|---|---|---|
| **Sodium** | 135 - 145 mmol/L | **137** | 137 |
| **Potassium** | 3.5 - 5.2 mmol/L | **3.9** | 3.5 |
| **Chloride** | 95 - 109 mmol/L | **103** | 102 |
| **CO2** | 22 - 32 mmol/L | **23** | 23 |
| **Anion Gap** | 3 - 12 mmol/L | **11** | 12 |
| **Glucose** | 70 - 99 mg/dL | **125 (H)** | 88 |
| **BUN** | 6 - 20 mg/dL | **31 (H)** | **25 (H)** |
| **Creatinine** | 0.61 - 1.24 mg/dL | **2.02 (H)** | **1.31 (H)** |
| **GFR Non-Black (CKD-EPI)** | >=60 mL/min/1.73m2 | **38 (L)** | 64 |
| **GFR Black (CKD-EPI)** | >=60 mL/min/1.73m2 | **44 (L)** | 74 |
| **Calcium** | 8.6 - 10.2 mg/dL | **8.3 (L)** | 9.0 |
| Resulting Agency | | PHLab 100 | PHLab 100 |

Specimen Collected: 02/11/18 5:25 AM

Last Resulted: **02/11/18 6:02 AM**

Order Details View Encounter Lab and Collection Details Routing Result History

## Collection Information

Specimen ID: **18CL-042C0141** **Blood**

Collected: 2/11/2018 5:25 AM QUINLAN, TIMOTHY W

Received: 2/11/2018 5:39 AM

Resulting Agency: PEACEHEALTH LABORATORIES
123 International Way
Springfield OR 97477

| Order Question | Answer |
|---|---|
| Does the patient need to be fasting? | No |
| **Collection Question** | **Answer** |
| How many hours has the patient been fasting? | |

## Provider Information

| Ordering User | Ordering Provider | Authorizing Provider |
|---|---|---|
| Saroj Shrestha, MD | Saroj Shrestha, MD | Saroj Shrestha, MD |
| **Attending Provider(s)** | **Admitting Provider** | **PCP** |
| Saroj Shrestha, MD; Kathleen C Sullivan, MD; Mohammad H Khan, MD | Saroj Shrestha, MD | David A Knowlton, MD |

## Patient Release Status:

This result is not viewable by the patient.

## Blood

**Collected 2/11/2018 5:25 AM** by Timothy W Quinlan

Container: 1 SST...

Draw type: Venipuncture

## Related Result Highlights

**Lipid Panel - Fasting** Final result 2/11/2018

Cummins, Michael M (MR # 01614423)

## Other Results from 2/10/2018

| | |
|---|---|
| **Prothrombin Time** Final result | 2/14/2018 |
| **Prothrombin Time** Final result | 2/13/2018 |
| **Lactic Acid** Final result | 2/13/2018 |
| **Basic Metabolic Panel** Final result | 2/13/2018 |
| **Complete Blood Count, No Differential** Final result | 2/13/2018 |
| **Procalcitonin** Final result | 2/12/2018 |
| **Anti-phospholipid Panel, Coagulation Studies** In process | 2/12/2018 |
| **Prothrombin Time** Final result | 2/12/2018 |
| **Comprehensive Metabolic Panel** Final result | 2/12/2018 |
| **Magnesium** Final result | 2/12/2018 |
| **Complete Blood Count, No Differential** Final result | 2/12/2018 |
| **Urinalysis With Microscopic, Culture if Indicated** Final result | 2/11/2018 |
| **Prothrombin Time** Final result | 2/11/2018 |
| **Complete Blood Count with Automated Differential** Final result | 2/11/2018 |
| **Manual Differential** Final result | 2/11/2018 |
| **Carcinoembryonic Antigen (CEA)** Final result | 2/10/2018 |
| **Cancer Antigen 19-9** Final result | 2/10/2018 |
| **PSA, Screen** Final result | 2/10/2018 |
| **Alpha Fetoprotein (Tumor)** Final result | 2/10/2018 |
| **Antithrombin Activity (ATIII)** Final result | 2/10/2018 |

**Warning: Additional results from 2/10/2018 are available but are not displayed in this report.**

## Printable Report

Basic Metabolic Panel (Order #134123027) on 2/11/18

## Lab Component SmartPhrase Guide

Basic Metabolic Panel (Order #134123027) on 2/11/18

## Order Provider Info

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Saroj Shrestha, MD | 541-222-6389 | -- | SShrestha@peacehealth.org |
| Authorizing Provider | Saroj Shrestha, MD | 541-222-6389 | -- | -- |

## Reference Links

Quest's Test Menu: Test Code 10165

## Order History

Inpatient

| Date/Time | Action Taken | User | Additional Information |
|---|---|---|---|
| 02/11/18 0107 | Release | Caitlin A Starr, RN (auto-released) | From Order: 134111136 |
| 02/11/18 0602 | Result | Lab, Background User | Final |

## Encounter Information

| | Department | CSN |
|---|---|---|
| 2/10/2018 2:39 PM | Rbmc Zone 6 | 393331745 |

## Order-Level Documents:

Cummins, Michael M (MR # 01614423)

There are no order-level documents.

## Encounter-Level Documents:

There are no encounter-level documents.

## Order-Level Documents for Parent Order:

There are no order-level documents for parent order.

## Reprint Requisition - PH Lab Inpatient & CAH

Basic Metabolic Panel (Order #134123027) on 2/11/18

## Reprint Requisition - Quest PHMG

Basic Metabolic Panel (Order #134123027) on 2/11/18

## Order Report

Basic Metabolic Panel (Order #134123027) on 2/11/18

## Encounter

View Encounter

Cummins, Michael M (MR # 01614423) Printed by Michele J Falls [37479] at 2/15/18 9:44 AM

Cummins, Michael M (MR # 01614423) DOB: Encounter Date: 02/10/2018

# XR CHEST 1V PORTABLE [RIS1259] (Order 134123034)

Imaging

## XR CHEST 1V PORTABLE

Status: **Final result**
Acc #: **101406946** Order #: **134123034**

### PACS Images

Show images for XR CHEST 1V PORTABLE

### Linked Documents

View Image

### Study Result

CUMMINS, MICHAEL M
DOB: Age: 47 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: SAMSON BARASA MD Class: Inpatient
Date of Service: 02/11/2018 04:15 AM Accession #: 4194781
Outside Order Number: 101406946

XR Chest Bedside

IMPRESSION: Right lower lobe infiltrate.

INDICATION:
GENDER/AGE: Male, 47 years
ORDER INDICATION: :
HISTORY PER PATIENT: Shortness of breath

TECHNIQUE: A single view of the chest was obtained.

COMPARISON: 2/10/2018

FINDINGS: Right lower lobe infiltrate . Pulmonary venous redistribution. Expiratory chest radiograph with bibasilar atelectasis. Heart size is within normal limits

DICTATED BY: David Tsai, M.D., on 2/11/2018 7:54 AM PST
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

Cummins, Michael M (MR # 01614423) DOB: Encounter Date: 02/10/2018

End of Diagnostic report for accession: 4194781
Interpreted/Electronically Signed By: David Tsai, MD on 02/11/2018

## Linked Documents

View Image

## Imaging

XR CHEST 1V PORTABLE (Order #134123034) on 2/11/2018 - Imaging Information

## Result History

XR CHEST 1V PORTABLE (Order #134123034) on 2/11/2018 - Order Result History Report

## Patient Release Status:

This result is not viewable by the patient.

## Signed by

| Signed | Date/Time | Phone | Pager |
|---|---|---|---|
| **TSAI, DAVID W** | 2/11/2018 07:54 | 541-681-8586 | 541-913-0413 |

## Exam Information

| Status | Exam Begun | Exam Ended |
|---|---|---|
| Final [99] | 2/11/2018 04:15 | 2/11/2018 04:29 |

## PACS Images

Show images for XR CHEST 1V PORTABLE

## External Result Report

External Result Report

## Encounter

View Encounter

PeaceHealth

CUMMINS,MICHAEL M
MRN:
DOB: Sex: M

| Date | Department: | Released By: | Authorizing: |
|---|---|---|---|
| Date: **2/11/2018** | **Sacred Heart RiverBend Zone 6** | **Marissa K Wynia, RT (auto-released)** | **Samson W Barasa, MD** |

Inpatient

## Order History

| Date/Time | Action Taken | User | Additional Information |
|---|---|---|---|
| 02/11/18 0410 | Release | Marissa K Wynia, RT (auto-released) | From Order: 134123033 |
| 02/11/18 0419 | Result | Marissa K Wynia, RT | In process |
| 02/11/18 0419 | Result | Background, Radordresin | In process |
| 02/11/18 0754 | Result | Background, Radordresin | Final |

## Start Date/Time

| Start Date | Start Time |
|---|---|
| 02/11/18 | 0411 |

## Order Details

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| 1 time imaging | 1 occurrence | Routine | Hospital Performed |

Cummins, Michael M (MR # 01614423) DOB: Encounter Date: 02/10/2018

Linked Charges

## Start Date/Time

| Start Date | Start Time |
|---|---|
| 02/11/18 | 0411 |

## Order Questions

| Question | Answer | Comment |
|---|---|---|
| **Exam reason** | **Shortness of breath** | |

Note: Enter reason for exam

## PACS Images

Show images for XR CHEST 1V PORTABLE

## Verbal Order Info

| Action | Created on | Order Mode | Entered by | Comment | Responsible Provider | Signed by | Signed on |
|---|---|---|---|---|---|---|---|
| Ordering | 02/11/18 0410 | Verbal order with readback | Marissa K Wynia, RT | Downtime order | Samson W Barasa, MD | Samson W Barasa, MD | 02/14/18 0456 |

## Acknowledgement Info

| For | At | Acknowledged By | Acknowledged On |
|---|---|---|---|
| Placing Order | 02/11/18 0410 | John M Newcum, RN | 02/11/18 0426 |

## Order-Level Documents:

There are no order-level documents.

## Encounter-Level Documents:

There are no encounter-level documents.

## Order-Level Documents for Parent Order:

There are no order-level documents for parent order.

## Encounter

View Encounter

## Reprint Requisition

XR CHEST 1V PORTABLE (Order #134123034) on 2/11/18

## Appointments for this Order

2/11/2018 4:15 AM - 15 min RBMC PORTABLE GROUP Rbmc Xray (Resource)

## Additional Information

Associated Reports

View Parent Encounter

Priority and Order Details

Collection Information

## Order Provider Info

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Marissa K Wynia, RT | -- | -- | MWynia@peacehealth.org |
| Authorizing Provider | Samson W Barasa, MD | 541-222-6389 | -- | -- |
| Billing Provider | David W Tsai, MD | 541-681-8586 | 541-913-0413 | -- |

## Order Transmittal Tracking

XR CHEST 1V PORTABLE (Order #134123034) on 2/11/18

## Case Request Comments

No data filed

## Status of Active Orders

View all orders

| Order | Lab Status | Result Date | Provider Status |
|---|---|---|---|

Cummins, Michael M (MR # 01614423) DOB: Encounter Date: 02/10/2018

| | | |
|---|---|---|
| **Protein C Activity** | In process | Open |
| **Protein S Activity** | In process | Open |
| **Prothrombin (Factor 2) Gene Mutation** | In process | Open |
| **Anti-phospholipid Panel, Coagulation Studies** | In process | Open |
| ***Internal- (Home Infusion) Peacehealth -UDMC** | No Result | Ordered |
| **Resume usual activity** | No Result | Ordered |
| **Discharge Diet** | No Result | Ordered |

## Study Notes

Marissa K Wynia, RT on 2/11/2018 4:30 AM
1v1i
Ap upright portable chest
Shielded
CDUR 30-1432
Ordered by barasa for SOB/rapid response

PeaceHealth
Sacred Heart Medical Center

Oregon Heart & Vascular Institute

VENOUS DUPLEX LOWER EXTREMITY BILATERAL [CPD261]
Status: **Final result**
Acc #: **101407288** Order #: **134123026**
Department: **Sacred Heart at RiverBend Vascular Lab**

Reading physician: **Charles T McGlade, MD**
Ordering physician: **Saroj Shrestha, MD**
Study Date: **02/11/2018**
Read Date: **02/11/2018**

Xcelera Final Result

Link to PDF Report

Narrative

```
                    Lower Extremity Venous Duplex            3311 RiverBend
                                                             Drive
                                                             Springfield, OR
                                                             97477
                                                             (541) 222-7218
Name: CUMMINS, MICHAEL MStudy Date: 02/11/2018 11:48 AM
MRN: 01614423            Pt Location: RBMC ZONE6^CDUR^CDUR-40^RBMC
DOB:                     Ordering MD: SHRESTHA, SAROJ
Age: 47 yrs              Referring MD: SHRESTHA, SAROJ
Gender: Male             Performed By: Lori Carter, BS, RVT      Study ID: 503336
Reason For Study: SHORTNESS OF BREATH, LLE swelling
```

Conclusions

- o Deep venous thrombosis in the left lower extremity (see discussion).
- o Right lower extremity negative for deep or superficial venous thrombosis.

Comments

Preliminary results were discussed with Kathleen Sullivan, MD upon completion of the study.

Right Lower Extremity

All deep and superficial veins of the right lower extremity are compressible and demonstrate spontaneous and phasic flow and augmentation with distal compression.

Left Lower Extremity

The popliteal vein, a proximal calf gastrocnemius vein and one of the two proximal calf peroneal veins are dilated, non-compressible with likely acute thrombus extending from the proximal calf to above knee popliteal vein. All other deep and superficial veins of the left lower extremity are compressible and demonstrate spontaneous and phasic flow and augmentation with distal compression.

Study Comments

Duplex scan of the bilateral lower extremity veins using B-mode gray scale imaging and Doppler spectral analysis and color flow.

---

Interpreted by:Charles McGlade, MD on 02/11/2018 01:45 PM

Signed

Electronically signed by Charles T McGlade, MD on 2/11/18 at 1345 PST

Printable Result Report

Result Report

Encounter

View Encounter

# Venous duplex LE bilateral [CPD261] (Order 134123026)

Vascular Ultrasound

Date: **2/10/2018** Department: **Sacred Heart RiverBend Zone 6** Released By: **Caitlin A Starr, RN (auto-released)**
Authorizing: **Saroj Shrestha, MD**

## Order Details

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| 1 time imaging | 1 occurrence | Routine | Hospital Performed |

## Order Questions

| Question | Answer | Comment |
|---|---|---|
| **Exam reason** | **SHORTNESS OF BREATH** | |

Note: Enter reason for exam

## Acknowledgement Info

| For | At | Acknowledged By | Acknowledged On |
|---|---|---|---|
| Placing Order | 02/10/18 2153 | Caitlin A Starr, RN | 02/10/18 2153 |

## Order-Level Documents:

There are no order-level documents.

## Encounter-Level Documents:

There are no encounter-level documents.

## Order-Level Documents for Parent Order:

There are no order-level documents for parent order.

## Encounter

View Encounter

## Reprint Requisition

Venous duplex LE bilateral (Order #134123026) on 2/10/18

## Appointments for this Order

| | | | |
|---|---|---|---|
| 2/11/2018 11:00 AM - 60 min | RBMC VASC PORTABLE1 (Resource) | Rbmc Vascular Lab | Completed |

## Additional Information

Associated Reports

View Parent Encounter
Priority and Order Details
Collection Information

## Order Provider Info

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Saroj Shrestha, MD | 541-222-6389 | -- | SShrestha@peacehealth.org |
| Authorizing Provider | Saroj Shrestha, MD | 541-222-6389 | -- | -- |
| Billing Provider | Charles T McGlade, MD | 541-302-7777 | 541-913-1273 | -- |

## Order Transmittal Tracking

Venous duplex LE bilateral (Order #134123026) on 2/10/18

Cummins, Michael M (MR # 01614423)

PeaceHealth
Sacred Heart Medical Center

Oregon Heart & Vascular Institute

**Sacred Heart at RiverBend Vascular Lab**
**3311 Riverbend Dr**
**SpringField OR 97477**
**541-222-7218**

**Cummins, Michael M** MRN: **01614423**
Sex: **Male** DOB:

Reading physician: **Charles T McGlade, MD**
Ordering physician: **Saroj Shrestha, MD**
Accession#: **101407288**

**VENOUS DUPLEX LOWER EXTREMITY BILATERAL**
Study Date: **02/11/2018**
Read Date: **02/11/2018 1:45 PM**

**Reason For Exam**

SHORTNESS OF BREATH

**Narrative**

Lower Extremity Venous Duplex

3311 RiverBend Drive
Springfield, OR 97477
(541) 222-7218

Name: CUMMINS, MICHAEL MStudy Date: 02/11/2018 11:48 AM
MRN: 01614423 Pt Location: RBMC ZONE6^CDUR^CDUR-40^RBMC
DOB: Ordering MD: SHRESTHA, SAROJ
Age: 47 yrs Referring MD: SHRESTHA, SAROJ
Gender: Male Performed By: Lori Carter, BS, RVT Study ID: 503336
Reason For Study: SHORTNESS OF BREATH, LLE swelling

Conclusions

- o Deep venous thrombosis in the left lower extremity (see discussion).
- o Right lower extremity negative for deep or superficial venous thrombosis.

Comments
Preliminary results were discussed with Kathleen Sullivan, MD upon completion of the study.

Right Lower Extremity
All deep and superficial veins of the right lower extremity are compressible and demonstrate spontaneous and phasic flow and augmentation with distal compression.

Left Lower Extremity
The popliteal vein, a proximal calf gastrocnemius vein and one of the two proximal calf peroneal veins are dilated, non-compressible with likely acute thrombus extending from the proximal calf to above knee popliteal vein. All other deep and superficial veins of the left lower extremity are compressible and demonstrate

Cummins, Michael M (MR # 01614423)

**Narrative (continued)**

**spontaneous and phasic flow and augmentation with distal compression.**

**Study Comments**

**Duplex scan of the bilateral lower extremity veins using B-mode gray scale imaging and Doppler spectral analysis and color flow.**

**Interpreted by:Charles McGlade, MD on 02/11/2018 01:45 PM**

**Signed**

Electronically signed by Charles T McGlade, MD on 2/11/18 at 1345 PST

Cummins, Michael M (MR # 01614423)

## Antithrombin Activity (ATIII)

Order: 134123019

Status: **Final result** Visible to patient: **No (Not Released)**

| | Ref Range & Units | 5d ago |
|---|---|---|
| **Antithrombin III Activity** | 80 - 120 % normal | 116 |

Comments:

The major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy, and nephrotic range proteinuria. An elevated ATIII is not clinically significant.

Resulting Agency QUEST-STL

### Narrative

```
Performing Organization Information:
    Site ID: EZ
    Name: QUEST DIAGNOSTICS/NICHOLS SJC
    Address: 33608 ORTEGA HWY SAN JUAN CAPISTRANO, CA 92675-2042
    Director: JON NAKAMOTO, MD PHD
```

Specimen Collected: 02/10/18 10:15 PM

Last Resulted: 02/15/18 12:45 AM

Order Details View Encounter Lab and Collection Details Routing Result History

## Collection Information

Specimen ID: 18RF-041R0097 **Blood**

Collected: 2/10/2018 10:15 PM VOLNER, ASHLEY N

Received: 2/12/2018 10:35 PM

Resulting Agency: QUEST-SEATTLE

## Provider Information

| Ordering User | Ordering Provider | Authorizing Provider |
|---|---|---|
| Saroj Shrestha, MD | Saroj Shrestha, MD | Saroj Shrestha, MD |
| Attending Provider(s) | Admitting Provider | PCP |
| Saroj Shrestha, MD; Kathleen C Sullivan, MD; Mohammad H Khan, MD | Saroj Shrestha, MD | David A Knowlton, MD |

## Patient Release Status:

This result is not viewable by the patient.

## Blood

**Collected 2/10/2018 10:15 PM** by Ashley N Volner

Container: 4 BLUE Draw type: Venipuncture

## Related Result Highlights

**Protein C Activity** In process 2/10/2018

**Protein S Activity** In process 2/10/2018

Cummins, Michael M (MR # 01614423)

| | |
|---|---|
| **Activated Protein C Resistance** Final result | 2/10/2018 |

## Other Results from 2/10/2018

| | |
|---|---|
| **Prothrombin Time** Final result | 2/14/2018 |
| **Prothrombin Time** Final result | 2/13/2018 |
| **Lactic Acid** Final result | 2/13/2018 |
| **Basic Metabolic Panel** Final result | 2/13/2018 |
| **Complete Blood Count, No Differential** Final result | 2/13/2018 |
| **Procalcitonin** Final result | 2/12/2018 |
| **Anti-phospholipid Panel, Coagulation Studies** In process | 2/12/2018 |
| **Prothrombin Time** Final result | 2/12/2018 |
| **Comprehensive Metabolic Panel** Final result | 2/12/2018 |
| **Magnesium** Final result | 2/12/2018 |
| **Complete Blood Count, No Differential** Final result | 2/12/2018 |
| **Urinalysis With Microscopic, Culture if Indicated** Final result | 2/11/2018 |
| **Prothrombin Time** Final result | 2/11/2018 |
| **Basic Metabolic Panel** Final result | 2/11/2018 |
| **Lipid Panel - Fasting** Final result | 2/11/2018 |
| **Complete Blood Count with Automated Differential** Final result | 2/11/2018 |
| **Manual Differential** Final result | 2/11/2018 |
| **Carcinoembryonic Antigen (CEA)** Final result | 2/10/2018 |
| **Cancer Antigen 19-9** Final result | 2/10/2018 |
| **PSA, Screen** Final result | 2/10/2018 |

**Warning: Additional results from 2/10/2018 are available but are not displayed in this report.**

## Printable Report

Antithrombin Activity (ATIII) (Order #134123019) on 2/10/18

## Lab Component SmartPhrase Guide

Antithrombin Activity (ATIII) (Order #134123019) on 2/10/18

### Order Provider Info

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Saroj Shrestha, MD | 541-222-6389 | -- | SShrestha@peacehealth.org |
| Authorizing Provider | Saroj Shrestha, MD | 541-222-6389 | -- | -- |

### Reference Links

Quest's Test Menu: Test Code 216

### Order History

Inpatient

| Date/Time | Action Taken | User | Additional Information |
|---|---|---|---|

Cummins, Michael M (MR # 01614423)

| | | | |
|---|---|---|---|
| 02/10/18 2153 | Release | Caitlin A Starr, RN (auto-released) | From Order: 134108972 |
| 02/15/18 0045 | Result | Background, Questresultsin | Final |

## Encounter Information

| | Department | CSN |
|---|---|---|
| 2/10/2018 2:39 PM | Rbmc Zone 6 | 393331745 |

## Order-Level Documents:

There are no order-level documents.

## Encounter-Level Documents:

There are no encounter-level documents.

## Order-Level Documents for Parent Order:

There are no order-level documents for parent order.

## Reprint Requisition - PH Lab Inpatient & CAH

Antithrombin Activity (ATIII) (Order #134123019) on 2/10/18

## Reprint Requisition - Quest PHMG

Antithrombin Activity (ATIII) (Order #134123019) on 2/10/18

## Order Report

Antithrombin Activity (ATIII) (Order #134123019) on 2/10/18

## Encounter

View Encounter

Cummins, Michael M (MR # 01614423)

## Troponin I

Order: 134111160

Status: **Final result** Visible to patient: **No (Not Released)**

| | Ref Range & Units | 5d ago (2/10/18) | 5d ago (2/10/18) |
|---|---|---|---|
| **Troponin I** | 0.000 - 0.060 ng/mL | **<0.010** | 0.010 CM |

Comments: Normal: < or = 0.06 ng/mL
Indeterminate: 0.07 - 0.49 ng/mL
Consistent with Myocardial Necrosis: > or = 0.50 ng/mL

cTnI levels of 0.50 ng/mL have 96% sensitivity and 94% specificity for the diagnosis of acute myocardial infarction. Causes of elevated troponin in the absence of overt ischemic heart disease include cardiac contusion. Congestive heart failure, aortic dissection, aortic valve disease, hypertropic cardiomyopathy, cardiac arrhythmias, rhabdomyolysis, pulmonary embolism, acute neurologic disease, infiltrative and inflammatory diseases involving the heart, drug toxicity, critically ill patients, burns and extreme exertion.

| Resulting Agency | PHLab 198 | PHLab 198 |
|---|---|---|

Specimen Collected: 02/10/18 7:17 PM

Last Resulted: 02/10/18 7:31 PM

Order Details View Encounter Lab and Collection Details Routing Result History

CM=Additional comments

## Collection Information

Specimen ID: 18ED-041E5116 **Blood**

Collected: 2/10/2018 7:17 PM ADAIR, EDITH A

Received: 2/10/2018 7:17 PM

Resulting Agency: PEACEHEALTH LABORATORIES
3333 River Bend Dr.
SPRINGFIELD OR 97477

## Provider Information

| Ordering User | Ordering Provider | Authorizing Provider |
|---|---|---|
| Jesse E Ennis, PA | Jesse E Ennis, PA | Jesse E Ennis, PA |
| Attending Provider(s) | Admitting Provider | PCP |
| Saroj Shrestha, MD; Kathleen C Sullivan, MD; Mohammad H Khan, MD | Saroj Shrestha, MD | David A Knowlton, MD |

## Patient Release Status:

This result is not viewable by the patient.

## Blood

**Collected 2/10/2018 7:17 PM** by Edith A. Adair

Container: 1 DK GREEN Draw type: Venipuncture

## Other Results from 2/10/2018

| | |
|---|---|
| **Prothrombin Time** Final result | 2/14/2018 |
| **Prothrombin Time** Final result | 2/13/2018 |
| **Lactic Acid** Final result | 2/13/2018 |
| **Basic Metabolic Panel** Final result | 2/13/2018 |
| **Complete Blood Count, No Differential** Final result | 2/13/2018 |
| **Procalcitonin** Final result | 2/12/2018 |
| **Anti-phospholipid Panel, Coagulation Studies** In process | 2/12/2018 |
| **Prothrombin Time** Final result | 2/12/2018 |

Cummins, Michael M (MR # 01614423)

| | |
|---|---|
| **Comprehensive Metabolic Panel** Final result | 2/12/2018 |
| **Magnesium** Final result | 2/12/2018 |
| **Complete Blood Count, No Differential** Final result | 2/12/2018 |
| **Urinalysis With Microscopic, Culture if Indicated** Final result | 2/11/2018 |
| **Prothrombin Time** Final result | 2/11/2018 |
| **Basic Metabolic Panel** Final result | 2/11/2018 |
| **Lipid Panel - Fasting** Final result | 2/11/2018 |
| **Complete Blood Count with Automated Differential** Final result | 2/11/2018 |
| **Manual Differential** Final result | 2/11/2018 |
| **Carcinoembryonic Antigen (CEA)** Final result | 2/10/2018 |
| **Cancer Antigen 19-9** Final result | 2/10/2018 |
| **PSA, Screen** Final result | 2/10/2018 |

**Warning: Additional results from 2/10/2018 are available but are not displayed in this report.**

## Printable Report

Troponin I (Order #134111160) on 2/10/18

## Lab Component SmartPhrase Guide

Troponin I (Order #134111160) on 2/10/18

### Order Provider Info

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Jesse E Ennis, PA | 541-334-8757 | -- | JEnnis@peacehealth.org |
| Authorizing Provider | Jesse E Ennis, PA | 541-334-8757 | -- | -- |

### Reference Links

Quest's Test Menu: Test Code 34693

### Order History

Inpatient

| Date/Time | Action Taken | User | Additional Information |
|---|---|---|---|
| 02/10/18 1916 | Release | Jesse E Ennis, PA (auto-released) | From Order: 134111159 |
| 02/10/18 1931 | Result | Lab, Background User | Final |

### Encounter Information

| | Department | CSN |
|---|---|---|
| 2/10/2018 2:39 PM | Rbmc Zone 6 | 393331745 |

### Order-Level Documents:

There are no order-level documents.

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents for Parent Order:

There are no order-level documents for parent order.

Reprint Requisition - PH Lab Inpatient & CA-

Troponin I (Order #134111160) on 2/10/18

Cummins, Michael M (MR # 01614423)

## Reprint Requisition - Quest PHMG

Troponin I (Order #134111160) on 2/10/18

## Order Report

Troponin I (Order #134111160) on 2/10/18

## Encounter

View Encounter

Cummins, Michael M (MR # 01614423) Printed by Michele J Falls [37479] at 2/15/18 9:44 AM

Cummins, Michael M (MR # 01614423) DOB: Encounter Date: 02/10/2018

# CTA Chest for Pulmonary Embolism [RIS2007] (Order 134095284)

Imaging

## CTA CHEST FOR PULMONARY EMBOLISM

Status: **Final result**
Acc #: **101406567** Order #: **134095284**

### PACS Images

Show images for CTA Chest for Pulmonary Embolism

### Linked Documents

View Image

### Study Result

CUMMINS, MICHAEL M
DOB: Age: 47 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: JESSE ENNIS PA-C Class: Emergency
Date of Service: 02/10/2018 05:10 PM Accession #: 4194664
Outside Order Number: 101406567

CTA Chest for Pulmonary Embolism

IMPRESSION:
Suboptimal bolus; however, there is evidence of right lower lobe pulmonary embolus and potential segmental and subsegmental left lower lobe emboli. There are early findings of right heart strain.

Results were discussed with the referring provider at the time of dictation.

INDICATION:
GENDER/AGE: Male, 47 years
ORDER INDICATION: :
HISTORY PER PATIENT: SHORTNESS OF BREATH

TECHNIQUE: A digital scout radiograph was obtained. Prior to contrast administration, a non-contrast locator image is acquired in order to perform bolus tracking techniques. Multiple high resolution transverse CT angiographic images were obtained through the thorax using an angiographic technique following bolus administration of an IV contrast material. 3D and/or Multiplanar angiographic reconstructions were performed. The CT scanner utilized a dose reduction technique.

CONTRAST: 55 cc Isovue-370

COMPARISON: Radiograph same day

Cummins, Michael M (MR # 01614423) DOB: Encounter Date: 02/10/2018

FINDINGS:

CHEST:

LUNGS: Groundglass opacity involving right greater than left lower lobe worrisome for developing infarction. Linear atelectasis involving right middle lobe and lingula.

MEDIASTINUM: No abnormal masses or fluid collections.

THORACIC LYMPH NODE CHAINS:
Axillary/Supraclavicular/Internal mammary lymph nodes: No lymphadenopathy by size criteria.
Mediastinal lymph nodes and hilar lymph nodes: No lymphadenopathy by size criteria.

HEART: There is straightening of the interventricular septum with mild inversion of the right ventricle-left ventricle ratio.

PULMONARY ARTERY: Suboptimal opacification. There are definitive filling defect involving right lower lobe and right middle lobe pulmonary arteries. There are probable small filling defects involving the pulmonary artery supplying the left lower lobe.

PLEURAL SPACES: No pleural effusion or pneumothorax.

THYROID: Visualized thyroid is normal.

ESOPHAGUS: No gross abnormality, considering the constraints of this exam.

THORACOABDOMINAL AORTA: No aneurysm or dissection.

CHEST WALL: No abnormal masses or fluid collections.

VISUALIZED ABDOMEN:

ABDOMEN: left adrenal adenoma. Calcification likely from prior hemorrhage or infection.

BONES: No concerning bone lesions.

0

DICTATED BY: Corey S. Orton, M.D., on 2/10/2018 5:56 PM PST
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

End of Diagnostic report for accession: 4194664
Interpreted/Electronically Signed By: Corey S. Orton on 02/10/2018

Linked Documents

View Image

Imaging

CTA Chest for Pulmonary Embolism (Order #134095284) on 2/10/2018 - Imaging Information

Cummins, Michael M (MR # 01614423) DOB: Encounter Date: 02/10/2018

## Result History

CTA Chest for Pulmonary Embolism (Order #134095284) on 2/10/2018 - Order Result History Report

## Patient Release Status:

This result is not viewable by the patient.

## Signed by

| Signed | Date/Time | Phone | Pager |
|---|---|---|---|
| **ORTON, COREY S** | 2/10/2018 17:56 | 541-681-8586 | |

## Exam Information

| Status | Exam Begun | Exam Ended |
|---|---|---|
| Final [99] | 2/10/2018 17:10 | 2/10/2018 17:38 |

## PACS Images

Show images for CTA Chest for Pulmonary Embolism

## External Result Report

External Result Report

## Encounter

View Encounter

PeaceHealth

CUMMINS,MICHAEL M
MRN:
DOB: Sex: M

Date: **2/10/2018**

Department: **Sacred Heart RiverBend Zone 6**

Released By/Authorizing: **Jesse E Ennis, PA (auto-released)**

Inpatient

## Order History

| Date/Time | Action Taken | User | Additional Information |
|---|---|---|---|
| 02/10/18 1651 | Release | Jesse E Ennis, PA (auto-released) | From Order: 134095283 |
| 02/10/18 1716 | Result | Background, Radordresin | In process |
| 02/10/18 1756 | Result | Background, Radordresin | Final |

## Start Date/Time

| Start Date | Start Time |
|---|---|
| 02/10/18 | 1655 |

## Order Details

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| 1 time imaging | 1 occurrence | Routine | Hospital Performed |

Linked Charges

## Start Date/Time

| Start Date | Start Time |
|---|---|
| 02/10/18 | 1655 |

## Order Questions

| Question | Answer | Comment |
|---|---|---|
| **Exam reason** | **SHORTNESS OF BREATH** | |
| Note: Enter reason for exam | | |
| **What is the patient's sedation requirement?** | **No Sedation** | |

Cummins, Michael M (MR # 01614423) DOB: Encounter Date: 02/10/2018

## PACS Images

Show images for CTA Chest for Pulmonary Embolism

## Acknowledgement Info

| For | At | Acknowledged By | Acknowledged On |
|---|---|---|---|
| Placing Order | 02/10/18 1651 | Amy L Wheeler, RN | 02/10/18 1656 |

## Order-Level Documents:

There are no order-level documents.

## Encounter-Level Documents:

There are no encounter-level documents.

## Order-Level Documents for Parent Order:

There are no order-level documents for parent order.

## Encounter

View Encounter

## Reprint Requisition

CTA Chest for Pulmonary Embolism (Order #134095284) on 2/10/18

## Appointments for this Order

2/10/2018 5:10 PM - 30 min RBMC CT1 (Resource) Rbmc Ct

## Additional Information

Associated Reports

View Parent Encounter
Priority and Order Details
Collection Information

## Order Provider Info

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Jesse E Ennis, PA | 541-334-8757 | -- | JEnnis@peacehealth.org |
| Authorizing Provider | Jesse E Ennis, PA | 541-334-8757 | -- | -- |
| Billing Provider | Corey S Orton, MD | 541-681-8586 | -- | -- |

## Order Transmittal Tracking

CTA Chest for Pulmonary Embolism (Order #134095284) on 2/10/18

## Case Request Comments

No data filed

## Status of Active Orders

View all orders

| Order | Lab Status | Result Date | Provider Status |
|---|---|---|---|
| **Protein C Activity** | In process | | Open |
| **Protein S Activity** | In process | | Open |
| **Prothrombin (Factor 2) Gene Mutation** | In process | | Open |
| **Anti-phospholipid Panel, Coagulation Studies** | In process | | Open |
| ***Internal- (Home Infusion) Peacehealth -UDMC** | No Result | | Ordered |
| **Resume usual activity** | No Result | | Ordered |
| **Discharge Diet** | No Result | | Ordered |

## Study Notes

Jenny R Holmes, RT on 2/10/2018 5:39 PM
55/75ml isovue 370; Call report to ED RB Ennis x1377; **SHORTNESS OF BREATH**

Cummins, Michael M (MR # 01614423) DOB: Encounter Date: 02/10/2018

# X-ray Chest PA and lateral [RIS4854] (Order 134095274)

Imaging

## XR CHEST 2V AP/PA AND LAT

Status: **Final result**
Acc #: **101406459** Order #: **134095274**

### PACS Images

Show images for X-ray Chest PA and lateral

### Linked Documents

View Image

### Study Result

CUMMINS, MICHAEL M
DOB: Age: 47 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: JESSE ENNIS PA-C Class: Emergency
Date of Service: 02/10/2018 03:30 PM Accession #: 4194609
Outside Order Number: 101406459

XR Chest 2 View

IMPRESSION: Pulmonary edema and small right pleural effusion

INDICATION:
GENDER/AGE: Male, 47 years
ORDER INDICATION: :
HISTORY PER PATIENT: SHORTNESS OF BREATH

TECHNIQUE: Two views of the chest were obtained.

COMPARISON: July 17, 2017

FINDINGS: Cardiomegaly noted. There is pulmonary vascular congestion. Interlobular septal thickening suggesting developing interstitial pulmonary edema. Small right pleural effusion

DICTATED BY: Corey S. Orton, M.D., on 2/10/2018 3:49 PM PST
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

Cummins, Michael M (MR # 01614423) DOB: Encounter Date: 02/10/2018

End of Diagnostic report for accession: 4194609
Interpreted/Electronically Signed By: Corey S. Orton on 02/10/2018

## Linked Documents

View Image

## Imaging

X-ray Chest PA and lateral (Order #134095274) on 2/10/2018 - Imaging Information

## Result History

X-ray Chest PA and lateral (Order #134095274) on 2/10/2018 - Order Result History Report

## Patient Release Status:

This result is not viewable by the patient.

## Signed by

| Signed | Date/Time | Phone | Pager |
|---|---|---|---|
| **ORTON, COREY S** | 2/10/2018 15:49 | 541-681-8586 | |

## Exam Information

| Status | Exam Begun | Exam Ended |
|---|---|---|
| Final [99] | 2/10/2018 15:30 | 2/10/2018 15:45 |

## PACS Images

Show images for X-ray Chest PA and lateral

## External Result Report

External Result Report

## Encounter

View Encounter

PeaceHealth

CUMMINS,MICHAEL M
MRN:
DOB: Sex: M

Date: **2/10/2018**

Department: **Sacred Heart RiverBend Zone 6**

Released By/Authorizing: **Jesse E Ennis, PA (auto-released)**

Inpatient

## Order History

| Date/Time | Action Taken | User | Additional Information |
|---|---|---|---|
| 02/10/18 1454 | Release | Jesse E Ennis, PA (auto-released) | From Order: 134095272 |
| 02/10/18 1525 | Result | Danielle D Bernhardt, RT | In process |
| 02/10/18 1540 | Result | Background, Radordresin | In process |
| 02/10/18 1549 | Result | Background, Radordresin | Final |

## Start Date/Time

| Start Date | Start Time |
|---|---|
| 02/10/18 | 1455 |

## Order Details

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| 1 time imaging | 1 occurrence | Routine | Hospital Performed |

Cummins, Michael M (MR # 01614423) DOB: Encounter Date: 02/10/2018

Linked Charges

## Start Date/Time

| Start Date | Start Time |
|---|---|
| 02/10/18 | 1455 |

## Order Questions

| Question | Answer | Comment |
|---|---|---|
| **Exam reason** | **SHORTNESS OF BREATH** | |

Note: Enter reason for exam

## PACS Images

Show images for X-ray Chest PA and lateral

## Acknowledgement Info

| For | At | Acknowledged By | Acknowledged On |
|---|---|---|---|
| Placing Order | 02/10/18 1454 | Amy L Wheeler, RN | 02/10/18 1518 |

## Order-Level Documents:

There are no order-level documents.

## Encounter-Level Documents:

There are no encounter-level documents.

## Order-Level Documents for Parent Order:

There are no order-level documents for parent order.

## Encounter

View Encounter

## Reprint Requisition

X-ray Chest PA and lateral (Order #134095274) on 2/10/18

## Appointments for this Order

2/10/2018 3:30 PM - 15 min RBMC PORTABLE GROUP Rbmc Xray (Resource)

## Additional Information

Associated Reports

View Parent Encounter
Priority and Order Details
Collection Information

## Order Provider Info

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Jesse E Ennis, PA | 541-334-8757 | -- | JEnnis@peacehealth.org |
| Authorizing Provider | Jesse E Ennis, PA | 541-334-8757 | -- | -- |
| Billing Provider | Corey S Orton, MD | 541-681-8586 | -- | -- |

## Order Transmittal Tracking

X-ray Chest PA and lateral (Order #134095274) on 2/10/18

## Case Request Comments

No data filed

## Status of Active Orders

View all orders

| Order | Lab Status | Result Date | Provider Status |
|---|---|---|---|
| **Protein C Activity** | In process | | Open |
| **Protein S Activity** | In process | | Open |
| **Prothrombin (Factor 2) Gene Mutation** | In process | | Open |

| | | |
|---|---|---|
| **Anti-phospholipid Panel, Coagulation Studies** | In process | Open |
| ***Internal- (Home Infusion) Peacehealth -UDMC** | No Result | Ordered |
| **Resume usual activity** | No Result | Ordered |
| **Discharge Diet** | No Result | Ordered |

Study Notes

Danielle D Bernhardt, RT on 2/10/2018 3:46 PM

2v2i upright pa and lateral. Shielded. Right sided flank/rib/chest pain. xr rm 1. Ennis x1377

# X-ray Ribs Right 2 views [RIS5082] (Order 134095275)

Imaging

## XR RIBS RIGHT 2V

Status: **Final result**
Acc #: **101406460** Order #: **134095275**

### PACS Images

Show images for X-ray Ribs Right 2 views

### Linked Documents

View Image

### Study Result

CUMMINS, MICHAEL M
DOB: Age: 47 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: JESSE ENNIS PA-C Class: Emergency
Date of Service: 02/10/2018 03:35 PM Accession #: 4194610
Outside Order Number: 101406460

XR Ribs Right

IMPRESSION: No displaced rib fractures

INDICATION:
Gender/age: 47 years, Male
Order indication: :
History per patient: SHORTNESS OF BREATH

TECHNIQUE: 3 or more views of the right ribs were obtained.

COMPARISON: July 17, 2017

FINDINGS: Small right pleural effusion and right lung base atelectasis. Heart is borderline in size.
No displaced rib fracture or osseous destruction is evident.

DICTATED BY: Corey S. Orton, M.D., on 2/10/2018 3:46 PM PST
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

End of Diagnostic report for accession: 4194610

Cummins, Michael M (MR # 01614423) DOB: Encounter Date: 02/10/2018

Interpreted/Electronically Signed By: Corey S. Orton on 02/10/2018

## Linked Documents

View Image

## Imaging

X-ray Ribs Right 2 views (Order #134095275) on 2/10/2018 - Imaging Information

## Result History

X-ray Ribs Right 2 views (Order #134095275) on 2/10/2018 - Order Result History Report

## Patient Release Status:

This result is not viewable by the patient.

## Signed by

| Signed | Date/Time | Phone | Pager |
|---|---|---|---|
| **ORTON, COREY S** | 2/10/2018 15:46 | 541-681-8586 | |

## Exam Information

| Status | Exam Begun | Exam Ended |
|---|---|---|
| Final [99] | 2/10/2018 15:35 | 2/10/2018 15:44 |

## PACS Images

Show images for X-ray Ribs Right 2 views

## External Result Report

External Result Report

## Encounter

View Encounter

PeaceHealth

CUMMINS,MICHAEL M
MRN:
DOB: Sex: M

Date: **2/10/2018**

Department: **Sacred Heart RiverBend Zone 6**

Released By/Authorizing: **Jesse E Ennis, PA (auto-released)**

Inpatient

## Order History

| Date/Time | Action Taken | User | Additional Information |
|---|---|---|---|
| 02/10/18 1454 | Release | Jesse E Ennis, PA (auto-released) | From Order: 134095273 |
| 02/10/18 1525 | Result | Danielle D Bernhardt, RT | In process |
| 02/10/18 1540 | Result | Background, Radordresin | In process |
| 02/10/18 1546 | Result | Background, Radordresin | Final |

## Start Date/Time

| Start Date | Start Time |
|---|---|
| 02/10/18 | 1455 |

## Order Details

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| 1 time imaging | 1 occurrence | Routine | Hospital Performed |

Linked Charges

Cummins, Michael M (MR # 01614423) DOB: Encounter Date: 02/10/2018

## Start Date/Time

| Start Date | Start Time |
|---|---|
| 02/10/18 | 1455 |

## Order Questions

| Question | Answer | Comment |
|---|---|---|
| **Exam reason** | **SHORTNESS OF BREATH** | |

Note: Enter reason for exam

## PACS Images

Show images for X-ray Ribs Right 2 views

## Acknowledgement Info

| For | At | Acknowledged By | Acknowledged On |
|---|---|---|---|
| Placing Order | 02/10/18 1454 | Amy L Wheeler, RN | 02/10/18 1518 |

## Order-Level Documents:

There are no order-level documents.

## Encounter-Level Documents:

There are no encounter-level documents.

## Order-Level Documents for Parent Order:

There are no order-level documents for parent order.

## Encounter

View Encounter

## Reprint Requisition

X-ray Ribs Right 2 views (Order #134095275) on 2/10/18

## Appointments for this Order

2/10/2018 3:35 PM - 15 min RBMC PORTABLE GROUP Rbmc Xray (Resource)

## Additional Information

Associated Reports

View Parent Encounter
Priority and Order Details
Collection Information

## Order Provider Info

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Jesse E Ennis, PA | 541-334-8757 | -- | JEnnis@peacehealth.org |
| Authorizing Provider | Jesse E Ennis, PA | 541-334-8757 | -- | -- |
| Billing Provider | Corey S Orton, MD | 541-681-8586 | -- | -- |

## Order Transmittal Tracking

X-ray Ribs Right 2 views (Order #134095275) on 2/10/18

## Case Request Comments

No data filed

## Status of Active Orders

View all orders

| Order | Lab Status | Result Date | Provider Status |
|---|---|---|---|
| **Protein C Activity** | In process | | Open |
| **Protein S Activity** | In process | | Open |
| **Prothrombin (Factor 2) Gene Mutation** | In process | | Open |
| **Anti-phospholipid Panel, Coagulation Studies** | In process | | Open |

Cummins, Michael M (MR # 01614423) DOB: Encounter Date: 02/10/2018

| | | |
|---|---|---|
| ***Internal- (Home Infusion) Peacehealth -UDMC** | No Result | Ordered |
| **Resume usual activity** | No Result | Ordered |
| **Discharge Diet** | No Result | Ordered |

## Study Notes

Danielle D Bernhardt, RT on 2/10/2018 3:45 PM

2v4i Upright ap and oblique ribs. Shielded. Right sided rib pain. xr rm 1. Ennis x1377

Cummins, Michael M (MR # 01614423) DOB: Printed 2/15/18 9:45 AM

**Transcription**

| Type | ID | Date and Time | Dictating Provider |
|---|---|---|---|
| Operative Report | 9204483 | 1/8/2018 2:54 PM | Steven L Wilhite, MD |

Signed by Steven L Wilhite, MD on 01/09/18 at 0958

Document Text

CUMMINS, MICHAEL M
01614423
DOB:

OPERATIVE NOTE

SURGEON: Steven Wilhite, MD

PREOPERATIVE DIAGNOSIS: Probable fissure with internal, external hemorrhoids.

POSTOPERATIVE DIAGNOSIS: Internal ulcer with a short fistula.

PROCEDURES PERFORMED:
1. Excision of a fistula and excision of ulcer and reapproximation of the mucosa.
2. Internal sphincterotomy.
3. Excision of small external hemorrhoid.

This patient presents with marked pain with bowel movements and preoperative evaluation suggested he had a fissure or ulcer. Because it was so painful, he could not be really examined well. He is being taken to the operating room for examination and treatment as findings dictate.

FINDINGS: Approximately a 1 cm diameter ulcer in the anterior position. Also, had a bridge and a short fistula.

He has a first-degree prolapse with large external hemorrhoids and internal hemorrhoids. Also, a very tight internal sphincter.

DESCRIPTION OF PROCEDURE: Patient was taken to the operating room, placed in supine position, given a general anesthetic with an endotracheal tube. He was then placed in jackknife position. A formal timeout was carried out. He was prepped and draped.

Speculum was inserted and the problems noted, namely:
1. Anterior ulcer.
2. Short fistula.
3. Tight internal sphincter and multiple large external hemorrhoids.

The speculum was inserted, and the fistula and the ulcer were excised. The mucosa was then reapproximated with running 3-0 chromic.

Incision was made, at this point, where we excised a smaller external hemorrhoid and undermined the mucosa and then divided at the 9 o'clock position, jackknifed the internal sphincter. This greatly loosened up the anus. The original stricture would admit really only 2 fingers, possibly 3, but not 3 totally. Once sphincterotomy was done and the external hemorrhoid excised, wound was then closed with running 3-0 chromic.

Area was infiltrated with about 30 mL of 0.25% Marcaine and epinephrine.

_____ and Gelfoam were then put into the rectum. Wound was dressed. Estimated blood loss was minimal. Sponge and needle count correct. Patient tolerated the procedure well.

Dictated by: Steven L Wilhite MD

SLW:us101731
eScription document:49-9204483
D: 01/08/2018 14:54:12
T: 01/08/2018 15:27:25

cc: David Knowlton MD

**Transcription**

| Type | ID | Date and Time | Dictating Provider |
|---|---|---|---|
| Consultation | 9165835 | 11/6/2017 10:22 AM | Steven L Wilhite, MD |

Signed by Steven L Wilhite, MD on 11/06/17 at 1533

Document Text

CUMMINS, MICHAEL M
01614423
DOB:

OPERATIVE NOTE

SURGEON: Steven Wilhite MD

PREOPERATIVE DIAGNOSIS: Gallstones, cholecystitis.

POSTOPERATIVE DIAGNOSIS: Gallstones, cholecystitis.

PROCEDURE PERFORMED: Laparoscopic cholangiogram, followed by laparoscopic cholecystectomy.

INDICATIONS: This is a 47-year-old man who is morbidly obese, presents with documented symptomatic gallstones, and he is being taken to the operating room for a cholangiogram and cholecystectomy.

FINDINGS: Gallbladder packed with cholesterol stones, a very small cystic duct, and a normal cholangiogram.

DESCRIPTION OF PROCEDURE: Patient was taken to the operating room, placed in the supine position and given a general anesthetic with an endotracheal tube. His abdomen was prepped and draped. A formal timeout was carried out. Incisions were then made after infiltrating the skin with 0.25% Marcaine and epinephrine. Veress needle was placed just above the umbilicus and the patient was inflated to a pressure of 15. A 10 mm trocar was placed just above the umbilicus under direct vision of the camera. A second 10 mm trocar was placed just rightward of midline, below the costal margin. Two additional 5 mm were placed in the right side.

The fundus of the gallbladder was grasped and rotated cephalad. Infundibulum was grasped. A meticulous sorting out of the hilum was then carried out and cystic duct identified, the cystic artery and the junction identified. These were all clipped.

The cystic duct was opened and a catheter was inserted, secured with an Olsen clamp, and cholangiogram performed. During the first attempt, the line blew off of the small catheter, which was required because of such a small cystic duct and then retightened and, at this juncture, a bit of air was put into the biliary system.

Cholangiogram was completed and there was good effluent into the duodenum and good retrograde flow into the liver. Cystic duct was relatively long.

The cystic duct was then doubly clipped proximally and divided. The previously clipped arteries were divided and the gallbladder lifted out of the triangle of Calot sharply. Once the gallbladder was out of the triangle of Calot, electrocautery was then used to separate the gallbladder from the liver. So, a couple of small holes were made in the gallbladder, which leaked only bile. The large stones did not come out these small holes.

Just prior to removal of the gallbladder, the hilum of the liver was inspected and there was no succuss entericus, no bile, no bleeding.

Also, irrigation was carried out and all bile aspirated. Actually, there was not very much bile.

Gallbladder was removed through an Endobag. This required opening the gallbladder itself and removing the packed stones in order to get the gallbladder through the upper 10/12 mm incision.

Once the gallbladder was removed, the trocar was reinserted, a second inspection carried out, and all fluid in the right gutter aspirated, and fluid over the liver, under the diaphragm all aspirated.

In the upper 10 mm wound, the fascia was grasped with two Kochers and a stitch of 0 Vicryl was used to reapproximate the fascia. Subcuticular 4-0 Monocryl closed the 10 mm port sites. Steri-Strips and dressing was applied.

Estimated blood loss was nil. Sponge and needle count were correct. Patient tolerated the procedure well.

Dictated by: Steven L Wilhite MD

SLW:us122796
eScription document:49-9165835
D: 11/06/2017 10:22:35
T: 11/06/2017 11:11:05

cc: David Knowlton MD

**CUMMINS, MICHAEL**
DOB: Age: **47** Org: **OMG_CCR_IMG**
MRN: **446670** Facility MRN: **491698** Gender: **M**
Ordering Provider: **ROBB LARSEN MD** Class: **Outpatient**
Date of Service: **10/05/2017 02:45 PM** Accession #: **4031677**
Outside Order Number: **3378506-3** cc: DAVID KNOWLTON MD

XR KNEE RIGHT 4 VIEW OR MORE

IMPRESSION:
1. Stable minimal degenerative changes in the medial femorotibial joint space compartment.
2. Unchanged, otherwise unremarkable radiographic evaluation of the right knee.

CLINICAL INDICATIONS:Evaluate right knee pain.

COMPARISON: 9/8/2016.

TECHNIQUE:Right knee, 4 views.

FINDINGS:
SOFT TISSUES: No new focal soft tissue swelling, radiopaque foreign bodies or abnormal periarticular calcifications are visualized. Again noted are benign appearing dermal calcifications along the anterior aspect of the proximal tibia.

BONES:Normal. The bony structures are intact with no fractures identified.

KNEE JOINT:The knee joint is normally aligned without advanced degenerative or erosive changes. There is no radiographic evidence for a knee joint effusion. There are minimal degenerative hypertrophic changes in the medial femorotibial joint space compartment which are very likely present previously.

INTERPRETED BY: Michael Milstein, M.D., on 10/6/2017 10:23 AM PDT
DICTATION LOCATION: 600 Country Club Road - Eugene, OR 97401

End of Diagnostic report for accession: 4031677
Interpreted/Electronically Signed By: Michael Milstein, MD on 10/06/2017 10:23 AM

OREGON IMAGING CENTERS

**CUMMINS, MICHAEL M**
DOB: Age: **47** Org: **OIC_UD**
MRN: **446670** Facility MRN: Gender: **M**
Ordering Provider: **DAVID KNOWLTON MD** Class: **Outpatient**
Date of Service: **09/06/2017 10:45 AM** Accession #: **3989855**

US Abdomen Complete

IMPRESSION: Cholelithiasis without evidence of acute cholecystitis. Coarse echogenicity of the liver with hepatomegaly suggesting hepatocellular dysfunction. Mild left hydronephrosis.

INDICATION:
GENDER/AGE: Male, 47 years
ORDER INDICATION: R10.11:Right upper quadrant pain
HISTORY PER PATIENT: Right upper quadrant pain.

TECHNIQUE: Complete abdominal ultrasound with real-time documentation was performed. Ultrasound duplex scan of the abdomen was performed using B-mode/gray scale imaging and Doppler spectral analysis and color flow.

COMPARISON: None.

FINDINGS:

Liver: There is coarsened echotexture of the liver. No focal mass. The coarsened echotexture is a nonspecific finding but suggests underlying hepatocellular dysfunction. Hepatomegaly measuring 21 cm.

Gallbladder: Cholelithiasis is present. No associated wall thickening or pericholecystic fluid. No sonographic Murphy's sign.

Pancreas: Visualized pancreas is without mass or fluid collection.

Common bile duct: No significant biliary duct dilatation, considering the patient's age.

Kidneys:
Right kidney: The kidneys normal in size, with normal echotexture. No evidence of hydronephrosis or nephrolithiasis. No discrete renal mass.
Left kidney: Mild pelviectasis. Left kidney is normal in size. No shadowing stones. No discrete renal mass.

Spleen: The spleen is normal in size and without focal mass.

Aorta: Visualized aorta is without evidence of aneurysmal dilatation.

Inferior vena cava: Visualized inferior vena cava appears grossly unremarkable.

Peritoneal cavity: No free fluid evident within the visualized abdomen.

DICTATED BY: Jonathan T. Sims, M.D., on 9/6/2017 12:41 PM PDT
DICTATION LOCATION: 1200 Hilyard St. Suite 330 - Eugene, OR 97401

PATIENT NAME:CUMMINS, MICHAEL
DOB:( MRNO:446670

End of Diagnostic report for accession: 3989855
Interpreted/Electronically Signed By: Jonathan T. Sims, MD on 09/06/2017 12:41 PM

# McKenzie Surgical Group, P.C.

GENERAL, LAPAROSCOPIC, VASCULAR AND THORACIC SURGERY

RECEIVED
FEB 1 2018
BY:

January 29, 2018

David A. Knowlton, MD
1755 Coburg Road, Suite 301
Eugene, OR 97401

Re: CUMMINGS, Michael

Dear David:

Thank you very much for referring Michael Cummings. You have my operative note.

I excised a fistula and an ulcer and reapproximated the mucosa, and I did an internal sphincterotomy and excision of a small external hemorrhoid. Postoperatively, the patient has done well. I have placed him on oat bran and oatmeal and told him that he needs to eat oatmeal every day in the morning. I saw him today, 01/29/2018, and he is very happy with the results. I need not see him again unless he has additional difficulty.

Again, thank you for the referral.

Sincerely,

Steven L. Wilhite, MD

SW/gl

DK

*Steven L. Wilhite, M.D., F.A.C.S.*

1755 Coburg Road, Suite 401 • Eugene, OR 97401 • (541) 746-7914
Fax (541) 741-2163

# McKenzie Surgical Group, P.C.

GENERAL, LAPAROSCOPIC, VASCULAR AND THORACIC SURGERY

RECEIVED
NOV 17 2017
BY:

November 13, 2017

David A. Knowlton, MD
1755 Coburg Road, Suite 301
Eugene, OR 97401

Re: CUMMINS, Michael

Dear Dr. Knowlton:

Thank you very much for referring Michael Cummins. This man presented with symptomatic gallstones. On 11/06/2017, I removed his gallbladder and did a cholangiogram. His gallbladder was packed with stones.

Postoperatively, he has done well. I saw him today, and he is pleased with the results. He will return to you for his general medical needs.

Again, thank you for the referral.

Sincerely,

Steven L. Wilhite, MD

SW/gl

*Steven L. Wilhite, M.D., F.A.C.S.*

1755 Coburg Road, Suite 401 • Eugene, OR 97401 • (541) 746-7914
Fax (541) 741-2163

Other Records

02/19/2018 MON 23:43 FAX 5416863761 PH Sacred Heart Infusion 001/002

[redacted]

**FAX TRANSMITTAL**

PeaceHealth
Sacred Heart Medical Center

| | | | |
|---|---|---|---|
| Date: | 2/17/18 | Pages Sent: | 2 (including cover) |
| To: | Dr Knowlton | From: | Misty |
| Company: | | Department: | REGIONAL INFUSION CENTER |
| Phone: | | Phone: | 541-335-2800 |
| Fax: | 541-744-7322 | Fax: | 541-686-3761 |
| Subject: | Cummins, Michael DOB | | |

The information contained in this fax message is intended only for the personal and confidential use of the designated recipients named above. This message may be a privileged and confidential attorney-client communication. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. It is your responsibility as a recipient of this message to locate your facsimile machine in a secure location and to notify us immediately if the fax number we are using is incorrect or will be changed.

Status: ☒ Urgent ☒ For review ☐ Please comment ☐ Please reply ☐ Please recycle

Comments: Patient has discharged from our clinic and will need follow up care. Thank You

JOHN R. LEBOW, D.O.
2/20/18

74I
Sent standing order for x2 diamond [illegible] noted in chart

Other Records

# MCKENZIE FAMILY PRACTICE
# FLU VACCINE CONSENT FORM

**The Flu**

Influenza (flu) is a respiratory infection caused by viruses. When people get the flu, they may have fever, chills, headache, dry cough, or muscle ache. Illness may last several days or a week or more and complete recovery is usual. Rarely, complication may lead to pneumonia or death in some people.

It is not possible to estimate the risk of an individual getting the flu this year, but for the elderly and for people with diabetes, or heart, lung, or kidney diseases, flu may be especially serious.

**The Vaccine**

An injection of flu vaccine will not give you the flu because the vaccine is made from killed viruses. Most people will have no side effects from the vaccine. Some will have tenderness at the injection site for a few days, mild fever, chills, headaches, or muscular aches within the first 48 hours. As with the administration of any vaccine or drug, there is always the possibility of more sever effects and in very rare instances, even death.

A small number of people who received the swine flu vaccine suffered an illness called Guillain-Barre syndrome. This syndrome usually is temporary, but occasionally a permanent or even fatal form of paralysis occurs. The numerical possibility of your suffering from Guillain-Barre syndrome if you receive this vaccine is not known. Experience with the massive swine flu vaccine programs has shown that about 10 out of every million persons vaccinated contracted Guillain-Barre syndrome in about 1 per 2 million persons vaccinated. In about 1 per 1 million persons vaccinated, some muscles were weakened for a long time or permanently from Guillain-Barre syndrome. For elderly and chronically ill patients, the risk of death is estimated to somewhat higher.

**Special Precautions**

People allergic to eggs, chicken, chicken feathers, or chicken dander should not receive this vaccine.
People with fever should not receive this vaccine.
People who have received another type of vaccine in the past 14 days should see a doctor before taking this vaccine
Children under 3 years of age and pregnant women should receive advice from a doctor before receiving this vaccine.

**I understand that I am responsible for payment should I not meet the medical criteria set by my insurance or if this is not a covered benefit. The estimated amount for the flu vaccine injection that you may be responsible for is $32.00 not to exceed $95.00.**

**CONSENT**

I have read the above information and have had an opportunity to ask questions. I understand the benefits and risks of flu vaccination as described. I request that the vaccine be given to me or to the named below for whom I an authorized to sign.

Mike M Cummins — 9-29-18
Patient Name (Please Print) — Date of Birth

[illegible]
Address — City — State — Zip: 97402

[signature] — 9-29-18
Signature of person to receive vaccine (or Parent or Guardian) — Date

*Official use only*

**Lot #** ZA72G Flulaval **Exp. Date** 05/31/2019

0.5ml IM R — MS — 9/29
**Dose/route/time** — **Provider's Initials** — **Date**

Other Records [redacted]

**MCKENZIE FAMILY PRACTICE**
**FLU VACCINE CONSENT FORM**

**The Flu**
Influenza (flu) is a respiratory infection caused by viruses. When people get the flu, they may have fever, chills, headache, dry cough, or muscle ache. Illness may last several days or a week or more and complete recovery is usual. Rarely, complication may lead to pneumonia or death in some people.

It is not possible to estimate the risk of an individual getting the flu this year, but for the elderly and for people with diabetes, or heart, lung, or kidney diseases, flu may be especially serious.

**The Vaccine**
An injection of flu vaccine will not give you the flu because the vaccine is made from killed viruses. Most people will have no side effects from the vaccine. Some will have tenderness at the injection site for a few days, mild fever, chills, headaches, or muscular aches within the first 48 hours. As with the administration of any vaccine or drug, there is always the possibility of more sever effects and in very rare instances, even death.

A small number of people who received the swine flu vaccine suffered an illness called Guillain-Barre syndrome. This syndrome usually is temporary, but occasionally a permanent or even fatal form of paralysis occurs. The numerical possibility of your suffering from Guillain-Barre syndrome if you receive this vaccine is not known. Experience with the massive swine flu vaccine programs has shown that about 10 out of every million persons vaccinated contracted Guillain-Barre syndrome in about 1 per 2 million persons vaccinated. In about 1 per 1 million persons vaccinated, some muscles were weakened for a long time or permanently from Guillain-Barre syndrome. For elderly and chronically ill patients, the risk of death is estimated to somewhat higher.

**Special Precautions**
People allergic to eggs, chicken, chicken feathers, or chicken dander should not receive this vaccine.
People with fever should not receive this vaccine.
People who have received another type of vaccine in the past 14 days should see a doctor before taking this vaccine
Children under 3 years of age and pregnant women should receive advice from a doctor before receiving this vaccine.

**I understand that I am responsible for payment should I not meet the medical criteria set by my insurance or if this is not a covered benefit. The estimated amount for the flu vaccine injection that you may be responsible for is $32.00 not to exceed $95.00.**

**CONSENT**
I have read the above information and have had an opportunity to ask questions. I understand the benefits and risks of flu vaccination as described. I request that the vaccine be given to me or to the named below for whom I an authorized to sign.

Mike M Cummins
Patient Name (Please Print) Date of Birth

Address City State Zip

[signature] 10-7-2017
Signature of person to receive vaccine (or Parent or Guardian) Date

*Official use only*

**Lot #** **7929M Flulaval Quadrivalent** **Exp. Date** **06/30/2018**
0.5mL RD [initials] 10/7/17
**Dose/route/time** **Provider's Initials** **Date**

# Quality Assurance Report

## Request Information

Report Date: February 13, 2019

**RP ID:** 4845604

Patient Name: CUMMINS, MICHAEL

Provider Name: MCKENZIE FAMILY PRACTICE

## Quality Assurance Information

Scope Requested: **From January 1, 2017 to Present**

Special Request:
ALL medical records for the time frame - Seen By:
KNOWLTON, DR DAVID

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
Enclosed are all records supplied by medical facility
for requested dates of service

Chart Reviewed By: MSEDE

# PeaceHealth *Authorization to Use and Disclose Health Information*

**Patient**

Patient Name: CUMMINS, MICHAEL Medical Record #: ______

Birth Date: ______ Ph. #: ______ SSN: ______

**From**

***I authorize:*** ☐ PeaceHealth

(Facility address stamp)

***OR*** ☐ This other Healthcare Entity (name/address of disclosing entity): ______

***To use and/or disclose a copy of the health information described below for the above-named patient***

**To**

***Health information is to be received and used by:***

☐ PeaceHealth

(Facility address stamp)

***OR*** ☐ This other Entity (name/address of recipient):
Lincoln Financial Group (c/o ReleasePoint)
PO Box 1390
St. Peters MO 63376

**Purpose**

***For the purpose(s) of:***

☐ At the request of the patient or legal/personal representative

☐ Other purposes (specify each purpose): Claims - Disability Insurance

**Info to be Disclosed**

***Description or nature of information to be used and/or disclosed:*** (check all that apply)

☐ Discharge summaries
☐ History & physical exams
☐ Consultations
☐ Operative reports
☐ Physician progress notes
☐ Nursing notes
☐ Clinician office notes

☐ Pathology reports
☐ Radiology & imaging reports
☐ Laboratory reports
☐ EKG Reports
☐ Emergency Dept. records
☐ Medication records
☐ Billing statements

**Specially Protected Information:** ★
☐ Mental health treatment records
☐ Drug/Alcohol abuse diagnosis, treatment, & referral records
☐ Information re: HIV / AIDS / Sexually transmitted diseases
☐ Information re: Genetic testing (Oregon)

☐ Records for the following dates or treatment:
FROM: 01/01/2017 TO: Present

☐ Other information (specify): all PHI, excluding x-ray films

☐ **All health records from the above named entity** (Excludes the above Specially Protected Information unless box(es) checked)

**Notices**

1. I understand that, if the recipient of the information disclosed under this authorization is not a health plan or provider covered by federal or state privacy laws, the information may be re-disclosed by the recipient and no longer protected by those laws. If the information being disclosed under this authorization includes HIV/AIDS, Sexually Transmitted Diseases, mental health, genetic testing, and drug/alcohol abuse diagnosis, treatment, or referral information, Federal law and regulation including 42 CFR Part 2 and 45 CFR Parts 160 and 164 or state law may prevent the recipient from re-disclosing this information.

2. I may refuse to sign this authorization. My refusal will not adversely affect my ability to receive treatment, to enroll in a health plan, to be eligible for benefits, or to obtain payment for services unless this authorization is sought for purposes of research-related treatment, to determine my eligibility or enrollment in a plan, for underwriting or risk determinations or if the services related to the information to be disclosed are performed solely for the purpose of providing that information to someone else.

3. I may revoke this authorization at any time by notifying the Health Information Management/Medical Records Department of the above named entity on its designated form. However, any such revocation will not apply to any activity undertaken based on this authorization. PeaceHealth's Joint Notice of Privacy Practices also describes how to revoke this authorization.

4. I received a copy of this authorization. I may inspect or request copies of information disclosed by this authorization.

**Dates**

***Unless revoked, this authorization is valid for 90 days from the signature date below, or for the following time period.***

Beginning date: ______ Ending (expiration) date: 180 days after signature date

(In Washington state, expiration date can be no later than 90 days after this authorization is signed if disclosure is to employer or financial institution.)

**Signature**

***SIGNATURE: I have read this authorization, and I understand it.***

______ ______
Signature of Patient or legal/personal representative Date

Relationship to patient: ______

For PeaceHealth Use Only: Date Received ____ Acct # ____ ☐ Identity and authority verified ☐ Fees explained if needed ☐ Records sent by ____ Date/Time ____

**Please don't write in box:** HIM Internal

White Copy: Med. Record, Yellow Copy: Patient 35643 (01/14/09)

**From:** status@releasepoint.com
**Sent:** Tuesday, February 12, 2019 2:10:49 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Ingram, Keahti
**Subject:** HIPAA eSign Required: Claim:7224525 - CUMMINS, MICHAEL - CaseMgr:

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**Date: February 12, 2019**
**Reference ID: 4960209**
**Medical Facility/Provider: PEACE HEALTH**

Please be advised that we have been informed that your medical provider is requesting a signed HIPAA compliant authorization to be signed before records will be released. Please use the included link to have the claimant sign the attached HIPAA authorization form. Retrieval activities will resume upon receipt of the authorization requested.

You can complete this request in one of THREE ways:

1. Sign authorization electronically, through Adobe Document Cloud. Electronic signatures are processed immediately through Adobe.s secure signing environment. To sign electronically, click the following link:

   https://releasepoint.na1.echosign.com/public/esignWidget?wid=CBFCIBAA3AAABLblqZhB9Rju3cErLhj8jjunkgXTiYaVSzgckWDhKmPy6lidUZzpQmrtqQGn5qhcY9AMn9Os*

2. Print, sign and scan the authorization. You can email a PDF of the signed authorization to our vendor, ReleasePoint, at authos@releasepoint.com - please be sure to put your Reference ID (listed above) in the subject line of the email.

3. Print, sign and FAX the authorization to us at (888) 491-7191.

Please return this signed authorization at your earliest convenience to avoid delays in the processing of your recent insurance application.

Your Lincoln Financial Group Information Retrieval Team

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

| | | |
|---|---|---|
| ROY LAW GROUP | **Roy Law Group**<br>**1000 SW Broadway**<br>**Suite 1740**<br>**Portland, OR 97205**<br>**Tel: 855-306-4313 Fax: 855-344-1726** | **Fax** |

**To:** Keahti Ingram **From:** Malorie Quinlan

**Fax:** 1-603-334-8630 **Date:** January 25, 2019 03:29 PM

**Organization:** Lincoln Financial Group

**Subject:** **Michael Cummins, Claim No. 7224525**

---

Enclosed are the following completed forms for Michael Cummins:

1. 1. Activities Questionnaire Form
2. 2. Authorization
3. 3. Claimant Information Form
4. 4. Claimant Supplementary Statement
5. 5. Family Information Questionnaire
6. 6. Training Education Experience
7. 7. Authorization for Sensitive Information
8. 8. Restrictions Form from Dr. Knowlton

If anything else is needed, please let me know.

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return To:** Keahti Ingram

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Michael Cummins

CLAIM NO: 7224525 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: A..ec Industries, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit 30 minutes stand 10 minutes walk 10 minutes

How many hours a day do you:

sit 4 hours stand 2 hours walk 15 to 30 minutes Laying on couch or sitting in recliner with feet up - 9 and a half hours

Do you take a nap during the day?

Yes ________ No X

If Yes, for how long? ________ At what time of the day? ________

How many hours a day do you spend in bed? 12 hours

Do you require any assistive devices such as a:

cane ________ walker ________ crutches ________ wheelchair ________ other Knee brace

How long are you able to sit in a car? 1 - 2 hours on a good day

Do you hold a valid driver's license?

Yes X No ________

If No, please explain: ________

If Yes, how long are you able to drive a car? 1 hour on a good day

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

online, cell phone

Do you have children?

Yes ________ No X If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ________ No X If Yes, please explain ________

How many times a day do you leave the house during the week? I only leave for doctor appointments

On the weekends? ________

How often do you run errands? I do not run errands

Please describe what errands you most commonly run: ________

Liberty Mutual. INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? I don't go outdoors

| | | | | |
|---|---|---|---|---|
| Are you left or right hand dominant? | Left | | Right | X |
| Are you able to work in your garden? | Yes | | No | X |
| Are you able to work on your house? | Yes | | No | X |
| Are you able to wash your car? | Yes | | No | X |

How much time is spent daily on your home computer? Dont have a computer. I have a tablet and phone.
x None ___ 0-1 hours ___ 1-2 hours ___ 2-3 hours ___ 3+ hours

How much time is spent weekly on your home computer?
x None ___ 0-1 hours ___ 1-2 hours ___ 2-3 hours ___ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

___ Pay bills ___ Read news/articles ___ Use search engines ___ Send emails

___ Visit chat rooms ___ Photos Other: ___

What computer software applications do you utilize. Please check all that apply:

___ Word processing (Word) ___ Spreadsheets (Excel) ___ Database (Access) ___ Graphics

___ Photo software (Photoshop) ___ Programming Other: ___

Do you have a working home copy machine/fax machine? ___ Yes X No

If yes, please explain purpose and usage: ___

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | ex-wife step-son | |
| Carrying groceries into the house | ex-wife step-son | |
| Cooking meals | ex-wife step-son | |
| Cleaning after meals | ex-wife step-son | |
| Cleaning bathrooms | son | |
| Vacuuming | son | |
| Doing the laundry | myself | |
| Opening and responding to mail | myself | |
| Managing your finances | myself | |
| Balancing your checkbook | n/a | |
| Bathing yourself | myself | |
| Styling your own hair | myself | |
| Getting dressed | myself | |
| Going up and down stairs | cannot go up/down stairs | |

Have you been confined to a hospital within the last 12 months? Yes ___ No X

If Yes, please provide reason and hospital contact Information: ___

Liberty Mutual. INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? I don't travel or take vacations

Where do you go? How do you get there (transportation method)? ______

Are you able to pursue your hobbies? Yes ______ No X

If Yes, please describe ______

Do you participate in an exercise program? Yes ______ No X

If Yes, please describe ______

Do you do any Volunteer work? Yes ______ No X

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ______

Are you working for wages? Yes ______ No X

If Yes, please provide employer's name ______

**Describe in your own words, what prevents you from engaging in any gainful employment.**

I have osteoarthritis in my right knee and complex tear of the medial meniscus in my right knee. I have severe and constant pain in my knee, right leg, and in my back. I get popping in my knee when going from a sitting to standing position or vice versa, and stiffness if in one position for too long.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

I wake up around 10:00 am or 11:00am, and sometimes it can be around 1:00 pm or 2:00pm. I get up out of bed and sit down to watch tv. I make breakfast which is something simple such as toast. I watch some tv, browse facebook and the internet on my phone or tablet. Across the street is the farthest I can walk and I try to do that once a day to check the mail. My step-son cooks dinner for the both of us in the evening.

I try to go to bed around 11:00 pm or midnight.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Michael Cummins Date: Jan 25, 2019

Signature: [signature] Michael M Cummins (Jan 25, 2019)

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Michael Cummins

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature] Michael M Cummins (Jan 3, 2019)

Date of Birth: 07/30/1970 Claim Number: 7224525 Date: Jan 3, 2019

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual. INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

Return To: Keahti Ingram

EMPLOYEE/CLAIMANT NAME: Michael Cummins
CLAIM NO: 7224525
EMPLOYER/SPONSOR: Astec Industries, Inc. DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2018 to the present date. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. David Knowlton, MD, McKenzie Family Practice
Specialty: Primary Care Provider
Address: 1755 Coburg Road, #3, Eugene, OR 97401
Telephone No.: (541) 344-8225 Fax No.: ( )

Name: Oregon Medical Group
Specialty: Orthopedics
Address: 600 Country Club Road, Eugene, OR 97401
Telephone No.: (541 )345-0600 Fax No.: ( )

Name: PeaceHealth
Specialty:
Address: 1115 SE 164th Avenue, Vancouver, WA 98683
Telephone No.: (360 )729-1300 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Oregon Health Plan
Specialty:
Address:
Telephone No.: ( 800)273-0557 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: BiMart
Specialty:
Address: 4780 Royal Avenue, Eugene, OR 97402
Telephone No.: ( 541) 463-1789 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: [signature] Michael M Cummins (Jan 25, 2019) DATE: Jan 25, 2019

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return to:** Keahti Ingram

**EMPLOYEE/CLAIMANT NAME:** Michael Cummins **CLAIM #:** 7224525
**EMPLOYER:** Astec Industries, Inc. **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) Cummins, Michael M. | Social Security # | Email Address | |
| Street Address c/o Roy Law, 1000 SW Broadway, Suite 1740 | City Portland | State OR | Zip Code 97266 |
| Telephone Number (include area code) 503-206-4313 | Cell Phone Number (include area code) | Marital Status single | |
| Spouse's Full Name and Date of Birth | Number of Children 0 | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Lloyd Cummins Relationship to you? father Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. No

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. No

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?
No

Do you hold a professional license? If yes, for what purpose?
No

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.
No

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.
No

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.
No

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| | X | Wages/ Income/ Money/ Unemployment | $ | | | |
| X | | Social Security (disability or retirement) | $ | | | applied 08/24/2018 |
| | X | Social Security (for your spouse/dependents) | $ | | | |
| | X | Short Term Disability or State Disability | $ | | | |
| | X | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| | X | Workers' Compensation | $ | | | |
| | X | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| | | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Michael Cummins

**DATE:** Jan 25, 2019 **EMPLOYEE'S SIGNATURE:** [signature] Michael M Cummins (Jan 25, 2019)

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return to:** Keahti Ingram

EMPLOYEE/CLAIMANT NAME: Michael Cummins
CLAIM NO: 7224525
EMPLOYER/SPONSOR: Astec Industries, Inc. DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced X
If married, please indicate your spouse's name and date of birth. Name: ______ DOB: ______

Do you have children or dependents*? Yes X No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Richard Weaver | 09/30/1987 | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: X
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: [signature] Michael M Cummins (Jan 25, 2019) Date: Jan 25, 2019

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

EMPLOYEE/CLAIMANT NAME: Michael Cummins
CLAIM NO: 7224525
EMPLOYER/SPONSOR: Astec Industries, Inc. DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: 12th Check if earned: ☒ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: N/A

Additional Skills, Hobbies & Volunteer Work N/A

Did you serve in the Armed Forces? ☐ Y ☒ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: KPI-JCI Department: ______ From: March 2016 To: October 2016
   Job Title(s): Burner
   Supervisory Experience ☐ Y ☒ N
   Tasks/Duties (please be specific):
   Operated CNC High Definition Plazma cutting machine, Operated Forklift and overhead crane.

2. Company: Farwest Steel Department: ______ From: July 2005 To: October 2015
   Job Title(s): Burner
   Supervisory Experience ☐ Y ☒ N
   Tasks/Duties (please be specific): Operated Mazak 3D Tube Processor, Farley High Definition Plazma machine, Whitney Punch Plazma machine, and Altra Flame Cutter.

3. Company: All American Fabrication Department: ______ From: April 2005 To: July 2005
   Job Title(s): Laser Operator
   Supervisory Experience ☐ Y ☒ N
   Tasks/Duties (please be specific): ______
   Operated 6030 Trump Laser, forklifts to move material, and conducted some computer and paper work.

4. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

5. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

**Computer Utilization:**

Computer Training/Courses, Certifications: ______

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☒ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☒ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☒ No If yes, WPM (words per minute) ______
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______ Work: ______

SIGNATURE: Michael M Cummins (Jan 25, 2019) PHONE NO: ( 503 ) 206-4313

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Michael Cummins

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature] Michael M Cummins (Jan 3, 2019)

Date of Birth: 07/30/1970 Claim Number: 7224525 Date: Jan 3, 2019

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston

# Restrictions Form

| emp name | dob | clm num | case mgr name |
|---|---|---|---|
| Patient Name | Date of Birth | Claim Number | Case Manager |

Cummins, Michael

**To be completed by physician:**

1. DATE FIRST TREATED – 1/8/2010
   DATE LAST TREATED – 1/24/2019 M17.11 osteoarth (R) knee
   NEXT OFFICE VISIT – 4 weeks
   DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- [x] SEDENTARY Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- [ ] LIGHT Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- [ ] MEDIUM Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- [ ] HEAVY Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- [ ] VERY HEAVY Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

error

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency (*SEE KEY*).
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   Severe Right Knee Pain

4. RESTRICTIONS IMPOSED FROM 4/21/16 TO Present.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?

   Per Orthopedics

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   ↓ ROM (R) Knee

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______.

| | | |
|---|---|---|
| Knowlton<br>Provider's Name (Please Print) | MD Fam Med.<br>Degree *AND* Area of Specialty | 930692130<br>Social Security or Tax ID Number |
| 1755 Coburg Rd #301<br>Street Address | 541-344-8225<br>Telephone Number | 541-744-7433<br>Fax Number |
| Eugene OR 97401<br>City, State & Zip Code | [signature]<br>Signature | 1/24/19<br>Date |

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

| | |
|---|---|
| Date: | January 22, 2019 |
| To: | CHRIS ROY<br>ROY LAW<br>1000 SOUTHWEST BROADWAY<br>SUITE 1740<br>PORTLAND OR 97205 |
| Attn: | LTD |
| Fax: | (855) 344-1726 |
| From: | Keahti Ingram<br>Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8630 |
| Total Pages (Including Cover): | 15 |
| RE: | Claim #: 7224525<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

January 22, 2019

Chris Roy
Roy Law
1000 SOUTHWEST BROADWAY
SUITE 1740
PORTLAND, OR 97205

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins

Dear Chris Roy:

As the Claims Administrator for Astec Industries Disability Policy, we are actively reviewing Mr. Cummins' continued eligibility for disability benefits. We have made efforts to obtain additional medical information, however we do not have sufficient information to support continued disability.

We contacted Dr. Knowlton on December 21, 2018. Please urge his physician to comply with our requests and fax the information and the enclosed forms to us at 603-334-8630. If we do not receive the requested information by February 3, 2019, any disability benefits Mr. Cummins is currently receiving may be suspended and his pay could be interrupted. Your cooperation in providing the requested information is essential to our claims investigation.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keahti Ingram
Claims Examiner
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

Attachments: 7224525-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-12.21.2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

CHRIS ROY
ROY LAW
1000 SOUTHWEST BROADWAY
SUITE 1740
PORTLAND OR 97205

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

December 21, 2018

Chris Roy
Roy Law
1000 SOUTHWEST BROADWAY
SUITE 1740
PORTLAND, OR 97205

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins

Dear Chris Roy:

We are writing with regard to Michael Cummins's claim for Long Term Disability (LTD) benefits under Astec Industries, Inc.'s Group Disability Income Policy.

We are currently reviewing Mr. Cummins's eligibility for continued disability benefits, and are in need of additional information.

Mr. Cummins is currently receiving benefits based on his inability to perform the material and substantial duties of his own occupation.

To remain eligible for benefits beyond the 24th month, Mr. Cummins must be disabled from any occupation. As his benefits began on April 8, 2017, the change in definition will occur on April 8, 2019. We are currently gathering information to assess his continued eligibility for benefits beyond this date.

As part of our investigation, we will be contacting Mr. Cummins's treating physician(s). If he has changed physicians or been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the following forms and return them in the envelope provided by February 3, 2019:

- X Activities Questionnaire Form
- X Authorization - Medical
- X Claimant Information Form
- X Claimant Supplementary Statement

X Family Information Questionnaire
X Training Education Experience
X Authorization
__ Other

Astec Industries, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, Mr. Cummins provide proof of disability within a required timeframe. His cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate Mr. Cummins's eligibility for benefits without it. We ask that Mr. Cummins provide us with this information no later than February 3, 2019 as required under the terms of the Policy.

Please be advised that we are unable to evaluate eligibility for continued benefits without this information. In the absence of this information, Mr. Cummins's claim may be closed.

If Mr. Cummins has any questions regarding this matter, please contact me.

Sincerely,

Keahti Ingram
Claims Examiner
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
Training Education Experience
Authorization

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return To:** Keahti Ingram



EMPLOYEE/CLAIMANT NAME: Michael Cummins

CLAIM NO: 7224525 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Astec Industries, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes________ No ________

If Yes, for how long? ________ At what time of the day?________

How many hours a day do you spend in bed?________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?________

Do you hold a valid driver's license?

Yes________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car?________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends? ________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

________

Liberty Mutual INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ____________________________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ________________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ________________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ____________________________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ____________ | ____________ |
| Carrying groceries into the house | ____________ | ____________ |
| Cooking meals | ____________ | ____________ |
| Cleaning after meals | ____________ | ____________ |
| Cleaning bathrooms | ____________ | ____________ |
| Vacuuming | ____________ | ____________ |
| Doing the laundry | ____________ | ____________ |
| Opening and responding to mail | ____________ | ____________ |
| Managing your finances | ____________ | ____________ |
| Balancing your checkbook | ____________ | ____________ |
| Bathing yourself | ____________ | ____________ |
| Styling your own hair | ____________ | ____________ |
| Getting dressed | ____________ | ____________ |
| Going up and down stairs | ____________ | ____________ |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

____________________________________________________________________________

____________________________________________________________________________

Liberty Mutual INSURANCE

*ACTIVITIES QUESTIONNAIRE*

*page 3 of 3*

How often do you travel or take vacation? ______

Where do you go? How do you get there (transportation method)? ______

______

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ______

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

______

______

______

______

______

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______

______

______

______

______

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______ Date: ______

Signature: ______

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________

Date of Birth: __ ________ Claim Number: 7224525 Date: ______________________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return To:** Keahti Ingram

EMPLOYEE/CLAIMANT NAME: Michael Cummins
CLAIM NO: 7224525
EMPLOYER/SPONSOR: Astec Industries, Inc. DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2018 to the present date. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :(___) ______ Fax No. :(___) ______ Telephone No. :(___) ______ Fax No. :(___) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :(___) ______ Fax No. :(___) ______ Telephone No. :(___) ______ Fax No. :(___) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :(___) ______ Fax No. :(___) ______ Telephone No. :(___) ______ Fax No. :(___) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :(___) ______ Fax No. :(___) ______ Telephone No. :(___) ______ Fax No. :(___) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______ **DATE:** ______

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return to:** Keahti Ingram

**EMPLOYEE/CLAIMANT NAME:** Michael Cummins **CLAIM #:** 7224525
**EMPLOYER:** Astec Industries, Inc. **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______

**DATE:** ______ **EMPLOYEE'S SIGNATURE:** ______

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return to:** Keahti Ingram

EMPLOYEE/CLAIMANT NAME: Michael Cummins
CLAIM NO: 7224525
EMPLOYER/SPONSOR: Astec Industries, Inc. DATE OF BIRTH: _

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single _____ Married _____ Divorced _____
If married, please indicate your spouse's name and date of birth. Name: __________________ DOB: ________

Do you have children or dependents*? Yes _____ No _____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________________ Date: ________________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

EMPLOYEE/CLAIMANT NAME: Michael Cummins
CLAIM NO: 7224525
EMPLOYER/SPONSOR: Astec Industries, Inc. DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

A Liberty Mutual Company

3. Company: ____________ Department:____________ From: ________ To: ______
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

4. Company: ____________ Department:____________ From: ________ To: ______
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

5. Company: ____________ Department:____________ From: ________ To: ______
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ____________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________ Work: ____________

**SIGNATURE:** ____________ **PHONE NO: (   )** ____________

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________

Date of Birth: __ ________ Claim Number: 7224525 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

CHRIS ROY
ROY LAW
1000 SOUTHWEST BROADWAY
SUITE 1740
PORTLAND OR 97205

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

December 21, 2018

Chris Roy
Roy Law
1000 SOUTHWEST BROADWAY
SUITE 1740
PORTLAND, OR 97205

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins

Dear Chris Roy:

We are writing with regard to Michael Cummins's claim for Long Term Disability (LTD) benefits under Astec Industries, Inc.'s Group Disability Income Policy.

We are currently reviewing Mr. Cummins's eligibility for continued disability benefits, and are in need of additional information.

Mr. Cummins is currently receiving benefits based on his inability to perform the material and substantial duties of his own occupation.

To remain eligible for benefits beyond the 24th month, Mr. Cummins must be disabled from any occupation. As his benefits began on April 8, 2017, the change in definition will occur on April 8, 2019. We are currently gathering information to assess his continued eligibility for benefits beyond this date.

As part of our investigation, we will be contacting Mr. Cummins's treating physician(s). If he has changed physicians or been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the following forms and return them in the envelope provided by February 3, 2019:

X Activities Questionnaire Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement

X Family Information Questionnaire
X Training Education Experience
X Authorization
__ Other

Astec Industries, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, Mr. Cummins provide proof of disability within a required timeframe. His cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate Mr. Cummins's eligibility for benefits without it. We ask that Mr. Cummins provide us with this information no later than February 3, 2019 as required under the terms of the Policy.

Please be advised that we are unable to evaluate eligibility for continued benefits without this information. In the absence of this information, Mr. Cummins's claim may be closed.

If Mr. Cummins has any questions regarding this matter, please contact me.

Sincerely,

Keahti Ingram
Claims Examiner
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
Training Education Experience
Authorization

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return To:** Keahti Ingram ____________________



EMPLOYEE/CLAIMANT NAME: Michael Cummins

CLAIM NO: 7224525 DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Astec Industries, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day?____________

How many hours a day do you spend in bed?____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ____________________________________________

If Yes, how long are you able to drive a car?____________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____________________________________________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ____________________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ____________________

How many times a day do you leave the house during the week? ____________

On the weekends? ____________

How often do you run errands? ____________________

Please describe what errands you most commonly run: ____________________

____________________________________________

Liberty Mutual INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

______________________________

______________________________

Liberty Mutual INSURANCE

*ACTIVITIES QUESTIONNAIRE*

*page 3 of 3*

How often do you travel or take vacation? ________________

Where do you go? How do you get there (transportation method)? ________________

________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

________________

________________

________________

________________

________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

________________

________________

________________

________________

________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ________________ Date: ________________

Signature: ________________

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________________

Signature of claimant or legal representative ____________________

Date of Birth: ____________________ Claim Number: 7224525 Date: ____________________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return To:** Keahti Ingram

EMPLOYEE/CLAIMANT NAME: Michael Cummins
CLAIM NO: 7224525
EMPLOYER/SPONSOR: Astec Industries, Inc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2018 to the present date. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return to:** Keahti Ingram

**EMPLOYEE/CLAIMANT NAME:** Michael Cummins **CLAIM #:** 7224525

**EMPLOYER:** Astec Industries, Inc. **DATE OF BIRTH:** ______

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______

**DATE:** ______ **EMPLOYEE'S SIGNATURE:** ______

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return to:** Keahti Ingram

EMPLOYEE/CLAIMANT NAME: Michael Cummins
CLAIM NO: 7224525
EMPLOYER/SPONSOR: Astec Industries, Inc. DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ______ Married ______ Divorced ______
If married, please indicate your spouse's name and date of birth. Name: ____________ DOB: ________

Do you have children or dependents*? Yes ______ No ______
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:
- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ____________________ Date: ____________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

EMPLOYEE/CLAIMANT NAME: Michael Cummins
CLAIM NO: 7224525
EMPLOYER/SPONSOR: Astec Industries, Inc. DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ______ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☐ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ____________________ Department: ____________________ From: __________ To: ________
   Job Title(s): ______________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________________
   ______________________________________________________________________________

4. Company: ____________________ Department: ____________________ From: __________ To: ________
   Job Title(s): ______________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________________
   ______________________________________________________________________________

5. Company: ____________________ Department: ____________________ From: __________ To: ________
   Job Title(s): ______________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________________
   ______________________________________________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________________ Work: ______________________

**SIGNATURE:** ________________________ **PHONE NO: (      )** ________________________

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________________

Date of Birth: ____________ Claim Number: 7224525 Date: ______________________

**A copy of this authorization will be considered as valid as the original**

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

| | |
|---|---|
| Date: | October 24, 2018 |
| To: | CHRIS ROY<br>ROY LAW<br>1000 SOUTHWEST BROADWAY<br>SUITE 1740<br>PORTLAND OR 97205 |
| Attn: | |
| Fax: | (855) 344-1726 |
| From: | Keahti Ingram<br>LTD Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8630 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 7224525<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

October 24, 2018

Chris Roy
Roy Law
1000 SOUTHWEST BROADWAY
SUITE 1740
PORTLAND, OR 97205

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins

Dear Chris Roy:

Per your request- The payment breakdown is as follows for payment issued 9/17/18:
The benefit is 60% of pre-disability earnings

Pre-disability monthly earnings- $3359.20
Monthly Disability Benefit -$2015.52

**Payment was issued for 17 months (4/9/17-9/8/18)- $34,263.84**

If you have any questions regarding this matter, please contact me.

Sincerely,

Keahti Ingram
LTD Specialist
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

| ROY LAW GROUP | Roy Law Group<br>1000 SW Broadway<br>Suite 1740<br>Portland, OR 97205<br>Tel: 855-306-4313 Fax: 855-344-1726 | Fax |
|---|---|---|

**To:** Jerronda King **From:** Malorie Quinlan

**Fax:** 1-603-430-1797 **Date:** October 22, 2018 03:57 PM

**Organization:** Liberty Mutual

**Subject:** **Michael Cummins, Claim No. 7224525**

---

Ms. King,

Please fax a detailed breakdown showing how the back benefit amount for Michael Cummins was calculated. My initial request was sent over a month ago and I would appreciate to have this resolved this week. I have sent several faxes and voicemails addressed to Kiati Ingram regarding this matter. If you need to contact me directly, my number is 503-206-8033.

Thank you.

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

ROY LAW GROUP

**Roy Law Group**
**1000 SW Broadway**
**Suite 1740**
**Portland, OR 97205**
**Tel: 855-306-4313 Fax: 855-344-1726**

# Fax

**To:** 3rd REQUEST

**From:** Malorie Quinlan

**Fax:** 1-603-334-8630

**Date:** October 19, 2018 03:56 PM

**Organization:** Liberty Mutual

**Subject:** **Michael Cummins, Claim No. 7224525**

---

Kiati,

Please fax a detailed breakdown showing how the back benefit amount for Michael Cummins was calculated. My initial request was sent about a month ago and I would I would appreciate to have this resolved by next week. If you have any additional questions, you can contact me directly at 503-206-8033.

Thank you.

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

| ROY LAW GROUP | Roy Law Group<br>1000 SW Broadway<br>Suite 1740<br>Portland, OR 97205<br>Tel: 855-306-4313 Fax: 855-344-1726 | Fax |
|---|---|---|

**To:** 2ND REQUEST **From:** Chris Roy

**Fax:** 1-603-334-8630 **Date:** October 08, 2018 01:52 PM

**Organization:** Liberty Mutual

**Subject:** **Michael Cummins, Claim No. 7224525**

---

Please fax a detailed breakdown of the check we received for the back benefits for Michael Cummins. If you have any questions, please contact me directly at 503-206-8033.

Thank you.

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

ROY LAW

Roy Law
1000 SW Broadway
Suite 1740
Portland, OR 97205
Tel: 855-306-4313 Fax: 855-344-1726

# Fax

**To:** Kiati **From:** Malorie Quinlan

**Fax:** 1-603-430-1797 **Date:** September 27, 2018 02:30 PM

**Organization:** Liberty Mutual

**Subject:** **Michael Cummins, Claim No. 7224525**

---

Hi Kiati,

I have left you a couple voice mails requesting a detailed breakdown of the check we received for Mr. Cummins back benefits. Please fax the breakdown to our office as soon as possible. If you have any questions, please contact me directly at 503-206-8033.

Thank you.

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

JERRONDA KING
603-731-6463
LIBERTY MUTUAL-DOVER-0096
100 LIBERTY WAY
DOVER NH 03820

0.0 LBS LTR 1 OF 1

**SHIP TO:**
ROY LAW
SUITE 1740
1000 SW BROADWAY
**PORTLAND OR 97205-3056**

**OR 972 9-12**

**UPS 2ND DAY AIR 2**
TRACKING #: 1Z 248 96X 02 9764 5459

BILLING: P/P

Office/Dept Number: 009603304

CS 20.5.13. WNTNV50 03.0A 07/2018

Michael Cummins 7224525/7329700

**n0196645**

| | |
|---|---|
| **From:** | Blum, Timothy |
| **Sent:** | Friday, August 24, 2018 4:18:31 PM |
| **To:** | Ingram, Keahti |
| **Cc:** | Cunningham, Chip |
| **Subject:** | RE: LTD Salary Verification - Michael Cummins - LTD Claim 7224525 |
| **Attachments:** | image013.png; image014.png; image015.png; image016.png; image017.png; image018.png; image019.png; image020.png; image021.png; image022.png; image023.png; image024.png; image025.png; image026.png; image027.png; image028.png; image029.png; image030.png; image031.png; image032.png; image033.png; image034.png; image035.png; image036.png; image037.png |

Hi-

The settlement netted the claimant $3,652.01. It appears the claim was denied at the Board level so there are no other wc benefits that were paid. The separation from employment agreement was for $100 and should not be considered.

He did not receive “double benefits” but there may be an overpayment on the file based on the settlement. If you haven’t SCORE’d this over to FRS, you should do so now for the overpayment calculation.

Let me know if there is anything else I can answer. Thanks!

**Timothy P. Blum**
Counsel

Legal & Regulatory Compliance

**Lincoln Financial Group**

13830 Ballantyne Corporate Place, Suite 400

Charlotte, NC 28277

(704) 942-9581 Office

(603) 334-7917 Fax

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (704) 942-9581. Please permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** Ingram, Keahti
**Sent:** Friday, August 24, 2018 4:09 PM
**To:** Blum, Timothy <Timothy.Blum@lfg.com>
**Subject:** FW: LTD Salary Verification - Michael Cummins - LTD Claim 7224525
**Importance:** High

Hello,

Can you review the attached documents to confirm that the claimant is somehow receiving double benefits.

Thanks

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Keahti Ingram, MBA**

LTD Specialist

Lincoln Financial Group

P.O. Box 7207

London, KY 40742

800.291.0112 Office

13938 Extension

603.334.8630 Fax

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**From:** Bell, Che
**Sent:** Friday, August 24, 2018 9:17 AM
**To:** Ingram, Keahti <Keahti.Ingram@lfg.com>
**Cc:** Wheeler, Leann <Leann.Wheeler@lfg.com>
**Subject:** RE: LTD Salary Verification - Michael Cummins - LTD Claim 7224525
**Importance:** High

Hi Keahti –

Can you have legal review the attached please?

Thanks!

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Ché Bell**

Claims Team Manager

Lincoln Financial Group

P.O. Box 7207

London, KY 40742

800.291.0112 Office

13910 Extension

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**From:** Wheeler, Leann
**Sent:** Friday, August 24, 2018 8:35 AM
**To:** Bell, Che <Che.Bell@lfg.com>
**Subject:** FW: LTD Salary Verification - Michael Cummins - LTD Claim 7224525

See below and attached. Not sure if this is needed, but can you let me know the outcome when legal completes review?

Thanks again!

**LeAnn Wheeler**

Sr. Account Service Manager

Group Protection

Lincoln Financial Group

603-285-4095 Office

404-275-5082 Mobile

**Leann.Wheeler@lfg.com**

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

** Please note my email address will change effective August 1, 2018

**From:** Tommy Beckler [mailto:tbeckler@astecindustries.com]
**Sent:** Thursday, August 23, 2018 4:40 PM
**To:** Wheeler, Leann <Leann.Wheeler@lfg.com>; Avril Watt <awatt@jcieug.com>
**Cc:** Rioux, Nicole (Nicole.Rioux@WillisTowersWatson.com) <Nicole.Rioux@WillisTowersWatson.com>; Winston, Jessica R. <Jessica.Winston@WillisTowersWatson.com>
**Subject:** RE: LTD Salary Verification - Michael Cummins - LTD Claim 7224525

LeAnn:

I understand the work comp claim was denied and litigated for a compromised settlement of $15,000.

He received short-term disability totaling $12,210.67 from 10/15/16 thru 4/7/2017.

I've attached a copy of the work comp compromise settlement that John Freeburn sent to Keahti Ingram <Keahti.Ingram@lfg.com> yesterday, and reattached the general employment release for your review to be sure he is not somehow double dipping into these benefits.

Thanks,

Tommy

**From:** Wheeler, Leann [mailto:Leann.Wheeler@lfg.com]
**Sent:** Wednesday, August 22, 2018 11:39 AM
**To:** Avril Watt; Tommy Beckler
**Cc:** Rioux, Nicole (Nicole.Rioux@WillisTowersWatson.com); Winston, Jessica R.
**Subject:** RE: LTD Salary Verification - Michael Cummins - LTD Claim 7224525

Hi Tommy

Legal recommended we obtain a complete copy of the WC Settlement for their review. Do you happen to have a copy?

Thanks

**LeAnn Wheeler**

Sr. Account Service Manager

Group Protection

Lincoln Financial Group

603-285-4095 Office

404-275-5082 Mobile

**Leann.Wheeler@lfg.com**

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

** Please note my email address will change effective August 1, 2018

**From:** Avril Watt [mailto:awatt@jcieug.com]
**Sent:** Wednesday, August 22, 2018 11:29 AM
**To:** Tommy Beckler <tbeckler@astecindustries.com>; Wheeler, Leann <Leann.Wheeler@lfg.com>
**Cc:** Rioux, Nicole (Nicole.Rioux@WillisTowersWatson.com) <Nicole.Rioux@WillisTowersWatson.com>; Winston, Jessica R. <Jessica.Winston@WillisTowersWatson.com>
**Subject:** RE: LTD Salary Verification - Michael Cummins - LTD Claim 7224525

Yes he received STD from 10/15-16 thru 4/7/2017 totaling $12,210.67

**From:** Tommy Beckler
**Sent:** Wednesday, August 22, 2018 7:42 AM
**To:** Wheeler, Leann <Leann.Wheeler@lfg.com>
**Cc:** Avril Watt <awatt@jcieug.com>; Rioux, Nicole (Nicole.Rioux@WillisTowersWatson.com) <Nicole.Rioux@WillisTowersWatson.com>; Winston, Jessica R. <Jessica.Winston@WillisTowersWatson.com>
**Subject:** RE: LTD Salary Verification - Michael Cummins - LTD Claim 7224525

Avril – Was there any short-term disability paid to this employee?

LeAnn – This employee did receive indemnity payment(s) for the work comp claims + $15,000 settlement of the work comp claim. We would have to get details of that settlement from the adjuster, but that did also include some indemnity, for however that affects LTD benefits.

The release you saw attached originally was for his voluntary resignation and settle all potential claims against JCI for $100 at the same time as the work comp settlement above. Let us know what your legal review determines about that.

Thanks,

Tommy

**From:** Wheeler, Leann [mailto:Leann.Wheeler@lfg.com]
**Sent:** Monday, August 20, 2018 10:57 AM
**To:** Tommy Beckler
**Cc:** Avril Watt; Rioux, Nicole (Nicole.Rioux@WillisTowersWatson.com); Winston, Jessica R.
**Subject:** FW: LTD Salary Verification - Michael Cummins - LTD Claim 7224525
**Importance:** High

Hi Tommy

STD benefits would end upon termination, but looks like he terminated on his last day of benefits, so nothing would change on the STD claim in this case. Workers Comp is an exclusion to STD. Back in October, when we first evaluated the STD claim, we got a WC denial letter. If Michael was approved for WC, the STD should be denied for WC exclusion and the amount paid on STD would be owed back to Astec by the employee.

For LTD – his termination does not impact LTD since he was insured as of his date of disability. I'm not certain this claimant made us aware he received a WC settlement. Looking at the settlement it contains a section related to a general release of all claims, which may remove LM's obligation to pay him LTD benefits. The next step is that we will need to have legal review the settlement and advise if it really removes our obligation to pay disability benefits. If our attorney says we have no obligation, then he would not be eligible for LTD benefits beyond the date of the settlement.

Let me know if this answers your questions.

**LeAnn Wheeler**

Sr. Account Service Manager

Group Protection

Lincoln Financial Group

603-285-4095 Office

404-275-5082 Mobile

Leann.Wheeler@lfg.com

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/co

mpany/lincoln-financial-group

** Please note my email address will change effective August 1, 2018

**From:** Tommy Beckler [mailto:tbeckler@astecindustries.com]
**Sent:** Friday, August 17, 2018 2:29 PM
**To:** Wheeler, Leann <Leann.Wheeler@lfg.com>; Avril Watt <awatt@jcieug.com>
**Cc:** Rioux, Nicole (Nicole.Rioux@WillisTowersWatson.com) <Nicole.Rioux@WillisTowersWatson.com>; Winston, Jessica R. <Jessica.Winston@WillisTowersWatson.com>
**Subject:** RE: LTD Salary Verification - Michael Cummins - LTD Claim 7224525

My question is how did his work comp claim, settlement and termination attached affect his short-term and long-term disability benefit?

Thanks,

Tommy

**From:** Wheeler, Leann [mailto:Leann.Wheeler@lfg.com]
**Sent:** Friday, August 17, 2018 9:33 AM
**To:** Tommy Beckler; Avril Watt
**Cc:** Rioux, Nicole (Nicole.Rioux@WillisTowersWatson.com); Winston, Jessica R.
**Subject:** FW: LTD Salary Verification - Michael Cummins - LTD Claim 7224525

Good Morning

Please see below.   We are all set.   Please let me know if you need any additional information on this STD claim.

Thanks

**LeAnn Wheeler**

Sr. Account Service Manager

Group Protection

Lincoln Financial Group

603-285-4095 Office

404-275-5082 Mobile

Leann.Wheeler@lfg.com

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

** Please note my email address will change effective August 1, 2018

**From:** Alex, Krystal
**Sent:** Friday, August 17, 2018 9:31 AM

**To:** Wheeler, Leann <Leann.Wheeler@lfg.com>
**Subject:** RE: LTD Salary Verification - Michael Cummins - LTD Claim 7224525

Good morning Leann,

I was able to confirm the date on my end which is why I did not follow up with the employer. I also advised that they speak with the Case Manager, as I'm not familiar with the specifics of the claim and I only do the financial piece. The information regarding status is something she needs to reach out to them about. ☺

Thanks,

Krystal

**From:** Wheeler, Leann
**Sent:** Thursday, August 16, 2018 4:52 PM
**To:** Alex, Krystal <Krystal.Alex@lfg.com>
**Subject:** FW: LTD Salary Verification - Michael Cummins - LTD Claim 7224525

Krystal

Customer is frustrated and it appears she provided the info. We manage the STD, so we should be able to verify when the STD claim was closed. Please advise?

Thanks

**LeAnn Wheeler**

Sr. Account Service Manager

Group Protection

Lincoln Financial Group

603-285-4095 Office

404-275-5082 Mobile

**Leann.Wheeler@lfg.com**

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

** Please note my email address will change effective August 1, 2018

**From:** Tommy Beckler [mailto:tbeckler@astecindustries.com]
**Sent:** Thursday, August 16, 2018 10:35 AM
**To:** Wheeler, Leann <Leann.Wheeler@lfg.com>
**Cc:** Rioux, Nicole (Nicole.Rioux@WillisTowersWatson.com) <Nicole.Rioux@WillisTowersWatson.com>; Winston, Jessica R. (Jessica.Winston@WillisTowersWatson.com) <Jessica.Winston@WillisTowersWatson.com>
**Subject:** FW: LTD Salary Verification - Michael Cummins - LTD Claim 7224525

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

LeAnn:

Can you find out more about this claim per Avril Watt's questions/concerns below?

Thanks,

Tommy

**From:** Avril Watt
**Sent:** Wednesday, August 15, 2018 7:00 AM
**To:** Tommy Beckler; Rioux, Nicole (Nicole.Rioux@WillisTowersWatson.com); Winston, Jessica R. (Jessica.Winston@WillisTowersWatson.com)
**Subject:** FW: LTD Salary Verification - Michael Cummins - LTD Claim 7224525

Not sure what to do about this one so sending you my response. I have no idea why this claim would suddenly reappear.

**From:** Avril Watt
**Sent:** Wednesday, August 15, 2018 3:36 AM
**To:** 'Alex, Krystal' <Krystal.Alex@lfg.com>
**Subject:** RE: LTD Salary Verification - Michael Cummins - LTD Claim 7224525

Alex, I didn't get a response from you to my question on why this claim would be getting consideration. I see on my weekly combined report that the claim is in approved status??? Again, how can this be? Below is the information you requested plus an additional document.

Copy of earnings statement attached.

He was on a 40 hour per week schedule.

Short term disability ended on 4/7/2017 when he signed a Settlement Agreement stating that he was voluntarily terminating – see attached.

**From:** Alex, Krystal [mailto:Krystal.Alex@lfg.com]
**Sent:** Friday, August 10, 2018 6:21 AM
**To:** Avril Watt <awatt@jcieug.com>; mwalker@jcieug.com; ikasper@jcieug.com
**Subject:** RE: LTD Salary Verification - Michael Cummins - LTD Claim 7224525

Please also confirm the Short Term Disability end date. Thank you!

**From:** Alex, Krystal
**Sent:** Friday, August 10, 2018 8:07 AM
**To:** 'awatt@jcieug.com' <awatt@jcieug.com>; 'mwalker@jcieug.com' <mwalker@jcieug.com>; 'ikasper@jcieug.com' <ikasper@jcieug.com>
**Subject:** LTD Salary Verification - Michael Cummins - LTD Claim 7224525

Good morning,

I'm a Payment Specialist in the Financial Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Michael Cummins (emp #595922 and DOB is

Please provide the following:

- A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 10/08/2016.

- Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

Please contact me with any questions.

Thank you,

Krystal

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Krystal Alex**
Payment Specialist II

Claims Support Services

**Lincoln Financial Group**

100 Liberty Way

Dover, NH 03820

P: 1-888-437-7611 ext. 16459

F: 603-559-1946

[LincolnFinancial.com]

**Follow us on:**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**********************************************************************

DISCLAIMER:

This transmission from Astec Industries or one of its subsidiaries is confidential and solely for the use of the intended recipient. If you have received this email in error, please notify the sender and delete and destroy the original transmission and all copies. Our company accepts no liability for the contents of this email, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. Please note that any personal views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in

relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**n0196645**

---

**From:** Blum, Timothy
**Sent:** Thursday, August 23, 2018 8:33:54 AM
**To:** Ingram, Keahti
**Subject:** RE: Claim 7224525 Michael Cummins
**Attachments:** image013.png; image014.png; image015.png; image016.png; image017.png; image018.png; image001.png; image002.png; image003.png; image004.png; image005.png; image006.png

My recommendation is to continue to pay benefits. Let me know if there are any questions.

Tim

**Timothy P. Blum**
Counsel

Legal & Regulatory Compliance

**Lincoln Financial Group**

13830 Ballantyne Corporate Place, Suite 400

Charlotte, NC 28277

(704) 942-9581 Office

(603) 334-7917 Fax

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (704) 942-9581. Please permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** Ingram, Keahti
**Sent:** Wednesday, August 22, 2018 5:09 PM
**To:** Blum, Timothy <Timothy.Blum@lfg.com>
**Subject:** Claim 7224525 Michael Cummins

Hi there,

I know Tim Stanton reached out to you on this claim while I was out of the office. We were trying to decide if we were removed from an obligation to pay benefits based on the terms of the settlement. I have obtained the settlement agreement and attached, please review and advise.

Thanks!

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Keahti Ingram, MBA**

LTD Specialist

Lincoln Financial Group

P.O. Box 7207

London, KY 40742

800.291.0112 Office

13938 Extension

603.334.8630 Fax

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

| | |
|---|---|
| Date: | August 22, 2018 |
| To: | CHRIS ROY<br>ROY LAW<br>1000 SOUTHWEST BROADWAY<br>SUITE 1740<br>PORTLAND OR 97205 |
| Attn: | |
| Fax: | (855) 344-1726 |
| From: | Keahti Ingram<br>LTD Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8630 |
| Total Pages<br>(Including Cover): | 2 |
| RE:<br><br>Claim #: 7224525<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

August 22, 2018

Chris Roy
Roy Law
1000 SOUTHWEST BROADWAY
SUITE 1740
PORTLAND, OR 97205

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins

Dear Chris Roy:

Please provide the full workers compensation settlement for Mr. Cummins so that the claim can be evaluated further.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keahti Ingram
LTD Specialist
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

**n0196645**

---

**From:** Freeburn, John
**Sent:** Wednesday, August 22, 2018 4:00:14 PM
**To:** Ingram, Keahti
**Subject:** Fwd: Michael Cummins WC608-C77205
**Attachments:** 09014cd08b989ded.pdf; ATT00001.htm

Here you go.

John D. Freeburn, CPCU, ARM
Sr. Client Service Manager
Liberty Mutual Insurance Co.
Office: 470-539-5684
Cell: 770-314-8750
E-mail: John.Freeburn@LibertyMutual.com

Sent from my iPhone

If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution, or copying of this e-mail, and any attachments, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail or call me at 770-314-8750. Then please permanently delete the original and any copy of any e-mail and any printout thereof. Thank you.

Begin forwarded message:

**From:** "Hansen, Jason" <Jason.Hansen@LibertyMutual.com>
**Date:** August 22, 2018 at 2:25:23 PM EDT
**To:** "Freeburn, John" <JOHN.FREEBURN@LibertyMutual.com>
**Subject: RE: Michael Cummins WC608-C77205**

Ok. This outlines the payments. Not signed by the judge, for the judge signs the other document I sent you. Hope that helps.

Regards,

Jason Hansen

**From:** Freeburn, John
**Sent:** Wednesday, August 22, 2018 11:18 AM
**To:** Hansen, Jason <Jason.Hansen@LibertyMutual.com>
**Subject:** Re: Michael Cummins WC608-C77205

Is there a legal settlement document that specifically lists the terms of the settlement, to include distribution amounts to clmt and his atty?

John D. Freeburn, CPCU, ARM

Sr. Client Service Manager

Liberty Mutual Insurance Co.

Office: 470-539-5684

Cell: 770-314-8750

E-mail: John.Freeburn@LibertyMutual.com

Sent from my iPhone

If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution, or copying of this e-mail, and any attachments, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail or call me at 770-314-8750. Then please permanently delete the original and any copy of any e-mail and any printout thereof. Thank you.

On Aug 22, 2018, at 12:27 PM, Hansen, Jason <Jason.Hansen@LibertyMutual.com> wrote:

> Attached is the settlement document. Let me know if anything else is needed.
>
> Regards,
>
> Jason Hansen

**From:** Freeburn, John
**Sent:** Wednesday, August 22, 2018 9:23 AM
**To:** Hansen, Jason <Jason.Hansen@LibertyMutual.com>
**Subject:** Fwd: Michael Cummins WC608-C77205

Can you please send to me?

John D. Freeburn, CPCU, ARM

Sr. Client Service Manager

Liberty Mutual Insurance Co.

Office: 470-539-5684

Cell: 770-314-8750

E-mail: John.Freeburn@LibertyMutual.com

Sent from my iPhone

If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution, or copying of this e-mail, and any attachments, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail or call me at 770-314-8750. Then please permanently delete the original and any copy of any e-mail and any printout thereof. Thank you.

Begin forwarded message:

**From:** "Ingram, Keahti" <Keahti.Ingram@lfg.com>
**Date:** August 22, 2018 at 10:53:53 AM EDT
**To:** "Freeburn, John" <John.Freeburn@LibertyMutual.com>
**Subject: Michael Cummins WC608-C77205**

Hello,

I have you listed as the WC contact for Astec Industries, Inc. I am handling the LTD claim for this employee and will need a copy of the full settlement for the LTD claim. Are you able to provide?

Thanks!

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

<image001.png>

**Keahti Ingram, MBA**

LTD Specialist

Lincoln Financial Group

P.O. Box 7207

London, KY 40742

800.291.0112 Office

13938 Extension

603.334.8630 Fax

LincolnFinancial.com

**Follow us on:**

<image002.png> <image003.png> <image004.png> <image005.png> <image006.png>

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

<Michael Cummins.pdf>

Claim Office 3P1501702320001


LAW OFFICE OF
KATHRYN REYNOLDS MORTON
Employees of Liberty Mutual Group, Inc.

Spencer Aldrich
Casie M. Barnette
Meg M. Carman*
David J. Hall
Robin Hopkins
Scott A. Jonsson*
Patrick J. Kouba
Alexander D. Libmann*
Scott Mahady
Kathryn Reynolds Morton*
Charlene McCarthy

*Admitted in Oregon & Washington

PO Box 4400
Portland, OR 97208-4400

650 NE Holladay Street
Portland, OR 97232

Telephone (503) 736-7420
Facsimile (800) 972-3206

Peter D. Motley*
Ashraf Nomie
Lisa Pex Shevlin
Joel C. Saunders*
Tegan Schlatter*
Douglas Schoen*
Caroline Turco
Ronald F. Webster*
Matthew R. Wiese
Carrie Wipplinger

Direct Number: (503) 736-7978
Carrie.Wipplinger@LibertyMutual.com


May 26, 2017

Judge Martha Brown
Claim Disposition Agreement Section
Workers' Compensation Board
2601 25th Street SE Ste 150
Salem, OR 97302-1282

RE: CLAIMANT : Michael M. Cummins
WCB CASE NO.: 16-05068
CLAIM NO. : WC608-C77205-00

Dear Ms. Coffelt:

Enclosed please find the original Disputed Claim Settlement for this class. Please feel free to contact me if you have any questions.

Very truly yours,

Carrie Wipplinger

Carrie Wipplinger
Attorney at Law

kd

Enclosures

**BEFORE THE WORKERS' COMPENSATION BOARD**
**OF THE STATE OF OREGON**
**HEARINGS DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE COMPENSATION<br>OF<br>MICHAEL M. CUMMINS, CLAIMANT | WCB CASE NO.: 16-05068<br>CLAIM NO.: WC608-C77205-00<br>AGREEMENT DATE: **04/11/2017**<br>**DISPUTED CLAIM SETTLEMENT** |

Claimant: Michael M. Cummins

Attorney: Brian L. Green
408 S Oakdale Ave
Medford, OR 97501

Employer: Johnson Crushers International, Inc.
86470 Franklin Blvd.
Eugene, OR 97405-9642

Insurer: Liberty Mutual
PO Box 4555
Portland, OR 97208

IT IS HEREBY STIPULATED AND AGREED, by and between the above-named claimant, Michael M. Cummins, acting personally and by and through claimant's attorney, Brian L. Green, and the employer, Johnson Crushers International, Inc., through its insurer, Liberty Mutual, acting by and through Carrie Wipplinger, Law Offices of Kathryn Reynolds Morton, as follows:

The claimant filed claim number WC608-C77205-00, alleging that claimant sustained an injury to his right knee on or about September 4, 2016.

By letter dated October 6, 2016, Liberty Mutual denied claimant's claim for right knee strain.

Thereafter, claimant filed a Request for Hearing to appeal the October 6, 2016 denial and to raise other issues.



Law Offices of Kathryn Reynolds Morton
Employees of Liberty Mutual Group, Inc.
PO Box 4400
Portland, OR 97208-4400
Phone 503-736-7420/FAX 800-972-3206

Claimant requests that all issues raised at the time of the request for hearing be resolved through this Disputed Claim Settlement.

The contentions of the claimant may be summarized as follows:

Claimant contends that his conditions, including, but not limited to, right knee strain, and need for medical treatment and disability are compensable conditions arising out of the job injury of September 4, 2016 and/or work related activities while employed with Johnson Crushers International, Inc.. Claimant contends that the employer and Liberty Mutual should be responsible for payment of all benefits under the Workers' Compensation Act of the State of Oregon. If the case proceeded to hearing, claimant would rely on his testimony and the medical record evidence.

The contentions of Liberty Mutual may be summarized as follows:

It is the contention of Liberty Mutual that claimant's conditions, including, but not limited to, right knee strain and need for medical treatment and disability are not, in any way or degree of contribution, the result or consequence of claimant's on the job injury of September 4, 2016, nor materially related to his work activities with Johnson Crushers International, Inc. The conditions denied as noted above and the need for medical treatment are due to non-compensable, preexisting conditions, neither caused nor worsened by claimant's on the job injury of September 4, 2016. It is the contention of Liberty Mutual that the denied conditions as noted above are not medically or legally attributable to the claimant's employment with Johnson Crushers International, Inc. under Oregon's compensability standards.

Each party has substantial evidence to support its factual allegations.

Liberty Mutual, for the above reasons, has denied the compensability of the conditions, symptoms, and their associated disability and need for medical



Law Offices of Kathryn Reynolds Morton
Employees of Liberty Mutual Group, Inc.
PO Box 4400
Portland, OR 97208-4400
Phone 503-736-7420/FAX 800-972-3206

treatment described above, and the payment of money under the provisions of this settlement does not, in any fashion, constitute an admission of liability, compensability, or responsibility.

The parties agree and stipulate that there exists a bona fide dispute between the claimant and Liberty Mutual as to the compensability of this claim. The parties represent that the claim involves disputed questions of fact, medicine, and law, and also questionable matters of disability, which if finally resolved against claimant, would result in no further benefits to claimant whatsoever.

The parties have agreed to compromise and settle the denied claim under the provisions of ORS 656.289(4). Therefore, a reasonable disposition of this claim is a Disputed Claim Settlement in the total amount of FIFTEEN THOUSAND DOLLARS ($15,000.00), to be paid by Liberty Mutual, in lieu of any and all compensation claimed by the claimant, and the parties hereby agree to enter into a Disputed Claim Settlement for said sum to be paid as set forth below:

| | |
|---|---|
| CLAIMANT | $3,652.01 |
| ATTORNEY FEE | $3,750.00 |
| ATTORNEY COSTS | $35.00 |
| MEDICAL PAYMENTS | $7,562.99 |
| TOTAL | $15,000.00 |

**MEDICAL PAYMENTS FOR BILLS RECEIVED AS OF 4/11/17**

| PROVIDER | ALLOWABLE CHARGE @50% | AMOUNT DUE |
|---|---|---|
| Slocum Orthopedics PC | n/a | $4,117.16 |
| Willamette Community Health | n/a | $2,552.31 |
| Doctors Emergency Room Corp. | n/a | $429.52 |
| Northwest Anesthesia Physicians | n/a | $464.00 |
| | TOTAL | $7,562.99 |



Law Offices of Kathryn Reynolds Morton
Employees of Liberty Mutual Group, Inc.
PO Box 4400
Portland, OR 97208-4400
Phone 503-736-7420/FAX 800-972-3206

Claimant is aware that reimbursement made to medical service providers under this agreement may not exceed 40 percent of the total present value of the settlement amount without his express consent. Claimant hereby consents that the amounts above be paid notwithstanding that the total of said amounts exceeds 40% of the total present value of the settlement.

This reimbursement allocation complies with the reimbursement formula prescribed in ORS 656.313(4)(d).

Claimant understands and agrees that the medical providers are being paid their full allowable charge, in excess of the 50% payment set forth in statute.

Liberty Mutual shall directly reimburse medical bills relative to this claim as follows: Liberty Mutual shall notify each of the providers listed above of this settlement. Claimant hereby represents that all billings for medical services rendered in relationship to the denied conditions have been received by Liberty Mutual, and that they are accurately set forth above. Liberty Mutual hereby represents that all of the medical service/health care providers who have rendered services to claimant or paid sums on behalf of claimant as a result of the claimed condition and whose bills were received by Liberty Mutual on or before the agreement date are listed above, and that the "allowable charges" and "pro rata reimbursement" amounts listed above have been correctly calculated; that Liberty Mutual has truly represented said billing amounts; that the amounts listed above represent the unpaid balance of said bills received by Liberty Mutual on the date of this agreement; that said sums have not otherwise been partially or fully reimbursed; and that payment of the sums listed above to each medical service/health care provider will fully comply with ORS 656.289 and ORS 656.313. Claimant agrees to indemnify and hold the employer and Liberty Mutual harmless for any sums or claims paid or payable as a result of claimant's claimed condition to



Law Offices of Kathryn Reynolds Morton
Employees of Liberty Mutual Group, Inc.
PO Box 4400
Portland, OR 97208-4400
Phone 503-736-7420/FAX 800-972-3206

any medical service/health insurance provider other than in the amounts and to those providers set forth above.

Claimant represents that he is neither receiving nor is he presently eligible to receive benefits from Medicare.

--------------

SOCIAL SECURITY LANGUAGE:

Claimant contends the following. Claimant is now 46 years old. He has a remaining life expectancy according to standard mortality tables of 32.8 years or 393.6 months. He has made a gross settlement of $15,000.00. Of that amount, $3,750.00 is to be paid as attorney fees, $35.00 as attorney costs with medical bills to be paid of $7,562.99. The $3,652.01 he receives under this settlement after attorney fees, attorney costs and medical bills, is intended to compensate him for benefits, including permanent total disability benefits, which he would have received during the balance of his life under ORS 656.206 and/or permanent partial disability benefits reflecting the loss of lifetime earning capacity under ORS 656.214. The lump sum claimant receives under this settlement agreement should be prorated at the rate of $9.27 per month over the 393.6 months of his remaining life expectancy.

Claimant contends that he may be permanently and totally disabled. Claimant concedes that under ORS 656.209 employer would have been entitled to an offset on account of claimant's receipt of social security benefits had claimant been awarded permanent total disability. Because employer's exposure was limited by the offset provided in ORS 656.209, the amount paid in this case is lower than it otherwise would be in the absence of the offset. In essence, it is agreed that the amount of $3,652.01 shall be paid to claimant in a lump sum without reduction or computation of interest, but shall actually represent a compromised bi-weekly



Law Offices of Kathryn Reynolds Morton
Employees of Liberty Mutual Group, Inc.
PO Box 4400
Portland, OR 97208-4400
Phone 503-736-7420/FAX 800-972-3206

indemnity entitlement over the claimant's remaining life expectancy of 32.8 years for a period of 393.6 months, at a rate of $9.27 per month.

--------------

The claimant understands and stipulates that the denial entered in this case shall be construed to include the contentions of Liberty Mutual as set forth above, and that the denial issued, including the contentions of Liberty Mutual as set forth above, shall forever remain in full force and effect, and that the execution of this document shall constitute a full and final waiver of the claimant's right to challenge or appeal from the denial, and the claimant stipulates and agrees that the legal effect of this settlement shall be the same as if the claimant admitted and agreed to the accuracy of the contentions of Liberty Mutual as set forth above.

Pursuant to OAR 438-009-0010(4)(b), claimant retains all rights he may have under ORS 656.245, 656.273, 656.278, and 656.340 insofar as these rights may be related to the original accepted claim. Claimant further acknowledges, however, that exercise of these rights may be difficult, if not impossible, as a result of his agreement to resolve this claim by way of this Disputed Claim Settlement.

The claimant has been orally advised of the following:

(a) The claimant has the right to request a hearing concerning the claim, after which an Administrative Law Judge will determine whether the claimant will receive workers' compensation benefits;

(b) If, following the hearing, the claim is finally determined compensable, the claimant would be entitled to workers' compensation benefits, which could include temporary disability, permanent disability, medical treatment, and vocational rehabilitation;



Law Offices of Kathryn Reynolds Morton
Employees of Liberty Mutual Group, Inc.
PO Box 4400
Portland, OR 97208-4400
Phone 503-736-7420/FAX 800-972-3206

(c) If, following the hearing, the claim is finally determined not compensable, the claimant would not be entitled to workers' compensation benefits;

(d) As a result of this agreement, the claimant's right to seek workers' compensation benefits concerning this claim would be extinguished;

(e) Both parties agree that the terms of the agreement are reasonable; and

(f) The agreement shall not be binding upon the parties unless, and until, the agreement is signed by an Administrative Law Judge or the Board, depending upon which forum is considering the dispute.

Claimant has been orally advised of his right to seek the aid of an attorney at no cost to claimant for attorney fees and of the existence of the Office of the Ombudsman pursuant to ORS 656.709. Claimant has also been advised that the payments to medical providers set forth in this settlement agreement do not prevent a medical service provider or health insurance provider from recovering the remaining balance of amounts owing for such services directly from the claimant.

Claimant agrees that by signing this Disputed Claims Settlement agreement, claimant waives his right to file a claim for any other condition associated with or arising out of his denied claim, or to file a claim for civil remedies arising out of the denied claim under ORS 656.019.

The parties also agree that this agreement shall be deemed to have been drafted by both Liberty Mutual and claimant, if further interpretation is needed, and both parties join in petitioning for approval of this document. Both parties acknowledge that they have had an opportunity to provide, edit and alter language of this settlement agreement, and that they have had an opportunity to review it with counsel. Therefore, the parties stipulate and agree that this settlement shall



Law Offices of Kathryn Reynolds Morton
Employees of Liberty Mutual Group, Inc.
PO Box 4400
Portland, OR 97208-4400
Phone 503-736-7420/FAX 800-972-3206

not be construed for or against either party in order to resolve any ambiguity of any of the terms of this settlement.

Claimant agrees that in the event this settlement were to be set aside, or the denial ever be contested or reversed, Liberty Mutual is entitled to full credit of all sums paid under this settlement before any new money is paid to, or on behalf of, claimant or his survivors.

Claimant further stipulates and certifies that claimant has read the entirety of this document and fully understands the meaning and effect, present and future, of this Disputed Claim Settlement, and that claimant's questions in this regard, if any, have been fully and completely answered by claimant's attorney, and that no further questions remain.

In consideration of the promise to pay the said sum, the parties agree that the Request for Hearing shall be dismissed with prejudice, and that said amount shall be accepted in full settlement of all issues raised or which could have been raised on or before the date this agreement. For purposes of this agreement "issues raised or which could have been raised" includes any and all claims for new medical conditions arising out of the claimed condition and identified or diagnosed in the medical record to date.

Pursuant to OAR 438-009-0010(8), the parties submit that no Claim Disposition Agreement has been filed for approval by the Board.

Claimant acknowledges and agrees that a reasonable attorney fee for legal services performed by the claimant's attorney is an amount equal to $3,750.00.

The parties agree that said amount shall be paid out of, and not in addition to, the said amount of this Disputed Claim Settlement.

///

///



Law Offices of Kathryn Reynolds Morton
Employees of Liberty Mutual Group, Inc.
PO Box 4400
Portland, OR 97208-4400
Phone 503-736-7420/FAX 800-972-3206

[signature] 5-3-2017

Michael M. Cummins, Claimant — Date

[signature] 5.3.17

Brian L. Green, Counsel for Claimant — Date

[signature] 5-25-17

Carrie Wipplinger,
Of the Law Offices of Kathryn Reynolds Morton
Attorneys for Liberty Mutual
And Johnson Crushers International, Inc. — Date

[signature] FOR 5-25-17

~~Ryan Salholm,~~ Liberty Mutual on behalf of Johnson Crushers International, Inc. — Date

Susan Finch
cw



Law Offices of Kathryn Reynolds Morton
Employees of Liberty Mutual Group, Inc.
PO Box 4400
Portland, OR 97208-4400
Phone 503-736-7420 / FAX 800-972-3206

**SETTLEMENT AGREEMENT AND GENERAL RELEASE**

This settlement agreement and general release is between Michael Cummins, an individual, ("Cummins") and Johnson Crushers International, Inc., a Tennessee corporation having an address of 86470 Franklin Blvd, Eugene, OR 97405 ("JCI").

**Background**

Cummins, represented by Carrie Wipplinger of Law Offices of Kathryn Reynolds Morton, filed a claim against JCI to recover workers' compensation benefits. Cummins and JCI settled the workers' compensation claim by an agreement separate from this agreement. The parties now wish to resolve all issues concerning Cummins' employment with JCI. By entering into this agreement, JCI is not admitting to any violation of any law in connection with Cummins' employment or otherwise relating to Cummins. JCI is merely attempting to resolve all claims and controversies with Cummins to avoid further litigation of all types among the parties and to secure a release of all claims that he has, might have, or might have had against JCI.

The parties therefore agree as follows:

1. **RESIGNATION OF EMPLOYMENT.** Cummins has voluntarily resigned his employment with JCI as of April 10, 2017, as he contends that he has physical limitations that render him unable to perform any available work. JCI has concluded that it could not reasonably accommodate Mr. Cummins' medical restrictions without causing undue hardship, and Cummins agrees. JCI will not challenge Cummins' claim for unemployment benefits, and any decision as to Cummins' right to receive such benefits will be made by the appropriate state agency.

2. **PAYMENTS AND BENEFIT TO CUMMINS.** In exchange for a full release of claims and Cummins' voluntary resignation of his employment, JCI agrees to pay to Cummins the total

sum of $100. Cummins acknowledges and agrees that this payment is valid and sufficient consideration for this agreement, and was made to him in connection with the settlement of his workers' compensation claim.

3. **CONDITIONAL RELEASE BASED ON WORKERS' COMPENSATION CLAIM.** This release is conditioned upon approval of Cummins' workers' compensation settlement by the Workers' Compensation Board Administrative Law Judge. If Cummins' workers' compensation settlement agreement is not approved for any reason, this agreement will be null and void. Likewise, if Cummins breaches this agreement, then the workers' compensation settlement shall be, at JCI's option, null and void.

4. **GENERAL RELEASE BY CUMMINS.** To induce JCI to enter into this agreement and to make the payment described above, Cummins agrees to release and discharge JCI and any parent company, subsidiary company, sister company, and surviving company or companies by reason of any merger or acquisition of JCI and any owner, officer, shareholder, member, director, employer, agent, attorney, successor, assignee, affiliate or manager of the foregoing entities (collectively "Releasees") from any and all charges, complaints, claims, liabilities, obligations, actions, causes of action, suits, demands, costs, losses, damages, and expenses, of any nature whatsoever, known or unknown, including, but in no way limited to, any claim under Title VII (42 U.S.C. § 2000e *et seq.*, as amended); Family and Medical Leave Act (29 U.S.C. § 2601 *et seq.*, as amended); Age Discrimination in Employment Act (29 U.S.C. § 621 *et seq.*, as amended); National Labor Relations Act; Worker Adjustment and Retraining Notification Act of 1988; Sarbanes-Oxley Act of 2002; Civil Rights Acts of 1866, 1871, 1964 and 1991, as amended; Americans with Disabilities Act (42 U.S.C. § 12101 *et seq.*, as amended); Rehabilitation Act of 1973 (29 U.S.C. § 701 *et seq.*, as amended); Consolidated Omnibus Budget

and Reconciliation Act of 1985 (29 U.S.C. § 1161 *et seq.*, as amended); Employee Retirement Income and Security Act (29 U.S.C. § 1001 *et seq.*, as amended); Older Workers Benefit Protection Act; Genetic Information Nondiscrimination Act of 2008; Or. Rev. Stat. § 659A.001—659.990; any statute or common law theory protecting whistleblowers or proscribing retaliation, discrimination, or harassment in violation of public policy; any statute or common law theory regarding personal injury; any statute or common law theory regarding wrongful discharge; any statute or common law theory regarding rights and obligations under contract, whether express, implied, or otherwise, arising out of his employment relationship or the separation of his employment relationship, that Cummins now has, owns, or holds, claims to have, own, or hold, at any time heretofore had, owned, or held, or that he claimed to have, own, or hold against JCI.

4.1 This is a <u>General Release of All Claims</u> except that Cummins is not waiving (a) any claim for workers' compensation benefits arising out of his employment; (b) any rights and entitlements that cannot be waived as a matter of law; or (c) the right to file a charge or participate in an investigation with the Equal Employment Opportunity Commission or any other governmental agency, although he is waiving his right to recovery of any monetary award as a result of any and all such claims, charges, or investigations resulting from his employment, regardless of the forum in which they are pursued.

5. **VALIDITY OF RELEASE LANGUAGE.** Cummins agrees that this agreement is in full compliance with the Age Discrimination in Employment Act and Older Workers Benefit Protection Act (particularly 29 U.S.C. § 626(f)). In particular, Cummins agrees that:

5.1 This agreement is written in a manner understandable to Cummins. Cummins has read this agreement in its entirety, has had any and all questions about it fully answered to his satisfaction, and fully understands its terms. Cummins has been advised to consult with his attorney before executing this agreement, and has been represented by counsel in the negotiation of this agreement.

5.2 Cummins agrees that the consideration provided to him under this agreement is in addition to anything of value to which he is already entitled.

5.3 JCI has offered and agreed to allow Cummins a period of at least twenty-one (21) days within which to consider this agreement. Cummins is under no obligation whatsoever to sign this agreement before the expiration of the twenty-one (21) day period, but may voluntarily choose to do so.

5.4 Cummins may revoke this agreement within seven (7) days from the date he signs it ("Revocation Period"), and this agreement will not become effective or enforceable until after the Revocation Period has expired. In the event Cummins exercises his right to revoke this agreement, he must give written notice that he is revoking this agreement within the Revocation Period to Avril Watt, HR Manager, 86470 Franklin Blvd, Eugene, OR 97405, awatt@jcieug.com. If not so revoked, this agreement will be valid, binding, and enforceable in all respects.

6. **CONFIDENTIALITY OF THIS AGREEMENT.** Cummins agrees that the terms of this agreement are STRICTLY CONFIDENTIAL and that he will not disclose, reveal, or disseminate, orally, electronically, in writing, or in any manner whatsoever, the settlement of this matter or the contents of this agreement, except that he may discuss this agreement with his spouse, attorney, financial advisor, and tax preparer.

7. **NO ADMISSION.** The parties agree that this agreement is not to be construed as an admission by JCI of any acts of discrimination, retaliation, misconduct, or any other illegal conduct against Cummins or any other person, and JCI specifically disclaims any liability to, or discrimination, retaliation, misconduct, or any other illegal or unlawful conduct against, Cummins or any other person on the part of itself, its employees, or its agents.

8. **GOVERNING LAW.** The parties agree that this agreement is to be governed by and construed in accordance with the laws of the state of Oregon, and that any lawsuit, claim, or dispute relating to or arising out of this agreement must be filed in a court of competent jurisdiction located in Lane County, Oregon.

9. **ENTIRE AGREEMENT.** This agreement sets forth the entire agreement between the parties as to the separation of Cummins' employment with JCI and fully supersedes any and all prior agreements or understandings between them pertaining to the separation of his employment, except as set forth in the workers' compensation settlement agreement. The parties agree that that this agreement may be modified only by a subsequent, written agreement that is executed by both parties.

10. **REMEDIES.** Cummins agrees the damage in the event of a breach of this agreement would be difficult, if not impossible, to calculate, thus entitling JCI to injunctive relief in the event of a breach or threatened breach of this agreement, in addition to any entitlement to monetary damages. Cummins agrees that if he breaches, or threatens to breach, this agreement, JCI will be entitled to recover any and all costs and expenses, including attorneys' fees and litigation costs, that JCI may incur if Cummins breaches or threatens to breach this agreement or asserts claims against JCI that he has released in this agreement.

11. **EFFECTIVE DATE.** The parties agree that this agreement will become effective on the date that it is signed by the last party or on the eighth (8th) day after it is signed by Cummins, whichever is later.

12. **SEVERABILITY.** If any provision of this agreement is held to be unenforceable, then that provision is to be construed either by modifying it to the minimum extent necessary to make it enforceable (if permitted by law) or by disregarding it (if not permitted by law). If an unenforceable provision is modified or disregarded in accordance with this paragraph, the rest of the agreement is to remain in effect as written, and the unenforceable provision is to remain as written in any circumstances other than those in which the provision is held to be unenforceable. But if modifying or disregarding the unenforceable provision would result in the failure of an essential purpose of this agreement, the entire agreement is to be held unenforceable. The parties acknowledge and agree that enforcement of section 3 as written is an essential purpose of this agreement.

**BY SIGNING BELOW, CUMMINS ACKNOWLEDGES THAT HE HAS READ THIS AGREEMENT IN ITS ENTIRETY, HAS CONSULTED WITH HIS ATTORNEY ABOUT IT, ENTERS INTO IT VOLUNTARILY, AND FULLY UNDERSTANDS AND AGREES TO ALL ITS TERMS.**

5-3-2017
DATE

[signature]
MICHAEL CUMMINS

JOHNSON CRUSHERS INTERNATIONAL

5/11/2017
DATE

NAME: April Waltz

TITLE: HR MANAGER

**Initial Payment Set up Worksheet**

| | | | |
|---|---|---|---|
| **Claimant's Name** | Michael Cummins | **DOB** | |
| **Customer** | ASTEC INDUSTRIES, INC. | | |
| **LTD Claim #** | 7224525 | **Work State:** | OR |
| **Associated Claims** | 7005450 Type STD | Type | |
| **Benefit End date of associated claims** | 4/7/2017 | | |
| **Contractual EP** | >end of covered STD period or 180 days | | |
| **LTD Benefit begin date** | 4/8/2017 | **DOD** 10/8/2016 | **AGE** 46 |
| **Max Benefit date** | 7/29/2037 | > of SSNRA age 67 or 42 months | |
| **Does policy include COLA provision** | No | | |
| **Sources used to verify BME amount** | paystub from ER w/ppe 9/24/18: $19.38 hrly * 40 hrs per ER * 52 / 12= $3,359.20 BME | | |
| **BME amount** | $3,359.20 | **Benefit percentage** | 60.00 |
| | | **Gross modal benefit** | $2,015.52 |
| **Benefit Begin date** | 4/8/2017 | | |
| **Approved thru date** | 4/7/2019 | 24 months own occupation | |

**Offsets entered**

| Type | Amount |
|---|---|
| WCOF denied | |
| SSDB not yet applied | |
| | |

**Deductions entered**

**Effective:** ______ **Through** ______

| Type | Amount | Type | Amount |
|---|---|---|---|
| NA | | | |
| | | | |
| | | | |
| | | | |

**Tax Withholding** **Federal** ______ **State** ______

**Completed by:** Krystal Alex **Approved by:** ______

JCI International, Inc
86470 Franklin Blvd
Eugene, OR 97405

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 09/11/2016 |
| Period Ending: | 09/24/2016 |
| Pay Date: | 09/30/2016 |

**MICHAEL CUMMINS**

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 01
State: 01

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.3800 | 24.00 | 465.12 | |
| Vacation | | 3.69 | 71.51 | |
| Shift Premium | | | 27.69 | |
| | **Gross Pay** | $ | 564.32 | 20,084.83 |

**Important Notes**

| Other Benefits and Information | this period | year to date |
|---|---|---|

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Withholding Tax | 29.95- | 2,175.32- |
| | Social Security Tax | 34.99- | 1,216.75- |
| | Medicare Tax | 8.18- | 284.56- |
| | OR Withholding Tax | 29.55- | 1,313.26- |
| | **Other** | | |
| | 401k Basic | 22.57- | |
| | ORWBFT | 0.40- | |
| | **Net Pay** $ | 438.68 | |

JCI International, Inc
86470 Franklin Blvd
Eugene, OR 97405

| | |
|---|---|
| **Payroll check number:** | **0080087981** |
| Period Beginning: | 09/11/2016 |
| Period Ending: | 09/24/2016 |
| Pay Date: | 09/30/2016 |
| Employee ID: | 901594 |

Pay to the order of **MICHAEL CUMMINS**

This Amount: **FOUR HUNDRED THIRTY-EIGHT AND 68/100 DOLLARS** **$438.68**

# NON-NEGOTIABLE

(THIS IS NOT A CHECK)

**n0156261**

---

**From:** Alex, Krystal
**Sent:** Wednesday, August 15, 2018 7:39:33 AM
**To:** 'Avril Watt'
**Subject:** RE: LTD Salary Verification - Michael Cummins - LTD Claim 7224525
**Attachments:** image001.png; image002.png; image003.png; image004.png; image005.png; image006.png

Good morning Avril,

I apologize for the delay in response. The claim goes back to 2016 and it looks like it has been approved—I handle the financial piece of the claim and get the referrals from the case manager so I don't have all of the information.

If you have questions regarding the claim, I would reach out to them: Keahti Ingram (keahti.ingram@lfg.com).

Thank you,

Krystal

**From:** Avril Watt [mailto:awatt@jcieug.com]
**Sent:** Wednesday, August 15, 2018 6:57 AM
**To:** Alex, Krystal <Krystal.Alex@lfg.com>
**Subject:** RE: LTD Salary Verification - Michael Cummins - LTD Claim 7224525

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Alex, I didn't get a response from you to my question on why this claim would be getting

consideration. I see on my weekly combined report that the claim is in approved status??? Again, how can this be? Below is the information you requested plus an additional document.

Copy of earnings statement attached.

He was on a 40 hour per week schedule.

Short term disability ended on 4/7/2017 when he signed a Settlement Agreement stating that he was voluntarily terminating – see attached.

**From:** Alex, Krystal [mailto:Krystal.Alex@lfg.com]
**Sent:** Friday, August 10, 2018 6:21 AM
**To:** Avril Watt <awatt@jcieug.com>; mwalker@jcieug.com; ikasper@jcieug.com
**Subject:** RE: LTD Salary Verification - Michael Cummins - LTD Claim 7224525

Please also confirm the Short Term Disability end date. Thank you!

**From:** Alex, Krystal
**Sent:** Friday, August 10, 2018 8:07 AM
**To:** 'awatt@jcieug.com' <awatt@jcieug.com>; 'mwalker@jcieug.com' <mwalker@jcieug.com>; 'ikasper@jcieug.com' <ikasper@jcieug.com>
**Subject:** LTD Salary Verification - Michael Cummins - LTD Claim 7224525

Good morning,

I'm a Payment Specialist in the Financial Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Michael Cummins (emp #595922 and DOB is

Please provide the following:

•□□□□□□□□ A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 10/08/2016.

•□□□□□□□□ Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

Please contact me with any questions.

Thank you,

Krystal

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Krystal Alex**
Payment Specialist II

Claims Support Services

**Lincoln Financial Group**

100 Liberty Way

Dover, NH 03820

P: 1-888-437-7611 ext. 16459

F: 603-559-1946

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

*********************************************************************

DISCLAIMER:

This transmission from Astec Industries or one of its subsidiaries is confidential and solely for the use of the intended recipient. If you have received this email in error, please notify the sender and delete and destroy the original transmission and all copies. Our company accepts no liability for the contents of this email, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. Please note that any personal views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

**n0156261**

**From:** Alex, Krystal
**Sent:** Friday, August 10, 2018 8:06:53 AM
**To:** 'awatt@jcieug.com'; 'mwalker@jcieug.com'; 'ikasper@jcieug.com'
**Subject:** LTD Salary Verification - Michael Cummins - LTD Claim 7224525
**Attachments:** image001.png; image002.png; image003.png; image004.png; image005.png; image006.png

Good morning,

I'm a Payment Specialist in the Financial Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Michael Cummins (emp #595922 and DOB is

Please provide the following:

•□□□□□□□□ A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 10/08/2016.

•□□□□□□□□ Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

Please contact me with any questions.

Thank you,

Krystal

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Krystal Alex**
Payment Specialist II

Claims Support Services

**Lincoln Financial Group**

100 Liberty Way

Dover, NH 03820

P: 1-888-437-7611 ext. 16459

F: 603-559-1946

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

PLEASE NOTE: Liberty Mutual Insurance Company (“Liberty Mutual”) has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

CHRIS ROY
ROY LAW
1000 SOUTHWEST BROADWAY
SUITE 1740
PORTLAND OR 97205

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

August 8, 2018

Chris Roy
Roy Law
1000 SOUTHWEST BROADWAY
SUITE 1740
PORTLAND, OR 97205

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Michael Cummins

Dear Chris Roy:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Astec Industries, Inc.'s Group Disability Policy. We are writing in reference to Michael Cummins's claim for LTD benefits under the Policy.

In addition to Mr. Cummins's Long Term Disability (LTD) benefit, he may qualify for additional benefits from the Social Security Administration.

There are a number of advantages for Mr. Cummins if Mr. Cummins is approved for Social Security Disability benefits. These advantages are outlined in the attachment, and include:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

The purpose of this letter is to help Mr. Cummins apply for those benefits.

We realize that applying for Social Security Disability benefits can be intimidating. To help Mr. Cummins through the process, we are providing information on using the services of Doherty, Cella & Keane, a Social Security claimant representative. Doherty, Cella & Keane specializes in preparing Social Security Disability claims and, when necessary, representing claimants. They have a 90% success rate in obtaining awards. Their professional and experienced staff will act on his behalf and will keep his contact with the Social Security Administration to a minimum. If Mr. Cummins is using the services of this representative, their fee will be paid directly by the Social

Security Administration and the cost of this fee will be deducted from any disability overpayment created due to the receipt of retroactive Social Security Benefits. This will be explained to him in greater detail upon accepting representation by Doherty, Cella & Keane.

However, if Mr. Cummins is choosing to apply for Social Security benefits without utilizing our Social Security Claimant representative services, Mr. Cummins must initiate the process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting his local Social Security office.

If Mr. Cummins has any other family member (dependents) that may be eligible for benefits, please make sure Social Security is informed so application and payment for dependent benefits is not delayed.

Mr. Cummins is required to apply for Social Security benefits under the terms of Astec Industries, Inc.'s LTD Policy and it is important that Mr. Cummins begin this process immediately. Therefore, please initiate Mr. Cummins's application within 45 days from the date of this letter, September 21, 2018.

Per the terms of the disability Policy, failure to provide proof of filing within the stated timeframe will result in a reduction to his benefit from Liberty equal to an estimated amount of Social Security benefits. Therefore, if he does not file within the 45-day time frame, his benefit will be reduced by an estimated amount as deemed eligible by the Social Security Administration. If proof of filing is subsequently received, this reduction will be refunded to Mr. Cummins.

If Mr. Cummins is approved for Social Security Disability benefits, the disability benefits received by Mr. Cummins from Liberty will be reduced by the amount Mr. Cummins receive from Social Security. In other words, Mr. Cummins will continue to receive the same amount of monthly benefits, but the money will come from two sources. If Mr. Cummins is entitled to retroactive benefits, Mr. Cummins may receive a significant payment from Social Security. This money is essentially money that Liberty advanced to Mr. Cummins while Mr. Cummins was waiting for Social Security's decision, and he must repay it immediately upon our request.

If Mr. Cummins has any questions regarding this letter or the Social Security process, please contact us at the number below.

Sincerely,

Keahti Ingram
LTD Specialist
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

ROY LAW

Roy Law
1000 SW Broadway
Suite 1740
Portland, OR 97205
Tel: 855-306-4313 Fax: 855-344-1726

# Fax

**To:** Jerronda King **From:** Kali Mustafa

**Fax:** 1-603-430-1797 **Date:** August 07, 2018 12:41 PM

**Organization:** Liberty Mutual

**Subject:** **Michael Cummins**

---

RE: Michael Cummins Long Term Disability (LTD) Benefits Astec Industries, Inc.
Claim #: 7224525

This fax is to confirm that all benefit checks are to be made payable to "Roy Law" as instructed on the enclosed Assignment of Benefits. The payments need to be mailed to our office at:
Roy Lay
1000 SW Broadway, Ste 1740
Portland, OR 97205

If you have any questions, please let me know.

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

ROY LAW

520 SW YAMHILL STREET
SUITE 212
PORTLAND, OR 97204
503 206 4313
855 306 4313
503 716 3854 FAX
ROYLAWPDX.COM

CHRIS ROY
FOUNDER
PRINCIPAL
ATTORNEY AT LAW
CHRIS@ROYLAWPDX.COM
503 926 4653 CELL

**AUTHORIZATION FOR RELEASE OF INFORMATION AND ASSIGNMENT OF BENEFITS**

TO WHOM IT MAY CONCERN,

This will serve as authorization for you or your agents to discuss with and/or furnish to Chris Roy, Roy Law, and Roy Law's members, employees, and contractors, 520 SW Yamhill, #212, Portland, Oregon 97204-3011, any information they desire in connection with the employment, insurability, or representation of the undersigned.

I, Mike m cummins, hereby grant Roy Law authorization to represent me with respect to any and all matters arising from my application for long and/or short-term disability benefits. By this authorization I specifically include the power to appear on my behalf and to otherwise represent me in the submission and prosecution of any claim or demand for benefits, rights, damages, and causes of action before any plan administrator, trustee, claims processor, government agency, or court.

I further specifically include authorization to request, review and receive any documents, records or other information which he requests of any person, including personnel records, payroll records, annual reports, plan documents, summary plan descriptions, accounting records, any documents filed with a government agency, health care records, medical records, and insurance records. I hereby agree to hold harmless any person providing any documents, records, or other information to my said attorney. You are authorized to furnish said attorney any documents, records, or other information for which he may ask, on my behalf. Further, I assign all past and/or future benefit payments to Roy Law. If any past and/or future benefits are issued to me, please send all payments direct to Roy Law, and make the check(s) payable to " Roy Law c/o [my name]".

A copy of this authorization is as valid as the original.

DATE: May 2, 2017

CLIENT: [signature]
Mike m cummins (May 2, 2017)

ROY LAW

Roy Law
1000 SW Broadway
Suite 1740
Portland, OR 97205
Tel: 855-306-4313 Fax: 855-344-1726

# Fax

**To:** Jerronda King **From:** Kali Mustafa

**Fax:** 1-603-430-1797 **Date:** August 07, 2018 12:41 PM

**Organization:** Liberty Mutual

**Subject:** **Michael Cummins**

---

RE: Michael Cummins Long Term Disability (LTD) Benefits Astec Industries, Inc.
Claim #: 7224525

This fax is to confirm that all benefit checks are to be made payable to "Roy Law" as instructed on the enclosed Assignment of Benefits. The payments need to be mailed to our office at:
Roy Lay
1000 SW Broadway, Ste 1740
Portland, OR 97205

If you have any questions, please let me know.

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

ROY LAW

520 SW YAMHILL STREET
SUITE 212
PORTLAND, OR 97204
503 206 4313
855 306 4313
503 716 3854 FAX
ROYLAWPDX.COM

CHRIS ROY
FOUNDER
PRINCIPAL
ATTORNEY AT LAW
CHRIS@ROYLAWPDX.COM
503 926 4653 CELL

**AUTHORIZATION FOR RELEASE OF INFORMATION AND ASSIGNMENT OF BENEFITS**

TO WHOM IT MAY CONCERN,

This will serve as authorization for you or your agents to discuss with and/or furnish to Chris Roy, Roy Law, and Roy Law's members, employees, and contractors, 520 SW Yamhill, #212, Portland, Oregon 97204-3011, any information they desire in connection with the employment, insurability, or representation of the undersigned.

I, Mike m cummins, hereby grant Roy Law authorization to represent me with respect to any and all matters arising from my application for long and/or short-term disability benefits. By this authorization I specifically include the power to appear on my behalf and to otherwise represent me in the submission and prosecution of any claim or demand for benefits, rights, damages, and causes of action before any plan administrator, trustee, claims processor, government agency, or court.

I further specifically include authorization to request, review and receive any documents, records or other information which he requests of any person, including personnel records, payroll records, annual reports, plan documents, summary plan descriptions, accounting records, any documents filed with a government agency, health care records, medical records, and insurance records. I hereby agree to hold harmless any person providing any documents, records, or other information to my said attorney. You are authorized to furnish said attorney any documents, records, or other information for which he may ask, on my behalf. Further, I assign all past and/or future benefit payments to Roy Law. If any past and/or future benefits are issued to me, please send all payments direct to Roy Law, and make the check(s) payable to " Roy Law c/o [my name]".

A copy of this authorization is as valid as the original.

DATE: May 2, 2017

CLIENT: [signature]
Mike m cummins (May 2, 2017)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1797

| | |
|---|---|
| Date: | August 7, 2018 |
| To: | CHRIS ROY<br>ROY LAW<br>1000 SOUTHWEST BROADWAY<br>SUITE 1740<br>PORTLAND OR 97205 |
| Attn: | |
| Fax: | (855) 344-1726 |
| From: | Jerronda King<br>Disability Claims Tech Spec<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 430-1797 |
| Total Pages (Including Cover): | 11 |
| RE: | Claim #: 7224525<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1797

August 7, 2018

Chris Roy
Roy Law
1000 SOUTHWEST BROADWAY
SUITE 1740
PORTLAND, OR 97205

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins

Dear Chris Roy:

Liberty Life Assurance Company of Boston (Liberty) is responsible for managing claims for benefits under Astec Industries, Inc.'s LTD (long term disability) and waiver of premium insurance policy.

We have completed our review of Mr. Cummins' request for reconsideration for long term disability benefits and have determined that benefits will be reinstated. This determination is based on a review of the medical documentation contained in his long term disability file. Any benefit payment that may be due will be sent under separate cover.

His long term disability file has been returned to Keahti Ingram, Disability Claim Case Manager for payment disbursement. Keahti Ingram may be reached at (800) 291-0112, extension 13938. For further assistance regarding Mr. Cummins' long term disability claim, please contact the Disability Claim Case Manager.

We are in process of reviewing your appeal of our decision regarding the waiver of premium denial, WOP #7329700. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/additional evidence that has been received before a decision is rendered on Mr. Cummins' waiver of premium appeal.

Please find attached a copy of Dr. Baldemor's family medicine review and addendum, which is new or additional evidence in connection with Mr. Cummins' waiver of premium appeal. You may review this additional medical review and provide a response to us, which we will consider in making our decision on Mr. Cummins' waiver of premium appeal. If we do not receive your response within 21 days of the date of this letter, we will proceed with making a determination on Mr. Cummins' waiver of premium appeal.

Under ERISA, the period for making a benefit determination shall be tolled (suspended) from the date of this notice until we receive your timely response. Upon receipt of your response, we will promptly complete our review and render a determination on Mr. Cummins' waiver of premium appeal. If your response is not received by August 27, 2018, we will render a determination based on the information contained in Mr. Cummins' file.

Should you have any questions pertaining to the status of the appeal, please contact me at the telephone number below. Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Disability Claims Tech Spec
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 430-1797

Attachments: 7224525-MEDICAL-CP/PEER REVIEW-07.31.2018
7224525-MEDICAL-CP/PEER REVIEW-08.06.2018

| Customer Name | Claimant Name | Claim number |
| --- | --- | --- |
| ASTEC Industries Inc. | Cummins, Michael | 7224525 |

| | |
| --- | --- |
| **Referred by:** | Jerronda King |
| **Report Date:** | 7/31/18 |
| **Claimant DOB:** | |
| **Job Title/Occupation:** | Machine Operator II |
| **DOD:** | 10/8/16 (DOH 3/28/16) |
| **Diagnosis:** | Pulmonary embolism (I26.09), knee osteoarthritis (M17.11) |
| **Type of Claim:** | LTD |

1. What diagnoses are supported by the medical evidence?

PE I26.09
Acute respiratory failure with hypoxia J96.01
Acute Kidney failure N17.9
Morbid obesity (Z68.41 and E66.01)
DVT (I82.402)
Tobacco use (Z72.0)
Knee osteoarthritis
S/p meniscal tear repair (right knee)
Generalized anxiety disorder
Benign essential hypertension

2. Does the medical evidence support any diagnoses causing functional impairment from April 8, 2017 to the present? Please explain your medical rationale as to why or why not.

The medical records suggest that the claimant was released by his occupational medicine provider to return to work unrestricted in April 2017. However, the prior records suggest that he did not have sustained capacity for constant standing, walking, bending and stooping at the knees and walking up and down stairs. The subsequent records from the FCE suggest that he continued to have difficulties in these activities as of August 2017 even though the orthopedic records in October 2017

were limited in scope. The additional records indicate impairment and surgical recovery in November 2017 and again in January 2018 prior to the life threatening pulmonary embolism and DVT that occurred in February 2018. It is likely that the claimant's physical capacity has not improved since 2017 but has actually declined with the presence of the DVT, pulmonary embolism and unchanged morbid obesity. However, there is no evidence of impairment for sedentary to light physical activities at this time.

3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.

There is no impairment for sedentary activities. However, the records suggest that the claimant had no reliable capacity as of April 2017 through present. Currently, there is no impairment for sedentary activities but it is reasonable that the claimant remains limited in walking and climbing stairs due to his knee arthritis and history of meniscal tear.

4. Are there any reported or observed cognitive and/or physical side effects attributed to clmnts medications? If yes, do the side effects contribute to claimant's impairment? Please explain your medical rationale.

No. There is no evidence of cognitive impairment. The claimant is noted to have generalized anxiety but there is no evidence of any mental/nervous impairment or significant side effects to medications.

5. Does the (overall functional and ) medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from April 8, 2017 to present? Please explain your medical rationale.

The available information suggests that the claimant was unreliable and did not have sustained full-time capacity from 4/8/17 through present. However, there is no evidence of impairment for sedentary activities.

6. Please review and comment on the treatment plan. Is it consistent with the severity of diagnosis/ level of impairment reported? Please indicate whether or not it is consistent with the current standard of care. If not, please provide evidence based documentation to support your opinion.

The initial treatment regarding the knee pain and meniscal tear is reasonable and consistent with the level of impairment reported. However, there are some inconsistencies in the level and frequency of care. These inconsistencies include the release back to unrestricted (medium to heavy) work activities only 6-8 weeks after the physical therapy reports indicate instability of gait and difficulty walking stairs including requiring an ambulatory aid. The records also indicate lack of formal physical therapy as of April 2017 and no specific complaints regarding the knee pain again until orthopedic evaluation with Dr. Larsen in October 2017. While the level of care is limited, conservative management of osteoarthritis related pain is not outside of the current standard of care. Limiting the activities that cause the pain is a reasonable level of treatment.

The treatment for the pulmonary embolism, gall stones and hemorrhoids/anal fissure is reasonable as well. The claimant has been under treatment for the hypertension and generalized anxiety disorder for many years though his blood pressure has not always been well controlled. The level of control is difficult to access as it may be due to under-treatment, non-compliance and other behavioral issues such as diet and inactivity. It is difficult to tell if the claimant's generalized and long standing anxiety is reasonably treatment as the records do not particularly describe his symptoms and complaints with the anxiety; the records merely mention 'stability' and continue the current medications.

7. Please explain the results of the diagnostic testing (ie EMG, testing, bone scan etc) and correlate with documented physical examination findings and reported symptoms in the medical records.

CT 2/10/18 right lower lobe pulmonary embolus and potential segmental and sub-segmental lower lobe emboli
US- thrombus from proximal calf to above popliteal vein
X-rays showed mild osteoarthritis of the knee

The above diagnostic tests do correlate with the complaint of chronic knee pain, shortness of breath due to pulmonary embolism and lower extremity swelling and pain due to the deep vein thrombosis.

8. Please contact any needed provider, when contacting the treating provider please discuss the claimants condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call. Dr. David Knowlton (T) 541-344-8335, Lisa Kovaceciv FNP (T) 541-228-3100, John R. Lowry (T) 541-228-3177. Please contact needed providers, if other provider contact is needed from provider not listed, please reach out for contact.

Multiple attempts for AP contact were attempted. However, the AP contact will not likely change the conclusions regarding impairment for greater than light physical activities. Please see section above regarding impairment.

Number listed for Dr. Knowlton Dr. David Knowlton (T) 541-344-8335 is La Quinta Inn. Correct number is 541-344-8225. I spoke with Marsha (8) and set up a call with Dr. David Knowlton for this Friday 1:30 as he is out of town.

Dr. Robb N. Larsen, M.D., orthopedics consultation Oregon Medical Group Orthopedics (541-242-4812, fax 541-242-4813. Call placed 7/30/18, 3:15PM. Terry transferred call to Drew. Terry reported that he only had one office visit and no activity restrictions were noted in the chart. He was referred to PRN office visits. (6). Drew reported no further treatment is scheduled at this time.

Call placed to John R. Lowry PT at Cascade Workers Action Program at 541-228-3130, Fax 541-228-3187. Jackie answered the call, reported that the evaluation was on 8/17/17 but the note they have in the file is noting PCE 8/16/17 which would
10/9/2017 A letter was received from the claimant's attorney letter requesting clarification of the prior capacity evaluation. Thus, the reply letter would have been completed in October and not likely in August. (10)

Cascade Health Occupational Medicine- 541-228-3000, #2, and then option #1. Michelle took a message for the occupational medicine team. Kurt answered and reported he would leave a message for the doctor to call back. Fax 541-228-3185, Dr. Davidson. (5) Kurt called back after reviewing the records. He reported no indication of impairment in the LOV. The physical exam was negative on the LOV. He also reported LOV with Lisa, not medically stationary but no clear impairment.
Kara- attempted to leave a message after getting transferred to her line. She is admin 2054 for the office but message indicates only for records. 541-228-3109 admin fax. (5)

9. Please address any attending physician statements or opinions and discuss whether you are in agreement / disagreement and provide rationale as to why you agree / disagree.

Dr. Knowlton's reply via the attorney indicates that he is in agreement with the FCE for certain activity restrictions that would limit a return to prior work activities. He also mentions restriction from constant sitting for a full-day. I do not see any reason that the claimant is impaired for constant sitting due to his hypertension, osteoarthritis of his knee post prior meniscal tear and generalized anxiety disorder. The pulmonary embolism may impact normal activities including sedentary activities initially from the diagnosis to 4-6 weeks but there is no evidence of any impairment at this time due to the DVT or pulmonary embolism.
The FCE suggests that the claimant is deconditioned. However, deconditioning is not clearly noted in the available records. The claimant has been morbidly obese for many years and reports limited activities including limited activities at home, this self-report, if valid, indicates that the claimant self restricts his activities.

10. Are the severity and scope of the claimants reported pain and fatigue consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? Please provide medical evidence to support your answer.

There is no significant information in the records in regards to fatigue prior to 2018 to indicate impairment from fatigue. However, it is reasonable that the claimant's knee pain is exacerbated by medium to heavy physical activities to the extent that constant physical activities greater than

sedentary to light activities are reasonably impaired. Fatigue to due pulmonary embolism is reasonable for up to 6 months post diagnosis and treatment for the P.E.

If generalized fatigue were a significant condition prior to 2018, then the records would be expected to include work up and evaluation specific to fatigue. One would have expected an outpatient workup for sleep apnea as the claimant's BMI would suggest this possible diagnosis.

11. Please review and explain the results of the August 17, 2017 physical capacity evaluation by John R. Lowry, PT. Did the claimant display full effort throughout the testing? Do you agree with the conclusions of the FCE? Please provide medical data to support your opinion.

The results of the August 17 physical capacity evaluation are somewhat incomplete. The record mentions 'refused' for some of the activities, specifically climbing ladder and stairs. The overall conclusion of the FCE appears to suggest ability for heavy lifting but limitations on kneeling, bending, stooping, especially of the right knee. Based on the records, I do not see sustained medium level activities due to the overall findings. However, I am not convinced that the claimant has a gait disorder as the orthopedic records from October 2017 do not strongly indicate any gait or balance disorder. The reply letter from John R. Lowry is also not dated and the date of the FCE as noted on the letter is incorrect. The inconsistencies are present but are believed to be related to typos. The claimant did not display full effort throughout the testing as he 'refused' some parts of the exam.

Claim File Records:
8/18/16 OV with Dr. Knowlton for CC Xanax refill. Diagnoses of benign essential hypertension and Anxiety. I10 and F41.9
10/21/15 OV with Dr. Knowlton for anxiety, history of migraine headaches, hypertension and morbid obesity. BMI was 43.57.
12/5/16 Post op visit with Dr. Jeffrey Tuman, M.D. Claimant was 2 weeks s/p right knee arthroscopy, medial meniscectomy and chondroplasty of medial femoral condyle. S83.231A, complex tear of medial meniscus, M17.11 Primary OA knee
9/4/16 DOI

3/17/17 (Attorney Records) Occupational Medicine OV. Physical exam indicates improvement in pain but tenderness still present along joint lines. Full extension is noted with slightly limited flexion of the knee by 10-15 degrees. He is able to squat without significant pain until 75 degree flexion. There is no edema in the right lower leg.
2/14/17 Occupational Medicine OV. Surgery was on 11/22/16. Diagnoses of right knee sprain, meniscal repair, and lumbar sprain, improved.
1/19/17 Occupational medicine OV. Lumbar strain right sided reported due to abnormal gait from knee injury. Continue light duty with sitting as primary activity. Continue physical therapy.
10/25/16 Occupational Medicine visit. Claimant has seen Dr. Tuman since the LOV. Surgery is planned but the WC claim was denied.

9/13/16- 4/10/2017

(Attorney Records) 4/3/17 Physical therapy discharge letter from Emily Baughman, MPT at Therapeutic associates. Note indicates discharge as he has returned to previous functional level.
(Attorney Records) 3/20/17 PT with Emily Baughman. Assessment was "the patient is progressing slower than expected. Patient tolerance/response to treatment: good. I anticipate the next encounter will fall primarily in the segmental movement impairment treatment pathway."
(Attorney Records) 3/17/17 PT. Claimant only able to participate in light duty, mostly sitting.
3/10/17 & 3/3/17 PT
2/3/17 OV with Scott N. Colling, P.T. Cascade Health. PT was deemed necessary for further rehabilitation.
1/6/17 OV Scott N. Colling, PT. Claimant is 50% improved only. Still requiring PT.

PMR Peer Review

KPI-JCI ASTEC Companies
Job Title= Fabrication Machine Operator-
Job description- Physician demands- stand frequently 34-74%, Walk Frequently, Sit occasionally,, use hands to finger, handle or feel- continually 75% or greater, Climb or balance frequently, Stool, kneel, crouch or crawl- frequently, reach with arms or hands continually. Lift up to 25 pounds continually, 50 pounds frequently, up to 100 pounds or more occasionally.

Records received from Peace Health on 7/12/18 (76 pages)
12+ pages of nursing orders.
Sacred Heart Medical Center- Admit 2/10/18-2/14/18
2/10/18 UC visit- Diagnosed with Acute pulmonary embolism (I26.99) and DVT
2/11/18 Echo- LVEF 70%, normal diastolic function and systolic function.

Cholecystectomy, Dx Gallstones K80.20, K80.19 (removed November 2017)
Procedure requested- hemorrhoidectomy, anal fissure, K60.2 anal fissure, K64.5 thrombosed hemorrhoids, K60.3 anal fistula (January 2018)

Records received from Peacehealth on 7/12/18 (181 pages)
Records received from Roy Law 7/12/18 (188 pages)
- OV 10/30/17 Pre-op testing
- 11/6/17 Discharge from hospital post laparoscopic cholecystectomy
- OV Wilhite, M.D. consultation regarding RUQ and back pain
- 1/9/18 Operative note- Dr. Steven Wilhite, M.D. internal ulcer with short fistula, internal sphincterotomy, excision of small external hemorrhoid

Records received 7/12/18 from Peacehealth (219 pages)
- All duplicates from February 2018 admission for PE

Records (Appeal) received from Roy Law 7/2/18 (137 pages)
- Medical Records from Dr. David Knowlton
    - OV 9/7/17 referred to Surgery for gallbladder
    - 8/31/17 cc: high blood pressure. Physical exam notes full ROM knee. Exam compromised by obesity. Referral for dermatology given.
    - 8/18/16 OV for Xanax refill and blood pressure medication refills.
    - 10/21/15 OV for controlled substance agreement.
    - OV 9/11/2014 regarding rectal pain
    - OV 7/11/2014 medication refill visit
    - 12/5/16 Slocum Orthopedics- 2 weeks s/p right knee arthroscopy

- Philip McKinney, DPM- OV 5/09/13 possible posterior tibial tendon tear.
- Urgent Care visit 9/26/15 cc: abdominal pain
- 10/5/17 X-ray- minimal degenerative changes in medial femoral-tibial joint space in comparison to 9/8/2016
- OV 10/5/17 Dr. Robb N. Larsen, M.D., orthopedics consultation Oregon Medical Group Orthopedics (541-242-4812, fax 541-242-4813
    - Diagnosed with primary localized OA right knee M17.11, steroid injection was completed and pain was reported relieved.
- Workers Action Program- 8/17/17 John R. Lowry, PT (page 130/137)
    - Lifting loads and forces to Heavy physical demand performance level, lifting 110 pounds and carrying 100 pounds at occasional frequency. Push/pull up to 60 pounds force, bending at the right knee kneeling on the left, climbing ladders and stairs to occasional. Limit stairs to infrequent rate of performance. Avoid kneeling on right knee, full squatting, climbing vertical ladders and crawling.
    - Reported clinical observations of behavior included pauses for fatigue

- Physical Capacity Evaluation from Cascade Health Solutions
- Narrative from Dr. David Knowlton- letter indicating impairment for FT activities
- Medical Records from Peace Health
- Physical Capacity evaluation clarification from John R. Lowry, PT (eval. 8/6/17)
    - Not dated and not signed.
- Orthopedic records from Oregon Medical Group

**---Electronically signed---**
**Deborah Baldemor, M.D.**
**Consulting Physician, Liberty Mutual**
**DAB Family Medicine**

| Customer Name | Claimant Name | Claim number |
|---|---|---|
| ASTEC Industries Inc. | Cummins, Michael | 7224525 |

| | |
|---|---|
| **Referred by:** | Jerronda King |
| **Report Date:** | 8/6/18 |
| **Claimant DOB:** | |
| **Job Title/Occupation:** | Machine Operator II |
| **DOD:** | 10/8/16 (DOH 3/28/16) |
| **Diagnosis:** | Pulmonary embolism (I26.09), knee osteoarthritis (M17.11) |
| **Type of Claim:** | LTD |

Clarification requested regarding recently completed review.

During the time of April 2017 to the current, the medical records indicate reasonable evidence for limitation of constant standing, walking, bending and stooping at the knees with impaired ability to navigate stairs and ladders on an ongoing basis part-time or full-time through 3 months post-pulmonary embolism. However, the medical records including the functional capacity evaluation do indicate reasonable part-time to full-time sedentary capacity from April 2017 onward until the cholecystectomy and reasonable post-operative recovery and then again during the time around the hemorrhoid surgery until 3 month post-pulmonary embolism. It is of note that neither the initial RTW note from occupational medicine in April 2017 nor the FCE in August 2017 indicated any evidence for impairment for sedentary capacity on a full-time or part-time basis. Reasonable recovery from cholecystectomy can be up to a week after surgery to return to normal activities, including sedentary part-time or full-time activities.

**---Electronically signed---**
**Deborah Baldemor, M.D.**
**Consulting Physician, Liberty Mutual**
**DAB Family Medicine**

| Customer Name | Claimant Name | Claim number |
|---|---|---|
| ASTEC Industries Inc. | Cummins, Michael | 7224525 |

| | |
|---|---|
| **Referred by:** | Jerronda King |
| **Report Date:** | 8/6/18 |
| **Claimant DOB:** | |
| **Job Title/Occupation:** | Machine Operator II |
| **DOD:** | 10/8/16 (DOH 3/28/16) |
| **Diagnosis:** | Pulmonary embolism (I26.09), knee osteoarthritis (M17.11) |
| **Type of Claim:** | LTD |

Clarification requested regarding recently completed review.

During the time of April 2017 to the current, the medical records indicate reasonable evidence for limitation of constant standing, walking, bending and stooping at the knees with impaired ability to navigate stairs and ladders on an ongoing basis part-time or full-time through 3 months post-pulmonary embolism. However, the medical records including the functional capacity evaluation do indicate reasonable part-time to full-time sedentary capacity from April 2017 onward until the cholecystectomy and reasonable post-operative recovery and then again during the time around the hemorrhoid surgery until 3 month post-pulmonary embolism. It is of note that neither the initial RTW note from occupational medicine in April 2017 nor the FCE in August 2017 indicated any evidence for impairment for sedentary capacity on a full-time or part-time basis. Reasonable recovery from cholecystectomy can be up to a week after surgery to return to normal activities, including sedentary part-time or full-time activities.

**---Electronically signed---**
**Deborah Baldemor, M.D.**
**Consulting Physician, Liberty Mutual**
**DAB Family Medicine**

| Customer Name | Claimant Name | Claim number |
|---|---|---|
| ASTEC Industries Inc. | Cummins, Michael | 7224525 |

| | |
|---|---|
| **Referred by:** | Jerronda King |
| **Report Date:** | 7/31/18 |
| **Claimant DOB:** | |
| **Job Title/Occupation:** | Machine Operator II |
| **DOD:** | 10/8/16 (DOH 3/28/16) |
| **Diagnosis:** | Pulmonary embolism (I26.09), knee osteoarthritis (M17.11) |
| **Type of Claim:** | LTD |

1. What diagnoses are supported by the medical evidence?

PE I26.09
Acute respiratory failure with hypoxia J96.01
Acute Kidney failure N17.9
Morbid obesity (Z68.41 and E66.01)
DVT (I82.402)
Tobacco use (Z72.0)
Knee osteoarthritis
S/p meniscal tear repair (right knee)
Generalized anxiety disorder
Benign essential hypertension

2. Does the medical evidence support any diagnoses causing functional impairment from April 8, 2017 to the present? Please explain your medical rationale as to why or why not.

The medical records suggest that the claimant was released by his occupational medicine provider to return to work unrestricted in April 2017. However, the prior records suggest that he did not have sustained capacity for constant standing, walking, bending and stooping at the knees and walking up and down stairs. The subsequent records from the FCE suggest that he continued to have difficulties in these activities as of August 2017 even though the orthopedic records in October 2017

were limited in scope. The additional records indicate impairment and surgical recovery in November 2017 and again in January 2018 prior to the life threatening pulmonary embolism and DVT that occurred in February 2018. It is likely that the claimant's physical capacity has not improved since 2017 but has actually declined with the presence of the DVT, pulmonary embolism and unchanged morbid obesity. However, there is no evidence of impairment for sedentary to light physical activities at this time.

3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.

There is no impairment for sedentary activities. However, the records suggest that the claimant had no reliable capacity as of April 2017 through present. Currently, there is no impairment for sedentary activities but it is reasonable that the claimant remains limited in walking and climbing stairs due to his knee arthritis and history of meniscal tear.

4. Are there any reported or observed cognitive and/or physical side effects attributed to clmnts medications? If yes, do the side effects contribute to claimant's impairment? Please explain your medical rationale.

No. There is no evidence of cognitive impairment. The claimant is noted to have generalized anxiety but there is no evidence of any mental/nervous impairment or significant side effects to medications.

5. Does the (overall functional and ) medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from April 8, 2017 to present? Please explain your medical rationale.

The available information suggests that the claimant was unreliable and did not have sustained full-time capacity from 4/8/17 through present. However, there is no evidence of impairment for sedentary activities.

6. Please review and comment on the treatment plan. Is it consistent with the severity of diagnosis/ level of impairment reported? Please indicate whether or not it is consistent with the current standard of care. If not, please provide evidence based documentation to support your opinion.

The initial treatment regarding the knee pain and meniscal tear is reasonable and consistent with the level of impairment reported. However, there are some inconsistencies in the level and frequency of care. These inconsistencies include the release back to unrestricted (medium to heavy) work activities only 6-8 weeks after the physical therapy reports indicate instability of gait and difficulty walking stairs including requiring an ambulatory aid. The records also indicate lack of formal physical therapy as of April 2017 and no specific complaints regarding the knee pain again until orthopedic evaluation with Dr. Larsen in October 2017. While the level of care is limited, conservative management of osteoarthritis related pain is not outside of the current standard of care. Limiting the activities that cause the pain is a reasonable level of treatment.

The treatment for the pulmonary embolism, gall stones and hemorrhoids/anal fissure is reasonable as well. The claimant has been under treatment for the hypertension and generalized anxiety disorder for many years though his blood pressure has not always been well controlled. The level of control is difficult to access as it may be due to under-treatment, non-compliance and other behavioral issues such as diet and inactivity. It is difficult to tell if the claimant's generalized and long standing anxiety is reasonably treatment as the records do not particularly describe his symptoms and complaints with the anxiety; the records merely mention 'stability' and continue the current medications.

7. Please explain the results of the diagnostic testing (ie EMG, testing, bone scan etc) and correlate with documented physical examination findings and reported symptoms in the medical records.

CT 2/10/18 right lower lobe pulmonary embolus and potential segmental and sub-segmental lower lobe emboli
US- thrombus from proximal calf to above popliteal vein
X-rays showed mild osteoarthritis of the knee

The above diagnostic tests do correlate with the complaint of chronic knee pain, shortness of breath due to pulmonary embolism and lower extremity swelling and pain due to the deep vein thrombosis.

8. Please contact any needed provider, when contacting the treating provider please discuss the claimants condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call. Dr. David Knowlton (T) 541-344-8335, Lisa Kovaceciv FNP (T) 541-228-3100, John R. Lowry (T) 541-228-3177. Please contact needed providers, if other provider contact is needed from provider not listed, please reach out for contact.

Multiple attempts for AP contact were attempted. However, the AP contact will not likely change the conclusions regarding impairment for greater than light physical activities. Please see section above regarding impairment.

Number listed for Dr. Knowlton Dr. David Knowlton (T) 541-344-8335 is La Quinta Inn. Correct number is 541-344-8225. I spoke with Marsha (8) and set up a call with Dr. David Knowlton for this Friday 1:30 as he is out of town.

Dr. Robb N. Larsen, M.D., orthopedics consultation Oregon Medical Group Orthopedics (541-242-4812, fax 541-242-4813. Call placed 7/30/18, 3:15PM. Terry transferred call to Drew. Terry reported that he only had one office visit and no activity restrictions were noted in the chart. He was referred to PRN office visits. (6). Drew reported no further treatment is scheduled at this time.

Call placed to John R. Lowry PT at Cascade Workers Action Program at 541-228-3130, Fax 541-228-3187. Jackie answered the call, reported that the evaluation was on 8/17/17 but the note they have in the file is noting PCE 8/16/17 which would
10/9/2017 A letter was received from the claimant's attorney letter requesting clarification of the prior capacity evaluation. Thus, the reply letter would have been completed in October and not likely in August. (10)

Cascade Health Occupational Medicine- 541-228-3000, #2, and then option #1. Michelle took a message for the occupational medicine team. Kurt answered and reported he would leave a message for the doctor to call back. Fax 541-228-3185, Dr. Davidson. (5) Kurt called back after reviewing the records. He reported no indication of impairment in the LOV. The physical exam was negative on the LOV. He also reported LOV with Lisa, not medically stationary but no clear impairment.
Kara- attempted to leave a message after getting transferred to her line. She is admin 2054 for the office but message indicates only for records. 541-228-3109 admin fax. (5)

9. Please address any attending physician statements or opinions and discuss whether you are in agreement / disagreement and provide rationale as to why you agree / disagree.

Dr. Knowlton's reply via the attorney indicates that he is in agreement with the FCE for certain activity restrictions that would limit a return to prior work activities. He also mentions restriction from constant sitting for a full-day. I do not see any reason that the claimant is impaired for constant sitting due to his hypertension, osteoarthritis of his knee post prior meniscal tear and generalized anxiety disorder. The pulmonary embolism may impact normal activities including sedentary activities initially from the diagnosis to 4-6 weeks but there is no evidence of any impairment at this time due to the DVT or pulmonary embolism.
The FCE suggests that the claimant is deconditioned. However, deconditioning is not clearly noted in the available records. The claimant has been morbidly obese for many years and reports limited activities including limited activities at home, this self-report, if valid, indicates that the claimant self restricts his activities.

10. Are the severity and scope of the claimants reported pain and fatigue consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? Please provide medical evidence to support your answer.

There is no significant information in the records in regards to fatigue prior to 2018 to indicate impairment from fatigue. However, it is reasonable that the claimant's knee pain is exacerbated by medium to heavy physical activities to the extent that constant physical activities greater than

sedentary to light activities are reasonably impaired. Fatigue to due pulmonary embolism is reasonable for up to 6 months post diagnosis and treatment for the P.E.

If generalized fatigue were a significant condition prior to 2018, then the records would be expected to include work up and evaluation specific to fatigue. One would have expected an outpatient workup for sleep apnea as the claimant's BMI would suggest this possible diagnosis.

11. Please review and explain the results of the August 17, 2017 physical capacity evaluation by John R. Lowry, PT. Did the claimant display full effort throughout the testing? Do you agree with the conclusions of the FCE? Please provide medical data to support your opinion.

The results of the August 17 physical capacity evaluation are somewhat incomplete. The record mentions 'refused' for some of the activities, specifically climbing ladder and stairs. The overall conclusion of the FCE appears to suggest ability for heavy lifting but limitations on kneeling, bending, stooping, especially of the right knee. Based on the records, I do not see sustained medium level activities due to the overall findings. However, I am not convinced that the claimant has a gait disorder as the orthopedic records from October 2017 do not strongly indicate any gait or balance disorder. The reply letter from John R. Lowry is also not dated and the date of the FCE as noted on the letter is incorrect. The inconsistencies are present but are believed to be related to typos. The claimant did not display full effort throughout the testing as he 'refused' some parts of the exam.

<u>Claim File Records:</u>
8/18/16 OV with Dr. Knowlton for CC Xanax refill. Diagnoses of benign essential hypertension and Anxiety. I10 and F41.9
10/21/15 OV with Dr. Knowlton for anxiety, history of migraine headaches, hypertension and morbid obesity. BMI was 43.57.
12/5/16 Post op visit with Dr. Jeffrey Tuman, M.D. Claimant was 2 weeks s/p right knee arthroscopy, medial meniscectomy and chondroplasty of medial femoral condyle. S83.231A, complex tear of medial meniscus, M17.11 Primary OA knee
9/4/16 DOI

3/17/17 (Attorney Records) Occupational Medicine OV. Physical exam indicates improvement in pain but tenderness still present along joint lines. Full extension is noted with slightly limited flexion of the knee by 10-15 degrees. He is able to squat without significant pain until 75 degree flexion. There is no edema in the right lower leg.
2/14/17 Occupational Medicine OV. Surgery was on 11/22/16. Diagnoses of right knee sprain, meniscal repair, and lumbar sprain, improved.
1/19/17 Occupational medicine OV. Lumbar strain right sided reported due to abnormal gait from knee injury. Continue light duty with sitting as primary activity. Continue physical therapy.
10/25/16 Occupational Medicine visit. Claimant has seen Dr. Tuman since the LOV. Surgery is planned but the WC claim was denied.

9/13/16- 4/10/2017

(Attorney Records) 4/3/17 Physical therapy discharge letter from Emily Baughman, MPT at Therapeutic associates. Note indicates discharge as he has returned to previous functional level.
(Attorney Records) 3/20/17 PT with Emily Baughman. Assessment was "the patient is progressing slower than expected. Patient tolerance/response to treatment: good. I anticipate the next encounter will fall primarily in the segmental movement impairment treatment pathway."
(Attorney Records) 3/17/17 PT. Claimant only able to participate in light duty, mostly sitting.
3/10/17 & 3/3/17 PT
2/3/17 OV with Scott N. Colling, P.T. Cascade Health. PT was deemed necessary for further rehabilitation.
1/6/17 OV Scott N. Colling, PT. Claimant is 50% improved only. Still requiring PT.

PMR Peer Review

KPI-JCI ASTEC Companies

Job Title= Fabrication Machine Operator-

Job description- Physician demands- stand frequently 34-74%, Walk Frequently, Sit occasionally,, use hands to finger, handle or feel- continually 75% or greater, Climb or balance frequently, Stool, kneel, crouch or crawl- frequently, reach with arms or hands continually. Lift up to 25 pounds continually, 50 pounds frequently, up to 100 pounds or more occasionally.

Records received from Peace Health on 7/12/18 (76 pages)
12+ pages of nursing orders.
Sacred Heart Medical Center- Admit 2/10/18-2/14/18
2/10/18 UC visit- Diagnosed with Acute pulmonary embolism (I26.99) and DVT
2/11/18 Echo- LVEF 70%, normal diastolic function and systolic function.

Cholecystectomy, Dx Gallstones K80.20, K80.19 (removed November 2017)
Procedure requested- hemorrhoidectomy, anal fissure, K60.2 anal fissure, K64.5 thrombosed hemorrhoids, K60.3 anal fistula (January 2018)

Records received from Peacehealth on 7/12/18 (181 pages)
Records received from Roy Law 7/12/18 (188 pages)

- OV 10/30/17 Pre-op testing
- 11/6/17 Discharge from hospital post laparoscopic cholecystectomy
- OV Wilhite, M.D. consultation regarding RUQ and back pain
- 1/9/18 Operative note- Dr. Steven Wilhite, M.D. internal ulcer with short fistula, internal sphincterotomy, excision of small external hemorrhoid

Records received 7/12/18 from Peacehealth (219 pages)

- All duplicates from February 2018 admission for PE

Records (Appeal) received from Roy Law 7/2/18 (137 pages)

- Medical Records from Dr. David Knowlton
  - OV 9/7/17 referred to Surgery for gallbladder
  - 8/31/17 cc: high blood pressure. Physical exam notes full ROM knee. Exam compromised by obesity. Referral for dermatology given.
  - 8/18/16 OV for Xanax refill and blood pressure medication refills.
  - 10/21/15 OV for controlled substance agreement.
  - OV 9/11/2014 regarding rectal pain
  - OV 7/11/2014 medication refill visit
  - 12/5/16 Slocum Orthopedics- 2 weeks s/p right knee arthroscopy

- Philip McKinney, DPM- OV 5/09/13 possible posterior tibial tendon tear.
- Urgent Care visit 9/26/15 cc: abdominal pain
- 10/5/17 X-ray- minimal degenerative changes in medial femoral-tibial joint space in comparison to 9/8/2016
- OV 10/5/17 Dr. Robb N. Larsen, M.D., orthopedics consultation Oregon Medical Group Orthopedics (541-242-4812, fax 541-242-4813
    - Diagnosed with primary localized OA right knee M17.11, steroid injection was completed and pain was reported relieved.
- Workers Action Program- 8/17/17 John R. Lowry, PT (page 130/137)
    - Lifting loads and forces to Heavy physical demand performance level, lifting 110 pounds and carrying 100 pounds at occasional frequency. Push/pull up to 60 pounds force, bending at the right knee kneeling on the left, climbing ladders and stairs to occasional. Limit stairs to infrequent rate of performance. Avoid kneeling on right knee, full squatting, climbing vertical ladders and crawling.
    - Reported clinical observations of behavior included pauses for fatigue

- Physical Capacity Evaluation from Cascade Health Solutions
- Narrative from Dr. David Knowlton- letter indicating impairment for FT activities
- Medical Records from Peace Health
- Physical Capacity evaluation clarification from John R. Lowry, PT (eval. 8/6/17)
    - Not dated and not signed.
- Orthopedic records from Oregon Medical Group

**---Electronically signed---**
**Deborah Baldemor, M.D.**
**Consulting Physician, Liberty Mutual**
**DAB Family Medicine**

# Liberty Mutual Consulting Physician Referral

## File Review - Priority

**Physician Specialty: Internal Medicine/Family Practice**

| | | | | |
|---|---|---|---|---|
| Office: | 0587 | Claim #: | 7224525 | Document Locations |
| Claimant Name: | MICHAEL CUMMINS | | | ☑ Document List |
| | | | | ☐ Correspondence |
| Date of Birth: | | Claim Status: | CL | ☐ Paper File |
| Date of Disability: | 10/8/2016 | Date Sent: | 7/23/2018 | |
| Claimant SSN: | | Date Benefits Began: | 4/8/2017 | |
| Product Type: | LTD | Paid Through: | 4/8/2017 | |
| Disability Level: | Other | | | |

Policyholder/Self-Insured Plan Holder: ASTEC INDUSTRIES, INC.

Referred By: KING, JERRONDA 096 8*731-4674

Assigned Nurse Case Manager:

Diagnosis: S83.242A Oth tear of medial meniscus, current injury, left knee, init,

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

appeal: 1.What diagnoses are supported by the medical evidence?

2.Does the medical evidence support any diagnoses causing functional impairment from April 8, 2017 to the present? Please explain your medical rationale as to why or why not.

3.If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.

4.Are there any reported or observed cognitive and/or physical side effects attributed to clmnt's medications? If yes, do the side effects contribute to claimant's impairment? Please explain your medical rationale.

5.Does the (overall functional and ) medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from April 8, 2017 to present? Please explain your medical rationale.

6.Please review and comment on the treatment plan. Is it consistent with the severity of diagnosis/ level of impairment reported? Please indicate whether or not it is consistent with the current standard of care. If not, please provide evidence based documentation to support your opinion.

7.Please explain the results of the diagnostic testing (ie EMG, testing, bone scan etc) and correlate with documented physical examination findings and reported symptoms in the medical records.

8.Please contact any needed provider, when contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call. Dr. David Knowlton (T) 541-344-8335, Lisa Kovaceciv FNP (T) 541-228-3100, John R. Lowry (T) 541-228-3177. Please contact needed providcrs, if other provider contact is needed from provider not listed, please reach out for contact.

9.Please address any attending physician statements or opinions and discuss whether you are in agreement / disagreement and provide rationale as to why you agree / disagree.

10.Are the severity and scope of the claimant's reported pain and fatigue consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? Please provide medical evidence to support your answer.

11.Please review and explain the results of the August 17, 2017 physical capacity evaluation by John R. Lowry, PT. Did the claimant display full effort throughout the testing? Do you agree with the conclusions of the FCE? Please provide medical data to support your opinion.

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/12/2018 3:27 PM (continued)

**Hospital Medicine**
**Progress Note**

**Patient ID:**
Michael M Cummins
01614423

**Date of Service:** 2/12/2018

**Problem based Assessment & Plan**

Michael M Cummins is a 47 y.o., smoker w/ h/o HTN, admitted 2/10 for Acute RML and RLL PE.

**RLL PE.** 1st episode, unprovoked. Changed to coumadin with lovenox bridge yesterday since NOAC not covered by insurance. Overall his chest pain seems to be improving but having severe episodes at night, wonder if he has baseline OSA and when he has a sudden waking gasp it causes him to have severe onset of pain. Currently stable in mid to high 90s on RA. Will order a nocturnal oximetry for tonight that may indicate patient needs sleep study after discharge. RN requesting long acting opiates but do not want to get him on a new regimen that will be hard to come off of. He has prn pain meds including ibuprofen which he cannot have a lot of because of his anticoagulated state but is sometimes the best treatment of pain related to pulmonary infarction. Had CT with contrast on admission, needs CT abd/pelvis with contrast for underlying malignacy workup, Cr improved today, stopped fluids and if Cr stable in am recommend ordering CT for further eval
-nocturnal oximetry tonight
-Cont pain meds.
-cont coumadin/lovenox bridge, daily INR
-telemetry

**Acute Respiratory failure with hypoxia:** Due to PE - encourage IS, currently stable on RA

**Leukocytosis:** Likely stress response, CXR concerning for opacity but more likely a pulm infarction than a bacterial pna, has remained afebrile and Pct only mildly elevated. If spiking fevers consider adding abx.

**AKI.** Resolved with IVF, stopped fluids.

**HTN**: On lisinopril, propranolol and hydrochlorothiazide at baseline, these have been held due to AKI and hypotension except 1/2 his home dose propranolol with holding parameters. BPs 102/55-118/64, trend.

**Anxiety:** Takes xanax at home TWICE DAILY prn, has been reordered for admission THREE TIMES DAILY given his episodes at night

**Chronic Skin infection:** Patient on bactrim for chronic skin lesions that can become infected. Denies any severe infection at this time but has pimples on chest, back, flanks and buttocks that become boils quickly. Will hold off on bactrim for now due to recent AKI and need for CT with contrast, will resume when patient can tolerate.

**Morbid obesity with BMI 41.84** needs weight loss, high risk for OSA, will check nocturnal oximetry tonight to see if he may need full sleep study outpatient.

**Smoker:** Patch ordered, needs to quit

**Constipation with h/o recent hemorroidectomy:** Well healed per patient, no bleeding issues, continue bowel regimen

**Diet**: Diet General
**Activity:** as tolerated
**IVF**: SL
**VTE Prophylaxis:** ☒ lovenox ☐ heparin ☐ SCD ☒ oral anticoagulation
**Code Status**: Full Code
**Consultants:** RT
**Discharge planing:** Likely home in 2-3 days

**Attending:** Kathleen C Sullivan, MD

## Subjective:

**Subjective** Laying in bed, states overall he is feeling a bit better, has been having a HA this am. His high flow O2 is noted to be laying on his chest and his sats are 95-98% while speaking so left O2 off during exam and O2 remained >94%. He reports another "pain episode" early this am around 4amwhen he has sudden onset right sided chest pain and felt like he couldn't breath, had to sit up to side of bed and was afraid to lay back because it hurt so much, another RRT was called for RR in 30-40s. No h/o OSA or frequent startle wakings at night per patient but has anxiety episodes and on prn benzos at baseline.

**24H Events/Chart review:** 47yo smoker with HTN, admitted 2/10 for chest pain x 2 days, radiates to sternum, right neck and shoulder/arm. + SOB. CTA showed RML and RLL PE and small pleural effusion with signs of right heart strain.
-2nd night of sudden on set of severe pain with RTT called for tachypnea, improved with pain and anxiety meds, has been on high flow O2 since admission but noted to be stable on RA during exam
-CT Abd/pelvis cancelled yesterday due to AKI
-Afebrile, HR 70-90s, BP stable, sating >90% on RA
-CBC with WBC of 16.5, stable HCT
-BMP with improved Cr down to 1.26
-Procalcitonin 0.31
-Trops (-)
-CA 19-9: 3, PSA 0.4

Imaging:
-Venous duplex **+ for DVT in LLE**
-Echo: stable
-CT with PE: **PE in RML and RLL pulm arteries + smaller distal defects**

## Objective:

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/12/2018 3:27 PM (continued)

**I andO**

Intake/Output Summary (Last 24 hours) at 02/12/18 1527
Last data filed at 02/12/18 1157

| | Gross per 24 hour |
|---|---|
| Intake | 1800 ml |
| Output | 1100 ml |
| **Net** | 700 ml |

**Weight**

Wt Readings from Last 3 Encounters:

| | |
|---|---|
| 02/10/18 | (!) 136.1 kg (300 lb) |
| 01/08/18 | (!) 134.3 kg (296 lb 1.2 oz) |
| 11/06/17 | (!) 135.1 kg (297 lb 13.5 oz) |

**Current medications**

Current Facility-Administered Medications

| Medication | Dose |
|---|---|
| • acetaminophen (TYLENOL) tablet 650 mg | 650 mg |
| • albuterol sulfate 2.5 mg/0.5 mL nebulizer solution 2.5 mg | 2.5 mg |
| • ALPRAZolam (XANAX) tablet 1 mg | 1 mg |
| • bisacodyl (DULCOLAX) suppository 10 mg | 10 mg |
| • calcium carbonate (TUMS) chewable tablet 1,000 mg | 1,000 mg |
| • docusate sodium (COLACE) capsule 100 mg | 100 mg |
| • enoxaparin (LOVENOX) injection 140 mg | 1 mg/kg |
| • HYDROmorphone (DILAUDID) | 0.5-1 mg |

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/12/2018 3:27 PM (continued)

| | |
|---|---|
| injection 0.5-1 mg | |
| • HYDROmorphone (DILAUDID) injection 1 mg | 1 mg |
| • ibuprofen (ADVIL,MOTRIN) tablet 400 mg | 400 mg |
| • melatonin tablet 3 mg | 3 mg |
| • naloxone (NARCAN) injection 0.1 mg | 0.1 mg |
| • nicotine (NICODERM CQ) 21 mg/24 hr 21 mg | 21 mg |
| • NS continuous infusion | |
| • ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg | 4 mg |
| • ondansetron PF (ZOFRAN) 4 mg/2 mL injection 4 mg | 4 mg |
| • polyethylene glycol (MIRALAX) oral powder 17 g | 17 g |
| • prochlorperazine (COMPAZINE) injection 5 mg | 5 mg |
| • prochlorperazine (COMPAZINE) tablet 5 mg | 5 mg |
| • propranolol (INDERAL) tablet 20 mg | 20 mg |
| • senna-docusate (PERICOLACE) 8.6-50 mg per tablet 1 tablet | 1 tablet |
| • sodium chloride (NS) 0.9 % flush 3-10 mL | 3-10 mL |
| • warfarin (COUMADIN) | 10 mg |

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/12/2018 3:27 PM (continued)

tablet 10 mg

**Physical Examination:**

**Vital signs:** Temp: [36.2 °C (97.2 °F)-37.7 °C (99.8 °F)] 36.7 °C (98 °F)
Heart Rate: [73-97] 73
Resp: [17-25] 24
BP: (101-118)/(51-61) 101/56
FiO2 (%): [21 %] 21 %

**O/E:**
General: alert, still having pain but seems to be slighlty improved
Chest: Stable on RA, shallow breaths due to pain, no WRR
Heart: RRR, no murmurs heard
Abdomen: soft, ND, +BS, no abd tenderness today but has rib tenderness, + BS
Extremities: + pulses,obese, no calf tenderness, no pitting edema
CNS: grossly normal-non focal
HEENT- PERRLA, EOMI, no pallor
Psychiatry- AAO*3, mildly anxious

**Hematology Labs**
Recent Labs

| | 02/10/18 1524 | 02/11/18 0525 | 02/12/18 0511 |
|---|---|---|---|
| WBC | 14.4* | 15.2* | 16.5* |
| HGB | 13.9 | 12.6* | 12.7* |
| HCT | 39.2 | 37.1* | 38.1* |
| PLTCT | 204 | 204 | 213 |
| MCV | 89.5 | 90.9 | 93.6 |
| RDW | 13.6 | 14.2 | 14.0 |
| NEUTPERCENT | 73.1 | -- | -- |
| PCTIMMGRAN | 0.3 | -- | -- |
| MONOPERCENT | 13.8 | -- | -- |
| EOSPERCENT | 1.5 | -- | -- |
| BASOPERCENT | 0.3 | -- | -- |

Recent Labs

| | 02/10/18 1524 | 02/11/18 0525 | 02/12/18 0511 |
|---|---|---|---|
| NA | 137 | 137 | 136 |
| K | 3.5 | 3.9 | 3.7 |
| CL | 102 | 103 | 101 |
| GLUC | 88 | 125* | 118* |
| CO2 | 23 | 23 | 23 |
| ANIONGAP | 12 | 11 | 12 |

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/12/2018 3:27 PM (continued)

| | | | |
|---|---|---|---|
| BUN | 25* | 31* | 26* |
| CREAT | 1.31* | 2.02* | 1.26* |
| CALCIUM | 9.0 | 8.3* | 8.5* |
| GFRBLACK | 74 | 44* | 78 |
| GFRNONBL | 64 | 38* | 67 |

Recent Labs

| | 02/10/18 1524 | 02/12/18 0511 |
|---|---|---|
| TOTALPROTEIN | 7.1 | 6.8 |
| ALBUMIN | 3.6 | 3.1* |
| GLOBULIN | 3.5 | 3.7* |
| BILITOT | 0.8 | 0.9 |
| ALKPHOS | 83 | 106 |
| AST | 25 | 57* |
| ALT | 45 | 125* |

Recent Labs

| | 02/10/18 1524 | 02/10/18 1917 |
|---|---|---|
| TROPONINI | 0.010 | <0.010 |

Lab Results

| Component | Value | Date |
|---|---|---|
| BNP2 | 59 | 02/10/2018 |

Recent Labs

| Lab | 02/11/18 1020 | 02/12/18 0511 |
|---|---|---|
| INR | 1.4* | 1.4* |
| PROTIME | 17.8* | 17.8* |

Lab Results

| Component | Value | Date |
|---|---|---|
| DDIMERQUANT | 1.51 (H) | 02/10/2018 |

No results found for: TSH, FREET4
No results found for: TRANSFERRIN, SAT, FERRITIN
No results found for: B12
No results found for: HGBA1C
No results for input(s): POCGLU in the last 72 hours.

Lab Results

| Component | Value | Date |
|---|---|---|
| PROCALCITO | 0.31 (H) | 02/12/2018 |

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/12/2018 3:27 PM (continued)

**Recent Labs**

| Lab | 02/11/18 0525 |
|---|---|
| CHOL | 167 |
| HDL | 32* |
| TRIG | 153* |

Medications/ Labs/Imaging Studies/EKG reviewed

Time spent: 25 minutes spent in the direct care of this patient with > 50% of the time spent counseling, reviewing the medical chart, and discussing plan with patient and care team.

**Signed:**
Kathleen C Sullivan, MD
2/12/2018
3:27 PM[KS1.1]

Electronically signed by Kathleen C Sullivan, MD at 2/12/2018 3:46 PM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | KS1.1 | 2/12/2018 3:46 PM | Kathleen C Sullivan, MD | Physician | Sign |

Progress Notes by Michael C Sessions, RPH at 2/12/2018 7:34 AM

Author: Michael C Sessions, RPH Service: Pharmacy Author Type: Pharmacist
Filed: 2/12/2018 7:34 AM Date of Service: 2/12/2018 7:34 AM Status: Signed
Editor: Michael C Sessions, RPH (Pharmacist)

**WARFARIN PER PHARMACY**

**Subjective/Objective:**
Michael M Cummins 47 y.o. male being treated with warfarin for PE.

Goal INR range: 2-3
Home Regimen: new start
History of CHF: no
Pregnancy Status: n/a

Allergies: Metronidazole and Morphine sulfate

| Date | INR | Dose | Bleeding | Hct/Plt | % eating | Drug Interactions | Albumin | CrCl (LMWH) | LFT's | Rph |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/11 | 1.4 | 10mg | | 37.1/20 | | Full dose | 3.6 | | WNL | VC |

Progress Notes - Additional Notes (continued)

Progress Notes by Michael C Sessions, RPH at 2/12/2018 7:34 AM (continued)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 4 | | lovenox | | | | |
| 2/12 | 1.4 | 10mg | | 38.1/21 3 | 50% | " | | 102 | ALT 125 AST 57 | mcs |

**Assessment/Plan:**

INR unchanged although had dose of apixaban yesterday, and warfarin.

Elevated LFT's noted today.

Repeat yesterday's dose.

See the table above for today's Warfarin dose.
Pharmacy will follow with daily PT/INR.[MS1.1]

Electronically signed by Michael C Sessions, RPH at 2/12/2018 7:34 AM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | MS1.1 | 2/12/2018 7:34 AM | Michael C Sessions, RPH | Pharmacist | Sign |

Progress Notes by Kathleen C Sullivan, MD at 2/11/2018 8:48 AM

Author: Kathleen C Sullivan, MD Service: Hospitalist Author Type: Physician
Filed: 2/11/2018 3:36 PM Date of Service: 2/11/2018 8:48 AM Status: Signed
Editor: Kathleen C Sullivan, MD (Physician)

**Hospital Medicine**
**Progress Note**

**Patient ID:**[KS1.1]
Michael M Cummins
01614423[KS1.2]

**Date of Service:**[KS1.1] **2/11/2018**[KS1.2]

**Problem based Assessment & Plan**

Michael M Cummins is a 47 y.o., smoker w/ h/o HTN[KS1.1],[KS1.3] admitted[KS1.1] 2/10[KS1.3] for Acute R[KS1.1]ML and R[KS1.3]LL PE.

**RLL PE**. 1st episode. Unprovoked.[KS1.1] Started on IV heparin and transitioning to NOAC per patient request but per RNCC it is not covered by his insurance so asked pharmacy to start lovenox bridge with coumadin and

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/11/2018 8:48 AM (continued)

updated patient. Having a lot of pain, ordered some ibuprofen since this can help with pulm infarction pain despite not recommended with warfarin. Continue dilaudid prn and RN to assess for response to K-Pad or ice. Duplex reportedly + for DVT to just above knee on the right side. CT scan ordered to eval for underlying malignancy but due to AKI have held off until renal function improved.

**Acute Respiratory failure with hypoxia:** Due to PE - encourage IS to improve lung function.[KS1.3]

**AKI.**[KS1.1] Worsened overnight to 2.02, received contrast for CTA, continue IVF and trend in am. Echo obtained and no signs of CHF so should tolerate the IVF.[KS1.3]

**HTN**[KS1.1]: On lisinopril, propranolol and hydrochlorothiazide at baseline, these have been held due to AKI and hypotension except 1/2 his home dose propranolol with holding parameters.

**Anxiety:** Takes xanax at home TWICE DAILY, has been reordered for admission

**Chronic Skin infection:** Patient on bactrim for chronic skin lesions that can become infected. Denies any severe infection at this time but has pimples on chest, back, flanks and buttocks that become boils quickly. Will hold off on bactrim for now due to AKI and resume when patient can tolerate.[KS1.3]

**Morbid obesity with BMI 41.84**[KS1.1] needs weight loss

**Smoker:** Patch ordered, needs to quit

**Constipation with h/o recent hemorroidectomy:** Well healed per patient, no bleeding issues, continue bowel regimen[KS1.3]

**Diet:**[KS1.1] Diet General[KS1.2]
**Activity:** as tolerated
**IVF**: NS at 1[KS1.1]00[KS1.3]/hr
**VTE Prophylaxis:** ☒ lovenox ☐ heparin ☐ SCD ☒ oral anticoagulation
**Code Status:**[KS1.1] Full Code[KS1.2]
**Consultants:**[KS1.1] RT, CM[KS1.3]
**Discharge planing:**[KS1.1] Likely home in 2-4 days[KS1.3]

**Attending:**[KS1.1] **Kathleen C Sullivan, MD**[KS1.2]

**Subjective:**

**Subjective**[KS1.1] Seen down in the CDU, wife at bedside. He states he has h/o knee surgery and chronic knee pain so is not very active, wife states he spends all his time in front of the TV. Has not worked in 2 years due to pain. Had his GB out last Nov and in Jan he had an 'ulcer' (anal fissure and hemorrhids) in his rectum repaired by Dr. Wilhite but denies this surgery making him less mobile. No recent long car trip or flight. His father has a h/o some sort of "blood clot" and is on blood thinners. He denies any h/o bleeding problems or previous clotting. Denies leg swelling, chest pain came on suddenly. Currently he feels it is better than it was at home but feels like a knife in his right side and takes his breath away if he coughs or moves.[KS1.3]

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/11/2018 8:48 AM (continued)

**24H Events/Chart review:** 47yo smoker with HTN and cholecystectomy in Nov 2017[KS1.1] and anal fissure/hemorroidectomy in Jan 2018[KS1.3], admitted 2/10 for chest pain x 2 days, radiates to sternum, right neck and shoulder/arm. + SOB. CTA showed[KS1.1] RML and[KS1.3] RLL PE and small pleural effusion[KS1.1] with signs of right heart strain[KS1.3].
-Having a lot of pain overnight, RTT called for hypoxia, improved with pain and anxiety meds[KS1.1], high O2 requirements[KS1.3]
-CT Abd/pelvis cancelled this am due to Cr inc[KS1.1]rease[KS1.3] to 2.0
-Afebrile, HR stable in 80s, BP fluctuating 89/50-155/29, on high flow O2
-CBC with WBC of 15.2, stable HCT
-BMP with inc cr to 2.0 from 1.3
-Trops (-)

Imaging:
-Venous duplex[KS1.1] + for DVT in LLE -> report pending[KS1.3]
-Echo[KS1.1]: stable[KS1.3]
-CT with PE: PE in RML and RLL pulm arteries + smaller distal defects

**Objective:**

**I andO**[KS1.1]

Intake/Output Summary (Last 24 hours) at 02/11/18 0856
Last data filed at 02/11/18 0600

| | Gross per 24 hour |
|---|---|
| Intake | 0 ml |
| Output | 1250 ml |
| **Net** | -1250 ml[KS1.2] |

**Weight**[KS1.1]
Wt Readings from Last 3 Encounters:
02/10/18 (!) 136.1 kg (300 lb)
01/08/18 (!) 134.3 kg (296 lb 1.2 oz)
11/06/17 (!) 135.1 kg (297 lb 13.5 oz)[KS1.2]

**Current medications**[KS1.1]
Current Facility-Administered Medications

| Medication | Dose |
|---|---|
| • acetaminophen (TYLENOL) tablet 650 mg | 650 mg |
| • ALPRAZolam (XANAX) tablet 1 mg | 1 mg |
| • apixaban (ELIQUIS) tablet 10 mg | 10 mg |

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/11/2018 8:48 AM (continued)

| | |
|---|---|
| • bisacodyl (DULCOLAX) suppository 10 mg | 10 mg |
| • calcium carbonate (TUMS) chewable tablet 1,000 mg | 1,000 mg |
| • docusate sodium (COLACE) capsule 100 mg | 100 mg |
| • hydroCHLOROthiazide (HYDRODIURIL) tablet 25 mg | 25 mg |
| • HYDROmorphone (DILAUDID) injection 0.5-1 mg | 0.5-1 mg |
| • HYDROmorphone (DILAUDID) injection 1 mg | 1 mg |
| • lisinopril (PRINIVIL,ZESTRIL) tablet 40 mg | 40 mg |
| • melatonin tablet 3 mg | 3 mg |
| • naloxone (NARCAN) injection 0.1 mg | 0.1 mg |
| • nicotine (NICODERM CQ) 21 mg/24 hr 21 mg | 21 mg |
| • NS continuous infusion | |
| • ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg | 4 mg |
| • ondansetron PF (ZOFRAN) 4 mg/2 mL injection 4 mg | 4 mg |
| • polyethylene glycol (MIRALAX) oral powder 17 g | 17 g |
| • prochlorperazine (COMPAZINE) injection 5 mg | 5 mg |
| • prochlorperazine (COMPAZINE) tablet 5 mg | 5 mg |
| • propranolol (INDERAL) tablet 40 mg | 40 mg |

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/11/2018 8:48 AM (continued)

| | |
|---|---|
| • senna-docusate (PERICOLACE) 8.6-50 mg per tablet 1 tablet | 1 tablet |
| • sodium chloride (NS) 0.9 % flush 3-10 mL | 3-10 mL[KS1.2] |

**Physical Examination:**

**Vital signs:[KS1.1] Temp: [35.9 °C (96.6 °F)-36.7 °C (98.1 °F)] 36.6 °C (97.9 °F)**
**Heart Rate: [69-87] 78**
**Resp: [17-27] 23**
**BP: (89-155)/(50-129) 89/50**
**FiO2 (%): [30 %-40 %] 30 %[KS1.2]**

**O/E:**
General:[KS1.1] alert, anxious, c/o pain in right chest/abdomen[KS1.3]
Chest:[KS1.1] Req[KS1.3]
Heart:[KS1.1] Sinus tach,[KS1.3] no murmurs heard
Abdomen: soft,[KS1.1] ND, +BS, tender in RUQ but no murphy sign[KS1.3]
Extremities: + pulses,[KS1.1] no calf tenderness, no pitting edema[KS1.3]
CNS: grossly normal-non focal
HEENT-[KS1.1] PERRLA, EOMI,[KS1.3] no pallor
Psychiatry- AAO*3[KS1.1], anxious[KS1.3]

**Hematology Labs[KS1.1]**

Recent Labs

| | 02/10/18 1524 | 02/11/18 0525 |
|---|---|---|
| WBC | 14.4* | 15.2* |
| HGB | 13.9 | 12.6* |
| HCT | 39.2 | 37.1* |
| PLTCT | 204 | 204 |
| MCV | 89.5 | 90.9 |
| RDW | 13.6 | 14.2 |
| NEUTPERCENT | 73.1 | -- |
| PCTIMMGRAN | 0.3 | -- |
| MONOPERCENT | 13.8 | -- |
| EOSPERCENT | 1.5 | -- |
| BASOPERCENT | 0.3 | -- |

Recent Labs

| | 02/10/18 1524 | 02/11/18 0525 |
|---|---|---|
| NA | 137 | 137 |
| K | 3.5 | 3.9 |
| CL | 102 | 103 |
| GLUC | 88 | 125* |

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/11/2018 8:48 AM (continued)

| | | |
|---|---|---|
| CO2 | 23 | 23 |
| ANIONGAP | 12 | 11 |
| BUN | 25* | 31* |
| CREAT | 1.31* | 2.02* |
| CALCIUM | 9.0 | 8.3* |
| GFRBLACK | 74 | 44* |
| GFRNONBL | 64 | 38* |

Recent Labs

| | 02/10/18 1524 |
|---|---|
| TOTALPROTEIN | 7.1 |
| ALBUMIN | 3.6 |
| GLOBULIN | 3.5 |
| BILITOT | 0.8 |
| ALKPHOS | 83 |
| AST | 25 |
| ALT | 45 |

Recent Labs

| | 02/10/18 1524 | 02/10/18 1917 |
|---|---|---|
| TROPONINI | 0.010 | <0.010 |

Lab Results

| Component | Value | Date |
|---|---|---|
| BNP2 | 59 | 02/10/2018 |

No results for input(s): INR, PROTIME in the last 168 hours.

Lab Results

| Component | Value | Date |
|---|---|---|
| DDIMERQUANT | 1.51 (H) | 02/10/2018 |

**Recent Labs**

| Lab | 02/11/18 0525 |
|---|---|
| CHOL | 167 |
| HDL | 32* |
| TRIG | 163*[KS1.2] |

Medications/ Labs/Imaging Studies/EKG reviewed

Time spent:[KS1.1] 35[KS1.3] minutes spent in the direct care of this patient with > 50% of the time spent counseling, reviewing the medical chart, and discussing plan with patient and care team.

**Signed:**[KS1.1]
Kathleen C Sullivan, MD
2/11/2018

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/11/2018 8:48 AM (continued)

8:56 AM[KS1.2]

Electronically signed by Kathleen C Sullivan, MD at 2/11/2018 3:36 PM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | KS1.3 | 2/11/2018 3:36 PM | Kathleen C Sullivan, MD | Physician | Sign |
| | KS1.2 | 2/11/2018 8:56 AM | Kathleen C Sullivan, MD | Physician | |
| | KS1.1 | 2/11/2018 8:48 AM | Kathleen C Sullivan, MD | Physician | |

Progress Notes by Victor W Choi, RPH at 2/11/2018 11:59 AM

Author: Victor W Choi, RPH Service: Pharmacy Author Type: Pharmacist
Filed: 2/11/2018 12:00 PM Date of Service: 2/11/2018 11:59 AM Status: Signed
Editor: Victor W Choi, RPH (Pharmacist)

**ENOXAPARIN PER PHARMACY**

**Subjective/Objective:**
Michael M Cummins a 47 y.o. male being treated with enoxaparin for PE.

Wt Readings from Last 1 Encounters:
02/10/18 (!) 136.1 kg (300 lb)

| Date | Lab Time | Anti Xa | Dose Time | DOSE | INR | Warfarin Dose | Hct/Plt | CrCl (LMWH) | Bleeding | Drug Interaction | Rph |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/11 | | | 2000 | 140mg q12h | 1.4 | 10mg | 37.1/204 | 64 | | | VC |
| | | | | | | | | | | | |

**Assessment/Plan:**

Pt was on apixaban 10mg twice daily last dose around 8am this morning.
Will begin enoxaparin at 140mg subcutaneous q12h at 2000 tonight
Pharmacy to follow.

Victor Choi Rph[VC1.1]

Electronically signed by Victor W Choi, RPH at 2/11/2018 12:00 PM

Progress Notes - Additional Notes (continued)

Progress Notes by Victor W Choi, RPH at 2/11/2018 11:59 AM (continued)

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | VC1.1 | 2/11/2018 12:00 PM | Victor W Choi, RPH | Pharmacist | Sign |

Progress Notes by Victor W Choi, RPH at 2/11/2018 11:47 AM

Author: Victor W Choi, RPH Service: Pharmacy Author Type: Pharmacist
Filed: 2/11/2018 11:49 AM Date of Service: 2/11/2018 11:47 AM Status: Signed
Editor: Victor W Choi, RPH (Pharmacist)

**WARFARIN PER PHARMACY**

**Subjective/Objective:**
Michael M Cummins 47 y.o. male being treated with warfarin for PE.

Goal INR range: 2-3
Home Regimen: new start
History of CHF: no
Pregnancy Status: n/a

Allergies: Metronidazole and Morphine sulfate

| Date | INR | Dose | Bleeding | Hct/Plt | % eating | Drug Interactions | Albumin | CrCl (LMWH) | LFT's | Rph |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/11 | 1.4 | 10mg | | 37.1/204 | | Full dose lovenox | 3.6 | | WNL | VC |
| 2/12 | ( ) | | | | | | | | | |

**Assessment/Plan:**

Pt was started on iv heparin then was changed to apixaban. He had 2 doses of apixaban which probably attributed to high baseline INR of 1.4
See the table above for today's Warfarin dose.
Pharmacy will follow with daily PT/INR.

Victor Choi Rph[VC1.1]

Electronically signed by Victor W Choi, RPH at 2/11/2018 11:49 AM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | VC1.1 | 2/11/2018 11:49 AM | Victor W Choi, RPH | Pharmacist | Sign |

Discharge Instr - Appointments - Additional Notes

Discharge Instr - Appointments by Michelle M Zoller, RN at 2/14/2018 10:55 AM

## Discharge Instr - Appointments - Additional Notes (continued)

### Discharge Instr - Appointments by Michelle M Zoller, RN at 2/14/2018 10:55 AM (continued)

Author: Michelle M Zoller, RN    Service: (none)    Author Type: Care Manager
Filed: 2/14/2018 10:55 AM    Date of Service: 2/14/2018 10:55 AM    Status: Signed
Editor: Michelle M Zoller, RN (Care Manager)

Patient has appointment on 2/15 at 0950 at Regional infusion center 1255 Hilyard st. Eugene, OR 97401 541-335-2800

Electronically signed by Michelle M Zoller, RN at 2/14/2018 10:55 AM

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > [N/A] | 2/14/2018 10:55 AM | Michelle M Zoller, RN | Care Manager | Sign |

## Nursing Note - Additional Notes

### Nursing Note by Leadi Aminou, RN at 2/14/2018 11:51 AM

Author: Leadi Aminou, RN    Service: Nursing    Author Type: Registered Nurse
Filed: 2/14/2018 11:55 AM    Date of Service: 2/14/2018 11:51 AM    Status: Signed
Editor: Leadi Aminou, RN (Registered Nurse)

Education provided on Warfarin, the lab, the food regiment, and signs and symptoms of hypercoagulation and bleeding. Pt and wife verbalized understanding of warfarin education. Pt knows he will be going top the infusion center to have his PT/INR drawn day after discharge.[LA1.1]

Electronically signed by Leadi Aminou, RN at 2/14/2018 11:55 AM

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > LA1.1 | 2/14/2018 11:55 AM | Leadi Aminou, RN | Registered Nurse | Sign |

### Nursing Note by Jeremiah L Rosenkrance, RN at 2/12/2018 3:53 PM

Author: Jeremiah L Rosenkrance, RN    Service: (none)    Author Type: Registered Nurse
Filed: 2/12/2018 3:55 PM    Date of Service: 2/12/2018 3:53 PM    Status: Signed
Editor: Jeremiah L Rosenkrance, RN (Registered Nurse)

Spoke with RNCC about organizing sleep study. Per RNCC, Dr. Christon follows sleeps study. Will text page physician "SW - Do you want Dr. Christon - Oregon Lung specialists to follow sleep study?"[JR1.1]

Electronically signed by Jeremiah L Rosenkrance, RN at 2/12/2018 3:55 PM

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > JR1.1 | 2/12/2018 3:55 PM | Jeremiah L Rosenkrance, RN | Registered Nurse | Sign |

### Nursing Note by John S Pederzolli, RN at 2/12/2018 2:45 AM

## Nursing Note - Additional Notes (continued)

### Nursing Note by John S Pederzolli, RN at 2/12/2018 2:45 AM (continued)

Author: John S Pederzolli, RN Service: (none) Author Type: Registered Nurse
Filed: 2/12/2018 2:58 AM Date of Service: 2/12/2018 2:45 AM Status: Signed
Editor: John S Pederzolli, RN (Registered Nurse)

Pt awoke with RR 36/minute. Pt was anxious and c/o pain 10/10 in RL chest. RT called for support. RRT nurse called to inform. Pt had an episode such as this last HS. A ll other VSS stable. 1mg diluadid administered. 4mg Zofran administered. Pt stated improvement. RR 20. Crackles/diminished on auscultation per RT. Incentive Spirometer given to pt. MD notified. Continue to monitor and update with changes. -[JP1.1] John S Pederzolli[JP1.2]

Electronically signed by John S Pederzolli, RN at 2/12/2018 2:58 AM

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > JP1.2 | 2/12/2018 2:58 AM | John S Pederzolli, RN | Registered Nurse | Sign |
| JP1.1 | 2/12/2018 2:45 AM | John S Pederzolli, RN | Registered Nurse | |

### Nursing Note by Shannon R Smith, RN at 2/11/2018 3:10 PM

Author: Shannon R Smith, RN Service: Orthopedics Author Type: Registered Nurse
Filed: 2/11/2018 3:24 PM Date of Service: 2/11/2018 3:10 PM Status: Signed
Editor: Shannon R Smith, RN (Registered Nurse)

Patient awake from nap and very painful on right chest area. Very tender to touch. VS stable. Patient given pain medications. MD paged and she[SS1.1] suggested ice/heat to right chest. K-pad was requested from distribution. Patient states pain is 8/10, a little improved and is breathing easier at this time.[SS1.2]

Electronically signed by Shannon R Smith, RN at 2/11/2018 3:24 PM

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > SS1.2 | 2/11/2018 3:24 PM | Shannon R Smith, RN | Registered Nurse | Sign |
| SS1.1 | 2/11/2018 3:19 PM | Shannon R Smith, RN | Registered Nurse | |

### Nursing Note by Caitlin A Starr, RN at 2/11/2018 4:35 AM

Author: Caitlin A Starr, RN Service: Nursing Author Type: Registered Nurse
Filed: 2/11/2018 4:48 AM Date of Service: 2/11/2018 4:35 AM Status: Addendum
Editor: Caitlin A Starr, RN (Registered Nurse)

0125 - Checked in on patient. Pt was sitting in bed, NAD, requesting pain medication.
0130 Returned to pts room, pt was sitting straight up in bed, taking shallow rapid breaths RR 40's. Grunting/gasping and appeared extremely distressed. Sats were 84-86 on room air. Pt placed on 10L simple mask
0133 - RRT called
0135 - RRT RN at bedside. Pt unable to tolerate simple mask, this RN held simple mask in front of pt's face to provide supplemental oxygen. Pt was then placed on 3L NC with sats returning to 92-95%.[CS1.1]
Per RRT, pt had ABG, CXR and HFNC.
0149 - Pt was given xanax per MAR.

## Nursing Note - Additional Notes (continued)

**Nursing Note by Caitlin A Starr, RN at 2/11/2018 4:35 AM (continued)**

0205 - Barasa, MD at bedside.
0215 - Pt medicated with dilaudid per MAR.[CS1.2]
0220 - Pt reports feeling better and breathing easier on HFNC.[CS1.3]
0225 - New orders received from Barasa, MD. Will continue to monitor.[CS1.2]

Electronically signed by Caitlin A Starr, RN at 2/11/2018 4:45 AM
Electronically signed by Caitlin A Starr, RN at 2/11/2018 4:45 AM
Electronically signed by Caitlin A Starr, RN at 2/11/2018 4:48 AM

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > [N/A] | 2/11/2018 4:48 AM | Caitlin A Starr, RN | Registered Nurse | Addend |
| [N/A] | 2/11/2018 4:45 AM | Caitlin A Starr, RN | Registered Nurse | Addend |
| CS1.3 | 2/11/2018 4:45 AM | Caitlin A Starr, RN | Registered Nurse | Sign |
| CS1.2 | 2/11/2018 4:43 AM | Caitlin A Starr, RN | Registered Nurse | |
| CS1.1 | 2/11/2018 4:35 AM | Caitlin A Starr, RN | Registered Nurse | |

## IP Care Management - Additional Notes

**IP Care Management by Michelle M Zoller, RN at 2/13/2018 11:38 AM**

Author: Michelle M Zoller, RN Service: Care Management Author Type: Care Manager
Filed: 2/14/2018 11:25 AM Date of Service: 2/13/2018 11:38 AM Status: Addendum
Editor: Michelle M Zoller, RN (Care Manager)

Care Management Update

Care Manager: Michelle Zoller RNCC 541-222-5889

Update: Discussed patient in IDR, per PCN Jerimiah patient did not desat on sleep study waiting for MD to evaluate overnight pulse oximetry study. I anticipate patient will discharge home today. No further RNCC needs.[MZ1.1] PCN Leadi stated patient has received coumadin teaching and handouts.[MZ1.2]

**Update:Patient has appointment with RIC on 2/15 at 0950 for RIC to assume coumadin bridging appointment arranged with Barbra and RIC lead and placed in AVS.**[MZ1.3]

Electronically signed by Michelle M Zoller, RN at 2/13/2018 11:41 AM
Electronically signed by Michelle M Zoller, RN at 2/14/2018 11:17 AM
Electronically signed by Michelle M Zoller, RN at 2/14/2018 11:25 AM

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > MZ1.2 | 2/14/2018 11:25 AM | Michelle M Zoller, RN | Care Manager | Addend |
| MZ1.3 | 2/14/2018 11:17 AM | Michelle M Zoller, RN | Care Manager | Addend |
| MZ1.1 | 2/13/2018 11:41 AM | Michelle M Zoller, RN | Care Manager | Sign |

**IP Care Management by Michelle M Zoller, RN at 2/12/2018 3:44 PM**

**IP Care Management - Additional Notes (continued)**

**IP Care Management by Michelle M Zoller, RN at 2/12/2018 3:44 PM (continued)**

Author: Michelle M Zoller, RN Service: Care Management Author Type: Care Manager
Filed: 2/12/2018 3:49 PM Date of Service: 2/12/2018 3:44 PM Status: Signed
Editor: Michelle M Zoller, RN (Care Manager)

Care Management Update

Care Manager: Michelle Zoller RNCC 541-222-5889

Update: Discussed patient in IDR, PCN Jeremiah stated patient has been having some sort of anxiety type attack at 0400 each day, they think it may be undiagnosed sleep apnea, will ask for overnight sleep study, overnight pulse oxygen study or have pulmonologist follow for sleep study.[MZ1.1]

Electronically signed by Michelle M Zoller, RN at 2/12/2018 3:49 PM

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > MZ1.1 | 2/12/2018 3:49 PM | Michelle M Zoller, RN | Care Manager | Sign |

**IP Care Management by Janet S Welch, RN at 2/11/2018 2:09 PM**

Author: Janet S Welch, RN Service: (none) Author Type: Care Manager
Filed: 2/11/2018 3:10 PM Date of Service: 2/11/2018 2:09 PM Status: Signed
Editor: Janet S Welch, RN (Care Manager)

2/11/18 RNCC Note: Jan Welch, RNCC 541-222-5889

Patient admitted with new PE[JW1.1] and is currently requiring high flow O2.[JW1.2] He has Trillium insurance and[JW1.1] a NOAC agent would require pre-authorization with a compelling reason why he cannot take Couamdin. He d[JW1.2]oes not have high risk factors for being noncompliant with Coumadin. He will start Coumadin and need bridging at discharge. Bridging orders obtained, faxed to the RIC. RNCC will follow to coordinate transition of care/follow-up appointment.[JW1.1]

Electronically signed by Janet S Welch, RN at 2/11/2018 3:10 PM

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > JW1.2 | 2/11/2018 3:10 PM | Janet S Welch, RN | Care Manager | Sign |
| JW1.1 | 2/11/2018 2:09 PM | Janet S Welch, RN | Care Manager | |

## Surgery Documentation

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

## Anesthesia Documentation

| | | |
|---|---|---|
| **Peacehealth** | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1201122593 |

## All Results

### ECG - Results

Resulted: 02/10/18 2220, Result status: Edited Result - FINAL

**EKG 12-lead Chest pain [134111168]**

Ordering provider: Jesse E Ennis, PA 02/10/18 2143 Order status: Completed
Resulting lab: MUSE
Narrative:
Normal sinus rhythm
Normal ECG
When compared with ECG of 10-FEB-2018 14:14,
No significant change was found
ECG was amended to attach the order. No changes to interpretation were made.
Reconfirmed by GUNDRY M.D., JOHN (22559), editor POSCH, JOANY (36397) on 2/10/2018 10:20:40 PM

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VENTRICULAR RATE EKG/MIN | 87 | BPM | | |
| ATRIAL RATE | 87 | BPM | | |
| PR-INTERVAL (MSEC) | 150 | ms | | |
| QRS-INTERVAL (MSEC) | 96 | ms | | |
| QT-INTERVAL (MSEC) | 370 | ms | | |
| QTc | 445 | ms | | |
| P Axis | 44 | degrees | | |
| R AXIS | 67 | degrees | | |
| T AXIS | 24 | degrees | | |
| ST at J Point | -5^4^-44^-10^-69^-35^-20^-20^9^0^-5^9 | uV | | |
| ST at Mid ST | 24^29^14^63^53^58^39^24^4^-30^9^19 | uV | | |
| ST at End ST | 83^43^0^161^117^136^107^73^-40^-64^63^4 | uV | | |
| Maximum ST Area | 83^43^14^161^117^136^107^73^9^0^63^19 | uV | | |
| Minimum ST Area | -5^4^-44^-10^-69^-35^-20^-20^4^-30^-5^9 | uV | | |

Resulted: 02/10/18 2057, Result status: Final result

**EKG 12-lead History of cardiac diagnosis [134095258]**

Ordering provider: Saroj Shrestha, MD 02/10/18 1407 Order status: Completed
Resulting lab: MUSE

## ECG - Results (continued)

Resulted: 02/10/18 2057, Result status: Final result

**EKG 12-lead History of cardiac diagnosis [134095258] (continued)**

Narrative:
Normal sinus rhythm
Normal ECG
When compared with ECG of 17-JUL-2017 21:04,
No significant change was found
Confirmed by GUNDRY M.D., JOHN (22559) on 2/10/2018 8:57:39 PM

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VENTRICULAR RATE EKG/MIN | 71 | BPM | | |
| ATRIAL RATE | 71 | BPM | | |
| PR-INTERVAL (MSEC) | 164 | ms | | |
| QRS-INTERVAL (MSEC) | 104 | ms | | |
| QT-INTERVAL (MSEC) | 396 | ms | | |
| QTc | 430 | ms | | |
| P Axis | 36 | degrees | | |
| R AXIS | 35 | degrees | | |
| T AXIS | 29 | degrees | | |
| ST at J Point | 0^34^0^9^4^9^4^14^34^-20^-15^34 | uV | | |
| ST at Mid ST | 58^43^29^161^112^102^92^48^-15^-54^39^14 | uV | | |
| ST at End ST | 107^73^14^283^234^200^180^87^-35^-93^73^19 | uV | | |
| Maximum ST Area | 107^73^29^283^234^200^180^87^34^-20^73^34 | uV | | |
| Minimum ST Area | 0^34^0^9^4^9^4^14^-15^-54^-15^14 | uV | | |

## Echocardiography - Results

Resulted: 02/11/18 1117, Result status: Final result

**Echo complete per protocol [134123050]**

| | | | |
|---|---|---|---|
| Ordering provider: | Kathleen C Sullivan, MD 02/11/18 0858 | Order status: | Completed |
| Resulted by: | Manjunath Gopal Raju, MD | Performed: | 02/11/18 0914 - 02/11/18 1050 |
| Resulting lab: | XCELERA ENTERPRISE | | |

Narrative:

## Echocardiography - Results (continued)

Resulted: 02/11/18 1117, Result status: Final result

Echo complete per protocol [134123050] (continued)

Adult Echocardiogram 3311 RiverBend Drive
Springfield, OR 97477
(541) 222-7218

Name: CUMMINS, MICHAEL MStudy Date: 02/11/2018 09:51 AM BP: 89/50 mmHg
MRN: 01614423 Pt Location: RBMC ZONE6^CDUR^CDUR-40^RBMCHR: 84
DOB: Ordering MD: SULLIVAN, KATHLEEN Height: 71 in
Age: 47 yrs Referring MD: SULLIVAN, KATHLEEN C Weight: 300 lb
Gender: Male Performed By: Travis Obley, RDCS BSA: 2.5 m2 St
udy ID: 503331
Reason For Study: eval right heart strain from PE
History: Acute RLL Pulmonary embolism, s/p cholesystectomy, tobacco

Conclusions

The left ventricle is hyperdynamic.
Borderline right ventricular enlargement.
The right atrium is mildly dilated.
All four cardiac valves are normal in structure and function.
There is no prior echocardiogram noted for this patient.

Study Comments
2D transthoracic echocardiogram with color flow and Doppler.
The study was technically adequate with some images being suboptimal in quality.
There is no prior echocardiogram noted for this patient.
The patient was in normal sinus rhythm during the exam.

Left Ventricle
The left ventricle is normal in size. There is mild concentric left ventricular hypertrophy. The left ventricle is hyperdynamic. Left ventricular ejection fraction is 70% (+/- 5). Echo findings are not consistent with left ventricular outflow obstruction. There is normal diastolic function.

Right Ventricle
Borderline right ventricular enlargement. The right ventricular systolic function is normal. The tricuspid annular plane systolic excursion is 1.9 cm. A measurement of 1.6 cm or greater is consistent with normal right ventricular systolic function.

Atria
The left atrial size is normal. The left atrial volume indexed to BSA is calculated to be 36cc/m2. The right atrium is mildly dilated. There is no Doppler evidence for an interatrial shunt.

Mitral Valve
All four cardiac valves are normal in structure and function. The mitral valve is normal in structure and function. There is no mitral regurgitation noted.

## Echocardiography - Results (continued)

Resulted: 02/11/18 1117, Result status: Final result

Echo complete per protocol [134123050] (continued)

Aortic Valve
The aortic valve is not well visualized secondary to technical limitations. No evidence for aortic stenosis. No aortic regurgitation is present.

Tricuspid Valve
The tricuspid valve is normal in structure and function. The right ventricular systolic pressure could not be estimated.

Pulmonic Valve
The pulmonic valve is not well seen, but is grossly normal.

Great Vessels
The aortic root is normal size. The aortic arch is not well visualized secondary to technical limitations. The IVC appears to collapse at least 50% or more, but it is dilated in size which suggests elevated central venous pressures. The IVC has a measurement of 28 mm.

Pericardium / Pleura
There is no pericardial effusion. There is an incidental finding of a pericardial fat pad found in the pericardial space.

MMode/2D Measurements & Calculations

| | | | |
|---|---|---|---|
| IVSd: 1.4 cm | RVDd: 4.6 cm | FS: 56.7 % | Ao root diam: 3.7 cm |
| LVPWd: 1.3 cm | LVIDd: 4.9 cm | | |
| | LVIDs: 2.1 cm | LA dimension: 4.3 cm | |

| | | | |
|---|---|---|---|
| LVOT diam: 2.1 cm | LA vol: 86.9 ml | BMI: 41.8 kilograms/m2 | BSA(Haycock): 2.7 m2 |
| | LA vol index: 34.7 ml/m2 | | |

| | | | |
|---|---|---|---|
| Diastolic Pressure: 50.0 mmHg | Heart Rate: 84.0 BPM | Height (metric): 180.3 cm | RAP systole: 8.0 mmHg |

| | |
|---|---|
| Systolic Pressure: 89.0 mmHg | Weight (metric): 136.1 kg |

Time Measurements
MV dec time: 0.22 sec

Doppler Measurements & Calculations

| | | | |
|---|---|---|---|
| MV E max vel: 97.8 cm/sec | Lat Peak E' Vel: 11.6 cm/sec | Ao V2 max: 158.1 cm/sec | LV V1 max: 156.9 cm/sec |
| MV A max vel: 71.4 cm/sec | | Ao max PG: 10.0 mmHg | |
| MV E/A: 1.4 | | | |
| | AVA(V,D): 3.6 cm2 | | |

## Echocardiography - Results (continued)

Resulted: 02/11/18 1117, Result status: Final result

Echo complete per protocol [134123050] (continued)

PA V2 max:
118.4 cm/sec
PA max PG: 5.6 mmHg

WALL_START

WALL_ENDED

Interpreted by:Manjunath G Raju, MD on 02/11/2018 11:17 AM

## Imaging - Results

Resulted: 02/12/18 0741, Result status: Final result

X-ray Chest AP portable [134195192]

| | | | |
|---|---|---|---|
| Ordering provider: | Samson W Barasa, MD 02/12/18 0239 | Order status: | Completed |
| Resulted by: | David W Tsai, MD | Performed: | 02/12/18 0255 - 02/12/18 0337 |
| Resulting lab: | RAPC | | |
| Narrative: | | | |

CUMMINS, MICHAEL M
DOB: Age: 47 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: SAMSON BARASA MD Class: Inpatient
Date of Service: 02/12/2018 02:55 AM Accession #: 4195155
Outside Order Number: 101407971

XR Chest Bedside

IMPRESSION: No change in the appearance of right lower lobe infiltrate with associated pleural effusion

INDICATION:
GENDER/AGE: Male, 47 years
ORDER INDICATION: :
HISTORY PER PATIENT: dyspnea

TECHNIQUE: A single view of the chest was obtained.

COMPARISON: 2/11/2018

FINDINGS: Expiratory chest radiograph with bibasilar atelectasis. However there is more pronounced opacity involving the right lung base consistent with right lower lobe infiltrates. Blunting of the right costophrenic recess.

Imaging - Results (continued)

X-ray Chest AP portable [134195192] (continued) Resulted: 02/12/18 0741, Result status: Final result

DICTATED BY: David Tsai, M.D., on 2/12/2018 7:41 AM PST
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

End of Diagnostic report for accession: 4195155
Interpreted/Electronically Signed By: David Tsai, MD on 02/12/2018

XR CHEST 1V PORTABLE [134123034] Resulted: 02/11/18 0754, Result status: Final result

| | | | |
|---|---|---|---|
| Ordering provider: | Samson W Barasa, MD 02/11/18 0410 | Order status: | Completed |
| Resulted by: | David W Tsai, MD | Performed: | 02/11/18 0415 - 02/11/18 0429 |
| Resulting lab: | RAPC | | |
| Narrative: | | | |

CUMMINS, MICHAEL M
DOB: Age: 47 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: SAMSON BARASA MD Class: Inpatient
Date of Service: 02/11/2018 04:15 AM Accession #: 4194781
Outside Order Number: 101406946

XR Chest Bedside

IMPRESSION: Right lower lobe infiltrate.

INDICATION:
GENDER/AGE: Male, 47 years
ORDER INDICATION: :
HISTORY PER PATIENT: Shortness of breath

TECHNIQUE: A single view of the chest was obtained.

COMPARISON: 2/10/2018

FINDINGS: Right lower lobe infiltrate . Pulmonary venous redistribution. Expiratory chest radiograph with bibasilar atelectasis. Heart size is within normal limits

DICTATED BY: David Tsai, M.D., on 2/11/2018 7:54 AM PST
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

## Imaging - Results (continued)

**XR CHEST 1V PORTABLE [134123034] (continued)** — Resulted: 02/11/18 0754, Result status: Final result

End of Diagnostic report for accession: 4194781
Interpreted/Electronically Signed By: David Tsai, MD on 02/11/2018

**CTA Chest for Pulmonary Embolism [134095284]** — Resulted: 02/10/18 1756, Result status: Final result

| | | | |
|---|---|---|---|
| Ordering provider: | Jesse E Ennis, PA 02/10/18 1651 | Order status: | Completed |
| Resulted by: | Corey S Orton, MD | Performed: | 02/10/18 1710 - 02/10/18 1738 |
| Resulting lab: | RAPC | | |
| Narrative: | | | |

CUMMINS, MICHAEL M
DOB: Age: 47 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: JESSE ENNIS PA-C Class: Emergency
Date of Service: 02/10/2018 05:10 PM Accession #: 4194664
Outside Order Number: 101406567

CTA Chest for Pulmonary Embolism

IMPRESSION:
Suboptimal bolus; however, there is evidence of right lower lobe pulmonary embolus and potential segmental and subsegmental left lower lobe emboli. There are early findings of right heart strain.

Results were discussed with the referring provider at the time of dictation.

INDICATION:
GENDER/AGE: Male, 47 years
ORDER INDICATION: :
HISTORY PER PATIENT: SHORTNESS OF BREATH

TECHNIQUE: A digital scout radiograph was obtained. Prior to contrast administration, a non-contrast locator image is acquired in order to perform bolus tracking techniques. Multiple high resolution transverse CT angiographic images were obtained through the thorax using an angiographic technique following bolus administration of an IV contrast material. 3D and/or Multiplanar angiographic reconstructions were performed. The CT scanner utilized a dose reduction technique.

CONTRAST: 55 cc Isovue-370

COMPARISON: Radiograph same day

FINDINGS:

CHEST:

LUNGS: Groundglass opacity involving right greater than left lower lobe worrisome for developing infarction. Linear atelectasis involving right middle lobe and lingula.

## Imaging - Results (continued)

Resulted: 02/10/18 1756, Result status: Final result

CTA Chest for Pulmonary Embolism [134095284] (continued)

MEDIASTINUM: No abnormal masses or fluid collections.

THORACIC LYMPH NODE CHAINS:
Axillary/Supraclavicular/Internal mammary lymph nodes: No lymphadenopathy by size criteria.
Mediastinal lymph nodes and hilar lymph nodes: No lymphadenopathy by size criteria.

HEART: There is straightening of the interventricular septum with mild inversion of the right ventricle-left ventricle ratio.

PULMONARY ARTERY: Suboptimal opacification. There are definitive filling defect involving right lower lobe and right middle lobe pulmonary arteries. There are probable small filling defects involving the pulmonary artery supplying the left lower lobe.

PLEURAL SPACES: No pleural effusion or pneumothorax.

THYROID: Visualized thyroid is normal.

ESOPHAGUS: No gross abnormality, considering the constraints of this exam.

THORACOABDOMINAL AORTA: No aneurysm or dissection.

CHEST WALL: No abnormal masses or fluid collections.

VISUALIZED ABDOMEN:

ABDOMEN: left adrenal adenoma. Calcification likely from prior hemorrhage or infection.

BONES: No concerning bone lesions.

0

DICTATED BY: Corey S. Orton, M.D., on 2/10/2018 5:56 PM PST
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

End of Diagnostic report for accession: 4194664
Interpreted/Electronically Signed By: Corey S. Orton on 02/10/2018

Resulted: 02/10/18 1549, Result status: Final result

X-ray Chest PA and lateral [134095274]

| | | | |
|---|---|---|---|
| Ordering provider: | Jesse E Ennis, PA 02/10/18 1454 | Order status: | Completed |
| Resulted by: | Corey S Orton, MD | Performed: | 02/10/18 1530 - 02/10/18 1545 |
| Resulting lab: | RAPC | | |
| Narrative: | | | |

Imaging - Results (continued)

X-ray Chest PA and lateral [134095274] (continued) Resulted: 02/10/18 1549, Result status: Final result

CUMMINS, MICHAEL M
DOB: Age: 47 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: JESSE ENNIS PA-C Class: Emergency
Date of Service: 02/10/2018 03:30 PM Accession #: 4194609
Outside Order Number: 101406459

XR Chest 2 View

IMPRESSION: Pulmonary edema and small right pleural effusion

INDICATION:
GENDER/AGE: Male, 47 years
ORDER INDICATION: :
HISTORY PER PATIENT: SHORTNESS OF BREATH

TECHNIQUE: Two views of the chest were obtained.

COMPARISON: July 17, 2017

FINDINGS: Cardiomegaly noted. There is pulmonary vascular congestion. Interlobular septal thickening suggesting developing interstitial pulmonary edema. Small right pleural effusion

DICTATED BY: Corey S. Orton, M.D., on 2/10/2018 3:49 PM PST
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

End of Diagnostic report for accession: 4194609
Interpreted/Electronically Signed By: Corey S. Orton on 02/10/2018

X-ray Ribs Right 2 views [134095275] Resulted: 02/10/18 1546, Result status: Final result

| | | | |
|---|---|---|---|
| Ordering provider: | Jesse E Ennis, PA 02/10/18 1454 | Order status: | Completed |
| Resulted by: | Corey S Orton, MD | Performed: | 02/10/18 1535 - 02/10/18 1544 |
| Resulting lab: | RAPC | | |
| Narrative: | | | |

CUMMINS, MICHAEL M
DOB: Age: 47 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: JESSE ENNIS PA-C Class: Emergency
Date of Service: 02/10/2018 03:35 PM Accession #: 4194610
Outside Order Number: 101406460

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

## Imaging - Results (continued)

X-ray Ribs Right 2 views [134095275] (continued) — Resulted: 02/10/18 1546, Result status: Final result

XR Ribs Right

IMPRESSION: No displaced rib fractures

INDICATION:
Gender/age: 47 years, Male
Order indication: :
History per patient: SHORTNESS OF BREATH

TECHNIQUE: 3 or more views of the right ribs were obtained.

COMPARISON: July 17, 2017

FINDINGS: Small right pleural effusion and right lung base atelectasis. Heart is borderline in size.
No displaced rib fracture or osseous destruction is evident.

DICTATED BY: Corey S. Orton, M.D., on 2/10/2018 3:46 PM PST
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

End of Diagnostic report for accession: 4194610
Interpreted/Electronically Signed By: Corey S. Orton on 02/10/2018

## Lab - Results

Anti-phospholipid Panel, Coagulation Studies [134123024] (Abnormal) — Resulted: 02/16/18 0853, Result status: Final result

Ordering provider: Saroj Shrestha, MD 02/10/18 2153 Order status: Completed
Resulting lab: QUEST-SEATTLE
Narrative:
Performing Organization Information:
Site ID: EZ
Name: QUEST DIAGNOSTICS/NICHOLS SJC
Address: 33608 ORTEGA HWY SAN JUAN CAPISTRANO, CA 92675-2042
Director: JON NAKAMOTO, MD PHD

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cardiolipin Ab (IgG) | <14 | GPL | | QUEST-STL |

Comment:

< OR = 14 Negative
15-20 Indeterminate
21-80 Low to Medium Positive
>80 High Positive

Lab - Results (continued)

Anti-phospholipid Panel, Coagulation Studies [134123024] (Abnormal) (continued) Resulted: 02/16/18 0853, Result status: Final result

Greater than or equal to 40 GPL is a risk factor
for thrombosis and pregnancy loss.

For more information on this test, go to:

http://education.questdiagnostics.com/faq/FAQ109

| | | | |
|---|---|---|---|
| Cardiolipin Ab (IgM) | <12 | MPL | QUEST-STL |

Comment:

< OR = 12 Negative
13-20 Indeterminate
21-80 Low to Medium Positive
>80 High Positive

Greater than or equal to 40 MPL is a risk factor
for thrombosis and pregnancy loss.

For more information on this test, go to:

http://education.questdiagnostics.com/faq/FAQ109

| | | | |
|---|---|---|---|
| Cardiolipin Ab (IgA) | <11 | APL | QUEST-STL |

Comment:
Clinical Significance:
The Antiphospholipid Antibody Syndrome (APS) is a clinical pathologic correlation that includes a clinical event (e.g. thrombosis, pregnancy loss, thrombocytopenia) and persistent positive Antiphospholipid Antibodies (IgM or IgG ACA >40 MPL/GPL, IgM or IgG anti-B2GP1 antibodies, or a Lupus Anticoagulant). The IgA isotype has been implicated in smaller studies, but have not yet been incorporated into the APS criteria. International consensus guidelines suggest waiting at least 12 weeks before retesting to confirm antibody persistence. Reference J Thromb Haemost 2006: 4; 295.

< OR = 11 Negative
12-20 Indeterminate
21-80 Low to Medium Positive
>80 High Positive

For more information on this test, go to:

http://education.questdiagnostics.com/faq/FAQ109

| | | | |
|---|---|---|---|
| B2 Glycoprotein I (IgG) Ab | <9 | < OR = 20 SGU | QUEST-STL |

Comment:

For more information on this test, go to:

Lab - Results (continued)

Anti-phospholipid Panel, Coagulation Studies [134123024] (Abnormal) (continued) Resulted: 02/16/18 0853, Result status: Final result

http://education.questdiagnostics.com/faq/FAQ109

| | | | | |
|---|---|---|---|---|
| B2 Glycoprotein I (IgA) Ab | <9 | < OR = 20 SAU | | QUEST-STL |

Comment:

For more information on this test, go to:

http://education.questdiagnostics.com/faq/FAQ109

| | | | | |
|---|---|---|---|---|
| B2 Glycoprotein I (IgM )Ab | <9 | < OR = 20 SMU | | QUEST-STL |

Comment:
Clinical Significance:
The Antiphospholipid Antibody Syndrome (APS) is a clinical pathologic correlation that includes a clinical event (e.g. thrombosis, pregnancy loss, thrombocytopenia) and persistent positive Antiphospholipid Antibodies (IgM or IgG ACA >40 MPL/GPL, IgM or IgG anti-B2GP1 antibodies, or a Lupus Anticoagulant). The IgA isotype has been implicated in smaller studies, but have not yet been incorporated into the APS criteria. International consensus guidelines suggest waiting at least 12 weeks before retesting to confirm antibody persistence. Reference J Thromb Haemost 2006: 4; 295.

For more information on this test, go to:

http://education.questdiagnostics.com/faq/FAQ109

| | | | | |
|---|---|---|---|---|
| Lupus Anticoagulant | SEE NOTE | NOT DETECTED | | QUEST-STL |

Comment:
A Lupus Anticoagulant is detected since one of the two confirmatory tests is positive.

Lupus Anticoagulants (LA) may be associated with thrombotic events, recurrent abortion, or may be asymptomatic. A bleeding history requires other coagulopathies be excluded. Since LA may be transient, international consensus guidelines suggest waiting at least 12 weeks before retesting to confirm antibody persistence. (J Thromb Haemost 2006: 4; 295).

NOTE: Direct oral anticoagulant therapy may cause false positive results

This interpretation is based on the following test results:

| | | | | |
|---|---|---|---|---|
| PTT-LA Screen | 73 | < OR = 40 seconds | H | QUEST-STL |

Comment:
http://education.questdiagnostics.com/faq/LupusAnticoag

## Lab - Results (continued)

**Anti-phospholipid Panel, Coagulation Studies [134123024] (Abnormal) (continued)** Resulted: 02/16/18 0853, Result status: Final result

| | | | | |
|---|---|---|---|---|
| DRVVT Screen | 98 | < OR = 45 seconds | H | QUEST-STL |
| DRVVT Confirm | NEGATIVE | NEGATIVE | | QUEST-STL |
| Hexagonal Phase Confirm | POSITIVE | NEGATIVE | A | QUEST-STL |
| Thrombin Clotting Time | 20 | 13 - 19 sec | H | QUEST-STL |

**Protein S Activity [134123021]** Resulted: 02/15/18 2138, Result status: Final result

Ordering provider: Saroj Shrestha, MD 02/10/18 2153 Order status: Completed
Resulting lab: QUEST-SEATTLE
Narrative:
Performing Organization Information:
Site ID: EZ
Name: QUEST DIAGNOSTICS/NICHOLS SJC
Address: 33608 ORTEGA HWY SAN JUAN CAPISTRANO, CA 92675-2042
Director: JON NAKAMOTO, MD PHD

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Protein S, Activity | 97 | 70 - 150 % normal | | QUEST-STL |

Comment:

Decreased levels of Protein S activity may be found in patients with hereditary deficiency, warfarin therapy, vitamin k deficiency, liver disease, DIC, or recent thrombosis as well as after surgery. In addition, it may be physiologic in pregnancy. An elevated Protein S activity is not clinically significant. Only deficiencies are associated with an increased thrombotic risk.

**Prothrombin (Factor 2) Gene Mutation [134123023]** Resulted: 02/15/18 1651, Result status: Final result

Ordering provider: Saroj Shrestha, MD 02/10/18 2153 Order status: Completed
Resulting lab: QUEST-SEATTLE
Narrative:
Performing Organization Information:
Site ID: EZ
Name: QUEST DIAGNOSTICS/NICHOLS SJC
Address: 33608 ORTEGA HWY SAN JUAN CAPISTRANO, CA 92675-2042
Director: JON NAKAMOTO, MD PHD

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin (Factor II) 20210G>A Mutation | SEE NOTE | | | QUEST-STL |

Comment:
RESULT:
G20210A MUTATION NOT DETECTED

## Lab - Results (continued)

**Prothrombin (Factor 2) Gene Mutation [134123023] (continued)** — Resulted: 02/15/18 1651, Result status: Final result

INTERPRETATION:
This individual is negative (normal) for the G20210A mutation in the Prothrombin/Factor II gene. Increased risk of thrombophilia can be caused by a variety of genetic and non-genetic factors not screened for by this assay.

Laboratory testing supervised and results monitored by Arlene M. Buller-Burckle, Ph.D., DABMG, HCLD, CGMB.

The G20210A mutation (AF478696.1: g.21538G>A (c.*97G>A)) in the Prothrombin/Factor II gene is the second most common inherited risk factor for thrombosis occurring in approximately 2% of Caucasians. Presence of the mutation is associated with an elevation of prothrombin levels to about 30% above normal in heterozygotes and to 70% above normal in homozygotes. The G20210A mutation is detected by amplification of the selected region of Factor II gene by polymerase chain reaction (PCR) and fluorescent probe hybridization to the targeted region, followed by melting curve analysis with
a real time PCR system. Although rare,
false positive or false negative results may occur. All results should be interpreted in context of clinical findings, relevant history, and other laboratory data.

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute San Juan Capistrano. It has not been cleared or approved by FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

Health care providers, please contact your local Quest Diagnostics' genetic counselor or call 1-866-GENEINFO (866-436-3463) for assistance with interpretation of these results.

**Protein C Activity [134123020]** — Resulted: 02/15/18 1445, Result status: Final result

Ordering provider: Saroj Shrestha, MD 02/10/18 2153 Order status: Completed
Resulting lab: QUEST-SEATTLE
Narrative:
Performing Organization Information:
Site ID: EZ
Name: QUEST DIAGNOSTICS/NICHOLS SJC
Address: 33608 ORTEGA HWY SAN JUAN CAPISTRANO, CA 92675-2042
Director: JON NAKAMOTO, MD PHD

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|

Lab - Results (continued)

Resulted: 02/15/18 1445, Result status: Final result

**Protein C Activity [134123020] (continued)**

| | | | | |
|---|---|---|---|---|
| Protein C Activity | 108 | 70 - 180 % normal | | QUEST-STL |

Comment:

Decreased levels of protein C activity may be found in hereditary deficiency, treatment with oral anticoagulants, liver disease, D.I.C. and post surgery. An elevated protein C activity is not clinically significant. Only deficiencies are associated with an increased thrombotic risk. However, anti-thrombin or oral anti-Xa medications may cause false elevations.

Resulted: 02/15/18 0045, Result status: Final result

**Antithrombin Activity (ATIII) [134123019]**

Ordering provider: Saroj Shrestha, MD 02/10/18 2153 Order status: Completed
Resulting lab: QUEST-SEATTLE
Narrative:
Performing Organization Information:
Site ID: EZ
Name: QUEST DIAGNOSTICS/NICHOLS SJC
Address: 33608 ORTEGA HWY SAN JUAN CAPISTRANO, CA 92675-2042
Director: JON NAKAMOTO, MD PHD

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Antithrombin III Activity | 116 | 80 - 120 % normal | | QUEST-STL |

Comment:

The major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy, and nephrotic range proteinuria. An elevated ATIII is not clinically significant.

Resulted: 02/14/18 2113, Result status: Final result

**Activated Protein C Resistance [134123022] (Abnormal)**

Ordering provider: Saroj Shrestha, MD 02/10/18 2153 Order status: Completed
Resulting lab: QUEST-SEATTLE
Narrative:
Performing Organization Information:
Site ID: EZ
Name: QUEST DIAGNOSTICS/NICHOLS SJC
Address: 33608 ORTEGA HWY SAN JUAN CAPISTRANO, CA 92675-2042
Director: JON NAKAMOTO, MD PHD

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Activated Protein C Resistance | 1.6 | > OR = 2.1 ratio | L | QUEST-STL |

Comment:

## Lab - Results (continued)

Resulted: 02/14/18 2113, Result status: Final result

**Activated Protein C Resistance [134123022] (Abnormal) (continued)**

Ratios > OR = 2.1: Negative for the Factor V Leiden phenotype.

Ratios <2.1: A decreased APC-R is the phenotype for Factor V Leiden. The Factor V Leiden R506Q gene mutation analysis is suggested for confirmation.

Resulted: 02/14/18 0822, Result status: Final result

**Prothrombin Time [134195231] (Abnormal)**

Ordering provider: Kathleen C Sullivan, MD 02/14/18 0100
Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 21.0 | 12.4 - 14.5 sec | H | PHLab 100 |
| INR | 1.7 | 0.9 - 1.1 | H | PHLab 100 |

Comment:
Recommended range for oral anticoagulant rx. INR Range
DVT, PE, Atrial fib 2.0-3.0
Bioprosthetic valve, St.Jude valve aortic position 2.0-3.0
Most mechanical heart valves 2.5-3.5
Ref: Chest 2012;141;141(2_suppl):7S-47S

Resulted: 02/13/18 1137, Result status: Final result

**Alpha Fetoprotein (Tumor) [134123018]**

Ordering provider: Saroj Shrestha, MD 02/10/18 2153
Order status: Completed
Resulting lab: QUEST-SEATTLE
Narrative:
Performing Organization Information:
Site ID: NW
Name: QUEST DIAGNOSTICS-SEATTLE
Address: 1737 AIRPORT WAY, S. SUITE 200 SEATTLE, WA 98134-1636
Director: ROGER W GRAHAM,MD

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| AFP, Tumor Marker | 3.6 | <6.1 ng/mL | | QUEST-STL |

Comment:

This test was performed using the Beckman Coulter chemiluminescent method. Values obtained from different assay methods cannot be used interchangeably. AFP levels, regardless of value, should not be interpreted as absolute evidence of the presence or absence of disease.

| | | |
|---|---|---|
| **Peacehealth** | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1201122593 |

Lab - Results (continued)

Resulted: 02/13/18 1137, Result status: Final result

Alpha Fetoprotein (Tumor) [134123018] (continued)

Resulted: 02/13/18 1112, Result status: Final result

Carcinoembryonic Antigen (CEA) [134111183]

Ordering provider: Saroj Shrestha, MD 02/10/18 2153 Order status: Completed
Resulting lab: QUEST-SEATTLE
Narrative:
Performing Organization Information:
Site ID: NW
Name: QUEST DIAGNOSTICS-SEATTLE
Address: 1737 AIRPORT WAY, S. SUITE 200 SEATTLE, WA 98134-1636
Director: ROGER W GRAHAM,MD

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CEA | 0.7 | ng/mL | | QUEST-STL |

Comment:
Non-Smoker: <2.5
Smoker: <5.0

This test was performed using the Siemens chemiluminescent method. Values obtained from different assay methods cannot be used interchangeably. CEA levels, regardless of value, should not be interpreted as absolute evidence of the presence or absence of disease.

Resulted: 02/13/18 0735, Result status: Final result

Prothrombin Time [134195213] (Abnormal)

Ordering provider: Kathleen C Sullivan, MD 02/13/18 0100 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 19.9 | 12.4 - 14.5 sec | H | PHLab 100 |
| INR | 1.6 | 0.9 - 1.1 | H | PHLab 100 |

Comment:
Recommended range for oral anticoagulant rx. INR Range
DVT, PE, Atrial fib 2.0-3.0
Bioprosthetic valve, St.Jude valve aortic position 2.0-3.0
Most mechanical heart valves 2.5-3.5
Ref: Chest 2012;141;141(2_suppl):7S-47S

Resulted: 02/13/18 0735, Result status: Final result

Lactic Acid [134195214] (Normal)

Ordering provider: Kathleen C Sullivan, MD 02/13/18 Order status: Completed

## Lab - Results (continued)

Resulted: 02/13/18 0735, Result status: Final result

**Lactic Acid [134195214] (Normal) (continued)**

0100
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lactate | 0.8 | 0.5 - 2.0 mmol/L | | PHLab 100 |

Resulted: 02/13/18 0731, Result status: Final result

**Basic Metabolic Panel [134195216] (Abnormal)**

Ordering provider: Kathleen C Sullivan, MD 02/13/18 0100 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 136 | 135 - 145 mmol/L | | PHLab 100 |
| Potassium | 3.4 | 3.5 - 5.2 mmol/L | L | PHLab 100 |
| Chloride | 105 | 95 - 109 mmol/L | | PHLab 100 |
| CO2 | 23 | 22 - 32 mmol/L | | PHLab 100 |
| Anion Gap | 8 | 3 - 12 mmol/L | | PHLab 100 |
| Glucose | 121 | 70 - 99 mg/dL | H | PHLab 100 |
| BUN | 21 | 6 - 20 mg/dL | H | PHLab 100 |
| Creatinine | 1.09 | 0.61 - 1.24 mg/dL | | PHLab 100 |
| GFR Non-Black (CKD-EPI) | 80 | >=60 mL/min/1.73m2 | | PHLab 100 |
| GFR Black (CKD-EPI) | 93 | >=60 mL/min/1.73m2 | | PHLab 100 |
| Calcium | 8.3 | 8.6 - 10.2 mg/dL | L | PHLab 100 |

Resulted: 02/13/18 0722, Result status: Final result

**Complete Blood Count, No Differential [134195215]**

Ordering provider: Kathleen C Sullivan, MD 02/13/18 0100 Order status: Completed

Narrative:
The following orders were created for panel order Complete Blood Count, No Differential.

| Procedure | Abnormality | Status |
|---|---|---|
| Complete Blood Count, No...[134195218] | Abnormal | Final result |

Please view results for these tests on the individual orders.

Resulted: 02/13/18 0722, Result status: Final result

**Complete Blood Count, No Differential [134195218] (Abnormal)**

Ordering provider: Kathleen C Sullivan, MD 02/13/18 0704 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

## Lab - Results (continued)

**Complete Blood Count, No Differential [134195218] (Abnormal) (continued)** Resulted: 02/13/18 0722, Result status: Final result

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 13.6 | 4.0 - 11.0 K/uL | H | PHLab 100 |
| RBC | 3.69 | 4.31 - 5.77 M/uL | L | PHLab 100 |
| HGB | 11.4 | 13.2 - 17.5 g/dL | L | PHLab 100 |
| HCT | 33.1 | 38.9 - 49.9 % | L | PHLab 100 |
| MCV | 89.7 | 80.0 - 100.0 fL | | PHLab 100 |
| MCH | 30.9 | 27.8 - 33.8 pg | | PHLab 100 |
| MCHC | 34.4 | 31.5 - 36.5 g/dL | | PHLab 100 |
| RDW | 14.0 | 11.5 - 14.2 % | | PHLab 100 |
| Platelets | 226 | 150 - 400 K/uL | | PHLab 100 |
| MPV | 9.7 | 8.5 - 12.4 fL | | PHLab 100 |

**Procalcitonin [134195200] (Abnormal)** Resulted: 02/12/18 1023, Result status: Final result

Ordering provider: Kathleen C Sullivan, MD 02/12/18 0829 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Procalcitonin | 0.31 | <0.10 ng/mL | H | PHLab 100 |

Comment:

PROCALCITONIN:
Bacterial Infection/Systemic Inflammatory/Sepsis*
<0.25 ng/mL: Significant bacterial infection unlikely;
< 0.5 ng/mL: Low risk of severe sepsis and/or septic shock;
0.25-2.0 ng/mL: Consistent with localized mild to moderate bacterial infection or noninfectious systemic inflammatory response;
>2.0 ng/mL: High risk of severe sepsis and/or septic shock

Lower Respiratory Tract Infections*
<0.1 ng/mL: Indicates absence of bacterial infection. Use of antibiotics strongly discouraged, even in the presence of impaired pulmonary reserve in AECOP.
0.10 - 0.25 ng/mL: Bacterial infection unlikely. Use of antibiotics is discouraged.
0.26 - 0.5 ng/mL: Bacterial infection is possible. Recommend to initiate antimicrobial therapy.
>0.5 ng/mL: Suggests the presence of bacterial infection. Antibiotic treatment strongly recommended.

*In certain situations (newborns, polytrauma, burns, major surgery, prolonged or severe cardiogenic shock, etc.) PCT elevation may be independent of any infectious aggression.

**Comprehensive Metabolic Panel [134195189] (Abnormal)** Resulted: 02/12/18 0550, Result status: Final result

Ordering provider: Kathleen C Sullivan, MD 02/12/18 0100 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

## Lab - Results (continued)

**Comprehensive Metabolic Panel [134195189] (Abnormal) (continued)** Resulted: 02/12/18 0550, Result status: Final result

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 136 | 135 - 145 mmol/L | | PHLab 100 |
| Potassium | 3.7 | 3.5 - 5.2 mmol/L | | PHLab 100 |
| Chloride | 101 | 95 - 109 mmol/L | | PHLab 100 |
| CO2 | 23 | 22 - 32 mmol/L | | PHLab 100 |
| Anion Gap | 12 | 3 - 12 mmol/L | | PHLab 100 |
| Glucose | 118 | 70 - 99 mg/dL | H | PHLab 100 |
| BUN | 26 | 6 - 20 mg/dL | H | PHLab 100 |
| Creatinine | 1.26 | 0.61 - 1.24 mg/dL | H | PHLab 100 |
| GFR Non-Black (CKD-EPI) | 67 | >=60 mL/min/1.73m2 | | PHLab 100 |
| GFR Black (CKD-EPI) | 78 | >=60 mL/min/1.73m2 | | PHLab 100 |
| Protein, Total | 6.8 | 6.2 - 8.4 g/dL | | PHLab 100 |
| Albumin | 3.1 | 3.5 - 5.0 g/dL | L | PHLab 100 |
| Globulin | 3.7 | 2.2 - 3.5 g/dL | H | PHLab 100 |
| Calcium | 8.5 | 8.6 - 10.2 mg/dL | L | PHLab 100 |
| Bilirubin, Total | 0.9 | 0.1 - 1.2 mg/dL | | PHLab 100 |
| Alkaline Phosphatase | 106 | 30 - 110 U/L | | PHLab 100 |
| ALT | 125 | 17 - 63 U/L | H | PHLab 100 |
| AST | 57 | 15 - 41 U/L | H | PHLab 100 |

**Magnesium [134195190] (Normal)** Resulted: 02/12/18 0550, Result status: Final result

Ordering provider: Kathleen C Sullivan, MD 02/12/18 0100 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Magnesium | 2.1 | 1.8 - 2.5 mg/dL | | PHLab 100 |

**Prothrombin Time [134195187] (Abnormal)** Resulted: 02/12/18 0547, Result status: Final result

Ordering provider: Kathleen C Sullivan, MD 02/12/18 0100 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 17.8 | 12.4 - 14.5 sec | H | PHLab 100 |
| INR | 1.4 | 0.9 - 1.1 | H | PHLab 100 |

Comment:

## Lab - Results (continued)

Resulted: 02/12/18 0547, Result status: Final result

**Prothrombin Time [134195187] (Abnormal) (continued)**

Recommended range for oral anticoagulant rx. INR Range
DVT, PE, Atrial fib 2.0-3.0
Bioprosthetic valve, St.Jude valve aortic position 2.0-3.0
Most mechanical heart valves 2.5-3.5
Ref: Chest 2012;141;141(2_suppl):7S-47S

Resulted: 02/12/18 0537, Result status: Final result

**Complete Blood Count, No Differential [134195188]**

Ordering provider: Kathleen C Sullivan, MD 02/12/18 0100 Order status: Completed

Narrative:
The following orders were created for panel order Complete Blood Count, No Differential.

| Procedure | Abnormality | Status |
|---|---|---|
| --------- | ----------- | ------ |
| Complete Blood Count, No...[134195194] | Abnormal | Final result |

Please view results for these tests on the individual orders.

Resulted: 02/12/18 0537, Result status: Final result

**Complete Blood Count, No Differential [134195194] (Abnormal)**

Ordering provider: Kathleen C Sullivan, MD 02/12/18 0508 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 16.5 | 4.0 - 11.0 K/uL | H | PHLab 100 |
| RBC | 4.07 | 4.31 - 5.77 M/uL | L | PHLab 100 |
| HGB | 12.7 | 13.2 - 17.5 g/dL | L | PHLab 100 |
| HCT | 38.1 | 38.9 - 49.9 % | L | PHLab 100 |
| MCV | 93.6 | 80.0 - 100.0 fL | | PHLab 100 |
| MCH | 31.2 | 27.8 - 33.8 pg | | PHLab 100 |
| MCHC | 33.3 | 31.5 - 36.5 g/dL | | PHLab 100 |
| RDW | 14.0 | 11.5 - 14.2 % | | PHLab 100 |
| Platelets | 213 | 150 - 400 K/uL | | PHLab 100 |
| MPV | 9.8 | 8.5 - 12.4 fL | | PHLab 100 |

Resulted: 02/11/18 1423, Result status: Final result

**Urinalysis With Microscopic, Culture If Indicated [134095253]**

Ordering provider: Saroj Shrestha, MD 02/10/18 1407 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Color | Yellow | | | PHLab 100 |
| Clarity | Clear | | | PHLab 100 |
| Specific Gravity | 1.023 | 1.003 - 1.035 | | PHLab 100 |

**Peacehealth** 1115 SE 164TH AVE VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

## Lab - Results (continued)

**Urinalysis With Microscopic, Culture If Indicated [134095253] (continued)** Resulted: 02/11/18 1423, Result status: Final result

| | | | |
|---|---|---|---|
| pH | 5.5 | 5.0 - 8.0 | PHLab 100 |
| Leukocyte Esterase | Negative | Negative, Trace | PHLab 100 |
| Nitrite | Negative | Negative | PHLab 100 |
| Urobilinogen | Normal | Normal - 1.0 EU/dL | PHLab 100 |
| Protein | Negative | Negative, Trace | PHLab 100 |
| Blood | Negative | Negative | PHLab 100 |
| Ketones | Negative | Negative | PHLab 100 |
| Bilirubin | Negative | Negative | PHLab 100 |
| Glucose | Negative | Negative mg/dL | PHLab 100 |
| WBC | 0 | 0 - 5 /hpf | PHLab 100 |
| RBC | 0 | 0 - 2 /hpf | PHLab 100 |
| Bacteria | None Seen | None Seen - 1+ | PHLab 100 |
| Hyaline Casts | 1-3 | <4 /lpf | PHLab 100 |
| Evaluation for Culture | No | | PHLab 100 |

Comment:
The specimen was not cultured because it did not meet lab criteria for the "culture if indicated" test, which are: WBC >5/hpf, and/or leukocyte esterase positive, and/or nitrite positive.

**Prothrombin Time [134123054] (Abnormal)** Resulted: 02/11/18 1047, Result status: Final result

Ordering provider: Kathleen C Sullivan, MD 02/11/18 1007 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 17.8 | 12.4 - 14.5 sec | H | PHLab 100 |
| INR | 1.4 | 0.9 - 1.1 | H | PHLab 100 |

Comment:
Recommended range for oral anticoagulant rx. INR Range
DVT, PE, Atrial fib 2.0-3.0
Bioprosthetic valve, St.Jude valve aortic position 2.0-3.0
Most mechanical heart valves 2.5-3.5
Ref: Chest 2012;141;141(2_suppl):7S-47S

**CBC, Auto Diff [134123029]** Resulted: 02/11/18 0704, Result status: Final result

Ordering provider: Saroj Shrestha, MD 02/11/18 0107 Order status: Completed
Narrative:
The following orders were created for panel order CBC, Auto Diff.

| Procedure | Abnormality | Status |
|---|---|---|
| Complete Blood Count wit...[134123042] | Abnormal | Final result |
| Manual Differential[134123045] | Abnormal | Final result |

Please view results for these tests on the individual orders.

## Lab - Results (continued)

**Complete Blood Count with Automated Differential [134123042] (Abnormal)** Resulted: 02/11/18 0704, Result status: Final result

Ordering provider: Saroj Shrestha, MD 02/11/18 0521 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES
Narrative:
The previously reported component NRBC % is no longer being reported.

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 15.2 | 4.0 - 11.0 K/uL | H | PHLab 100 |
| RBC | 4.08 | 4.31 - 5.77 M/uL | L | PHLab 100 |
| HGB | 12.6 | 13.2 - 17.5 g/dL | L | PHLab 100 |
| HCT | 37.1 | 38.9 - 49.9 % | L | PHLab 100 |
| MCV | 90.9 | 80.0 - 100.0 fL | | PHLab 100 |
| MCH | 30.9 | 27.8 - 33.8 pg | | PHLab 100 |
| MCHC | 34.0 | 31.5 - 36.5 g/dL | | PHLab 100 |
| RDW | 14.2 | 11.5 - 14.2 % | | PHLab 100 |
| Platelets | 204 | 150 - 400 K/uL | | PHLab 100 |
| Comment: This is an appended report. These results have been appended to a previously preliminary verified report. | | | | |
| MPV | 9.6 | 8.5 - 12.4 fL | | PHLab 100 |
| Comment: This is an appended report. These results have been appended to a previously preliminary verified report. | | | | |

**Basic Metabolic Panel [134123027] (Abnormal)** Resulted: 02/11/18 0602, Result status: Final result

Ordering provider: Saroj Shrestha, MD 02/11/18 0107 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 137 | 135 - 145 mmol/L | | PHLab 100 |
| Potassium | 3.9 | 3.5 - 5.2 mmol/L | | PHLab 100 |
| Chloride | 103 | 95 - 109 mmol/L | | PHLab 100 |
| CO2 | 23 | 22 - 32 mmol/L | | PHLab 100 |
| Anion Gap | 11 | 3 - 12 mmol/L | | PHLab 100 |
| Glucose | 125 | 70 - 99 mg/dL | H | PHLab 100 |
| BUN | 31 | 6 - 20 mg/dL | H | PHLab 100 |
| Creatinine | 2.02 | 0.61 - 1.24 mg/dL | H | PHLab 100 |
| GFR Non-Black (CKD-EPI) | 38 | >=60 mL/min/1.73m2 | L | PHLab 100 |
| GFR Black (CKD-EPI) | 44 | >=60 mL/min/1.73m2 | L | PHLab 100 |
| Calcium | 8.3 | 8.6 - 10.2 mg/dL | L | PHLab 100 |

**Lipid Panel - Fasting [134123028] (Abnormal)** Resulted: 02/11/18 0602, Result status: Final result

Ordering provider: Saroj Shrestha, MD 02/11/18 0107 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

## Lab - Results (continued)

Resulted: 02/11/18 0602, Result status: Final result

**Lipid Panel - Fasting [134123028] (Abnormal) (continued)**

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol<br>Comment: Desirable: <200<br>Borderline: 200-239<br>High: > 239 | 167 | <200 mg/dL | | PHLab 100 |
| Triglycerides<br>Comment: Normal: <150<br>Borderline: 150-199<br>High: 200-499<br>Very High: > or = 500 | 163 | <150 mg/dL | H | PHLab 100 |
| HDL Cholesterol<br>Comment:<br>Low: <40 (High risk)<br>Normal: 40-59<br>High: > or = 60 (Low risk) | 32 | >=40 mg/dL | L | PHLab 100 |
| LDL, Calculated<br>Comment:<br><br>Optimal: <100<br>Near Optimal: 100-129<br>Borderline: 130-159<br>High: 160-189<br>Very high: >189 | 102 | <100 mg/dL | H | PHLab 100 |
| Non-HDL Cholesterol<br>Comment:<br><br>Desirable: <130<br>Borderline: 130-159<br>High: 160-189<br>Very High: > or = 190 | 135 | <130 mg/dL | H | PHLab 100 |

Resulted: 02/10/18 2316, Result status: Final result

**Cancer Antigen 19-9 [134111184] (Normal)**

Ordering provider: Saroj Shrestha, MD 02/10/18 2153 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES
Narrative:
The Beckman Access DxI method is used. Results obtained with different assay methods or kits cannot be used interchangeably. The result cannot be interpreted as absolute evidence of the presence or absence of malignant disease.

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cancer Antigen 19-9 | 3 | <=35 U/mL | | PHLab 100 |

Resulted: 02/10/18 2311, Result status: Final result

**PSA, Screen [134111185] (Normal)**

Ordering provider: Saroj Shrestha, MD 02/10/18 2153 Order status: Completed

## Lab - Results (continued)

Resulted: 02/10/18 2311, Result status: Final result

**PSA, Screen [134111185] (Normal) (continued)**

Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PSA | 0.417 | <=4.000 ng/mL | | PHLab 100 |

Comment:

This is a Hybritech 3rd generation (ultrasensitive) equimolar Total PSA performed on a Beckman Immunoassay Analyzer with a clinical sensitivity of 0.008 ng/mL. PSA results deteremined with different manufacturer's assays can vary and should not be used interchangeably.

Resulted: 02/10/18 1931, Result status: Final result

**Troponin I [134111160] (Normal)**

Ordering provider: Jesse E Ennis, PA 02/10/18 1916 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Troponin I | <0.010 | 0.000 - 0.060 ng/mL | | PHLab 198 |

Comment:
Normal: < or = 0.06 ng/mL
Indeterminate: 0.07 – 0.49 ng/mL
Consistent with Myocardial Necrosis: > or = 0.50 ng/mL

cTnI levels of 0.50 ng/mL have 96% sensitivity and 94% specificity for the diagnosis of acute myocardial infarction. Causes of elevated troponin in the absence of overt ischemic heart disease include cardiac contusion. Congestive heart failure, aortic dissection, aortic valve disease, hypertropic cardiomyopathy, cardiac arrhythmias, rhabdomyolysis, pulmonary embolism, acute neurologic disease, infiltrative and inflammatory diseases involving the heart, drug toxicity, critically ill patients, burns and extreme exertion.

**Heparin, std Unfractionated - post change in infusion rate [134108955] (Normal)**

Resulted: 02/10/18 1821, Result status: Final result

Ordering provider: Jesse E Ennis, PA 02/10/18 1749 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Heparin (anti-Xa) | <0.10 | See Comment U/mL | | PHLab 100 |

Comment:
Dosing guidelines: Standard therapy = 0.3 - 0.7 U/mL
Low dose therapy = 0.3 - 0.5 U/mL
This test provides a true measure of heparin activity inpatient plasma. A low level may indicate decreased antithrombin or the need to increase the heparin dose. Antithrombin activity can be ordered if desired.

## Lab - Results (continued)

Resulted: 02/10/18 1817, Result status: Final result

**APTT [134108956] (Abnormal)**

Ordering provider: Jesse E Ennis, PA 02/10/18 1749 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES
Narrative:
APTT therapeutic range for unfractionated heparin = 73.5 - 108.5 sec

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| APTT | 34.3 | 22.6 - 32.7 sec | H | PHLab 100 |

Resulted: 02/10/18 1808, Result status: Final result

**Lipase [134095256] (Normal)**

Ordering provider: Saroj Shrestha, MD 02/10/18 1407 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lipase | 28 | 22 - 51 U/L | | PHLab 100 |

Resulted: 02/10/18 1643, Result status: Final result

**B-type Natriuretic Peptide (BNP) [134095277] (Normal)**

Ordering provider: Jesse E Ennis, PA 02/10/18 1558 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| B-type Natriuretic Peptide | 59 | <100 pg/mL | | PHLab 100 |

Comment:
While the BNP blood level is a sensitive and accurate indicator of ventricular dysfunction, it does not by itself provide a definitive diagnosis of CHF. BNP results must be interpreted in the context of the patient's history, PE, and other diagnostic studies. The diagnosis of CHF and other conditions with similar symptoms and findings are not mutually exclusive, as both may be present in a given patient.

BNP < 100 pg/mL: CHF unlikely (2%). The very uncommon patient with CHF without an elevated BNP level include those without ventricular dysfunction (mitral stenosis, acute mitral insufficiency and atrial myxoma), and in those whose BNP level was obtained less than 1 hour after onset of acute CHF (flash pulmonary edema).

BNP 100-400 pg/mL: CV conditions without overt CHF (LV systolic and diastolic dysfunction, significant aortic stenosis, acute PE, acute MI, first 24-48
hours) and certain high cardiac output states. These intermediate levels of BNP are also noted in patients with mild LV CHF and patients with RV CHF (cor pulmonale, pulmonary HTN).

BNP > 400 pg/mL: CHF very likely (>95%). BNP level is directly related to the degree of CHF and severity of symptoms due to either systolic and diastolic LV dysfunction, with BNP ranging to > 1300 pg/mL.
BNP is significantly elevated in severe renal failure due to volume overload and down-regulation of natriuretic peptide clearance receptor. Post dialysis BNP is lower but not normal. Mild degree of renal insufficiency (creatinine < or = 3 mg/dL) is associated with BNP < 100 pg/mL.

## Lab - Results (continued)

Resulted: 02/10/18 1640, Result status: Final result

**D-Dimer, Quantitative [134095279] (Abnormal)**

Ordering provider: Jesse E Ennis, PA 02/10/18 1610 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES
Narrative:
D-Dimer testing if elevated indicates active fibrinolysis which can be seen in many clinical settings (malignancy, infection, trauma, prior surgery, DVT/PE, etc.). A positive DDimer is not specific for a thromboembolic process. A negative DDimer (value <0.5 ug/mL FEU) is FDA approved for exclusion of PE or as an aid in the diagnosis of DVT in patients with low or moderate clinical suspicion. Published studies using this method have shown that higher D-Dimer cutoffs in older patients effectively improve screening efficiency without significant loss in sensitivity (cutoff = age divided by 100 for patients above age 50).

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| D-Dimer | 1.51 | <=0.49 ug/mL FEU | H | PHLab 100 |

Resulted: 02/10/18 1553, Result status: Final result

**Comprehensive Metabolic Panel [134095255] (Abnormal)**

Ordering provider: Saroj Shrestha, MD 02/10/18 1407 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 137 | 135 - 145 mmol/L | | PHLab 100 |
| Potassium | 3.5 | 3.5 - 5.2 mmol/L | | PHLab 100 |
| Chloride | 102 | 95 - 109 mmol/L | | PHLab 100 |
| CO2 | 23 | 22 - 32 mmol/L | | PHLab 100 |
| Anion Gap | 12 | 3 - 12 mmol/L | | PHLab 100 |
| Glucose | 88 | 70 - 99 mg/dL | | PHLab 100 |
| BUN | 25 | 6 - 20 mg/dL | H | PHLab 100 |
| Creatinine | 1.31 | 0.61 - 1.24 mg/dL | H | PHLab 100 |
| GFR Non-Black (CKD-EPI) | 64 | >=60 mL/min/1.73m2 | | PHLab 100 |
| GFR Black (CKD-EPI) | 74 | >=60 mL/min/1.73m2 | | PHLab 100 |
| Protein, Total | 7.1 | 6.2 - 8.4 g/dL | | PHLab 100 |
| Albumin | 3.6 | 3.5 - 5.0 g/dL | | PHLab 100 |
| Globulin | 3.5 | 2.2 - 3.5 g/dL | | PHLab 100 |
| Calcium | 9.0 | 8.6 - 10.2 mg/dL | | PHLab 100 |
| Bilirubin, Total | 0.8 | 0.1 - 1.2 mg/dL | | PHLab 100 |
| Alkaline Phosphatase | 83 | 30 - 110 U/L | | PHLab 100 |
| ALT | 45 | 17 - 63 U/L | | PHLab 100 |
| AST | 25 | 15 - 41 U/L | | PHLab 100 |

Resulted: 02/10/18 1540, Result status: Final result

**Troponin I [134095271] (Normal)**

Ordering provider: Jesse E Ennis, PA 02/10/18 1445 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

## Lab - Results (continued)

**Troponin I [134095271] (Normal) (continued)** Resulted: 02/10/18 1540, Result status: Final result

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Troponin I | 0.010 | 0.000 - 0.060 ng/mL | | PHLab 198 |

Comment:
Normal: < or = 0.06 ng/mL
Indeterminate: 0.07 – 0.49 ng/mL
Consistent with Myocardial Necrosis: > or = 0.50 ng/mL

cTnI levels of 0.50 ng/mL have 96% sensitivity and 94% specificity for the diagnosis of acute myocardial infarction. Causes of elevated troponin in the absence of overt ischemic heart disease include cardiac contusion. Congestive heart failure, aortic dissection, aortic valve disease, hypertropic cardiomyopathy, cardiac arrhythmias, rhabdomyolysis, pulmonary embolism, acute neurologic disease, infiltrative and inflammatory diseases involving the heart, drug toxicity, critically ill patients, burns and extreme exertion.

**Complete Blood Ct, Auto Diff [134095254]** Resulted: 02/10/18 1536, Result status: Final result

Ordering provider: Saroj Shrestha, MD 02/10/18 1407 Order status: Completed
Narrative:
The following orders were created for panel order Complete Blood Ct, Auto Diff.

| Procedure | Abnormality | Status |
|---|---|---|
| Complete Blood Count wit...[134095269] | Abnormal | Final result |

Please view results for these tests on the individual orders.

**Complete Blood Count with Automated Differential [134095269] (Abnormal)** Resulted: 02/10/18 1536, Result status: Final result

Ordering provider: Saroj Shrestha, MD 02/10/18 1407 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 14.4 | 4.0 - 11.0 K/uL | H | PHLab 100 |
| RBC | 4.38 | 4.31 - 5.77 M/uL | | PHLab 100 |
| HGB | 13.9 | 13.2 - 17.5 g/dL | | PHLab 100 |
| HCT | 39.2 | 38.9 - 49.9 % | | PHLab 100 |
| MCV | 89.5 | 80.0 - 100.0 fL | | PHLab 100 |
| MCH | 31.7 | 27.8 - 33.8 pg | | PHLab 100 |
| MCHC | 35.5 | 31.5 - 36.5 g/dL | | PHLab 100 |
| RDW | 13.6 | 11.5 - 14.2 % | | PHLab 100 |
| Platelets | 204 | 150 - 400 K/uL | | PHLab 100 |
| MPV | 9.5 | 8.5 - 12.4 fL | | PHLab 100 |
| Neutrophils % | 73.1 | % | | PHLab 100 |
| Immat Gran % | 0.3 | % | | PHLab 100 |
| Lymphocytes % | 11.0 | % | | PHLab 100 |
| Monocytes % | 13.8 | % | | PHLab 100 |
| Eosinophils % | 1.5 | % | | PHLab 100 |

## Lab - Results (continued)

**Complete Blood Count with Automated Differential [134095269] (Abnormal) (continued)** Resulted: 02/10/18 1536, Result status: Final result

| | | | | |
|---|---|---|---|---|
| Basophils % | 0.3 | % | | PHLab 100 |
| Neutrophils # | 10.5 | 1.5 - 8.0 K/uL | H | PHLab 100 |
| Immat Gran # | 0.0 | 0.0 - 0.1 K/uL | | PHLab 100 |
| Lymphocytes # | 1.6 | 1.0 - 3.5 K/uL | | PHLab 100 |
| Monocytes # | 2.0 | 0.2 - 1.0 K/uL | H | PHLab 100 |
| Eosinophils # | 0.2 | 0.0 - 0.5 K/uL | | PHLab 100 |
| Basophils # | 0.0 | 0.0 - 0.2 K/uL | | PHLab 100 |
| nRBC | -- | <=0 % | | |

## Lab Only - Results

**Manual Differential [134123045] (Abnormal)** Resulted: 02/11/18 0704, Result status: Final result

Ordering provider: Saroj Shrestha, MD 02/11/18 0701 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Neutrophils % | 85 | % | | PHLab 100 |
| Lymphocytes % | 5 | % | | PHLab 100 |
| Monocytes % | 10 | % | | PHLab 100 |
| Neutrophils # | 12.9 | 1.5 - 8.0 K/uL | H | PHLab 100 |
| Lymphocytes # | 0.8 | 1.0 - 3.5 K/uL | L | PHLab 100 |
| Monocytes # | 1.5 | 0.2 - 1.0 K/uL | H | PHLab 100 |
| RBC Morphology | Normal | | | PHLab 100 |
| WBC Morphology | Normal | | | PHLab 100 |
| Platelet Morphology | Normal | | | PHLab 100 |

## Vascular Ultrasound - Results

**Venous duplex LE bilateral [134123026]** Resulted: 02/11/18 1345, Result status: Final result

Ordering provider: Saroj Shrestha, MD 02/10/18 2153 Order status: Completed
Resulted by: Charles T McGlade, MD Performed: 02/11/18 1100 - 02/11/18 1225
Resulting lab: XCELERA ENTERPRISE
Narrative:

Lower Extremity Venous Duplex
3311 RiverBend Drive
Springfield, OR 97477
(541) 222-7218

Name: CUMMINS, MICHAEL M Study Date: 02/11/2018 11:48 AM
MRN: 01614423 Pt Location: RBMC ZONE6^CDUR^CDUR-40^RBMC
DOB: Ordering MD: SHRESTHA, SAROJ
Age: 47 yrs Referring MD: SHRESTHA, SAROJ
Gender: Male Performed By: Lori Carter, BS, RVT Study ID: 503336

## Vascular Ultrasound - Results (continued)

Resulted: 02/11/18 1345, Result status: Final result

**Venous duplex LE bilateral [134123026] (continued)**

Reason For Study: SHORTNESS OF BREATH, LLE swelling

Conclusions

- o Deep venous thrombosis in the left lower extremity (see discussion).
- o Right lower extremity negative for deep or superficial venous thrombosis.

Comments

Preliminary results were discussed with Kathleen Sullivan, MD upon completion of the study.

Right Lower Extremity
All deep and superficial veins of the right lower extremity are compressible and demonstrate spontaneous and phasic flow and augmentation with distal compression.

Left Lower Extremity
The popliteal vein, a proximal calf gastrocnemius vein and one of the two proximal calf peroneal veins are dilated, non-compressible with likely acute thrombus extending from the proximal calf to above knee popliteal vein. All other deep and superficial veins of the left lower extremity are compressible and demonstrate spontaneous and phasic flow and augmentation with distal compression.

Study Comments

Duplex scan of the bilateral lower extremity veins using B-mode gray scale imaging and Doppler spectral analysis and color flow.

Interpreted by:Charles McGlade, MD on 02/11/2018 01:45 PM

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **87 - Unknown** | MUSE | Unknown | Unknown | 06/26/14 1511 - Present |
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |
| **147 - Unknown** | XCELERA ENTERPRISE | Unknown | Unknown | 03/10/15 1719 - Present |
| **198 - PHLab 198** | PEACEHEALTH LABORATORIES | Unknown | 3333 River Bend Dr. SPRINGFIELD OR 97477 | 08/29/16 1814 - Present |
| **199 - RAPC** | RAPC | Unknown | Unknown | 07/05/16 0906 - Present |
| **123000501 - QUEST-STL** | QUEST-SEATTLE | Unknown | Unknown | 04/06/17 1036 - Present |

**All Meds and Administrations**

ondansetron PF (ZOFRAN) 4 mg/2 mL injection 4 mg [134095249] Status: Completed (Past End Date/Time)

All Meds and Administrations (continued)

Ordering Provider: Saroj Shrestha, MD
Ordered On: 02/10/18 1407
Dose (Remaining/Total): 4 mg (0/1)
Route: IV

Starts/Ends: 02/10/18 1407 - 02/10/18 2015
Frequency: Once As Needed
Rate/Duration: - / -

| Line | Med Link Info |
|---|---|
| Peripheral IV 02/10/18 Left Antecubital | 02/10/18 2015 by Amy L Wheeler, RN |

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/10/18 2015 | Given | 4 mg | IV | Given by: Amy L Wheeler, RN |

ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg [134095250] Status: Completed (Past End Date/Time)

Ordering Provider: Saroj Shrestha, MD
Ordered On: 02/10/18 1407
Dose (Remaining/Total): 4 mg (0/1)
Route: Oral

Starts/Ends: 02/10/18 1407 - 02/10/18 2015
Frequency: Once As Needed
Rate/Duration: - / -

| Action Time | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| 02/10/18 2015 | See Alternativ e | | | Given by: Amy L Wheeler, RN |

sodium chloride 0.9 % bolus 1,000 mL [134095282] Status: Completed (Past End Date/Time)

Ordering Provider: Jesse E Ennis, PA
Ordered On: 02/10/18 1641
Dose (Remaining/Total): 1,000 mL (0/1)
Route: IV

Starts/Ends: 02/10/18 1645 - 02/10/18 1726
Frequency: Once
Rate/Duration: 2,000 mL/hr / 0.5 Hours

| Question | Answer | Comment |
|---|---|---|
| Hold maintenance infusion while bolus is infusing?: | Yes | |

| Action Time | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 02/10/18 1726 | Stopped | 0 mL<br>0 mL/hr<br>- | IV | Given by: Amy L Wheeler, RN |
| 02/10/18 1656 | New Bag | 1,000 mL<br>2,000 mL/hr<br>0.5 Hours | IV | Given by: Amy L Wheeler, RN |

LORazepam (ATIVAN) injection 1 mg [134095285] Status: Completed (Past End Date/Time)

Ordering Provider: Jesse E Ennis, PA
Ordered On: 02/10/18 1655
Dose (Remaining/Total): 1 mg (0/1)
Route: IV

Starts/Ends: 02/10/18 1700 - 02/10/18 1705
Frequency: Once
Rate/Duration: - / -

Admin Instructions: IM: Administer undiluted.
IV: Dilute 1:1 with NS. Rate not to exceed 2 mg per

All Meds and Administrations (continued)

minute.

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/10/18 1705 | Given | 1 mg | IV | Given by: Amy L Wheeler, RN |

HYDROmorphone (DILAUDID) injection 0.5 mg [134108942] Status: Completed (Past End Date/Time)

Ordering Provider: Jesse E Ennis, PA
Ordered On: 02/10/18 1734
Dose (Remaining/Total): 0.5 mg (0/3)
Route: IV
Admin Instructions: Not to exceed 1.5 mg total.

Starts/Ends: 02/10/18 1734 - 02/11/18 0426
Frequency: Every 20 Minutes PRN
Rate/Duration: - / -

Line
Peripheral IV 02/10/18 Left Antecubital

Med Link Info
02/10/18 1817 by Amy L Wheeler, RN

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/11/18 0426 | Given | 0.5 mg | IV | Given by: John M Newcum, RN |
| 02/10/18 1919 | Given | 0.5 mg | IV | Given by: Angela M Jones, RN |
| 02/10/18 1817 | Given | 0.5 mg | IV | Given by: Amy L Wheeler, RN |

iopamidol (ISOVUE-370) 76 % injection 75 mL [134108943] Status: Completed (Past End Date/Time)

Ordering Provider: Jesse E Ennis, PA
Ordered On: 02/10/18 1739
Dose (Remaining/Total): 75 mL (0/1)
Route: IV

Starts/Ends: 02/10/18 1739 - 02/10/18 1739
Frequency: Once in imaging
Rate/Duration: - / -

Line
Peripheral IV 02/10/18 Left Antecubital

Med Link Info
02/10/18 1739 by Jenny R Holmes, RT

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/10/18 1739 | Given | 55 mL | IV | Given by: Jenny R Holmes, RT |

heparin (porcine) 5,000 unit/mL injection 7,000 Units [134108949] Status: Completed (Past End Date/Time)

Ordering Provider: Jesse E Ennis, PA
Ordered On: 02/10/18 1749
Dose (Remaining/Total): 50 Units/kg (0/1)
Route: IV
Admin Instructions: DVT/PE (High Dose) Initial heparin loading dose.
HIGH ALERT MEDICATION. INDEPENDENT DUAL VERIFICATION REQUIRED WHEN GIVEN BY IV ROUTE.

Starts/Ends: 02/10/18 1750 - 02/10/18 1800
Frequency: Once
Rate/Duration: - / -

Line
Peripheral IV 02/10/18 Left Antecubital

Med Link Info
02/10/18 1800 by Amy L Wheeler, RN

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/10/18 1800 | Given | 7,000 Units | IV | Given by: Amy L |

All Meds and Administrations (continued)

Wheeler, RN
Comments: Brandon

heparin (porcine) 25000 unit/500 mL 0.45% NaCl infusion (premix) [134108950]
Status: Discontinued (Past End Date/Time)

Ordering Provider: Jesse E Ennis, PA
Ordered On: 02/10/18 1749
Dose (Remaining/Total): 15 Units/kg/hr (-/-)
Route: IV
Admin Instructions: DVT/PE (High Dose) Heparin Weight-Based Infusion. Pharmacist to titrate to target aPTT and antifactor Xa levels per protocol.
HIGH ALERT MEDICATION. INDEPENDENT DUAL VERIFICATION REQUIRED.

Starts/Ends: 02/10/18 1750 - 02/10/18 2205
Frequency: Continuous
Rate/Duration: 40.8 mL/hr / -

Line
Peripheral IV 02/10/18 Left Antecubital

Med Link Info
02/10/18 1806 by Amy L Wheeler, RN

| Action Time | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 02/10/18 2253 | Stopped | 0 Units/kg/hr<br>0 mL/hr | IV | Given by: Caitlin A Starr, RN |
| 02/10/18 1806 | New Bag | 15 Units/kg/hr<br>40.8 mL/hr | IV | Given by: Amy L Wheeler, RN |

ALPRAZolam (XANAX) tablet 1 mg [134108962]
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Saroj Shrestha, MD
Ordered On: 02/10/18 2153
Dose (Remaining/Total): 1 mg (-/-)
Route: Oral

Starts/Ends: 02/10/18 2152 - 02/14/18 1734
Frequency: 3 Times Daily PRN
Rate/Duration: - / -

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/14/18 0821 | Given | 1 mg | Oral | Given by: Leadi Aminou, RN |
| 02/13/18 2058 | Given | 1 mg | Oral | Given by: Craig E Robb, RN |
| 02/13/18 0811 | Given | 1 mg | Oral | Given by: Jeremiah L Rosenkrance, RN |
| 02/13/18 0105 | Given | 1 mg | Oral | Given by: Craig E Robb, RN |
| 02/12/18 1644 | Given | 1 mg | Oral | Given by: Jeremiah L Rosenkrance, RN |
| 02/12/18 0820 | Given | 1 mg | Oral | Given by: Jeremiah L Rosenkrance, RN |
| 02/11/18 2029 | Given | 1 mg | Oral | Given by: John S Pederzolli, RN |
| 02/11/18 1309 | Given | 1 mg | Oral | Given by: Shannon R Smith, RN |
| 02/11/18 0149 | Given | 1 mg | Oral | Given by: Caitlin A Starr, RN |

**All Meds and Administrations (continued)**

docusate sodium (COLACE) capsule 100 mg [134108963] — Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Saroj Shrestha, MD
Ordered On: 02/10/18 2153
Dose (Remaining/Total): 100 mg (-/-)
Route: Oral
Starts/Ends: 02/10/18 2330 - 02/14/18 1734
Frequency: 2 Times Daily
Rate/Duration: - / -

| Action Time | Action / Reason | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/14/18 0822 | Not Given Patient/family refused | 100 mg | Oral | Given by: Leadi Aminou, RN |
| 02/14/18 0018 | Not Given Patient/family refused | 100 mg | Oral | Given by: Craig E Robb, RN |
| 02/13/18 0800 | Given | 100 mg | Oral | Given by: Jeremiah L Rosenkrance, RN |
| 02/12/18 2028 | Not Given Patient/family refused | 100 mg | Oral | Given by: Craig E Robb, RN |
| 02/12/18 0813 | Given | 100 mg | Oral | Given by: Jeremiah L Rosenkrance, RN |
| 02/11/18 2012 | Given | 100 mg | Oral | Given by: John S Pederzolli, RN |
| 02/11/18 0810 | Not Given Patient/family refused | 100 mg | Oral | Given by: Shannon R Smith, RN |
| 02/10/18 2255 | Not Given Patient/family refused | 100 mg | Oral | Given by: Caitlin A Starr, RN |

hydroCHLOROthiazide (HYDRODIURIL) tablet 25 mg [134108964] — Status: Discontinued (Past End Date/Time)

Ordering Provider: Saroj Shrestha, MD
Ordered On: 02/10/18 2153
Dose (Remaining/Total): 25 mg (-/-)
Route: Oral
Starts/Ends: 02/11/18 0900 - 02/11/18 1514
Frequency: Daily Every Morning
Rate/Duration: - / -

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/11/18 0813 | Given | 25 mg | Oral | Given by: Shannon R Smith, RN |

lisinopril (PRINIVIL,ZESTRIL) tablet 40 mg [134108965] — Status: Discontinued (Past End Date/Time)

Ordering Provider: Saroj Shrestha, MD
Ordered On: 02/10/18 2153
Dose (Remaining/Total): 40 mg (-/-)
Starts/Ends: 02/11/18 0900 - 02/11/18 1514
Frequency: Daily Every Morning

All Meds and Administrations (continued)

Route: Oral
Rate/Duration: - / -
Admin Instructions: Hold dose for SBP less than 100 mmHg.

| Action Time | Action / Reason | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/11/18 0809 | Not Given Order parameters not met | 40 mg | Oral | Given by: Shannon R Smith, RN |

propranolol (INDERAL) tablet 40 mg [134108966] — Status: Discontinued (Past End Date/Time)

Ordering Provider: Saroj Shrestha, MD
Ordered On: 02/10/18 2153
Starts/Ends: 02/10/18 2330 - 02/11/18 1514
Dose (Remaining/Total): 40 mg (-/-)
Frequency: 2 Times Daily
Route: Oral
Rate/Duration: - / -
Admin Instructions: Hold dose for SBP less than 100 mmHg or Pulse less than 60 bpm.

| Action Time | Action / Reason | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/11/18 0809 | Not Given Order parameters not met | 40 mg | Oral | Given by: Shannon R Smith, RN |
| 02/10/18 2343 | Given | 40 mg | Oral | Given by: Caitlin A Starr, RN |

apixaban (ELIQUIS) tablet 10 mg [134108967] — Status: Discontinued (Past End Date/Time)

Ordering Provider: Saroj Shrestha, MD
Ordered On: 02/10/18 2153
Starts/Ends: 02/10/18 2330 - 02/11/18 1004
Dose (Remaining/Total): 10 mg (-/-)
Frequency: 2 Times Daily
Route: Oral
Rate/Duration: - / -

| Question | Answer | Comment |
|---|---|---|
| Reason for Factor XA Inhibitor use: | PE, DVT | |

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/11/18 0813 | Given | 10 mg | Oral | Given by: Shannon R Smith, RN |
| 02/10/18 2305 | Given | 10 mg | Oral | Given by: Caitlin A Starr, RN |

sodium chloride (NS) 0.9 % flush 3-10 mL [134108981] — Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Saroj Shrestha, MD
Ordered On: 02/10/18 2146
Starts/Ends: 02/10/18 2146 - 02/14/18 1734
Dose (Remaining/Total): 3-10 mL (-/-)
Frequency: As Needed
Route: IV
Rate/Duration: - / -

All Meds and Administrations (continued)

(No admins scheduled or recorded for this medication)

naloxone (NARCAN) injection 0.1 mg [134108983] — Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Saroj Shrestha, MD
Ordered On: 02/10/18 2146
Dose (Remaining/Total): 0.1 mg (-/-)
Route: IV
Starts/Ends: 02/10/18 2146 - 02/14/18 1734
Frequency: As Needed
Rate/Duration: - / -

Admin Instructions: PRN if receiving narcotic analgesics and respiratory rate is LESS than 8 breaths/min or patient is difficult to arouse. May repeat every 1 minute up to a maximum of 0.8 mg. Discontinue any narcotic administration and notify provider.

(No admins scheduled or recorded for this medication)

NS continuous infusion [134111142] — Status: Discontinued (Past End Date/Time)

Ordering Provider: Kathleen C Sullivan, MD
Ordered On: 02/10/18 2146
Dose (Remaining/Total): - (-/-)
Route: IV
Starts/Ends: 02/10/18 2330 - 02/12/18 1543
Frequency: Continuous
Rate/Duration: 100 mL/hr / -

Line
Peripheral IV 02/10/18 Left Antecubital

Med Link Info
02/11/18 1504 by Cortney Lesher, RN

| Action Time | Action | Rate | Route | Other Information |
|---|---|---|---|---|
| 02/11/18 1556 | Rate/Dose Change | 100 mL/hr | IV | Given by: Shannon R Smith, RN |
| 02/11/18 1504 | New Bag | 125 mL/hr | IV | Given by: Cortney Lesher, RN |
| 02/10/18 2340 | New Bag | 125 mL/hr | IV | Given by: Caitlin A Starr, RN |

acetaminophen (TYLENOL) tablet 650 mg [134111143] — Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Saroj Shrestha, MD
Ordered On: 02/10/18 2146
Dose (Remaining/Total): 650 mg (-/-)
Route: Oral
Starts/Ends: 02/10/18 2146 - 02/14/18 1734
Frequency: Every 4 Hours PRN
Rate/Duration: - / -

Admin Instructions: If this pain medication is ineffective in controlling pain after 1 hour, or patient does not tolerate the medication, may proceed to SECOND CHOICE pain medication option.
May give concurrently with any non-acetaminophen containing pain medication. Do not give if patient on scheduled acetaminophen.
Not to exceed 4000 mg for adult patients and 75 mg/kg/day for pediatric patients total acetaminophen dose from all medications in 24 hours unless otherwise directed.

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

All Meds and Administrations (continued)

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/14/18 0821 | Given | 650 mg | Oral | Given by: Leadi Aminou, RN |
| 02/13/18 2037 | Given | 650 mg | Oral | Given by: Craig E Robb, RN |
| 02/12/18 0820 | Given | 650 mg | Oral | Given by: Jeremiah L Rosenkrance, RN |
| 02/11/18 1826 | Given | 650 mg | Oral | Given by: Shannon R Smith, RN |
| 02/11/18 0808 | Given | 650 mg | Oral | Given by: Shannon R Smith, RN |

melatonin tablet 3 mg [134111144] — Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Saroj Shrestha, MD
Ordered On: 02/10/18 2146
Dose (Remaining/Total): 3 mg (-/-)
Route: Oral

Starts/Ends: 02/10/18 2146 - 02/14/18 1734
Frequency: Nightly PRN
Rate/Duration: - / -

(No admins scheduled or recorded for this medication)

calcium carbonate (TUMS) chewable tablet 1,000 mg [134111145] — Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Saroj Shrestha, MD
Ordered On: 02/10/18 2146
Dose (Remaining/Total): 1,000 mg (-/-)
Route: Oral

Starts/Ends: 02/10/18 2146 - 02/14/18 1734
Frequency: 2 Times Daily PRN
Rate/Duration: - / -

(No admins scheduled or recorded for this medication)

ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg [134111147] — Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Saroj Shrestha, MD
Ordered On: 02/10/18 2146
Dose (Remaining/Total): 4 mg (-/-)
Route: Oral
Admin Instructions: May repeat 4mg dose x1 in 30 minutes if first dose ineffective, maximum 8 mg in any 8 hour period - per Nausea & Vomiting Protocol.

Starts/Ends: 02/10/18 2146 - 02/14/18 1734
Frequency: Every 8 Hours PRN
Rate/Duration: - / -

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/12/18 2338 | Given | 4 mg | Oral | Given by: Craig E Robb, RN |

ondansetron PF (ZOFRAN) 4 mg/2 mL injection 4 mg [134111148] — Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Saroj Shrestha, MD
Ordered On: 02/10/18 2146
Dose (Remaining/Total): 4 mg (-/-)

Starts/Ends: 02/10/18 2146 - 02/14/18 1734
Frequency: Every 8 Hours PRN

**All Meds and Administrations (continued)**

Route: IV
Rate/Duration: - / -
Admin Instructions: May repeat 4mg dose x1 in 30 minutes if first dose ineffective, maximum 8 mg in any 8 hour period - per Nausea & Vomiting Protocol.

Line
Peripheral IV 02/10/18 Left Antecubital

Med Link Info
02/12/18 0217 by John S Pederzolli, RN

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/12/18 0217 | Given | 4 mg | IV | Given by: John S Pederzolli, RN |

prochlorperazine (COMPAZINE) tablet 5 mg [134111149]
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Saroj Shrestha, MD
Ordered On: 02/10/18 2146
Starts/Ends: 02/10/18 2146 - 02/14/18 1734
Dose (Remaining/Total): 5 mg (-/-)
Frequency: Every 6 Hours PRN
Route: Oral
Rate/Duration: - / -
Admin Instructions: May repeat 5mg dose x1 in 30 minutes if first dose ineffective, maximum 10 mg in any 6 hour period - per Nausea & Vomiting Protocol.

(No admins scheduled or recorded for this medication)

prochlorperazine (COMPAZINE) injection 5 mg [134111150]
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Saroj Shrestha, MD
Ordered On: 02/10/18 2146
Starts/Ends: 02/10/18 2146 - 02/14/18 1734
Dose (Remaining/Total): 5 mg (-/-)
Frequency: Every 6 Hours PRN
Route: IV
Rate/Duration: - / -
Admin Instructions: May repeat 5mg dose x1 in 30 minutes if first dose ineffective, maximum 10 mg in any 6 hour period - per Nausea & Vomiting Protocol.

(No admins scheduled or recorded for this medication)

senna-docusate (PERICOLACE) 8.6-50 mg per tablet 1 tablet [134111152]
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Saroj Shrestha, MD
Ordered On: 02/10/18 2146
Starts/Ends: 02/10/18 2330 - 02/14/18 1734
Dose (Remaining/Total): 1 tablet (-/-)
Frequency: 2 Times Daily
Route: Oral
Rate/Duration: - / -
Admin Instructions: As stool softener. Discontinue if diarrhea occurs. - per Bowel Care Protocol.

| Action Time | Action / Reason | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/14/18 0823 | Not Given Patient/family refused | 1 tablet | Oral | Given by: Leadi Aminou, RN |

All Meds and Administrations (continued)

| | | | | |
|---|---|---|---|---|
| 02/14/18 0019 | Not Given Patient/family refused | 1 tablet | Oral | Given by: Craig E Robb, RN |
| 02/13/18 0800 | Given | 1 tablet | Oral | Given by: Jeremiah L Rosenkrance, RN |
| 02/12/18 2029 | Not Given Patient/family refused | 1 tablet | Oral | Given by: Craig E Robb, RN |
| 02/12/18 0813 | Given | 1 tablet | Oral | Given by: Jeremiah L Rosenkrance, RN |
| 02/11/18 2012 | Given | 1 tablet | Oral | Given by: John S Pederzolli, RN |
| 02/11/18 0809 | Not Given Patient/family refused | 1 tablet | Oral | Given by: Shannon R Smith, RN |
| 02/10/18 2255 | Not Given Patient/family refused | 1 tablet | Oral | Given by: Caitlin A Starr, RN |

polyethylene glycol (MIRALAX) oral powder 17 g [134111153] — Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Saroj Shrestha, MD
Ordered On: 02/10/18 2146
Starts/Ends: 02/10/18 2146 - 02/14/18 1734
Dose (Remaining/Total): 17 g (-/-)
Frequency: Daily As Needed
Route: Oral
Rate/Duration: - / -
Admin Instructions: Use if no BM in last 48 hours; continue until BM. Administer in 8 oz of water. - per Bowel Care Protocol.
Must Be Diluted.

(No admins scheduled or recorded for this medication)

bisacodyl (DULCOLAX) suppository 10 mg [134111154] — Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Saroj Shrestha, MD
Ordered On: 02/10/18 2146
Starts/Ends: 02/10/18 2146 - 02/14/18 1734
Dose (Remaining/Total): 10 mg (1/1)
Frequency: Once As Needed
Route: Rectal
Rate/Duration: - / -
Admin Instructions: Use once if no BM in last 72 hours. - per Bowel Care Protocol.

(No admins scheduled or recorded for this medication)

HYDROmorphone (DILAUDID) injection 0.5 mg [134111162] — Status: Discontinued (Past End Date/Time)

Ordering Provider: Saroj Shrestha, MD
Ordered On: 02/10/18 2153
Starts/Ends: 02/10/18 2152 - 02/11/18 0435
Dose (Remaining/Total): 0.5 mg (-/-)
Frequency: Every 2 Hours PRN

All Meds and Administrations (continued)

Route: IV
Rate/Duration: - / -
Admin Instructions: Max initial dose for opiate naïve patient is 1 mg in an hour.

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/11/18 0215 | Given | 0.5 mg | IV | Given by: Caitlin A Starr, RN |
| 02/10/18 2306 | Given | 0.5 mg | IV | Given by: Caitlin A Starr, RN |

HYDROmorphone (DILAUDID) injection 1 mg [134111163] Status: Discontinued (Past End Date/Time)

Ordering Provider: Jesse E Ennis, PA
Ordered On: 02/10/18 1927
Starts/Ends: 02/10/18 1927 - 02/13/18 1435
Dose (Remaining/Total): 1 mg (1/3)
Frequency: Every 20 Minutes PRN
Route: IV
Rate/Duration: - / -
Admin Instructions: Max initial dose for opiate naïve patient is 1 mg in an hour.

Line
Peripheral IV 02/10/18 Left Antecubital

Med Link Info
02/10/18 1936 by Amy L Wheeler, RN

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/10/18 2012 | Given | 1 mg | IV | Given by: Amy L Wheeler, RN |
| 02/10/18 1936 | Given | 1 mg | IV | Given by: Amy L Wheeler, RN |

nicotine (NICODERM CQ) 21 mg/24 hr 21 mg [134123032] Status: Discontinued (Past End Date/Time)

Ordering Provider: Samson W Barasa, MD
Ordered On: 02/11/18 0351
Starts/Ends: 02/11/18 0530 - 02/12/18 1548
Dose (Remaining/Total): 21 mg (-/-)
Frequency: Daily
Route: Transdermal
Rate/Duration: - / 24 Hours

| Action Time | Action | Dose / Duration | Route / Site | Other Information |
|---|---|---|---|---|
| 02/12/18 1548 | Patch Removed | 21 mg 24 Hours | Transdermal - | Given by: Jeremiah L Rosenkrance, RN Comments: Time automatically adjusted from order being discontinued |
| 02/12/18 0812 | Patch Applied | 21 mg 24 Hours | Transdermal Left Arm | Given by: Jeremiah L Rosenkrance, RN |
| 02/12/18 0342 | Patch Removed | 21 mg 24 Hours | Transdermal - | Given by: John S Pederzolli, RN |
| 02/11/18 0439 | Patch Applied | 21 mg 24 Hours | Transdermal Left Arm | Given by: John M Newcum, RN |

HYDROmorphone (DILAUDID) injection 0.5-1 mg [134123040] Status: Discontinued (Past End Date/Time)

| Peacehealth | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1201122593 |
|---|---|---|

All Meds and Administrations (continued)

Ordering Provider: Samson W Barasa, MD
Ordered On: 02/11/18 0435
Starts/Ends: 02/11/18 0434 - 02/13/18 1435
Dose (Remaining/Total): 0.5-1 mg (-/-)
Frequency: Every 2 Hours PRN
Route: IV
Rate/Duration: - / -
Admin Instructions: Max initial dose for opiate naïve patient is 1 mg in an hour.

| Line | Med Link Info |
|---|---|
| Peripheral IV 02/10/18 Left Antecubital | 02/11/18 1025 by Shannon R Smith, RN |

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/13/18 0811 | Given | 0.5 mg | IV | Given by: Jeremiah L Rosenkrance, RN |
| 02/12/18 1349 | Given | 0.5 mg | IV | Given by: Jeremiah L Rosenkrance, RN |
| 02/12/18 0541 | Given | 0.5 mg | IV | Given by: John S Pederzolli, RN |
| 02/12/18 0212 | Given | 1 mg | IV | Given by: John S Pederzolli, RN |
| 02/11/18 2154 | Given | 0.5 mg | IV | Given by: John S Pederzolli, RN |
| 02/11/18 1502 | Given | 0.5 mg | IV | Given by: Cortney Lesher, RN |
| 02/11/18 1309 | Given | 0.5 mg | IV | Given by: Shannon R Smith, RN |
| 02/11/18 1025 | Given | 0.5 mg | IV | Given by: Shannon R Smith, RN |

warfarin (COUMADIN) tablet 10 mg [134123057] Status: Completed (Past End Date/Time)

Ordering Provider: Kathleen C Sullivan, MD
Ordered On: 02/11/18 1154
Starts/Ends: 02/11/18 2000 - 02/11/18 2012
Dose (Remaining/Total): 10 mg (0/1)
Frequency: Once
Route: Oral
Rate/Duration: - / -

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/11/18 2012 | Given | 10 mg | Oral | Given by: John S Pederzolli, RN |

enoxaparin (LOVENOX) injection 140 mg [134123058] Status: Discontinued (Past End Date/Time)

Ordering Provider: Kathleen C Sullivan, MD
Ordered On: 02/11/18 1155
Starts/Ends: 02/11/18 2000 - 02/14/18 1156
Dose (Remaining/Total): 1 mg/kg (-/-)
Frequency: Every 12 Hours
Route: Subcutaneous
Rate/Duration: - / -
Admin Instructions: Do Not Give to Patient with Epidural Catheter.

| Action Time | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| 02/14/18 0805 | Given | 140 mg | Subcutaneous Abdominal Tissue | Given by: Leadi Aminou, RN<br>Comments: checked with Jeremy/RN |

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

All Meds and Administrations (continued)

| | | | | |
|---|---|---|---|---|
| 02/13/18 2037 | Given | 140 mg | Subcutaneous<br>- | Given by: Craig E Robb, RN |
| 02/13/18 0801 | Given | 140 mg | Subcutaneous<br>- | Given by: Jeremiah L Rosenkrance, RN |
| 02/12/18 2028 | Given | 140 mg | Subcutaneous<br>- | Given by: Craig E Robb, RN |
| 02/12/18 0810 | Given | 140 mg | Subcutaneous<br>Abdominal Tissue | Given by: Jeremiah L Rosenkrance, RN |
| 02/11/18 2012 | Given | 140 mg | Subcutaneous<br>- | Given by: John S Pederzolli, RN |

ibuprofen (ADVIL,MOTRIN) tablet 400 mg [134123060] Status: Discontinued (Past End Date/Time)

Ordering Provider: Kathleen C Sullivan, MD
Ordered On: 02/11/18 1513
Dose (Remaining/Total): 400 mg (-/-)
Route: Oral

Starts/Ends: 02/11/18 1512 - 02/13/18 1435
Frequency: Every 6 Hours PRN
Rate/Duration: - / -

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/13/18 1232 | Given | 400 mg | Oral | Given by: Jeremiah L Rosenkrance, RN |
| 02/13/18 0538 | Given | 400 mg | Oral | Given by: Craig E Robb, RN |
| 02/12/18 2338 | Given | 400 mg | Oral | Given by: Craig E Robb, RN |
| 02/12/18 1732 | Given | 400 mg | Oral | Given by: Jeremiah L Rosenkrance, RN |
| 02/12/18 1155 | Given | 400 mg | Oral | Given by: Jeremiah L Rosenkrance, RN |

propranolol (INDERAL) tablet 20 mg [134123063] Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Kathleen C Sullivan, MD
Ordered On: 02/11/18 1514
Dose (Remaining/Total): 20 mg (-/-)
Route: Oral
Admin Instructions: Hold dose for SBP less than 100 mmHg or Pulse less than 60 bpm.

Starts/Ends: 02/11/18 2100 - 02/14/18 1734
Frequency: 2 Times Daily
Rate/Duration: - / -

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 02/14/18 0822 | Given | 20 mg | Oral | Given by: Leadi Aminou, RN |
| 02/13/18 2037 | Given | 20 mg | Oral | Given by: Craig E Robb, RN |
| 02/13/18 0800 | Given | 20 mg | Oral | Given by: Jeremiah L Rosenkrance, RN |
| 02/12/18 2028 | Given | 20 mg | Oral | Given by: Craig E Robb, |