Orders (continued)

Medications this visit (continued)

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **sodium chloride 0.9 % bolus 1,000 mL**<br>Sig - Route: Inject 1,000 mLs into the vein once<br>- IV | 1,000 mL | Once | 2/10/2018 | 2/10/2018 |
| **warfarin (COUMADIN) tablet 10 mg**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth once<br>- Oral | 10 mg | Once | 2/11/2018 | 2/11/2018 |
| **warfarin (COUMADIN) tablet 10 mg**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth Once at 1700<br>- Oral | 10 mg | Once at 1700 | 2/12/2018 | 2/12/2018 |
| **warfarin (COUMADIN) tablet 8 mg**<br>Sig - Route: Take 2 tablets (8 mg total) by mouth Once at 1700<br>- Oral | 8 mg | Once at 1700 | 2/13/2018 | 2/13/2018 |
| **acetaminophen (TYLENOL) tablet 650 mg** (Discontinued)<br>Sig - Route: Take 2 tablets (650 mg total) by mouth every 4 (four) hours as needed for Mild Pain (Pain Scale 1-3) or Fever (MILD PAIN (1-3) FIRST CHOICE)<br>- Oral<br>Reason for Discontinue: **Patient Discharge** | 650 mg | Every 4 Hours PRN | 2/10/2018 | 2/14/2018 |
| **albuterol sulfate 2.5 mg/0.5 mL nebulizer solution 2.5 mg** (Discontinued)<br>Sig - Route: Take 0.5 mLs (2.5 mg total) by nebulization every 4 (four) hours as needed for Wheezing or Shortness of Breath<br>- Nebulization | 2.5 mg | Every 4 Hours PRN | 2/11/2018 | 2/14/2018 |
| **ALPRAZolam (XANAX) tablet 1 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (1 mg total) by mouth 3 (three) times daily as needed for Anxiety<br>- Oral<br>Reason for Discontinue: **Patient Discharge** | 1 mg | 3 Times Daily PRN | 2/10/2018 | 2/14/2018 |
| **apixaban (ELIQUIS) tablet 10 mg** (Discontinued)<br>Sig - Route: Take 2 tablets (10 mg total) by mouth Twice a day<br>- Oral | 10 mg | 2 Times Daily | 2/10/2018 | 2/11/2018 |
| **bisacodyl (DULCOLAX) suppository 10 mg** (Discontinued)<br>Sig - Route: Place 1 suppository (10 mg total) rectally once as needed for Constipation<br>- Rectal<br>Reason for Discontinue: **Patient Discharge** | 10 mg | Once As Needed | 2/10/2018 | 2/14/2018 |
| **calcium carbonate (TUMS) chewable tablet 1,000 mg** (Discontinued)<br>Sig - Route: Take 2 tablets (1,000 mg total) by mouth 2 (two) times daily as needed for Indigestion<br>- Oral<br>Reason for Discontinue: **Patient Discharge** | 1,000 mg | 2 Times Daily PRN | 2/10/2018 | 2/14/2018 |
| **docusate sodium (COLACE) capsule 100 mg** (Discontinued)<br>Sig - Route: Take 1 capsule (100 mg total) by mouth Twice a day<br>- Oral<br>Reason for Discontinue: **Patient Discharge** | 100 mg | 2 Times Daily | 2/10/2018 | 2/14/2018 |
| **enoxaparin (LOVENOX) injection 140 mg** (Discontinued)<br>Sig - Route: Inject 0.93 mLs (140 mg total) into the skin every 12 (twelve) hours<br>- Subcutaneous | 1 mg/kg × 136.1 kg | Every 12 Hours | 2/11/2018 | 2/14/2018 |



EXHIBIT
3, part 4

Orders (continued)

Medications this visit (continued)

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **enoxaparin (LOVENOX) injection 200 mg** (Discontinued)<br>Sig - Route: Inject 2 mLs (200 mg total) into the skin daily<br>- Subcutaneous<br>Reason for Discontinue: **Patient Discharge** | 1.5 mg/kg × 136.1 kg | Every 24 Hours | 2/15/2018 | 2/14/2018 |
| **heparin (porcine) 25000 unit/500 mL 0.45% NaCl infusion (premix)** (Discontinued)<br>Sig - Route: Inject 2,042 Units/hr into the vein continuous<br>- IV<br>Linked Group 1: "And" Linked Group Details | 15 Units/kg/hr × 136.1 kg | Continuous | 2/10/2018 | 2/10/2018 |
| **hydroCHLOROthiazide (HYDRODIURIL) tablet 25 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (25 mg total) by mouth every morning<br>- Oral | 25 mg | Daily Every Morning | 2/11/2018 | 2/11/2018 |
| **HYDROmorphone (DILAUDID) injection 0.5 mg** (Discontinued)<br>Sig - Route: Inject 0.5 mg into the vein every 2 (two) hours as needed for Severe Pain (Pain Scale 7-10)<br>- IV | 0.5 mg | Every 2 Hours PRN | 2/10/2018 | 2/11/2018 |
| **HYDROmorphone (DILAUDID) injection 0.5-1 mg** (Discontinued)<br>Sig - Route: Inject 0.5-1 mg into the vein every 2 (two) hours as needed for Severe Pain (Pain Scale 7-10)<br>- IV | 0.5-1 mg | Every 2 Hours PRN | 2/11/2018 | 2/13/2018 |
| **HYDROmorphone (DILAUDID) injection 1 mg** (Discontinued)<br>Sig - Route: Inject 1 mg into the vein every 20 (twenty) minutes as needed for Moderate Pain (Pain Scale 4-6) or Severe Pain (Pain Scale 7-10)<br>- IV | 1 mg | Every 20 Minutes PRN | 2/10/2018 | 2/13/2018 |
| **ibuprofen (ADVIL,MOTRIN) tablet 400 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (400 mg total) by mouth every 6 (six) hours as needed for Mild Pain (Pain Scale 1-3)<br>- Oral | 400 mg | Every 6 Hours PRN | 2/11/2018 | 2/13/2018 |
| **ketorolac (TORADOL) injection 15 mg** (Discontinued)<br>Sig - Route: Inject 0.5 mLs (15 mg total) into the vein once<br>- IV<br>Reason for Discontinue: **Patient Discharge** | 15 mg | Once | 2/13/2018 | 2/14/2018 |
| **ketorolac (TORADOL) injection 15 mg** (Discontinued)<br>Sig - Route: Inject 0.5 mLs (15 mg total) into the vein every 8 (eight) hours as needed for Severe Pain (Pain Scale 7-10)<br>- IV<br>Reason for Discontinue: **Patient Discharge** | 15 mg | Every 8 Hours PRN | 2/13/2018 | 2/14/2018 |
| **lisinopril (PRINIVIL,ZESTRIL) tablet 40 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (40 mg total) by mouth every morning<br>- Oral | 40 mg | Daily Every Morning | 2/11/2018 | 2/11/2018 |
| **melatonin tablet 3 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (3 mg total) by mouth nightly as needed for Insomnia<br>- Oral<br>Reason for Discontinue: **Patient Discharge** | 3 mg | Nightly PRN | 2/10/2018 | 2/14/2018 |

Orders (continued)

Medications this visit (continued)

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **naloxone (NARCAN) injection 0.1 mg** (Discontinued)<br>Sig - Route: Inject 0.25 mLs (0.1 mg total) into the vein as needed (Over Sedation) - IV<br>Reason for Discontinue: **Patient Discharge** | 0.1 mg | As Needed | 2/10/2018 | 2/14/2018 |
| **nicotine (NICODERM CQ) 14 mg/24 hr 14 mg** (Discontinued)<br>Sig - Route: Place 1 patch (14 mg total) onto the skin daily - Transdermal<br>Reason for Discontinue: **Patient Discharge** | 14 mg | Daily | 2/13/2018 | 2/14/2018 |
| **nicotine (NICODERM CQ) 21 mg/24 hr 21 mg** (Discontinued)<br>Sig - Route: Place 1 patch (21 mg total) onto the skin daily - Transdermal | 21 mg | Daily | 2/11/2018 | 2/12/2018 |
| **nicotine (NICOTROL) 10 mg inhaler 1 puff** (Discontinued)<br>Sig - Route: Inhale 1 puff into the lungs every 2 (two) hours as needed for Smoking cessation - Inhalation<br>Reason for Discontinue: **Patient Discharge** | 1 puff | Every 2 Hours PRN | 2/13/2018 | 2/14/2018 |
| **NS continuous infusion** (Discontinued)<br>Sig - Route: Inject into the vein continuous - IV | | Continuous | 2/10/2018 | 2/12/2018 |
| **ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (4 mg total) by mouth every 8 (eight) hours as needed for Nausea or Vomiting - Oral<br>Reason for Discontinue: **Patient Discharge** | 4 mg | Every 8 Hours PRN | 2/10/2018 | 2/14/2018 |
| **ondansetron PF (ZOFRAN) 4 mg/2 mL injection 4 mg** (Discontinued)<br>Sig - Route: Inject 2 mLs (4 mg total) into the vein every 8 (eight) hours as needed for Nausea or Vomiting - IV<br>Reason for Discontinue: **Patient Discharge** | 4 mg | Every 8 Hours PRN | 2/10/2018 | 2/14/2018 |
| **pantoprazole (PROTONIX) EC tablet 40 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (40 mg total) by mouth every morning before breakfast - Oral<br>Reason for Discontinue: **Patient Discharge** | 40 mg | Daily Before Breakfast | 2/13/2018 | 2/14/2018 |
| **polyethylene glycol (MIRALAX) oral powder 17 g** (Discontinued)<br>Sig - Route: Take 17 g by mouth daily as needed for Constipation - Oral<br>Reason for Discontinue: **Patient Discharge** | 17 g | Daily As Needed | 2/10/2018 | 2/14/2018 |
| **prochlorperazine (COMPAZINE) injection 5 mg** (Discontinued)<br>Sig - Route: Inject 1 mL (5 mg total) into the vein every 6 (six) hours as needed for Nausea or Vomiting - IV<br>Reason for Discontinue: **Patient Discharge** | 5 mg | Every 6 Hours PRN | 2/10/2018 | 2/14/2018 |
| **prochlorperazine (COMPAZINE) tablet 5 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (5 mg total) by mouth every 6 (six) hours as needed for Nausea or Vomiting - Oral | 5 mg | Every 6 Hours PRN | 2/10/2018 | 2/14/2018 |

## Orders (continued)

### Medications this visit (continued)

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| Reason for Discontinue: **Patient Discharge** | | | | |
| **propranolol (INDERAL) tablet 20 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (20 mg total) by mouth Twice a day - Oral<br>Reason for Discontinue: **Patient Discharge** | 20 mg | 2 Times Daily | 2/11/2018 | 2/14/2018 |
| **propranolol (INDERAL) tablet 40 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (40 mg total) by mouth Twice a day - Oral | 40 mg | 2 Times Daily | 2/10/2018 | 2/11/2018 |
| **senna-docusate (PERICOLACE) 8.6-50 mg per tablet 1 tablet** (Discontinued)<br>Sig - Route: Take 1 tablet by mouth Twice a day - Oral<br>Reason for Discontinue: **Patient Discharge** | 1 tablet | 2 Times Daily | 2/10/2018 | 2/14/2018 |
| **sodium chloride (NS) 0.9 % flush 3-10 mL** (Discontinued)<br>Sig - Route: Inject 3-10 mLs into the vein as needed for Line Care - IV<br>Reason for Discontinue: **Patient Discharge** | 3-10 mL | As Needed | 2/10/2018 | 2/14/2018 |
| **warfarin (COUMADIN) tablet 8 mg** (Discontinued)<br>Sig - Route: Take 2 tablets (8 mg total) by mouth Once at 1700 - Oral<br>Reason for Discontinue: **Patient Discharge** | 8 mg | Once at 1700 | 2/14/2018 | 2/14/2018 |

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

**Cummins,Michael M**
**2/15/2018 10:00 AM Anti-coag visit**
MRN: **01614423**

Department: **Udmc Op Infusion**
Encounter #: **394073170**

Description: **Male DOB:**
Provider: **UDMC INF, ANTICOAG 252**

Reason for Visit

**Anticoagulation** bridging on

Diagnoses

| | Codes | Comments |
|---|---|---|
| **Other acute pulmonary embolism without acute cor pulmonale (HCC)** | I26.99 | |

Notes

H&P Notes

No notes of this type exist for this encounter.

Progress Notes

Nikki A Carpenter, RN at 2/15/2018 10:00 AM

Author Type: Registered Nurse Status: Signed

Arrives to RIC in stable condition to begin bridging on to coumadin following new diagnosis of DVT and PE. Discharged from RB yesterday, where bridging was begun. VSS. Denies any abnormal bleeding or bruising, and confirms he has not taken any coumadin at home. Oriented to unit and plan of care, bridging teaching reviewed, and questions answered. RIC ACC interview form completed. INR (2.2) by FS. Coumadin and Lovenox given per pharmacy order. Tolerated well and DC'd to home in stable condition with the understanding to contact his PCP for any questions or concerns.

Electronically signed by Nikki A Carpenter, RN on 2/15/2018 11:33 AM

Pt Instruction Notes

No notes of this type exist for this encounter.

Care Advice Given

No Care Advice given for this encounter.

Patient Findings

| | |
|---|---|
| Positives | Signs/symptoms of thrombosis |
| Negatives | Signs/symptoms of bleeding, Upcoming invasive procedure, Bruising |

All Results

POCT INR- manual entry [134545174] (Normal) — Resulted: 02/15/18 1025, Result status: Final result

Ordering provider: Kathleen C Sullivan, MD 02/15/18 1025 Resulted by: SULLIVAN, KATHLEEN C [120082]

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood, Capillary | | 02/15/18 1025 |

## All Results (continued)

POCT INR- manual entry [134545174] (Normal) (continued) — Resulted: 02/15/18 1025, Result status: Final result

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR POC | 2.2 | 0.8 - 1.2 | A | |

Comment: 23560912 2018-11-30

## Medications - Clinical Orders

**warfarin (COUMADIN) tablet 8 mg [134545177]**

Electronically signed by: **John Grabow, RPH on 02/15/18 1049** Status: **Completed**
Ordering user: John Grabow, RPH 02/15/18 1049 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
Frequency: Once 02/15/18 1100 - 1 Occurrences

**enoxaparin (LOVENOX) injection 100 mg [134545175]**

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/15/18 1130 - 1 Occurrences
Released by: Nikki A Carpenter, RN 02/15/18 1046
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

**enoxaparin (LOVENOX) injection 100 mg [134545176]**

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/15/18 1130 - 1 Occurrences
Released by: Nikki A Carpenter, RN 02/15/18 1046
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

**enoxaparin (LOVENOX) injection 100 mg [134545162]**

Status: **Cancel Held**
This order may be acted on in another encounter.
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/18/18 - 1 Occurrences
Discontinued by: Amy D Piper, RN 02/16/18 1314
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

**enoxaparin (LOVENOX) injection 100 mg [134545163]**

Status: **Cancel Held**
This order may be acted on in another encounter.

## Medications - Clinical Orders (continued)

**enoxaparin (LOVENOX) injection 100 mg [134545163] (continued)**

Ordering user: Michael R Shaver, RPH 02/15/18 0810
Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD

From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY)
Frequency: Once 02/18/18 - 1 Occurrences
Discontinued by: Amy D Piper, RN 02/16/18 1314

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

## Other Orders

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/15/18 1023 - 1 Occurrences
Released by: Nikki A Carpenter, RN 02/15/18 1022 Discontinued by: Automatic Discharge Provider 02/15/18 1333 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Follow-up anticoagulation by Dr. Knowlton.

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/15/18 1023 - 1 Occurrences
Released by: Nikki A Carpenter, RN 02/15/18 1022 Discontinued by: Automatic Discharge Provider 02/15/18 1333 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
PE/DVT (new or history) -- overlap for at least 5 days and INR = 2-3 for at least 2 days.

### Treatment Lab Instructions

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Until Discontinued 02/15/18 1023 - Until Specified
Released by: Nikki A Carpenter, RN 02/15/18 1022 Discontinued by: Automatic Discharge Provider 02/15/18 1333 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Release and result INR daily.

### Patient education (specify)

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/15/18 1023 - 1 Occurrences
Released by: Nikki A Carpenter, RN 02/15/18 1022 Discontinued by: Automatic Discharge Provider 02/15/18 1333 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Educate patient regarding: - Maintaining a diet with consistent vitamin K intake - Maintain a consistent activity level - Check urine and stool with each void for the presence of blood or black, tarry stools - Notify provider/anticoagulation clinic responsible for warfarin dosing if there are any changes in prescription or non-prescription medicaitons

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

## Other Orders (continued)

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/15/18 1023 - 1 Occurrences
Released by: Nikki A Carpenter, RN 02/15/18 1022 Discontinued by: Automatic Discharge Provider 02/15/18 1333 [Patient Discharge]
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Fax warfarin dosing record to follow-up MD / Anticoagulation clinic upon discharge from Infusion Center.

### POCT INR- manual entry

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: 02/15/18 -
Released by: Nikki A Carpenter, RN 02/15/18 1025
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Daily Post-Procedure.

## Medications at End of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 1 MG tablet (Taking)**<br>Sig - Route: Take 1 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **docusate sodium (COLACE) 100 MG capsule (Taking)**<br>Sig - Route: Take 1 capsule (100 mg total) by mouth Twice a day - Oral<br>Class: Print | 100 capsule | 1 | 1/8/2018 | |
| **hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet (Taking)**<br>Sig - Route: Take 25 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **lisinopril (PRINIVIL,ZESTRIL) 40 MG tablet (Taking)**<br>Sig - Route: Take 40 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **propranolol (INDERAL) 40 MG tablet (Taking)**<br>Sig - Route: Take 40 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |

**Medications at End of Encounter (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic. - Oral | 10 tablet | 0 | 2/14/2018 | |
| **sulfamethoxazole-trimethoprim (BACTRIM DS) 800-160 mg per tablet**<br>Sig - Route: Take 1 tablet by mouth Twice a day - Oral<br>Class: Historical Med | | | | |

**Medications this visit**

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/15/2018 | 2/15/2018 |
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/15/2018 | 2/15/2018 |
| **enoxaparin (LOVENOX) injection 70 mg**<br>Sig - Route: Inject 0.7 mLs (70 mg total) into the skin once - Subcutaneous | 70 mg | Once | 2/14/2018 | 2/14/2018 |
| **warfarin (COUMADIN) tablet 8 mg**<br>Sig - Route: Take 2 tablets (8 mg total) by mouth once - Oral | 8 mg | Once | 2/15/2018 | 2/15/2018 |
| **acetaminophen (TYLENOL) tablet 650 mg (Discontinued)**<br>Sig - Route: Take 2 tablets (650 mg total) by mouth every 4 (four) hours as needed for Mild Pain (Pain Scale 1-3) or Fever (MILD PAIN (1-3) FIRST CHOICE) - Oral<br>Reason for Discontinue: **Patient Discharge** | 650 mg | Every 4 Hours PRN | 2/10/2018 | 2/14/2018 |
| **ALPRAZolam (XANAX) tablet 1 mg (Discontinued)**<br>Sig - Route: Take 1 tablet (1 mg total) by mouth 3 (three) times daily as needed for Anxiety - Oral<br>Reason for Discontinue: **Patient Discharge** | 1 mg | 3 Times Daily PRN | 2/10/2018 | 2/14/2018 |
| **bisacodyl (DULCOLAX) suppository 10 mg (Discontinued)**<br>Sig - Route: Place 1 suppository (10 mg total) rectally once as needed for Constipation - Rectal<br>Reason for Discontinue: **Patient Discharge** | 10 mg | Once As Needed | 2/10/2018 | 2/14/2018 |
| **calcium carbonate (TUMS) chewable tablet 1,000 mg (Discontinued)**<br>Sig - Route: Take 2 tablets (1,000 mg total) by mouth 2 (two) times daily as needed for Indigestion - Oral<br>Reason for Discontinue: **Patient Discharge** | 1,000 mg | 2 Times Daily PRN | 2/10/2018 | 2/14/2018 |
| **docusate sodium (COLACE) capsule 100 mg (Discontinued)**<br>Sig - Route: Take 1 capsule (100 mg total) by mouth Twice a day - Oral<br>Reason for Discontinue: **Patient Discharge** | 100 mg | 2 Times Daily | 2/10/2018 | 2/14/2018 |
| **enoxaparin (LOVENOX) injection 140 mg (Discontinued)**<br>Sig - Route: Inject 0.93 mLs (140 mg total) into the skin every 12 (twelve) hours - Subcutaneous | 1 mg/kg × 136.1 kg | Every 12 Hours | 2/11/2018 | 2/14/2018 |

**Medications this visit (continued)**

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **enoxaparin (LOVENOX) injection 200 mg** (Discontinued)<br>Sig - Route: Inject 2 mLs (200 mg total) into the skin daily - Subcutaneous<br>Reason for Discontinue: **Patient Discharge** | 1.5 mg/kg × 136.1 kg | Every 24 Hours | 2/15/2018 | 2/14/2018 |
| **ketorolac (TORADOL) injection 15 mg** (Discontinued)<br>Sig - Route: Inject 0.5 mLs (15 mg total) into the vein once - IV<br>Reason for Discontinue: **Patient Discharge** | 15 mg | Once | 2/13/2018 | 2/14/2018 |
| **ketorolac (TORADOL) injection 15 mg** (Discontinued)<br>Sig - Route: Inject 0.5 mLs (15 mg total) into the vein every 8 (eight) hours as needed for Severe Pain (Pain Scale 7-10) - IV<br>Reason for Discontinue: **Patient Discharge** | 15 mg | Every 8 Hours PRN | 2/13/2018 | 2/14/2018 |
| **melatonin tablet 3 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (3 mg total) by mouth nightly as needed for Insomnia - Oral<br>Reason for Discontinue: **Patient Discharge** | 3 mg | Nightly PRN | 2/10/2018 | 2/14/2018 |
| **naloxone (NARCAN) injection 0.1 mg** (Discontinued)<br>Sig - Route: Inject 0.25 mLs (0.1 mg total) into the vein as needed (Over Sedation) - IV<br>Reason for Discontinue: **Patient Discharge** | 0.1 mg | As Needed | 2/10/2018 | 2/14/2018 |
| **nicotine (NICODERM CQ) 14 mg/24 hr 14 mg** (Discontinued)<br>Sig - Route: Place 1 patch (14 mg total) onto the skin daily - Transdermal<br>Reason for Discontinue: **Patient Discharge** | 14 mg | Daily | 2/13/2018 | 2/14/2018 |
| **nicotine (NICOTROL) 10 mg inhaler 1 puff** (Discontinued)<br>Sig - Route: Inhale 1 puff into the lungs every 2 (two) hours as needed for Smoking cessation - Inhalation<br>Reason for Discontinue: **Patient Discharge** | 1 puff | Every 2 Hours PRN | 2/13/2018 | 2/14/2018 |
| **ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (4 mg total) by mouth every 8 (eight) hours as needed for Nausea or Vomiting - Oral<br>Reason for Discontinue: **Patient Discharge** | 4 mg | Every 8 Hours PRN | 2/10/2018 | 2/14/2018 |
| **ondansetron PF (ZOFRAN) 4 mg/2 mL injection 4 mg** (Discontinued)<br>Sig - Route: Inject 2 mLs (4 mg total) into the vein every 8 (eight) hours as needed for Nausea or Vomiting - IV<br>Reason for Discontinue: **Patient Discharge** | 4 mg | Every 8 Hours PRN | 2/10/2018 | 2/14/2018 |
| **pantoprazole (PROTONIX) EC tablet 40 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (40 mg total) by mouth every morning before breakfast - Oral<br>Reason for Discontinue: **Patient Discharge** | 40 mg | Daily Before Breakfast | 2/13/2018 | 2/14/2018 |
| **polyethylene glycol (MIRALAX) oral powder 17 g** (Discontinued) | 17 g | Daily As Needed | 2/10/2018 | 2/14/2018 |

**Medications this visit (continued)**

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 17 g by mouth daily as needed for Constipation - Oral<br>Reason for Discontinue: **Patient Discharge** | | | | |
| **prochlorperazine (COMPAZINE) injection 5 mg (Discontinued)** | 5 mg | Every 6 Hours PRN | 2/10/2018 | 2/14/2018 |
| Sig - Route: Inject 1 mL (5 mg total) into the vein every 6 (six) hours as needed for Nausea or Vomiting - IV<br>Reason for Discontinue: **Patient Discharge** | | | | |
| **prochlorperazine (COMPAZINE) tablet 5 mg (Discontinued)** | 5 mg | Every 6 Hours PRN | 2/10/2018 | 2/14/2018 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth every 6 (six) hours as needed for Nausea or Vomiting - Oral<br>Reason for Discontinue: **Patient Discharge** | | | | |
| **propranolol (INDERAL) tablet 20 mg (Discontinued)** | 20 mg | 2 Times Daily | 2/11/2018 | 2/14/2018 |
| Sig - Route: Take 1 tablet (20 mg total) by mouth Twice a day - Oral<br>Reason for Discontinue: **Patient Discharge** | | | | |
| **senna-docusate (PERICOLACE) 8.6-50 mg per tablet 1 tablet (Discontinued)** | 1 tablet | 2 Times Daily | 2/10/2018 | 2/14/2018 |
| Sig - Route: Take 1 tablet by mouth Twice a day - Oral<br>Reason for Discontinue: **Patient Discharge** | | | | |
| **sodium chloride (NS) 0.9 % flush 3-10 mL (Discontinued)** | 3-10 mL | As Needed | 2/10/2018 | 2/14/2018 |
| Sig - Route: Inject 3-10 mLs into the vein as needed for Line Care - IV<br>Reason for Discontinue: **Patient Discharge** | | | | |
| **warfarin (COUMADIN) tablet 8 mg (Discontinued)** | 8 mg | Once at 1700 | 2/14/2018 | 2/14/2018 |
| Sig - Route: Take 2 tablets (8 mg total) by mouth Once at 1700 - Oral<br>Reason for Discontinue: **Patient Discharge** | | | | |

## Flowsheets (all recorded)

### Custom Formula Data - Thu February 15, 2018

| | 1037 |
|---|---|
| **OTHER** | |
| BSA (Calculated - sq m) | 2.62 sq meters -NC |
| IBW/kg (Calculated) Male | 73 kg -NC |
| IBW/kg (Calculated) FEMALE | 68.5 kg -NC |
| Percent Weight Change Since Birth | 0 -NC |
| IBW/kg (Calculated) | 73 -NC |
| **Weights** | |
| Weight for Calculation (kg) | 138.5 kg -NC |
| **Readings** | |
| Low Range Vt 6cc/kg | 438 mL -NC |
| Adult Moderate Range Vt 8cc/kg | 584 mL -NC |
| Adult High Range Vt 10cc/kg | 730 mL -NC |

### COMMUNICABLE DISEASE SCREENING - Thu February 15, 2018

| | 1043 |
|---|---|
| **COMMUNICABLE DISEASES** | |
| Have you had a fever in the last three days? | No -NC |

### Vitals Reassessment - Thu February 15, 2018

| | 1037 |
|---|---|
| **Vitals Timer** | |
| Restart Vitals Timer | Yes -NC |

### Vitals - Thu February 15, 2018

| | 1037 |
|---|---|
| **Measurements** | |
| Weight | (!) 138.5 kg (305 lb 5.4 oz) -NC |
| Height | 1.778 m (5' 10") -NC |
| BSA (Calculated - sq m - DuBois) | 2.5 sq meters -NC |
| BMI (Calculated) | 43.8 -NC |

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

## Flowsheets (all recorded) (continued)

### Vitals - Thu February 15, 2018 (continued)

| | 1037 |
|---|---|
| **Vitals** | |
| BP | 120/72 -NC |
| BP Location | Left arm -NC |
| Patient Position | Sitting -NC |
| Pulse | 69 -NC |
| Resp | 18 -NC |
| Temp | 37 °C (98.6 °F) -NC |
| Temp src | Temporal -NC |
| **Pulse Oximetry** | |
| SpO2 | 100 % -NC |
| O2 Device | None (Room air) -NC |
| Activity | At Rest -NC |
| **Pain Assessment** | |
| Pain Score | Four -NC |
| Pain Frequency | Constant/continuous -NC |
| Pain Loc | CHEST -NC |
| Pain Orientation | Right -NC |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| NC | Nikki A Carpenter, RN | 12/16/14 - |

| | | |
|---|---|---|
| **Peacehealth** | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1301121387 |

| | | |
|---|---|---|
| **Cummins,Michael M**<br>**2/16/2018 1:00 PM Anti-coag visit**<br>MRN: **01614423** | Department: **Udmc Op Infusion**<br>Encounter #: **394140602** | Description: **Male DOB:**<br>Provider: **UDMC INF, ANTICOAG 250** |

Diagnoses

| | Codes | Comments |
|---|---|---|
| **Other acute pulmonary embolism without acute cor pulmonale (HCC)** | I26.99 | |

## Notes

### H&P Notes

No notes of this type exist for this encounter.

### Progress Notes

Amy D Piper, RN at 2/16/2018 1:00 PM

Author Type: Registered Nurse Status: Signed

Pt arrives to RIC for continued bridging onto Coumadin. Pt denies any unusual bleeding/bruising. CBC and INR done by RN via venipuncture. Pt tol it well. INR 3.7. Pharmacy stated pt will not be getting any Coumadin or Enoxaparin today. Pt to return to RIC tomorrow for INR recheck. Pt aware to call MD with any concerns. Pt left RIC in stable condition.

Electronically signed by Amy D Piper, RN on 2/16/2018 1:44 PM

### Pt Instruction Notes

No notes of this type exist for this encounter.

### Care Advice Given

No Care Advice given for this encounter.

## All Results

POCT INR- manual entry [134891826] (Abnormal) — Resulted: 02/16/18 1324, Result status: Final result

Ordering provider: Kathleen C Sullivan, MD 02/16/18 1314 Resulted by: SULLIVAN, KATHLEEN C [120082]

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | | 02/16/18 1324 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR POC | 3.7 | 0.8 - 1.2 | A | |

Complete Blood Count, No Differential [134891828] — Resulted: 02/16/18 1559, Result status: Final result

## All Results (continued)

Resulted: 02/16/18 1559, Result status: Final result

### Complete Blood Count, No Differential [134891828] (continued)

Ordering provider: Kathleen C Sullivan, MD 02/16/18 1316

Narrative:
The following orders were created for panel order Complete Blood Count, No Differential.

| Procedure | Abnormality | Status |
|---|---|---|
| --------- | ----------- | ------ |
| Complete Blood Count, No...[134891829] | Abnormal | Final result |

Please view results for these tests on the individual orders.

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | | 02/16/18 1324 |

Resulted: 02/16/18 1559, Result status: Final result

### Complete Blood Count, No Differential [134891829] (Abnormal)

Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | | 02/16/18 1324 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 11.8 | 4.0 - 11.0 K/uL | H | PHLab 122 |
| RBC | 3.79 | 4.31 - 5.77 M/uL | L | PHLab 122 |
| HGB | 11.7 | 13.2 - 17.5 g/dL | L | PHLab 122 |
| HCT | 34.3 | 38.9 - 49.9 % | L | PHLab 122 |
| MCV | 90.5 | 80.0 - 100.0 fL | | PHLab 122 |
| MCH | 30.9 | 27.8 - 33.8 pg | | PHLab 122 |
| MCHC | 34.1 | 31.5 - 36.5 g/dL | | PHLab 122 |
| RDW | 14.0 | 11.5 - 14.2 % | | PHLab 122 |
| Platelets | 318 | 150 - 400 K/uL | | PHLab 122 |
| MPV | 9.1 | 8.5 - 12.4 fL | | PHLab 122 |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **122 - PHLab 122** | PEACEHEALTH LABORATORIES | Unknown | 722 E. 11th Ave Eugene OR 97401 | 08/29/16 1814 - Present |

## Medications - Clinical Orders

### enoxaparin (LOVENOX) injection 100 mg [134545193]

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Discontinued**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY)
Frequency: Once 02/16/18 1345 - 1 Occurrences
Released by: Amy D Piper, RN 02/16/18 1314
Discontinued by: Michael R Shaver, RPH 02/16/18 1329 [Error]

## Medications - Clinical Orders (continued)

**enoxaparin (LOVENOX) injection 100 mg [134545193] (continued)**

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

**enoxaparin (LOVENOX) injection 100 mg [134545192]**

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Discontinued**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/16/18 1345 - 1 Occurrences
Released by: Amy D Piper, RN 02/16/18 1314 Discontinued by: Michael R Shaver, RPH 02/16/18 1329 [Error]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

**enoxaparin (LOVENOX) injection 100 mg [134545178]**

Status: **Cancel Held**
This order may be acted on in another encounter.
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/16/18 - 1 Occurrences
Discontinued by: Ermal A Griswold, RN 02/17/18 1308

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

**enoxaparin (LOVENOX) injection 100 mg [134545179]**

Status: **Cancel Held**
This order may be acted on in another encounter.
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/16/18 - 1 Occurrences
Discontinued by: Ermal A Griswold, RN 02/17/18 1308

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

## Lab - Clinical Orders

**Complete Blood Count, No Differential [134891829]**

Status: **Completed**
Order placed as a reflex to Complete Blood Count, No Differential [134891828] ordered on 02/15/18 at 0810
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Authorized by: Kathleen C Sullivan, MD
Frequency: 02/16/18 -
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

**Complete Blood Count, No Differential [134891827]**

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Active**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: 02/16/18 -

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

Lab - Clinical Orders (continued)

Complete Blood Count, No Differential [134891827] (continued)

Released by: Amy D Piper, RN 02/16/18 1315

Diagnoses:

Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

## Other Orders

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Cancel Held**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/16/18 - 1 Occurrences
Canceled by: Amy D Piper, RN 02/16/18 1313
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Follow-up anticoagulation by Dr. Knowlton.

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Cancel Held**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/16/18 - 1 Occurrences
Canceled by: Amy D Piper, RN 02/16/18 1313
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
PE/DVT (new or history) -- overlap for at least 5 days and INR = 2-3 for at least 2 days.

### Treatment Lab Instructions

Electronically signed by: **Teresa L Calamas, RPH on 02/15/18 2018** Status: **Cancel Held**
Ordering user: Teresa L Calamas, RPH 02/15/18 2018 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Until Discontinued 02/16/18 - Until Specified
Canceled by: Amy D Piper, RN 02/16/18 1313
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Release the following labs every 3 days while on enoxaparin: -CBC no differential Provider approves to Release and Draw labs 2 days Pre & Post this Planned Treatment Date.

### Treatment Lab Instructions

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Cancel Held**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Until Discontinued 02/16/18 - Until Specified
Canceled by: Amy D Piper, RN 02/16/18 1313
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Release and result INR daily.

### Patient education (specify)

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Cancel Held**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING Frequency: Once 02/16/18 - 1 Occurrences

## Other Orders (continued)

### Patient education (specify) (continued)

(OREGON NETWORK ONLY)

Canceled by: Amy D Piper, RN 02/16/18 1313

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

Order comments:
Educate patient regarding: - Maintaining a diet with consistent vitamin K intake - Maintain a consistent activity level - Check urine and stool with each void for the presence of blood or black, tarry stools - Notify provider/anticoagulation clinic responsible for warfarin dosing if there are any changes in prescription or non-prescription medicaitons

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Cancel Held**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/16/18 - 1 Occurrences
Canceled by: Amy D Piper, RN 02/16/18 1313

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

Order comments:
Fax warfarin dosing record to follow-up MD / Anticoagulation clinic upon discharge from Infusion Center.

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/16/18 1314 - 1 Occurrences
Released by: Amy D Piper, RN 02/16/18 1314 Discontinued by: Automatic Discharge Provider 02/16/18 1544 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

Order comments:
Follow-up anticoagulation by Dr. Knowlton.

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/16/18 1314 - 1 Occurrences
Released by: Amy D Piper, RN 02/16/18 1314 Discontinued by: Automatic Discharge Provider 02/16/18 1544 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

Order comments:
PE/DVT (new or history) -- overlap for at least 5 days and INR = 2-3 for at least 2 days.

### Treatment Lab Instructions

Electronically signed by: **Teresa L Calamas, RPH on 02/15/18 2018** Status: **Discontinued**
Ordering user: Teresa L Calamas, RPH 02/15/18 2018 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Until Discontinued 02/16/18 1314 - Until Specified

## Other Orders (continued)

### Treatment Lab Instructions (continued)

Released by: Amy D Piper, RN 02/16/18 1314
Discontinued by: Automatic Discharge Provider 02/16/18 1544 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Release the following labs every 3 days while on enoxaparin: -CBC no differential Provider approves to Release and Draw labs 2 days Pre & Post this Planned Treatment Date.

### Treatment Lab Instructions

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851
Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY)
Frequency: Until Discontinued 02/16/18 1314 - Until Specified
Released by: Amy D Piper, RN 02/16/18 1314
Discontinued by: Automatic Discharge Provider 02/16/18 1544 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Release and result INR daily.

### Patient education (specify)

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851
Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY)
Frequency: Once 02/16/18 1314 - 1 Occurrences
Released by: Amy D Piper, RN 02/16/18 1314
Discontinued by: Automatic Discharge Provider 02/16/18 1544 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Educate patient regarding: - Maintaining a diet with consistent vitamin K intake - Maintain a consistent activity level - Check urine and stool with each void for the presence of blood or black, tarry stools - Notify provider/anticoagulation clinic responsible for warfarin dosing if there are any changes in prescription or non-prescription medicaitons

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851
Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY)
Frequency: Once 02/16/18 1314 - 1 Occurrences
Released by: Amy D Piper, RN 02/16/18 1314
Discontinued by: Automatic Discharge Provider 02/16/18 1544 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Fax warfarin dosing record to follow-up MD / Anticoagulation clinic upon discharge from Infusion Center.

### POCT INR- manual entry

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/15/18 0810
Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD

## Other Orders (continued)

### POCT INR- manual entry (continued)

From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY)
Frequency: 02/16/18 -
Released by: Amy D Piper, RN 02/16/18 1314
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Daily Post-Procedure.

### Medications at End of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 1 MG tablet (Taking)**<br>Sig - Route: Take 1 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **docusate sodium (COLACE) 100 MG capsule (Taking)**<br>Sig - Route: Take 1 capsule (100 mg total) by mouth Twice a day - Oral<br>Class: Print | 100 capsule | 1 | 1/8/2018 | |
| **hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet (Taking)**<br>Sig - Route: Take 25 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **lisinopril (PRINIVIL,ZESTRIL) 40 MG tablet (Taking)**<br>Sig - Route: Take 40 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **propranolol (INDERAL) 40 MG tablet (Taking)**<br>Sig - Route: Take 40 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **sulfamethoxazole-trimethoprim (BACTRIM DS) 800-160 mg per tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic. - Oral | 10 tablet | 0 | 2/14/2018 | |

### Medications this visit

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/15/2018 | 2/15/2018 |
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/15/2018 | 2/15/2018 |

Medications this visit (continued)

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) tablet 8 mg**<br>Sig - Route: Take 2 tablets (8 mg total) by mouth once - Oral | 8 mg | Once | 2/15/2018 | 2/15/2018 |

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

## Flowsheets (all recorded)

### Vitals Reassessment - Fri February 16, 2018

| | 1309 |
|---|---|
| **Vitals Timer** | |
| Restart Vitals Timer | Yes -AP |

### Vitals - Fri February 16, 2018

| | 1309 |
|---|---|
| **Vitals** | |
| BP | 122/69 -AP |
| BP Location | Left arm -AP |
| Patient Position | Sitting -AP |
| Pulse | 79 -AP |
| Resp | 18 -AP |
| Temp | 36 °C (96.8 °F) -AP |
| Temp src | Temporal -AP |
| **Pulse Oximetry** | |
| SpO2 | 98 % -AP |
| O2 Device | None (Room air) -AP |
| Activity | At Rest -AP |
| **Pain Assessment** | |
| Pain Score | Six -AP |
| Pain Frequency | Constant/continuous -AP |
| Pain Loc | CHEST -AP |
| Pain Orientation | Right -AP |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| AP | Amy D Piper, RN | 05/05/16 - |

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

**Cummins,Michael M**
**2/17/2018 1:00 PM Anti-coag visit**
MRN: **01614423**

Department: **Udmc Op Infusion**
Encounter #: **394140603**

Description: **Male DOB:**
Provider: **UDMC INF, ANTICOAG 250**

Reason for Visit

**Anticoagulation**

Diagnoses

| | Codes | Comments |
|---|---|---|
| **Other acute pulmonary embolism without acute cor pulmonale (HCC)** | I26.99 | |

Notes

H&P Notes

No notes of this type exist for this encounter.

Progress Notes

Ermal A Griswold, RN at 2/17/2018 1:00 PM

Author Type: Registered Nurse Status: Signed

Pt. Arrives ambulatory and in stable condition. Pt. Here to bridge onto Warfarin. RN-fingerstick for INR. INR 2.4 with Enoxaparin 200 mg. Subcutaneously and Warfarin 5 mg. Po. Given. Denies any bleeding or bruising concerns. Pt. To return tomorrow. Pt. To report any concerns to PCP. Pt. In stable condition on discharge from RIC.

Electronically signed by Ermal A Griswold, RN on 2/17/2018 2:27 PM

Pt Instruction Notes

No notes of this type exist for this encounter.

Care Advice Given

No Care Advice given for this encounter.

All Results

POCT INR- manual entry [134996956] (Abnormal) Resulted: 02/17/18 1309, Result status: Final result

Ordering provider: Kathleen C Sullivan, MD 02/17/18 1308

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | | 02/17/18 1309 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR POC | 2.4 | 0.8 - 1.2 | A | |

## All Results (continued)

POCT INR- manual entry [134996956] (Abnormal) (continued) — Resulted: 02/17/18 1309, Result status: Final result

Comment: Lot # 235609-12, exp. 2018-11

## Medications - Clinical Orders

**warfarin (COUMADIN) tablet 5 mg [134998238]**

Electronically signed by: **Gina K Giesbrecht-Lucero, RPH on 02/17/18 1320** Status: **Completed**
Ordering user: Gina K Giesbrecht-Lucero, RPH 02/17/18 1320 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
Frequency: Once 02/17/18 1400 - 1 Occurrences

**enoxaparin (LOVENOX) injection 100 mg [134996954]**

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/17/18 1345 - 1 Occurrences
Released by: Ermal A Griswold, RN 02/17/18 1308
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

**enoxaparin (LOVENOX) injection 100 mg [134996955]**

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/17/18 1345 - 1 Occurrences
Released by: Ermal A Griswold, RN 02/17/18 1308
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

**enoxaparin (LOVENOX) injection 100 mg [134891830]**

Status: **Cancel Held**
This order may be acted on in another encounter.
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/19/18 - 1 Occurrences
Discontinued by: Andrea L Trotter, RN 02/18/18 1338
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

**enoxaparin (LOVENOX) injection 100 mg [134891831]**

Status: **Cancel Held**
This order may be acted on in another encounter.
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING Frequency: Once 02/19/18 - 1 Occurrences

Medications - Clinical Orders (continued)

enoxaparin (LOVENOX) injection 100 mg [134891831] (continued)

(OREGON NETWORK ONLY)

Discontinued by: Andrea L Trotter, RN 02/18/18 1338

Diagnoses:

Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

## Other Orders

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/17/18 1309 - 1 Occurrences
Released by: Ermal A Griswold, RN 02/17/18 1308 Discontinued by: Automatic Discharge Provider 02/17/18 1627 [Patient Discharge]
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Follow-up anticoagulation by Dr. Knowlton.

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/17/18 1309 - 1 Occurrences
Released by: Ermal A Griswold, RN 02/17/18 1308 Discontinued by: Automatic Discharge Provider 02/17/18 1627 [Patient Discharge]
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
PE/DVT (new or history) -- overlap for at least 5 days and INR = 2-3 for at least 2 days.

### Treatment Lab Instructions

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Until Discontinued 02/17/18 1309 - Until Specified
Released by: Ermal A Griswold, RN 02/17/18 1308 Discontinued by: Automatic Discharge Provider 02/17/18 1627 [Patient Discharge]
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Release and result INR daily.

### Patient education (specify)

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/17/18 1309 - 1 Occurrences
Released by: Ermal A Griswold, RN 02/17/18 1308 Discontinued by: Automatic Discharge Provider 02/17/18 1627 [Patient Discharge]
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Educate patient regarding: - Maintaining a diet with consistent vitamin K intake - Maintain a consistent activity level - Check urine and stool with each void for the presence of blood or black, tarry stools - Notify provider/anticoagulation clinic responsible for warfarin dosing if there are any changes in prescription or non-prescription medicaitons

## Other Orders (continued)

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/17/18 1309 - 1 Occurrences
Released by: Ermal A Griswold, RN 02/17/18 1308 Discontinued by: Automatic Discharge Provider 02/17/18 1627 [Patient Discharge]
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Fax warfarin dosing record to follow-up MD / Anticoagulation clinic upon discharge from Infusion Center.

### POCT INR- manual entry

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: 02/17/18 -
Released by: Ermal A Griswold, RN 02/17/18 1308
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Daily Post-Procedure.

### Medications at End of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 1 MG tablet**<br>Sig - Route: Take 1 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **docusate sodium (COLACE) 100 MG capsule**<br>Sig - Route: Take 1 capsule (100 mg total) by mouth Twice a day - Oral<br>Class: Print | 100 capsule | 1 | 1/8/2018 | |
| **hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **lisinopril (PRINIVIL,ZESTRIL) 40 MG tablet**<br>Sig - Route: Take 40 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **propranolol (INDERAL) 40 MG tablet**<br>Sig - Route: Take 40 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **sulfamethoxazole-trimethoprim (BACTRIM DS) 800-160 mg per tablet**<br>Sig - Route: Take 1 tablet by mouth Twice a day - Oral | | | | |

**Medications at End of Encounter (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med | | | | |
| **warfarin (COUMADIN) 5 MG tablet** | 10 tablet | 0 | 2/14/2018 | |
| Sig - Route: Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic. - Oral | | | | |

**Medications this visit**

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/17/2018 | 2/17/2018 |
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/17/2018 | 2/17/2018 |
| **warfarin (COUMADIN) tablet 5 mg**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth once - Oral | 5 mg | Once | 2/17/2018 | 2/17/2018 |
| **enoxaparin (LOVENOX) injection 100 mg (Discontinued)**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous<br>Reason for Discontinue: **Error** | 100 mg | Once | 2/16/2018 | 2/16/2018 |
| **enoxaparin (LOVENOX) injection 100 mg (Discontinued)**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous<br>Reason for Discontinue: **Error** | 100 mg | Once | 2/16/2018 | 2/16/2018 |

## Flowsheets (all recorded)

### Vitals Reassessment - Sat February 17, 2018

| | 1305 |
|---|---|
| **Vitals Timer** | |
| Restart Vitals Timer | Yes -EG |

### Vitals - Sat February 17, 2018

| | 1305 |
|---|---|
| **Vitals** | |
| BP | 120/60 -EG |
| BP Location | Left arm -EG |
| Patient Position | Sitting -EG |
| Pulse | 79 -EG |
| Resp | 18 -EG |
| Temp | 36.9 °C (98.4 °F) -EG |
| Temp src | Temporal -EG |
| **Pulse Oximetry** | |
| SpO2 | 100 % -EG |
| O2 Device | None (Room air) -EG |
| Activity | At Rest -EG |
| **Pain Assessment** | |
| Pain Score | Two -EG |
| Pain Frequency | Constant/continuous -EG |
| Pain Loc | CHEST -EG |
| Pain Orientation | Right -EG |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| EG | Ermal A Griswold, RN | 05/05/16 - |

**Cummins,Michael M**
**2/18/2018 1:00 PM Anti-coag visit**
MRN: **01614423**

Department: **Udmc Op Infusion**
Encounter #: **394140604**

Description: **Male DOB: 7/30/1970**
Provider: **UDMC INF, ANTICOAG 250**

Reason for Visit

| | |
|---|---|
| **Anticoagulation** | Bridging on |

Diagnoses

| | Codes | Comments |
|---|---|---|
| **Other acute pulmonary embolism without acute cor pulmonale (HCC)** | I26.99 | |

## Notes

H&P Notes

No notes of this type exist for this encounter.

## Progress Notes

Andrea L Trotter, RN at 2/18/2018 1:00 PM

Author Type: Registered Nurse Status: Signed

Pt here bridging on to Coumadin. Pt reports that he believes the Enoxaparin is making him nauseated. He is also have some blood when he coughs. He was told to expect this due to the PE. Fingerstick done for INR. Info faxed to the pharmacy. Pt was hopeful for discharge. Spoke to the pharmacist who said they need one more day to determine the dose. His INR results have changed too dramatically for her to have a good estimation of the appropriate dose. Informed the patient that he will need to come back tomorrow. Gave pt Warfarin PO and Enoxaparin subcutaneous per orders. Pt left the RIC in stable condition, ambulatory, and expressed understanding to contact his doctor if he has any concerns.

Electronically signed by Andrea L Trotter, RN on 2/18/2018 2:09 PM

Pt Instruction Notes

No notes of this type exist for this encounter.

Care Advice Given

No Care Advice given for this encounter.

Patient Findings

| | |
|---|---|
| Negatives | Signs/symptoms of thrombosis, Signs/symptoms of bleeding, Laboratory test error suspected, Change in health, Change in alcohol use, Change in activity, Upcoming invasive procedure, Emergency department visit, Upcoming dental procedure, Missed doses, Extra doses, Change in medications, Change in diet/appetite, Hospital admission, Bruising, Other complaints |

## All Results

POCT INR- manual entry [135072559] (Abnormal) Resulted: 02/18/18 1326, Result status: Final result

Ordering provider: Kathleen C Sullivan, MD 02/18/18 1326

Peacehealth | 1115 SE 164TH AVE VANCOUVER WA 98683 | CUMMINS,MICHAEL M MRN: 01614423 DOB: Sex: M Acct #: 1301121387

## All Results (continued)

Resulted: 02/18/18 1326, Result status: Final result

POCT INR- manual entry [135072559] (Abnormal) (continued)

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | | 02/18/18 1326 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR POC | 2.0 | 0.8 - 1.2 | A | |

Comment: fingerstick; 2018-11-30; 23547511

## Medications - Clinical Orders

enoxaparin (LOVENOX) injection 100 mg [135072561]

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/18/18 1415 - 1 Occurrences
Released by: Andrea L Trotter, RN 02/18/18 1338
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

enoxaparin (LOVENOX) injection 100 mg [135072562]

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/18/18 1415 - 1 Occurrences
Released by: Andrea L Trotter, RN 02/18/18 1338
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

warfarin (COUMADIN) tablet 7.5 mg [135072560]

Electronically signed by: **Gina K Giesbrecht-Lucero, RPH on 02/18/18 1330** Status: **Completed**
Ordering user: Gina K Giesbrecht-Lucero, RPH 02/18/18 1330 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
Frequency: Once 02/18/18 1415 - 1 Occurrences

enoxaparin (LOVENOX) injection 100 mg [134998239]

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Cancel Held**
Ordering user: Michael R Shaver, RPH 02/19/18 1312 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/19/18 - 1 Occurrences
Discontinued by: Kathy E Sullivan, RN 02/19/18 1430

enoxaparin (LOVENOX) injection 100 mg [134998240]

| | | |
|---|---|---|
| **Peacehealth** | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1301121387 |

Medications - Clinical Orders (continued)

enoxaparin (LOVENOX) injection 100 mg [134998240] (continued)

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Cancel Held**
Ordering user: Michael R Shaver, RPH 02/19/18 1312 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/19/18 - 1 Occurrences
Discontinued by: Kathy E Sullivan, RN 02/19/18 1430

## Other Orders

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/18/18 1303 - 1 Occurrences
Released by: Andrea L Trotter, RN 02/18/18 1302 Discontinued by: Automatic Discharge Provider 02/18/18 1609 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Follow-up anticoagulation by Dr. Knowlton.

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/18/18 1303 - 1 Occurrences
Released by: Andrea L Trotter, RN 02/18/18 1302 Discontinued by: Automatic Discharge Provider 02/18/18 1609 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
PE/DVT (new or history) -- overlap for at least 5 days and INR = 2-3 for at least 2 days.

### Treatment Lab Instructions

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Until Discontinued 02/18/18 1303 - Until Specified
Released by: Andrea L Trotter, RN 02/18/18 1302 Discontinued by: Automatic Discharge Provider 02/18/18 1609 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Release and result INR daily.

### Patient education (specify)

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/18/18 1303 - 1 Occurrences
Released by: Andrea L Trotter, RN 02/18/18 1302 Discontinued by: Automatic Discharge Provider 02/18/18 1609 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Educate patient regarding: - Maintaining a diet with consistent vitamin K intake - Maintain a consistent activity level - Check urine and stool with each void for the presence of blood or black, tarry stools - Notify provider/anticoagulation clinic responsible for warfarin dosing if there are any changes in prescription or non-prescription medicaitons

Other Orders (continued)

Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/18/18 1303 - 1 Occurrences
Released by: Andrea L Trotter, RN 02/18/18 1302 Discontinued by: Automatic Discharge Provider 02/18/18 1609 [Patient Discharge]
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Fax warfarin dosing record to follow-up MD / Anticoagulation clinic upon discharge from Infusion Center.

POCT INR- manual entry

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: 02/18/18 -
Released by: Andrea L Trotter, RN 02/18/18 1326
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Daily Post-Procedure.

Medications at End of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 1 MG tablet**<br>Sig - Route: Take 1 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **docusate sodium (COLACE) 100 MG capsule**<br>Sig - Route: Take 1 capsule (100 mg total) by mouth Twice a day - Oral<br>Class: Print | 100 capsule | 1 | 1/8/2018 | |
| **hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **lisinopril (PRINIVIL,ZESTRIL) 40 MG tablet**<br>Sig - Route: Take 40 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **propranolol (INDERAL) 40 MG tablet**<br>Sig - Route: Take 40 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **sulfamethoxazole-trimethoprim (BACTRIM DS) 800-160 mg per tablet**<br>Sig - Route: Take 1 tablet by mouth Twice a day - Oral | | | | |

Medications at End of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med | | | | |
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic. - Oral | 10 tablet | 0 | 2/14/2018 | |

Medications this visit

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/17/2018 | 2/17/2018 |
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/17/2018 | 2/17/2018 |
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/18/2018 | 2/18/2018 |
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/18/2018 | 2/18/2018 |
| **warfarin (COUMADIN) tablet 5 mg**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth once - Oral | 5 mg | Once | 2/17/2018 | 2/17/2018 |
| **warfarin (COUMADIN) tablet 7.5 mg**<br>Sig - Route: Take 1 tablet (7.5 mg total) by mouth once - Oral | 7.5 mg | Once | 2/18/2018 | 2/18/2018 |

## Flowsheets (all recorded)

### Vitals Reassessment - Sun February 18, 2018

| | 1306 |
|---|---|
| **Vitals Timer** | |
| Restart Vitals Timer | Yes -AT |

### Vitals - Sun February 18, 2018

| | 1306 |
|---|---|
| **Vitals** | |
| BP | 120/77 -AT |
| Pulse | 63 -AT |
| Resp | 16 -AT |
| Temp | 36.1 °C (97 °F) -AT |
| **Pulse Oximetry** | |
| SpO2 | 95 % -AT |
| **Pain Assessment** | |
| Pain Score | Three -AT |
| Pain Frequency | Constant/continuous -AT |
| Pain Loc | RIB CAGE -AT |
| Pain Orientation | Right -AT |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| AT | Andrea L Trotter, RN | 03/06/15 - |

| Peacehealth | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1301121387 |
|---|---|---|

**Cummins,Michael M**
**2/19/2018 1:00 PM Anti-coag visit**
MRN: **01614423**

Department: **Udmc Op Infusion**
Encounter #: **394140605**

Description: **Male DOB:**
Provider: **UDMC INF, ANTICOAG 250**

Reason for Visit

**Anticoagulation**

Diagnoses

| | Codes | Comments |
|---|---|---|
| **Other acute pulmonary embolism without acute cor pulmonale (HCC)** | I26.99 | |

## Notes

H&P Notes

No notes of this type exist for this encounter.

### Progress Notes

Kathy E Sullivan, RN at 2/19/2018 1:00 PM

Author Type: Registered Nurse Status: Signed

Arrived ambulatory for bridging on to Coumadin. Denies sob, bleeding or bruising problems. Understands s/s to watch for and report to MD. Fingerstick INR done by RN. Did not need CBC per pharmacy.
1330; Coumadin po given. Written discharge instructions given and reviewed with pt. Pt left in stable condition with the understanding to call MD for any concerns or problems.

Electronically signed by Kathy E Sullivan, RN on 2/19/2018 2:31 PM

Pt Instruction Notes

No notes of this type exist for this encounter.

Care Advice Given

No Care Advice given for this encounter.

### All Results

POCT INR- manual entry [135187701] (Abnormal) Resulted: 02/19/18 1318, Result status: Final result

Ordering provider: Kathleen C Sullivan, MD 02/19/18 1318 Resulted by: SULLIVAN, KATHLEEN C [120082]

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | | 02/19/18 1318 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR POC | 2.4 | 0.8 - 1.2 | A | |

## All Results (continued)

POCT INR- manual entry [135187701] (Abnormal) (continued) — Resulted: 02/19/18 1318, Result status: Final result

Comment: 19664014, 2018-09-30, f

## Medications - Clinical Orders

**warfarin (COUMADIN) tablet 5 mg [135187702]**

Electronically signed by: **Michael R Shaver, RPH on 02/19/18 1324** Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/19/18 1324 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
Frequency: Once 02/19/18 1400 - 1 Occurrences

**enoxaparin (LOVENOX) injection 100 mg [135186140]**

Electronically signed by: **Michael R Shaver, RPH on 02/19/18 1312** Status: **Held**
This order may be acted on in another encounter.
Ordering user: Michael R Shaver, RPH 02/19/18 1312 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/20/18 - 1 Occurrences

**enoxaparin (LOVENOX) injection 100 mg [135186139]**

Electronically signed by: **Michael R Shaver, RPH on 02/19/18 1312** Status: **Held**
This order may be acted on in another encounter.
Ordering user: Michael R Shaver, RPH 02/19/18 1312 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/20/18 - 1 Occurrences

**enoxaparin (LOVENOX) injection 100 mg [135072563]**

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Cancel Held**
Ordering user: Michael R Shaver, RPH 02/19/18 1312 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/19/18 - 1 Occurrences
Discontinued by: Michael R Shaver, RPH 02/19/18 1311

**enoxaparin (LOVENOX) injection 100 mg [135072564]**

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Cancel Held**
Ordering user: Michael R Shaver, RPH 02/19/18 1312 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/19/18 - 1 Occurrences
Discontinued by: Michael R Shaver, RPH 02/19/18 1312

## Other Orders

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/19/18 1308 - 1 Occurrences
Released by: Kathy E Sullivan, RN 02/19/18 1307 Discontinued by: Automatic Discharge Provider 02/19/18 1631 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Follow-up anticoagulation by Dr. Knowlton.

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/19/18 1308 - 1 Occurrences
Released by: Kathy E Sullivan, RN 02/19/18 1307 Discontinued by: Automatic Discharge Provider 02/19/18 1631 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
PE/DVT (new or history) -- overlap for at least 5 days and INR = 2-3 for at least 2 days.

### Treatment Lab Instructions

Electronically signed by: **Teresa L Calamas, RPH on 02/15/18 2018** Status: **Discontinued**
Ordering user: Teresa L Calamas, RPH 02/15/18 2018 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Until Discontinued 02/19/18 1308 - Until Specified
Released by: Kathy E Sullivan, RN 02/19/18 1307 Discontinued by: Automatic Discharge Provider 02/19/18 1631 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Release the following labs every 3 days while on enoxaparin: -CBC no differential Provider approves to Release and Draw labs 2 days Pre & Post this Planned Treatment Date.

### Treatment Lab Instructions

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Until Discontinued 02/19/18 1308 - Until Specified
Released by: Kathy E Sullivan, RN 02/19/18 1307 Discontinued by: Automatic Discharge Provider 02/19/18 1631 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Release and result INR daily.

### Patient education (specify)

## Other Orders (continued)

### Patient education (specify) (continued)

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/19/18 1308 - 1 Occurrences
Released by: Kathy E Sullivan, RN 02/19/18 1307 Discontinued by: Automatic Discharge Provider 02/19/18 1631 [Patient Discharge]
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Educate patient regarding: - Maintaining a diet with consistent vitamin K intake - Maintain a consistent activity level - Check urine and stool with each void for the presence of blood or black, tarry stools - Notify provider/anticoagulation clinic responsible for warfarin dosing if there are any changes in prescription or non-prescription medicaitons

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/19/18 1308 - 1 Occurrences
Released by: Kathy E Sullivan, RN 02/19/18 1307 Discontinued by: Automatic Discharge Provider 02/19/18 1631 [Patient Discharge]
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Fax warfarin dosing record to follow-up MD / Anticoagulation clinic upon discharge from Infusion Center.

### POCT INR- manual entry

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: 02/19/18 -
Released by: Kathy E Sullivan, RN 02/19/18 1318
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Daily Post-Procedure.

### Medications at End of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 1 MG tablet**<br>Sig - Route: Take 1 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **docusate sodium (COLACE) 100 MG capsule**<br>Sig - Route: Take 1 capsule (100 mg total) by mouth Twice a day - Oral<br>Class: Print | 100 capsule | 1 | 1/8/2018 | |
| **hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet** | | | | |

## Medications at End of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 25 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **lisinopril (PRINIVIL,ZESTRIL) 40 MG tablet**<br>Sig - Route: Take 40 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **propranolol (INDERAL) 40 MG tablet**<br>Sig - Route: Take 40 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **sulfamethoxazole-trimethoprim (BACTRIM DS) 800-160 mg per tablet**<br>Sig - Route: Take 1 tablet by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic. - Oral | 10 tablet | 0 | 2/14/2018 | |

## Medications this visit

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/18/2018 | 2/18/2018 |
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/18/2018 | 2/18/2018 |
| **warfarin (COUMADIN) tablet 5 mg**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth once - Oral | 5 mg | Once | 2/19/2018 | 2/19/2018 |
| **warfarin (COUMADIN) tablet 7.5 mg**<br>Sig - Route: Take 1 tablet (7.5 mg total) by mouth once - Oral | 7.5 mg | Once | 2/18/2018 | 2/18/2018 |

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

Flowsheets (all recorded)

Vitals Reassessment - Mon February 19, 2018

| | 1316 |
|---|---|
| **Vitals Timer** | |
| Restart Vitals Timer | Yes -KS |

Vitals - Mon February 19, 2018

| | 1316 |
|---|---|
| **Vitals** | |
| BP | 119/75 -KS |
| Pulse | 60 -KS |
| Resp | 16 -KS |
| **Pulse Oximetry** | |
| SpO2 | 97 % -KS |
| **Pain Assessment** | |
| Pain Score | Two -KS |
| Pain Frequency | Constant/continuous -KS |
| Pain Loc | CHEST -KS |
| Pain Orientation | Right -KS |

User Key (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| KS | Kathy E Sullivan, RN | 05/05/16 - |

Encounter-Level Documents:

Anticoag - Scan on 2/19/2018 12:00 PM (below)

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

Encounter-Level Documents: (continued)

02/19/2018 13 30 FAX 541 341 3018 UD Pharmacy 0002/0002

Sacred Heart Regional Infusion Center (RIC)
***Discharge Communication***

Your patient Michael Cummins DOB
Has finished anticoagulation bridging at the Sacred Heart Infusion Center

- The patient's INR has been 2-3 for 2 day(s)
- The pharmacist would recommend the following Coumadin dose and date for the physician or follow-up anticoagulation clinic to obtain INR
  - Recommended dose 5mg once daily
  - Recommended INR date Wednesday 2/21/18 (specific date)

☑ The patient has a prescription for Coumadin and has been instructed to take the above dose until the follow-up INR has been done 5 mg

☐ The patient does **NOT** have a prescription for Coumadin and will need to be provided with a prescription by follow-up physician by tomorrow morning in order for patient to continue coumadin therapy at home

The patient's pharmacy (if known) is
Recommended tablet strength (if recommended) is ______ mg tablets

The patient has received instructions on taking Coumadin including the need to avoid taking aspirin unless otherwise directed

This information is being faxed to

Dr David Knowlton

Other

This concludes our involvement with your patient's anticoagulation Please call (541) 686-6801 with any questions

| Date | INR | Dose (mg) |
|---|---|---|
| 2/11 | 1.4 | 10 |
| 2/12 | 1.4 | 10 |
| 2/13 | 1.6 | 8 |
| 2/14 | 1.7 | none - discharged from RBH |
| 2/15 | 2.2 | 8 |
| 2/16 | 3.7 | 0 |
| 2/17 | 2.4 | 5 |
| 2/18 | 2.0 | 7.5 |
| 2/19 | 2.4 | 5 |
| | | |
| | | |

[signature]
Pharmacist Signature

02/19/18 1323
Date

Cummins Michael M
DOB 47/M DOS 2/19/18 5 INF
ATTPROV Kathleen C Sullivan MD
MRN 01614423 R/B /
CSN 394140605

## Order

**Echo complete per protocol [CPD337] (Order 134123050)**

| Procedure | Abnormality | Status |
|---|---|---|
| Echo complete per protocol | | |

Echo complete per protocol [134123049]

Electronically signed by: **Kathleen C Sullivan, MD on 02/11/18 0858** Status: **Completed**

PeaceHealth

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Adm: 2/10/2018Disch: 2/14/2018

**Echo complete per protocol [134123049] (continued)**

Ordering user: Kathleen C Sullivan, MD 02/11/18 0858 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
Frequency: Once 02/11/18 0859 - 1 Occurrences
Questions:
Reason for exam: eval right heart strain from PE

**Reason For Exam**

eval right heart strain from PE

## Result

**Echo complete per protocol (Order 134123050)**

| Procedure | Abnormality | Status |
|---|---|---|
| Echo complete per protocol | | |

Resulted: 02/11/18 1117, Result status: Final result

**Echo complete per protocol [134123050]**

Ordering provider: Kathleen C Sullivan, MD 02/11/18 0858 Resulted by: Manjunath Gopal Raju, MD
Performed: 02/11/18 0914 - 02/11/18 1050 Resulting lab: XCELERA ENTERPRISE
Narrative:

Adult Echocardiogram 3311 RiverBend Drive
Springfield, OR 97477
(541) 222-7218
Name: CUMMINS, MICHAEL MStudy Date: 02/11/2018 09:51 AM BP: 89/50 mmHg
MRN: 01614423 Pt Location: RBMC ZONE6^CDUR^CDUR-40^RBMCHR: 84
DOB: 07/30/1970 Ordering MD: SULLIVAN, KATHLEEN Height: 71 in
Age: 47 yrs Referring MD: SULLIVAN, KATHLEEN C Weight: 300 lb
Gender: Male Performed By: Travis Obley, RDCS BSA: 2.5 m2 St
udy ID: 503331
Reason For Study: eval right heart strain from PE
History: Acute RLL Pulmonary embolism, s/p cholesystectomy, tobacco

Conclusions

The left ventricle is hyperdynamic.
Borderline right ventricular enlargement.
The right atrium is mildly dilated.
All four cardiac valves are normal in structure and function.
There is no prior echocardiogram noted for this patient.

Study Comments
2D transthoracic echocardiogram with color flow and Doppler.
The study was technically adequate with some images being suboptimal in quality.
There is no prior echocardiogram noted for this patient.
The patient was in normal sinus rhythm during the exam.

Left Ventricle
The left ventricle is normal in size. There is mild concentric left ventricular hypertrophy. The left ventricle is hyperdynamic. Left ventricular ejection fraction is 70% (+/- 5). Echo findings are not consistent with left ventricular outflow obstruction. There is normal diastolic function.

Right Ventricle
Borderline right ventricular enlargement. The right ventricular systolic function is normal. The tricuspid annular plane systolic excursion is 1.9 cm. A measurement of 1.6 cm or greater is consistent with normal right ventricular systolic function.

Atria
The left atrial size is normal. The left atrial volume indexed to BSA is calculated to be 36cc/m2. The right atrium is mildly dilated. There is no Doppler evidence for an interatrial shunt.

Mitral Valve
All four cardiac valves are normal in structure and function. The mitral valve is normal in structure and function. There is no mitral regurgitation noted.

Aortic Valve
The aortic valve is not well visualized secondary to technical limitations. No evidence for aortic stenosis. No aortic regurgitation is present.

Tricuspid Valve
The tricuspid valve is normal in structure and function. The right ventricular systolic pressure could not be estimated.

Pulmonic Valve
The pulmonic valve is not well seen, but is grossly normal.

Great Vessels
The aortic root is normal size. The aortic arch is not well visualized secondary to technical limitations. The IVC appears to collapse at least 50% or more, but it is dilated in size which suggests elevated central venous pressures. The IVC has a measurement of 28 mm.

Pericardium / Pleura
There is no pericardial effusion. There is an incidental finding of a pericardial fat pad found in the pericardial space.

MMode/2D Measurements & Calculations

| | | | |
|---|---|---|---|
| IVSd: 1.4 cm | RVDd: 4.6 cm | FS: 56.7 % | Ao root diam: 3.7 cm |
| LVPWd: 1.3 cm | LVIDd: 4.9 cm | | |
| | LVIDs: 2.1 cm | LA dimension: 4.3 cm | |

| | | | |
|---|---|---|---|
| LVOT diam: 2.1 cm | LA vol: 86.9 ml | BMI: 41.8 kilograms/m2 | BSA(Haycock): 2.7 m2 |
| | LA vol index: 34.7 ml/m2 | | |

| | | | |
|---|---|---|---|
| Diastolic Pressure: 50.0 mmHg | Heart Rate: 84.0 BPM | Height (metric): 180.3 cm | RAP systole: 8.0 mmHg |

PeaceHealth

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Adm: 2/10/2018Disch: 2/14/2018

Resulted: 02/11/18 1117, Result status: Final result

Echo complete per protocol [134123050] (continued)

Systolic Pressure: 89.0 mmHg
Weight (metric): 136.1 kg

Time Measurements
MV dec time: 0.22 sec

Doppler Measurements & Calculations

| | | | |
|---|---|---|---|
| MV E max vel: 97.8 cm/sec | Lat Peak E' Vel: 11.6 cm/sec | Ao V2 max: 158.1 cm/sec | LV V1 max: 156.9 cm/sec |
| MV A max vel: 71.4 cm/sec | | Ao max PG: 10.0 mmHg | |
| MV E/A: 1.4 | | | |
| | | AVA(V,D): 3.6 cm2 | |

PA V2 max: 118.4 cm/sec
PA max PG: 5.6 mmHg

WALL_START

WALL_ENDED

Interpreted by:Manjunath G Raju, MD on 02/11/2018 11:17 AM

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 101407189 | | | 02/11/18 0951 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **147 - Unknown** | XCELERA ENTERPRISE | Unknown | Unknown | 03/10/15 1719 - Present |

Reading Providers

| | Reading Role | Read Date |
|---|---|---|
| Manjunath Gopal Raju, MD | | 2/11/2018 |

Signed

Electronically signed by Manjunath Gopal Raju, MD on 2/11/18 at 1117 PST

HAR Consent for General Treatment & Financial Agreement - Received on 1/8/2018

**PEACEHEALTH MEDICAL CENTER** and **PEACEHEALTH MEDICAL GROUP**

**Consent for General Treatment:**

I understand and agree that as a patient I will receive general medical services and treatment, including HIV testing. I understand I have the right to ask questions about and refuse these services.

I acknowledge that my health care providers may be independent contractors not employed by PeaceHealth. Health care students may also treat me. I understand if special procedures or operations are needed, my health care providers will discuss this with me

HAR Consent for General Treatment & Financial Agreement - Received on 1/8/2018 (continued)

and my additional consent may be required.

I authorize the hospital and all clinical providers who provide care to me, along with any billing services or other agents who may work on their behalf, to contact me on my cell phone and/or home phone using automated telephone dialing systems, email messages, text messages or other computer assisted technology.

**Financial Responsibility Agreement:**

- I understand that in consideration of the services provided I agree to pay charges according to PeaceHealth regular rates and terms.
- I understand and agree that PeaceHealth may make inquiries regarding insurance coverage and my financial responsibility from third party payors or other responsible parties. In addition, I give consent for these payors and/or references to release information to PeaceHealth.
- I understand that PeaceHealth reserves the right to require proof of my ability to pay and may require a payment prior to service. I further understand that payments collected will be applied to my total bill owed.
- I authorize direct payment to PeaceHealth and/or health care providers during this period of medical care any third party, insurance, or liability benefits otherwise payable to me. I also authorize direct payment to the surgeon and/or physician or anesthesiologist any third party/insurance benefits which may be due under this claim.
- If I am applying for payment under Medicare, Medicaid, Champus, or TRICARE, I certify that the information I give is correct. I request benefit payments be made directly to PeaceHealth.
- I further agree to pay for services denied or not covered by my insurance regardless of the reason for denial or non-coverage.
- I understand I will be billed separately for services provided by non-employed providers such as Emergency Room Physicians, Anesthesiologists or Radiologists.

**Financial Assistance Program**: PeaceHealth provides financial assistance to all persons meeting income eligibility criteria. Charges may be waived or reduced only after all other financial resources have been applied for and exhausted and if the patient is eligible for PeaceHealth Financial Assistance Programs.

**Non-Discrimination Policy**: PeaceHealth provides services to all people. It does not discriminate against any patient because of race, religion, national origin, gender, sexual orientation, disability or insurance program such as Medicaid or Medicare. PeaceHealth provides emergency services regardless of the patient's ability to pay for those services.

**Personal Property and Valuables – Patient Waiver of Liability:** PeaceHealth is not responsible for loss or damage to personal property or medications brought to the hospital. Patients are advised to leave valuable items at home or to send valuables home with a responsible person. Only medically necessary devices may remain at the bedside.

**Patient Rights and Responsibilities:** I acknowledge receipt of information regarding Patient Rights and may accept or refuse care at any time.

***I am the patient or the patient's agent or authorized representative. I acknowledge that I have read this agreement and understand its purpose and contents. By signing here, I consent for health care services and accept the terms of the financial agreement.***

**Patient Name: Cummins,Michael M** **Date/Time: 01/08/18, 9:58 AM**

Self

**Signature of Patient/Representative** **Relationship to patient**

***If unable to sign*: Caregiver Signature & 3x3** **Witness Signature**

HAR Consent for General Treatment & Financial Agreement - Received on 2/10/2018

**PEACEHEALTH MEDICAL CENTER** and **PEACEHEALTH MEDICAL GROUP**

**Consent for General Treatment:**

I understand and agree that as a patient I will receive general medical services and treatment, including HIV testing. I understand I have the right to ask questions about and refuse these services.

I acknowledge that my health care providers may be independent contractors not employed by PeaceHealth. Health care students

HAR Consent for General Treatment & Financial Agreement - Received on 2/10/2018 (continued)

may also treat me. I understand if special procedures or operations are needed, my health care providers will discuss this with me and my additional consent may be required.

I authorize the hospital and all clinical providers who provide care to me, along with any billing services or other agents who may work on their behalf, to contact me on my cell phone and/or home phone using automated telephone dialing systems, email messages, text messages or other computer assisted technology.

**Financial Responsibility Agreement:**

- I understand that in consideration of the services provided I agree to pay charges according to PeaceHealth regular rates and terms.
- I understand and agree that PeaceHealth may make inquiries regarding insurance coverage and my financial responsibility from third party payors or other responsible parties. In addition, I give consent for these payors and/or references to release information to PeaceHealth.
- I understand that PeaceHealth reserves the right to require proof of my ability to pay and may require a payment prior to service. I further understand that payments collected will be applied to my total bill owed.
- I authorize direct payment to PeaceHealth and/or health care providers during this period of medical care any third party, insurance, or liability benefits otherwise payable to me. I also authorize direct payment to the surgeon and/or physician or anesthesiologist any third party/insurance benefits which may be due under this claim.
- If I am applying for payment under Medicare, Medicaid, Champus, or TRICARE, I certify that the information I give is correct. I request benefit payments be made directly to PeaceHealth.
- I further agree to pay for services denied or not covered by my insurance regardless of the reason for denial or non-coverage.
- I understand I will be billed separately for services provided by non-employed providers such as Emergency Room Physicians, Anesthesiologists or Radiologists.

**Financial Assistance Program**: PeaceHealth provides financial assistance to all persons meeting income eligibility criteria. Charges may be waived or reduced only after all other financial resources have been applied for and exhausted and if the patient is eligible for PeaceHealth Financial Assistance Programs.

**Non-Discrimination Policy**: PeaceHealth provides services to all people. It does not discriminate against any patient because of race, religion, national origin, gender, sexual orientation, disability or insurance program such as Medicaid or Medicare. PeaceHealth provides emergency services regardless of the patient's ability to pay for those services.

**Personal Property and Valuables – Patient Waiver of Liability:** PeaceHealth is not responsible for loss or damage to personal property or medications brought to the hospital. Patients are advised to leave valuable items at home or to send valuables home with a responsible person. Only medically necessary devices may remain at the bedside.

**Patient Rights and Responsibilities:** I acknowledge receipt of information regarding Patient Rights and may accept or refuse care at any time.

***I am the patient or the patient's agent or authorized representative. I acknowledge that I have read this agreement and understand its purpose and contents. By signing here, I consent for health care services and accept the terms of the financial agreement.***

**Patient Name: Cummins,Michael M** **Date/Time: 02/10/18, 2:19 PM**

**Signature of Patient/Representative** **Relationship to patient**

***If unable to sign*: Caregiver Signature & 3x3** **Witness Signature**

HAR Consent for General Treatment & Financial Agreement - Received on 2/15/2018

**PEACEHEALTH MEDICAL CENTER** and **PEACEHEALTH MEDICAL GROUP**

**Consent for General Treatment:**

I understand and agree that as a patient I will receive general medical services and treatment, including HIV testing. I understand I have the right to ask questions about and refuse these services.

HAR Consent for General Treatment & Financial Agreement - Received on 2/15/2018 (continued)

I acknowledge that my health care providers may be independent contractors not employed by PeaceHealth. Health care students may also treat me. I understand if special procedures or operations are needed, my health care providers will discuss this with me and my additional consent may be required.

I authorize the hospital and all clinical providers who provide care to me, along with any billing services or other agents who may work on their behalf, to contact me on my cell phone and/or home phone using automated telephone dialing systems, email messages, text messages or other computer assisted technology.

**Financial Responsibility Agreement:**

- I understand that in consideration of the services provided I agree to pay charges according to PeaceHealth regular rates and terms.
- I understand and agree that PeaceHealth may make inquiries regarding insurance coverage and my financial responsibility from third party payors or other responsible parties. In addition, I give consent for these payors and/or references to release information to PeaceHealth.
- I understand that PeaceHealth reserves the right to require proof of my ability to pay and may require a payment prior to service. I further understand that payments collected will be applied to my total bill owed.
- I authorize direct payment to PeaceHealth and/or health care providers during this period of medical care any third party, insurance, or liability benefits otherwise payable to me. I also authorize direct payment to the surgeon and/or physician or anesthesiologist any third party/insurance benefits which may be due under this claim.
- If I am applying for payment under Medicare, Medicaid, Champus, or TRICARE, I certify that the information I give is correct. I request benefit payments be made directly to PeaceHealth.
- I further agree to pay for services denied or not covered by my insurance regardless of the reason for denial or non-coverage.
- I understand I will be billed separately for services provided by non-employed providers such as Emergency Room Physicians, Anesthesiologists or Radiologists.

**Financial Assistance Program**: PeaceHealth provides financial assistance to all persons meeting income eligibility criteria. Charges may be waived or reduced only after all other financial resources have been applied for and exhausted and if the patient is eligible for PeaceHealth Financial Assistance Programs.

**Non-Discrimination Policy**: PeaceHealth provides services to all people. It does not discriminate against any patient because of race, religion, national origin, gender, sexual orientation, disability or insurance program such as Medicaid or Medicare. PeaceHealth provides emergency services regardless of the patient's ability to pay for those services.

**Personal Property and Valuables – Patient Waiver of Liability:** PeaceHealth is not responsible for loss or damage to personal property or medications brought to the hospital. Patients are advised to leave valuable items at home or to send valuables home with a responsible person. Only medically necessary devices may remain at the bedside.

**Patient Rights and Responsibilities:** I acknowledge receipt of information regarding Patient Rights and may accept or refuse care at any time.

***I am the patient or the patient's agent or authorized representative. I acknowledge that I have read this agreement and understand its purpose and contents. By signing here, I consent for health care services and accept the terms of the financial agreement.***

**Patient Name: Cummins,Michael M** **Date/Time: 02/15/18, 9:56 AM**

[signature] Self

**Signature of Patient/Representative** **Relationship to patient**

***If unable to sign*: Caregiver Signature & 3x3** **Witness Signature**

## Referral

Hospital-Outpatient #2569277

General Information

| Creation Date | Status | Status Reason | Status Updated |
|---|---|---|---|
| 11/1/2017 | Pending Review | System Automatically Pend | 3/15/2018 |

PeaceHealth

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M

## General Information (continued)

| | | | |
|---|---|---|---|
| Reason | Class<br>Incoming | Priority<br>Elective | Type<br>Hospital-Outpatient |
| Start Date<br>11/1/2017 | Expiration Date<br>11/1/2018 | Entered By<br>Deborah L Collier | |
| To Specialty<br>General Surgery | To Location | To Department<br>RBMC OR | To Vendor |
| To Provider | To Provider Address | To Provider Phone | From Location |
| From Provider<br>Steven L Wilhite, MD | From Provider Address<br>1755 COBURG RD STE 2<br>BLD 4<br>EUGENE OR 97401 | From Provider Phone<br>541-746-7914 | From Department |
| Visits Requested<br>1 | Visits Authorized<br>1 | Visits Completed<br>0 | Visits Scheduled<br>0 |

## Procedures

| Procedure | Modifiers | Provider | # Requested | # Approved |
|---|---|---|---|---|
| PR LAP,CHOLECYSTECTOMY/CHOLANGIOGRAPHY | | | 1 | 1 |

Procedure Notes
LAPAROSCOPY CHOLECYSTECTOMY W/WO GRAMS

## Diagnoses

Diagnosis
574.20 (ICD-9-CM) - K80.20 (ICD-10-CM) - Gallstones
K80.18 (ICD-10-CM) - Calculus of gallbladder with other cholecystitis without obstruction
Diagnosis Notes
Gallstones [K80.20]

## Notes

Financial Clearance Authorization Verification Complete (Hospital) by Deborah L Collier at Wed Nov 1, 2017 1528

PER DR OFFICE CHANGED DX TO K80.18 WHICH PAIRS WITH CPT 47563
PER TINY L. AT OMAP 800 642 8635 NO PAR CPT 47563

Insurance Verification Comments (Hospital) by Deborah L Collier at Wed Nov 1, 2017 1157

CALLING DR OFFICE NEED CPT DX TO PAIR

## Status History

| Date | Change | User |
|---|---|---|
| 11/1/2017 | From (nothing) to Pending Review | Deborah L Collier |
| 11/1/2017 | From Pending Review to Authorized | Deborah L Collier |

## Referral

Hospital-Outpatient #2726513

PeaceHealth

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M

Hospital-Outpatient #2726513 (continued)

**General Information**

| | | | |
|---|---|---|---|
| Creation Date<br>1/4/2018 | Status<br>Pending Review | Status Reason<br>System Automatically Pend | Status Updated<br>3/15/2018 |
| Reason | Class<br>Incoming | Priority<br>Elective | Type<br>Hospital-Outpatient |
| Start Date<br>1/4/2018 | Expiration Date<br>1/4/2019 | Entered By<br>Jerilyn Smith | |
| To Specialty<br>General Surgery | To Location | To Department<br>RBMC OR | To Vendor |
| To Provider | To Provider Address | To Provider Phone | From Location |
| From Provider<br>Steven L Wilhite, MD | From Provider Address<br>1755 COBURG RD STE 2<br>BLD 4<br>EUGENE OR 97401 | From Provider Phone<br>541-746-7914 | From Department |
| Visits Requested<br>1 | Visits Authorized<br>1 | Visits Completed<br>0 | Visits Scheduled<br>0 |

**Procedures**

| Procedure | Modifiers | Provider | # Requested | # Approved |
|---|---|---|---|---|
| PR HEMORRHOIDECTOMY,INT/EXT, 2+ COLUMNS/GROUPS | | | 0 | 0 |
| PR REMOVAL OF ANAL FISSURE | | | 1 | 1 |
| PR PELVIC EXAMINATION W ANESTH | | | 1 | 1 |

Procedure Notes
HEMORRHOIDECTOMY

**Diagnoses**

Diagnosis
565.0 (ICD-9-CM) - K60.2 (ICD-10-CM) - Fissure, anal
455.7 (ICD-9-CM) - K64.5 (ICD-10-CM) - Hemorrhoids, thrombosed
K60.3 (ICD-10-CM) - Anal fistula

Diagnosis Notes
Fissure, anal [K60.2] Hemorrhoids, thrombosed [K64.5]

**Notes**

Financial Clearance Authorization Verification Complete (Hospital) by Jerilyn Smith at Fri Jan 5, 2018 0938

PER MANDY @ MD OFFICE
DR STATED HE IS NOT GOING TO BE USING CPT CODE 46260

CPT CODES 46200 AND 57410 PAIR ABOVE FUNDED LINES AND NO PA REQ

PeaceHealth

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M

Financial Clearance Authorization Verification Complete (Hospital) by Jerilyn Smith at Fri Jan 5, 2018 0938 (continued)

**Benefits and HSC Inquiry**

| | | | | | |
|---|---|---|---|---|---|
| Client Inquiry | ☐ | HSC List Inquiry | ☑ | | |
| Client ID | [ Search ] | Benefit Plan | [ Search ] | DOS | |
| Provider ID | [ Search ] | | | | |
| Procedure Code | 57410 [ Search ] | Procedure Description | [illegible] | Modifier | |
| Diagnosis Code | K603 [ Search ] | Diagnosis Description | Anal fistula | | |
| NDC | [ Search ] | Revenue Code | [ Search ] | Claim Type | |
| Home Health | | Case Managed | | | |
| | | | | Records | |

**HSC Prioritized List Information**

| | | | |
|---|---|---|---|
| Funding Line | 469 | Diagnostic Procedure | Yes |
| HSC Response | Not Paired - Procedure Code not on HSC list - Diagnosis Code Above the Line - Procedure Code is Diagnostic - Covered | | |

**Benefits and HSC Inquiry**

| | | | | | |
|---|---|---|---|---|---|
| Client Inquiry | ☐ | HSC List Inquiry | ☑ | | |
| Client ID | [ Search ] | Benefit Plan | [ Search ] | DOS | |
| Provider ID | [ Search ] | | | | |
| Procedure Code | 46200 [ Search ] | Procedure Description | [illegible] | Modifier | |
| Diagnosis Code | K603 [ Search ] | Diagnosis Description | [illegible] | | |
| NDC | [ Search ] | Revenue Code | [ Search ] | Claim Type | |
| Home Health | | Case Managed | | | |
| | | | | Records | |

**HSC Prioritized List Information**

| | | | |
|---|---|---|---|
| Funding Line | 469 | Diagnostic Procedure | No |
| HSC Response | Paired Above the Line - Procedure Code Above/Below the Line and Diagnosis Code Above the Line - Covered | | |

Insurance Verification Comments (Hospital) by Jerilyn Smith at Fri Jan 5, 2018 0816

PER VOICEMAIL FROM MANDY @ MD OFFICE 541.746.7914
USE DX CODE K60.3

DOES NOT PAIR W/ CPT 46260
WILL CALL TO FIND OUT IF URGENT AND INFORM AN AUTH NEEDS TO BE SUBMITTED

Insurance Verification Comments (Hospital) by Jerilyn Smith at Thu Jan 4, 2018 1047

PER MMIS
CPT CODES 46260 & 46200 DO NOT PAIR W/ DX CODES K60.2 & K64.5

PER MANDY AT DR WILHITE'S OFFICE IS GOING TO CHECK ON CODES AND CALL BACK.

Status History

| Date | Change | User |
|---|---|---|
| 1/4/2018 | From (nothing) to Pending Review | Jerilyn Smith |

PeaceHealth

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M

**Status History (continued)**

| Date | Change | User |
|---|---|---|
| 1/5/2018 | From Pending Review to Authorized | Jerilyn Smith |

## Referral

**Infusion Therapy #2829805**

**General Information**

| | | | |
|---|---|---|---|
| Creation Date<br>2/11/2018 | Status<br>Closed | Status Reason<br>Duplicate Referral | Status Updated<br>2/15/2018 |
| Reason<br>PHMG Specialty Services | Class<br>Internal | Priority<br>Routine | Type<br>Infusion Therapy |
| Start Date<br>2/11/2018 | Expiration Date<br>2/11/2019 | Entered By<br>Kathleen C Sullivan, MD | |
| To Specialty<br>Infusion Therapy | To Location | To Department<br>UDMC OP INFUSION | To Vendor |
| To Provider | To Provider Address | To Provider Phone | From Location<br>RIVERBEND MEDICAL CENTER |
| From Provider<br>Kathleen C Sullivan, MD | From Provider Address<br>3377 RiverBend Dr<br>Springfield OR 97477 | From Provider Phone<br>541-222-6389 | From Department<br>RBMC CDU |
| Visits Requested<br>2 | Visits Authorized<br>2 | Visits Completed<br>0 | Visits Scheduled<br>0 |

**Procedures**

| Procedure | Modifiers | Provider | # Requested | # Approved |
|---|---|---|---|---|
| *Internal- (Home Infusion) Peacehealth -UDMC | | | 1 | 1 |

**Diagnoses**

Diagnosis
415.19, 415.0 (ICD-9-CM) - I26.09 (ICD-10-CM) - Other pulmonary embolism with acute cor pulmonale, unspecified chronicity (HCC)

**Notes**

**UM Comments by Tamara J Harris, CNA at Thu Feb 15, 2018 1338**

Duplicate referral 2830237

**Provider Comments by Kathleen C Sullivan, MD at Sun Feb 11, 2018 1003**

Summary: Provider Comments

Anticoagulation Bridging Order

Allergies: Metronidazole and Morphine Sulfate

Indication for chronic anticoagulation: PE

PeaceHealth

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M

Provider Comments by Kathleen C Sullivan, MD at Sun Feb 11, 2018 1003 (continued)

Enoxaparin dose: per pharmacy

[ ] Enoxaparin and Coumadin prescription completed. (Check to see what bridging location needs)

Follow-up anticoagulation by: Dr. Knowlton

Start monitoring warfarin plus enoxaparin bridging on: day after discharge

LABS
CBC no diff, BMP and INR on day 1, then per pharmacy.

ENOXAPARIN / WARFARIN - goal and overlap duration:

[ ] Mechanical MVR, Mechanical AVR - Goal INR 2.5 - 3.5 overlap for at least 2 days
[ x ] PE, DVT (new or history) - Goal INR 2.5 - 3.5 overlap for at least 2 days
[ ] A-Fib (new or history) - Goal INR 2.0-3.0 overlap for 1 day

Send Coumadin dosing record to PCP upon discharge from anticoagulation bridging clinic.

Status History

| Date | Change | User |
|---|---|---|
| 2/15/2018 | From Pending Review to Closed | Tamara J Harris, CNA |

Order

*Internal- (Home Infusion) Peacehealth -UDMC [134123048]

Triage Information

| Decision | Schedule By Date |
|---|---|
| | 3/13/2018 |

## Referral

Infusion Therapy #2830237

General Information

| | | | |
|---|---|---|---|
| Creation Date<br>2/12/2018 | Status<br>Authorized | Status Reason<br>No Approval Necessary - Patient Tracking | Status Updated<br>3/19/2018 |
| Reason | Class<br>Internal | Priority<br>Routine | Type<br>Infusion Therapy |
| Start Date<br>2/12/2018 | Expiration Date<br>2/12/2019 | Entered By<br>John Grabow, RPH | |
| To Specialty | To Location<br>UNIVERSITY DISTRICT MEDICAL CENTER | To Department<br>UDMC OP INFUSION | To Vendor |
| To Provider | To Provider Address | To Provider Phone | From Location<br>UNIVERSITY DISTRICT MEDICAL CENTER |

PeaceHealth

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M

**General Information (continued)**

| From Provider | From Provider Address | From Provider Phone | From Department |
|---|---|---|---|
| Kathleen C Sullivan, MD | | | UDMC PHARMACY |
| Visits Requested | Visits Authorized | Visits Completed | Visits Scheduled |
| 10 | 10 | 5 | 0 |

**Procedures**

| Procedure | Modifiers | Provider | # Requested | # Approved |
|---|---|---|---|---|
| PR DALTEPARIN SODIUM | | | 1 | 1 |
| PR COLLECTION VENOUS BLOOD,VENIPUNCTURE | | | 1 | 1 |
| PR INJECTION,THERAP/PROPH/DIAGNOST, IM OR SUBCUT | | | 1 | 1 |

**Diagnoses**

Diagnosis
415.19 (ICD-9-CM) - I26.99 (ICD-10-CM) - Other acute pulmonary embolism without acute cor pulmonale (HCC)

**Notes**

**UM Comments by Barbara Riedel, CNA at Wed Feb 14, 2018 1705**

PA NOT NEEDED FOR BRIDGING

**Status History**

| Date | Change | User |
|---|---|---|
| 2/15/2018 | From Pending Review to Authorized | Barbara Riedel, CNA |
| 3/19/2018 | From Pending Review to Authorized | Misty E Wilson, CNA |

**Triage Information**

| Decision | Schedule By Date |
|---|---|
| | 3/14/2018 |

## Referral

**Auth/Cert #2830566**

**General Information**

| Creation Date | Status | Status Reason | Status Updated |
|---|---|---|---|
| 2/12/2018 | | | |
| Reason | Class | Priority | Type |
| | | | Auth/Cert |
| Start Date | Expiration Date | Entered By | |
| | | Susan Barnes | |
| To Specialty | To Location | To Department | To Vendor |
| To Provider | To Provider Address | To Provider Phone | From Location |

PeaceHealth

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M

**General Information (continued)**

| From Provider | From Provider Address | From Provider Phone | From Department |
|---|---|---|---|
| | | | |
| **Visits Requested** | **Visits Authorized** | **Visits Completed** | **Visits Scheduled** |
| 1 | 1 | 0 | 0 |

**Diagnoses**

Diagnosis

415.19, 415.0 (ICD-9-CM) - I26.09 (ICD-10-CM) - Other pulmonary embolism with acute cor pulmonale, unspecified chronicity (HCC)

**Notes**

**Insurance Verification Comments (Hospital) by Susan Barnes at Mon Feb 12, 2018 0935**

IP/DMAP/ NOTIFICATION COMPLETE VIA PREMANAGE CMT.

**END OF REPORT**

CUMMINS, MICHAEL | ID:01614423 | 10-FEB-2018 19:19:29 | PEACEHEALTH OREGON NETWORK

(47 yr)
Male Caucasian

Room:07
Loc:55

| | | |
|---|---|---|
| Vent. rate | 87 | BPM |
| PR interval | 150 | ms |
| QRS duration | 96 | ms |
| QT/QTc | 370/445 | ms |
| P-R-T axes | 44 67 | 24 |

Normal sinus rhythm
Normal ECG
When compared with ECG of 10-FEB-2018 14:14,
No significant change was found
ECG was amended to attach the order. No changes to interpretation were made.
Reconfirmed by GUNDRY M.D., JOHN (22559), editor POSCH, JOANY (36397) on 2/10/2018 10:20:40 PM

Technician:JOANY POSCH
Test ind:Chest pain

Referred by: Confirmed By: JOHN GUNDRY M.D.

SURG.DATE:BEST POSS




25mm/s 10mm/mV 100Hz 8.0 SP2 12SL 237 CID: 1 EID:36397 EDT: 22:20 10-FEB-2018 ORDER: 134111168 ACCOUNT: 393331745

Page 1 of 1

CUMMINS, MICHAEL ID:01614423 10-FEB-2018 14:14:09 PEACEHEALTH OREGON NETWORK

| | | | | | |
|---|---|---|---|---|---|
| . (47 yr) | Vent. rate | 71 | | BPM | Normal sinus rhythm |
| Male Caucasian | PR interval | 164 | | ms | Normal ECG |
| | QRS duration | 104 | | ms | When compared with ECG of 17-JUL-2017 21:04, |
| Room:07 | QT/QTc | 396/430 | | ms | No significant change was found |
| Loc:54 | P-R-T axes | 36 | 35 | 29 | Confirmed by GUNDRY M.D., JOHN (22559) on 2/10/2018 8:57:39 PM |

Technician:KYLE HICKS
Test ind:History of cardiac diagnosis

Referred by: Confirmed By: JOHN GUNDRY M.D.

SURG.DATE:




25mm/s 10mm/mV 100Hz 8.0 SP2 12SL 237 CID: 1

EID:22559 EDT: 20:57 10-FEB-2018 ORDER: 134095258 ACCOUNT: 393331745

ROY LAW

1000 SW BROADWAY
SUITE 1740
PORTLAND, OR 97205
503 206 4313
855 306 4313
855 344 1726 FAX
ROYLAWPDX.COM

DARRIN@ROYLAWPDX.COM

July 2, 2018

Via Facsimile (603-334-8630) (without Exhibits) & Via USPS
Certified Mail/Return Receipt Requested (with Exhibits)

The Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Groups Benefits Disability Claims
PO Box 7213
London KY 40742-7213

**Re: Appeal of Liberty Life Assurance Company of Boston's Denial of LTD Benefits *and* Waiver of Life Insurance Premium**

**Claimant: Michael Cummins**
**Claim Number: 7224525**
**Plan/Policy Holder: Astec Industries, Inc.**

Ladies and Gentlemen:

Please accept Mr. Cummins medical records from PeaceHealth labeled as "Exhibit 2". At this time, we do not have any further evidence to submit and ask that you resume the review process.

If you have any further questions, please do not hesitate to contact me.

Warm Regards,

Darrin Class
Attorney at Law
darrin@roylawpdx.com

Enclosure

c: M. Cummins (via email)(w/o enc.)

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: , Sex: M

## Patient Demographics

| Name | Patient ID | SSN | Sex | Birth Date |
|---|---|---|---|---|
| Cummins, Michael M | 01614423 | | Male | (47 yrs) |

| Address | Phone | Email | Employer |
|---|---|---|---|
| | | | UNEMPLOYED |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| ELAPSED | David A Knowlton, MD541-344-8225 | 02/10/18 | 03/12/18 |

## Problem List

Reviewed: **2/10/2018 6:12 PM by Saroj Shrestha, MD**

| | Priority | Class | Noted - Resolved | Hosp From | Hosp To |
|---|---|---|---|---|---|
| **Acute pulmonary embolism (HCC)** | | | 2/10/2018 - Present<br>Entered by Saroj Shrestha, MD | | |
| **Pleural effusion** | | | 2/10/2018 - Present<br>Entered by Saroj Shrestha, MD | | |
| **AKI (acute kidney injury) (HCC)** | | | 2/10/2018 - Present<br>Entered by Saroj Shrestha, MD | | |
| **Morbid obesity with BMI of 40.0-44.9, adult (HCC)** | | | 2/10/2018 - Present<br>Entered by Saroj Shrestha, MD | | |

## Patient History

**Medical**

| Past Medical History | Date | Comments | Source |
|---|---|---|---|
| Acne | | | Provider |
| Anesthesia complication | | woke up during procedure | Provider |
| Anxiety | | | Provider |
| Arthritis | | | Provider |
| Chronic pain right knee and lower back | | | Provider |
| Current smoker | | | Provider |
| Depression | | | Provider |
| History of kidney stones | | | Provider |
| Hypertension | | | Provider |
| Migraines | | | Provider |
| Numbness and tingling in both hands and arms | | | Provider |
| upper dentures and lower partial | | | Provider |

**Surgical**

| Past Surgical History | Laterality | Date | Comments |
|---|---|---|---|
| KNEE SURGERY | Right | 2016 | |
| BACK SURGERY | | | |
| PILONIDAL CYST / SINUS EXCISION | | 2004 | |

| | | | |
|---|---|---|---|
| CHOLECYSTECTOMY | N/A | 11/6/2017 | Procedure: LAPAROSCOPY CHOLECYSTECTOMY WITH GRAMS; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A; |
| HEMORRHOID SURGERY | N/A | 1/8/2018 | Procedure: Excised short anal fistula, excised 1cm anal ulcer, excised 1 external hemorrhoid, and internal sphyncterotomy.; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A; |
| ANUS SURGERY | N/A | 1/8/2018 | Procedure: SPHINCTEROTOMY; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A; |
| RECTAL SURGERY | N/A | 1/8/2018 | Procedure: FISTULECTOMY ANAL/RECTAL; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A; |

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M

**Family** **None**

**Family Status** **None**

**Tobacco Use**

| Smoking Status | Source | Types | Packs/Day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|
| Current Every Day Smoker | Provider | Cigarettes | 1.00 | | | | | Never Used | |

**Alcohol Use**

| Alcohol Use | Source | Drinks/Week | Alcohol/Wk | Comments |
|---|---|---|---|---|
| No | Provider | | | |

**Drug Use**

| Drug Use | Source | Types | Frequency | Comments |
|---|---|---|---|---|
| No | Provider | | | |

**Sexual Activity**

| Sexually Active | Source | Birth Control | Partners | Comments |
|---|---|---|---|---|
| | Provider | | | |

**Social ADL**

| ADL Question | Response | Comments | Source |
|---|---|---|---|
| **None** | | | |

Immunizations

**Review Complete** On: **2/19/2018** By: **Kathy E Sullivan, RN**

Allergies as of 6/22/2018

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Metronidazole** | | Allergy | Swelling |
| **Morphine Sulfate**<br>Tolerates hydromorphone | | Allergy | Swelling |

Your Current Medications Are

| | |
|---|---|
| **ALPRAZolam (XANAX) 1 MG tablet** | Take 1 mg by mouth Twice a day |
| **docusate sodium (COLACE) 100 MG capsule** | Take 1 capsule (100 mg total) by mouth Twice a day |
| **hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet** | Take 25 mg by mouth every morning |
| **lisinopril (PRINIVIL,ZESTRIL) 40 MG tablet** | Take 40 mg by mouth every morning |

Your Current Medications Are (continued)

| | |
|---|---|
| **propranolol (INDERAL) 40 MG tablet** | Take 40 mg by mouth Twice a day |
| **sulfamethoxazole-trimethoprim (BACTRIM DS) 800-160 mg per tablet** | Take 1 tablet by mouth Twice a day |
| **warfarin (COUMADIN) 5 MG tablet** | Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic. |

**Cummins,Michael M**
**10/30/2017 1:15 PM Office Visit**
MRN: **01614423**

Department: **Rbmc Preop Clinic**
Encounter #: **365775899**
Description: **Male DOB:**
Provider: **RBMC, PAT 1**

Diagnoses

| | Codes | Comments |
|---|---|---|
| **Preop testing** | Z01.818 | |

## Notes

H&P Notes

No notes of this type exist for this encounter.

Progress Notes

No notes of this type exist for this encounter.

Pt Instruction Notes

No notes of this type exist for this encounter.

Care Advice Given

No Care Advice given for this encounter.

## All Results

Resulted: 10/30/17 1402, Result status: Final result

Basic Metabolic Panel [107613774] (Abnormal)

Ordering provider: Brian P Jones, MD 10/30/17 1333 Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | | 10/30/17 1337 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 140 | 135 - 145 mmol/L | | PHLab 100 |
| Potassium | 3.2 | 3.5 - 5.2 mmol/L | L | PHLab 100 |
| Chloride | 105 | 95 - 109 mmol/L | | PHLab 100 |
| CO2 | 27 | 22 - 32 mmol/L | | PHLab 100 |
| Anion Gap | 8 | 3 - 12 mmol/L | | PHLab 100 |
| Glucose | 100 | 70 - 99 mg/dL | H | PHLab 100 |
| BUN | 16 | 6 - 20 mg/dL | | PHLab 100 |
| Creatinine | 0.83 | 0.61 - 1.24 mg/dL | | PHLab 100 |
| GFR Non-Black (CKD-EPI) | 105 | >=60 mL/min/1.73m2 | | PHLab 100 |
| GFR Black (CKD-EPI) | 121 | >=60 | | PHLab 100 |

## All Results (continued)

Resulted: 10/30/17 1402, Result status: Final result

**Basic Metabolic Panel [107613774] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| | | mL/min/1.73m2 | |
| Calcium | 8.9 | 8.6 - 10.2 mg/dL | PHLab 100 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

## Medications - Clinical Orders

**dextrose 50 % in water (D50W) syringe 6-50 mL [107613792]**

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
PRN reasons:
Low blood sugar
PRN Comment: For hypoglycemia, administer D50W or D10W.
Frequency: Q15 Min PRN 10/30/17 1401 - Until Discontinued
Discontinued by: Andrea S Jueal, RN 11/06/17 0624

**dextrose 10% bolus 50-200 mL [107613793]**

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
PRN reasons:
Low blood sugar
PRN Comment: For hypoglycemia, administer D50W or D10W.
Frequency: Q15 Min PRN 10/30/17 1401 - Until Discontinued
Discontinued by: Andrea S Jueal, RN 11/06/17 0624
Questions:
Hold maintenance infusion while bolus is infusing? No

**insulin lispro medium dose adult subcutaneous corrective [107613794]**

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
PRN reasons:
High Blood Sugar
Frequency: PRN 10/30/17 1401 - Until Discontinued
Discontinued by: Andrea S Jueal, RN 11/06/17 0624

**lidocaine (PF) (XYLOCAINE-MPF) 10 mg/mL (1 %) injection 1 mL [107613795]**

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD

## Medications - Clinical Orders (continued)

**lidocaine (PF) (XYLOCAINE-MPF) 10 mg/mL (1 %) injection 1 mL [107613795] (continued)**

Authorized by: Barry J Perlman, MD
PRN reasons:
Other
PRN Comment: prior to IV insertion
Frequency: PRN 10/30/17 1401 - Until Discontinued
Discontinued by: Andrea S Jueal, RN 11/06/17 0624

**lactated Ringers (LR) continuous infusion [107613796]**

Status: **Cancel Held**
This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Continuous 10/30/17 1445 - Until Discontinued
Discontinued by: Andrea S Jueal, RN 11/06/17 0624

**fentaNYL (SUBLIMAZE) injection 50 mcg [107613797]**

Status: **Cancel Held**
This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: See Admin Instructions 10/30/17 1401 - Until Discontinued
Discontinued by: Andrea S Jueal, RN 11/06/17 0624

**midazolam (VERSED) injection 1 mg [107613798]**

Status: **Cancel Held**
This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: See Admin Instructions 10/30/17 1401 - Until Discontinued
Discontinued by: Andrea S Jueal, RN 11/06/17 0624

**naloxone (NARCAN) injection 0.04 mg [107613799]**

Status: **Cancel Held**
This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
PRN reasons:
Opioid Reversal
Frequency: PRN 10/30/17 1401 - Until Discontinued
Discontinued by: Andrea S Jueal, RN 11/06/17 0624

**LORazepam (ATIVAN) tablet 0.5 mg [107613800]**

Status: **Cancel Held**
This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
PRN reasons:
Anxiety
Frequency: Once PRN 10/30/17 1401 - Until Discontinued
Discontinued by: Andrea S Jueal, RN 11/06/17 0624
Questions:

## Medications - Clinical Orders (continued)

LORazepam (ATIVAN) tablet 0.5 mg [107613800] (continued)

Indication: anxiety

## Lab - Clinical Orders

Basic Metabolic Panel [107613774]

Electronically signed by: **Brian P Jones, MD on 10/31/17 1411** Status: **Completed**

Mode: Ordering in Amb Standing medical order: cosign required mode Communicated by: Aline M Pipher, MA

Comment: CC: WILHITE, STEVEN L [2601]

Ordering user: Aline M Pipher, MA 10/30/17 1333 Ordering provider: Brian P Jones, MD

Authorized by: Brian P Jones, MD

Frequency: 10/30/17 -

Diagnoses:

Preop testing [Z01.818]

## Other Orders

### NCS Adult and PED Peri-Anesthesia Pre-Op Day of Surgery

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Until Discontinued 10/30/17 1402 - Until Specified

### Diet NPO: Meds

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Effective Now 10/30/17 1402 - Until Specified Diet: General

Questions:
Type NPO
Except Meds

### Call anesthesia provider if patient hasn't taken home beta blocker within 24 hours

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Until Discontinued 10/30/17 1402 - Until Specified
Order comments:
Call anesthesia provider if patient hasn't taken home beta blocker within 24 hours

### Notify Anesthesia provider - Unstable vitals

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Until Discontinued 10/30/17 1402 - Until Specified
Questions:
Heart rate greater than 120
Heart rate less than 40
Systolic blood pressure greater than 160
Systolic blood pressure less than 90
Diastolic blood pressure greater than 90
Diastolic blood pressure less than 60
SpO2 less than 90
Order comments:
Notify anesthesia provider for MAP < less than 60. Notify provider for symptomatic bradycardia or tachycardia; RR < less than 8.

### Notify Anesthesia provider - Insulin

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD

## Other Orders (continued)

**Notify Anesthesia provider - Insulin (continued)**

Frequency: Once 10/30/17 1402 - 1 Occurrences
Order comments:
Notify anesthesia provider if patient usually takes basal insulin in AM but did not take AM of procedure. Expect the following orders from anesthesia provider: - If glargine, detemir--Give 80% of usual AM dose - If NPH, Novolin-N, Humulin-N, mixed 70/30, 75/25, or 50/50--Give 50% of usual AM dose as NPH only - If U500--Dose per pharmacy at 50 percent of usual morning dose

**Obtain PT/INR on all patients on warfarin if not ordered.**

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Until Discontinued 10/30/17 1402 - Until Specified
Order comments:
Obtain POC INR on all patients on warfarin if not ordered.

**Obtain urine pregnancy**

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Until Discontinued 10/30/17 1402 - Until Specified
Order comments:
Obtain urine pregnancy test if not ordered for post menarchal females with fertility unless patient has signed urine pregnancy test refusal form.

**Insert peripheral IV**

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Once 10/30/17 1402 - 1 Occurrences
Order comments:
Insert peripheral IV per regional policy

**Active Warming**

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Until Discontinued 10/30/17 1402 - Until Specified
Order comments:
Unless temp greater than 38 degrees

**Oxygen Therapy**

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Until Discontinued 10/30/17 1402 - Until

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201005055

Other Orders (continued)

Oxygen Therapy (continued)

Specified
Questions:
SpO2 Adult
Keep SpO2 at Other
SpO2 greater than 92 percent
Order comments:
Oxygen therapy titrate to SpO2 92% or greater. O2 delivery device: Nasal cannula, advance to face mask after 4L. If the patient requires oxygen greater than 3 liters per minute nasal cannula or 7 liters per minute face mask to maintain the saturation ordered by the Provider or as directed by OSA protocol, the nurse will directly communicate with anesthesia.

Remove piercings

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Until Discontinued 10/30/17 1402 - Until Specified

Obtain POC VBG on all dialysis patients if not ordered.

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Until Discontinued 10/30/17 1402 - Until Specified
Order comments:
Obtain POC VBG on all dialysis patients if not ordered.

POCT Glucose

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Once 10/30/17 1402 - 1 Occurrences
Order comments:
All diabetics or greater than age 18

Nurse Communication - FOR DIABETIC PATIENTS: - Notify anesthesia if CBG less than 70 mg/dL or CBG greater than 150 mg/dL

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Once 10/30/17 1402 - 1 Occurrences
Order comments:
Notify anesthesia if CBG less than 70 mg/dL or CBG greater than 150 mg/dL

POCT Glucose - CBG Pre-op Admit

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD

| | | |
|---|---|---|
| **Peacehealth** | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1201005055 |

## Other Orders (continued)

**POCT Glucose - CBG Pre-op Admit (continued)**

Frequency: Once 10/30/17 1402 - 1 Occurrences
Order comments:
All diabetic patients or greater than age 18, pre-op, day of surgery

**POCT Glucose - CBG SQ insulin/CBG > 150 mg/dL**

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Q2H PRN 10/30/17 1401 - Until Specified
Order comments:
Every 2 hours, any patient receiving SQ insulin or admit CBG >150

**POCT Glucose - Insulin infusion**

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Q1H PRN 10/30/17 1401 - Until Specified
Order comments:
Every hour for any patient receiving IV or subcutaneous insulin infusion

## Medications at End of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 1 MG tablet (Taking)**<br>Sig - Route: Take 1 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet (Taking)**<br>Sig - Route: Take 25 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **lisinopril (PRINIVIL,ZESTRIL) 40 MG tablet (Taking)**<br>Sig - Route: Take 40 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **propranolol (INDERAL) 40 MG tablet (Taking)**<br>Sig - Route: Take 40 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |

| | | |
|---|---|---|
| **Peacehealth** | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1201005055 |

## Flowsheets (all recorded)

### Custom Formula Data - Mon October 30, 2017

| | 1342 | 1325 |
|---|---|---|
| **OTHER** | | |
| BSA (Calculated - sq m) | | 2.61 sq meters -AP |
| IBW/kg (Calculated) Male | | 73 kg -AP |
| IBW/kg (Calculated) FEMALE | | 68.5 kg -AP |
| Percent Weight Change Since Birth | | 0 -AP |
| IBW/kg (Calculated) | | 73 -AP |
| Malnutrition Risk Score | 0 -AP | |
| **Weights** | | |
| Weight for Calculation (kg) | | 138.347 kg -AP |
| **Readings** | | |
| Low Range Vt 6cc/kg | | 438 mL -AP |
| Adult Moderate Range Vt 8cc/kg | | 584 mL -AP |
| Adult High Range Vt 10cc/kg | | 730 mL -AP |

### BLOOD SCREENING - Mon October 30, 2017

| | 1342 |
|---|---|
| **OTHER** | |
| Blood Administration Preferences | Will accept blood transfusion - no action -AP |

### Periop Screening Assessments - Mon October 30, 2017

| | 1342 |
|---|---|
| **Nutrition Screen** | |
| Unplanned Weight Loss in Last 6 Months | 0 -AP |
| Poor Oral Intake of 75% or Less of Usual Intake for 5 or More Days Prior to Admission | 0 -AP |
| Difficulty | No -AP |

| Peacehealth | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1201005055 |
|---|---|---|

Flowsheets (all recorded) (continued)

Periop Screening Assessments - Mon October 30, 2017 (continued)

| | 1342 |
|---|---|
| Chewing or Swallowing | |
| Pressure Injury or Non-Healing Wound | No -AP |
| Home Tube Feeding or Total Parenteral Nutrition (TPN) | No -AP |
| Dietitian Referral Needed | No -AP |
| **ADL Screening** | |
| Activities of Daily Living ADL's | Independent -AP |
| **Abuse/Neglect/Domestic Violence Assessment** | |
| Abuse/Neglect/ Domestic Violence | Unable to question/not screened (Comment) -AP |
| Patient Safety | Unable to question/not screened (Comment) -AP |

Discharge Planning - Mon October 30, 2017

| | 1342 |
|---|---|
| **Discharge Planning** | |
| Living With | Spouse/significant other -AP |
| Support Systems | Spouse/significant other -AP |
| Type of Residence | Private residence -AP |

Phone call - Mon October 30, 2017

| | 1342 |
|---|---|
| **Pre-op Verify** | |
| Surgery Location Verified | Yes -AP |
| Medical History Reviewed | Yes -AP |
| NPO Status Reinforced | Yes -AP |
| Ride and Caregiver Arranged | Yes -AP |

PAT Checklist - Mon October 30, 2017

| | 1342 |
|---|---|
| **PAT PreOp/Pre-Procedure Checklist** | |

## Flowsheets (all recorded) (continued)

### PAT Checklist - Mon October 30, 2017 (continued)

| | 1342 |
|---|---|
| Procedure | "gall bladder removed" -AP |
| Patient's Preferred Name | Mike -AP |
| Interpreter Arranged/Needed | No -AP |

### OSA Screening - Mon October 30, 2017

| | 1341 |
|---|---|
| **OSA Screening** | |
| Is this patient pregnant? | Not applicable -AP |
| Have you been diagnosed with sleep apnea? | No -AP |
| **STOP-BANG Score** | |
| Do you snore loudly? | 1 -AP |
| Do you often feel tired, fatigued, or sleepy during daytime? | 1 -AP |
| Has anyone observed you stop breathing during your sleep? | 0 -AP |
| Do you have, or are you being treated for, high blood Pressure? | 1 -AP |
| Is BMI > 35? | 1 -AP |
| Age - Over 50 yr old? | 0 -AP |
| Neck circumference greater than (17" male) or (16" female)? | 1 -AP |
| Gender - Male? | 1 -AP |
| STOP-BANG Score | 6 -AP |

### Height / Weight - Mon October 30, 2017

| | 1325 |
|---|---|
| **Height and Weight** | |
| Height | 1.778 m (5' 10") -AP |
| Height Method | Actual -AP |

## Flowsheets (all recorded) (continued)

### Height / Weight - Mon October 30, 2017 (continued)

| | 1325 |
|---|---|
| Weight | (!) 138.3 kg (305 lb) -AP |
| BMI (Calculated) | 43.8 -AP |
| BSA (Calculated - sq m - DuBois) | 2.5 sq meters -AP |

### Sleep Apnea Assessment - Mon October 30, 2017

| | Office Visit from 10/30/2017 in Sacred Heart at RiverBend PreOP Clinic |
|---|---|
| **OSA Assessment** | |
| Does patient have diagnosed sleep apnea (OSA)? | Yes -BP |
| If patient has diagnosed obstructive sleep apnea (OSA), provider should consider initiation of OSA protocol post-op. | Patient declines PAP or dental appliance;OSA risk discussed with patient;Plan to initiate OSA protocol post-op<br>Patient wishes to discuss with PCP -BP |

### Pre-Admission Testing Readiness - Mon October 30, 2017

| | 1342 |
|---|---|
| **PAT Tracking** | |
| Was the H&P collected? | Yes, in chart -AP |
| Are lab results complete? | No, pending results -AP |
| Are EKG results complete? | Yes, in chart -AP |
| Are procedure consents confirmed? | Yes, in chart -AP |

### Vitals - Mon October 30, 2017

| | 1333 |
|---|---|
| **Vitals** | |
| Heart Rate Source | Monitor -AP |
| BP | 127/87 -AP |
| BP Location | Left arm -AP |
| BP Method | Automatic -AP |
| Patient Position | Sitting -AP |
| Resp | 16 -AP |
| SpO2 | 96 % -AP |

## Flowsheets (all recorded) (continued)

### Vitals - Mon October 30, 2017 (continued)

| | 1333 |
|---|---|
| Pulse Oximetry Type | Intermittent -AP |
| O2 Device | None (Room air) -AP |
| Pulse (SPO2) | 62 BPM -AP |

### Isolation, Travel and Vaccination Screenings - Mon October 30, 2017

| | 1325 |
|---|---|
| **Prior To Arrival** | |
| Hospitalized Anywhere in the Last 14 Days | No -AP |
| Received Antibiotic Within Past 48 Hours | No -AP |
| **Initial Patient Presentation** | |
| Patient Presents/Complains of the following Symptoms | No fever, cough, diarrhea, wound drainage, scabies, lice or history of MRSA/VRE -AP |
| **Travel History (CRE) Infection** | |
| Have You Been to India, Pakistan and/or Bangladesh within the Last Year? | No -AP |
| **Influenza Vaccine Screening - Required October through March** | |
| Previously immunized this flu season | Yes -AP |

### Anesthesia Review - Mon October 30, 2017

| | 1345 | 1342 |
|---|---|---|
| **OTHER** | | |
| Anesthesia Review | Review Complete -SL | RN Review Required -AP |

### Call Complete - Mon October 30, 2017

| | 1343 |
|---|---|
| **Call Complete** | |
| Call Complete | Yes -AP |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| BP | Barry J Perlman, MD | 07/07/16 - |
| AP | Aline M Pipher, MA | 04/28/17 - |
| SL | Sarah M Lohr, RN | 08/17/17 - 02/07/18 |

**Peacehealth** 1115 SE 164TH AVE VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M

**Cummins,Michael M**
**11/2/2017 Prep for Case**
MRN: **01614423**

Department: **Rbmc Surgery Svcs**
Encounter #: **366185113**

Description: **Male DOB:**
Provider: **Steven L Wilhite, MD**

## Notes

### H&P Notes

No notes of this type exist for this encounter.

### Progress Notes

No notes of this type exist for this encounter.

### Pt Instruction Notes

No notes of this type exist for this encounter.

### Care Advice Given

No Care Advice given for this encounter.

## Result Summary

### All Results

No results found

## Medications - Clinical Orders

### ceFAZolin (ANCEF) in D5W IVPB 2 g [121165882]

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 11/02/17 1151 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/02/17 1230 - 1 Occurrences
Discontinued by: Andrea S Jueal, RN 11/06/17 0624
Questions:
Reason for Therapy: prophylaxis for a procedure

## Other Orders

### Place as hospital outpatient surgery

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 11/02/17 1151 — Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/02/17 1152 - 1 Occurrences
Questions:
Patient Class Hospital Outpatient Surgery

### Full code

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 11/02/17 1151 — Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Continuous 11/02/17 1152 - Until Specified — Code status: Full Code

### Respect floor code status

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 11/02/17 1151 — Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/02/17 1152 - 1 Occurrences

### NCS Adult and PED Peri-Anesthesia Pre-Op Day of Surgery

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 11/02/17 1151 — Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Until Discontinued 11/02/17 1152 - Until Specified

### Diet per anesthesia, otherwise NPO

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 11/02/17 1151 — Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Until Discontinued 11/02/17 1152 - Until Specified

### Diet NPO; Meds

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 11/02/17 1151 — Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Effective Midnight 11/03/17 0001 - Until Specified — Diet: General

Questions:
Type NPO
Except Meds

### Clip hair per guidelines

Status: **Cancel Held**

This order may be acted on in another encounter.

Other Orders (continued)

Clip hair per guidelines (continued)

Ordering user: Steven L Wilhite, MD 11/02/17 1151 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/02/17 1152 - 1 Occurrences

Skin prep per hospital standards

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 11/02/17 1151 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/02/17 1152 - 1 Occurrences
Order comments:
Gently cleanse operative site and surrounding area with Chlorhexidine per hospital standards, if not contraindicated.

Maintain Normothermia

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 11/02/17 1151 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Until Discontinued 11/02/17 1152 - Until Specified
Order comments:
Maintain temperature greater than 36 degrees C during pre-operative phase

Obtain PT/INR on all patients on warfarin if not ordered.

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 11/02/17 1151 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/02/17 1152 - 1 Occurrences
Order comments:
Obtain PT/INR on all patients on warfarin if not ordered.

Providone-Iodine solution 5%

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 11/02/17 1151 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/02/17 1152 - 1 Occurrences
Questions:
Supply Providone-Iodine solution 5%
Order comments:
Administer nasal antiseptic if patient is MRSA positive or scheduled to receive implants

Initiate Pre-Operative Vancomycin when criteria met for MRSA Screening Protocol

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 11/02/17 1151 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Continuous 11/02/17 1152 - Until Specified

Low Risk VTE

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 11/02/17 1151 Ordering provider: Steven L Wilhite, MD

Other Orders (continued)

Low Risk VTE (continued)

Authorized by: Steven L Wilhite, MD
Frequency: Once 11/02/17 1152 - 1 Occurrences
Questions:
Reason for no VTE prophylaxis at admission? Low risk VTE: prophlaxis not required Comment - ambulating same day

Medications at End of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 1 MG tablet**<br>Sig - Route: Take 1 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **lisinopril (PRINIVIL,ZESTRIL) 40 MG tablet**<br>Sig - Route: Take 40 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **propranolol (INDERAL) 40 MG tablet**<br>Sig - Route: Take 40 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |

Medications this visit

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **ceFAZolin in sterile water (ANCEF) 3 gram/20 mL IV push syringe Syrg 3 g**<br>Sig - Route: Inject 20 mLs (3 g total) into the vein once - IV | 3 g | Once | 11/6/2017 | 11/6/2017 |
| **benzocaine-menthol (CEPACOL) 15-3.6 mg per lozenge 1 lozenge** (Discontinued)<br>Sig - Route: Take 1 lozenge by mouth as needed for Cough or Sore throat - Oral<br>Reason for Discontinue: **Patient Discharge** | 1 lozenge | As Needed | 11/6/2017 | 11/6/2017 |
| **bupivacaine-EPINEPHrine 0.25 %-1:200,000 injection** (Discontinued)<br>Sig: as needed<br>Reason for Discontinue: **Patient Discharge** | | As Needed | 11/6/2017 | 11/6/2017 |
| **ceFAZolin (ANCEF) in D5W IVPB 2 g** (Discontinued)<br>Sig - Route: Inject 100 mLs (2 g total) into the vein once - IV | 2 g | Once | 11/6/2017 | 11/6/2017 |
| **dextrose 10% bolus 50-200 mL** (Discontinued)<br>Sig - Route: Inject 50-200 mLs into the vein every 15 (fifteen) minutes as needed for Low blood sugar (For hypoglycemia, administer D50W or D10W.) - IV | 50-200 mL | Every 15 Minutes PRN | 11/6/2017 | 11/6/2017 |

**Medications this visit (continued)**

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| Reason for Discontinue: **Patient Transfer** | | | | |
| **dextrose 10% bolus 50-200 mL** (Discontinued)<br>Sig - Route: Inject 50-200 mLs into the vein every 15 (fifteen) minutes as needed for Low blood sugar (For hypoglycemia, administer D50W or D10W.)<br>- IV<br>Reason for Discontinue: **Patient Discharge** | 50-200 mL | Every 15 Minutes PRN | 11/6/2017 | 11/6/2017 |
| **dextrose 50 % in water (D50W) syringe 6-50 mL** (Discontinued)<br>Sig - Route: Inject 6-50 mLs into the vein every 15 (fifteen) minutes as needed for Low blood sugar (For hypoglycemia, administer D50W or D10W.)<br>- IV<br>Reason for Discontinue: **Patient Transfer** | 6-50 mL | Every 15 Minutes PRN | 11/6/2017 | 11/6/2017 |
| **dextrose 50 % in water (D50W) syringe 6-50 mL** (Discontinued)<br>Sig - Route: Inject 6-50 mLs into the vein every 15 (fifteen) minutes as needed for Low blood sugar (For hypoglycemia, administer D50W or D10W.)<br>- IV<br>Reason for Discontinue: **Patient Discharge** | 6-50 mL | Every 15 Minutes PRN | 11/6/2017 | 11/6/2017 |
| **diphenhydrAMINE (BENADRYL) injection 12.5 mg** (Discontinued)<br>Sig - Route: Inject 0.25 mLs (12.5 mg total) into the vein every 6 (six) hours as needed (nausea, EPS, or other dystonic reaction)<br>- IV<br>Reason for Discontinue: **Patient Discharge** | 12.5 mg | Every 6 Hours PRN | 11/6/2017 | 11/6/2017 |
| **fentaNYL (SUBLIMAZE) injection 25-50 mcg** (Discontinued)<br>Sig - Route: Inject 0.5-1 mLs (25-50 mcg total) into the vein every 5 (five) minutes as needed for Moderate Pain (Pain Scale 4-6) or Severe Pain (Pain Scale 7-10) (Use 25 mcg for mild-moderate pain (pain score 1-6), and 50 mcg for severe pain (pain scale 7-10))<br>- IV<br>Reason for Discontinue: **Patient Discharge** | 25-50 mcg | Every 5 Minutes PRN | 11/6/2017 | 11/6/2017 |
| **fentaNYL (SUBLIMAZE) injection 50 mcg** (Discontinued)<br>Sig - Route: Inject 1 mL (50 mcg total) into the vein see administration instructions<br>- IV<br>Reason for Discontinue: **Patient Transfer** | 50 mcg | See Admin Instructions | 11/6/2017 | 11/6/2017 |
| **HYDROmorphone (DILAUDID) injection 0.3-0.5 mg** (Discontinued)<br>Sig - Route: Inject 0.3-0.5 mg into the vein every 15 (fifteen) minutes as needed for Moderate Pain (Pain Scale 4-6) or Severe Pain (Pain Scale 7-10) (for post-operative pain)<br>- IV<br>Reason for Discontinue: **Patient Discharge** | 0.3-0.5 mg | Every 15 Minutes PRN | 11/6/2017 | 11/6/2017 |
| **insulin lispro medium dose adult subcutaneous corrective** (Discontinued)<br>Sig - Route: Inject 0-0.09 mLs (0-9 Units total) into the skin as needed for High Blood Sugar<br>- Subcutaneous<br>Reason for Discontinue: **Patient Transfer** | 0-9 Units | As Needed | 11/6/2017 | 11/6/2017 |
| **insulin lispro medium dose adult subcutaneous corrective** (Discontinued)<br>Sig - Route: Inject 0-0.09 mLs (0-9 Units total) into the skin as needed for High Blood Sugar<br>- Subcutaneous<br>Reason for Discontinue: **Patient Discharge** | 0-9 Units | As Needed | 11/6/2017 | 11/6/2017 |