Medications this visit (continued)

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **lactated Ringers (LR) continuous infusion** (Discontinued)<br>Sig - Route: Inject into the vein continuous<br>- IV<br>Reason for Discontinue: **Patient Discharge** | | Continuous | 11/6/2017 | 11/6/2017 |
| **lidocaine (PF) (XYLOCAINE-MPF) 10 mg/mL (1 %) injection 1 mL** (Discontinued)<br>Sig - Route: Inject 1 mL into the skin as needed for Other (prior to IV insertion)<br>- Intradermal<br>Reason for Discontinue: **Patient Transfer** | 1 mL | As Needed | 11/6/2017 | 11/6/2017 |
| **LORazepam (ATIVAN) tablet 0.5 mg** (Discontinued)<br>Sig - Route: Take 0.5 tablets (0.5 mg total) by mouth once as needed for Anxiety<br>- Oral<br>Reason for Discontinue: **Patient Transfer** | 0.5 mg | Once As Needed | 11/6/2017 | 11/6/2017 |
| **midazolam (VERSED) injection 1 mg** (Discontinued)<br>Sig - Route: Inject 1 mg into the vein see administration instructions<br>- IV<br>Reason for Discontinue: **Patient Transfer** | 1 mg | See Admin Instructions | 11/6/2017 | 11/6/2017 |
| **naloxone (NARCAN) injection 0.04 mg** (Discontinued)<br>Sig - Route: Inject 0.1 mLs (0.04 mg total) into the vein as needed for Opioid Reversal<br>- IV<br>Reason for Discontinue: **Patient Transfer** | 0.04 mg | As Needed | 11/6/2017 | 11/6/2017 |
| **naloxone (NARCAN) injection 0.04 mg** (Discontinued)<br>Sig - Route: Inject 0.1 mLs (0.04 mg total) into the vein as needed for Opioid Reversal<br>- IV<br>Reason for Discontinue: **Patient Discharge** | 0.04 mg | As Needed | 11/6/2017 | 11/6/2017 |
| **naloxone (NARCAN) injection 0.1 mg** (Discontinued)<br>Sig - Route: Inject 0.25 mLs (0.1 mg total) into the vein as needed (Over Sedation)<br>- IV<br>Reason for Discontinue: **Patient Discharge** | 0.1 mg | As Needed | 11/6/2017 | 11/6/2017 |
| **ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (4 mg total) by mouth every 8 (eight) hours as needed for Nausea or Vomiting<br>- Oral<br>Reason for Discontinue: **Patient Discharge** | 4 mg | Every 8 Hours PRN | 11/6/2017 | 11/6/2017 |
| **ondansetron PF (ZOFRAN) 4 mg/2 mL injection 4 mg** (Discontinued)<br>Sig - Route: Inject 2 mLs (4 mg total) into the vein every 8 (eight) hours as needed for Nausea or Vomiting<br>- IV<br>Reason for Discontinue: **Patient Discharge** | 4 mg | Every 8 Hours PRN | 11/6/2017 | 11/6/2017 |
| **oxyCODONE (ROXICODONE) immediate release tablet 5-15 mg** (Discontinued)<br>Sig - Route: Take 1-3 tablets (5-15 mg total) by mouth every 3 (three) hours as needed for Moderate Pain (Pain Scale 4-6) or Severe Pain (Pain Scale 7-10) (MODERATE - SEVERE PAIN (4-10) FIRST CHOICE)<br>- Oral<br>Reason for Discontinue: **Patient Discharge** | 5-15 mg | Every 3 Hours PRN | 11/6/2017 | 11/6/2017 |
| **oxyCODONE (ROXICODONE) immediate release tablet 5-15 mg** (Discontinued) | 5-15 mg | Every 3 Hours PRN | 11/6/2017 | 11/6/2017 |



EXHIBIT
3, part 5

Medications this visit (continued)

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 1-3 tablets (5-15 mg total) by mouth every 3 (three) hours as needed for Moderate Pain (Pain Scale 4-6) or Severe Pain (Pain Scale 7-10) (MODERATE - SEVERE PAIN (4-10) SECOND CHOICE)<br>- Oral<br>Reason for Discontinue: **Patient Discharge** | | | | |
| **prochlorperazine (COMPAZINE) injection 5 mg (Discontinued)**<br>Sig - Route: Inject 1 mL (5 mg total) into the vein every 6 (six) hours as needed for Nausea or Vomiting<br>- IV<br>Reason for Discontinue: **Patient Discharge** | 5 mg | Every 6 Hours PRN | 11/6/2017 | 11/6/2017 |
| **prochlorperazine (COMPAZINE) tablet 5 mg (Discontinued)**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth every 6 (six) hours as needed for Nausea or Vomiting<br>- Oral<br>Reason for Discontinue: **Patient Discharge** | 5 mg | Every 6 Hours PRN | 11/6/2017 | 11/6/2017 |
| **sodium chloride (NS) 0.9 % flush 3-10 mL (Discontinued)**<br>Sig - Route: Inject 3-10 mLs into the vein as needed for Line Care<br>- IV<br>Reason for Discontinue: **Patient Discharge** | 3-10 mL | As Needed | 11/6/2017 | 11/6/2017 |

# PeaceHealth Facesheet

## Riverbend Medical Center

3333 RIVERBEND DR SPRINGFIELD, OR 97477

| | |
|---|---|
| Patient Name: | CUMMINS,MICHAEL M |
| Admission Date/Time: | 11/6/2017 0533 |
| Discharge Date/Time: | 11/6/2017 1338 |
| MRN: | 01614423 |
| CSN: | 355950272 |
| Guarantor: | CUMMINS,MICHAEL M |

### ENCOUNTER

| | | | |
|---|---|---|---|
| Patient Class: | HOPSUR | Unit: | RBMC OR |
| Hospital Service: | Surgery | Room/Bed: | OR /OR |
| Admitting Provider: | Steven L Wilhite, Md | Referring Physician: | Wilhite, Steven L |
| Attending Provider: | | | |
| Admission Diagnosis: | Gallstones [K80.20] | | |

### PATIENT

| | | | |
|---|---|---|---|
| Name: | CUMMINS,MICHAEL M | DOB: | (47 yrs) |
| Address: | | Sex: | Male |
| City, State ZIP: | | Ethnicity / Race: | Not Hispanic Or Latino / White |
| Primary Phone: | | Religion: | No Preference |
| Work Phone | | Email: | No e-mail address on record |
| Mobile Phone: | | | |

**PRIMARY CARE PROVIDER**

| | | | |
|---|---|---|---|
| Primary Care Provider: | David A Knowlton, MD | Primary Care Provider Phone: | 541-344-8225 |

**EMPLOYER**

| | | | |
|---|---|---|---|
| Employer: | UNEMPLOYED | Status: | Not Employed |

**EMERGENCY CONTACT**

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work Phone | Mobile Phone |
|---|---|---|---|---|---|
| 1. Bishop,Charmaine | | Other | | | |
| 2. *No Contact Specified* | | | | | |

### GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor: | CUMMINS,MICHAEL M | DOB: | |
| Address: | | Sex: | Male |
| Relation to Patient: | Self | Home Phone: | |
| Guarantor ID: | 885662 | Work Phone: | |

**GUARANTOR EMPLOYER**

| | | | |
|---|---|---|---|
| Employer: | UNEMPLOYED | Status: | NOT EMPLO* |

### COVERAGE

**PRIMARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | MEDICAID OREGON | Plan: | DMAP BMH OHP PLUS |
| Group Number: | | Insurance Type: | INDEMNITY |
| Subscriber Name: | CUMMINS,MICHAEL M | Subscriber DOB: | |
| Subscriber ID: | PB800K7J | Copay: | $0.00 |
| Pat. Rel. to Subscriber: | SELF | Remaining # of Visits: | 1 |

**SECONDARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | | Plan: | |
| Group Number: | | Insurance Type: | MANAGED CARE |
| Subscriber Name: | | Subscriber DOB: | |
| Subscriber ID: | | | |
| Pat. Rel. to Subscriber: | | | |

**TERTIARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | | Plan: | |
| Group Number: | | Insurance Type: | |
| Subscriber Name: | | Subscriber DOB: | |

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

Subscriber ID:
Pat. Rel. to Subscriber:

355950272

FS

## Admission Information - Patient Record Only

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 11/06/2017 0533 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Home Or Workplace | Admit Category: | |
| Means of Arrival: | | Primary Service: | Surgery | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | PEACEHEALTH SERVICE AREA | Unit: | Sacred Heart at RiverBend OR |
| Admit Provider: | Steven L Wilhite, MD | Attending Provider: | Steven L Wilhite, MD | Referring Provider: | Steven L Wilhite, MD |

## Discharge Information - Patient Record Only

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 11/06/2017 1338 | Home Or Self Care | None | None | Sacred Heart at RiverBend OR |

## Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| K80.12 [Principal] | Calculus of gallbladder with acute and chronic cholecystitis without obstruction | | | | |
| I10 | Essential (primary) hypertension | | | | |
| F17.210 | Nicotine dependence, cigarettes, uncomplicated | | | | |

## Events

| Date/Time | Event | Pt Class | Unit | Room/Bed | Service |
|---|---|---|---|---|---|
| 11/06/17 0533 | Admission | Hospital Outpatient Surgery | RBMC OR | OR/OR | Surgery |
| 11/06/17 0624 | Patient Update | Hospital Outpatient Surgery | RBMC OR | OR/OR | Surgery |
| 11/06/17 0732 | Surgery | Hospital Outpatient Surgery | RBMC OR | RBMC OR 01 | General |
| 11/06/17 1338 | Discharge | Hospital Outpatient Surgery | RBMC OR | OR/OR | Surgery |

## Document List

Admission on 11/6/2017 with Steven L Wilhite, MD

| Type of Document | Status | Date Received | Received By | Description |
|---|---|---|---|---|
| IMM-A (Admit) | Not Received | | | |
| IMT (Tricare) | Not Received | | | |

# Discharge Summaries

Discharge Summaries

No notes of this type exist for this encounter.

## Consultations

## Procedure/Operative Reports

Procedure Notes

Op Note signed by Steven L Wilhite, MD at 11/6/2017 3:33 PM

Author: Steven L Wilhite, MD Service: Surgery Author Type: Physician
Filed: 11/6/2017 3:33 PM Date of Service: 11/6/2017 12:00 AM Status: Signed
Editor: Steven L Wilhite, MD (Physician)

CUMMINS, MICHAEL M
01614423
DOB:

OPERATIVE NOTE

SURGEON: Steven Wilhite MD

PREOPERATIVE DIAGNOSIS: Gallstones, cholecystitis.

POSTOPERATIVE DIAGNOSIS: Gallstones, cholecystitis.

PROCEDURE PERFORMED: Laparoscopic cholangiogram, followed by laparoscopic cholecystectomy.

INDICATIONS: This is a 47-year-old man who is morbidly obese, presents with documented symptomatic gallstones, and he is being taken to the operating room for a cholangiogram and cholecystectomy.

FINDINGS: Gallbladder packed with cholesterol stones, a very small cystic duct, and a normal cholangiogram.

DESCRIPTION OF PROCEDURE: Patient was taken to the operating room, placed in the supine position and given a general anesthetic with an endotracheal tube. His abdomen was prepped and draped. A formal timeout was carried out. Incisions were then made after infiltrating the skin with 0.25% Marcaine and epinephrine. Veress needle was placed just above the umbilicus and the patient was inflated to a pressure of 15. A 10 mm trocar was placed just above the umbilicus under direct vision of the camera. A second 10 mm trocar was placed just rightward of midline, below the costal margin. Two additional 5 mm were placed in the right side.

The fundus of the gallbladder was grasped and rotated cephalad. Infundibulum was grasped. A meticulous sorting out of the hilum was then carried out and cystic duct identified, the cystic artery and the junction identified. These were all clipped.

The cystic duct was opened and a catheter was inserted, secured with an

Procedure Notes (continued)

Op Note signed by Steven L Wilhite, MD at 11/6/2017 3:33 PM (continued)

Olsen clamp, and cholangiogram performed. During the first attempt, the line blew off of the small catheter, which was required because of such a small cystic duct and then retightened and, at this juncture, a bit of air was put into the biliary system.

Cholangiogram was completed and there was good effluent into the duodenum and good retrograde flow into the liver. Cystic duct was relatively long.

The cystic duct was then doubly clipped proximally and divided. The previously clipped arteries were divided and the gallbladder lifted out of the triangle of Calot sharply. Once the gallbladder was out of the triangle of Calot, electrocautery was then used to separate the gallbladder from the liver. So, a couple of small holes were made in the gallbladder, which leaked only bile. The large stones did not come out these small holes.

Just prior to removal of the gallbladder, the hilum of the liver was inspected and there was no succuss entericus, no bile, no bleeding.

Also, irrigation was carried out and all bile aspirated. Actually, there was not very much bile.

Gallbladder was removed through an Endobag. This required opening the gallbladder itself and removing the packed stones in order to get the gallbladder through the upper 10/12 mm incision.

Once the gallbladder was removed, the trocar was reinserted, a second inspection carried out, and all fluid in the right gutter aspirated, and fluid over the liver, under the diaphragm all aspirated.

In the upper 10 mm wound, the fascia was grasped with two Kochers and a stitch of 0 Vicryl was used to reapproximate the fascia. Subcuticular 4-0 Monocryl closed the 10 mm port sites. Steri-Strips and dressing was applied.

Estimated blood loss was nil. Sponge and needle count were correct. Patient tolerated the procedure well.

Dictated by: Steven L Wilhite MD

SLW:us122796

Procedure Notes (continued)

Op Note signed by Steven L Wilhite, MD at 11/6/2017 3:33 PM (continued)

eScription document:49-9165835
D: 11/06/2017 10:22:35
T: 11/06/2017 11:11:05

cc: David Knowlton MD
[SW1.1]

Electronically signed by Steven L Wilhite, MD on 11/6/2017 3:33 PM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | SW1.1 | 11/6/2017 3:33 PM | Steven L Wilhite, MD | Physician | Sign |

## History & Physicals

| Peacehealth | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1200981831 |
|---|---|---|

## History & Physical

H&P signed by Steven L Wilhite, MD at 11/2/2017 10:55 AM

Author: Steven L Wilhite, MD    Service: Surgery    Author Type: Physician
Filed: 11/2/2017 10:55 AM    Date of Service: 9/27/2017 12:00 AM    Status: Signed
Editor: Steven L Wilhite, MD (Physician)

CUMMINS, MICHAEL M
01614423
DOB:

This is an addendum to the H&P dictated 09/27/2017.

The patient was seen in my office today, which is 11/01/2017, and his history was reviewed and he was reexamined. Heart and lungs are clear. Abdomen is obese, soft, nontender, without masses. No edema of his legs.

The patient continues to have these symptoms of gallstones and we will remove his gallbladder and do a cholangiogram with a laparoscope. Again, if he is too large for that, there is always the outside possibility that he will have an open cholecystectomy. This was discussed and he accepts that. The patient has no further questions. He understands the complications of common duct injury, infection, perforation of bowel, bleeding, bile leaks. He desires me to proceed.

Dictated by: Steven L Wilhite MD

SLW:us83996
eScription document:49-9163406
D: 11/01/2017 15:01:04
T: 11/01/2017 15:37:16

cc: David Knowlton MD
[SW1.1]

Electronically signed by Steven L Wilhite, MD at 11/2/2017 10:55 AM

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > SW1.1 | 11/2/2017 10:55 AM | Steven L Wilhite, MD | Physician | Sign |

H&P signed by Steven L Wilhite, MD at 10/2/2017 11:15 AM

History & Physical (continued)

H&P signed by Steven L Wilhite, MD at 10/2/2017 11:15 AM (continued)

Author: Steven L Wilhite, MD Service: Surgery Author Type: Physician
Filed: 10/2/2017 11:15 AM Date of Service: 9/27/2017 12:00 AM Status: Signed
Editor: Steven L Wilhite, MD (Physician)

CUMMINS, MICHAEL M
01614423
DOB:

CHIEF COMPLAINT: Right upper quadrant pain and back pain.

This 47-year-old man has documented symptomatic gallstones and an ultrasound was carried out on 09/25/2017 and read by Jonathan Sims, MD. Impression is cholelithiasis without evidence of acute cholecystitis. Coarse echogenicity of the liver with hepatomegaly suggests hepatocellular dysfunction, mild hydronephrosis.

Gallbladder cholelithiasis is present and kidneys are read as right kidney. The kidney is normal in size, with normal echotexture. No evidence of hydronephrosis or nephrolithiasis. No discrete renal masses. Left kidney mild pelviectasis, left kidney is normal in size, no shadowing stones, no discrete renal mass.

The patient's symptoms are discomfort, particularly when eating spicy foods. He also has discomfort when lifting and turning. Some mild nausea.

Some of his symptoms are more musculoskeletal in nature, but also the spicy food, which gives him mild nausea and pain as well. This may be 2 separate problems.

PAST SURGICAL HISTORY: Include 11/22 right knee torn meniscus repair with open repair. He has had a pilonidal cyst on tailbone removed. He had an on-the-job injury to the head in the 1990s. The steel pipe hit him on top of the head and took a while to get over this problem.

PAST MEDICAL HISTORY: Health problems for which he sees a physician regularly are anxiety and high blood pressure, nephrolithiasis, hypertension, anxiety, gallstones, colonoscopy 2015 with a hyperplastic polyp, pilonidal cyst, torn meniscus, pneumonia as a child. Also, morbid obesity, migraine headaches, erectile dysfunction, diverticulosis, primary osteoarthritis involving multiple joints, psoriasis.

HABITS: He smokes 1 pack of cigarettes per day and has done so for 30

History & Physical (continued)

H&P signed by Steven L Wilhite, MD at 10/2/2017 11:15 AM (continued)

years. Does not drink alcohol. Does not use street drugs.

ALLERGIES: METRONIDAZOLE, FLAGYL AND APPARENTLY GIVES HIM SWELLING AND ANAPHYLAXIS TYPE OF ACTIVITY. MORPHINE MAKES HIM SICK.

CURRENT MEDICATIONS: Include:
1. Aspirin.
2. Ibuprofen.
3. Alprazolam 1 mg 2 times a day.
4. Propranolol 40 mg 2 times a day.
5. Hydrochlorothiazide 25 mg a day.
6. Lisinopril 40 mg a day.

FAMILY HISTORY: Positive for hypertension. Gallbladder problems in mother. Cancer in an uncle, diabetes in dad.

REVIEW OF SYSTEMS: 14 system review is positive for changes in moles and spots rashes and hives, wheezing, excessive burping, change in bowel habits, heartburn, reflux, hemorrhoids, diarrhea, abdominal pain, back and neck pain, painful and stiff joints, depression, anxiety, fearfulness, irritability, anger, insomnia, fatigue, headaches, migraine headaches, chest pain, muscle cramps, muscle weakness, pain in his legs, pain with walking, swelling of legs and feet, numbness, tingling in his legs and feet, unable to walk stairs.

PHYSICAL EXAMINATION:
General: He is blocky in build.
Vital signs: He is 5 feet 11.5 inches tall, weighs 300 pounds. Blood pressure is 134/94, pulse is 65, temperature is 97.8.
HEENT: Clear.
Neck: No nodes or masses.
Chest: Clear to auscultation.
Heart: Regular rhythm without murmur.
Abdomen: Obese, a large round abdomen, mild discomfort in the right upper quadrant. Inguinal regions, no evidence of herniation.
Extremities: No edema.

ASSESSMENT: Gallstones with spicy food intolerance, which brings on the pain and the gallstones are suggestive to be related. Some of his pain on movement, is more compatible with musculoskeletal pain. And so I think there may be 2 components here.

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

History & Physical (continued)

H&P signed by Steven L Wilhite, MD at 10/2/2017 11:15 AM (continued)

He would like to have his gallbladder out and I agree because at least it may be take care of some of the general complaints he has. However, I warned him that if the pain is not caused by the gallbladder it will not get rid of the pain and because of his size and musculoskeletal problems it is always a possibility that part of this at least is other than his gallbladder. Also advised him that we will take this out with a laparoscope, but because of his size, he has an increased chance of having it done openly.

I discussed at length the removal of the gallbladder and I drew a cartoon if you will of the biliary system to illustrate my discussion. Number 1 illustration was the common duct and advised that during removal of the gallbladder, sometimes the common duct can be injured and this can result in multiple surgeries, lifetime of misery, liver transplant, and even death. I also discussed the complications of bile leak, perforation of the bowel, bleeding, and infection. All questions answered, he accepts and desires for me to proceed.

Dictated by: Steven L Wilhite MD

SLW:us9065
eScription document:49-9132054
D: 09/27/2017 18:54:40
T: 09/27/2017 19:46:27

cc: David Knowlton MD

Electronically signed by Steven L Wilhite, MD at 10/2/2017 11:15 AM

Revision History

| Date/Time | User | Provider Type | Action |
|---|---|---|---|
| > 10/2/2017 11:15 AM | Steven L Wilhite, MD | Physician | Sign |

Attribution information within the note text is not available.

## Emergency Department Records

ED Records

ED Arrival Information

**Patient not seen in ED**

## Additional Encounter Notes

### Discharge Instr - Activity - Additional Notes

**Discharge Instr - Activity by Gina L Coddington, RN at 11/6/2017 12:15 PM**

Author: Gina L Coddington, RN Service: (none) Author Type: Registered Nurse
Filed: 11/6/2017 12:15 PM Date of Service: 11/6/2017 12:15 PM Status: Signed
Editor: Gina L Coddington, RN (Registered Nurse)

You received oxycodone at 11:54am , you may take more pain medicine at 3:54pm. You received toradol at 10:15am, so no ibuprofen until 4:15pm.

Electronically signed by Gina L Coddington, RN at 11/6/2017 12:15 PM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | [N/A] | 11/6/2017 12:15 PM | Gina L Coddington, RN | Registered Nurse | Sign |

### Discharge Instr - Diet - Additional Notes

**Discharge Instr - Diet by Gina L Coddington, RN at 11/6/2017 12:13 PM**

Author: Gina L Coddington, RN Service: (none) Author Type: Registered Nurse
Filed: 11/6/2017 12:13 PM Date of Service: 11/6/2017 12:13 PM Status: Signed
Editor: Gina L Coddington, RN (Registered Nurse)

Low fat diet for 30 days. Do not drive or drink alcohol for 24 hours or if taking narcotic pain medicine. Be sure to use a stool softener daily while taking narcotic pain medicine to prevent constipation. In 48 hours you may remove outer dressings, leave steri-strips underneath in place and let them fall off on their own. You may shower in 48 hours. Do not submerge incisions, no tub bath.

Electronically signed by Gina L Coddington, RN at 11/6/2017 12:13 PM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | [N/A] | 11/6/2017 12:13 PM | Gina L Coddington, RN | Registered Nurse | Sign |

### Brief Op Note - Additional Notes

**Brief Op Note by Steven L Wilhite, MD at 11/6/2017 10:37 AM**

Author: Steven L Wilhite, MD Service: Surgery Author Type: Physician
Filed: 11/6/2017 10:40 AM Date of Service: 11/6/2017 10:37 AM Status: Signed
Editor: Steven L Wilhite, MD (Physician)

**Surgery Brief Op Note**

Brief Op Note - Additional Notes (continued)

Brief Op Note by Steven L Wilhite, MD at 11/6/2017 10:37 AM (continued)

Michael M Cummins
MRN: 01614423

**Date of Procedure:** 11/6/2017

**Pre-Op Diagnosis:** Gallstones [K80.20]

**Post-Op Diagnosis:**
* Gallstones [K80.20]

Procedure(s):
LAPAROSCOPY CHOLECYSTECTOMY WITH GRAMS

**Surgeon:** Steven L Wilhite, MD

**Co-Surgeon:** None

**Assistant in OR:** None

**Anesthesia Type:** General

**EBL:** 0

Intraprocedure I/O Totals

lactated Ringers (LR) continuous infusion
Volume (mL) 1000 mL

**Specimens Removed:**

| ID | Type | Source | Tests | Collected by | Time | Destination |
|---|---|---|---|---|---|---|
| 1 : Gallbladder | Tissue | Gallbladder | PATHOLOGY | Steven L Wilhite, MD | 11/6/2017 0932 | |

**Findings:** gallbladder packed with stones; normal common duct'

**Complications:** None

**Implants/Grafts:** * No implants in log *

**Drains:**

No lines, drains, or airways are recorded for this episode.

Brief Op Note - Additional Notes (continued)

Brief Op Note by Steven L Wilhite, MD at 11/6/2017 10:37 AM (continued)

**OR Disposition is stable to PACU without incident**

Steven L Wilhite, MD[SW1.1]

Electronically signed by Steven L Wilhite, MD at 11/6/2017 10:40 AM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | SW1.1 | 11/6/2017 10:40 AM | Steven L Wilhite, MD | Physician | Sign |

## Surgery Documentation

## Surgery Documentation

General Information

Date: 11/6/2017
Time: 0715
Status: Posted
Location: RBMC OR
Room: OR 01
Service: General
Patient class: Hospital Outpatient Surgery
Case classification:

### Nursing Notes

OR Nursing by Andrea S Jueal, RN at 11/6/2017 7:20 AM — Version 1 of 1

Author: Andrea S Jueal, RN  Service: (none)  Author Type: Registered Nurse
Filed: 11/6/2017 7:20 AM  Date of Service: 11/6/2017 7:20 AM  Status: Signed
Editor: Andrea S Jueal, RN (Registered Nurse)

Report to or rn[AJ1.1]

Electronically signed by Andrea S Jueal, RN on 11/6/2017 7:20 AM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | AJ1.1 | 11/6/2017 7:20 AM | Andrea S Jueal, RN | Registered Nurse | Sign |

OR Nursing by Andrea S Jueal, RN at 11/6/2017 7:16 AM — Version 1 of 1

Author: Andrea S Jueal, RN  Service: (none)  Author Type: Registered Nurse
Filed: 11/6/2017 7:16 AM  Date of Service: 11/6/2017 7:16 AM  Status: Signed
Editor: Andrea S Jueal, RN (Registered Nurse)

Pre op complete, education done with patient/family on surgery/unit, voiced understanding, all questions answered. Resting, no distress, call light in reach[AJ1.1]

Electronically signed by Andrea S Jueal, RN on 11/6/2017 7:16 AM

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

Nursing Notes (continued)

OR Nursing by Andrea S Jueal, RN at 11/6/2017 7:16 AM (continued) Version 1 of 1

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | AJ1.1 | 11/6/2017 7:16 AM | Andrea S Jueal, RN | Registered Nurse | Sign |

Diagnosis Information

| Diagnoses |
|---|
| **Gallstones** |

Case Tracking Events

| Event | Time In |
|---|---|
| **In Facility** | 0533 |
| **Decision Time (OB)** | |
| **Epidural to C-section** | |
| **In Pre-Procedure** | 0627 |
| **CNA Admit Complete** | |
| **Physician Available** | 0720 |
| **Anesthesia Available** | |
| **Ready for Family Pre-procedure** | |
| **Pre-Procedure Nursing Care Complete** | 0716 |
| **Anesthesia Start** | 0736 |
| **Setup Complete** | 0713 |
| **In Room** | 0732 |
| **Procedure Start** | 0822 |
| **Procedure Closing** | 0959 |
| **Procedure Finish** | 1018 |
| **Out of Room** | 1022 |
| **In PACU** | 1023 |
| **Anesthesia Finish** | 1026 |
| **PACU Care Complete** | 1115 |
| **Out of PACU** | 1145 |
| **Return to PACU** | |
| **Out of PACU (2nd Time)** | |
| **In Phase II** | 1145 |
| **Ready for Family Post Procedure** | |
| **Phase II Care Complete** | 1337 |
| **Out of Phase II** | 1337 |
| **Return to Phase II** | |
| **Out of Phase II (2nd Time)** | |
| **Procedural Care Complete** | 1338 |
| **Send for Patient** | |
| **Preop Block Start** | |
| **Preop Block End** | |
| **Patient Sent for** | |
| **Mod Sedation Start** | |
| **Mod Sedation End** | |

Event Tracking

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

**Event Tracking (continued)**

Panel 1

| Event | Start Time |
|---|---|
| **Incision Start** | |
| **Incision Close** | |

Procedure : LAPAROSCOPY CHOLECYSTECTOMY WITH GRAMS

| Event | Start Time |
|---|---|
| **Procedure Start** | 0732 |
| **Procedure End** | 1022 |

**Panel Information**

Panel 1

| Surgeon | Role | Service |
|---|---|---|
| **Steven L Wilhite, MD** | Primary | General |

Procedure: LAPAROSCOPY CHOLECYSTECTOMY WITH GRAMS

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region |
|---|---|---|---|---|
| N/A | Clean Contaminated | Deep and Superficial Layers | Anesthesia No Exact Choice | Abdomen |

**LAPAROSCOPY CHOLECYSTECTOMY WITH GRAMS (N/A) - Position 1**

| | | | | | |
|---|---|---|---|---|---|
| Body: | **Supine** TABLE BERCHTOLD, STRAP SAFETY | Left Arm: | **Extended less than 90 degrees** ARMBOARD, FOAM ELBOW PADS | Right Arm: | **Extended less than 90 degrees** ARMBOARD, FOAM ELBOW PADS |
| Head: | **Aligned** PILLOW | Left Leg: | **Straight** STRAP SAFETY | Right Leg: | **Straight** STRAP SAFETY |
| Positioned by: | **Tonya M Garrelts, RN**<br>**Alexander J Rodenbeck, CST**<br>**Briana N Amosson, MD**<br>**Steven L Wilhite, MD** | | | Comments: | |

**Staff Info**

| Staff Type | Staff Member | Start | End | OT |
|---|---|---|---|---|
| Circulator | **Tonya M Garrelts, RN** | 0732 | 0900 | |
| Scrub | **Alexander J Rodenbeck, CST** | 0732 | | |
| Circulator Secondary | **Vicki A Lehrman, RN** | 0732 | 0736 | |
| Circulator | **Kellie J Donahue, RN** | 0900 | 0922 | |

**Questionnaire Data**

None

**Patient Preparation**

| Area | Laterality | Scrub | Paint | Hair Removal |
|---|---|---|---|---|
| **Abdomen** | N/A | ChloraPrep | | Clipped |

**Skin Condition**

| Skin Site | Condition |
|---|---|
| Overall | **OTHER (SEE COMMENTS)** |

**Specimens**

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

## Specimens (continued)

| ID | Type | Source | Tests | Collected by | Time |
|---|---|---|---|---|---|
| **1 : Gallbladder** | Tissue | Gallbladder | <li>PATHOLOGY</li> | Steven L Wilhite, MD | 11/6/2017 0932 |

Pre-op diagnosis:
Gallstones [K80.20]

## Equipment

| Equipment Type | Equipment | Start | End |
|---|---|---|---|
| INSUFFLATOR 10207 | | | |
| CAMERA | | | |
| LEAD SCREEN | | | |
| LIGHT SOURCE 10306 | | | |
| ESU 11555 | | | |
| SCD 39222 | | | |
| C-ARM 1X0257 | | | |
| Forced Air Warmer 37587 | | | |

## Electro Surgery Units

| ESU Type | ESU | Blend Setting | Mode | Pad Loc | Laterality | Coag Set | Cut Set | Applied By |
|---|---|---|---|---|---|---|---|---|
| ESU 11555 | | | Mono polar | Table Ground ing Pad | | 35 | 35 | |

## Warming Devices

| Device Type | Device | Setting | Area | Laterality | Temp | Applied By |
|---|---|---|---|---|---|---|
| Forced Air Warmer 37587 | | | Upper body | Bilateral | | |

## Sequential Compression Devices

| SCD Type | SCD | Area | Laterality | Pressure | Left Pulse | Right Pulse | Applied By |
|---|---|---|---|---|---|---|---|
| SCD 39222 | | Lower Leg | Bilateral | | | | |

## Instruments

| Instrument Type | Instrument | Start | End |
|---|---|---|---|
| BASIN MINOR | | | |
| INST CAMERA STORZ HD | | | |
| INST LAPAROSCOPY GENERAL | | | |
| INST PP CLAMP OLSEN U-Pick | | | |

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

**Instruments (continued)**

| Instrument Type | Instrument | Start | End |
|---|---|---|---|
| INST PP CLAMP WILLIAMS<br>60 second room - his box | | | |
| INST PP DR CUSATI LAP FORCEP RT 10MM<br>U-Pick | | | |
| INST PP DR MACCOLL APPLIER CLIP LAP LG<br>U-Pick | | | |
| INST RETR NATHANSEN<br>U-Pick | | | |
| INST SCOPE 0 DEG 10MM STORZ | | | |
| INST SCOPE 30 DEG 10MM | | | |

**PNDS Information**

No outcomes documented

Diagnoses

No diagnosis documented

**Case Completion Information**

| Incision Site | Laterality | Dressings |
|---|---|---|
| **Abdomen**<br>Dressings: steris, 2x2, tegaderm | N/A | |

**Case Completion - Additional Information**

Pre-op diagnosis

Gallstones [K80.20]

Post-op diagnosis

None

**Log Verified By**

| | | |
|---|---|---|
| **Andrea S Jueal, RN** | 11/6/2017 | 0717 |
| **Tonya M Garrelts, RN** | 11/6/2017 | 1037 |
| **Amy M Mack, RN** | 11/6/2017 | 1145 |
| **Gina L Coddington, RN** | 11/6/2017 | 1338 |

**Implants**

No implant documentation for this case.

**Pre-op Nurse**

Pre-op nurse:

**Recovery Nurse**

Post-op nurse: **Amy M Mack, RN**

**Phase II Nurse**

Phase II nurse:

**Other Equipment**

| Type | Equipment | Setting | Setting Low | Setting High | Applied By |
|---|---|---|---|---|---|
| INSUFFLATOR<br>10207 | | | | | |

## Other Equipment (continued)

| Type | Equipment | Setting | Setting Low | Setting High | Applied By |
|---|---|---|---|---|---|
| CAMERA | | | | | |
| LEAD SCREEN | | | | | |
| LIGHT SOURCE 10306 | | | | | |

## Timeouts

### Tonya M Garrelts, RN

**Timeout Details**

Timeout type: Pre-Verification

**Procedures**

Panel 1: LAPAROSCOPY CHOLECYSTECTOMY WITH GRAMS, POSSIBLE OPEN with Steven L Wilhite, MD

**Timeout Questions**

Correct site? Yes
Implants present? Yes
H&P note completed? Yes
Consents verified? Yes
Radiology studies available? Yes
Relevant lab results available? Yes
Allergies reviewed? Yes
Are there adequate fluids available to replenish high blood loss? Yes

**Staff Present**

| | |
|---|---|
| Surgeons | Steven L Wilhite, MD |
| Anesthesia Staff | Briana N Amosson, MD |
| Staff | Tonya M Garrelts, RN, Alexander J Rodenbeck, CST |

**Verification History**

| Staff | Performed | Verified |
|---|---|---|
| Tonya M Garrelts, RN | | Mon Nov 6, 2017 0837 |

### Tonya M Garrelts, RN

**Timeout Details**

Timeout type: Timeout

**Procedures**

Panel 1: LAPAROSCOPY CHOLECYSTECTOMY WITH GRAMS, POSSIBLE OPEN with Steven L Wilhite, MD

**Timeout Questions**

Correct patient? Yes
Correct position? Yes
Correct equipment? Yes
Correct procedure? Yes
Have all team members been introduced? Yes
Has the nursing team reviewed the sterility? Yes

**Staff Present**

| | |
|---|---|
| Surgeons | Steven L Wilhite, MD |
| Anesthesia Staff | Briana N Amosson, MD |

**Timeouts (continued)**

Staff — Tonya M Garrelts, RN, Alexander J Rodenbeck, CST

Verification History

| Staff | Performed | Verified |
|---|---|---|
| Tonya M Garrelts, RN | | Mon Nov 6, 2017 0839 |

Unverified Timeout

Timeout Details

Timeout type — **⚠Debriefing (Unverified)**

Procedures

Panel 1: LAPAROSCOPY CHOLECYSTECTOMY WITH GRAMS with Steven L Wilhite, MD

Timeout Questions

Are counts correct? Yes
Have specimens been labeled? Yes

Staff Present

| | |
|---|---|
| Surgeons | Steven L Wilhite, MD |
| Anesthesia Staff | Briana N Amosson, MD |
| Staff | Tonya M Garrelts, RN, Alexander J Rodenbeck, CST, Vicki A Lehrman, RN, Kellie J Donahue, RN |

**Pre-op Skin Information**

| Skin Site | Condition |
|---|---|
| Overall | **OTHER (SEE COMMENTS)** |

Red spots, pt states it is "acne I've had since I was ten years old." Pt also said he's recently seen and will be treated by dermatologist post-op.

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

## Anesthesia Documentation




| | 0730 | 0745 | 0800 | 0815 | 0830 | 0845 |
|---|---|---|---|---|---|---|
| propofol (DIP… (mg) | | 200 | | | | |
| fentaNYL (SU… (mcg) | 50 | | | | | |
| lidocaine (PF… (mg) | 60 | | | | | |
| succinylcholi… (mg) | | 200 | | | | |
| rocuronium (Z… (mg) | 5 | 50 | | | 30 | |
| phenylephrin… (mcg) | | 200 | 200 | | | |
| ondansetron (… (mg) | | | | | | |
| ketorolac (TO… (mg) | | | | | | |
| ceFAZolin in s… (g) | | 3 | | | | |
| atropine inje… (mg) | | | 0.4 | | | |
| dexamethasone… (mg) | | | | 4 | | |
| sugammadex (B… (mg) | | | | | | |
| lactated Ring… (mL) | | | 1000 | / | | |
| SpO2 (%) | [100] | [98] | [97] | [96] | [97] | [97] |
| FiO2 (%) (%) | [99] | [61] | [59] | [59] | [58] | [58] |
| ETCO2 (mmHg) (mmHg) | [0] | [44] | [39] | [37] | [42] | [42] |
| N2O ET (%) | [0] | [0] | [0] | [0] | [0] | [0] |
| Insp Sevo (%) | | [2.4] | [1] | [1.9] | [2.3] | [2.4] |
| End Tidal Sevo (%) | | [1.9] | [0.9] | [1.6] | [2] | [2] |
| Resp | [0] | [11] | [14] | [14] | [14] | [14] |
| Vt (observed,… (mL) | [0] | [532] | [505] | [501] | [517] | [496] |
| PEEP/CPAP (cm H2O) | [0] | [3] | [4] | [4] | [4] | [4] |
| PIP Obser… (cm H2O) | [0] | [17] | [22] | [25] | [27] | [25] |
| Temp | | [36.2] | [36.1] | [36.2] | [35.8] | [35.7] |
| EKG | NSR | | | | | |

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831




| | 0900 | 0915 | 0930 | 0945 | 1000 | 1015 | |
|---|---|---|---|---|---|---|---|
| propofol (DIP… (mg) | | | | | | | 200 mg |
| fentaNYL (SU… (mcg) | | | 50 | | | 100 | 200 mcg |
| lidocaine (PF… (mg) | | | | | 40 | | 100 mg |
| succinylcholi… (mg) | | | | | | | 200 mg |
| rocuronium (Z… (mg) | | | 15 | | | | 100 mg |
| phenylephrin… (mcg) | | | | | | | 400 mcg |
| ondansetron (… (mg) | | | | 4 | | | 4 mg |
| ketorolac (TO… (mg) | | | | | | 30 | 30 mg |
| ceFAZolin in s… (g) | | | | | | | 3 g |
| atropine inje… (mg) | | | | | | | 0.4 mg |
| dexamethasone… (mg) | | | | | | | 4 mg |
| sugammadex (B… (mg) | | | | | 200 | | 200 mg |
| lactated Ring… (mL) | | | | | | | 1000 mL |
| SpO2 (%) | [97] | [97] | [96] | [98] | [95] | 100 | |
| FiO2 (%) (%) | [58] | [58] | [59] | [80] | [91] | 98 | |
| ETCO2 (mmHg) (mmHg) | [43] | [43] | [42] | [43] | [38] | [0] | |
| N2O ET (%) | [0] | [0] | [0] | [0] | [0] | [0] | |
| Insp Sevo (%) | [2.4] | [2.5] | [2.1] | [1.2] | [0] | 0 | |
| End Tidal Sevo (%) | [2.1] | [2.2] | [1.9] | [1.2] | [0.2] | 0.2 | |
| Resp | [14] | [14] | [14] | [14] | [25] | [0] | |
| Vt (observed,… (mL) | [500] | [564] | [489] | [516] | [649] | [40] | |
| PEEP/CPAP (cm H2O) | [4] | [4] | [4] | [4] | [7] | [0] | |
| PIP Obser… (cm H2O) | [25] | [25] | [24] | [22] | [20] | [0] | |
| Temp | [35.8] | [35.8] | [35.8] | [35.8] | 35.8 | | |
| EKG | | | | | | / | |

**Anesthesia Information - Cummins, Michael M [01614423]** Male
47 y.o. Current as of 06/22/18 1155

| Height | Weight | BMI | ASA Status |
|---|---|---|---|
| 1.773 m (5' 9.8") (11/06/17) | 135.1 kg (297 lb 13.5 oz) (11/06/17) | 43 (11/06/17) | 3 |

Anesthesia Type
general

**Prescription Medications (As of Anesthesia Start)** Within last 14 days from 11/06/17

| | Last Taken | Last Updated |
|---|---|---|
| ALPRAZolam (XANAX) 1 MG tablet | 11/5/2017 | 11/06/17 0644 |

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

**Prescription Medications (As of Anesthesia Start) (continued)** Within last 14 days from 11/06/17

| | Last Taken | Last Updated |
|---|---|---|
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | 11/5/2017 | 11/06/17 0644 |
| lisinopril (PRINIVIL,ZESTRIL) 40 MG tablet | 11/5/2017 | 11/06/17 0644 |
| propranolol (INDERAL) 40 MG tablet | 11/6/2017 | 11/06/17 0644 |

**Procedure Summary**

| Date | Anesthesia Start | Anesthesia Stop | Room / Location |
|---|---|---|---|
| 11/06/17 | 0736 | 1026 | RBMC OR 01 / RBMC OR |

| Procedure | Diagnosis | Surgeon | Responsible Provider |
|---|---|---|---|
| LAPAROSCOPY CHOLECYSTECTOMY WITH GRAMS (N/A Abdomen) | Gallstones (Gallstones [K80.20]) | Steven L Wilhite, MD | Briana N Amosson, MD |

**Anesthesia Staff Information**

| Anesthesiologist | Role |
|---|---|
| **Briana N Amosson, MD** | Anesthesiologist |

**Preprocedure Vitals (As of Ready for Procedure)**

| | |
|---|---|
| BP: | 121/79 |
| Pulse: | 58 |
| Resp: | 16 |
| SpO2: | 99 |
| Temp: | 36.9 °C (98.4 °F) |
| Height: | 1.773 m (5' 9.8") (11/06/17) |
| Weight: | 135.1 kg (297 lb 13.5 oz) (11/06/17) |
| BMI: | **43** |
| IBW: | 72.5 kg (159 lb 15 oz) |

Last edited 11/06/17 0637 by RS

**Preprocedure Note**

Last edited 11/06/17 0802 by Briana N Amosson, MD

## ANESTHESIA PREOPERATIVE EVALUATION

**Review of Systems**

Vitals reviewed, Allergies reviewed, Medications reviewed and Medical history reviewed

| AIRWAY- neg ROS | MUSCULOSKELETAL | GI |
|---|---|---|
| **NEURO/PSYCH**<br>(+) Peripheral numbness/weakness<br>Comment: Arms and hand numbness | (+) Back pain<br>Comment: Sciatic pain<br><br>**PULMONARY**<br>(-) Shortness of breath<br>(+) Tobacco use and tobacco cessation counseling given | (-) Heartburn<br><br>**RENAL/GU**<br>Comment: H/O stones<br><br>**ENDOCRINE**<br>Comment: BMI 44 |

Preprocedure Note (continued)

| | | |
|---|---|---|
| | **CARDIOVASCULAR**<br>(+) DOE<br>(-) Chest pain/pressure<br>Exercise Tolerance: <4 METS<br>Due to knee<br>Comment: HTN | **HEME- neg ROS**<br><br>**OTHER MEDICAL- neg ROS** |

**Physical Exam**

| | | |
|---|---|---|
| **AIRWAY**<br>Mallampati: II<br>Neck ROM: Limited<br><br>**DENTAL**<br>Comments: Partial lower<br>Upper dentures | **CARDIOVASCULAR**<br>Cardiovascular exam normal<br>Rhythm: Regular<br>Rate: Normal<br>Comment: EKG 7/17 NAD<br>**PULMONARY**<br>Pulmonary exam normal<br>Breath sounds clear to auscultation | |

**Pre-op Assessment**
**ASA** 3

**Anesthesia Plan:** general
Induction: intravenous

**Post-Operative Pain Management**
post-op pain management by surgeon

**Alternatives, Risks and Questions Conference (PARQ)**
Specific risks discussed include but not limited to the following: PARQ, pain, infection, nausea and respiratory events
Questions addressed: questions answered / anesthesia plan accepted
Patient and or legal guardian understands risks, benefits, alternatives.
Patient and or legal guardian agrees to proceed.

**Perioperative Discussion**
Anesthetic plan and risks discussed with: patient

**DOS Attestation**
**NPO Status:** Patient is NPO per guidelines

**Attestation:** Relevant medical history, including anesthesia, drug and allergy history, laboratory and test results, anesthesia plan and potential problems, ASA classification of risk, and any additional applicable information documented on this form have been reviewed. Airway and other pertinent physical findings have been reassessed as indicated. Risks, benifits and alternatives of the anesthesia plan have been discussed with the patient or their representative and all questions have been answered.

**Patient on pre-op beta blocker?** Yes, beta blocker documented taken within past 24 hours

Revision History

| | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > | 11/6/2017 8:02 AM | Briana N Amosson, MD | Physician | Addend |
| | 11/6/2017 7:11 AM | Briana N Amosson, MD | Physician | Addend |
| | 10/30/2017 2:00 PM | Barry J Perlman, MD | Physician | Sign |

Procedure Notes

Last edited 11/06/17 0759 by Briana N Amosson, MD

**Intubation**

Intubation Type: Asleep Intubation
Induction Type: IV Induction
Preparation: Pre-oxygenated
Type: Routine induction
Mask Ventilation: No attempt
Successful techniques: DL-Macintosh
Blade size: 3
Support device/maneuvers: Stylet
Oropharyngeal view: grade II (partial cords)
Difficult Airway: airway not difficult
ETT type: Standard - cuffed
Location: oral
ETT size: 7.5
Placement verified by: bilateral breath sounds and capnometry
Secured at: 23cm
Measured from: lips
Complication factors: atraumatic

Procedure Notes (continued)

All Postprocedure Notes

Last edited 11/06/17 1135 by Benjamin S Gmelch, MD

## ANESTHESIA POSTOPERATIVE EVALUATION

**Patient:** Michael M Cummins
Anesthesiologist: Briana N Amosson, MD
Procedure(s):
LAPAROSCOPY CHOLECYSTECTOMY WITH GRAMS
Pre-Op Diagnosis: Gallstones [K80.20]
Post-Op Diagnosis: Post-Op Diagnosis Codes:
* Gallstones [K80.20]

**Respiratory Status:** Room air

**Cardiovascular Status:** Stable

**Mental Status:** Awake, alert and oriented

**Pain Management:** Adequate pain relief

**Nausea/Vomiting Status:** None

**Hydration Status:** Appropriate hydration

**Anesthetic Complications:** None apparent

**Awareness:** No evidence of awareness under anesthesia

**Regional/Neuraxial Block Status:** Not performed

**Vitals:**

| | 11/06/17 1120 |
|---|---|
| BP: | 113/65 |
| Pulse: | 61 |
| Resp: | 15 |
| Temp: | 36.4 °C (97.5 °F) |
| SpO2: | 93% |

Electronically signed by Benjamin S Gmelch, MD at 11/6/2017 11:35 AM

## Anesthesia Notes

**Anesthesia Transfer of Care Note by Briana N Amosson, MD at 11/6/2017 10:25 AM** Version 1 of 1

Author: Briana N Amosson, MD Service: (none) Author Type: Physician
Filed: 11/6/2017 10:26 AM Date of Service: 11/6/2017 10:25 AM Status: Signed
Editor: Briana N Amosson, MD (Physician)

### ANESTHESIA TRANSFER OF CARE NOTE

**Patient:** Michael M Cummins
Procedure(s):
LAPAROSCOPY CHOLECYSTECTOMY WITH GRAMS

Patient transferred in satisfactory condition to receiving unit nurse.
Report given to nurse after review of all required elements in handoff protocol checklist.
Discharge patient from PACU when PACU discharge criteria met.

**Patient Location:** PACU

**Pain Score:** 5

**Respiratory Status:** Spontaneous

**Cardiovascular Status:** Stable

**Level of Consciousness:** Aware

**Complications:** None

**Vital Signs:** 60, 16, 36.3, 94% NC, 146/94[BA1.1]

Electronically signed by Briana N Amosson, MD on 11/6/2017 10:26 AM

## Anesthesia Notes (continued)

Anesthesia Transfer of Care Note by Briana N Amosson, MD at 11/6/2017 10:25 AM (continued)

Version 1 of 1

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > BA1.1 | 11/6/2017 10:26 AM | Briana N Amosson, MD | Physician | Sign |

### Attestation Information

| Staff Name | Date | Time | Type |
|---|---|---|---|
| **Andrea S Jueal, RN** | 11/06/17 | 0717 | Pre-Op |
| **Briana N Amosson, MD** | 11/06/17 | 0741 | Pre-Induction Reevaluation |
| **Tonya M Garrelts, RN** | 11/06/17 | 1037 | Intra-Op |
| **Amy M Mack, RN** | 11/06/17 | 1145 | Phase I |
| **Gina L Coddington, RN** | 11/06/17 | 1338 | Phase II |

### Staff

11/06/17

| Name | Role | Begin | End |
|---|---|---|---|
| Briana N Amosson, MD | ANESTH | 0736 | 1026 |

### Events

| Date | Time | Event |
|---|---|---|
| 11/6/2017 | 0711 | Equipment Check |
| | 0736 | Start Data Collection |
| | 0736 | Anesthesia Start |
| | 0745 | Induction<br>The Patient was re-evaluated immediately before moderate or deep sedation use and before anesthesia induction. |
| | 0747 | Intubation |
| | 0820 | Timeout |
| | 0822 | Incision |
| | 0959 | Incision Close |
| | 1012 | Extubation<br>Patient displays adequate spontaneous ventilation with purposeful movement. Oropharynx suctioned and patient extubated to face mask. |
| | 1021 | Stop Data Collection |
| | 1025 | Handoff<br>Report given to receiving provider after review of all elements in handoff protocol checklist. |
| | 1026 | Anesthesia Stop |

### Medications

| | | | | |
|---|---|---|---|---|
| **propofol (DIPRIVAN) injection 10 mg/mL (mg)** | **200 mg** | **Given** | **11/06/17 0745** | **Briana N Amosson, MD** |
| **fentaNYL (SUBLIMAZE) injection 50 mcg/ml (mcg)** | **50 mcg** | **Given** | **11/06/17 0742** | **Briana N Amosson, MD** |

Medications (continued)

| | | | | | |
|---|---|---|---|---|---|
| | 50 mcg | Given | 0930 | Briana N Amosson, MD | |
| | 100 mcg | Given | 1015 | Briana N Amosson, MD | |
| lidocaine (PF) 2 % injection (20 mg/ml) (mg) | 60 mg | Given | 11/06/17 0742 | Briana N Amosson, MD | |
| | 40 mg | Given | 1009 | Briana N Amosson, MD | |
| succinylcholine (ANECTINE) 20 mg/mL injection (mg) | 200 mg | Given | 11/06/17 0745 | Briana N Amosson, MD | |
| rocuronium (ZEMURON) injection 10 mg/ml (mg) | 5 mg | Given | 11/06/17 0742 | Briana N Amosson, MD | |
| | 50 mg | Given | 0759 | Briana N Amosson, MD | |
| | 30 mg | Given | 0840 | Briana N Amosson, MD | |
| | 15 mg | Given | 0930 | Briana N Amosson, MD | |
| phenylephrine in 0.9% NaCl(PF) injection 1 mg/10 mL (100 mcg/mL) (mcg) | 200 mcg | Given | 11/06/17 0759 | Briana N Amosson, MD | |
| | 200 mcg | Given | 0804 | Briana N Amosson, MD | |
| ondansetron (ZOFRAN) injection (mg) | 4 mg | Given | 11/06/17 0955 | Briana N Amosson, MD | |
| ketorolac (TORADOL) 30 mg injection (mg) | 30 mg | Given | 11/06/17 1015 | Briana N Amosson, MD | |
| ceFAZolin in sterile water (ANCEF) 3 gram/20 mL IV push syringe Syrg 3 g (g) Dosing weight: 138.3 kg | 3 g | Given | 11/06/17 0748 | Briana N Amosson, MD | edi te d |
| atropine injection 1 mg/mL (mg) | 0.4 mg | Given | 11/06/17 0813 | Briana N Amosson, MD | |
| dexamethasone (DECADRON) injection 4 mg/mL (mg) | 4 mg | Given | 11/06/17 0817 | Briana N Amosson, MD | |
| sugammadex (BRIDION) IV solution (mg) | 200 mg | Given | 11/06/17 1007 | Briana N Amosson, MD | |
| lactated Ringers (LR) continuous infusion (mL) | 1,000 mL | Anesthesia Volume Adjustment | 11/06/17 0810 | Briana N Amosson, MD | |
| Dosing weight: 138.3 kg | | New Bag | 0824 | Briana N Amosson, MD | |

Signoff Status

None

Case: 168912 Anesthesia Start Date/Time: 11/06/17 0736

Procedure: LAPAROSCOPY CHOLECYSTECTOMY WITH GRAMS (N/A Abdomen)

Anesthesia type: Anesthesia No Exact Choice

Diagnosis: Gallstones [K80.20]

Pre-op diagnosis: Gallstones [K80.20]

Location: RBMC OR 01 / RBMC OR

Surgeon: Steven L Wilhite, MD

Encounter Status

Electronically Signed by: Benjamin S Gmelch, MD on 11/6/17 at 11:35 AM

## All Results

### Imaging - Results

Resulted: 11/06/17 1327, Result status: Final result

XR SURGICAL CHOLANGIOGRAM [121569870]

| | | | |
|---|---|---|---|
| Ordering provider: | Steven L Wilhite, MD 11/06/17 0920 | Order status: | Completed |
| Resulted by: | Jonathan T Sims, MD | Performed: | 11/06/17 0925 - 11/06/17 1046 |
| Resulting lab: | RAPC | | |
| Narrative: | | | |

CUMMINS, MICHAEL M
DOB: Age: 47 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: STEVEN WILHITE MD Class: Outpatient
Date of Service: 11/06/2017 09:25 AM Accession #: 4071787
Outside Order Number: 101215963

XR Cholangiography Operative Additional Views

IMPRESSION: Normal intraoperative cholangiogram. Please correlate with the intraoperative findings.

INDICATION: Cholecystitis

TECHNIQUE: Intraoperative cholangiogram fluoroscopic loop.

COMPARISON: September 29, 2015.

FINDINGS: There is no opacification of the common bile duct without evidence of definite filling defect. There is passage of contrast into the duodenum. Note definite extravasation is identified.

FLUORO TIME: 55.1 seconds. 31.37 mGy

DICTATED BY: Jonathan T. Sims, M.D., on 11/6/2017 1:27 PM PST
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

End of Diagnostic report for accession: 4071787
Interpreted/Electronically Signed By: Jonathan T. Sims, MD on 11/06/2017 1:27 PM

### Pathology and Cytology - Results

Resulted: 11/07/17 1040, Result status: Final result

Pathology [121569872]

| | | | |
|---|---|---|---|
| Ordering provider: | Steven L Wilhite, MD 11/06/17 0947 | Order status: | Completed |
| Resulting lab: | POWERPATH | | |
| Narrative: | | | |

Collection Date: 11/06/2017
Ordering Provider: STEVEN L WILHITE MD
Copy to Provider(s):
Performed by Pathology Consultants, PC: 123 International Way, Springfield OR 97477, 541-341-8006

## Pathology and Cytology - Results (continued)

Pathology [121569872] (continued) — Resulted: 11/07/17 1040, Result status: Final result

CASE: SP-17-29142
PATIENT: MICHAEL CUMMINS
Client Order Number:

FINAL DIAGNOSIS:

Gallbladder, cholecystectomy:
Chronic cholecystitis.
Cholelithiasis.

MICROSCOPIC EXAMINATION:

Performed.

CLINICAL HISTORY:

Gallstones. K80.20.

GROSS DESCRIPTION:

Received fresh in a container labeled with the patient's name and designated "gallbladder" is a previously incised, 10.0 x 3.0 x 3.0 cm, saccular gallbladder. The serosa is smooth and congested. The lumen contains viscid, yellow-brown bile and a 6.0 x 6.0 x 2.0 cm aggregate of faceted and fragmented, yellow-brown choleliths ranging from less than 0.1-1.3 cm in greatest dimension. The mucosa is velvety and congested. The cystic duct appears patent. Representative sections are submitted in cassette 1A.
CW 11/6/2017 01:58 PM

Brittany L Pakalniskis, MD
Electronically signed 11/7/2017 10:34:55AM

Pathology Consultants, PC 3333 RiverBend Drive
Springfield, OR 97477

## Point of Care Testing-Docked Device - Results

POCT Glucose [121560539] (Abnormal) — Resulted: 11/06/17 0715, Result status: Final result

Order status: Completed — Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

## Point of Care Testing-Docked Device - Results (continued)

POCT Glucose [121560539] (Abnormal) (continued) — Resulted: 11/06/17 0715, Result status: Final result

| | | | | |
|---|---|---|---|---|
| Glucose, POC | 107 | 70 - 99 mg/dL | H | PHLab 100 |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **13 - POWERPATH** | POWERPATH | Unknown | Unknown | 09/13/12 0920 - Present |
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |
| **199 - RAPC** | RAPC | Unknown | Unknown | 07/05/16 0906 - Present |

### All Meds and Administrations

lactated Ringers (LR) continuous infusion [121560427] — Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Barry J Perlman, MD
Ordered On: 11/06/17 0624
Dose (Remaining/Total): - (-/-)
Route: IV
Admin Instructions: With macrodrip line extension. Use volume control device on patients less than 18 years old.
Do Not Use Filter.

Starts/Ends: 11/06/17 0700 - 11/06/17 1538
Frequency: Continuous
Rate/Duration: 100 mL/hr / -

Line
Peripheral IV 11/06/17 Left Hand

Med Link Info
11/06/17 0708 by Andrea S Jueal, RN

| Action Time | Action | Rate | Route | Other Information |
|---|---|---|---|---|
| 11/06/17 1034 | Handoff | 100 mL/hr | IV | Given by: Amy M Mack, RN |
| 11/06/17 0824 | New Bag | | IV | Given by: Briana N Amosson, MD |
| 11/06/17 0810 | Anesthesia Volume Adjustment | | IV | Given by: Briana N Amosson, MD |
| 11/06/17 0708 | New Bag | 100 mL/hr | IV | Given by: Andrea S Jueal, RN |

lidocaine (PF) (XYLOCAINE-MPF) 10 mg/mL (1 %) injection 1 mL [121560428] — Status: Discontinued (Past End Date/Time), Reason: Patient Transfer

Ordering Provider: Barry J Perlman, MD
Ordered On: 11/06/17 0624
Dose (Remaining/Total): 1 mL (-/-)
Route: Intradermal

Starts/Ends: 11/06/17 0624 - 11/06/17 1031
Frequency: As Needed
Rate/Duration: - / -

(No admins scheduled or recorded for this medication)

fentaNYL (SUBLIMAZE) injection 50 mcg [121560430] — Status: Discontinued (Past End Date/Time), Reason: Patient Transfer

Ordering Provider: Barry J Perlman, MD

All Meds and Administrations (continued)

Ordered On: 11/06/17 0624
Dose (Remaining/Total): 50 mcg (-/-)
Route: IV
Admin Instructions: Short stay Nurse: May repeat x 1 in 15 min PRN for max dose of 100 mcg for Preop pain. Call anesthesia provider if pain not relieved after 2 doses.

Block nurse: May repeat x 3 every 5 min PRN for pain to max dose of 200 mcg during regional/epidural placement

Starts/Ends: 11/06/17 0624 - 11/06/17 1031
Frequency: See Admin Instructions
Rate/Duration: - / -

(No admins scheduled or recorded for this medication)

LORazepam (ATIVAN) tablet 0.5 mg [121560431]
Status: Discontinued (Past End Date/Time), Reason: Patient Transfer

Ordering Provider: Barry J Perlman, MD
Ordered On: 11/06/17 0624
Dose (Remaining/Total): 0.5 mg (1/1)
Route: Oral

Starts/Ends: 11/06/17 0624 - 11/06/17 1031
Frequency: Once As Needed
Rate/Duration: - / -

| Question | Answer | Comment |
|---|---|---|
| Indication:: | anxiety | |

(No admins scheduled or recorded for this medication)

midazolam (VERSED) injection 1 mg [121560432]
Status: Discontinued (Past End Date/Time), Reason: Patient Transfer

Ordering Provider: Barry J Perlman, MD
Ordered On: 11/06/17 0624
Dose (Remaining/Total): 1 mg (-/-)
Route: IV
Admin Instructions: Short stay Nurse: May repeat x 1 in 15 min PRN for max dose of 2 mg for Preop anxiety. Call anesthesia provider if anxiety not relieved after 2 doses.

Block nurse: May repeat x 3 every 5 min PRN for anxiety to max dose of 4 mg during regional/epidural placement

Starts/Ends: 11/06/17 0624 - 11/06/17 1031
Frequency: See Admin Instructions
Rate/Duration: - / -

| Line | Med Link Info |
|---|---|
| Peripheral IV 11/06/17 Left Hand | 11/06/17 0708 by Andrea S Jueal, RN |

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/06/17 0725 | Given | 1 mg | IV | Given by: Andrea S Jueal, RN |
| 11/06/17 0708 | Given | 1 mg | IV | Given by: Andrea S Jueal, RN |

naloxone (NARCAN) injection 0.04 mg [121560433]
Status: Discontinued (Past End Date/Time), Reason: Patient Transfer

All Meds and Administrations (continued)

Ordering Provider: Barry J Perlman, MD
Ordered On: 11/06/17 0624
Dose (Remaining/Total): 0.04 mg (-/-)
Route: IV
Admin Instructions: Give every 2 minutes for respiratory rate < 8 or difficult to arouse. Maximum 0.4 mg total. Notify provider if administered.

Starts/Ends: 11/06/17 0624 - 11/06/17 1031
Frequency: As Needed
Rate/Duration: - / -

(No admins scheduled or recorded for this medication)

dextrose 10% bolus 50-200 mL [121560434]
Status: Discontinued (Past End Date/Time), Reason: Patient Transfer

Ordering Provider: Barry J Perlman, MD
Ordered On: 11/06/17 0624
Dose (Remaining/Total): 50-200 mL (-/-)
Route: IV
Admin Instructions: Blood Glucose D10W
25 or less 200 mL
26 to 70 100 mL
71 to 99 50 mL
*Flush with NS after giving D10W infusion to reduce vein irritation.
*Check blood glucose every 15 minutes and repeat above treatment until blood glucose greater than 100 mg/dL.

Starts/Ends: 11/06/17 0624 - 11/06/17 1031
Frequency: Every 15 Minutes PRN
Rate/Duration: 200-800 mL/hr / 15 Minutes

| Question | Answer | Comment |
|---|---|---|
| Hold maintenance infusion while bolus is infusing?: | No | |

(No admins scheduled or recorded for this medication)

dextrose 50 % in water (D50W) syringe 6-50 mL [121560435]
Status: Discontinued (Past End Date/Time), Reason: Patient Transfer

Ordering Provider: Barry J Perlman, MD
Ordered On: 11/06/17 0624
Dose (Remaining/Total): 6-50 mL (-/-)
Route: IV
Admin Instructions: Blood Glucose D50W
40 or less 50 mL
41 to 55 25 mL
56 to 70 12 mL
71 to 99 6 mL
*Flush with NS after giving D50
*Check blood glucose every 15 minutes and repeat above treatment until blood glucose greater than 100 mg/dL.

Starts/Ends: 11/06/17 0624 - 11/06/17 1031
Frequency: Every 15 Minutes PRN
Rate/Duration: - / -

(No admins scheduled or recorded for this medication)

All Meds and Administrations (continued)

insulin lispro medium dose adult subcutaneous corrective [121560436] — Status: Discontinued (Past End Date/Time), Reason: Patient Transfer

Ordering Provider: Barry J Perlman, MD
Ordered On: 11/06/17 0624
Dose (Remaining/Total): 0-9 Units (-/-)
Route: Subcutaneous
Admin Instructions: For CBG 150-199, give 2 unit;
For CBG 200-249, give 3 units;
For CBG 250-299, give 5 units;
For CBG 300-349, give 7 units;
For CBG > 349, give 9 units.

*For CBG < 70 mg/dl follow hypoglycemia protocol
HIGH ALERT MEDICATION. INDEPENDENT DUAL VERIFICATION REQUIRED.

Starts/Ends: 11/06/17 0624 - 11/06/17 1031
Frequency: As Needed
Rate/Duration: - / -

(No admins scheduled or recorded for this medication)

ceFAZolin (ANCEF) in D5W IVPB 2 g [121560467] — Status: Discontinued (Past End Date/Time)

Ordering Provider: Steven L Wilhite, MD
Ordered On: 11/06/17 0624
Dose (Remaining/Total): 2 g (1/1)
Route: IV
Admin Instructions: Administer 2 g if patient is LESS than 120 kg and 3 g if patient is GREATER than or equal to 120 kg. To be administered by anesthesia within 30 minutes of surgery.

Starts/Ends: 11/06/17 0700 - 11/06/17 0625
Frequency: Once
Rate/Duration: 200 mL/hr / 30 Minutes

| Question | Answer | Comment |
|---|---|---|
| Reason for Therapy:: | prophylaxis for a procedure | |

(No admins scheduled or recorded for this medication)

ceFAZolin in sterile water (ANCEF) 3 gram/20 mL IV push syringe Syrg 3 g [121560533] — Status: Completed (Past End Date/Time)

Ordering Provider: Steven L Wilhite, MD
Ordered On: 11/06/17 0625
Dose (Remaining/Total): 3 g (0/1)
Route: IV
Admin Instructions: Administer 2 g if patient is LESS than 120 kg and 3 g if patient is GREATER than or equal to 120 kg. To be administered by anesthesia within 30 minutes of surgery.

Starts/Ends: 11/06/17 0700 - 11/06/17 0748
Frequency: Once
Rate/Duration: 300 mL/hr / 4 Minutes

| Question | Answer | Comment |
|---|---|---|
| Reason for Therapy:: | prophylaxis for a procedure | |

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/06/17 0748 | Given | 3 g | IV | Given by: Briana N Amosson, MD |

All Meds and Administrations (continued)

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

dextrose 50 % in water (D50W) syringe 6-50 mL [121560571]

Ordering Provider: Briana N Amosson, MD
Ordered On: 11/06/17 1031
Starts/Ends: 11/06/17 1031 - 11/06/17 1538
Dose (Remaining/Total): 6-50 mL (-/-)
Frequency: Every 15 Minutes PRN
Route: IV
Rate/Duration: - / -
Admin Instructions: Blood Glucose D50W
40 or less 50 mL
41 to 55 25 mL
56 to 70 12 mL
71 to 99 6 mL
*Flush with NS after giving D50
*Check blood glucose every 15 minutes and repeat above treatment until blood glucose greater than 100 mg/dL.

(No admins scheduled or recorded for this medication)

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

dextrose 10% bolus 50-200 mL [121560572]

Ordering Provider: Briana N Amosson, MD
Ordered On: 11/06/17 1031
Starts/Ends: 11/06/17 1031 - 11/06/17 1538
Dose (Remaining/Total): 50-200 mL (-/-)
Frequency: Every 15 Minutes PRN
Route: IV
Rate/Duration: 200-800 mL/hr / 15 Minutes
Admin Instructions: Blood Glucose D10W
25 or less 200 mL
26 to 70 100 mL
71 to 99 50 mL
*Flush with NS after giving D10W infusion to reduce vein irritation.
*Check blood glucose every 15 minutes and repeat above treatment until blood glucose greater than 100 mg/dL.

| Question | Answer | Comment |
|---|---|---|
| Hold maintenance infusion while bolus is infusing?: | No | |

(No admins scheduled or recorded for this medication)

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

insulin lispro medium dose adult subcutaneous corrective [121560573]

Ordering Provider: Briana N Amosson, MD
Ordered On: 11/06/17 1031
Starts/Ends: 11/06/17 1031 - 11/06/17 1538
Dose (Remaining/Total): 0-9 Units (-/-)
Frequency: As Needed
Route: Subcutaneous
Rate/Duration: - / -
Admin Instructions: For CBG 150-199, give 2 unit;
For CBG 200-249, give 3 units;
For CBG 250-299, give 5 units;
For CBG 300-349, give 7 units;
For CBG > 349, give 9 units and call provider.

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

All Meds and Administrations (continued)

*For CBG < 70 mg/dl follow hypoglycemia protocol
HIGH ALERT MEDICATION. INDEPENDENT DUAL VERIFICATION REQUIRED.

(No admins scheduled or recorded for this medication)

fentaNYL (SUBLIMAZE) injection 25-50 mcg [121560574]

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Briana N Amosson, MD
Ordered On: 11/06/17 1031
Dose (Remaining/Total): 25-50 mcg (-/-)
Route: IV
Admin Instructions: Do not exceed 250 mcg total in 60 minutes without additional order. May be given alone, or as an adjunct to long term coverage for rapid onset, short term pain relief.

Starts/Ends: 11/06/17 1031 - 11/06/17 1538
Frequency: Every 5 Minutes PRN
Rate/Duration: - / -

Line
Peripheral IV 11/06/17 Left Hand

Med Link Info
11/06/17 1034 by Amy M Mack, RN

| Action Time | Action | Dose | Route | Other Information |
| --- | --- | --- | --- | --- |
| 11/06/17 1050 | Given | 50 mcg | IV | Given by: Amy M Mack, RN |
| 11/06/17 1034 | Given | 50 mcg | IV | Given by: Amy M Mack, RN |

HYDROmorphone (DILAUDID) injection 0.3-0.5 mg [121560575]

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Briana N Amosson, MD
Ordered On: 11/06/17 1031
Dose (Remaining/Total): 0.3-0.5 mg (-/-)
Route: IV
Admin Instructions: Give 0.3 mg for mild pain (Pain Scale 1-3), 0.4 mg for moderate pain (Pain Scale 4-6), or 0.5 mg for severe pain (Pain Scale 7-10), do not exceed 2 mg total in 60 minutes without an additional order.

Starts/Ends: 11/06/17 1031 - 11/06/17 1538
Frequency: Every 15 Minutes PRN
Rate/Duration: - / -

(No admins scheduled or recorded for this medication)

naloxone (NARCAN) injection 0.04 mg [121560576]

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Briana N Amosson, MD
Ordered On: 11/06/17 1031
Dose (Remaining/Total): 0.04 mg (-/-)
Route: IV
Admin Instructions: Give every 2 minutes for respiratory rate less than 8 or difficult to arouse. Not to exceed 0.4 mg total. Notify provider if administered.

Starts/Ends: 11/06/17 1031 - 11/06/17 1538
Frequency: As Needed
Rate/Duration: - / -

**All Meds and Administrations (continued)**

(No admins scheduled or recorded for this medication)

diphenhydrAMINE (BENADRYL) injection 12.5 mg [121569864]
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Briana N Amosson, MD
Ordered On: 11/06/17 1031
Starts/Ends: 11/06/17 1031 - 11/06/17 1538
Dose (Remaining/Total): 12.5 mg (-/-)
Frequency: Every 6 Hours PRN
Route: IV
Rate/Duration: - / -
Admin Instructions: Antiemetic Rescue Step 2: Give if nausea/vomiting persists 30 minutes after first rescue agent. Discontinue previous PONV rescue agents. Notify physician if nausea/vomiting persists after treatment.

(No admins scheduled or recorded for this medication)

bupivacaine-EPINEPHrine 0.25 %-1:200,000 injection [121569868]
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Steven L Wilhite, MD
Ordered On: 11/06/17 0840
Frequency: As Needed

| Action Time | Action | Dose | Route / Site | Other Information |
| --- | --- | --- | --- | --- |
| 11/06/17 0840 | Given | 50 mL | Infiltration Surgical Site | Given by: Steven L Wilhite, MD Documented by: Tonya M Garrelts, RN |

sodium chloride (NS) 0.9 % flush 3-10 mL [121569905]
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Steven L Wilhite, MD
Ordered On: 11/06/17 1144
Starts/Ends: 11/06/17 1144 - 11/06/17 1538
Dose (Remaining/Total): 3-10 mL (-/-)
Frequency: As Needed
Route: IV
Rate/Duration: - / -

(No admins scheduled or recorded for this medication)

naloxone (NARCAN) injection 0.1 mg [121569907]
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Steven L Wilhite, MD
Ordered On: 11/06/17 1144
Starts/Ends: 11/06/17 1144 - 11/06/17 1538
Dose (Remaining/Total): 0.1 mg (-/-)
Frequency: As Needed
Route: IV
Rate/Duration: - / -
Admin Instructions: PRN if receiving narcotic analgesics and respiratory rate is LESS than 8 breaths/min or patient is difficult to arouse. May repeat every 1 minute up to a maximum of 0.8 mg. Discontinue any narcotic administration and notify provider.

(No admins scheduled or recorded for this medication)

All Meds and Administrations (continued)

benzocaine-menthol (CEPACOL) 15-3.6 mg per lozenge 1 lozenge [121569908]
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Steven L Wilhite, MD
Ordered On: 11/06/17 1144
Dose (Remaining/Total): 1 lozenge (-/-)
Route: Oral
Starts/Ends: 11/06/17 1144 - 11/06/17 1538
Frequency: As Needed
Rate/Duration: - / -

(No admins scheduled or recorded for this medication)

oxyCODONE (ROXICODONE) immediate release tablet 5-15 mg [121600060]
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Steven L Wilhite, MD
Ordered On: 11/06/17 1055
Dose (Remaining/Total): 5-15 mg (-/-)
Route: Oral
Starts/Ends: 11/06/17 1053 - 11/06/17 1538
Frequency: Every 3 Hours PRN
Rate/Duration: - / -
Admin Instructions: Start with 5 mg. If pain score not reduced by at least 2 in 30 minutes, give another 5 mg. May repeat to a maximum of 15 mg in 3 hours. If 15 mg dose effective for pain relief, may start next dose with 10 mg and give another 5 mg if pain score not reduced by at least 2 in 30 minutes. If this pain medication is ineffective in controlling pain after 1 hour, or patient does not tolerate the medication, may proceed to SECOND CHOICE pain medication option.
If patient NPO or unable to tolerate oral medications, move to first available IV choice.

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/06/17 1058 | Given | 5 mg | Oral | Given by: Amy M Mack, RN |

oxyCODONE (ROXICODONE) immediate release tablet 5-15 mg [121600061]
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Steven L Wilhite, MD
Ordered On: 11/06/17 1144
Dose (Remaining/Total): 5-15 mg (-/-)
Route: Oral
Starts/Ends: 11/06/17 1144 - 11/06/17 1538
Frequency: Every 3 Hours PRN
Rate/Duration: - / -
Admin Instructions: Start with 5 mg. If pain score not reduced by at least 2 in 30 minutes, give another 5 mg. May repeat to a maximum of 15 mg in 3 hours. If 15 mg dose effective for pain relief, may start next dose with 10 mg and give another 5 mg if pain score not reduced by at least 2 in 30 minutes. If this pain medication is ineffective in controlling pain after 1 hour, or patient does not tolerate the medication, may proceed to THIRD CHOICE pain medication option.

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/06/17 1154 | Given | 5 mg | Oral | Given by: Gina L |

All Meds and Administrations (continued)

Coddington, RN

ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg [121600062] — Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Steven L Wilhite, MD
Ordered On: 11/06/17 1144
Starts/Ends: 11/06/17 1144 - 11/06/17 1538
Dose (Remaining/Total): 4 mg (-/-)
Frequency: Every 8 Hours PRN
Route: Oral
Rate/Duration: - / -
Admin Instructions: May repeat 4mg dose x1 in 30 minutes if first dose ineffective, maximum 8 mg in any 8 hour period - per Nausea & Vomiting Protocol.

(No admins scheduled or recorded for this medication)

ondansetron PF (ZOFRAN) 4 mg/2 mL injection 4 mg [121600063] — Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Steven L Wilhite, MD
Ordered On: 11/06/17 1144
Starts/Ends: 11/06/17 1144 - 11/06/17 1538
Dose (Remaining/Total): 4 mg (-/-)
Frequency: Every 8 Hours PRN
Route: IV
Rate/Duration: - / -
Admin Instructions: May repeat 4mg dose x1 in 30 minutes if first dose ineffective, maximum 8 mg in any 8 hour period - per Nausea & Vomiting Protocol.

(No admins scheduled or recorded for this medication)

prochlorperazine (COMPAZINE) tablet 5 mg [121600064] — Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Steven L Wilhite, MD
Ordered On: 11/06/17 1144
Starts/Ends: 11/06/17 1144 - 11/06/17 1538
Dose (Remaining/Total): 5 mg (-/-)
Frequency: Every 6 Hours PRN
Route: Oral
Rate/Duration: - / -
Admin Instructions: May repeat 5mg dose x1 in 30 minutes if first dose ineffective, maximum 10 mg in any 6 hour period - per Nausea & Vomiting Protocol.

(No admins scheduled or recorded for this medication)

prochlorperazine (COMPAZINE) injection 5 mg [121600065] — Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Steven L Wilhite, MD
Ordered On: 11/06/17 1144
Starts/Ends: 11/06/17 1144 - 11/06/17 1538
Dose (Remaining/Total): 5 mg (-/-)
Frequency: Every 6 Hours PRN
Route: IV
Rate/Duration: - / -
Admin Instructions: May repeat 5mg dose x1 in 30 minutes if first dose ineffective, maximum 10 mg in any 6 hour period - per Nausea & Vomiting Protocol.

(No admins scheduled or recorded for this medication)

All Meds and Administrations (continued)

Education

Title: Unit Orientation (Done)

Topic: Unit Orientation (Done)

**Point: Unit Orientation (Done)**

Description: Patient Information Guide; Bedside nurse call light; Equipment in room (bed controls,side rails, lights, TV, temp control, telephone, etc.); Electrical Equipment safety checks; Bathroom location and emergency call; Routines/What to expect during your
stay/ Chaplain Visitation if desired; Caregiver Rounding; Plan of Care: 5 Goals for every patient: Comfort, Safety, Medical Treatment, Patient Education and Safe Discharge/Transition of Care; Discharge Planning Anticipated timing of care and Length of Stay; Patient Rights, Responsibilities and Healthcare Directives; Interpreter Services, if applicable; Communication Boards; Visitors and times; waiting/visitor areas; Smoking policy; Food Service and times;
Review immunizations and obtain signature if indicated; Armband and two identifiers checked before all meds/procedures for patient's safety; Family Initiated Rapid Response team; Signs and symptoms to report; Handwashing

Learning Progress Summary

| Learner | Readiness | Method | Response | Comment | Documented by | Status |
|---|---|---|---|---|---|---|
| Patient | Acceptance | E | VU | | AJ 11/06/17 0650 | Done |
| Significant Other | Acceptance | E | VU | | AJ 11/06/17 0650 | Done |

Title: Pain-Comfort Management (Done)

Topic: Pain Scale (Done)

**Point: Pain Scale (Done)**

Description: Pain Intensity rating scale
Identify Pain score goal
Goal to maintain pain and discomfort
Reporting pain/ discomfort unrelieved by interventions, and effectiveness of interventions

Learning Progress Summary

| Learner | Readiness | Method | Response | Comment | Documented by | Status |
|---|---|---|---|---|---|---|
| Patient | Acceptance | E | VU | | AJ 11/06/17 0650 | Done |
| Significant Other | Acceptance | E | VU | | AJ 11/06/17 0650 | Done |

Title: Equipment (Done)

Topic: SCD's /AVI (Done)

**Point: SCD's / AVI (Done)**

Description: Purpose
How the equipment functions
What to report
Cleaning and Storage, as appropriate

Learning Progress Summary

| Learner | Readiness | Method | Response | Comment | Documented by | Status |
|---|---|---|---|---|---|---|
| Patient | Acceptance | E | VU | | AJ 11/06/17 0650 | Done |

Education (continued)

| | | | | | |
|---|---|---|---|---|---|
| Significant Other | Acceptance | E | VU | AJ 11/06/17 0650 | Done |

Title: Tobacco Cessation (Active)

Topic: Tobacco Cessation (Active)

**Point: Tobacco Cessation (Active)**
Description: Review importance of cessation, availability of nicotine replacement, smoking not permitted. Recognizing danger situations, developing coping skills, effects of smoking and second hand smoke.
Summary: Learning progress - not on file.

**Point: Recognizing Danger Situations (Active)**
Description: Review events, internal states or activities that increase risk of smoking or relapse for the patient.
Summary: Learning progress - not on file.

**Point: Developing Coping Skills (Active)**
Description: Review coping skills, problem solving skills to cope with danger situations.
Summary: Learning progress - not on file.

**Point: Information About Quitting (Active)**
Description: Provide basic information about smoking and successfully quitting
Summary: Learning progress - not on file.

**Point: Dangers of 2nd Hand Smoke (Active)**
Description: Review dangers of second hand smoke
Summary: Learning progress - not on file.

User Key

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| AJ | 07/26/16 - | Andrea S Jueal, RN | Registered Nurse | Nurse |

## Flowsheets

| Peacehealth | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1200981831 |
|---|---|---|

## Flowsheets (all recorded)

### Data - Mon November 06, 2017

| | 1058 | 1050 | 1034 |
|---|---|---|---|
| **Pain/Discomfort Assessment** | | | |
| Pain/Discomfort Assessment | 0-10 Scale -AM | 0-10 Scale -AM | -- |
| Pain Type | Acute pain;Surgical pain -AM | Acute pain;Surgical pain -AM | Acute pain;Surgical pain -AM |
| Pain Location | Abdomen -AM | Abdomen -AM | Abdomen -AM |

### Custom Formula Data - Mon November 06, 2017

| | 0636 |
|---|---|
| **OTHER** | |
| BSA (Calculated - sq m) | 2.58 sq meters -RS |
| IBW/kg (Calculated) Male | 72.55 kg -RS |
| IBW/kg (Calculated) FEMALE | 68.05 kg -RS |
| Percent Weight Change Since Birth | 0 -RS |
| IBW/kg (Calculated) | 72.55 -RS |
| **Weights** | |
| Weight for Calculation (kg) | 135.1 kg -RS |
| **Readings** | |
| Low Range Vt 6cc/kg | 435.3 mL -RS |
| Adult Moderate Range Vt 8cc/kg | 580.4 mL -RS |
| Adult High Range Vt 10cc/kg | 725.5 mL -RS |

### Intra to Post Handoff - Mon November 06, 2017

| | 0846 |
|---|---|
| **Handoff** | |
| Immediate Post-IntraOp Destination | To PACU -TG |
| Patient Tolerated Procedure with no Apparent Injury | No Apparent Injury -TG |
| Mode of | Stretcher -TG |

## Flowsheets (all recorded) (continued)

### Intra to Post Handoff - Mon November 06, 2017 (continued)

| | 0846 |
|---|---|
| Transfer to Post-op: | |
| Armband in place? | Yes -TG |
| Handoff Questions answered and acknowledged? | Yes -TG |
| Patient owned assistive devices/Belongings at Bedside | None -TG |
| Handoff Report Given to: | None -TG |
| Handoff Date | 11/06/17 -TG |

### Post-op Handoff - Mon November 06, 2017

| | 1132 |
|---|---|
| **Handoff** | |
| Mode of Transfer to Post-op: | Stretcher -AM |
| Armband in place? | Yes -AM |
| Handoff Questions answered and acknowledged? | **(!) No (See Comment)** -AM |
| Patient owned assistive devices/Belongings at Bedside | None -AM |
| Handoff Report Given to: | Written to SSU -AM |

### Post-PACU Destination - Mon November 06, 2017

| | 1131 |
|---|---|
| **OTHER** | |
| Post-PACU Destination | Phase II -AM |

### Periop Screening Assessments - Mon November 06, 2017

| | 1030 | 0646 |
|---|---|---|
| **Healthcare Directives** | | |
| Healthcare Directive | | Patient does not have Healthcare directive -AJ |
| **Braden Scale** | | |
| Sensory | -- | 3 -AJ |

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

Flowsheets (all recorded) (continued)

Periop Screening Assessments - Mon November 06, 2017 (continued)

| | 1030 | 0646 |
|---|---|---|
| Perceptions | | |
| Moisture | -- | 3 -AJ |
| Activity | -- | 4 -AJ |
| Mobility | -- | 4 -AJ |
| Nutrition | -- | 3 -AJ |
| Friction and Shear | -- | 2 -AJ |
| Braden Scale Score | -- | 19 -AJ |
| **Fall Risk Assessment (Modified Johns Hopkins)** | | |
| Experienced a fall during this hospitalization | | No -AJ |
| History of more than one fall within 6 months before admission | | No -AJ |
| Patient's medical condition results in high risk (seizures, syncope, etc.) | Yes<br>Rn @ BS. Side Rails Up -AM | No -AJ |
| Lack of understanding of one's physical and cognitive limitations | Yes -AM | No -AJ |

Surgery Emergency/PHI Contact Documentation - Mon November 06, 2017

| | 0647 |
|---|---|
| **Surgery Emergency/PHI Contact Information** | |
| Surgery Emergency/PHI Contact Type | Family -AJ |
| Surgery Emergency/PHI Contact Name | Charmaine-spouse -AJ |
| Surgery Emergency/PHI Contact Phone Number | -AJ |

BLOOD SCREENING - Mon November 06, 2017

| | 0636 |
|---|---|
| **OTHER** | |
| Blood | Will accept blood |

## Flowsheets (all recorded) (continued)

### BLOOD SCREENING - Mon November 06, 2017 (continued)

| | 0636 |
|---|---|
| Administration Preferences | transfusion - no action -AJ |

### Periop Assessment - Mon November 06, 2017

| | 1259 | 1150 | 1113 | 1030 | 0646 |
|---|---|---|---|---|---|
| **Neurological** | | | | | |
| Neuro (WDL) | | WDL -GC | WDL -AM | X -AM | WDL -AJ |
| Level of Consciousness | | | | Drowsy -AM | |
| **Mod-Aldrete** | | | | | |
| Activity | | 2 -GC | | | 2 -AJ |
| Respiration | | 2 -GC | | | 2 -AJ |
| Circulation | | 2 -GC | | | 2 -AJ |
| Consciousness | | 2 -GC | | | 2 -AJ |
| Oxygen Sats | | 2 -GC | | | 2 -AJ |
| Mod-Aldrete Score | | 10 -GC | | | 10 -AJ |
| **HEENT** | | | | | |
| HEENT (WDL) | | | Unchd -AM | WDL -AM | |
| **Respiratory** | | | | | |
| Respiratory (WDL) | | WDL -GC | Unchd -AM | WDL -AM | WDL -AJ |
| **Cardiac** | | | | | |
| Cardiac (WDL) | | WDL -GC | Unchd -AM | X -AM | WDL -AJ |
| Cardiac Regularity | | | | Regular -AM | |
| Cardiac Rhythm | | | | Sinus bradycardia -AM | |
| **Peripheral Vascular** | | | | | |
| Peripheral Vascular (WDL) | | WDL -GC | | | |
| **Mobility** | | | | | |
| Activity | Ambulate in hall -GC | Chair -GC | | Bedrest -AM | |
| Ambulation Response | Tolerated -GC | Tolerated -GC | | | |
| **VTE Prevention** | | | | | |
| Sequential Compression Device (SCD) | | | | Bilateral;Below knee -AM | |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | | WDL -GC | Unchd -AM | WDL -AM | |
| **Integumentary** | | | | | |
| Integumentary (WDL) | | X -GC | Unchd -AM | X -AM | |
| Patient has Wound LDA? | | Yes - See LDA documentation on | | Yes - See LDA documentation on | |

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

Flowsheets (all recorded) (continued)

Periop Assessment - Mon November 06, 2017 (continued)

| | 1259 | 1150 | 1113 | 1030 | 0646 |
|---|---|---|---|---|---|
| | | the Wound Care/Assess Flowsheet -GC | | the Wound Care/Assess Flowsheet -AM | |
| **Braden Scale** | | | | | |
| Sensory Perceptions | | | | 4 -AM | -- |
| Moisture | | | | 4 -AM | -- |
| Activity | | | | 4 -AM | -- |
| Mobility | | | | 4 -AM | -- |
| Nutrition | | | | 3 -AM | -- |
| Friction and Shear | | | | 3 -AM | -- |
| Braden Scale Score | | | | 22 -AM | -- |
| **Gastrointestinal** | | | | | |
| Gastrointestinal (WDL) | | WDL -GC | Unchd -AM | WDL -AM | WDL -AJ |
| **Genitourinary** | | | | | |
| Genitourinary (WDL) | | WDL -GC | Unchd -AM | WDL -AM | |
| **Psychosocial** | | | | | |
| Psychosocial (WDL) | | WDL -GC | Unchd -AM | WDL -AM | |

Pain Assessment - Mon November 06, 2017

| | 1337 | 1209 |
|---|---|---|
| **Pain/Discomfort Assessment** | | |
| Pain/Discomfort Assessment | 0-10 Scale -GC | 0-10 Scale -GC |
| 0-10 Pain Score | 3 -GC | 3 -GC |

Intake/Output - Mon November 06, 2017

| | 1336 | 1132 | 1100 | 1030 | 0824 |
|---|---|---|---|---|---|
| **Intake** | | | | | |
| P.O. | | 100 mL -AM | 100 mL -AM | 0 mL -AM | |
| **lactated Ringers (LR) continuous infusion** | | | | | |
| Rate | | | | | * There are multiple administrations at this time. Please see the MAR for detailed information. -BA |
| **Urine Output/Assessment** | | | | | |
| Measured Urine | 200 mL -GC | | | | |

**[REMOVED] Peripheral IV 11/06/17 Left Hand**

IV Properties: Placement Date: **11/06/17** -AJ Placement Time: **0707** -AJ Placed prior to Admission?: **No** -AJ Size (Gauge): **20 G** -AJ Orientation: **Left** -AJ Location: **Hand** -AJ Site Prep: **Chlorhexidine** -AJ Inserted by Other: **RN** -AJ Insertion attempts: **2** -AJ Removal Date: **11/06/17** -GC Removal Time:

| Peacehealth | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1200981831 |
|---|---|---|

## Flowsheets (all recorded) (continued)

### Intake/Output - Mon November 06, 2017 (continued)

| | 1336 | 1132 | 1100 | 1030 | 0824 |
|---|---|---|---|---|---|
| | **1336** -GC Removal Reason: **Per protocol** -GC Catheter Tip Intact: **Yes** -GC | | | | |
| | 0810 | 0810 | 0745 | | |
| **lactated Ringers (LR) continuous infusion** | | | | | |
| Rate | | * There are multiple administrations at this time. Please see the MAR for detailed information. -BA | | | |
| Volume (mL) | 1000 mL -BA | | | | |
| **Propofol Drip** | | | | | |
| Dose (mg) Propofol | | | 200 mg -BA | | |
| Rate Propofol | | | * There are multiple administrations at this time. Please see the MAR for detailed information. -BA | | |
| Concentration Propofol | | | * There are multiple administrations at this time. Please see the MAR for detailed information. -BA | | |
| **[REMOVED] Peripheral IV 11/06/17 Left Hand** | | | | | |
| IV Properties | Placement Date: **11/06/17** -AJ Placement Time: **0707** -AJ Placed prior to Admission?: **No** -AJ Size (Gauge): **20 G** -AJ Orientation: **Left** -AJ Location: **Hand** -AJ Site Prep: **Chlorhexidine** -AJ Inserted by Other: **RN** -AJ Insertion attempts: **2** -AJ Removal Date: **11/06/17** -GC Removal Time: **1336** -GC Removal Reason: **Per protocol** -GC Catheter Tip Intact: **Yes** -GC | | | | |

### Devices Testing Template - Mon November 06, 2017

| | 1229 | 1215 | 1200 | 1150 | 1149 |
|---|---|---|---|---|---|
| **Device Data** | | | | | |
| SpO2 | 97 % -GC | 97 % -GC | 95 % -GC | 95 % -GC | |
| BP | | 111/57 -GC | 115/67 -GC | -- | 113/63 -GC |
| MAP (mmHg) | | 67 -GC | 78 -GC | | 76 -GC |
| **OTHER** | | | | | |
| Pulse (SPO2) | 59 BPM -GC | 50 BPM -GC | 49 BPM -GC | 50 BPM -GC | |

### NPO Status - Mon November 06, 2017

| | 0643 |
|---|---|
| **NPO** | |
| Date of last liquid | 11/06/17 -AJ |
| Time of last liquid | 0330 -AJ |
| Date of last solid | 11/05/17 -AJ |
| Time of last solid | 2030 -AJ |

| Peacehealth | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1200981831 |
|---|---|---|

## Flowsheets (all recorded) (continued)

### PACU Vitals - Mon November 06, 2017

| | 1120 | 1115 | 1110 | 1100 | 1058 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| Temp | 36.4 °C (97.5 °F) -AM | | | | |
| Resp | 15 -AM | | 14 -AM | 17 -AM | |
| Pulse | 61 -AM | | 53 -AM | 62 -AM | |
| BP | 113/65 -AM | | | 110/63 -AM | |
| MAP (mmHg) | 76 -AM | | | | |
| **Oxygen Therapy** | | | | | |
| Pulse (SPO2) | 61 BPM -AM | | 51 BPM -AM | 64 BPM -AM | |
| SpO2 | 93 % -AM | | 95 % -AM | 100 % -AM | |
| O2 Device | None (Room air) -AM | -- -AM | None (Room air) -AM | Nasal cannula -AM | |
| O2 Flow Rate (L/min) | | | | 4 L/min -AM | |
| Pulse Oximetry Type | Continuous -AM | -- -AM | Continuous -AM | Continuous -AM | |
| **Pain/Discomfort Assessment** | | | | | |
| Pain/Discomfort Assessment | 0-10 Scale -AM | 0-10 Scale -AM | 0-10 Scale -AM | | -- |
| 0-10 Pain Score | 6 -AM | 8 pt appears comfortable, no grimace, resting quietly -AM | 9 -AM | | 10 -AM |
| Pain Type | Acute pain;Surgical pain -AM | Acute pain;Surgical pain -AM | Surgical pain;Acute pain -AM | | -- |
| Pain Location | Abdomen -AM | Abdomen -AM | Abdomen -AM | | -- |

| | 1050 | 1040 | 1034 | 1030 | 1026 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| Temp | | | | | 36.3 °C (97.3 °F) -AM |
| Resp | 15 -AM | 15 -AM | | 13 -AM | 15 -AM |
| Pulse | 53 -AM | 64 -AM | | 66 -AM | 61 -AM |
| BP | 123/72 -AM | 144/88 -AM | | 144/82 -AM | (!) 146/94 -AM |
| MAP (mmHg) | 84 -AM | | | 94 -AM | 104 -AM |
| BP Location | | | | | Right arm -AM |
| BP Method | | | | | Automatic -AM |
| Patient Position | | | | | Lying -AM |
| Cardiac Rhythm | | | | -- | Sinus bradycardia -AM |
| **Oxygen Therapy** | | | | | |
| Pulse (SPO2) | 53 BPM -AM | 65 BPM -AM | | 47 BPM -AM | 63 BPM -AM |
| SpO2 | 99 % -AM | 97 % -AM | | 92 % -AM | (!) 89 % pt arrived PACU on RA -AM |
| O2 Device | | Nasal cannula -AM | | Nasal cannula -AM | None (Room air) -AM |
| O2 Flow Rate (L/min) | | 4 L/min -AM | | 4 L/min -AM | |

## Flowsheets (all recorded) (continued)

### PACU Vitals - Mon November 06, 2017 (continued)

| | 1050 | 1040 | 1034 | 1030 | 1026 |
|---|---|---|---|---|---|
| Pulse Oximetry Type | | Continuous -AM | | Continuous -AM | Continuous -AM |
| **Pain/Discomfort Assessment** | | | | | |
| Pain/Discomfort Assessment | -- | | 0-10 Scale 10 -AM | | Adult non-verbal pain scale + Grimace -AM |
| 0-10 Pain Score | 10 Pt states 10/10 then drifts off -AM | | 10 -AM | | |

### OR Lines/Drains/Airways - Mon November 06, 2017

| | 1337 | 1209 | 1030 | 0707 |
|---|---|---|---|---|
| **[REMOVED] Peripheral IV 11/06/17 Left Hand** | | | | |
| IV Properties | Placement Date: **11/06/17** -AJ Placement Time: **0707** -AJ Placed prior to Admission?: **No** -AJ Size (Gauge): **20 G** -AJ Orientation: **Left** -AJ Location: **Hand** -AJ Site Prep: **Chlorhexidine** -AJ Inserted by Other: **RN** -AJ Insertion attempts: **2** -AJ Removal Date: **11/06/17** -GC Removal Time: **1336** -GC Removal Reason: **Per protocol** -GC Catheter Tip Intact: **Yes** -GC | | | |
| Site Assessment | Clean/Dry/Intact -GC | Clean/Dry/Intact -GC | Clean/Dry/Intact -AM | Clean/Dry/Intact -AJ |
| Line Status/Intervention | Infusing -GC | Infusing -GC | Infusing -AM | Blood return noted;Infusing -AJ |
| Infiltration Grade Assessment | 0 -GC | 0 -GC | 0 -AM | |
| Phlebitis Grade Assessment | 0 -GC | 0 -GC | 0 -AM | |
| Dressing Type | | | Transparent -AM | Transparent -AJ |
| Dressing Status | | | Clean/Dry/Intact -AM | Clean/Dry/Intact -AJ |

### OR Incisions/Wounds - Mon November 06, 2017

| | 1337 | 1209 | 1134 | 1000 |
|---|---|---|---|---|
| **[REMOVED] Incision Abdomen** | | | | |
| Incision Properties | Date First Assessed: **11/06/17** -TG Time First Assessed: **1002** -TG Location: **Abdomen** -TG Wound Location Description (Comments): **Dressings: steris, 2x2, tegaderm** -TG Final Assessment Date: **11/07/17** -AD Final Assessment Time: **1338** -AD | | | |
| Dressing | Gauze -GC | Gauze -GC | Gauze x4 -AM | Gauze Tegaderm x 4 -AM |
| Dressing Status | Clean/Dry/Intact -GC | Clean/Dry/Intact -GC | Clean/Dry/Intact -AM | Clean/Dry/Intact -AM |
| Dressing Secured With? | Tape -GC | Tape -GC | Tape tegaderm -AM | -- tegaderm -AM |

### Preop Checklist - Mon November 06, 2017

| | 0706 | 0643 | 0636 |
|---|---|---|---|
| **PreOp/Pre-Procedure Checklist** | | | |
| Procedure | | cholecystectomy -AJ | |
| Patient's | | Mike -AJ | |

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

## Flowsheets (all recorded) (continued)

### Preop Checklist - Mon November 06, 2017 (continued)

| | 0706 | 0643 | 0636 |
|---|---|---|---|
| Preferred Name | | | |
| ID Band Applied | | | Yes -RS |
| Patient ID Verified | | Verbal;Armband -AJ | Verbal -RS |
| Consents Verified for Scheduled Procedure? | | Yes -AJ | |
| Interpreter Arranged/Needed | | No -AJ | |
| Allergies Marked as Reviewed | | Yes -AJ | |
| OB OSA screening results | | Positve -AJ | |
| H&P Verified | | Yes -AJ | |
| Diagnostic Studies Available? | | Yes -AJ | |
| Lab Results Available? | | Yes -AJ | |
| Patient Pregnant | | Not Applicable -AJ | Not Applicable -RS |
| POC Glucose (Read Only) | (!) 107 | | |
| Blood Type and Screen Done? | | No -AJ | |
| Blood Consent Form Completed? | | Yes -AJ | |
| Blood Refusal Form Completed? | | Not applicable -AJ | |
| Blood Products | | Not Applicable -AJ | |
| Pre-Procedure Meds Administered | | Yes -AJ | |
| Antibiotics | | not started bedside for or -AJ | |
| Patient owned assistive devices/Belongings at Bedside | | None -AJ | |
| Patient owned assistive devices/Belongings sent Home | | Dentures left at home -AJ | |

| Peacehealth | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1200981831 |
|---|---|---|

## Flowsheets (all recorded) (continued)

### Preop Checklist - Mon November 06, 2017 (continued)

| | 0706 | 0643 | 0636 |
|---|---|---|---|
| Belongings sent to security | | belongings to ssu locker -AJ | |
| Medications brought by patient? | | No -AJ | |
| Body Piercing/Jewelry in Place | | Jewelry removed -AJ | |
| IV Patent | | Yes -AJ | |
| Void Prior to Procedure | | 0600 -AJ | |
| Pre-Warming | | Active Warming Device;Warm Blanket -AJ | |
| SCD's Applied? | | No<br>bedside for or -AJ | |
| TED Hose Applied? | | N/A -AJ | |
| Site Marked? | | No -AJ | |
| Patient Med List Reviewed | | Yes -AJ | |
| Prep | | Antibacterial shower done at home -AJ | Chlorhexidine;Impregnated wipes;Skin Prep -RS |

### Implant Verification - Mon November 06, 2017

| | 0855 |
|---|---|
| **Implant Verifcation** | |
| Prior to Opening Manufacturer's Packaging, Verify All Implantable Items | Yes -TG |
| Circulating Nurse Holds Up Implant(s) For All to See | Yes -TG |
| Description | Yes -TG |
| Size | Yes -TG |
| Length | Yes -TG |
| Expiration Date | Yes -TG |
| Laterality | Yes -TG |
| Other Critical Identifying Elements | Yes -TG |
| If Implantable Item is From a | Yes -TG |

| Peacehealth | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1200981831 |
|---|---|---|

## Flowsheets (all recorded) (continued)

### Implant Verification - Mon November 06, 2017 (continued)

| | 0855 |
|---|---|
| Set: Correctness of Size/Length | |

### Height / Weight - Mon November 06, 2017

| | 0636 |
|---|---|
| **Height and Weight** | |
| Height | 1.773 m (5' 9.8") -RS |
| Height Method | Actual -RS |
| Weight | **(!) 135.1 kg (297 lb 13.5 oz)** -RS |
| Weight Method | Actual -RS |
| BMI (Calculated) | 43 -RS |
| BSA (Calculated - sq m - DuBois) | 2.47 sq meters -RS |

### Vitals - Mon November 06, 2017

| | 1150 | 0726 | 0637 |
|---|---|---|---|
| **Vitals** | | | |
| Temp | 36.5 °C (97.7 °F) -GC | | 36.9 °C (98.4 °F) -RS |
| Temp src | | | Temporal -RS |
| Pulse | 52 -GC | 66 -AJ | 58 -RS |
| Heart Rate Source | | | Monitor -RS |
| BP | 113/63 -GC | | 121/79 -RS |
| BP Location | | | Left arm -RS |
| BP Method | | | Automatic -RS |
| Patient Position | | | Sitting -RS |
| Resp | 16 -GC | 16 -AJ | 16 -RS |
| SpO2 | -- | 96 % -AJ | 99 % -RS |
| Pulse Oximetry Type | | | Intermittent -RS |
| O2 Device | None (Room air) -GC | None (Room air) -AJ | None (Room air) -RS |

### Pain Assessment - Mon November 06, 2017

| | 0645 |
|---|---|
| **Pain/Discomfort Assessment** | |
| Pain/Discomfort Assessment | No/denies pain/discomfort -AJ |

### Isolation, Travel and Vaccination Screenings - Mon November 06, 2017

| | 0645 |
|---|---|
| **Prior To Arrival** | |
| Hospitalized | No -AJ |

## Flowsheets (all recorded) (continued)

### Isolation, Travel and Vaccination Screenings - Mon November 06, 2017 (continued)

| | 0645 |
|---|---|
| Anywhere in the Last 14 Days | |
| Received Antibiotic Within Past 48 Hours | No -AJ |
| **Initial Patient Presentation** | |
| Patient Presents/Complains of the following Symptoms | No fever, cough, diarrhea, wound drainage, scabies, lice or history of MRSA/VRE -AJ |
| **Travel History (CRE) Infection** | |
| Have You Been to India, Pakistan and/or Bangladesh within the Last Year? | No -AJ |
| **Influenza Vaccine Screening - Required October through March** | |
| Previously immunized this flu season | Yes -AJ |

### Vitals Reassessment - Mon November 06, 2017

| | 1150 | 1120 | 1100 | 1050 | 1040 |
|---|---|---|---|---|---|
| **Vitals Timer** | | | | | |
| Restart Vitals Timer | Yes -GC | Yes -AM | Yes -AM | Yes -AM | Yes -AM |

| | 1030 | 1026 | 0637 |
|---|---|---|---|
| **Vitals Timer** | | | |
| Restart Vitals Timer | Yes -AM | Yes -AM | Yes -RS |

### NICU Intake/Output - Mon November 06, 2017

| | 0824 | 0810 | 0745 | 0708 | 0636 |
|---|---|---|---|---|---|
| **Volume Totals** | | | | | |
| Volume (mL) /kg | | | | | 0 mL/kg -RS |
| **Calorie Totals** | | | | | |
| Calories /kg | | | | | 0 cal/kg -RS |
| **lactated Ringers (LR) continuous infusion** | | | | | |
| Rate | * There are multiple administrations at this time. Please see the MAR for detailed information. -BA | * There are multiple administrations at this time. Please see the MAR for detailed information. -BA | | * There are multiple administrations at this time. Please see the MAR for detailed information. -AJ | |
| **Propofol Drip** | | | | | |
| Dose (mg) | | | 200 mg -BA | | |

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

## Flowsheets (all recorded) (continued)

### NICU Intake/Output - Mon November 06, 2017 (continued)

| | 0824 | 0810 | 0745 | 0708 | 0636 |
|---|---|---|---|---|---|
| Propofol | | | | | |
| Rate Propofol | | | * There are multiple administrations at this time. Please see the MAR for detailed information. -BA | | |
| Concentration Propofol | | | * There are multiple administrations at this time. Please see the MAR for detailed information. -BA | | |

### AVS DC - Mon November 06, 2017

| | 1210 |
|---|---|
| **Discharge Zones Required** | |
| Discharge Type | Adult -GC |
| Specialty Content | OP Surgery -GC |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| GC | Gina L Coddington, RN | 05/05/16 - |
| RS | Raymond C Sellers, CNA | 07/25/16 - |
| TG | Tonya M Garrelts, RN | 05/31/17 - |
| AM | Amy M Mack, RN | 07/21/16 - |
| AJ | Andrea S Jueal, RN | 07/26/16 - |
| BA | Briana N Amosson, MD | 07/26/16 - |
| AD | Automatic Discharge Provider | - |

## Orders

### Medications - Clinical Orders

**oxyCODONE (ROXICODONE) immediate release tablet 5-15 mg [121600061]**

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1045** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/06/17 1045 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
PRN reasons:
Moderate Pain (Pain Scale 4-6) Severe Pain (Pain Scale 7-10)
PRN Comment: MODERATE - SEVERE PAIN (4-10) SECOND CHOICE
Frequency: Q3H PRN 11/06/17 1144 - 11/06/17 1538 Released by: Gina L Coddington, RN 11/06/17 1144
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]

**prochlorperazine (COMPAZINE) tablet 5 mg [121600064]**

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1045** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/06/17 1045 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
PRN reasons:
Nausea Vomiting
Frequency: Q6H PRN 11/06/17 1144 - 11/06/17 1538 Released by: Gina L Coddington, RN 11/06/17 1144
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]

**prochlorperazine (COMPAZINE) injection 5 mg [121600065]**

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1045** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/06/17 1045 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
PRN reasons:
Nausea Vomiting
Frequency: Q6H PRN 11/06/17 1144 - 11/06/17 1538 Released by: Gina L Coddington, RN 11/06/17 1144
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]

**sodium chloride (NS) 0.9 % flush 3-10 mL [121569905]**

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1045** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/06/17 1045 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
PRN reasons:
Line Care
Frequency: PRN 11/06/17 1144 - 11/06/17 1538 Released by: Gina L Coddington, RN 11/06/17 1144
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]

**naloxone (NARCAN) injection 0.1 mg [121569907]**

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1045** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/06/17 1045 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD PRN Comment: Over Sedation
Frequency: PRN 11/06/17 1144 - 11/06/17 1538 Released by: Gina L Coddington, RN 11/06/17 1144
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]

**benzocaine-menthol (CEPACOL) 15-3.6 mg per lozenge 1 lozenge [121569908]**

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1045** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/06/17 1045 Ordering provider: Steven L Wilhite, MD

Peacehealth | 1115 SE 164TH AVE VANCOUVER WA 98683 | CUMMINS,MICHAEL M MRN: 01614423 DOB: Sex: M Acct #: 1200981831

Medications - Clinical Orders (continued)

benzocaine-menthol (CEPACOL) 15-3.6 mg per lozenge 1 lozenge [121569908] (continued)

Authorized by: Steven L Wilhite, MD
PRN reasons:
Cough Sore throat
Frequency: PRN 11/06/17 1144 - 11/06/17 1538 Released by: Gina L Coddington, RN 11/06/17 1144
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]

ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg [121600062]

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1045** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/06/17 1045 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
PRN reasons:
Nausea Vomiting
Frequency: Q8H PRN 11/06/17 1144 - 11/06/17 1538 Released by: Gina L Coddington, RN 11/06/17 1144
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]

ondansetron PF (ZOFRAN) 4 mg/2 mL injection 4 mg [121600063]

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1045** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/06/17 1045 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
PRN reasons:
Nausea Vomiting
Frequency: Q8H PRN 11/06/17 1144 - 11/06/17 1538 Released by: Gina L Coddington, RN 11/06/17 1144
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]

oxyCODONE (ROXICODONE) immediate release tablet 5-15 mg [121600060]

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1045** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/06/17 1045 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
PRN reasons:
Moderate Pain (Pain Scale 4-6) Severe Pain (Pain Scale 7-10)
PRN Comment: MODERATE - SEVERE PAIN (4-10) FIRST CHOICE
Frequency: Q3H PRN 11/06/17 1053 - 11/06/17 1538 Released by: Amy M Mack, RN 11/06/17 1055
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]

dextrose 50 % in water (D50W) syringe 6-50 mL [121560571]

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
PRN reasons:
Low blood sugar
PRN Comment: For hypoglycemia, administer D50W or D10W.
Frequency: Q15 Min PRN 11/06/17 1031 - 11/06/17 1538 Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]

dextrose 10% bolus 50-200 mL [121560572]

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD

Medications - Clinical Orders (continued)

dextrose 10% bolus 50-200 mL [121560572] (continued)

PRN reasons:
Low blood sugar
PRN Comment: For hypoglycemia, administer D50W or D10W.
Frequency: Q15 Min PRN 11/06/17 1031 - 11/06/17 1538 Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Questions:
Hold maintenance infusion while bolus is infusing? No

insulin lispro medium dose adult subcutaneous corrective [121560573]

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
PRN reasons:
High Blood Sugar
Frequency: PRN 11/06/17 1031 - 11/06/17 1538 Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]

fentaNYL (SUBLIMAZE) injection 25-50 mcg [121560574]

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
PRN reasons:
Moderate Pain (Pain Scale 4-6) Severe Pain (Pain Scale 7-10)
PRN Comment: Use 25 mcg for mild-moderate pain (pain score 1-6), and 50 mcg for severe pain (pain scale 7-10)
Frequency: Q5 Min PRN 11/06/17 1031 - 11/06/17 1538 Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]

HYDROmorphone (DILAUDID) injection 0.3-0.5 mg [121560575]

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
PRN reasons:
Moderate Pain (Pain Scale 4-6) Severe Pain (Pain Scale 7-10)
PRN Comment: for post-operative pain
Frequency: Q15 Min PRN 11/06/17 1031 - 11/06/17 1538 Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]

naloxone (NARCAN) injection 0.04 mg [121560576]

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
PRN reasons:
Opioid Reversal
Frequency: PRN 11/06/17 1031 - 11/06/17 1538 Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]

diphenhydrAMINE (BENADRYL) injection 12.5 mg [121569864]

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

Medications - Clinical Orders (continued)

diphenhydrAMINE (BENADRYL) injection 12.5 mg [121569864] (continued)

Ordering user: Briana N Amosson, MD 11/06/17 0802
Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
PRN Comment: nausea, EPS, or other dystonic reaction
Frequency: Q6H PRN 11/06/17 1031 - 11/06/17 1538
Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]

bupivacaine-EPINEPHrine 0.25 %-1:200,000 injection [121569868]

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1041**
Status: **Discontinued**
Mode: Ordering in Verbal order with readback mode
Communicated by: Tonya M Garrelts, RN
Ordering user: Tonya M Garrelts, RN 11/06/17 0840
Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: PRN 11/06/17 0840 - 11/06/17 1036
Discontinued by: Tonya M Garrelts, RN 11/06/17 1036 [Patient Discharge]

ceFAZolin in sterile water (ANCEF) 3 gram/20 mL IV push syringe Syrg 3 g [121560533]

Electronically signed by: **Andrea S Jueal, RN on 11/06/17 0625**
Status: **Completed**
Ordering user: Andrea S Jueal, RN 11/06/17 0625
Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/06/17 0700 - 1 Occurrences
Questions:
Reason for Therapy: prophylaxis for a procedure

ceFAZolin (ANCEF) in D5W IVPB 2 g [121560467]

Electronically signed by: **Steven L Wilhite, MD on 11/02/17 1151**
Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/02/17 1151
Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/06/17 0700 - 1 Occurrences
Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Andrea S Jueal, RN 11/06/17 0625
Questions:
Reason for Therapy: prophylaxis for a procedure

lactated Ringers (LR) continuous infusion [121560427]

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401**
Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401
Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Continuous 11/06/17 0700 - 11/06/17 1538
Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]

lidocaine (PF) (XYLOCAINE-MPF) 10 mg/mL (1 %) injection 1 mL [121560428]

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401**
Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401
Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
PRN reasons:
Other
PRN Comment: prior to IV insertion
Frequency: PRN 11/06/17 0624 - 11/06/17 1031
Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]

fentaNYL (SUBLIMAZE) injection 50 mcg [121560430]

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401**
Status: **Discontinued**

## Medications - Clinical Orders (continued)

**fentaNYL (SUBLIMAZE) injection 50 mcg [121560430] (continued)**

Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: See Admin Instructions 11/06/17 0624 - 11/06/17 1031 Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]

**LORazepam (ATIVAN) tablet 0.5 mg [121560431]**

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401** Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
PRN reasons:
Anxiety
Frequency: Once PRN 11/06/17 0624 - 1 Occurrences Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]
Questions:
Indication: anxiety

**midazolam (VERSED) injection 1 mg [121560432]**

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401** Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: See Admin Instructions 11/06/17 0624 - 11/06/17 1031 Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]

**naloxone (NARCAN) injection 0.04 mg [121560433]**

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401** Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
PRN reasons:
Opioid Reversal
Frequency: PRN 11/06/17 0624 - 11/06/17 1031 Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]

**dextrose 10% bolus 50-200 mL [121560434]**

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401** Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
PRN reasons:
Low blood sugar
PRN Comment: For hypoglycemia, administer D50W or D10W.
Frequency: Q15 Min PRN 11/06/17 0624 - 11/06/17 1031 Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]
Questions:
Hold maintenance infusion while bolus is infusing? No

**dextrose 50 % in water (D50W) syringe 6-50 mL [121560435]**

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401** Status: **Discontinued**

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

## Medications - Clinical Orders (continued)

**dextrose 50 % in water (D50W) syringe 6-50 mL [121560435] (continued)**

Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
PRN reasons:
Low blood sugar
PRN Comment: For hypoglycemia, administer D50W or D10W.
Frequency: Q15 Min PRN 11/06/17 0624 - 11/06/17 1031 Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]

**insulin lispro medium dose adult subcutaneous corrective [121560436]**

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401** Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
PRN reasons:
High Blood Sugar
Frequency: PRN 11/06/17 0624 - 11/06/17 1031 Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]

## Imaging - Clinical Orders

**XR SURGICAL CHOLANGIOGRAM [121569869]**

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1041** Status: **Completed**
Mode: Ordering in Verbal order with readback mode Communicated by: Savannah Hitchcock V, RT
Ordering user: Savannah Hitchcock V, RT 11/06/17 0920 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/06/17 0921 - 1 Occurrences
Questions:
Reason for exam: LAPAROSCOPY CHOLECYSTECTOMY WITH GRAMS, POSSIBLE OPEN

## Discharge - Clinical Orders

**Discharge patient [121569899]**

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1045** Status: **Completed**
Ordering user: Steven L Wilhite, MD 11/06/17 1045 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/06/17 1042 - 1 Occurrences

## Nursing - Other Orders

**NCS Adult and PED Peri-Anesthesia Post-Op Phase 2 [121569900]**

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1045** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/06/17 1045 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Until Discontinued 11/06/17 1145 - Until Specified Released by: Gina L Coddington, RN 11/06/17 1144
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]

**Advance diet as tolerated Nursing order,Nursing to modify Diet order to: General [121569902]**

## Nursing - Other Orders (continued)

**Advance diet as tolerated Nursing order,Nursing to modify Diet order to: General [121569902] (continued)**

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1045** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/06/17 1045 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Until Discontinued 11/06/17 1145 - Until Specified Released by: Gina L Coddington, RN 11/06/17 1144
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Questions:
Nursing to modify Diet order to General

**Discontinue Pre-Op Medications [121569903]**

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1045** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/06/17 1045 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/06/17 1145 - 1 Occurrences Released by: Gina L Coddington, RN 11/06/17 1144
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]

**DISCONTINUE PACU MEDS ON TRANSFER TO PHASE II [121569904]**

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1045** Status: **Cancel Held**
Ordering user: Steven L Wilhite, MD 11/06/17 1045 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/06/17 1043 - 1 Occurrences
Canceled by: Automatic Discharge Provider 11/06/17 1538
Order comments:
ANESTHESIA ORDER

**FOR DIABETIC PATIENTS: - Notify surgeon if CBG less than 70 mg/dL or CBG greater than 150 mg/dL [121569909]**

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1045** Status: **Cancel Held**
Ordering user: Steven L Wilhite, MD 11/06/17 1045 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/06/17 1043 - 1 Occurrences
Canceled by: Automatic Discharge Provider 11/06/17 1538
Order comments:
Notify surgeon if CBG less than 70 mg/dL or CBG greater than 150 mg/dL

**Nurse Communication - FOR DIABETIC PATIENTS: - Notify surgeon if CBG less than 70 mg/dL or CBG greater than 150 mg/dL [121569912]**

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1045** Status: **Cancel Held**
Ordering user: Steven L Wilhite, MD 11/06/17 1045 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/06/17 1043 - 1 Occurrences
Canceled by: Automatic Discharge Provider 11/06/17 1538
Order comments:
Notify surgeon if CBG less than 70 mg/dL or CBG greater than 150 mg/dL

**Nurse Communication - FOR DIABETIC PATIENTS: - Notify anesthesia if CBG less than 70 mg/dL or CBG greater than 150 mg/dL [121560567]**

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**

## Nursing - Other Orders (continued)

**Nurse Communication - FOR DIABETIC PATIENTS: - Notify anesthesia if CBG less than 70 mg/dL or CBG greater than 150 mg/dL [121560567] (continued)**

Ordering user: Briana N Amosson, MD 11/06/17 0802
Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Once 11/06/17 1032 - 1 Occurrences
Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Order comments:
Notify anesthesia if CBG less than 70 mg/dL or CBG greater than 150 mg/dL

**Nursing Communication - Same Day Discharge Patients [121560568]**

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802**
Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802
Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 11/06/17 1032 - Until Specified
Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Order comments:
Administer only one correctional insulin dose. Ensure patient is able to tolerate PO intake prior to discharge

**NCS Adult and PED Peri-Anesthesia Post-Op Phase 1 [121560547]**

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802**
Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802
Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 11/06/17 1032 - Until Specified
Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]

**OSA - Monitor per PACU 30-Minute Respiratory Events Criteria - PACU [121560548]**

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802**
Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802
Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 11/06/17 1032 - Until Specified
Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Order comments:
All post-operative patients should be monitored for recurring respiratory events during their PACU phase 1 stay using the PACU 30-Minute Respiratory Events Criteria

**OSA - High risk for OSA instructions - PACU [121560549]**

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802**
Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802
Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 11/06/17 1032 - Until Specified
Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Order comments:
Patients exhibiting any PACU 30-Minute Respiratory Events should be considered higher risk for post-op OSA and/or hypoventilatory problems, and regional OSA/OHS postoperative evaluations and monitoring policies should be initiated

## Nursing - Other Orders (continued)

### OSA - High risk for OSA Instructions - PACU [121560549] (continued)

### OSA - Consider for Inpatient admission - Outpatients - PACU [121560550]

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 11/06/17 1032 - Until Specified Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Order comments:
Outpatients who exhibit PACU 30-Minute Respiratory Events should be considered for Inpatient admission

### OSA - Instructions for 30 minutes prior to discharge - PHASE II [121560551]

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 11/06/17 1032 - Until Specified Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Order comments:
Should spend the 30 minutes before discharge: 1) In a non-stimulating environment 2) On room air, or at their baseline home oxygen requirement in patients that require home oxygen, with the patient maintaining an oxygen saturation within 2% of their baseline pre-operative saturation and respiratory rate > 10; AND 3) With patient able to maintain own airway

### OSA - Consider for Inpatient admission - Outpatients - PHASE II [121560552]

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 11/06/17 1032 - Until Specified Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Order comments:
If patients scheduled as outpatients exhibit PACU 30-Minute Respiratory Events, they should be considered for Inpatient admission

### OSA - Call surgeon instructions - PHASE II [121560553]

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 11/06/17 1032 - Until Specified Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Order comments:
Call surgeon for additional orders regarding the OSA Monitoring Protocol

### OSA - Place patient on alert / monitoring - POST-OP [121560554]

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD

## Nursing - Other Orders (continued)

**OSA - Place patient on alert / monitoring - POST-OP [121560554] (continued)**

Frequency: Until Discontinued 11/06/17 1032 - Until Specified
Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Order comments:
1. Place post-operative patient on a continuous oximetry monitor for their entire post op stay (centrally monitored or nurse pager/phone alerted whenever possible). 2. Set the threshold for oxygen saturation nurse alarm at 88%, minimum. Upon admission to the nursing unit, titrate the patient's supplemental oxygen to room air or to their baseline home oxygen requirement when possible.

**OSA - Instructions for 3rd post op day - POST-OP [121560555]**

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 11/06/17 1032 - Until Specified
Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Order comments:
On third postop day, patients not requiring supplemental oxygen who are on a stable oral narcotic regimen and have had no respiratory events for 24-hours may be removed from continuous oximetry monitoring. Respiratory events include: 1) Oxygen saturation < 90% 2) Bradypnea < 8 breaths 3) Apnea > 10 seconds 4) Pain sedation mismatch - patient reports inadequate pain relief despite significant sedation

**OSA - Elevate HOB - POST-OP [121560556]**

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 11/06/17 1032 - Until Specified
Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Order comments:
Position patient with head of bed elevated > 30 degrees or in a lateral position rather than supine, unless contraindicated

**OSA - Positive airway pressure device instructions - POST-OP [121560557]**

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 11/06/17 1032 - Until Specified
Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Order comments:
1. Patients who have been shown to benefit from a positive airway pressure device must be treated either via their own home device or via an APAP device whenever they are unattended, sleeping or not easily arousable. If patient uses own device, RT/Biomed should confirm that the device is functioning correctly. NOTE: To avoid CPAP induced dehiscence, consider auto titration CPAP (APAP) with a lower max pressure for postop bariatric patients. 2. Treatment may be interrupted for activities including eating, toileting or participating in physical therapy, or as part of a trial to see if the patient is able to be safely discharged without the assistive device.

**OSA - Notify provider - POST-OP [121560559]**

## Nursing - Other Orders (continued)

**OSA - Notify provider - POST-OP [121560559] (continued)**

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 11/06/17 1032 - Until Specified Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Order comments:
Call surgeon or hospitalist for additional orders regarding the OSA Monitoring Protocol or if the patient declines to wear the device, every effort should be made to ensure that device discomfort is not contributing to poor compliance.

**Notify Anesthesia provider - Unstable vitals [121560563]**

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Until Discontinued 11/06/17 1032 - Until Specified Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Order comments:
Notify anesthesia if blood pressure is 20 percent higher or lower than pre-operative blood pressure. Notify provider for SBP <90 and MAP <60. Notify provider for SBP > 160 or DBP >90. Notify provider for symptomatic bradycardia, tachycardia or for HR > 120, or HR <40. Notify provider for RR < 8 or O2 sat <90.

**RN may give first dose of the following medications per surgeon orders: [121560564]**

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Continuous 11/06/17 1032 - Until Specified Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Order comments:
May give in PACU if on surgeon's postop orders and patient sedation score less than 3 and Pain Score greater than 2 Oxycodone (2.5 - 5 mg greater than age 65 or OSA; 5- 10 mg less than or equal to age 65) PO OR Hydrocodone / acetaminophen (Norco) 5gm/325 mg (1 if greater than age 65 or OSA; 1-2 if less than or equal to age 65) PO May start PCA in PACU if on surgeon's postop orders May give first dose of baclofen, cyclobenzaprine, methocarbamol, carisoprodol, hyoscyamine, B&O suppository, oxybutynin, or gabapentin in PACU as per surgeon's postop orders

**Discontinue Pre-Op Meds [121560565]**

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Once 11/06/17 1032 - 1 Occurrences Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]

**Oxygen Therapy [121560566]**

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Once 11/06/17 1032 - 1 Occurrences Released by: Amy M Mack, RN 11/06/17 1031

## Nursing - Other Orders (continued)

### Oxygen Therapy [121560566] (continued)

Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Questions:
SpO2 Adult
Keep SpO2 at Other
SpO2 greater than 92 percent
Order comments:
Oxygen therapy titrate to SpO2 92% or greater. O2 delivery device: Nasal cannula, advance to face mask after 4L. If the patient requires oxygen greater than 3 liters per minute nasal cannula or 7 liters per minute face mask to maintain the saturation ordered by the Provider or as directed by OSA protocol, the nurse will directly communicate with Respiratory Care or provider.

### Apply warming blanket [121560561]

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: PRN 11/06/17 1031 - Until Specified Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Order comments:
As need for temp less than 36 degrees

### Discharge patient from recovery [121560562]

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Once 11/06/17 1032 - 1 Occurrences Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Order comments:
Discharge from recovery when patient meets PACU discharge criteria. The Anesthesia Post-operative evaluation note must be complete prior to discharge from PACU.

### Clip hair per guidelines [121560456]

Electronically signed by: **Steven L Wilhite, MD on 11/02/17 1151** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/02/17 1151 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/06/17 0625 - 1 Occurrences Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]

### Diet per anesthesia, otherwise NPO [121560458]

Electronically signed by: **Steven L Wilhite, MD on 11/02/17 1151** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/02/17 1151 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Until Discontinued 11/06/17 0625 - Until Specified Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]

### Maintain Normothermia [121560460]

Electronically signed by: **Steven L Wilhite, MD on 11/02/17 1151** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/02/17 1151 Ordering provider: Steven L Wilhite, MD

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

## Nursing - Other Orders (continued)

**Maintain Normothermia [121560460] (continued)**

Authorized by: Steven L Wilhite, MD
Frequency: Until Discontinued 11/06/17 0625 - Until Specified
Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]
Order comments:
Maintain temperature greater than 36 degrees C during pre-operative phase

**NCS Adult and PED Peri-Anesthesia Pre-Op Day of Surgery [121560461]**

Electronically signed by: **Steven L Wilhite, MD on 11/02/17 1151**
Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/02/17 1151
Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Until Discontinued 11/06/17 0625 - Until Specified
Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]

**Obtain PT/INR on all patients on warfarin if not ordered. [121560462]**

Electronically signed by: **Steven L Wilhite, MD on 11/02/17 1151**
Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/02/17 1151
Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/06/17 0625 - 1 Occurrences
Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]
Order comments:
Obtain PT/INR on all patients on warfarin if not ordered.

**Providone-Iodine solution 5% [121560464]**

Electronically signed by: **Steven L Wilhite, MD on 11/02/17 1151**
Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/02/17 1151
Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/06/17 0625 - 1 Occurrences
Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]
Questions:
Supply Providone-Iodine solution 5%
Order comments:
Administer nasal antiseptic if patient is MRSA positive or scheduled to receive implants

**Respect floor code status [121560465]**

Electronically signed by: **Steven L Wilhite, MD on 11/02/17 1151**
Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/02/17 1151
Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/06/17 0625 - 1 Occurrences
Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]

**Skin prep per hospital standards [121560466]**

Electronically signed by: **Steven L Wilhite, MD on 11/02/17 1151**
Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/02/17 1151
Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/06/17 0625 - 1 Occurrences
Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

## Nursing - Other Orders (continued)

**Skin prep per hospital standards [121560466] (continued)**

1031 [Patient Transfer]
Order comments:
Gently cleanse operative site and surrounding area with Chlorhexidine per hospital standards, if not contraindicated.

**Initiate Pre-Operative Vancomycin when criteria met for MRSA Screening Protocol [121560468]**

Electronically signed by: **Steven L Wilhite, MD on 11/02/17 1151** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/02/17 1151 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Continuous 11/06/17 0625 - Until Specified Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17
1031 [Patient Transfer]

**Oxygen Therapy [121560425]**

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401** Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Until Discontinued 11/06/17 0625 - Until Specified Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17
1031 [Patient Transfer]
Questions:
SpO2 Adult
Keep SpO2 at Other
SpO2 greater than 92 percent
Order comments:
Oxygen therapy titrate to SpO2 92% or greater. O2 delivery device: Nasal cannula, advance to face mask after 4L. If the patient requires oxygen greater than 3 liters per minute nasal cannula or 7 liters per minute face mask to maintain the saturation ordered by the Provider or as directed by OSA protocol, the nurse will directly communicate with anesthesia.

**Remove piercings [121560426]**

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401** Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Until Discontinued 11/06/17 0625 - Until Specified Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17
1031 [Patient Transfer]

**Nurse Communication - FOR DIABETIC PATIENTS: - Notify anesthesia if CBG less than 70 mg/dL or CBG greater than 150 mg/dL [121560437]**

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401** Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Once 11/06/17 0625 - 1 Occurrences Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17
1031 [Patient Transfer]
Order comments:
Notify anesthesia if CBG less than 70 mg/dL or CBG greater than 150 mg/dL

**Active Warming [121165885]**

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401** Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

## Nursing - Other Orders (continued)

### Active Warming [121165885] (continued)

Authorized by: Barry J Perlman, MD
Frequency: Until Discontinued 11/06/17 0625 - Until Specified
Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]
Order comments:
Unless temp greater than 38 degrees

### Call anesthesia provider if patient hasn't taken home beta blocker within 24 hours [121165886]

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401**
Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401
Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Until Discontinued 11/06/17 0625 - Until Specified
Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]
Order comments:
Call anesthesia provider if patient hasn't taken home beta blocker within 24 hours

### NCS Adult and PED Peri-Anesthesia Pre-Op Day of Surgery [121165889]

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401**
Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401
Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Until Discontinued 11/06/17 0625 - Until Specified
Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]

### Notify Anesthesia provider - Insulin [121165890]

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401**
Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401
Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Once 11/06/17 0625 - 1 Occurrences
Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]
Order comments:
Notify anesthesia provider if patient usually takes basal insulin in AM but did not take AM of procedure. Expect the following orders from anesthesia provider: - If glargine, detemir--Give 80% of usual AM dose - If NPH, Novolin-N, Humulin-N, mixed 70/30, 75/25, or 50/50--Give 50% of usual AM dose as NPH only - If U500--Dose per pharmacy at 50 percent of usual morning dose

### Notify Anesthesia provider - Unstable vitals [121165891]

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401**
Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401
Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Until Discontinued 11/06/17 0625 - Until Specified
Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]
Questions:
Heart rate greater than 120
Heart rate less than 40
Systolic blood pressure greater than 160

## Nursing - Other Orders (continued)

### Notify Anesthesia provider - Unstable vitals [121165891] (continued)

Systolic blood pressure less than 90
Diastolic blood pressure greater than 90
Diastolic blood pressure less than 60
SpO2 less than 90
Order comments:
Notify anesthesia provider for MAP < less than 60. Notify provider for symptomatic bradycardia or tachycardia; RR < less than 8.

### Obtain POC VBG on all dialysis patients if not ordered. [121165892]

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401** Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Until Discontinued 11/06/17 0625 - Until Specified Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]
Order comments:
Obtain POC VBG on all dialysis patients if not ordered.

### Obtain PT/INR on all patients on warfarin if not ordered. [121165893]

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401** Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Until Discontinued 11/06/17 0625 - Until Specified Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]
Order comments:
Obtain POC INR on all patients on warfarin if not ordered.

### Obtain urine pregnancy [121560424]

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401** Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Until Discontinued 11/06/17 0625 - Until Specified Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]
Order comments:
Obtain urine pregnancy test if not ordered for post menarchal females with fertility unless patient has signed urine pregnancy test refusal form.

## ADT Patient Update - Other Orders

### Place as hospital outpatient surgery [121560463]

Electronically signed by: **Steven L Wilhite, MD on 11/02/17 1151** Status: **Completed**
Ordering user: Steven L Wilhite, MD 11/02/17 1151 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/06/17 0625 - 1 Occurrences Released by: Andrea S Jueal, RN 11/06/17 0624
Questions:
Patient Class Hospital Outpatient Surgery

ADT Patient Update - Other Orders (continued)

Code Status - Other Orders

Full code [121560459]

Electronically signed by: **Steven L Wilhite, MD on 11/02/17 1151** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/02/17 1151 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Continuous 11/06/17 0625 - Until Specified Code status: Full Code
Released by: Andrea S Jueal, RN 11/06/17 0624 Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]

Consult - Other Orders

Anesthesia Rounding [121560560]

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Once 11/06/17 1032 - 1 Occurrences Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Order comments:
Add this patient to Anesthesia Rounding list.

Respiratory Care - Other Orders

RC:Per OSA MONITORING POST-OP ORDER SET; for patients who have been shown to benefit from a positive airway pressure device; Initiate Adult RC CPAP OSA Protocol. Device must be worn whenever the patient is unattended, sleeping or not easily arousa... [121560558]

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Once 11/06/17 1032 - 1 Occurrences Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Order comments:
RC:Per OSA MONITORING POST-OP ORDER SET; for patients who have been shown to benefit from a positive airway pressure device; Initiate Adult RC CPAP OSA Protocol. Device must be worn whenever the patient is unattended, sleeping or not easily arousable. If the patient declines to wear the device, ensure that device discomfort is not contributing to poor compliance. If poor compliance continues notify provider. P

IV - Other Orders

saline lock IV [121569906]

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1045** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/06/17 1045 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/06/17 1145 - 1 Occurrences Released by: Gina L Coddington, RN 11/06/17 1144
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Order comments:
When taking PO well

Insert peripheral IV [121165888]

## IV - Other Orders (continued)

**Insert peripheral IV [121165888] (continued)**

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401** Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Once 11/06/17 0625 - 1 Occurrences Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]
Order comments:
Insert peripheral IV per regional policy

## Pathology and Cytology - Other Orders

**Pathology [121569871]**

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1041** Status: **Completed**
Mode: Ordering in Verbal order with readback mode Communicated by: Tonya M Garrelts, RN
Ordering user: Tonya M Garrelts, RN 11/06/17 0947 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: 11/06/17 0947 - 1 Occurrences
Diagnoses:
Gallstones
Order comments:
Pre-op diagnosis:
Gallstones [K80.20]

## CORE MEASURES - Other Orders

**Low Risk VTE [121560469]**

Electronically signed by: **Steven L Wilhite, MD on 11/02/17 1151** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/02/17 1151 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/06/17 0625 - 1 Occurrences Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]
Questions:
Reason for no VTE prophylaxis at admission? Low risk VTE: prophlaxis not required Comment - ambulating same day

## Point of Care Testing-Docked Device - Other Orders

**POCT Glucose - CBG [121569910]**

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1045** Status: **Cancel Held**
Ordering user: Steven L Wilhite, MD 11/06/17 1045 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/06/17 1043 - 1 Occurrences
Canceled by: Automatic Discharge Provider 11/06/17 1538
Order comments:
All patients, day of surgery

**POCT Glucose - CBG SQ insulin [121569911]**

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1045** Status: **Cancel Held**
Ordering user: Steven L Wilhite, MD 11/06/17 1045 Ordering provider: Steven L Wilhite, MD

## Point of Care Testing-Docked Device - Other Orders (continued)

**POCT Glucose - CBG SQ insulin [121569911] (continued)**

Authorized by: Steven L Wilhite, MD
Frequency: Q2H 11/06/17 1200 - Until Specified
Canceled by: Automatic Discharge Provider 11/06/17 1538
Order comments:
Every 2 hours, any patient receiving SQ insulin

**POCT Glucose - CBG [121569913]**

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1045** Status: **Cancel Held**
Ordering user: Steven L Wilhite, MD 11/06/17 1045 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 11/06/17 1043 - 1 Occurrences
Canceled by: Automatic Discharge Provider 11/06/17 1538
Order comments:
All patients, day of surgery

**POCT Glucose - CBG SQ insulin [121569914]**

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1045** Status: **Cancel Held**
Ordering user: Steven L Wilhite, MD 11/06/17 1045 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Q2H 11/06/17 1200 - Until Specified
Canceled by: Automatic Discharge Provider 11/06/17 1538
Order comments:
Every 2 hours, any patient receiving SQ insulin

**POCT Glucose - CBG SQ insulin/CBG > 150 mg/dL [121560569]**

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Q2H PRN 11/06/17 1031 - Until Specified Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Order comments:
Every 2 hours, any patient receiving SQ insulin or admit CBG >150

**POCT Glucose - Insulin Infusion [121560570]**

Electronically signed by: **Briana N Amosson, MD on 11/06/17 0802** Status: **Discontinued**
Ordering user: Briana N Amosson, MD 11/06/17 0802 Ordering provider: Briana N Amosson, MD
Authorized by: Briana N Amosson, MD
Frequency: Q1H PRN 11/06/17 1031 - Until Specified Released by: Amy M Mack, RN 11/06/17 1031
Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Order comments:
Every hour for any patient receiving IV or subcutaneous insulin infusion

**POCT Glucose [121560538]**

Electronically signed by: **Background, Telcorresultsin on 11/06/17 0715** Status: **Completed**
Ordering user: Background, Telcorresultsin 11/06/17 0715 Authorized by: Steven L Wilhite, MD
Frequency: Once 11/06/17 0716 - 1 Occurrences

## Point of Care Testing-Docked Device - Other Orders (continued)

### POCT Glucose - Insulin infusion [121560440]

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401** Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Q1H PRN 11/06/17 0624 - Until Specified Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]
Order comments:
Every hour for any patient receiving IV or subcutaneous insulin infusion

### POCT Glucose [121560429]

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401** Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Once 11/06/17 0625 - 1 Occurrences Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]
Order comments:
All diabetics or greater than age 18

### POCT Glucose - CBG Pre-op Admit [121560438]

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401** Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Once 11/06/17 0625 - 1 Occurrences Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]
Order comments:
All diabetic patients or greater than age 18, pre-op, day of surgery

### POCT Glucose - CBG SQ Insulin/CBG > 150 mg/dL [121560439]

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401** Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Q2H PRN 11/06/17 0624 - Until Specified Released by: Andrea S Jueal, RN 11/06/17 0624
Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]
Order comments:
Every 2 hours, any patient receiving SQ insulin or admit CBG >150

## Diet - Other Orders

### Diet NPO [121569901]

Electronically signed by: **Steven L Wilhite, MD on 11/06/17 1045** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/06/17 1045 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Effective Now 11/06/17 1145 - Until Specified Diet: General
Released by: Gina L Coddington, RN 11/06/17 1144 Discontinued by: Automatic Discharge Provider 11/06/17 1538 [Patient Discharge]
Questions:
Type NPO

### Diet NPO; Meds [121560457]

## Diet - Other Orders (continued)

### Diet NPO: Meds [121560457] (continued)

Electronically signed by: **Steven L Wilhite, MD on 11/02/17 1151** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 11/02/17 1151 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Effective Midnight 11/07/17 - Until Specified Diet: General
Released by: Andrea S Jueal, RN 11/06/17 0624 Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]

Questions:
Type NPO
Except Meds

### Diet NPO: Meds [121165887]

Electronically signed by: **Barry J Perlman, MD on 10/30/17 1401** Status: **Discontinued**
Ordering user: Barry J Perlman, MD 10/30/17 1401 Ordering provider: Barry J Perlman, MD
Authorized by: Barry J Perlman, MD
Frequency: Effective Now 11/06/17 0625 - Until Specified Diet: General
Released by: Andrea S Jueal, RN 11/06/17 0624 Discontinued by: Automatic Transfer Provider 11/06/17 1031 [Patient Transfer]

Questions:
Type NPO
Except Meds

### Encounter-Level Documents:

Telemetry - Scan on 11/6/2017 5:33 AM (below)