**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

Encounter-Level Documents: (continued)

Telemetry Strips

DATE/TIME



DATE/TIME

COMMENT

DATE/TIME

COMMENT

DATE/TIME

COMMENT

DATE/TIME

COMMENT

DATE/TIME

COMMENT

Patient Identification
/ Cummins, Michael M
17/M DOS:11/06/17:HOPSUR
ATTPROV: Steven L Wilhite, Md
MRN:01614423 R/B /
CSN:355950272

780 (10/10/14)
PeaceHealth Sacred Heart Medical Center
**EKG RHYTHM STRIPS**
1 of 1



EXHIBIT
3, part 6

Encounter-Level Documents: (continued)



**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

Consents/Legal - Scan on 11/6/2017 5:33 AM (below)

PeaceHealth
Sacred Heart Medical Center
**Consent to Procedures and Other Treatments** Consent

1. Name of procedure(s) (no abbreviations): laparoscopy cholecystectomy with grams possible open
Physician Name (first and last): Steven Wilhite will perform the procedure(s). Other physicians or qualified medical practitioners, including health professionals-in-training under the supervision of licensed professional faculty, may perform important parts of the surgery in accordance with his/her qualifications and scope of practice.
2. I recognize that during the course of the procedure(s) unforeseen conditions may necessitate additional or different procedures than those above. I authorize my physician, and other practitioners to perform such other procedures as are, in their judgment, necessary and appropriate. I acknowledge that no warranty or guarantee was made to me as to result or cure.
3. I consent to the administration of such anesthetics/sedation considered necessary or advisable. I understand that all anesthetics/sedation involve risks and the possibility of complications, serious injury and death.
4. The transfusion of blood or blood products may be required during or after the procedure(s). My physician has described to me the risks and benefits and possible complications of blood transfusions. These risks include, but are not limited to, systemic reactions, transmission of diseases, and other unusual reactions. The alternative(s) to transfusion, including the risks of not receiving this therapy, have been explained to me. I have received a copy of the pamphlet, "Information for Patient Who May Require Blood Transfusion". Patient Initials
☒ I consent to receive blood products as deemed necessary and appropriate by the physician. (initials)
☐ I am refusing blood products and have completed form 745R, Refusal to Permit Blood Transfusion. ________
5. MY PHYSICIAN HAS EXPLAINED TO ME IN A WAY THAT I UNDERSTAND:
   a) The procedure or treatment described above.
   b) The potential benefits, risks and side effects of the procedure or treatment.
   c) The reasonable alternatives to the procedure or treatment.
   d) The relevant risks, benefits and side effects related to the alternative procedures or methods of treatment, including the alternative of no treatment at all.

I consent to the treatment or procedure described above. I had the opportunity to ask questions and all of my questions about the procedure(s), risks and alternatives were answered to my satisfaction.

(signature) — Patient or Person Authorized to Sign for Patient | Self — Relationship | 10/23/17 — Date | 1:23 — Time

If patient signs with an "x", caregiver to co-sign / EHR User ID / Date / Time | If patient signs with an "x", caregiver to co-sign / EHR User ID / Date/Time

**If patient is unable or person authorized to sign is unavailable**
Emergency Surgery/Procedure? ☐ Yes (MD's proceed with two signatures) ☐ No (ethics consult required before proceeding)

MD Signature | EHR User ID | Date | Time | 2nd MD Signature | EHR User ID | Date | Time

Signature of Ethics Consult Team Representative (for non-emergency surgery/procedures) | EHR User ID | Date | Time

**SIGN IF APPROPRIATE**

I have been told and I understand that I should not drive postoperatively and/or under sedation. I realize that I am responsible for arranging transportation upon discharge.

(signature) — Patient or Person Authorized to Sign for Patient | Self — Relationship | 10/23/17 — Date | 1:13 — Time

Interpreter service and/or special accommodations provided? ☐ YES ☐ No, Not Needed

[illegible]

Patient Identification
Cummins, Michael M
DOB: 47/M DOS:11/06/17 HOPSUR
ATTPROV: Steven L Wilhite, MD
MRN:01614423 M/B /
CSN:355950272

745 (08/31/15)
PeaceHealth Sacred Heart Medical Center
PeaceHealth Medical Group
**Consent to Operations, Procedures and Other Treatments**
1 of 3

## Quick Reference Guide
*(Site Marking/Final Verification "Time-Out")*

**Site-marking Guide:**

1. **Site-marking must be performed for any procedure that involves a specific side, multiple structures or levels.** Sites involving both sides (bilateral sites), and laparoscopic sites, which involve a side must be marked. (For example, if the patient is to undergo a left bronchoscopy, the left side should be marked on the patient's anterior surface over the left lung).
2. Exceptions to site-marking include:
   - Single organ cases (e.g. cardiac surgery, etc.)
   - Bilateral identical procedures (e.g. bilateral salpingo-oophorectomy, bilateral tubal interruptions, postpartum ligation, etc.)
   - Mid-line incisions, which is inclusive of mid-line sternotomies and Caesarean Sections.
   - Interventional cases for which the catheter/instrument insertion site is not predetermined (e.g. cardiac catheterization)
   - Teeth (indicate the operative/procedural tooth name on the informed consent an on the radiographs or dental diagram)
   - Premature infants (for whom the mark may cause a permanent tattoo)
   - Procedures done through or immediately adjacent to a natural body orifice. REMEMBER this does not apply to those cases where entry is gained through a natural body orifice but still involves a side for the site (e.g. a right ureteral stent insertion).
   - Cases in which the individual doing the procedure is in continuous attendance with the patient. Continuous attendance means that the individual performing the procedure will be physically present with the patient from the time of the decision to do the procedure and consent, through to the conduct of the procedure. (For example, an emergency department physician assesses a patient and determines the need for immediate placement of a chest tube. If the chest tube is placed immediately without the physician performing the procedure leaving the room, then site marking can be omitted.)
   - Cases in which marking the site would be impossible.
3. **Even if a site-marking exception is met, the final verification ("time-out") of patient, procedure, and procedure site(s) still applies.**
4. **Site marking is to be done <u>by the individual performing the procedure</u> or a designee, a credentialed surgical assistant (e.g. a surgeon, PA or RNFA) in the following manner:**
   - Site marking must take place with the patient involved, awake and aware, if possible.
   - Sites must be marked prior to the patient entering the procedure area (e.g. prior to entering the OR). If the procedure is completed in the patient's room the site must be marked before the beginning of the procedure.
   - Sites will be marked, using "yes" or with the initials of the person doing the marking within the procedural field. The mark must be seen after draping, if applicable.
   - The mark must be made using an indelible marker.

---

**Final Verification ("Time-Out") of Patient, Procedure, and Procedure Site(s) Process Reference:**

- Conducted immediately before starting the procedure
- Conducted in the location where the procedure will be done
- The entire team involved in the procedure must be present
- A designated team member (the Circulating Nurse in Surgery) must verify aloud the following:
  - **Patient Identity (using patient's name and date of birth)**
  - **Procedure to be performed**
  - **Site(s) of procedure**
  - **Side or level of procedure, if applicable**

  *The above information can be located on the consent, and the consent may be read aloud.*
  - **Correct patient position**
  - **Correct equipment and/or special requirements are readily available**
- The team must verbalize agreement that all the elements of the final verification are correct.
- If the person performing the procedure is the only person involved in the procedure, the above final verification ("time-out") process should be conducted, however it is not necessary to engage others in this process if they would not otherwise be involved in the procedure.

**If there are any discrepancies, any member of the procedural team is authorized to stop the procedure from starting.** If that occurs, the individual performing the procedure must confirm the procedural site(s) and procedure by reviewing the patient's chart, x-ray films (if applicable), and the physician's notes. If a discrepancy still remains, the procedure must be canceled until verification is possible.

The designated team member who verbally conducted the final verification ("time-out") will document that the final verification ("time-out") was completed and correct. This will be documented on the operative record and if no operative record is being completed, the checklist on the patient's informed consent, for the procedure, will be completed.

| Patient Identification | 745 (08/31/15)<br>PeaceHealth Sacred Heart Medical Center<br>PeaceHealth Medical Group<br>**Consent to Operations, Procedures and Other Treatments**<br>2 of 3 |
|---|---|

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

Prog & Orders - Scan on 11/4/2017 1:52 PM (below)

09/27/2017 20:23 FAX 5412227545 Anesthesia Chart Room 0005/0008

09/27/2017 15:44 5417412163 MCKENZIE SX PAGE 01/04

☒ SSU
☐ INPATIENT

# PRE-OP ADMISSION ORDERS

Chart Recovery
FAX 541-222-7548

PATIENT NAME: Cummins, Michael DOB:

DATE OF PROCEDURE: 11-6-17

ALLERGIES:
☐ Based upon discussion with patient and review of medical history, patient's penicillin allergy is minor and/or has tolerated cephalosporins in the past. Dispense antibiotics as written.

NURSE'S SIGNATURE:

PRIMARY CARE PHYSICIAN: Knowllen

ADMITTING DIAGNOSIS: Gallstones ICD-10 K8020

PROCEDURES/TREATMENT: Laparoscopic Cholecystectomy Open if required CPT 47563

☐ Pre-OP Testing (Orders faxed directly to Anesthesia Clinic)

LAB: ☐ NO LAB

| | | | |
|---|---|---|---|
| ☐ CBC | ☐ K+ | ☐ Type & Hold ____ | # units |
| ☐ Hemogram/Platelets | ☐ PT | ☐ Type & Cross ____ | # units |
| ☐ Comprehensive Metabolic Panel | ☐ PTT | ☐ Autologous ____ | # units |
| | ☐ Bleeding Time | ☐ Urine Profile | |
| ☐ Basic Metabolic Panel | ☐ PSA | ☐ Other: ____ | |
| | ☐ Serum HCG | | |

RAD: ☐ Chest X-ray (ICD-9 code: ) ☐ Other: ____
EKG: ☐ Pre-Op EKG (ICD-9 code: )
RESPIRATORY CARE: ☐ ____
PREP: ____
DIET: ☐ Anesthesia Guidelines ☒ NPO
I.V.: ☐ Per Anesthesia ☐ Unit Start ____
Pre-Op Nausea: ☐ Adult Medical Nausea and Vomiting Protocol (SH0669)

DVT PROPHYLAXIS:
SCDs: ☒ Calf high ☐ Thigh high ☐ Contraindicated ☐ Heparin 5000 units sub-q

PRE-OP Medications:
☐ Cefazolin 1gm IV
☒ Cefazolin 2gm IV (if over 80 kg)
☐ Clindamycin 600mg IV
☐ Gentamicin 2mg/kg
☐ P.O. ____ Height: 5' 11 Weight: 300
☐ I.V. ____

MEDICAL CONSULT BY: ____

☐ Other materials/correspondence accompanying work up (please attach)
☐ EKG ☐ CXR ☐ Lab
Other: ____

SACRED HEART MEDICAL CENTER at RiverBend

LIP Signature: [signature] 3:41 pm
Date/Time 27 Sept 2017
Steven L. Wilhite, M.D. * McKenzie Surgical Group, I

Cummins, Michael M
DOB :47/M DOS:11/06/17:NOPSUR
ATTPHDV: Steven L Wilhite, Md
MRN:01614423 R/B:/
CSN:355950272

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

09/27/2017 20:23 FAX 5412227545 Anesthesia Chart Room 0008/0005

09/27/2017 15:44 5417412163 MCKENZIE SX PAGE 02/04

## ANESTHESIA CLINIC/PRE-ADMISSION TESTING (PAT) ORDER SHEET

Phone 541-222-7541 or 541-222-7542; Fax 541-222-7545
For Anesthesia Clinic, please *FAX* this form to the number above.

Patient: Cummings, Michael DOB: 7-30-17
Diagnosis: Gallstones Physician: STEVEN L WILHITE, M.D.

Procedure (Same as Consent will read; no abbreviations. A stamp with the full procedure name is acceptable.):

Laparoscopic Cholecystectomy
Ope if require

☐ Prior Authorization obtained: # Admit Date:
Indicate admission type: (MUST choose one) Procedure Date: 11-6-17
☐ Inpatient: Preferred Location: (If inpatient, 7th Floor Please) Procedure Time: 7:30 Am
☒ Ambulatory-Outpatient Surgery (May stay overnight, expected discharge within 24 hrs if Ambulatory, or 48 hrs if Observation status) Check-in Time: 5:30 Am

**Minimal Testing per Pre-Op Anesthesia guidelines unless otherwise specified.**

| | | | |
|---|---|---|---|
| ☐ CBC | ☐ PT | ☐ EKG | ☐ Type and Screen Autologous ____ units |
| ☐ Hemogram | ☐ PTT | ☐ UA w micro | ☐ Type & Cross ____ units |
| ☐ Basic Evaluation Panel | ☐ Sed Rate | ☐ Urine Culture | ☐ Chest Xray: CPT: ____ |
| ☐ CMP | ☐ CA-125 | ☐ Serum HCG | ☐ Vitamin D, 25 Hydroxy |
| ☐ C-Reactive Protein | ☐ CA-19-9 | ☐ CA-15-3 | |
| ☐ Other: | | | |

**Surgery Anticoagulation Considerations:**

Patient take ☐ Coumadin ☐ Plavix
Why: ____ Does he/she need to be bridged? ☐ Yes ☒ No
Date to be bridged: ____

**Anesthesia Considerations:**

☐ Epidural for Post-op pain management

| | | | | | |
|---|---|---|---|---|---|
| Anesthesia Preference: | ☒ General | ☐ Spinal | ☐ Epidural | ☐ MAC | |
| Regional Block: | ☐ ISB | ☐ Femoral | ☐ Popliteal | ☐ Bier | ☐ Ankle |
| Position: ☐ Supine | ☐ Prone | ☐ Sitting | ☐ Lithotomy | ☐ Other: | |
| Other: | | | | | |

Physician Signature: [signature] EMR# 1707 Date/Time: 27/Sept/2017 3:41 pm

Patient Identification 553 (03/31/09)

Sacred Heart Medical Center
**Anesthesia Clinic/Pre-Admission Testing Orders**
1 of 1

Cummins, Michael M
DOB: 47/M DOS:11/06/17 HOPSUR
ATTPhy: Steven L Wilhite, Md
MRN:01614423 R/B:/
CSN:355950272

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

Anesthesia - Scan on 11/2/2017 9:07 AM (below)

PeaceHealth Sacred Heart Medical Center

## Anesthesia Pre-Admission Health History

**PLEASE - No scented products**
Out of courtesy for those with sensitivities we ask that you please refrain from use of perfume or cologne while at the clinic

| | |
|---|---|
| NAME Mike M Cummins | |
| TODAY'S DATE 10-30-17 | SURGERY DATE 11-6-17 |
| AGE 47 | DATE OF BIRTH |
| HEIGHT 5'10" | WEIGHT 305 |

Please list the Doctors that you currently see:
Primary Care: DR David Knowlton
Cardiologist: (Heart Dr.)
Pulmonologist: (Lung Dr.)
Kidney Dr:
Other Drs:

If you have had heart testing, when and where were the most recent? Aug 2017
☒ EKG ☐ ECHO ☐ Stress Test

If you have had pulmonary (lung) testing, when and where was the most recent?

ALLERGIES: (include reaction)
☐ Latex ☐ Contrast Dye
☐ Foods
☐ Iodine ☐ Injected ☐ On skin
☐ Tape/Adhesives, type

PLEASE LIST ANY KNOWN ALLERGIES TO MEDICATIONS
metronidazole
generic flagyl

Have you traveled or lived outside the United States in the past 30 days?
☐ Yes, Where? ☒ No
Taken any antibiotics in the past 24 hours? ☐ Yes ☒ No
Been hospitalized anywhere in the last 14 days? ☐ Yes ☒ No
Have you ever been diagnosed with:
MRSA VRE C-diff Tuberculosis
☐ Pregnant? ☐ Breastfeeding?
Fever, diarrhea, draining wound? ☐ Yes ☒ No
Scabies or lice? ☐ Yes ☒ No
Flu shot this season? ☒ Yes ☐ No
Hard of hearing/aids ☐ left ☐ right
Visual defects ☐ Glasses ☐ Contacts
☒ Dentures ☐ Upper ☐ Lower ☐ Partial

Cummins Michael M
DOB: :47/M DOS:11/06/17:HOPSUR
ATTPROV: Steven L Wilhite, Md
MRN:01614423 R/B:/
CSN:355950272

Preferred method of learning: ☒ Written ☒ Visual ☒ Demonstration
Trouble swallowing? ☐ Yes ☒ No
Special diet? Assistive devices?
Check any of the following that you need help with:
☐ Total care ☐ Bathing ☐ Bed mobility
☐ Grooming ☐ Dressing ☐ Toileting
☐ Drinking ☐ Transfer/Walking ☐ Eating
☐ Any problem with anesthesia, (either you or a family member?)
☐ Malignant Hyperthermia ☐ Difficult Airway
☐ Pseudocholinesterase Deficiency (Succinylcholine)
☐ Other: (Please explain)

**Surgeries - Include childhood surgeries and Anesthesia type (local, general, spinal) if known**

| Year | Surgery |
|---|---|
| 2016 | Knee torn miniscus |
| 2004 | Parnital cyst Removed |
| | |
| | |
| | |
| | |
| | |
| | |

**NEUROLOGICAL**
☐ Stroke ☐ TIA (mini stroke) ☐ Muscular/Myotonic Dystrophy
☐ Seizures - Last occurrence:
☐ Neuromuscular Disease
☐ Alzheimer's ☐ Dementia ☐ Restless Legs ☐ Parkinson's
☐ Frequent Headaches ☒ Migraines
☒ Numbness or tingling of the: ☒ Hands ☒ Arms ☐ Feet
☐ Other

**MUSCLES/BONES/JOINTS**
☐ Osteoarthritis ☐ Rheumatoid Arthritis ☐ Osteoporosis
☐ TMJ ☐ Limited Neck Mobility
☐ Pain ☒ Leg (R)/L ☐ Arm R/L ☐ Neck
☒ Knee (R)/L ☐ Hand R/L ☒ Back
☐ Fibromyalgia ☒ Chronic Pain Right knee / Lower back
☐ Other

**Please complete other side →**

Anesthesia Forms

Page 1 of 2 21804 (04/14/2016)

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1200981831

---

**RESPIRATORY**

☐ COPD ☐ Asthma ☐ Pneumonia ☐ Respiratory Infections
☐ TB ☐ Shortness of Breath ☐ Difficulty Breathing
☐ Sleep Apnea (diagnosed by a doctor) ☐ Use CPAP ☐ Use BiPAP
☒ Other Smoker

**HEART HISTORY**

☐ CHF (Congestive Heart Failure)
☐ Angina ☐ Chest Pain ☐ Coronary Artery Disease
☐ Heart Attack When: ______
☐ Arrhythmias (irregular heart beat)
☐ A-Fib ☐ Other: ______
☐ Valve Disease ☐ Murmur
Procedures done and date:
☐ Ablation ______ ☐ Cardioversion ______
☐ Balloon ______ ☐ Stent ______
☐ Pacemaker / Defibrillator ______ ☐ Angio ______
☒ Hypertension (High Blood Pressure) ☐ Peripheral Vascular Disease
☐ Blood Clots: Where: ______
☐ Other: ______

**GI HISTORY**

☐ Bowel disease ______ ☐ Ostomy
☐ Liver disease ______
☐ Ulcer / Varices / GI Bleed ☐ Cirrhosis
☐ Reflux ☐ Hiatal Hernia ☐ Hepatitis A, B, C
☐ Other ______

**GENITOURINARY HISTORY**

☐ Kidney Disease ☒ Kidney Stones ☐ Bladder Stones
☐ Kidney/Bladder Infection ☐ Yes ☐ No
☐ Bladder catheter in place ☐ Yes ☐ No
☐ Endometriosis ☐ Yes ☐ No
☐ Polycystic Ovarian Syndrome (PCOS) ☐ Yes ☐ No

**DIALYSIS**

☐ Hemodialysis: What days? M T W Th F
☐ Peritoneal Dialysis ______
☐ Where is your access site ______
☐ Dialysis Center Location ______

**MISCELLANEOUS**

☐ Cancer: When: ______ ☐ Type: ______
Treatment: ☐ Surgery ☐ Chemo ☐ Radiation
☐ Blood Problems (anemia, bleeding, infections)

Have you had a blood transfusion in the last 3 months?
☐ Yes ☒ No
I would accept blood/blood products if deemed necessary
☒ Yes ☐ No

Cummins, Michael M
DOB: :47/M DOS:11/06/17:HOPSUR
ATTPROV: Steven L Wilhite, Md
MRN:01614423 R/B:/
CSN:355950272

☐ Thyroid disorder
☐ Low (Hypo) Medication: ______
☐ High (Hyper) Medication: ______
☐ Diabetes: ☐ Insulin ☐ Insulin Pump ☐ Meds ☐ Diet
☐ Eye, Ear, Nose, Throat Problems: ______
☒ Skin Problems
Any open areas on your skin? ☐ Yes ☐ No

**PSYCHIATRIC DISORDERS**

☒ Depression ☐ Bipolar ☒ Panic Attacks ☒ Anxiety
☐ Bulimia ☐ Anorexia ☐ PTSD

**Are there any other medical problems not listed above?**

______

Tobacco Use ☒ Smoke ☐ Chew ☐ Pipe/Cigar ☐ E-Cigarett
Current Use: 1 pack (packs)/cans per day
Previous Use: ______ packs/cans per day
30+ years smoked ______ quit date
Caffeine: 2 cans cups/(canes per day)
Alcohol: how often ☐ Daily ☐ Occasional ☐ Rarely
How much Ø
Drug use: Type: Ø How much/often: ______
Last Used: ______
Have you ever been diagnosed with sleep apnea? ☐ Yes ☒ No
Do you snore loudly? ☒ Yes ☐ No
Do you often feel tired during the day? ☒ Yes ☐ No
Have you been observed to stop breathing during sleep? ☐ Yes ☒ No
Do you take medications for high blood pressure? ☒ Yes ☐ No

Who is your primary support person? Charmein S Bishop
Who will be coordinating your discharge plan? Charmaine J Bishop
Where are you currently living: ☒ Home ☐ Other: ______
Who do you live with? Charmaine J Bishop
Where do you plan to go after leaving the hospital? home
Will you have assistance after your surgery/procedure? ☒ Yes ☐ No
Do you have any concerns about your discharge? ☐ Yes ☒ No

**Do you have any of the following:**

☐ Prosthetics/Implants ☐ Spinal pain pump ☐ Port-a-Cath
☐ Nerve Stimulator ☐ Picc line ☐ Feeding tube
☐ Other ______

[signature] 10/31/2017
Patient Signature Date

Page 2 of 2 31864 (03/2016)

PeaceHealth

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Enc. Date: 01/05/18

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 1/5/2018 9:21 AM | Essa M Gandy, MA | Rbmc Preop Clinic | RBMC |

## Call Documentation

**Essa M Gandy, MA at 1/5/2018 9:22 AM**
Status: Signed

Imtcb for phone interview

Signed by Essa M Gandy, MA on 1/5/2018 9:22 AM

## Conversation

(Oldest Message First)

**Essa M Gandy, MA** 1/5/18 9:22 AM

Note
Imtcb for phone interview

This encounter is not signed. The conversation may still be ongoing.

## Care Advice Given

No Care Advice given for this encounter.

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M

**Cummins,Michael M**
**1/5/2018 Prep for Case**
MRN: **01614423**

Department: **Rbmc Surgery Svcs**
Encounter #: **382865337**

Description: **Male DOB:**
Provider: **Steven L Wilhite, MD**

## Notes

### H&P Notes

No notes of this type exist for this encounter.

### Progress Notes

No notes of this type exist for this encounter.

### Pt Instruction Notes

No notes of this type exist for this encounter.

### Care Advice Given

No Care Advice given for this encounter.

## Result Summary

### All Results

No results found

## Medications - Clinical Orders

### ceFAZolin (ANCEF) in D5W IVPB 2 g [121600084]

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 01/05/18 0941
Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 01/05/18 1015 - 1 Occurrences
Discontinued by: Thomas M Nevin, RN 01/08/18 1118
Questions:
Reason for Therapy: prophylaxis for a procedure

## Other Orders

### Place as hospital outpatient surgery

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 01/05/18 0941 - 1 Occurrences
Questions:
Patient Class Hospital Outpatient Surgery

### Full code

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Continuous 01/05/18 0941 - Until Specified Code status: Full Code

### Respect floor code status

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 01/05/18 0941 - 1 Occurrences

### NCS Adult and PED Peri-Anesthesia Pre-Op Day of Surgery

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Until Discontinued 01/05/18 0941 - Until Specified

### Diet per anesthesia, otherwise NPO

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Until Discontinued 01/05/18 0941 - Until Specified

### Diet NPO; Meds

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Effective Midnight 01/06/18 0001 - Until Specified Diet: General

Questions:
Type NPO
Except Meds

### Clip hair per guidelines

Status: **Cancel Held**

This order may be acted on in another encounter.

Other Orders (continued)

Clip hair per guidelines (continued)

Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 01/05/18 0941 - 1 Occurrences

Skin prep per hospital standards

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 01/05/18 0941 - 1 Occurrences
Order comments:
Gently cleanse operative site and surrounding area with Chlorhexidine per hospital standards, if not contraindicated.

Maintain Normothermia

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Until Discontinued 01/05/18 0941 - Until Specified
Order comments:
Maintain temperature greater than 36 degrees C during pre-operative phase

Obtain PT/INR on all patients on warfarin if not ordered.

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 01/05/18 0941 - 1 Occurrences
Order comments:
Obtain PT/INR on all patients on warfarin if not ordered.

Providone-Iodine solution 5%

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 01/05/18 0941 - 1 Occurrences
Questions:
Supply Providone-Iodine solution 5%
Order comments:
Administer nasal antiseptic if patient is MRSA positive or scheduled to receive implants

Initiate Pre-Operative Vancomycin when criteria met for MRSA Screening Protocol

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Continuous 01/05/18 0941 - Until Specified

Low Risk VTE

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD

## Other Orders (continued)

### Low Risk VTE (continued)

Authorized by: Steven L Wilhite, MD
Frequency: Once 01/05/18 0941 - 1 Occurrences
Questions:
Reason for no VTE prophylaxis at admission? Low risk VTE: prophlaxis not required Comment - ambulating same day as procedure

### Medications at End of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 1 MG tablet**<br>Sig - Route: Take 1 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **docusate sodium (COLACE) 100 MG capsule**<br>Sig - Route: Take 1 capsule (100 mg total) by mouth Twice a day - Oral<br>Class: Print | 100 capsule | 1 | 1/8/2018 | |
| **hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **lisinopril (PRINIVIL,ZESTRIL) 40 MG tablet**<br>Sig - Route: Take 40 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet** (Expired)<br>Sig - Route: Take 1 tablet (5 mg total) by mouth every 4 (four) hours as needed for Pain - Oral<br>Class: Print | 10 tablet | 0 | 1/8/2018 | 1/18/2018 |
| **propranolol (INDERAL) 40 MG tablet**<br>Sig - Route: Take 40 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |

### Medications this visit

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **ceFAZolin (ANCEF) in D5W IVPB 2 g**<br>Sig - Route: Inject 100 mLs (2 g total) into the vein once - IV | 2 g | Once | 1/8/2018 | 1/8/2018 |
| **propranolol (INDERAL) tablet 40 mg**<br>Sig - Route: Take 1 tablet (40 mg total) by mouth once - Oral | 40 mg | Once | 1/8/2018 | 1/8/2018 |
| **benzocaine-menthol (CEPACOL) 15-3.6 mg per lozenge 1 lozenge** (Discontinued)<br>Sig - Route: Take 1 lozenge by mouth as needed for Cough or Sore throat - Oral<br>Reason for Discontinue: **Patient Discharge** | 1 lozenge | As Needed | 1/8/2018 | 1/8/2018 |
| **bupivacaine-EPINEPHrine 0.25 %-1:200,000 injection** (Discontinued)<br>Sig: as needed | | As Needed | 1/8/2018 | 1/8/2018 |

Medications this visit (continued)

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| Reason for Discontinue: **Patient Discharge** | | | | |
| **dextrose 10% bolus 50-200 mL** (Discontinued) | 50-200 mL | Every 15 Minutes PRN | 1/8/2018 | 1/8/2018 |
| Sig - Route: Inject 50-200 mLs into the vein every 15 (fifteen) minutes as needed for Low blood sugar (For hypoglycemia, administer D50W or D10W.) - IV | | | | |
| Reason for Discontinue: **Patient Transfer** | | | | |
| **dextrose 10% bolus 50-200 mL** (Discontinued) | 50-200 mL | Every 15 Minutes PRN | 1/8/2018 | 1/8/2018 |
| Sig - Route: Inject 50-200 mLs into the vein every 15 (fifteen) minutes as needed for Low blood sugar (For hypoglycemia, administer D50W or D10W.) - IV | | | | |
| Reason for Discontinue: **Patient Transfer** | | | | |
| **dextrose 50 % in water (D50W) syringe 6-50 mL** (Discontinued) | 6-50 mL | Every 15 Minutes PRN | 1/8/2018 | 1/8/2018 |
| Sig - Route: Inject 6-50 mLs into the vein every 15 (fifteen) minutes as needed for Low blood sugar (For hypoglycemia, administer D50W or D10W.) - IV | | | | |
| Reason for Discontinue: **Patient Transfer** | | | | |
| **dextrose 50 % in water (D50W) syringe 6-50 mL** (Discontinued) | 6-50 mL | Every 15 Minutes PRN | 1/8/2018 | 1/8/2018 |
| Sig - Route: Inject 6-50 mLs into the vein every 15 (fifteen) minutes as needed for Low blood sugar (For hypoglycemia, administer D50W or D10W.) - IV | | | | |
| Reason for Discontinue: **Patient Transfer** | | | | |
| **diphenhydrAMINE (BENADRYL) injection 12.5 mg** (Discontinued) | 12.5 mg | Every 6 Hours PRN | 1/8/2018 | 1/8/2018 |
| Sig - Route: Inject 0.25 mLs (12.5 mg total) into the vein every 6 (six) hours as needed (nausea, EPS, or other dystonic reaction) - IV | | | | |
| Reason for Discontinue: **Patient Transfer** | | | | |
| **fentaNYL (SUBLIMAZE) injection 25-50 mcg** (Discontinued) | 25-50 mcg | Every 5 Minutes PRN | 1/8/2018 | 1/8/2018 |
| Sig - Route: Inject 0.5-1 mLs (25-50 mcg total) into the vein every 5 (five) minutes as needed for Moderate Pain (Pain Scale 4-6) or Severe Pain (Pain Scale 7-10) (Use 25 mcg for mild-moderate pain (pain score 1-6), and 50 mcg for severe pain (pain scale 7-10)) - IV | | | | |
| Reason for Discontinue: **Patient Transfer** | | | | |
| **fentaNYL (SUBLIMAZE) injection 50 mcg** (Discontinued) | 50 mcg | See Admin Instructions | 1/8/2018 | 1/8/2018 |
| Sig - Route: Inject 1 mL (50 mcg total) into the vein see administration instructions - IV | | | | |
| Reason for Discontinue: **Patient Transfer** | | | | |
| **HYDROmorphone (DILAUDID) injection 0.3-0.5 mg** (Discontinued) | 0.3-0.5 mg | Every 15 Minutes PRN | 1/8/2018 | 1/8/2018 |
| Sig - Route: Inject 0.3-0.5 mg into the vein every 15 (fifteen) minutes as needed for Moderate Pain (Pain Scale 4-6) or Severe Pain (Pain Scale 7-10) (for post-operative pain) - IV | | | | |
| Reason for Discontinue: **Patient Transfer** | | | | |
| **insulin lispro medium dose adult subcutaneous corrective** (Discontinued) | 0-9 Units | As Needed | 1/8/2018 | 1/8/2018 |
| Sig - Route: Inject 0-0.09 mLs (0-9 Units total) into the skin as needed for High Blood Sugar - Subcutaneous | | | | |
| Reason for Discontinue: **Patient Transfer** | | | | |

Medications this visit (continued)

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **lactated Ringers (LR) continuous infusion** (Discontinued)<br>Sig - Route: Inject into the vein continuous - IV<br>Reason for Discontinue: **Patient Discharge** | | Continuous | 1/8/2018 | 1/8/2018 |
| **lidocaine (PF) (XYLOCAINE-MPF) 10 mg/mL (1 %) injection 1 mL** (Discontinued)<br>Sig - Route: 1 mL by Infiltration route once as needed for Other (prior to IV insertion) - Infiltration<br>Reason for Discontinue: **Patient Transfer** | 1 mL | Once As Needed | 1/8/2018 | 1/8/2018 |
| **midazolam (VERSED) injection 1 mg** (Discontinued)<br>Sig - Route: Inject 1 mg into the vein see administration instructions - IV<br>Reason for Discontinue: **Patient Transfer** | 1 mg | See Admin Instructions | 1/8/2018 | 1/8/2018 |
| **naloxone (NARCAN) injection 0.04 mg** (Discontinued)<br>Sig - Route: Inject 0.1 mLs (0.04 mg total) into the vein as needed for Opioid Reversal - IV<br>Reason for Discontinue: **Patient Transfer** | 0.04 mg | As Needed | 1/8/2018 | 1/8/2018 |
| **naloxone (NARCAN) injection 0.04 mg** (Discontinued)<br>Sig - Route: Inject 0.1 mLs (0.04 mg total) into the vein as needed for Opioid Reversal - IV<br>Reason for Discontinue: **Patient Transfer** | 0.04 mg | As Needed | 1/8/2018 | 1/8/2018 |
| **naloxone (NARCAN) injection 0.1 mg** (Discontinued)<br>Sig - Route: Inject 0.25 mLs (0.1 mg total) into the vein as needed (Over Sedation) - IV<br>Reason for Discontinue: **Patient Discharge** | 0.1 mg | As Needed | 1/8/2018 | 1/8/2018 |
| **ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (4 mg total) by mouth every 8 (eight) hours as needed for Nausea or Vomiting - Oral<br>Reason for Discontinue: **Patient Discharge** | 4 mg | Every 8 Hours PRN | 1/8/2018 | 1/8/2018 |
| **ondansetron PF (ZOFRAN) 4 mg/2 mL injection 4 mg** (Discontinued)<br>Sig - Route: Inject 2 mLs (4 mg total) into the vein every 8 (eight) hours as needed for Nausea or Vomiting - IV<br>Reason for Discontinue: **Patient Discharge** | 4 mg | Every 8 Hours PRN | 1/8/2018 | 1/8/2018 |
| **oxyCODONE (ROXICODONE) immediate release tablet 5-15 mg** (Discontinued)<br>Sig - Route: Take 1-3 tablets (5-15 mg total) by mouth every 3 (three) hours as needed for Moderate Pain (Pain Scale 4-6) or Severe Pain (Pain Scale 7-10) (MODERATE - SEVERE PAIN (4-10) FIRST CHOICE) - Oral<br>Reason for Discontinue: **Patient Discharge** | 5-15 mg | Every 3 Hours PRN | 1/8/2018 | 1/8/2018 |
| **prochlorperazine (COMPAZINE) injection 5 mg** (Discontinued)<br>Sig - Route: Inject 1 mL (5 mg total) into the vein every 6 (six) hours as needed for Nausea or Vomiting - IV<br>Reason for Discontinue: **Patient Discharge** | 5 mg | Every 6 Hours PRN | 1/8/2018 | 1/8/2018 |
| **prochlorperazine (COMPAZINE) tablet 5 mg** (Discontinued) | 5 mg | Every 6 Hours PRN | 1/8/2018 | 1/8/2018 |

## Medications this visit (continued)

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 1 tablet (5 mg total) by mouth every 6 (six) hours as needed for Nausea or Vomiting - Oral<br>Reason for Discontinue: **Patient Discharge** | | | | |
| **scopolamine (TRANSDERM-SCOP) 1 mg over 3 days 1.5 mg** (Discontinued)<br>Sig - Route: Place 1 patch (1.5 mg total) onto the skin every third day - Transdermal<br>Reason for Discontinue: **Patient Transfer** | 1 patch | Every 72 Hours | 1/8/2018 | 1/8/2018 |
| **sodium chloride (NS) 0.9 % flush 3-10 mL** (Discontinued)<br>Sig - Route: Inject 3-10 mLs into the vein as needed for Line Care - IV<br>Reason for Discontinue: **Patient Discharge** | 3-10 mL | As Needed | 1/8/2018 | 1/8/2018 |
| **thrombin (bovine) (THROMBIN-JMI) solution** (Discontinued)<br>Sig: as needed<br>Reason for Discontinue: **Patient Discharge** | | As Needed | 1/8/2018 | 1/8/2018 |

# PeaceHealth Facesheet

## Riverbend Medical Center

3333 RIVERBEND DR SPRINGFIELD, OR 97477

| | |
|---|---|
| Patient Name: | CUMMINS,MICHAEL M |
| Admission Date/Time: | 1/8/2018 0958 |
| Discharge Date/Time: | 1/8/2018 1712 |
| MRN: | 01614423 |
| CSN: | 382581283 |
| Guarantor: | CUMMINS,MICHAEL M |

## ENCOUNTER

| | | | |
|---|---|---|---|
| Patient Class: | HOPSUR | Unit: | RBMC OR |
| Hospital Service: | Surgery | Room/Bed: | OR /OR |
| Admitting Provider: | Steven L Wilhite, Md | Referring Physician: | Wilhite, Steven L |
| Attending Provider: | | | |
| Admission Diagnosis: | Fissure, anal [K60.2] | | |

## PATIENT

| | | | |
|---|---|---|---|
| Name: | CUMMINS,MICHAEL M | DOB: | (47 yrs) |
| Address: | | Sex: | Male |
| City, State ZIP: | | Ethnicity / Race: | Not Hispanic Or Latino / White |
| Primary Phone: | | Religion: | No Preference |
| Work Phone: | | Email: | No e-mail address on record |
| Mobile Phone: | | | |

**PRIMARY CARE PROVIDER**

| | | | |
|---|---|---|---|
| Primary Care Provider: | David A Knowlton, MD | Primary Care Provider Phone: | 541-344-8225 |

**EMPLOYER**

| | | | |
|---|---|---|---|
| Employer: | UNEMPLOYED | Status: | Not Employed |

**EMERGENCY CONTACT**

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work Phone | Mobile Phone |
|---|---|---|---|---|---|
| 1. Bishop,Charmaine | | Other | | | |
| 2. *No Contact Specified* | | | | | |

## GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor: | CUMMINS,MICHAEL M | DOB: | |
| Address: | | Sex: | Male |
| Relation to Patient: | Self | Home Phone: | |
| Guarantor ID: | 885662 | Work Phone: | |

**GUARANTOR EMPLOYER**

| | | | |
|---|---|---|---|
| Employer: | UNEMPLOYED | Status: | NOT EMPLO* |

## COVERAGE

**PRIMARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | MEDICAID OREGON | Plan: | DMAP BMH OHP PLUS |
| Group Number: | | Insurance Type: | INDEMNITY |
| Subscriber Name: | CUMMINS,MICHAEL M | Subscriber DOB: | |
| Subscriber ID: | PB800K7J | Copay: | $0.00 |
| Pat. Rel. to Subscriber: | SELF | Remaining # of Visits: | 1 |

**SECONDARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | | Plan: | |
| Group Number: | | Insurance Type: | MANAGED CARE |
| Subscriber Name: | | Subscriber DOB: | |
| Subscriber ID: | | | |
| Pat. Rel. to Subscriber: | | | |

**TERTIARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | | Plan: | |
| Group Number: | | Insurance Type: | |
| Subscriber Name: | | Subscriber DOB: | |

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201076444

Subscriber ID:
Pat. Rel. to Subscriber:

382581283

FS

## Admission Information - Patient Record Only

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 01/08/2018 0958 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Home Or Workplace | Admit Category: | |
| Means of Arrival: | | Primary Service: | Surgery | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | PEACEHEALTH SERVICE AREA | Unit: | Sacred Heart at RiverBend OR |
| Admit Provider: | Steven L Wilhite, MD | Attending Provider: | Steven L Wilhite, MD | Referring Provider: | Steven L Wilhite, MD |

## Discharge Information - Patient Record Only

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 01/08/2018 1712 | Home Or Self Care | None | None | Sacred Heart at RiverBend OR |

## Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| K60.3 [Principal] | Anal fistula | | | | |
| K62.6 | Ulcer of anus and rectum | | | | |
| K64.4 | Residual hemorrhoidal skin tags | | | | |
| K64.0 | First degree hemorrhoids | | | | |
| K62.4 | Stenosis of anus and rectum | | | | |
| I10 | Essential (primary) hypertension | | | | |
| F17.200 | Nicotine dependence, unspecified, uncomplicated | | | | |

## Events

| Date/Time | Event | Pt Class | Unit | Room/Bed | Service |
|---|---|---|---|---|---|
| 01/08/18 0958 | Admission | Hospital Outpatient Surgery | RBMC OR | OR/OR | Surgery |
| 01/08/18 1118 | Patient Update | Hospital Outpatient Surgery | RBMC OR | OR/OR | Surgery |
| 01/08/18 1321 | Surgery | Hospital Outpatient Surgery | RBMC OR | RBMC OR 04 | General |
| 01/08/18 1712 | Discharge | Hospital Outpatient Surgery | RBMC OR | OR/OR | Surgery |

## Document List

Admission on 1/8/2018 with Steven L Wilhite, MD

| Type of Document | Status | Date Received | Received By | Description |
|---|---|---|---|---|
| IMM-A (Admit) | Not Received | | | |

Document List (continued)

IMT (Tricare) Not Received

## Discharge Summaries

Discharge Summaries

No notes of this type exist for this encounter.

## Consultations

## Procedure/Operative Reports

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201076444

Procedure Notes

Op Note signed by Steven L Wilhite, MD at 1/9/2018 9:58 AM

Author: Steven L Wilhite, MD Service: Surgery Author Type: Physician
Filed: 1/9/2018 9:58 AM Date of Service: 1/8/2018 12:00 AM Status: Signed
Editor: Steven L Wilhite, MD (Physician)

CUMMINS, MICHAEL M
01614423
DOB:

OPERATIVE NOTE

SURGEON: Steven Wilhite, MD

PREOPERATIVE DIAGNOSIS: Probable fissure with internal, external hemorrhoids.

POSTOPERATIVE DIAGNOSIS: Internal ulcer with a short fistula.

PROCEDURES PERFORMED:
1. Excision of a fistula and excision of ulcer and reapproximation of the mucosa.
2. Internal sphincterotomy.
3. Excision of small external hemorrhoid.

This patient presents with marked pain with bowel movements and preoperative evaluation suggested he had a fissure or ulcer. Because it was so painful, he could not be really examined well. He is being taken to the operating room for examination and treatment as findings dictate.

FINDINGS: Approximately a 1 cm diameter ulcer in the anterior position. Also, had a bridge and a short fistula.

He has a first-degree prolapse with large external hemorrhoids and internal hemorrhoids. Also, a very tight internal sphincter.

DESCRIPTION OF PROCEDURE: Patient was taken to the operating room, placed in supine position, given a general anesthetic with an endotracheal tube. He was then placed in jackknife position. A formal timeout was carried out. He was prepped and draped.

Speculum was inserted and the problems noted, namely:
1. Anterior ulcer.
2. Short fistula.

Procedure Notes (continued)

Op Note signed by Steven L Wilhite, MD at 1/9/2018 9:58 AM (continued)

3. Tight internal sphincter and multiple large external hemorrhoids.

The speculum was inserted, and the fistula and the ulcer were excised. The mucosa was then reapproximated with running 3-0 chromic.

Incision was made, at this point, where we excised a smaller external hemorrhoid and undermined the mucosa and then divided at the 9 o'clock position, jackknifed the internal sphincter. This greatly loosened up the anus. The original stricture would admit really only 2 fingers, possibly 3, but not 3 totally. Once sphincterotomy was done and the external hemorrhoid excised, wound was then closed with running 3-0 chromic.

Area was infiltrated with about 30 mL of 0.25% Marcaine and epinephrine.

____ and Gelfoam were then put into the rectum. Wound was dressed. Estimated blood loss was minimal. Sponge and needle count correct. Patient tolerated the procedure well.

Dictated by: Steven L Wilhite MD

SLW:us101731
eScription document:49-9204483
D: 01/08/2018 14:54:12
T: 01/08/2018 15:27:25

cc: David Knowlton MD
[SW1.1]

Electronically signed by Steven L Wilhite, MD on 1/9/2018 9:58 AM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | SW1.1 | 1/9/2018 9:58 AM | Steven L Wilhite, MD | Physician | Sign |

## History & Physicals

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201076444

## History & Physical

Interval H&P Note by Steven L Wilhite, MD at 1/8/2018 1:04 PM

Author: Steven L Wilhite, MD Service: Surgery Author Type: Physician
Filed: 1/8/2018 1:04 PM Date of Service: 1/8/2018 1:04 PM Status: Signed
Editor: Steven L Wilhite, MD (Physician)

H&P reviewed. The patient was examined and there are no changes to the H&P.[SW1.1]

Electronically signed by Steven L Wilhite, MD at 1/8/2018 1:04 PM

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > SW1.1 | 1/8/2018 1:04 PM | Steven L Wilhite, MD | Physician | Sign |

Source Note

Author: Steven L Wilhite, MD Service: Surgery Author Type: Physician
Filed: 1/5/2018 8:40 AM Date of Service: 1/8/2018 12:00 AM Status: Signed
Editor: Steven L Wilhite, MD (Physician)

CUMMINS, MICHAEL M
01614423
DOB:

ADMISSION HISTORY AND PHYSICAL

REFERRING PHYSICIAN: Dr David Knowlton

CHIEF COMPLAINT: Painful bleeding, bowel movements.

HISTORY OF PRESENT ILLNESS: The patient has probably a fissure and also has external and internal hemorrhoids. He is being taken to the operating room for evaluation and then further treatment as indicated. It is anticipated that the minimum he will be possible excision of the fissure and internal sphincterotomy. Depending upon findings, we will determine whether hemorrhoids are removed as well. It is also likely that they will be done at a later date depending upon findings.

He has been having difficulty with bowel movements and gets a great deal of spasm and pain when passing his stool. This has been going on for a number of years, but the pain is becoming increasingly worse.

We will evaluate and treat depending on findings. We need to have him in the jackknife position for optimal evaluation.

CURRENT MEDICATIONS: As listed by Dr David Knowlton, his primary care physician.

History & Physical (continued)

Interval H&P Note by Steven L Wilhite, MD at 1/8/2018 1:04 PM (continued)

1. Controlled substance agreement 08/31/2017.
2. Lisinopril 40 mg tablet once a day.
3. Propranolol hydrochlorothiazide 40 mg tablet once to twice a day.
4. Alprazolam 1 mg tablet orally 2 times a day.
5. Hydrochlorothiazide 25 mg tablet once a day.
6. Sulfamethoxazole trimethoprim 80 mg/160 mg tablet 1 orally 2 times a day.
7. Triamcinolone topical 0.1% cream applied topically 3 times a day.

PAST MEDICAL HISTORY: Includes nephrolithiasis, hypertension, and hit on the head with a pipe in the 1990s which took a while to recover from, anxiety, gallstones, colonoscopy in 2015 with hyperplastic polyp.

PAST SURGICAL HISTORY: Pilonidal cyst 2004. Colonoscopy 2 polyps 2015, torn meniscus, right knee 2016, cholecystectomy 11/06/2017.

FAMILY HISTORY: Father is alive at 67 years, has hypertension and diabetes type 2. Truck driver osteoarthritis, knee replacement. Mother deceased at age 61 with hypertension, osteoarthritis, diabetes type 2, unknown cause of death. Other problems in the family include migraine headaches. Maternal grandfather died at age 84. Paternal grandmother age 92. Maternal grandfather age 74, paternal grandmother age 74. One sibling in good health with GERD.

ALLERGIES: INCLUDE FLAGYL, WHICH CAUSES HIM TO SWELL AND ? ANAPHYLACTIC TYPE REACTION. MORPHINE UPSETS HIS STOMACH.

According to patient he is no longer taking Sulfamethoxazole trimethoprim.

ACTIVE PROBLEM LIST: As noted by his PCP: Benign essential hypertension, morbid obesity, migraine headaches, anxiety, hypertension benign, erectile dysfunction, diverticulosis of the large intestine and colon polyps, periodic headaches and headache syndrome, primary osteoarthritis involving multiple joints, psoriasis.

PHYSICAL EXAMINATION:
General: He is accompanied by his wife.
Vital signs: He is 5 feet 11 inches tall, weighs 300 pounds. Blood pressure is 126/86, pulse is 59, temperature is 97.9.
HEENT: Clear.
Neck: No nodes or masses.
Chest: Clear to auscultation.

History & Physical (continued)

Interval H&P Note by Steven L Wilhite, MD at 1/8/2018 1:04 PM (continued)

Heart: Regular rhythm without murmur.
Abdomen: Remarkably obese with healing wounds from his previous laparoscopic cholecystectomy. No masses, no tenderness.
Extremities: No edema.

On anoscopy he has multiple external hemorrhoids and insertion of the trumpet is extremely painful, making evaluation difficult. With the insertion of the finger he is very tender, again, making assessment difficult. However, my experience is that when they are this painful they almost 100% of the time have a fissure.

PLAN: Will be evaluated under anesthesia in the jackknife position and we anticipate finding an ulcer or fissure. This will require internal sphincterotomy. Depending upon findings may or may not excise his hemorrhoids.

Procedure, alternatives, risks have been discussed with the patient, including the possibility of incontinence. All questions answered. The patient accepts and desires for me to proceed.

Dictated by: Steven L Wilhite MD

SLW:us9065
eScription document:49-9194811
D: 12/20/2017 11:41:35
T: 12/20/2017 13:24:28

History & Physical (continued)

Interval H&P Note by Steven L Wilhite, MD at 1/8/2018 1:04 PM (continued)

cc: David Knowlton MD
[SW1.1]

Electronically signed by Steven L Wilhite, MD at 1/5/2018 8:40 AM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | SW1.1 | 1/5/2018 8:40 AM | Steven L Wilhite, MD | Physician | Sign |

H&P signed by Steven L Wilhite, MD at 1/5/2018 8:40 AM

Author: Steven L Wilhite, MD   Service: Surgery   Author Type: Physician
Filed: 1/5/2018 8:40 AM   Date of Service: 1/8/2018 12:00 AM   Status: Signed
Editor: Steven L Wilhite, MD (Physician)

CUMMINS, MICHAEL M
01614423
DOB:

ADMISSION HISTORY AND PHYSICAL

REFERRING PHYSICIAN: Dr David Knowlton

CHIEF COMPLAINT: Painful bleeding, bowel movements.

HISTORY OF PRESENT ILLNESS: The patient has probably a fissure and also has external and internal hemorrhoids. He is being taken to the operating room for evaluation and then further treatment as indicated. It is anticipated that the minimum he will be possible excision of the fissure and internal sphincterotomy. Depending upon findings, we will determine whether hemorrhoids are removed as well. It is also likely that they will be done at a later date depending upon findings.

He has been having difficulty with bowel movements and gets a great deal of spasm and pain when passing his stool. This has been going on for a number of years, but the pain is becoming increasingly worse.

We will evaluate and treat depending on findings. We need to have him in the jackknife position for optimal evaluation.

CURRENT MEDICATIONS: As listed by Dr David Knowlton, his primary care physician.
1. Controlled substance agreement 08/31/2017.
2. Lisinopril 40 mg tablet once a day.
3. Propranolol hydrochlorothiazide 40 mg tablet once to twice a day.

History & Physical (continued)

H&P signed by Steven L Wilhite, MD at 1/5/2018 8:40 AM (continued)

4. Alprazolam 1 mg tablet orally 2 times a day.
5. Hydrochlorothiazide 25 mg tablet once a day.
6. Sulfamethoxazole trimethoprim 80 mg/160 mg tablet 1 orally 2 times a day.
7. Triamcinolone topical 0.1% cream applied topically 3 times a day.

PAST MEDICAL HISTORY: Includes nephrolithiasis, hypertension, and hit on the head with a pipe in the 1990s which took a while to recover from, anxiety, gallstones, colonoscopy in 2015 with hyperplastic polyp.

PAST SURGICAL HISTORY: Pilonidal cyst 2004. Colonoscopy 2 polyps 2015, torn meniscus, right knee 2016, cholecystectomy 11/06/2017.

FAMILY HISTORY: Father is alive at 67 years, has hypertension and diabetes type 2. Truck driver osteoarthritis, knee replacement. Mother deceased at age 61 with hypertension, osteoarthritis, diabetes type 2, unknown cause of death. Other problems in the family include migraine headaches. Maternal grandfather died at age 84. Paternal grandmother age 92. Maternal grandfather age 74, paternal grandmother age 74. One sibling in good health with GERD.

ALLERGIES: INCLUDE FLAGYL, WHICH CAUSES HIM TO SWELL AND ? ANAPHYLACTIC TYPE REACTION. MORPHINE UPSETS HIS STOMACH.

According to patient he is no longer taking Sulfamethoxazole trimethoprim.

ACTIVE PROBLEM LIST: As noted by his PCP: Benign essential hypertension, morbid obesity, migraine headaches, anxiety, hypertension benign, erectile dysfunction, diverticulosis of the large intestine and colon polyps, periodic headaches and headache syndrome, primary osteoarthritis involving multiple joints, psoriasis.

PHYSICAL EXAMINATION:
General: He is accompanied by his wife.
Vital signs: He is 5 feet 11 inches tall, weighs 300 pounds. Blood pressure is 126/86, pulse is 59, temperature is 97.9.
HEENT: Clear.
Neck: No nodes or masses.
Chest: Clear to auscultation.
Heart: Regular rhythm without murmur.
Abdomen: Remarkably obese with healing wounds from his previous laparoscopic cholecystectomy. No masses, no tenderness.

History & Physical (continued)

H&P signed by Steven L Wilhite, MD at 1/5/2018 8:40 AM (continued)

Extremities: No edema.

On anoscopy he has multiple external hemorrhoids and insertion of the trumpet is extremely painful, making evaluation difficult. With the insertion of the finger he is very tender, again, making assessment difficult. However, my experience is that when they are this painful they almost 100% of the time have a fissure.

PLAN: Will be evaluated under anesthesia in the jackknife position and we anticipate finding an ulcer or fissure. This will require internal sphincterotomy. Depending upon findings may or may not excise his hemorrhoids.

Procedure, alternatives, risks have been discussed with the patient, including the possibility of incontinence. All questions answered. The patient accepts and desires for me to proceed.

Dictated by: Steven L Wilhite MD

SLW:us9065
eScription document:49-9194811
D: 12/20/2017 11:41:35
T: 12/20/2017 13:24:28

cc: David Knowlton MD
[SW1.1]

Electronically signed by Steven L Wilhite, MD at 1/5/2018 8:40 AM

History & Physical (continued)

H&P signed by Steven L Wilhite, MD at 1/5/2018 8:40 AM (continued)

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | SW1.1 | 1/5/2018 8:40 AM | Steven L Wilhite, MD | Physician | Sign |

## Emergency Department Records

ED Records

ED Arrival Information

**Patient not seen in ED**

## Additional Encounter Notes

Brief Op Note - Additional Notes

Brief Op Note by Steven L Wilhite, MD at 1/8/2018 3:03 PM

Author: Steven L Wilhite, MD Service: Surgery Author Type: Physician
Filed: 1/8/2018 3:13 PM Date of Service: 1/8/2018 3:03 PM Status: Signed
Editor: Steven L Wilhite, MD (Physician)

**Surgery Brief Op Note**

Michael M Cummins
MRN: 01614423

**Date of Procedure:** 1/8/2018

**Pre-Op Diagnosis:** Fissure, anal [K60.2]
Hemorrhoids, thrombosed [K64.5]

**Post-Op Diagnosis:**
* Fissure, anal [K60.2]
* Hemorrhoids, thrombosed [K64.5]

Procedure(s):
EVALUATE POSSIBLE HEMORRHOIDECTOMY, REPAIR AS FINDINGD DICTATE, SPHINCTEROTOMY, POSSIBLE FISSURECTOMY Excised short anal fistula, excised 1cm anal ulcer, excised 1 external hemerroid, and internal sphyncterotomy

**Surgeon:** Steven L Wilhite, MD

**Co-Surgeon:** None

**Assistant in OR:** None

Brief Op Note - Additional Notes (continued)

Brief Op Note by Steven L Wilhite, MD at 1/8/2018 3:03 PM (continued)

**Anesthesia Type:** General

**EBL:** 0

Intraprocedure I/O Totals

lactated Ringers (LR) continuous infusion
Volume (mL) 1100 mL

**Specimens Removed:** * No specimens in log *

**Findings:** large 1 cm anterior ulcer

**Complications:** None

**Implants/Grafts:** * No implants in log *

**Drains:**

No lines, drains, or airways are recorded for this episode.

**OR Disposition is stable to PACU without incident**

Steven L Wilhite, MD[SW1.1]

Electronically signed by Steven L Wilhite, MD at 1/8/2018 3:13 PM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | SW1.1 | 1/8/2018 3:13 PM | Steven L Wilhite, MD | Physician | Sign |

## Surgery Documentation

## Surgery Documentation

General Information

Date: 1/8/2018
Location: RBMC OR
Patient class: Hospital Outpatient Surgery
Time: 1145
Room: OR 04
Case classification:
Status: Posted
Service: General

Nursing Notes

OR Nursing by Michele J Penlakoff, RN at 1/8/2018 5:06 PM Version 1 of 1

## Nursing Notes (continued)

OR Nursing by Michele J Peniakoff, RN at 1/8/2018 5:06 PM (continued) Version 1 of 1

Author: Michele J Peniakoff, RN Service: (none) Author Type: Registered Nurse
Filed: 1/8/2018 5:07 PM Date of Service: 1/8/2018 5:06 PM Status: Signed
Editor: Michele J Peniakoff, RN (Registered Nurse)

Up, steady, sitzbath, peri bottle, donut given. Instructions reviewed with S.O.. Eager to go home.[MP1.1]

Electronically signed by Michele J Peniakoff, RN on 1/8/2018 5:07 PM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | MP1.1 | 1/8/2018 5:07 PM | Michele J Peniakoff, RN | Registered Nurse | Sign |

## Diagnosis Information

Diagnoses

**Fissure, anal**
**Hemorrhoids, thrombosed**

## Case Tracking Events

| Event | Time In |
|---|---|
| **In Facility** | 0958 |
| **Decision Time (OB)** | |
| **Epidural to C-section** | |
| **In Pre-Procedure** | 1037 |
| **CNA Admit Complete** | |
| **Physician Available** | |
| **Anesthesia Available** | |
| **Ready for Family Pre-procedure** | |
| **Pre-Procedure Nursing Care Complete** | 1224 |
| **Anesthesia Start** | 1320 |
| **Setup Complete** | 1258 |
| **In Room** | 1321 |
| **Procedure Start** | 1359 |
| **Procedure Closing** | 1425 |
| **Procedure Finish** | 1442 |
| **Out of Room** | 1457 |
| **In PACU** | 1501 |
| **Anesthesia Finish** | 1509 |
| **PACU Care Complete** | 1620 |
| **Out of PACU** | 1644 |
| **Return to PACU** | |
| **Out of PACU (2nd Time)** | |
| **In Phase II** | 1646 |
| **Ready for Family Post Procedure** | |
| **Phase II Care Complete** | 1707 |
| **Out of Phase II** | 1712 |
| **Return to Phase II** | |

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201076444

**Case Tracking Events (continued)**

| Event | Time In |
|---|---|
| **Out of Phase II (2nd Time)** | |
| **Procedural Care Complete** | 1712 |
| **Send for Patient** | |
| **Preop Block Start** | |
| **Preop Block End** | |
| **Patient Sent for** | |
| **Mod Sedation Start** | |
| **Mod Sedation End** | |

**Event Tracking**

Panel 1

| Event | Start Time |
|---|---|
| **Incision Start** | |
| **Incision Close** | |

Procedure : Excised short anal fistula, excised 1cm anal ulcer, excised 1 external hemorrhoid, and internal sphyncterotomy.

| Event | Start Time |
|---|---|
| **Procedure Start** | 1321 |
| **Procedure End** | 1457 |

Procedure : SPHINCTEROTOMY

| Event | Start Time |
|---|---|
| **Procedure Start** | |
| **Procedure End** | |

Procedure : FISTULECTOMY ANAL/RECTAL

| Event | Start Time |
|---|---|
| **Procedure Start** | |
| **Procedure End** | |

**Panel Information**

Panel 1

| Surgeon | Role | Service |
|---|---|---|
| **Steven L Wilhite, MD** | Primary | General |

**Panel Information (continued)**

Procedure: Excised short anal fistula, excised 1cm anal ulcer, excised 1 external hemorrhoid, and internal sphyncterotomy.

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region |
|---|---|---|---|---|
| N/A | Dirty or Infected | Deep and Superficial Layers | Anesthesia No Exact Choice | Rectum |

**Excised short anal fistula, excised 1cm anal ulcer, excised 1 external hemorrhoid, and internal sphyncterotomy. (N/A) - Position 1**

| | | | | | |
|---|---|---|---|---|---|
| Body: | **Prone** TABLE BERCHTOLD, GEL CHEST BOLSTER | Left Arm: | **Flexed** ARMBOARD | Right Arm: | **Flexed** ARMBOARD |
| Head: | **Aligned** Foam prone face head holder | Left Leg: | **Flexed Slightly** PILLOW | Right Leg: | **Flexed Slightly** PILLOW |
| Positioned by: | **Devorah J Bianchi, RN** **Richard G Finkelstein, MD** | | | Comments: | |

Procedure: SPHINCTEROTOMY

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region |
|---|---|---|---|---|
| N/A | | | | Rectum |

**SPHINCTEROTOMY (N/A) - Position 1**

| | | | | | |
|---|---|---|---|---|---|
| Body: | **Prone** TABLE BERCHTOLD, GEL CHEST BOLSTER | Left Arm: | **Flexed** ARMBOARD | Right Arm: | **Flexed** ARMBOARD |
| Head: | **Aligned** Foam prone face head holder | Left Leg: | **Flexed Slightly** PILLOW | Right Leg: | **Flexed Slightly** PILLOW |

Procedure: FISTULECTOMY ANAL/RECTAL

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region |
|---|---|---|---|---|
| N/A | | | | Rectum |

**FISTULECTOMY ANAL/RECTAL (N/A) - Position 1**

| | | | | | |
|---|---|---|---|---|---|
| Body: | **Prone** TABLE BERCHTOLD, GEL CHEST BOLSTER | Left Arm: | **Flexed** ARMBOARD | Right Arm: | **Flexed** ARMBOARD |
| Head: | **Aligned** Foam prone face head holder | Left Leg: | **Flexed Slightly** PILLOW | Right Leg: | **Flexed Slightly** PILLOW |

**Staff Info**

| Staff Type | Staff Member | Start | End | OT |
|---|---|---|---|---|
| Circulator | **Devorah J Bianchi, RN** | 1321 | | |
| Scrub | **Alexander J Rodenbeck, CST** | 1321 | | |

**Questionnaire Data**

None

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201076444

## Patient Preparation

| Area | Laterality | Scrub | Paint | Hair Removal |
|---|---|---|---|---|
| **Rectum** | N/A | Betadine Solution | | |

### Skin Condition

| Skin Site | Condition |
|---|---|
| Grounding | **Warm, Dry, Intact** |
| Operative | **Moist, Warm** |

## Equipment

| Equipment Type | Equipment | Start | End |
|---|---|---|---|
| ESU<br>11552 | | | |
| SCD<br>39265 | | | |
| Forced Air Warmer<br>37654 managed by acp | | | |

## Electro Surgery Units

| ESU Type | ESU | Blend Setting | Mode | Pad Loc | Laterality | Coag Set | Cut Set | Applied By |
|---|---|---|---|---|---|---|---|---|
| ESU<br>11552 | | MonoPolar Blend 3 | Mono polar | Back | Left | 40 | 40 | |

## Warming Devices

| Device Type | Device | Setting | Area | Laterality | Temp | Applied By |
|---|---|---|---|---|---|---|
| Forced Air Warmer<br>37654 managed by acp | | High | Upper body | Bilateral | | |

## Sequential Compression Devices

| SCD Type | SCD | Area | Laterality | Pressure | Left Pulse | Right Pulse | Applied By |
|---|---|---|---|---|---|---|---|
| SCD<br>39265 | | Lower Leg | Bilateral | | | | |

## Instruments

| Instrument Type | Instrument | Start | End |
|---|---|---|---|
| BASIN MINOR | | | |
| INST MINOR | | | |
| INST PP CURETTE BONE MED<br>U-Pick | | | |
| INST PP DILATOR GROOVED<br>If you can't find call for Peds minor pan | | | |
| INST PP PROBE LACRIMAL<br>U-Pick (set of 3) | | | |
| INST PP RETR GELPI<br>U-Pick | | | |
| INST RECTAL | | | |
| INST SIGMOIDOSCOPY STERILE | | | |

## Post-op Skin Information

### Post-op Skin Information (continued)

| Skin Site | Condition |
|---|---|
| Operative | **Approximated, Warm, Moist** |

### PNDS Information

No outcomes documented

Diagnoses

No diagnosis documented

### Case Completion Information

| Incision Site | Laterality | Dressings |
|---|---|---|
| **Rectum** | N/A | |

Dressings: ABD,gelfoam , mesh underwear

### Case Completion - Additional Information

Pre-op diagnosis

Fissure, anal [K60.2]
Hemorrhoids, thrombosed [K64.5]

Post-op diagnosis

None

### Log Verified By

| | | |
|---|---|---|
| **Thomas M Nevin, RN** | 1/8/2018 | 1224 |
| **Devorah J Bianchi, RN** | 1/8/2018 | 1508 |
| **Devorah J Bianchi, RN** | 1/8/2018 | 1617 |
| **Elizabeth A Tritz, RN** | 1/8/2018 | 1654 |
| **Michele J Peniakoff, RN** | 1/8/2018 | 1713 |

### Implants

No implant documentation for this case.

### Pre-op Nurse

Pre-op nurse:

### Recovery Nurse

Post-op nurses: **Nicole Moffatt, RN**
**Elizabeth A Tritz, RN**

### Phase II Nurse

Phase II nurse:

### Timeouts

Devorah J Bianchi, RN

Timeout Details

Timeout type Pre-Verification

Procedures

Panel 1: EVALUATE POSSIBLE HEMORRHOIDECTOMY, REPAIR AS FINDINGD DICTATE, SPHINCTEROTOMY, POSSIBLE FISSURECTOMY with Steven L Wilhite, MD

Timeout Questions

Correct site? Yes
Implants present? Yes
H&P note completed? Yes
Consents verified? Yes
Radiology studies available? N/A

**Timeouts (continued)**

Relevant lab results available? Yes
Allergies reviewed? Yes
Are there adequate fluids available to replenish high blood loss? Yes

Staff Present

| | |
|---|---|
| Staff | Devorah J Bianchi, RN |

Verification History

| Staff | Performed | Verified |
|---|---|---|
| Devorah J Bianchi, RN | | Mon Jan 8, 2018 1331 |

Devorah J Bianchi, RN

Timeout Details

| | |
|---|---|
| Timeout type | Briefing |

Procedures

Panel 1: EVALUATE POSSIBLE HEMORRHOIDECTOMY, REPAIR AS FINDINGD DICTATE, SPHINCTEROTOMY, POSSIBLE FISSURECTOMY with Steven L Wilhite, MD

Timeout Questions

Correct patient? Yes
Correct procedure? Yes
Site marked? N/A
Allergies reviewed? Yes
Is documentation verified? Yes
Have all team members been introduced? Yes
Has the surgeon reviewed the critical steps? Yes

Staff Present

| | |
|---|---|
| Staff | Devorah J Bianchi, RN, Alexander J Rodenbeck, CST |

Verification History

| Staff | Performed | Verified |
|---|---|---|
| Devorah J Bianchi, RN | | Mon Jan 8, 2018 1331 |

Devorah J Bianchi, RN

Timeout Details

| | |
|---|---|
| Timeout type | Timeout |

Procedures

Panel 1: EVALUATE POSSIBLE HEMORRHOIDECTOMY, REPAIR AS FINDINGD DICTATE, SPHINCTEROTOMY, POSSIBLE FISSURECTOMY with Steven L Wilhite, MD

Timeout Questions

Correct patient? Yes
Correct position? Yes
Correct equipment? N/A
Correct procedure? Yes
Have all team members been introduced? Yes
Has the nursing team reviewed the sterility? Yes

Staff Present

| | |
|---|---|
| Surgeons | Steven L Wilhite, MD |
| Staff | Devorah J Bianchi, RN, Alexander J Rodenbeck, CST |

## Timeouts (continued)

Verification History

| Staff | Performed | Verified |
|---|---|---|
| Devorah J Bianchi, RN | | Mon Jan 8, 2018 1358 |

Devorah J Bianchi, RN

Timeout Details

| | |
|---|---|
| Timeout type | Debriefing |

Procedures

Panel 1: EVALUATE POSSIBLE HEMORRHOIDECTOMY, REPAIR AS FINDINGD DICTATE, SPHINCTEROTOMY, POSSIBLE FISSURECTOMY Excised short anal fistula, excised 1cm anal ulcer, excised 1 external hemerroid, and internal sphyncterotomy with Steven L Wilhite, MD

Timeout Questions

Are counts correct? Yes
Have specimens been labeled? N/A

Staff Present

| | |
|---|---|
| Surgeons | Steven L Wilhite, MD |
| Staff | Devorah J Bianchi, RN |

Verification History

| Staff | Performed | Verified |
|---|---|---|
| Devorah J Bianchi, RN | | Mon Jan 8, 2018 1442 |

## Pre-op Skin Information

| Skin Site | Condition |
|---|---|
| Operative | **Moist, Warm** |
| Grounding | **Warm, Dry, Intact** |

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201076444

## Anesthesia Documentation




| | 1315 | 1330 | 1345 | 1400 | 1415 | 1430 |
|---|---|---|---|---|---|---|
| propofol (DIP... (mg) | 250 | | | | | |
| lidocaine (PF... (mg) | 100 | | | | | |
| succinylcholi... (mg) | 200 | | | | | |
| rocuronium (Z... (mg) | 2.5 | | | | | |
| ondansetron (... (mg) | | | | | 4 | |
| propo... (mcg/kg/min) | | 50 | | | 25 | 0 |
| dexamethasone... (mg) | | | 8 | | | |
| metoclopramid... (mg) | | | 10 | | | |
| ceFAZolin (ANC... (g) | 3 | | | | | |
| fentaNYL (SU... (mcg) | 100 | | | 50 | | |
| lactated Ring... (mL) | | | | | 1000 | |
| SpO2 (%) | [100] | [98] | [97] | [94] | [99] | [100] |
| FiO2 (%) (%) | [94] | [81] | [52] | [47] | [56] | [65] |
| ETCO2 (mmHg) (mmHg) | [32] | [35] | [32] | [37] | [43] | [47] |
| N2O ET (%) | [0] | [0] | [0] | [0] | [13] | [21] |
| Insp Des (%) | | [6.1] | [5.6] | [5.7] | [2.9] | [1.4] |
| End Tidal Des (%) | | [5.3] | [4.8] | [5] | [2.7] | [1.9] |
| Resp | [8] | [10] | [10] | [10] | [6] | [6] |
| Vt (observed,... (mL) | [368] | [762] | [765] | [603] | [728] | [738] |
| PEEP/CPAP (cm H20) | [0] | [3] | [3] | [3] | [3] | [3] |
| PIP Obser... (cm H2O) | [3] | [34] | [33] | [34] | [25] | [25] |
| EKG | NSR | NSR | NSR | NSR | NSR | NSR |

**Peacehealth** 1115 SE 164TH AVE VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201076444




| | | | |
|---|---|---|---|
| propofol (DIP... (mg) | | | 250 mg |
| lidocaine (PF... (mg) | | | 100 mg |
| succinylcholi... (mg) | | | 200 mg |
| rocuronium (Z... (mg) | | | 2.5 mg |
| ondansetron (... (mg) | | | 4 mg |
| propo... (mcg/kg/min) | | | 325.7 mg |
| dexamethasone... (mg) | | | 8 mg |
| metoclopramid... (mg) | | | 10 mg |
| ceFAZolin (ANC... (g) | | | 3 g |
| fentaNYL (SU... (mcg) | | | 150 mcg |
| lactated Ring... (mL) | | 100 | 1100 mL |
| SpO2 (%) | [97] | | |
| FiO2 (%) (%) | [98] | | |
| ETCO2 (mmHg) (mmHg) | [20] | | |
| N2O ET (%) | [0] | | |
| Insp Des (%) | [0] | | |
| End Tidal Des (%) | [0.5] | | |
| Resp | [15] | | |
| Vt (observed,... (mL) | [99] | | |
| PEEP/CPAP (cm H2O) | [0] | | |
| PIP Obser... (cm H2O) | [3] | | |
| EKG | NSR | / | |

**Anesthesia Information - Cummins, Michael M [01614423] Male 47 y.o.** Current as of 06/22/18 1155

| Height | Weight | BMI | ASA Status |
|---|---|---|---|
| 1.803 m (5' 11") (01/08/18) | 134.3 kg (296 lb 1.2 oz) (01/08/18) | 41.3 (01/08/18) | 3 |

Anesthesia Type
general

**Prescription Medications (As of Anesthesia Start)** Within last 14 days from 01/08/18

| | Last Taken | Last Updated |
|---|---|---|
| ALPRAZolam (XANAX) 1 MG tablet | 1/7/2018 | 01/08/18 1127 |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | 1/7/2018 | 01/08/18 1127 |
| lisinopril (PRINIVIL,ZESTRIL) 40 MG tablet | 1/7/2018 | 01/08/18 1127 |
| propranolol (INDERAL) 40 MG tablet | 1/7/2018 | 01/08/18 1127 |

**Prescription Medications (As of Anesthesia Start) (continued)** Within last 14 days from 01/08/18

**Procedure Summary**

| Date | Anesthesia Start | Anesthesia Stop | Room / Location |
|---|---|---|---|
| 01/08/18 | 1320 | 1509 | RBMC OR 04 / RBMC OR |

| Procedure | Diagnosis | Surgeon | Responsible Provider |
|---|---|---|---|
| Excised short anal fistula, excised 1cm anal ulcer, excised 1 external hemorrhoid, and internal sphyncterotomy. (N/A Rectum); SPHINCTEROTOMY (N/A Rectum); FISTULECTOMY ANAL/RECTAL (N/A Rectum) | Fissure, anal; Hemorrhoids, thrombosed (Fissure, anal [K60.2]; Hemorrhoids, thrombosed [K64.5]) | Steven L Wilhite, MD | Richard G Finkelstein, MD |

**Anesthesia Staff Information**

| Anesthesiologist | Role |
|---|---|
| **Richard G Finkelstein, MD** | Anesthesiologist |

**Preprocedure Vitals (As of Ready for Procedure)**

| | |
|---|---|
| BP: | 126/68 |
| Pulse: | 71 |
| Resp: | 16 |
| SpO2: | 95 |
| Temp: | 36.5 °C (97.7 °F) |
| Height: | 1.803 m (5' 11") (01/08/18) |
| Weight: | 134.3 kg (296 lb 1.2 oz) (01/08/18) |
| BMI: | **41.3** |
| IBW: | 75.3 kg (165 lb 14.8 oz) |

Last edited 01/08/18 1038 by MN

**Preprocedure Note**

Last edited 01/08/18 1141 by Margaret F Barnhart, MD

## ANESTHESIA PREOPERATIVE EVALUATION

**Review of Systems**

Vitals reviewed, Allergies reviewed, Medications reviewed, Medical history reviewed and Nursing notes reviewed

| | | |
|---|---|---|
| **AIRWAY- neg ROS**<br><br>**NEURO/PSYCH**<br>(+) Peripheral numbness/weakness<br>Comment: Arms and hand numbness | **MUSCULOSKELETAL**<br>(+) Back pain<br>Comment: Sciatic pain<br><br>**PULMONARY**<br>(+) Tobacco use and tobacco cessation counseling given | **GI**<br>(-) Heartburn<br><br>**RENAL/GU- neg ROS**<br><br>**ENDOCRINE**<br>Comment: MO |

Preprocedure Note (continued)

| | | |
|---|---|---|
| | **CARDIOVASCULAR**<br>Exercise Tolerance: <4 METS<br>Comment: 2/2 OA<br>HTN | **HEME- neg ROS**<br><br>**OTHER MEDICAL- neg ROS** |

**Physical Exam**

| | | |
|---|---|---|
| **AIRWAY**<br>Mallampati: II<br>TM Distance: 3 FB<br>Neck ROM: Full<br>Mouth Opening: 3 FB<br><br>**DENTAL**<br>Upper dentures and Lower dentures | | |

**Pre-op Assessment**
**ASA** 3

**Anesthesia Plan:** general
Induction: intravenous

**Alternatives, Risks and Questions Conference (PARQ)**
Specific risks discussed include but not limited to the following: respiratory events, sore throat, nausea, perioperative CV events, PARQ and pain
Questions addressed: questions answered / anesthesia plan accepted
Patient and or legal guardian understands risks, benefits, alternatives.
Patient and or legal guardian agrees to proceed.

**Perioperative Discussion**
Anesthetic plan and risks discussed with: patient

Preprocedure Note (continued)

**DOS Attestation**
**NPO Status:** Patient is NPO per guidelines

**Attestation:** Relevant medical history, including anesthesia, drug and allergy history, laboratory and test results, anesthesia plan and potential problems, ASA classification of risk, and any additional applicable information documented on this form have been reviewed. Airway and other pertinent physical findings have been reassessed as indicated. Risks, benifits and alternatives of the anesthesia plan have been discussed with the patient or their representative and all questions have been answered.

**Patient on pre-op beta blocker?** N/A

Procedure Notes

Last edited 01/08/18 1347 by Richard G Finkelstein, MD

**Intubation**

Intubation Type: Asleep Intubation
Induction Type: IV Induction
Preparation: Pre-oxygenated
Type: Routine induction
Mask Ventilation: No attempt
Adjunct Airway: none
Successful techniques: DL-Miller
Blade size: 2
Oropharyngeal view: grade I (full cords)
Difficult Airway: airway not difficult
ETT type: Standard - cuffed
Location: oral
ETT size: 8.0
Placement verified by: bilateral breath sounds and capnometry
Secured at: 25cm
Measured from: lips
Complication factors: atraumatic

Last edited 01/08/18 1457 by Richard G Finkelstein, MD

Procedure Notes (continued)

**Extubation**

Suction: Oropharynx suctioned
Consciousness: Positive protective airway reflexes
Device: ETT extubated
Extubated to: Nasal cannula
Complications: None

All Postprocedure Notes

Last edited 01/08/18 1507 by Richard G Finkelstein, MD

## ANESTHESIA POSTOPERATIVE EVALUATION

**Patient:** Michael M Cummins
Anesthesiologist: Richard G Finkelstein, MD
Procedure(s):
EVALUATE POSSIBLE HEMORRHOIDECTOMY, REPAIR AS FINDINGD DICTATE, SPHINCTEROTOMY, POSSIBLE FISSURECTOMY Excised short anal fistula, excised 1cm anal ulcer, excised 1 external hemerroid, and internal sphyncterotomy
Pre-Op Diagnosis: Fissure, anal [K60.2]
Hemorrhoids, thrombosed [K64.5]
Post-Op Diagnosis: Post-Op Diagnosis Codes:
* Fissure, anal [K60.2]
* Hemorrhoids, thrombosed [K64.5]

**Respiratory Status:** Room air

**Cardiovascular Status:** Stable

**Mental Status:** Baseline

**Pain Management:** Adequate pain relief

**Nausea/Vomiting Status:** None

**Hydration Status:** Appropriate hydration

**Anesthetic Complications:** None apparent

**Awareness:** N/A

**Regional/Neuraxial Block Status:** Not performed

All Postprocedure Notes (continued)

**Vitals:**

| | 01/08/18 1503 |
|---|---|
| BP: | (P) 95/45 |
| Pulse: | |
| Resp: | |
| Temp: | (P) 36 °C (96.8 °F) |
| SpO2: | |

Electronically signed by Richard G Finkelstein, MD at 1/8/2018 3:07 PM

## Anesthesia Notes

Anesthesia Transfer of Care Note by Richard G Finkelstein, MD at 1/8/2018 3:04 PM Version 1 of 1

Author: Richard G Finkelstein, MD Service: (none) Author Type: Physician
Filed: 1/8/2018 3:06 PM Date of Service: 1/8/2018 3:04 PM Status: Signed
Editor: Richard G Finkelstein, MD (Physician)

### ANESTHESIA TRANSFER OF CARE NOTE

**Patient:** Michael M Cummins
Procedure(s):
EVALUATE POSSIBLE HEMORRHOIDECTOMY, REPAIR AS FINDINGD DICTATE, SPHINCTEROTOMY, POSSIBLE FISSURECTOMY Excised short anal fistula, excised 1cm anal ulcer, excised 1 external hemerroid, and internal sphyncterotomy

Patient transferred in satisfactory condition to receiving unit nurse.
Report given to nurse after review of all required elements in handoff protocol checklist.
Discharge patient from PACU when PACU discharge criteria met.

**Patient Location:** PACU

**Pain Score:** 3

**Respiratory Status:** Spontaneous

**Cardiovascular Status:** Stable

**Level of Consciousness:** Stable

Anesthesia Notes (continued)

Anesthesia Transfer of Care Note by Richard G Finkelstein, MD at 1/8/2018 3:04 PM (continued) Version 1 of 1

**Complications:** None

**Controlled Substance Disposition:** Safe discard of controlled substances

**Vital Signs:**

| | 01/08/18 1503 |
|---|---|
| BP: | (P) 95/45 |
| Pulse: | |
| Resp: | |
| Temp: | (P) 36 °C (96.8 °F) |
| SpO2: | |

**Other findings:**[RF1.1]

Electronically signed by Richard G Finkelstein, MD on 1/8/2018 3:06 PM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | RF1.1 | 1/8/2018 3:06 PM | Richard G Finkelstein, MD | Physician | Sign |

Attestation Information

| Staff Name | Date | Time | Type |
|---|---|---|---|
| **Thomas M Nevin, RN** | 01/08/18 | 1224 | Pre-Op |
| **Richard G Finkelstein, MD** | 01/08/18 | 1318 | Pre-Induction Reevaluation |
| **Devorah J Bianchi, RN** | 01/08/18 | 1508 | Intra-Op |
| **Devorah J Bianchi, RN** | 01/08/18 | 1617 | Intra-Op |
| **Elizabeth A Tritz, RN** | 01/08/18 | 1654 | Phase I |
| **Michele J Peniakoff, RN** | 01/08/18 | 1713 | Phase II |

Staff 01/08/18

| Name | Role | Begin | End |
|---|---|---|---|
| Richard G Finkelstein, MD | ANESTH | 1320 | 1509 |

Events

| Date | Time | Event |
|---|---|---|
| 1/8/2018 | 1318 | Equipment Check |
| | 1320 | Start Data Collection |
| | 1320 | Anesthesia Start |

Peacehealth
1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201076444

Events (continued)

| Date | Time | Event |
|---|---|---|
| | 1324 | Induction<br>The Patient was re-evaluated immediately before moderate or deep sedation use and before anesthesia induction. |
| | 1325 | Intubation |
| | 1356 | Timeout |
| | 1359 | Incision |
| | 1425 | Incision Close |
| | 1457 | Extubation |
| | 1503 | Handoff<br>Report given to receiving provider after review of all elements in handoff protocol checklist. |
| | 1509 | Anesthesia Stop |

Medications

| | | | | | |
|---|---|---|---|---|---|
| **propofol (DIPRIVAN) injection 10 mg/mL (mg)** | **250 mg** | **Given** | **01/08/18 1324** | **Richard G Finkelstein, MD** | |
| **lidocaine (PF) 2 % injection (20 mg/ml) (mg)** | **100 mg** | **Given** | **01/08/18 1324** | **Richard G Finkelstein, MD** | |
| **succinylcholine (ANECTINE) 20 mg/mL injection (mg)** | **200 mg** | **Given** | **01/08/18 1324** | **Richard G Finkelstein, MD** | |
| **rocuronium (ZEMURON) injection 10 mg/ml (mg)** | **2.5 mg** | **Given** | **01/08/18 1324** | **Richard G Finkelstein, MD** | |
| **ondansetron (ZOFRAN) injection (mg)** | **4 mg** | **Given** | **01/08/18 1422** | **Richard G Finkelstein, MD** | |
| **propofol (DIPRIVAN) infusion 10 mg/mL (mcg/kg/min)** | **50 mcg/kg/min** | **New Bag** | **01/08/18 1342** | **Richard G Finkelstein, MD** | |
| Dosing weight: 134.3 kg | **25 mcg/kg/min** | **Rate Change** | **1422** | **Richard G Finkelstein, MD** | |
| | | **Stopped** | **1439** | **Richard G Finkelstein, MD** | |
| **dexamethasone (DECADRON) injection 4 mg/mL (mg)** | **8 mg** | **Given** | **01/08/18 1349** | **Richard G Finkelstein, MD** | |
| **metoclopramide (REGLAN) injection 5 mg/mL (mg)** | **10 mg** | **Given** | **01/08/18 1349** | **Richard G Finkelstein, MD** | |
| **ceFAZolin (ANCEF) in D5W IVPB 2 g (g)** | **3 g** | **Given** | **01/08/18 1320** | **Richard G Finkelstein, MD** | edited |
| **fentaNYL (SUBLIMAZE) injection 50 mcg (mcg)** | **100 mcg** | **Given** | **01/08/18 1324** | **Richard G Finkelstein, MD** | |
| | **50 mcg** | **Given** | **1411** | **Richard G Finkelstein, MD** | |
| **lactated Ringers (LR) continuous infusion (mL)** | **1,000 mL** | **New Bag** | **01/08/18 1418** | **Richard G Finkelstein, MD** | |
| | **100 mL** | **Anesthesia Volume Adjustment** | **1503** | **Richard G Finkelstein, MD** | |

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201076444

## Signoff Status

None

Case: 196948 Anesthesia Start Date/Time: 01/08/18 1320

Procedures: Excised short anal fistula, excised 1cm anal ulcer, excised 1 external hemorrhoid, and internal sphyncterotomy. (N/A Rectum)

SPHINCTEROTOMY (N/A Rectum)
FISTULECTOMY ANAL/RECTAL (N/A Rectum)

Anesthesia type: Anesthesia No Exact Choice
Diagnosis: Fissure, anal [K60.2]; Hemorrhoids, thrombosed [K64.5]
Pre-op diagnosis: Fissure, anal [K60.2]; Hemorrhoids, thrombosed [K64.5]
Location: RBMC OR 04 / RBMC OR
Surgeon: Steven L Wilhite, MD

## Encounter Status

Electronically Signed by: Richard G Finkelstein, MD on 1/8/18 at 3:09 PM

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201076444

## All Results

### Lab - Results

Resulted: 01/08/18 1221, Result status: Final result

**Blood Gas with Lytes, Venous [129588524] (Abnormal)**

Ordering provider: Jocelyn Park, MD 01/08/18 1139 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| pH, Venous | 7.42 | 7.32 - 7.42 | | PHLab 100 |
| pCO2, Venous | 36 | 42 - 55 mm Hg | L | PHLab 100 |
| pO2, Venous | 46 | 20 - 50 mm Hg | | PHLab 100 |
| Base Excess, Venous | -1.4 | -2.0 - 3.0 mmol/L | | PHLab 100 |
| TCO2, Venous | 24 | 23 - 27 mmol/L | | PHLab 100 |
| HCO3, Venous | 23 | 22 - 26 mmol/L | | PHLab 100 |
| O2 Saturation, Measured, Venous | 86.8 | 60.0 - 85.0 % | H | PHLab 100 |
| Sodium, WB | 140 | 135 - 145 mmol/L | | PHLab 100 |
| Potassium, WB | 3.6 | 3.5 - 5.2 mmol/L | | PHLab 100 |
| Chloride, WB | 105 | 95 - 109 mmol/L | | PHLab 100 |
| Ionized Calcium (iCa), WB | 1.18 | 1.11 - 1.30 mmol/L | | PHLab 100 |
| Hematocrit | 48 | 39 - 50 % | | PHLab 100 |
| Hemoglobin | 16.2 | 13.2 - 17.5 g/dL | | PHLab 100 |
| Glucose, WB | 98 | 70 - 99 mg/dL | | PHLab 100 |
| Lactate, WB | 1.2 | 0.5 - 2.2 mmol/L | | PHLab 100 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **100 - PHLab 100** | PEACEHEALTH LABORATORIES | Unknown | 123 International Way Springfield OR 97477 | 08/29/16 1814 - Present |

**All Meds and Administrations**

Status: Discontinued (Past End Date/Time), Reason: Patient Transfer

dextrose 50 % in water (D50W) syringe 6-50 mL [121600104]

Ordering Provider: Michael B Ostrovsky, MD
Ordered On: 01/08/18 1118
Dose (Remaining/Total): 6-50 mL (-/-)
Route: IV
Admin Instructions: Blood Glucose D50W
40 or less 50 mL
41 to 55 25 mL
56 to 70 12 mL
71 to 99 6 mL
*Flush with NS after giving D50
*Check blood glucose every 15 minutes and repeat above treatment until blood glucose greater than 100 mg/dL.

Starts/Ends: 01/08/18 1118 - 01/08/18 1431
Frequency: Every 15 Minutes PRN
Rate/Duration: - / -

(No admins scheduled or recorded for this medication)

## All Meds and Administrations (continued)

Status: Discontinued (Past End Date/Time), Reason: Patient Transfer

dextrose 10% bolus 50-200 mL [121600105]

Ordering Provider: Michael B Ostrovsky, MD
Ordered On: 01/08/18 1118
Dose (Remaining/Total): 50-200 mL (-/-)
Route: IV
Admin Instructions: Blood Glucose D10W
25 or less 200 mL
26 to 70 100 mL
71 to 99 50 mL
*Flush with NS after giving D10W infusion to reduce vein irritation.
*Check blood glucose every 15 minutes and repeat above treatment until blood glucose greater than 100 mg/dL.

Starts/Ends: 01/08/18 1118 - 01/08/18 1431
Frequency: Every 15 Minutes PRN
Rate/Duration: 200-800 mL/hr / 15 Minutes

| Question | Answer | Comment |
|---|---|---|
| Hold maintenance infusion while bolus is infusing?: | No | |

(No admins scheduled or recorded for this medication)

lidocaine (PF) (XYLOCAINE-MPF) 10 mg/mL (1 %) injection 1 mL [121600106]

Status: Discontinued (Past End Date/Time), Reason: Patient Transfer

Ordering Provider: Michael B Ostrovsky, MD
Ordered On: 01/08/18 1118
Dose (Remaining/Total): 1 mL (1/1)
Route: Infiltration

Starts/Ends: 01/08/18 1118 - 01/08/18 1431
Frequency: Once As Needed
Rate/Duration: - / -

(No admins scheduled or recorded for this medication)

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

lactated Ringers (LR) continuous infusion [121600107]

Ordering Provider: Michael B Ostrovsky, MD
Ordered On: 01/08/18 1118
Dose (Remaining/Total): - (-/-)
Route: IV
Admin Instructions: With macrodrip line extension. Use volume control device on patients less than 18 years old.
Do Not Use Filter.

Starts/Ends: 01/08/18 1200 - 01/08/18 1912
Frequency: Continuous
Rate/Duration: 100 mL/hr / -

| Line | Med Link Info |
|---|---|
| Peripheral IV 01/08/18 Right Hand | 01/08/18 1227 by Thomas M Nevin, RN |

| Action Time | Action | Rate | Route | Other Information |
|---|---|---|---|---|
| 01/08/18 1600 | Stopped | 0 mL/hr | IV | Given by: Elizabeth A Tritz, RN |
| 01/08/18 1532 | New Bag | 100 mL/hr | IV | Given by: Elizabeth A Tritz, RN |
| 01/08/18 1503 | Anesthesi | | IV | Given by: Richard G |

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201076444

All Meds and Administrations (continued)

| | | | | |
|---|---|---|---|---|
| | a Volume Adjustment | | | Finkelstein, MD |
| 01/08/18 1418 | New Bag | | IV | Given by: Richard G Finkelstein, MD |
| 01/08/18 1227 | New Bag | 100 mL/hr | IV | Given by: Thomas M Nevin, RN |

fentaNYL (SUBLIMAZE) injection 50 mcg [121600108]

Status: Discontinued (Past End Date/Time), Reason: Patient Transfer

Ordering Provider: Michael B Ostrovsky, MD
Ordered On: 01/08/18 1118
Dose (Remaining/Total): 50 mcg (-/-)
Route: IV
Admin Instructions: Short stay Nurse: May repeat x 1 in 15 min PRN for max dose of 100 mcg for Preop pain. Call anesthesia provider if pain not relieved after 2 doses.

Block nurse: May repeat x 3 every 5 min PRN for pain to max dose of 200 mcg during regional/epidural placement

Starts/Ends: 01/08/18 1118 - 01/08/18 1431
Frequency: See Admin Instructions
Rate/Duration: - / -

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 01/08/18 1411 | Given | 50 mcg | IV | Given by: Richard G Finkelstein, MD |
| 01/08/18 1324 | Given | 100 mcg | IV | Given by: Richard G Finkelstein, MD |

midazolam (VERSED) injection 1 mg [121600109]

Status: Discontinued (Past End Date/Time), Reason: Patient Transfer

Ordering Provider: Michael B Ostrovsky, MD
Ordered On: 01/08/18 1118
Dose (Remaining/Total): 1 mg (-/-)
Route: IV
Admin Instructions: Short stay Nurse: May repeat x 1 in 15 min PRN for max dose of 2 mg for Preop anxiety. Call anesthesia provider if anxiety not relieved after 2 doses.

Block nurse: May repeat x 3 every 5 min PRN for anxiety to max dose of 4 mg during regional/epidural placement

Starts/Ends: 01/08/18 1118 - 01/08/18 1431
Frequency: See Admin Instructions
Rate/Duration: - / -

Line
Peripheral IV 01/08/18 Right Hand

Med Link Info
01/08/18 1227 by Thomas M Nevin, RN

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 01/08/18 1227 | Given | 1 mg | IV | Given by: Thomas M Nevin, RN |

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201076444

All Meds and Administrations (continued)

naloxone (NARCAN) injection 0.04 mg [121600110] — Status: Discontinued (Past End Date/Time), Reason: Patient Transfer

Ordering Provider: Michael B Ostrovsky, MD
Ordered On: 01/08/18 1118
Dose (Remaining/Total): 0.04 mg (-/-)
Route: IV
Admin Instructions: Give every 2 minutes for respiratory rate < 8 or difficult to arouse. Maximum 0.4 mg total. Notify provider if administered.

Starts/Ends: 01/08/18 1118 - 01/08/18 1431
Frequency: As Needed
Rate/Duration: - / -

(No admins scheduled or recorded for this medication)

ceFAZolin (ANCEF) in D5W IVPB 2 g [129588492] — Status: Completed (Past End Date/Time)

Ordering Provider: Steven L Wilhite, MD
Ordered On: 01/08/18 1118
Dose (Remaining/Total): 2 g (0/1)
Route: IV
Admin Instructions: Administer 2 g if patient is LESS than 120 kg and 3 g if patient is GREATER than or equal to 120 kg. To be administered by anesthesia within 30 minutes of surgery.

Starts/Ends: 01/08/18 1200 - 01/08/18 1320
Frequency: Once
Rate/Duration: 200 mL/hr / 30 Minutes

| Question | Answer | Comment |
|---|---|---|
| Reason for Therapy:: | prophylaxis for a procedure | |

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 01/08/18 1320 | Given | 3 g | IV | Given by: Richard G Finkelstein, MD |

propranolol (INDERAL) tablet 40 mg [129588525] — Status: Completed (Past End Date/Time)

Ordering Provider: Margaret F Barnhart, MD
Ordered On: 01/08/18 1149
Dose (Remaining/Total): 40 mg (0/1)
Route: Oral
Admin Instructions: Hold dose for SBP less than 100 mmHg or Pulse less than 60 bpm.

Starts/Ends: 01/08/18 1230 - 01/08/18 1303
Frequency: Once
Rate/Duration: - / -

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 01/08/18 1303 | Given | 40 mg | Oral | Given by: Thomas M Nevin, RN |

scopolamine (TRANSDERM-SCOP) 1 mg over 3 days 1.5 mg [129588528] — Status: Discontinued (Past End Date/Time), Reason: Patient Transfer

Ordering Provider: Margaret F Barnhart, MD
Ordered On: 01/08/18 1300
Dose (Remaining/Total): 1 patch (-/-)
Route: Transdermal

Starts/Ends: 01/08/18 1345 - 01/08/18 1431
Frequency: Every 72 Hours
Rate/Duration: - / 72 Hours

| Action Time | Action | Dose / Duration | Route / Site | Other Information |
|---|---|---|---|---|
| 01/08/18 1431 | Due | | | |

All Meds and Administrations (continued)

| | | | | |
|---|---|---|---|---|
| | (Patch Removed ) | | | |
| 01/08/18 1301 | Patch Applied | 1.5 mg 72 Hours | Transdermal Behind Left Ear | Given by: Thomas M Nevin, RN |

Status: Discontinued (Past End Date/Time), Reason: Patient Transfer

dextrose 50 % in water (D50W) syringe 6-50 mL [129615674]

Ordering Provider: Richard G Finkelstein, MD
Ordered On: 01/08/18 1431
Dose (Remaining/Total): 6-50 mL (-/-)
Route: IV
Starts/Ends: 01/08/18 1431 - 01/08/18 1643
Frequency: Every 15 Minutes PRN
Rate/Duration: - / -

Admin Instructions:

| Blood Glucose | D50W |
|---|---|
| 40 or less | 50 mL |
| 41 to 55 | 25 mL |
| 56 to 70 | 12 mL |
| 71 to 99 | 6 mL |

*Flush with NS after giving D50
*Check blood glucose every 15 minutes and repeat above treatment until blood glucose greater than 100 mg/dL.

(No admins scheduled or recorded for this medication)

Status: Discontinued (Past End Date/Time), Reason: Patient Transfer

dextrose 10% bolus 50-200 mL [129615675]

Ordering Provider: Richard G Finkelstein, MD
Ordered On: 01/08/18 1431
Dose (Remaining/Total): 50-200 mL (-/-)
Route: IV
Starts/Ends: 01/08/18 1431 - 01/08/18 1643
Frequency: Every 15 Minutes PRN
Rate/Duration: 200-800 mL/hr / 15 Minutes

Admin Instructions:

| Blood Glucose | D10W |
|---|---|
| 25 or less | 200 mL |
| 26 to 70 | 100 mL |
| 71 to 99 | 50 mL |

*Flush with NS after giving D10W infusion to reduce vein irritation.
*Check blood glucose every 15 minutes and repeat above treatment until blood glucose greater than 100 mg/dL.

| Question | Answer | Comment |
|---|---|---|
| Hold maintenance infusion while bolus is infusing?: | No | |

(No admins scheduled or recorded for this medication)

Status: Discontinued (Past End Date/Time), Reason: Patient Transfer

insulin lispro medium dose adult subcutaneous corrective [129615676]

Ordering Provider: Richard G Finkelstein, MD
Ordered On: 01/08/18 1431
Dose (Remaining/Total): 0-9 Units (-/-)
Starts/Ends: 01/08/18 1431 - 01/08/18 1643
Frequency: As Needed

All Meds and Administrations (continued)

Route: Subcutaneous
Rate/Duration: - / -
Admin Instructions: For CBG 150-199, give 2 unit;
For CBG 200-249, give 3 units;
For CBG 250-299, give 5 units;
For CBG 300-349, give 7 units;
For CBG > 349, give 9 units and call provider.

*For CBG < 70 mg/dl follow hypoglycemia protocol
HIGH ALERT MEDICATION. INDEPENDENT DUAL VERIFICATION REQUIRED.

(No admins scheduled or recorded for this medication)

fentaNYL (SUBLIMAZE) injection 25-50 mcg [129615677]
Status: Discontinued (Past End Date/Time), Reason: Patient Transfer

Ordering Provider: Richard G Finkelstein, MD
Ordered On: 01/08/18 1431
Starts/Ends: 01/08/18 1431 - 01/08/18 1643
Dose (Remaining/Total): 25-50 mcg (-/-)
Frequency: Every 5 Minutes PRN
Route: IV
Rate/Duration: - / -
Admin Instructions: Do not exceed 250 mcg total in 60 minutes without additional order. May be given alone, or as an adjunct to long term coverage for rapid onset, short term pain relief.

Line
Peripheral IV 01/08/18 Right Hand

Med Link Info
01/08/18 1616 by Elizabeth A Tritz, RN

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 01/08/18 1627 | Given | 25 mcg | IV | Given by: Elizabeth A Tritz, RN |
| 01/08/18 1616 | Given | 25 mcg | IV | Given by: Elizabeth A Tritz, RN |
| 01/08/18 1515 | Given | 50 mcg | IV | Given by: Elizabeth A Tritz, RN |

HYDROmorphone (DILAUDID) injection 0.3-0.5 mg [129615678]
Status: Discontinued (Past End Date/Time), Reason: Patient Transfer

Ordering Provider: Richard G Finkelstein, MD
Ordered On: 01/08/18 1431
Starts/Ends: 01/08/18 1431 - 01/08/18 1643
Dose (Remaining/Total): 0.3-0.5 mg (-/-)
Frequency: Every 15 Minutes PRN
Route: IV
Rate/Duration: - / -
Admin Instructions: Give 0.3 mg for mild pain (Pain Scale 1-3), 0.4 mg for moderate pain (Pain Scale 4-6), or 0.5 mg for severe pain (Pain Scale 7-10), do not exceed 2 mg total in 60 minutes without an additional order.

Line
Peripheral IV 01/08/18 Right Hand

Med Link Info
01/08/18 1542 by Elizabeth A Tritz, RN

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 01/08/18 1600 | Given | 0.2 mg | IV | Given by: Elizabeth A Tritz, RN |

**All Meds and Administrations (continued)**

| | | | | |
|---|---|---|---|---|
| 01/08/18 1542 | Given | 0.3 mg | IV | Given by: Elizabeth A Tritz, RN |

Status: Discontinued (Past End Date/Time), Reason: Patient Transfer

naloxone (NARCAN) injection 0.04 mg [129615679]

Ordering Provider: Richard G Finkelstein, MD
Ordered On: 01/08/18 1431
Dose (Remaining/Total): 0.04 mg (-/-)
Route: IV
Admin Instructions: Give every 2 minutes for respiratory rate less than 8 or difficult to arouse. Not to exceed 0.4 mg total. Notify provider if administered.

Starts/Ends: 01/08/18 1431 - 01/08/18 1643
Frequency: As Needed
Rate/Duration: - / -

(No admins scheduled or recorded for this medication)

Status: Discontinued (Past End Date/Time), Reason: Patient Transfer

diphenhydrAMINE (BENADRYL) injection 12.5 mg [129615680]

Ordering Provider: Richard G Finkelstein, MD
Ordered On: 01/08/18 1431
Dose (Remaining/Total): 12.5 mg (-/-)
Route: IV
Admin Instructions: Antiemetic Rescue Step 2: Give if nausea/vomiting persists 30 minutes after first rescue agent. Discontinue previous PONV rescue agents. Notify physician if nausea/vomiting persists after treatment.

Starts/Ends: 01/08/18 1431 - 01/08/18 1643
Frequency: Every 6 Hours PRN
Rate/Duration: - / -

(No admins scheduled or recorded for this medication)

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

bupivacaine-EPINEPHrine 0.25 %-1:200,000 injection [129615692]

Ordering Provider: Steven L Wilhite, MD
Ordered On: 01/08/18 1425
Frequency: As Needed

| Action Time | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| 01/08/18 1425 | Given | 60 mL | Infiltration<br>Surgical Site | Given by: Steven L Wilhite, MD<br>Documented by: Devorah J Bianchi, RN |

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

thrombin (bovine) (THROMBIN-JMI) solution [129615693]

Ordering Provider: Steven L Wilhite, MD
Ordered On: 01/08/18 1426
Frequency: As Needed

| Action Time | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| 01/08/18 1425 | Given | 1 each | Topical<br>Surgical Site | Given by: Steven L Wilhite, MD |

All Meds and Administrations (continued)

Documented by:
Devorah J Bianchi, RN
Comments: on Gellfoam

sodium chloride (NS) 0.9 % flush 3-10 mL [129634354]
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Steven L Wilhite, MD
Ordered On: 01/08/18 1643
Dose (Remaining/Total): 3-10 mL (-/-)
Route: IV
Starts/Ends: 01/08/18 1643 - 01/08/18 1912
Frequency: As Needed
Rate/Duration: - / -

(No admins scheduled or recorded for this medication)

naloxone (NARCAN) injection 0.1 mg [129634356]
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Steven L Wilhite, MD
Ordered On: 01/08/18 1643
Dose (Remaining/Total): 0.1 mg (-/-)
Route: IV
Admin Instructions: PRN if receiving narcotic analgesics and respiratory rate is LESS than 8 breaths/min or patient is difficult to arouse. May repeat every 1 minute up to a maximum of 0.8 mg. Discontinue any narcotic administration and notify provider.
Starts/Ends: 01/08/18 1643 - 01/08/18 1912
Frequency: As Needed
Rate/Duration: - / -

(No admins scheduled or recorded for this medication)

benzocaine-menthol (CEPACOL) 15-3.6 mg per lozenge 1 lozenge [129634357]
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Steven L Wilhite, MD
Ordered On: 01/08/18 1519
Dose (Remaining/Total): 1 lozenge (-/-)
Route: Oral
Starts/Ends: 01/08/18 1519 - 01/08/18 1912
Frequency: As Needed
Rate/Duration: - / -

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 01/08/18 1643 | Given | 1 lozenge | Oral | Given by: Elizabeth A Tritz, RN |
| 01/08/18 1605 | Given | 1 lozenge | Oral | Given by: Elizabeth A Tritz, RN |
| 01/08/18 1522 | Given | 1 lozenge | Oral | Given by: Elizabeth A Tritz, RN |

oxyCODONE (ROXICODONE) immediate release tablet 5-15 mg [129634364]
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Steven L Wilhite, MD
Ordered On: 01/08/18 1519
Dose (Remaining/Total): 5-15 mg (-/-)
Route: Oral
Admin Instructions: Start with 5 mg. If pain score not
Starts/Ends: 01/08/18 1519 - 01/08/18 1912
Frequency: Every 3 Hours PRN
Rate/Duration: - / -

All Meds and Administrations (continued)

reduced by at least 2 in 30 minutes, give another 5 mg. May repeat to a maximum of 15 mg in 3 hours. If 15 mg dose effective for pain relief, may start next dose with 10 mg and give another 5 mg if pain score not reduced by at least 2 in 30 minutes. If this pain medication is ineffective in controlling pain after 1 hour, or patient does not tolerate the medication, may proceed to SECOND CHOICE pain medication option.
If patient NPO or unable to tolerate oral medications, move to first available IV choice.

| Action Time | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 01/08/18 1602 | Given | 5 mg | Oral | Given by: Elizabeth A Tritz, RN |
| 01/08/18 1520 | Given | 5 mg | Oral | Given by: Elizabeth A Tritz, RN |

ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg [129634365] — Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Steven L Wilhite, MD
Ordered On: 01/08/18 1643
Dose (Remaining/Total): 4 mg (-/-)
Route: Oral
Starts/Ends: 01/08/18 1643 - 01/08/18 1912
Frequency: Every 8 Hours PRN
Rate/Duration: - / -
Admin Instructions: May repeat 4mg dose x1 in 30 minutes if first dose ineffective, maximum 8 mg in any 8 hour period - per Nausea & Vomiting Protocol.

(No admins scheduled or recorded for this medication)

ondansetron PF (ZOFRAN) 4 mg/2 mL injection 4 mg [129634366] — Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Steven L Wilhite, MD
Ordered On: 01/08/18 1643
Dose (Remaining/Total): 4 mg (-/-)
Route: IV
Starts/Ends: 01/08/18 1643 - 01/08/18 1912
Frequency: Every 8 Hours PRN
Rate/Duration: - / -
Admin Instructions: May repeat 4mg dose x1 in 30 minutes if first dose ineffective, maximum 8 mg in any 8 hour period - per Nausea & Vomiting Protocol.

(No admins scheduled or recorded for this medication)

prochlorperazine (COMPAZINE) tablet 5 mg [129634367] — Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Steven L Wilhite, MD
Ordered On: 01/08/18 1643
Dose (Remaining/Total): 5 mg (-/-)
Route: Oral
Starts/Ends: 01/08/18 1643 - 01/08/18 1912
Frequency: Every 6 Hours PRN
Rate/Duration: - / -
Admin Instructions: May repeat 5mg dose x1 in 30 minutes if first dose ineffective, maximum 10 mg in any 6 hour period - per Nausea & Vomiting Protocol.

All Meds and Administrations (continued)

(No admins scheduled or recorded for this medication)

prochlorperazine (COMPAZINE) injection 5 mg [129634363]
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordering Provider: Steven L Wilhite, MD
Ordered On: 01/08/18 1643
Dose (Remaining/Total): 5 mg (-/-)
Route: IV
Admin Instructions: May repeat 5mg dose x1 in 30 minutes if first dose ineffective, maximum 10 mg in any 6 hour period - per Nausea & Vomiting Protocol.

Starts/Ends: 01/08/18 1643 - 01/08/18 1912
Frequency: Every 6 Hours PRN
Rate/Duration: - / -

(No admins scheduled or recorded for this medication)

## Education

Title: Unit Orientation (Done)

Topic: Unit Orientation (Done)

**Point: Unit Orientation (Done)**

Description: Patient Information Guide; Bedside nurse call light; Equipment in room (bed controls,side rails, lights, TV, temp control, telephone, etc.); Electrical Equipment safety checks; Bathroom location and emergency call; Routines/What to expect during your
stay/ Chaplain Visitation if desired; Caregiver Rounding; Plan of Care: 5 Goals for every patient: Comfort, Safety, Medical Treatment, Patient Education and Safe Discharge/Transition of Care; Discharge Planning Anticipated timing of care and Length of Stay; Patient Rights, Responsibilities and Healthcare Directives; Interpreter Services, if applicable; Communication Boards; Visitors and times; waiting/visitor areas; Smoking policy; Food Service and times;
Review immunizations and obtain signature if indicated; Armband and two identifiers checked before all meds/procedures for patient's safety; Family Initiated Rapid Response team; Signs and symptoms to report; Handwashing

Learning Progress Summary

| Learner | Readiness | Method | Response | Comment | Documented by | Status |
|---|---|---|---|---|---|---|
| Patient | Acceptance | E | VU | | TN 01/08/18 1139 | Done |

Title: Pain-Comfort Management (Done)

Topic: Pain Scale (Done)

**Point: Pain Scale (Done)**

Description: Pain Intensity rating scale
Identify Pain score goal
Goal to maintain pain and discomfort
Reporting pain/ discomfort unrelieved by interventions, and effectiveness of interventions

Learning Progress Summary

| Learner | Readiness | Method | Response | Comment | Documented by | Status |
|---|---|---|---|---|---|---|
| Patient | Acceptance | E | VU | | TN 01/08/18 1139 | Done |

Education (continued)

Title: Surgical Procedures (Done)

Topic: Pre and Post Op (Done)

**Point: Pre and Post Op (Done)**
Description: Reason for procedure
Pre-op medication education as indicated
Nothing by mouth until after surgery and then progress slowly to normal diet, avoid greasy or spicy food
What to expect in pre-op, OR and PACU
Do not drink alcohol, drive a car, or operate any heavy equipment for the rest of the day
We recommend you have someone with you for the rest of the day and rest quietly
Cough and deep breathing, early ambulation when possible
Pain scale and pain management
Things to expect during recovery (specific to procedure)
Signs and symptoms of complication (Temperature greater than 101 F, redness at the incision site, drainage that is not clear or has a foul odor, swelling, persistent or increasing pain, bleeding that cannot be controlled)

Learning Progress Summary

| Learner | Readiness | Method | Response | Comment | Documented by | Status |
|---|---|---|---|---|---|---|
| Patient | Acceptance | E | VU | | TN 01/08/18 1139 | Done |

Title: Equipment (Done)

Topic: SCD's /AVI (Done)

**Point: SCD's / AVI (Done)**
Description: Purpose
How the equipment functions
What to report
Cleaning and Storage, as appropriate

Learning Progress Summary

| Learner | Readiness | Method | Response | Comment | Documented by | Status |
|---|---|---|---|---|---|---|
| Patient | Acceptance | E | VU | | TN 01/08/18 1139 | Done |

Title: Tobacco Cessation (Done)

Topic: Tobacco Cessation (Done)

**Point: Tobacco Cessation (Done)**
Description: Review importance of cessation, availability of nicotine replacement, smoking not permitted. Recognizing danger situations, developing coping skills, effects of smoking and second hand smoke.

Learning Progress Summary

| Learner | Readiness | Method | Response | Comment | Documented by | Status |
|---|---|---|---|---|---|---|
| Patient | Acceptance | E | VU | | TN 01/08/18 1139 | Done |

**Point: Recognizing Danger Situations (Done)**
Description: Review events, internal states or activities that increase risk of smoking or relapse for the patient.

Learning Progress Summary

| Learner | Readiness | Method | Response | Comment | Documented by | Status |
|---|---|---|---|---|---|---|
| Patient | Acceptance | E | VU | | TN 01/08/18 1139 | Done |

Education (continued)

**Point: Developing Coping Skills (Done)**
Description: Review coping skills, problem solving skills to cope with danger situations.

Learning Progress Summary

| Learner | Readiness | Method | Response | Comment | Documented by | Status |
|---|---|---|---|---|---|---|
| Patient | Acceptance | E | VU | | TN 01/08/18 1139 | Done |

**Point: Information About Quitting (Done)**
Description: Provide basic information about smoking and successfully quitting

Learning Progress Summary

| Learner | Readiness | Method | Response | Comment | Documented by | Status |
|---|---|---|---|---|---|---|
| Patient | Acceptance | E | VU | | TN 01/08/18 1139 | Done |

**Point: Dangers of 2nd Hand Smoke (Done)**
Description: Review dangers of second hand smoke

Learning Progress Summary

| Learner | Readiness | Method | Response | Comment | Documented by | Status |
|---|---|---|---|---|---|---|
| Patient | Acceptance | E | VU | | TN 01/08/18 1139 | Done |

User Key

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| TN | 05/05/16 - | Thomas M Nevin, RN | Registered Nurse | Nurse |

Discharge Instructions Cummins, Michael M (MR # 01614423)

| Date | Status | User | User Type | Discharge Note |
|---|---|---|---|---|
| 01/08/18 1645 | Pended | Michele J Peniakoff, RN | Registered Nurse | Original |

Note:

Do not drive today or when on narcoticsRemember narcotics are easily constipating and stool softeners recommended.No alcohol for today or when taking narcotics. Sitzbaths encouraged. You had one oxycodone at 3:30pm and 4 pm.

## Flowsheets

**Peacehealth** | 1115 SE 164TH AVE VANCOUVER WA 98683 | CUMMINS,MICHAEL M MRN: 01614423 DOB: Sex: M Acct #: 1201076444

## Flowsheets (all recorded)

### Data - Mon January 08, 2018

| | 1627 | 1616 | 1602 | 1600 | 1542 |
|---|---|---|---|---|---|
| **Pain/Discomfort Assessment** | | | | | |
| Pain/Discomfort Assessment | 0-10 Scale -ET | 0-10 Scale -ET | 0-10 Scale -ET | 0-10 Scale -ET | 0-10 Scale -ET |
| **Sedation Scales** | | | | | |
| Richmond Agitation Sedation Scale (RASS) | 0 -ET | 0 -ET | 0 -ET | 0 -ET | 0 -ET |
| Pasero Opioid-Induced Sedation Scale (POSS) | 1 -ET | 1 -ET | 1 -ET | 1 -ET | S -ET |

| | 1520 | 1515 |
|---|---|---|
| **Pain/Discomfort Assessment** | | |
| Pain/Discomfort Assessment | 0-10 Scale -ET | 0-10 Scale -ET |
| **Sedation Scales** | | |
| Richmond Agitation Sedation Scale (RASS) | 0 -ET | -1 -ET |
| Pasero Opioid-Induced Sedation Scale (POSS) | 1 -ET | S -ET |

### Custom Formula Data - Mon January 08, 2018

| | 1627 | 1616 | 1602 | 1600 | 1542 |
|---|---|---|---|---|---|
| **OTHER** | | | | | |
| Feature 3: Altered Level of Consciousness | Absent -ET | Absent -ET | Absent -ET | Absent -ET | Absent -ET |

| | 1520 | 1515 | 1129 | 1038 |
|---|---|---|---|---|
| **OTHER** | | | | |
| BSA (Calculated - sq m) | | | | 2.59 sq meters -MN |
| IBW/kg (Calculated) Male | | | | 75.3 kg -MN |
| IBW/kg (Calculated) FEMALE | | | | 70.8 kg -MN |
| Percent Weight Change Since Birth | | | | 0 -MN |
| IBW/kg (Calculated) | | | | 75.3 -MN |
| Malnutrition | | | 0 -TN | |

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201076444

## Flowsheets (all recorded) (continued)

### Custom Formula Data - Mon January 08, 2018 (continued)

| | 1520 | 1515 | 1129 | 1038 |
|---|---|---|---|---|
| Risk Score | | | | |
| Feature 3: Altered Level of Consciousness | Absent -ET | Present -ET | | |
| **Weights** | | | | |
| Weight for Calculation (kg) | | | | 134.3 kg -MN |
| **Readings** | | | | |
| Low Range Vt 6cc/kg | | | | 451.8 mL -MN |
| Adult Moderate Range Vt 8cc/kg | | | | 602.4 mL -MN |
| Adult High Range Vt 10cc/kg | | | | 753 mL -MN |

### Intraop Assessment - Mon January 08, 2018

| | 1310 |
|---|---|
| **Psychosocial** | |
| Psychosocial (WDL) | WDL -DB |
| **Integumentary** | |
| Integumentary (WDL) | WDL -DB |
| **Musculoskeletal** | |
| Musculoskeletal (WDL) | Unchd -DB |
| **Pain/Discomfort Assessment** | |
| Pain/Discomfort Assessment | No/denies pain/discomfort -DB |

### Intra to Post Handoff - Mon January 08, 2018

| | 1402 |
|---|---|
| **Handoff** | |
| Immediate Post-IntraOp Destination | To PACU -DB |
| Patient Tolerated Procedure with no Apparent Injury | No Apparent Injury -DB |
| Mode of Transfer to Post-op: | Stretcher -DB |
| Armband in place? | Yes -DB |

| Peacehealth | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1201076444 |
|---|---|---|

## Flowsheets (all recorded) (continued)

### Intra to Post Handoff - Mon January 08, 2018 (continued)

| | 1402 |
|---|---|
| Handoff Questions answered and acknowledged? | Yes -DB |
| Patient owned assistive devices/Belongings at Bedside | None -DB |
| Handoff Report Given to: | rn -DB |
| Handoff Date | 01/08/18 -DB |

### Post-op Handoff - Mon January 08, 2018

| | 1654 |
|---|---|
| **Handoff** | |
| Mode of Transfer to Post-op: | Stretcher -ET |
| Armband in place? | Yes -ET |
| Handoff Questions answered and acknowledged? | Yes -ET |
| Handoff Report Given to: | written -ET |

### Post-PACU Destination - Mon January 08, 2018

| | 1530 |
|---|---|
| **OTHER** | |
| Post-PACU Destination | Phase II -ET |

### Periop Screening Assessments - Mon January 08, 2018

| | 1129 |
|---|---|
| **Nutrition Screen** | |
| Unplanned Weight Loss in Last 6 Months | 0 -TN |
| Poor Oral Intake of 75% or Less of Usual Intake for 5 or More Days Prior to Admission | 0 -TN |
| Difficulty Chewing or Swallowing | No -TN |
| Pressure Injury | No -TN |

Flowsheets (all recorded) (continued)

Periop Screening Assessments - Mon January 08, 2018 (continued)

| | 1129 |
|---|---|
| or Non-Healing Wound | |
| Home Tube Feeding or Total Parenteral Nutrition (TPN) | No -TN |
| Dietitian Referral Needed | No -TN |
| **ADL Screening** | |
| Activities of Daily Living ADL's | Needs assistance -TN |
| **Abuse/Neglect/Domestic Violence Assessment** | |
| Abuse/Neglect/ Domestic Violence | Unable to question/not screened (Comment) -TN |
| Patient Safety | Unable to question/not screened (Comment) -TN |
| **Suicide and Violence Screening Tool** | |
| 1. Are you now or in your recent past, had thoughts of harming yourself or others? | No -TN |
| Suicide and Violence Risk | No Risk -TN |
| **Braden Scale** | |
| Sensory Perceptions | 4 -TN |
| Moisture | 4 -TN |
| Activity | 3 -TN |
| Mobility | 3 -TN |
| Nutrition | 3 -TN |
| Friction and Shear | 3 -TN |
| Braden Scale Score | 20 -TN |
| **Fall Risk Assessment (Modified Johns Hopkins)** | |
| Experienced a fall during this hospitalization | No -TN |
| History of more than one fall | No -TN |

## Flowsheets (all recorded) (continued)

### Periop Screening Assessments - Mon January 08, 2018 (continued)

| | 1129 |
|---|---|
| within 6 months before admission | |
| Patient's medical condition results in high risk (seizures, syncope, etc.) | Yes<br>Right knee issues -TN |
| Lack of understanding of one's physical and cognitive limitations | No -TN |

### Surgery Emergency/PHI Contact Documentation - Mon January 08, 2018

| | 1132 |
|---|---|
| **Surgery Emergency/PHI Contact Information** | |
| Surgery Emergency/PHI Contact Type | Family -TN |
| Surgery Emergency/PHI Contact Name | Charmaine -TN |
| Surgery Emergency/PHI Contact Phone Number | -TN |

### BLOOD SCREENING - Mon January 08, 2018

| | 1132 |
|---|---|
| **OTHER** | |
| Blood Administration Preferences | Will accept blood transfusion - no action -TN |

### Periop Assessment - Mon January 08, 2018

| | 1652 | 1630 | 1530 | 1503 | 1135 |
|---|---|---|---|---|---|
| **Neurological** | | | | | |
| Neuro (WDL) | WDL -MP | WDL -ET | WDL -ET | WDL -ET | WDL -TN |
| **Mod-Aldrete** | | | | | |
| Activity | 2 -MP | 2 -ET | 2 -ET | 2 -ET | |
| Respiration | 2 -MP | 2 -ET | 2 -ET | 2 -ET | |
| Circulation | 2 -MP | 2 -ET | 2 -ET | 2 -ET | |
| Consciousness | 2 -MP | 2 -ET | 2 -ET | 1 -ET | |
| Oxygen Sats | 2 -MP | 2 -ET | 1 -ET | 1 -ET | |
| Mod-Aldrete Score | 10 -MP | 10 -ET | 9 -ET | 8 -ET | |

## Flowsheets (all recorded) (continued)

Periop Assessment - Mon January 08, 2018 (continued)

| | 1652 | 1630 | 1530 | 1503 | 1135 |
|---|---|---|---|---|---|
| **HEENT** | | | | | |
| HEENT (WDL) | WDL -MP | | | | X -TN |
| R Eye/Vision | | | | | Moderately impaired vision -TN |
| L Eye/Vision | | | | | Moderately impaired vision -TN |
| Teeth | | | | | Dentures upper;Partial plate lower -TN |
| **Respiratory** | | | | | |
| Respiratory (WDL) | WDL -MP | WDL -ET | Unchd -ET | X -ET | X -TN |
| Respiratory Pattern | | | | Regular -ET | Regular -TN |
| Chest Assessment | | | | Chest expansion symmetrical -ET | Chest expansion symmetrical -TN |
| R Breath Sounds | | | | Diminished -ET | Diminished -TN |
| L Breath Sounds | | | | Diminished -ET | Diminished -TN |
| **Cardiac** | | | | | |
| Cardiac (WDL) | WDL -MP | WDL -ET | WDL -ET | WDL -ET | WDL -TN |
| Cardiac Rhythm | | Sinus bradycardia -ET | Sinus bradycardia -ET | -- | |
| **Peripheral Vascular** | | | | | |
| Peripheral Vascular (WDL) | | | | | WDL -TN |
| **Mobility** | | | | | |
| Level of Assistance | Independent after set-up -MP | | | | |
| **VTE Prevention** | | | | | |
| Progressive Mobility Continuum | | | | | Level 6, independent -TN |
| Sequential Compression Device (SCD) | | Bilateral;Below knee -ET | Bilateral;Below knee -ET | Bilateral;Below knee -ET | |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | | | | | X -TN |
| RLE | | | | | Swelling;Limited movement -TN |
| **Warming Devices** | | | | | |
| Warming Devices | | | | | Bair Hugger -TN |

Flowsheets (all recorded) (continued)

Periop Assessment - Mon January 08, 2018 (continued)

| | 1652 | 1630 | 1530 | 1503 | 1135 |
|---|---|---|---|---|---|
| **Integumentary** | | | | | |
| Integumentary (WDL) | WDL -MP | | | WDL -ET | WDL -TN |
| **Braden Scale** | | | | | |
| Sensory Perceptions | | | | 3 -ET | |
| Sensory Perception Interventions | | | | Turn/shift position every 2 hours (SP 2) -ET | |
| Moisture | | | | 4 -ET | |
| Activity | | | | 1 -ET | |
| Activity Interventions | | | | Turn/shift position every 2 hours (A or M 2) -ET | |
| Mobility | | | | 3 -ET | |
| Mobility Interventions | | | | Turn/shift position every 2 hours (A or M 2) -ET | |
| Nutrition | | | | 3 -ET | |
| Friction and Shear | | | | 3 -ET | |
| Braden Scale Score | | | | 17 -ET | |
| **Gastrointestinal** | | | | | |
| Gastrointestinal (WDL) | WDL -MP | WDL -ET | WDL -ET | WDL -ET | WDL -TN |
| **Genitourinary** | | | | | |
| Genitourinary (WDL) | | WDL -ET | WDL -ET | WDL -ET | WDL -TN |
| **Anus/Rectum** | | | | | |
| Anus/Rectum (WDL) | | | | | X -TN |
| Evaluation/Tone | | | | | Hemorrhoids -TN |
| **Psychosocial** | | | | | |
| Psychosocial (WDL) | | WDL -ET | WDL -ET | | WDL -TN |

Pain Assessment - Mon January 08, 2018

| | 1654 |
|---|---|
| **Pain/Discomfort Assessment** | |
| 0-10 Pain Score | 6 -MP |
| Pain Type | Surgical pain -MP |

Intake/Output - Mon January 08, 2018

| | 1600 | 1532 | 1503 | 1503 | 1439 |
|---|---|---|---|---|---|
| **Intake** | | | | | |
| P.O. | 100 mL -ET | | | | |

## Flowsheets (all recorded) (continued)

Intake/Output - Mon January 08, 2018 (continued)

| | 1600 | 1532 | 1503 | 1503 | 1439 |
|---|---|---|---|---|---|
| **lactated Ringers (LR) continuous infusion** | | | | | |
| Rate | *0 There are multiple administrations at this time. Please see the MAR for detailed information. -ET | * There are multiple administrations at this time. Please see the MAR for detailed information. -ET | | * There are multiple administrations at this time. Please see the MAR for detailed information. -RF | |
| Volume (mL) | 300 mL -ET | 300 mL -ET | 100 mL -RF | | |
| **Propofol Drip** | | | | | |
| Dose (mcg/kg/min) Propofol | | | | | 0 mcg/kg/min -RF |
| Rate Propofol | | | | | *0 There are multiple administrations at this time. Please see the MAR for detailed information. -RF |
| Concentration Propofol | | | | | * There are multiple administrations at this time. Please see the MAR for detailed information. -RF |

**[REMOVED] Peripheral IV 01/08/18 Right Hand**

IV Properties: Placement Date: **01/08/18** -TN Placement Time: **1223** -TN Size (Gauge): **20 G** -TN Orientation: **Right** -TN Location: **Hand** -TN Site Prep: **Chlorhexidine** -TN Local Anesthetic: **Injectable;Bacteriostatic NS** -TN Inserted by Other: **RN** -TN Insertion attempts: **2** -TN Removal Date: **01/08/18** -MP Removal Time: **1706** -MP Catheter Tip Intact: **Yes** -MP

**[REMOVED] Incision Rectum**

Incision Properties: Date First Assessed: **01/08/18** -DB Time First Assessed: **1353** -DB Location: **Rectum** -DB Wound Location Description (Comments): **Dressings: ABD,gelfoam , mesh underwear** -DB Final Assessment Date: **01/09/18** -AD Final Assessment Time: **1713** -AD

| | 1422 | 1418 | 1418 | 1342 | 1324 |
|---|---|---|---|---|---|
| **lactated Ringers (LR) continuous infusion** | | | | | |
| Rate | | | * There are multiple administrations at this time. Please see the MAR for detailed information. -RF | | |
| Volume (mL) | | 1000 mL -RF | | | |
| **Propofol Drip** | | | | | |
| Dose (mcg/kg/min) Propofol | 25 mcg/kg/min -RF | | | 50 mcg/kg/min -RF | |
| Dose (mg) Propofol | | | | | 250 mg -RF |
| Rate Propofol | * There are multiple administrations at this time. Please see the | | | * There are multiple administrations at this time. Please see the | * There are multiple administrations at this time. Please |

| | | |
|---|---|---|
| **Peacehealth** | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1201076444 |

## Flowsheets (all recorded) (continued)

### Intake/Output - Mon January 08, 2018 (continued)

| | 1422 | 1418 | 1418 | 1342 | 1324 |
|---|---|---|---|---|---|
| | MAR for detailed information -RF | | | MAR for detailed information. -RF | see the MAR for detailed information -RF |
| Concentration Propofol | * There are multiple administrations at this time. Please see the MAR for detailed information. -RF | | | * There are multiple administrations at this time. Please see the MAR for detailed information -RF | * There are multiple administrations at this time. Please see the MAR for detailed information. -RF |

**[REMOVED] Peripheral IV 01/08/18 Right Hand**

IV Properties: Placement Date: **01/08/18** -TN Placement Time: **1223** -TN Size (Gauge): **20 G** -TN Orientation: **Right** -TN Location: **Hand** -TN Site Prep: **Chlorhexidine** -TN Local Anesthetic: **Injectable;Bacteriostatic NS** -TN Inserted by Other: **RN** -TN Insertion attempts: **2** -TN Removal Date: **01/08/18** -MP Removal Time: **1706** -MP Catheter Tip Intact: **Yes** -MP

**[REMOVED] Incision Rectum**

Incision Properties: Date First Assessed: **01/08/18** -DB Time First Assessed: **1353** -DB Location: **Rectum** -DB Wound Location Description (Comments): **Dressings: ABD,gelfoam , mesh underwear** -DB Final Assessment Date: **01/09/18** -AD Final Assessment Time: **1713** -AD

| | 1320 | 1227 |
|---|---|---|
| **lactated Ringers (LR) continuous infusion** | | |
| Rate | | * There are multiple administrations at this time. Please see the MAR for detailed information. -TN |
| **ceFAZolin (ANCEF) in D5W IVPB 2 g** | | |
| Dose | *3 g -RF | |

**[REMOVED] Peripheral IV 01/08/18 Right Hand**

IV Properties: Placement Date: **01/08/18** -TN Placement Time: **1223** -TN Size (Gauge): **20 G** -TN Orientation: **Right** -TN Location: **Hand** -TN Site Prep: **Chlorhexidine** -TN Local Anesthetic: **Injectable;Bacteriostatic NS** -TN Inserted by Other: **RN** -TN Insertion attempts: **2** -TN Removal Date: **01/08/18** -MP Removal Time: **1706** -MP Catheter Tip Intact: **Yes** -MP

### Screenings - Mon January 08, 2018

| | 1505 |
|---|---|
| **Fall Risk Assessment (Modified Johns Hopkins)** | |
| Patient's medical condition results in high risk (seizures, syncope, etc.) | Yes<br>RN at bedside, side rails up bilaterally -ET |

### NPO Status - Mon January 08, 2018

| | 1128 |
|---|---|
| **NPO** | |
| Date of last liquid | 01/08/18 -TN |
| Time of last | 0700 -TN |

**Peacehealth** | 1115 SE 164TH AVE VANCOUVER WA 98683 | CUMMINS,MICHAEL M MRN: 01614423 DOB: Sex: M Acct #: 1201076444

## Flowsheets (all recorded) (continued)

### NPO Status - Mon January 08, 2018 (continued)

| | 1128 |
|---|---|
| liquid | |
| Date of last solid | 01/07/18 -TN |
| Time of last solid | 1800 -TN |

### PACU Vitals - Mon January 08, 2018

| | 1640 | 1630 | 1627 | 1620 | 1610 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| Temp | | | | | 36.8 °C (98.2 °F) -ET |
| Temp src | | | | | Temporal -ET |
| Resp | 18 -ET | 12 -ET | | 8 -ET | 17 -ET |
| Pulse | 57 -ET | 60 -ET | | 51 -ET | 57 -ET |
| BP | 104/56 -ET | | | 109/59 -ET | 115/71 -ET |
| MAP (mmHg) | 68 -ET | | | 70 -ET | 81 -ET |
| **Oxygen Therapy** | | | | | |
| Pulse (SPO2) | 58 BPM -ET | 60 BPM -ET | | 50 BPM -ET | 59 BPM -ET |
| SpO2 | 94 % -ET | 94 % -ET | | 99 % -ET | 98 % -ET |
| **Pain/Discomfort Assessment** | | | | | |
| Pain/Discomfort Assessment | 0-10 Scale -ET | | -- | | |
| 0-10 Pain Score | 4 -ET | | 5 -ET | | |

| | 1602 | 1600 | 1550 | 1542 | 1540 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| Resp | | 12 -ET | 9 -ET | | 18 -ET |
| Pulse | | 59 -ET | 54 -ET | | 68 -ET |
| BP | | 101/51 -ET | 119/62 -ET | | 90/58 -ET |
| MAP (mmHg) | | 62 -ET | 73 -ET | | 63 -ET |
| **Oxygen Therapy** | | | | | |
| Pulse (SPO2) | | 59 BPM -ET | 48 BPM -ET | | 66 BPM -ET |
| SpO2 | | 98 % -ET | 98 % -ET | | 100 % -ET |
| Pulse Oximetry Type | | Continuous -ET | Continuous -ET | | Continuous -ET |
| **Pain/Discomfort Assessment** | | | | | |
| Pain/Discomfort Assessment | -- | -- | | -- | Complains of discomfort -ET |
| 0-10 Pain Score | 8 -ET | 8 -ET | | 9 -ET | 9 -ET |
| Pain Type | | Surgical pain -ET | | Surgical pain -ET | Surgical pain -ET |
| Pain Location | | | | Buttocks -ET | Buttocks -ET |

| | 1530 | 1520 | 1510 | 1505 | 1503 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| Temp | | | | | 36 °C (96.8 °F) -ET |
| Temp src | | | | | Temporal -ET |
| Resp | 9 -ET | 12 -ET | 19 -ET | 15 -ET | |

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201076444

Flowsheets (all recorded) (continued)

PACU Vitals - Mon January 08, 2018 (continued)

| | 1530 | 1520 | 1510 | 1505 | 1503 |
|---|---|---|---|---|---|
| Pulse | 54 -ET | 61 -ET | 72 -ET | 74 -ET | |
| Heart Rate Source | | | | | Monitor -ET |
| BP | 109/47 -ET | 102/50 -ET | 104/53 -ET | 102/51 -ET | 95/45 -ET |
| MAP (mmHg) | 62 -ET | 60 -ET | 62 -ET | 61 -ET | 55 -ET |
| BP Location | | | | | Left arm -ET |
| BP Method | | | | | Automatic -ET |
| Patient Position | | | | | Lying -ET |
| Cardiac Rhythm | -- | | | | Normal sinus rhythm -ET |
| **Oxygen Therapy** | | | | | |
| Pulse (SPO2) | 52 BPM -ET | 62 BPM -ET | 72 BPM -ET | 75 BPM -ET | |
| SpO2 | 99 % -ET | 100 % -ET | 99 % -ET | 99 % -ET | |
| O2 Device | | | | Nasal cannula -ET | Nasal cannula -ET |
| O2 Flow Rate (L/min) | | | | | 3 L/min -ET |
| Pulse Oximetry Type | Continuous -ET | Continuous -ET | Continuous -ET | Continuous -ET | Continuous -ET |
| **Pain/Discomfort Assessment** | | | | | |
| Pain/Discomfort Assessment | | -- | Complains of discomfort -ET | No/denies pain/discomfort -ET | No/denies pain/discomfort -ET |
| 0-10 Pain Score | | 10 -ET | | | |
| Pain Type | | Surgical pain -ET | | | |
| Pain Location | | Buttocks -ET | | | |
| Pain Orientation | | Medial Mid -ET | | | |
| Pain Descriptors | | Burning;Incision;Sharp -ET | | | |

OR Lines/Drains/Airways - Mon January 08, 2018

| | 1654 | 1630 | 1600 | 1533 | 1500 |
|---|---|---|---|---|---|
| **[REMOVED] Peripheral IV 01/08/18 Right Hand** | | | | | |
| IV Properties | Placement Date: **01/08/18** -TN Placement Time: **1223** -TN Size (Gauge): **20 G** -TN Orientation: **Right** -TN Location: **Hand** -TN Site Prep: **Chlorhexidine** -TN Local Anesthetic: **Injectable;Bacteriostatic NS** -TN Inserted by Other: **RN** -TN Insertion attempts: **2** -TN Removal Date: **01/08/18** -MP Removal Time: **1706** -MP Catheter Tip Intact: **Yes** -MP | | | | |
| Site Assessment | Clean/Dry/Intact -MP | Clean/Dry/Intact -ET | Clean/Dry/Intact -ET | Clean/Dry/Intact -ET | Clean/Dry/Intact -ET |
| Line Status/Intervention | Saline locked -MP | Saline locked -ET | Infusing -ET | Infusing -ET | Infusing -ET |
| Infiltration Grade Assessment | 0 -MP | 0 -ET | 0 -ET | 0 -ET | 0 -ET |
| Phlebitis Grade Assessment | 0 -MP | 0 -ET | 0 -ET | 0 -ET | 0 -ET |
| Dressing Type | | Transparent -ET | Transparent -ET | Transparent -ET | Transparent -ET |
| Dressing Status | | Clean/Dry/Intact | Clean/Dry/Intact | Clean/Dry/Intact | Clean/Dry/Intact |

Flowsheets (all recorded) (continued)

OR Lines/Drains/Airways - Mon January 08, 2018 (continued)

| | 1654 | 1630 | 1600 | 1533 | 1500 |
|---|---|---|---|---|---|
| | | -ET | -ET | -ET | -ET |

1223

**[REMOVED] Peripheral IV 01/08/18 Right Hand**

| | |
|---|---|
| IV Properties | Placement Date: **01/08/18** -TN Placement Time: **1223** -TN Size (Gauge): **20 G** -TN Orientation: **Right** -TN Location: **Hand** -TN Site Prep: **Chlorhexidine** -TN Local Anesthetic: **Injectable;Bacteriostatic NS** -TN Inserted by Other: **RN** -TN Insertion attempts: **2** -TN Removal Date: **01/08/18** -MP Removal Time: **1706** -MP Catheter Tip Intact: **Yes** -MP |
| Site Assessment | Clean/Dry/Intact -TN |
| Line Status/Intervention | Infusing;Blood return noted -TN |
| Infiltration Grade Assessment | 0 -TN |
| Phlebitis Grade Assessment | 0 -TN |
| Dressing Type | Transparent -TN |
| Dressing Status | Clean/Dry/Intact -TN |

OR Incisions/Wounds - Mon January 08, 2018

| | 1654 | 1630 | 1600 | 1500 |
|---|---|---|---|---|
| **[REMOVED] Incision Rectum** | | | | |
| Incision Properties | Date First Assessed: **01/08/18** -DB Time First Assessed: **1353** -DB Location: **Rectum** -DB Wound Location Description (Comments): **Dressings: ABD,gelfoam , mesh underwear** -DB Final Assessment Date: **01/09/18** -AD Final Assessment Time: **1713** -AD | | | |
| Dressing | Peri Pad -MP | Dry dressing -ET | Dry dressing -ET | Dry dressing;Foam;Impregnated Gauze -ET |
| Dressing Status | Clean/Dry/Intact -MP | Clean;Dry;Old drainage -ET | New drainage;Other (Comment) -ET | Clean/Dry/Intact -ET |
| Dressing Intervention | | | Reinforced -ET | |
| Dressing Secured With? | | -- mesh brief -ET | -- mesh briefs -ET | -- mesh brief -ET |

Preop Checklist - Mon January 08, 2018

| | 1133 |
|---|---|
| **PreOp/Pre-Procedure Checklist** | |
| Procedure | Evaluation possible Hemorrhoidectomy and Sphincterotomy with possible Fissurectomy -TN |
| Patient's | Michael -TN |

## Flowsheets (all recorded) (continued)

### Preop Checklist - Mon January 08, 2018 (continued)

| | 1133 |
|---|---|
| Preferred Name | |
| ID Band Applied | Yes -TN |
| Patient ID Verified | Verbal;Armband -TN |
| Consents Verified for Scheduled Procedure? | Yes -TN |
| Allergies Marked as Reviewed | Yes -TN |
| H&P Verified | Yes -TN |
| Diagnostic Studies Available? | Yes -TN |
| Lab Results Available? | Yes -TN |
| Blood Type and Screen Done? | N/A -TN |
| Blood Consent Form Completed? | Yes -TN |
| Blood Refusal Form Completed? | Not applicable -TN |
| Blood Products | Not Applicable -TN |
| Pre-Procedure Meds Administered | Not applicable -TN |
| Antibiotics | not started -TN |
| Patient owned assistive devices/Belongings at Bedside | None -TN |
| Belongings sent to security | Clothes in locker -TN |
| Body Piercing/Jewelry in Place | Jewelry removed -TN |
| IV Patent | Yes -TN |
| Pre-Warming | Active Warming Device -TN |
| SCD's Applied? | No -TN |
| TED Hose Applied? | N/A -TN |
| Site Marked? | N/A -TN |
| Patient Med List Reviewed | Yes -TN |
| Prep | Bowel -TN |

Flowsheets (all recorded) (continued)

Preop Checklist - Mon January 08, 2018 (continued)

OSA Screening - Mon January 08, 2018

| | 1131 |
|---|---|
| **OSA Screening** | |
| Is this patient pregnant? | Not applicable -TN |
| Have you been diagnosed with sleep apnea? | No -TN |
| **STOP-BANG Score** | |
| Do you snore loudly? | 1 -TN |
| Do you often feel tired, fatigued, or sleepy during daytime? | 0 -TN |
| Has anyone observed you stop breathing during your sleep? | 0 -TN |
| Do you have, or are you being treated for, high blood Pressure? | 1 -TN |
| Is BMI > 35? | 1 -TN |
| Age - Over 50 yr old? | 0 -TN |
| Neck circumference greater than (17" male) or (16" female)? | 1 -TN |
| Gender - Male? | 1 -TN |
| STOP-BANG Score | 5 -TN |

Height / Weight - Mon January 08, 2018

| | 1038 |
|---|---|
| **Height and Weight** | |
| Height | 1.803 m (5' 11") -MN |
| Height Method | Stated -MN |
| Weight | (!) 134.3 kg (296 lb 1.2 oz) -MN |
| Weight Method | Actual -MN |
| BMI (Calculated) | 41.3 -MN |
| BSA (Calculated | 2.49 sq meters -MN |

| Peacehealth | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1201076444 |
|---|---|---|

## Flowsheets (all recorded) (continued)

### Height / Weight - Mon January 08, 2018 (continued)

| | 1038 |
|---|---|
| - sq m - DuBois) | |

### Sleep Apnea Assessment - Mon January 08, 2018

| | Admission (Discharged) from 1/8/2018 in Sacred Heart at RiverBend OR |
|---|---|
| **OSA Assessment** | |
| Is STOP-BANG 4 or greater, or BMI greater than 40, or Positive OB OSA Screen? | Yes -RF |
| Does patient have diagnosed sleep apnea (OSA)? | No -RF |
| Provider should consider sleep study prior to elective surgery and consider initiation of OSA protocol post-op. | OSA risk discussed with patient -RF |

### Vitals - Mon January 08, 2018

| | 1700 | 1651 | 1038 |
|---|---|---|---|
| **Vitals** | | | |
| Temp | | 36 °C (96.8 °F) -MP | 36.5 °C (97.7 °F) -MN |
| Temp src | | | Temporal -MN |
| Pulse | | | 71 SPO2 -MN |
| Heart Rate Source | | | Monitor -MN |
| BP | 108/60 -MP | 111/63 -MP | 126/68 -MN |
| BP Location | | | Left arm -MN |
| BP Method | | | Automatic -MN |
| Resp | | 18 -MP | 16 -MN |
| SpO2 | 94 % -MP | 93 % -MP | 95 % -MN |
| Pulse Oximetry Type | | | Intermittent -MN |
| O2 Device | None (Room air) -MP | None (Room air) -MP | None (Room air) -MN |
| Pulse (SPO2) | 49 BPM -MP | | 71 BPM -MN |

### Pain Assessment - Mon January 08, 2018

## Flowsheets (all recorded) (continued)

### Pain Assessment - Mon January 08, 2018 (continued)

| | 1128 |
|---|---|
| **Pain/Discomfort Assessment** | |
| Pain/Discomfort Assessment | No/denies pain/discomfort -TN |

### Isolation, Travel and Vaccination Screenings - Mon January 08, 2018

| | 1129 |
|---|---|
| **Prior To Arrival** | |
| Hospitalized Anywhere in the Last 14 Days | No -TN |
| **Initial Patient Presentation** | |
| Patient Presents/Complains of the following Symptoms | No fever, cough, diarrhea, wound drainage, scabies, lice or history of MRSA/VRE -TN |
| **Travel History (CRE) Infection** | |
| Have You Been to India, Pakistan and/or Bangladesh within the Last Year? | No -TN |

### Vitals Reassessment - Mon January 08, 2018

| | 1640 | 1620 | 1610 | 1600 | 1550 |
|---|---|---|---|---|---|
| **Vitals Timer** | | | | | |
| Restart Vitals Timer | Yes -ET | Yes -ET | Yes -ET | Yes -ET | Yes -ET |

| | 1540 | 1530 | 1520 | 1510 | 1505 |
|---|---|---|---|---|---|
| **Vitals Timer** | | | | | |
| Restart Vitals Timer | Yes -ET | Yes -ET | Yes -ET | Yes -ET | Yes -ET |

| | 1038 |
|---|---|
| **Vitals Timer** | |
| Restart Vitals Timer | Yes -MN |

### NICU Intake/Output - Mon January 08, 2018

| | 1600 | 1532 | 1503 | 1439 | 1422 |
|---|---|---|---|---|---|
| **lactated Ringers (LR) continuous infusion** | | | | | |
| Rate | *0 There are multiple administrations at this time. Please see the MAR for detailed information. -ET | * There are multiple administrations at this time. Please see the MAR for detailed information. -ET | * There are multiple administrations at this time. Please see the MAR for detailed information. -RF | | |
| **Propofol Drip** | | | | | |
| Dose | | | | 0 mcg/kg/min -RF | 25 mcg/kg/min |

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201076444

## Flowsheets (all recorded) (continued)

### NICU Intake/Output - Mon January 08, 2018 (continued)

| | 1600 | 1532 | 1503 | 1439 | 1422 |
|---|---|---|---|---|---|
| (mcg/kg/min) Propofol | | | | | -RF |
| Rate Propofol | | | | *0 There are multiple administrations at this time. Please see the MAR for detailed information. -RF | * There are multiple administrations at this time. Please see the MAR for detailed information. -RF |
| Concentration Propofol | | | | * There are multiple administrations at this time. Please see the MAR for detailed information. -RF | * There are multiple administrations at this time. Please see the MAR for detailed information. -RF |

| | 1418 | 1342 | 1324 | 1320 | 1227 |
|---|---|---|---|---|---|
| **lactated Ringers (LR) continuous infusion** | | | | | |
| Rate | * There are multiple administrations at this time. Please see the MAR for detailed information. -RF | | | | * There are multiple administrations at this time. Please see the MAR for detailed information. -TN |
| **ceFAZolin (ANCEF) in D5W IVPB 2 g** | | | | | |
| Dose | | | | *3 g -RF | |
| **Propofol Drip** | | | | | |
| Dose (mcg/kg/min) Propofol | | 50 mcg/kg/min -RF | | | |
| Dose (mg) Propofol | | | 250 mg -RF | | |
| Rate Propofol | | * There are multiple administrations at this time. Please see the MAR for detailed information. -RF | * There are multiple administrations at this time. Please see the MAR for detailed information. -RF | | |
| Concentration Propofol | | * There are multiple administrations at this time. Please see the MAR for detailed information. -RF | * There are multiple administrations at this time. Please see the MAR for detailed information. -RF | | |

| | 1038 |
|---|---|
| **Volume Totals** | |
| Volume (mL) /kg | 0 mL/kg -MN |
| **Calorie Totals** | |
| Calories /kg | 0 cal/kg -MN |

### CNA Vital Signs - Mon January 08, 2018

| Peacehealth | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1201076444 |
|---|---|---|

## Flowsheets (all recorded) (continued)

### CNA Vital Signs - Mon January 08, 2018 (continued)

| | 1038 |
|---|---|
| **Vital Signs** | |
| Patient Position | Sitting -MN |

### AVS DC - Mon January 08, 2018

| | 1553 |
|---|---|
| **Discharge Zones Required** | |
| Discharge Type | Adult -MP |
| Specialty Content | OP Surgery -MP |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DB | Devorah J Bianchi, RN | 07/25/16 - |
| MN | Melody A Nesbitt, CNA | 07/25/16 - |
| TN | Thomas M Nevin, RN | 05/05/16 - |
| MP | Michele J Peniakoff, RN | 05/05/16 - |
| ET | Elizabeth A Tritz, RN | 05/05/16 - |
| RF | Richard G Finkelstein, MD | 07/19/16 - |
| AD | Automatic Discharge Provider | - |

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201076444

## Orders

### Medications - Clinical Orders

**sodium chloride (NS) 0.9 % flush 3-10 mL [129634354]**

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1518** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/08/18 1518 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
PRN reasons:
Line Care
Frequency: PRN 01/08/18 1643 - 01/08/18 1912 Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1912 [Patient Discharge]

**naloxone (NARCAN) injection 0.1 mg [129634356]**

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1518** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/08/18 1518 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD PRN Comment: Over Sedation
Frequency: PRN 01/08/18 1643 - 01/08/18 1912 Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1912 [Patient Discharge]

**ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg [129634365]**

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1518** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/08/18 1518 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
PRN reasons:
Nausea Vomiting
Frequency: Q8H PRN 01/08/18 1643 - 01/08/18 1912 Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1912 [Patient Discharge]

**ondansetron PF (ZOFRAN) 4 mg/2 mL injection 4 mg [129634366]**

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1518** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/08/18 1518 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
PRN reasons:
Nausea Vomiting
Frequency: Q8H PRN 01/08/18 1643 - 01/08/18 1912 Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1912 [Patient Discharge]

**prochlorperazine (COMPAZINE) tablet 5 mg [129634367]**

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1518** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/08/18 1518 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
PRN reasons:
Nausea Vomiting
Frequency: Q6H PRN 01/08/18 1643 - 01/08/18 1912 Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1912 [Patient Discharge]

**prochlorperazine (COMPAZINE) injection 5 mg [129634368]**

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1518** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/08/18 1518 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD

## Medications - Clinical Orders (continued)

### prochlorperazine (COMPAZINE) injection 5 mg [129634368] (continued)

PRN reasons:
Nausea Vomiting
Frequency: Q6H PRN 01/08/18 1643 - 01/08/18 1912 Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1912 [Patient Discharge]

### benzocaine-menthol (CEPACOL) 15-3.6 mg per lozenge 1 lozenge [129634357]

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1518** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/08/18 1518 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
PRN reasons:
Cough Sore throat
Frequency: PRN 01/08/18 1519 - 01/08/18 1912 Released by: Elizabeth A Tritz, RN 01/08/18 1519
Discontinued by: Automatic Discharge Provider 01/08/18 1912 [Patient Discharge]

### oxyCODONE (ROXICODONE) immediate release tablet 5-15 mg [129634364]

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1518** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/08/18 1518 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
PRN reasons:
Moderate Pain (Pain Scale 4-6) Severe Pain (Pain Scale 7-10)
PRN Comment: MODERATE - SEVERE PAIN (4-10) FIRST CHOICE
Frequency: Q3H PRN 01/08/18 1519 - 01/08/18 1912 Released by: Elizabeth A Tritz, RN 01/08/18 1519
Discontinued by: Automatic Discharge Provider 01/08/18 1912 [Patient Discharge]

### oxyCODONE (ROXICODONE) 5 MG immediate release tablet [129634369]

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1518** Status: **Expired**
Ordering user: Steven L Wilhite, MD 01/08/18 1518 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
PRN reasons:
Pain
Frequency: Q4H PRN 01/08/18 - 10 Days

### docusate sodium (COLACE) 100 MG capsule [129634370]

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1518** Status: **Active**
Ordering user: Steven L Wilhite, MD 01/08/18 1518 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: BID 01/08/18 - Until Discontinued

### dextrose 50 % in water (D50W) syringe 6-50 mL [129615674]

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346** Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346 Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
PRN reasons:
Low blood sugar
PRN Comment: For hypoglycemia, administer D50W or D10W.
Frequency: Q15 Min PRN 01/08/18 1431 - 01/08/18 1643 Released by: Nicole Moffatt, RN 01/08/18 1431
Discontinued by: Automatic Transfer Provider 01/08/18 1643 [Patient Transfer]

## Medications - Clinical Orders (continued)

### dextrose 10% bolus 50-200 mL [129615675]

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346** Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346 Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
PRN reasons:
Low blood sugar
PRN Comment: For hypoglycemia, administer D50W or D10W.
Frequency: Q15 Min PRN 01/08/18 1431 - 01/08/18 1643 Released by: Nicole Moffatt, RN 01/08/18 1431
Discontinued by: Automatic Transfer Provider 01/08/18 1643 [Patient Transfer]
Questions:
Hold maintenance infusion while bolus is infusing? No

### insulin lispro medium dose adult subcutaneous corrective [129615676]

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346** Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346 Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
PRN reasons:
High Blood Sugar
Frequency: PRN 01/08/18 1431 - 01/08/18 1643 Released by: Nicole Moffatt, RN 01/08/18 1431
Discontinued by: Automatic Transfer Provider 01/08/18 1643 [Patient Transfer]

### fentaNYL (SUBLIMAZE) injection 25-50 mcg [129615677]

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346** Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346 Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
PRN reasons:
Moderate Pain (Pain Scale 4-6) Severe Pain (Pain Scale 7-10)
PRN Comment: Use 25 mcg for mild-moderate pain (pain score 1-6), and 50 mcg for severe pain (pain scale 7-10)
Frequency: Q5 Min PRN 01/08/18 1431 - 01/08/18 1643 Released by: Nicole Moffatt, RN 01/08/18 1431
Discontinued by: Automatic Transfer Provider 01/08/18 1643 [Patient Transfer]

### HYDROmorphone (DILAUDID) injection 0.3-0.5 mg [129615678]

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346** Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346 Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
PRN reasons:
Moderate Pain (Pain Scale 4-6) Severe Pain (Pain Scale 7-10)
PRN Comment: for post-operative pain
Frequency: Q15 Min PRN 01/08/18 1431 - 01/08/18 1643 Released by: Nicole Moffatt, RN 01/08/18 1431
Discontinued by: Automatic Transfer Provider 01/08/18 1643 [Patient Transfer]

### naloxone (NARCAN) injection 0.04 mg [129615679]

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346** Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346 Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD

Peacehealth
1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201076444

## Medications - Clinical Orders (continued)

### naloxone (NARCAN) injection 0.04 mg [129615679] (continued)

PRN reasons:
Opioid Reversal

Frequency: PRN 01/08/18 1431 - 01/08/18 1643
Released by: Nicole Moffatt, RN 01/08/18 1431
Discontinued by: Automatic Transfer Provider 01/08/18 1643 [Patient Transfer]

### diphenhydrAMINE (BENADRYL) injection 12.5 mg [129615680]

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346**
Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346
Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
PRN Comment: nausea, EPS, or other dystonic reaction

Frequency: Q6H PRN 01/08/18 1431 - 01/08/18 1643
Released by: Nicole Moffatt, RN 01/08/18 1431
Discontinued by: Automatic Transfer Provider 01/08/18 1643 [Patient Transfer]

### thrombin (bovine) (THROMBIN-JMI) solution [129615693]

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1514**
Status: **Discontinued**
Mode: Ordering in Verbal order with readback mode
Communicated by: Devorah J Bianchi, RN
Ordering user: Devorah J Bianchi, RN 01/08/18 1426
Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: PRN 01/08/18 1425 - 01/08/18 1457
Discontinued by: Devorah J Bianchi, RN 01/08/18 1457 [Patient Discharge]

### bupivacaine-EPINEPHrine 0.25 %-1:200,000 injection [129615692]

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1514**
Status: **Discontinued**
Mode: Ordering in Verbal order with readback mode
Communicated by: Devorah J Bianchi, RN
Ordering user: Devorah J Bianchi, RN 01/08/18 1425
Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: PRN 01/08/18 1425 - 01/08/18 1457
Discontinued by: Devorah J Bianchi, RN 01/08/18 1457 [Patient Discharge]

### scopolamine (TRANSDERM-SCOP) 1 mg over 3 days 1.5 mg [129588528]

Electronically signed by: **Margaret F Barnhart, MD on 01/08/18 1248**
Status: **Discontinued**
Ordering user: Margaret F Barnhart, MD 01/08/18 1248
Ordering provider: Margaret F Barnhart, MD
Authorized by: Margaret F Barnhart, MD
Frequency: Q72H 01/08/18 1345 - 01/08/18 1431
Released by: Thomas M Nevin, RN 01/08/18 1300
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]

### propranolol (INDERAL) tablet 40 mg [129588525]

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1514**
Status: **Completed**
Mode: Ordering in Telephone order with readback mode
Communicated by: Thomas M Nevin, RN
Ordering user: Thomas M Nevin, RN 01/08/18 1149
Ordering provider: Margaret F Barnhart, MD
Authorized by: Margaret F Barnhart, MD
Frequency: Once 01/08/18 1230 - 1 Occurrences
Released by: Thomas M Nevin, RN 01/08/18 1149

### dextrose 50 % in water (D50W) syringe 6-50 mL [121600104]

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749**
Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749
Ordering provider: Michael B Ostrovsky, MD
Authorized by: Michael B Ostrovsky, MD
PRN reasons:
Low blood sugar

## Medications - Clinical Orders (continued)

**dextrose 50 % in water (D50W) syringe 6-50 mL [121600104] (continued)**

PRN Comment: For hypoglycemia, administer D50W or D10W.
Frequency: Q15 Min PRN 01/08/18 1118 - 01/08/18 1431 Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]

**dextrose 10% bolus 50-200 mL [121600105]**

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749** Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749 Ordering provider: Michael B Ostrovsky, MD
Authorized by: Michael B Ostrovsky, MD
PRN reasons:
Low blood sugar
PRN Comment: For hypoglycemia, administer D50W or D10W.
Frequency: Q15 Min PRN 01/08/18 1118 - 01/08/18 1431 Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]
Questions:
Hold maintenance infusion while bolus is infusing? No

**midazolam (VERSED) injection 1 mg [121600109]**

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749** Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749 Ordering provider: Michael B Ostrovsky, MD
Authorized by: Michael B Ostrovsky, MD
Frequency: See Admin Instructions 01/08/18 1118 - 01/08/18 1431 Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]

**naloxone (NARCAN) injection 0.04 mg [121600110]**

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749** Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749 Ordering provider: Michael B Ostrovsky, MD
Authorized by: Michael B Ostrovsky, MD
PRN reasons:
Opioid Reversal
Frequency: PRN 01/08/18 1118 - 01/08/18 1431 Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]

**lidocaine (PF) (XYLOCAINE-MPF) 10 mg/mL (1 %) injection 1 mL [121600106]**

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749** Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749 Ordering provider: Michael B Ostrovsky, MD
Authorized by: Michael B Ostrovsky, MD
PRN reasons:
Other
PRN Comment: prior to IV insertion
Frequency: Once PRN 01/08/18 1118 - 1 Occurrences Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]

**lactated Ringers (LR) continuous infusion [121600107]**

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749** Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749 Ordering provider: Michael B Ostrovsky, MD
Authorized by: Michael B Ostrovsky, MD
Frequency: Continuous 01/08/18 1200 - 01/08/18 1912 Released by: Thomas M Nevin, RN 01/08/18 1118

## Medications - Clinical Orders (continued)

**lactated Ringers (LR) continuous infusion [121600107] (continued)**

Discontinued by: Automatic Discharge Provider 01/08/18 1912 [Patient Discharge]

**fentaNYL (SUBLIMAZE) injection 50 mcg [121600108]**

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749** Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749 Ordering provider: Michael B Ostrovsky, MD
Authorized by: Michael B Ostrovsky, MD
Frequency: See Admin Instructions 01/08/18 1118 - 01/08/18 1431 Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]

**ceFAZolin (ANCEF) in D5W IVPB 2 g [129588492]**

Electronically signed by: **Steven L Wilhite, MD on 01/05/18 0941** Status: **Completed**
Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 01/08/18 1200 - 1 Occurrences Released by: Thomas M Nevin, RN 01/08/18 1118
Questions:
Reason for Therapy: prophylaxis for a procedure

## Lab - Clinical Orders

**Blood Gas with Lytes, Venous [129588523]**

Electronically signed by: **Thomas M Nevin, RN on 01/08/18 1139** Status: **Completed**
Ordering user: Thomas M Nevin, RN 01/08/18 1139 Ordering provider: Jocelyn Park, MD
Authorized by: Jocelyn Park, MD
Frequency: STAT 01/08/18 1140 - 1 Occurrences Released by: Thomas M Nevin, RN 01/08/18 1139

## Discharge - Clinical Orders

**Discharge patient [129615710]**

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1518** Status: **Completed**
Ordering user: Steven L Wilhite, MD 01/08/18 1518 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 01/08/18 1515 - 1 Occurrences

## Nursing - Other Orders

**OSA - Place patient on alert / monitoring - POST-OP [129615124]**

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346** Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346 Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
Frequency: Until Discontinued 01/08/18 1644 - Until Specified Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
1. Place post-operative patient on a continuous oximetry monitor for their entire post op stay (centrally monitored or nurse pager/phone alerted whenever possible). 2. Set the threshold for oxygen saturation nurse alarm at 88%,

## Nursing - Other Orders (continued)

**OSA - Place patient on alert / monitoring - POST-OP [129615124] (continued)**

minimum. Upon admission to the nursing unit, titrate the patient's supplemental oxygen to room air or to their baseline home oxygen requirement when possible.

**OSA - Positive airway pressure device instructions - POST-OP [129615660]**

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346** Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346 Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
Frequency: Until Discontinued 01/08/18 1644 - Until Specified Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
1. Patients who have been shown to benefit from a positive airway pressure device must be treated either via their own home device or via an APAP device whenever they are unattended, sleeping or not easily arousable. If patient uses own device, RT/Biomed should confirm that the device is functioning correctly. NOTE: To avoid CPAP induced dehiscence, consider auto titration CPAP (APAP) with a lower max pressure for postop bariatric patients. 2. Treatment may be interrupted for activities including eating, toileting or participating in physical therapy, or as part of a trial to see if the patient is able to be safely discharged without the assistive device.

**OSA - Notify provider - POST-OP [129615662]**

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346** Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346 Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
Frequency: Until Discontinued 01/08/18 1644 - Until Specified Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
Call surgeon or hospitalist for additional orders regarding the OSA Monitoring Protocol or if the patient declines to wear the device, every effort should be made to ensure that device discomfort is not contributing to poor compliance.

**OSA - Instructions for 30 minutes prior to discharge - PHASE II [129615121]**

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346** Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346 Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
Frequency: Until Discontinued 01/08/18 1644 - Until Specified Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
Should spend the 30 minutes before discharge: 1) In a non-stimulating environment 2) On room air, or at their baseline home oxygen requirement in patients that require home oxygen, with the patient maintaining an oxygen saturation within 2% of their baseline pre-operative saturation and respiratory rate > 10; AND 3) With patient able to maintain own airway

**OSA - Consider for Inpatient admission - Outpatients - PHASE II [129615122]**

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346** Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346 Ordering provider: Richard G Finkelstein, MD

## Nursing - Other Orders (continued)

**OSA - Consider for Inpatient admission - Outpatients - PHASE II [129615122] (continued)**

Authorized by: Richard G Finkelstein, MD
Frequency: Until Discontinued 01/08/18 1644 - Until Specified
Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
If patients scheduled as outpatients exhibit PACU 30-Minute Respiratory Events, they should be considered for Inpatient admission

**OSA - Call surgeon instructions - PHASE II [129615123]**

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346**
Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346
Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
Frequency: Until Discontinued 01/08/18 1644 - Until Specified
Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
Call surgeon for additional orders regarding the OSA Monitoring Protocol

**OSA - Instructions for 3rd post op day - POST-OP [129615125]**

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346**
Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346
Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
Frequency: Until Discontinued 01/08/18 1644 - Until Specified
Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
On third postop day, patients not requiring supplemental oxygen who are on a stable oral narcotic regimen and have had no respiratory events for 24-hours may be removed from continuous oximetry monitoring. Respiratory events include: 1) Oxygen saturation < 90% 2) Bradypnea < 8 breaths 3) Apnea > 10 seconds 4) Pain sedation mismatch - patient reports inadequate pain relief despite significant sedation

**OSA - Elevate HOB - POST-OP [129615126]**

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346**
Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346
Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
Frequency: Until Discontinued 01/08/18 1644 - Until Specified
Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
Position patient with head of bed elevated > 30 degrees or in a lateral position rather than supine, unless contraindicated

**NCS Adult and PED Peri-Anesthesia Post-Op Phase 2 [129634349]**

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1518**
Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/08/18 1518
Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD

## Nursing - Other Orders (continued)

**NCS Adult and PED Peri-Anesthesia Post-Op Phase 2 [129634349] (continued)**

Frequency: Until Discontinued 01/08/18 1644 - Until Specified
Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]

**Advance diet as tolerated Nursing order,Nursing to modify Diet order to: General [129634351]**

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1518** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/08/18 1518 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Until Discontinued 01/08/18 1644 - Until Specified
Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Questions:
Nursing to modify Diet order to General

**Discontinue Pre-Op Medications [129634352]**

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1518** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/08/18 1518 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 01/08/18 1644 - 1 Occurrences
Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]

**DISCONTINUE PACU MEDS ON TRANSFER TO PHASE II [129634353]**

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1518** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/08/18 1518 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 01/08/18 1644 - 1 Occurrences
Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
ANESTHESIA ORDER

**FOR DIABETIC PATIENTS: - Notify surgeon if CBG less than 70 mg/dL or CBG greater than 150 mg/dL [129634358]**

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1518** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/08/18 1518 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 01/08/18 1644 - 1 Occurrences
Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
Notify surgeon if CBG less than 70 mg/dL or CBG greater than 150 mg/dL

**Nurse Communication - FOR DIABETIC PATIENTS: - Notify surgeon if CBG less than 70 mg/dL or CBG greater than 150 mg/dL [129634361]**

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1518** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/08/18 1518 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 01/08/18 1644 - 1 Occurrences
Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]

Nursing - Other Orders (continued)

**Nurse Communication - FOR DIABETIC PATIENTS: - Notify surgeon if CBG less than 70 mg/dL or CBG greater than 150 mg/dL [129634361] (continued)**

Order comments:
Notify surgeon if CBG less than 70 mg/dL or CBG greater than 150 mg/dL

**Nurse Communication - FOR DIABETIC PATIENTS: - Notify anesthesia if CBG less than 70 mg/dL or CBG greater than 150 mg/dL [129615670]**

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346** Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346 Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
Frequency: Once 01/08/18 1432 - 1 Occurrences Released by: Nicole Moffatt, RN 01/08/18 1431
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
Notify anesthesia if CBG less than 70 mg/dL or CBG greater than 150 mg/dL

**Nursing Communication - Same Day Discharge Patients [129615671]**

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346** Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346 Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
Frequency: Until Discontinued 01/08/18 1432 - Until Specified Released by: Nicole Moffatt, RN 01/08/18 1431
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
Administer only one correctional insulin dose. Ensure patient is able to tolerate PO intake prior to discharge

**NCS Adult and PED Peri-Anesthesia Post-Op Phase 1 [129615117]**

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346** Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346 Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
Frequency: Until Discontinued 01/08/18 1432 - Until Specified Released by: Nicole Moffatt, RN 01/08/18 1431
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]

**OSA - Monitor per PACU 30-Minute Respiratory Events Criteria - PACU [129615118]**

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346** Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346 Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
Frequency: Until Discontinued 01/08/18 1432 - Until Specified Released by: Nicole Moffatt, RN 01/08/18 1431
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
All post-operative patients should be monitored for recurring respiratory events during their PACU phase 1 stay using the PACU 30-Minute Respiratory Events Criteria

**OSA - High risk for OSA instructions - PACU [129615119]**

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18** Status: **Discontinued**

## Nursing - Other Orders (continued)

**OSA - High risk for OSA instructions - PACU [129615119] (continued)**

1346

Ordering user: Richard G Finkelstein, MD 01/08/18 1346
Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
Frequency: Until Discontinued 01/08/18 1432 - Until Specified
Released by: Nicole Moffatt, RN 01/08/18 1431
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
Patients exhibiting any PACU 30-Minute Respiratory Events should be considered higher risk for post-op OSA and/or hypoventilatory problems, and regional OSA/OHS postoperative evaluations and monitoring policies should be initiated

**OSA - Consider for Inpatient admission - Outpatients - PACU [129615120]**

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346**
Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346
Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
Frequency: Until Discontinued 01/08/18 1432 - Until Specified
Released by: Nicole Moffatt, RN 01/08/18 1431
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
Outpatients who exhibit PACU 30-Minute Respiratory Events should be considered for Inpatient admission

**Apply warming blanket [129615664]**

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346**
Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346
Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
Frequency: PRN 01/08/18 1431 - Until Specified
Released by: Nicole Moffatt, RN 01/08/18 1431
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
As need for temp less than 36 degrees

**Discharge patient from recovery [129615665]**

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346**
Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346
Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
Frequency: Once 01/08/18 1432 - 1 Occurrences
Released by: Nicole Moffatt, RN 01/08/18 1431
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
Discharge from recovery when patient meets PACU discharge criteria. The Anesthesia Post-operative evaluation note must be complete prior to discharge from PACU.

**Notify Anesthesia provider - Unstable vitals [129615666]**

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346**
Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346
Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
Frequency: Until Discontinued 01/08/18 1432 - Until
Released by: Nicole Moffatt, RN 01/08/18 1431

## Nursing - Other Orders (continued)

**Notify Anesthesia provider - Unstable vitals [129615666] (continued)**

Specified
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
Notify anesthesia if blood pressure is 20 percent higher or lower than pre-operative blood pressure. Notify provider for SBP <90 and MAP <60. Notify provider for SBP > 160 or DBP >90. Notify provider for symptomatic bradycardia, tachycardia or for HR > 120, or HR <40. Notify provider for RR < 8 or O2 sat <90.

**RN may give first dose of the following medications per surgeon orders: [129615667]**

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346** Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346 Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
Frequency: Continuous 01/08/18 1432 - Until Specified Released by: Nicole Moffatt, RN 01/08/18 1431
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
May give in PACU if on surgeon's postop orders and patient sedation score less than 3 and Pain Score greater than 2 Oxycodone (2.5 - 5 mg greater than age 65 or OSA; 5- 10 mg less than or equal to age 65) PO OR Hydrocodone / acetaminophen (Norco) 5gm/325 mg (1 if greater than age 65 or OSA; 1-2 if less than or equal to age 65) PO May start PCA in PACU if on surgeon's postop orders May give first dose of baclofen, cyclobenzaprine, methocarbamol, carisoprodol, hyoscyamine, B&O suppository, oxybutynin, or gabapentin in PACU as per surgeon's postop orders

**Discontinue Pre-Op Meds [129615668]**

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346** Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346 Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
Frequency: Once 01/08/18 1432 - 1 Occurrences Released by: Nicole Moffatt, RN 01/08/18 1431
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]

**Oxygen Therapy [129615669]**

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346** Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346 Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
Frequency: Once 01/08/18 1432 - 1 Occurrences Released by: Nicole Moffatt, RN 01/08/18 1431
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Questions:
SpO2 Adult
Keep SpO2 at Other
SpO2 greater than 92 percent
Order comments:
Oxygen therapy titrate to SpO2 92% or greater. O2 delivery device: Nasal cannula, advance to face mask after 4L. If the patient requires oxygen greater than 3 liters per minute nasal cannula or 7 liters per minute face mask to maintain the saturation ordered by the Provider or as directed by OSA protocol, the nurse will directly communicate with Respiratory Care or provider.

**Nurse Communication - FOR DIABETIC PATIENTS: - Notify anesthesia if CBG less than 70 mg/dL or CBG greater than 150 mg/dL [121600100]**