## Nursing - Other Orders (continued)

**Nurse Communication - FOR DIABETIC PATIENTS: - Notify anesthesia if CBG less than 70 mg/dL or CBG greater than 150 mg/dL [121600100] (continued)**

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749** Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749 Ordering provider: Michael B Ostrovsky, MD
Authorized by: Michael B Ostrovsky, MD
Frequency: Once 01/08/18 1119 - 1 Occurrences Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]
Order comments:
Notify anesthesia if CBG less than 70 mg/dL or CBG greater than 150 mg/dL

**NCS Adult and PED Peri-Anesthesia Pre-Op Day of Surgery [121600087]**

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749** Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749 Ordering provider: Michael B Ostrovsky, MD
Authorized by: Michael B Ostrovsky, MD
Frequency: Until Discontinued 01/08/18 1119 - Until Specified Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]

**Call anesthesia provider if patient hasn't taken home beta blocker within 24 hours [121600089]**

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749** Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749 Ordering provider: Michael B Ostrovsky, MD
Authorized by: Michael B Ostrovsky, MD
Frequency: Until Discontinued 01/08/18 1119 - Until Specified Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]
Order comments:
Call anesthesia provider if patient hasn't taken home beta blocker within 24 hours

**Notify Anesthesia provider - Unstable vitals [121600090]**

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749** Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749 Ordering provider: Michael B Ostrovsky, MD
Authorized by: Michael B Ostrovsky, MD
Frequency: Until Discontinued 01/08/18 1119 - Until Specified Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]
Questions:
Heart rate greater than 120
Heart rate less than 40
Systolic blood pressure greater than 160
Systolic blood pressure less than 90
Diastolic blood pressure greater than 90
Diastolic blood pressure less than 60
SpO2 less than 90
Order comments:
Notify anesthesia provider for MAP < less than 60. Notify provider for symptomatic bradycardia or tachycardia; RR < less than 8.

**Notify Anesthesia provider - Insulin [121600091]**

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749** Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749 Ordering provider: Michael B Ostrovsky, MD



EXHIBIT
3, part 7

## Nursing - Other Orders (continued)

### Notify Anesthesia provider - Insulin [121600091] (continued)

Authorized by: Michael B Ostrovsky, MD
Frequency: Once 01/08/18 1119 - 1 Occurrences Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]
Order comments:
Notify anesthesia provider if patient usually takes basal insulin in AM but did not take AM of procedure. Expect the following orders from anesthesia provider: - If glargine, detemir--Give 80% of usual AM dose - If NPH, Novolin-N, Humulin-N, mixed 70/30, 75/25, or 50/50--Give 50% of usual AM dose as NPH only - If U500--Dose per pharmacy at 50 percent of usual morning dose

### Obtain PT/INR on all patients on warfarin if not ordered. [121600092]

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749** Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749 Ordering provider: Michael B Ostrovsky, MD
Authorized by: Michael B Ostrovsky, MD
Frequency: Until Discontinued 01/08/18 1119 - Until Specified Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]
Order comments:
Obtain POC INR on all patients on warfarin if not ordered.

### Obtain urine pregnancy [121600093]

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749** Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749 Ordering provider: Michael B Ostrovsky, MD
Authorized by: Michael B Ostrovsky, MD
Frequency: Until Discontinued 01/08/18 1119 - Until Specified Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]
Order comments:
Obtain urine pregnancy test if not ordered for post menarchal females with fertility unless patient has signed urine pregnancy test refusal form.

### Active Warming [121600095]

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749** Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749 Ordering provider: Michael B Ostrovsky, MD
Authorized by: Michael B Ostrovsky, MD
Frequency: Until Discontinued 01/08/18 1119 - Until Specified Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]
Order comments:
Unless temp greater than 38 degrees

### Oxygen Therapy [121600096]

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749** Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749 Ordering provider: Michael B Ostrovsky, MD
Authorized by: Michael B Ostrovsky, MD
Frequency: Until Discontinued 01/08/18 1119 - Until Specified Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]
Questions:

## Nursing - Other Orders (continued)

### Oxygen Therapy [121600096] (continued)

SpO2 Adult
Keep SpO2 at Other
SpO2 greater than 92 percent
Order comments:
Oxygen therapy titrate to SpO2 92% or greater. O2 delivery device: Nasal cannula, advance to face mask after 4L. If the patient requires oxygen greater than 3 liters per minute nasal cannula or 7 liters per minute face mask to maintain the saturation ordered by the Provider or as directed by OSA protocol, the nurse will directly communicate with anesthesia.

### Remove piercings [121600097]

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749** Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749 Ordering provider: Michael B Ostrovsky, MD
Authorized by: Michael B Ostrovsky, MD
Frequency: Until Discontinued 01/08/18 1119 - Until Specified Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]

### Obtain POC VBG on all dialysis patients if not ordered. [121600098]

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749** Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749 Ordering provider: Michael B Ostrovsky, MD
Authorized by: Michael B Ostrovsky, MD
Frequency: Until Discontinued 01/08/18 1119 - Until Specified Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]
Order comments:
Obtain POC VBG on all dialysis patients if not ordered.

### Initiate Pre-Operative Vancomycin when criteria met for MRSA Screening Protocol [129588493]

Electronically signed by: **Steven L Wilhite, MD on 01/05/18 0941** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Continuous 01/08/18 1119 - Until Specified Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]

### Clip hair per guidelines [129588481]

Electronically signed by: **Steven L Wilhite, MD on 01/05/18 0941** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 01/08/18 1119 - 1 Occurrences Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]

### Diet per anesthesia, otherwise NPO [129588483]

Electronically signed by: **Steven L Wilhite, MD on 01/05/18 0941** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Until Discontinued 01/08/18 1119 - Until Specified Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]

## Nursing - Other Orders (continued)

### Diet per anesthesia, otherwise NPO [129588483] (continued)

### Maintain Normothermia [129588485]

Electronically signed by: **Steven L Wilhite, MD on 01/05/18 0941** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Until Discontinued 01/08/18 1119 - Until Specified Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]
Order comments:
Maintain temperature greater than 36 degrees C during pre-operative phase

### NCS Adult and PED Peri-Anesthesia Pre-Op Day of Surgery [129588486]

Electronically signed by: **Steven L Wilhite, MD on 01/05/18 0941** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Until Discontinued 01/08/18 1119 - Until Specified Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]

### Obtain PT/INR on all patients on warfarin if not ordered. [129588487]

Electronically signed by: **Steven L Wilhite, MD on 01/05/18 0941** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 01/08/18 1119 - 1 Occurrences Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]
Order comments:
Obtain PT/INR on all patients on warfarin if not ordered.

### Providone-Iodine solution 5% [129588489]

Electronically signed by: **Steven L Wilhite, MD on 01/05/18 0941** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 01/08/18 1119 - 1 Occurrences Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]
Questions:
Supply Providone-Iodine solution 5%
Order comments:
Administer nasal antiseptic if patient is MRSA positive or scheduled to receive implants

### Respect floor code status [129588490]

Electronically signed by: **Steven L Wilhite, MD on 01/05/18 0941** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 01/08/18 1119 - 1 Occurrences Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]

### Skin prep per hospital standards [129588491]

Electronically signed by: **Steven L Wilhite, MD on 01/05/18 0941** Status: **Discontinued**

## Nursing - Other Orders (continued)

**Skin prep per hospital standards [129588491] (continued)**

Ordering user: Steven L Wilhite, MD 01/05/18 0941
Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 01/08/18 1119 - 1 Occurrences
Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]
Order comments:
Gently cleanse operative site and surrounding area with Chlorhexidine per hospital standards, if not contraindicated.

## ADT Patient Update - Other Orders

**Place as hospital outpatient surgery [129588488]**

Electronically signed by: **Steven L Wilhite, MD on 01/05/18 0941**
Status: **Completed**
Ordering user: Steven L Wilhite, MD 01/05/18 0941
Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 01/08/18 1119 - 1 Occurrences
Released by: Thomas M Nevin, RN 01/08/18 1118
Questions:
Patient Class Hospital Outpatient Surgery

## Code Status - Other Orders

**Full code [129588484]**

Electronically signed by: **Steven L Wilhite, MD on 01/05/18 0941**
Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/05/18 0941
Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Continuous 01/08/18 1119 - Until Specified
Released by: Thomas M Nevin, RN 01/08/18 1118
Code status: Full Code
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]

## Consult - Other Orders

**Anesthesia Rounding [129615663]**

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346**
Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346
Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
Frequency: Once 01/08/18 1432 - 1 Occurrences
Released by: Nicole Moffatt, RN 01/08/18 1431
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
Add this patient to Anesthesia Rounding list.

## Respiratory Care - Other Orders

**RC:Per OSA MONITORING POST-OP ORDER SET; for patients who have been shown to benefit from a positive airway pressure device; Initiate Adult RC CPAP OSA Protocol. Device must be worn whenever the patient is unattended, sleeping or not easily arousa... [129615661]**

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346**
Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346
Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
Frequency: Once 01/08/18 1644 - 1 Occurrences
Released by: Michele J Peniakoff, RN 01/08/18 1643

## Respiratory Care - Other Orders (continued)

RC:Per OSA MONITORING POST-OP ORDER SET; for patients who have been shown to benefit from a positive airway pressure device; Initiate Adult RC CPAP OSA Protocol. Device must be worn whenever the patient is unattended, sleeping or not easily arousa... [129615661] (continued)

Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
RC:Per OSA MONITORING POST-OP ORDER SET; for patients who have been shown to benefit from a positive airway pressure device; Initiate Adult RC CPAP OSA Protocol. Device must be worn whenever the patient is unattended, sleeping or not easily arousable. If the patient declines to wear the device, ensure that device discomfort is not contributing to poor compliance. If poor compliance continues notify provider. P

## IV - Other Orders

saline lock IV [129634355]

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1518** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/08/18 1518 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 01/08/18 1644 - 1 Occurrences Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
When taking PO well

Insert peripheral IV [121600094]

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749** Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749 Ordering provider: Michael B Ostrovsky, MD
Authorized by: Michael B Ostrovsky, MD
Frequency: Once 01/08/18 1119 - 1 Occurrences Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]
Order comments:
Insert peripheral IV per regional policy

## CORE MEASURES - Other Orders

Low Risk VTE [129588494]

Electronically signed by: **Steven L Wilhite, MD on 01/05/18 0941** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 01/08/18 1119 - 1 Occurrences Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]
Questions:
Reason for no VTE prophylaxis at admission? Low risk VTE: prophlaxis not required Comment - ambulating same day as procedure

## Point of Care Testing-Docked Device - Other Orders

POCT Glucose - CBG [129634359]

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1518** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/08/18 1518 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD

Point of Care Testing-Docked Device - Other Orders (continued)

POCT Glucose - CBG [129634359] (continued)

Frequency: Once 01/08/18 1644 - 1 Occurrences
Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
All patients, day of surgery

POCT Glucose - CBG SQ insulin [129634360]

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1518**
Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/08/18 1518
Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Q2H 01/08/18 1800 - Until Specified
Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
Every 2 hours, any patient receiving SQ insulin

POCT Glucose - CBG [129634362]

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1518**
Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/08/18 1518
Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Once 01/08/18 1644 - 1 Occurrences
Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
All patients, day of surgery

POCT Glucose - CBG SQ insulin [129634363]

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1518**
Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/08/18 1518
Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Q2H 01/08/18 1800 - Until Specified
Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
Every 2 hours, any patient receiving SQ insulin

POCT Glucose - CBG SQ insulin/CBG > 150 mg/dL [129615672]

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346**
Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346
Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
Frequency: Q2H PRN 01/08/18 1431 - Until Specified
Released by: Nicole Moffatt, RN 01/08/18 1431
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
Every 2 hours, any patient receiving SQ insulin or admit CBG >150

POCT Glucose - Insulin infusion [129615673]

Electronically signed by: **Richard G Finkelstein, MD on 01/08/18 1346**
Status: **Discontinued**
Ordering user: Richard G Finkelstein, MD 01/08/18 1346
Ordering provider: Richard G Finkelstein, MD
Authorized by: Richard G Finkelstein, MD
Frequency: Q1H PRN 01/08/18 1431 - Until Specified
Released by: Nicole Moffatt, RN 01/08/18 1431

## Point of Care Testing-Docked Device - Other Orders (continued)

**POCT Glucose - Insulin infusion [129615673] (continued)**

Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]
Order comments:
Every hour for any patient receiving IV or subcutaneous insulin infusion

**POCT Glucose - CBG Pre-op Admit [121600101]**

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749** Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749 Ordering provider: Michael B Ostrovsky, MD
Authorized by: Michael B Ostrovsky, MD
Frequency: Once 01/08/18 1119 - 1 Occurrences Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]
Order comments:
All diabetic patients or greater than age 18, pre-op, day of surgery

**POCT Glucose - CBG SQ insulin/CBG > 150 mg/dL [121600102]**

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749** Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749 Ordering provider: Michael B Ostrovsky, MD
Authorized by: Michael B Ostrovsky, MD
Frequency: Q2H PRN 01/08/18 1118 - Until Specified Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]
Order comments:
Every 2 hours, any patient receiving SQ insulin or admit CBG >150

**POCT Glucose - Insulin infusion [121600103]**

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749** Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749 Ordering provider: Michael B Ostrovsky, MD
Authorized by: Michael B Ostrovsky, MD
Frequency: Q1H PRN 01/08/18 1118 - Until Specified Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]
Order comments:
Every hour for any patient receiving IV or subcutaneous insulin infusion

**POCT Glucose [121600099]**

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749** Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749 Ordering provider: Michael B Ostrovsky, MD
Authorized by: Michael B Ostrovsky, MD
Frequency: Once 01/08/18 1119 - 1 Occurrences Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]
Order comments:
All diabetics or greater than age 18

## Diet - Other Orders

**Diet NPO [129634350]**

Electronically signed by: **Steven L Wilhite, MD on 01/08/18 1518** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/08/18 1518 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Effective Now 01/08/18 1644 - Until Specified Diet: General

**Diet - Other Orders (continued)**

**Diet NPO [129634350] (continued)**

Released by: Michele J Peniakoff, RN 01/08/18 1643
Discontinued by: Automatic Discharge Provider 01/08/18 1917 [Patient Discharge]

Questions:
Type NPO

**Diet NPO: Meds [121600088]**

Electronically signed by: **Michael B Ostrovsky, MD on 01/05/18 1749** Status: **Discontinued**
Ordering user: Michael B Ostrovsky, MD 01/05/18 1749 Ordering provider: Michael B Ostrovsky, MD
Authorized by: Michael B Ostrovsky, MD
Frequency: Effective Now 01/08/18 1119 - Until Specified Diet: General
Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]

Questions:
Type NPO
Except Meds

**Diet NPO: Meds [129588482]**

Electronically signed by: **Steven L Wilhite, MD on 01/05/18 0941** Status: **Discontinued**
Ordering user: Steven L Wilhite, MD 01/05/18 0941 Ordering provider: Steven L Wilhite, MD
Authorized by: Steven L Wilhite, MD
Frequency: Effective Midnight 01/09/18 - Until Specified Diet: General
Released by: Thomas M Nevin, RN 01/08/18 1118
Discontinued by: Automatic Transfer Provider 01/08/18 1431 [Patient Transfer]

Questions:
Type NPO
Except Meds

**Encounter-Level Documents:**

Consents/Legal - Scan on 1/8/2018 12:00 AM (below)

**Peacehealth** 1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201076444

Encounter-Level Documents: (continued)

PeaceHealth
Sacred Heart Medical Center

**Consent to Procedures and Other Treatments** Consent

1. Name of procedure(s) (no abbreviations): Evaluate Possible Hemorrhoidectomy, Repair as Finding dictate, Sphincterotomy, Possible Fissurectomy
Physician Name (first and last): Dr. Steven White will perform the procedure(s). Other physicians or qualified medical practitioners, including health professionals-in-training under the supervision of licensed professional faculty, may perform important parts of the surgery in accordance with his/her qualifications and scope of practice.
2. I recognize that during the course of the procedure(s) unforeseen conditions may necessitate additional or different procedures than those above. I authorize my physician, and other practitioners to perform such other procedures as are, in their judgment, necessary and appropriate. I acknowledge that no warranty or guarantee was made to me as to result or cure.
3. I consent to the administration of such anesthetics/sedation considered necessary or advisable. I understand that all anesthetics/sedation involve risks and the possibility of complications, serious injury and death.
4. The transfusion of blood or blood products may be required during or after the procedure(s). My physician has described to me the risks and benefits and possible complications of blood transfusions. These risks include, but are not limited to, systemic reactions, transmission of diseases, and other unusual reactions. The alternative(s) to transfusion, including the risks of not receiving this therapy, have been explained to me. I have received a copy of the pamphlet, "Information for Patient Who May Require Blood Transfusion". Patient Initials
☒ I consent to receive blood products as deemed necessary and appropriate by the physician MMC
☐ I am refusing blood products and have completed form 745R, Refusal to Permit Blood Transfusion. ______
5. MY PHYSICIAN HAS EXPLAINED TO ME IN A WAY THAT I UNDERSTAND:
   a) The procedure or treatment described above.
   b) The potential benefits, risks and side effects of the procedure or treatment.
   c) The reasonable alternatives to the procedure or treatment.
   d) The relevant risks, benefits and side effects related to the alternative pro... treatment, including the alternative of no treatment at all.

I consent to the treatment or procedure described above. I had the opportunity to ask questions and all of my questions about the procedure(s), risks and alternatives were answered to my satisfaction.

X [signature] ______ 1/8/18 11:20am
Patient or Person Authorized to Sign for Patient / Relationship / Date / Time

If patient signs with an "x", caregiver to co-sign / EHR User ID / Date / Time — If patient signs with an "x", caregiver to co-sign / EHR User ID / Date/Time

**If patient is unable or person authorized to sign is unavailable**
Emergency Surgery/Procedure? ☐ Yes (MD's proceed with two signatures) ☐ No (ethics consult required before proceeding)

MD Signature / EHR User ID / Date / Time — 2nd MD Signature / EHR User ID / Date / Time

Signature of Ethics Consult Team Representative (for non-emergency surgery/procedures) / EHR User ID / Date / Time

**SIGN IF APPROPRIATE**

I have been told and I understand that I should not drive postoperatively and/or under sedation. I realize that I am responsible for arranging transportation upon discharge.

X [signature] ______ 1/8/18 11:20am
Patient or Person Authorized to Sign for Patient / Relationship / Date / Time

*Interpreter service and/or special accommodations provided?* ☐ YES ☐ No, Not Needed

FOR STAFF USE ONLY
☐ Final Verification ("Time-Out")
Patient identity (using patient's name and date of birth)
Procedure to be performed including site and side of ... procedure ...
Equipment/instrumentation/special requirements are readily available
Completed by:
Nurse/Tech/MD/MOA Signature / EHR User ID / Date / Time

Patient Identification

Cummins, Michael M
D 47/M 001 1/08/18 HOPSUR
ATTPROV: Steven L Whitte, MD
MRN: 01614423 R/B:/
CSN: 382581283

745 (08/21/15)
PeaceHealth Sacred Heart Medical Center
PeaceHealth Medical Group
**Consent to Operations, Procedures and Other Treatments**
1 of 3

## Quick Reference Guide

*(Site Marking/Final Verification "Time-Out")*

**Site-marking Guide:**

1. **Site-marking must be performed for any procedure that involves a specific side, multiple structures or levels.** Sites involving both sides (bilateral sites), and laparoscopic sites, which involve a side must be marked. (For example, if the patient is to undergo a left bronchoscopy, the left side should be marked on the patient's anterior surface over the left lung).
2. Exceptions to site-marking include:
   - Single organ cases (e.g. cardiac surgery, etc.)
   - Bilateral identical procedures (e.g. bilateral salpingo-oophorectomy, bilateral tubal interruptions, postpartum ligation, etc.)
   - Mid-line incisions, which is inclusive of mid-line sternotomies and Caesarean Sections.
   - Interventional cases for which the catheter/instrument insertion site is not predetermined (e.g. cardiac catheterization)
   - Teeth (indicate the operative/procedural tooth name on the informed consent an on the radiographs or dental diagram)
   - Premature infants (for whom the mark may cause a permanent tattoo)
   - Procedures done through or immediately adjacent to a natural body orifice. REMEMBER this does not apply to those cases where entry is gained through a natural body orifice but still involves a side for the site (e.g. a right ureteral stent insertion).
   - Cases in which the individual doing the procedure is in continuous attendance with the patient. Continuous attendance means that the individual performing the procedure will be physically present with the patient from the time of the decision to do the procedure and consent, through to the conduct of the procedure. (For example, an emergency department physician assesses a patient and determines the need for immediate placement of a chest tube. If the chest tube is placed immediately without the physician performing the procedure leaving the room, then site marking can be omitted.)
   - Cases in which marking the site would be impossible.
3. **Even if a site-marking exception is met, the final verification ("time-out") of patient, procedure, and procedure site(s) still applies.**
4. **Site marking is to be done <u>by the individual performing the procedure</u> or a designee, a credentialed surgical assistant (e.g. a surgeon, PA or RNFA) in the following manner:**
   - Site marking must take place with the patient involved, awake and aware, if possible.
   - Sites must be marked prior to the patient entering the procedure area (e.g. prior to entering the OR). If the procedure is completed in the patient's room the site must be marked before the beginning of the procedure.
   - Sites will be marked, using "yes" or with the initials of the person doing the marking within the procedural field. The mark must be seen after draping, if applicable.
   - The mark must be made using an indelible marker.

---

**Final Verification ("Time-Out") of Patient, Procedure, and Procedure Site(s) Process Reference:**

- Conducted immediately before starting the procedure
- Conducted in the location where the procedure will be done
- The entire team involved in the procedure must be present
- A designated team member (the Circulating Nurse in Surgery) must verify aloud the following:
  - **Patient Identity (using patient's name and date of birth)**
  - **Procedure to be performed**
  - **Site(s) of procedure**
  - **Side or level of procedure, if applicable**

  *The above information can be located on the consent, and the consent may be read aloud.*
  - **Correct patient position**
  - **Correct equipment and/or special requirements are readily available**
- The team must verbalize agreement that all the elements of the final verification are correct.
- If the person performing the procedure is the only person involved in the procedure, the above final verification ("time-out") process should be conducted, however it is not necessary to engage others in this process if they would not otherwise be involved in the procedure

**If there are any discrepancies, any member of the procedural team is authorized to stop the procedure from starting.** If that occurs, the individual performing the procedure must confirm the procedural site(s) and procedure by reviewing the patient's chart, x-ray films (if applicable), and the physician's notes. If a discrepancy still remains, the procedure must be canceled until verification is possible.

The designated team member who verbally conducted the final verification ("time-out") will document that the final verification ("time-out") was completed and correct. This will be documented on the operative record and if no operative record is being completed, the checklist on the patient's informed consent, for the procedure, will be completed.

Patient Identification

745 (05/31/15)
PeaceHealth Sacred Heart Medical Center
PeaceHealth Medical Group
**Consent to Operations, Procedures and Other Treatments**
2 of 3

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201076444

Telemetry - Scan on 1/8/2018 12:00 AM (below)

Telemetry Strips

DATE/TIME



DATE/TIME

COMMENT

DATE/TIME

COMMENT

DATE/TIME

COMMENT

DATE/TIME

COMMENT

DATE/TIME

COMMENT

Patient Identification:
Cummins, Michael M
DOB: 47/M DOS:1/08/18 HOPSUR
AttProv: Steven L Wilhite, Md
MRN:01614423 R/B:/ 10
CSN:382581283

760 (10/10/14)
PeaceHealth Sacred Heart Medical Center
**EKG RHYTHM STRIPS**
1 of 1

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

# PeaceHealth Facesheet

## Riverbend Medical Center

3333 RIVERBEND DR SPRINGFIELD, OR 97477

| | |
|---|---|
| Patient Name: | CUMMINS,MICHAEL M |
| Admission Date/Time: | 2/10/2018 1439 |
| Discharge Date/Time: | 2/14/2018 1534 |
| MRN: | 01614423 |
| CSN: | 393331745 |
| Guarantor: | CUMMINS,MICHAEL M |

## ENCOUNTER

| | | | |
|---|---|---|---|
| Patient Class: | IP | Unit: | RBMC CDU |
| Hospital Service: | Cardiology | Room/Bed: | CDUR /CDUR-40 |
| Admitting Provider: | Saroj Shrestha, Md | Referring Physician: | |
| Attending Provider: | | | |
| Admission Diagnosis: | Other pulmonary embolism with acute cor pulmonale, unspecified chronicity (HCC) [I26.09] | | |

## PATIENT

| | | | |
|---|---|---|---|
| Name: | CUMMINS,MICHAEL M | DOB: | (47 yrs) |
| Address: | | Sex: | Male |
| City, State ZIP: | | Ethnicity / Race: | Not Hispanic Or Latino / White |
| Primary Phone: | | Religion: | No Preference |
| Work Phone | | Email: | No e-mail address on record |
| Mobile Phone: | | | |

**PRIMARY CARE PROVIDER**

| | | | |
|---|---|---|---|
| Primary Care Provider: | David A Knowlton, MD | Primary Care Provider Phone: | 541-344-8225 |

**EMPLOYER**

| | | | |
|---|---|---|---|
| Employer: | UNEMPLOYED | Status: | Not Employed |

**EMERGENCY CONTACT**

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work Phone | Mobile Phone |
|---|---|---|---|---|---|
| 1. Bishop,Charmaine | | Other | | | |
| 2. *No Contact Specified* | | | | | |

## GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor: | CUMMINS,MICHAEL M | DOB: | |
| Address: | | Sex: | Male |
| Relation to Patient: | Self | Home Phone: | |
| Guarantor ID: | 885662 | Work Phone: | |

**GUARANTOR EMPLOYER**

| | | | |
|---|---|---|---|
| Employer: | UNEMPLOYED | Status: | NOT EMPLO* |

## COVERAGE

**PRIMARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | MEDICAID OREGON | Plan: | DMAP BMH OHP PLUS |
| Group Number: | | Insurance Type: | INDEMNITY |
| Subscriber Name: | CUMMINS,MICHAEL M | Subscriber DOB: | |
| Subscriber ID: | PB800K7J | Copay: | $0.00 |
| Pat. Rel. to Subscriber: | SELF | Remaining # of Visits: | 0 |

**SECONDARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | | Plan: | |
| Group Number: | | Insurance Type: | |
| Subscriber Name: | | Subscriber DOB: | |
| Subscriber ID: | | | |
| Pat. Rel. to Subscriber: | | | |

**TERTIARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | | Plan: | |
| Group Number: | | Insurance Type: | |
| Subscriber Name: | | Subscriber DOB: | |

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

Subscriber ID:
Pat. Rel. to Subscriber:

393331745

FS

## Admission Information - Patient Record Only

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 02/10/2018 1358 | Admit Date/Time: | 02/10/2018 1439 | IP Adm. Date/Time: | 02/10/2018 1820 |
| Admission Type: | Emergency | Point of Origin: | Home Or Workplace | Admit Category: | |
| Means of Arrival: | Car | Primary Service: | Cardiology | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | PEACEHEALTH SERVICE AREA | Unit: | Sacred Heart RiverBend CDU |
| Admit Provider: | Saroj Shrestha, MD | Attending Provider: | Saroj Shrestha, MD | Referring Provider: | |

## Discharge Information - Patient Record Only

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 02/14/2018 1534 | Home Or Self Care | None | None | Sacred Heart RiverBend CDU |

## Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| I26.09 [Principal] | Other pulmonary embolism with acute cor pulmonale | Yes | MCC | | Yes |
| R65.11 | Systemic inflammatory response syndrome (sirs) of non-infectious origin with acute organ dysfunction | Yes | MCC | | Yes |
| J96.01 | Acute respiratory failure with hypoxia | Yes | MCC | | No |
| N17.9 | Acute kidney failure, unspecified | Yes | CC | | No |
| Z68.41 | Body mass index (BMI) 40.0-44.9, adult | Exempt from POA reporting | CC | | No |
| I82.402 | Acute embolism and thrombosis of unspecified deep veins of left lower extremity | Yes | CC | | No |
| E66.01 | Morbid (severe) obesity due to excess calories | Yes | No | | No |
| D72.829 | Elevated white blood cell count, unspecified | Yes | No | | No |
| M25.561 | Pain in right knee | Yes | No | | No |
| M54.9 | Dorsalgia, unspecified | Yes | No | | No |
| G89.29 | Other chronic pain | Yes | No | | No |
| Z72.0 | Tobacco use | Exempt from POA reporting | No | | No |
| K59.00 | Constipation, unspecified | Yes | No | | No |

## Events

| Date/Time | Event | Pt Class | Unit | Room/Bed | Service |
|---|---|---|---|---|---|
| 02/10/18 1358 | ED Arrival | | RBMC ED | | |
| 02/10/18 1439 | ED Roomed | | RBMC ED | | |

**Events (continued)**

| Date/Time | Event | Pt Class | Unit | Room/Bed | Service |
|---|---|---|---|---|---|
| 02/10/18 1820 | Pt Class Change | Inpatient | RBMC ED | 07/07 | |
| 02/10/18 2142 | ED Transfer | Inpatient | RBMC ED | 07/07 | |
| 02/10/18 2143 | Admit from ED | Inpatient | RBMC CDU | 07/07 | |
| 02/14/18 1534 | Discharge | Inpatient | RBMC CDU | CDUR/CDUR-40 | Cardiology |

**Document List**

Admission on 2/10/2018 with Saroj Shrestha, MD

| Type of Document | Status | Date Received | Received By | Description |
|---|---|---|---|---|
| IMM-A (Admit) | Not Received | | | |
| IMT (Tricare) | Not Received | | | |

## Discharge Summaries

### Discharge Summaries

**Discharge Summaries by Mohammad H Khan, MD at 2/14/2018 3:34 PM**

Author: Mohammad H Khan, MD Service: Hospitalist Author Type: Physician
Filed: 2/14/2018 6:04 PM Date of Service: 2/14/2018 3:34 PM Status: Signed
Editor: Mohammad H Khan, MD (Physician)

**Discharge Summary - Hospital Medicine**

Admission date:[MK1.1] 2/10/2018[MK1.2]
Discharge date:[MK1.1] 2/14/2018[MK1.2]

PCP:[MK1.1] DAVID A KNOWLTON, MD[MK1.2]

[illegible]:
[illegible]

[illegible]:
**CTA chest (02/10/18)**
[illegible] right lower lobe pulmonary embolus and potential segmental and subsegmental left lower lobe emboli
[illegible]

**LE duplex**
**(-) R LE** [illegible]
**R LE** [illegible] likely acute thrombus extending from the proximal calf to above knee popliteal vein [illegible]
[illegible]

==============================================================

**Activity:** [illegible]
**Code status:** Prior [illegible]

Discharge Summaries (continued)

Discharge Summaries by Mohammad H Khan, MD at 2/14/2018 3:34 PM (continued)

Primary Diagnoses:
# Acute PE: POA.
Unprovoked
Suspect sedentary life style may have played a role
(watches TV several hours/day)
# Acute L LE DVT:
May-Thurner syndrome is possible but deemed less likely
# Pleuritic chest pain: Likely 2nd to PE
Supportive care
# AKI: Resolved. POA.
# Leukocytosis: Improved. POA
Unclear etiology
Suspect stress related
Procalcitonin of 0.31

Secondary Diagnoses:
# Chronic back and R knee pain:
# Possible OSA: Defer further as outpatient to PCP
# Morbid obesity with BMI > 40:
# ~ 1 ppd of tobacco use (since age 12): Strongly counseled against continued use.

**Brief History and Hospital Course:**
47 y/o very pleasant obese WM with h/o tobacco use presented to ED on 02/10 with R sided pleuritic CP (anterior/posterior). CTA chest done on admit came back (+) for acute PE with possible RV strain.

Patient was started on bridging coumadin and analgesics with symptomatic improvement.

A LE duplex done after admit showed L LE acute DVT of popliteal vein.

Currently, sitting in bed and appears comfortable. Denies any sob or n/v. CP is improved. Looking forward to going home today.

**Physical Examination:**
Lungs: CTA B
CVS: RRR
Ext: No cyanosis or edema

| | Latest | Last 24 hrs |
|---|---|---|
| Temp[MK1.1] | 37.8 °C (100.1 °F) | Temp Min: 36.3 °C (97.3 °F) Max: 37.8 °C (100.1 °F)[MK1.2] |
| BP[MK1.1] | 112/66 | BP Min: 112/66 Max: 117/61[MK1.2] |
| HR[MK1.1] | 80 | Pulse Min: 70 Max: 87[MK1.2] |
| RR[MK1.1] | 20 | Resp Min: 19 Max: 28[MK1.2] |

Discharge Summaries (continued)

Discharge Summaries by Mohammad H Khan, MD at 2/14/2018 3:34 PM (continued)

| | | |
|---|---|---|
| Sats[MK1.1] | SpO2: 95 %[MK1.2] on[MK1.1] 40 L/min | SpO2 Min: 95 % Max: 97 %[MK1.2] |
| Wt.[MK1.1] | (!) 136.1 kg (300 lb)[MK1.2] | Admit:[MK1.1] (!) 136.1 kg (300 lb) |

## Discharge Medications

### New Medications

| | Sig | Disp | Refill | Start | End |
|---|---|---|---|---|---|
| **warfarin 5 MG tablet** Commonly known as: COUMADIN | Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic. | 10 tablet | 0 | | |

### Modified Medications

| | Sig | Disp | Refill | Start | End |
|---|---|---|---|---|---|
| **docusate sodium 100 MG capsule** Commonly known as: COLACE What changed: **- when to take this** **- reasons to take this** | Take 1 capsule (100 mg total) by mouth Twice a day | 100 capsule | 1 | | |

### Medications To Continue

| | Sig | Disp | Refill | Start | End |
|---|---|---|---|---|---|
| **ALPRAZolam 1 MG tablet** Commonly known as: XANAX | Take 1 mg by mouth Twice a day | | 0 | | |

Discharge Summaries (continued)

Discharge Summaries by Mohammad H Khan, MD at 2/14/2018 3:34 PM (continued)

| | Sig | Disp | Refill | Start | End |
|---|---|---|---|---|---|
| **hydroCHLOROthiazide 25 MG tablet**<br>Commonly known as: HYDRODIURIL | Take 25 mg by mouth every morning | | 0 | | |
| **lisinopril 40 MG tablet**<br>Commonly known as: PRINIVIL,ZESTRIL | Take 40 mg by mouth every morning | | 0 | | |
| **propranolol 40 MG tablet**<br>Commonly known as: INDERAL | Take 40 mg by mouth Twice a day | | 0 | | |
| **sulfamethoxazole-trimethoprim 800-160 mg per tablet**<br>Commonly known as: BACTRIM DS | Take 1 tablet by mouth Twice a day | | 0 | | |

Discharge Orders

**Resume usual activity**
**Discharge Diet**
Question: Diet Type: Answer: General
***Internal- (Home Infusion) Peacehealth -UDMC**
Comments: Anticoagulation Bridging Order

Allergies: Metronidazole and Morphine Sulfate

Indication for chronic anticoagulation: PE

Enoxaparin dose: per pharmacy

[ ] Enoxaparin and Coumadin prescription completed. (Check to see what bridging location needs)

Follow-up anticoagulation by: Dr. Knowlton

Start monitoring warfarin plus enoxaparin bridging on: day after discharge

LABS
CBC no diff, BMP and INR on day 1, then per pharmacy.

Discharge Summaries (continued)

Discharge Summaries by Mohammad H Khan, MD at 2/14/2018 3:34 PM (continued)

ENOXAPARIN / WARFARIN - goal and overlap duration:

[ ] Mechanical MVR, Mechanical AVR - Goal INR 2.5 - 3.5 overlap for at least 2 days
[ x ] PE, DVT (new or history) - Goal INR 2.5 - 3.5 overlap for at least 2 days
[ ] A-Fib (new or history) - Goal INR 2.0-3.0 overlap for 1 day

Send Coumadin dosing record to PCP upon discharge from anticoagulation bridging clinic.[MK1.2]

**Disposition:** d/c home today.

**Discharge Instructions:**
f/u with PCP in 7days.
f/u with Coumadin Bridging Clinic as already arranged.

Signed:[MK1.1]
Mohammad H Khan[MK1.2], MD[MK1.1]
2/14/2018
6:04 PM[MK1.2]

Electronically signed by Mohammad H Khan, MD on 2/14/2018 6:04 PM

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > MK1.2 | 2/14/2018 6:04 PM | Mohammad H Khan, MD | Physician | Sign |
| MK1.1 | 2/14/2018 6:03 PM | Mohammad H Khan, MD | Physician | |

## Consultations
## Procedure/Operative Reports

Procedure Notes

No notes of this type exist for this encounter.

## History & Physicals

History & Physical

H&P by Saroj Shrestha, MD at 2/10/2018 6:21 PM

Author: Saroj Shrestha, MD Service: Hospitalist Author Type: Physician
Filed: 2/10/2018 6:35 PM Date of Service: 2/10/2018 6:21 PM Status: Signed
Editor: Saroj Shrestha, MD (Physician)

## Hospital Medicine
## History & Physical

**Patient ID:**
Michael M Cummins
01614423
47 y.o., male

Date of Admit: 2/10/2018
PCP: DAVID A KNOWLTON, MD

Source of information: Patient, ED report & EMR

## Problem based Assessment & Plan

Michael M Cummins is a 47 y.o., smoker male w/ h/o HTN being admitted for Acute RLL PE.
Principal Problem:
Acute pulmonary embolism (HCC)
Active Problems:
Pleural effusion
AKI (acute kidney injury) (HCC)
Morbid obesity with BMI of 40.0-44.9, adult (HCC)

**RLL PE**. 1st episode. Unprovoked.
- Getting lovenox in ED.
- Start PO A/C: Discussed about Warfarin vs NOAC. He does not want frequent blood tests. Also wants to avoid frequent MD visits. He also has to travel. So he wants NOAC. Will start Apixaban. Needs 10 Mg 2x day for 7 days. Then 5 MG 2x day for 4 - 6 mths. Signs of bleeding discussed.Will request SW to find if cheaper option.
- Malignacy work up: CEA, CA 19-9, AFO, PSA, CT abd/ pelvis in AM.
- Venous thrombosis panel
- Also check Doppler to find the source
- Will keep him on telemetry

**AKI.** Likely pre-renal
- Will start IVF and monitopr BMP

**Morbid obesity with BMI 41.84**

**HTN**
- Stable. Will continue home meds: Lisinipril and hydrochlorothiazide.

History & Physical (continued)

H&P by Saroj Shrestha, MD at 2/10/2018 6:21 PM (continued)

Diet:Diet General
Activity: as tolerated
IVF: NS 125 ML/HR
VTE Prophylaxis: ☐ lovenox ☐ heparin ☒ SCD ☐ oral anticoagulation
Code Status: Full Code
Consultants: None

Disposition plan: This patient needs 2 or more days of hospitalization.

Findings and plan of care were discussed in detail with patient/family, all questions were answered.

**Chief Complaint:**

R Chest pain

**HPI:**

Michael M Cummins is a 47 y.o. smoker male w/ h/o HTN and recent cholecystectomy presented the ED with R sided chest pain x2 days. Patients symptoms began spontaneously. Pain is at his lower rib cage on this side and radiates to his sternum, the R side of his neck, his R shoulder, and his R arm. It is associated with shortness of breathe. Pleuritic type. This seems to wake him up at night, where he notices this SOB more. No fevers chills or sweats. No nausea or vomiting. No abdominal pain. No urinary symptoms, or change in bowel habits. No leg pain or swelling. Had his GB taken out in November 2017. He has wt loss of 10 Lb in last 1 mth.

ED vitals unremarkable.**Crt 1.31** (was 0.83 on 10/30/17), **WBC 14.4** rest CBC/ CMP/ Trop x1/ BNP/ EKG are wnl. D-Dimer **1.51**, CXR shows pul edema and small **pleural effusion**. CTA shows **RLL PE**. Getting Lovenox in ED.

**ROS:**

ROS is obtained and is unremarkable except as mentioned in HPI

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Acne | |
| • Anesthesia complication *woke up during procedure* | |
| • Anxiety | |
| • Arthritis | |
| • Chronic pain right knee and lower back | |
| • Current smoker | |
| • Depression | |
| • History of kidney stones | |
| • Hypertension | |
| • Migraines | |
| • Numbness and tingling in both hands and arms | |

History & Physical (continued)

H&P by Saroj Shrestha, MD at 2/10/2018 6:21 PM (continued)

- upper dentures and lower partial

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ANUS SURGERY<br>*Procedure: SPHINCTEROTOMY; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;* | N/A | 1/8/2018 |
| • BACK SURGERY | | |
| • CHOLECYSTECTOMY<br>*Procedure: LAPAROSCOPY CHOLECYSTECTOMY WITH GRAMS; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;* | N/A | 11/6/2017 |
| • HEMORRHOID SURGERY<br>*Procedure: Excised short anal fistula, excised 1cm anal ulcer, excised 1 external hemorrhoid, and internal sphyncterotomy.; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;* | N/A | 1/8/2018 |
| • KNEE SURGERY | Right | 2016 |
| • PILONIDAL CYST / SINUS EXCISION | | 2004 |
| • RECTAL SURGERY<br>*Procedure: FISTULECTOMY ANAL/RECTAL; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;* | N/A | 1/8/2018 |

**Social History:**

History

Smoking Status

- Current Every Day Smoker
- Packs/day: 1.00
- Types: Cigarettes

Smokeless Tobacco

- Never Used

| History | |
|---|---|
| Alcohol Use | No |

| History | |
|---|---|
| Drug Use | No |

**Family Hx**:
He has no children. Father with DM and bleeding disorder. He has brother and he is healthy.

Allergies as of 02/10/2018 - Review Complete 02/10/2018

| Allergen | Reaction | Noted |
|---|---|---|
| • Metronidazole | Swelling | |
| • Morphine sulfate | Swelling | |

History & Physical (continued)

H&P by Saroj Shrestha, MD at 2/10/2018 6:21 PM (continued)

Prior to Admission medications

| Medication | Sig |
|---|---|
| sulfamethoxazole-trimethoprim (BACTRIM DS) 800-160 mg per tablet | Take 1 tablet by mouth Twice a day |
| ALPRAZolam (XANAX) 1 MG tablet | Take 1 mg by mouth 3 (three) times daily as needed for Anxiety |
| docusate sodium (COLACE) 100 MG capsule | Take 1 capsule (100 mg total) by mouth Twice a day |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth every morning |
| lisinopril (PRINIVIL,ZESTRIL) 40 MG tablet | Take 40 mg by mouth every morning |
| propranolol (INDERAL) 40 MG tablet | Take 40 mg by mouth Twice a day |

**Physical Examination:**

Temp: [36.2 °C (97.2 °F)] 36.2 °C (97.2 °F)
Heart Rate: [69-80] 69
Resp: [17-19] 17
BP: (95-117)/(50-65) 108/51

General: Not in any distress, awake and alert.
HEENT: no pallor. No icterus. Pupils are round, reactive and symmetrical.
Chest: CTA b/l. No rales. No wheezing.
Heart: regular rhythm, S1, S2 normal
Abdomen: soft, No mass. BS active.
Extremities: No edema, no cyanosis and no clubbing. No Calf tendernhess.
CNS: Cranial nerves 2-12 are grossly intact b/l. Motor and sensory are grossly intact b/l

**Labs:**

Recent Labs

| | 02/10/18 1524 |
|---|---|
| WBC | 14.4* |
| HGB | 13.9 |
| HCT | 39.2 |
| PLTCT | 204 |
| MCV | 89.5 |
| RDW | 13.6 |
| NEUTPERCENT | 73.1 |

History & Physical (continued)

H&P by Saroj Shrestha, MD at 2/10/2018 6:21 PM (continued)

| | |
|---|---|
| PCTIMMGRAN | 0.3 |
| MONOPERCENT | 13.8 |
| EOSPERCENT | 1.5 |
| BASOPERCENT | 0.3 |

Recent Labs

| | 02/10/18 1524 |
|---|---|
| NA | 137 |
| K | 3.5 |
| CL | 102 |
| GLUC | 88 |
| CO2 | 23 |
| ANIONGAP | 12 |
| BUN | 25* |
| CREAT | 1.31* |
| CALCIUM | 9.0 |
| GFRBLACK | 74 |
| GFRNONBL | 64 |

Recent Labs

| | 02/10/18 1524 |
|---|---|
| TOTALPROTEIN | 7.1 |
| ALBUMIN | 3.6 |
| GLOBULIN | 3.5 |
| BILITOT | 0.8 |
| ALKPHOS | 83 |
| AST | 25 |
| ALT | 45 |

Recent Labs

| | 02/10/18 1524 |
|---|---|
| TROPONINI | 0.010 |

Lab Results

| Component | Value | Date |
|---|---|---|
| BNP2 | 59 | 02/10/2018 |

No results for input(s): INR, PROTIME in the last 168 hours.

Lab Results

| Component | Value | Date |
|---|---|---|
| DDIMERQUANT | 1.51 (H) | 02/10/2018 |

Medications/ Labs/Imaging Studies/EKG reviewed

History & Physical (continued)

H&P by Saroj Shrestha, MD at 2/10/2018 6:21 PM (continued)

Time spent: 70 minutes spent in the direct care of this patient including counseling, reviewing the medical chart, and discussing plan with patient and care team.

**Signed:**
Saroj Shrestha, MD
2/10/2018
6:21 PM[SS1.1]

Electronically signed by Saroj Shrestha, MD at 2/10/2018 6:35 PM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | SS1.1 | 2/10/2018 6:35 PM | Saroj Shrestha, MD | Physician | Sign |

## Emergency Department Records

### ED Records

ED Arrival Information

| Expected | Arrival | Acuity | Means of Arrival | Escorted By | Service | Admission Type |
|---|---|---|---|---|---|---|
| - | 2/10/2018 13:58 | ESI - 3 | Car | Family Member | Cardiology | Emergency |

Arrival Complaint
right rib/shoulder pain, difficulty breathing

ED Chief Complaint

**Shortness of Breath**

ED Diagnosis

**Other pulmonary embolism with acute cor pulmonale, unspecified chronicity (HCC)**

ED Disposition

| ED Disposition | Condition | Comment |
|---|---|---|
| **Admit** | | Diagnosis/Reason for stay: Acute PE<br>Admitting Physician: SHRESTHA, SAROJ [138172]<br>Future Attending Provider: SHRESTHA, SAROJ [138172]<br>Certification: I certify that inpatient services are medically necessary for this patient. See H&P and MD Progress Notes for additional information about the patient's course of treatment.<br>Estimated length of stay: past 2 midnights<br>Anticipated discharge to: Home<br>Room Type: Cardio [10017]<br>Bed Type: Telemetry [5]<br>Hospital - update only for ECT transfers between UDMC and RBMC: RIVERBEND MEDICAL CENTER [100615] |

## ED Records (continued)

### ED Disposition (continued)

| ED Disposition | Condition | Comment |
|---|---|---|
| | | Patient Class: Inpatient [101] |

## ED Notes

### ED Provider Notes by Jesse E Ennis, PA at 2/10/2018 3:04 PM

Author: Jesse E Ennis, PA  Service: Emergency Medicine  Author Type: Physician Assistant
Filed: 2/10/2018 6:55 PM  Date of Service: 2/10/2018 3:04 PM  Status: Attested
Editor: Jesse E Ennis, PA (Physician Assistant)  Cosigner: Daniel T Horrell, DO at 2/10/2018 10:02 PM

**Attestation signed by Daniel T Horrell, DO at 2/10/2018 10:02 PM**

I have reviewed the notes, assessments, and/or procedures performed by , I concur with her/his documentation of Michael M Cummins. I saw this patient in conjunction with the PA. Please see the PAs dictation for full details of patient's ED encounter. This is a 47-year-old male came into the emergency department for right-sided chest pain. The patient was eventually diagnosed with a large pulmonary embolus. Patient was started on Lovenox in the ED. Patient was admitted to the hospital for further treatment and evaluation.

EMERGENCY DEPARTMENT ENCOUNTER

Attending Provider:[JE1.1] Jesse E Ennis, PA[JE1.2]
Patient Name:[JE1.1]Michael M Cummins[JE1.2] DOB:[JE1.1] 7/30/1970[JE1.2] Medical Record Number:[JE1.1] 01614423[JE1.2]

CHIEF COMPLAINT[JE1.1]
**Chief Complaint**
Patient presents with
- Shortness of Breath[JE1.2]

HPI[JE1.1]
Michael M Cummins[JE1.2] is a[JE1.1] 47 y.o. male[JE1.2] who presents to the Emergency Department with R sided chest pain. Patients symptoms began spontaneously, and he noticed them up on waking "a few days ago". Pain is at his lower rib cage on this side and radiates to his sternum, the R side of his neck, his R shoulder, and his R arm. It is associated with shortness of breathe. This seems to wake him up at night, where he notices this SOB more. He is a smoker and denies any changes in his chronic cough, but states that coughing severely aggravates his pain. No fevers chills or sweats. No nausea or vomiting. No abdominal pain. No urinary symptoms, or change in bowel habits. No leg pain or swelling. Had his GB taken out in November 2017. Had an "ulcer removed" 1/8/18. Denies any complications.

PAST MEDICAL HISTORY[JE1.1]
**Past Medical History:**

| Diagnosis | Date |
|---|---|

ED Notes (continued)

ED Provider Notes by Jesse E Ennis, PA at 2/10/2018 3:04 PM (continued)

- Acne
- Anesthesia complication
  *woke up during procedure*
- Anxiety
- Arthritis
- Chronic pain right knee and lower back
- Current smoker
- Depression
- History of kidney stones
- Hypertension
- Migraines
- Numbness and tingling in both hands and arms
- upper dentures and lower partial[JE1.2]

SURGICAL HISTORY[JE1.1]

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ANUS SURGERY | N/A | 1/8/2018 |
| *Procedure: SPHINCTEROTOMY; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;* | | |
| • BACK SURGERY | | |
| • CHOLECYSTECTOMY | N/A | 11/6/2017 |
| *Procedure: LAPAROSCOPY CHOLECYSTECTOMY WITH GRAMS; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;* | | |
| • HEMORRHOID SURGERY | N/A | 1/8/2018 |
| *Procedure: Excised short anal fistula, excised 1cm anal ulcer, excised 1 external hemorrhoid, and internal sphyncterotomy.; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;* | | |
| • KNEE SURGERY | Right | 2016 |
| • PILONIDAL CYST / SINUS EXCISION | | 2004 |
| • RECTAL SURGERY | N/A | 1/8/2018 |
| *Procedure: FISTULECTOMY ANAL/RECTAL; Surgeon: Steven L Wilhite, MD; Location: RBMC OR; Service: General; Laterality: N/A;*[JE1.2] | | |

FAMILY HISTORY[JE1.1]

History reviewed. No pertinent family history.[JE1.2]

SOCIAL HISTORY[JE1.1]

**Social History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Current Every Day Smoker |
| Packs/day: | 1.00 |
| Types: | Cigarettes |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No[JE1.2] |

**Peacehealth** 1115 SE 164TH AVE VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

ED Notes (continued)

ED Provider Notes by Jesse E Ennis, PA at 2/10/2018 3:04 PM (continued)

ALLERGIES[JE1.1]
Allergies

| Allergen | Reactions |
|---|---|
| • Metronidazole | Swelling |
| • Morphine Sulfate | Swelling[JE1.2] |

HOME MEDICATION LIST
Prior to Admission medications

| Medication | Sig | Start Date | End Date | Taking? | Authorizing Provider |
|---|---|---|---|---|---|
| sulfamethoxazole-trimethoprim (BACTRIM DS) 800-160 mg per tablet | Take 1 tablet by mouth Twice a day | | | Yes | Ph Historical Provider |
| ALPRAZolam (XANAX) 1 MG tablet | Take 1 mg by mouth 3 (three) times daily as needed for Anxiety | | | | Ph Historical Provider |
| docusate sodium (COLACE) 100 MG capsule | Take 1 capsule (100 mg total) by mouth Twice a day | 1/8/18 | | | Steven L Wilhite, MD |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth every morning | | | | Ph Historical Provider |
| lisinopril (PRINIVIL,ZESTRIL) 40 MG tablet | Take 40 mg by mouth every morning | | | | Ph Historical Provider |
| propranolol (INDERAL) 40 MG tablet | Take 40 mg by mouth Twice a day | | | | Ph Historical Provider |

REVIEW OF SYSTEMS
Review of Systems:[JE1.1]
**All other systems reviewed and are negative**[JE1.3].

Except as noted in HPI

PHYSICAL EXAM[JE1.1]
Visit Vitals

- BP 108/51
- Pulse 77

ED Notes (continued)

ED Provider Notes by Jesse E Ennis, PA at 2/10/2018 3:04 PM (continued)

| | |
|---|---|
| • Temp | 36.2 °C (97.2 °F) (Temporal Artery) |
| • Resp | 19 |
| • Ht | 1.803 m (5' 11") |
| • Wt | (!) 136.1 kg (300 lb) |
| • SpO2 | 93% |
| • BMI | 41.84 kg/m2[JE1.2] |

Physical Exam
Constitutional: He is[JE1.1] oriented to person, place, and time[JE1.3]. He appears[JE1.1] well-developed[JE1.3] and[JE1.1] well-nourished[JE1.3].[JE1.1] No distress[JE1.3].
HENT:
Head:[JE1.1] Normocephalic[JE1.3] and[JE1.1] atraumatic[JE1.3].
Right Ear:[JE1.1] External ear[JE1.3] normal.
Left Ear:[JE1.1] External ear[JE1.3] normal.
Nose:[JE1.1] Nose normal[JE1.3].
Mouth/Throat:[JE1.1] Oropharynx is clear and moist[JE1.3]. No[JE1.1] oropharyngeal exudate[JE1.3].
Eyes:[JE1.1] Conjunctivae[JE1.3] and[JE1.1] EOM[JE1.3] are normal.[JE1.1] Pupils are equal, round, and reactive to light[JE1.3]. Right eye exhibits[JE1.1] no discharge[JE1.3]. Left eye exhibits[JE1.1] no discharge[JE1.3].[JE1.1] No scleral icterus[JE1.3].
Neck:[JE1.1] Normal range of motion[JE1.3].[JE1.1] Neck supple[JE1.3].
Cardiovascular:[JE1.1] Normal rate[JE1.3],[JE1.1] regular rhythm[JE1.3],[JE1.1] normal heart sounds[JE1.3] and[JE1.1] intact distal pulses[JE1.3]. Exam reveals[JE1.1] no gallop[JE1.3] and[JE1.1] no friction rub[JE1.3].[JE1.1]
No murmur[JE1.3] heard.
Pulmonary/Chest:[JE1.1] Effort normal[JE1.3]. No[JE1.1] stridor[JE1.3]. No[JE1.1] respiratory distress[JE1.3]. He has[JE1.1] no wheezes[JE1.3]. He has[JE1.1] no rales[JE1.3]. He exhibits[JE1.1] tenderness (significant chest wall tenderness which reacreates his described pain on the right side)[JE1.3].[JE1.1]
**Mildly decreased lung sounds in all fields**[JE1.3]
Abdominal:[JE1.1] Soft[JE1.3].[JE1.1] Bowel sounds are normal[JE1.3]. He exhibits[JE1.1] no distension[JE1.3] and[JE1.1] no mass[JE1.3]. There is[JE1.1] tenderness (diffuse tenderness to deep palpation)[JE1.3]. There is[JE1.1] no rebound[JE1.3] and[JE1.1] no guarding[JE1.3].[JE1.1]
**protuberant**[JE1.3]
Musculoskeletal:[JE1.1] Normal range of motion[JE1.3]. He exhibits no[JE1.1] edema **(no dependent edema)**[JE1.3].
Tenderness:[JE1.1] **no tenderness over the deep venous system**.[JE1.3]
Right shoulder: He exhibits[JE1.1] tenderness (diffuse soft tissue tenderness over R shoulder)[JE1.3]. He exhibits[JE1.1] normal range of motion[JE1.3] and[JE1.1] no bony tenderness[JE1.3].
Lymphadenopathy:
He has[JE1.1] no cervical adenopathy[JE1.3].
Neurological: He is[JE1.1] alert[JE1.3] and[JE1.1] oriented to person, place, and time[JE1.3]. He displays[JE1.1] normal reflexes[JE1.3]. No[JE1.1] cranial nerve deficit[JE1.3]. He exhibits[JE1.1] normal muscle tone[JE1.3].[JE1.1]
Coordination[JE1.3] normal.
Skin: Skin is[JE1.1] warm[JE1.3] and[JE1.1] dry[JE1.3].[JE1.1] No rash[JE1.3] noted. He is[JE1.1] not diaphoretic[JE1.3].
No[JE1.1] erythema[JE1.3]. No[JE1.1] pallor[JE1.3].
Psychiatric: He has a[JE1.1] normal mood and affect[JE1.3]. His[JE1.1] behavior is normal[JE1.3].[JE1.1] Judgment[JE1.3] and[JE1.1] thought content[JE1.3] normal.

ED Notes (continued)

ED Provider Notes by Jesse E Ennis, PA at 2/10/2018 3:04 PM (continued)

RADIOLOGY[JE1.1]
CUMMINS, MICHAEL M
DOB: Age: 47 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: JESSE ENNIS PA-C Class: Emergency
Date of Service: 02/10/2018 03:30 PM Accession #: 4194609
Outside Order Number: 101406459

XR Chest 2 View

IMPRESSION: Pulmonary edema and small right pleural effusion

CUMMINS, MICHAEL M
DOB: Age: 47 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: JESSE ENNIS PA-C Class: Emergency
Date of Service: 02/10/2018 05:10 PM Accession #: 4194664
Outside Order Number: 101406567

CTA Chest for Pulmonary Embolism

IMPRESSION:
Suboptimal bolus; however, there is evidence of right lower lobe pulmonary embolus and potential segmental and subsegmental left lower lobe emboli. There are early findings of right heart strain.

Results were discussed with the referring provider at the time of dictation.[JE1.3]

LABS
Clinical lab tests ordered and reviewed include[JE1.1]
Labs Reviewed
COMPREHENSIVE METABOLIC PANEL - Abnormal; Notable for the following:

| Result | Value |
|---|---|
| BUN | 25 (*) |
| Creatinine | 1.31 (*) |

All other components within normal limits

*CBC WITH AUTO DIFFERENTIAL, LAB GENERATED ORDER - Abnormal; Notable for the following:

| | |
|---|---|
| WBC | 14.4 (*) |
| Neutrophils # | 10.5 (*) |
| Monocytes # | 2.0 (*) |

All other components within normal limits

D-DIMER, QUANTITATIVE - Abnormal; Notable for the following:

ED Notes (continued)

ED Provider Notes by Jesse E Ennis, PA at 2/10/2018 3:04 PM (continued)

D-Dimer 1.51 (*)
All other components within normal limits
*Narrative:*
*D-Dimer testing if elevated indicates active fibrinolysis which can be seen in many clinical settings (malignancy, infection, trauma, prior surgery, DVT/PE, etc.). A positive DDimer is not specific for a thromboembolic process. A negative DDimer (value <0.5 ug/mL FEU) is FDA approved for exclusion of PE or as an aid in the diagnosis of DVT in patients with low or moderate clinical suspicion. Published studies using this method have shown that higher D-Dimer cutoffs in older patients effectively improve screening efficiency without significant loss in sensitivity (cutoff = age divided by 100 for patients above age 50).*

APTT - Abnormal; Notable for the following:
APTT 34.3 (*)
All other components within normal limits
*Narrative:*
*APTT therapeutic range for unfractionated heparin = 73.5 - 108.5 sec*

LIPASE - Normal
TROPONIN I - Normal
B-TYPE NATRIURETIC PEPTIDE - Normal
HEPARIN, UNFRACTIONATED (ANTI-XA) - Normal
CBC WITH AUTO DIFFERENTIAL
*Narrative:*
*The following orders were created for panel order Complete Blood Ct, Auto Diff.*

| *Procedure* | *Abnormality* | *Status* |
|---|---|---|
| *Complete Blood Count wit...[134095269]* | *Abnormal* | *Final result* |

*Please view results for these tests on the individual orders.*

URINALYSIS WITH MICROSCOPIC, CULTURE IF INDICATED[JE1.2]
. All lab results interpreted to be within defined limits unless otherwise specified.

EKG[JE1.1]
NSR. S1Q3T3 noted. Largely unchanged from previous EKGs. No ST elevation or depressions.[JE1.3]

ED COURSE & MEDICAL DECISION MAKING[JE1.1]
Michael M Cummins[JE1.2] is a[JE1.1] 47 y.o. male[JE1.2] presenting with the above history, physical exam, and workup.[JE1.1] Given patients history and risk factors a large workup was initiated. He is non toxic and in no acute distress. Vitals WNL and stable. EKG did show S1Q3T3 but this did not seem to be a new finding. Troponin negative. CXR showed some pulonary edema and small pleural effusion. CBC shows white count of 14, CMP shows creatinine at 1.3 up from 0.8 three months ago.

Given concerning but non specific workup so far D dimer was ordered which was elevated. PAteint remained stable, and was given ativan to ease anxiety about CT scan. He was givne a bolus of fluid prior to exam given bump in creatinine.

CT scan read as RLL PE and possible subsegmental PEs as noted above. Pharmacy was called to dose lovenox. . Patients pain was controlled with dilaudid. Dr. Shrestha consulted who accepted patient

| Peacehealth | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1201122593 |
|---|---|---|

ED Notes (continued)

ED Provider Notes by Jesse E Ennis, PA at 2/10/2018 3:04 PM (continued)

Patient remained stable and in no acute distress, satting well at rest.[JE1.3]

CLINICAL IMPRESSION[JE1.1]

1. Other pulmonary embolism with acute cor pulmonale, unspecified chronicity (HCC)[JE1.2]

DISPOSITION[JE1.1]

ADMIT TO MEDICAL FLOOR[JE1.3]

COUNSELING

**Counseling:** I have spoken with the patient and discussed today's findings, in addition to providing specific details for the plan of care. All of the patient's questions have been answered and[JE1.1] he[JE1.2] agrees to the plan and understands return precautions to the emergency department as well as recommended follow-up.

Electronically signed by:[JE1.1] Jesse E Ennis, PA[JE1.2],[JE1.1] 2/10/2018 6:55 PM

Jesse E Ennis, PA
02/10/18 1855
[JE1.2]

Electronically Signed by Daniel T Horrell, DO on 2/10/2018 10:02 PM

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > JE1.2 | 2/10/2018 6:55 PM | Jesse E Ennis, PA | Physician Assistant | Sign |
| JE1.3 | 2/10/2018 3:21 PM | Jesse E Ennis, PA | Physician Assistant | |
| JE1.1 | 2/10/2018 3:12 PM | Jesse E Ennis, PA | Physician Assistant | Share |

Priority Nursing Note by Amy L Wheeler, RN at 2/10/2018 7:24 PM

Author: Amy L Wheeler, RN Service: Emergency Medicine Author Type: Registered Nurse
Filed: 2/10/2018 7:26 PM Date of Service: 2/10/2018 7:24 PM Status: Signed
Editor: Amy L Wheeler, RN (Registered Nurse)

Spoke to Dr. Shrestha OTP in regards to sudden increase right sided chest pain, orders to continue pain control as needed.[AW1.1]

Amy L Wheeler, RN
02/10/18 1926
[AW1.2]

Electronically Signed by Amy L Wheeler, RN on 2/10/2018 7:26 PM

ED Notes (continued)

Priority Nursing Note by Amy L Wheeler, RN at 2/10/2018 7:24 PM (continued)

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | AW1.2 | 2/10/2018 7:26 PM | Amy L Wheeler, RN | Registered Nurse | Sign |
| | AW1.1 | 2/10/2018 7:24 PM | Amy L Wheeler, RN | Registered Nurse | |

ED Triage Note by Alisa R Riel, RN at 2/10/2018 2:02 PM

Author: Alisa R Riel, RN Service: (none) Author Type: Registered Nurse
Filed: 2/10/2018 2:04 PM Date of Service: 2/10/2018 2:02 PM Status: Signed
Editor: Alisa R Riel, RN (Registered Nurse)

Pt reports feeling short of breath x 2-3 days. Pt states taking a deep breath causes sharp, stabbing right upper quandrant pain. Also with tighness in right shoulder and lateral neck. Denies any hx of cardiac or lung problems.[AR1.1]

Alisa R Riel, RN
02/10/18 1404
[AR1.2]

Electronically Signed by Alisa R Riel, RN on 2/10/2018 2:04 PM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | AR1.2 | 2/10/2018 2:04 PM | Alisa R Riel, RN | Registered Nurse | Sign |
| | AR1.1 | 2/10/2018 2:02 PM | Alisa R Riel, RN | Registered Nurse | |

## Additional Encounter Notes

Progress Notes - Additional Notes

Progress Notes by Mohammad H Khan, MD at 2/13/2018 2:42 PM

Author: Mohammad H Khan, MD Service: Hospitalist Author Type: Physician
Filed: 2/13/2018 2:43 PM Date of Service: 2/13/2018 2:42 PM Status: Signed
Editor: Mohammad H Khan, MD (Physician)

**Hospital Medicine Progress Note**

Admission date: 2/10/2018

PCP: DAVID A KNOWLTON, MD
Attending: Mohammad H Khan, MD

[redacted]

Progress Notes - Additional Notes (continued)

Progress Notes by Mohammad H Khan, MD at 2/13/2018 2:42 PM (continued)

and potential segmental and subsegmental left lower lobe emboli [illegible]

**LE duplex**
**(-) R LE** [illegible]
**R LE** [illegible] likely acute thrombus extending from the proximal calf to above knee popliteal vein [illegible]

==============================================================

**Diet** Diet General
**Activity:** [illegible]
**IVF**
**VTE Prophylaxis:** [illegible]
**Disposition** [illegible]
**Code status:** Full Code

Brief History:
47 y/o very pleasant obese WM with h/o tobacco use presented to ED on 02/10 with R sided pleuritic CP (anterior/posterior). CTA chest done on admit came back (+) for acute PE.

Primary Diagnoses
# Acute PE: POA.
Unprovoked
Suspect sedentary life style may have played a role
(watches TV several hours/day)
Cont. with bridging coumadin
Coumadin teaching
# Acute L LE DVT:
May-Thurner syndrome is possible but deemed less likely
Plan as above
# Pleuritic chest pain: Likely 2nd to PE
Supportive care
# AKI: Resolved. POA.
# Leukocytosis: Improved. POA
Unclear etiology
Suspect stress related
Procalcitonin of 0.31

Secondary Diagnoses:
# Chronic back and R knee pain:

# Possible OSA: Defer further as outpatient to PCP
# Morbid obesity with BMI > 40:

Progress Notes - Additional Notes (continued)

Progress Notes by Mohammad H Khan, MD at 2/13/2018 2:42 PM (continued)

# ~ 1 ppd of tobacco use (since age 12): Strongly counseled against continued use.

Subjective:
Labs imaging studies and chart reviewed. Currently, sitting in bed and overall feeling much better. Chest pain is in decent control. Female partner is at the bedside.

Physical Examination:
Lungs: CTA B
CVS: RRR
Ext: No cyanosis or edema

Vitals:

| | Latest | Last 24 hrs |
|---|---|---|
| Temp | 37.2 °C (99 °F) | Temp Min: 35.8 °C (96.5 °F) Max: 37.3 °C (99.2 °F) |
| BP | 116/63 | BP Min: 96/56 Max: 139/71 |
| HR | 79 | Pulse Min: 68 Max: 98 |
| RR | 22 | Resp Min: 18 Max: 27 |
| Sats | SpO2: 100 % on 40 L/min | SpO2 Min: 91 % Max: 100 % |
| Wt. | (!) 136.1 kg (300 lb) | Previous: (!) 136.1 kg (300 lb) |

Wt Readings from Last 10 Encounters:
02/10/18 (!) 136.1 kg (300 lb)
01/08/18 (!) 134.3 kg (296 lb 1.2 oz)
11/06/17 (!) 135.1 kg (297 lb 13.5 oz)
10/30/17 (!) 138.3 kg (305 lb)
Body mass index is 41.84 kg/(m^2).

Intake/Output Summary (Last 24 hours) at 02/13/18 1442
Last data filed at 02/13/18 1000

| | Gross per 24 hour |
|---|---|
| Intake | 480 ml |
| Output | 700 ml |
| **Net** | -220 ml |

Labs:
Recent Labs

| | 02/10/18 1524 | 02/11/18 0525 | 02/12/18 0511 | 02/13/18 0704 |
|---|---|---|---|---|
| WBC | 14.4* | 15.2* | 16.5* | 13.5* |
| HGB | 13.9 | 12.5* | 12.7* | 11.4* |
| HCT | 39.2 | 37.1* | 38.1* | 33.1* |
| PLTCT | 204 | 204 | 213 | 226 |
| MCV | 89.5 | 90.9 | 93.6 | 89.7 |
| RDW | 13.6 | 14.2 | 14.0 | 14.0 |
| NEUTPERCENT | 73.1 | -- | -- | -- |
| PCTIMMGRAN | 0.3 | -- | -- | -- |

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

## Progress Notes - Additional Notes (continued)

Progress Notes by Mohammad H Khan, MD at 2/13/2018 2:42 PM (continued)

| | | | | |
|---|---|---|---|---|
| MONOPERCENT | 13.8 | -- | -- | -- |
| EOSPERCENT | 1.5 | -- | -- | -- |
| BASOPERCENT | 0.3 | -- | -- | -- |

Recent Labs

| | 02/10/18 1524 | 02/11/18 0525 | 02/12/18 0511 | 02/13/18 0704 |
|---|---|---|---|---|
| NA | 137 | 137 | 136 | 136 |
| K | 3.5 | 3.9 | 3.7 | 3.4* |
| CL | 102 | 103 | 101 | 105 |
| GLUC | 88 | 125* | 118* | 121* |
| CO2 | 23 | 23 | 23 | 23 |
| ANIONGAP | 12 | 11 | 12 | 8 |
| BUN | 25* | 31* | 26* | 21* |
| CREAT | 1.31* | 2.02* | 1.26* | 1.09 |
| CALCIUM | 9.0 | 8.3* | 8.5* | 8.3* |
| GFRBLACK | 74 | 44* | 78 | 93 |
| GFRNONBL | 64 | 38* | 67 | 80 |

Recent Labs

| | 02/10/18 1524 | 02/12/18 0511 |
|---|---|---|
| TOTALPROTEIN | 7.1 | 6.8 |
| ALBUMIN | 3.6 | 3.1* |
| GLOBULIN | 3.5 | 3.7* |
| BILITOT | 0.8 | 0.9 |
| ALKPHOS | 83 | 106 |
| AST | 25 | 57* |
| ALT | 45 | 125* |

Recent Labs

| | 02/10/18 1524 | 02/10/18 1917 |
|---|---|---|
| TROPONINI | 0.010 | <0.010 |

Lab Results

| Component | Value | Date |
|---|---|---|
| BNP2 | 59 | 02/10/2018 |

**Recent Labs**

| Lab | 02/12/18 0511 | 02/13/18 0704 |
|---|---|---|
| INR | 1.4* | 1.6* |
| PROTIME | 17.8* | 19.9* |

Lab Results

Progress Notes - Additional Notes (continued)

Progress Notes by Mohammad H Khan, MD at 2/13/2018 2:42 PM (continued)

| Component | Value | Date |
|---|---|---|
| DDIMERQUANT | 1.51 (H) | 02/10/2018 |

Lab Results

| Component | Value | Date |
|---|---|---|
| PROCALCITO | 0.31 (H) | 02/12/2018 |

Medications

**Scheduled:**

| | | |
|---|---|---|
| docusate sodium | 100 mg | BID |
| enoxaparin | 1 mg/kg | Q12H |
| ketorolac | 15 mg | Once |
| nicotine | 14 mg | Daily |
| pantoprazole | 40 mg | QAM AC |
| potassium chloride SA | 40 mEq | Once |
| propranolol | 20 mg | BID |
| senna-docusate | 1 tablet | BID |
| warfarin | 8 mg | Once 1700 |

**PRN Meds:**acetaminophen, albuterol sulfate, ALPRAZolam, bisacodyl, calcium carbonate, ketorolac, melatonin, naloxone, ondansetron, ondansetron, polyethylene glycol, prochlorperazine, prochlorperazine, sodium chloride

Spent > 35 min with > 50% in coordination of care.

Signed:
Mohammad H Khan, MD
2/13/2018
2:42 PM[MK1.1]

Electronically signed by Mohammad H Khan, MD at 2/13/2018 2:43 PM

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > MK1.1 | 2/13/2018 2:43 PM | Mohammad H Khan, MD | Physician | Sign |

Progress Notes by Edward M Canton, RPH at 2/13/2018 10:33 AM

Progress Notes - Additional Notes (continued)

Progress Notes by Edward M Canton, RPH at 2/13/2018 10:33 AM (continued)

Author: Edward M Canton, RPH Service: Pharmacy Author Type: Pharmacist
Filed: 2/13/2018 10:33 AM Date of Service: 2/13/2018 10:33 AM Status: Signed
Editor: Edward M Canton, RPH (Pharmacist)

**WARFARIN PER PHARMACY**

**Subjective/Objective:**
Michael M Cummins 47 y.o. male being treated with warfarin for PE.

Goal INR range: 2-3
Home Regimen: new start
History of CHF: no
Pregnancy Status: n/a

Allergies: Metronidazole and Morphine sulfate

| Date | INR | Dose | Bleeding | Hct/Plt | % eating | Drug Interactions | Albumin | CrCl (LMWH) | LFT's | Rph |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/11 | 1.4 | 10mg | | 37.1/204 | | Full dose lovenox | 3.6 | | WNL | VC |
| 2/12 | 1.4 | 10mg | | 38.1/213 | 50% | " | | 102 | ALT 125 AST 57 | mcs |
| 2/13 | 1.6 | 8mg | None noted | 33/226 | 75% | " | - | - | - | emc |

**Assessment/Plan:**

See the table above for today's Warfarin dose.
Pharmacy will follow with daily PT/INR.

E Canton, RPh
222-1421 [EC1.1]

Electronically signed by Edward M Canton, RPH at 2/13/2018 10:33 AM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | EC1.1 | 2/13/2018 10:33 AM | Edward M Canton, RPH | Pharmacist | Sign |

Progress Notes by Kathleen C Sullivan, MD at 2/12/2018 3:27 PM

Author: Kathleen C Sullivan, MD Service: Hospitalist Author Type: Physician
Filed: 2/12/2018 3:46 PM Date of Service: 2/12/2018 3:27 PM Status: Signed
Editor: Kathleen C Sullivan, MD (Physician)

**Hospital Medicine**
**Progress Note**

**Patient ID:**
Michael M Cummins
01614423

**Date of Service:** 2/12/2018

**Problem based Assessment & Plan**

Michael M Cummins is a 47 y.o., smoker w/ h/o HTN, admitted 2/10 for Acute RML and RLL PE.

**RLL PE**. 1st episode, unprovoked. Changed to coumadin with lovenox bridge yesterday since NOAC not covered by insurance. Overall his chest pain seems to be improving but having severe episodes at night, wonder if he has baseline OSA and when he has a sudden waking gasp it causes him to have severe onset of pain. Currently stable in mid to high 90s on RA. Will order a nocturnal oximetry for tonight that may indicate patient needs sleep study after discharge. RN requesting long acting opiates but do not want to get him on a new regimen that will be hard to come off of. He has prn pain meds including ibuprofen which he cannot have a lot of because of his anticoagulated state but is sometimes the best treatment of pain related to pulmonary infarction. Had CT with contrast on admission, needs CT abd/pelvis with contrast for underlying malignacy workup, Cr improved today, stopped fluids and if Cr stable in am recommend ordering CT for further eval
-nocturnal oximetry tonight
-Cont pain meds.
-cont coumadin/lovenox bridge, daily INR
-telemetry

**Acute Respiratory failure with hypoxia:** Due to PE - encourage IS, currently stable on RA

**Leukocytosis:** Likely stress response, CXR concerning for opacity but more likely a pulm infarction than a bacterial pna, has remained afebrile and Pct only mildly elevated. If spiking fevers consider adding abx.

**AKI.** Resolved with IVF, stopped fluids.

**HTN**: On lisinopril, propranolol and hydrochlorothiazide at baseline, these have been held due to AKI and hypotension except 1/2 his home dose propranolol with holding parameters. BPs 102/55-118/64, trend.

**Anxiety:** Takes xanax at home TWICE DAILY prn, has been reordered for admission THREE TIMES DAILY given his episodes at night

**Chronic Skin infection:** Patient on bactrim for chronic skin lesions that can become infected. Denies any severe infection at this time but has pimples on chest, back, flanks and buttocks that become boils quickly. Will hold off on bactrim for now due to recent AKI and need for CT with contrast, will resume when patient can tolerate.

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/12/2018 3:27 PM (continued)

**Morbid obesity with BMI 41.84** needs weight loss, high risk for OSA, will check nocturnal oximetry tonight to see if he may need full sleep study outpatient.

**Smoker:** Patch ordered, needs to quit

**Constipation with h/o recent hemorroidectomy:** Well healed per patient, no bleeding issues, continue bowel regimen

**Diet**: Diet General
**Activity:** as tolerated
**IVF**: SL
**VTE Prophylaxis:** ☒ lovenox ☐ heparin ☐ SCD ☒ oral anticoagulation
**Code Status**: Full Code
**Consultants:** RT
**Discharge planing:** Likely home in 2-3 days

**Attending:** Kathleen C Sullivan, MD

**Subjective:**

**Subjective** Laying in bed, states overall he is feeling a bit better, has been having a HA this am. His high flow O2 is noted to be laying on his chest and his sats are 95-98% while speaking so left O2 off during exam and O2 remained >94%. He reports another "pain episode" early this am around 4amwhen he has sudden onset right sided chest pain and felt like he couldn't breath, had to sit up to side of bed and was afraid to lay back because it hurt so much, another RRT was called for RR in 30-40s. No h/o OSA or frequent startle wakings at night per patient but has anxiety episodes and on prn benzos at baseline.

**24H Events/Chart review:** 47yo smoker with HTN, admitted 2/10 for chest pain x 2 days, radiates to sternum, right neck and shoulder/arm. + SOB. CTA showed RML and RLL PE and small pleural effusion with signs of right heart strain.
-2nd night of sudden on set of severe pain with RTT called for tachypnea, improved with pain and anxiety meds, has been on high flow O2 since admission but noted to be stable on RA during exam
-CT Abd/pelvis cancelled yesterday due to AKI
-Afebrile, HR 70-90s, BP stable, sating >90% on RA
-CBC with WBC of 16.5, stable HCT
-BMP with improved Cr down to 1.26
-Procalcitonin 0.31
-Trops (-)
-CA 19-9: 3, PSA 0.4

Imaging:
-Venous duplex **+ for DVT in LLE**
-Echo: stable
-CT with PE: **PE in RML and RLL pulm arteries + smaller distal defects**

**Objective:**

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/12/2018 3:27 PM (continued)

**I andO**

Intake/Output Summary (Last 24 hours) at 02/12/18 1527
Last data filed at 02/12/18 1157

| | Gross per 24 hour |
|---|---|
| Intake | 1800 ml |
| Output | 1100 ml |
| **Net** | 700 ml |

**Weight**
Wt Readings from Last 3 Encounters:

| | |
|---|---|
| 02/10/18 | (!) 136.1 kg (300 lb) |
| 01/08/18 | (!) 134.3 kg (296 lb 1.2 oz) |
| 11/06/17 | (!) 135.1 kg (297 lb 13.5 oz) |

**Current medications**
Current Facility-Administered Medications

| Medication | Dose |
|---|---|
| • acetaminophen (TYLENOL) tablet 650 mg | 650 mg |
| • albuterol sulfate 2.5 mg/0.5 mL nebulizer solution 2.5 mg | 2.5 mg |
| • ALPRAZolam (XANAX) tablet 1 mg | 1 mg |
| • bisacodyl (DULCOLAX) suppository 10 mg | 10 mg |
| • calcium carbonate (TUMS) chewable tablet 1,000 mg | 1,000 mg |
| • docusate sodium (COLACE) capsule 100 mg | 100 mg |
| • enoxaparin (LOVENOX) injection 140 mg | 1 mg/kg |
| • HYDROmorphone (DILAUDID) | 0.5-1 mg |

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/12/2018 3:27 PM (continued)

| | |
|---|---|
| injection 0.5-1 mg | |
| • HYDROmorphone (DILAUDID) injection 1 mg | 1 mg |
| • ibuprofen (ADVIL,MOTRIN) tablet 400 mg | 400 mg |
| • melatonin tablet 3 mg | 3 mg |
| • naloxone (NARCAN) injection 0.1 mg | 0.1 mg |
| • nicotine (NICODERM CQ) 21 mg/24 hr 21 mg | 21 mg |
| • NS continuous infusion | |
| • ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg | 4 mg |
| • ondansetron PF (ZOFRAN) 4 mg/2 mL injection 4 mg | 4 mg |
| • polyethylene glycol (MIRALAX) oral powder 17 g | 17 g |
| • prochlorperazine (COMPAZINE) injection 5 mg | 5 mg |
| • prochlorperazine (COMPAZINE) tablet 5 mg | 5 mg |
| • propranolol (INDERAL) tablet 20 mg | 20 mg |
| • senna-docusate (PERICOLACE) 8.6-50 mg per tablet 1 tablet | 1 tablet |
| • sodium chloride (NS) 0.9 % flush 3-10 mL | 3-10 mL |
| • warfarin (COUMADIN) | 10 mg |

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/12/2018 3:27 PM (continued)

tablet 10 mg

**Physical Examination:**

**Vital signs:** Temp: [36.2 °C (97.2 °F)-37.7 °C (99.8 °F)] 36.7 °C (98 °F)
Heart Rate: [73-97] 73
Resp: [17-25] 24
BP: (101-118)/(51-61) 101/56
FiO2 (%): [21 %] 21 %

**O/E:**
General: alert, still having pain but seems to be slighlty improved
Chest: Stable on RA, shallow breaths due to pain, no WRR
Heart: RRR, no murmurs heard
Abdomen: soft, ND, +BS, no abd tenderness today but has rib tenderness, + BS
Extremities: + pulses,obese, no calf tenderness, no pitting edema
CNS: grossly normal-non focal
HEENT- PERRLA, EOMI, no pallor
Psychiatry- AAO*3, mildly anxious

**Hematology Labs**
Recent Labs

| | 02/10/18 1524 | 02/11/18 0525 | 02/12/18 0511 |
|---|---|---|---|
| WBC | 14.4* | 15.2* | 16.5* |
| HGB | 13.9 | 12.6* | 12.7* |
| HCT | 39.2 | 37.1* | 38.1* |
| PLTCT | 204 | 204 | 213 |
| MCV | 89.5 | 90.9 | 93.6 |
| RDW | 13.6 | 14.2 | 14.0 |
| NEUTPERCENT | 73.1 | -- | -- |
| PCTIMMGRAN | 0.3 | -- | -- |
| MONOPERCENT | 13.8 | -- | -- |
| EOSPERCENT | 1.5 | -- | -- |
| BASOPERCENT | 0.3 | -- | -- |

Recent Labs

| | 02/10/18 1524 | 02/11/18 0525 | 02/12/18 0511 |
|---|---|---|---|
| NA | 137 | 137 | 136 |
| K | 3.5 | 3.9 | 3.7 |
| CL | 102 | 103 | 101 |
| GLUC | 88 | 125* | 118* |
| CO2 | 23 | 23 | 23 |
| ANIONGAP | 12 | 11 | 12 |

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/12/2018 3:27 PM (continued)

| | | | |
|---|---|---|---|
| BUN | 25* | 31* | 26* |
| CREAT | 1.31* | 2.02* | 1.26* |
| CALCIUM | 9.0 | 8.3* | 8.5* |
| GFRBLACK | 74 | 44* | 78 |
| GFRNONBL | 64 | 38* | 67 |

Recent Labs

| | 02/10/18 1524 | 02/12/18 0511 |
|---|---|---|
| TOTALPROTEIN | 7.1 | 6.8 |
| ALBUMIN | 3.6 | 3.1* |
| GLOBULIN | 3.5 | 3.7* |
| BILITOT | 0.8 | 0.9 |
| ALKPHOS | 83 | 106 |
| AST | 25 | 57* |
| ALT | 45 | 125* |

Recent Labs

| | 02/10/18 1524 | 02/10/18 1917 |
|---|---|---|
| TROPONINI | 0.010 | <0.010 |

Lab Results

| Component | Value | Date |
|---|---|---|
| BNP2 | 59 | 02/10/2018 |

Recent Labs

| Lab | 02/11/18 1020 | 02/12/18 0511 |
|---|---|---|
| INR | 1.4* | 1.4* |
| PROTIME | 17.8* | 17.8* |

Lab Results

| Component | Value | Date |
|---|---|---|
| DDIMERQUANT | 1.51 (H) | 02/10/2018 |

No results found for: TSH, FREET4
No results found for: TRANSFERRIN, SAT, FERRITIN
No results found for: B12
No results found for: HGBA1C
No results for input(s): POCGLU in the last 72 hours.

Lab Results

| Component | Value | Date |
|---|---|---|
| PROCALCITO | 0.31 (H) | 02/12/2018 |

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/12/2018 3:27 PM (continued)

**Recent Labs**

| Lab | 02/11/18 0525 |
|---|---|
| CHOL | 167 |
| HDL | 32* |
| TRIG | 163* |

Medications/ Labs/Imaging Studies/EKG reviewed

Time spent: 25 minutes spent in the direct care of this patient with > 50% of the time spent counseling, reviewing the medical chart, and discussing plan with patient and care team.

**Signed:**
Kathleen C Sullivan, MD
2/12/2018
3:27 PM[KS1.1]

Electronically signed by Kathleen C Sullivan, MD at 2/12/2018 3:46 PM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | KS1.1 | 2/12/2018 3:46 PM | Kathleen C Sullivan, MD | Physician | Sign |

Progress Notes by Michael C Sessions, RPH at 2/12/2018 7:34 AM

Author: Michael C Sessions, RPH Service: Pharmacy Author Type: Pharmacist
Filed: 2/12/2018 7:34 AM Date of Service: 2/12/2018 7:34 AM Status: Signed
Editor: Michael C Sessions, RPH (Pharmacist)

**WARFARIN PER PHARMACY**

**Subjective/Objective:**
Michael M Cummins 47 y.o. male being treated with warfarin for PE.

Goal INR range: 2-3
Home Regimen: new start
History of CHF: no
Pregnancy Status: n/a

Allergies: Metronidazole and Morphine sulfate

| Date | INR | Dose | Bleeding | Hct/Plt | % eating | Drug Interactions | Albumin | CrCl (LMWH) | LFT's | Rph |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/11 | 1.4 | 10mg | | 37.1/20 | | Full dose | 3.6 | | WNL | VC |

Progress Notes - Additional Notes (continued)

Progress Notes by Michael C Sessions, RPH at 2/12/2018 7:34 AM (continued)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 4 | | lovenox | | | | |
| 2/12 | 1.4 | 10mg | | 38.1/21 3 | 50% | " | | 102 | ALT 125 AST 57 | mcs |

**Assessment/Plan:**

INR unchanged although had dose of apixaban yesterday, and warfarin.

Elevated LFT's noted today.

Repeat yesterday's dose.

See the table above for today's Warfarin dose.
Pharmacy will follow with daily PT/INR.[MS1.1]

Electronically signed by Michael C Sessions, RPH at 2/12/2018 7:34 AM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | MS1.1 | 2/12/2018 7:34 AM | Michael C Sessions, RPH | Pharmacist | Sign |

Progress Notes by Kathleen C Sullivan, MD at 2/11/2018 8:48 AM

Author: Kathleen C Sullivan, MD Service: Hospitalist Author Type: Physician
Filed: 2/11/2018 3:36 PM Date of Service: 2/11/2018 8:48 AM Status: Signed
Editor: Kathleen C Sullivan, MD (Physician)

**Hospital Medicine**
**Progress Note**

**Patient ID:**[KS1.1]
Michael M Cummins
01614423[KS1.2]

**Date of Service:**[KS1.1] **2/11/2018**[KS1.2]

**Problem based Assessment & Plan**

Michael M Cummins is a 47 y.o., smoker w/ h/o HTN[KS1.1],[KS1.3] admitted[KS1.1] 2/10[KS1.3] for Acute R[KS1.1]ML and R[KS1.3]LL PE.

**RLL PE**. 1st episode. Unprovoked.[KS1.1] Started on IV heparin and transitioning to NOAC per patient request but per RNCC it is not covered by his insurance so asked pharmacy to start lovenox bridge with coumadin and

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/11/2018 8:48 AM (continued)

updated patient. Having a lot of pain, ordered some ibuprofen since this can help with pulm infarction pain despite not recommended with warfarin. Continue dilaudid prn and RN to assess for response to K-Pad or ice. Duplex reportedly + for DVT to just above knee on the right side. CT scan ordered to eval for underlying malignancy but due to AKI have held off until renal function improved.

**Acute Respiratory failure with hypoxia:** Due to PE - encourage IS to improve lung function.[KS1.3]

**AKI.**[KS1.1] Worsened overnight to 2.02, received contrast for CTA, continue IVF and trend in am. Echo obtained and no signs of CHF so should tolerate the IVF.[KS1.3]

**HTN**[KS1.1]: On lisinopril, propranolol and hydrochlorothiazide at baseline, these have been held due to AKI and hypotension except 1/2 his home dose propranolol with holding parameters.

**Anxiety:** Takes xanax at home TWICE DAILY, has been reordered for admission

**Chronic Skin infection:** Patient on bactrim for chronic skin lesions that can become infected. Denies any severe infection at this time but has pimples on chest, back, flanks and buttocks that become boils quickly. Will hold off on bactrim for now due to AKI and resume when patient can tolerate.[KS1.3]

**Morbid obesity with BMI 41.84**[KS1.1] needs weight loss

**Smoker:** Patch ordered, needs to quit

**Constipation with h/o recent hemorroidectomy:** Well healed per patient, no bleeding issues, continue bowel regimen[KS1.3]

**Diet**:[KS1.1] Diet General[KS1.2]
**Activity:** as tolerated
**IVF**: NS at 1[KS1.1]00[KS1.3]/hr
**VTE Prophylaxis:** ☒ lovenox ☐ heparin ☐ SCD ☒ oral anticoagulation
**Code Status**:[KS1.1] Full Code[KS1.2]
**Consultants:**[KS1.1] RT, CM[KS1.3]
**Discharge planing:**[KS1.1] Likely home in 2-4 days[KS1.3]

**Attending:**[KS1.1] **Kathleen C Sullivan, MD**[KS1.2]

**Subjective:**

**Subjective**[KS1.1] Seen down in the CDU, wife at bedside. He states he has h/o knee surgery and chronic knee pain so is not very active, wife states he spends all his time in front of the TV. Has not worked in 2 years due to pain. Had his GB out last Nov and in Jan he had an 'ulcer' (anal fissure and hemorrhids) in his rectum repaired by Dr. Wilhite but denies this surgery making him less mobile. No recent long car trip or flight. His father has a h/o some sort of "blood clot" and is on blood thinners. He denies any h/o bleeding problems or previous clotting. Denies leg swelling, chest pain came on suddenly. Currently he feels it is better than it was at home but feels like a knife in his right side and takes his breath away if he coughs or moves.[KS1.3]

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/11/2018 8:48 AM (continued)

**24H Events/Chart review:** 47yo smoker with HTN and cholecystectomy in Nov 2017[KS1.1] and anal fissure/hemorroidectomy in Jan 2018[KS1.3], admitted 2/10 for chest pain x 2 days, radiates to sternum, right neck and shoulder/arm. + SOB. CTA showed[KS1.1] RML and[KS1.3] RLL PE and small pleural effusion[KS1.1] with signs of right heart strain[KS1.3].
-Having a lot of pain overnight, RTT called for hypoxia, improved with pain and anxiety meds[KS1.1], high O2 requirements[KS1.3]
-CT Abd/pelvis cancelled this am due to Cr inc[KS1.1]rease[KS1.3] to 2.0
-Afebrile, HR stable in 80s, BP fluctuating 89/50-155/29, on high flow O2
-CBC with WBC of 15.2, stable HCT
-BMP with inc cr to 2.0 from 1.3
-Trops (-)

Imaging:
-Venous duplex[KS1.1] + for DVT in LLE -> report pending[KS1.3]
-Echo[KS1.1]: stable[KS1.3]
-CT with PE: PE in RML and RLL pulm arteries + smaller distal defects

**Objective:**

**I andO**[KS1.1]

Intake/Output Summary (Last 24 hours) at 02/11/18 0856
Last data filed at 02/11/18 0600

| | Gross per 24 hour |
|---|---|
| Intake | 0 ml |
| Output | 1250 ml |
| **Net** | -1250 ml[KS1.2] |

**Weight**[KS1.1]

Wt Readings from Last 3 Encounters:

| | |
|---|---|
| 02/10/18 | (!) 136.1 kg (300 lb) |
| 01/08/18 | (!) 134.3 kg (296 lb 1.2 oz) |
| 11/06/17 | (!) 135.1 kg (297 lb 13.5 oz)[KS1.2] |

**Current medications**[KS1.1]

Current Facility-Administered Medications

| Medication | Dose |
|---|---|
| • acetaminophen (TYLENOL) tablet 650 mg | 650 mg |
| • ALPRAZolam (XANAX) tablet 1 mg | 1 mg |
| • apixaban (ELIQUIS) tablet 10 mg | 10 mg |

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/11/2018 8:48 AM (continued)

| | |
|---|---|
| • bisacodyl (DULCOLAX) suppository 10 mg | 10 mg |
| • calcium carbonate (TUMS) chewable tablet 1,000 mg | 1,000 mg |
| • docusate sodium (COLACE) capsule 100 mg | 100 mg |
| • hydroCHLOROthiazide (HYDRODIURIL) tablet 25 mg | 25 mg |
| • HYDROmorphone (DILAUDID) injection 0.5-1 mg | 0.5-1 mg |
| • HYDROmorphone (DILAUDID) injection 1 mg | 1 mg |
| • lisinopril (PRINIVIL,ZESTRIL) tablet 40 mg | 40 mg |
| • melatonin tablet 3 mg | 3 mg |
| • naloxone (NARCAN) injection 0.1 mg | 0.1 mg |
| • nicotine (NICODERM CQ) 21 mg/24 hr 21 mg | 21 mg |
| • NS continuous infusion | |
| • ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg | 4 mg |
| • ondansetron PF (ZOFRAN) 4 mg/2 mL injection 4 mg | 4 mg |
| • polyethylene glycol (MIRALAX) oral powder 17 g | 17 g |
| • prochlorperazine (COMPAZINE) injection 5 mg | 5 mg |
| • prochlorperazine (COMPAZINE) tablet 5 mg | 5 mg |
| • propranolol (INDERAL) tablet 40 mg | 40 mg |

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/11/2018 8:48 AM (continued)

| | |
|---|---|
| • senna-docusate (PERICOLACE) 8.6-50 mg per tablet 1 tablet | 1 tablet |
| • sodium chloride (NS) 0.9 % flush 3-10 mL | 3-10 mL[KS1.2] |

**Physical Examination:**

**Vital signs:[KS1.1] Temp: [35.9 °C (96.6 °F)-36.7 °C (98.1 °F)] 36.6 °C (97.9 °F)**
**Heart Rate: [69-87] 78**
**Resp: [17-27] 23**
**BP: (89-155)/(50-129) 89/50**
**FiO2 (%): [30 %-40 %] 30 %[KS1.2]**

**O/E:**
General:[KS1.1] alert, anxious, c/o pain in right chest/abdomen[KS1.3]
Chest:[KS1.1] Req[KS1.3]
Heart:[KS1.1] Sinus tach,[KS1.3] no murmurs heard
Abdomen: soft,[KS1.1] ND, +BS, tender in RUQ but no murphy sign[KS1.3]
Extremities: + pulses,[KS1.1] no calf tenderness, no pitting edema[KS1.3]
CNS: grossly normal-non focal
HEENT-[KS1.1] PERRLA, EOMI,[KS1.3] no pallor
Psychiatry- AAO*3[KS1.1], anxious[KS1.3]

**Hematology Labs[KS1.1]**

Recent Labs

| | 02/10/18 1524 | 02/11/18 0525 |
|---|---|---|
| WBC | 14.4* | 15.2* |
| HGB | 13.9 | 12.6* |
| HCT | 39.2 | 37.1* |
| PLTCT | 204 | 204 |
| MCV | 89.5 | 90.9 |
| RDW | 13.6 | 14.2 |
| NEUTPERCENT | 73.1 | -- |
| PCTIMMGRAN | 0.3 | -- |
| MONOPERCENT | 13.8 | -- |
| EOSPERCENT | 1.5 | -- |
| BASOPERCENT | 0.3 | -- |

Recent Labs

| | 02/10/18 1524 | 02/11/18 0525 |
|---|---|---|
| NA | 137 | 137 |
| K | 3.5 | 3.9 |
| CL | 102 | 103 |
| GLUC | 88 | 125* |

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

---

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/11/2018 8:48 AM (continued)

| | | |
|---|---|---|
| CO2 | 23 | 23 |
| ANIONGAP | 12 | 11 |
| BUN | 25* | 31* |
| CREAT | 1.31* | 2.02* |
| CALCIUM | 9.0 | 8.3* |
| GFRBLACK | 74 | 44* |
| GFRNONBL | 64 | 38* |

Recent Labs

| | 02/10/18 1524 |
|---|---|
| TOTALPROTEIN | 7.1 |
| ALBUMIN | 3.6 |
| GLOBULIN | 3.5 |
| BILITOT | 0.8 |
| ALKPHOS | 83 |
| AST | 25 |
| ALT | 45 |

Recent Labs

| | 02/10/18 1524 | 02/10/18 1917 |
|---|---|---|
| TROPONINI | 0.010 | <0.010 |

Lab Results

| Component | Value | Date |
|---|---|---|
| BNP2 | 59 | 02/10/2018 |

No results for input(s): INR, PROTIME in the last 168 hours.

Lab Results

| Component | Value | Date |
|---|---|---|
| DDIMERQUANT | 1.51 (H) | 02/10/2018 |

**Recent Labs**

| Lab | 02/11/18 0525 |
|---|---|
| CHOL | 167 |
| HDL | 32* |
| TRIG | 163*[KS1.2] |

Medications/ Labs/Imaging Studies/EKG reviewed

Time spent:[KS1.1] 35[KS1.3] minutes spent in the direct care of this patient with > 50% of the time spent counseling, reviewing the medical chart, and discussing plan with patient and care team.

**Signed:**[KS1.1]
Kathleen C Sullivan, MD
2/11/2018

Progress Notes - Additional Notes (continued)

Progress Notes by Kathleen C Sullivan, MD at 2/11/2018 8:48 AM (continued)

8:56 AM[KS1.2]

Electronically signed by Kathleen C Sullivan, MD at 2/11/2018 3:36 PM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | KS1.3 | 2/11/2018 3:36 PM | Kathleen C Sullivan, MD | Physician | Sign |
| | KS1.2 | 2/11/2018 8:56 AM | Kathleen C Sullivan, MD | Physician | |
| | KS1.1 | 2/11/2018 8:48 AM | Kathleen C Sullivan, MD | Physician | |

Progress Notes by Victor W Choi, RPH at 2/11/2018 11:59 AM

Author: Victor W Choi, RPH Service: Pharmacy Author Type: Pharmacist
Filed: 2/11/2018 12:00 PM Date of Service: 2/11/2018 11:59 AM Status: Signed
Editor: Victor W Choi, RPH (Pharmacist)

**ENOXAPARIN PER PHARMACY**

**Subjective/Objective:**
Michael M Cummins a 47 y.o. male being treated with enoxaparin for PE.

Wt Readings from Last 1 Encounters:
02/10/18 (!) 136.1 kg (300 lb)

| Date | Lab Time | Anti Xa | Dose Time | DOSE | INR | Warfarin Dose | Hct/Plt | CrCl (LMWH) | Bleeding | Drug Interaction | Rph |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/11 | | | 2000 | 140mg q12h | 1.4 | 10mg | 37.1/204 | 64 | | | VC |
| | | | | | | | | | | | |

**Assessment/Plan:**

Pt was on apixaban 10mg twice daily last dose around 8am this morning.
Will begin enoxaparin at 140mg subcutaneous q12h at 2000 tonight
Pharmacy to follow.

Victor Choi Rph[VC1.1]

Electronically signed by Victor W Choi, RPH at 2/11/2018 12:00 PM

Progress Notes - Additional Notes (continued)

Progress Notes by Victor W Choi, RPH at 2/11/2018 11:59 AM (continued)

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | VC1.1 | 2/11/2018 12:00 PM | Victor W Choi, RPH | Pharmacist | Sign |

Progress Notes by Victor W Choi, RPH at 2/11/2018 11:47 AM

Author: Victor W Choi, RPH Service: Pharmacy Author Type: Pharmacist
Filed: 2/11/2018 11:49 AM Date of Service: 2/11/2018 11:47 AM Status: Signed
Editor: Victor W Choi, RPH (Pharmacist)

**WARFARIN PER PHARMACY**

**Subjective/Objective:**
Michael M Cummins 47 y.o. male being treated with warfarin for PE.

Goal INR range: 2-3
Home Regimen: new start
History of CHF: no
Pregnancy Status: n/a

Allergies: Metronidazole and Morphine sulfate

| Date | INR | Dose | Bleeding | Hct/Plt | % eating | Drug Interactions | Albumin | CrCl (LMWH) | LFT's | Rph |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/11 | 1.4 | 10mg | | 37.1/204 | | Full dose lovenox | 3.6 | | WNL | VC |
| 2/12 | ( ) | | | | | | | | | |

**Assessment/Plan:**

Pt was started on iv heparin then was changed to apixaban. He had 2 doses of apixaban which probably attributed to high baseline INR of 1.4
See the table above for today's Warfarin dose.
Pharmacy will follow with daily PT/INR.

Victor Choi Rph[VC1.1]

Electronically signed by Victor W Choi, RPH at 2/11/2018 11:49 AM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | VC1.1 | 2/11/2018 11:49 AM | Victor W Choi, RPH | Pharmacist | Sign |

Discharge Instr - Appointments - Additional Notes

Discharge Instr - Appointments by Michelle M Zoller, RN at 2/14/2018 10:55 AM

## Discharge Instr - Appointments - Additional Notes (continued)

### Discharge Instr - Appointments by Michelle M Zoller, RN at 2/14/2018 10:55 AM (continued)

Author: Michelle M Zoller, RN Service: (none) Author Type: Care Manager
Filed: 2/14/2018 10:55 AM Date of Service: 2/14/2018 10:55 AM Status: Signed
Editor: Michelle M Zoller, RN (Care Manager)

Patient has appointment on 2/15 at 0950 at Regional infusion center 1255 Hilyard st. Eugene, OR 97401 541-335-2800

Electronically signed by Michelle M Zoller, RN at 2/14/2018 10:55 AM

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > [N/A] | 2/14/2018 10:55 AM | Michelle M Zoller, RN | Care Manager | Sign |

## Nursing Note - Additional Notes

### Nursing Note by Leadi Aminou, RN at 2/14/2018 11:51 AM

Author: Leadi Aminou, RN Service: Nursing Author Type: Registered Nurse
Filed: 2/14/2018 11:55 AM Date of Service: 2/14/2018 11:51 AM Status: Signed
Editor: Leadi Aminou, RN (Registered Nurse)

Education provided on Warfarin, the lab, the food regiment, and signs and symptoms of hypercoagulation and bleeding. Pt and wife verbalized understanding of warfarin education. Pt knows he will be going top the infusion center to have his PT/INR drawn day after discharge.[LA1.1]

Electronically signed by Leadi Aminou, RN at 2/14/2018 11:55 AM

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > LA1.1 | 2/14/2018 11:55 AM | Leadi Aminou, RN | Registered Nurse | Sign |

### Nursing Note by Jeremiah L Rosenkrance, RN at 2/12/2018 3:53 PM

Author: Jeremiah L Rosenkrance, RN Service: (none) Author Type: Registered Nurse
Filed: 2/12/2018 3:55 PM Date of Service: 2/12/2018 3:53 PM Status: Signed
Editor: Jeremiah L Rosenkrance, RN (Registered Nurse)

Spoke with RNCC about organizing sleep study. Per RNCC, Dr. Christon follows sleeps study. Will text page physician "SW - Do you want Dr. Christon - Oregon Lung specialists to follow sleep study?"[JR1.1]

Electronically signed by Jeremiah L Rosenkrance, RN at 2/12/2018 3:55 PM

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > JR1.1 | 2/12/2018 3:55 PM | Jeremiah L Rosenkrance, RN | Registered Nurse | Sign |

### Nursing Note by John S Pederzolli, RN at 2/12/2018 2:45 AM

## Nursing Note - Additional Notes (continued)

### Nursing Note by John S Pederzolli, RN at 2/12/2018 2:45 AM (continued)

Author: John S Pederzolli, RN Service: (none) Author Type: Registered Nurse
Filed: 2/12/2018 2:58 AM Date of Service: 2/12/2018 2:45 AM Status: Signed
Editor: John S Pederzolli, RN (Registered Nurse)

Pt awoke with RR 36/minute. Pt was anxious and c/o pain 10/10 in RL chest. RT called for support. RRT nurse called to inform. Pt had an episode such as this last HS. A ll other VSS stable. 1mg diluadid administered. 4mg Zofran administered. Pt stated improvement. RR 20. Crackles/diminished on auscultation per RT. Incentive Spirometer given to pt. MD notified. Continue to monitor and update with changes. -[JP1.1] John S Pederzolli[JP1.2]

Electronically signed by John S Pederzolli, RN at 2/12/2018 2:58 AM

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > JP1.2 | 2/12/2018 2:58 AM | John S Pederzolli, RN | Registered Nurse | Sign |
| JP1.1 | 2/12/2018 2:45 AM | John S Pederzolli, RN | Registered Nurse | |

### Nursing Note by Shannon R Smith, RN at 2/11/2018 3:10 PM

Author: Shannon R Smith, RN Service: Orthopedics Author Type: Registered Nurse
Filed: 2/11/2018 3:24 PM Date of Service: 2/11/2018 3:10 PM Status: Signed
Editor: Shannon R Smith, RN (Registered Nurse)

Patient awake from nap and very painful on right chest area. Very tender to touch. VS stable. Patient given pain medications. MD paged and she[SS1.1] suggested ice/heat to right chest. K-pad was requested from distribution. Patient states pain is 8/10, a little improved and is breathing easier at this time.[SS1.2]

Electronically signed by Shannon R Smith, RN at 2/11/2018 3:24 PM

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > SS1.2 | 2/11/2018 3:24 PM | Shannon R Smith, RN | Registered Nurse | Sign |
| SS1.1 | 2/11/2018 3:19 PM | Shannon R Smith, RN | Registered Nurse | |

### Nursing Note by Caitlin A Starr, RN at 2/11/2018 4:35 AM

Author: Caitlin A Starr, RN Service: Nursing Author Type: Registered Nurse
Filed: 2/11/2018 4:48 AM Date of Service: 2/11/2018 4:35 AM Status: Addendum
Editor: Caitlin A Starr, RN (Registered Nurse)

0125 - Checked in on patient. Pt was sitting in bed, NAD, requesting pain medication.
0130 Returned to pts room, pt was sitting straight up in bed, taking shallow rapid breaths RR 40's. Grunting/gasping and appeared extremely distressed. Sats were 84-86 on room air. Pt placed on 10L simple mask
0133 - RRT called
0135 - RRT RN at bedside. Pt unable to tolerate simple mask, this RN held simple mask in front of pt's face to provide supplemental oxygen. Pt was then placed on 3L NC with sats returning to 92-95%.[CS1.1]
Per RRT, pt had ABG, CXR and HFNC.
0149 - Pt was given xanax per MAR.

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

## Nursing Note - Additional Notes (continued)

### Nursing Note by Caitlin A Starr, RN at 2/11/2018 4:35 AM (continued)

0205 - Barasa, MD at bedside.
0215 - Pt medicated with dilaudid per MAR.[CS1.2]
0220 - Pt reports feeling better and breathing easier on HFNC.[CS1.3]
0225 - New orders received from Barasa, MD. Will continue to monitor.[CS1.2]

Electronically signed by Caitlin A Starr, RN at 2/11/2018 4:45 AM
Electronically signed by Caitlin A Starr, RN at 2/11/2018 4:45 AM
Electronically signed by Caitlin A Starr, RN at 2/11/2018 4:48 AM

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > [N/A] | 2/11/2018 4:48 AM | Caitlin A Starr, RN | Registered Nurse | Addend |
| [N/A] | 2/11/2018 4:45 AM | Caitlin A Starr, RN | Registered Nurse | Addend |
| CS1.3 | 2/11/2018 4:45 AM | Caitlin A Starr, RN | Registered Nurse | Sign |
| CS1.2 | 2/11/2018 4:43 AM | Caitlin A Starr, RN | Registered Nurse | |
| CS1.1 | 2/11/2018 4:35 AM | Caitlin A Starr, RN | Registered Nurse | |

## IP Care Management - Additional Notes

### IP Care Management by Michelle M Zoller, RN at 2/13/2018 11:38 AM

Author: Michelle M Zoller, RN Service: Care Management Author Type: Care Manager
Filed: 2/14/2018 11:25 AM Date of Service: 2/13/2018 11:38 AM Status: Addendum
Editor: Michelle M Zoller, RN (Care Manager)

Care Management Update

Care Manager: Michelle Zoller RNCC 541-222-5889

Update: Discussed patient in IDR, per PCN Jerimiah patient did not desat on sleep study waiting for MD to evaluate overnight pulse oximetry study. I anticipate patient will discharge home today. No further RNCC needs.[MZ1.1] PCN Leadi stated patient has received coumadin teaching and handouts.[MZ1.2]

**Update:Patient has appointment with RIC on 2/15 at 0950 for RIC to assume coumadin bridging appointment arranged with Barbra and RIC lead and placed in AVS.**[MZ1.3]

Electronically signed by Michelle M Zoller, RN at 2/13/2018 11:41 AM
Electronically signed by Michelle M Zoller, RN at 2/14/2018 11:17 AM
Electronically signed by Michelle M Zoller, RN at 2/14/2018 11:25 AM

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > MZ1.2 | 2/14/2018 11:25 AM | Michelle M Zoller, RN | Care Manager | Addend |
| MZ1.3 | 2/14/2018 11:17 AM | Michelle M Zoller, RN | Care Manager | Addend |
| MZ1.1 | 2/13/2018 11:41 AM | Michelle M Zoller, RN | Care Manager | Sign |

### IP Care Management by Michelle M Zoller, RN at 2/12/2018 3:44 PM

**IP Care Management - Additional Notes (continued)**

**IP Care Management by Michelle M Zoller, RN at 2/12/2018 3:44 PM (continued)**

Author: Michelle M Zoller, RN Service: Care Management Author Type: Care Manager
Filed: 2/12/2018 3:49 PM Date of Service: 2/12/2018 3:44 PM Status: Signed
Editor: Michelle M Zoller, RN (Care Manager)

Care Management Update

Care Manager: Michelle Zoller RNCC 541-222-5889

Update: Discussed patient in IDR, PCN Jeremiah stated patient has been having some sort of anxiety type attack at 0400 each day, they think it may be undiagnosed sleep apnea, will ask for overnight sleep study, overnight pulse oxygen study or have pulmonologist follow for sleep study.[MZ1.1]

Electronically signed by Michelle M Zoller, RN at 2/12/2018 3:49 PM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | MZ1.1 | 2/12/2018 3:49 PM | Michelle M Zoller, RN | Care Manager | Sign |

**IP Care Management by Janet S Welch, RN at 2/11/2018 2:09 PM**

Author: Janet S Welch, RN Service: (none) Author Type: Care Manager
Filed: 2/11/2018 3:10 PM Date of Service: 2/11/2018 2:09 PM Status: Signed
Editor: Janet S Welch, RN (Care Manager)

2/11/18 RNCC Note: Jan Welch, RNCC 541-222-5889

Patient admitted with new PE[JW1.1] and is currently requiring high flow O2.[JW1.2] He has Trillium insurance and[JW1.1] a NOAC agent would require pre-authorization with a compelling reason why he cannot take Couamdin. He d[JW1.2]oes not have high risk factors for being noncompliant with Coumadin. He will start Coumadin and need bridging at discharge. Bridging orders obtained, faxed to the RIC. RNCC will follow to coordinate transition of care/follow-up appointment.[JW1.1]

Electronically signed by Janet S Welch, RN at 2/11/2018 3:10 PM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | JW1.2 | 2/11/2018 3:10 PM | Janet S Welch, RN | Care Manager | Sign |
| | JW1.1 | 2/11/2018 2:09 PM | Janet S Welch, RN | Care Manager | |

## Surgery Documentation

## Anesthesia Documentation

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

# All Results

## ECG - Results

Resulted: 02/10/18 2220, Result status: Edited Result - FINAL

**EKG 12-lead Chest pain [134111168]**

Ordering provider: Jesse E Ennis, PA 02/10/18 2143 Order status: Completed
Resulting lab: MUSE
Narrative:
Normal sinus rhythm
Normal ECG
When compared with ECG of 10-FEB-2018 14:14,
No significant change was found
ECG was amended to attach the order. No changes to interpretation were made.
Reconfirmed by GUNDRY M.D., JOHN (22559), editor POSCH, JOANY (36397) on 2/10/2018 10:20:40 PM

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VENTRICULAR RATE EKG/MIN | 87 | BPM | | |
| ATRIAL RATE | 87 | BPM | | |
| PR-INTERVAL (MSEC) | 150 | ms | | |
| QRS-INTERVAL (MSEC) | 96 | ms | | |
| QT-INTERVAL (MSEC) | 370 | ms | | |
| QTc | 445 | ms | | |
| P Axis | 44 | degrees | | |
| R AXIS | 67 | degrees | | |
| T AXIS | 24 | degrees | | |
| ST at J Point | -5^4^-44^-10^-69^-35^-20^-20^9^0^-5^9 | uV | | |
| ST at Mid ST | 24^29^14^63^53^58^39^24^4^-30^9^19 | uV | | |
| ST at End ST | 83^43^0^161^117^136^107^73^-40^-64^63^4 | uV | | |
| Maximum ST Area | 83^43^14^161^117^136^107^73^9^0^63^19 | uV | | |
| Minimum ST Area | -5^4^-44^-10^-69^-35^-20^-20^4^-30^-5^9 | uV | | |

Resulted: 02/10/18 2057, Result status: Final result

**EKG 12-lead History of cardiac diagnosis [134095258]**

Ordering provider: Saroj Shrestha, MD 02/10/18 1407 Order status: Completed
Resulting lab: MUSE

## ECG - Results (continued)

Resulted: 02/10/18 2057, Result status: Final result

**EKG 12-lead History of cardiac diagnosis [134095258] (continued)**

Narrative:
Normal sinus rhythm
Normal ECG
When compared with ECG of 17-JUL-2017 21:04,
No significant change was found
Confirmed by GUNDRY M.D., JOHN (22559) on 2/10/2018 8:57:39 PM

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VENTRICULAR RATE EKG/MIN | 71 | BPM | | |
| ATRIAL RATE | 71 | BPM | | |
| PR-INTERVAL (MSEC) | 164 | ms | | |
| QRS-INTERVAL (MSEC) | 104 | ms | | |
| QT-INTERVAL (MSEC) | 396 | ms | | |
| QTc | 430 | ms | | |
| P Axis | 36 | degrees | | |
| R AXIS | 35 | degrees | | |
| T AXIS | 29 | degrees | | |
| ST at J Point | 0^34^0^9^4 ^9^4^14^34 ^-20^-15^34 | uV | | |
| ST at Mid ST | 58^43^29^1 61^112^102 ^92^48^- 15^- 54^39^14 | uV | | |
| ST at End ST | 107^73^14^ 283^234^20 0^180^87^- 35^- 93^73^19 | uV | | |
| Maximum ST Area | 107^73^29^ 283^234^20 0^180^87^3 4^- 20^73^34 | uV | | |
| Minimum ST Area | 0^34^0^9^4 ^9^4^14^- 15^-54^- 15^14 | uV | | |

## Echocardiography - Results

Resulted: 02/11/18 1117, Result status: Final result

**Echo complete per protocol [134123050]**

| | | | |
|---|---|---|---|
| Ordering provider: | Kathleen C Sullivan, MD 02/11/18 0858 | Order status: | Completed |
| Resulted by: | Manjunath Gopal Raju, MD | Performed: | 02/11/18 0914 - 02/11/18 1050 |
| Resulting lab: | XCELERA ENTERPRISE | | |

Narrative:

## Echocardiography - Results (continued)

Resulted: 02/11/18 1117, Result status: Final result

Echo complete per protocol [134123050] (continued)

Adult Echocardiogram 3311 RiverBend Drive
Springfield, OR 97477
(541) 222-7218
Name: CUMMINS, MICHAEL MStudy Date: 02/11/2018 09:51 AM BP: 89/50 mmHg
MRN: 01614423 Pt Location: RBMC ZONE6^CDUR^CDUR-40^RBMCHR: 84
DOB: Ordering MD: SULLIVAN, KATHLEEN Height: 71 in
Age: 47 yrs Referring MD: SULLIVAN, KATHLEEN C Weight: 300 lb
Gender: Male Performed By: Travis Obley, RDCS BSA: 2.5 m2 St
udy ID: 503331
Reason For Study: eval right heart strain from PE
History: Acute RLL Pulmonary embolism, s/p cholesystectomy, tobacco

Conclusions

The left ventricle is hyperdynamic.
Borderline right ventricular enlargement.
The right atrium is mildly dilated.
All four cardiac valves are normal in structure and function.
There is no prior echocardiogram noted for this patient.

Study Comments
2D transthoracic echocardiogram with color flow and Doppler.
The study was technically adequate with some images being suboptimal in quality.
There is no prior echocardiogram noted for this patient.
The patient was in normal sinus rhythm during the exam.

Left Ventricle
The left ventricle is normal in size. There is mild concentric left ventricular hypertrophy. The left ventricle is hyperdynamic. Left ventricular ejection fraction is 70% (+/- 5). Echo findings are not consistent with left ventricular outflow obstruction. There is normal diastolic function.

Right Ventricle
Borderline right ventricular enlargement. The right ventricular systolic function is normal. The tricuspid annular plane systolic excursion is 1.9 cm. A measurement of 1.6 cm or greater is consistent with normal right ventricular systolic function.

Atria
The left atrial size is normal. The left atrial volume indexed to BSA is calculated to be 36cc/m2. The right atrium is mildly dilated. There is no Doppler evidence for an interatrial shunt.

Mitral Valve
All four cardiac valves are normal in structure and function. The mitral valve is normal in structure and function. There is no mitral regurgitation noted.

## Echocardiography - Results (continued)

Resulted: 02/11/18 1117, Result status: Final result

Echo complete per protocol [134123050] (continued)

Aortic Valve
The aortic valve is not well visualized secondary to technical limitations. No evidence for aortic stenosis. No aortic regurgitation is present.

Tricuspid Valve
The tricuspid valve is normal in structure and function. The right ventricular systolic pressure could not be estimated.

Pulmonic Valve
The pulmonic valve is not well seen, but is grossly normal.

Great Vessels
The aortic root is normal size. The aortic arch is not well visualized secondary to technical limitations. The IVC appears to collapse at least 50% or more, but it is dilated in size which suggests elevated central venous pressures. The IVC has a measurement of 28 mm.

Pericardium / Pleura
There is no pericardial effusion. There is an incidental finding of a pericardial fat pad found in the pericardial space.

MMode/2D Measurements & Calculations

| | | | |
|---|---|---|---|
| IVSd: 1.4 cm | RVDd: 4.6 cm | FS: 56.7 % | Ao root diam: 3.7 cm |
| LVPWd: 1.3 cm | LVIDd: 4.9 cm | | LA dimension: 4.3 cm |
| | LVIDs: 2.1 cm | | |

| | | | |
|---|---|---|---|
| LVOT diam: 2.1 cm | LA vol: 86.9 ml | BMI: 41.8 kilograms/m2 | BSA(Haycock): 2.7 m2 |
| | LA vol index: 34.7 ml/m2 | | |

| | | | |
|---|---|---|---|
| Diastolic Pressure: 50.0 mmHg | Heart Rate: 84.0 BPM | Height (metric): 180.3 cm | RAP systole: 8.0 mmHg |

| | |
|---|---|
| Systolic Pressure: 89.0 mmHg | Weight (metric): 136.1 kg |

Time Measurements
MV dec time: 0.22 sec

Doppler Measurements & Calculations

| | | | |
|---|---|---|---|
| MV E max vel: 97.8 cm/sec | Lat Peak E' Vel: 11.6 cm/sec | Ao V2 max: 158.1 cm/sec | LV V1 max: 156.9 cm/sec |
| MV A max vel: 71.4 cm/sec | | Ao max PG: 10.0 mmHg | |
| MV E/A: 1.4 | AVA(V,D): 3.6 cm2 | | |

## Echocardiography - Results (continued)

Resulted: 02/11/18 1117, Result status: Final result

Echo complete per protocol [134123050] (continued)

PA V2 max:
118.4 cm/sec
PA max PG: 5.6 mmHg

WALL_START

WALL_ENDED

Interpreted by:Manjunath G Raju, MD on 02/11/2018 11:17 AM

## Imaging - Results

Resulted: 02/12/18 0741, Result status: Final result

X-ray Chest AP portable [134195192]

| | | | |
|---|---|---|---|
| Ordering provider: | Samson W Barasa, MD 02/12/18 0239 | Order status: | Completed |
| Resulted by: | David W Tsai, MD | Performed: | 02/12/18 0255 - 02/12/18 0337 |
| Resulting lab: | RAPC | | |
| Narrative: | | | |

CUMMINS, MICHAEL M
DOB: Age: 47 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: SAMSON BARASA MD Class: Inpatient
Date of Service: 02/12/2018 02:55 AM Accession #: 4195155
Outside Order Number: 101407971

XR Chest Bedside

IMPRESSION: No change in the appearance of right lower lobe infiltrate with associated pleural effusion

INDICATION:
GENDER/AGE: Male, 47 years
ORDER INDICATION: :
HISTORY PER PATIENT: dyspnea

TECHNIQUE: A single view of the chest was obtained.

COMPARISON: 2/11/2018

FINDINGS: Expiratory chest radiograph with bibasilar atelectasis. However there is more pronounced opacity involving the right lung base consistent with right lower lobe infiltrates. Blunting of the right costophrenic recess.

Imaging - Results (continued)

X-ray Chest AP portable [134195192] (continued) — Resulted: 02/12/18 0741, Result status: Final result

DICTATED BY: David Tsai, M.D., on 2/12/2018 7:41 AM PST
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

End of Diagnostic report for accession: 4195155
Interpreted/Electronically Signed By: David Tsai, MD on 02/12/2018

XR CHEST 1V PORTABLE [134123034] — Resulted: 02/11/18 0754, Result status: Final result

| | | | |
|---|---|---|---|
| Ordering provider: | Samson W Barasa, MD 02/11/18 0410 | Order status: | Completed |
| Resulted by: | David W Tsai, MD | Performed: | 02/11/18 0415 - 02/11/18 0429 |
| Resulting lab: | RAPC | | |
| Narrative: | | | |

CUMMINS, MICHAEL M
DOB: Age: 47 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: SAMSON BARASA MD Class: Inpatient
Date of Service: 02/11/2018 04:15 AM Accession #: 4194781
Outside Order Number: 101406946

XR Chest Bedside

IMPRESSION: Right lower lobe infiltrate.

INDICATION:
GENDER/AGE: Male, 47 years
ORDER INDICATION: :
HISTORY PER PATIENT: Shortness of breath

TECHNIQUE: A single view of the chest was obtained.

COMPARISON: 2/10/2018

FINDINGS: Right lower lobe infiltrate . Pulmonary venous redistribution. Expiratory chest radiograph with bibasilar atelectasis. Heart size is within normal limits

DICTATED BY: David Tsai, M.D., on 2/11/2018 7:54 AM PST
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

## Imaging - Results (continued)

**XR CHEST 1V PORTABLE [134123034] (continued)** Resulted: 02/11/18 0754, Result status: Final result

End of Diagnostic report for accession: 4194781
Interpreted/Electronically Signed By: David Tsai, MD on 02/11/2018

**CTA Chest for Pulmonary Embolism [134095284]** Resulted: 02/10/18 1756, Result status: Final result

| | | | |
|---|---|---|---|
| Ordering provider: | Jesse E Ennis, PA 02/10/18 1651 | Order status: | Completed |
| Resulted by: | Corey S Orton, MD | Performed: | 02/10/18 1710 - 02/10/18 1738 |
| Resulting lab: | RAPC | | |
| Narrative: | | | |

CUMMINS, MICHAEL M
DOB: Age: 47 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: JESSE ENNIS PA-C Class: Emergency
Date of Service: 02/10/2018 05:10 PM Accession #: 4194664
Outside Order Number: 101406567

CTA Chest for Pulmonary Embolism

IMPRESSION:
Suboptimal bolus; however, there is evidence of right lower lobe pulmonary embolus and potential segmental and subsegmental left lower lobe emboli. There are early findings of right heart strain.

Results were discussed with the referring provider at the time of dictation.

INDICATION:
GENDER/AGE: Male, 47 years
ORDER INDICATION: :
HISTORY PER PATIENT: SHORTNESS OF BREATH

TECHNIQUE: A digital scout radiograph was obtained. Prior to contrast administration, a non-contrast locator image is acquired in order to perform bolus tracking techniques. Multiple high resolution transverse CT angiographic images were obtained through the thorax using an angiographic technique following bolus administration of an IV contrast material. 3D and/or Multiplanar angiographic reconstructions were performed. The CT scanner utilized a dose reduction technique.

CONTRAST: 55 cc Isovue-370

COMPARISON: Radiograph same day

FINDINGS:

CHEST:

LUNGS: Groundglass opacity involving right greater than left lower lobe worrisome for developing infarction. Linear atelectasis involving right middle lobe and lingula.

## Imaging - Results (continued)

Resulted: 02/10/18 1756, Result status: Final result

**CTA Chest for Pulmonary Embolism [134095284] (continued)**

MEDIASTINUM: No abnormal masses or fluid collections.

THORACIC LYMPH NODE CHAINS:
Axillary/Supraclavicular/Internal mammary lymph nodes: No lymphadenopathy by size criteria.
Mediastinal lymph nodes and hilar lymph nodes: No lymphadenopathy by size criteria.

HEART: There is straightening of the interventricular septum with mild inversion of the right ventricle-left ventricle ratio.

PULMONARY ARTERY: Suboptimal opacification. There are definitive filling defect involving right lower lobe and right middle lobe pulmonary arteries. There are probable small filling defects involving the pulmonary artery supplying the left lower lobe.

PLEURAL SPACES: No pleural effusion or pneumothorax.

THYROID: Visualized thyroid is normal.

ESOPHAGUS: No gross abnormality, considering the constraints of this exam.

THORACOABDOMINAL AORTA: No aneurysm or dissection.

CHEST WALL: No abnormal masses or fluid collections.

VISUALIZED ABDOMEN:

ABDOMEN: left adrenal adenoma. Calcification likely from prior hemorrhage or infection.

BONES: No concerning bone lesions.

0

DICTATED BY: Corey S. Orton, M.D., on 2/10/2018 5:56 PM PST
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

End of Diagnostic report for accession: 4194664
Interpreted/Electronically Signed By: Corey S. Orton on 02/10/2018

Resulted: 02/10/18 1549, Result status: Final result

**X-ray Chest PA and lateral [134095274]**

| | | | |
|---|---|---|---|
| Ordering provider: | Jesse E Ennis, PA 02/10/18 1454 | Order status: | Completed |
| Resulted by: | Corey S Orton, MD | Performed: | 02/10/18 1530 - 02/10/18 1545 |
| Resulting lab: | RAPC | | |
| Narrative: | | | |

## Imaging - Results (continued)

**X-ray Chest PA and lateral [134095274] (continued)** Resulted: 02/10/18 1549, Result status: Final result

CUMMINS, MICHAEL M
DOB: Age: 47 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: JESSE ENNIS PA-C Class: Emergency
Date of Service: 02/10/2018 03:30 PM Accession #: 4194609
Outside Order Number: 101406459

XR Chest 2 View

IMPRESSION: Pulmonary edema and small right pleural effusion

INDICATION:
GENDER/AGE: Male, 47 years
ORDER INDICATION: :
HISTORY PER PATIENT: SHORTNESS OF BREATH

TECHNIQUE: Two views of the chest were obtained.

COMPARISON: July 17, 2017

FINDINGS: Cardiomegaly noted. There is pulmonary vascular congestion. Interlobular septal thickening suggesting developing interstitial pulmonary edema. Small right pleural effusion

DICTATED BY: Corey S. Orton, M.D., on 2/10/2018 3:49 PM PST
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

End of Diagnostic report for accession: 4194609
Interpreted/Electronically Signed By: Corey S. Orton on 02/10/2018

**X-ray Ribs Right 2 views [134095275]** Resulted: 02/10/18 1546, Result status: Final result

| | | | |
|---|---|---|---|
| Ordering provider: | Jesse E Ennis, PA 02/10/18 1454 | Order status: | Completed |
| Resulted by: | Corey S Orton, MD | Performed: | 02/10/18 1535 - 02/10/18 1544 |
| Resulting lab: | RAPC | | |
| Narrative: | | | |

CUMMINS, MICHAEL M
DOB: Age: 47 Org: PHOR
MRN: 446670 Facility MRN: 01614423 Gender: M
Ordering Provider: JESSE ENNIS PA-C Class: Emergency
Date of Service: 02/10/2018 03:35 PM Accession #: 4194610
Outside Order Number: 101406460

## Imaging - Results (continued)

X-ray Ribs Right 2 views [134095275] (continued) — Resulted: 02/10/18 1546, Result status: Final result

XR Ribs Right

IMPRESSION: No displaced rib fractures

INDICATION:
Gender/age: 47 years, Male
Order indication: :
History per patient: SHORTNESS OF BREATH

TECHNIQUE: 3 or more views of the right ribs were obtained.

COMPARISON: July 17, 2017

FINDINGS: Small right pleural effusion and right lung base atelectasis. Heart is borderline in size.
No displaced rib fracture or osseous destruction is evident.

DICTATED BY: Corey S. Orton, M.D., on 2/10/2018 3:46 PM PST
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

End of Diagnostic report for accession: 4194610
Interpreted/Electronically Signed By: Corey S. Orton on 02/10/2018

## Lab - Results

Anti-phospholipid Panel, Coagulation Studies [134123024] (Abnormal) — Resulted: 02/16/18 0853, Result status: Final result

Ordering provider: Saroj Shrestha, MD 02/10/18 2153 Order status: Completed
Resulting lab: QUEST-SEATTLE
Narrative:
Performing Organization Information:
Site ID: EZ
Name: QUEST DIAGNOSTICS/NICHOLS SJC
Address: 33608 ORTEGA HWY SAN JUAN CAPISTRANO, CA 92675-2042
Director: JON NAKAMOTO, MD PHD

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cardiolipin Ab (IgG) | <14 | GPL | | QUEST-STL |

Comment:

< OR = 14 Negative
15-20 Indeterminate
21-80 Low to Medium Positive
>80 High Positive

Lab - Results (continued)

Anti-phospholipid Panel, Coagulation Studies [134123024] (Abnormal) (continued) — Resulted: 02/16/18 0853, Result status: Final result

Greater than or equal to 40 GPL is a risk factor
for thrombosis and pregnancy loss.

For more information on this test, go to:

http://education.questdiagnostics.com/faq/FAQ109

| | | | |
|---|---|---|---|
| Cardiolipin Ab (IgM) | <12 | MPL | QUEST-STL |

Comment:

< OR = 12 Negative
13-20 Indeterminate
21-80 Low to Medium Positive
>80 High Positive

Greater than or equal to 40 MPL is a risk factor
for thrombosis and pregnancy loss.

For more information on this test, go to:

http://education.questdiagnostics.com/faq/FAQ109

| | | | |
|---|---|---|---|
| Cardiolipin Ab (IgA) | <11 | APL | QUEST-STL |

Comment:
Clinical Significance:
The Antiphospholipid Antibody Syndrome (APS) is a clinical pathologic correlation that includes a clinical event (e.g. thrombosis, pregnancy loss, thrombocytopenia) and persistent positive Antiphospholipid Antibodies (IgM or IgG ACA >40 MPL/GPL, IgM or IgG anti-B2GP1 antibodies, or a Lupus Anticoagulant). The IgA isotype has been implicated in smaller studies, but have not yet been incorporated into the APS criteria. International consensus guidelines suggest waiting at least 12 weeks before retesting to confirm antibody persistence. Reference J Thromb Haemost 2006: 4; 295.

< OR = 11 Negative
12-20 Indeterminate
21-80 Low to Medium Positive
>80 High Positive

For more information on this test, go to:

http://education.questdiagnostics.com/faq/FAQ109

| | | | |
|---|---|---|---|
| B2 Glycoprotein I (IgG) Ab | <9 | < OR = 20 SGU | QUEST-STL |

Comment:

For more information on this test, go to:

## Lab - Results (continued)

Anti-phospholipid Panel, Coagulation Studies [134123024] (Abnormal) (continued) — Resulted: 02/16/18 0853, Result status: Final result

http://education.questdiagnostics.com/faq/FAQ109

| | | | | |
|---|---|---|---|---|
| B2 Glycoprotein I (IgA) Ab | <9 | < OR = 20 SAU | | QUEST-STL |

Comment:

For more information on this test, go to:

http://education.questdiagnostics.com/faq/FAQ109

| | | | | |
|---|---|---|---|---|
| B2 Glycoprotein I (IgM )Ab | <9 | < OR = 20 SMU | | QUEST-STL |

Comment:
Clinical Significance:
The Antiphospholipid Antibody Syndrome (APS) is a clinical pathologic correlation that includes a clinical event (e.g. thrombosis, pregnancy loss, thrombocytopenia) and persistent positive Antiphospholipid Antibodies (IgM or IgG ACA >40 MPL/GPL, IgM or IgG anti-B2GP1 antibodies, or a Lupus Anticoagulant). The IgA isotype has been implicated in smaller studies, but have not yet been incorporated into the APS criteria. International consensus guidelines suggest waiting at least 12 weeks before retesting to confirm antibody persistence. Reference J Thromb Haemost 2006: 4; 295.

For more information on this test, go to:

http://education.questdiagnostics.com/faq/FAQ109

| | | | | |
|---|---|---|---|---|
| Lupus Anticoagulant | SEE NOTE | NOT DETECTED | | QUEST-STL |

Comment:
A Lupus Anticoagulant is detected since one of the two confirmatory tests is positive.

Lupus Anticoagulants (LA) may be associated with thrombotic events, recurrent abortion, or may be asymptomatic. A bleeding history requires other coagulopathies be excluded. Since LA may be transient, international consensus guidelines suggest waiting at least 12 weeks before retesting to confirm antibody persistence. (J Thromb Haemost 2006: 4; 295).

NOTE: Direct oral anticoagulant therapy may cause false positive results

This interpretation is based on the following test results:

| | | | | |
|---|---|---|---|---|
| PTT-LA Screen | 73 | < OR = 40 seconds | H | QUEST-STL |

Comment:
http://education.questdiagnostics.com/faq/LupusAnticoag

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

## Lab - Results (continued)

**Anti-phospholipid Panel, Coagulation Studies [134123024] (Abnormal) (continued)**
Resulted: 02/16/18 0853, Result status: Final result

| | | | | |
|---|---|---|---|---|
| DRVVT Screen | 98 | < OR = 45 seconds | H | QUEST-STL |
| DRVVT Confirm | NEGATIVE | NEGATIVE | | QUEST-STL |
| Hexagonal Phase Confirm | POSITIVE | NEGATIVE | A | QUEST-STL |
| Thrombin Clotting Time | 20 | 13 - 19 sec | H | QUEST-STL |

**Protein S Activity [134123021]**
Resulted: 02/15/18 2138, Result status: Final result

Ordering provider: Saroj Shrestha, MD 02/10/18 2153 Order status: Completed
Resulting lab: QUEST-SEATTLE
Narrative:
Performing Organization Information:
Site ID: EZ
Name: QUEST DIAGNOSTICS/NICHOLS SJC
Address: 33608 ORTEGA HWY SAN JUAN CAPISTRANO, CA 92675-2042
Director: JON NAKAMOTO, MD PHD

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Protein S, Activity | 97 | 70 - 150 % normal | | QUEST-STL |

Comment:

Decreased levels of Protein S activity may be found in patients with hereditary deficiency, warfarin therapy, vitamin k deficiency, liver disease, DIC, or recent thrombosis as well as after surgery. In addition, it may be physiologic in pregnancy. An elevated Protein S activity is not clinically significant. Only deficiencies are associated with an increased thrombotic risk.

**Prothrombin (Factor 2) Gene Mutation [134123023]**
Resulted: 02/15/18 1651, Result status: Final result

Ordering provider: Saroj Shrestha, MD 02/10/18 2153 Order status: Completed
Resulting lab: QUEST-SEATTLE
Narrative:
Performing Organization Information:
Site ID: EZ
Name: QUEST DIAGNOSTICS/NICHOLS SJC
Address: 33608 ORTEGA HWY SAN JUAN CAPISTRANO, CA 92675-2042
Director: JON NAKAMOTO, MD PHD

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin (Factor II) 20210G>A Mutation | SEE NOTE | | | QUEST-STL |

Comment:
RESULT:
G20210A MUTATION NOT DETECTED

## Lab - Results (continued)

### Prothrombin (Factor 2) Gene Mutation [134123023] (continued)

Resulted: 02/15/18 1651, Result status: Final result

INTERPRETATION:
This individual is negative (normal) for the G20210A mutation in the Prothrombin/Factor II gene. Increased risk of thrombophilia can be caused by a variety of genetic and non-genetic factors not screened for by this assay.

Laboratory testing supervised and results monitored by Arlene M. Buller-Burckle, Ph.D., DABMG, HCLD, CGMB.

The G20210A mutation (AF478696.1: g.21538G>A (c.*97G>A)) in the Prothrombin/Factor II gene is the second most common inherited risk factor for thrombosis occurring in approximately 2% of Caucasians. Presence of the mutation is associated with an elevation of prothrombin levels to about 30% above normal in heterozygotes and to 70% above normal in homozygotes. The G20210A mutation is detected by amplification of the selected region of Factor II gene by polymerase chain reaction (PCR) and fluorescent probe hybridization to the targeted region, followed by melting curve analysis with
a real time PCR system. Although rare,
false positive or false negative results may occur. All results should be interpreted in context of clinical findings, relevant history, and other laboratory data.

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute San Juan Capistrano. It has not been cleared or approved by FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

Health care providers, please contact your local Quest Diagnostics' genetic counselor or call 1-866-GENEINFO (866-436-3463) for assistance with interpretation of these results.

### Protein C Activity [134123020]

Resulted: 02/15/18 1445, Result status: Final result

Ordering provider: Saroj Shrestha, MD 02/10/18 2153 Order status: Completed
Resulting lab: QUEST-SEATTLE
Narrative:
Performing Organization Information:
Site ID: EZ
Name: QUEST DIAGNOSTICS/NICHOLS SJC
Address: 33608 ORTEGA HWY SAN JUAN CAPISTRANO, CA 92675-2042
Director: JON NAKAMOTO, MD PHD

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|

## Lab - Results (continued)

Resulted: 02/15/18 1445, Result status: Final result

**Protein C Activity [134123020] (continued)**

| | | | | |
|---|---|---|---|---|
| Protein C Activity | 108 | 70 - 180 % normal | | QUEST-STL |

Comment:

Decreased levels of protein C activity may be found in hereditary deficiency, treatment with oral anticoagulants, liver disease, D.I.C. and post surgery. An elevated protein C activity is not clinically significant. Only deficiencies are associated with an increased thrombotic risk. However, anti-thrombin or oral anti-Xa medications may cause false elevations.

Resulted: 02/15/18 0045, Result status: Final result

**Antithrombin Activity (ATIII) [134123019]**

Ordering provider: Saroj Shrestha, MD 02/10/18 2153 Order status: Completed
Resulting lab: QUEST-SEATTLE
Narrative:
Performing Organization Information:
Site ID: EZ
Name: QUEST DIAGNOSTICS/NICHOLS SJC
Address: 33608 ORTEGA HWY SAN JUAN CAPISTRANO, CA 92675-2042
Director: JON NAKAMOTO, MD PHD

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Antithrombin III Activity | 116 | 80 - 120 % normal | | QUEST-STL |

Comment:

The major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy, and nephrotic range proteinuria. An elevated ATIII is not clinically significant.

Resulted: 02/14/18 2113, Result status: Final result

**Activated Protein C Resistance [134123022] (Abnormal)**

Ordering provider: Saroj Shrestha, MD 02/10/18 2153 Order status: Completed
Resulting lab: QUEST-SEATTLE
Narrative:
Performing Organization Information:
Site ID: EZ
Name: QUEST DIAGNOSTICS/NICHOLS SJC
Address: 33608 ORTEGA HWY SAN JUAN CAPISTRANO, CA 92675-2042
Director: JON NAKAMOTO, MD PHD

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Activated Protein C Resistance | 1.6 | > OR = 2.1 ratio | L | QUEST-STL |

Comment:

## Lab - Results (continued)

Resulted: 02/14/18 2113, Result status: Final result

**Activated Protein C Resistance [134123022] (Abnormal) (continued)**

Ratios > OR = 2.1: Negative for the Factor V Leiden phenotype.

Ratios <2.1: A decreased APC-R is the phenotype for Factor V Leiden. The Factor V Leiden R506Q gene mutation analysis is suggested for confirmation.

Resulted: 02/14/18 0822, Result status: Final result

**Prothrombin Time [134195231] (Abnormal)**

Ordering provider: Kathleen C Sullivan, MD 02/14/18 0100
Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 21.0 | 12.4 - 14.5 sec | H | PHLab 100 |
| INR | 1.7 | 0.9 - 1.1 | H | PHLab 100 |

Comment:
Recommended range for oral anticoagulant rx. INR Range
DVT, PE, Atrial fib 2.0-3.0
Bioprosthetic valve, St.Jude valve aortic position 2.0-3.0
Most mechanical heart valves 2.5-3.5
Ref: Chest 2012;141;141(2_suppl):7S-47S

Resulted: 02/13/18 1137, Result status: Final result

**Alpha Fetoprotein (Tumor) [134123018]**

Ordering provider: Saroj Shrestha, MD 02/10/18 2153
Order status: Completed
Resulting lab: QUEST-SEATTLE
Narrative:
Performing Organization Information:
Site ID: NW
Name: QUEST DIAGNOSTICS-SEATTLE
Address: 1737 AIRPORT WAY, S. SUITE 200 SEATTLE, WA 98134-1636
Director: ROGER W GRAHAM,MD

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| AFP, Tumor Marker | 3.6 | <6.1 ng/mL | | QUEST-STL |

Comment:

This test was performed using the Beckman Coulter chemiluminescent method. Values obtained from different assay methods cannot be used interchangeably. AFP levels, regardless of value, should not be interpreted as absolute evidence of the presence or absence of disease.

## Lab - Results (continued)

Resulted: 02/13/18 1137, Result status: Final result

**Alpha Fetoprotein (Tumor) [134123018] (continued)**

Resulted: 02/13/18 1112, Result status: Final result

**Carcinoembryonic Antigen (CEA) [134111183]**

Ordering provider: Saroj Shrestha, MD 02/10/18 2153 Order status: Completed
Resulting lab: QUEST-SEATTLE
Narrative:
Performing Organization Information:
Site ID: NW
Name: QUEST DIAGNOSTICS-SEATTLE
Address: 1737 AIRPORT WAY, S. SUITE 200 SEATTLE, WA 98134-1636
Director: ROGER W GRAHAM,MD

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CEA | 0.7 | ng/mL | | QUEST-STL |

Comment:
Non-Smoker: <2.5
Smoker: <5.0

This test was performed using the Siemens chemiluminescent method. Values obtained from different assay methods cannot be used interchangeably. CEA levels, regardless of value, should not be interpreted as absolute evidence of the presence or absence of disease.

Resulted: 02/13/18 0735, Result status: Final result

**Prothrombin Time [134195213] (Abnormal)**

Ordering provider: Kathleen C Sullivan, MD 02/13/18 0100 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 19.9 | 12.4 - 14.5 sec | H | PHLab 100 |
| INR | 1.6 | 0.9 - 1.1 | H | PHLab 100 |

Comment:
Recommended range for oral anticoagulant rx. INR Range
DVT, PE, Atrial fib 2.0-3.0
Bioprosthetic valve, St.Jude valve aortic position 2.0-3.0
Most mechanical heart valves 2.5-3.5
Ref: Chest 2012;141;141(2_suppl):7S-47S

Resulted: 02/13/18 0735, Result status: Final result

**Lactic Acid [134195214] (Normal)**

Ordering provider: Kathleen C Sullivan, MD 02/13/18 Order status: Completed

| | | |
|---|---|---|
| **Peacehealth** | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1201122593 |

## Lab - Results (continued)

Resulted: 02/13/18 0735, Result status: Final result

**Lactic Acid [134195214] (Normal) (continued)**

0100

Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lactate | 0.8 | 0.5 - 2.0 mmol/L | | PHLab 100 |

Resulted: 02/13/18 0731, Result status: Final result

**Basic Metabolic Panel [134195216] (Abnormal)**

Ordering provider: Kathleen C Sullivan, MD 02/13/18 0100 Order status: Completed

Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 136 | 135 - 145 mmol/L | | PHLab 100 |
| Potassium | 3.4 | 3.5 - 5.2 mmol/L | L | PHLab 100 |
| Chloride | 105 | 95 - 109 mmol/L | | PHLab 100 |
| CO2 | 23 | 22 - 32 mmol/L | | PHLab 100 |
| Anion Gap | 8 | 3 - 12 mmol/L | | PHLab 100 |
| Glucose | 121 | 70 - 99 mg/dL | H | PHLab 100 |
| BUN | 21 | 6 - 20 mg/dL | H | PHLab 100 |
| Creatinine | 1.09 | 0.61 - 1.24 mg/dL | | PHLab 100 |
| GFR Non-Black (CKD-EPI) | 80 | >=60 mL/min/1.73m2 | | PHLab 100 |
| GFR Black (CKD-EPI) | 93 | >=60 mL/min/1.73m2 | | PHLab 100 |
| Calcium | 8.3 | 8.6 - 10.2 mg/dL | L | PHLab 100 |

Resulted: 02/13/18 0722, Result status: Final result

**Complete Blood Count, No Differential [134195215]**

Ordering provider: Kathleen C Sullivan, MD 02/13/18 0100 Order status: Completed

Narrative:

The following orders were created for panel order Complete Blood Count, No Differential.

| Procedure | Abnormality | Status |
|---|---|---|
| Complete Blood Count, No...[134195218] | Abnormal | Final result |

Please view results for these tests on the individual orders.

Resulted: 02/13/18 0722, Result status: Final result

**Complete Blood Count, No Differential [134195218] (Abnormal)**

Ordering provider: Kathleen C Sullivan, MD 02/13/18 0704 Order status: Completed

Resulting lab: PEACEHEALTH LABORATORIES

## Lab - Results (continued)

**Complete Blood Count, No Differential [134195218] (Abnormal) (continued)** Resulted: 02/13/18 0722, Result status: Final result

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 13.6 | 4.0 - 11.0 K/uL | H | PHLab 100 |
| RBC | 3.69 | 4.31 - 5.77 M/uL | L | PHLab 100 |
| HGB | 11.4 | 13.2 - 17.5 g/dL | L | PHLab 100 |
| HCT | 33.1 | 38.9 - 49.9 % | L | PHLab 100 |
| MCV | 89.7 | 80.0 - 100.0 fL | | PHLab 100 |
| MCH | 30.9 | 27.8 - 33.8 pg | | PHLab 100 |
| MCHC | 34.4 | 31.5 - 36.5 g/dL | | PHLab 100 |
| RDW | 14.0 | 11.5 - 14.2 % | | PHLab 100 |
| Platelets | 226 | 150 - 400 K/uL | | PHLab 100 |
| MPV | 9.7 | 8.5 - 12.4 fL | | PHLab 100 |

**Procalcitonin [134195200] (Abnormal)** Resulted: 02/12/18 1023, Result status: Final result

Ordering provider: Kathleen C Sullivan, MD 02/12/18 0829 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Procalcitonin | 0.31 | <0.10 ng/mL | H | PHLab 100 |

Comment:

PROCALCITONIN:
Bacterial Infection/Systemic Inflammatory/Sepsis*
<0.25 ng/mL: Significant bacterial infection unlikely;
< 0.5 ng/mL: Low risk of severe sepsis and/or septic shock;
0.25-2.0 ng/mL: Consistent with localized mild to moderate bacterial infection or noninfectious systemic inflammatory response;
>2.0 ng/mL: High risk of severe sepsis and/or septic shock

Lower Respiratory Tract Infections*
<0.1 ng/mL: Indicates absence of bacterial infection. Use of antibiotics strongly discouraged, even in the presence of impaired pulmonary reserve in AECOP.
0.10 - 0.25 ng/mL: Bacterial infection unlikely. Use of antibiotics is discouraged.
0.26 - 0.5 ng/mL: Bacterial infection is possible. Recommend to initiate antimicrobial therapy.
>0.5 ng/mL: Suggests the presence of bacterial infection. Antibiotic treatment strongly recommended.

*In certain situations (newborns, polytrauma, burns, major surgery, prolonged or severe cardiogenic shock, etc.) PCT elevation may be independent of any infectious aggression.

**Comprehensive Metabolic Panel [134195189] (Abnormal)** Resulted: 02/12/18 0550, Result status: Final result

Ordering provider: Kathleen C Sullivan, MD 02/12/18 0100 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Lab - Results (continued)

Comprehensive Metabolic Panel [134195189] (Abnormal) (continued) — Resulted: 02/12/18 0550, Result status: Final result

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 136 | 135 - 145 mmol/L | | PHLab 100 |
| Potassium | 3.7 | 3.5 - 5.2 mmol/L | | PHLab 100 |
| Chloride | 101 | 95 - 109 mmol/L | | PHLab 100 |
| CO2 | 23 | 22 - 32 mmol/L | | PHLab 100 |
| Anion Gap | 12 | 3 - 12 mmol/L | | PHLab 100 |
| Glucose | 118 | 70 - 99 mg/dL | H | PHLab 100 |
| BUN | 26 | 6 - 20 mg/dL | H | PHLab 100 |
| Creatinine | 1.26 | 0.61 - 1.24 mg/dL | H | PHLab 100 |
| GFR Non-Black (CKD-EPI) | 67 | >=60 mL/min/1.73m2 | | PHLab 100 |
| GFR Black (CKD-EPI) | 78 | >=60 mL/min/1.73m2 | | PHLab 100 |
| Protein, Total | 6.8 | 6.2 - 8.4 g/dL | | PHLab 100 |
| Albumin | 3.1 | 3.5 - 5.0 g/dL | L | PHLab 100 |
| Globulin | 3.7 | 2.2 - 3.5 g/dL | H | PHLab 100 |
| Calcium | 8.5 | 8.6 - 10.2 mg/dL | L | PHLab 100 |
| Bilirubin, Total | 0.9 | 0.1 - 1.2 mg/dL | | PHLab 100 |
| Alkaline Phosphatase | 106 | 30 - 110 U/L | | PHLab 100 |
| ALT | 125 | 17 - 63 U/L | H | PHLab 100 |
| AST | 57 | 15 - 41 U/L | H | PHLab 100 |

Magnesium [134195190] (Normal) — Resulted: 02/12/18 0550, Result status: Final result

Ordering provider: Kathleen C Sullivan, MD 02/12/18 0100 — Order status: Completed

Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Magnesium | 2.1 | 1.8 - 2.5 mg/dL | | PHLab 100 |

Prothrombin Time [134195187] (Abnormal) — Resulted: 02/12/18 0547, Result status: Final result

Ordering provider: Kathleen C Sullivan, MD 02/12/18 0100 — Order status: Completed

Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 17.8 | 12.4 - 14.5 sec | H | PHLab 100 |
| INR | 1.4 | 0.9 - 1.1 | H | PHLab 100 |

Comment:

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

## Lab - Results (continued)

**Prothrombin Time [134195187] (Abnormal) (continued)**

Resulted: 02/12/18 0547, Result status: Final result

Recommended range for oral anticoagulant rx. INR Range
DVT, PE, Atrial fib 2.0-3.0
Bioprosthetic valve, St.Jude valve aortic position 2.0-3.0
Most mechanical heart valves 2.5-3.5
Ref: Chest 2012;141;141(2_suppl):7S-47S

**Complete Blood Count, No Differential [134195188]**

Resulted: 02/12/18 0537, Result status: Final result

Ordering provider: Kathleen C Sullivan, MD 02/12/18 0100 Order status: Completed

Narrative:
The following orders were created for panel order Complete Blood Count, No Differential.

| Procedure | Abnormality | Status |
|---|---|---|
| Complete Blood Count, No...[134195194] | Abnormal | Final result |

Please view results for these tests on the individual orders.

**Complete Blood Count, No Differential [134195194] (Abnormal)**

Resulted: 02/12/18 0537, Result status: Final result

Ordering provider: Kathleen C Sullivan, MD 02/12/18 0508 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 16.5 | 4.0 - 11.0 K/uL | H | PHLab 100 |
| RBC | 4.07 | 4.31 - 5.77 M/uL | L | PHLab 100 |
| HGB | 12.7 | 13.2 - 17.5 g/dL | L | PHLab 100 |
| HCT | 38.1 | 38.9 - 49.9 % | L | PHLab 100 |
| MCV | 93.6 | 80.0 - 100.0 fL | | PHLab 100 |
| MCH | 31.2 | 27.8 - 33.8 pg | | PHLab 100 |
| MCHC | 33.3 | 31.5 - 36.5 g/dL | | PHLab 100 |
| RDW | 14.0 | 11.5 - 14.2 % | | PHLab 100 |
| Platelets | 213 | 150 - 400 K/uL | | PHLab 100 |
| MPV | 9.8 | 8.5 - 12.4 fL | | PHLab 100 |

**Urinalysis With Microscopic, Culture If Indicated [134095253]**

Resulted: 02/11/18 1423, Result status: Final result

Ordering provider: Saroj Shrestha, MD 02/10/18 1407 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Color | Yellow | | | PHLab 100 |
| Clarity | Clear | | | PHLab 100 |
| Specific Gravity | 1.023 | 1.003 - 1.035 | | PHLab 100 |

| | | |
|---|---|---|
| **Peacehealth** | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1201122593 |

## Lab - Results (continued)

**Urinalysis With Microscopic, Culture If Indicated [134095253] (continued)** Resulted: 02/11/18 1423, Result status: Final result

| | | | |
|---|---|---|---|
| pH | 5.5 | 5.0 - 8.0 | PHLab 100 |
| Leukocyte Esterase | Negative | Negative, Trace | PHLab 100 |
| Nitrite | Negative | Negative | PHLab 100 |
| Urobilinogen | Normal | Normal - 1.0 EU/dL | PHLab 100 |
| Protein | Negative | Negative, Trace | PHLab 100 |
| Blood | Negative | Negative | PHLab 100 |
| Ketones | Negative | Negative | PHLab 100 |
| Bilirubin | Negative | Negative | PHLab 100 |
| Glucose | Negative | Negative mg/dL | PHLab 100 |
| WBC | 0 | 0 - 5 /hpf | PHLab 100 |
| RBC | 0 | 0 - 2 /hpf | PHLab 100 |
| Bacteria | None Seen | None Seen - 1+ | PHLab 100 |
| Hyaline Casts | 1-3 | <4 /lpf | PHLab 100 |
| Evaluation for Culture | No | | PHLab 100 |

Comment:
The specimen was not cultured because it did not meet lab criteria for the "culture if indicated" test, which are: WBC >5/hpf, and/or leukocyte esterase positive, and/or nitrite positive.

**Prothrombin Time [134123054] (Abnormal)** Resulted: 02/11/18 1047, Result status: Final result

Ordering provider: Kathleen C Sullivan, MD 02/11/18 1007 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 17.8 | 12.4 - 14.5 sec | H | PHLab 100 |
| INR | 1.4 | 0.9 - 1.1 | H | PHLab 100 |

Comment:
Recommended range for oral anticoagulant rx. INR Range
DVT, PE, Atrial fib 2.0-3.0
Bioprosthetic valve, St.Jude valve aortic position 2.0-3.0
Most mechanical heart valves 2.5-3.5
Ref: Chest 2012;141;141(2_suppl):7S-47S

**CBC, Auto Diff [134123029]** Resulted: 02/11/18 0704, Result status: Final result

Ordering provider: Saroj Shrestha, MD 02/11/18 0107 Order status: Completed
Narrative:
The following orders were created for panel order CBC, Auto Diff.

| Procedure | Abnormality | Status |
|---|---|---|
| Complete Blood Count wit...[134123042] | Abnormal | Final result |
| Manual Differential[134123045] | Abnormal | Final result |

Please view results for these tests on the individual orders.

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

## Lab - Results (continued)

**Complete Blood Count with Automated Differential [134123042] (Abnormal)** Resulted: 02/11/18 0704, Result status: Final result

Ordering provider: Saroj Shrestha, MD 02/11/18 0521 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES
Narrative:
The previously reported component NRBC % is no longer being reported.

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 15.2 | 4.0 - 11.0 K/uL | H | PHLab 100 |
| RBC | 4.08 | 4.31 - 5.77 M/uL | L | PHLab 100 |
| HGB | 12.6 | 13.2 - 17.5 g/dL | L | PHLab 100 |
| HCT | 37.1 | 38.9 - 49.9 % | L | PHLab 100 |
| MCV | 90.9 | 80.0 - 100.0 fL | | PHLab 100 |
| MCH | 30.9 | 27.8 - 33.8 pg | | PHLab 100 |
| MCHC | 34.0 | 31.5 - 36.5 g/dL | | PHLab 100 |
| RDW | 14.2 | 11.5 - 14.2 % | | PHLab 100 |
| Platelets | 204 | 150 - 400 K/uL | | PHLab 100 |
| Comment: This is an appended report. These results have been appended to a previously preliminary verified report. | | | | |
| MPV | 9.6 | 8.5 - 12.4 fL | | PHLab 100 |
| Comment: This is an appended report. These results have been appended to a previously preliminary verified report. | | | | |

**Basic Metabolic Panel [134123027] (Abnormal)** Resulted: 02/11/18 0602, Result status: Final result

Ordering provider: Saroj Shrestha, MD 02/11/18 0107 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 137 | 135 - 145 mmol/L | | PHLab 100 |
| Potassium | 3.9 | 3.5 - 5.2 mmol/L | | PHLab 100 |
| Chloride | 103 | 95 - 109 mmol/L | | PHLab 100 |
| CO2 | 23 | 22 - 32 mmol/L | | PHLab 100 |
| Anion Gap | 11 | 3 - 12 mmol/L | | PHLab 100 |
| Glucose | 125 | 70 - 99 mg/dL | H | PHLab 100 |
| BUN | 31 | 6 - 20 mg/dL | H | PHLab 100 |
| Creatinine | 2.02 | 0.61 - 1.24 mg/dL | H | PHLab 100 |
| GFR Non-Black (CKD-EPI) | 38 | >=60 mL/min/1.73m2 | L | PHLab 100 |
| GFR Black (CKD-EPI) | 44 | >=60 mL/min/1.73m2 | L | PHLab 100 |
| Calcium | 8.3 | 8.6 - 10.2 mg/dL | L | PHLab 100 |

**Lipid Panel - Fasting [134123028] (Abnormal)** Resulted: 02/11/18 0602, Result status: Final result

Ordering provider: Saroj Shrestha, MD 02/11/18 0107 Order status: Completed
Resulting lab: PEACEHEALTH LABORATORIES