**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

## Lab - Clinical Orders (continued)

**Rainbow draw [134095240] (continued)**

Questions:
Light Blue Top Collected? Yes
Red Top Collected? No
Light Green Top Collected? Yes
Lavender Top Collected? Yes
Pale Yellow Top Collected? Yes

**Dark Green (Li Hep) Hold Tube [134095241]**

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1836** Status: **Discontinued**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Alisa R Riel, RN
Ordering user: Alisa R Riel, RN 02/10/18 1407
Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: STAT 02/10/18 1410 - 1 Occurrences
Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]

**Urinalysis With Microscopic, Culture if Indicated [134095242]**

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1836** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Alisa R Riel, RN
Ordering user: Alisa R Riel, RN 02/10/18 1407
Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: STAT 02/10/18 1410 - 1 Occurrences

**Complete Blood Ct, Auto Diff [134095243]**

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1836** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Alisa R Riel, RN
Ordering user: Alisa R Riel, RN 02/10/18 1407
Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: STAT 02/10/18 1410 - 1 Occurrences

**Comprehensive Metabolic Panel [134095244]**

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1836** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Alisa R Riel, RN
Ordering user: Alisa R Riel, RN 02/10/18 1407
Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: STAT 02/10/18 1410 - 1 Occurrences
Questions:
Does the patient need to be fasting? No

**Lipase [134095245]**

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1836** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode
Communicated by: Alisa R Riel, RN
Ordering user: Alisa R Riel, RN 02/10/18 1407
Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: STAT 02/10/18 1410 - 1 Occurrences

## Imaging - Clinical Orders



EXHIBIT
3, part 9

## Imaging - Clinical Orders (continued)

**X-ray Chest AP portable [134195191]**

Electronically signed by: **Samson W Barasa, MD on 02/12/18 0239** Status: **Completed**
Ordering user: Samson W Barasa, MD 02/12/18 0239 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 02/12/18 0240 - 1 Occurrences
Questions:
Reason for exam: dyspnea

**XR CHEST 1V PORTABLE [134123033]**

Electronically signed by: **Samson W Barasa, MD on 02/14/18 0456** Status: **Completed**
Mode: Ordering in Verbal order with readback mode Communicated by: Marissa K Wynia, RT
Comment: Downtime order
Ordering user: Marissa K Wynia, RT 02/11/18 0410 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Once 02/11/18 0411 - 1 Occurrences
Questions:
Reason for exam: Shortness of breath

**CT ABDOMEN PELVIS W CONTRAST [134108978]**

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1820** Status: **Discontinued**
Ordering user: Saroj Shrestha, MD 02/10/18 1820 Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Additional signing events:
Kathleen C Sullivan, MD 02/11/18 1844, for Discontinuing in Verbal order with readback mode, Communicator - Diana K Lee, RT Comment-Cancel per Dr. Sullivan due to labs.
Frequency: Once 02/11/18 - 1 Occurrences Released by: Caitlin A Starr, RN 02/10/18 2153
Discontinued by: Diana K Lee, RT 02/11/18 0855
Questions:
Reason for exam: SHORTNESS OF BREATH

**CTA Chest for Pulmonary Embolism [134095283]**

Electronically signed by: **Jesse E Ennis, PA on 02/10/18 1651** Status: **Completed**
Ordering user: Jesse E Ennis, PA 02/10/18 1651 Ordering provider: Jesse E Ennis, PA
Authorized by: Jesse E Ennis, PA
Frequency: Once 02/10/18 1655 - 1 Occurrences
Questions:
Reason for exam: SHORTNESS OF BREATH
What is the patient's sedation requirement? No Sedation

**X-ray Chest PA and lateral [134095272]**

Electronically signed by: **Jesse E Ennis, PA on 02/10/18 1454** Status: **Completed**
Ordering user: Jesse E Ennis, PA 02/10/18 1454 Ordering provider: Jesse E Ennis, PA
Authorized by: Jesse E Ennis, PA
Frequency: Once 02/10/18 1455 - 1 Occurrences
Questions:
Reason for exam: SHORTNESS OF BREATH

**X-ray Ribs Right 2 views [134095273]**

Electronically signed by: **Jesse E Ennis, PA on 02/10/18 1454** Status: **Completed**
Ordering user: Jesse E Ennis, PA 02/10/18 1454 Ordering provider: Jesse E Ennis, PA
Authorized by: Jesse E Ennis, PA
Frequency: Once 02/10/18 1455 - 1 Occurrences
Questions:
Reason for exam: SHORTNESS OF BREATH

## Imaging - Clinical Orders (continued)

X-ray Ribs Right 2 views [134095273] (continued)

## ECG - Clinical Orders

### EKG 12-lead Chest pain [134111167]

Electronically signed by: **Jesse E Ennis, PA on 02/10/18 2143** Status: **Completed**
Ordering user: Jesse E Ennis, PA 02/10/18 2143 Ordering provider: Jesse E Ennis, PA
Authorized by: Jesse E Ennis, PA
Frequency: Once 02/10/18 2144 - 1 Occurrences
Questions:
Clinical indications Chest pain

### EKG 12-lead History of cardiac diagnosis [134095247]

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1836** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode Communicated by: Alisa R Riel, RN
Ordering user: Alisa R Riel, RN 02/10/18 1407 Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Once 02/10/18 1410 - 1 Occurrences
Questions:
Clinical indications History of cardiac diagnosis
Order comments:
For upper abdominal pain if patient older than 30 years old or previous cardiac history

## Echocardiography - Clinical Orders

### Echo complete per protocol [134123049]

Electronically signed by: **Kathleen C Sullivan, MD on 02/11/18 0858** Status: **Completed**
Ordering user: Kathleen C Sullivan, MD 02/11/18 0858 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
Frequency: Once 02/11/18 0859 - 1 Occurrences
Questions:
Reason for exam: eval right heart strain from PE

## Procedures - Clinical Orders

### Pharmacy to dose medication [134545149]

Electronically signed by: **Mohammad H Khan, MD on 02/14/18 1151** Status: **Discontinued**
Ordering user: Mohammad H Khan, MD 02/14/18 1151 Ordering provider: Mohammad H Khan, MD
Authorized by: Mohammad H Khan, MD
Frequency: Once 02/14/18 1152 - 1 Occurrences Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]
Questions:
Medication Name Change full dose LMWH to qAM dosing.

### Inpatient consult to Pharmacy [134123055]

Electronically signed by: **Kathleen C Sullivan, MD on 02/11/18 1844** Status: **Discontinued**
Mode: Ordering in Telephone order with readback mode Communicated by: Victor W Choi, RPH
Ordering user: Victor W Choi, RPH 02/11/18 1145 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
Frequency: Once 02/11/18 1145 - 1 Occurrences Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]

## Procedures - Clinical Orders (continued)

### Inpatient consult to Pharmacy [134123055] (continued)

Questions:
Pharmacy to review patient meds? No
Check for drug interactions? No
Pharmacist to dose TPN? No
Help with medication dosing - please indicate drug. full dose lovenox to bridge onto warfarin

### Pharmacy to dose warfarin [134123051]

Electronically signed by: **Kathleen C Sullivan, MD on 02/11/18 1004** Status: **Discontinued**
Ordering user: Kathleen C Sullivan, MD 02/11/18 1004 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
Frequency: Once 02/11/18 1004 - 1 Occurrences Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]

Questions:
Target INR 2 - 3
Indication for dosing PE

### Pharmacy to dose low molecular weight heparin (LMWH) [134095287]

Electronically signed by: **Jesse E Ennis, PA on 02/10/18 1724** Status: **Discontinued**
Ordering user: Jesse E Ennis, PA 02/10/18 1724 Ordering provider: Jesse E Ennis, PA
Authorized by: Jesse E Ennis, PA
Frequency: Once 02/10/18 1725 - 1 Occurrences Discontinued by: Maxwell T Sumnicht, RPH 02/10/18 2210

Questions:
Indication for dosing PE

## Admission - Clinical Orders

### Admit as Inpatient [134108985]

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1820** Status: **Completed**
Ordering user: Saroj Shrestha, MD 02/10/18 1820 Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Once 02/10/18 1820 - 1 Occurrences
Questions:
Diagnosis/Reason for stay Acute PE
Admitting Physician SHRESTHA, SAROJ
Future Attending Provider SHRESTHA, SAROJ
Certification I certify that inpatient services are medically necessary for this patient. See H&P and MD Progress Notes for additional information about the patient's course of treatment.
Estimated length of stay past 2 midnights
Anticipated discharge to Home
Room Type Cardio
Bed Type Telemetry
Hospital - update only for ECT transfers between UDMC and RBMC RIVERBEND MEDICAL CENTER
Patient Class Inpatient

## Discharge - Clinical Orders

### Discharge patient [134545154]

Electronically signed by: **Mohammad H Khan, MD on 02/14/18 1412** Status: **Completed**
Ordering user: Mohammad H Khan, MD 02/14/18 1412 Ordering provider: Mohammad H Khan, MD
Authorized by: Mohammad H Khan, MD
Frequency: Once 02/14/18 1412 - 1 Occurrences

## Discharge - Clinical Orders (continued)

Discharge patient [134545154] (continued)

## Nursing - Other Orders

**Resume usual activity [134545156]**

Electronically signed by: **Mohammad H Khan, MD on 02/14/18 1412** Status: **Active**
Ordering user: Mohammad H Khan, MD 02/14/18 1412 Ordering provider: Mohammad H Khan, MD
Authorized by: Mohammad H Khan, MD
Frequency: 02/14/18 -

**Discharge Diet [134545157]**

Electronically signed by: **Mohammad H Khan, MD on 02/14/18 1412** Status: **Active**
Ordering user: Mohammad H Khan, MD 02/14/18 1412 Ordering provider: Mohammad H Khan, MD
Authorized by: Mohammad H Khan, MD
Frequency: 02/14/18 -
Questions:
Diet Type: General

**Provide patient education materials [134195226]**

Electronically signed by: **Mohammad H Khan, MD on 02/13/18 1435** Status: **Discontinued**
Ordering user: Mohammad H Khan, MD 02/13/18 1435 Ordering provider: Mohammad H Khan, MD
Authorized by: Mohammad H Khan, MD
Frequency: Once 02/13/18 1436 - 1 Occurrences Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]
Order comments:
Warfarin

**Telemetry monitoring for 72 hours [134195206]**

Electronically signed by: **Kathleen C Sullivan, MD on 02/12/18 1545** Status: **Discontinued**
Ordering user: Kathleen C Sullivan, MD 02/12/18 1545 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
Frequency: Continuous 02/12/18 1546 - 72 Hours Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]
Questions:
Mode: Telemetry
Order comments:
Notify MD if significant arrhythmias or symptoms

**Apply heat to affected area [134123061]**

Electronically signed by: **Kathleen C Sullivan, MD on 02/11/18 1513** Status: **Discontinued**
Ordering user: Kathleen C Sullivan, MD 02/11/18 1513 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
Frequency: Once 02/11/18 1514 - 1 Occurrences Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]

**Tobacco cessation education [134108984]**

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1820** Status: **Discontinued**
Ordering user: Saroj Shrestha, MD 02/10/18 1820 Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Once 02/10/18 2147 - 1 Occurrences Released by: Caitlin A Starr, RN 02/10/18 2146
Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]

## Nursing - Other Orders (continued)

**Tobacco cessation education [134108984] (continued)**

Order comments:
If patient uses tobacco products.

**NCS Acute [134108979]**

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1820** Status: **Discontinued**
Ordering user: Saroj Shrestha, MD 02/10/18 1820 Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Until Discontinued 02/10/18 2147 - Until Specified Released by: Caitlin A Starr, RN 02/10/18 2146
Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]

**Initiate NUR Progressive Mobility Continuum Protocol [134108980]**

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1820** Status: **Discontinued**
Ordering user: Saroj Shrestha, MD 02/10/18 1820 Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Until Discontinued 02/10/18 2147 - Until Specified Released by: Caitlin A Starr, RN 02/10/18 2146
Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]

**Vital signs [134108987]**

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1820** Status: **Discontinued**
Ordering user: Saroj Shrestha, MD 02/10/18 1820 Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Q4H 02/11/18 - Until Specified Released by: Caitlin A Starr, RN 02/10/18 2146
Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]

**Telemetry monitoring for 48 hours [134108988]**

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1820** Status: **Discontinued**
Ordering user: Saroj Shrestha, MD 02/10/18 1820 Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Continuous 02/10/18 2147 - 48 Hours Released by: Caitlin A Starr, RN 02/10/18 2146
Discontinued by: Kimberly D Spencer, RN 02/12/18 1937
Questions:
Mode: Telemetry
Order comments:
Notify MD if significant arrhythmias or symptoms

**Notify physician [134108989]**

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1820** Status: **Discontinued**
Ordering user: Saroj Shrestha, MD 02/10/18 1820 Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Until Discontinued 02/10/18 2147 - Until Specified Released by: Caitlin A Starr, RN 02/10/18 2146
Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]
Questions:
Temperature greater than 38.5
Heart rate greater than 120
Heart rate less than 50
Systolic blood pressure greater than 170

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

## Nursing - Other Orders (continued)

**Notify physician [134108989] (continued)**

Systolic blood pressure less than 90
Diastolic blood pressure greater than 110
Respiratory rate greater than 25
Respiratory rate less than 10
Urinary output mL/hr x 4 hrs: 30

**Oxygen Therapy [134108991]**

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1820** Status: **Discontinued**
Ordering user: Saroj Shrestha, MD 02/10/18 1820 Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Until Discontinued 02/10/18 2147 - Until Specified
Released by: Caitlin A Starr, RN 02/10/18 2146
Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]
Questions:
SpO2 Adult
Keep SpO2 at Other
SpO2 to keep sats >92%
Order comments:
If the patient requires oxygen greater than 3 liters per minute nasal cannula or 7 liters per minute face mask to maintain the saturation ordered by the Provider or as directed by OSA protocol, the nurse will directly communicate with Respiratory Care or provider.

**GEN Adult Nausea and Vomiting Protocol [134111146]**

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1820** Status: **Discontinued**
Ordering user: Saroj Shrestha, MD 02/10/18 1820 Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Until Discontinued 02/10/18 2147 - Until Specified
Released by: Caitlin A Starr, RN 02/10/18 2146
Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]

**Initiate Adult Bowel Care Protocol [134111151]**

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1820** Status: **Discontinued**
Ordering user: Saroj Shrestha, MD 02/10/18 1820 Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Continuous 02/10/18 2147 - Until Specified
Released by: Caitlin A Starr, RN 02/10/18 2146
Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]

**Notify physician - Bleeding / sudden deterioration in respiratory status [134108944]**

Electronically signed by: **Mark T Cater, RPH on 02/10/18 1749** Status: **Discontinued**
Ordering user: Mark T Cater, RPH 02/10/18 1749 Ordering provider: Jesse E Ennis, PA
Authorized by: Jesse E Ennis, PA
Frequency: Until Discontinued 02/10/18 1750 - Until Specified
Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]
Order comments:
Notify provider if patient has signs or symptoms of significant or ongoing bleeding, sudden deterioration in respiratory status.

**Physician communication order [134108945]**

Electronically signed by: **Mark T Cater, RPH on 02/10/18 1749** Status: **Discontinued**
Ordering user: Mark T Cater, RPH 02/10/18 1749 Ordering provider: Jesse E Ennis, PA

## Nursing - Other Orders (continued)

**Physician communication order [134108945] (continued)**

Authorized by: Jesse E Ennis, PA
Frequency: Once 02/10/18 1750 - 1 Occurrences
Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]
Order comments:
If patient has other anticoagulants ordered.

**Nurse Communication - Weight based Heparin [134108946]**

Electronically signed by: **Mark T Cater, RPH on 02/10/18 1749** Status: **Discontinued**
Ordering user: Mark T Cater, RPH 02/10/18 1749
Ordering provider: Jesse E Ennis, PA
Authorized by: Jesse E Ennis, PA
Frequency: Until Discontinued 02/10/18 1750 - Until Specified
Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]
Order comments:
Discontinue Heparin Weight Based PTT Monitoring Protocol when Heparin Weight Based Infusion discontinued

**ED Provider to Provider Contact [134095289]**

Electronically signed by: **Jesse E Ennis, PA on 02/10/18 1733** Status: **Discontinued**
Ordering user: Jesse E Ennis, PA 02/10/18 1733
Ordering provider: Jesse E Ennis, PA
Authorized by: Jesse E Ennis, PA
Frequency: Once 02/10/18 1735 - 1 Occurrences
Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]
Questions:
Contact Hospitalist
Reason for contact: admit PE

**Vital signs [134095280]**

Electronically signed by: **Jesse E Ennis, PA on 02/10/18 1612** Status: **Discontinued**
Ordering user: Jesse E Ennis, PA 02/10/18 1612
Ordering provider: Jesse E Ennis, PA
Authorized by: Jesse E Ennis, PA
Frequency: Q4H 02/10/18 2000 - Until Specified
Discontinued by: Jeremiah L Rosenkrance, RN 02/13/18 0722

## Code Status - Other Orders

**Full Code [134108986]**

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1820** Status: **Discontinued**
Ordering user: Saroj Shrestha, MD 02/10/18 1820
Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Continuous 02/10/18 1820 - Until Specified
Code status: Full Code
Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]

## Consult - Other Orders

**Inpatient referral to Care Management Starting Apixaban. If it is expensive, he needs cheaper alternative [134111135]**

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1820** Status: **Discontinued**
Ordering user: Saroj Shrestha, MD 02/10/18 1820
Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Once 02/10/18 2147 - 1 Occurrences
Released by: Caitlin A Starr, RN 02/10/18 2146
Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]

## Consult - Other Orders (continued)

**Inpatient referral to Care Management Starting Apixaban. If it is expensive, he needs cheaper alternative [134111135] (continued)**

Questions:
Indicate the referral facility RIVERBEND MEDICAL CENTER
Reason for Referral RNCM - Medication Assistance
Order comments:
Starting Apixaban. If it is expensive, he needs cheaper alternative

## Respiratory Care - Other Orders

**Pulse oximetry, overnight study by RC [134195204]**

Electronically signed by: **Kathleen C Sullivan, MD on 02/12/18 1545** Status: **Completed**
Ordering user: Kathleen C Sullivan, MD 02/12/18 1545 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
Frequency: Once 02/12/18 1800 - 1 Occurrences

**Initiate Adult RC Bronchodilator Protocol [134195182]**

Electronically signed by: **Edgar Arturo Salazar Quiros, MD on 02/11/18 2041** Status: **Discontinued**
Ordering user: Edgar Arturo Salazar Quiros, MD 02/11/18 2041 Ordering provider: Edgar Arturo Salazar Quiros, MD
Authorized by: Edgar Arturo Salazar Quiros, MD
Frequency: Continuous 02/11/18 2042 - Until Specified Discontinued by: Jennifer E Amburn, RRT 02/14/18 0113

**High Flow Nasal Cannula SpO2: Adult; Keep SpO2 at: 90-95%; Flow (lpm): 50 [134123035]**

Electronically signed by: **Joshua D Stephens, RRT on 02/11/18 0421** Status: **Discontinued**
Ordering user: Joshua D Stephens, RRT 02/11/18 0421 Ordering provider: Samson W Barasa, MD
Authorized by: Samson W Barasa, MD
Frequency: Continuous 02/11/18 0148 - Until Specified Discontinued by: Bruce A Smith, CRTT 02/12/18 1849
Questions:
SpO2 Adult
Keep SpO2 at 90-95%
Flow (lpm) 50

## IV - Other Orders

**Discontinue IV [134545155]**

Electronically signed by: **Mohammad H Khan, MD on 02/14/18 1412** Status: **Discontinued**
Ordering user: Mohammad H Khan, MD 02/14/18 1412 Ordering provider: Mohammad H Khan, MD
Authorized by: Mohammad H Khan, MD
Frequency: Once 02/14/18 1413 - 1 Occurrences Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]

**saline lock IV [134108982]**

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1820** Status: **Discontinued**
Ordering user: Saroj Shrestha, MD 02/10/18 1820 Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Once 02/10/18 2147 - 1 Occurrences Released by: Caitlin A Starr, RN 02/10/18 2146
Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]
Order comments:
When IV infusion complete

## IV - Other Orders (continued)

### saline lock IV [134108982] (continued)

### Insert peripheral IV [134095246]

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1836** Status: **Completed**
Mode: Ordering in Standing medical order: cosign required mode Communicated by: Alisa R Riel, RN
Ordering user: Alisa R Riel, RN 02/10/18 1407 Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Once 02/10/18 1410 - 1 Occurrences

## CORE MEASURES - Other Orders

### High Risk of VTE [134111139]

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1820** Status: **Completed**
Ordering user: Saroj Shrestha, MD 02/10/18 1820 Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Until Discontinued 02/10/18 2147 - Until Specified Released by: Caitlin A Starr, RN 02/10/18 2146

### Reason for no mechanical VTE Prophylaxis [134111140]

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1820** Status: **Completed**
Ordering user: Saroj Shrestha, MD 02/10/18 1820 Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Once 02/10/18 2147 - 1 Occurrences Released by: Caitlin A Starr, RN 02/10/18 2146
Questions:
Reason for no mechanical VTE prophylaxis due to: Provider discretion (specify)
Provider discretion (specify no mechanical VTE) On PO A/C

### Reason for no pharmacologic VTE Prophylaxis [134111141]

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1820** Status: **Completed**
Ordering user: Saroj Shrestha, MD 02/10/18 1820 Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Once 02/10/18 2147 - 1 Occurrences Released by: Caitlin A Starr, RN 02/10/18 2146
Questions:
Reason for no Pharmacologic Prophylaxis due to: Patient receiving anitcoagulant

### Monitoring Documentation [134108951]

Electronically signed by: **Mark T Cater, RPH on 02/10/18 1749** Status: **Completed**
Ordering user: Mark T Cater, RPH 02/10/18 1749 Ordering provider: Jesse E Ennis, PA
Authorized by: Jesse E Ennis, PA
Frequency: Once 02/10/18 1750 - 1 Occurrences
Order comments:
This patient is being treated with an unfractionated heparin infusion according to protocol. The infusion was titrated per protocol and regular platelet count monitoring is being done per protocol.

## Lab Panel - Other Orders

### HOLD SST Tube [134095266]

Status: **Discontinued**
Order placed as a reflex to Rainbow draw [134095251] ordered on 02/10/18 at 1407
Ordering user: Alisa R Riel, RN 02/10/18 1407 Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Once 02/10/18 1410 - 1 Occurrences Discontinued by: Automatic Discharge Provider

## Lab Panel - Other Orders (continued)

**HOLD SST Tube [134095266] (continued)**

02/14/18 1739 [Patient Discharge]

**Light Blue Top [134095260]**

Status: **Discontinued**

Order placed as a reflex to Rainbow draw [134095251] ordered on 02/10/18 at 1407
Ordering user: Alisa R Riel, RN 02/10/18 1407 Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Once 02/10/18 1410 - 1 Occurrences Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]

**Light Green Top [134095262]**

Status: **Discontinued**

Order placed as a reflex to Rainbow draw [134095251] ordered on 02/10/18 at 1407
Ordering user: Alisa R Riel, RN 02/10/18 1407 Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Once 02/10/18 1410 - 1 Occurrences Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]

**Lavender Hold [134095264]**

Status: **Discontinued**

Order placed as a reflex to Rainbow draw [134095251] ordered on 02/10/18 at 1407
Ordering user: Alisa R Riel, RN 02/10/18 1407 Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Once 02/10/18 1410 - 1 Occurrences Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]

## Lab Only - Other Orders

**Manual Differential [134123044]**

Status: **Completed**

Order placed as a reflex to CBC, Auto Diff [134123029] ordered on 02/10/18 at 1820
Ordering user: Sabina Schievelbein, MT 02/11/18 0701 Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Once 02/11/18 0702 - 1 Occurrences

## Vascular Ultrasound - Other Orders

**Venous duplex LE bilateral [134111158]**

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1832** Status: **Completed**
Ordering user: Saroj Shrestha, MD 02/10/18 1832 Ordering provider: Saroj Shrestha, MD
Authorized by: Saroj Shrestha, MD
Frequency: Once 02/10/18 2153 - 1 Occurrences Released by: Caitlin A Starr, RN 02/10/18 2153
Questions:
Reason for exam: SHORTNESS OF BREATH

## Outpatient Referral - Other Orders

***Internal- (Home Infusion) Peacehealth -UDMC [134123048]**

Electronically signed by: **Kathleen C Sullivan, MD on 02/11/18 1003** Status: **Active**
Ordering user: Kathleen C Sullivan, MD 02/11/18 1003 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD

## Outpatient Referral - Other Orders (continued)

*Internal- (Home Infusion) Peacehealth -UDMC [134123048] (continued)

Frequency: 02/11/18 - Released by: Kathleen C Sullivan, MD 02/11/18 1003

Diagnoses:

Other pulmonary embolism with acute cor pulmonale, unspecified chronicity (HCC)

Order comments:

Anticoagulation Bridging Order Allergies: Metronidazole and Morphine Sulfate Indication for chronic anticoagulation: PE Enoxaparin dose: per pharmacy [ ] Enoxaparin and Coumadin prescription completed. (Check to see what bridging location needs) Follow-up anticoagulation by: Dr. Knowlton Start monitoring warfarin plus enoxaparin bridging on: day after discharge LABS CBC no diff, BMP and INR on day 1, then per pharmacy. ENOXAPARIN / WARFARIN - goal and overlap duration: [ ] Mechanical MVR, Mechanical AVR - Goal INR 2.5 - 3.5 overlap for at least 2 days [ x ] PE, DVT (new or history) - Goal INR 2.5 - 3.5 overlap for at least 2 days [ ] A-Fib (new or history) - Goal INR 2.0-3.0 overlap for 1 day Send Coumadin dosing record to PCP upon discharge from anticoagulation bridging clinic.

## Diet - Other Orders

Diet General [134108990]

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1820** Status: **Discontinued**

Ordering user: Saroj Shrestha, MD 02/10/18 1820 Ordering provider: Saroj Shrestha, MD

Authorized by: Saroj Shrestha, MD

Frequency: Effective Now 02/10/18 1820 - Until Specified Diet: General

Discontinued by: Automatic Discharge Provider 02/14/18 1739 [Patient Discharge]

Questions:

Type General

Diet NPO NPO until seen by provider [134095248]

Electronically signed by: **Saroj Shrestha, MD on 02/10/18 1836** Status: **Discontinued**

Mode: Ordering in Standing medical order: cosign required mode Communicated by: Alisa R Riel, RN

Ordering user: Alisa R Riel, RN 02/10/18 1407 Ordering provider: Saroj Shrestha, MD

Authorized by: Saroj Shrestha, MD

Frequency: Effective Now 02/10/18 1410 - Until Specified Diet: General

Discontinued by: Saroj Shrestha, MD 02/10/18 1820

Questions:

Type NPO

Order comments:

NPO until seen by provider

Encounter-Level Documents:

Telemetry - Scan on 2/10/2018 12:00 PM (below)

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

Encounter-Level Documents: (continued)

ED Chart Form




DATE/TIME

COMMENT

DATE/TIME

COMMENT

Patient Identification
Cummins, Michael M
DOB :47/M EOS:2/10/18 IP
ATTPROV: Saroj Shrestha, MD
MRN:01614423 R/B:CDUR/CDUR-40
CSN:303331745

760ED (10/10/14)
PeaceHealth Sacred Heart Medical Center
Emergency Dept EKG RHYTHM STRIPS
1 of 1

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

Ventilator FS - Scan on 2/10/2018 12:00 PM (below)

Ventilator FS

| DATE | ORDERS | DATE DISCHARGE |
|---|---|---|
| 2/11/18 | 1. High Flow Nasal Cannula | |
| | 2. | |
| | 3. | |
| | 4. | |

**REMINDER: Chart your teaching on the Family / Patient Teaching Record**

Overall Key: ☑ = WNL * = See Significant Findings on Nursing Flowsheet

| Date/Time | AeroMed | MDI | IPPB | IE | CPT | Sp02 | CPAP/BIPAP | | |
|---|---|---|---|---|---|---|---|---|---|
| 2/11/18 | | | | | | 100% | | | RT Initial |
| | Comments: On HFNC 50L 50% ABG pH 7.33 Pco2 36 Po2 118 HcO3 18 | | | | | | | | |
| | | | | | | | | | RT Initial |
| | Comments: HR 93 RR 26-36 CXR Done Dr [illegible] @ bedside JS | | | | | | | | |
| | | | | | | | | | RT Initial |
| | Comments: | | | | | | | | |
| | | | | | | | | | RT Initial |
| | Comments: | | | | | | | | |
| | | | | | | | | | RT Initial |
| | Comments: | | | | | | | | |
| | | | | | | | | | RT Initial |
| | Comments: | | | | | | | | |
| | | | | | | | | | RT Initial |
| | Comments: | | | | | | | | |
| | | | | | | | | | RT Initial |
| | Comments: | | | | | | | | |
| | | | | | | | | | RT Initial |
| | Comments: | | | | | | | | |
| | | | | | | | | | RT Initial |
| | Comments: | | | | | | | | |
| | | | | | | | | | RT Initial |
| | Comments: | | | | | | | | |
| | | | | | | | | | RT Initial |

| WNL CRITERIA | Initials | Signature | LW# |
|---|---|---|---|
| • HR CHANGED LESS THAN 20% FROM BASELINE<br>• RR WITHIN 10 BPM OF BASELINE<br>• BREATH SOUNDS ARE SAME OR BETTER AFTER TX | | | |
| | | | |
| | | | |

Patient Identification
CUMMINS, MICHAEL M
DOB 47/M DOS:2/10/18-IP
ATTI Shrestha, MD
MRN:01614423 R/B:CDUR/CDUR-40
CSN:393331745

SHC961 (5/03/07)

Sacred Heart Medical Center
**Respiratory Care Services**
**Downtime Form**
**1 of 1**

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

Oximetry - Scan on 2/10/2018 12:00 PM (below)

SHRB RESPIRATORY CARE DEPARTMENT
OVERNIGHT OXIMETRY REPORT

Test Date: 2/12/18

CUM[illegible] M
DOB: [illegible] M DOS:2/10/18:IP
ATTP[illegible]restha, MD
MRN:01614423 R/B:CDUR/CDUR-40
CSN:393331745

Time on: 2300 Time off: 0612

Test Location: ED 40 Room: 40

Ordering physician: Dr. Sullivan

Indication/Dx: ______ Oximeter Serial #: T - 959

X Room Air ___ O2 Mode: ___ lpm ___ CPAP/BiPAP Settings: ______

Tech Comments: ______

***Interpretation:***
- ☐ Normal
- ☐ Borderline
- ☐ Abnormal

***Due to:***
- ☐ Persistent low baseline
- ☐ Intermittent low baseline
- ☐ Frequent rhythmic desaturations
- ☐ Clustered desaturations
- ☐ Irregular desaturations
- ☐ Probable technical artifact

***These results suggest***
- ☐ Cardio-Pulmonary Disease
- ☐ Sleep Apnea-mild
- ☐ Sleep Apnea-moderate
- ☐ Sleep Apnea-severe
- ☐ Non-specific disorder
- ☐ Technical Problems

*Comments:*

______

______

This is a screening test for SpO2 desaturations. It does not screen for all sleep disorders, including some forms of sleep apnea, Cheyne-Stokes respirations, or central apnea.

[illegible] updated: 05/20/2014

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

---

**Sacred Heart Medical Center**
3333 Riverbend Drive • Springfield, OR 97477

Test date: 02/12/18
Doctor: Sullivan, MD

Start: 02/12/18 22:55:10
End: 02/13/18 06:10:02

Cummins, Michael M,
ID#: 01614423

**Oximetry: Comprehensive Report**

Comments: study done on roomair

| | | |
|---|---|---|
| Recording time: 07:14:52 | Highest pulse: 108 | Highest SpO2: 99% |
| Excluded sampling: 00:06:32 | Lowest pulse: 20 | Lowest SpO2: 71% |
| Total valid sampling: 07:08:20 | Mean pulse: 77 | Mean SpO2: 94.3% |

| | | | | | |
|---|---|---|---|---|---|
| Time with SpO2<90: | 0:17:36, | 4.1% | Time with SpO2 =>90: | 6:50:44, | 95.9% |
| Time with SpO2<80: | 0:00:28, | 0.1% | Time with SpO2=>80 & <90: | 0:17:08, | 4.0% |
| Time with SpO2<70: | 0:00:00, | 0.0% | Time with SpO2=>70 & <80: | 0:00:28, | 0.1% |
| Time with SpO2<60: | 0:00:00, | 0.0% | Time with SpO2=>60 & <70: | 0:00:00, | 0.0% |
| Time with SpO2<88: | 0:07:44, | 1.8% | | | |

The longest continuous time with saturation <=88 was 00:01:04, which started at 02/12/18 23:48:02.

A desaturation event was defined as a decrease of saturation by 4 or more.
One event was excluded due to artifact.
There were 3 desaturation events over 3 minutes duration.

There were 116 desaturation events of less than 3 minutes duration during which:
The mean high was 96.3%. The mean low was 89.6%.
The mean length of events that were >=10 sec & <=3 mins was: 44.7 sec.
Desaturation event index (number of events per hour): 16.2







© 2003 PROFOX Associates, Inc. Oximetry version Standard ST2011.21-1956
Oximeter: Nonin 8500M memory, 4 second resolution.

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1201122593

**Sacred Heart Medical Center**
3333 Riverbend Drive • Springfield, OR 97477

Test date: 02/12/18
Doctor: Sullivan, MD

Start: 02/12/18 22:55:10
End: 02/13/18 06:10:02

Cummins, Michael M.
ID#: 01614423

**Oximetry: Summary Report**

Comments: study done on roomair

| | | | | | |
|---|---|---|---|---|---|
| Recording time: | 07:14:52 | Highest pulse: | 108 | Highest SpO2: | 99% |
| Excluded sampling: | 00:06:32 | Lowest pulse: | 20 | Lowest SpO2: | 71% |
| Total valid sampling: | 07:08:20 | Mean pulse: | 77 | Mean SpO2: | 94.3% |
| | | 1 S.D.: | 7.0 | 1 S.D.: | 2.5 |

| | | | | | |
|---|---|---|---|---|---|
| Time with SpO2<90: | 0:17:36, | 4.1% | Time with SpO2 =>90: | 6:50:44, | 95.9% |
| Time with SpO2<80: | 0:00:28, | 0.1% | Time with SpO2=>80 & <90: | 0:17:08, | 4.0% |
| Time with SpO2<70: | 0:00:00, | 0.0% | Time with SpO2=>70 & <80: | 0:00:28, | 0.1% |
| Time with SpO2<60: | 0:00:00, | 0.0% | Time with SpO2=>60 & <70: | 0:00:00, | 0.0% |
| Time with SpO2<88: | 0:07:44, | 1.8% | | | |

The longest continuous time with saturation <=88 was 00:01:04, which started at 02/12/18 23:48:02.

A desaturation event was defined as a decrease of saturation by 4 or more.
One event was excluded due to artifact.
There were 3 desaturation events over 3 minutes duration.

There were 116 desaturation events of less than 3 minutes duration during which:
The mean high was 96.3%. The mean low was 89.6%.

The number of these events that were:

| | | | |
|---|---|---|---|
| > 0 & <10 seconds: | 16 | > 0 seconds: | 116 |
| =>10 & <20 seconds: | 24 | =>10 seconds: | 100 |
| =>20 & <30 seconds: | 20 | =>20 seconds: | 76 |
| =>30 & <40 seconds: | 9 | =>30 seconds: | 56 |
| =>40 & <50 seconds: | 16 | =>40 seconds: | 47 |
| =>50 & <60 seconds: | 9 | =>50 seconds: | 31 |
| =>60 seconds: | 22 | =>60 seconds: | 22 |

The mean length of desaturation events that were >=10 sec & <=3 mins was: 44.7 sec.
Desaturation event index (events >=10 sec per sampled hour): 14.0
Desaturation event index (events >= 0 sec per sampled hour): 16.2

© 2003 PROFOX Associates, Inc. Oximetry version Standard ST2011.21-1956
Oximeter: Nonin 8500M memory, 4 second resolution.

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M

**Cummins,Michael M**
**2/10/2018 Documentation**
MRN: **01614423**

Department: **Gwmp Urgent Care**
Encounter #: **393331677**

Description: **Male DOB:**
Provider: **Julie A Trombla, RN**

## Notes

### H&P Notes

No notes of this type exist for this encounter.

## Progress Notes

### Julie A Trombla, RN at 2/10/2018 1:54 PM

Author Type: Registered Nurse Status: Sign at close encounter

Patient presents with complaints of onset of right shoulder pain, right rib pain and shortness of breath. Patient referred to ED for further care/treatment.

### Pt Instruction Notes

No notes of this type exist for this encounter.

### Care Advice Given

No Care Advice given for this encounter.

## Result Summary

### All Results

No results found

## Orders

### Other Orders

No orders found

### Medications at End of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 1 MG tablet**<br>Sig - Route: Take 1 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **docusate sodium (COLACE) 100 MG capsule**<br>Sig - Route: Take 1 capsule (100 mg total) by mouth Twice a day - Oral<br>Class: Print | 100 capsule | 1 | 1/8/2018 | |
| **hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **lisinopril (PRINIVIL,ZESTRIL) 40 MG tablet** | | | | |

## Orders (continued)

### Medications at End of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 40 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **propranolol (INDERAL) 40 MG tablet**<br>Sig - Route: Take 40 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **sulfamethoxazole-trimethoprim (BACTRIM DS) 800-160 mg per tablet**<br>Sig - Route: Take 1 tablet by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic. - Oral | 10 tablet | 0 | 2/14/2018 | |

### Medications this visit

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **enoxaparin (LOVENOX) injection 70 mg**<br>Sig - Route: Inject 0.7 mLs (70 mg total) into the skin once - Subcutaneous | 70 mg | Once | 2/14/2018 | 2/14/2018 |
| **heparin (porcine) 5,000 unit/mL injection 7,000 Units**<br>Sig - Route: Inject 1.4 mLs (7,000 Units total) into the vein once - IV<br>Linked Group 1: "And" Linked Group Details | 50 Units/kg × 136.1 kg | Once | 2/10/2018 | 2/10/2018 |
| **HYDROmorphone (DILAUDID) injection 0.5 mg**<br>Sig - Route: Inject 0.5 mg into the vein every 20 (twenty) minutes as needed for Moderate Pain (Pain Scale 4-6) or Severe Pain (Pain Scale 7-10) - IV | 0.5 mg | Every 20 Minutes PRN | 2/10/2018 | 2/11/2018 |
| **iopamidol (ISOVUE-370) 76 % injection 75 mL**<br>Sig - Route: Inject 75 mLs into the vein once in imaging for Contrast - IV | 75 mL | Once in imaging | 2/10/2018 | 2/10/2018 |
| **LORazepam (ATIVAN) injection 1 mg**<br>Sig - Route: Inject 1 mg into the vein once - IV | 1 mg | Once | 2/10/2018 | 2/10/2018 |
| **ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg**<br>Sig - Route: Take 1 tablet (4 mg total) by mouth once as needed for Nausea (if no IV access) - Oral<br>Linked Group 2: "Or" Linked Group Details | 4 mg | Once As Needed | 2/10/2018 | 2/10/2018 |
| **ondansetron PF (ZOFRAN) 4 mg/2 mL injection 4 mg**<br>Sig - Route: Inject 2 mLs (4 mg total) into the vein once as needed for Nausea - IV<br>Linked Group 2: "Or" Linked Group Details | 4 mg | Once As Needed | 2/10/2018 | 2/10/2018 |
| **potassium chloride (KLOR-CON) CR tablet 40 mEq**<br>Sig - Route: Take 2 tablets (40 mEq total) by mouth once - Oral | 40 mEq | Once | 2/13/2018 | 2/13/2018 |

Orders (continued)

Medications this visit (continued)

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **sodium chloride 0.9 % bolus 1,000 mL**<br>Sig - Route: Inject 1,000 mLs into the vein once<br>- IV | 1,000 mL | Once | 2/10/2018 | 2/10/2018 |
| **warfarin (COUMADIN) tablet 10 mg**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth once<br>- Oral | 10 mg | Once | 2/11/2018 | 2/11/2018 |
| **warfarin (COUMADIN) tablet 10 mg**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth Once at 1700<br>- Oral | 10 mg | Once at 1700 | 2/12/2018 | 2/12/2018 |
| **warfarin (COUMADIN) tablet 8 mg**<br>Sig - Route: Take 2 tablets (8 mg total) by mouth Once at 1700<br>- Oral | 8 mg | Once at 1700 | 2/13/2018 | 2/13/2018 |
| **acetaminophen (TYLENOL) tablet 650 mg** (Discontinued)<br>Sig - Route: Take 2 tablets (650 mg total) by mouth every 4 (four) hours as needed for Mild Pain (Pain Scale 1-3) or Fever (MILD PAIN (1-3) FIRST CHOICE)<br>- Oral<br>Reason for Discontinue: **Patient Discharge** | 650 mg | Every 4 Hours PRN | 2/10/2018 | 2/14/2018 |
| **albuterol sulfate 2.5 mg/0.5 mL nebulizer solution 2.5 mg** (Discontinued)<br>Sig - Route: Take 0.5 mLs (2.5 mg total) by nebulization every 4 (four) hours as needed for Wheezing or Shortness of Breath<br>- Nebulization | 2.5 mg | Every 4 Hours PRN | 2/11/2018 | 2/14/2018 |
| **ALPRAZolam (XANAX) tablet 1 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (1 mg total) by mouth 3 (three) times daily as needed for Anxiety<br>- Oral<br>Reason for Discontinue: **Patient Discharge** | 1 mg | 3 Times Daily PRN | 2/10/2018 | 2/14/2018 |
| **apixaban (ELIQUIS) tablet 10 mg** (Discontinued)<br>Sig - Route: Take 2 tablets (10 mg total) by mouth Twice a day<br>- Oral | 10 mg | 2 Times Daily | 2/10/2018 | 2/11/2018 |
| **bisacodyl (DULCOLAX) suppository 10 mg** (Discontinued)<br>Sig - Route: Place 1 suppository (10 mg total) rectally once as needed for Constipation<br>- Rectal<br>Reason for Discontinue: **Patient Discharge** | 10 mg | Once As Needed | 2/10/2018 | 2/14/2018 |
| **calcium carbonate (TUMS) chewable tablet 1,000 mg** (Discontinued)<br>Sig - Route: Take 2 tablets (1,000 mg total) by mouth 2 (two) times daily as needed for Indigestion<br>- Oral<br>Reason for Discontinue: **Patient Discharge** | 1,000 mg | 2 Times Daily PRN | 2/10/2018 | 2/14/2018 |
| **docusate sodium (COLACE) capsule 100 mg** (Discontinued)<br>Sig - Route: Take 1 capsule (100 mg total) by mouth Twice a day<br>- Oral<br>Reason for Discontinue: **Patient Discharge** | 100 mg | 2 Times Daily | 2/10/2018 | 2/14/2018 |
| **enoxaparin (LOVENOX) injection 140 mg** (Discontinued)<br>Sig - Route: Inject 0.93 mLs (140 mg total) into the skin every 12 (twelve) hours<br>- Subcutaneous | 1 mg/kg × 136.1 kg | Every 12 Hours | 2/11/2018 | 2/14/2018 |

## Orders (continued)

### Medications this visit (continued)

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **enoxaparin (LOVENOX) injection 200 mg** (Discontinued)<br>Sig - Route: Inject 2 mLs (200 mg total) into the skin daily<br>- Subcutaneous<br>Reason for Discontinue: **Patient Discharge** | 1.5 mg/kg × 136.1 kg | Every 24 Hours | 2/15/2018 | 2/14/2018 |
| **heparin (porcine) 25000 unit/500 mL 0.45% NaCl infusion (premix)** (Discontinued)<br>Sig - Route: Inject 2,042 Units/hr into the vein continuous<br>- IV<br>Linked Group 1: "And" Linked Group Details | 15 Units/kg/hr × 136.1 kg | Continuous | 2/10/2018 | 2/10/2018 |
| **hydroCHLOROthiazide (HYDRODIURIL) tablet 25 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (25 mg total) by mouth every morning<br>- Oral | 25 mg | Daily Every Morning | 2/11/2018 | 2/11/2018 |
| **HYDROmorphone (DILAUDID) injection 0.5 mg** (Discontinued)<br>Sig - Route: Inject 0.5 mg into the vein every 2 (two) hours as needed for Severe Pain (Pain Scale 7-10)<br>- IV | 0.5 mg | Every 2 Hours PRN | 2/10/2018 | 2/11/2018 |
| **HYDROmorphone (DILAUDID) injection 0.5-1 mg** (Discontinued)<br>Sig - Route: Inject 0.5-1 mg into the vein every 2 (two) hours as needed for Severe Pain (Pain Scale 7-10)<br>- IV | 0.5-1 mg | Every 2 Hours PRN | 2/11/2018 | 2/13/2018 |
| **HYDROmorphone (DILAUDID) injection 1 mg** (Discontinued)<br>Sig - Route: Inject 1 mg into the vein every 20 (twenty) minutes as needed for Moderate Pain (Pain Scale 4-6) or Severe Pain (Pain Scale 7-10)<br>- IV | 1 mg | Every 20 Minutes PRN | 2/10/2018 | 2/13/2018 |
| **ibuprofen (ADVIL,MOTRIN) tablet 400 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (400 mg total) by mouth every 6 (six) hours as needed for Mild Pain (Pain Scale 1-3)<br>- Oral | 400 mg | Every 6 Hours PRN | 2/11/2018 | 2/13/2018 |
| **ketorolac (TORADOL) injection 15 mg** (Discontinued)<br>Sig - Route: Inject 0.5 mLs (15 mg total) into the vein once<br>- IV<br>Reason for Discontinue: **Patient Discharge** | 15 mg | Once | 2/13/2018 | 2/14/2018 |
| **ketorolac (TORADOL) injection 15 mg** (Discontinued)<br>Sig - Route: Inject 0.5 mLs (15 mg total) into the vein every 8 (eight) hours as needed for Severe Pain (Pain Scale 7-10)<br>- IV<br>Reason for Discontinue: **Patient Discharge** | 15 mg | Every 8 Hours PRN | 2/13/2018 | 2/14/2018 |
| **lisinopril (PRINIVIL,ZESTRIL) tablet 40 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (40 mg total) by mouth every morning<br>- Oral | 40 mg | Daily Every Morning | 2/11/2018 | 2/11/2018 |
| **melatonin tablet 3 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (3 mg total) by mouth nightly as needed for Insomnia<br>- Oral<br>Reason for Discontinue: **Patient Discharge** | 3 mg | Nightly PRN | 2/10/2018 | 2/14/2018 |

## Orders (continued)

### Medications this visit (continued)

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **naloxone (NARCAN) injection 0.1 mg** (Discontinued)<br>Sig - Route: Inject 0.25 mLs (0.1 mg total) into the vein as needed (Over Sedation) - IV<br>Reason for Discontinue: **Patient Discharge** | 0.1 mg | As Needed | 2/10/2018 | 2/14/2018 |
| **nicotine (NICODERM CQ) 14 mg/24 hr 14 mg** (Discontinued)<br>Sig - Route: Place 1 patch (14 mg total) onto the skin daily - Transdermal<br>Reason for Discontinue: **Patient Discharge** | 14 mg | Daily | 2/13/2018 | 2/14/2018 |
| **nicotine (NICODERM CQ) 21 mg/24 hr 21 mg** (Discontinued)<br>Sig - Route: Place 1 patch (21 mg total) onto the skin daily - Transdermal | 21 mg | Daily | 2/11/2018 | 2/12/2018 |
| **nicotine (NICOTROL) 10 mg inhaler 1 puff** (Discontinued)<br>Sig - Route: Inhale 1 puff into the lungs every 2 (two) hours as needed for Smoking cessation - Inhalation<br>Reason for Discontinue: **Patient Discharge** | 1 puff | Every 2 Hours PRN | 2/13/2018 | 2/14/2018 |
| **NS continuous infusion** (Discontinued)<br>Sig - Route: Inject into the vein continuous - IV | | Continuous | 2/10/2018 | 2/12/2018 |
| **ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (4 mg total) by mouth every 8 (eight) hours as needed for Nausea or Vomiting - Oral<br>Reason for Discontinue: **Patient Discharge** | 4 mg | Every 8 Hours PRN | 2/10/2018 | 2/14/2018 |
| **ondansetron PF (ZOFRAN) 4 mg/2 mL injection 4 mg** (Discontinued)<br>Sig - Route: Inject 2 mLs (4 mg total) into the vein every 8 (eight) hours as needed for Nausea or Vomiting - IV<br>Reason for Discontinue: **Patient Discharge** | 4 mg | Every 8 Hours PRN | 2/10/2018 | 2/14/2018 |
| **pantoprazole (PROTONIX) EC tablet 40 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (40 mg total) by mouth every morning before breakfast - Oral<br>Reason for Discontinue: **Patient Discharge** | 40 mg | Daily Before Breakfast | 2/13/2018 | 2/14/2018 |
| **polyethylene glycol (MIRALAX) oral powder 17 g** (Discontinued)<br>Sig - Route: Take 17 g by mouth daily as needed for Constipation - Oral<br>Reason for Discontinue: **Patient Discharge** | 17 g | Daily As Needed | 2/10/2018 | 2/14/2018 |
| **prochlorperazine (COMPAZINE) injection 5 mg** (Discontinued)<br>Sig - Route: Inject 1 mL (5 mg total) into the vein every 6 (six) hours as needed for Nausea or Vomiting - IV<br>Reason for Discontinue: **Patient Discharge** | 5 mg | Every 6 Hours PRN | 2/10/2018 | 2/14/2018 |
| **prochlorperazine (COMPAZINE) tablet 5 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (5 mg total) by mouth every 6 (six) hours as needed for Nausea or Vomiting - Oral | 5 mg | Every 6 Hours PRN | 2/10/2018 | 2/14/2018 |

## Orders (continued)

### Medications this visit (continued)

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| Reason for Discontinue: **Patient Discharge** | | | | |
| **propranolol (INDERAL) tablet 20 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (20 mg total) by mouth Twice a day - Oral<br>Reason for Discontinue: **Patient Discharge** | 20 mg | 2 Times Daily | 2/11/2018 | 2/14/2018 |
| **propranolol (INDERAL) tablet 40 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (40 mg total) by mouth Twice a day - Oral | 40 mg | 2 Times Daily | 2/10/2018 | 2/11/2018 |
| **senna-docusate (PERICOLACE) 8.6-50 mg per tablet 1 tablet** (Discontinued)<br>Sig - Route: Take 1 tablet by mouth Twice a day - Oral<br>Reason for Discontinue: **Patient Discharge** | 1 tablet | 2 Times Daily | 2/10/2018 | 2/14/2018 |
| **sodium chloride (NS) 0.9 % flush 3-10 mL** (Discontinued)<br>Sig - Route: Inject 3-10 mLs into the vein as needed for Line Care - IV<br>Reason for Discontinue: **Patient Discharge** | 3-10 mL | As Needed | 2/10/2018 | 2/14/2018 |
| **warfarin (COUMADIN) tablet 8 mg** (Discontinued)<br>Sig - Route: Take 2 tablets (8 mg total) by mouth Once at 1700 - Oral<br>Reason for Discontinue: **Patient Discharge** | 8 mg | Once at 1700 | 2/14/2018 | 2/14/2018 |

| | | |
|---|---|---|
| **Peacehealth** | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1301121387 |

**Cummins,Michael M**
**2/15/2018 10:00 AM Anti-coag visit**
MRN: **01614423**

Department: **Udmc Op Infusion**
Encounter #: **394073170**

Description: **Male DOB:**
Provider: **UDMC INF, ANTICOAG 252**

Reason for Visit

| | |
|---|---|
| **Anticoagulation** | bridging on |

Diagnoses

| | Codes | Comments |
|---|---|---|
| **Other acute pulmonary embolism without acute cor pulmonale (HCC)** | I26.99 | |

## Notes

H&P Notes

No notes of this type exist for this encounter.

## Progress Notes

Nikki A Carpenter, RN at 2/15/2018 10:00 AM

Author Type: Registered Nurse Status: Signed

Arrives to RIC in stable condition to begin bridging on to coumadin following new diagnosis of DVT and PE. Discharged from RB yesterday, where bridging was begun. VSS. Denies any abnormal bleeding or bruising, and confirms he has not taken any coumadin at home. Oriented to unit and plan of care, bridging teaching reviewed, and questions answered. RIC ACC interview form completed. INR (2.2) by FS. Coumadin and Lovenox given per pharmacy order. Tolerated well and DC'd to home in stable condition with the understanding to contact his PCP for any questions or concerns.

Electronically signed by Nikki A Carpenter, RN on 2/15/2018 11:33 AM

Pt Instruction Notes

No notes of this type exist for this encounter.

Care Advice Given

No Care Advice given for this encounter.

Patient Findings

| | |
|---|---|
| Positives | Signs/symptoms of thrombosis |
| Negatives | Signs/symptoms of bleeding, Upcoming invasive procedure, Bruising |

## All Results

POCT INR- manual entry [134545174] (Normal) — Resulted: 02/15/18 1025, Result status: Final result

Ordering provider: Kathleen C Sullivan, MD 02/15/18 1025 — Resulted by: SULLIVAN, KATHLEEN C [120082]

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood, Capillary | | 02/15/18 1025 |

## All Results (continued)

Resulted: 02/15/18 1025, Result status: Final result

**POCT INR- manual entry [134545174] (Normal) (continued)**

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR POC | 2.2 | 0.8 - 1.2 | A | |

Comment: 23560912 2018-11-30

## Medications - Clinical Orders

**warfarin (COUMADIN) tablet 8 mg [134545177]**

Electronically signed by: **John Grabow, RPH on 02/15/18 1049** Status: **Completed**
Ordering user: John Grabow, RPH 02/15/18 1049 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
Frequency: Once 02/15/18 1100 - 1 Occurrences

**enoxaparin (LOVENOX) injection 100 mg [134545175]**

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/15/18 1130 - 1 Occurrences
Released by: Nikki A Carpenter, RN 02/15/18 1046
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

**enoxaparin (LOVENOX) injection 100 mg [134545176]**

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/15/18 1130 - 1 Occurrences
Released by: Nikki A Carpenter, RN 02/15/18 1046
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

**enoxaparin (LOVENOX) injection 100 mg [134545162]**

Status: **Cancel Held**
This order may be acted on in another encounter.
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/18/18 - 1 Occurrences
Discontinued by: Amy D Piper, RN 02/16/18 1314
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

**enoxaparin (LOVENOX) injection 100 mg [134545163]**

Status: **Cancel Held**
This order may be acted on in another encounter.

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

Medications - Clinical Orders (continued)

enoxaparin (LOVENOX) injection 100 mg [134545163] (continued)

Ordering user: Michael R Shaver, RPH 02/15/18 0810
Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY)
Frequency: Once 02/18/18 - 1 Occurrences
Discontinued by: Amy D Piper, RN 02/16/18 1314

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

## Other Orders

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/15/18 1023 - 1 Occurrences
Released by: Nikki A Carpenter, RN 02/15/18 1022 Discontinued by: Automatic Discharge Provider 02/15/18 1333 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Follow-up anticoagulation by Dr. Knowlton.

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/15/18 1023 - 1 Occurrences
Released by: Nikki A Carpenter, RN 02/15/18 1022 Discontinued by: Automatic Discharge Provider 02/15/18 1333 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
PE/DVT (new or history) -- overlap for at least 5 days and INR = 2-3 for at least 2 days.

### Treatment Lab Instructions

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Until Discontinued 02/15/18 1023 - Until Specified
Released by: Nikki A Carpenter, RN 02/15/18 1022 Discontinued by: Automatic Discharge Provider 02/15/18 1333 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Release and result INR daily.

### Patient education (specify)

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/15/18 1023 - 1 Occurrences
Released by: Nikki A Carpenter, RN 02/15/18 1022 Discontinued by: Automatic Discharge Provider 02/15/18 1333 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Educate patient regarding: - Maintaining a diet with consistent vitamin K intake - Maintain a consistent activity level - Check urine and stool with each void for the presence of blood or black, tarry stools - Notify provider/anticoagulation clinic responsible for warfarin dosing if there are any changes in prescription or non-prescription medicaitons

## Other Orders (continued)

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD

From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY)
Frequency: Once 02/15/18 1023 - 1 Occurrences
Released by: Nikki A Carpenter, RN 02/15/18 1022
Discontinued by: Automatic Discharge Provider 02/15/18 1333 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

Order comments:
Fax warfarin dosing record to follow-up MD / Anticoagulation clinic upon discharge from Infusion Center.

### POCT INR- manual entry

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD

From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY)
Frequency: 02/15/18 -
Released by: Nikki A Carpenter, RN 02/15/18 1025

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

Order comments:
Daily Post-Procedure.

## Medications at End of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 1 MG tablet (Taking)**<br>Sig - Route: Take 1 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **docusate sodium (COLACE) 100 MG capsule (Taking)**<br>Sig - Route: Take 1 capsule (100 mg total) by mouth Twice a day - Oral<br>Class: Print | 100 capsule | 1 | 1/8/2018 | |
| **hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet (Taking)**<br>Sig - Route: Take 25 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **lisinopril (PRINIVIL,ZESTRIL) 40 MG tablet (Taking)**<br>Sig - Route: Take 40 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **propranolol (INDERAL) 40 MG tablet (Taking)**<br>Sig - Route: Take 40 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

**Medications at End of Encounter (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic. - Oral | 10 tablet | 0 | 2/14/2018 | |
| **sulfamethoxazole-trimethoprim (BACTRIM DS) 800-160 mg per tablet**<br>Sig - Route: Take 1 tablet by mouth Twice a day - Oral<br>Class: Historical Med | | | | |

**Medications this visit**

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/15/2018 | 2/15/2018 |
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/15/2018 | 2/15/2018 |
| **enoxaparin (LOVENOX) injection 70 mg**<br>Sig - Route: Inject 0.7 mLs (70 mg total) into the skin once - Subcutaneous | 70 mg | Once | 2/14/2018 | 2/14/2018 |
| **warfarin (COUMADIN) tablet 8 mg**<br>Sig - Route: Take 2 tablets (8 mg total) by mouth once - Oral | 8 mg | Once | 2/15/2018 | 2/15/2018 |
| **acetaminophen (TYLENOL) tablet 650 mg (Discontinued)**<br>Sig - Route: Take 2 tablets (650 mg total) by mouth every 4 (four) hours as needed for Mild Pain (Pain Scale 1-3) or Fever (MILD PAIN (1-3) FIRST CHOICE) - Oral<br>Reason for Discontinue: **Patient Discharge** | 650 mg | Every 4 Hours PRN | 2/10/2018 | 2/14/2018 |
| **ALPRAZolam (XANAX) tablet 1 mg (Discontinued)**<br>Sig - Route: Take 1 tablet (1 mg total) by mouth 3 (three) times daily as needed for Anxiety - Oral<br>Reason for Discontinue: **Patient Discharge** | 1 mg | 3 Times Daily PRN | 2/10/2018 | 2/14/2018 |
| **bisacodyl (DULCOLAX) suppository 10 mg (Discontinued)**<br>Sig - Route: Place 1 suppository (10 mg total) rectally once as needed for Constipation - Rectal<br>Reason for Discontinue: **Patient Discharge** | 10 mg | Once As Needed | 2/10/2018 | 2/14/2018 |
| **calcium carbonate (TUMS) chewable tablet 1,000 mg (Discontinued)**<br>Sig - Route: Take 2 tablets (1,000 mg total) by mouth 2 (two) times daily as needed for Indigestion - Oral<br>Reason for Discontinue: **Patient Discharge** | 1,000 mg | 2 Times Daily PRN | 2/10/2018 | 2/14/2018 |
| **docusate sodium (COLACE) capsule 100 mg (Discontinued)**<br>Sig - Route: Take 1 capsule (100 mg total) by mouth Twice a day - Oral<br>Reason for Discontinue: **Patient Discharge** | 100 mg | 2 Times Daily | 2/10/2018 | 2/14/2018 |
| **enoxaparin (LOVENOX) injection 140 mg (Discontinued)**<br>Sig - Route: Inject 0.93 mLs (140 mg total) into the skin every 12 (twelve) hours - Subcutaneous | 1 mg/kg × 136.1 kg | Every 12 Hours | 2/11/2018 | 2/14/2018 |

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

Medications this visit (continued)

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **enoxaparin (LOVENOX) injection 200 mg** (Discontinued)<br>Sig - Route: Inject 2 mLs (200 mg total) into the skin daily - Subcutaneous<br>Reason for Discontinue: **Patient Discharge** | 1.5 mg/kg × 136.1 kg | Every 24 Hours | 2/15/2018 | 2/14/2018 |
| **ketorolac (TORADOL) injection 15 mg** (Discontinued)<br>Sig - Route: Inject 0.5 mLs (15 mg total) into the vein once - IV<br>Reason for Discontinue: **Patient Discharge** | 15 mg | Once | 2/13/2018 | 2/14/2018 |
| **ketorolac (TORADOL) injection 15 mg** (Discontinued)<br>Sig - Route: Inject 0.5 mLs (15 mg total) into the vein every 8 (eight) hours as needed for Severe Pain (Pain Scale 7-10) - IV<br>Reason for Discontinue: **Patient Discharge** | 15 mg | Every 8 Hours PRN | 2/13/2018 | 2/14/2018 |
| **melatonin tablet 3 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (3 mg total) by mouth nightly as needed for Insomnia - Oral<br>Reason for Discontinue: **Patient Discharge** | 3 mg | Nightly PRN | 2/10/2018 | 2/14/2018 |
| **naloxone (NARCAN) injection 0.1 mg** (Discontinued)<br>Sig - Route: Inject 0.25 mLs (0.1 mg total) into the vein as needed (Over Sedation) - IV<br>Reason for Discontinue: **Patient Discharge** | 0.1 mg | As Needed | 2/10/2018 | 2/14/2018 |
| **nicotine (NICODERM CQ) 14 mg/24 hr 14 mg** (Discontinued)<br>Sig - Route: Place 1 patch (14 mg total) onto the skin daily - Transdermal<br>Reason for Discontinue: **Patient Discharge** | 14 mg | Daily | 2/13/2018 | 2/14/2018 |
| **nicotine (NICOTROL) 10 mg inhaler 1 puff** (Discontinued)<br>Sig - Route: Inhale 1 puff into the lungs every 2 (two) hours as needed for Smoking cessation - Inhalation<br>Reason for Discontinue: **Patient Discharge** | 1 puff | Every 2 Hours PRN | 2/13/2018 | 2/14/2018 |
| **ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (4 mg total) by mouth every 8 (eight) hours as needed for Nausea or Vomiting - Oral<br>Reason for Discontinue: **Patient Discharge** | 4 mg | Every 8 Hours PRN | 2/10/2018 | 2/14/2018 |
| **ondansetron PF (ZOFRAN) 4 mg/2 mL injection 4 mg** (Discontinued)<br>Sig - Route: Inject 2 mLs (4 mg total) into the vein every 8 (eight) hours as needed for Nausea or Vomiting - IV<br>Reason for Discontinue: **Patient Discharge** | 4 mg | Every 8 Hours PRN | 2/10/2018 | 2/14/2018 |
| **pantoprazole (PROTONIX) EC tablet 40 mg** (Discontinued)<br>Sig - Route: Take 1 tablet (40 mg total) by mouth every morning before breakfast - Oral<br>Reason for Discontinue: **Patient Discharge** | 40 mg | Daily Before Breakfast | 2/13/2018 | 2/14/2018 |
| **polyethylene glycol (MIRALAX) oral powder 17 g** (Discontinued) | 17 g | Daily As Needed | 2/10/2018 | 2/14/2018 |

**Medications this visit (continued)**

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 17 g by mouth daily as needed for Constipation - Oral<br>Reason for Discontinue: **Patient Discharge** | | | | |
| **prochlorperazine (COMPAZINE) injection 5 mg (Discontinued)** | 5 mg | Every 6 Hours PRN | 2/10/2018 | 2/14/2018 |
| Sig - Route: Inject 1 mL (5 mg total) into the vein every 6 (six) hours as needed for Nausea or Vomiting - IV<br>Reason for Discontinue: **Patient Discharge** | | | | |
| **prochlorperazine (COMPAZINE) tablet 5 mg (Discontinued)** | 5 mg | Every 6 Hours PRN | 2/10/2018 | 2/14/2018 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth every 6 (six) hours as needed for Nausea or Vomiting - Oral<br>Reason for Discontinue: **Patient Discharge** | | | | |
| **propranolol (INDERAL) tablet 20 mg (Discontinued)** | 20 mg | 2 Times Daily | 2/11/2018 | 2/14/2018 |
| Sig - Route: Take 1 tablet (20 mg total) by mouth Twice a day - Oral<br>Reason for Discontinue: **Patient Discharge** | | | | |
| **senna-docusate (PERICOLACE) 8.6-50 mg per tablet 1 tablet (Discontinued)** | 1 tablet | 2 Times Daily | 2/10/2018 | 2/14/2018 |
| Sig - Route: Take 1 tablet by mouth Twice a day - Oral<br>Reason for Discontinue: **Patient Discharge** | | | | |
| **sodium chloride (NS) 0.9 % flush 3-10 mL (Discontinued)** | 3-10 mL | As Needed | 2/10/2018 | 2/14/2018 |
| Sig - Route: Inject 3-10 mLs into the vein as needed for Line Care - IV<br>Reason for Discontinue: **Patient Discharge** | | | | |
| **warfarin (COUMADIN) tablet 8 mg (Discontinued)** | 8 mg | Once at 1700 | 2/14/2018 | 2/14/2018 |
| Sig - Route: Take 2 tablets (8 mg total) by mouth Once at 1700 - Oral<br>Reason for Discontinue: **Patient Discharge** | | | | |

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

## Flowsheets (all recorded)

### Custom Formula Data - Thu February 15, 2018

| | 1037 |
|---|---|
| **OTHER** | |
| BSA (Calculated - sq m) | 2.62 sq meters -NC |
| IBW/kg (Calculated) Male | 73 kg -NC |
| IBW/kg (Calculated) FEMALE | 68.5 kg -NC |
| Percent Weight Change Since Birth | 0 -NC |
| IBW/kg (Calculated) | 73 -NC |
| **Weights** | |
| Weight for Calculation (kg) | 138.5 kg -NC |
| **Readings** | |
| Low Range Vt 6cc/kg | 438 mL -NC |
| Adult Moderate Range Vt 8cc/kg | 584 mL -NC |
| Adult High Range Vt 10cc/kg | 730 mL -NC |

### COMMUNICABLE DISEASE SCREENING - Thu February 15, 2018

| | 1043 |
|---|---|
| **COMMUNICABLE DISEASES** | |
| Have you had a fever in the last three days? | No -NC |

### Vitals Reassessment - Thu February 15, 2018

| | 1037 |
|---|---|
| **Vitals Timer** | |
| Restart Vitals Timer | Yes -NC |

### Vitals - Thu February 15, 2018

| | 1037 |
|---|---|
| **Measurements** | |
| Weight | (!) 138.5 kg (305 lb 5.4 oz) -NC |
| Height | 1.778 m (5' 10") -NC |
| BSA (Calculated - sq m - DuBois) | 2.5 sq meters -NC |
| BMI (Calculated) | 43.8 -NC |

**Peacehealth** 1115 SE 164TH AVE VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

## Flowsheets (all recorded) (continued)

### Vitals - Thu February 15, 2018 (continued)

| | 1037 |
|---|---|
| **Vitals** | |
| BP | 120/72 -NC |
| BP Location | Left arm -NC |
| Patient Position | Sitting -NC |
| Pulse | 69 -NC |
| Resp | 18 -NC |
| Temp | 37 °C (98.6 °F) -NC |
| Temp src | Temporal -NC |
| **Pulse Oximetry** | |
| SpO2 | 100 % -NC |
| O2 Device | None (Room air) -NC |
| Activity | At Rest -NC |
| **Pain Assessment** | |
| Pain Score | Four -NC |
| Pain Frequency | Constant/continuous -NC |
| Pain Loc | CHEST -NC |
| Pain Orientation | Right -NC |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| NC | Nikki A Carpenter, RN | 12/16/14 - |

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

**Cummins,Michael M**
**2/16/2018 1:00 PM Anti-coag visit**
MRN: **01614423**

Department: **Udmc Op Infusion**
Encounter #: **394140602**

Description: **Male DOB:**
Provider: **UDMC INF, ANTICOAG 250**

Diagnoses

| | Codes | Comments |
|---|---|---|
| **Other acute pulmonary embolism without acute cor pulmonale (HCC)** | I26.99 | |

Notes

H&P Notes

No notes of this type exist for this encounter.

Progress Notes

Amy D Piper, RN at 2/16/2018 1:00 PM

Author Type: Registered Nurse Status: Signed

Pt arrives to RIC for continued bridging onto Coumadin. Pt denies any unusual bleeding/bruising. CBC and INR done by RN via venipuncture. Pt tol it well. INR 3.7. Pharmacy stated pt will not be getting any Coumadin or Enoxaparin today. Pt to return to RIC tomorrow for INR recheck. Pt aware to call MD with any concerns. Pt left RIC in stable condition.

Electronically signed by Amy D Piper, RN on 2/16/2018 1:44 PM

Pt Instruction Notes

No notes of this type exist for this encounter.

Care Advice Given

No Care Advice given for this encounter.

All Results

POCT INR- manual entry [134891826] (Abnormal) — Resulted: 02/16/18 1324, Result status: Final result

Ordering provider: Kathleen C Sullivan, MD 02/16/18 1314 Resulted by: SULLIVAN, KATHLEEN C [120082]

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | | 02/16/18 1324 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR POC | 3.7 | 0.8 - 1.2 | A | |

Complete Blood Count, No Differential [134891828] — Resulted: 02/16/18 1559, Result status: Final result

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

## All Results (continued)

Resulted: 02/16/18 1559, Result status: Final result

### Complete Blood Count, No Differential [134891828] (continued)

Ordering provider: Kathleen C Sullivan, MD 02/16/18 1316

Narrative:
The following orders were created for panel order Complete Blood Count, No Differential.

| Procedure | Abnormality | Status |
|---|---|---|
| --------- | ----------- | ------ |
| Complete Blood Count, No...[134891829] | Abnormal | Final result |

Please view results for these tests on the individual orders.

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | | 02/16/18 1324 |

Resulted: 02/16/18 1559, Result status: Final result

### Complete Blood Count, No Differential [134891829] (Abnormal)

Resulting lab: PEACEHEALTH LABORATORIES

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | | 02/16/18 1324 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 11.8 | 4.0 - 11.0 K/uL | H | PHLab 122 |
| RBC | 3.79 | 4.31 - 5.77 M/uL | L | PHLab 122 |
| HGB | 11.7 | 13.2 - 17.5 g/dL | L | PHLab 122 |
| HCT | 34.3 | 38.9 - 49.9 % | L | PHLab 122 |
| MCV | 90.5 | 80.0 - 100.0 fL | | PHLab 122 |
| MCH | 30.9 | 27.8 - 33.8 pg | | PHLab 122 |
| MCHC | 34.1 | 31.5 - 36.5 g/dL | | PHLab 122 |
| RDW | 14.0 | 11.5 - 14.2 % | | PHLab 122 |
| Platelets | 318 | 150 - 400 K/uL | | PHLab 122 |
| MPV | 9.1 | 8.5 - 12.4 fL | | PHLab 122 |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **122 - PHLab 122** | PEACEHEALTH LABORATORIES | Unknown | 722 E. 11th Ave Eugene OR 97401 | 08/29/16 1814 - Present |

## Medications - Clinical Orders

### enoxaparin (LOVENOX) injection 100 mg [134545193]

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Discontinued**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/16/18 1345 - 1 Occurrences
Released by: Amy D Piper, RN 02/16/18 1314 Discontinued by: Michael R Shaver, RPH 02/16/18 1329 [Error]

## Medications - Clinical Orders (continued)

**enoxaparin (LOVENOX) injection 100 mg [134545193] (continued)**

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

**enoxaparin (LOVENOX) injection 100 mg [134545192]**

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Discontinued**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/16/18 1345 - 1 Occurrences
Released by: Amy D Piper, RN 02/16/18 1314 Discontinued by: Michael R Shaver, RPH 02/16/18 1329 [Error]
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

**enoxaparin (LOVENOX) injection 100 mg [134545178]**

Status: **Cancel Held**
This order may be acted on in another encounter.
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/16/18 - 1 Occurrences
Discontinued by: Ermal A Griswold, RN 02/17/18 1308
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

**enoxaparin (LOVENOX) injection 100 mg [134545179]**

Status: **Cancel Held**
This order may be acted on in another encounter.
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/16/18 - 1 Occurrences
Discontinued by: Ermal A Griswold, RN 02/17/18 1308
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

## Lab - Clinical Orders

**Complete Blood Count, No Differential [134891829]**

Status: **Completed**
Order placed as a reflex to Complete Blood Count, No Differential [134891828] ordered on 02/15/18 at 0810
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Authorized by: Kathleen C Sullivan, MD
Frequency: 02/16/18 -
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

**Complete Blood Count, No Differential [134891827]**

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Active**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: 02/16/18 -

## Lab - Clinical Orders (continued)

Complete Blood Count, No Differential [134891827] (continued)

Released by: Amy D Piper, RN 02/16/18 1315

Diagnoses:

Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

## Other Orders

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Cancel Held**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/16/18 - 1 Occurrences
Canceled by: Amy D Piper, RN 02/16/18 1313

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

Order comments:
Follow-up anticoagulation by Dr. Knowlton.

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Cancel Held**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/16/18 - 1 Occurrences
Canceled by: Amy D Piper, RN 02/16/18 1313

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

Order comments:
PE/DVT (new or history) -- overlap for at least 5 days and INR = 2-3 for at least 2 days.

### Treatment Lab Instructions

Electronically signed by: **Teresa L Calamas, RPH on 02/15/18 2018** Status: **Cancel Held**
Ordering user: Teresa L Calamas, RPH 02/15/18 2018 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Until Discontinued 02/16/18 - Until Specified
Canceled by: Amy D Piper, RN 02/16/18 1313

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

Order comments:
Release the following labs every 3 days while on enoxaparin: -CBC no differential Provider approves to Release and Draw labs 2 days Pre & Post this Planned Treatment Date.

### Treatment Lab Instructions

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Cancel Held**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Until Discontinued 02/16/18 - Until Specified
Canceled by: Amy D Piper, RN 02/16/18 1313

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

Order comments:
Release and result INR daily.

### Patient education (specify)

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Cancel Held**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING Frequency: Once 02/16/18 - 1 Occurrences

Other Orders (continued)

Patient education (specify) (continued)
(OREGON NETWORK ONLY)
Canceled by: Amy D Piper, RN 02/16/18 1313
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Educate patient regarding: - Maintaining a diet with consistent vitamin K intake - Maintain a consistent activity level - Check urine and stool with each void for the presence of blood or black, tarry stools - Notify provider/anticoagulation clinic responsible for warfarin dosing if there are any changes in prescription or non-prescription medicaitons

Nursing Communication
Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Cancel Held**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/16/18 - 1 Occurrences
Canceled by: Amy D Piper, RN 02/16/18 1313
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Fax warfarin dosing record to follow-up MD / Anticoagulation clinic upon discharge from Infusion Center.

Nursing Communication
Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/16/18 1314 - 1 Occurrences
Released by: Amy D Piper, RN 02/16/18 1314 Discontinued by: Automatic Discharge Provider 02/16/18 1544 [Patient Discharge]
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Follow-up anticoagulation by Dr. Knowlton.

Nursing Communication
Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/16/18 1314 - 1 Occurrences
Released by: Amy D Piper, RN 02/16/18 1314 Discontinued by: Automatic Discharge Provider 02/16/18 1544 [Patient Discharge]
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
PE/DVT (new or history) -- overlap for at least 5 days and INR = 2-3 for at least 2 days.

Treatment Lab Instructions
Electronically signed by: **Teresa L Calamas, RPH on 02/15/18 2018** Status: **Discontinued**
Ordering user: Teresa L Calamas, RPH 02/15/18 2018 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Until Discontinued 02/16/18 1314 - Until Specified

## Other Orders (continued)

### Treatment Lab Instructions (continued)

Released by: Amy D Piper, RN 02/16/18 1314
Discontinued by: Automatic Discharge Provider 02/16/18 1544 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Release the following labs every 3 days while on enoxaparin: -CBC no differential Provider approves to Release and Draw labs 2 days Pre & Post this Planned Treatment Date.

### Treatment Lab Instructions

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851
Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY)
Frequency: Until Discontinued 02/16/18 1314 - Until Specified
Released by: Amy D Piper, RN 02/16/18 1314
Discontinued by: Automatic Discharge Provider 02/16/18 1544 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Release and result INR daily.

### Patient education (specify)

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851
Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY)
Frequency: Once 02/16/18 1314 - 1 Occurrences
Released by: Amy D Piper, RN 02/16/18 1314
Discontinued by: Automatic Discharge Provider 02/16/18 1544 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Educate patient regarding: - Maintaining a diet with consistent vitamin K intake - Maintain a consistent activity level - Check urine and stool with each void for the presence of blood or black, tarry stools - Notify provider/anticoagulation clinic responsible for warfarin dosing if there are any changes in prescription or non-prescription medicaitons

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851
Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY)
Frequency: Once 02/16/18 1314 - 1 Occurrences
Released by: Amy D Piper, RN 02/16/18 1314
Discontinued by: Automatic Discharge Provider 02/16/18 1544 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Fax warfarin dosing record to follow-up MD / Anticoagulation clinic upon discharge from Infusion Center.

### POCT INR- manual entry

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/15/18 0810
Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD

Other Orders (continued)

POCT INR- manual entry (continued)

From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: 02/16/18 -
Released by: Amy D Piper, RN 02/16/18 1314
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Daily Post-Procedure.

Medications at End of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 1 MG tablet (Taking)**<br>Sig - Route: Take 1 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **docusate sodium (COLACE) 100 MG capsule (Taking)**<br>Sig - Route: Take 1 capsule (100 mg total) by mouth Twice a day - Oral<br>Class: Print | 100 capsule | 1 | 1/8/2018 | |
| **hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet (Taking)**<br>Sig - Route: Take 25 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **lisinopril (PRINIVIL,ZESTRIL) 40 MG tablet (Taking)**<br>Sig - Route: Take 40 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **propranolol (INDERAL) 40 MG tablet (Taking)**<br>Sig - Route: Take 40 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **sulfamethoxazole-trimethoprim (BACTRIM DS) 800-160 mg per tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **warfarin (COUMADIN) 5 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic. - Oral | 10 tablet | 0 | 2/14/2018 | |

Medications this visit

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/15/2018 | 2/15/2018 |
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/15/2018 | 2/15/2018 |

Medications this visit (continued)

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **warfarin (COUMADIN) tablet 8 mg**<br>Sig - Route: Take 2 tablets (8 mg total) by mouth once - Oral | 8 mg | Once | 2/15/2018 | 2/15/2018 |

| Peacehealth | 1115 SE 164TH AVE<br>VANCOUVER WA 98683 | CUMMINS,MICHAEL M<br>MRN: 01614423<br>DOB: Sex: M<br>Acct #: 1301121387 |
|---|---|---|

## Flowsheets (all recorded)

### Vitals Reassessment - Fri February 16, 2018

| | 1309 |
|---|---|
| **Vitals Timer** | |
| Restart Vitals Timer | Yes -AP |

### Vitals - Fri February 16, 2018

| | 1309 |
|---|---|
| **Vitals** | |
| BP | 122/69 -AP |
| BP Location | Left arm -AP |
| Patient Position | Sitting -AP |
| Pulse | 79 -AP |
| Resp | 18 -AP |
| Temp | 36 °C (96.8 °F) -AP |
| Temp src | Temporal -AP |
| **Pulse Oximetry** | |
| SpO2 | 98 % -AP |
| O2 Device | None (Room air) -AP |
| Activity | At Rest -AP |
| **Pain Assessment** | |
| Pain Score | Six -AP |
| Pain Frequency | Constant/continuous -AP |
| Pain Loc | CHEST -AP |
| Pain Orientation | Right -AP |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| AP | Amy D Piper, RN | 05/05/16 - |

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

**Cummins,Michael M**
**2/17/2018 1:00 PM Anti-coag visit**
MRN: **01614423**

Department: **Udmc Op Infusion**
Encounter #: **394140603**

Description: **Male DOB:**
Provider: **UDMC INF, ANTICOAG 250**

Reason for Visit

**Anticoagulation**

Diagnoses

| | Codes | Comments |
|---|---|---|
| **Other acute pulmonary embolism without acute cor pulmonale (HCC)** | I26.99 | |

## Notes

H&P Notes

No notes of this type exist for this encounter.

## Progress Notes

Ermal A Griswold, RN at 2/17/2018 1:00 PM

Author Type: Registered Nurse Status: Signed

Pt. Arrives ambulatory and in stable condition. Pt. Here to bridge onto Warfarin. RN-fingerstick for INR. INR 2.4 with Enoxaparin 200 mg. Subcutaneously and Warfarin 5 mg. Po. Given. Denies any bleeding or bruising concerns. Pt. To return tomorrow. Pt. To report any concerns to PCP. Pt. In stable condition on discharge from RIC.

Electronically signed by Ermal A Griswold, RN on 2/17/2018 2:27 PM

Pt Instruction Notes

No notes of this type exist for this encounter.

Care Advice Given

No Care Advice given for this encounter.

## All Results

POCT INR- manual entry [134996956] (Abnormal) Resulted: 02/17/18 1309, Result status: Final result

Ordering provider: Kathleen C Sullivan, MD 02/17/18 1308

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | | 02/17/18 1309 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR POC | 2.4 | 0.8 - 1.2 | A | |

## All Results (continued)

POCT INR- manual entry [134996956] (Abnormal) (continued) — Resulted: 02/17/18 1309, Result status: Final result

Comment: Lot # 235609-12, exp. 2018-11

## Medications - Clinical Orders

**warfarin (COUMADIN) tablet 5 mg [134998238]**

Electronically signed by: **Gina K Giesbrecht-Lucero, RPH on 02/17/18 1320** — Status: **Completed**
Ordering user: Gina K Giesbrecht-Lucero, RPH 02/17/18 1320 — Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
Frequency: Once 02/17/18 1400 - 1 Occurrences

**enoxaparin (LOVENOX) injection 100 mg [134996954]**

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** — Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 — Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) — Frequency: Once 02/17/18 1345 - 1 Occurrences
Released by: Ermal A Griswold, RN 02/17/18 1308
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

**enoxaparin (LOVENOX) injection 100 mg [134996955]**

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** — Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 — Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) — Frequency: Once 02/17/18 1345 - 1 Occurrences
Released by: Ermal A Griswold, RN 02/17/18 1308
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

**enoxaparin (LOVENOX) injection 100 mg [134891830]**

Status: **Cancel Held**
This order may be acted on in another encounter.
Ordering user: Michael R Shaver, RPH 02/15/18 0810 — Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) — Frequency: Once 02/19/18 - 1 Occurrences
Discontinued by: Andrea L Trotter, RN 02/18/18 1338
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

**enoxaparin (LOVENOX) injection 100 mg [134891831]**

Status: **Cancel Held**
This order may be acted on in another encounter.
Ordering user: Michael R Shaver, RPH 02/15/18 0810 — Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING — Frequency: Once 02/19/18 - 1 Occurrences

## Medications - Clinical Orders (continued)

enoxaparin (LOVENOX) injection 100 mg [134891831] (continued)

(OREGON NETWORK ONLY)

Discontinued by: Andrea L Trotter, RN 02/18/18 1338

Diagnoses:

Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

## Other Orders

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/17/18 1309 - 1 Occurrences
Released by: Ermal A Griswold, RN 02/17/18 1308 Discontinued by: Automatic Discharge Provider 02/17/18 1627 [Patient Discharge]
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Follow-up anticoagulation by Dr. Knowlton.

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/17/18 1309 - 1 Occurrences
Released by: Ermal A Griswold, RN 02/17/18 1308 Discontinued by: Automatic Discharge Provider 02/17/18 1627 [Patient Discharge]
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
PE/DVT (new or history) -- overlap for at least 5 days and INR = 2-3 for at least 2 days.

### Treatment Lab Instructions

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Until Discontinued 02/17/18 1309 - Until Specified
Released by: Ermal A Griswold, RN 02/17/18 1308 Discontinued by: Automatic Discharge Provider 02/17/18 1627 [Patient Discharge]
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Release and result INR daily.

### Patient education (specify)

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/17/18 1309 - 1 Occurrences
Released by: Ermal A Griswold, RN 02/17/18 1308 Discontinued by: Automatic Discharge Provider 02/17/18 1627 [Patient Discharge]
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Educate patient regarding: - Maintaining a diet with consistent vitamin K intake - Maintain a consistent activity level - Check urine and stool with each void for the presence of blood or black, tarry stools - Notify provider/anticoagulation clinic responsible for warfarin dosing if there are any changes in prescription or non-prescription medicaitons

## Other Orders (continued)

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/17/18 1309 - 1 Occurrences
Released by: Ermal A Griswold, RN 02/17/18 1308 Discontinued by: Automatic Discharge Provider 02/17/18 1627 [Patient Discharge]
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Fax warfarin dosing record to follow-up MD / Anticoagulation clinic upon discharge from Infusion Center.

### POCT INR- manual entry

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: 02/17/18 -
Released by: Ermal A Griswold, RN 02/17/18 1308
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Daily Post-Procedure.

### Medications at End of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 1 MG tablet**<br>Sig - Route: Take 1 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **docusate sodium (COLACE) 100 MG capsule**<br>Sig - Route: Take 1 capsule (100 mg total) by mouth Twice a day - Oral<br>Class: Print | 100 capsule | 1 | 1/8/2018 | |
| **hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **lisinopril (PRINIVIL,ZESTRIL) 40 MG tablet**<br>Sig - Route: Take 40 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **propranolol (INDERAL) 40 MG tablet**<br>Sig - Route: Take 40 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **sulfamethoxazole-trimethoprim (BACTRIM DS) 800-160 mg per tablet**<br>Sig - Route: Take 1 tablet by mouth Twice a day - Oral | | | | |

**Medications at End of Encounter (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med | | | | |
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic. - Oral | 10 tablet | 0 | 2/14/2018 | |

**Medications this visit**

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/17/2018 | 2/17/2018 |
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/17/2018 | 2/17/2018 |
| **warfarin (COUMADIN) tablet 5 mg**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth once - Oral | 5 mg | Once | 2/17/2018 | 2/17/2018 |
| **enoxaparin (LOVENOX) injection 100 mg (Discontinued)**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous<br>Reason for Discontinue: **Error** | 100 mg | Once | 2/16/2018 | 2/16/2018 |
| **enoxaparin (LOVENOX) injection 100 mg (Discontinued)**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous<br>Reason for Discontinue: **Error** | 100 mg | Once | 2/16/2018 | 2/16/2018 |

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

## Flowsheets (all recorded)

### Vitals Reassessment - Sat February 17, 2018

| | 1305 |
|---|---|
| **Vitals Timer** | |
| Restart Vitals Timer | Yes -EG |

### Vitals - Sat February 17, 2018

| | 1305 |
|---|---|
| **Vitals** | |
| BP | 120/60 -EG |
| BP Location | Left arm -EG |
| Patient Position | Sitting -EG |
| Pulse | 79 -EG |
| Resp | 18 -EG |
| Temp | 36.9 °C (98.4 °F) -EG |
| Temp src | Temporal -EG |
| **Pulse Oximetry** | |
| SpO2 | 100 % -EG |
| O2 Device | None (Room air) -EG |
| Activity | At Rest -EG |
| **Pain Assessment** | |
| Pain Score | Two -EG |
| Pain Frequency | Constant/continuous -EG |
| Pain Loc | CHEST -EG |
| Pain Orientation | Right -EG |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| EG | Ermal A Griswold, RN | 05/05/16 - |

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

**Cummins,Michael M**
**2/18/2018 1:00 PM Anti-coag visit**
MRN: **01614423**

Department: **Udmc Op Infusion**
Encounter #: **394140604**

Description: **Male DOB: 7/30/1970**
Provider: **UDMC INF, ANTICOAG 250**

Reason for Visit

**Anticoagulation** Bridging on

Diagnoses

| | Codes | Comments |
|---|---|---|
| **Other acute pulmonary embolism without acute cor pulmonale (HCC)** | I26.99 | |

## Notes

H&P Notes

No notes of this type exist for this encounter.

## Progress Notes

Andrea L Trotter, RN at 2/18/2018 1:00 PM

Author Type: Registered Nurse Status: Signed

Pt here bridging on to Coumadin. Pt reports that he believes the Enoxaparin is making him nauseated. He is also have some blood when he coughs. He was told to expect this due to the PE. Fingerstick done for INR. Info faxed to the pharmacy. Pt was hopeful for discharge. Spoke to the pharmacist who said they need one more day to determine the dose. His INR results have changed too dramatically for her to have a good estimation of the appropriate dose. Informed the patient that he will need to come back tomorrow. Gave pt Warfarin PO and Enoxaparin subcutaneous per orders. Pt left the RIC in stable condition, ambulatory, and expressed understanding to contact his doctor if he has any concerns.

Electronically signed by Andrea L Trotter, RN on 2/18/2018 2:09 PM

Pt Instruction Notes

No notes of this type exist for this encounter.

Care Advice Given

No Care Advice given for this encounter.

Patient Findings

Negatives: Signs/symptoms of thrombosis, Signs/symptoms of bleeding, Laboratory test error suspected, Change in health, Change in alcohol use, Change in activity, Upcoming invasive procedure, Emergency department visit, Upcoming dental procedure, Missed doses, Extra doses, Change in medications, Change in diet/appetite, Hospital admission, Bruising, Other complaints

## All Results

POCT INR- manual entry [135072559] (Abnormal) — Resulted: 02/18/18 1326, Result status: Final result

Ordering provider: Kathleen C Sullivan, MD 02/18/18 1326

## All Results (continued)

POCT INR- manual entry [135072559] (Abnormal) (continued) — Resulted: 02/18/18 1326, Result status: Final result

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | | 02/18/18 1326 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR POC | 2.0 | 0.8 - 1.2 | A | |

Comment: fingerstick; 2018-11-30; 23547511

## Medications - Clinical Orders

**enoxaparin (LOVENOX) injection 100 mg [135072561]**

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/18/18 1415 - 1 Occurrences
Released by: Andrea L Trotter, RN 02/18/18 1338
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

**enoxaparin (LOVENOX) injection 100 mg [135072562]**

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/18/18 1415 - 1 Occurrences
Released by: Andrea L Trotter, RN 02/18/18 1338
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]

**warfarin (COUMADIN) tablet 7.5 mg [135072560]**

Electronically signed by: **Gina K Giesbrecht-Lucero, RPH on 02/18/18 1330** Status: **Completed**
Ordering user: Gina K Giesbrecht-Lucero, RPH 02/18/18 1330 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
Frequency: Once 02/18/18 1415 - 1 Occurrences

**enoxaparin (LOVENOX) injection 100 mg [134998239]**

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Cancel Held**
Ordering user: Michael R Shaver, RPH 02/19/18 1312 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/19/18 - 1 Occurrences
Discontinued by: Kathy E Sullivan, RN 02/19/18 1430

**enoxaparin (LOVENOX) injection 100 mg [134998240]**

## Medications - Clinical Orders (continued)

**enoxaparin (LOVENOX) injection 100 mg [134998240] (continued)**

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Cancel Held**
Ordering user: Michael R Shaver, RPH 02/19/18 1312 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD

From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/19/18 - 1 Occurrences
Discontinued by: Kathy E Sullivan, RN 02/19/18 1430

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

## Other Orders

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/18/18 1303 - 1 Occurrences
Released by: Andrea L Trotter, RN 02/18/18 1302 Discontinued by: Automatic Discharge Provider 02/18/18 1609 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Follow-up anticoagulation by Dr. Knowlton.

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/18/18 1303 - 1 Occurrences
Released by: Andrea L Trotter, RN 02/18/18 1302 Discontinued by: Automatic Discharge Provider 02/18/18 1609 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
PE/DVT (new or history) -- overlap for at least 5 days and INR = 2-3 for at least 2 days.

### Treatment Lab Instructions

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Until Discontinued 02/18/18 1303 - Until Specified
Released by: Andrea L Trotter, RN 02/18/18 1302 Discontinued by: Automatic Discharge Provider 02/18/18 1609 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Release and result INR daily.

### Patient education (specify)

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/18/18 1303 - 1 Occurrences
Released by: Andrea L Trotter, RN 02/18/18 1302 Discontinued by: Automatic Discharge Provider 02/18/18 1609 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Educate patient regarding: - Maintaining a diet with consistent vitamin K intake - Maintain a consistent activity level - Check urine and stool with each void for the presence of blood or black, tarry stools - Notify provider/anticoagulation clinic responsible for warfarin dosing if there are any changes in prescription or non-prescription medicaitons

Other Orders (continued)

Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/18/18 1303 - 1 Occurrences
Released by: Andrea L Trotter, RN 02/18/18 1302 Discontinued by: Automatic Discharge Provider 02/18/18 1609 [Patient Discharge]
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Fax warfarin dosing record to follow-up MD / Anticoagulation clinic upon discharge from Infusion Center.

POCT INR- manual entry

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: 02/18/18 -
Released by: Andrea L Trotter, RN 02/18/18 1326
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Daily Post-Procedure.

Medications at End of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 1 MG tablet**<br>Sig - Route: Take 1 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **docusate sodium (COLACE) 100 MG capsule**<br>Sig - Route: Take 1 capsule (100 mg total) by mouth Twice a day - Oral<br>Class: Print | 100 capsule | 1 | 1/8/2018 | |
| **hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **lisinopril (PRINIVIL,ZESTRIL) 40 MG tablet**<br>Sig - Route: Take 40 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **propranolol (INDERAL) 40 MG tablet**<br>Sig - Route: Take 40 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **sulfamethoxazole-trimethoprim (BACTRIM DS) 800-160 mg per tablet**<br>Sig - Route: Take 1 tablet by mouth Twice a day - Oral | | | | |

**Peacehealth**

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

Medications at End of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med | | | | |
| **warfarin (COUMADIN) 5 MG tablet** | 10 tablet | 0 | 2/14/2018 | |

Sig - Route: Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic. - Oral

Medications this visit

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/17/2018 | 2/17/2018 |
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/17/2018 | 2/17/2018 |
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/18/2018 | 2/18/2018 |
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/18/2018 | 2/18/2018 |
| **warfarin (COUMADIN) tablet 5 mg**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth once - Oral | 5 mg | Once | 2/17/2018 | 2/17/2018 |
| **warfarin (COUMADIN) tablet 7.5 mg**<br>Sig - Route: Take 1 tablet (7.5 mg total) by mouth once - Oral | 7.5 mg | Once | 2/18/2018 | 2/18/2018 |

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

## Flowsheets (all recorded)

### Vitals Reassessment - Sun February 18, 2018

| | 1306 |
|---|---|
| **Vitals Timer** | |
| Restart Vitals Timer | Yes -AT |

### Vitals - Sun February 18, 2018

| | 1306 |
|---|---|
| **Vitals** | |
| BP | 120/77 -AT |
| Pulse | 63 -AT |
| Resp | 16 -AT |
| Temp | 36.1 °C (97 °F) -AT |
| **Pulse Oximetry** | |
| SpO2 | 95 % -AT |
| **Pain Assessment** | |
| Pain Score | Three -AT |
| Pain Frequency | Constant/continuous -AT |
| Pain Loc | RIB CAGE -AT |
| Pain Orientation | Right -AT |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| AT | Andrea L Trotter, RN | 03/06/15 - |

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

**Cummins,Michael M**
**2/19/2018 1:00 PM Anti-coag visit**
MRN: **01614423**

Department: **Udmc Op Infusion**
Encounter #: **394140605**

Description: **Male DOB:**
Provider: **UDMC INF, ANTICOAG 250**

Reason for Visit

**Anticoagulation**

Diagnoses

| | Codes | Comments |
|---|---|---|
| **Other acute pulmonary embolism without acute cor pulmonale (HCC)** | I26.99 | |

## Notes

H&P Notes

No notes of this type exist for this encounter.

### Progress Notes

Kathy E Sullivan, RN at 2/19/2018 1:00 PM

Author Type: Registered Nurse Status: Signed

Arrived ambulatory for bridging on to Coumadin. Denies sob, bleeding or bruising problems. Understands s/s to watch for and report to MD. Fingerstick INR done by RN. Did not need CBC per pharmacy.
1330; Coumadin po given. Written discharge instructions given and reviewed with pt. Pt left in stable condition with the understanding to call MD for any concerns or problems.

Electronically signed by Kathy E Sullivan, RN on 2/19/2018 2:31 PM

Pt Instruction Notes

No notes of this type exist for this encounter.

Care Advice Given

No Care Advice given for this encounter.

## All Results

POCT INR- manual entry [135187701] (Abnormal)

Resulted: 02/19/18 1318, Result status: Final result

Ordering provider: Kathleen C Sullivan, MD 02/19/18 1318 Resulted by: SULLIVAN, KATHLEEN C [120082]

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | | 02/19/18 1318 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR POC | 2.4 | 0.8 - 1.2 | A | |

## All Results (continued)

POCT INR- manual entry [135187701] (Abnormal) (continued) — Resulted: 02/19/18 1318, Result status: Final result

Comment: 19664014, 2018-09-30, f

## Medications - Clinical Orders

**warfarin (COUMADIN) tablet 5 mg [135187702]**

Electronically signed by: **Michael R Shaver, RPH on 02/19/18 1324** Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/19/18 1324 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
Frequency: Once 02/19/18 1400 - 1 Occurrences

**enoxaparin (LOVENOX) injection 100 mg [135186140]**

Electronically signed by: **Michael R Shaver, RPH on 02/19/18 1312** Status: **Held**
This order may be acted on in another encounter.
Ordering user: Michael R Shaver, RPH 02/19/18 1312 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/20/18 - 1 Occurrences

**enoxaparin (LOVENOX) injection 100 mg [135186139]**

Electronically signed by: **Michael R Shaver, RPH on 02/19/18 1312** Status: **Held**
This order may be acted on in another encounter.
Ordering user: Michael R Shaver, RPH 02/19/18 1312 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/20/18 - 1 Occurrences

**enoxaparin (LOVENOX) injection 100 mg [135072563]**

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Cancel Held**
Ordering user: Michael R Shaver, RPH 02/19/18 1312 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/19/18 - 1 Occurrences
Discontinued by: Michael R Shaver, RPH 02/19/18 1311

**enoxaparin (LOVENOX) injection 100 mg [135072564]**

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Cancel Held**
Ordering user: Michael R Shaver, RPH 02/19/18 1312 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/19/18 - 1 Occurrences
Discontinued by: Michael R Shaver, RPH 02/19/18 1312

## Other Orders

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/19/18 1308 - 1 Occurrences
Released by: Kathy E Sullivan, RN 02/19/18 1307 Discontinued by: Automatic Discharge Provider 02/19/18 1631 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Follow-up anticoagulation by Dr. Knowlton.

### Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/19/18 1308 - 1 Occurrences
Released by: Kathy E Sullivan, RN 02/19/18 1307 Discontinued by: Automatic Discharge Provider 02/19/18 1631 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
PE/DVT (new or history) -- overlap for at least 5 days and INR = 2-3 for at least 2 days.

### Treatment Lab Instructions

Electronically signed by: **Teresa L Calamas, RPH on 02/15/18 2018** Status: **Discontinued**
Ordering user: Teresa L Calamas, RPH 02/15/18 2018 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Until Discontinued 02/19/18 1308 - Until Specified
Released by: Kathy E Sullivan, RN 02/19/18 1307 Discontinued by: Automatic Discharge Provider 02/19/18 1631 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Release the following labs every 3 days while on enoxaparin: -CBC no differential Provider approves to Release and Draw labs 2 days Pre & Post this Planned Treatment Date.

### Treatment Lab Instructions

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Until Discontinued 02/19/18 1308 - Until Specified
Released by: Kathy E Sullivan, RN 02/19/18 1307 Discontinued by: Automatic Discharge Provider 02/19/18 1631 [Patient Discharge]

Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Release and result INR daily.

### Patient education (specify)

Other Orders (continued)

Patient education (specify) (continued)

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/19/18 1308 - 1 Occurrences
Released by: Kathy E Sullivan, RN 02/19/18 1307 Discontinued by: Automatic Discharge Provider 02/19/18 1631 [Patient Discharge]
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Educate patient regarding: - Maintaining a diet with consistent vitamin K intake - Maintain a consistent activity level - Check urine and stool with each void for the presence of blood or black, tarry stools - Notify provider/anticoagulation clinic responsible for warfarin dosing if there are any changes in prescription or non-prescription medicaitons

Nursing Communication

Electronically signed by: **John Grabow, RPH on 02/12/18 0851** Status: **Discontinued**
Ordering user: John Grabow, RPH 02/12/18 0851 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: Once 02/19/18 1308 - 1 Occurrences
Released by: Kathy E Sullivan, RN 02/19/18 1307 Discontinued by: Automatic Discharge Provider 02/19/18 1631 [Patient Discharge]
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Fax warfarin dosing record to follow-up MD / Anticoagulation clinic upon discharge from Infusion Center.

POCT INR- manual entry

Electronically signed by: **Michael R Shaver, RPH on 02/15/18 0810** Status: **Completed**
Ordering user: Michael R Shaver, RPH 02/15/18 0810 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
From therapy plan: ANTICOAGULATION BRIDGING (OREGON NETWORK ONLY) Frequency: 02/19/18 -
Released by: Kathy E Sullivan, RN 02/19/18 1318
Diagnoses:
Other acute pulmonary embolism without acute cor pulmonale (HCC) [I26.99]
Order comments:
Daily Post-Procedure.

Medications at End of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 1 MG tablet**<br>Sig - Route: Take 1 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **docusate sodium (COLACE) 100 MG capsule**<br>Sig - Route: Take 1 capsule (100 mg total) by mouth Twice a day - Oral<br>Class: Print | 100 capsule | 1 | 1/8/2018 | |
| **hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet** | | | | |

## Medications at End of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 25 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **lisinopril (PRINIVIL,ZESTRIL) 40 MG tablet**<br>Sig - Route: Take 40 mg by mouth every morning - Oral<br>Class: Historical Med | | | | |
| **propranolol (INDERAL) 40 MG tablet**<br>Sig - Route: Take 40 mg by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **sulfamethoxazole-trimethoprim (BACTRIM DS) 800-160 mg per tablet**<br>Sig - Route: Take 1 tablet by mouth Twice a day - Oral<br>Class: Historical Med | | | | |
| **warfarin (COUMADIN) 5 MG tablet**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth see administration instructions Dose as per coumadin bridging clinic. - Oral | 10 tablet | 0 | 2/14/2018 | |

## Medications this visit

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/18/2018 | 2/18/2018 |
| **enoxaparin (LOVENOX) injection 100 mg**<br>Sig - Route: Inject 1 mL (100 mg total) into the skin once - Subcutaneous | 100 mg | Once | 2/18/2018 | 2/18/2018 |
| **warfarin (COUMADIN) tablet 5 mg**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth once - Oral | 5 mg | Once | 2/19/2018 | 2/19/2018 |
| **warfarin (COUMADIN) tablet 7.5 mg**<br>Sig - Route: Take 1 tablet (7.5 mg total) by mouth once - Oral | 7.5 mg | Once | 2/18/2018 | 2/18/2018 |

## Flowsheets (all recorded)

### Vitals Reassessment - Mon February 19, 2018

| | 1316 |
|---|---|
| **Vitals Timer** | |
| Restart Vitals Timer | Yes -KS |

### Vitals - Mon February 19, 2018

| | 1316 |
|---|---|
| **Vitals** | |
| BP | 119/75 -KS |
| Pulse | 60 -KS |
| Resp | 16 -KS |
| **Pulse Oximetry** | |
| SpO2 | 97 % -KS |
| **Pain Assessment** | |
| Pain Score | Two -KS |
| Pain Frequency | Constant/continuous -KS |
| Pain Loc | CHEST -KS |
| Pain Orientation | Right -KS |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| KS | Kathy E Sullivan, RN | 05/05/16 - |

### Encounter-Level Documents:

Anticoag - Scan on 2/19/2018 12:00 PM (below)

Peacehealth

1115 SE 164TH AVE
VANCOUVER WA 98683

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Acct #: 1301121387

Encounter-Level Documents: (continued)

02/19/2018 13 30 FAX 541 341 3018 UD Pharmacy 0002/0002

Sacred Heart Regional Infusion Center (RIC)
***Discharge Communication***

Your patient Michael Cummins DOB
Has finished anticoagulation bridging at the Sacred Heart Infusion Center

- The patient's INR has been 2-3 for 2 day(s)
- The pharmacist would recommend the following Coumadin dose and date for the physician or follow-up anticoagulation clinic to obtain INR
  - Recommended dose 5mg once daily
  - Recommended INR date Wednesday 2/21/18 (specific date)

☑ The patient has a prescription for Coumadin and has been instructed to take the above dose until the follow-up INR has been done 5 mg

☐ The patient does **NOT** have a prescription for Coumadin and will need to be provided with a prescription by follow-up physician by tomorrow morning in order for patient to continue coumadin therapy at home

The patient's pharmacy (if known) is
Recommended tablet strength (if recommended) is ______ mg tablets

The patient has received instructions on taking Coumadin including the need to avoid taking aspirin unless otherwise directed

This information is being faxed to

Dr David Knowlton

Other

| Date | INR | Dose (mg) |
|---|---|---|
| 2/11 | 1.4 | 10 |
| 2/12 | 1.4 | 10 |
| 2/13 | 1.6 | 8 |
| 2/14 | 1.7 | none - d/c from RBH |
| 2/15 | 2.2 | 8 |
| 2/16 | 3.7 | 0 |
| 2/17 | 2.4 | 5 |
| 2/18 | 2.0 | 7.5 |
| 2/19 | 2.4 | 5 |
| | | |
| | | |

This concludes our involvement with your patient's anticoagulation Please call (541) 686-6801 with any questions

Pharmacist Signature

02/19/18 1323
Date

Cummins Michael M
DOB 47/M DOS 2/19/18 5 INF
ATTPROV Kathleen C Sullivan MD
MRN 01614423 R/B /
CSN 394140605

## Order

**Echo complete per protocol [CPD337] (Order 134123050)**

| Procedure | Abnormality | Status |
|---|---|---|
| Echo complete per protocol | | |

Echo complete per protocol [134123049]

Electronically signed by: **Kathleen C Sullivan, MD on 02/11/18 0858** Status: **Completed**

PeaceHealth

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Adm: 2/10/2018Disch: 2/14/2018

**Echo complete per protocol [134123049] (continued)**

Ordering user: Kathleen C Sullivan, MD 02/11/18 0858 Ordering provider: Kathleen C Sullivan, MD
Authorized by: Kathleen C Sullivan, MD
Frequency: Once 02/11/18 0859 - 1 Occurrences
Questions:
Reason for exam: eval right heart strain from PE

**Reason For Exam**

eval right heart strain from PE

## Result

**Echo complete per protocol (Order 134123050)**

| Procedure | Abnormality | Status |
| --- | --- | --- |
| Echo complete per protocol | | |

Resulted: 02/11/18 1117, Result status: Final result

**Echo complete per protocol [134123050]**

Ordering provider: Kathleen C Sullivan, MD 02/11/18 0858 Resulted by: Manjunath Gopal Raju, MD
Performed: 02/11/18 0914 - 02/11/18 1050 Resulting lab: XCELERA ENTERPRISE
Narrative:

Adult Echocardiogram 3311 RiverBend Drive
Springfield, OR 97477
(541) 222-7218
Name: CUMMINS, MICHAEL MStudy Date: 02/11/2018 09:51 AM BP: 89/50 mmHg
MRN: 01614423 Pt Location: RBMC ZONE6^CDUR^CDUR-40^RBMCHR: 84
DOB: 07/30/1970 Ordering MD: SULLIVAN, KATHLEEN Height: 71 in
Age: 47 yrs Referring MD: SULLIVAN, KATHLEEN C Weight: 300 lb
Gender: Male Performed By: Travis Obley, RDCS BSA: 2.5 m2 St
udy ID: 503331
Reason For Study: eval right heart strain from PE
History: Acute RLL Pulmonary embolism, s/p cholesystectomy, tobacco

Conclusions

The left ventricle is hyperdynamic.
Borderline right ventricular enlargement.
The right atrium is mildly dilated.
All four cardiac valves are normal in structure and function.
There is no prior echocardiogram noted for this patient.

Study Comments
2D transthoracic echocardiogram with color flow and Doppler.
The study was technically adequate with some images being suboptimal in quality.
There is no prior echocardiogram noted for this patient.
The patient was in normal sinus rhythm during the exam.

Left Ventricle
The left ventricle is normal in size. There is mild concentric left ventricular hypertrophy. The left ventricle is hyperdynamic. Left ventricular ejection fraction is 70% (+/- 5). Echo findings are not consistent with left ventricular outflow obstruction. There is normal diastolic function.

Right Ventricle
Borderline right ventricular enlargement. The right ventricular systolic function is normal. The tricuspid annular plane systolic excursion is 1.9 cm. A measurement of 1.6 cm or greater is consistent with normal right ventricular systolic function.

Atria
The left atrial size is normal. The left atrial volume indexed to BSA is calculated to be 36cc/m2. The right atrium is mildly dilated. There is no Doppler evidence for an interatrial shunt.

Mitral Valve
All four cardiac valves are normal in structure and function. The mitral valve is normal in structure and function. There is no mitral regurgitation noted.

Aortic Valve
The aortic valve is not well visualized secondary to technical limitations. No evidence for aortic stenosis. No aortic regurgitation is present.

Tricuspid Valve
The tricuspid valve is normal in structure and function. The right ventricular systolic pressure could not be estimated.

Pulmonic Valve
The pulmonic valve is not well seen, but is grossly normal.

Great Vessels
The aortic root is normal size. The aortic arch is not well visualized secondary to technical limitations. The IVC appears to collapse at least 50% or more, but it is dilated in size which suggests elevated central venous pressures. The IVC has a measurement of 28 mm.

Pericardium / Pleura
There is no pericardial effusion. There is an incidental finding of a pericardial fat pad found in the pericardial space.

MMode/2D Measurements & Calculations

| | | | |
|---|---|---|---|
| IVSd: 1.4 cm | RVDd: 4.6 cm | FS: 56.7 % | Ao root diam: 3.7 cm |
| LVPWd: 1.3 cm | LVIDd: 4.9 cm | | LA dimension: 4.3 cm |
| | LVIDs: 2.1 cm | | |

| | | | |
|---|---|---|---|
| LVOT diam: 2.1 cm | LA vol: 86.9 ml | BMI: 41.8 kilograms/m2 | BSA(Haycock): 2.7 m2 |
| | LA vol index: 34.7 ml/m2 | | |

| Diastolic Pressure: | Heart Rate: | Height (metric): | RAP systole: |
|---|---|---|---|
| 50.0 mmHg | 84.0 BPM | 180.3 cm | 8.0 mmHg |

PeaceHealth

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M
Adm: 2/10/2018Disch: 2/14/2018

Echo complete per protocol [134123050] (continued)

Resulted: 02/11/18 1117, Result status: Final result

Systolic Pressure: 89.0 mmHg
Weight (metric): 136.1 kg

Time Measurements
MV dec time: 0.22 sec

Doppler Measurements & Calculations
MV E max vel: 97.8 cm/sec
Lat Peak E' Vel: 11.6 cm/sec
Ao V2 max: 158.1 cm/sec
LV V1 max: 156.9 cm/sec
MV A max vel: 71.4 cm/sec
Ao max PG: 10.0 mmHg
MV E/A: 1.4
AVA(V,D): 3.6 cm2

PA V2 max: 118.4 cm/sec
PA max PG: 5.6 mmHg

WALL_START

WALL_ENDED

Interpreted by:Manjunath G Raju, MD on 02/11/2018 11:17 AM

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 101407189 | | | 02/11/18 0951 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **147 - Unknown** | XCELERA ENTERPRISE | Unknown | Unknown | 03/10/15 1719 - Present |

Reading Providers

| | Reading Role | Read Date |
|---|---|---|
| Manjunath Gopal Raju, MD | | 2/11/2018 |

Signed

Electronically signed by Manjunath Gopal Raju, MD on 2/11/18 at 1117 PST

HAR Consent for General Treatment & Financial Agreement - Received on 1/8/2018

**PEACEHEALTH MEDICAL CENTER** and **PEACEHEALTH MEDICAL GROUP**

**Consent for General Treatment:**

I understand and agree that as a patient I will receive general medical services and treatment, including HIV testing. I understand I have the right to ask questions about and refuse these services.

I acknowledge that my health care providers may be independent contractors not employed by PeaceHealth. Health care students may also treat me. I understand if special procedures or operations are needed, my health care providers will discuss this with me

HAR Consent for General Treatment & Financial Agreement - Received on 1/8/2018 (continued)

and my additional consent may be required.

I authorize the hospital and all clinical providers who provide care to me, along with any billing services or other agents who may work on their behalf, to contact me on my cell phone and/or home phone using automated telephone dialing systems, email messages, text messages or other computer assisted technology.

**Financial Responsibility Agreement:**

- I understand that in consideration of the services provided I agree to pay charges according to PeaceHealth regular rates and terms.
- I understand and agree that PeaceHealth may make inquiries regarding insurance coverage and my financial responsibility from third party payors or other responsible parties. In addition, I give consent for these payors and/or references to release information to PeaceHealth.
- I understand that PeaceHealth reserves the right to require proof of my ability to pay and may require a payment prior to service. I further understand that payments collected will be applied to my total bill owed.
- I authorize direct payment to PeaceHealth and/or health care providers during this period of medical care any third party, insurance, or liability benefits otherwise payable to me. I also authorize direct payment to the surgeon and/or physician or anesthesiologist any third party/insurance benefits which may be due under this claim.
- If I am applying for payment under Medicare, Medicaid, Champus, or TRICARE, I certify that the information I give is correct. I request benefit payments be made directly to PeaceHealth.
- I further agree to pay for services denied or not covered by my insurance regardless of the reason for denial or non-coverage.
- I understand I will be billed separately for services provided by non-employed providers such as Emergency Room Physicians, Anesthesiologists or Radiologists.

**Financial Assistance Program**: PeaceHealth provides financial assistance to all persons meeting income eligibility criteria. Charges may be waived or reduced only after all other financial resources have been applied for and exhausted and if the patient is eligible for PeaceHealth Financial Assistance Programs.

**Non-Discrimination Policy**: PeaceHealth provides services to all people. It does not discriminate against any patient because of race, religion, national origin, gender, sexual orientation, disability or insurance program such as Medicaid or Medicare. PeaceHealth provides emergency services regardless of the patient's ability to pay for those services.

**Personal Property and Valuables – Patient Waiver of Liability:** PeaceHealth is not responsible for loss or damage to personal property or medications brought to the hospital. Patients are advised to leave valuable items at home or to send valuables home with a responsible person. Only medically necessary devices may remain at the bedside.

**Patient Rights and Responsibilities:** I acknowledge receipt of information regarding Patient Rights and may accept or refuse care at any time.

***I am the patient or the patient's agent or authorized representative. I acknowledge that I have read this agreement and understand its purpose and contents. By signing here, I consent for health care services and accept the terms of the financial agreement.***

**Patient Name: Cummins,Michael M** **Date/Time: 01/08/18, 9:58 AM**

[signature] Self

**Signature of Patient/Representative** **Relationship to patient**

***If unable to sign*: Caregiver Signature & 3x3** **Witness Signature**

HAR Consent for General Treatment & Financial Agreement - Received on 2/10/2018

**PEACEHEALTH MEDICAL CENTER** and **PEACEHEALTH MEDICAL GROUP**

**Consent for General Treatment:**

I understand and agree that as a patient I will receive general medical services and treatment, including HIV testing. I understand I have the right to ask questions about and refuse these services.

I acknowledge that my health care providers may be independent contractors not employed by PeaceHealth. Health care students