HAR Consent for General Treatment & Financial Agreement - Received on 2/10/2018 (continued)

may also treat me. I understand if special procedures or operations are needed, my health care providers will discuss this with me and my additional consent may be required.

I authorize the hospital and all clinical providers who provide care to me, along with any billing services or other agents who may work on their behalf, to contact me on my cell phone and/or home phone using automated telephone dialing systems, email messages, text messages or other computer assisted technology.

**Financial Responsibility Agreement:**

- I understand that in consideration of the services provided I agree to pay charges according to PeaceHealth regular rates and terms.
- I understand and agree that PeaceHealth may make inquiries regarding insurance coverage and my financial responsibility from third party payors or other responsible parties. In addition, I give consent for these payors and/or references to release information to PeaceHealth.
- I understand that PeaceHealth reserves the right to require proof of my ability to pay and may require a payment prior to service. I further understand that payments collected will be applied to my total bill owed.
- I authorize direct payment to PeaceHealth and/or health care providers during this period of medical care any third party, insurance, or liability benefits otherwise payable to me. I also authorize direct payment to the surgeon and/or physician or anesthesiologist any third party/insurance benefits which may be due under this claim.
- If I am applying for payment under Medicare, Medicaid, Champus, or TRICARE, I certify that the information I give is correct. I request benefit payments be made directly to PeaceHealth.
- I further agree to pay for services denied or not covered by my insurance regardless of the reason for denial or non-coverage.
- I understand I will be billed separately for services provided by non-employed providers such as Emergency Room Physicians, Anesthesiologists or Radiologists.

**Financial Assistance Program**: PeaceHealth provides financial assistance to all persons meeting income eligibility criteria. Charges may be waived or reduced only after all other financial resources have been applied for and exhausted and if the patient is eligible for PeaceHealth Financial Assistance Programs.

**Non-Discrimination Policy**: PeaceHealth provides services to all people. It does not discriminate against any patient because of race, religion, national origin, gender, sexual orientation, disability or insurance program such as Medicaid or Medicare. PeaceHealth provides emergency services regardless of the patient's ability to pay for those services.

**Personal Property and Valuables – Patient Waiver of Liability:** PeaceHealth is not responsible for loss or damage to personal property or medications brought to the hospital. Patients are advised to leave valuable items at home or to send valuables home with a responsible person. Only medically necessary devices may remain at the bedside.

**Patient Rights and Responsibilities:** I acknowledge receipt of information regarding Patient Rights and may accept or refuse care at any time.

***I am the patient or the patient's agent or authorized representative. I acknowledge that I have read this agreement and understand its purpose and contents. By signing here, I consent for health care services and accept the terms of the financial agreement.***

**Patient Name: Cummins,Michael M** **Date/Time: 02/10/18, 2:19 PM**

[signature]

**Signature of Patient/Representative** **Relationship to patient**

***If unable to sign*: Caregiver Signature & 3x3** **Witness Signature**

HAR Consent for General Treatment & Financial Agreement - Received on 2/15/2018

**PEACEHEALTH MEDICAL CENTER** and **PEACEHEALTH MEDICAL GROUP**

**Consent for General Treatment:**

I understand and agree that as a patient I will receive general medical services and treatment, including HIV testing. I understand I have the right to ask questions about and refuse these services.



EXHIBIT

3, part 10

HAR Consent for General Treatment & Financial Agreement - Received on 2/15/2018 (continued)

I acknowledge that my health care providers may be independent contractors not employed by PeaceHealth. Health care students may also treat me. I understand if special procedures or operations are needed, my health care providers will discuss this with me and my additional consent may be required.

I authorize the hospital and all clinical providers who provide care to me, along with any billing services or other agents who may work on their behalf, to contact me on my cell phone and/or home phone using automated telephone dialing systems, email messages, text messages or other computer assisted technology.

**Financial Responsibility Agreement:**

- I understand that in consideration of the services provided I agree to pay charges according to PeaceHealth regular rates and terms.
- I understand and agree that PeaceHealth may make inquiries regarding insurance coverage and my financial responsibility from third party payors or other responsible parties. In addition, I give consent for these payors and/or references to release information to PeaceHealth.
- I understand that PeaceHealth reserves the right to require proof of my ability to pay and may require a payment prior to service. I further understand that payments collected will be applied to my total bill owed.
- I authorize direct payment to PeaceHealth and/or health care providers during this period of medical care any third party, insurance, or liability benefits otherwise payable to me. I also authorize direct payment to the surgeon and/or physician or anesthesiologist any third party/insurance benefits which may be due under this claim.
- If I am applying for payment under Medicare, Medicaid, Champus, or TRICARE, I certify that the information I give is correct. I request benefit payments be made directly to PeaceHealth.
- I further agree to pay for services denied or not covered by my insurance regardless of the reason for denial or non-coverage.
- I understand I will be billed separately for services provided by non-employed providers such as Emergency Room Physicians, Anesthesiologists or Radiologists.

**Financial Assistance Program**: PeaceHealth provides financial assistance to all persons meeting income eligibility criteria. Charges may be waived or reduced only after all other financial resources have been applied for and exhausted and if the patient is eligible for PeaceHealth Financial Assistance Programs.

**Non-Discrimination Policy**: PeaceHealth provides services to all people. It does not discriminate against any patient because of race, religion, national origin, gender, sexual orientation, disability or insurance program such as Medicaid or Medicare. PeaceHealth provides emergency services regardless of the patient's ability to pay for those services.

**Personal Property and Valuables – Patient Waiver of Liability:** PeaceHealth is not responsible for loss or damage to personal property or medications brought to the hospital. Patients are advised to leave valuable items at home or to send valuables home with a responsible person. Only medically necessary devices may remain at the bedside.

**Patient Rights and Responsibilities:** I acknowledge receipt of information regarding Patient Rights and may accept or refuse care at any time.

***I am the patient or the patient's agent or authorized representative. I acknowledge that I have read this agreement and understand its purpose and contents. By signing here, I consent for health care services and accept the terms of the financial agreement.***

**Patient Name: Cummins,Michael M** **Date/Time: 02/15/18, 9:56 AM**

[signature] Self

**Signature of Patient/Representative** **Relationship to patient**

***If unable to sign*: Caregiver Signature & 3x3** **Witness Signature**

## Referral

Hospital-Outpatient #2569277

General Information

| Creation Date | Status | Status Reason | Status Updated |
|---|---|---|---|
| 11/1/2017 | Pending Review | System Automatically Pend | 3/15/2018 |

PeaceHealth

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M

## General Information (continued)

| Reason | Class | Priority | Type |
|---|---|---|---|
| | Incoming | Elective | Hospital-Outpatient |
| **Start Date** | **Expiration Date** | **Entered By** | |
| 11/1/2017 | 11/1/2018 | Deborah L Collier | |
| **To Specialty** | **To Location** | **To Department** | **To Vendor** |
| General Surgery | | RBMC OR | |
| **To Provider** | **To Provider Address** | **To Provider Phone** | **From Location** |
| | | | |
| **From Provider** | **From Provider Address** | **From Provider Phone** | **From Department** |
| Steven L Wilhite, MD | 1755 COBURG RD STE 2 BLD 4 EUGENE OR 97401 | 541-746-7914 | |
| **Visits Requested** | **Visits Authorized** | **Visits Completed** | **Visits Scheduled** |
| 1 | 1 | 0 | 0 |

## Procedures

| Procedure | Modifiers | Provider | # Requested | # Approved |
|---|---|---|---|---|
| PR LAP,CHOLECYSTECTOMY/CHOLANGIOGRAPHY | | | 1 | 1 |

Procedure Notes
LAPAROSCOPY CHOLECYSTECTOMY W/WO GRAMS

## Diagnoses

Diagnosis
574.20 (ICD-9-CM) - K80.20 (ICD-10-CM) - Gallstones
K80.18 (ICD-10-CM) - Calculus of gallbladder with other cholecystitis without obstruction
Diagnosis Notes
Gallstones [K80.20]

## Notes

**Financial Clearance Authorization Verification Complete (Hospital) by Deborah L Collier at Wed Nov 1, 2017 1528**

PER DR OFFICE CHANGED DX TO K80.18 WHICH PAIRS WITH CPT 47563
PER TINY L. AT OMAP 800 642 8635 NO PAR CPT 47563

**Insurance Verification Comments (Hospital) by Deborah L Collier at Wed Nov 1, 2017 1157**

CALLING DR OFFICE NEED CPT DX TO PAIR

## Status History

| Date | Change | User |
|---|---|---|
| 11/1/2017 | From (nothing) to Pending Review | Deborah L Collier |
| 11/1/2017 | From Pending Review to Authorized | Deborah L Collier |

## Referral

**Hospital-Outpatient #2726513**

PeaceHealth

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M

Hospital-Outpatient #2726513 (continued)

General Information

| | | | |
|---|---|---|---|
| Creation Date<br>1/4/2018 | Status<br>Pending Review | Status Reason<br>System Automatically Pend | Status Updated<br>3/15/2018 |
| Reason | Class<br>Incoming | Priority<br>Elective | Type<br>Hospital-Outpatient |
| Start Date<br>1/4/2018 | Expiration Date<br>1/4/2019 | Entered By<br>Jerilyn Smith | |
| To Specialty<br>General Surgery | To Location | To Department<br>RBMC OR | To Vendor |
| To Provider | To Provider Address | To Provider Phone | From Location |
| From Provider<br>Steven L Wilhite, MD | From Provider Address<br>1755 COBURG RD STE 2<br>BLD 4<br>EUGENE OR 97401 | From Provider Phone<br>541-746-7914 | From Department |
| Visits Requested<br>1 | Visits Authorized<br>1 | Visits Completed<br>0 | Visits Scheduled<br>0 |

Procedures

| Procedure | Modifiers | Provider | # Requested | # Approved |
|---|---|---|---|---|
| PR HEMORRHOIDECTOMY,INT/EXT, 2+ COLUMNS/GROUPS | | | 0 | 0 |
| PR REMOVAL OF ANAL FISSURE | | | 1 | 1 |
| PR PELVIC EXAMINATION W ANESTH | | | 1 | 1 |

Procedure Notes
HEMORRHOIDECTOMY

Diagnoses

Diagnosis
565.0 (ICD-9-CM) - K60.2 (ICD-10-CM) - Fissure, anal
455.7 (ICD-9-CM) - K64.5 (ICD-10-CM) - Hemorrhoids, thrombosed
K60.3 (ICD-10-CM) - Anal fistula

Diagnosis Notes
Fissure, anal [K60.2] Hemorrhoids, thrombosed [K64.5]

Notes

Financial Clearance Authorization Verification Complete (Hospital) by Jerilyn Smith at Fri Jan 5, 2018 0938

PER MANDY @ MD OFFICE
DR STATED HE IS NOT GOING TO BE USING CPT CODE 46260

CPT CODES 46200 AND 57410 PAIR ABOVE FUNDED LINES AND NO PA REQ

PeaceHealth

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M

Financial Clearance Authorization Verification Complete (Hospital) by Jerilyn Smith at Fri Jan 5, 2018 0938 (continued)

**Benefits and HSC Inquiry**

Client Inquiry: ☐ | HSC List Inquiry: ☑
Client ID: [ Search ] | Benefit Plan: [ Search ] | DOS
Provider ID: [ Search ]
Procedure Code: 57410 [ Search ] | Procedure Description: Pelvic examination | Modifier
Diagnosis Code: K603 [ Search ] | Diagnosis Description: Anal fistula
NDC: [ Search ] | Revenue Code: [ Search ] | Claim Type
Home Health | Case Managed
Records

**HSC Prioritized List Information**

Funding Line: 469 | Diagnostic Procedure: Yes
HSC Response: Not Paired - Procedure Code not on HSC list - Diagnosis Code Above the Line - Procedure Code is Diagnostic - Covered

**Benefits and HSC Inquiry**

Client Inquiry: ☐ | HSC List Inquiry: ☑
Client ID: [ Search ] | Benefit Plan: [ Search ] | DOS
Provider ID: [ Search ]
Procedure Code: 46200 [ Search ] | Procedure Description: [illegible] | Modifier
Diagnosis Code: K603 [ Search ] | Diagnosis Description: [illegible]
NDC: [ Search ] | Revenue Code: [ Search ] | Claim Type
Home Health | Case Managed
Records

**HSC Prioritized List Information**

Funding Line: 469 | Diagnostic Procedure: No
HSC Response: Paired Above the Line - Procedure Code Above/Below the Line and Diagnosis Code Above the Line - Covered

Insurance Verification Comments (Hospital) by Jerilyn Smith at Fri Jan 5, 2018 0816

PER VOICEMAIL FROM MANDY @ MD OFFICE 541.746.7914
USE DX CODE K60.3

DOES NOT PAIR W/ CPT 46260
WILL CALL TO FIND OUT IF URGENT AND INFORM AN AUTH NEEDS TO BE SUBMITTED

Insurance Verification Comments (Hospital) by Jerilyn Smith at Thu Jan 4, 2018 1047

PER MMIS
CPT CODES 46260 & 46200 DO NOT PAIR W/ DX CODES K60.2 & K64.5

PER MANDY AT DR WILHITE'S OFFICE IS GOING TO CHECK ON CODES AND CALL BACK.

Status History

| Date | Change | User |
|---|---|---|
| 1/4/2018 | From (nothing) to Pending Review | Jerilyn Smith |

PeaceHealth

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M

**Status History (continued)**

| Date | Change | User |
|---|---|---|
| 1/5/2018 | From Pending Review to Authorized | Jerilyn Smith |

## Referral

**Infusion Therapy #2829805**

**General Information**

| | | | |
|---|---|---|---|
| Creation Date<br>2/11/2018 | Status<br>Closed | Status Reason<br>Duplicate Referral | Status Updated<br>2/15/2018 |
| Reason<br>PHMG Specialty Services | Class<br>Internal | Priority<br>Routine | Type<br>Infusion Therapy |
| Start Date<br>2/11/2018 | Expiration Date<br>2/11/2019 | Entered By<br>Kathleen C Sullivan, MD | |
| To Specialty<br>Infusion Therapy | To Location | To Department<br>UDMC OP INFUSION | To Vendor |
| To Provider | To Provider Address | To Provider Phone | From Location<br>RIVERBEND MEDICAL CENTER |
| From Provider<br>Kathleen C Sullivan, MD | From Provider Address<br>3377 RiverBend Dr<br>Springfield OR 97477 | From Provider Phone<br>541-222-6389 | From Department<br>RBMC CDU |
| Visits Requested<br>2 | Visits Authorized<br>2 | Visits Completed<br>0 | Visits Scheduled<br>0 |

**Procedures**

| Procedure | Modifiers | Provider | # Requested | # Approved |
|---|---|---|---|---|
| *Internal- (Home Infusion) Peacehealth -UDMC | | | 1 | 1 |

**Diagnoses**

Diagnosis
415.19, 415.0 (ICD-9-CM) - I26.09 (ICD-10-CM) - Other pulmonary embolism with acute cor pulmonale, unspecified chronicity (HCC)

**Notes**

**UM Comments by Tamara J Harris, CNA at Thu Feb 15, 2018 1338**

Duplicate referral 2830237

**Provider Comments by Kathleen C Sullivan, MD at Sun Feb 11, 2018 1003**

Summary: Provider Comments

Anticoagulation Bridging Order

Allergies: Metronidazole and Morphine Sulfate

Indication for chronic anticoagulation: PE

PeaceHealth

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M

Provider Comments by Kathleen C Sullivan, MD at Sun Feb 11, 2018 1003 (continued)

Enoxaparin dose: per pharmacy

[ ] Enoxaparin and Coumadin prescription completed. (Check to see what bridging location needs)

Follow-up anticoagulation by: Dr. Knowlton

Start monitoring warfarin plus enoxaparin bridging on: day after discharge

LABS
CBC no diff, BMP and INR on day 1, then per pharmacy.

ENOXAPARIN / WARFARIN - goal and overlap duration:

[ ] Mechanical MVR, Mechanical AVR - Goal INR 2.5 - 3.5 overlap for at least 2 days
[ x ] PE, DVT (new or history) - Goal INR 2.5 - 3.5 overlap for at least 2 days
[ ] A-Fib (new or history) - Goal INR 2.0-3.0 overlap for 1 day

Send Coumadin dosing record to PCP upon discharge from anticoagulation bridging clinic.

Status History

| Date | Change | User |
|---|---|---|
| 2/15/2018 | From Pending Review to Closed | Tamara J Harris, CNA |

Order

*Internal- (Home Infusion) Peacehealth -UDMC [134123048]

Triage Information

| Decision | Schedule By Date |
|---|---|
| | 3/13/2018 |

## Referral

Infusion Therapy #2830237

General Information

| | | | |
|---|---|---|---|
| Creation Date<br>2/12/2018 | Status<br>Authorized | Status Reason<br>No Approval Necessary - Patient Tracking | Status Updated<br>3/19/2018 |
| Reason | Class<br>Internal | Priority<br>Routine | Type<br>Infusion Therapy |
| Start Date<br>2/12/2018 | Expiration Date<br>2/12/2019 | Entered By<br>John Grabow, RPH | |
| To Specialty | To Location<br>UNIVERSITY DISTRICT MEDICAL CENTER | To Department<br>UDMC OP INFUSION | To Vendor |
| To Provider | To Provider Address | To Provider Phone | From Location<br>UNIVERSITY DISTRICT MEDICAL CENTER |

**General Information (continued)**

| From Provider | From Provider Address | From Provider Phone | From Department |
|---|---|---|---|
| Kathleen C Sullivan, MD | | | UDMC PHARMACY |
| **Visits Requested** | **Visits Authorized** | **Visits Completed** | **Visits Scheduled** |
| 10 | 10 | 5 | 0 |

**Procedures**

| Procedure | Modifiers | Provider | # Requested | # Approved |
|---|---|---|---|---|
| PR DALTEPARIN SODIUM | | | 1 | 1 |
| PR COLLECTION VENOUS BLOOD,VENIPUNCTURE | | | 1 | 1 |
| PR INJECTION,THERAP/PROPH/DIAGNOST, IM OR SUBCUT | | | 1 | 1 |

**Diagnoses**

Diagnosis
415.19 (ICD-9-CM) - I26.99 (ICD-10-CM) - Other acute pulmonary embolism without acute cor pulmonale (HCC)

**Notes**

**UM Comments by Barbara Riedel, CNA at Wed Feb 14, 2018 1705**

PA NOT NEEDED FOR BRIDGING

**Status History**

| Date | Change | User |
|---|---|---|
| 2/15/2018 | From Pending Review to Authorized | Barbara Riedel, CNA |
| 3/19/2018 | From Pending Review to Authorized | Misty E Wilson, CNA |

**Triage Information**

| Decision | Schedule By Date |
|---|---|
| | 3/14/2018 |

## Referral

**Auth/Cert #2830566**

**General Information**

| Creation Date | Status | Status Reason | Status Updated |
|---|---|---|---|
| 2/12/2018 | | | |
| **Reason** | **Class** | **Priority** | **Type** |
| | | | Auth/Cert |
| **Start Date** | **Expiration Date** | **Entered By** | |
| | | Susan Barnes | |
| **To Specialty** | **To Location** | **To Department** | **To Vendor** |
| | | | |
| **To Provider** | **To Provider Address** | **To Provider Phone** | **From Location** |
| | | | |

PeaceHealth

CUMMINS,MICHAEL M
MRN: 01614423
DOB: Sex: M

**General Information (continued)**

| From Provider | From Provider Address | From Provider Phone | From Department |
|---|---|---|---|
| | | | |
| **Visits Requested** | **Visits Authorized** | **Visits Completed** | **Visits Scheduled** |
| 1 | 1 | 0 | 0 |

**Diagnoses**

Diagnosis
415.19, 415.0 (ICD-9-CM) - I26.09 (ICD-10-CM) - Other pulmonary embolism with acute cor pulmonale, unspecified chronicity (HCC)

**Notes**

**Insurance Verification Comments (Hospital) by Susan Barnes at Mon Feb 12, 2018 0935**

IP/DMAP/ NOTIFICATION COMPLETE VIA PREMANAGE CMT.

**END OF REPORT**

CUMMINS, MICHAEL ID:01614423 10-FEB-2018 19:19:29 PEACEHEALTH OREGON NETWORK

(47 yr)
Male Caucasian

Room:07
Loc:55

| | | | |
|---|---|---|---|
| Vent. rate | 87 | | BPM |
| PR interval | 150 | | ms |
| QRS duration | 96 | | ms |
| QT/QTc | 370/445 | | ms |
| P-R-T axes | 44 | 67 | 24 |

Normal sinus rhythm
Normal ECG
When compared with ECG of 10-FEB-2018 14:14,
No significant change was found
ECG was amended to attach the order. No changes to interpretation were made.
Reconfirmed by GUNDRY M.D., JOHN (22559), editor POSCH, JOANY (36397) on 2/10/2018 10:20:40 PM

Technician:JOANY POSCH
Test ind:Chest pain

Referred by: Confirmed By: JOHN GUNDRY M.D.

SURG.DATE:BEST POSS




25mm/s 10mm/mV 100Hz 8.0 SP2 12SL 237 CID: 1 EID:36397 EDT: 22:20 10-FEB-2018 ORDER: 134111168 ACCOUNT: 393331745

CUMMINS, MICHAEL ID:01614423 10-FEB-2018 14:14:09 PEACEHEALTH OREGON NETWORK

| | | | | |
|---|---|---|---|---|
| . (47 yr) | Vent. rate | 71 | BPM | Normal sinus rhythm |
| Male Caucasian | PR interval | 164 | ms | Normal ECG |
| | QRS duration | 104 | ms | When compared with ECG of 17-JUL-2017 21:04, |
| Room:07 | QT/QTc | 396/430 | ms | No significant change was found |
| Loc:54 | P-R-T axes | 36 35 | 29 | Confirmed by GUNDRY M.D., JOHN (22559) on 2/10/2018 8:57:39 PM |

Technician:KYLE HICKS
Test ind:History of cardiac diagnosis

Referred by: Confirmed By: JOHN GUNDRY M.D.

SURG.DATE:




25mm/s 10mm/mV 100Hz 8.0 SP2 12SL 237 CID: 1 EID:22559 EDT: 20:57 10-FEB-2018 ORDER: 134095258 ACCOUNT: 393331745

7E187180001

ROY LAW

1000 SW BROADWAY
SUITE 1740
PORTLAND, OR 97205
503 206 4313
855 306 4313
855 344 1726 FAX
ROYLAWPDX.COM

DARRIN@ROYLAWPDX.COM

July 2, 2018

Via Facsimile (603-334-8630) (without Exhibits) & Via USPS
Certified Mail/Return Receipt Requested (with Exhibits)

The Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Groups Benefits Disability Claims
PO Box 7213
London KY 40742-7213

**Re: Appeal of Liberty Life Assurance Company of Boston's Denial of LTD Benefits *and* Waiver of Life Insurance Premium**

**Claimant: Michael Cummins**
**Claim Number: 7224525**
**Plan/Policy Holder: Astec Industries, Inc.**

Ladies and Gentlemen:

Please accept Mr. Cummins medical records from PeaceHealth labeled as "Exhibit 2". At this time, we do not have any further evidence to submit and ask that you resume the review process.

If you have any further questions, please do not hesitate to contact me.

Warm Regards,

Darrin Class
Attorney at Law
darrin@roylawpdx.com

Enclosure

c: M. Cummins (via email)(w/o enc.)

7E187180001

Roy Law LLC
1000 SW BROADWAY STE 1740
PORTLAND OR 97205-3056

US POSTAGE AND FEES PAID
FIRST-CLASS
Jul 02 2018
Mailed from ZIP 97205
1 oz First-Class Mail Flats Rate

071S00777793
endicia.com

**USPS CERTIFIED MAIL**

**9414 8108 9876 5014 2434 88**

Liberty Life Assurance Company of Boston
Appeals Department
PO BOX 7213
LONDON KY 40742-7213

# Liberty Mutual Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

Office: 587 Manager: BELL, CHE Case Mgr: INGRAM, KEAHTI

Claimant Name: MICHAEL CUMMINS Claim #: 7224525

Occupation (Job Title): MACHINE OPERATOR Date Sent: 7/2/2018

Diagnosis: S83.242A Oth tear of medial meniscus, current injury, left knee, init,

Date of Disability: 10/8/2016 Date Benefits Began: 4/8/2017

Maximum Duration: 7/29/2037 Paid Through: 4/8/2017

Date of Denial or (DB451): 1/5/2018 Date Appeal Received: 6/28/2018

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: ASTEC INDUSTRIES, INC.

Product: LTD Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. FAX No.

Account Specific or Unique Contract Issues / Additional Info:

paperless

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5121

| | |
|---|---|
| Date: | July 3, 2018 |
| To: | CHRIS ROY<br>ROY LAW<br>1000 SOUTHWEST BROADWAY<br>SUITE 1740<br>PORTLAND OR 97205 |
| Attn: | |
| Fax: | (855) 344-1726 |
| From: | Megan Gauthier<br>Appeals Associate<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5121 |
| Total Pages (Including Cover): | 3 |
| RE:<br><br>Claim #: 7224525<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5121

July 3, 2018

Chris Roy
Roy Law
1000 SOUTHWEST BROADWAY
SUITE 1740
PORTLAND, OR 97205

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins

Dear Chris Roy:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Astec Industries, Inc.'s Group Disability Policy. We are writing in reference to Michael Cummins's claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on Michael Cummins's Long Term Disability (LTD) claim.

Mr. Cummins's file is being forwarded to Liberty's Appeal Review Unit for an independent review of his claim eligibility. His claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Liberty's response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Megan Gauthier
Appeals Associate
Phone No.: (888) 437-7611 Ext. 18205
Secure Fax No.: (603) 334-5121

ROY LAW

1000 SW BROADWAY
SUITE 1740
PORTLAND, OR 97205
503 206 4313
855 306 4313
855 344 1726 FAX
ROYLAWPDX.COM

DARRIN@ROYLAWPDX.COM

June 27, 2018

Via Facsimile (603-334-8630) (without Exhibits) & Via USPS Certified Mail/Return Receipt Requested (with Exhibits)

The Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Groups Benefits Disability Claims
PO Box 7213
London KY 40742-7213

**Re: Appeal of Liberty Life Assurance Company of Boston's Denial of LTD Benefits *and* Waiver of Life Insurance Premium**

**Claimant: Michael Cummins**
**Claim Number: 7224525**
**Plan/Policy Holder: Astec Industries, Inc.**

Ladies and Gentlemen:

This firm represents Michael Cummins in his second appeal ("Appeal") of Liberty Life Assurance Company of Boston's ("Liberty") denial of his long-term disability ("LTD") insurance benefits *and* waiver of life insurance premium (if applicable). This letter is submitted pursuant to Liberty's appeal denial letter dated December 29, 2017 ("Denial"), in which Liberty agreed to consider Mr. Cummins' case further upon a timely filed Appeal. This letter and associated exhibits "F-H, 1-3" constitute Mr. Cummins Appeal.

**I. Summary of Mr. Cummins' Position.**

Liberty initially denied Mr. Cummins's claim because he did not return various forms by a date arbitrarily set by Liberty. Liberty then upheld its denial based on a peer review which concluded that the medical records did not support functional restrictions and limitations through the entire elimination period.

The peer review, and Denial, were in error as they focus on one day in time – April 10, 2017, when Mr. Cummins advised his doctor that his knee felt better and he was released to return to work. Focusing on this one day was in error as it ignored the fact that Mr. Cummins stated that he sought to return to work due to financial pressures and it was on this basis that he requested medical clearance. It also ignored the fact that as soon as he returned to work, his knee immediately flared causing debilitating pain and swelling, which forced him to immediately cease working.

The Denial was further flawed in that: the claim file Liberty sent to Mr. Cummins lacked Exhibits F-H to his October 13, 2107 appeal (First Appeal), suggesting Liberty did not engage in a full and fair review; with the exception of one CT scan, Liberty's review of the medical records, and its peer reviewer's review, stopped at April 10, 2017, giving further evidence of Liberty's failure to engage in a full and fair review; and Liberty ignored Mr. Cummins' self-reports of pain. The evidence previously submitted, together with the evidence submitted herein shows that Mr. Cummins' is unable to perform the duties of his own occupation.

This Appeal submits Exhibits:

- First Appeal Exhibit F: Medical Records from Dr. David Knowlton
- First Appeal Exhibit G: Medical Records from Oregon Medical Group - Orthopedics
- First Appeal Exhibit H: Physical Capacity Evaluation from Cascade Health Solutions

- Exhibit 1: Narrative from Dr. David Knowlton
- Exhibit 2. Medical Records from PeaceHealth[1]
- Exhibit 3: Physical Capacity Evaluation Clarification from John R. Lowry, PT

and the relevant statutory, regulatory, and case law applicable to Mr. Cummins' claim.

## II. Mr. Cummins is disabled under the LTD Policy

### A. Mr. Cummins' condition is well documented.

Exhibits "F-H" to the First Appeal, which Mr. Cummins is again submitting as they were not in the claim file provided to counsel and are not referenced in the Denial or peer review,

---

[1] PeaceHealth records were timely requested, and after diligent follow up, we have been advised that they were mailed on June 22, 2018. They will be immediately forwarded upon receipt and Mr. Cummins requests that Liberty's review be tolled pending its receipt of these records.

provide medical evidence that was apparently not previously reviewed by Liberty. Exhibits "1-3" provide medical evidence not previously submitted to Liberty.

First Appeal Exhibit "H" is a PCE performed on August 17, 2017, finding the following restrictions and limitations: Sitting 1/2 hour at a time for a maximum of 4 hours; Standing 1/2 hour at a time for a maximum of 4 hours; Walking 1/2 hour at a time for a maximum of 3 hours; unable to squat, infrequent ability to climb stairs; occasional ability to climb a ladder; occasional ability to bend at knees; impaired balance; and that Mr. Cummins was work de-conditioned. While finding Mr. Cummins has the strength capability to perform heavy lifting, the walking, standing, sitting, stairs, and ladder restrictions with impaired balance prohibit him from performing his own occupation as a machine operator II (DOT 619.685-062, cross walked to O*NET 51-4081.00), as the occupation requires continually or almost continually standing, walking and running continually or almost continually, and multi-limb coordination. Exhibit "3" is a clarification letter on the PCE report on Mr. Cummins' ability to perform his own occupation.

**B. Liberty must credit Mr. Cummins' self-reported symptoms of pain and fatigue at face value.**

The Ninth Circuit Court of Appeals has long noted individual reactions to pain and fatigue are subjective and not easily determined by reference to objective measurements. *Saffon v. Wells Fargo & Co. Long Term Disability Plan*, 522 F.3d 863, 872-73 (9th Cir. 2008); *See also, Bunnell v. Sullivan*, 947 F.2d 341, 348 (9th Cir. 1991)(en banc).

Where a claimant's condition does not lend itself easily to objective verification, such as in cases of pain and fatigue, a claimant's subjective reports must be considered and should, unless the claimant's veracity is legitimately drawn into question. *Ettel v. Prudential Life Ins. Co. of America*, 2008 WL 5186537 (WD WA December 10, 2008); see also *Palmer v. Standard Ins. Co.*, 994 F. Supp. 1221, 1233-1234 (D OR 1998); *Gilmore v. Liberty Life Assurance Co. of Boston*, 4:13-cv-00178, No. 63 (ND CA April 24, 2014).

**C. Liberty must give substantial weight to Mr. Cummins' treating physician's opinion**

Courts have a strong preference for treating physicians' opinions' over mere document reviews or one-time examinations. *Nord v. Black & Decker*, 123 S. Ct. 1965, 1972 (2003). In fact, courts have held following Nord that "a district court may, in conducting its independent evaluation of the evidence in the administrative record, take cognizance of the fact … that a given treating

physician has a greater opportunity to know and observe the patient than a physician retained by the plan administrator." See *Ayers v. Life Ins. Co. of North America*, 2012 WL 1388396, *15 (D OR. April 19, 2012)(*citing, Jebian v. Hewlett–Packard Co. Emp. Benefits Org. Income Protection Plan*, 349 F.3d 1098, 1109 (9th Cir. 2003)).

Exhibit "1" is a narrative from Mr. Cummins' primary care provider. In his narrative, Dr. Knowlton places restrictions and limitations which would prevent Mr. Cummins from performing the duties of his own occupation. Further, Dr. Knowlton notes that Mr. Cummins' medications would also prevent him from performing the duties of his own occupation.

First Appeal Exhibit "H", together with Exhibit "3," is deemed from a treating provider as it was the result of a hands on examination. *Popovich v. Metro. Life Ins. Co.*, 281 F. Supp. 3d 993, 1004-05 (CD CA 2017)("Ultimately, the Court finds that Dr. Sassower's opinion is not persuasive. Dr. Sassower only conducted a paper review of Plaintiff's medical records and never examined Plaintiff in person. Although MetLife is not required to ask its physicians to conduct an in-person examination, the Ninth Circuit has viewed "pure paper" reviews with some skepticism."). In the exhibits, the evaluator concludes, based on objective standards that Mr. Cummings cannot perform the duties of his own occupation. *Saffon v. Wells Fargo & Co. Long Term Disability Plan*, 522 F.3d 863, 871-872 (9th Cir. 2008)(FCE found to be objective evidence of disability).

## III. Liberty's Denial Was Unreasonable

### A. Liberty failed to credit Mr. Cummins' self-reporting of pain and fatigue.

As previously noted, a claimant's subjective reports of pain and fatigue must be considered, and Liberty's failure to weigh this in its determination that he could perform his Own Occupation was arbitrary and capricious. *Ettel v. Prudential Life Ins. Co. of America*, 2008 WL 5186537 (WD WA December 10, 2008).

### B. Liberty failed to conduct a full and fair review.

After the denial of Mr. Cummins' First Appeal, a copy of his "post appeal" claim file was requested on January 8, 2018. A copy of the post appeal claim file was received on January 24, 2018. While a copy of the First Appeal was contained in the claim file, the file only had exhibits A-E. Missing were Exhibits F-H, which were specifically referenced to and were described in the First Appeal. However, they were not referenced in the peer review or Denial. This was an abuse of discretion.

ERISA administrators have a fiduciary duty to conduct an adequate investigation. *Cady v. Hartford Life & Accidental Ins. Co.*, 930 F. Supp. 2d 1216, 1226 (D ID 2013)(citing *Booton v. Lockheed Med. Ben. Plan*, 110 F.3d 1461, 1463 (9th Cir. 1997)). See also *Rasenack v. AIG Life Ins. Co.*, 585 F.3d 1311, 1324 (10th Cir. 2009). "This requires that the plan administrator engage in 'meaningful dialogue' with the beneficiary. If the administrator 'believes more information is needed to make a reasoned decision, they must ask for it.'" *Cady*, 930 F. Supp. 2d at 1226 (quoting *Booton*, 110 F.3d at 1463). An administrator may not "shut [its] eyes to readily available information when the evidence in the record suggests that the information might confirm the beneficiary's theory of entitlement." *Rodgers v. Metropolitan Life Ins. Co.*, 655 F. Supp. 2d 1081, 1087 (N D CA 2009)(citations omitted).

The failure to obtain, review, and discuss the exhibits has resulted in an unreasonable decision, and denial of a meaningful dialogue. *O'Reilly v. Hartford Life & Accident Ins. Co.*, 272 F.3d 955, 961-962 (7th Cir. 2001)("ERISA does not require a 'full-blown' investigation, but it does demand a 'reasonable inquiry' into a claimant's medical condition and his vocational skills and potential. If Hartford did not have evidence on which to base its conclusion, it would have acted unreasonably." *Burke v. Pitney Bowes, Inc. Long-Term Disability Plan*, No. C 04-4483 MHP, 2006 U.S. Dist. LEXIS 15, at *21 (ND CA Jan. 3, 2006)(full and fair review demands that all relevant information be considered.) "If the administrator 'believes more information is needed to make a reasoned decision, they must ask for it.'" *Cady v. Hartford Life & Accidental Ins. Co.*, 930 F.Supp.2d 1216, 1226 (quoting *Booton*, 110 F.3d at 1463). A plan administrator may not "shut [its] eyes to readily available information when the evidence in the record suggests that the information might confirm the beneficiary's theory of entitlement." *Rodgers v. Metropolitan Life Ins. Co.*, 655 F.Supp.2d 1081, 1087 (ND CA 2009)(citations omitted). *Harrison v. Wells Fargo Bank, N.A.*, 773 F.3d 15, 21 (4th Cir. 2014)

> An administrator is also "required to use a deliberate, principled reasoning process and to support its decision with substantial evidence." *McKoy v. Int'l Paper Co.*, 488 F.3d 221, 223 (4th Cir. 2007). A complete record is necessary to make a reasoned decision, which must "rest on good evidence and sound reasoning; and . . . result from a fair and searching process." *Evans*, 514 F.3d at 322-23. A searching process does not permit a plan administrator to shut his eyes to the most evident and accessible sources of information that might support a successful claim. As the Tenth Circuit explained, "[a]n ERISA fiduciary presented with a claim that a little more evidence may prove valid should seek to get to the truth of the matter." *Gaither*, 394 F.3d at 808.

## IV. Full and Fair Review Requirement

If Liberty disagrees with the legal analysis submitted with this Appeal, then it must explain why and provide a detailed reason for its disagreement. Moreover, if Liberty obtains another expert opinion on the issues in this Appeal, Mr. Cummins is entitled to review that opinion and comment before Liberty makes its final decision. This "full and fair review" is required by ERISA's regulations. 29 C.F.R. § 2560.503-l(f)(l). *See Cook v. New York Times Long-term Disability Plan*, 2004 U.S. Dist. LEXIS 1259 (SD NY January 27, 2004).

The purpose of the full and fair review requirement is to provide claimants with enough information to prepare adequately for further administrative review or an appeal to the federal courts. At its core, the full and fair review requirement includes knowing what the decision-maker relied upon and having an opportunity to address the accuracy and reliability of their position. *Anderson v. Sotheby's, Inc.*, 2006 WL 1722576, *18 (SD NY June 22, 2006); *West v. The Corning Inc. Pension Plan for Hourly Employees*, 2009 U.S. Dist. LEXIS 87207, * 29 (WD NY September 23, 2009).

## V. Conclusion

For the reasons stated above, Liberty should overturn its denial and fulfill its contractual obligations to Mr. Cummins.

Best Regards,

Darrin Class
Attorney at Law

darrin@roylawpdx.com

Encls.

c: M Cummins (via email)(w/o encls.)

**Progress Note**

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 47 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 09/08/2017

---

## Subjective:

**Chief Complaints:**

F/u imaging

**HPI:**

Constitutional:

He has a gall stone and needs to get his gall bladder taken out.

**Medical History:**

Nephrolithiasis

HTN

Hit on head by metal pipe at work 1990

Anxiety

Gall stones

Colonoscopy 2015 hyperplastic polyp

**Surgical History:**

pilonidal cyst 2004

Colonoscopy two polyps 2015

Tourn meniscus right 2016

**Hospitalization/ Major Diagnostic Procedure:**

pneumonia as a child

head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other

Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches

Paternal Grand Father: deceased 84 yrs

Paternal Grand Mother: deceased 92 yrs

Maternal Grand Father: deceased 74 yrs

Maternal Grand Mother: deceased 74 yrs

Siblings: One brother older in good health he has some sort of stomach issues GERD

Children: none

**Social History:**

General:

Smoking: yes. Smoking Status current smoker, When did you start smoking? 01/01/1982, Frequency every day, Quantity per day 21-30, First cigarette of the day 6-30 min, Interest in quitting Thinking about quitting. no Smokeless Tobacco. Alcohol: none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

Propranolol Hydrochloride 40 Tablet 1 tab twice a day
hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
lisinopril 40 mg tablet 1 tab(s) orally once a day
alprazolam 1 mg tablet 1 tab(s) orally 2 times a day
CONTROLLED SUBSTANCE AGREEMENT 8/31/17
Medication List reviewed and reconciled with the patient

**Allergies:**

Flagyl: swell
morphine: GI

## Objective:

**Vitals:** BP 120/70, HR 72, RR 14, Wt 300, Ht 71.25 in, BMI 41.54 Index, Pain Scale 0.

**Examination:**

General Examination:

General Appearance: well developed and well nourished, alert & in no acute distress.
Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.
Lungs: clear to auscultation in all fields.

## Assessment:

**Assessment:**

Calculus of gallbladder without cholecystitis without obstruction - K80.20 (Primary)

## Plan:

**1. Calculus of gallbladder without cholecystitis without obstruction**
Notes: Referral to general surgery.
Referral To: Steven Wilhite General Surgery
Reason: Gall stone sent 9/12/17

**Preventive:**
Counseling: Smoking Patient counseled on the dangers of tobacco use and urged to quit 09/08/2017. BMI Care goal follow up plan Above Normal BMI Follow-up Dietary management education, guidance, and counseling.

**Follow Up:** prn

## Care Plan:

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 09/08/2017



**Electronically signed by David Knowlton , MD on 09/ 19/ 2017 at 11:27 AM PDT**
**Sign off status: Completed**

**Progress Notes**

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 47 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 08/31/2017

---

## Subjective:

**Chief Complaints:**

CSA High blood pressure

**HPI:**

Depression Screening:
PHQ9 Suicidal ideation Not at all, Total Score 17, Intepretation Moderately severe depression.
Constitutional:
Rigth knee still hurts, now S/P menisectomy.
Depression Screening:
Intervention Follow-Up for Depression Advised patient to follow-up when and if necessary.
Dermatology:
He has multiple skin lesions and wants to see a dermatologist.
Cardiology:
He has HTN and is doing OK with that.
Gastroenterology:
He C/O RUQ pain off and on for 6 months.

**ROS:**

CARDIOLOGY:

no Diaphoresis.
no Pallor.
no Chest Pain.
no Shortness of Breath.
no Palpitations.
no Dizziness.
no Leg Edema.
no Fatigue.
no Orthopnea.
no PND (paroxsymal nocturnal dyspnea).

**Medical History:**

Nephrolithiasis
HTN
Hit on head by metal pipe at work 1990
Anxiety
Gall stones
Colonoscopy 2015 hyperplastic polyp

**Surgical History:**

pilonidal cyst 2004
Colonoscopy two polyps 2015
Tourn meniscus right 2016

**Hospitalization/ Major Diagnostic Procedure:**

pneumonia as a child
head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other

Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches

Paternal Grand Father: deceased 84 yrs

Paternal Grand Mother: deceased 92 yrs

Maternal Grand Father: deceased 74 yrs

Maternal Grand Mother: deceased 74 yrs

Siblings: One brother older in good health he has some sort of stomach issues GERD

Children: none

**Social History:**

General:

Smoking: yes. Smoking Status current smoker, When did you start smoking? 01/01/1982, Frequency every day, Quantity per day 21-30, First cigarette of the day 6-30 min, Interest in quitting Thinking about quitting. no Smokeless Tobacco. Alcohol: none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol:

Men: How many times have you had 5 or more drinks in one day in the last year? none 8/31/17. Alcohol Screening Points 0, Interpretation Negative.

Drugs:

Have you used a recreational drug or a prescription medication for nonmedical reasons in the past year? none 8/31/17.

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

CONTROLLED SUBSTANCE AGREEMENT 10/21/2015 as directed

alprazolam 1 mg tablet 1 tab(s) orally 2 times a day

lisinopril 40 mg tablet 1 tab(s) orally once a day

Propranolol Hydrochloride 40 Tablet 1 tab twice a day

hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day

Medication List reviewed and reconciled with the patient

**Allergies:**

Flagyl: swell

morphine: GI

## Objective:

**Vitals:** BP 118/80, HR 80, Wt 295, Ht 71.25 in, BMI 40.85 Index, Pain Scale 0.

**Examination:**

General Examination:

General Appearance: well developed and well nourished, alert & in no acute distress.

HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflammation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.

Oral cavity: no lesions, moist mucus membranes.

Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.

Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.

Lungs: clear to auscultation in all fields.

Abdomen: Bowel sounds are normal, No tenderness, masses or organomegaly detected.
Extremities: no edema, knee has full ROM, exam is compromised by obesity.
Neurological: nonfocal.
Psych: normal affect, good eye contact.

## Assessment:

**Assessment:**

RUQ abdominal pain - R10.11 (Primary)
Pain in right knee - M25.561
Primary osteoarthritis involving multiple joints - M15.0
Benign essential hypertension - I10
Anxiety - F41.9
Psoriasis - L40.9
BMI 40.0-44.9, adult - Z68.41
Encounter for screening for other disorder - Z13.89

## Plan:

**1. RUQ abdominal pain**
**Imaging:**Ultrasound : Abdomen
order faxed to OIC
Notes: Check abdominal ultrasound.

**2. Pain in right knee**
Notes: Referral to ortho.
Referral To: Referral OMG
Reason: Right knee pain sent 9/5/17

**3. Primary osteoarthritis involving multiple joints**
Notes: ROM exercises.

**4. Benign essential hypertension**
Continue Propranolol Hydrochloride Tablet, 40, 1 tab, twice a day ;
Continue hydrochlorothiazide tablet, 25 mg, 1 tab(s), orally, once a day ;
Continue lisinopril tablet, 40 mg, 1 tab(s), orally, once a day .
Notes: doing well.

**5. Anxiety**
Continue alprazolam tablet, 1 mg, 1 tab(s), orally, 2 times a day ;
Stop CONTROLLED SUBSTANCE 10/21/2015, AGREEMENT, as directed ;
Start CONTROLLED SUBSTANCE, AGREEMENT, 8/31/17 .

**6. Psoriasis**
Notes: Referral to dermatology.
Referral To: Eric Olson Dermatology
Reason: Psoriasis sent 9/5/17

**Procedure Codes:**

G0442 annual alcohol screening 15 MIN
G0444 annual depression screening up to 15 MIN
96160 Health risk assessment

**Preventive:**
Counseling: Smoking Patient counseled on the dangers of tobacco use and urged to quit 09/01/2017. BMI Care goal follow up plan Above Normal BMI Follow-up Dietary management education, guidance, and counseling.

**Follow Up:** prn

## Care Plan:

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 08/31/2017



**Electronically signed by David Knowlton , MD on 09/ 07/ 2017 at 10:30 AM PDT**
**Sign off status: Completed**

**Progress Notes**

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 46 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 08/18/2016

---

## Subjective:

**Chief Complaints:**

Xanax refil

**HPI:**

Depression Screening:
PHQ9 Suicidal ideation Not at all, Total Score 6, Intepretation Mild Depression.
Constitutional:
Michael has again run out of all of his medications, he remains sedentary and obese and continues to smoke cigarettes.

**ROS:**

CARDIOLOGY:

no Diaphoresis.
no Pallor.
no Chest Pain.
no Shortness of Breath.
no Palpitations.
no Dizziness.
no Leg Edema.
no Fatigue.
no Orthopnea.
no PND (paroxsymal nocturnal dyspnea).

**Medical History:**

Nephrolithiasis
HTN
Hit on head by metal pipe at work 1990
Anxiety
Gall stones
Colonoscopy 2015 hyperplastic polyp

**Surgical History:**

pilonidal cyst 2004
Colonoscopy two polyps 2015

**Hospitalization/ Major Diagnostic Procedure:**

pneumonia as a child
head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other
Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs

Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues GERD
Children: none

**Social History:**

General:

Smoking: yes. Smoking Status: current smoker , Frequency: every day, Quantity per day: 11-20, First cigarette of the day: within 5 min, Interest in quitting: Not ready to quit. no Smokeless Tobacco. Alcohol: none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol:

Men: How many times have you had 5 or more drinks in one day in the last year? none 08/18/2016.

Drugs:

Have you used a recreational drug or a prescription medication for nonmedical reasons in the past year? none 08/18/2016.

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

alprazolam 1 mg tablet 1 tab(s) 2 times a day

**Not-Taking/ PRN**

lisinopril 40 mg tablet 1 tab(s) once a day
hydrochlorothiazide 25 mg tablet 1 tab(s) once a day
Propranolol Hydrochloride 40 Tablet 1 tab twice a day
CONTROLLED SUBSTANCE AGREEMENT 10/21/2015 as directed
Cialis 5 mg tablet 1 tab(s) once a day
Medication List reviewed and reconciled with the patient

**Allergies:**

Flagyl: swell
morphine: GI

## Objective:

**Vitals:** BP 140/100, HR 78, RR 14, Wt 312, Ht 71.25 in, BMI 43.21 Index.

**Examination:**

General Examination:

General Appearance: well developed and well nourished, alert & in no acute distress.

HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflammation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.

Oral cavity: no lesions, moist mucus membranes.

Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.

Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.

Lungs: clear to auscultation in all fields.

## Assessment:

**Assessment:**

Benign essential hypertension - I10 (Primary)
Anxiety - F41.9
Adult body mass index 50.0-59.9 - Z68.43

Encounter for screening for other disorder - Z13.89
Screening for substance abuse - Z13.9

**Plan:**

**1. Benign essential hypertension**
Continue lisinopril tablet, 40 mg, 1 tab(s), orally, once a day, 30 Day(s), 30, Refills 5 ;
Continue hydrochlorothiazide tablet, 25 mg, 1 tab(s), orally, once a day, 30 Day(s), 30, Refills 5 ;
Continue Propranolol Hydrochloride Tablet, 40, 1 tab, twice a day, 30 Day(s), 60, Refills 5 .

**2. Anxiety**
Continue alprazolam tablet, 1 mg, 1 tab(s), orally, 2 times a day, 30 Day(s), 60, Refills 5 .

**Immunizations:**

**Procedure Codes:**

G0442 annual alcohol screening 15 MIN
G0444 annual depression screening up to 15 MIN
99420 Admin and interpret health risk assessment instrument

**Preventive:**
Counseling: Smoking Patient counseled on the dangers of tobacco use and urged to quit 08/19/2016. BMI Care goal follow up plan Above Normal BMI Follow-up Dietary management education, guidance, and counseling.

**Follow Up:** 3 Months, prn

**Care Plan:**

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 08/18/2016



**Electronically signed by David Knowlton , MD on 09/06/2016 at 11:28 AM PDT**
**Sign off status: Completed**

**Progress Notes**

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 45 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 10/21/2015

---

## Subjective:

**Chief Complaints:**

Controlled substance agreement

**HPI:**

Constitutional:
He is doing OK in general he feels a bit of relief now because he was just laid off from work.

Anxiety:
He has long standing anxiety which is well controlled with low dose of xanax.

Hypertension:
He has HTN and obesity and is taking his medications and has no cardiac complaints and BP is good. He had a series of labs at UC recently and we will look them up.

Neurology:
Hx of migraine headaches but none since treating anxiety with xanax.

Gastroenterology:
He had colonoscopy earlier this year and had some polyps. We need to look up the path on that, he was also diagnosed with diverticulosis and largely has ignored this information.

**ROS:**

CARDIOLOGY:

no Diaphoresis.
no Pallor.
no Chest Pain.
no Shortness of Breath.
no Palpitations.
no Dizziness.
no Leg Edema.
no Fatigue.
no Orthopnea.
no PND (paroxsymal nocturnal dyspnea).

GASTROENTEROLOGY:

no Appetite.
no Distended.
no Oral allergy sx.
no Gassy.
no Abdominal Pain.
no Nausea.
no Vomiting.
no Heartburn.
no Indigestion:.
no Bloating.
no Dysphagia.
no Diarrhea.
no Constipation.
no Change in Bowel Habits.

no Blood in Stool.
no Hemorrhoids.
no Appetite Change.
RESPIRATORY:
no Cold Symptoms.
no Cough with exercise.
no Nasal Congestion.
no Runny Nose.
no Shortness of Breath.
no DOE (dyspnea on exertion).
no Persistent Cough.
no Chest Congestion.
no Chest Pain.
no Wheezing.
no Hemoptysis.
no Orthopnea.
no PND (paroxsymal nocturnal dyspnea).
Tobacco Use 1 ppd.

**Medical History:**
Nephrolithiasis
HTN
Hit on head by metal pipe at work 1990
Anxiety
Gall stones
Colonoscopy 2015 hyperplastic polyp

**Surgical History:**
pilonidal cyst 2004
Colonoscopy two polyps 2015

**Hospitalization/ Major Diagnostic Procedure:**
pneumonia as a child
head trauma, hit with steel beam in for a week 1991

**Family History:**
Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other
Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues GERD
Children: none

**Social History:**
General:
Smoking: yes. Smoking Status current smoker, Frequency every day, Quantity per day 11-20, First cigarette of the day within 5 min, Interest in quitting Not ready to quit. no Smokeless Tobacco. Alcohol: none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married,

Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

**Medications:**

**Taking**

hydrochlorothiazide 25 mg tablet 1 tab(s) once a day

lisinopril 40 mg tablet 1 tab(s) once a day

Propranolol Hydrochloride 40 Tablet 1 tab BID

alprazolam 1 mg tablet 1 tab(s) 2 times a day

CONTROLLED SUBSTANCE AGREEMENT 09/11/2014 as directed

**Not-Taking/ PRN**

Cialis 5 mg tablet 1 tab(s) once a day

Medication List reviewed and reconciled with the patient

**Allergies:**

Flagyl: swell

morphine: GI

## Objective:

**Vitals:** BP 120/70, HR 72, Wt 314.6, Ht 71.25 in, BMI 43.57 Index.

**Examination:**

General Examination:

General Appearance: well developed and well nourished, alert & in no acute distress.

HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflammation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.

Oral cavity: no lesions, moist mucus membranes.

Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.

Chest: Normal exam, symmetrical on gross observation.

Breasts : without dominant masses, tenderness or discharge. Skin normal.

Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.

Lungs: clear to auscultation in all fields.

Abdomen: Bowel sounds are normal, No tenderness, masses or organomegaly detected.

Extremities: Normal Exam, all extremities are present w/o amputation, congenital abnormality or arthropathy, no edema.

Peripheral pulses: Distal pulses are intact and symmetrical.

Neurological: Normal Exam, grossly intact, gait appears normal, No obvious muscle atrophy or fasciculations is noted.

Psych: normal affect, good eye contact.

## Assessment:

**Assessment:**

Essential hypertension - I10 (Primary)

Morbid obesity due to excess calories - E66.01

Anxiety - F41.9

Diverticulosis of large intestine without hemorrhage - K57.30

Colon polyps - K63.5

Periodic headache syndrome, not intractable - G43.C0

Body mass index 40.0-44.9, adult - Z68.41

## Plan:

1. **Essential hypertension**
   Continue hydrochlorothiazide tablet, 25 mg, 1 tab(s), orally, once a day, 90 Day(s), 90, Refills 1 ;
   Continue lisinopril tablet, 40 mg, 1 tab(s), orally, once a day, 90 Day(s), 90, Refills 1 ;
   Continue Propranolol Hydrochloride Tablet, 40, 1 tab, twice a day, 90 Day(s), 180, Refills 1 ;
   Continue CONTROLLED SUBSTANCE 10/21/2015, AGREEMENT, as directed .
   Notes: Diet and exercise.
2. **Morbid obesity due to excess calories**
   Notes: As above.
3. **Anxiety**
   Continue alprazolam tablet, 1 mg, 1 tab(s), orally, 2 times a day, 90 Day(s), 180, Refills 0 .
   Notes: Doing well.
4. **Diverticulosis of large intestine without hemorrhage**
   Notes: Discussed diagnosis and need for high fiber diet.
5. **Colon polyps**
   Notes: Will look up pathology.
6. **Periodic headache syndrome, not intractable**
   Notes: Now resolved with tx of anxiety.

**Immunizations:**

**Preventive:**

Counseling: Smoking Patient counseled on the dangers of tobacco use and urged to quit 10/21/2015. BMI Care goal follow up plan Above Normal BMI Follow-up Dietary management education, guidance, and counseling.

**Follow Up:** 6 Months, prn

## Care Plan:

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 10/21/2015



**Electronically signed by David Knowlton , MD on 11/03/2015 at 02:54 PM PST**
**Sign off status: Completed**

**Progress Note**

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 44 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 09/11/2014

---

Rectum pain

**HPI:**

Constitutional:

C/O rectal pain and constant pressure and the feeling that he needs to stool. He has anal pain for 6 hours after having a BM, pain is constant then slowly subsides and occasionally there is blood, no pain with wiping. He had similar episode about a year ago which slowly went away. His wife believes it looks like rectal prolapse. He does have some leakage after stooling.

He has HTN and has not complied with serologies to date, medications are stable and BP is good today and he has no cardiac symptoms.

He has anxiety and it is well controlled with a small amount of xanax.

**ROS:**

CONSTITUTIONAL:

Sleep abnormal.
no Bleeding Problems.
no Energy level.
no Concerns.
no Appetite.
no Elimination.
no Ill Contacts.
no Fussy.
no Nutrition.
Headaches yes.
no Fever.
no Chills.
no Sweats.
no Night Sweats.
no Weight Loss.
no Weight Gain.
no Loss of Appetite.
no Weak.
c/o Fatigue.

CARDIOLOGY:

no Diaphoresis.
no Pallor.
no Chest Pain.
no Shortness of Breath.
no Palpitations.
no Dizziness.
no Leg Edema.
no Fatigue.
no Orthopnea.
no PND (paroxsymal nocturnal dyspnea).

RESPIRATORY:

no Cold Symptoms.
no Cough with exercise.
no Nasal Congestion.
no Runny Nose.
no Shortness of Breath.
no DOE (dyspnea on exertion).
no Persistent Cough.
no Chest Congestion.
no Chest Pain.
no Wheezing.
no Hemoptysis.
no Orthopnea.
no PND (paroxsymal nocturnal dyspnea).
Tobacco Use 1 ppd.

**Medical History:**

Borderline
HTN
Hit on head by metal pipe at work 1990
Anxiety
Gall stones

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other
Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues GERD
Children: none

**Social History:**

General:

Smoking: yes. Smoking Status current smoker, Frequency every day, Quantity per day 11-20, First cigarette of the day within 5 min, Interest in quitting Not ready to quit. no Smokeless Tobacco. Alcohol: none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

**Medications:**

Taking alprazolam 1 mg tablet 1 tab(s) 3 times a day
Taking lisinopril 40 mg tablet 1 tab(s) once a day
Taking hydrochlorothiazide 25 mg tablet 1 tab(s) once a day
Taking Propranolol Hydrochloride 40 Tablet TAKE ONE TABLET BY MOUTH TWICE DAILY 2 times a day
Medication List reviewed and reconciled with the patient

**Allergies:**

Flagyl: swell

morphine: GI

**Vitals:** BP 130/80, HR 72, Wt 306, Ht 71.25, BMI 42.37.

**Examination:**

General Examination:

General Appearance: well developed and well nourished, alert & in no acute distress.

HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflammation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.

Oral cavity: no lesions, moist mucus membranes.

Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.

Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.

Lungs: clear to auscultation in all fields.

Abdomen: Obese and soft, no masses.

Rectal: He has a large rosette of what look like hemorrhoids to me, sphincteric tonus is normal, prostate is unremarkable, soft brown stool is guaiac positive, no masses notes.

Extremities: no edema.

Peripheral pulses: Distal pulses are intact and symmetrical.

Neurological: Normal Exam, grossly intact, gait appears normal, No obvious muscle atrophy or fasciculations is noted.

Psych: normal affect, good eye contact.

**Assessment:**

Rectal pain - 569.42 (Primary)

Erectile dysfunction - 607.84

HTN (hypertension), benign - 401.1

Anxiety - 300.00

**1. Rectal pain**

Start CONTROLLED SUBSTANCE 09/11/2014, AGREEMENT, as directed .

**Lab:**CBC (no diff)

| | | |
|---|---|---|
| WBC | 9.5 | 4.0-11.0 - K/mm3 |
| RBC | 5.17 | 4.31-5.77 - M/mm3 |
| HGB | 15.9 | 13.2-17.5 - g/dL |
| HCT | 47.3 | 38.9-49.9 - % |
| MCV | 91.5 | 80-100 - fL |
| MCH | 30.8 | 27.8-33.8 - pg |
| MCHC | 33.6 | 31.5-36.5 - g/dL |
| RDW | 14.1 | 11.5-14.2 - % |
| PLT CT | 244 | 150-400 - K/mm3 |
| MPV | 10.3 | 8.5-12.4 - fL |

**Lab:**URINALYSIS WITH MICRO

| | | |
|---|---|---|
| COLOR | YELLOW | - |
| CLARITY | NON-TURBID | - |
| SPECIFIC GRAVITY | 1.028 | 1.003-1.035 - units |
| LEUKOCYTE ESTERASE | NEG | Negative - |
| NITRITE | NEG | Negative - |
| pH | 5.5 | 5-8 - units |
| PROTEIN | NEG | Negative - |
| GLUCOSE | NEG | Negative - g/dL |
| KETONE | NEG | Negative - |
| UROBILINOGEN | NORMAL | 0-1 - EU/dL |
| BILIRUBIN | NEG | Negative - |

| | | | |
|---|---|---|---|
| BLOOD | NEG | | Negative - |
| EP CELLS | RARE | | - |
| MUCUS | TRACE | | - |
| WBC | 2 | | 0-5 - #/hpf |
| RBC | NONE SEEN | | 0-3 - #/hpf |
| BACTERIA | NONE SEEN | | 0-2+ - |
| **Lab:**COMPREHENSIVE METABOLIC PANEL | | | |
| SODIUM | 139 | | 135-145 - mEq/L |
| POTASSIUM | 3.7 | | 3.5-5.2 - mEq/L |
| CHLORIDE | 104 | | 95-109 - mEq/L |
| CO2 CONTENT | 27 | | 22-31 - mEq/L |
| **GLUCOSE** | **106** | **H** | **70-99 - mg/dL** |
| **BUN** | **28** | **H** | **8-20 - mg/dL** |
| CREATININE | 1.1 | | 0.61-1.24 - mg/dL |
| GFR (MDRD equation) | >60 | | >60 - mL/min/1.73m2 |
| PROTEIN,TOTAL | 6.8 | | 6.2-8.4 - g/dL |
| ALBUMIN | 3.8 | | 3.5-5.0 - g/dL |
| GLOBULIN | 3.0 | | 2.2-3.6 - g/dL |
| CALCIUM | 9.0 | | 8.6-10.2 - mg/dL |
| BILIRUBIN,TOT | 0.5 | | 0.1-1.2 - mg/dL |
| ALKALINE PHOS | 67 | | 30-110 - IU/L |
| ALT | 34 | | 17-63 - IU/L |
| AST | 21 | | 15-41 - IU/L |
| FASTING STATUS | 10 HRS FASTING | | - |
| **Lab:**LIPID PANEL | | | |
| **HDL** | **33** | **L** | **40-59 - mg/dL** |
| **LDL** | **101** | **H** | **<100 - mg/dL** |
| CHOLESTEROL | 172 | | <200 - mg/dL |
| **TRIGLYCERIDES** | **189** | **H** | **<150 - mg/dL** |
| **CHOL/HDL RATIO** | **5.2** | **H** | **<5.0 -** |
| PAT. CONDITION | 10 HRS FASTING | | - |
| **Lab:**TSH,FREE T4 PANEL | | | |
| FREE T4 | 0.76 | | 0.61-1.27 - ng/dL |
| TSH | 1.56 | | 0.40-4.6 - uIU/mL |

Notes: With heme positive stool and what I believe is a large rosette of hemorrhoids, I would like him seen by a gastroenterolgist and probably then a general surgeon.

Referral To: Peter Kay Gastroenterology

Reason: Rectal pain, heme positive stools amd large hemorrhoids sent 9/29/14

**2. Erectile dysfunction**

Start Cialis tablet, 5 mg, 1 tab(s), orally, once a day, 30 Day(s), 30, Refills 3 .

Notes: He wants cialis but his insurance won't pay for it. He felt like a whole new person when he was able to take 5 mg PO QD of cialis. Cialis was helpful with his BP and he wants to get it prior approved. Jenni Burnett 541-686-1242, fax: 541-225-3631.

**3. HTN (hypertension), benign**

Continue hydrochlorothiazide tablet, 25 mg, 1 tab(s), orally, once a day ;

Continue lisinopril tablet, 40 mg, 1 tab(s), orally, once a day ;

Continue Propranolol Hydrochloride Tablet, 40, TAKE ONE TABLET BY MOUTH TWICE DAILY, 2 times a day .

| | | |
|---|---|---|
| **Lab:**CBC (no diff) | | |
| WBC | 9.5 | 4.0-11.0 - K/mm3 |
| RBC | 5.17 | 4.31-5.77 - M/mm3 |
| HGB | 15.9 | 13.2-17.5 - g/dL |
| HCT | 47.3 | 38.9-49.9 - % |

| | | | |
|---|---|---|---|
| MCV | 91.5 | | 80-100 - fL |
| MCH | 30.8 | | 27.8-33.8 - pg |
| MCHC | 33.6 | | 31.5-36.5 - g/dL |
| RDW | 14.1 | | 11.5-14.2 - % |
| PLT CT | 244 | | 150-400 - K/mm3 |
| MPV | 10.3 | | 8.5-12.4 - fL |
| **Lab:**URINALYSIS WITH MICRO | | | |
| COLOR | YELLOW | | - |
| CLARITY | NON-TURBID | | - |
| SPECIFIC GRAVITY | 1.028 | | 1.003-1.035 - units |
| LEUKOCYTE ESTERASE | NEG | | Negative - |
| NITRITE | NEG | | Negative - |
| pH | 5.5 | | 5-8 - units |
| PROTEIN | NEG | | Negative - |
| GLUCOSE | NEG | | Negative - g/dL |
| KETONE | NEG | | Negative - |
| UROBILINOGEN | NORMAL | | 0-1 - EU/dL |
| BILIRUBIN | NEG | | Negative - |
| BLOOD | NEG | | Negative - |
| EP CELLS | RARE | | - |
| MUCUS | TRACE | | - |
| WBC | 2 | | 0-5 - #/hpf |
| RBC | NONE SEEN | | 0-3 - #/hpf |
| BACTERIA | NONE SEEN | | 0-2+ - |
| **Lab:**COMPREHENSIVE METABOLIC PANEL | | | |
| SODIUM | 139 | | 135-145 - mEq/L |
| POTASSIUM | 3.7 | | 3.5-5.2 - mEq/L |
| CHLORIDE | 104 | | 95-109 - mEq/L |
| CO2 CONTENT | 27 | | 22-31 - mEq/L |
| **GLUCOSE** | **106** | **H** | **70-99 - mg/dL** |
| **BUN** | **28** | **H** | **8-20 - mg/dL** |
| CREATININE | 1.1 | | 0.61-1.24 - mg/dL |
| GFR (MDRD equation) | >60 | | >60 - mL/min/1.73m2 |
| PROTEIN,TOTAL | 6.8 | | 6.2-8.4 - g/dL |
| ALBUMIN | 3.8 | | 3.5-5.0 - g/dL |
| GLOBULIN | 3.0 | | 2.2-3.6 - g/dL |
| CALCIUM | 9.0 | | 8.6-10.2 - mg/dL |
| BILIRUBIN,TOT | 0.5 | | 0.1-1.2 - mg/dL |
| ALKALINE PHOS | 67 | | 30-110 - IU/L |
| ALT | 34 | | 17-63 - IU/L |
| AST | 21 | | 15-41 - IU/L |
| FASTING STATUS | 10 HRS FASTING | | - |
| **Lab:**LIPID PANEL | | | |
| **HDL** | **33** | **L** | **40-59 - mg/dL** |
| **LDL** | **101** | **H** | **<100 - mg/dL** |
| CHOLESTEROL | 172 | | <200 - mg/dL |
| **TRIGLYCERIDES** | **189** | **H** | **<150 - mg/dL** |
| **CHOL/HDL RATIO** | **5.2** | **H** | **<5.0 -** |
| PAT. CONDITION | 10 HRS FASTING | | - |
| **Lab:**TSH,FREE T4 PANEL | | | |
| FREE T4 | 0.76 | | 0.61-1.27 - ng/dL |

| | | |
|---|---|---|
| TSH | 1.56 | 0.40-4.6 - uIU/mL |

Notes: Doing well today, he really needs to comply with serologies and we discussed that.

**4. Anxiety**

Continue alprazolam tablet, 1 mg, 1 tab(s), orally, 2 times a day, 30 Day(s) .

Notes: CSA filled out and PDMP shows no suspicious activity.

**Immunizations:**

**Preventive:**

Counseling: Smoking Date counseled: 09/12/2014. Nutrition advice given Yes. Exercise advice given Yes.

**Follow Up:** 3 Months, prn

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 09/11/2014



**Electronically signed by David Knowlton , MD on 10/06/2014 at 08:46 AM PDT**
**Sign off status: Completed**

**Progress Note**

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 43 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 07/11/2014

---

Med review

**HPI:**

Hypertension:
Here for BP check and his BP is quite good today.
ENT:
Getting headaches but much less frequently, he is using aleve when he gets them.
Anxiety:
Ongoing anxiety which is well managed with xanax BID.
Erectile Dysfunction:
C/O erectile D/F and wishes to try daily cialis.

**ROS:**

CONSTITUTIONAL:

Sleep normal.
no Bleeding Problems.
Energy level yes.
no Concerns.
no Appetite.
no Elimination.
no Ill Contacts.
no Fussy.
no Nutrition.
Headaches yes.
no Fever.
no Chills.
no Sweats.
no Night Sweats.
no Weight Loss.
no Weight Gain.
no Loss of Appetite.
c/o Weak.
c/o Fatigue.

CARDIOLOGY:

no Diaphoresis.
no Pallor.
no Chest Pain.
no Shortness of Breath.
no Palpitations.
no Dizziness.
no Leg Edema.
no Fatigue.
no Orthopnea.
no PND (paroxsymal nocturnal dyspnea).

NEUROLOGY:

no Tics.
Headache yes.
no Weakness.
no Tingling/Numbness.
no Speech Abnormality.
no Visual Changes.
no Dizziness.
no Memory Loss.
no Seizures.
no Gait Abnormality.
no Sleep Problems.

RESPIRATORY:
no Cold Symptoms.
no Cough with exercise.
no Nasal Congestion.
no Runny Nose.
no Shortness of Breath.
c/o DOE (dyspnea on exertion), stable.
no Persistent Cough.
no Chest Congestion.
no Chest Pain.
no Wheezing.
no Hemoptysis.
no Orthopnea.
no PND (paroxsymal nocturnal dyspnea).
Tobacco Use a lot.

**Medical History:**
Borderline
HTN
Hit on head by metal pipe at work 1990
Anxiety
Gall stones

**Surgical History:**
pilonidal cyst 2004

**Hospitalization/Major Diagnostic Procedure:**
pneumonia as a child
head trauma, hit with steel beam in for a week 1991

**Family History:**
Father: alive 69 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other
Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs

Siblings: One brother older in good health he has some sort of stomach issues

Children: none

**Social History:**

General:

no Smoking, quit 12/29/13. Smoking Status former smoker, Length of time since quitting 1-3 months. no Smokeless Tobacco. Alcohol: none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

**Medications:**

Taking alprazolam 1 mg tablet 1 tab(s) 2 times a day

Taking Propranolol Hydrochloride 40 Tablet TAKE ONE TABLET BY MOUTH TWICE DAILY 2 times a day

Taking lisinopril 20 mg tablet 1 tab(s) once a day

Medication List reviewed and reconciled with the patient

**Allergies:**

Flagyl: swell

morphine: GI

**Vitals:** BP 130/76, HR 72, RR 16, Wt 302, Ht 71.25, BMI 41.82.

**Examination:**

General Examination:

General Appearance: well developed and well nourished, alert & in no acute distress.

HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflamation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.

Oral cavity: no lesions, moist mucus membranes.

Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.

Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.

Lungs: clear to auscultation in all fields.

Abdomen: Obese and soft.

Extremities: no edema.

Peripheral pulses: Distal pulses are intact and symmetrical.

Neurological: Normal Exam, grossly intact, gait appears normal, No obvious muscle atrophy or fasciculations is noted.

Psych: normal affect, good eye contact.

**Assessment:**

HTN (benign) - 401.1 (Primary)

Migraine headaches - 346.90

Anxiety - 300.00

Erectile disorder due to medical condition in male patient - 607.84

**1. HTN (benign)**

Continue Propranolol Hydrochloride tablet, 40 mg, 1 tab(s), orally, 2 times a day, 30 day(s), 60, Refills 2 ;

Continue lisinopril tablet, 40 mg, 1 tab(s), orally, once a day, 30 day(s), 30, Refills 2 ;

Continue hydrochlorothiazide tablet, 25 mg, 1 tab(s), orally, once a day, 30 day(s), 30, Refills 2 .

Notes: He is to eat a low salt and cardiac prudent diet and get some aerobic exercise. Remain off cigarettes. Check serologies.

**2. migraine headaches**

Continue alprazolam tablet, 1 mg, 1 tab(s), orally, 3 times a day, 30 Day(s), 0, Refills 0 .

Notes: Decreased in intensity and frequency.

**3. Anxiety**

Continue alprazolam tablet, 1 mg, 1 tab(s), orally, 2 times a day .

**4. Erectile disorder due to medical condition in male patient**

Start Cialis tablet, 5 mg, 1 tab(s), orally, once a day, 30 Day(s), 30, Refills 3 .

**Immunizations:**

**Preventive:**

Counseling: Smoking Date counseled: 01/17/2014. Nutrition advice given Yes. Exercise advice given Yes. Nutrition . Exercise .

**Follow Up:** 12 Weeks, prn

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 07/11/2014



**Electronically signed by David Knowlton , MD on 07/ 31/ 2014 at 11:29 AM PDT**
**Sign off status: Completed**

## Progress Note

**Patient:** Cummins, Michael
**DOB:** **Age:** 43 Y **Sex:** Male
**Phone:** 541-335-1718
**Address:** 38690 Dexter Rd, Dexter, OR-97431

**Provider:** David Knowlton, MD
**Date:** 01/16/2014

---

### Subjective:

**CC:**

HBP recheck

**HPI :**

Hypertension:
Here for BP check and his BP is extremely high today.
ENT:
Getting headaches but much less frequently, he is using aleve when he gets them.

**ROS:**

CONSTITUTIONAL:

Sleep normal.
no Bleeding Problems.
Energy level yes.
no Concerns.
no Appetite.
no Elimination.
no Ill Contacts.
no Fussy.
no Nutrition.
Headaches yes.
no Fever.
no Chills.
no Sweats.
no Night Sweats.
no Weight Loss.
no Weight Gain.
no Loss of Appetite.
c/o Weak.
c/o Fatigue.

CARDIOLOGY:

no Diaphoresis.
no Pallor.
no Chest Pain.
no Shortness of Breath.
no Palpitations.
no Dizziness.
no Leg Edema.
no Fatigue.
no Orthopnea.
no PND (paroxsymal nocturnal dyspnea).

NEUROLOGY:

no Tics.

Headache yes.
no Weakness.
no Tingling/Numbness.
no Speech Abnormality.
no Visual Changes.
no Dizziness.
no Memory Loss.
no Seizures.
no Gait Abnormality.
no Sleep Problems.

RESPIRATORY:

no Cold Symptoms.
no Cough with exercise.
no Nasal Congestion.
no Runny Nose.
no Shortness of Breath.
c/o DOE (dyspnea on exertion), stable.
no Persistent Cough.
no Chest Congestion.
no Chest Pain.
no Wheezing.
no Hemoptysis.
no Orthopnea.
no PND (paroxsymal nocturnal dyspnea).
Tobacco Use a lot.

**Medical History:**

Borderline
HTN
Hit on head by metal pipe at work 1990
Anxiety
Gall stones

**Gyn History:**

**OB History:**

**Surgical History:**

pilonidal cyst 2004

**Hospitalization/ Major Diagnostic Procedure:**

pneumonia as a child
head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs HTN, DM type two, truck driver, osteoarthritis, knee replacement
Mother: deceased 61 yrs HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues
Children: none

**Social History:**

General:

no Smoking, quit 12/29/13. Smoking Status former smoker, Length of time since quitting 1-3 months. no Smokeless Tobacco. Alcohol: none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

**Medications:**

alprazolam 1 mg tablet 1 tab(s) 2 times a day

Propranolol Hydrochloride 40 Tablet TAKE ONE TABLET BY MOUTH TWICE DAILY 2 times a day

lisinopril 20 mg tablet 1 tab(s) once a day

Medication List reviewed and reconciled with the patient

**Allergies:**

Flagyl: swell

morphine: GI

## Objective:

**Vitals:** BP 170/102, HR 70, Wt 313, Ht 71.25, BMI 43.34.

**Past Orders:**

**Examination:**

General Examination:

General Appearance: well developed and well nourished, alert & in no acute distress.

HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflamation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.

Oral cavity: no lesions, moist mucus membranes.

Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.

Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.

Lungs: clear to auscultation in all fields.

Abdomen: Obese and soft.

Extremities: no edema.

Peripheral pulses: Distal pulses are intact and symmetrical.

Neurological: Normal Exam, grossly intact, gait appears normal, No obvious muscle atrophy or fasciculations is noted.

Psych: normal affect, good eye contact.

## Assessment:

**Assessment:**

HTN (benign) - 401.1 (Primary)

Migraine headaches - 346.90

## Plan:

**1. HTN (benign)**

Continue Propranolol Hydrochloride tablet, 40 mg, 1 tab(s), orally, 2 times a day, 30 day(s), 0, Refills 2 ;

Increase lisinopril tablet, 40 mg, 1 tab(s), orally, once a day, 30 day(s), 30, Refills 2 ;

Start hydrochlorothiazide tablet, 25 mg, 1 tab(s), orally, once a day, 30 day(s), 30, Refills 2 .

**LAB:**LIPID PANEL

This lab was reviewed by Klea MA May on 03/12/2014 at 15:44 PM PDT

**LAB:**COMPREHENSIVE METABOLIC PANEL

This lab was reviewed by Klea MA May on 03/12/2014 at 15:43 PM PDT

**LAB:** TSH,FREE T4 PANEL
This lab was reviewed by Klea MA May on 03/12/2014 at 15:43 PM PDT
**LAB:** CBC with auto diff
This lab was reviewed by Klea MA May on 03/12/2014 at 15:44 PM PDT
**LAB:** URINALYSIS WITH MICRO
This lab was reviewed by Klea MA May on 03/12/2014 at 15:44 PM PDT

He is to eat a low salt and cardiac prudent diet and get some aerobic exercise. Remain off cigarettes. Check serologies.

**2. migraine headaches**
Continue alprazolam tablet, 1 mg, 1 tab(s), orally, 3 times a day, 30 Day(s), 0, Refills 0 .
Decreased in intensity and frequency.

**Immunizations:**

**Labs:**

**Procedure Codes:**

**Preventive:**
Counseling: Smoking Date counseled: 01/17/2014. Nutrition advice given Yes. Exercise advise given Yes. Nutrition . Exercise .

**Follow Up:** 4 Weeks, prn

**Care Plan:**

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 01/16/2014



**Electronically signed by David Knowlton , MD on 01/29/2014 at 01:33 PM PST**
**Sign off status: Completed**

**Progress Note**

**Patient:** Cummins, Michael
**DOB:** **Age:** 43 Y **Sex:** Male
**Phone:** 541-335-1718
**Address:** 38690 Dexter Rd, Dexter, OR-97431

**Provider:** David Knowlton, MD
**Date:** 10/16/2013

---

**Subjective:**

**CC:**

recheck BP and Meds

**HPI:**

Hypertension:

We added lisinopril after last visit. He is coughing but this is not bothering him too much. He is not checking his BP outside now. Tolerating propranolol well. No chest pain or dyspnea.

ENT:

Getting headaches but much less frequently, he is using aleve when he gets them.

**ROS:**

CONSTITUTIONAL:

Sleep normal.
no Bleeding Problems.
Energy level yes.
no Concerns.
no Appetite.
no Elimination.
no Ill Contacts.
no Fussy.
no Nutrition.
Headaches yes.
no Fever.
no Chills.
no Sweats.
no Night Sweats.
no Weight Loss.
no Weight Gain.
no Loss of Appetite.
c/o Weak.
c/o Fatigue.

CARDIOLOGY:

no Diaphoresis.
no Pallor.
no Chest Pain.
no Shortness of Breath.
no Palpitations.
no Dizziness.
no Leg Edema.
no Fatigue.
no Orthopnea.
no PND (paroxsymal nocturnal dyspnea).

NEUROLOGY:

no Tics.
Headache yes.
no Weakness.
no Tingling/Numbness.
no Speech Abnormality.
no Visual Changes.
no Dizziness.
no Memory Loss.
no Seizures.
no Gait Abnormality.
no Sleep Problems.

RESPIRATORY:

no Cold Symptoms.
no Cough with exercise.
no Nasal Congestion.
no Runny Nose.
no Shortness of Breath.
c/o DOE (dyspnea on exertion), stable.
no Persistent Cough.
no Chest Congestion.
no Chest Pain.
no Wheezing.
no Hemoptysis.
no Orthopnea.
no PND (paroxsymal nocturnal dyspnea).
Tobacco Use a lot.

**Medical History:**

Borderline
HTN
Hit on head by metal pipe at work 1990
Anxiety

**Gyn History:**

**OB History:**

**Surgical History:**

pilonidal cyst 2004

**Hospitalization/Major Diagnostic Procedure:**

pneumonia as a child
head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs HTN, DM type two, truck driver, osteoarthritis, knee replacement
Mother: deceased 61 yrs HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues
Children: none

**Social History:**

General:

Smoking: 1-1/2 PPD. Smoking Status current smoker, Frequency every day, Quantity per day 31 or more, First cigarette of the day 31-60 min, Interest in quitting Not ready to quit. no Smokeless Tobacco. Alcohol: none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

**Medications:**

Preparation H Hydrocortisone 1% cream with applicator 1 app 2 times a day

alprazolam 1 mg tablet 1 tab(s) 3 times a day

Propranolol Hydrochloride 40 Tablet TAKE ONE TABLET BY MOUTH TWICE DAILY

lisinopril 20 mg tablet 1 tab(s) once a day

Medication List reviewed and reconciled with the patient

**Allergies:**

Flagyl: swell

morphine: GI

## Objective:

**Vitals:** BP 158/95, HR 68, RR 16, Wt 315, Ht 71.25, BMI 43.62.

**Past Orders:**

**Examination:**

General Examination:

General Appearance: well developed and well nourished, alert & in no acute distress.

HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflamation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.

Oral cavity: no lesions, moist mucus membranes.

Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.

Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.

Lungs: clear to auscultation in all fields.

Back: ROM limited in flexion to 90 degrees, straight leg raising is positive on the right and negative or the left, DTR 2+ bilaterally throughout, strength is 5/5.

Extremities: no edema.

Peripheral pulses: Distal pulses are intact and symmetrical.

Neurological: Normal Exam, grossly intact, gait appears normal, No obvious muscle atrophy or fasciculations is noted.

Psych: normal affect, good eye contact.

## Assessment:

**Assessment:**

HTN (benign) - 401.1 (Primary)

Migraine headaches - 346.90

## Plan:

**1. HTN (benign)**

Continue Propranolol Hydrochloride tablet, 40 mg, 1 tab(s), orally, 2 times a day, 30 day(s), 0, Refills 2 ;

Continue lisinopril tablet, 20 mg, 1 tab(s), orally, once a day, 30 day(s), 0, Refills 2 .
He is to eat a low salt and cardiac prudent diet and get some aerobic exercise.

**2. migraine headaches**

Continue alprazolam tablet, 1 mg, 1 tab(s), orally, 3 times a day, 30 Day(s), 0, Refills 0 .

Decreased in intensity and frequency.

**Immunizations:**

**Labs:**

**Procedure Codes:**

**Preventive:**

Counseling: Smoking . Nutrition . Exercise .

**Follow Up:** 12 Weeks, prn

**Care Plan:**

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 10/16/2013



**Electronically signed by David Knowlton , MD on 11/ 07/ 2013 at 03:28 PM PST**
**Sign off status: Completed**

**Progress Note**

**Patient:** Cummins, Michael
**DOB:** **Age:** 43 Y **Sex:** Male
**Phone:** 541-335-1718
**Address:** 38690 Dexter Rd, Dexter, OR-97431

**Provider:** David Knowlton, MD
**Date:** 09/18/2013

---

## Subjective:

**CC:**

BP medication check

**HPI :**

Hypertension:
He is not checking his BP outside now. Tolerating propranolol well. No chest pain or dyspnea.

ENT:
Getting headaches again, he is using aleve when he gets them. He did not like the maxalt.

**ROS:**

CONSTITUTIONAL:

Sleep normal.
no Bleeding Problems.
Energy level yes.
no Concerns.
no Appetite.
no Elimination.
no Ill Contacts.
no Fussy.
no Nutrition.
Headaches yes.
no Fever.
no Chills.
no Sweats.
no Night Sweats.
no Weight Loss.
no Weight Gain.
no Loss of Appetite.
c/o Weak.
c/o Fatigue.

CARDIOLOGY:

no Diaphoresis.
no Pallor.
no Chest Pain.
no Shortness of Breath.
no Palpitations.
no Dizziness.
no Leg Edema.
no Fatigue.
no Orthopnea.
no PND (paroxsymal nocturnal dyspnea).

NEUROLOGY:

no Tics.

Headache yes.
no Weakness.
no Tingling/Numbness.
no Speech Abnormality.
no Visual Changes.
no Dizziness.
no Memory Loss.
no Seizures.
no Gait Abnormality.
no Sleep Problems.

RESPIRATORY:

no Cold Symptoms.
no Cough with exercise.
no Nasal Congestion.
no Runny Nose.
no Shortness of Breath.
c/o DOE (dyspnea on exertion), stable.
no Persistent Cough.
no Chest Congestion.
no Chest Pain.
no Wheezing.
no Hemoptysis.
no Orthopnea.
no PND (paroxsymal nocturnal dyspnea).
Tobacco Use a lot.

**Medical History:**

Borderline
HTN
Hit on head by metal pipe at work 1990
Anxiety

**Gyn History:**

**OB History:**

**Surgical History:**

pilonidal cyst 2004

**Hospitalization/ Major Diagnostic Procedure:**

pneumonia as a child
head trauma, hit with steele beam in for a week 1991

**Family History:**

Father: alive 67 yrs HTN, DM type two, truck driver, osteoarthritis, knee replacement
Mother: deceased 61 yrs HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues
Children: none

**Social History:**

Smoking: 1-1/2 PPD.
Smoking Status current smoker, Frequency every day, Quantity per day 31 or more, First cigarette of the day 31-60 min, Interest in quitting Not ready to quit.
no Smokeless Tobacco.
Alcohol: none since 2004.
no Drug use.
no Exercise.
Hobbies: Four wheelers, races cars.
Marital Status: married, Charmaine.
Children: none; one of hers lives at home.
Occupation: burner at Farwest Steele.
Education: High school.
Pets: One dog (Dakota) and a rabbit (LOPP EAR).

**Medications:**

Preparation H Hydrocortisone 1% cream with applicator 1 app 2 times a day

alprazolam 1 mg tablet 1 tab(s) 3 times a day

Propranolol Hydrochloride 40 Tablet TAKE ONE TABLET BY MOUTH TWICE DAILY

Medication List reviewed and reconciled with the patient

**Allergies:**

Flagyl: swell

morphine: GI

## Objective:

**Vitals:** BP 155/110, HR 76, RR 68, Wt 313.6, Ht 71.25, BMI 43.43.

**Past Orders:**

**Examination:**

General Examination:

General Appearance: well developed and well nourished, alert & in no acute distress.

HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflamation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.

Oral cavity: no lesions, moist mucus membranes.

Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.

Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.

Lungs: clear to auscultation in all fields.

Back: ROM limited in flexion to 90 degrees, straight leg raising is positive on the right and negative or the left, DTR 2+ bilaterally throughout, strength is 5/5.

Extremities: no edema.

Peripheral pulses: Distal pulses are intact and symmetrical.

Neurological: Normal Exam, grossly intact, gait appears normal, No obvious muscle atrophy or fasciculations is noted.

Psych: normal affect, good eye contact.

## Assessment:

**Assessment:**

HTN (benign) - 401.1 (Primary)

Migraine headaches - 346.90

## Plan:

**1. HTN (benign)**
Continue Propranolol Hydrochloride tablet, 40 mg, 1 tab(s), orally, 2 times a day, 30 day(s), 60, Refills 2 ;
Start lisinopril tablet, 20 mg, 1 tab(s), orally, once a day, 30 day(s), 30, Refills 2 .
He is to eat a low salt and cardiac prudent diet and get some aerobic exercise.

**2. migraine headaches**
Continue alprazolam tablet, 1 mg, 1 tab(s), orally, 3 times a day, 30 Day(s), 0, Refills 0 .

**Immunizations:**

**Labs:**

**Procedure Codes:**

**Preventive:**
Counseling: Smoking . Nutrition . Exercise .

**Follow Up:** 4 Weeks, prn

**Care Plan:**

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 09/18/2013



**Electronically signed by David Knowlton , MD on 09/25/2013 at 02:53 PM PDT**
**Sign off status: Completed**

**Patient:** Cummins, Michael
**DOB:** **Age:** 43 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 09/13/2013

## Subjective:

**CC:**

SAIF

**HPI:**

**Medical History:**

Borderline
HTN
Hit on head by metal pipe at work 1990

**Medications:**

None

**Allergies:**

Flagyl: swell
morphine: GI

## Objective:

**Past Orders:**

**Examination:**

General Examination:
15 minute conversation with SAIF.

## Assessment:

**Assessment:**

REQUEST EXPERT EVIDENCE - V68.2 (Primary)
Leg pain - 729.5

## Plan:

**Immunizations:**

**Labs:**

**Procedure Codes:**

99367 Team conference w/o pt with physician 30 minutes

**Follow Up:** prn

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 09/13/2013



**Electronically signed by David Knowlton , MD on 09/25/2013 at 02:53 PM PDT**
**Sign off status: Completed**

**Progress Note**

**Patient:** Cummins, Michael
**DOB:** **Age:** 42 Y **Sex:** Male
**Phone:** 541-335-1718
**Address:** 38690 Dexter Rd, Dexter, OR-97431

**Provider:** David Knowlton, MD
**Date:** 04/24/2013

---

## Subjective:

**CC:**

Blood pressure

**HPI:**

Constitutional:

Continues to C/O right leg pain from knee to foot, getting steadily worse, hurts so bad he can barely walk at times. Some numbness in heal of foot. Pain is worse when he has been on his feet for a while. He has tried NSAIDS with no efficacy. No loss of control of bowels or bladder.

Hypertension:

BP 130/70 at home. Tolerating propranolol well. No chest pain or dyspnea.

**ROS:**

CONSTITUTIONAL:

Sleep normal.
no Bleeding Problems.
Energy level yes.
no Concerns.
no Appetite.
no Elimination.
no Ill Contacts.
no Fussy.
no Nutrition.
Headaches yes.
no Fever.
no Chills.
no Sweats.
no Night Sweats.
no Weight Loss.
no Weight Gain.
no Loss of Appetite.
c/o Weak.
c/o Fatigue.

CARDIOLOGY:

no Diaphoresis.
no Pallor.
no Chest Pain.
no Shortness of Breath.
no Palpitations.
no Dizziness.
no Leg Edema.
no Fatigue.
no Orthopnea.
no PND (paroxsymal nocturnal dyspnea).

NEUROLOGY:

no Tics.
Headache yes.
no Weakness.
no Tingling/Numbness.
no Speech Abnormality.
no Visual Changes.
no Dizziness.
no Memory Loss.
no Seizures.
no Gait Abnormality.
no Sleep Problems.

RESPIRATORY:

no Cold Symptoms.
no Cough with exercise.
no Nasal Congestion.
no Runny Nose.
no Shortness of Breath.
c/o DOE (dyspnea on exertion), stable.
no Persistent Cough.
no Chest Congestion.
no Chest Pain.
no Wheezing.
no Hemoptysis.
no Orthopnea.
no PND (paroxsymal nocturnal dyspnea).
Tobacco Use a lot.

**Medical History:**

Borderline
HTN
Hit on head by metal pipe at work 1990

**Gyn History:**

**OB History:**

**Surgical History:**

pilonidal cyst 2004

**Hospitalization/ Major Diagnostic Procedure:**

pneumonia as a child
head trauma, hit with steele beam in for a week 1991

**Family History:**

Father: alive 67 yrs HTN, DM type two, truck driver, osteoarthritis
Mother: deceased 61 yrs HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues
Children: none

**Social History:**

Smoking: 1-1/2 PPD.
no Smokeless Tobacco.
Smoking Status current smoker, Frequency every day, Quantity per day 31 or more, First cigarette of the day 31-60 min, Interest in quitting Not ready to quit.
Alcohol: none since 2004.
no Drug use.
Hobbies: Four wheelers, races cars.
Marital Status: married, Charmaine.
Children: none; one of hers lives at home.
Occupation: burner at Farwest Steele.
Education: High school.
Pets: One dag (Dakota) and a rabbit (LOPP EAR).

**Medications:**

Preparation H Hydrocortisone 1% cream with applicator 1 app 2 times a day
alprazolam 1 mg tablet 1 tab(s) 3 times a day
Maxalt 10 mg tablet 1 tab(s) once a day
Propranolol Hydrochloride 40 Tablet TAKE ONE TABLET BY MOUTH TWICE DAILY

**Allergies:**

Flagyl: swell
morphine: GI

## Objective:

**Vitals:** BP 140/90, HR 88, RR 16, Wt 316.4, Ht 71.25, BMI 43.81.

**Past Orders:**

**Examination:**

General Examination:

General Appearance: well developed and well nourished, alert & in no acute distress.

HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflamation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.

Oral cavity: no lesions, moist mucus membranes.

Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.

Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.

Lungs: clear to auscultation in all fields.

Back: ROM limited in flexion to 90 degrees, straight leg raising is positive on the right and negative or the left, DTR 2+ bilaterally throughout, strength is 5/5.

Extremities: no edema.

Peripheral pulses: Distal pulses are intact and symmetrical.

Neurological: Normal Exam, grossly intact, gait appears normal, No obvious muscle atrophy or fasciculations is noted.

Psych: normal affect, good eye contact.

## Assessment:

**Assessment:**

HTN (benign) - 401.1 (Primary)
Migraine headaches - 346.90
Radiculopathy - 729.2, right lower extremity

## Plan:

**1. HTN (benign)**
Continue Propranolol Hydrochloride tablet, 40 mg, 1 tab(s), orally, 2 times a day, 30 day(s), 60, Refills 2 .
He is to eat a low salt and cardiac prudent diet and get some aerobic exercise.
**2. migraine headaches**
Continue Maxalt tablet, 10 mg, 1 tab(s), orally, once a day, 0, tab(s) ;
Continue alprazolam tablet, 1 mg, 1 tab(s), orally, 3 times a day, 30 Day(s), 90, Refills 0 .
**3. Radiculopathy** Diagnostic Imaging:MRI: Lumbosacral Spines To be scheduled at MRImaging. They will contact and schedule. PA#: 49250989 godd from 4/25/13 to 5/24/13.
I believe he is having pain from a pinched nerve at the L/S spinal level and would like an MRI of that area at this time.
**Immunizations:**

**Labs:**

**Procedure Codes:**

**Preventive:**
Counseling: Smoking . Nutrition . Exercise .

**Follow Up:** 12 Weeks, prn

## Care Plan:

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 04/24/2013



**Electronically signed by David Knowlton , MD on 05/02/2013 at 02:41 PM PDT**
**Sign off status: Completed**

**Progress Note**

**Patient:** Cummins, Michael **Provider:** David Knowlton, MD
**DOB:** **Age:** 42 Y **Sex:** Male **Date:** 10/29/2012
**Phone:** 541-335-1718
**Address:** 38690 Dexter Rd, Dexter, OR-97431

---

**Subjective:**

**CC:**

3 mth follow up to BP

**HPI:**

Neurology:
He has had no further migrainous headaches.

Hypertension:
BP 130/70 at home. Tolerating propranolol well.

Constitutional:
Right leg pain from knee to foot, getting steadily worse, hurts so bad he can barely walk at times. Some numbness in heal of foot.

**ROS:**

CONSTITUTIONAL:

Sleep normal.
no Bleeding Problems.
Energy level yes.
no Concerns.
no Appetite.
no Elimination.
no Ill Contacts.
no Fussy.
no Nutrition.
Headaches yes.
no Fever.
no Chills.
no Sweats.
no Night Sweats.
no Weight Loss.
no Weight Gain.
no Loss of Appetite.
c/o Weak.
c/o Fatigue.

CARDIOLOGY:

no Diaphoresis.
no Pallor.
no Chest Pain.
no Shortness of Breath.
no Palpitations.
no Dizziness.
no Leg Edema.
no Fatigue.
no Orthopnea.
no PND (paroxsymal nocturnal dyspnea).

NEUROLOGY:

no Tics.
Headache yes.
no Weakness.
no Tingling/Numbness.
no Speech Abnormality.
no Visual Changes.
no Dizziness.
no Memory Loss.
no Seizures.
no Gait Abnormality.
no Sleep Problems.

RESPIRATORY:

no Cold Symptoms.
no Cough with exercise.
no Nasal Congestion.
no Runny Nose.
no Shortness of Breath.
c/o DOE (dyspnea on exertion), stable.
no Persistent Cough.
no Chest Congestion.
no Chest Pain.
no Wheezing.
no Hemoptysis.
no Orthopnea.
no PND (paroxsymal nocturnal dyspnea).
Tobacco Use a lot.

**Medical History:**

Borderline
HTN
Hit on head by metal pipe at work 1990

**Gyn History:**

**OB History:**

**Surgical History:**

pilonidal cyst 2004

**Hospitalization/ Major Diagnostic Procedure:**

pneumonia as a child
head trauma, hit with steele beam in for a week 1991

**Family History:**

Father: alive 67 yrs HTN, DM type two, truck driver, osteoarthritis
Mother: deceased 61 yrs HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues
Children: none

**Social History:**

Smoking: 1-1/2 PPD.
no Smokeless Tobacco.
Smoking Status current smoker, Frequency every day, Quantity per day 31 or more, First cigarette of the day 31-60 min, Interest in quitting Not ready to quit.
Alcohol: none since 2004.
no Drug use.
Hobbies: Four wheelers, races cars.
Marital Status: married, Charmaine.
Children: none; one of hers lives at home.
Occupation: burner at Farwest Steele.
Education: High school.
Pets: One dag (Dakota) and a rabbit (LOPP EAR).

**Medications:**

Preparation H Hydrocortisone 1% cream with applicator 1 app 2 times a day
alprazolam 1 mg tablet 1 tab(s) 3 times a day
Maxalt 10 mg tablet 1 tab(s) once a day
Propranolol Hydrochloride 40 Tablet TAKE ONE TABLET BY MOUTH TWICE DAILY
Medication List reviewed and reconciled with the patient

**Allergies:**

Flagyl: swell
morphine: GI

## Objective:

**Vitals:** BP 140/90, HR 72, RR 16, Wt 307, Ht 71.25, BMI 42.51.

**Past Orders:**

**Examination:**

General Examination:

General Appearance: well developed and well nourished, alert & in no acute distress.

HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflamation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.

Oral cavity: no lesions, moist mucus membranes.

Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.

Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.

Lungs: clear to auscultation in all fields.

Extremities: no edema, he is tender over the course of the paroneal tendon right foot.

Peripheral pulses: Distal pulses are intact and symmetrical.

Neurological: Normal Exam, grossly intact, gait appears normal, No obvious muscle atrophy or fasciculations is noted.

Psych: normal affect, good eye contact.

## Assessment:

**Assessment:**

HTN (benign) - 401.1 (Primary)
Migraine headaches - 346.90
Foot pain - 729.5, right

## Plan:

**1. HTN (benign)**

Continue Propranolol Hydrochloride tablet, 40 mg, 1 tab(s), orally, 2 times a day, 30 day(s), 60, Refills 2 .
He is to eat a low salt and cardiac prudent diet and get some aerobic exercise.

**2. migraine headaches**
Continue Maxalt tablet, 10 mg, 1 tab(s), orally, once a day, 0, tab(s) ;
Continue alprazolam tablet, 1 mg, 1 tab(s), orally, 3 times a day, 30 Day(s), 0, Refills 0 .

**3. Foot pain**
Start sulindac tablet, 200 mg, 1 tab(s), orally, 2 times a day, 30 day(s), 60 .
This is a tendinitis, he needs a pair of orthotics.

**Immunizations:**

**Labs:**

**Procedure Codes:**

**Preventive:**
Counseling: Smoking . Diet . Exercise .

**Follow Up:** 12 Weeks, prn

**Care Plan:**

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 10/29/2012

**Electronically signed by David Knowlton , MD on 11/ 05/ 2012 at 03:01 PM PST**
**Sign off status: Completed**


Lincoln/Cummins 1901

**Progress Note**

**Patient:** Cummins, Michael
**DOB:** **Age:** 41 Y **Sex:** Male
**Phone:** 541-335-1718
**Address:** 38690 Dexter Rd, Dexter, OR-97431

**Provider:** David Knowlton, MD
**Date:** 07/05/2012

---

## Subjective:

**CC:**

Headaches, high blood pressure

**HPI:**

Neurology:

He has had no further migranous headaches.

Hypertension:

BP 134/70 at home. Tolerating propranolol well.

**ROS:**

CONSTITUTIONAL:

Sleep normal.
no Bleeding Problems.
Energy level yes.
no Concerns.
no Appetite.
no Elimination.
no Ill Contacts.
no Fussy.
no Nutrition.
Headaches yes.
no Fever.
no Chills.
no Sweats.
no Night Sweats.
no Weight Loss.
no Weight Gain.
no Loss of Appetite.
c/o Weak.
c/o Fatigue.

CARDIOLOGY:

no Diaphoresis.
no Pallor.
no Chest Pain.
no Shortness of Breath.
no Palpitations.
no Dizziness.
no Leg Edema.
no Fatigue.
no Orthopnea.
no PND (paroxsymal nocturnal dyspnea).

NEUROLOGY:

no Tics.

Headache yes.
no Weakness.
no Tingling/Numbness.
no Speech Abnormality.
no Visual Changes.
no Dizziness.
no Memory Loss.
no Seizures.
no Gait Abnormality.
no Sleep Problems.

RESPIRATORY:

no Cold Symptoms.
no Cough with exercise.
no Nasal Congestion.
no Runny Nose.
no Shortness of Breath.
c/o DOE (dyspnea on exertion), stable.
no Persistent Cough.
no Chest Congestion.
no Chest Pain.
no Wheezing.
no Hemoptysis.
no Orthopnea.
no PND (paroxsymal nocturnal dyspnea).
Tobacco Use a lot.

**Medical History:**

Borderline
HTN
Hit on head by metal pipe at work 1990

**Gyn History:**

**OB History:**

**Surgical History:**

pilonidal cyst 2004

**Hospitalization/ Major Diagnostic Procedure:**

pneumonia as a child
head trauma, hit with steele beam in for a week 1991

**Family History:**

Father: alive 67 yrs HTN, DM type two
Mother: deceased 61 yrs HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues
Children: none

**Social History:**

Smoking: 1-1/2 PPD.

no Smokeless Tobacco.
Smoking Status current smoker, Frequency every day, Quantity per day 31 or more, First cigarette of the day 31-60 min, Interest in quitting Not ready to quit.
Alcohol: none since 2004.
no Drug use.
Hobbies: Four wheelers, races cars.
Marital Status: married, Charmaine.
Children: none; one of hers lives at home.
Occupation: burner at Farwest Steele.
Education: High school.
Pets: One dag (Dakota) and a rabbit (LOPP EAR).

**Medications:**

Preparation H Hydrocortisone 1% cream with applicator 1 app 2 times a day

**Allergies:**

Flagyl: swell

morphine: GI

## Objective:

**Vitals:** BP 160/105, HR 80, RR 16, Wt 293.6, Ht 71.25, BMI 40.66.

**Past Orders:**

**Examination:**

General Examination:

General Appearance: well developed and well nourished, alert & in no acute distress.

HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflamation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.

Oral cavity: no lesions, moist mucus membranes.

Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.

Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.

Lungs: clear to auscultation in all fields.

Extremities: no edema.

Peripheral pulses: Distal pulses are intact and symmetrical.

Neurological: Normal Exam, grossly intact, gait appears normal, No obvious muscle atrophy or fasciculations is noted.

Psych: normal affect, good eye contact.

## Assessment:

**Assessment:**

HTN (benign) - 401.1 (Primary)

Migraine headaches - 346.90

## Plan:

**1. HTN (benign)**

Continue Propranolol Hydrochloride tablet, 40 mg, 1 tab(s), orally, 2 times a day, 30 day(s), 60, Refills 2 .

He is to eat a low salt and cardiac prudent diet and get some aerobic exercise.

**2. migraine headaches**

Continue Maxalt tablet, 10 mg, 1 tab(s), orally, once a day, 0, tab(s) ;
Continue alprazolam tablet, 1 mg, 1 tab(s), orally, 3 times a day, 30 Day(s), 0, Refills 0 .

**Immunizations:**

**Labs:**

**Procedure Codes:**

**Preventive:**
Counseling: Smoking . Diet . Exercise .

**Follow Up:** 12 Weeks, prn

## Care Plan:

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 07/05/2012



**Electronically signed by David Knowlton , MD on 08/ 03/ 2012 at 02:01 PM PDT**
**Sign off status: Completed**

**Progress Note**

**Patient:** Cummins, Michael
**DOB:** **Age:** 41 Y **Sex:** Male
**Phone:** 541-335-1718
**Address:** 38690 Dexter Rd, Dexter, OR-97431

**Provider:** David Knowlton, MD
**Date:** 06/20/2012

---

**Subjective:**

**CC:**

Headaches

High blood pressure

**HPI:**

Neurology:

He has had his first few migraine headaches recently. He went to the ER and actually had a MRI of the brain and blood workup all was good.

**ROS:**

CONSTITUTIONAL:

Sleep normal.

no Bleeding Problems.

Energy level yes.

no Concerns.

no Appetite.

no Elimination.

no Ill Contacts.

no Fussy.

no Nutrition.

Headaches yes.

no Fever.

no Chills.

no Sweats.

no Night Sweats.

no Weight Loss.

no Weight Gain.

no Loss of Appetite.

c/o Weak.

c/o Fatigue.

CARDIOLOGY:

no Diaphoresis.

no Pallor.

no Chest Pain.

no Shortness of Breath.

no Palpitations.

no Dizziness.

no Leg Edema.

no Fatigue.

no Orthopnea.

no PND (paroxsymal nocturnal dyspnea).

NEUROLOGY:

no Tics.

Headache yes.
no Weakness.
no Tingling/Numbness.
no Speech Abnormality.
no Visual Changes.
no Dizziness.
no Memory Loss.
no Seizures.
no Gait Abnormality.
no Sleep Problems.

RESPIRATORY:

no Cold Symptoms.
no Cough with exercise.
no Nasal Congestion.
no Runny Nose.
no Shortness of Breath.
c/o DOE (dyspnea on exertion), stable.
no Persistent Cough.
no Chest Congestion.
no Chest Pain.
no Wheezing.
no Hemoptysis.
no Orthopnea.
no PND (paroxsymal nocturnal dyspnea).
Tobacco Use a lot.

**Medical History:**

Borderline

**Gyn History:**

**OB History:**

**Surgical History:**

pilonidal cyst 2004

**Hospitalization/ Major Diagnostic Procedure:**

pneumonia as a child
head trauma, hit with steele beam in for a week 1991

**Family History:**

Father: alive 67 yrs HTN, DM type two
Mother: deceased 61 yrs HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues
Children: none

**Social History:**

Smoking: 1-1/2 PPD.
no Smokeless Tobacco.
Smoking Status current smoker, Frequency every day, Quantity per day 31 or more, First

cigarette of the day 31-60 min, Interest in quitting Not ready to quit.
Alcohol: none since 2004.
no Drug use.
Hobbies: Four wheelers, races cars.
Marital Status: married, Charmaine.
Children: none; one of hers lives at home.
Occupation: burner at Farwest Steele.
Education: High school.
Pets: One dag (Dakota) and a rabbit (LOPP EAR).

**Medications:**

Preparation H Hydrocortisone 1% cream with applicator 1 app 2 times a day

**Allergies:**

Flagyl: swell
morphine: GI

## Objective:

**Vitals:** BP 155/105, HR 84, RR 16, Wt 290.4, Ht 71.25, BMI 40.21.

**Past Orders:**

**Examination:**

General Examination:

General Appearance: well developed and well nourished, alert & in no acute distress.

HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflamation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.

Oral cavity: no lesions, moist mucus membranes.

Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.

Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.

Lungs: clear to auscultation in all fields.

Abdomen: Obese and soft.

Extremities: Right elbow with slightly limited extension, no point tenderness, no echymoses. .

Peripheral pulses: Distal pulses are intact and symmetrical.

Neurological: Normal Exam, grossly intact, gait appears normal, No obvious muscle atrophy or fasciculations is noted.

Psych: normal affect, good eye contact.

## Assessment:

**Assessment:**

HTN (benign) - 401.1 (Primary)
Migraine headaches - 346.90

## Plan:

**1. HTN (benign)**
Start Propranolol Hydrochloride tablet, 40 mg, 1 tab(s), orally, 2 times a day, 30 day(s), 60, Refills 2 .
He is to eat a low salt and cardiac prudent diet and get some aerobic exercise.

**2. migraine headaches**
Start Maxalt tablet, 10 mg, 1 tab(s), orally, once a day, 0, tab(s) ;
Start alprazolam tablet, 1 mg, 1 tab(s), orally, 3 times a day, 30 Day(s), 10, Refills 3 .
Try maxalt and xanax with headaches.

**Immunizations:**

**Labs:**

**Procedure Codes:**

**Preventive:**
Counseling: Smoking . Diet . Exercise .

**Follow Up:** 2 Weeks, prn

**Care Plan:**

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 06/20/2012



**Electronically signed by David Knowlton , MD on 08/ 03/ 2012 at 02:02 PM PDT**
**Sign off status: Completed**



**Progress NoteÀ**

**Patient:** Cummins, Michael **Provider:** David Knowlton, MD
**DOB:** **Age:** 41 Y **Sex:** Male **Date:** 05/09/2012

### Reason for Appointment

1. Hemorrhoids
2. high BP

### History of Present Illness

Constitutional:

Some rectal issues with lumps and pain with BM. No blood. Been for 6 weeks. No constipation. No hx of stomach problems. Feels like he has to go to the bathroom a lot. He has lower abdominal cramping after a BM. No fever. No nausea or vomiting. Appetite is decreased some. He reports weight loss of ten pounds. Grandfather had some sort of stomach problems. Father has GERD.

### Current Medications

Preparation H Hydrocortisone 1% cream with applicator 1 app 2 times a day
Medication List reviewed and reconciled with the patient

### Past Medical History

Borderline

### Surgical History

pilonidal cyst 2004

### Family History

Father: deceased 61 yrs Unknown cause of death at 61 yo
Mother: deceased 61 yrs HTN, Ostearthritis, DM type two
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues
Children: none

### Social History

Smoking: 1-1/2 PPD.
no Smokeless Tobacco.
Smoking Status current smoker, Frequency every day, Quantity per day 31 or more, First cigarette of the day 31-60 min, Interest in quitting Not ready to quit.
Alcohol: none since 2004.
no Drug use.
Hobbies: Four wheelers, races cars.

Marital Status: married, Charmaine.
Children: none; one of hers lives at home.
Occupation: burner at Farwest Steele.
Education: High school.
Pets: One dag (Dakota) and a rabbit (LOPP EAR).

**Allergies**
Flagyl: swell
morphine: GI

**Hospitalization/Major Diagnostic Procedure**
pneumonia as a child
head trauma, hit with steele beam in for a week 1991

**Review of Systems**
CONSTITUTIONAL:
Sleep normal. no Bleeding Problems. Energy level yes. no Concerns. no Appetite. no Elimination. no Ill Contacts. no Fussy. no Nutrition. no Headaches. no Fever. no Chills. no Sweats. no Night Sweats. no Weight Loss. no Weight Gain. no Loss of Appetite. c/o Weak. c/o Fatigue.
CARDIOLOGY:
no Diaphoresis. no Pallor. no Chest Pain. no Shortness of Breath. no Palpitations. no Dizziness. no Leg Edema. no Fatigue. no Orthopnea. no PND (paroxsymal nocturnal dyspnea).
GASTROENTEROLOGY:
no Appetite. no Distended. no Oral allergy sx. no Gassy. Abdominal Pain yes. no Nausea. no Vomiting. no Heartburn. no Indigestion:. no Bloating. no Dysphagia. no Diarrhea. no Constipation. no Change in Bowel Habits. no Blood in Stool. c/o Hemorrhoids. no Appetite Change.
RESPIRATORY:
no Cold Symptoms. no Cough with exercise. no Nasal Congestion. no Runny Nose. no Shortness of Breath. c/o DOE (dyspnea on exertion), stable. no Persistent Cough. no Chest Congestion. no Chest Pain. no Wheezing. no Hemoptysis. no Orthopnea. no PND (paroxsymal nocturnal dyspnea). Tobacco Use a lot.

**Vital Signs**
BP 135/110, HR 80, RR 16, Wt 287.8, Ht 71.25, BMI 39.85.

**Examination**
General Examination:
General Appearance: well developed and well nourished, alert & in no acute distress. HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflamation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal. Oral cavity: no lesions, moist mucus membranes. Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy. Heart: regular rate and rhythm, no murmur, S3, S4 or rubs. Lungs: clear to auscultation in all fields. Abdomen: Obese and soft. Rectal: He has a rosette of inflamed hemorrhoids without clot formation, prostate is midline and symmetric and non nodular, stool is guaiac negative. Extremities: Right elbow with slightly limited extension, no point tenderness, no echymoses. . Peripheral pulses: Distal pulses are intact and symmetrical. Neurological: Normal Exam, grossly intact, gait appears normal, No obvious muscle atrophy or fasciculations is noted.

**Assessments**
1. Hemorrhoids NOS - 455.6 (Primary)
2. HTN (benign) - 401.1
3. Screening colon cancer - v76.51

**Treatment**

**1. Hemorrhoids NOS**

Start Anucort-HC suppository, 25 mg, 1 SUPP(s), rectally, 2 times a day, 6 day(s), 12, Refills 1
Start Colace capsule, sodium 100 mg, 1 cap(s), orally, 2 times a day, 030 Day(s), 60, Refills 2
Increase water intake and fiber. Try anusol suppositories BID.

**2. HTN (benign)**
He is to eat a low salt and cardiac prudent diet and get some aerobic exercise.

**Preventive Medicine**
Counseling: Smoking .

Diet .
Exercise .

**Procedure Codes**
82272 Hemoccult x 1

**Follow Up**
prn



**Electronically signed by David Knowlton , MD on 05/18/2012 at 08:49 AM PDT**

**Sign off status: Completed**



**Progress NoteÀ**

**Patient:** Cummins, Michael **Provider:** David Knowlton, MD
**DOB:** **Age:** 39 Y **Sex:** Male **Date:** 01/08/2010

**Reason for Appointment**
1. Hyper-extended right elbow

**History of Present Illness**
Constitutional:
I am seeing this patient for the first time today. He saw a partner of mine recently. I am reviewing his entire medical hx with he and his wife today who is here with him. Right elbow, hyperextended on 12/25/09. Now it is getting better slowly. He is on light duty and wants off of it.

**Current Medications**
None

**Past Medical History**
Borderline

**Surgical History**
pilonidal cyst 2004

**Family History**
Father: deceased 61 yrs Unknown cause of death at 61 yo
Mother: alive HTN, Ostearthritis, DM type two
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health
Children: none

**Social History**
Smoking: 1-1/2 PPD.
no Smokeless Tobacco.
Alcohol: none since 2004.
no Drug use.
Hobbies: Four wheelers, races cars.
Marital Status: married, Charmaine.
Children: none; one of hers lives at home.
Occupation: burner at Farwest Steele.
Education: High school.
Pets: One dag (Dakota) and a rabbit (LOPP EAR).

**Allergies**
Flagyl: swell
morphine: GI

**Hospitalization/Major Diagnostic Procedure**
pneumonia as a child
head trauma, hit with steele beam in for a week 1991

**Review of Systems**
CONSTITUTIONAL:
Sleep normal. no Bleeding Problems. no Energy level. no Concerns. no Appetite. no Elimination. no Ill Contacts. no Fussy. no Nutrition. no Headaches. no Fever. no Chills. no Sweats. no Night Sweats. no Weight Loss. no Weight Gain. no Loss of Appetite. no Weak. no Fatigue.
CARDIOLOGY:
no Diaphoresis. no Pallor. no Chest Pain. no Shortness of Breath. no Palpitations. no Dizziness. no Leg Edema. no Fatigue. no Orthopnea. no PND (paroxsymal nocturnal dyspnea).
RESPIRATORY:
no Cold Symptoms. no Cough with exercise. no Nasal Congestion. no Runny Nose. no Shortness of Breath. c/o DOE (dyspnea on exertion), stable. no Persistent Cough. no Chest Congestion. no Chest Pain. no Wheezing. no Hemoptysis. no Orthopnea. no PND (paroxsymal nocturnal dyspnea). Tobacco Use a lot.

**Vital Signs**
BP 140/100, HR 80, RR 16, Wt 306.8, Ht 71.25, BMI 42.49.

**Examination**
General Examination:
General Appearance: well developed and well nourished, alert & in no acute distress. HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflamation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal. Oral cavity: no lesions, moist mucus membranes. Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy. Heart: regular rate and rhythm, no murmur, S3, S4 or rubs. Lungs: clear to auscultation in all fields. Abdomen: Obese and soft. Extremities: Right elbow with slightly limited extension, no point tenderness, no echymoses. . Peripheral pulses: Distal pulses are intact and symmetrical.
Neurological: Normal Exam, grossly intact, gait appears normal, No obvious muscle atrophy or fasciculations is noted.

**Assessments**
1. Hyperextension, joint - 718.80 (Primary), right elbow
2. Warts - 078.10
3. HTN (benign) - 401.1

**Treatment**
**1. Hyperextension, joint**
This is doing much better, he will return to regualr work.

**2. Warts**
One wart on his right hand. Not treated today.

**3. HTN (benign)**
He is to eat a low salt and cardiac prudent diet and get some aerobic exercise. If his BP remains high when he gets it checked on the outside he is to return for medical therapy

**Preventive Medicine**
Counseling: Smoking . Diet . Exercise .

**Follow Up**
prn



**Electronically signed by David Knowlton on 05/05/2010 at 08:13 AM PDT**

**Sign off status: Completed**

---

**Progress Note**

**Patient:** Cummins, Michael
**DOB:** **Age:** 38 Y **Sex:** Male
**Phone:** 541-335-1718
**Address:** 38690 Dexter Road, Dexter, OR-97431
**Pcp:** David A Knowlton

**Provider:** Sally Suzanne Marie, MD
**Date:** 03/31/2009

---

## Subjective:

**CC:**
1. Cough with mucous.

**HPI:**
:
Started Saturday night. Is in head, sinuses with migraine. Chest SOB, lungs burning and strangling throat and lungs. Nauseated also. Has felt hot and cold. Appetite way down. Productive cough clear to white sputum.

**Surgical History:** pilonidal cyst 2004.

**Hospitalization/ Major Diagnostic Procedure:** pneumonia as a child, head trauma, hit with steele beam 1991.

**Family History:**

**Social History:** Smoking: 1-1/2 PPD. Alcohol: none since 2004. Marital Status: married. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school.

**Medications:** Ibuprofen 200mg 3 tabs bid prn, benadryl 25 mg 1-2 tabs bid prn

**Allergies:** Flagyl, morphine.

## Objective:

**Vitals:** BP 124/66, HR 68, Temp 100.1, RR 16, Wt 291, Ht 71.25, BMI 40.30.

**Past Orders:**

**Examination:**
General Examination:
General Appearance: Alert, pleasant and in no acute distress, mildly ill. Skin no rash. HEENT: Throat is inflamed. Uvula swollen and touchig tongue. Some exudate.. Oral cavity: moist mucus membranes. Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy. Chest: normal shape and expansion. Heart: rate is regular and rythmic, no murmur, S3, S4 or rubs. Lungs: clear to auscultation in all fields. Extremities: no cyanosis, clubbing, or edema. Psych: good eye contact, normal affect.

## Assessment:

**Assessment:**
1. Strep throat - 034.0 (Primary)

## Plan:

**1. Strep throat** Start penicillin tablet, V potassium 500 mg, orally, 40, 1 tab(s), 4 times a day, 10 day(s), Refills 0 .
LAB: -CULTURE,BETA STREP ONLY

**Immunizations:**

**Labs:**
Lab: CULTURE,BETA STREP NON-PRENATAL
CULTURE,BETA STREP ONLY MICRO -
Marie,Sally Suzanne , MD 4/2/2009 3:38:56 PM > no Strep, OK to stop antibiotic Stockdale,Linda 4/2/2009 5:12:07 PM > pt. notified.

**Preventive:**

**Follow Up:** dependant on results,dependant on respone to treatment. Return if not improving or if worsening

**Provider:** Sally Suzanne Marie, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 03/31/2009

**Electronically signed by Sally Suzanne Marie MD on 07/06/2009 at 01:01 PM PDT**
**Sign off status: Completed**

McKenzie Family Practice
1755 Coburg Road, Eugene, OR-97401
541-344-8225

Cummins, Michael, M,

# CUMULATIVE REPORT

## CBC (no diff)

| COLLECTION DATE | 09/12/2014 |
|---|---|
| Order Date | 09/11/2014 |
| Result Date | 09/12/2014 |
| Ordering Physician | Knowlton, David |
| WBC | 9.5 (4.0-11.0 K/mm3) |
| RBC | 5.17 (4.31-5.77 M/mm3) |
| HGB | 15.9 (13.2-17.5 g/dL) |
| HCT | 47.3 (38.9-49.9 %) |
| MCV | 91.5 (80-100 fL) |
| MCH | 30.8 (27.8-33.8 pg) |
| MCHC | 33.6 (31.5-36.5 g/dL) |
| RDW | 14.1 (11.5-14.2 %) |
| PLT CT | 244 (150-400 K/mm3) |
| MPV | 10.3 (8.5-12.4 fL) |

## URINALYSIS WITH MICRO

| COLLECTION DATE | 09/12/2014 |
|---|---|
| Order Date | 09/11/2014 |
| Result Date | 09/12/2014 |
| Ordering Physician | Knowlton, David |
| COLOR | YELLOW |
| CLARITY | NON-TURBID |
| SPECIFIC GRAVITY | 1.028 (1.003-1.035 units) |
| LEUKOCYTE ESTERASE | NEG (Negative ) |
| NITRITE | NEG (Negative ) |
| pH | 5.5 (5-8 units) |
| PROTEIN | NEG (Negative ) |
| GLUCOSE | NEG (Negative g/dL) |
| KETONE | NEG (Negative ) |
| UROBILINOGEN | NORMAL (0-1 EU/dL) |
| BILIRUBIN | NEG (Negative ) |
| BLOOD | NEG (Negative ) |
| EP CELLS | RARE |
| MUCUS | TRACE |
| WBC | 2 (0-5 #/hpf) |
| RBC | NONE SEEN (0-3 #/hpf) |
| BACTERIA | NONE SEEN (0-2+ ) |

## COMPREHENSIVE METABOLIC PANEL

| COLLECTION DATE | 09/12/2014 |
|---|---|
| Order Date | 09/11/2014 |
| Result Date | 09/12/2014 |
| Ordering Physician | Knowlton, David |
| SODIUM | 139<br>(135-145 mEq/L) |
| POTASSIUM | 3.7<br>(3.5-5.2 mEq/L) |
| CHLORIDE | 104<br>(95-109 mEq/L) |
| CO2 CONTENT | 27<br>(22-31 mEq/L) |
| GLUCOSE | 106 H<br>(70-99 mg/dL) |
| BUN | 28 H<br>(8-20 mg/dL) |
| CREATININE | 1.1<br>(0.61-1.24 mg/dL) |
| GFR (MDRD equation) | >60<br>(>60 mL/min/1.732m2) |
| PROTEIN,TOTAL | 6.8<br>(6.2-8.4 g/dL) |
| ALBUMIN | 3.8<br>(3.5-5.0 g/dL) |
| GLOBULIN | 3.0<br>(2.2-3.6 g/dL) |
| CALCIUM | 9.0<br>(8.6-10.2 mg/dL) |
| BILIRUBIN,TOT | 0.5<br>(0.1-1.2 mg/dL) |
| ALKALINE PHOS | 67<br>(30-110 IU/L) |
| ALT | 34<br>(17-63 IU/L) |
| AST | 21<br>(15-41 IU/L) |
| FASTING STATUS | 10 HRS FASTING |

## LIPID PANEL

| COLLECTION DATE | 09/12/2014 |
|---|---|
| Order Date | 09/11/2014 |
| Result Date | 09/12/2014 |
| Ordering Physician | Knowlton, David |
| HDL | 33 L<br>(40-59 mg/dL) |
| LDL | 101 H<br>(<100 mg/dL) |
| CHOLESTEROL | 172 |
| TRIGLYCERIDES | 189 |
| CHOL/HDL RATIO | 5.2 H<br>(<5.0 ) |
| PAT. CONDITION | 10 HRS FASTING |

## TSH,FREE T4 PANEL

| COLLECTION DATE | 09/12/2014 |
|---|---|
| Order Date | 09/11/2014 |
| Result Date | 09/12/2014 |
| Ordering Physician | Knowlton, David |
| FREE T4 | 0.76<br>(0.61-1.27 ng/dL) |
| TSH | 1.56<br>(0.40-4.6 uIU/mL) |

## CULTURE,BETA STREP NON-PRENATAL

| COLLECTION DATE | 03/31/2009 |
|---|---|
| Order Date | 03/31/2009 |
| Result Date | 04/02/2009 |
| Ordering Physician | Marie, Sally Suzanne |
| CULTURE,BETA STREP ONLY | MICRO |

Oct. 22. 2015 9:27AM No. 1580 P. 11/14

PeaceHealth Laboratories 123 International Way 541-687-2134
Springfield, OR 97477 1-800-826-3616

PLEASANT HILL MEDICAL CLINIC Fax: 95419887320
PO BOX 825/35959 HWY 58 ACCT. NO.EA58796640 PATIENT CUMMINS,MICHAEL
PLEASANT HILL, OR 97455 COLLECT. 09/29/15 10:59 PT I.D. 1004612
RECEIVED 09/29/15 11:00 SEX M AGE 45Y
REPORTED 09/29/15 12:23 Pt.Phone:
95203 FINAL REPORT page 1

Chart: I004612 DOB

- WBC's ↑
- otherwise normal Labs
- good Liver, Kidney + Pancreatic function.
[signature] PA-C 9/29/2015

| Test Procedure | Results | Reference Range |
|---|---|---|
| COMPLETE BLOOD COUNT WITH AUTO DIFF | | Lab No:100 |
| WBC | 13.5 H | 4.0-11.0 K/mm3 |
| RBC | 5.49 | 4.31-5.77 M/mm3 |
| HGB | 16.4 | 13.2-17.5 g/dL |
| HCT | 48.6 | 38.9-49.9 % |
| MCV | 88.5 | 80-100 fL |
| MCH | 29.9 | 27.8-33.8 pg |
| MCHC | 33.7 | 31.5-36.5 g/dL |
| RDW | 14.0 | 11.5-14.2 % |
| PLT CT | 275 | 150-400 K/mm3 |
| MPV | 10.1 | 8.5-12.4 fL |
| NEUTRO% | 74.4 | % |
| LYMPH% | 15.0 | % |
| MONO% | 8.4 | % |
| EOS% | 1.4 | % |
| BASO% | 0.4 | % |
| IMM GRAN% | 0.4 | 0-0.5 % |
| NEUTRO# | 10.0 H | 1.5-8.0 K/mm3 |
| LYMPH# | 2.0 | 1.0-3.5 K/mm3 |
| MONO# | 1.1 H | 0.2-1.0 K/mm3 |
| EOS# | 0.2 | 0-0.5 K/mm3 |
| BASO# | 0.1 | 0-0.2 K/mm3 |
| METHOD | AUTO | |

| Test Procedure | Results | Reference Range |
|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | Lab No:100 |
| SODIUM | 141 | 135-145 mEq/L |
| POTASSIUM | 3.6 | 3.5-5.2 mEq/L |
| CHLORIDE | 107 | 95-109 mEq/L |
| CO2 CONTENT | 24 | 22-31 mEq/L |
| ANION GAP | 10 | 3-12 |
| GLUCOSE | 104 H (not fasting) | 70-99 mg/dL |

** CONTINUED ON NEXT PAGE **

PeaceHealth Laboratories 123 International Way Springfield, OR 97477 541-687-2134 1-800-826-3616

PLEASANT HILL MEDICAL CLINIC Fax: 95419887320
PO BOX 825/35859 HWY 58 ACCT. NO.EA58796640 PATIENT CUMMINS,MICHAEL
PLEASANT HILL, OR 97455 COLLECT. 09/29/15 10:59 PT I.D. 1004612
RECEIVED 09/29/15 11:00 SEX M AGE 45Y
REPORTED 09/29/15 12:23 Pt.Phone:
95203 FINAL REPORT page 2

Chart: 1004612 DOB

| Test Procedure | Results | Reference Range |
|---|---|---|
| BUN | 18 | 8-20 mg/dL |
| CREATININE | 1.1 | 0.61-1.24 mg/dL |
| PROTEIN,TOTAL | 7.0 | 6.2-8.4 g/dL |
| ALBUMIN | 3.8 | 3.5-5.0 g/dL |
| GLOBULIN | 3.2 | 2.2-3.6 g/dL |
| CALCIUM | 9.5 | 8.6-10.2 mg/dL |
| BILIRUBIN,TOT | 0.7 | 0.1-1.2 mg/dL |
| ALKALINE PHOS | 78 | 30-110 IU/L |
| ALT | 35 | 17-63 IU/L |
| AST | 21 | 15-41 IU/L |
| GFR (MDRD equation) | >60 | >60 mL/min/1.73m2 |
| GFR BLACK (MDRD equation) | >60 | >60 mL/min/1.732m2 |
| FASTING STATUS | NO | |
| | | Lab No:100 |
| AMYLASE | 63 | 23-103 U/L |
| | | Lab No:100 |
| LIPASE | 45 | 22-51 U/L |

** END OF PATIENT REPORT **

**Eugene Gastroenterology Consultants PC**
3355 Riverbend Dr Ste 500 Springfield, OR 97477
(541) 868-9500 Fax: (541) 685-5920

*October 22, 2015*
Page 1
Pathology Report

**Michael M Cummins**
Male DOB: 280454-2470001 Ins: PacificS (26) Grp: G0020301

**01/02/2015 - Pathology Report: Whole colon bx**
**Provider: Shane J Mills MD**
**Location of Care: Northwest Specialty Clinics**
**This document contains external references**

Patient: MICHAEL M CUMMINS
ID: PATHCON 195629
Note: All result statuses are Final unless otherwise noted.

Tests: (1) Whole colon bx (74000)
Order Note: Ordering Client: OREGON ENDOSCOPY CENTER
Order Note: Requesting MD: MILLS, SHANE MD
Order Note: Copy To MD: KNOWLTON, DAVID MD
PATHOLOGY See Below ... *1
CASE: EG-15-00013
PATIENT: MICHAEL CUMMINS

FINAL DIAGNOSIS:

1) Whole colon biopsies:
-Normal colonic mucosa.

2) Rectum polypectomy:
-Hyperplastic polyp.

MICROSCOPIC EXAMINATION:

Performed.

CLINICAL HISTORY:

Indications: Rectal bleeding (also family history of polyps in father).
Rationale: 1) Diarrhea, R/O inflammation; 2) Polyp.

GROSS DESCRIPTION:

1) Received in formalin in a container labeled with the patient's name and designated whole colon are seven irregular glistening pale tan soft tissues ranging from 0.2 to 0.6 cm in greatest dimension. The specimen is totally embedded unaltered in cassette 1A.

2) Received in formalin in a container labeled with the patient's name and designated rectum are seven irregular glistening pale tan soft tissues ranging from 0.2-0.3 cm in greatest dimension. The specimen is totally embedded unaltered in cassette 2A.
DSM/RP/jd 1/2/15 12:46 PM
Gross description and processing performed at EGC, 3355 RiverBend Drive, Springfield OR.

Denis M McCarthy, M.D.
Electronically signed 1/5/2015 9:37AM

**Eugene Gastroenterology Consultants PC**
3355 Riverbend Dr Ste 500 Springfield, OR 97477
(541) 868-9500 Fax: (541) 685-5920

*October 22, 2015*
Page 2
Pathology Report

**Michael M Cummins**
Male DOB: 280454-2470001 Ins: PacificS (26) Grp: G0020301

Performed by Pathology Consultants, PC; 123 International Way, Springfield OR 97477, 541-341-8006

PATHOLOGY REPORT "Result Below..."
RESULT: 1) Whole colon biopsies:
-Normal colonic mucosa.

2) Rectum polypectomy:
-Hyperplastic polyp. (R)
PATHOLOGY REPORT "Result Below..."
RESULT: 1) Whole colon biopsies:
-Normal colonic mucosa.

2) Rectum polypectomy:
-Hyperplastic polyp. (R)

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 01/05/2015 9:43 AM

---

(1) Order result status: Final
Collection or observation date-time: 01/02/2015 12:36
Requested date-time: 01/02/2015 00:00
Receipt date-time: 01/02/2015 00:00
Reported date-time: 01/05/2015 09:43
Referring Physician:
Ordering Physician: SHANE MILLS (SHAMIL7)
Specimen Source:
Source: PATHCON
Filler Order Number: EG-15-00013
Lab site:
Producer ID *1:PC

---

External Attachment:

Type: Image
Comment: Path Report

**Filed automatically (without signature) on 01/05/2015 at 9:43 AM**

---

**Electronically Signed by Shane J Mills MD on 01/05/2015 at 5:43 PM**
Appended by Shane J Mills MD on 01/05/2015 at 5:43 PM<br>Appended by Kimberley D'Avanzo RN on 01/07/2015 at 5:00
PM<br>

Print date: 6/13/12 17:16 P A T I E N T R E P O R T Page 1
Printed by: EPFANDER **** FINAL ****
MCKENZIE WILLAMETTE MEDICAL CENTER LAB - CLINICAL
1460 G STREET JOHN DITOMASSO M.D.
SPRINGFIELD OR 97477

PAT NAME: CUMMINS MICHAEL MORRIS STATUS: O/P / EOP ADM DATE: 6/13/12
PATIENT#: 3480760 XREF#: 0676109 DOB: ADM PHYS: BOWERS ANN P
START DT: 6/13/12 16:46 AGE/SEX: 41 / M ORD PHYS: KLEINER HARRY E
ORDER# : R 300 MR#: 000095588 FAM PHYS: KNOWLTON DAVID A
SPECIAL INSTRUCTIONS: ER 1
REPORTED: 6/13/12 17:16

***COAGULATION***

| Test Name | Result | Flags | Reference Range | Units |
|---|---|---|---|---|
| Collected: 6/13/12 16:50 HMK Received: 6/13/12 16:58 HMK Verified: 6/13/12 17:16 ELP | | | | |
| PROTHROMBIN TIME | | | | |
| PT (PROTHROMBIN TIME) | 9.7 | | 8.6 - 10.8 | SEC |
| INR | 1.0 | | 0.9 - 1.1 | |

INR: 0.9-1.1=Normal
2.0-3.0=Rx
2.5-3.5=Rx (mech heart valves)

Print date: 6/13/12 17:13 P A T I E N T R E P O R T Page 1
Printed by: EPFANDER * Preliminary *
MCKENZIE WILLAMETTE MEDICAL CENTER LAB - CLINICAL
1460 G STREET JOHN DITOMASSO M.D.
SPRINGFIELD OR 97477

PAT NAME: CUMMINS MICHAEL MORRIS STATUS: O/P / EOP ADM DATE: 6/13/12
PATIENT#: 3480760 XREF#: 0676108 DOB: ADM PHYS: BOWERS ANN P
START DT: 6/13/12 16:46 AGE/SEX: 41 / M ORD PHYS: KLEINER HARRY E
ORDER# : R 200 500 MR#: 000095588 FAM PHYS: KNOWLTON DAVID A
SPECIAL INSTRUCTIONS: ER 1
REPORTED: 6/13/12 17:13

***HEMATOLOGY***

| Test Name | Result | Flags | Reference Range | Units |
|---|---|---|---|---|
| Collected: 6/13/12 16:50 HMK Received: 6/13/12 16:57 HMK Resulted: | | | | |
| SED RATE NONAUTOMATE | Pending | | | |
| Collected: 6/13/12 16:50 HMK Received: 6/13/12 16:57 HMK Verified: 6/13/12 17:13 ELP | | | | |
| CBC W-PLT AUTO COMPD | | | | |
| WBC | 11.9 | H | 3.80 - 11.10 | 1K/UL |
| RBC | 5.09 | | 4.70 - 6.10 | mega/mm3 |
| HGB | 16.0 | | 14.0 - 18.0 | G/DL |
| HCT | 46.7 | | 42.0 - 52.0 | % |
| MCV | 91.8 | | 80.0 - 94.0 | fL |
| MCH | 31.5 | H | 27.0 - 31.0 | pg |
| MCHC | 34.3 | | 33.0 - 37.0 | G/DL |
| RDW | 13.7 | | 11.5 - 14.5 | % |
| PLTS | 250.0 | | 130.0 - 400.0 | 1K/UL |
| MPV | 7.9 | | 7.4 - 10.4 | fL |
| NEU% | 78.5 | H | 42.0 - 77.0 | % |
| LYM% | 12.8 | L | 21.0 - 45.0 | % |
| MONO% | 6.3 | | 1.7 - 9.3 | % |
| EOS% | 2.2 | | 0.0 - 5.0 | % |
| BASO% | 0.2 | | 0.0 - 2.0 | % |
| NEU# | 9.3 | H | 1.8 - 7.4 | 1K/UL |
| LYMP# | 1.5 | | 1.0 - 4.8 | 1K/UL |
| MONO# | 0.7 | | 0.2 - 1.0 | 1K/UL |
| EOS# | 0.3 | | 0.0 - 0.5 | 1K/UL |
| BASO# | 0.0 | | 0.0 - 0.2 | 1K/UL |
| MANUAL DIFF? | N | | | |

Print date: 6/13/12 17:17 P A T I E N T R E P O R T Page 1
Printed by: EPFANDER **** FINAL ****
MCKENZIE WILLAMETTE MEDICAL CENTER LAB - CLINICAL
1460 G STREET JOHN DITOMASSO M.D.
SPRINGFIELD OR 97477

PAT NAME: CUMMINS MICHAEL MORRIS STATUS: O/P / EOP ADM DATE: 6/13/12
PATIENT#: 3480760 XREF#: 0676110 DOB: ADM PHYS: BOWERS ANN P
START DT: 6/13/12 16:46 AGE/SEX: 41 / M ORD PHYS: KLEINER HARRY E
ORDER# : R 400 MR#: 000095588 FAM PHYS: KNOWLTON DAVID A
SPECIAL INSTRUCTIONS: ER 1
REPORTED: 6/13/12 17:17

***CHEMISTRY***

Collected: 6/13/12 16:50 HMK Received: 6/13/12 16:58 HMK Verified: 6/13/12 17:17 ELP

| Test Name | Result | Flags | Reference Range | Units |
|---|---|---|---|---|
| COMP METAB PANEL | | | | |
| SODIUM | 141 | | 136 - 144 | MMOL/L |
| POTASSIUM | 3.8 | | 3.6 - 5.1 | MMOL/L |
| CHLORIDE | 107 | | 98 - 111 | MMOL/L |
| BICARBONATE | 26 | | 20 - 28 | MMOL/L |
| ANION GAP | 11.8 | | | |
| GLUCOSE, SERUM | 107 | H | 70 - 99 | mg/dL |
| UREA NITROGEN, SERUM | 17 | | 8 - 22 | mg/dL |
| BUN/CREATININE RATIO | 20.5 | | | |
| CREATININE, BLOOD | 0.83 | | 0.61 - 1.24 | mg/dL |
| SERUM PROTEIN TOTAL | 7.2 | | 6.5 - 8.1 | g/dL |
| ALBUMIN, SERUM | 4.0 | | 3.5 - 5.0 | g/dL |
| SERUM GLOBULIN | 3.2 | | | g/dL |
| CALCIUM | 8.8 | L | 8.9 - 10.3 | mg/dL |
| BILIRUBIN, TOTAL | 0.5 | | 0.3 - 1.2 | mg/dL |
| ALKALINE PHOSPHATE | 94 | | 42 - 129 | U/L |
| TRANSFERASE ALT | 46 | | 5 - 63 | U/L |
| TRANSFERASE AST | 25 | | 9 - 35 | U/L |
| OSMOLALITY, CALC | 283 | | | |
| E-GLOMERULAR FILT. RATE | >60 | | | mL/min/1.73m^2 |

GFR is calculated based on Ethnicity of Patient (African American or
Non-African American), Age and Sex from the Patient Registration Information.
-REFERENCE RANGES----------------------------------------------------------
-Avg.GFR for Healthy Adults: >60 mL/min/1.73 m2
-Chronic Kidney Disease: 15-60 mL/min/1.73 m2
-Kidney Failure: <15 mL/min/1.73 m2
REFERENCE RANGES ARE NOT AVAILABLE FOR PATIENTS <18 OR >70 OF AGE
AND WILL BE RESULTED WITH TNR (TEST NOT REPORTABLE).

# CONTROLLED SUBSTANCE AGREEMENT

Patient Name: Michael Cummins Date of Birth: ________

Social Security Number: ________ Gender: (Male) Female

Diagnosis: Anxiety

The goal of my therapy is to control my condition at a level that will allow me to function better. This includes being able to do the following specific social, work, or recreational activities:

1. Xanax 1.0 # 180 BID
2. ________

To reach this goal, I am treated with the following (medication name, dose, frequency):

1. ________
2. ________

If my condition becomes worse, my treatment plan is:

See MD

I have been given a copy of the risks of these medications (attached). I agree to the following:

1. I understand that these medications may be addictive and may cause physical dependency. Suddenly stopping treatment may cause withdrawal symptoms.
2. I take full responsibility for my actions while under the influence of the prescribed medication. I will refrain from placing myself or others at risk of harm or injury including, but not limited to, driving and operating machinery.
3. To avoid drug interactions, I will not use alcohol or other drugs while taking these medications.
4. I will not change the dose of my medication on my own. Any changes need to be approved by my doctor.
5. I will obtain all controlled medication through Dr. David Knowlton (or his associates if he is out of the office for any extended period of time).
6. I agree to submit to random drug testing.
7. I will use the same pharmacy for all controlled medications. The name of my pharmacy is:

   Store: Bi Mart Location: Royal Phone: ________

8. Each prescription is for a specific amount of medication. ***Early refills will not be approved. Refills will not be approved for lost or stolen medication.*** I take responsibility for keeping my medications safe.
9. Subsequent prescription will only be issued at office visits. Making appointments 7-10 days before needing refills is recommended.
10. I give McKenzie Family Practice permission to share this Controlled Substance Agreement with local ER's, Urgent Cares, safety net clinics and Lipa (for OHP patients).
11. I understand that failure to comply with any of these agreements may cause immediate termination of this treatment plan, and/or care at McKenzie Family Practice.

I have read and understand this document (initial one):

__✓__ I was satisfied with the above description and did not want anymore information, or

____ I requested and received further explanation about the treatment, alternatives, or risks.

This accurately represents our discussion. I am satisfied with the explanation given and I am aware that a copy of this Plan will be made available to me upon my request.

[signature] 8/31/17

**PATIENT SIGNATURE** **DATE**

[signature] 8/31/17

**PHYSICIAN SIGNATURE** **DATE**

## Pain Disability Index

Patient name: Mike Cummins Date: 8-18-16

For each of the 7 categories listed, please circle the number on the scale that describes the level of disability you typically experience. A score of 0 means no disability at all, and a score of 10 signifies that all of these types of activities have been totally disrupted or prevented by your pain.

Respond to each category by indicating the overall impact of pain in your life, not just when the pain is at its worst.

**Family/Home Responsibility** (such as house cleaning or errands)

No disability | 0 1 2 3 4 (5) 6 7 8 9 10 | Total disability

**Recreation** (such as sports, exercise, and other similar leisure time activities):

No disability | 0 1 (2) 3 4 5 6 7 8 9 10 | Total disability

**Social Activity** (such as going to parties, dining out, and other social functions):

No disability | 0 1 2 3 4 5 6 7 (8) 9 10 | Total disability

**Occupation** (all activities related to one's job, including nonpaying jobs):

No disability | 0 1 2 (3) 4 5 6 7 8 9 10 | Total disability

**Sexual Behavior:**

No disability | 0 (1) 2 3 4 5 6 7 8 9 10 | Total disability

**Self-Care** (such as bathing and dressing):

No disability | 0 (1) 2 3 4 5 6 7 8 9 10 | Total disability

nk

**Life-Support Activity** (eating, sleeping, and breathing):

No disability | (0) 1 2 3 4 5 6 7 8 9 10 | Total disability

**Overall Disability Score** (out of a possible 70): 20

## Short-Form Pain Questionnaire

Patient Name: Mike M Cummins Date: 9-18-16

I. **Pain Rating Index (PRI)** The words below describe average pain. Place a mark (x) in the column that represents the degree to which you feel that type of pain.

| | | None | Mild | Moderate | Severe |
|---|---|---|---|---|---|
| I. a. Sensory | Throbbing | 0 | 1 | 2 | 3 X |
| | Shooting | 0 | 1 | 2 | 3 |
| | Stabbing | 0 | 1 | 2 | 3 |
| | Sharp | 0 | 1 | 2 | 3 |
| | Cramping | 0 | 1 | 2 | 3 |
| | Gnawing | 0 | 1 | 2 | 3 |
| | Hot-burning | 0 | 1 | 2 | 3 |
| | Aching | 0 | 1 X | 2 | 3 |
| | Heavy | 0 | 1 | 2 | 3 |
| | Tender | 0 | 1 | 2 | 3 |
| | Splitting | 0 | 1 | 2 | 3 |
| I. b. Affective | Tiring-exhausting | 0 | (1) X | 2 | 3 |
| | Sickening | 0 | 1 | 2 | 3 |
| | Fearful | 0 | 1 | 2 | 3 |
| | Punishing-cruel | 0 | 1 | 2 | 3 |

II. Visual Analog Scale (VAS) Mark the scale below to show how bad your pain is right now.

No pain I______________________________________/_______________I Worst possible pain

**III. Present Pain Intensity (PPI)** Choose the word below that best describes the intensity of your pain. Place a mark (x) in the appropriate column. MC

| | | | X | | |
|---|---|---|---|---|---|
| No pain | Mild | Discomforting | Distressing | Horrible | Excruciating |
| 0 | 2 | 4 | 6 | 8 | 10 |

# CONTROLLED SUBSTANCE AGREEMENT

Patient Name: Michael Cummins Date of Birth:

Social Security Number: Gender: (Male) Female

Diagnosis: Anxiety (300.00) Migraine (346.90)

The goal of my therapy is to control my condition at a level that will allow me to function better. This includes being able to do the following specific social, work, or recreational activities:

1. Life Activities

2.

To reach this goal, I am treated with the following (medication name, dose, frequency):

1. Xanax 1mg 1 tab BID #60

2.

If my condition becomes worse, my treatment plan is:

Contact Dr Knowlton

I have been given a copy of the risks of these medications (attached). I agree to the following:

1. I understand that these medications may be addictive and may cause physical dependency. Suddenly stopping treatment may cause withdrawal symptoms.
2. I take full responsibility for my actions while under the influence of the prescribed medication. I will refrain from placing myself or others at risk of harm or injury including, but not limited to, driving and operating machinery.
3. To avoid drug interactions, I will not use alcohol or other drugs while taking these medications.
4. I will not change the dose of my medication on my own. Any changes need to be approved by my doctor.
5. I will obtain all controlled medication through Dr. David Knowlton (or his associates if he is out of the office for any extended period of time).
6. I agree to submit to random drug testing.
7. I will use the same pharmacy for all controlled medications. The name of my pharmacy is:

Store: ____________ Location: ____________ Phone: ____________

8. Each prescription is for a specific amount of medication. ***Early refills will not be approved. Refills will not be approved for lost or stolen medication.*** I take responsibility for keeping my medications safe.
9. If I need a refill of medication, I will give my doctor notice during weekday business hours at least **72 hours** before the refill is needed.
10. I give McKenzie Family Practice permission to share this Controlled Substance Agreement with local ER's, Urgent Cares, safety net clinics and Lipa (for OHP patients).
11. I understand that failure to comply with any of these agreements may cause immediate termination of this treatment plan, and/or care at McKenzie Family Practice.

I have read and understand this document (initial one):

✓ I was satisfied with the above description and did not want anymore information, or

____ I requested and received further explanation about the treatment, alternatives, or risks.

This accurately represents our discussion. I am satisfied with the explanation given and I am aware that a copy of this Plan will be made available to me upon my request.

*[signature] 10-21-15

**PATIENT SIGNATURE** **DATE**

[signature] 10/21/15

**PHYSICIAN SIGNATURE** **DATE**

McKenzie Family Practice, P.C.
1755 Coburg Rd., Bldg. #3
Eugene, OR. 97401

**Material Risk Notice for Controlled Substances for Intractable Pain**

**Notice of Risk**: The use of controlled substances is associated with certain risks such as:

1. **CNS**: Sleepiness, decreased mental ability, and confusion. Avoid alcohol while taking these medications and use care when driving and operating machinery. Your ability to make decisions may be impaired.
2. **Respiratory**: Depression (slowing) of respiration and the possibility of inducing bronchospasm (wheezing) causing difficulty in catching your breath or shortness of breath in susceptible individuals.
3. **Gastrointestinal**: Nausea, vomiting, and constipation (can be severe).
4. **Dermatological**: Itching and rash.
5. **Urinary**: Urinary retention (difficulty urinating).
6. **Drug Interactions**: Possible interaction with or altering the effect of other medications.
7. **Tolerance**: Increased doses of drug may be needed over time to achieve the same (pain relieving) effect.
8. **Physical dependence and withdrawal**: Physical dependence develops within 3-4 weeks in most patients receiving daily doses of these drugs. If your medications are abruptly stopped, symptoms of withdrawal may occur. These include nausea, vomiting, sweating, generalized malaise (flu-like symptoms), abdominal cramps, palpitations (abnormal heartbeats). All controlled substances (narcotics) need to be slowly weaned (tapered off) under the direction of your physician.
9. **Addiction**: This refers to abnormal behavior directed towards acquiring or using drugs in a non-medically supervised manner. Patients with a history of alcohol and/or drug abuse are at increased risk for developing addiction.
10. **Potential allergic reactions**: allergic reactions are possible with any medication.

Most side effects are transient and can be controlled by continued therapy or the use of other medications.

# CONTROLLED SUBSTANCE AGREEMENT

Patient Name: Michael Cummins Date of Birth: [illegible]

Social Security Number: ______________________ Gender: (Male) Female

Diagnosis: Anxiety

The goal of my therapy is to control my condition at a level that will allow me to function better. This includes being able to do the following specific social, work, or recreational activities:

1. ↓ Anxiety
2. ______________________

To reach this goal, I am treated with the following (medication name, dose, frequency):

1. Xanax 1.0 g PO BID
2. ______________________

If my condition becomes worse, my treatment plan is:

See MD

I have been given a copy of the risks of these medications (attached). I agree to the following:

1. I understand that these medications may be addictive and may cause physical dependency. Suddenly stopping treatment may cause withdrawal symptoms.
2. I take full responsibility for my actions while under the influence of the prescribed medication. I will refrain from placing myself or others at risk of harm or injury including, but not limited to, driving and operating machinery.
3. To avoid drug interactions, I will not use alcohol or other drugs while taking these medications.
4. I will not change the dose of my medication on my own. Any changes need to be approved by my doctor.
5. I will obtain all controlled medication through Dr. David Knowlton (or his associates if he is out of the office for any extended period of time).
6. I agree to submit to random drug testing.
7. I will use the same pharmacy for all controlled medications. The name of my pharmacy is:

   Store: Wal Mart Location: Springfield Phone: ______________

8. Each prescription is for a specific amount of medication. ***Early refills will not be approved. Refills will not be approved for lost or stolen medication.*** I take responsibility for keeping my medications safe.
9. If I need a refill of medication, I will give my doctor notice during weekday business hours at least **72 hours** before the refill is needed.
10. I give McKenzie Family Practice permission to share this Controlled Substance Agreement with local ER's, Urgent Cares, safety net clinics and Trillium (for OHP patients).
11. I understand that failure to comply with any of these agreements may cause immediate termination of this treatment plan.

I have read and understand this document (initial one):

✓ I was satisfied with the above description and did not want anymore information, or

_______ I requested and received further explanation about the treatment, alternatives, or risks.

This accurately represents our discussion. I am satisfied with the explanation given and I am aware that a copy of this Plan will be made available to me upon my request.

[signature] 9-11-14

**PATIENT SIGNATURE** **DATE**

[signature] 9/11/14

**PHYSICIAN SIGNATURE** **DATE**

OREGON IMAGING CENTERS

**CUMMINS, MICHAEL M**
DOB: Age: **47** Org: **OIC_UD**
MRN: **446670** Facility MRN: Gender: **M**
Ordering Provider: **DAVID KNOWLTON MD** Class: **Outpatient**
Date of Service: **09/06/2017 10:45 AM** Accession #: **3989855**

US Abdomen Complete

IMPRESSION: Cholelithiasis without evidence of acute cholecystitis. Coarse echogenicity of the liver with hepatomegaly suggesting hepatocellular dysfunction. Mild left hydronephrosis.

INDICATION:
GENDER/AGE: Male, 47 years
ORDER INDICATION: R10.11:Right upper quadrant pain
HISTORY PER PATIENT: Right upper quadrant pain.

TECHNIQUE: Complete abdominal ultrasound with real-time documentation was performed. Ultrasound duplex scan of the abdomen was performed using B-mode/gray scale imaging and Doppler spectral analysis and color flow.

COMPARISON: None.

FINDINGS:

Liver: There is coarsened echotexture of the liver. No focal mass. The coarsened echotexture is a nonspecific finding but suggests underlying hepatocellular dysfunction. Hepatomegaly measuring 21 cm.

Gallbladder: Cholelithiasis is present. No associated wall thickening or pericholecystic fluid. No sonographic Murphy's sign.

Pancreas: Visualized pancreas is without mass or fluid collection.

Common bile duct: No significant biliary duct dilatation, considering the patient's age.

Kidneys:
Right kidney: The kidneys normal in size, with normal echotexture. No evidence of hydronephrosis or nephrolithiasis. No discrete renal mass.
Left kidney: Mild pelviectasis. Left kidney is normal in size. No shadowing stones. No discrete renal mass.

Spleen: The spleen is normal in size and without focal mass.

Aorta: Visualized aorta is without evidence of aneurysmal dilatation.

Inferior vena cava: Visualized inferior vena cava appears grossly unremarkable.

Peritoneal cavity: No free fluid evident within the visualized abdomen.

DICTATED BY: Jonathan T. Sims, M.D., on 9/6/2017 12:41 PM PDT
DICTATION LOCATION: 1200 Hilyard St. Suite 330 - Eugene, OR 97401

PATIENT NAME:CUMMINS, MICHAEL
DOB:( MRNO:446670

End of Diagnostic report for accession: 3989855
Interpreted/Electronically Signed By: Jonathan T. Sims, MD on 09/06/2017 12:41 PM

# OREGON IMAGING CENTERS

CUMMINS, MICHAEL M
DOB: AGE: 45 ORG: OIC_RBP Patient Class:
MRN: 446670 Facility MRN: Gender: M
Referring Phys.: ANNA L. MINTON,PA-C
Date of Service: Sep 29, 2015 Accession: 2415946

CT Abdomen and Pelvis w Contrast

IMPRESSION:
1. No bowel obstruction or free fluid.
2. Colonic diverticuli. No acute diverticulitis.
3. Stable adrenal calcifications and left adrenal nodularity 2/20/2010, compatible with benign process.

Results called to referring clinician at time of image interpretation.

INDICATION:
GENDER/AGE: Male, 45 years
ORDER INDICATION: STAT CALL REPORT TO 541-988-7300 Bowel changes. Abdominal pain. -:-
HISTORY PER PATIENT:

TECHNIQUE: A digital scout radiograph was obtained. Multiple high resolution transverse CT images were obtained through the abdomen and pelvis following the administration of contrast.

CONTRAST: 110/125cc Opti350 exp02/2017 D010B2

COMPARISON: Abdomen and pelvis CT dated 11/19/2010

FINDINGS:

CHEST:

LUNGS: No focal infiltrates or nodules within the visualized lungs.

MEDIASTINUM: No abnormal masses or fluid collections.

THORACOABDOMINAL AORTA: No aneurysm or dissection.

SOB
Wheezing
Chest pain
LLQ pain

patient informed
by

ABDOMEN:

LIVER: Hepatic steatosis. No discrete hepatic mass.

GALLBLADDER: Gallbladder is normal. No significant intrahepatic or extrahepatic biliary duct dilatation.

SPLEEN: No significant abnormality.

PANCREAS: No masses or pancreatic duct dilatation. No peripancreatic stranding.

ADRENAL GLANDS: Bilateral adrenal calcifications, greater on the left than the right. A left adrenal soft tissue density

PATIENT NAME: CUMMINS, MICHAEL
DOB: MRNO: 446670

lesion containing foci of internal fat measures up to 3.2 cm. Given differences in technique, there is no definite interval change. Findings most compatible with a benign process.

KIDNEYS: Left peripelvic cysts. No hydronephrosis or enhancing renal mass bilaterally.

PERPORTAL/RETROPERITONEAL/CENTRAL MESENTERIC LYMPH NODES: No lymphadenopathy by size criteria.

RETROPERITONEUM: No retroperitoneal mass or hemorrhage.

STOMACH: Grossly unremarkable considering the constraints of this examination.

SMALL BOWEL: Small bowel is without evidence of obstruction, pneumatosis or definite bowel wall thickening.

COLON: Sigmoid colon diverticuli. No acute diverticulitis.

APPENDIX: Normal. No periappendiceal stranding.

ABDOMINAL WALL: No hernia or abnormal masses.

PERITONEAL CAVITY: There is no free air or free fluid.

PELVIS:

BLADDER: Normal, considering the constraints of this examination.

PELVIC/INGUINAL LYMPH NODES: Mildly prominent bilateral inguinal lymph nodes are stable compared to previous. No pathologic pelvic adenopathy.

REPRODUCTIVE ORGANS: No significant abnormality.

RECTUM: No gross abnormality, considering the constraints of this examination.

BONES: No concerning bone lesions.

patient informed by [signature]

DICTATED BY: John P. Dobrman, M.D. on 9/29/2015 3:04 PM PDT
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

End of diagnostic report for accession: 2415946

Interpreted/Electronically Signed by John P. Dobrman, MD on 09/29/2015 3:04 PM

GE MAC1200
Male, 45 Years

CUMMINS, MICHAEL , PLEASANT HILL URGENT CARE

HR 78bpm

Oct. 22. 2015 9:25AM

Measurement Results:

| | | |
|---|---|---|
| QRS | : | 112 ms |
| QT/QTcB | : | 380 / 433 ms |
| PR | : | 142 ms |
| P | : | 122 ms |
| RR/PP | : | 768 / 765 ms |
| P/QRS/T | : | 62/ 97/ 41 degrees |

Order Physician
Technician

-90 aVR aVL 0 I III +90 II aVF

< P
< T
< QRS

Interpretation:
12SL - Interpretation:
*** Age and gender specific ECG analysis ***
Normal sinus rhythm
Rightward axis
Borderline ECG

Name: CUMMINS, MICHAEL M
Acct: 01032
Birthdate:
Visit Date: 9/29/2015 8:49 AM
Age: 45 yrs.

9/29/2015

Unconfirmed report




[redacted] Cart# 1 Site# 1
Sep/29/2015 10:26:29 AM 25mm/s 10mm/mV ADS 60Hz 0.08 - 20Hz

No. 1580 P. 9/14

Oregon Endoscopy Center, LLC
3355 RiverBend Drive, Suite 500 • Springfield, OR 97477-8800
(541) 868-9500 • (541) 685-5920 Fax

| | | | |
|---|---|---|---|
| **Attending MD:** | Shane J. Mills, MD | **Procedure Date:** | 1/2/2015 |
| **Date of Birth:** | | **Patient Name:** | Michael Cummins |
| **MRN:** | 77802 | **Age:** | 44 |
| **Gender:** | Male | **Instrument Name:** | CPV-2500871 |

**Procedure:** Colonoscopy
**Providers:** Shane J. Mills, MD
**Indications:** Rectal bleeding, (also has fam hx of polyps in father)
**History:** Refer to note in patient chart for documentation of history and physical.
**Referring MD:** David A. Knowlton, MD
**Medicines:** Benadryl (Diphenhydramine) IV 50 mgs, Fentanyl IV 150 mcgs, Versed (Midazolam) IV 16 mgs
**Complications:** No immediate complications.

**Procedure:** Pre-Anesthesia Assessment:
- Prior to the procedure, a History and Physical was performed, and patient medications and allergies were reviewed. The patient is competent. The risks and benefits of the procedure and the sedation options and risks were discussed with the patient. All questions were answered and informed consent was obtained. Patient identification and proposed procedure were verified by the physician and the nurse in the procedure room. Mental Status Examination: alert and oriented. Airway Examination: normal oropharyngeal airway and neck mobility. Respiratory Examination: clear to auscultation. CV Examination: normal. ASA Grade Assessment: II - A patient with mild systemic disease. After reviewing the risks and benefits, the patient was deemed in satisfactory condition to undergo the procedure. The anesthesia plan was to use moderate sedation / analgesia (conscious sedation). Immediately prior to administration of medications, the patient was re-assessed for adequacy to receive sedatives. The heart rate, respiratory rate, oxygen saturations, blood pressure, adequacy of pulmonary ventilation, and response to care were monitored throughout the procedure. The physical status of the patient was re-assessed after the procedure.
- Prior to the procedure, a History and Physical was performed, and patient medications and allergies were reviewed. The patient's tolerance of previous anesthesia was also reviewed. The risks and benefits of the procedure and the sedation options and risks were discussed with the patient. All questions were answered, and informed consent was obtained. Prior Anticoagulants: The patient has taken previous NSAID medication. ASA Grade Assessment: II - A patient with mild systemic disease. After reviewing the risks and benefits, the patient was deemed in satisfactory condition to undergo the procedure.

The efficiency of a colonoscopy in detecting lesions was discussed with the patient and it was pointed out that a small percentage of polyps and other lesions can be missed with the test. The scope was introduced through the anus and advanced to the terminal ileum, with identification of the appendiceal orifice and IC valve. The ileocecal valve, appendiceal orifice, terminal ileum and rectum were photographed. The entire colon was examined. The colonoscopy was extremely difficult due to significant looping, a tortuous colon and the patient's body habitus. Successful completion of the procedure was aided by applying abdominal pressure. The patient tolerated the procedure well. The quality of the bowel preparation was good.

**Findings:**

Non-bleeding internal hemorrhoids were found during retroflexion and were mild.

Multiple small-mouthed diverticula were found in the sigmoid colon and in the descending colon.

Two sessile polyps were found in the rectum. The polyps were 3 to 5 mm in size. These polyps were removed with a cold biopsy forceps. Resection and retrieval were complete.

A patchy area of mildly erythematous mucosa was found in the descending colon and in the ascending colon. Biopsies were taken with a cold forceps for histology.

An area of mucosa in the terminal ileum was mildly erythematous. Very mild in appearance. Unable to biopsy as this was a difficult position and I was unable to re-intubate the TI after losing position.

**Oregon Endoscopy Center, LLC**
3355 RiverBend Drive, Suite 500 • Springfield, OR 97477-8800
(541) 868-9500 • (541) 685-5920 Fax

| | | | |
|---|---|---|---|
| **Attending MD:** | Shane J. Mills, MD | **Procedure Date:** | 1/2/2015 |
| **Date of Birth:** | | **Patient Name:** | Michael Cummins |
| **MRN:** | 77802 | **Age:** | 44 |
| **Gender:** | Male | **Instrument Name:** | CPV-2500871 |

**Impression:**
- Non-bleeding internal hemorrhoids.
- Diverticulosis in the sigmoid colon and in the descending colon.
- Two 3 to 5 mm polyps in the rectum. Resected and retrieved.
- Erythematous mucosa in the descending colon and in the ascending colon. Biopsied.
- Erythematous mucosa in the terminal ileum.
- Erythema was very mild and nonspecific (NSAIDs vs. self-limited vs. IBD).

**Recommendation:**
- Patient has a contact number available for emergencies. The signs and symptoms of potential delayed complications were discussed with the patient. Return to normal activities tomorrow. Written discharge instructions were provided to the patient.
- High fiber diet.
- No aspirin, ibuprofen, naproxen, or other non-steroidal anti-inflammatory drugs.
- Await pathology results.
- Repeat colonoscopy in 5 years for surveillance.
- Followup with Dr. Mills as needed for symptoms.

Shane J. Mills, MD
1/2/2015 11:09:27 AM

**Number of Addenda:** 0

**McKENZIE-WILLAMETTE MEDICAL CENTER**
1460 G Street, Springfield, OR 97477
541-726-4400

**IMAGING REPORT**

**Patient:** CUMMINS, MICHAEL M M **MRN:** 95588
**Accession:** 35683270000200 **Account:** 3568327
**Order:** 200 **Sex:** M **DOB:**
**Location:** RAD
**Primary Care Physician:** DAVID A. KNOWLTON
**Admitting Physician:** ALEXANDER K. MORLEY
**Attending Physician:** ALEXANDER K. MORLEY
**Ordering Physician:** ALEXANDER K. MORLEY
**Exam Date:** 11/11/2013
**Exam Description:** US-ABDOMEN SNGL ORG (US-2)



**FINAL**

US-ABDOMEN SNGL ORG US-2

**IMPRESSION:**
**1. Cholelithiasis without evidence of acute cholecystitis or biliary obstruction.**
**2. Mild hepatomegaly.**
**3. Diffuse fatty infiltration of the liver.**

**Results were discussed with the referring provider at 4:03 p.m.**

INDICATION: RUQ PAIN WITH AORTA /ABDOMEN 789.0

TECHNIQUE: Limited abdominal ultrasound with real-time documentation was performed.

COMPARISON: None.

FINDINGS: There are multiple shadowing gallstones within the gallbladder lumen. There is no definite gallbladder wall thickening or pericholecystic fluid to suggest acute cholecystitis. Negative sonographic Murphy's sign. Common bile duct is normal in caliber measuring 3.4 mm. The right kidney measures 13.7 cm in length and appears normal. Aorta is normal in caliber. The liver is enlarged and hyperechoic with coarsened echotexture suggesting fatty infiltration. There is an area of focal fatty sparing adjacent to the gallbladder measuring approximately 3.5 cm.

Dictation Location: Springfield, OR

**McKENZIE-WILLAMETTE MEDICAL CENTER**

**Patient:** CUMMINS, MICHAEL M **MRN:** 95588
**Accession:** 35683270000200 **Account:** 3568327
**Order:** 200 **Sex:** M **DOB:**

**Exam Date:** 11/11/2013
**Exam Description:** US-ABDOMEN SNGL ORG



Electronically signed by
Bernardo Isuani, M.D.
Signed Date: 11/15/2013 17:15:50

Dictated By: Bernardo Isuani, M.D.
DD: 11/11/2013 16:02:02
TD: 11/12/2013 07:03:40
Report ID: 45075 / jdd

MR IMAGING ASSOCIATES

**CUMMINS, Michael M**

DOB: Age: **42 Y** Org Code: **MRIA** Patient Class: **Outpatient**
RAPC PID: **R000069446** Facility ID: **45700** Gender: **M**
Ordering Provider: **DAVID KNOWLTON,MD**
Date of Service: **04/25/2013 3:30 PM** Accession #: **0425130084**

**MR Lumbar spine wo contrast**

MRI LUMBAR SPINE WITHOUT CONTRAST \

IMPRESSION: Facet hypertrophic changes at L5-S1 level. No posterior disc protrusion, central canal stenosis or neural foraminal narrowing identified.

DICTATED INDICATIONS: 42 -year-old male with right lower extremity pain with radiculopathy for six months. No trauma. No surgery.

TECHNIQUE: T1 and T2 sagittal and axial sequences are obtained through the lumbar spine.

FINDINGS: The vertebral bodies demonstrate normal height and alignment. The conus terminates normally. There is no significant loss of disc height or hydration. No paraspinal soft tissue abnormalities are seen. The following significant findings are identified on the axial imaging:

L2-3: Disc, thecal sac and neural foramina are normal.

L3-4: Disc, thecal sac and neural foramina are normal.

L4-5: Disc, thecal sac and neural foramina are normal.

L5-S1: No posterior disc protrusion, central canal stenosis or neural foraminal narrowing is seen. Facet hypertrophic changes are noted.

MJT/sjc

DICTATION LOCATION: Springfield, Oregon 97477

**End of diagnostic report for accession: 0425130084**

Interpreted by: Matthew THOMSON

Dictated Date/Time: 4/26/2013 11:58:10AM
Signed Date/Time: 4/30/2013 12:47:24PM

Patient Name: **Cummins, Michael M**
Patient ID: **95588**

Date of Birth:
Age: **41 years**
Gender: **male**
Accession Number: **34807600000100**
Location: **McKenzie-Willamette**
Referring Physician: **Harry Kleiner**

Study Date: **13-Jun-2012 17:10**
Procedure Types: **CT-HEAD WO CONTRAST**

***Preliminary***

# CT CT-HEAD WO CONTRAST

McKenzie-Willamette Medical Center
1460 G Street
Springfield, OR 97477

DIAGNOSTIC IMAGING REPORT

PATIENT NAME: CUMMINS, MICHAEL
MEDICAL RECORD: 95588
ACCOUNT NUMBER: 3480760
DATE OF BIRTH:
DICTATING PHYSICIAN: GORMAN, JOHN D
ADMITTING PHYSICIAN: BOWERS, ANN P
PRIMARY CARE PHYSICIAN: KNOWLTON, DAVID A
ADMISSION DATE: 06/13/2012
DISCHARGE DATE:
DATE OF SERVICE:
ROOM NUMBER:
BED NUMBER:
AGE: 41
SEX: M
SERVICE CODE: EOP

CT SCAN OF THE HEAD WITHOUT CONTRAST

EXAM DATE:
June 13, 2012.

IMPRESSION:
MILD SINUS DISEASE IN ETHMOID AIR CELLS. OTHERWISE NEGATIVE CT SCAN OF THE BRAIN. THIS REPORT WAS CALLED TO DR. KLEINER AT THE TIME OF

DICTATION.

INDICATION:
Head injury.

TECHNIQUE:
Multiple computed tomographic images of the brain were obtained from the skull base through the vertex without contrast and reconstructed in the coronal and sagittal planes.

COMPARISON:
No comparisons.

FINDINGS:
The brain parenchyma is normal without evidence of hemorrhage, mass effect or areas of focal abnormal attenuation. The ventricles are normal size without intraventricular hemorrhage. There is no extraaxial hemorrhage. The skull is unremarkable. No skull fractures are identified. There is mild opacification of the ethmoid air cells.

Disclaimer: PRELIMINARY Report until electronically signed

Print CC:
Harry E. Kleiner, D.O.

Page 1 of 2

McKenzie-Willamette Medical Center
1460 G Street
Springfield, OR 97477

DIAGNOSTIC IMAGING REPORT

PATIENT NAME: CUMMINS, MICHAEL
MEDICAL RECORD: 95588
ACCOUNT NUMBER: 3480760
DATE OF BIRTH:
ADMISSION DATE: 06/13/2012
DISCHARGE DATE:

Fax CC:

D Date / Time: 06/13/2012 5:46 PM PT
T Date / Time: 06/13/2012 5:56 PM PT
S Job #: MWMC57119952
D Job #: 267754
MT: FM
Dictation Location: Springfield, Oregon

Page 2 of 2

**John Gorman**
**13-Jun-2012 16:46**

**Transcription**

| Type | ID | Date and Time | Dictating Provider |
|---|---|---|---|
| History&Physical | 9132054 | 9/27/2017 6:54 PM | Steven L Wilhite, MD |

Signed by Steven L Wilhite, MD on 10/02/17 at 1115

Document Text

CUMMINS, MICHAEL M
01614423
DOB: 07/30/1970

CHIEF COMPLAINT: Right upper quadrant pain and back pain.

This 47-year-old man has documented symptomatic gallstones and an ultrasound was carried out on 09/25/2017 and read by Jonathan Sims, MD. Impression is cholelithiasis without evidence of acute cholecystitis. Coarse echogenicity of the liver with hepatomegaly suggests hepatocellular dysfunction, mild hydronephrosis.

Gallbladder cholelithiasis is present and kidneys are read as right kidney. The kidney is normal in size, with normal echotexture. No evidence of hydronephrosis or nephrolithiasis. No discrete renal masses. Left kidney mild pelviectasis, left kidney is normal in size, no shadowing stones, no discrete renal mass.

The patient's symptoms are discomfort, particularly when eating spicy foods. He also has discomfort when lifting and turning. Some mild nausea.

Some of his symptoms are more musculoskeletal in nature, but also the spicy food, which gives him mild nausea and pain as well. This may be 2 separate problems.

PAST SURGICAL HISTORY: Include 11/22 right knee torn meniscus repair with open repair. He has had a pilonidal cyst on tailbone removed. He had an on-the-job injury to the head in the 1990s. The steel pipe hit him on top of the head and took a while to get over this problem.

PAST MEDICAL HISTORY: Health problems for which he sees a physician regularly are anxiety and high blood pressure, nephrolithiasis, hypertension, anxiety, gallstones, colonoscopy 2015 with a hyperplastic polyp, pilonidal cyst, torn meniscus, pneumonia as a child. Also, morbid obesity, migraine headaches, erectile dysfunction, diverticulosis, primary osteoarthritis involving multiple joints, psoriasis.

HABITS: He smokes 1 pack of cigarettes per day and has done so for 30 years. Does not drink alcohol. Does not use street drugs.

ALLERGIES: METRONIDAZOLE, FLAGYL AND APPARENTLY GIVES HIM SWELLING AND ANAPHYLAXIS TYPE OF ACTIVITY. MORPHINE MAKES HIM SICK.

CURRENT MEDICATIONS: Include:

1. Aspirin.
2. Ibuprofen.
3. Alprazolam 1 mg 2 times a day.
4. Propranolol 40 mg 2 times a day.
5. Hydrochlorothiazide 25 mg a day.
6. Lisinopril 40 mg a day.

FAMILY HISTORY: Positive for hypertension. Gallbladder problems in mother. Cancer in an uncle, diabetes in dad.

REVIEW OF SYSTEMS: 14 system review is positive for changes in moles and spots rashes and hives, wheezing, excessive burping, change in bowel habits, heartburn, reflux, hemorrhoids, diarrhea, abdominal pain, back and neck pain, painful and stiff joints, depression, anxiety, fearfulness, irritability, anger, insomnia, fatigue, headaches, migraine headaches, chest pain, muscle cramps, muscle weakness, pain in his legs, pain with walking, swelling of legs and feet, numbness, tingling in his legs and feet, unable to walk stairs.

PHYSICAL EXAMINATION:
General: He is blocky in build.
Vital signs: He is 5 feet 11.5 inches tall, weighs 300 pounds. Blood pressure is 134/94, pulse is 65, temperature is 97.8.
HEENT: Clear.
Neck: No nodes or masses.
Chest: Clear to auscultation.
Heart: Regular rhythm without murmur.
Abdomen: Obese, a large round abdomen, mild discomfort in the right upper quadrant. Inguinal regions, no evidence of herniation.
Extremities: No edema.

ASSESSMENT: Gallstones with spicy food intolerance, which brings on the pain and the gallstones are suggestive to be related. Some of his pain on movement, is more compatible with musculoskeletal pain. And so I think there may be 2 components here.

He would like to have his gallbladder out and I agree because at least it may be take care of some of the general complaints he has. However, I warned him that if the pain is not caused by the gallbladder it will not get rid of the pain and because of his size and musculoskeletal problems it is always a possibility that part of this at least is other than his gallbladder. Also advised him that we will take this out with a laparoscope, but because of his size, he has an increased chance of having it done openly.

I discussed at length the removal of the gallbladder and I drew a cartoon if you will of the biliary system to illustrate my discussion. Number 1 illustration was the common duct and advised that during removal of the

gallbladder, sometimes the common duct can be injured and this can result in multiple surgeries, lifetime of misery, liver transplant, and even death. I also discussed the complications of bile leak, perforation of the bowel, bleeding, and infection. All questions answered, he accepts and desires for me to proceed.

Dictated by: Steven L Wilhite MD

SLW:us9065
eScription document:49-9132054
D: 09/27/2017 18:54:40
T: 09/27/2017 19:46:27

cc: David Knowlton MD

# SLOCUM ORTHOPEDICS, P.C.

55 Coburg Road, Eugene, OR 97401 Tel: (541) 485-8111 Fax: (541) 342-6379

| | |
|---|---|
| Patient: | Michael Cummins |
| Date of Birth: | |
| Date: | 12/05/2016 12:00 AM |
| Visit Type: | Post Op Visit |
| Person Number: | 259673 |

**Chief Complaint:**
Improving right knee pain.

**History of Present Illness:**
This is a 46-year-old male, who is two weeks status post right knee arthroscopy, partial medial meniscectomy, and shaving chondroplasty of the medial femoral condyle. He is noting improvement postoperatively. He is one day off crutches now and has started physical therapy. No complications to date.

## Patient Status
Completed with information received for patient transitioning into care.

## Medication Reconciliation
Medications reconciled today.

## Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| taking as directed | naproxen 250 mg tablet | take 1 tablet by oral route 2 times every day with food | Y | Verified |
| taking as directed | propranolol 40 mg tablet | take 1 tablet by oral route 2 times every day | Y | Verified |
| taking as directed | alprazolam 1 mg tablet | take 1 tablet by oral route 3 times every day | Y | Verified |
| taking as directed | hydrochlorothiazide 25 mg tablet | take 0.5 tablet by Oral route every day | Y | Verified |
| taking as directed | lisinopril 40 mg tablet | take 1 tablet by oral route every day | Y | Verified |
| taking as directed | Norco 10 mg-325 mg tablet | take 1 tablet by oral route every 4 - 6 hours as needed for pain | N | Verified |

**Allergies:**

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| METRONIDAZOLE | swelling | | |
| MORPHINE | sick | | |

Reviewed, no changes.

**Physical Exam**
On examination of the right knee, incision is healing well. No signs of infection. No significant effusion. Range of motion 0 to 110 degrees. No calf tenderness to palpation or significant swelling.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Complex tear of medial meniscus of right knee as current injury, subsequent encounter (S83.231D). |
| 2. | Assessment | an encounter for other ortho aftercare (Z47.89). |

Two weeks status post right knee arthroscopy, partial medial meniscectomy, and shaving chondroplasty of the medial femoral condyle.

At this point, sutures will be removed. He will continue with strengthening range of motion. I reviewed his arthroscopic pictures today. Discussed his degree of arthritis. I discussed low-impact exercise with weight loss and anti-inflammatories. He will see me back as needed at this point.

*Provider: Jeffrey M. Tuman MD 12/06/2016 04:07 PM*

*Document generated by:* 135/103 12/06/2016 04:07 PM

46056/12/6/2016

**CC Providers:**

David Knowlton MD
1755 Coburg Rd
Ste 301
Eugene, OR 97401-

**CC OTJ Insurance:**
Liberty Mutual OR OTJ
PO Box 779008
Rocklin, CA 95677-

---

Note generated by our Electronic Health Record and may include unedited text created by speech recognition software.

Date of Visit: 12/05/2016 12:00 AM Cummins, Michael M. 07/30/1970 Person Nbr: 259673

Electronically signed by Jeffrey M. Tuman MD on 12/07/2016 07:33 AM

# SLOCUM ORTHOPEDICS, P.C.

55 Coburg Road, Eugene, OR 97401 Tel: (541) 485-8111 Fax: (541) 342-6379

| | |
|---|---|
| Patient: | Michael Cummins |
| Date of Birth: | |
| Date: | 11/16/2016 9:45 AM |
| Visit Type: | Pre Op Visit |
| Person Number: | 259673 |

### Chief Complaint:

Right knee pain.

### History of Present Illness:

A 46-year-old male who presents for a preoperative visit. Currently, scheduled for right knee arthroscopy with partial medial meniscectomy. This is a workmen's compensation claim. This is well documented in my note on 09/28/2016. He continues to be symptomatic in the knee. We did previously discuss multiple risk factors for him and for having continued pain after such surgery and this includes obesity, smoking history and the fact that he does have some osteoarthritis in the knee.

### Past Medical History (Detailed)

| Disease | Onset Date | Comments |
|---|---|---|
| High Blood Pressure | | |

### Past Surgical History

| Management | Side | Date | Comments |
|---|---|---|---|
| lower back | | | |

## Medication Reconciliation

Medications reconciled today.

## Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| taking as directed | naproxen 250 mg tablet | take 1 tablet by oral route 2 times every day with food | Y | Verified |
| taking as directed | propranolol 40 mg tablet | take 1 tablet by oral route 2 times every day | Y | Verified |
| taking as directed | alprazolam 1 mg tablet | take 1 tablet by oral route 3 times every day | Y | Verified |
| taking as directed | hydrochlorothiazide 25 mg tablet | take 0.5 tablet by Oral route every day | Y | Verified |
| taking as directed | lisinopril 40 mg tablet | take 1 tablet by oral route every day | Y | Verified |

### Allergies:

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| METRONIDAZOLE | swelling | | |
| MORPHINE | sick | | |

Reviewed, no changes.

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Gen Fam Hx | | | | High blood pressure | | |
| Gen Fam Hx | | | | Heart Disease | | |
| Gen Fam Hx | | | | Bleeding Problems | | |

## SOCIAL HISTORY (Detailed)

The patient is right-handed.
Preferred language is English.

### EDUCATION/EMPLOYMENT/OCCUPATION

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | burner II | | | |

Currently single.

Smoking status: Current every day smoker.

### SMOKING STATUS

| Date | Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|---|
| 09/28/2016 | Cigarette | Cigarette smoker | | 20.00 | |
| 11/16/2016 | Cigarette | Cigarette smoker | | 20.00 | |

### ALCOHOL

There is no history of alcohol use.

### LIFESTYLE

Sedentary activity level. Never exercises.

Confidential Information

**Alcohol Use:**
The patient denies alcohol use.
**Drug Use/Abuse:**
The patient denies illicit drug use.

## REVIEW OF SYSTEMS

| System | Neg/Pos | Details |
|---|---|---|
| Hema/Lymph | Negative | Easy bleeding and easy bruising. |
| Eyes | Negative | Vision loss. |
| Respiratory | Negative | Cough and dyspnea. |
| MS | Negative | Except as noted in HPI and chief complaint. |
| Constitutional | Negative | Fatigue, fever and night sweats. |
| GU | Negative | Dysuria, hematuria and urinary incontinence. |
| GI | Negative | Constipation, diarrhea, nausea and vomiting. |
| Cardio | Negative | Chest pain, cyanosis and irregular heartbeat/palpitations. |
| Neuro | Negative | Difficulty walking, dizziness and headache. |
| Allergic/Immuno | Negative | Environmental allergies and food allergies. |
| Endocrine | Negative | Cold intolerance and heat intolerance. |
| Integumentary | Negative | Rash. |

## VITAL SIGNS

HEIGHT

| Time | ft | in | cm | Last Measured | Height Position | % |
|---|---|---|---|---|---|---|
| 10:07 AM | 5.0 | 11.00 | 180.34 | 11/16/2016 | Standing | |

WEIGHT/BSA/BMI

| Time | lb | oz | kg | Context | % | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|---|
| 10:07 AM | 314.60 | | 142.700 | dressed without shoes | | 43.88 | |

BLOOD PRESSURE

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 10:07 AM | 129/97 | | | | | |

TEMPERATURE/PULSE/RESPIRATION

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 10:07 AM | 98.20 | 36.78 | | 73 | | |

MEASURED BY

| Time | Measured by |
|---|---|
| 10:07 AM | Aleque Quesada |

## Physical Exam

General: The patient is alert, oriented, and not in any acute distress-- cooperative on exam and appears appropriate for stated age.
HEENT: Unremarkable.
Cardiovascular: Regular in rate and rhythm without murmurs.
Lungs: Clear to auscultation bilaterally.
Abdomen: Soft, nontender with normal bowel sounds.
Skin: No rashes or lesions appreciated on the affected extremity.
Lymphatic: No lymphadenopathy appreciated on the affected extremity.
Neurological: No sensory deficits on the affected extremity. Full motor strength on the affected extremity.
Vascular: No appreciable pitting edema/superficial soft tissue swelling. Intact capillary refill. Palpable pulses are present.
Extremities: See detailed orthopedic examination.

Musculoskeletal examination: Examination of the right knee, no effusion. Tenderness to palpation over the medial joint line. Positive McMurray's test. No ligamentous instability. Pain with hyperflexion and positive Steinmann's test.

**Dictated Diagnostic Results:**

MRI of the right knee demonstrates a complex tear of the medial meniscus with chondral irregularity of the medial femoral condyle.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Complex tear of medial meniscus of right knee as current injury, subsequent encounter (S83.231D). |
| 2. | Assessment | Primary osteoarthritis of right knee (M17.11). |
| 3. | Assessment | Encounter for pre-operative examination (Z01.818). |

A 46-year-old male with right knee pain, medial meniscus tear, mild-to-moderate osteoarthritis.

I reviewed my concerns for continued pain in the knee after surgery and this includes his history of obesity, his smoking history, and his presence of mild-to-moderate osteoarthritis. He continues to be very symptomatic after an injury, so considering partial meniscectomy is reasonable, but he does know and understand that he will possibly still have chronic discomfort to the knee following surgery. This was discussed at length. We reviewed risks, benefits, and alternatives and he has elected to proceed.

*Provider: Jeffrey M. Tuman MD 11/21/2016 11:56 AM*

*Document generated by:* 135 11/21/2016 11:56 AM

46022/11/19/2016

**CC Providers:**
David Knowlton MD
1755 Coburg Rd
Ste 301
Eugene, OR 97401-

**CC OTJ Insurance:**
Liberty Mutual OR OTJ
PO Box 779008
Rocklin, CA 95677-

---

Note generated by our Electronic Health Record and may include unedited text created by speech recognition software.

Date of Visit: 11/16/2016 09:45 AM Cummins, Michael M. Person Nbr: 259673

Electronically signed by Jeffrey M. Tuman MD on 11/21/2016 04:58 PM

# SLOCUM ORTHOPEDICS, P.C.

55 Coburg Road, Eugene, OR 97401 Tel: (541) 485-8111 Fax: (541) 342-6379

| | |
|---|---|
| Patient: | Michael Cummins |
| Date of Birth: | |
| Date: | 09/28/2016 8:45 AM |
| Visit Type: | Office Visit |
| Person Number: | 259673 |

### Chief Complaint:
Right knee pain.

### History of Present Illness:
This is a 46-year-old male who was referred by Cascade Health Solutions for right knee injury. This is a Workmen's Compensation claim. He is in essentially a machinist position for JCI and developed increased right knee pain on 09/04/2016. He did not have an overt traumatic injury to the knee, but noticed increasing pain throughout the day. At that point, he noted a pop in the knee. This significantly increased on 09/05/2016, where he felt he was unable to walk. He held on seeing a physician since he thought that this pain would improve and it continued to worsen. Urgent Care evaluated him on 09/08/2016. X-rays were performed and these were negative for any acute osseous abnormalities. He felt as though the knee was locking on him. He was ultimately evaluated by Cascade Health Solutions, who had a concern for a meniscus tear and an MRI had been ordered. He was placed on light duty and was given a hinged knee brace. He ultimately had the MRI, which demonstrates a medial meniscus tear. He was thus referred for further evaluation. He notes continued popping and swelling within the knee. He notes difficulty walking. He has been on modified light duty since he was seen by Cascade Health Solutions.

Of note, the patient does smoke one pack per day and BMI is 45.54.

### Past Medical History (Detailed)

| Disease | Onset Date | Comments |
|---|---|---|
| High Blood Pressure | | |

### Past Surgical History

| Management | Side | Date | Comments |
|---|---|---|---|
| lower back | | | |

## Medication Reconciliation
Medications reconciled today.

## Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| taking as directed | naproxen 250 mg tablet | take 1 tablet by oral route 2 times every day with food | Y | Verified |
| taking as directed | propranolol 40 mg tablet | take 1 tablet by oral route 2 times every day | Y | Verified |
| taking as directed | alprazolam 1 mg tablet | take 1 tablet by oral route 3 times every day | Y | Verified |
| taking as directed | hydrochlorothiazide 25 mg | take 0.5 tablet by Oral route every day | Y | Verified |

| | | | | |
|---|---|---|---|---|
| | tablet | | | |
| taking as directed | lisinopril 40 mg tablet | take 1 tablet by oral route every day | Y | Verified |

## Allergies:

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| METRONIDAZOLE | swelling | | |
| MORPHINE | sick | | |

Allergy list was updated during this encounter.

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Gen Fam Hx | | | | High blood pressure | | |
| Gen Fam Hx | | | | Heart Disease | | |
| Gen Fam Hx | | | | Bleeding Problems | | |

## SOCIAL HISTORY (Detailed)

The patient is right-handed.
Preferred language is English.

### EDUCATION/EMPLOYMENT/OCCUPATION

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | burner II | | | |

Currently single.

Smoking status: Current every day smoker.

### SMOKING STATUS

| Date | Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|---|
| 09/28/2016 | Cigarette | Cigarette smoker | | 20.00 | |

### ALCOHOL

There is no history of alcohol use.

### LIFESTYLE

Sedentary activity level. Never exercises.

Confidential Information

**Alcohol Use:**
The patient denies alcohol use.
**Drug Use/Abuse:**
The patient denies illicit drug use.

## REVIEW OF SYSTEMS

| System | Neg/Pos | Details |
|---|---|---|
| Neuro | Positive | Headache. |
| Psych | Positive | Emotional changes. |
| Respiratory | Negative | Accelerated respirations, cough and wheezing. |
| ENMT | Negative | Hearing loss. |
| Constitutional | Negative | Fatigue, fever and night sweats. |
| Eyes | Negative | Vision loss. |

| | | |
|---|---|---|
| Cardio | Negative | Chest pain, heart murmur and irregular heartbeat/palpitations. |
| GI | Negative | Constipation, diarrhea and vomiting. |
| MS | Negative | Except as noted in HPI and chief complaint. |
| Neuro | Negative | Dizziness. |
| GU | Negative | Dysuria, hematuria and urinary incontinence. |
| Allergic/Immuno | Negative | Environmental allergies and food allergies. |
| Hema/Lymph | Negative | Easy bleeding and easy bruising. |
| Integumentary | Negative | Pruritus and rash. |

## VITAL SIGNS

HEIGHT

| Time | ft | in | cm | Last Measured | Height Position | % |
|---|---|---|---|---|---|---|
| 8:41 AM | 5.0 | 10.00 | 177.80 | 09/28/2016 | | |

WEIGHT/BSA/BMI

| Time | lb | oz | kg | Context | % | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|---|
| 8:41 AM | 317.40 | | 143.970 | | | 45.54 | |

BLOOD PRESSURE

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 8:41 AM | 140/94 | | | | | |

TEMPERATURE/PULSE/RESPIRATION

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 8:41 AM | | | | 77 | | |

MEASURED BY

| Time | Measured by |
|---|---|
| 8:41 AM | canjac Jackson |

## Physical Exam

The patient is alert, oriented, a good historian, and not in any acute distress-- cooperative on exam and appears appropriate for stated age.

HEENT: Unremarkable.
Cardiovascular: Regular in rate and rhythm without murmurs.
Lungs: Clear to auscultation bilaterally.
Abdomen: Soft, nontender with normal bowel sounds.
Extremities: See detailed orthopedic examination.

Musculoskeletal Examination: On examination of the right knee, no appreciable effusion today. He does have fairly moderate tenderness to palpation really throughout the knee superficially, but this is extremely more painful over the medial joint line. He does have a positive McMurray's test. The knee is stable to Lachman's, posterior drawer, varus and valgus stress testing. On valgus stress testing at 30 degrees, I was able to appreciate a slight catch within the posteromedial aspect of the knee. He has full knee extension. He has pain with passive hyperflexion with a positive Steinman's test.

## Outside Diagnostics Studies:

I reviewed previous three views obtained at urgent care on 09/08/2016. No appreciable osseous abnormalities.

I reviewed the MRI of the right knee obtained at MR Imaging Associates and McKenzie-Willamette on 09/14/2016. There does appear to be a complex tear of the medial meniscus. There is some chondral irregularity involving the posterior third of the medial femoral condyle.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Complex tear of medial meniscus of right knee (S83.231A). |

A 46-year-old male with right knee pain. MRI demonstrates a medial meniscus tear.

I reviewed options today. He had acute onset knee pain. The exact mechanism, however, is unclear since he denies traumatic injury and no twisting or instability event. He does remain very symptomatic, secondary to the patient's age and significant meniscus tear on MRI. He may have some early mild degenerative changes of the medial femoral condyle cartilage, but certainly does not have advanced osteoarthritis. My concerns for surgical intervention, however, include the fact that he smokes one pack per day and he is significantly overweight. These factors can significantly affect healing and I am concerned he may continue to have some persistent symptoms in the knee after a scope debridement. Certainly, we looked throughout the whole knee to address any potential pain generators and this was discussed with him. After this long discussion was had, he has expressed interest in proceeding with right knee arthroscopy and likely partial medial meniscectomy. We will have him see Anesthesia to determine whether this can be done at our ASC or at the hospital given his weight and smoking history. We will need to await approval by Workmen's Compensation. In the meantime, we will keep him on his modified light duty with essentially sedentary work. I certainly think he is able to perform a sitting job. We will plan to see him back as a preoperative visit once his approval has been obtained.

*Provider: Jeffrey M. Tuman MD 09/30/2016 12:28 PM*

*Document generated by:* 135/103 09/30/2016 12:28 PM

46098/9/28/2016

**CC Providers:**

David Knowlton MD
1755 Coburg Rd
Ste 301
Eugene, OR 97401-

**CC OTJ Insurance:**
Liberty Mutual OR OTJ
PO Box 779008
Rocklin, CA 95677-

---

Note generated by our Electronic Health Record and may include unedited text created by speech recognition software.

Date of Visit: 09/28/2016 08:45 AM Cummins, Michael M. Person Nbr: 259673

Electronically signed by Jeffrey M. Tuman MD on 10/03/2016 01:58 PM

**Eugene Gastroenterology Consultants PC**
3355 Riverbend Dr Ste 500 Springfield, OR 97477
(541) 868-9500 Fax: (541) 685-5920

*November 26, 2014*
Page 1
Office Visit

**Michael M Cummins**
Male DOB: 280454-2470001 Ins: PacificS (26) Grp: G0020301

**11/21/2014 - Office Visit: Rectal pain, Heme positive stool & large hemorrhoids**
**Provider: Shane J Mills MD**
**Location of Care: Eugene Gastroenterology Consultants PC**

**Referring Provider:** David A Knowlton MD
**Primary Care Provider:** David A Knowlton MD

**History of Present Illness**:
The patient was referred by David A Knowlton MD for further evaluation of hemorrhoids, rectal pain, and heme-positive stools.

44-year-old male reports having intermittent rectal bleeding for at least 2 years. At times, he has sharp burning pain at his anus. He has one to 2 bowel movements per day without any consistent diarrhea. He reports some lower abdominal cramping at times. He also reports having blood in his stool. The patient reports having heartburn symptoms which occur one to 2 times per month and are dependent on what he eats. He takes Tums for these episodes. Family history is remarkable for his father who had colon polyps.

**Past History:**

**Past Medical History:**
Anxiety/panic attacks
Kidney stones
Hypertension

**Past Surgical History:**
No abdominal surgeries

**Medications at Start of Visit (verified):**
1) Alprazolam Xr 1 Mg Xr24h-Tab (Alprazolam) .... take one (1) tablet by mouth three times daily
2) Lisinopril 40 Mg Tabs (Lisinopril) .... take one (1) tablet by mouth daily
3) Propranolol Hcl 40 Mg Tabs (Propranolol Hcl) .... take one (1) tablet by mouth daily
4) Hydrochlorothiazide 25 Mg Tabs (Hydrochlorothiazide) .... take one (1) tablet by mouth daily

**Allergies (verified):**
1) Metronidazole (Metronidazole Caps) (Moderate)
2) Morphine Sulfate Er (Morphine Sulfate Cr-Tabs) (Moderate)
3) * Tide and Cheer (Mild)

**Family History:**
No FH CHD<55 in 1st degree male
Colon polyps in his father

**Social History:**
The patient lives in
He is divorced.

He smokes every day.
He denies alcohol use.

**Risk Factors:**
Weight Management: Patient's BMI is above normal range and they are advised to seek counsel with their PCP regarding weight management.
Smoke Status: Current every day smoker
Tobacco Advice: Patient has been advised to seek counsel with their PCP regarding tobacco cessation.

## Review of Systems:
**General: Complains of unusual weakness**; denies fever, chills, and weight change.
**Neurological: Complains of frequent headaches**; denies dizziness and convulsions.
**Throat and Mouth: Complains of wear dentures**; denies hoarseness, neck swelling, and dental condition.
**Cardiovascular: Complains of racing or fluttering and chest pain**; denies shortness of breath and swelling of the feet or ankles.
**Respiratory:** Denies persistent cough and coughing up blood.
**Gastrointestinal: Complains of heartburn, nausea, diarrhea, black stools, hemorrhoids, abdominal pain or stomach ache, blood in stool, and use of antacids**; denies poor appetite, difficulty swallowing, vomiting, constipation, change in bowel habits, food intolerance, and jaundice; Nausea occurs with his lower abdominal cramping.
**Genitourinary: Complains of sexual difficulty**; denies pain/burning with urination, loss of urine with cough or sneezing, and blood in urine.
**Musculoskeletal:** Denies painful stiff joints and back pain.
**Integumentary:** Denies rash, hives, and itching.
**Psychiatric: Complains of depressed and feel stressed**; denies lack of memory, cry often, worry about health, shy or sensitive, and work or family problems;
All non-GI issues are being referred back to primary care provider for evaluation/management..

## Vital Signs:

| | |
|---|---|
| Patient profile: | 44 year old male |
| Height: | 70 inches (177.80 cm) |
| Weight: | 309 lbs (140.45 kg) |
| BMI: | 44.50 |
| Pulse rhythm: | regular |
| BP sitting: | 120 / 78 (L. arm) |
| Cuff: | large |

Vitals Entered By: Erin Martin NCMA (November 21, 2014 1:19 PM)

Nutrition Counseling: Patient's BMI is greater than 25 and therefore counseled on weight management options.

**Race**: White or caucasian
**Ethnicity**: Not of Hispanic or Latino Origin

**Eugene Gastroenterology Consultants PC**
3355 Riverbend Dr Ste 500 Springfield, OR 97477
(541) 868-9500 Fax: (541) 685-5920



**Michael M Cummins**
Male DOB: 280454-2470001 Ins: PacificS (26) Grp: G0020301

**Language Preference**: English

## Physical Exam:

**General:** Well-developed, well-nourished, in no acute distress.
**Head:** Normocephalic and atraumatic.
**Eyes:** Pupils equal and round; no pallor to the conjunctiva, no scleral icterus.
**Ears:** Ears are well formed, intact conversational hearing.
**Nose:** No deformity, discharge, inflammation or lesions.
**Mouth:** No inflammation, exudate, gingivitis, or mucositis. Mucous membranes are moist.
**Neck:** Supple, no masses, trachea midline
**Chest Wall:** Symmetrical, no deformities.
**Lungs:** Respirations are unlabored without accessory muscle use or intercostal muscle retraction. Clear to auscultation.
**Heart:** Normal rhythm, S1 and S2; no rubs, murmurs or gallops.
**Abdomen:** Soft, non-tender and non-distended without masses, organomegaly, or hernias noted; normal bowel sounds.
**Rectal:** Hemorrhoids noted on rectal exam. No fissures seen.
**Msk:** Symmetrical and no deformity, with normal posture.
**Extremities:** No clubbing, cyanosis, or edema.
**Neurologic:** EOM intact, tongue midline, palate moves well, grossly nonfocal motor exam.
**Skin:** Warm and dry without nodules, petechiae or purpura, no spider telangiectasias or palmar erythema.
**Cervical Nodes:** No significant cervical or supraclavicular adenopathy.
**Psych:** Alert and cooperative;normal mood and affect; normal attention span and concentration.

## Impression & Recommendations:

**Problem # 1:** BLOOD IN STOOL (ICD-578.1)

**Problem # 2:** ANAL OR RECTAL PAIN (ICD-569.42)

**Problem # 3:** CHANGE IN BOWEL HABITS (ICD-787.99) (ICD10-R19.4)

**Problem # 4:** HEMORRHOIDS, INTERNAL, WITH BLEEDING (ICD-455.2) (ICD10-K64.8)

Discussion: The patient will be scheduled for a colonoscopy to further evaluate his symptoms. He will need to continue his hemorrhoidal cream and gentle wiping after bowel movements. If the patient's colonoscopy is unremarkable other than his hemorrhoids, I will likely refer him for a surgical evaluation for hemorrhoidectomy/other options.

A full PARQ discussion was held with the patient. I carefully explained the benefits, alternatives, and risks of the procedure. Risks include cardiopulmonary complications, bleeding, abdominal pain, perforation, and conscious sedation medication side effects. All questions were answered. The patient is knowledgeable and wishes to proceed.

**Eugene Gastroenterology Consultants PC**
3355 Riverbend Dr Ste 500 Springfield, OR 97477
(541) 868-9500 Fax: (541) 685-5920

*November 26, 2014*
Page 4
Office Visit

**Michael M Cummins**
Male DOB: 280454-2470001 Ins: PacificS (26) Grp: G0020301

**Complete Medication List At the Conclusion Of Todays Visit:**
1) Alprazolam Xr 1 Mg Xr24h-tab (Alprazolam) .... Take one (1) tablet by mouth three times daily
2) Lisinopril 40 Mg Tabs (Lisinopril) .... Take one (1) tablet by mouth daily
3) Propranolol Hcl 40 Mg Tabs (Propranolol hcl) .... Take one (1) tablet by mouth daily
4) Hydrochlorothiazide 25 Mg Tabs (Hydrochlorothiazide) .... Take one (1) tablet by mouth daily
5) Trilyte 420 Gm Solr (Peg 3350-kcl-na bicarb-nacl) .... One 4 liter container by mouth as directed w/in 24/48 hours of procedure

## Patient Instructions:
1) You will be scheduled for a colonoscopy to further evaluate complaints.
2) You will likely be referred to a surgeon for further evaluation of hemorrhoids in the future (after colonoscopy).
3) Continue hemorrhoidal cream and gentle cleansing after bowel movements with wet wipes if necessary.
4) Further recommendations will follow colonoscopy findings.
5) Medications reviewed and reconciled.

] cc: David A Knowlton MD

**Electronically Signed by Shane J Mills MD on 11/25/2014 at 5:58 PM**

**Summit Surgical Specialist**
**360 S. Garden Way**
**Suite 290**
**Eugene, OR 97401**
**(541) 345-2205**

**MICHAEL CUMMINS** MRN: **35353**
DOB:

(H) DOS:**11/20/2013**

**Chief Complaint**
The patient presents to the office today Consult/ gallbladder.

**History of Present Illness**
SUBJECTIVE: I was asked to see this patient by Alex Morley. His primary care is David Knowlton. Michael Cummins is a morbidly obese 43-year-old smoker who has had intermittent abdominal pain. It occurs in the epigastrium, chest and bilateral upper quadrants with radiation to the back and flank. Last Thursday he developed epigastric pain that lasted until Monday. He visited urgent care and had a workup at that time. The pain has been better since. Episodes are intermittent, and worsened by fatty foods or large meals. Episodes start within 20 minutes. They last several hours with some low-grade constant discomfort between. Usually episodes occur in the evening as he gets up for work. No fevers, chills or biliary obstructive symptoms. He tried TUMS without benefit. Staying on a low-fat diet has helped. He also notes pain with twisting towards the right over the last year. He thinks this is a different pain.

REVIEW OF SYSTEMS:
A 14 section review of systems was completed by the patient. He notes chest pain with these episodes, wheezing, dyspnea, food intolerance, reflux, hemorrhoids, loose stools, anxiety, fatigue, social problems, stress, headaches and allergies. Other systems are negative.
PAST MEDICAL HISTORY:
Hypertension, anxiety, migraines, hayfever, kidney stones.
PAST SURGICAL HISTORY:
Pilonidal cyst excision, 2005.
MEDICATIONS:
Propranolol, lisinopril, alprazolam.
SOCIAL HISTORY:
The patient is married and works as a burner at a steel mill. He smokes a pack a day for 31 years. He denies illicit drug use. No alcohol.
FAMILY HISTORY:
A maternal uncle had pancreatic cancer. Diabetes, hypertension, migraines.

PHYSICAL EXAM: The patient is in no acute distress and appears his stated age.
Vital signs: As listed.
Oropharynx: Benign; moist mucous membranes.
Neck: Supple; no lymphadenopathy.
Back: Spinous processes nontender; no costovertebral angle tenderness.
Lungs: Clear to auscultation bilaterally; respiratory effort normal.
Heart: Regular rate and rhythm; no murmurs rubs or gallops.
Abdomen: Soft, obese, positive bowel sounds; no hepatosplenomegaly.he is tender in focal areas along his rib cage. The most prominent is the left subcostal region, also the infero-lateral right subcostal region. Mild discomfort near the gallbladder.
Extremities: Warm, well-perfused; distal strength is good x4.

Imaging: Ultrasound (MWMC 11/11/2013) demonstrates multiple gallstones, no gallbladder wall thickening, pericholecystic fluid, or sonographic Murphy's sign. No biliary dilitation. Diffuse fatty infiltration of the liver and mild hepatomegaly.

Laboratory: (Thurston urgent care 11/11/2013) WBC 13.5, otherwise CBC, LFTs and lipase within normal limits.

ASSESSMENT & PLAN: This is a morbidly obese 43-year-old smoker with abdominal pain and gallstones. I

**CUMMINS, MICHAEL M.** MRN: **35353**
DOB: DOS:**11/20/2013**

believe this is likely related to his gallbladder, however he has some musculoskeletal components. Given his presentation, I would have expected more abnormalities on his ultrasound. We discussed the pathophysiology and potential complications of gallstone disease. I offered laparoscopic cholecystectomy. We reviewed the risks, benefits, and alternatives to the procedure. The patient preferred to nail down the diagnosis if possible. He will undergo a trial of low fat diet with documented cheating. We gave a prescription for Bentyl. A trial of proton pump inhibition may also be considered. The patient will return to clinic in 2 weeks. If the patient wishes, we can schedule an operation earlier. We also discussed weight loss and I spent 5 minutes counseling on tobacco cessation.

**Social History**

- Current Smoker 305.1

**Current Meds**

- ALPRAZolam 1 MG Oral Tablet; Take 1 tablet twice daily; Therapy: (Recorded:20Nov2013) to
- Lisinopril 20 MG Oral Tablet; TAKE 1 TABLET DAILY; Therapy: (Recorded:20Nov2013) to
- Propranolol HCl - 40 MG Oral Tablet; Take 1 tablet twice daily; Therapy: (Recorded:20Nov2013) to
- Propranolol HCl - 60 MG Oral Tablet; Therapy: (Recorded:19Nov2013) to

**Allergies**

- MetroNIDAZOLE TABS
- Morphine Derivatives

**Vitals**

| | 20Nov2013 03:07PM | 20Nov2013 02:06PM |
|---|---|---|
| Temperature | | 97.8 F |
| Heart Rate | | 72 |
| Respiration | | 16 |
| Systolic | 162, LUE, Sitting | 140 |
| Diastolic | 102, LUE, Sitting | 98 |
| BMI Calculated | | 45.77 |
| BSA Calculated | | 2.55 |
| Height | | 5 ft 10 in |
| Weight | | 319 lb |
| O2 Saturation | | 96 |

**Assessment**

- History of Abdominal Pain 789.00

**Plan**

**PMH: Abdominal Pain (789.00)**

- Dicyclomine HCl - 20 MG Oral Tablet; TAKE 1 TABLET EVERY 6 HOURS AS NEEDED; Therapy: 20Nov2013 to (Evaluate:25Nov2013) Requested for: 20Nov2013; Last Rx:20Nov2013; Status: ACTIVE - Retrospective Authorization; Edited
- Follow-up visit in 2 weeks Evaluation and Treatment Follow-up Requested for: 21Nov2013

**Signatures**

Electronically signed by : Thomas Stites, M.D.; Nov 21 2013 5:52PM PST (Author)

OREGON PODIATRY CLINIC

PHILIP McKINNEY, D.P.M.

2201 Willamette Street
Suite D
Eugene, Oregon 97405
(541) 344-7158

RECEIVED
MAY 16 2013
BY:

May 10, 2013

David Knowlton, MD
1755 Coburg Road
Eugene, Oregon 97401

**RE: Michael Cummins**

Dear Dr. Knowlton,

Thank you for the referral of Mr. Cummins to my office. He presented on the 9th with regards to pain in his right leg and foot of several months duration. He related no history of trauma or of a change in activity that would have brought the problem on. He points to the medial aspect of the right leg as the site of pain with radiations to the arch and behind the knee. He relates that the pain is very noticeable in the morning and will get worse as the day progresses.

Physical examination demonstrated tenderness along the medial aspect of the tibia from the proximal midshaft, extending distally into the arch. This area of pain follows closely with the course of the posterior tibial tendon. He also demonstrates pain with attempts to perform a single limb heel lift on the right side.

X-rays demonstrate spurring to the plantar distal aspect of the heel. Most noticeably there is an elevation of the 1st ray with regards to the rearfoot.

My office will be checking on obtaining an MRI to determine if he has a partial tear of the posterior tibial tendon.

Thank you for the opportunity to help.

Sincerely,

Philip McKinney, DPM

RECEIVED
MAY 16 2013
BY:

**Michael Cummins (PRN: MC201674): Signed SOAP Note for 05/09/2013**
Age on DOS: 43 yrs, DOB: /

**Philip McKinney, DPM**
2201 Willamette St. Suite D Eugene, OR 97405
541 344-7158

seen by: Philip McKinney, DPM
seen on: Thursday 09 May 2013

signed by: Philip McKinney, DPM
signed on: Friday 10 May 2013 5:41 PM

VS

| Height: | Weight: | BMI: | Blood Pressure: | Pulse: | Resp Rate: |
|---|---|---|---|---|---|
| 72.0 in | 315.0 lb | 42.7 | 189 / 96 mmHg | 77 bpm | 20 rpm |

CC Patient with complaint of painful right leg and foot of several month duration.

S Relates no history of trauma or change in activity. Works in steel fabrication. States had boots resoled last month, did not seem to help much. Points to medial aspect of the right leg extending distally to the arch. States very painfu in AM. Pain will get worse towards end of the day.

O DERMATOLOGICAL. Temperature of the skin is normal. Turgor of the skin is normal. There is hair growth to the foot bilateral. There is a hyperkeratotic lesion to the plantar medial aspect of the HIPJ. Nails are thickened and yellowed bilateral.

VASCULAR:. Dorsalis pedis and posterior tibial pulses and intact and symmetrical. SPVFT is < 3 seconds to the digits bilateral. No varicosities are noted. No erythema is noted. No edema is noted.

NEUROLOGICAL:. S/D sensations are intact and symmetrical. 5.07 Weinstein filament test and vibratory are intact and symmetrical bilateral. Proprioception of the 1st MPJ is noted to be intact and symmetrical. No Moulder's Sign is noted. No paresthesias are noted.

MUSCULOSKELETAL:. Ankle dorsiflexion is noted to be < 7°. Pain is noted to the lower medial leg with inversion of the foot against resistance. Tenderness is noted to the medial aspect of the right ankle from posterior of the medial malleolus to the plantar medial aspect of the navicular. Tenderness is noted along the medial aspect of the right tibia from the middle aspect extending distally. Pain is noted along the course of the posterior tibial tendon with active inversion of the foot against resistance. Pain is noted with attempts to preform single limb heel raise. Tenderness is noted to the plantar medial and plantar distal aspect of the right heel.

GAIT:. Base and angle of gait is within normal perameters. The rearfoot is perpendicular right and left foot. There is a late midstance pronation right and left foot. There is an early heel off noted right and left foot. There i an abductory twist noted on the right and left foot.

X-RAY:. There is a spur to the plantar distal aspect of the right calcaneus. The 1st ray is in a dorsiflexed position.

A Posterior Tibial Tenosynovitis. Plantar fasciitis/Abductor hallucis myofascitis. Of the right leg and foot.

DIAGNOSES:
- Tibialis tendinitis [726.72]
- Plantar fascial fibromatosis [728.71]
- Tenosynovitis of foot and ankle [727.06]
- Pain in limb [729.5]

P I have instructed the patient as to the nature of the problem and treatment options. We discussed shoe modifications to be made. My office will be attempting to get an authorization for an MRI to evaluate for a possible posterior tibial tendon tear.

Urgent Care
35859 Hwy 58
Pleasant Hill, OR 97455-9651
541-988-7300

eugene/thurston URGENT CARE



Patient: MICHAEL CUMMINS, Sex: M (ID# 61038)
Date of Birth: (45 years)
Visit on 09/29/2015 (Log# 2610194)

**History of Present Illness:**
The patient presents with a chief complaint of constant **abdominal pain** of the **abdomen** since approximately Sun, Sep 27, 2015 during the morning. The patient describes the severity as 5/10, with 10 being the worst imaginable. Context: The patient reports it was not the result of an injury, which had a gradual onset. Patient c/o "severe" left sided abdominal pain and bloating. Associated with nausea and 2 episodes of vomiting, no blood. He denies changes in stool, last BM was this morning and was normal, no blood. He had a colonoscopy earlier this year, had 2 polyps removed, came back benign. He was not told of any other abnormalities with colonoscopy. He is also having trouble with SOB due to his bloating and he is also wheezing from difficulty with his allergies. Coughing clear mucus. He c/o of CP after coughing. He has not felt feverish, but has had diaphoresis off and on. Hx of HTN taking lisinopril 40mg once daily and HCTZ 25mg once daily. He is also obese and a current smoker. He denies DM. Family hx of father with DM and HTN. His main concern today is his abdominal pain. He states that he does not like going to the doctor and will not go to the ED. The patient also reports nausea and vomiting as abnormal symptoms related to the complaint.

**Review of Systems:**
The patient **complains** of the following recent symptoms:

- Constitutional:
  - chills
  - fatigue
  - sweats
- Cardiovascular:
  - chest pain/pressure
  - fluttering/palpitations
- Neurological:
  - headache
  - poor balance/coordination
  - weakness
- Eyes:
  - blurred vision
  - double vision
- ENT:
  - nasal discharge
  - sneezing
  - sore throat
- Respiratory:
  - congestion
  - cough

- shortness of breath
- wheeze
- GI:
  - **abdominal pain**: See HPI
  - nausea
  - vomiting

The patient **denies** the following recent symptoms:

- Constitutional: denies change in appetite, fever, weight loss
- Cardiovascular: denies fainting
- Neurological: denies light headedness, loss of consciousness, tingling
- Psychiatric: denies anxiety/nerves, depression
- Lymph: denies frequent infections, lymph nodes
- Eyes: denies contact lens usage, eye discharge, eye pain, eyeglass usage
- ENT: denies dizziness, ear pain, nasal congestion
- GI: denies diarrhea, rectal/perirectal complaints, urinary/bowel changes
- GU: denies frequent urination, painful urination
- Muscular: denies joint pain, muscle pain, swelling
- Skin: denies bruising, rash

**Allergies:**

- **Metronidazole**
- **Morphine**
- **Tide Laundry Soap**

**Current Medications:**

- **alprazolam**: dosage known, patient taking dosage of 1 mg
- **propranolol**: dosage known, patient taking dosage of 40 mg
- **lisinopril**: dosage known, patient taking dosage of 40 mg
- **Cialis**
- **hydrochlorothiazide**: dosage known, patient taking dosage of 25 mg

**Medical History:**

- Calculus Gallbladder wo Cystitis (status Active)
- Bronchitis, acute-Acute Bronchitis (status Active)
- Influenza with Pneumonia (status Active)
- Diarrhea (status Active)
- Abdominal Pain, generalized-Abdominal Pain Generalized (status Active)

**Surgeries:** patient specifies No surgeries

**Social History:**

Urgent Care
35859 Hwy 58
Pleasant Hill, OR 97455-9651
541-988-7300





- **Tobacco Use**: current every day smoker, 1 pack per day 30 pack years
- **Living Arrangements/ Marital Status**: Current marital status: Married. Living with spouse.
- Alcohol: denies

**Family History:**

- **Father**: High blood pressure, Diabetes

**Preventive Measures:**

- **DTaP**: DTaP immunization not current
- **Influenza**: influenza immunization, not current
- **Pneumococcus**: pneumococcal immunization, not current

**Vitals:**
Vital signs obtained 09/29/2015 10:08 AM
Temperature: 98.1 °F (Tympanic [R]), Pulse: 88 BPM, **BP: 146/80**, Respirations: 20/min, O2 saturation: 97%, Weight: 305 LBS, Height/Length: 5' 10", **BMI: 43.8**
First entered 09/29/2015 10:08 by Gumba, Tina

**Physical Exam:**
The following exam elements were documented to be **abnormal**:

- **General:** abnormality noted,
  patient appears ill, anxious, obese
- **GI:** abnormality noted,
  tender to light palpation over epigastric region, left upper quadrant, left lower quadrant, tender to deep palpation over epigastric region, left upper quadrant, left lower quadrant, guarding over left upper quadrant, left lower quadrant, rebound tenderness over left lower quadrant, rigidity no mass appreciated
- **GI:** abnormality noted,
  loud, hyperactive
- **Respiratory:** abnormality noted,
  Lung sounds: symmetrical, volume of breath sounds abnormal, decreased volume of breath sounds, diffusely, no rales, no rhonchi, wheeze noted, moderate wheeze, diffusely, Breath sounds are much improved with Duoneb tx. Increased aeration and CTA post tx.

The following exam elements were documented to be **normal**:

- Cardiovascular: S1, S2, regular rate and rhythm, no murmur, rub or gallop
- Cardiovascular: no lower extremity edema
- ENT: good dentition; oral mucosa without swelling, erythema, lesion, or exudate
- Eyes: conjunctivae non-icteric and not injected bilaterally
- GU: no CVA Tenderness
- Lymph: no cervical or inguinal lymphadenopathy
- Muscular: normal gait and posture
- Psychiatric: alert and oriented to person, place and time
- Respiratory: no increased work of breathing

Urgent Care
35859 Hwy 58
Pleasant Hill, OR 97455-9651
541-988-7300

eugene/thurston URGENT CARE



- Skin: skin normal in temperature, dry and nontender on palpation

**Procedures and Supplies:**

- Electrocardiogram - 12 Lead
  78 beats per minute, regular rate, sinus rhythm
  Code(s): 93000
  Ordered 09/29/2015 10:33 by Minton, Anna
  Completed 09/29/2015 10:24 by Steckley, Donna
  Reviewed 09/29/2015 10:33 by Minton, Anna
- Administer Nebulizer Treatment
  Therapeutic nebulizer therapy (treatment of airway obstruction)
  Pulse 78/min, Respirations 18/min, O2 Saturation 97%.
  Nebulizer session 1: Medication: Albuterol and Ipratropium bromide, Medication: Ipratropium bromide, unit dose.
  Pulse 80/min, Respirations 16/min, O2 Saturation 99%, patient tolerated procedure well, patient left room ambulating without difficulty, Improved aeration and CTA post neb
  Code(s): 94640
  Ordered 09/29/2015 11:41 by Minton, Anna
  Completed 09/29/2015 11:26 by Steckley, Donna

**Labs:**

- PANEL - CMP
  Code(s): 80053
  Results
  - The results have not been recorded yet.

  Ordered 09/29/2015 11:04 by Minton, Anna
  Completed 09/29/2015 10:54 by Gumba, Tina
  **NOT REVIEWED (PENDING LAB RESULTS)**
  Code(s) suppressed 09/29/2015 10:54 by Gumba, Tina
- Lipase
  Code(s): 83690
  Results
  - The results have not been recorded yet.

  Ordered 09/29/2015 11:04 by Minton, Anna
  Completed 09/29/2015 10:54 by Gumba, Tina
  **NOT REVIEWED (PENDING LAB RESULTS)**
  Code(s) suppressed 09/29/2015 10:54 by Gumba, Tina
- Amylase
  Code(s): 82150
  Results
  - The results have not been recorded yet.

  Ordered 09/29/2015 11:04 by Minton, Anna
  Completed 09/29/2015 10:54 by Gumba, Tina
  **NOT REVIEWED (PENDING LAB RESULTS)**
  Code(s) suppressed 09/29/2015 10:54 by Gumba, Tina
- CBC with Diff
  Code(s): 85025
  Results
  - The results have not been recorded yet.

Urgent Care
35859 Hwy 58
Pleasant Hill, OR 97455-9651
541-988-7300

eugene / thurston URGENT CARE



Ordered 09/29/2015 11:04 by Minton, Anna
Completed 09/29/2015 10:54 by Gumba, Tina
NOT REVIEWED (PENDING LAB RESULTS)
Code(s) suppressed 09/29/2015 10:54 by Gumba, Tina

- Blood Draw - venous, successful

  Code(s): 36415

  **Results**

  - Number of attempts at drawing blood: 1 (Normal)
  - Site of blood draw: right AC (Normal)

  Ordered 09/29/2015 11:04 by Minton, Anna
  Completed 09/29/2015 10:54 by Gumba, Tina
  Reviewed 09/29/2015 11:04 by Minton, Anna

- UA Dipstick Visual w/o Micro

  Code(s): 81002

  **Results**

  - Bilirubin in urine, qualitative: Negative (Normal)
  - Blood in urine by test strip with visual read, quantitative: Negative (Normal)
  - Glucose in urine, qualitative: Negative (Normal)
  - Ketone bodies in urine, qualitative: Negative (Normal)
  - Leukocyte esterase in urine by test strip with visual read, quantitative: Negative (Normal)
  - Nitrite in urine by test strip with visual read, quantitative: Negative (Normal)
  - pH of urine by test strip with visual read, quantitative: 5 (Normal)
  - Protein in urine, qualitative: Negative (Normal)
  - Specific gravity of urine by test strip with visual read, quantitative: 1.015 (Normal)
  - Urobilinogen in urine, qualitative: Negative (Normal)

  Ordered 09/29/2015 11:22 by Minton, Anna
  Completed 09/29/2015 11:21 by Gumba, Tina
  Reviewed 09/29/2015 11:22 by Minton, Anna

## Progress Log

| Last Edited By | Log Time | |
|---|---|---|
| MJACKSON | 9/29/2015 11:31:37 AM | Per Anna the pt is needing to get in for a Ct abd/ pel to r/o diverticulitis. I contacted the pt insurance and got a PA number of 81107164. I than contacted OIC and got the pt scheduled today at 1:00 pm. The pt was notified of time and location. The pt also understand he can not eat until after the test is done. The pt was instructed to wait on the sight until we get back to him with the results. MJackson,NCMA. |

## Diagnoses:

- Left lower quadrant pain(789.04) - No Workup
- Shortness of breath(786.05) - No Workup
- Wheezing(786.07) - No Workup
- Other chest pain(786.59) - No Workup

## Medication Orders:

- Prescribed: albuterol 90mcg/actuation 2 puff(s) inhale Every 4 Hours as needed #1 Refills(1), prn cough, wheeze, SOB.

  Prescribed at 11:06 AM on 09/29/2015
  Prescription printed

## Exit Care Documents:

- Diverticulitis

Urgent Care
35859 Hwy 58
Pleasant Hill, OR 97455-9651
541-988-7300

eugene/thurston URGENT CARE

CUMMINS, MICHAEL (09/29/2015) **Transcription (page 6 of 6)**

## Plan:

- Please return to the clinic in 3 days if not better. Call or return to this clinic sooner if your condition worsens or if you have any concerns.
- Off work, and may return to work on 10/1/2015 without restrictions. Notes: Only if he is feeling better.
- EKG shows NSR, rate of 78. Breath sounds are much improved after Duoneb treatment and he will continue with albuterol MDI at home. Urine dip is unremarkable. CBC, CMP, lipase and amylase sent to lab. He will have an abdominal CT scan today to r/o diverticulitis and I will call him with results, start appropriate treatment based on results. He is allergic to Flagyl. Will call in rx for Augmentin 875mg/125mg BID X 7 days, #14 if CT is positive for diverticulitis. He understands and agrees with plan.

Patient was discharged by Anna Minton, PA on 9/29/2015 11:45:51 AM
Signed off electronically by Anna Minton, PA on 9/29/2015 11:45:51 AM

## Chart Addendums

| Addendum Last Updated By | Last Updated On | |
|---|---|---|
| KSTONE | 9/29/2015 3:15:53 PM | Received a phone call from Radiologist. CT shows mild sigmoid diverticula, no evidence of infection or peritonitis. Called patient with results.He noted a decrease in his pain. Advised to rest, increase fluids and bland diet. RTC if symptoms worsen. KMS |
| SMOLNAR | 9/30/2015 1:29:28 PM | Per request by provider Anna Minton, PA pt called and message left to see how he is doing today. S. Molnar EMT-P |
| SMOLNAR | 9/30/2015 1:36:33 PM | Pt called back and ID verified. Pt states his stomach feels better today than it has in a long time, however his throat is bothering him. Pt advised that if he is not improving in the next 48-72 hours to come back to the clinic for a recheck or follow up with his PCP. Pt thanked us for the call and no additional questions asked. S. Molnar EMT-P |

Oct. 22. 2015 9:25AM No. 1580 P. 8/14

Name: CUMMINS, MICHAEL M
Acct: 61036
Birthdate:
Age: 45 yrs. 2 mo
Visit Date: 9/29/2015 9:49 AM

Patient Name/DOB/Sticker:

# In-Clinic Test Strip Lab Results

*When sent to outside Lab for additional tests, Patient will incur additional charges from the Lab company.

| Patient consent to test: | Patient consent to test: | Patient consent to test: | Patient consent to test: |
|---|---|---|---|
| **Mono** | **Flu** | **Strep** | **Hemoccult** |
| Positive | Positive | Positive | Positive |
| Negative | Negative | Negative | Negative |

| Patient consent to test: X [signature] | Patient consent to test: | Patient consent to test: | Patient consent to test: |
|---|---|---|---|
| **UA Chem-Strip** | **Urine hCG** | **Urine Micro** | **Wet Mount** |
| S.G. 1.015 | Positive | WBC ______ Per HPF | Trich ______ |
| PH 5 | Negative | RBC ______ Per HPF | Yeast ______ |
| Leukocytes — | | Bacteria ______ | Clue Cells ______ |
| Nitrite — | | Casts ______ | Other ______ |
| Protein — | Patient consent to test: | Other ______ | |
| Glucose — | **Chem-BG** | | Send for Culture: ____ |
| Ketones — | | | Date/Time/Staff |
| Urobilinogen — | | | X ______ |
| Bilirubin — | | | |
| Blood — | | | |

**Oregon Medical Group**
**Orthopedics**
600 Country Club Road Eugene, OR 97401
(541) 242-4812 Fax: (541) 242-4813

*October 9, 2017*
Page 1
Observation Imaging

**Michael Cummins**
Male DOB: 491698

Home:
Ins: DMAP*

**10/05/2017 - Observation Imaging: OBSERVATION-XR Knee Right 4 View or more**
**Provider: Robb N Larsen MD**
**Location of Care: All**

```
Patient: Michael  Cummins
ID: RAPCResultObs 491698
Note: All result statuses are Final unless otherwise noted.

Tests: (1) OBSERVATION-XR Knee Right 4 View or more (XRKNEERT4)
 XR Knee Right 4 View or more
                            Done
    CUMMINS, MICHAEL
    DOB:             Age: 47      Org: OMG_CCR_IMG
    MRN: 446670        Facility MRN: 491698        Gender: M
    Ordering Provider: ROBB LARSEN MD                    Class: Outpatient
    Date of Service: 10/05/2017 02:45 PM  Accession #: 4031677
    Outside Order Number: 3378506-3 cc:   DAVID KNOWLTON MD
    XR KNEE RIGHT 4 VIEW OR MORE
    IMPRESSION:
    1. Stable minimal degenerative changes in the medial femorotibial joint
space compartment.
    2. Unchanged, otherwise unremarkable radiographic evaluation of the right
knee.
    CLINICAL INDICATIONS:Evaluate right knee pain.
    COMPARISON: 9/8/2016.
    TECHNIQUE:Right knee, 4 views.
    FINDINGS:
    SOFT TISSUES: No new focal soft tissue swelling, radiopaque foreign bodies
or abnormal periarticular calcifications are visualized. Again noted are
benign appearing dermal calcifications along the anterior aspect of the
proximal tibia.
    BONES:Normal. The bony structures are intact with no fractures identified.
    KNEE JOINT:The knee joint is normally aligned without advanced
degenerative or erosive changes. There is no radiographic evidence for a knee
joint effusion. There are minimal degenerative hypertrophic changes in the
medial femorotibial joint space compartment which are very likely present
previously.
    INTERPRETED BY: Michael Milstein, M.D., on 10/6/2017 10:23 AM PDT
    DICTATION LOCATION: 600 Country Club Road -  Eugene, OR 97401
    End of Diagnostic report for accession: 4031677
    Interpreted/Electronically Signed By: Michael Milstein, MD on 10/06/2017
10:23 AM

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 10/06/2017 10:28 AM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 10/05/2017 14:45
Requested date-time: 10/05/2017 14:45:00
Receipt date-time: 10/05/2017 14:45
Reported date-time: 10/06/2017 10:23:13
Referring Physician:
```

**Oregon Medical Group**
**Orthopedics**
600 Country Club Road Eugene, OR 97401
(541) 242-4812 Fax: (541) 242-4813

*October 9, 2017*
Page 2
Observation Imaging

**Michael Cummins**
Male DOB: 491698

Home:
Ins: DMAP*

```
Ordering Physician: ROBB LARSEN (rlarsen)
Specimen Source:
Source: RAPCResultObs
Filler Order Number: 4031677
Lab site: 4031677
```

**Filed automatically (without signature) on 10/06/2017 at 10:28 AM**

---

**Oregon Medical Group**
**Orthopedics**
600 Country Club Road Eugene, OR 97401
(541) 242-4812 Fax: (541) 242-4813

*October 9, 2017*
Page 1
Office Visit

**Michael Cummins**
Male DOB: 491698

Home:
Ins: DMAP*

**10/05/2017 - Office Visit: NP Rt knee pain, 2nd opinion**
**Provider: Robb N Larsen MD**
**Location of Care: Orthopedics**

**Visit Type:** Initial Consult

**CC:** right knee pain, 2nd opinion

**History of Present Illness:**
Mr. Michael Cummins is a 47-year-old male who presents complaining of right knee pain. He localizes the pain to the medial aspect. He reportedly had a work related injury in September 2016. He was diagnosed with degenerative change as well as a meniscus tear. His claim was denied by workers comp. In November 2016 he underwent arthroscopy by Dr. Tuman. He states that the 2 of them did not get along. He has continued to have pain. He has tried to go back to work. He has had 2 jobs but lasted no more than 3 days at either job due to pain and swelling. His knee pops and grinds. It feels weak. It swells. He has had physical therapy, but does not think it helped. He uses ibuprofen. He does have pain at night. His pain ranges from a 2 to a 10. His pain gets worse with any activity. He improved to some extent with rest.

**Current Medications (verified):**
1) Ibuprofen Tablet (Ibuprofen Tabs)
2) Lisinopril 40 Mg Oral Tablet (Lisinopril)
3) Hydrochlorothiazide 25 Mg Oral Tablet (Hydrochlorothiazide)
4) Propranolol Hcl 40 Mg Oral Tablet (Propranolol Hcl)
5) Alprazolam 1 Mg Oral Tablet (Alprazolam)

**Allergies (verified):**
1) Morphine (Morphine Sulfate) (Critical)

**Past Medical History:**
Depression; High Blood Pressure.

**Past Surgical History:**
Rt knee scope 11/2016, medial meniscectomy (degenerative change) Dr. Tuman.

**Family History:**
No family history of osteoporosis: mother, father.

**Social History:**
Marital Status: Patient is single; Right Handed; Smokes a pack a day; Unemployed; No alcohol; Alcohol drinks/day: 0.

**Oregon Medical Group**
**Orthopedics**
600 Country Club Road Eugene, OR 97401
(541) 242-4812 Fax: (541) 242-4813



**Michael Cummins** Home:
Male DOB: 491698 Ins: DMAP*

**Risk Factors:**
Smoking Status: current every day smoker; Smoking Cessation Counseling: yes; Packs/Day: .25.

## Review of Systems:
**General: Complains of weight loss, weight gain, chills, and unusual fatigue**; denies fevers.
**HEENT: Complains of headaches, blurred vision, and dental problems**; denies nose bleeds and sinusitis.
**CV: Complains of chest pain**; denies chest heaviness and palpitations or irregular heartbeats.
**Resp: Complains of cough and shortness of breath**; denies pain with breathing and productive cough.
**GI: Complains of stomach pain with NSAIDS, diarrhea, constipation, and abdominal pain.**
**MS: Complains of joint pain, joint swelling, and muscle pain/weakness.**
**Skin: Complains of rash and sores**; denies changes in hair or nails and difficulty healing wounds.
**Neuro: Complains of numbness, tingling, and loss of balance/dizziness**; denies seizures.
The review of systems is negative for GU and Heme.

## Vital Signs:

| | |
|---|---|
| Patient profile: | 47 year old male |
| Height: | 70 inches (177.80 cm) |
| Weight: | 301.6 lbs (137.09 kg) |
| BMI: | 43.43 |
| Pulse rate: | 84 per minute |
| BP sitting: | 132 / 84 (L. arm) |
| Cuff: | large |

Vitals Entered By: Drew Urmson CMA (AAMA) (October 5, 2017 2:27 PM)

Nutrition Counseling: Patients BMI is > 25; Weight Management Counseling has been provided.

## Physical Exam:
**Additional Exam:** Vital signs reviewed. BMI is 43

In general, he is a morbidly obese male in no apparent distress. Mood and affect are appropriate. Insight and judgment are sound.

Sclera anicteric.

Breathing is quiet and unlabored.

His gait is antalgic.

Examination of the right knee reveals:
Skin - intact
Atrophy - none
Alignment - normal
Effusion - mild
Range of motion - 5-130°

**Oregon Medical Group**
**Orthopedics**
600 Country Club Road Eugene, OR 97401
(541) 242-4812 Fax: (541) 242-4813



**Michael Cummins** Home:
Male DOB: 491698 Ins: DMAP*

Varus/valgus stability - subtle pseudo-laxity to valgus stress
Lachman exam - normal
Posterior drawer - negative
Tenderness - medial joint line
McMurray exam - pain without crepitation

Right lower extremity neurovascular exam shows:
Sensation - normal
Motor strength - normal
Pedal pulses - palpable
Edema - none

## Impression & Recommendations:

**Problem # 1:** Primary localized osteoarthritis of right knee (ICD-715.16) (ICD10-M17.11)
X-rays of the right knee were obtained and reviewed. Mild to moderate degenerative change is noted mainly in the medial compartment.

Arthroscopic photos from November 2016 were reviewed. He had a radial tear involving the posterior horn of the medial meniscus that likely extended to the meniscal capsular junction. Early chondral abnormality was noted in the medial compartment.

right knee pain secondary to primary localized osteoarthritis. He does use anti-inflammatories. He has had physical therapy. I recommended weight loss. We discussed doing a steroid injection. The risks were reviewed and he elected to proceed.

Under sterile conditions, 5 cc of synovial fluid was aspirated from the right knee before injecting 8 cc of 1% plain lidocaine, 1 cc of Celestone, and 1 cc of Depo-Medrol. The knee pain was completely relieved. The patient was cautioned about a steroid flare and the possibility of facial flushing.

Return to clinic as needed.

**Other Orders:**
XR KNEE RIGHT 4 VIEW OR MORE, 20610 Inj Asp Large Joint, Celestone Soluspan 6mg, Depo Medrol inj 40mg
Discuss weight management further at next Primary Care Visit.

## Patient Instructions:

1) Clinical Visit Summary provided. Patient to call if any questions.

**Oregon Medical Group**
**Orthopedics**
600 Country Club Road Eugene, OR 97401
(541) 242-4812 Fax: (541) 242-4813



**Michael Cummins**
Male DOB: 491698 Home:
Ins: DMAP*

**Injection #1**
**Injection Site:** Knee
**Location** Right
**Administered by** Robb N Larsen MD
**Date Given** October 5, 2017
**Time** 3:18 PM
**Documented by** Drew Urmson CMA (AAMA) (October 5, 2017 3:18 PM)
**Route:** Intraarticular

**Medication 1:** Betamethasone (Celestone) 6mg
**Dose:** 1ml
**Mfr:** American Regent
**Lot#** 704100
**Expiration Date:** 2/19

**Medication 2:** Methylprednisolone Acetate (Depo-Medrol) 40mg
**Dose:** 1ml
**Mfr:** Pfizer
**Lot#** S69608
**Expiration Date:** 1/20

**Medication 3:** Lidocaine 1%
**Dose:** 8ml
**Mfr:** Hospira
**Lot#** 73032DK
**Expiration Date:** 1/19

**Injection Site:** knee

**Oregon Medical Group**
**Orthopedics**
600 Country Club Road Eugene, OR 97401
(541) 242-4812 Fax: (541) 242-4813



**Michael Cummins**
Male DOB: 491698

Home:
Ins: DMAP*

**Location** Right
**Administered by** Robb N Larsen MD
**Date Given** October 5, 2017
**Time** 3:19 PM
**Documented by** Drew Urmson CMA (AAMA) (October 5, 2017 3:19 PM)

**Medication 1:** Lidocaine 1%
**Dose** 3 cc
**Route:** Subcutaneous
**Mfr:** Hospira
**Lot#** 73032DK
**Expiration Date:** 1/19

**Electronically signed by Robb N Larsen MD on 10/05/2017 at 3:33 PM**

---

**CASCADE HEALTH SOLUTIONS**
**2650 Suzanne Way, Suite 200**
**Eugene, OR 97408**
**Ph. (541) 228-3177**
**Fx. (541) 228-3187**

**WORKERS ACTION PROGRAM**
**TWO-HOUR PHYSICAL CAPACITY EVALUATION**

**WORKER'S NAME**: Cummins, Michael
**DOI**: N.A.
**DIAGNOSIS**: CCO Right Knee, Chest Pain, Neck and arm pain/weakness, torn ligaments right ankle
**DOB**:
**ATTENDING PROVIDER**: Lisa Kovacevic FNP
**INSURANCE**: OR Division Of Voc. Rehab
**CLAIM#**: AFP #6497186
**EVALUATOR**: John R. Lowry PT OR License #05818
**DATE OF EVALUATION**: 8.17.2017

**RECOMMENDATIONS**:
1. Limit loads and forces to HEAVY physical demand performance level, LIFTING 110 pounds and CARRYING 100 pounds at occasional frequency.
2. In addition to the above limit push/pull to 60 pounds of force, bending at the right knee kneeling on the left, climbing ladders and stairs to the occasional frequency. Limit stirs to the infrequent rate of performance.
3. Avoid kneeling on the right knee, full squatting, climbing vertical ladders and crawling.
4. Continue home program of stretching and strengthening exercises as prescribed by therapist.

I. **SUMMARY**: **Michael Cummings (MC)** completed a 2-hour (level 2) Physical Capacity Evaluation on 8.16.2017. He presented as cooperative for this test. He is unaccompanied. Capacities as demonstrated during this evaluation indicate that he is performing at the HEAVY physical demand performance level. Maximum signs of safe effort were consistently observed; material handling tasks were stopped due to client approximating unsafe compensatory movement strategies. MC was observed to bilaterally lift 110 pounds from floor to waist(36 inches), 45 pounds from waist to shoulder (64 inches), and 35 pounds from waist to overhead (84 inches), all at occasional frequency. He bilaterally carried 100 pounds for 50 feet at occasional frequency. Unilaterally, he lifted 20 pounds from waist to shoulder, at occasional frequency with the right dominant extremity and 25 pounds from waist to shoulder, at occasional frequency with the left extremity. MC carried 60 pounds on the right extremity and 60 pounds on the left extremity, unilaterally in buckets at his sides, 50 feet, at occasional frequency. He was able to push/pull with 73/69 pounds of force at occasional frequency for 25/25 feet. He was observed to stand and move about for 1.5 hours with one 5 min bathroom/water break. Clinical observations of behavior included pauses for fatigue.

**HISTORY**: MC is a 37-year-old, right hand dominant, 60 in height and 300 pounds, over-weight male who was injured in his job as a steel punch-press machine operator. He had returned to work in APR/MAY 2017 but reports

FAXED
AUG 3 0 2017

intolerance to being on his leg "that much". MC has not been taking the meds prescribed for hypertension (HPN) as he reports inability to pay for it. He reports a family history of HPN. He also takes Meds for anxiety and migraines. The client is referred by Oregon Division of Vocational Rehabilitation for this Physical Capacity Evaluation

**SUBJECTIVE COMPLAINTS:** Over the past month, MC reports a high pain score of 10/10 at a frequency of 1X per month (chest pain - ER visit), and a low of 0/10. (0 = no pain, 10 = emergency.) MC reports migraines with blurry vision. He reports a right knee pain level of 1-2/10 at the beginning of the evaluation. He describes knee pain worsening when he is up on the leg for too long. His pain is/is not disruptive to his sleep, driving, ADL's, leisure activities.

**MEDICAL:** In view of his unmedicated HPN history blood pressure was assessed. Initially at rest 172/84; recheck at 5 minutes 164/82; at the end of walking test 142/88.

**SYMPTOM MANAGEMENT:** MC manages his knee pain by avoidance and taking his Meds when he has them.

**PATIENT'S GOAL:** MC states his goal for today is to "do what I was sent here to do - I can do heavy and hard stuff I will just pay for it later." His long term goal is to be able to work doing something that does not aggravate his knee. He describes himself as a worker who works at the rate as appropriate - fast to slow and as a perfectionist, meticulous, punctual, and reliable and safety conscious worker.

**POSTURAL ENDURANCE:** MC describes a sitting capacity of .25 hours in a comfortable chair. He was observed to sit for .5 hours during the interview, making frequent appropriate postural corrections and sitting erectly without pain behaviors. He rose from sit to stand without difficulty. His stated tolerance for standing and moving about uninterrupted is .25 hours. He was observed to stand and move around for 1.5 hours. Stated one-time walking tolerance is 30 minutes and an 8 hour with difficulty - progressive knee pain. He walked 500 feet in 3 minutes 34 seconds minutes for a pace of 1.6 mph demonstrating progressively reduced stance duration antalgic limping gait right. Posture was normal and would be described as upright.

**DEXTERITY:** Dexterity was tested using the Minnesota Rate Manipulation Test and the Purdue Peg Board test, with the results as follows respectively: Right dominant uninjured upper extremity at less <1st percentile, left non-dominant uninjured upper extremity at the <1st percentile, and on a 2 handed task at the <1st percentile. On the Purdue, right dominant UE at the 90th percentile, and left non-dominant UE at the 90th percentile, and in two-handed tasks scoring at the 25th and 25th percentile for each.

**MATERIAL HANDLING:** Clinical signs of maximum safe effort were observed for material handling tasks. During lifting: crate control became unsafe. During carrying: excessive trunk back lean and rapid stepping compensations occurred. During push/pull: he rose to toe tips pushing and rapid stepping pulling. Poor/Fair body mechanics were initially observed during lifting; after safety training good mechanics was observed for all activities. He required cuing for maintaining loads as near the center of gravity as possible and allowing all levers to work I, including the knees, to their

limits without pre-guarding.

**NON-MATERIAL HANDLING: MC** demonstrated functional limitations in flexibility of the right knee during some tasks. He performed partial vs full squats, half-kneeling only on the left each side and did not perform full kneeling. He dynamically stands without external support. Crawling was not performed. He was not asked to climb a vertical ladder as his performance on stairs, for safety reasons, precluded doing so. He was observed to reach and work briefly at all levels from the 10 inches of the floor to 86 inches overhead, on the Valpar 8 demonstrating normal gross dexterity and functional standing balance. He was unable to pass the unilateral balance test right but did so left for 30 second.

**TEST CONCLUSION:** MC offered pain complaints upon completion of this evaluation. When asked, he stated his pain level to be 3-4/10 at the end of the evaluation, compared to 1-2/10 before starting. When asked how he felt about the evaluation, he replied "I did what I expected. Now I will pay for it". When asked what he felt was the hardest task, he replied "The stairs".

Please see the attached Physical Capacity Evaluation form for additional objective information. If you have any questions regarding this evaluation or the findings, please contact me. I hope this report proves helpful.

Sincerely,

John R. Lowry
Physical Therapist
OR License #05818
Workers Action Program
(541) 228-3130

Cc:

cascade
HEALTH SOLUTIONS

2650 Suzanne Way Suite 200
Eugene, OR. 97408
(541) 228-3130

Name: Cummins, Michael
Claim #: AFP 6407186
Insurance: OR Div. Voc. Rehab
Date: 8.16.2017
Diagnosis: Right Knee ; Low back

# PHYSICAL CAPACITY EVALUATION

| POSTURAL ENDURANCE (PROJECTED): | Hours at one time | Total hours in 8-hr day |
|---|---|---|
| Sit | 1/4 (1/2) 1 2 3 (4) 5 6 7 8 (2 hrs) | 1/4 1/2 1 2 3 (4) 5 6 7 8 |
| Stand | 1/4 (1/2) 1 2 3 4 5 6 7 8 | 1/4 1/2 1 2 3 (4) 5 6 7 8 |
| Walk | 1/4 (1/2) 1 2 3 4 5 6 7 8 | 1/4 1/2 1 2 (3) 4 5 6 7 8 |

**MATERIAL HANDLING:**

| Activity | Range | Demonstrated Maximum | Occasional (7-33%) | Frequent (34-66%) |
|---|---|---|---|---|
| LIFT | Floor to Knuckle 36<br>Knuckle to Shoulder 64<br>Shoulder to Overhead 84 | 110 lbs.<br>45 lbs.<br>35 lbs. | 110 lbs.<br>45 lbs.<br>35 lbs. | 50 lbs.<br>25 lbs.<br>18 lbs. |
| CARRY | 50 feet | 100 lbs. | 100 lbs. | 50 lbs |
| PUSH/PULL (lbs. of force) | 75/75 feet | 60/60 lbs. force | 60/60 lbs. | 30/30 lbs. |

**HAND FUNCTION:**

Hand Dominance (R) X (L) ____

~~Static Grip Strength:~~

(R)____ lbs. (______ percentile) (L)____ lbs. (______ percentile)

Norm Group: Male____ Female____ Aged____ to____

**PHYSICAL LEVEL OF WORK:**

Sedentary | Sedentary/Light | Light | Light/Medium | Medium | Medium/Heavy | (Heavy) | Very Heavy

H: PCE 2 Hour Eval Revised 11/22/05

**Page 2** **Name:** Michael Cummings

| **NON-MATERIAL HANDLING:** | | | | |
|---|---|---|---|---|
| **Activity** | **Unable** | **Occasional** | **Frequent** | **Not Tested** |
| Bend at Knees | | X | | |
| Bend at Waist | | | X | |
| Twist at Waist | | | X | |
| Pivot | | | X | |
| Squat - Full | Unable X | | | |
| Squat - Partial | | | X | |
| Kneeling | | X on Left | | |
| Crawling | Refused | | | X |
| Climb Stairs | infrequent | X (carry just) | | |
| Climb Ladder | | X (carry [illegible]) | | X |
| Reach - Below Knee | | | X | |
| Reach - Forward | | | X | |
| ~~Reach - Above Shoulder~~ | | | X | |
| Reach - Overhead | | | X | |
| Operate - Foot Controls | | | | X |
| Change Position | | | | X |

Balance: ☒ Impaired ☐ Unimpaired

| **PAIN PROFILE:** | | | |
|---|---|---|---|
| | **Normal** | **Abnormal** | **Not Tested** |
| Pain Scale | X | | |
| Drawing | | | X |

**Page 3** **Name:** Michael Cummings

| **VALIDITY TESTS:** | Valid | Invalid | Not Tested |
|---|---|---|---|
| Bell Curve Effort | | | |
| CV Dynamometer & Pinch | | | |
| Rapid Exchange Grip Test | | | |
| Fatigue Test | | | |
| Other: | | | |

**This information was gathered during a Physical Capacity Evaluation. This form is not to be detached or interpreted separately from narrative report.**

**COMMENTS:** Work de-conditioned. If this fellow was to receive work conditioning, have consistent medical care and lose some weight he could seriously expand his work potential.

[signature] P.T.
Workers' Action Program
(541) 228-3130

David Knowlton, M.D.
McKenzie Family Practice
1755 Coburg Rd #3
Eugene, OR 97401
541-344-8225

June 11, 2018

Re: Michael Cummins

To Whom It May Concern:

I am Michael Cummins primary care physician and have been treating him for several years. As such, I am familiar with his medical conditions, including the impact of his industrial injury to his knee and subsequent surgery.

Mr. Davis is approximately 18 months post-surgery. In September 2016 he suffered a right knee sprain, right-sided lumbar sprain, and complex tear of the medial meniscus of the right knee. He also has primary osteoarthritis of his right knee. On November 22, 2016, Mr. Cummins underwent right knee arthroscopy, partial medial meniscectomy and shaving chondroplasty of the medial femoral condyle.

While Mr. Cummins initially noted improvement in symptoms post-surgery, he has reliably complained of right knee pain, decreased range of motion, and diffuse tenderness.

It is my professional opinion, within a reasonable degree of medical certainty, based on multiple examinations post-surgery, that Mr. Cummins' right knee pain creates the following medical restrictions and/or limitations: He is unable to sit for more than 30 minutes at a time and no more than 4 hours in an 8 hour day, stand more than 10 minutes at a time and no more than 2 hours in an 8 hour day, walk more than 10 minutes at a time and no more than 1 hours in an 8 hour day, lift more than 50 pounds, which are disabling to the degree he is unable to perform the material duties of his occupation.

Additionally, his prescribed medications Alprazolam, Lisinopril and Propranolol Hydrochloride which have known side effects of fatigue, dizziness, drowsiness, nausea and muscle weakness would prevent him from performing the duties of his own occupation with reasonable continuity.

Based on my professional experience, the extent, severity and duration of Mr. Cummins' symptoms are reasonable for someone in his condition.

Sincerely,

David Knowlton, M.D.

RE: Michael M Cummings
PCE 8.16.2017

To Whom It May Concern,

Regards the above named clients Physical Capacity. As elaborated in the content of handwritten comments and the Summary section of the principal evaluation document, the status was specified as conditional. That is, endurance/tolerance to a full workday in the HEAVY range had *potential* for more than an occasional rate of work *provided* that general medical care improved *and* the worker completed a work-conditioning program.

To the questions posed:

As to "heavy duty occupation": This phrase conjures up consideration of both load capacity and rate of work.

Question
1. Yes to load capacity: Heavy. Yes to rate of standing and walking occasional or 33% of the time.
2. "Reasonable Continuity": without improved medical health and work conditioning this worker would only be capable of performing HEAVY work for 30% of a workday over a workweek and work year.

John R. Lowry PT

Cascade Workers Action Program

ROY LAW

**Roy Law**
**1000 SW Broadway**
**Suite 1740**
**Portland, OR 97205**
**Tel: 855-306-4313 Fax: 855-344-1726**

# Fax

**To:**

**From:** Chris Roy

**Fax:** 1-603-334-8630

**Date:** June 27, 2018 01:22 PM

**Subject:**

---

Please see attached appeal for Michael Cummins.

Claim number 7224525

Plan/Policy Holder: Astec Industries Inc

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

ROY LAW

1000 SW BROADWAY
SUITE 1740
PORTLAND, OR 97205
503 206 4313
855 306 4313
855 344 1726 FAX
ROYLAWPDX.COM

DARRIN@ROYLAWPDX.COM

June 27, 2018

Via Facsimile (603-334-8630) (without Exhibits) & Via USPS
Certified Mail/Return Receipt Requested (with Exhibits)

The Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Groups Benefits Disability Claims
PO Box 7213
London KY 40742-7213

**Re: Appeal of Liberty Life Assurance Company of Boston's Denial of LTD Benefits *and* Waiver of Life Insurance Premium**

**Claimant: Michael Cummins**
**Claim Number: 7224525**
**Plan/Policy Holder: Astec Industries, Inc.**

Ladies and Gentlemen:

This firm represents Michael Cummins in his second appeal ("Appeal") of Liberty Life Assurance Company of Boston's ("Liberty") denial of his long-term disability ("LTD") insurance benefits *and* waiver of life insurance premium (if applicable). This letter is submitted pursuant to Liberty's appeal denial letter dated December 29, 2017 ("Denial"), in which Liberty agreed to consider Mr. Cummins' case further upon a timely filed Appeal. This letter and associated exhibits "F-H, 1-3" constitute Mr. Cummins Appeal.

## I. Summary of Mr. Cummins' Position.

Liberty initially denied Mr. Cummins's claim because he did not return various forms by a date arbitrarily set by Liberty. Liberty then upheld its denial based on a peer review which concluded that the medical records did not support functional restrictions and limitations through the entire elimination period.

The peer review, and Denial, were in error as they focus on one day in time – April 10, 2017, when Mr. Cummins advised his doctor that his knee felt better and he was released to return to work. Focusing on this one day was in error as it ignored the fact that Mr. Cummins stated that he sought to return to work due to financial pressures and it was on this basis that he requested medical clearance. It also ignored the fact that as soon as he returned to work, his knee immediately flared causing debilitating pain and swelling, which forced him to immediately cease working.

The Denial was further flawed in that: the claim file Liberty sent to Mr. Cummins lacked Exhibits F-H to his October 13, 2107 appeal (First Appeal), suggesting Liberty did not engage in a full and fair review; with the exception of one CT scan, Liberty's review of the medical records, and its peer reviewer's review, stopped at April 10, 2017, giving further evidence of Liberty's failure to engage in a full and fair review; and Liberty ignored Mr. Cummins' self-reports of pain. The evidence previously submitted, together with the evidence submitted herein shows that Mr. Cummins' is unable to perform the duties of his own occupation.

This Appeal submits Exhibits:

- First Appeal Exhibit F: Medical Records from Dr. David Knowlton
- First Appeal Exhibit G: Medical Records from Oregon Medical Group - Orthopedics
- First Appeal Exhibit H: Physical Capacity Evaluation from Cascade Health Solutions

- Exhibit 1: Narrative from Dr. David Knowlton
- Exhibit 2. Medical Records from PeaceHealth[1]
- Exhibit 3: Physical Capacity Evaluation Clarification from John R. Lowry, PT

and the relevant statutory, regulatory, and case law applicable to Mr. Cummins' claim.

## II. Mr. Cummins is disabled under the LTD Policy

### A. Mr. Cummins' condition is well documented.

Exhibits "F-H" to the First Appeal, which Mr. Cummins is again submitting as they were not in the claim file provided to counsel and are not referenced in the Denial or peer review,

---

[1] PeaceHealth records were timely requested, and after diligent follow up, we have been advised that they were mailed on June 22, 2018. They will be immediately forwarded upon receipt and Mr. Cummins requests that Liberty's review be tolled pending its receipt of these records.

provide medical evidence that was apparently not previously reviewed by Liberty. Exhibits "1-3" provide medical evidence not previously submitted to Liberty.

First Appeal Exhibit "H" is a PCE performed on August 17, 2017, finding the following restrictions and limitations: Sitting 1/2 hour at a time for a maximum of 4 hours; Standing 1/2 hour at a time for a maximum of 4 hours; Walking 1/2 hour at a time for a maximum of 3 hours; unable to squat, infrequent ability to climb stairs; occasional ability to climb a ladder; occasional ability to bend at knees; impaired balance; and that Mr. Cummins was work de-conditioned. While finding Mr. Cummins has the strength capability to perform heavy lifting, the walking, standing, sitting, stairs, and ladder restrictions with impaired balance prohibit him from performing his own occupation as a machine operator II (DOT 619.685-062, cross walked to O*NET 51-4081.00), as the occupation requires continually or almost continually standing, walking and running continually or almost continually, and multi-limb coordination. Exhibit "3" is a clarification letter on the PCE report on Mr. Cummins' ability to perform his own occupation.

**B. Liberty must credit Mr. Cummins' self-reported symptoms of pain and fatigue at face value.**

The Ninth Circuit Court of Appeals has long noted individual reactions to pain and fatigue are subjective and not easily determined by reference to objective measurements. *Saffon v. Wells Fargo & Co. Long Term Disability Plan*, 522 F.3d 863, 872-73 (9th Cir. 2008); *See also, Bunnell v. Sullivan*, 947 F.2d 341, 348 (9th Cir. 1991)(en banc).

Where a claimant's condition does not lend itself easily to objective verification, such as in cases of pain and fatigue, a claimant's subjective reports must be considered and should, unless the claimant's veracity is legitimately drawn into question. *Ettel v. Prudential Life Ins. Co. of America*, 2008 WL 5186537 (WD WA December 10, 2008); see also *Palmer v. Standard Ins. Co.*, 994 F. Supp. 1221, 1233-1234 (D OR 1998); *Gilmore v. Liberty Life Assurance Co. of Boston*, 4:13-cv-00178, No. 63 (ND CA April 24, 2014).

**C. Liberty must give substantial weight to Mr. Cummins' treating physician's opinion**

Courts have a strong preference for treating physicians' opinions' over mere document reviews or one-time examinations. *Nord v. Black & Decker*, 123 S. Ct. 1965, 1972 (2003). In fact, courts have held following Nord that "a district court may, in conducting its independent evaluation of the evidence in the administrative record, take cognizance of the fact … that a given treating

physician has a greater opportunity to know and observe the patient than a physician retained by the plan administrator." See *Ayers v. Life Ins. Co. of North America*, 2012 WL 1388396, *15 (D OR. April 19, 2012)(*citing, Jebian v. Hewlett–Packard Co. Emp. Benefits Org. Income Protection Plan*, 349 F.3d 1098, 1109 (9th Cir. 2003)).

Exhibit "1" is a narrative from Mr. Cummins' primary care provider. In his narrative, Dr. Knowlton places restrictions and limitations which would prevent Mr. Cummins from performing the duties of his own occupation. Further, Dr. Knowlton notes that Mr. Cummins' medications would also prevent him from performing the duties of his own occupation.

First Appeal Exhibit "H", together with Exhibit "3," is deemed from a treating provider as it was the result of a hands on examination. *Popovich v. Metro. Life Ins. Co.*, 281 F. Supp. 3d 993, 1004-05 (CD CA 2017)("Ultimately, the Court finds that Dr. Sassower's opinion is not persuasive. Dr. Sassower only conducted a paper review of Plaintiff's medical records and never examined Plaintiff in person. Although MetLife is not required to ask its physicians to conduct an in-person examination, the Ninth Circuit has viewed "pure paper" reviews with some skepticism."). In the exhibits, the evaluator concludes, based on objective standards that Mr. Cummings cannot perform the duties of his own occupation. *Saffon v. Wells Fargo & Co. Long Term Disability Plan*, 522 F.3d 863, 871-872 (9th Cir. 2008)(FCE found to be objective evidence of disability).

## III. Liberty's Denial Was Unreasonable

### A. Liberty failed to credit Mr. Cummins' self-reporting of pain and fatigue.

As previously noted, a claimant's subjective reports of pain and fatigue must be considered, and Liberty's failure to weigh this in its determination that he could perform his Own Occupation was arbitrary and capricious. *Ettel v. Prudential Life Ins. Co. of America*, 2008 WL 5186537 (WD WA December 10, 2008).

### B. Liberty failed to conduct a full and fair review.

After the denial of Mr. Cummins' First Appeal, a copy of his "post appeal" claim file was requested on January 8, 2018. A copy of the post appeal claim file was received on January 24, 2018. While a copy of the First Appeal was contained in the claim file, the file only had exhibits A-E. Missing were Exhibits F-H, which were specifically referenced to and were described in the First Appeal. However, they were not referenced in the peer review or Denial. This was an abuse of discretion.

ERISA administrators have a fiduciary duty to conduct an adequate investigation. *Cady v. Hartford Life & Accidental Ins. Co.*, 930 F. Supp. 2d 1216, 1226 (D ID 2013)(citing *Booton v. Lockheed Med. Ben. Plan*, 110 F.3d 1461, 1463 (9th Cir. 1997)). See also *Rasenack v. AIG Life Ins. Co.*, 585 F.3d 1311, 1324 (10th Cir. 2009). "This requires that the plan administrator engage in 'meaningful dialogue' with the beneficiary. If the administrator 'believes more information is needed to make a reasoned decision, they must ask for it.'" *Cady*, 930 F. Supp. 2d at 1226 (quoting *Booton*, 110 F.3d at 1463). An administrator may not "shut [its] eyes to readily available information when the evidence in the record suggests that the information might confirm the beneficiary's theory of entitlement." *Rodgers v. Metropolitan Life Ins. Co.*, 655 F. Supp. 2d 1081, 1087 (N D CA 2009)(citations omitted).

The failure to obtain, review, and discuss the exhibits has resulted in an unreasonable decision, and denial of a meaningful dialogue. *O'Reilly v. Hartford Life & Accident Ins. Co.*, 272 F.3d 955, 961-962 (7th Cir. 2001)("ERISA does not require a 'full-blown' investigation, but it does demand a 'reasonable inquiry' into a claimant's medical condition and his vocational skills and potential. If Hartford did not have evidence on which to base its conclusion, it would have acted unreasonably." *Burke v. Pitney Bowes, Inc. Long-Term Disability Plan*, No. C 04-4483 MHP, 2006 U.S. Dist. LEXIS 15, at *21 (ND CA Jan. 3, 2006)(full and fair review demands that all relevant information be considered.) "If the administrator 'believes more information is needed to make a reasoned decision, they must ask for it.'" *Cady v. Hartford Life & Accidental Ins. Co.*, 930 F.Supp.2d 1216, 1226 (quoting *Booton*, 110 F.3d at 1463). A plan administrator may not "shut [its] eyes to readily available information when the evidence in the record suggests that the information might confirm the beneficiary's theory of entitlement." *Rodgers v. Metropolitan Life Ins. Co.*, 655 F.Supp.2d 1081, 1087 (ND CA 2009)(citations omitted). *Harrison v. Wells Fargo Bank, N.A.*, 773 F.3d 15, 21 (4th Cir. 2014)

> An administrator is also "required to use a deliberate, principled reasoning process and to support its decision with substantial evidence." *McKoy v. Int'l Paper Co.*, 488 F.3d 221, 223 (4th Cir. 2007). A complete record is necessary to make a reasoned decision, which must "rest on good evidence and sound reasoning; and . . . result from a fair and searching process." *Evans*, 514 F.3d at 322-23. A searching process does not permit a plan administrator to shut his eyes to the most evident and accessible sources of information that might support a successful claim. As the Tenth Circuit explained, "[a]n ERISA fiduciary presented with a claim that a little more evidence may prove valid should seek to get to the truth of the matter." *Gaither*, 394 F.3d at 808.

**IV. Full and Fair Review Requirement**

If Liberty disagrees with the legal analysis submitted with this Appeal, then it must explain why and provide a detailed reason for its disagreement. Moreover, if Liberty obtains another expert opinion on the issues in this Appeal, Mr. Cummins is entitled to review that opinion and comment before Liberty makes its final decision. This "full and fair review" is required by ERISA's regulations. 29 C.F.R. § 2560.503-l(f)(l). *See Cook v. New York Times Long-term Disability Plan,* 2004 U.S. Dist. LEXIS 1259 (SD NY January 27, 2004).

The purpose of the full and fair review requirement is to provide claimants with enough information to prepare adequately for further administrative review or an appeal to the federal courts. At its core, the full and fair review requirement includes knowing what the decision-maker relied upon and having an opportunity to address the accuracy and reliability of their position. *Anderson v. Sotheby's, Inc.*, 2006 WL 1722576, *18 (SD NY June 22, 2006); *West v. The Corning Inc. Pension Plan for Hourly Employees*, 2009 U.S. Dist. LEXIS 87207, * 29 (WD NY September 23, 2009).

**V. Conclusion**

For the reasons stated above, Liberty should overturn its denial and fulfill its contractual obligations to Mr. Cummins.

Best Regards,

Darrin Class
Attorney at Law

darrin@roylawpdx.com

Encls.

c: M Cummins (via email)(w/o encls.)

DANE STREET
LOCALLY BUILT. NATIONALLY RECOGNIZED.

# INVOICE 942903
December 15, 2017

| Bill to: |
| --- |
| LIBERTY MUTUAL BENEFITS (SE)-NC-CHARLOTTE |
| Attention: Keahti Ingram |
| 13830 Ballantyne Corporate Place, Suite 400 |
| Charlotte, NC 28277 |

| Referral Details: | |
| --- | --- |
| Claimant Name: | Michael Cummins |
| Insured: | |
| Claim #: | 7224525 |
| Injury Date: | |
| Review Type: | Peer Review review |
| Dane Street ID: | 942903 |

| Item updated | Description | Amount |
| --- | --- | --- |
| 12/13/2017 | PMR-T. Oney, MD(2hrs) | $460.00 |

| Send payment to: |
| --- |
| Dane Street LLC |
| P.O. Box 417428 |
| Boston, MA 02241-7428 |
| 888-920-4440 |
| Tax ID: 26-3738108 |

Total amount due: $460.00

© Dane Street, LLC - A medical review company
(888) 920-4440

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

| | |
|---|---|
| Date: | February 13, 2018 |
| To: | CHRIS ROY<br>ROY LAW<br>1000 SOUTHWEST BROADWAY<br>SUITE 1740<br>PORTLAND OR 97205 |
| Attn: | |
| Fax: | (855) 344-1726 |
| From: | Keahti Ingram<br>LTD Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8630 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 7224525<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

February 13, 2018

Chris Roy
Roy Law
1000 SOUTHWEST BROADWAY
SUITE 1740
PORTLAND, OR 97205

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins

Dear Chris Roy:

Regarding the request for the claim file for the workers compensation claim. We are unable to provide this information as we only have access to the LTD claim file. Please contact the workers compensation claim handler directly to obtain this information.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keahti Ingram
LTD Specialist
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

**Roy Law**
**1000 SW Broadway**
**Suite 1740**
**Portland, OR 97205**
**Tel: 855-306-4313 Fax: 855-344-1726**

# Fax

**To:** Keahti Ingram

**From:** Darrin Class

**Fax:** 1-603-334-8630

**Date:** February 13, 2018 10:11 AM

**Organization:** Liberty Mutual

**Subject:** **Michael Cummins**

---

Please see enclosed letter

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

February 13, 2018

Via Facsimile (603-334-8630)

ROY LAW

Keahti Ingram, LTD Specialist
The Liberty Life Assurance Company of Boston
PO Box 7207
London KY 40742-7207

**Re: LTD Benefits Claim**
**Claimant: Michael Cummins**
**Claim Number: 7224525**

1000 SW BROADWAY
SUITE 1740
PORTLAND, OR 97205
503 206 4313
855 306 4313
855 344 1726 FAX
ROYLAWPDX.COM

DARRIN@ROYLAWPDX.COM

Dear Ms. Ingram:

I am responding to your letter of February 13, 2018, to Chris Roy of this firm, stating that you were unable to provide a copy of Mr. Cummins' workers compensation claim file as you do not have access to it.

Mr. Cummins specifically referenced the claim file by reference in his October 13, 2017 appeal, the workers compensation claim was referenced in the LTD claim file, and the initial basis for denial was related to an allegation that Mr. Cummins failed to return paperwork so that Liberty Mutual could rule out preexisting injuries. As the provider for Mr. Cummins employer' workers compensation policy, Liberty Mutual knew that the claimed injury was not a preexisting condition as it paid his workers compensation claim. The file is relevant, it is controlled by Liberty Mutual, and the fact that it is in the possession of another department is irrelevant.

It is apparent that Liberty Mutual did not review the workers compensation claim file when denying his October 13, 2017 appeal. This is a per se denial of his right to a full and fair review of his claim.

Sincerely,

Darrin Class

Darrin Class
Attorney at Law

darrin@roylawpdx.com

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

UPS Access Point™
THE UPS STORE
15105 JOHN J DELANEY DR
CHARLOTTE ,NC 28277

UPS Access Point™
THE UPS STORE
8334 PINEVILLE MATTHEWS RD
CHARLOTTE ,NC 28226

UPS Access Point™
THE UPS STORE
16011 LANCASTER HWY
CHARLOTTE ,NC 28277

FOLD HERE

1 LBS 1 OF 1

CASEY BOWMAN
8002910112 2411
LIBERTY MUTUAL-CHARLOTTE-048C
13830 BALLANTYNE CORP PL
CHARLOTTE NC 28277

**SHIP TO:**
CHRIS ROY
ROY LAW
SUITE 1740
1000 SW BROADWAY
**PORTLAND OR 97205-3056**

**OR 972 9-12**

**UPS 2ND DAY AIR 2**

TRACKING #: 1Z 57R V43 35 9805 7421

BILLING: P/P
SIGNATURE REQUIRED

Office/Dept Number: 058707532

CS 20.0.27. WNTNV50 93.0A 10/2017

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

CHRIS ROY
ROY LAW
1000 SOUTHWEST BROADWAY
SUITE 1740
PORTLAND OR 97205

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

January 17, 2018

Chris Roy
Roy Law
1000 SOUTHWEST BROADWAY
SUITE 1740
PORTLAND, OR 97205

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins

Dear Chris Roy:

We are writing in response to your letter dated, January 8, 2018 regarding the Long-Term Disability (LTD) claim for your client, Michael Cummins. We understand that you are representing him and we will direct all communications to your firm.

Per your request, enclosed is a complete copy of Mr. Cummins' complete claim file. Also enclosed is a complete copy of the Astec Industries, Inc's Group Disability Income Policy applicable to his claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keahti Ingram
LTD Specialist
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

**Roy Law**
**1000 SW Broadway**
**Suite 1740**
**Portland, OR 97205**
**Tel: 855-306-4313 Fax: 855-344-1726**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Khya McCrorey | **From:** | Jackie Homoki |
| **Fax:** | 1-603-334-8630 | **Date:** | January 08, 2018 09:47 AM |
| **Organization:** | Liberty Mutual | | |
| **Subject:** | **Claim file request for Michael Cummins** | | |

Please see the attached request for the claim file and all associated materials for Mr. Cummins generated in the management of his claim since April 18, 2017.

Additionally, we requested a complete copy of the Workers Compensation file handled by Liberty Mutual on August 25, 2017. That request has not been fulfilled yet, and I have attached a copy of that original request. Provide a copy of the Workers Compensation file immediately.

Thank you,

Jackie Homoki | Legal Assistant
Roy Law | Disability Insurance Attorneys
1000 SW Broadway, Suite 1740 | Portland, OR | 97205

O: 503 206 4313 | 855 306 4313 | F: 855 344 1726 | roylawpdx.com

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

ROY LAW

1000 SW BROADWAY
SUITE 1740
PORTLAND, OR 97205
503 206 4313
855 306 4313
855 344 1726 FAX
ROYLAWPDX.COM

CHRIS@ROYLAWPDX.COM
503 926 4653 CELL

January 8, 2018

**Via Fax (603-334-8630)**

Liberty Mutual Assurance Company of Boston
Attn: Khya McCrorey
Post Office Box 7207
London, Kentucky 40742

**Re: Post-Appeal Claim File Request for Michael Cummins**
**Claim No. 7224525**
**Astec Industries, Inc. Policy**

We are the attorneys for Michael Cummins ("Client"). Your already have an authorization on file allowing us to request documents, and communicate with you on Client's behalf.

Client hereby requests the following documents regarding their claim denial from **April 18, 2017 to present**, (*in order to save paper please mail all requested documents on a CD in Adobe PDF form*):

(1) All documents:

(i) relied on in making the benefit determination, including *without limitation*, all reports, notes, records, test results, correspondence and curriculum vitae of any independent medical examiner or reviewer, functional capacity evaluator, transferable skills expert and/or vocational expert. See 29 C.F.R. § 2560.503-l(h)(2)(iii) and 29 C.F.R. § 2560.503-l(m)(8)(i);

(ii) submitted, considered, or *generated* in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination. See 29 C.F.R. § 2560.503-l(h)(2)(iii) and 29 C.F.R. § 2560.503-l(m)(8)(ii);

(iii) that demonstrate compliance with administrative processes and safeguards designed to ensure and to verify that benefit claims determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied

consistently with respect to similarly situated claimants. See 29 C.F.R. § 2560.503-l(h)(2)(iii); 29 C.F.R. § 2560.503-l(m)(8)(iii); and 29 C.F.R. § 2560.503-l(b)(5);

(iv) that constitute a statement of policy or guidance with respect to the plan concerning the denied benefit, without regard to whether such advice or statement was relied upon in making the benefit determination. See 29 C.F.R. § 2560.503-l(h)(2)(iii); 29 C.F.R. § 2560.503-l(m)(8)(iv); and 29 C.F.R. § 2560.503-l(g)(l)(v)(A);

(v) that contain either (A) an explanation of the scientific or clinical judgment for the denial of benefits; or (B) that apply the terms of the plan to the Client's medical circumstances. See 29 C.F.R. §2560.503-1(i)(5); 29 C.F.R. § 2560.503-1(j)(5)(ii); and

(vi) that constitute an internal rule, guideline, protocol, or other similar criterion relied upon in making the benefit determination. See 29 C.F.R. §2560.503-1(i)(5); 29 C.F.R. §2560.503-1(j)(5)(i).

(2) All notes of telephone conversations with Client or any treating physician. Client would like to have the opportunity to correct any inaccuracies or otherwise respond.

(3) All video and audio recording(s) of Client and the reports and notes of all investigators.

You have an affirmative legal and fiduciary duty to provide the requested information. Pursuant to ERISA 502(c), 29 U.S.C. § 1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110 per day.

Please consider this letter as a preservation demand letter, asking you to preserve for potential litigation regarding this claim all "electronically stored information (ESI)" regarding this claim, Client, or the issues involved in this claim. This would include, but certainly not be limited to, information sent to others, information received

from others, all internal emails or other electronic communications, and all emails or other electronic communications sent to or received from external sources. This request applies to all ESI whether in your regular system, or in any backup system whether maintained by you or maintained by others.

Best Regards,

Chris Roy
Attorney at Law

cc: client via email

**Roy Law**
**1000 SW Broadway**
**Suite 1740**
**Portland, OR 97205**
**Tel: 855-306-4313 Fax: 855-344-1726**

# Fax

**To:** Keahti Ingram

**From:** Jackie Homoki

**Fax:** 1-603-334-8630

**Date:** August 25, 2017 01:08 PM

**Organization:** Liberty Mutual

**Subject:** **Michael Cummins, Claim No. 7224525**

---

Please see the attached request

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

ROY LAW

520 SW YAMHILL STREET
SUITE 212
PORTLAND, OR 97204
503 206 43 13
855 306 43 13
855 344 1726 FAX
ROYLAWPDX.COM

CHRIS@ROYLAWPDX.COM
503 926 4653 CELL

August 25, 2017

**Via Fax (1-603-334-8630)**

Liberty Mutual Assurance Company of Boston
Attn: Keahti Ingram
Post Office Box 7207
London, Kentucky 40742

**Re: Claim File Request for Michael Cummins**
**Claim No. 7224525**
**Astec Industries, Inc.**

We have received the Short-Term Disability and Long-Term Disability claim files for our client, Michael Cummins ("Client"), and after review it has come to our attention that Liberty Mutual also administered Client's Worker's Compensation Claim. Attached is the denial letter dated October 6, 2016 which references claim number WC608-C77205.

Through this letter, we are requesting a full copy of the Worker's Compensation Claim file, including all communication between Liberty Mutual and Client, and between Liberty Mutual and Client's medical care providers, and all file reviews conducted in the course of making your decision.

As stated in our original claim file request, pursuant to Section 104(b) of ERISA and 29 C.F.R § 2560.503-l(h)(2)(iii), we request copies of *all* documents Liberty Mutual relied on in denying Client's claim. Client needs this information to prepare his appeal so Liberty Mutual can conduct a full and fair review of his claim denial.

Best Regards,

Chris Roy
Attorney at Law

cc: client via email

Liberty Mutual.
INSURANCE

Liberty Mutual Insurance

Claims Department
PO Box 4555
Portland, OR 97208
(617) 357-9500
(603) 334-0307 Fax

October 6, 2016

Certified mail # 91 7199 9991 7037 0823 9481

Michael M Cummins

**NOTICE OF DENIAL**

| | | |
|---|---|---|
| RE: | Employer | : Johnson Crushers International |
| | DOI | : 9/4/16 |
| | Claim # | : WC608-C77205 |

Dear Mr. Cummins:

You filed a workers compensation claim for a right knee strain on 9/9/16 while you were employed with Johnson Crushers International. After careful review of the information in our file we hereby issue a denial of the claim on the basis there is insufficient evidence to establish the fact you sustained a compensable injury while in the course and scope of your employment with Johnson Crushers International.

This denial is not based upon in whole or in part of an independent examination for which your attending physician has not concurred yet.

**"IF YOU THINK THIS DENIAL IS NOT RIGHT, WITHIN 60 DAYS AFTER THE MAILING OF THIS DENIAL YOU MUST FILE A LETTER WITH THE WORKERS' COMPENSATION BOARD, 2601 25TH STREET SE, SUITE 150, SALEM, OR 97302-1282. YOUR LETTER MUST STATE THAT YOU WANT A HEARING, YOUR ADDRESS, AND THE DATE OF YOUR ACCIDENT, IF YOU KNOW THE DATE. IF YOUR CLAIM QUALIFIES, YOU MAY RECEIVE AN EXPEDITED HEARING WITHIN 30 DAYS. YOUR REQUEST CANNOT, BY LAW, AFFECT YOUR EMPLOYMENT. IF YOU DO NOT FILE A REQUEST WITHIN 60 DAYS, YOU WILL LOSE ANY RIGHT YOU MAY HAVE TO COMPENSATION UNLESS YOU CAN SHOW GOOD CAUSE FOR DELAY BEYOND 60 DAYS. AFTER 180 DAYS, ALL YOUR RIGHTS WILL BE LOST. YOU MAY BE REPRESENTED BY AN ATTORNEY OF YOUR CHOICE AT NO COST TO YOU FOR ATTORNEY FEES. IF YOU MAKE A TIMELY REQUEST FOR HEARING ON A DENIAL OF COMPENSABILITY OF YOUR CLAIM AS REQUIRED BY ORS 656.319(1)(a) THAT IS BASED ON ONE OR MORE REPORTS OF EXAMINATIONS CONDUCTED AT THE REQUEST OF THE INSURER OR SELF-INSURED EMPLOYER UNDER ORS 656.325(1)(a) AND YOUR ATTENDING PHYSICIAN DOES NOT CONCUR WITH THE REPORT OR REPORTS, YOU MAY REQUEST AN EXAMINATION TO BE CONDUCTED BY A PHYSICIAN SELECTED BY THE DIRECTOR. THE**

**COST OF THE EXAMINATION AND THE EXAMINATION REPORT SHALL BE PAID BY THE INSURER OR SELF-INSURED EMPLOYER. IF YOU HAVE QUESTIONS YOU MAY CALL THE BENEFITS SECTION TOLL FREE IN OREGON 1-800-452-0288 OR IN SALEM OR FROM OUTSIDE OREGON, AT (503) 947-7285."**

Sincerely,

Ryan Salholm
Claims Specialist I
Liberty Mutual Insurance
(503) 736-8436

cc: WCD: 350 Winter St. NE, P.O. Box 14480, Salem, OR 97309
Johnson Crushers International
Lisa Kovacevic FNP
Slocum Orthopedics

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

| | |
|---|---|
| Date: | January 5, 2018 |
| To: | CHRIS ROY<br>ROY LAW<br>1000 SOUTHWEST BROADWAY<br>SUITE 1740<br>PORTLAND OR 97205 |
| Attn: | |
| Fax: | (855) 344-1726 |
| From: | Keahti Ingram<br>Long Term Disability Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8630 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 7224525<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

January 5, 2018

Chris Roy
Roy Law
1000 SOUTHWEST BROADWAY
SUITE 1740
PORTLAND, OR 97205

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins

Dear Chris Roy:

Please see enclosed letter as requested.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keahti Ingram
Long Term Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

Attachments: 7224525-CLOSE-CONTRACTUAL-12.28.2017

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. MICHAEL CUMMINS

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

December 29, 2017

Mr. Michael Cummins

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525

Dear Mr. Michael Cummins:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Astec Industries, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Based on the information contained in our claim file at this time, we have determined that you are unable to perform the duties of your own occupation and have approved LTD benefits through April 8, 2017. Beyond April 8, 2017, your claim has been closed and no other benefits are payable.

We have determined that your date of disability is October 8, 2016 and your LTD benefits begin on April 8, 2017. The Policy provides *monthly* benefits at 60% of pre-disability earnings.

To be eligible for continued benefits, the Policy requires that you meet the following definition of disability:

***"Disability"** or **"Disabled"**, with respect to Long Term Disability, means:*
*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
*i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

***"Disability"** or **"Disabled"** means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

***"Own Occupation"**, with respect to Long Term Disability, means the Covered Person's*

*occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

In order to evaluate whether or not you have met the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for a tear of medial meniscus and your claim file contains the following medical documentation:

- 09/29/15 Unknown Provider - EKG Graph
- 09/29/15 PeaceHealth Laboratories - Laboratory Report
- 09/29/15 Oregon Imaging Centers - CT of the Abdomen and Pelvis
- 10/21/15 David Knowlton, MD - Progress Note:10/21/2015, 08/18/2016
- 08/18/16 Unknown Provider - Pain Disability Index
- 09/13/16 MR Imaging Associate - Request for MRI
- 09/13/16 Cascade Health Solution - Injury Treatment Form:09/13/2016, 09/20/2016, 10/04/2016, 10/25/2016
- 09/13/16 Lisa Kovacevic, FNP - Office Visit:09/13/2016, 09/20/2016, 10/04/2016, 10/25/2016, 01/19/2017,
- 02/14/2017, 03/13/2017
- 09/13/16 Lisa Kovacevic, FNP - Worker's and Health Care Provider's Report for Workers Compensation Claim
- 09/15/16 Cascade Health Solution - Referral Form
- 09/18/16 Cummins Michael - Short Form Pain Questionnaire
- 09/28/16 Jeffrey Tuman, MD - Office Visit:09/28/2016, 11/16/2016, 12/05/2016
- 10/18/16 Liberty Mutual Insurance - Correspondence:10/18/2016, 02/15/2017,02/28/2017
- 12/05/16 Scott Colling, PT - Physical Therapy Progress Note:12/05/2016, 01/06/2017, 02/03/2017
- 01/19/17 Cascade Health Solution - Occupational Health Injury Treatment Form: 01/19/2017, 02/14/2017,
- 03/03/2017, 04/10/2017
- 02/16/17 Emily Baughman, PT - New Patient Intake Sheet
- 02/23/17 Therapeutic Associates - Physical Therapy Initial Evaluation
- 03/01/17 Master Trace - Investigation Report
- 03/03/17 Emily Baughman, PT - Office Visit: 03/03/2017, 03/10/2017, 03/14/2017, 03/17/2017, 03/20/2017,
- 04/03/2017
- 04/03/17 Therapeutic Associates - Discharge Letter
- 04/10/17 Lee Davidson, MD - Occupational Medicine Report
- 04/21/17 Cummins Michael - Authorization for the Release Protected Health Information
- 09/27/17 Oregon Imaging Centers - CT Abdomen and Pelvis

In order to better understand the severity of your condition and inability to perform the duties of your occupation your file was reviewed by a Consulting Physician Board Certified in Psychiatry who also attempted contact with your provider.

Contact attempts with Lisa Kovacevic, FNP:

> *12/08/17 09:45 AM EST- A peer-to-peer call was attempted with Lisa Kovacevic, FNP at 541-228-3100. A message was left with office voicemail providing case details, report due times, and a call back number.*
>
> *12/11/17 04:15 PM EST- A peer-to-peer call was attempted with Lisa Kovacevic, FNP at 541-228-3100. A message was left with office voicemail providing case details, report due times, and a call back number.*

After attempting contact with your provider and reviewing your medical information the Consulting Physician concluded the following:

*The claimant is a 47-year-old male with diagnoses including right knee sprain, right-sided lumbar sprain, complex tear of medial meniscus of the right knee and primary osteoarthritis of right knee. The claimant was treated with pain medications, physical therapy and surgical intervention. On 11/22/2016 the claimant underwent right knee arthroscopy, partial medial meniscectomy and shaving chondroplasty of the medial femoral condyle. Physical examination was significant for mild tenderness to palpation over the bilateral joint lines both laterally and medially. There was slight limited flexion of the knee by about 10-15 degrees. Reportedly, the claimant was able to perform more squat without significant pain until about 75 degrees' flexion of the knee. On 04/10/2017 the claimant was seen in the office of his treating provider. The claimant reported no pain in the knee. The claimant wanted to return to full duty work.*

*Based on the medical records reviewed restrictions/limitations are supported throughout the entire elimination period, from 10/8/16 and through 4/8/17.*

*Based on the medical records reviewed it is my medical opinion that the claimant is capable of maintaining a full time (8-hour day) work schedule with the following restrictions between dates 10/8/16 through 4/8/17; No lifting, carrying, pushing or pulling greater than 25 pounds. Occasional lifting, carrying, pushing or pulling less than 25 pounds. Frequent lifting, carrying, pushing or pulling less than or equal to 15 pounds. Occasional bending, stooping, crouching and crawling. No restrictions on overhead reaching. No restrictions on reaching at waist level or below waist level. No restrictions on fingering and handling. The claimant should stand for no longer than 30 minutes at a time for no longer than 2 hours total per day. The claimant should walk for no longer than 30 minutes at a time for no longer than 2 hours total per day. No restrictions on the claimant's ability to sit. Occasional stair climbing.*

*Based on the medical records reviewed, it is my medical opinion that the claimant is capable of maintaining a full time (8-hour day) work schedule without restrictions or limitations from 04/08/2017 and forward. The claimant is a 47-year old male with complaints of right knee pain. Diagnostic studies including an MRI of the right knee demonstrated a meniscus tear which was treated with arthroscopic right knee surgery on 11/22/2016.*

*Because of the claimant's diagnosis of meniscus tear with right knee surgery the claimant did have restrictions and limitations in his functional capacity between dates 10/8/16 and through 4/8/17. These restrictions and limitations were necessary to prevent aggravation of the claimant's right knee condition. On 04/10/2017 the claimant was seen in the office of his treating provider. The*

*claimant reported no pain in the knee. The claimant wanted to return to full duty work. By 04/08/2017 the insured had experienced full healing of his right knee following surgery and restrictions and limitations were no longer warranted.*

Based on this review, there is no evidence provided of a functionally impairing condition that would support the need for ongoing restrictions and limitations. Therefore, benefits will be paid through April 8, 2017. Your claim will close effective April 9, 2017.

Any pending application(s) for benefits that are considered an offset under the Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Liberty, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the Policy. Should Liberty receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

- A copy of all treatment notes; procedure reports; diagnostic test results including consulting physician reports; pharmacy records; emergency room and urgent care center notes; hospital discharge summaries; along with any and all other medical records from April 8, 2017 forward, from any and all treating providers that would support restrictions and limitations that preclude you from the duties of your occupation.

- Documentation of additional restrictions and limitations, including how they prevent you from performing the essential duties of your occupation and the medical documentation to support them.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Liberty Life does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Liberty Life to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata’ hane’go shíká a’doowoł nínízingo saad hosíníłį́į’ dóó ná’ookąąh nííní’ą́ągo naaltsoos nííníłtsoozígíí hazho’ó bik’idi’deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a’doowoł éí biniiyé shił hodíílnih áko ákwe’égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Khya McCrorey
Long Term Disability Case Manager
On Behalf Of: Keahti Ingram
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 2 Jan 2018 13:51:31 +0000
**To:** awatt@jcieug.com;lholman@jcieug.com
**Subject:** MICHAEL CUMMINS, Claim # 7224525

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 10/8/2016. The claim has been approved through 4/8/2017. As of 4/9/2017 this claim is closed. The case manager for this claim is Keahti Ingram. The claim number is 7224525.

If you have further questions, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 2 Jan 2018 13:51:31 +0000
**To:** awatt@jcieug.com;lholman@jcieug.com
**Subject:** MICHAEL CUMMINS, Claim # 7224525

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 10/8/2016. The claim has been approved through 4/8/2017. As of 4/9/2017 this claim is closed. The case manager for this claim is Keahti Ingram. The claim number is 7224525.

If you have further questions, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 2 Jan 2018 14:13:49 +0000
**To:** awatt@jcieug.com;lholman@jcieug.com
**Subject:** MICHAEL CUMMINS, Claim # 7224525

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 10/8/2016. The claim has been approved through 4/8/2017. The case manager for this claim is Keahti Ingram. The claim number is 7224525.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 2 Jan 2018 14:13:49 +0000
**To:** awatt@jcieug.com;lholman@jcieug.com
**Subject:** MICHAEL CUMMINS, Claim # 7224525

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 10/8/2016. The claim has been approved through 4/8/2017. The case manager for this claim is Keahti Ingram. The claim number is 7224525.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. MICHAEL CUMMINS

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

December 29, 2017

Mr. Michael Cummins

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525

Dear Mr. Michael Cummins:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Astec Industries, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Based on the information contained in our claim file at this time, we have determined that you are unable to perform the duties of your own occupation and have approved LTD benefits through April 8, 2017. Beyond April 8, 2017, your claim has been closed and no other benefits are payable.

We have determined that your date of disability is October 8, 2016 and your LTD benefits begin on April 8, 2017. The Policy provides *monthly* benefits at 60% of pre-disability earnings.

To be eligible for continued benefits, the Policy requires that you meet the following definition of disability:

*"**Disability**" or "**Disabled**", with respect to Long Term Disability, means:*
*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
*i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

*"**Disability**" or "**Disabled**" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

*"**Own Occupation**", with respect to Long Term Disability, means the Covered Person's*

*occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

In order to evaluate whether or not you have met the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for a tear of medial meniscus and your claim file contains the following medical documentation:

- 09/29/15 Unknown Provider - EKG Graph
- 09/29/15 PeaceHealth Laboratories - Laboratory Report
- 09/29/15 Oregon Imaging Centers - CT of the Abdomen and Pelvis
- 10/21/15 David Knowlton, MD - Progress Note:10/21/2015, 08/18/2016
- 08/18/16 Unknown Provider - Pain Disability Index
- 09/13/16 MR Imaging Associate - Request for MRI
- 09/13/16 Cascade Health Solution - Injury Treatment Form:09/13/2016, 09/20/2016, 10/04/2016, 10/25/2016
- 09/13/16 Lisa Kovacevic, FNP - Office Visit:09/13/2016, 09/20/2016, 10/04/2016, 10/25/2016, 01/19/2017,
- 02/14/2017, 03/13/2017
- 09/13/16 Lisa Kovacevic, FNP - Worker's and Health Care Provider's Report for Workers Compensation Claim
- 09/15/16 Cascade Health Solution - Referral Form
- 09/18/16 Cummins Michael - Short Form Pain Questionnaire
- 09/28/16 Jeffrey Tuman, MD - Office Visit:09/28/2016, 11/16/2016, 12/05/2016
- 10/18/16 Liberty Mutual Insurance - Correspondence:10/18/2016, 02/15/2017,02/28/2017
- 12/05/16 Scott Colling, PT - Physical Therapy Progress Note:12/05/2016, 01/06/2017, 02/03/2017
- 01/19/17 Cascade Health Solution - Occupational Health Injury Treatment Form: 01/19/2017, 02/14/2017,
- 03/03/2017, 04/10/2017
- 02/16/17 Emily Baughman, PT - New Patient Intake Sheet
- 02/23/17 Therapeutic Associates - Physical Therapy Initial Evaluation
- 03/01/17 Master Trace - Investigation Report
- 03/03/17 Emily Baughman, PT - Office Visit: 03/03/2017, 03/10/2017, 03/14/2017, 03/17/2017, 03/20/2017,
- 04/03/2017
- 04/03/17 Therapeutic Associates - Discharge Letter
- 04/10/17 Lee Davidson, MD - Occupational Medicine Report
- 04/21/17 Cummins Michael - Authorization for the Release Protected Health Information
- 09/27/17 Oregon Imaging Centers - CT Abdomen and Pelvis

In order to better understand the severity of your condition and inability to perform the duties of your occupation your file was reviewed by a Consulting Physician Board Certified in Psychiatry who also attempted contact with your provider.

Contact attempts with Lisa Kovacevic, FNP:

> *12/08/17 09:45 AM EST- A peer-to-peer call was attempted with Lisa Kovacevic, FNP at 541-228-3100. A message was left with office voicemail providing case details, report due times, and a call back number.*
>
> *12/11/17 04:15 PM EST- A peer-to-peer call was attempted with Lisa Kovacevic, FNP at 541-228-3100. A message was left with office voicemail providing case details, report due times, and a call back number.*

After attempting contact with your provider and reviewing your medical information the Consulting Physician concluded the following:

*The claimant is a 47-year-old male with diagnoses including right knee sprain, right-sided lumbar sprain, complex tear of medial meniscus of the right knee and primary osteoarthritis of right knee. The claimant was treated with pain medications, physical therapy and surgical intervention. On 11/22/2016 the claimant underwent right knee arthroscopy, partial medial meniscectomy and shaving chondroplasty of the medial femoral condyle. Physical examination was significant for mild tenderness to palpation over the bilateral joint lines both laterally and medially. There was slight limited flexion of the knee by about 10-15 degrees. Reportedly, the claimant was able to perform more squat without significant pain until about 75 degrees' flexion of the knee. On 04/10/2017 the claimant was seen in the office of his treating provider. The claimant reported no pain in the knee. The claimant wanted to return to full duty work.*

*Based on the medical records reviewed restrictions/limitations are supported throughout the entire elimination period, from 10/8/16 and through 4/8/17.*

*Based on the medical records reviewed it is my medical opinion that the claimant is capable of maintaining a full time (8-hour day) work schedule with the following restrictions between dates 10/8/16 through 4/8/17; No lifting, carrying, pushing or pulling greater than 25 pounds. Occasional lifting, carrying, pushing or pulling less than 25 pounds. Frequent lifting, carrying, pushing or pulling less than or equal to 15 pounds. Occasional bending, stooping, crouching and crawling. No restrictions on overhead reaching. No restrictions on reaching at waist level or below waist level. No restrictions on fingering and handling. The claimant should stand for no longer than 30 minutes at a time for no longer than 2 hours total per day. The claimant should walk for no longer than 30 minutes at a time for no longer than 2 hours total per day. No restrictions on the claimant's ability to sit. Occasional stair climbing.*

*Based on the medical records reviewed, it is my medical opinion that the claimant is capable of maintaining a full time (8-hour day) work schedule without restrictions or limitations from 04/08/2017 and forward. The claimant is a 47-year old male with complaints of right knee pain. Diagnostic studies including an MRI of the right knee demonstrated a meniscus tear which was treated with arthroscopic right knee surgery on 11/22/2016.*

*Because of the claimant's diagnosis of meniscus tear with right knee surgery the claimant did have restrictions and limitations in his functional capacity between dates 10/8/16 and through 4/8/17. These restrictions and limitations were necessary to prevent aggravation of the claimant's right knee condition. On 04/10/2017 the claimant was seen in the office of his treating provider. The*

*claimant reported no pain in the knee. The claimant wanted to return to full duty work. By 04/08/2017 the insured had experienced full healing of his right knee following surgery and restrictions and limitations were no longer warranted.*

Based on this review, there is no evidence provided of a functionally impairing condition that would support the need for ongoing restrictions and limitations. Therefore, benefits will be paid through April 8, 2017. Your claim will close effective April 9, 2017.

Any pending application(s) for benefits that are considered an offset under the Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Liberty, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the Policy. Should Liberty receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

- A copy of all treatment notes; procedure reports; diagnostic test results including consulting physician reports; pharmacy records; emergency room and urgent care center notes; hospital discharge summaries; along with any and all other medical records from April 8, 2017 forward, from any and all treating providers that would support restrictions and limitations that preclude you from the duties of your occupation.

- Documentation of additional restrictions and limitations, including how they prevent you from performing the essential duties of your occupation and the medical documentation to support them.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Liberty Life does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Liberty Life to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh níiní'ąąago naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́į́ł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Khya McCrorey
Long Term Disability Case Manager
On Behalf Of: Keahti Ingram
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

DANE STREET

3815 Washington Street
Suite 3
Boston, MA 02130
Toll Free: 888-920-4440
Fax: 617-933-7699
Email: intake@danestreet.com

Theresa Oney M.D.
Physical Medicine &Rehabilitation

| | | | |
|---|---|---|---|
| **Market:** | Liberty Mutual Benefits | **Claim Office:** | LIBERTY MUTUAL BENEFITS (SE)-NC-CHARLOTTE |
| **Request Date:** | 12/07/17 | **Referral Source:** | Keahti Ingram |
| **Claim #:** | 7224525 | **Review Type:** | Initial Review |
| **Claimant:** | Michael Cummins | **Report Date:** | 12/15/17 |
| **Claim Type:** | LTD | **Dane Street ID:** | 942903 |

**Summary:**

The claimant is a 47-year-old male. The claimant's first day of absence was October 08, 2016. The claimant was diagnosed with right knee sprain, right-sided lumbar sprain, complex tear of medial meniscus of the right knee and primary osteoarthritis (OA) of right knee.

The claimant's job duties include to setting up and operating basic machinery use at JCI in selecting operation sequences, tooling, speed and feeds, torch travel, etc. on equipment, including but not limited to saws and CNC burning machines. The employee is required to load programs to machines, process parts to fulfill work orders, run pro-nest software at burn tables and Whitney machines. The employee has to perform daily maintenance on machines and operate forklift and cranes as needed. The physical demands include occasionally (0-33%) sitting, frequently (34-74%) standing, walking, climbing or balancing, stooping, kneeling, crouching or crawling. The job involves continually (75% or more) using hands to finger, handle or feel and reach with hands and arms. The employee has to occasionally lift up to 100 pounds or more than 100 pounds, frequently lift up to 50 pounds and continually lift up to 10-25 pounds.

Submitted for review are records from prior to leaving work. These records (from 09/29/2015) indicate that the claimant has been diagnosed with benign essential hypertension (HTN), anxiety, morbid obesity due to excess calories, diverticulosis of large intestine without hemorrhage, colon polyps, periodic headache syndrome, right knee sprain and complex tear of medial meniscus of the right knee. Treatment has included medication management with lisinopril, hydrochlorothiazide, propranolol, alprazolam and control substance. During this period, the claimant had undergone computer tomography (CT) of the abdomen and pelvis with contrast, laboratory tests and magnetic resonance imaging (MRI).

Documentation from the period under review (10/08/2016 through 04/08/2017 and beyond) began with an office visit report dated 10/25/2016 by Lisa Kovacevic, FNP (Family Nurse Practitioner) for right knee injury that occurred on 09/04/2016. It was noted the claimant continued to experience catching in the knee. Of note, the claimant was using a knee splint all the time. The pain was constant and rated at 2/10. The physical examination revealed slight amount of effusion in the right knee. There was tenderness to palpation (TTP) along the medial joint line and limited flexion. The assessment was right knee sprain and right-sided lumbar strain. The treatment included recommendation to continue the use of knee brace. The claimant was to remain on light duty work with a sitting job primarily along with restrictions of no walking and climbing on uneven surfaces including stairs.

On 11/16/2016, the claimant was evaluated by Jeffrey Tuman, M.D. (Orthopedic Surgery) for a preoperative visit. The claimant was scheduled for a right knee arthroscopy with partial medial meniscectomy. The claimant continued to experience right knee pain. On examination, there was TTP over the medial joint line. Positive McMurray's test and Steinmann's were noted. There was pain with hyperflexion. An MRI of the right knee was reviewed which revealed a complex tear of the medial meniscus with chondral irregularity of the medial femoral condyle. The diagnoses were complex tear of medial meniscus of right knee as current injury and primary osteoarthritis of the

right knee. Post-surgery instructions were discussed.

On 12/05/2016, Sott Colling, PT (Physical Therapy) saw the claimant for right knee pain, edema, decreased range of motion (ROM), weakness, pain and antalgic gait. The right knee pain was rated at 6/10. The claimant was noted to have moderate edema along the posterior portion of the right calf. The physical examination revealed moderate antalgic gait with decreased strident step on the right lower extremity compared with left. The claimant was also antalgic with transition motion from stand to sit, sit to stand position. The claimant ambulated with crutches. There was very tender posterior right calf on palpation. Holman's sign was positive. There was elicitation of pain with dorsiflexion in extension of the right knee. There was 3-4+ tenderness along the Prairie portion of the right knee particularly along the medial portion along with moderate edema. The ROM of the right knee with flexion was 100 degrees, extension was -15 degrees, hip flexion was 110 degrees and right knee extension was -5 degrees. The right knee flexion was 3 of 5, right knee extension was 3 +5, right hip flexion was 4-/5, right hip abduction was 4-/5 and right hip extension was 3+/5. The assessment was right knee sprain and medial meniscus tear. The plan was to continue physical therapy (PT). The claimant had completed approximately 2 physical therapy session through 02/03/2017.

On 12/05/2016, Dr. Tuman saw the claimant two weeks' status post right knee arthroscopy, partial medial meniscectomy and shaving chondroplasty of the medial femoral condyle. The claimant noted improvement postoperatively. The assessment was complex tear of medial meniscus of the right knee as current injury.

On 01/19/2017, Ms. Kovacevic saw the claimant for a follow-up of right knee injury. The claimant reported sharp pain, rated at 6/10 in the right knee. The pain was described as pressure type sensation on both the medial and lateral aspect of the right knee. It was noted the claimant continued physical therapy for strengthening. The physical examination revealed mild tenderness to palpation over the bilateral joint lines both laterally and medially. There was slightly limited flexion of the knee by about 10-15 degrees. There was pain elicited with valgus varus testing. Of note, the claimant was able to do partial squat but experienced pain in the right knee. The assessment was right knee sprain, status post right meniscal repair surgery performed on 11/22/2016 and right-sided lumbar strain. The plan was to continue physical therapy for strengthening and range of motion improvement of the right knee. The claimant was continued on light duty with sitting job primarily with restrictions of no kneeling, squatting or crawling.

On 02/14/2017, Ms. Kovacevic noted significant improvement in the right knee pain. The knee pain was rated at 0/10 but the claimant experienced some catching of the knee. The physical examination revealed mild tenderness to palpation over the bilateral joint lines both laterally and medially. There was slight limited flexion of the knee by about 10-15 degrees. There was pain with valgus varus testing. The claimant was able to do a partial squat but experienced pain in the right knee. The assessment was right knee sprain, status post right meniscal repair surgery on 11/22/2016 and lumbar strain. The claimant was continued on physical therapy and light duty work with a sitting job primarily, no kneeling squatting or crawling.

On 02/21/2017, the claimant underwent an Initial Physical Therapy Evaluation by Emily Baughman, PT (Physical Therapy) for right knee complaints. The claimant reported right knee pain, rated at 3/10. There was diffuse pain noted around the knee. The pain was described as dull, throbbing, aching, periodic occasionally along with numbness and was increased throughout the day. The claimant was being treated for pain in the right knee. The plan was to continue on physical therapy with home exercise program (HEP), manual therapy, joint mobilization, soft tissues mobilization, therapeutic exercise, therapeutic activities, neuromuscular re-education, return to work/sport and pool therapy. The claimant completed approximately 3 sessions of physical therapy through 04/03/2017.

On 03/13/2017, Ms. Kovacevic saw the claimant in a follow-up for right knee injury that occurred on 09/04/2016. The claimant was status meniscal repair on 11/22/2016. The claimant reported right knee pain and described it as achy and sharp. There was throbbing and achiness on the bilateral aspects of the knee. The current pain was rated at 0/10. The physical examination revealed mild tenderness to palpation over the bilateral joint lines both laterally and medially. There was slight limited flexion of the knee by about 10-15 degrees. Reportedly, the claimant was able to perform more squat without significant pain until about 75 degrees' flexion of the knee. The diagnoses were right knee sprain, status post right meniscal repair surgery dated 11/22/2016 and lumbar sprain, improved. The recommendation was to continue physical therapy and remain on light duty with no kneeling squatting or crawling.

Per a Discharge Letter from Therapeutic Associates Physical Therapy dated 04/03/2017, the claimant was being treated for pain in the right knee. The pain was rated at 1/10. The claimant was discharged from physical therapy and was continue on home exercise program (HEP).

Per an occupational medicine report dated 04/10/2017 from Lee Davidson, M.D. (Emergency Medicine), the claimant presented for a repeat evaluation of a right knee injury that occurred on 09/04/2016. It was noted the claimant experienced a meniscus tears. Of note, the claimant was doing much better at the time and experienced no pain in the knee. The claimant wanted to return to full duty work. The diagnoses were right knee sprain, right knee meniscus tear status post-surgical repair and lumbar strain. The plan was to return to full duty work without restriction.

On 10/09/2017, the claimant submitted a declaration in support of the appeal for the denied claim benefits.

On 10/13/2017, Darrin Class (Attorney at Law) from Roy Law filed an appeal on behalf of the claimant's denied claim benefits.

**Medical Records:**

Johnson Crushers International - Job Description
09/29/15 Unknown Provider - EKG Graph
09/29/15 PeaceHealth Laboratories - Laboratory Report
09/29/15 Oregon Imaging Centers - CT of the Abdomen and Pelvis
10/21/15 David Knowlton, MD - Progress Note:10/21/2015, 08/18/2016
08/18/16 Unknown Provider - Pain Disability Index
09/13/16 MR Imaging Associate - Request for MRI
09/13/16 Cascade Health Solution - Injury Treatment Form:09/13/2016, 09/20/2016, 10/04/2016, 10/25/2016
09/13/16 Lisa Kovacevic, FNP - Office Visit:09/13/2016, 09/20/2016, 10/04/2016, 10/25/2016, 01/19/2017, 02/14/2017, 03/13/2017
09/13/16 Lisa Kovacevic, FNP - Worker's and Health Care Provider's Report for Workers Compensation Claim
09/15/16 Cascade Health Solution - Referral Form
09/18/16 Cummins Michael - Short Form Pain Questionnaire
09/28/16 Jeffrey Tuman, MD - Office Visit:09/28/2016, 11/16/2016, 12/05/2016
10/18/16 Liberty Mutual Insurance - Correspondence:10/18/2016, 02/15/2017,02/28/2017
12/05/16 Scott Colling, PT - Physical Therapy Progress Note:12/05/2016, 01/06/2017, 02/03/2017
01/19/17 Cascade Health Solution - Occupational Health Injury Treatment Form: 01/19/2017, 02/14/2017, 03/03/2017, 04/10/2017
02/16/17 Emily Baughman, PT - New Patient Intake Sheet
02/23/17 Therapeutic Associates - Physical Therapy Initial Evaluation
03/01/17 Master Trace - Investigation Report
03/03/17 Emily Baughman, PT - Office Visit: 03/03/2017, 03/10/2017, 03/14/2017, 03/17/2017, 03/20/2017, 04/03/2017
04/03/17 Therapeutic Associates - Discharge Letter
04/10/17 Lee Davidson, MD - Occupational Medicine Report
04/21/17 Cummins Michael - Authorization for the Release Protected Health Information
09/27/17 Oregon Imaging Centers - CT Abdomen and Pelvis
10/09/17 Cummins Michael - Declaration
10/09/17 Charmaine Bishop - Correspondence
10/13/17 Darrin Class - Correspondence
10/13/17 Liz Haegele - Correspondence

**Communication:**

12/08/17 09:45 AM EST- A peer-to-peer call was attempted with Lisa Kovacevic, FNP at 541-228-3100. A message was left with office voicemail providing case details, report due times, and a call back number.
12/11/17 04:15 PM EST- A peer-to-peer call was attempted with Lisa Kovacevic, FNP at 541-228-3100. A message was left with office voicemail providing case details, report due times, and a call back number.

**Questions:**

1. Please confirm which diagnosis(es) is/are causing impairment and clarify if the impairment and associated restrictions/limitations are supported throughout the entire elimination period, from 10/8/16 and through 4/8/17. If restrictions/limitations are supported beyond 4/8/17, please indicate this and provide the ongoing duration.

The claimant is a 47-year-old male with diagnoses including right knee sprain, right-sided lumbar sprain, complex tear of medial meniscus of the right knee and primary osteoarthritis of right knee. The claimant was treated with pain medications, physical therapy and surgical intervention. On 11/22/2016 the claimant underwent right knee arthroscopy, partial medial meniscectomy and shaving chondroplasty of the medial femoral condyle. Physical examination was significant for mild tenderness to palpation over the bilateral joint lines both laterally and medially. There was slight limited flexion of the knee by about 10-15 degrees. Reportedly, the claimant was able to perform more squat without significant pain until about 75 degrees' flexion of the knee. On 04/10/2017 the claimant was seen in the office of his treating provider. The claimant reported no pain in the knee. The claimant wanted to return to full duty work.

Based on the medical records reviewed restrictions/limitations are supported throughout the entire elimination period, from 10/8/16 and through 4/8/17.

Based on the medical records reviewed it is my medical opinion that the claimant is capable of maintaining a full time (8-hour day) work schedule with the following restrictions between dates 10/8/16 through 4/8/17; No lifting, carrying, pushing or pulling greater than 25 pounds. Occasional lifting, carrying, pushing or pulling less than 25 pounds. Frequent lifting, carrying, pushing or pulling less than or equal to 15 pounds. Occasional bending, stooping, crouching and crawling. No restrictions on overhead reaching. No restrictions on reaching at waist level or below waist level. No restrictions on fingering and handling. The claimant should stand for no longer than 30 minutes at a time for no longer than 2 hours total per day. The claimant should walk for no longer than 30 minutes at a time for no longer than 2 hours total per day. No restrictions on the claimant's ability to sit. Occasional stair climbing.

Based on the medical records reviewed, it is my medical opinion that the claimant is capable of maintaining a full time (8-hour day) work schedule without restrictions or limitations from 04/08/2017 and forward.

The claimant is a 47-year old male with complaints of right knee pain. Diagnostic studies including an MRI of the right knee demonstrated a meniscus tear which was treated with arthroscopic right knee surgery on 11/22/2016. Because of the claimant's diagnosis of meniscus tear with right knee surgery the claimant did have restrictions and limitations in his functional capacity between dates 10/8/16 and through 4/8/17. These restrictions and limitations were necessary to prevent aggravation of the claimant's right knee condition. On 04/10/2017 the claimant was seen in the office of his treating provider. The claimant reported no pain in the knee. The claimant wanted to return to full duty work. By 04/08/2017 the insured had experienced full healing of his right knee following surgery and restrictions and limitations were no longer warranted.

2. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8-hour day.

Based on the medical records reviewed restrictions/limitations are supported throughout the entire elimination period, from 10/8/16 and through 4/8/17.

Based on the medical records reviewed it is my medical opinion that the claimant is capable of maintaining a full time (8-hour day) work schedule with the following restrictions between dates 10/8/16 through 4/8/17; No lifting, carrying, pushing or pulling greater than 25 pounds. Occasional lifting, carrying, pushing or pulling less than 25 pounds. Frequent lifting, carrying, pushing or pulling less than or equal to 15 pounds. Occasional bending, stooping, crouching and crawling. No restrictions on overhead reaching. No restrictions on reaching at waist level or below waist level. No restrictions on fingering and handling. The claimant should stand for no longer than 30 minutes at a time for no longer than 2 hours total per day. The claimant should walk for no longer than 30 minutes at a time for no longer than 2 hours total per day. No restrictions on the claimant's ability to sit. Occasional stair climbing.

Long term prognosis for the claimant is good.

3. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.).

The medical records do not support any side effects from the prescribed medications that are causing impairment for the claimant.

4. When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. During the conversation, the employee's functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes. Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records

Contact was unable to be made with the claimant's treating provider.

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person’s authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider’s medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor

relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Theresa Oney M.D.
Board Certified Physical Medicine &Rehabilitation

Referred Date: 12/07/17
Report Date: 12/15/17

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By: Keahti Sherelle Ingram
Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112 x13938
Fax: (603) 334-8630

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | ASTEC INDUSTRIES, INC. | Date Sent: | 12/7/2017 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | MICHAEL CUMMINS | Claim #: | 7224525 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 10/8/2016 |
| Zip: | | Primary Diagnosis: | Other tear of medial meniscus, current injury, left k |
| Gender: | MALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | Dr. Kovaceciv tel 541-228-3100 fax 541-228-3109 |

Referral Questions:

Vendor Chosen: Dane Street, LLC

Claimant Name: MICHAEL CUMMINS

# Liberty Mutual - Independent Evaluation

## Peer Review

When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. During the conversation, the employee's functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes. Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records.

1. Please confirm which diagnosis(es) is/are causing impairment and clarify if the impairment and associated restrictions/limitations are supported throughout the entire elimination period, from 10/8/16 and through 4/8/17. If restrictions/limitations are supported beyond 4/8/17, please indicate this and provide the ongoing duration.
2. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day.
3. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc).

Instructions For Vendor:

Claimant Name: MICHAEL CUMMINS

# Liberty Mutual - Independent Evaluation

## Peer Review

Attorney Information (if applicable):

Claimant Name: MICHAEL CUMMINS

**Roy Law**
**1000 SW Broadway**
**Suite 1740**
**Portland, OR 97205**
**Tel: 855-306-4313 Fax: 855-344-1726**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Keahti Ingram, Long Term Disability Case Man. | **From:** | Danielle Barber |
| **Fax:** | 1-603-334-8630 | **Date:** | October 13, 2017 04:32 PM |
| **Organization:** | The Liberty Life Assurance Company | | |
| **Subject:** | **RE: Appeal of Michael Cummins \| Claim No. 7224525** | | |

---

Keahti Ingram,

Please find enclosed in this fax, Mr. Cummins' appeal with exhibits, to The Liberty Life Assurance Company of Boston's denial of his long-term disability benefits and life insurance waiver of premium (if applicable), letter dated April 18, 2017. It would be helpful for our office, if you could confirm receipt of the appeal.

If you have any questions, or require any additional information, please feel free to contact me directly.

Sincerely,

Danielle Barber | Paralegal
Roy Law | Disability Insurance Attorneys
1000 SW Broadway, Suite 1740 | Portland, OR | 97205
O: 503 206 4313 | 855 306 4313 | C: 503 734 6184 | Direct Line: 503 719 5347 | F: 855 344 1726 | roylawpdx.com

Confidentiality Notice: If this message is not addressed to you please show it to no one as it may contain confidential, privileged or other sensitive information, and contact Roy Law to confirm you are the intended recipient.

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

ROY LAW

1000 SW BROADWAY
SUITE 1740
PORTLAND, OR 97205
503 206 4313
855 306 4313
855 344 1726 FAX
ROYLAWPDX.COM

DARRIN@ROYLAWPDX.COM

October 13, 2017

**Via Facsimile (603-334-8630) with Exhibits**

The Liberty Life Assurance Company of Boston
Disability Claims
Attn: Keahti Ingram, Long Term Disability Case Manager
Post Office Box 7207
London, Kentucky 40742-7207

**Re: Michael Cummins' Appeal of The Liberty Life Assurance Company of Boston's Denial of LTD Benefits *and* Waiver of Life Insurance Premium**
**Claim Number: 7224525**
**Plan/Policy Holder: Astec Industries, Inc.**

This firm represents Mr. Michael Cummins in his appeal ("Appeal") of The Liberty Life Assurance Company of Boston's ("Liberty") denial of his long-term disability ("LTD") insurance benefits *and* waiver of life insurance premium (if applicable). This letter is submitted pursuant to Liberty's denial letter dated April 18, 2017 ("Denial"), in which Liberty agreed to consider Mr. Cummins' case further upon a timely filed Appeal. This letter and associated exhibits "A" – "H" constitute Mr. Cummins Appeal. [1]

## I. Summary of Mr. Cummins' Position.

Liberty denied Mr. Cummins's claim because he did not return various forms by a date arbitrarily set by Liberty. The purpose of the forms – to arguably rule out pre-existing conditions. However, this rationale is contrary to the evidence, as Mr. Cummins suffered an industrial injury in 2016, while he was employed by the covered employer, which Liberty, as the employer's workers' compensation carrier, covered, which negates any argument that the disabling injury could have been a pre-existing condition. Whether other possible pre-existing conditions could exist, is irrelevant, as the claim was based on the industrial

[1] Capitalized terms in this Appeal correlate to the terms as defined in Mr. Cummins' LTD Policy with Liberty.

accident to Mr. Cummins's knee, which Liberty agreed was covered and therefore occurred, while Mr. Cummins was working.

Since denying his claim, Mr. Cummins completed and returned the requested forms, thereby addressing the stated reasons for the denial. With this appeal, he is submitting additional documentation showing that even after surgery and physical therapy, he continues to suffer debilitating pain and is being treated for the pain.

This Appeal submits: (A) the declaration of Michael Cummins; (B) Mr. Cummins' prescription drug records from Bi-Mart Pharmacy located at 4780 Royal Avenue, Eugene, Oregon 97402 and Fred Meyers Pharmacy located at 60 Division Avenue, Eugene, Oregon 97404; (C) the declaration of Charmaine Bishop; (D) Medical records from Cascade Health Solutions; (E) medical records from Therapeutic Associates; (F) medical records from Dr. David Knowlton, MD; (G) medical records from Dr. Robb Larsen, MD; (H) Physical Capacity Evaluation ("PCE") completed by John Lowry, PT on August 17, 2017; and the relevant statutory, regulatory, and case law applicable to Mr. Cummins' claim.[2]

## II. Facts

These facts are supported by the declaration of Mr. Cummins, Exhibit "A," and the information in Liberty's claim file.

### A. Background Information

Mr. Cummins was born on He is currently 47 years old and resides in Eugene, Oregon with his wife, Charmaine Bishop.

After high school, Mr. Cummins began working in physically demanding occupations, and has received training in the same. Mr. Cummins has only worked in hands-on, physically demanding occupations.

---

[2] Mr. Cummins' claim is governed by the Employee Retirement Income Security Act ("ERISA")

In 1995, Mr. Cummins began working with Farwest Steel & Reinforcing, where he worked with high definition-cutting machines to cut steel. Mr. Cummins worked for Farwest, approximately ten years before being laid off during a downsizing of the company.

After Farwest, Mr. Cummins continued to work with other companies within the same industry. On March 28, 2016, Mr. Cummins began working for Johnson Crushers International ("JCI"). During Mr. Cummins' employment he ran various machines to create rock and steel crushers, similar to those seen on the show Gold Rush.

On September 4, 2016, Mr. Cummins injured his knee while on the job.[3] The environment that Mr. Cummins and other employees worked, were not the most ideal. They were required to maneuver their body in unique positions, around materials and machines.

On September 4th, Mr. Cummins head a pop from his knee while getting up and down of the table in his work station, and then his knee started to hurt. Mr. Cummins immediately informed his supervisor that he had injured himself, in case it was something that required more treatment than just icing and resting.

After Mr. Cummins' twelve-hour shift, he went home as usual, showered and went about his normal evening routine. By this point, his knee had started to swell up and was causing him significant pain. He put icy hot on his knee and had his wife assist in wrapping it with an ace bandage.

About three or four days later, there was a staff meeting at work, Mr. Cummins' knee was still hurting him, and he informed his supervisor of the same. The pain Mr. Cummins was experiencing continued to increase each day. After the meeting, I went straight to urgent care to be examined.

---

[3] JCI's workers compensation insurance was provided by Liberty Mutual Insurance and Mr. Cummins incorporates the contents of his workers compensation claim file by this reference. Mr. Cummins further incorporates the contents of his STD claim file by reference.

After Mr. Cummins' initial injury, he was placed on light duty with JCI, for a short period of time. During the period of light duty, Mr. Cummins worked in the shipping and receiving department. His work station consisted of a high chair/stool that required Mr. Cummins to hop up into the seat. The angle his legs were at caused increased pain and swelling, as well as his leg to go numb. One day, Mr. Cummins was in so much pain, he was unable to walk back from break, and had to be taken home by his employer.

**B. Mr. Cummins' Symptoms of his Disabilities**

Initially, Mr. Cummins experienced a significant amount of swelling, which increased with any level of activity. He started wearing a knee brace, which he continues to wear presently, and borrowed crutches from his father to help in his ability to be mobile. The swelling and pain made it, and continue to make it difficult for Mr. Cummins to ambulate.

In November of 2016, Mr. Cummins underwent knee surgery. After his surgery, he attended physical therapy at Cascade Health Solutions. Cascade Health Solutions were not seeing the results they had hoped for with Mr. Cummins recovery from knee surgery so he was referred to Therapeutic Associates to complete his physical therapy. The more stretches and exercises that Mr. Cummins performed during his physical therapy, the more pain he experienced.

In April of 2017, Mr. Cummins experienced financial pressure at home and from his worker's compensation attorney to reach a settlement. Primarily, Mr. Cummins concern was the financial pressure of being out of work, and having been the primary breadwinner in his family, the bills stacking up. Mr. Cummins requested to be released back to work by his treating physicians. Although they were hesitant because his knee had not recovered and healed as they hoped, they signed off on the releases. Mr. Cummins informed Liberty that he had to return to work during this time due to the financial pressures.

In April, Mr. Cummins started working for Delta Sand & Gravel, but was only able to work three days before he had to quit because his knee was causing him too much pain, and was swollen causing difficulty in walking.

After a week of resting to allow the swelling and pain to subside, Mr. Cummins started employment with Midvalley Metal. Again, the swelling and pain after only a few days, caused Mr. Cummins to have to quit this position as well. Since his three-day employment with Midvalley Metal, Mr. Cummins has not worked in any capacity.

Additional symptoms that Mr. Cummins experiences are popping in the knee when going from sitting to standing and standing to sitting and stiffness. Mr. Cummins spend most of his days on the couch with his leg elevated to prevent swelling in his knee.

Mr. Cummins is debilitated from the constant pain he experiences with his knee. His pain level can range from a two to a nine depending on his level of activity for the day, and the level of swelling he experiences.

**C. Mr. Cummins' Mediations**

Below is a list of the current medications Mr. Cummins is taking as prescribed by his treating physicians. This list is supported by Mr. Cummins' prescription drug records attached to this Appeal as Exhibit "B".

- Ibuprofen, two 200 mg tablets in the morning and four 200 mg tablets in the evening before bed; Additional dosages throughout the day depending on pain level and activity;
- Lisinopril, 40 mg, once daily;
- Hydrochlorothiazide, 25 mg;
- Propranolol Hcl, 40 mg, twice daily;
- Alprazolam, 1 mg; and
- Excedrin migraine, as needed.

Mr. Cummins recently received a steroid injection in his knee from Dr. Larsen, and will continue to receive them every six months.

### D. Side Effects of Mr. Cummins' Medications

After receiving the steroid injection, Mr. Cummins' knee felt like he had been hit with a baseball bat, and his leg was on fire. The pain he experienced after the steroid injection was more intense than the pain he experiences constantly from his overall knee pain.

### E. Some Job Duties of Mr. Cummins' position as a Fabrication Machine Operator for JCI

Attached to Mr. Cummins' declaration, Exhibit "A", is a job description provided by his employer, JCI. The job description provides a good overview of the requirements of a Fabrication Machine Operator for JCI, but does not provide details of the environment Mr. Cummins and other employees worked in to complete these tasks.

As mentioned, Mr. Cummins occupation was very physically demanding. His work station was on a platform that was up off the ground. There is one narrow step that leads to his work platform, upon which there was a table that his material laid across. The table could hold up to 600 inch plates of steel that Mr. Cummins cut. Throughout the day, Mr. Cummins was required to climb on and off the table while performing his tasks.

The table Mr. Cummins works on has slats that are six to eight inches in depth, which are meant to catch pieces of steel that have been cut. Due to the size of the material that Mr. Cummins worked with, he would regularly have to "duck" walk across the material laying on the table. To "duck" walk, he would have to be crouched down, instead of standing straight up, and walk sideways across the material. There were a number of times that Mr. Cummins foot fell through the slats on the table top, while "duck" walking across material.

Throughout his shift, he would climb on and off the table to place machines for cutting or work forklifts and/or cranes to move material.

Due to the set-up of the table, there were many times it was much easier to just manually lift and "duck" walk material, at times weighing up to 150 pounds, across the table or to readjust the position of the material for cutting.

While the machines performed the cutting, Mr. Cummins would work at a computer completing paperwork. The machines typically ran from 10 to 15 minutes per cut, before he would have to get back up on the table to set for the next cut.

**F. Some of the Ways Mr. Cummins' Disabilities Impacted His Ability to Perform the Duties of His Own Occupation**

Mr. Cummins knee injury has caused him limited mobility due to swelling and pain. The swelling and pain increase with activity and would prevent him from being able to maneuver in the manner needed to complete the tasks of his own occupation. Specifically, Mr. Cummins is physically unable to climb on and off a table repeatedly throughout the day or "duck" walk across a table top, let alone doing so while carrying material that can weight up to 150 pounds.

**G. Some of the Ways Mr. Cummins' Disabilities has Impacted His Activities of Daily Living**

Prior to Mr. Cummins knee injury, he was active and enjoyed participating in activities such as fishing, hunting and camping. Mr. Cummins also enjoyed going on bicycle rides and walks with his wife.

Mr. Cummins has attempted to remain active; however, there are days that completing the at home stretches and exercises prescribed by Therapeutic Associates, cause him enough increase pain and swelling, that is all he can complete in a day.

Mr. Cummins is highly limited in the amount of time he can stand or walk, which has impacted his ability to assist with the household responsibilities, such as cooking, cleaning, and running errands, among other things. Mr. Cummins has had to rely heavily on his wife for her

assistance in completing some of his activities of daily living, as well as the household responsibilities.

## III. The LTD Policy

The LTD policy states:

> "**Disability**" or "**Disabled**" means:
>
> 1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:
>
> ...
>
> b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and
>
> ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.
>
> "**Injury**" means bodily impairment resulting directly from an accident and independently of all other causes. For the purpose of determining benefits under this policy:
>
> 1. any Disability which begins more than 60 days after an Injury will be considered a Sickness; and
> 2. any Injury which occurs before the Covered Person is covered under this policy, but which accounts for a medical condition that arises while the Covered Person is covered under this policy will be treated as a Sickness.
>
> "**Material and Substantial Duties**" means responsibilities that are normally required to perform the Covered Person's Own Occupa-

tion, or any other occupation, and cannot be reasonably eliminated or modified.

"**Own Occupation**" means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.

"**Sickness**" means illness, disease, pregnancy or complications of pregnancy.

## IV. Mr. Cummins is disabled under the LTD Policy

### A. Mr. Cummins' condition is well documented.

Exhibit "A" submitted with this Appeal provides detailed testimony of how Mr. Cummins' medical condition affects his life and his ability to work in his Own Occupation.

Exhibit "C" is considered *objective evidence* of Mr. Cummins' disability. Objective evidence is any evidence "perceptible to persons other than the affected individual." *Culp v. Metro. Life Ins. Co.*, No. 3:14-CV-01133-PK, 2015 U.S. Dist. LEXIS 174360 (D OR September 28, 2015) (citing, Merriam Webster Medical Dictionary, http://www.merriam-webster.com/medlineplus/objective (last visited September 6, 2017).

Exhibits "D" to "H" provide additional medical evidence not previously reviewed by Liberty.

Exhibit "H" is a PCE performed on August 17, 2017, finding the following restrictions and limitations: Sitting 1/2 hour at a time for a maximum of 4 hours; Standing 1/2 hour at a time for a maximum of 4 hours; Walking 1/2 hour at a time for a maximum of 3 hours; unable to squat, infrequent ability to climb stairs; occasional ability to climb a ladder; occasional ability to bend at knees; impaired balance; and that Mr. Cummins was work de-conditioned. While find-

ing Mr. Cummins has the strength capability to perform heavy lifting, the walking/standing/sitting/stairs/ladder restrictions with impaired balance prohibit him from performing his own occupation as a machine operator II (DOT 619.685-062, cross walked to O*NET 51-4081.00), as the occupation requires continually or almost continually standing, walking and running continually or almost continually, and multi-limb coordination.

**B. Liberty must credit Mr. Cummins' self-reported symptoms of pain and fatigue at face value.**

The Ninth Circuit Court of Appeals has long noted individual reactions to pain and fatigue are subjective and not easily determined by reference to objective measurements. *Saffon v. Wells Fargo & Co. Long Term Disability Plan*, 522 F.3d 863, 872-73 (9th Cir. 2008); *See also, Bunnell v. Sullivan*, 947 F.2d 341, 348 (9th Cir. 1991)(en banc).

Where a claimant's condition does not lend itself easily to objective verification, such as in cases of pain and fatigue, a claimant's subjective reports must be considered and should, unless the claimant's veracity is legitimately drawn into question. *Ettel v. Prudential Life Ins. Co. of America*, 2008 WL 5186537 (WD WA December 10, 2008); see also *Palmer v. Standard Ins. Co.*, 994 F. Supp. 1221, 1233-1234 (D OR 1998); *Gilmore v. Liberty Life Assurance Co. of Boston*, 4:13-cv-00178, No. 63 (ND CA April 24, 2014).

**C. Liberty must give substantial weight to Mr. Cummins' treating physician's opinion**

Courts have a strong preference for treating physicians' opinions' over mere document reviews or one-time examinations. *Nord v. Black & Decker*, 123 S. Ct. 1965, 1972 (2003). In fact, courts have held following Nord that "a district court may, in conducting its independent evaluation of the evidence in the administrative record, take cognizance of the fact … that a given treating physician has a greater opportunity to know and observe the patient than a physician retained by the plan administrator." See *Ayers v. Life Ins. Co. of North America*, 2012 WL 1388396, *15 (D OR. April 19, 2012)(*citing,*

*Jebian v. Hewlett–Packard Co. Emp. Benefits Org. Income Protection Plan*, 349 F.3d 1098, 1109 (9th Cir. 2003)).

**V. Liberty's Denial Was Unreasonable**

**A. Liberty failed to credit Mr. Cummins' self-reporting of pain and fatigue.**

As previously noted, a claimant's subjective reports of pain and fatigue must be considered, and Liberty's failure to weigh this in its determination that he could perform his Own Occupation was arbitrary and capricious. *Ettel v. Prudential Life Ins. Co. of America*, 2008 WL 5186537 (WD WA December 10, 2008).

**B. Liberty failed to engage in a meaningful dialogue with Mr. Cummins.**

The regulations adopted by the DOL pursuant to ERISA require Liberty to engage in a meaningful dialogue with Mr. Cummins. *Booton v. Lockheed Med. Benefit Plan*, 110 F.3d 1461, 1463 (9th Cir. 1997). Liberty was required to communicate with Mr. Cummins in clear simple English so that he was capable of understanding his duties and the implications of his failure to timely act. Leading the February 28, 2017 request letter to Mr. Cummins off with long quotations of the policy and then concluding with vague language that if he fails to timely return the forms, a decision may be made, was insufficient to put him on notice that his claim would be denied due to Liberty's failure to rule out possible pre-existing injuries.

Mr. Cummins has a high school education and has worked in "heavy" physical occupations his entire career. The letter was not written in simple English so that Mr. Cummins would understand the relevant issue – the need to rule out pre-existing injuries, or to sufficiently convey the implications of his failure to timely respond, especially when he had previously returned such forms, so there was no explanation as to why he had to return similar forms again.

This same problem plagued the denial letter and was compounded by references to "Medical Canvas" without any explanation of what this means, as well as to a Fred Meyer pharmacy and "possible dates of service" implying that he had used this pharmacy, thereby creating confusion. The denial was further confusing and not a "meaningful dialogue" as it states that the denial was based on the inability to confirm disability. Mr. Cummins injured his knee and received STD administered by Liberty. Thus, there is proof of disability. The denial failed to state in simple English why the prior proof was insufficient and how the forms sought in Liberty's February 28, 2017 letter was needed.

**C. Liberty failed to conduct a full and fair review as reasonable restrictions and limitations were imposed by Mr. Cummins's provider.**

Dr. David Knowlton, MD, placed reasonable restrictions and limitations on Mr. Cummins based on objective diagnostic testing. Restrictions and limitations were also adopted by Lisa Kovaceciv, FNP. Absent from the file is a review of the medical files or a discussion of why they were insufficient. At a minimum, the file should have been referred to a nurse case manager or medical director for review. As it stands, the file does not provide Mr. Cummins with enough information to prepare adequately for this review or an appeal to the federal courts. Anderson v. Sotheby's, Inc., 2006 WL 1722576, *18 (SD NY June 22, 2006).

**D. Liberty failed to provide workers compensation claim file.**

Liberty served as JCI's workers' compensation carrier in connection to Mr. Cummins's industrial injury, and ultimately provided coverage. As part of this process, it had documents relating to Mr. Cummins's injury. Mr. Cummins, through counsel, requested a copy of this file, which request was ignored. This is a second example of Liberty's failure to engage in a full and fair review of Mr. Cummins's LTD claim.

The failure to provide the file also implicates the meaningful dialogue requirement. By reaching a settlement with Mr. Cummins on the worker's compensation claim, Liberty admitted that Mr. Cummins's injury occurred on the job and therefore was not a "pre-existing" condition, bringing the rationale for its denial into question, and rendering the denial to be arbitrary and capricious.

## VI. Full and Fair Review Requirement

If Liberty disagrees with the legal analysis submitted with this Appeal, then it must explain why and provide a detailed reason for its disagreement. Moreover, if Liberty obtains another expert opinion on the issues in this Appeal, Mr. Cummins is entitled to review that opinion and comment before Liberty makes its final decision. This "full and fair review" is required by ERISA's regulations. 29 C.F.R. § 2560.503-l(f)(l). *See Cook v. New York Times Long-term Disability Plan*, 2004 U.S. Dist. LEXIS 1259 (SD NY January 27, 2004).

The purpose of the full and fair review requirement is to provide claimants with enough information to prepare adequately for further administrative review or an appeal to the federal courts. At its core, the full and fair review requirement includes knowing what the decision-maker relied upon and having an opportunity to address the accuracy and reliability of their position. *Anderson v. Sotheby's, Inc.*, 2006 WL 1722576, *18 (SD NY June 22, 2006); *West v. The Corning Inc. Pension Plan for Hourly Employees*, 2009 U.S. Dist. LEXIS 87207, * 29 (WD NY September 23, 2009).

## VII. Conclusion

For the reasons stated above, Liberty should overturn its denial and fulfill its contractual obligations to Mr. Cummins.

Best Regards,



Darrin Class
Attorney at Law

darrin@roylawpdx.com

# DECLARATION OF MICHAEL CUMMINS

I, Michael Cummins, declare:

I am submitting this declaration in support of my appeal of Liberty Life Assurance Company of Boston's ("Liberty") denial of my claim for long-term disability insurance benefits.[1]

This declaration provides:

I. Background information;

II. My understanding of the term disabled, as defined in my long-term disability ("LTD") insurance policy with Liberty ("LTD Plan");

III. A list of the symptoms of my disability and the medications I am currently taking;

IV. The duties of my Own Occupation;

V. Some of the ways my disability affects my ability to work in my Own Occupation; and

VI. An explanation of how the symptoms of my disability affect my activities of my daily life.

## I. Background

I was born on I am 47 years old, and reside in Eugene, Oregon with my wife Charmaine Bishop.

---

[1] The information in this declaration is intended to supplement the information in Liberty's claim file. The discussion of disability, symptoms, and how my symptoms affect my life and ability to work is not exhaustive.



This declaration was prepared with the assistance of Roy Law

Since high school, I have worked in physically demanding positions, and have received training in the same area of labor.

In 1995, I started with Farwest Steel & Reinforcing, where I used a high definition-cutting machine to cut steel. I worked for Farwest before being laid off, during a downsizing of the company.

After Farwest, I worked at other companies within the same industry, performing the same overall tasks, which were physically demanding. I began working for Johnson Crushers International ("JCI") on March 28, 2016. During my employment with JCI, I ran numerous machines to create rock and steel crushers, similar to those that can be seen on the television show, Gold Rush.

I injured my knee while on the job, on September 4, 2016. The manner in which my job had to be performed, and the set-up of the equipment is not the most ideal, causing the employee to maneuver their body in unique positions. Additionally, there is a lot of up and down from the work table to the platform it was on, as well as the step up to the platform, which was very narrow.

On September 4, 2016, I heard a pop while going up and down off the table, and my knee started to hurt. By the end of my twelve-hour shift, my knee was hurting pretty bad. I informed my supervisor that I had hurt my knee, so it was noted in case it was something that required more than just rest and icing.

I went home after my shift, showered and went about my normal evening routine, but by this point, my knee had started to swell up. I put icy hot on my knee and had Charmaine help me wrap it with an ace bandage.

Around three or four days later, my knee was still hurting. We had a meeting at work, and after the meeting, I informed my supervisor that my knee was still hurting, and the pain was increasing each day. I told him that I thought there was something wrong with my knee. I left work and went straight to urgent care to be examined.

After my initial injury, I was placed on light duty for a short period. During this time, I worked in the shipping and receiving department. My work station was a high chair/stool, that required me to kind of hop to get in the seat. The angle at which I had to sit caused increased pain and swelling in my knee, causing my leg to go numb. There was one day that my knee was hurting so bad, I couldn't walk back to my station from break. The human resources director and safety director had to drive me home.

## III. My understanding of the terms of my LTD Plan

When I began my employment with JCI, I was offered a benefit package, which included medical coverage, dental coverage, and income protection benefits. I reviewed the initial information provided to all employees before making my benefit selections.

In doing so, I made the decision to participate in the income protection plans offered by my employer, through Liberty. I had taken the time to read the information on the income protection plans prior to enrolling in the plan. After reading the information, I understood that I would receive a portion of my income should I become unable to perform the material duties of my occupation due to a sickness or injury.

I understood, based on the Liberty policy information, that if I became unable to perform my own occupation, I would be deemed disabled and eligible for benefits. I understood my own occupation to be my actual job duties as I actually performed them for my employer at the time I became disabled; not a general approximation of my job and job duties.



This declaration was prepared with the assistance of Roy Law

### III. Symptoms of my disability and the medications I am currently taking

#### A. Symptoms of my disability

I experience swelling in my knee. Initially, I had a large amount of swelling in my knee with any activity, which caused increased pain. As I walked or would move around the swelling in my knee would increase, until it got to the point that I couldn't walk anymore. I started wearing a knee brace, and borrowed crutches from my father to assist in my ability to be mobile.

In November of 2016, I underwent knee surgery. After my surgery, I attended physical therapy at Cascade Health Solutions. My knee was not improving as much as they would have liked, so I was sent to another facility, Therapeutic Associates. As with Cascade Health Solutions, the more exercise I performed to improve my knees strength and mobility, the more pain I experienced.

In April of 2017, with bills stacking up and pressure from my worker's compensation attorney to settle the worker's compensation matter, I reached a settlement and requested a release back to work from my treating physicians. Although, they were hesitant because my knee had not improved to the point where they felt comfortable signing off on a release, they did so. During the same time, I called and informed Liberty of my current state, and the need to find work due to financial pressures at home.

I began working for Delta Sand & Gravel in April, and was only able to work three days before I had to quit. I had to walk up and down stairs throughout my shift, which caused increased pain and swelling. During the second day, I could hardly walk due to the swelling in my leg.

After about a week of resting to allow the swelling to go down, I began working at Midvalley Metal. Again, I was only able to work

three days before the swelling and pain became too much, and I was unable to walk. I have not worked since this last position.

Additional symptoms include: popping in my knee when going from a sitting position to standing or standing to sitting, and stiffness if in one position for too long. I spend most of my day on the couch with my leg elevated to prevent swelling. To prevent stiffness, I shift my position often, and even get up and walk a short distance either into the bathroom or the garage, and back to the couch.

My most debilitating symptoms with my knee are the constant pain, which ranges from level two to a level nine depending on my level of activity for the day, and swelling.

**B. My Medications**

Below is a list of the medications I currently take daily; however, adjustments to these medications may occur as deemed necessary by my treating physicians:

- Ibuprofen, two 200 mg tablets in the morning and four 200 mg tablets in the evening before bed; Additional dosages throughout the day depending on pain level and activity;
- Lisinopril, 40 mg, once daily;
- Hydrochlorothiazide, 25 mg;
- Propranolol Hcl, 40 mg, twice daily;
- Alprazolam, 1 mg; and
- Excedrin migraine, as needed.

At a recent appointment with Dr. Robb Larsen, Oregon Medical Group, I had fluid removed from my knee and a steroid injection performed. I will have to go every six months for continual steroid injections.

**C. Side Effects of my Medications**

After receiving the steroid injection in my knee, my leg felt like it was

on fire, and my knee hurt like I had been hit with a baseball bat, which is a little different, and more painful, that the pain I experience on a constant basis.

## IV. My job duties as a Fabrication Machine Operator for JCI

Attached to my declaration, as Exhibit "1", is my job description from JCI; however, this does not provide full detail of the requirements of my occupation or the environment I worked in.

As mentioned above, my job was physically demanding. The platform I worked on was off the ground by one step and then on top of the platform was a table, which is where I actually work. Throughout my day, I would climb up and down off the table to move and manipulate machines and materials. The table is very large in size, holding up to 600 inch plates.

The table has slats, which are six to eight inches in depth, that are meant to catch pieces of material that have been cut. Due to the size of material I worked with, I have to "duck" walk across the material on the table. "Duck" walking is walking sideways kind of crouched down, instead of standing up straight and walking forward. There were a number of times my foot would fall through the slats in the table while walking across it or the material on the table.

Throughout my shift, I would climb up and down off the table and the materials to run other machines such as forklifts and cranes to help move materials. Most of the time, it was just easier to manually move the materials even though the material could be upwards of 150 pounds, then to get off the table and run a forklift or crane.

While the material was cutting, which was typically about five to ten minutes, I would be off the table and working on a computer at a desk to complete paperwork. Once the machine was done cutting, it was back to the table.

**V. Some of the ways the symptoms of my disability affect my ability to work my Regular Occupation**

My knee injury causes limited mobility due to swelling and pain. The swelling and pain increase with activity, preventing me from being able to perform the duties of my occupation. Due to the swelling, I am not physically capable of climbing on and off a table, "duck" walking across a table, or doing so while carrying pieces of material that weigh up to 150 pounds.

**VI. An explanation of how the symptoms of my disability affect my activities of daily living and hobbies**

Prior to my knee injury, I was active and enjoyed participating in activities such as fishing, hunting and camping. My wife, Charmaine and I enjoyed going on bike rides and for walks.

I have tried to remain active even after my injury, but there are times that just the stretches and exercises that I perform daily, as prescribed by Therapeutic Associates, cause increased pain and swelling in my knee and I am unable to do anything additional that day.
I was also actively involved in the care of our home, including cooking, cleaning and running errands. Since my knee injury, I am not able to assist with much of the household chores.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: Oct 9, 2017

Mike m Cummins (Oct 9, 2017)
_______________________
Michael Cummins



This declaration was prepared with the assistance of Roy Law

KPI-JCI
ASTEC COMPANIES
Johnson Crushers International

**Job Title**: Fabrication Machine Operator

**Dept**: Manufacturing

**Reports to (supervisor's title):** Production Supervisor

**FLSA Status:** ☐ **Exempt** or ☒ **Non Exempt**

☒ **Hourly** or ☐ **Salaried**

**Prepared Date**: 11-11-13

## GENERAL PURPOSE OF JOB:

Sets up and operates basic machinery used at JCI in selecting operation sequences, tooling, speed and feeds, torch travel, etc. on equipment, including but not limited to saws and CNC burning machines.

## DUTIES AND RESPONSIBILITIES:

- Load programs to machines
- Process parts to fulfill work orders
- Run pro-nest software at burn tables and Whitney machines
- Perform daily maintenance on machines
- Operate forklift and cranes as needed

## SUPERVISORY RESPONSIBILITIES:

None

## MINIMUM JOB REQUIREMENTS:

- Must have a High School diploma or GED
- Must be detail oriented in processing the paperwork utilized in the manufacture of parts (bills of material, dispatch lists, and work orders)
- Must be able to interpret sketches or simple orthographic detail drawings and be familiar with material used at the respective machine
- Should have own tools or be willing to acquire own tools over a reasonable period of time (6 months to one year)
- Must be able to lift up to 50lbs weight

**PHYSICAL DEMANDS:**

On-the-job time is spent in the following physical activities:

| | --- Amount of Time --- | | | |
|---|---|---|---|---|
| | None | Occasionally 0-33% | Frequently 34%-74% | Continually 75%+ |
| Stand | ☐ | ☐ | ☒ | ☐ |
| Walk | ☐ | ☐ | ☒ | ☐ |
| Sit | ☐ | ☒ | ☐ | ☐ |
| Talk or hear | ☐ | ☒ | ☐ | ☐ |
| Use hands to finger, handle or feel | ☐ | ☐ | ☐ | ☒ |
| Climb or balance | ☐ | ☐ | ☒ | ☐ |
| Stoop, kneel, crouch or crawl | ☐ | ☐ | ☒ | ☐ |
| Reach with hands and arms | ☐ | ☐ | ☐ | ☒ |
| Taste or smell | ☐ | ☒ | ☐ | ☐ |

Weight to be lifted or force be exerted and how often:

| | --- Amount of Time --- | | | |
|---|---|---|---|---|
| | None | Occasionally 0-33% | Frequently 34%-74% | Continually 75%+ |
| Up to 10 pounds | ☐ | ☐ | ☐ | ☒ |
| Up to 25 pounds | ☐ | ☐ | ☐ | ☒ |
| Up to 50 pounds | ☐ | ☐ | ☒ | ☐ |
| Up to 100 pounds | ☐ | ☒ | ☐ | ☐ |
| More than 100 pounds | ☐ | ☒ | ☐ | ☐ |

Special vision requirements: Mark all that apply

☒ Close Vision (clear vision at 20 inches or less)

☒ Distance Vision (clear vision at 20 feet or more)

☒ Color Vision (ability to identify and distinguish colors)

☒ Peripheral Vision (ability to observe an area that can be seen up and down or to the left and right while eyes are fixed on a given point)

☒ Depth Perception (three-dimensional vision, ability to judge distances and spatial relationships)

☒ Ability to Adjust Focus (ability to adjust the eye to bring and object into sharp focus)

☐ No Special Vision Requirements

**WORK ENVIRONMENT:**

Exposure to the following environmental conditions required for this job:

| | - - - Amount of Time - - - | | | |
|---|---|---|---|---|
| | None | up to 1/3 | 1/3 to 2/3 | 2/3 and more |
| Wet, humid conditions (non-weather) | ☒ | ☐ | ☐ | ☐ |
| Work near moving mechanical parts | ☐ | ☐ | ☐ | ☒ |
| Work in high, precarious places | ☐ | ☒ | ☐ | ☐ |
| Fumes or airborne particles | ☐ | ☐ | ☐ | ☒ |
| Toxic or caustic chemicals | ☐ | ☒ | ☐ | ☐ |
| Outdoor weather conditions | ☒ | ☐ | ☐ | ☐ |
| Extreme cold (non-weather) | ☐ | ☒ | ☐ | ☐ |
| Extreme heat (non-weather) | ☐ | ☒ | ☐ | ☐ |
| Risk of electrical shock | ☐ | ☒ | ☐ | ☐ |
| Risk of radiation | ☒ | ☐ | ☐ | ☐ |
| Vibration | ☐ | ☒ | ☐ | ☐ |

Typical noise level for this work environment: Mark all that apply

☐ Very Quiet (Examples: forest trail, isolation booth for hearing test)

☐ Quiet (Examples: library, private office)

☒ Moderate Noise (Examples: business office with typewriters and/or computer printers, light traffic)

☒ Loud Noise (Examples: metal can manufacturing, department, large earth-moving equipment)

☐ Very Loud Noise (Examples: jack hammer work, front row at rock concert)

# BI-MART

**Northwest Grown... Employee Owned!**

**EnterpriseRx Pharmacy System**
**Customer Statement**
**version 1.0**



**Patient Name:** MICHAEL CUMMINS
**Street Address:**
**City:** **State:** **Zip:**
**Birthday:**

**Phone No:**

**Pharmacy Name:** 663 - ROYAL WEST
**Street Address:** 4780 ROYAL AVENUE
**City:** EUGENE **State:** OR **Zip:** 97402
**Phone No:** (541) 463-9559 **Fax No:** (866) 271-6464
**Federal Tax ID:**

| Adj Date | Sold | Store # | Rx # | Fill # | Product | NDC # | Qty | Unit | Days | Prescriber Name | TP Total Amt Paid | PT Pay Amt Total | Primary TP Name | Prior Auth | LOF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/10/2016 | 11/10/2016 | 663 | 292841 | 00 | LISINOPRIL 40MG TABS | 43547-0356-11 | 30.000 | EA | 30 | DAVID KNOWLTON | 0.00 | 5.00 | MEDCO HEALTH | | N |
| 11/10/2016 | 11/10/2016 | 663 | 292837 | 00 | HYDROCHLOROTHIAZIDE 25MG TABS | 16729-0183-17 | 90.000 | EA | 90 | DAVID KNOWLTON | 0.00 | 6.36 | MEDCO HEALTH | | N |
| 11/10/2016 | 11/10/2016 | 663 | 292839 | 00 | ALPRAZOLAM 1MG TABS | 00781-1079-05 | 60.000 | EA | 30 | DAVID KNOWLTON | 1.02 | 2.44 | MEDCO HEALTH | | N |
| 11/10/2016 | 11/10/2016 | 663 | 292840 | 00 | PROPRANOLOL HCL 40MG TABS | 00378-0184-01 | 60.000 | EA | 30 | DAVID KNOWLTON | 24.98 | 5.00 | MEDCO HEALTH | | N |
| 11/23/2016 | 11/23/2016 | 663 | 295110 | 00 | HYDROCODONE-ACETAMINOPH 10-325 TABS | 13107-0021-05 | 40.000 | EA | 6 | JEFFREY TUMAN | 0.00 | 13.50 | MEDCO HEALTH | | N |
| 12/15/2016 | 12/16/2016 | 663 | 292841 | 01 | LISINOPRIL 40MG TABS | 43547-0356-11 | 30.000 | EA | 30 | DAVID KNOWLTON | 0.00 | 5.00 | MEDCO HEALTH | | N |
| 12/15/2016 | 12/16/2016 | 663 | 292840 | 01 | PROPRANOLOL HCL 40MG TABS | 00603-5484-21 | 60.000 | EA | 30 | DAVID KNOWLTON | 24.98 | 5.00 | MEDCO HEALTH | | N |
| 12/15/2016 | 12/16/2016 | 663 | 292839 | 01 | ALPRAZOLAM 1MG TABS | 00781-1079-05 | 60.000 | EA | 30 | DAVID KNOWLTON | 1.69 | 1.77 | MEDCO HEALTH | | N |
| 01/23/2017 | 01/26/2017 | 663 | 292841 | 02 | LISINOPRIL 40MG TABS | 43547-0356-11 | 30.000 | EA | 30 | DAVID KNOWLTON | 2.52 | 2.28 | MEDCO HEALTH | | N |
| 01/23/2017 | 01/26/2017 | 663 | 292839 | 02 | ALPRAZOLAM 1MG TABS | 00781-1079-05 | 60.000 | EA | 30 | DAVID KNOWLTON | 0.36 | 3.10 | MEDCO HEALTH | | N |
| 01/23/2017 | 01/26/2017 | 663 | [illegible] | 00 | HYDROCHLOROTHIAZIDE 25MG TABS | 16729-0183-17 | 30.000 | EA | 30 | DAVID KNOWLTON | 0.85 | 1.17 | MEDCO HEALTH | | N |
| 02/27/2017 | 02/28/2017 | 663 | 292840 | 02 | PROPRANOLOL HCL 40MG TABS | 00603-5484-21 | 60.000 | EA | 30 | DAVID KNOWLTON | 24.98 | 5.00 | MEDCO HEALTH | | N |
| 02/27/2017 | 02/28/2017 | 663 | 309009 | 00 | HYDROCHLOROTHIAZIDE 25MG TABS | 16729-0183-17 | 30.000 | EA | 30 | DAVID KNOWLTON | 0.85 | 1.17 | MEDCO HEALTH | | N |

**Date Range: From: 10/02/2015 To: 10/02/2017**

**EnterpriseRx Pharmacy System**
**Customer Statement**
**version 1.0**



| | | | |
|---|---|---|---|
| **Patient Name:** MICHAEL CUMMINS | | **Pharmacy Name:** | 663 - ROYAL WEST |
| **Street Address:** | | **Street Address:** | 4760 ROYAL AVENUE |
| **City:** | **State:** **Zip:** | **City:** | EUGENE **State:** OR **Zip:** 97402 |
| **Birthday:** | | **Phone No:** | (541) 463-9559 **Fax No:** (866) 271-6464 |
| | | **Federal Tax ID:** | |
| **Phone No:** | | | |

| Adj Date | Sold | Store # | Rx # | Fill # | Product | NDC # | Qty | Unit | Days | Prescriber Name | TP Total Amt Paid | PT Pay Amt Total | Primary TP Name | Prior Auth | LOF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/27/2017 | 02/28/2017 | 663 | 309008 | 00 | LISINOPRIL 40MG TABS | 43547-0356-11 | 30.000 | EA | 30 | DAVID KNOWLTON | 2.52 | 2.28 | MEDCO HEALTH | | N |
| 03/29/2017 | 03/31/2017 | 663 | 313755 | 00 | PROPRANOLOL HCL 40MG TABS | 00603-5484-21 | 60.000 | EA | 30 | DAVID KNOWLTON | 17.84 | 5.00 | MEDCO HEALTH | | N |
| 03/28/2017 | 03/31/2017 | 663 | 313583 | 00 | ALPRAZOLAM 1MG TABS | 00781-1079-05 | 60.000 | EA | 30 | DAVID KNOWLTON | 2.54 | 0.62 | MEDCO HEALTH | | N |
| 03/28/2017 | 03/31/2017 | 663 | 309009 | 01 | HYDROCHLOROTHIAZIDE 25MG TABS | 16729-0183-17 | 30.000 | EA | 30 | DAVID KNOWLTON | 0.55 | 1.17 | MEDCO HEALTH | | N |
| 03/28/2017 | 03/31/2017 | 663 | 309008 | 01 | LISINOPRIL 40MG TABS | 43547-0356-11 | 30.000 | EA | 30 | DAVID KNOWLTON | 2.22 | 2.28 | MEDCO HEALTH | | N |
| 04/25/2017 | 04/26/2017 | 663 | 309008 | 02 | LISINOPRIL 40MG TABS | 43547-0356-11 | 30.000 | EA | 30 | DAVID KNOWLTON | 0.07 | 4.43 | MEDCO HEALTH | | N |
| 04/25/2017 | 04/25/2017 | 663 | 313583 | 01 | ALPRAZOLAM 1MG TABS | 00781-1079-05 | 60.000 | EA | 30 | DAVID KNOWLTON | 2.81 | 0.35 | MEDCO HEALTH | | N |
| 04/25/2017 | 04/25/2017 | 663 | 309009 | 02 | HYDROCHLOROTHIAZIDE 25MG TABS | 16729-0183-17 | 30.000 | EA | 30 | DAVID KNOWLTON | 0.00 | 2.45 | MEDCO HEALTH | | N |
| 04/25/2017 | 04/25/2017 | 663 | 313755 | 01 | PROPRANOLOL HCL 40MG TABS | 00603-5484-21 | 60.000 | EA | 30 | DAVID KNOWLTON | 17.84 | 5.00 | MEDCO HEALTH | | N |
| 05/30/2017 | 06/09/2017 | 663 | 313583 | 02 | ALPRAZOLAM 1MG TABS | 00781-1079-05 | 60.000 | EA | 30 | DAVID KNOWLTON | 0.00 | 26.99 | Cash | | N |
| [illegible] | [illegible] | 663 | 323079 | 00 | LISINOPRIL 40MG TABS | 43547-0356-11 | 30.000 | EA | 30 | DAVID KNOWLTON | 0.00 | 19.39 | Cash | | N |
| 06/30/2017 | 07/01/2017 | 663 | 313583 | 03 | ALPRAZOLAM 1MG TABS | 00781-1079-05 | 60.000 | EA | 30 | DAVID KNOWLTON | 0.00 | 26.99 | Cash | | N |
| 07/14/2017 | 07/14/2017 | 663 | 323079 | 01 | LISINOPRIL 40MG TABS | 43547-0356-11 | 30.000 | EA | 30 | DAVID KNOWLTON | 0.00 | 19.39 | Cash | | N |
| 07/14/2017 | 07/14/2017 | 663 | 313755 | 02 | PROPRANOLOL HCL 40MG TABS | 23155-0112-01 | 60.000 | EA | 30 | DAVID KNOWLTON | 0.00 | 49.99 | Cash | | N |

**Date Range: From: 10/02/2015 To: 10/02/2017**

**EnterpriseRx Pharmacy System**
**Customer Statement**
**version 1.0**



| | | | |
|---|---|---|---|
| **Patient Name:** | MICHAEL CUMMINS | **Pharmacy Name:** | 663 - ROYAL WEST |
| **Street Address:** | | **Street Address:** | 4780 ROYAL AVENUE |
| **City:** | **State:** **Zip:** | **City:** | EUGENE **State:** OR **Zip:** 97402 |
| **Birthday:** | | **Phone No:** | (541) 463-9559 **Fax No:** (866) 271-6464 |
| | | **Federal Tax ID:** | |
| **Phone No:** | | | |

| Adj Date | Sold | Store # | Rx # | Fill # | Product | NDC # | Qty | Unit | Days | Prescriber Name | TP Total Amt Paid | PT Pay Amt Total | Primary TP Name | Prior Auth | LOF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/21/2017 | 08/22/2017 | 663 | 323079 | 02 | LISINOPRIL 40MG TABS | 43547-0356-11 | 30.000 | EA | 30 | DAVID KNOWLTON | 10.51 | 0.00 | OR MEDICAID | | N |
| 08/21/2017 | 08/22/2017 | 663 | 313583 | 04 | ALPRAZOLAM 1MG TABS | 00228-2031-50 | 60.000 | EA | 30 | DAVID KNOWLTON | 10.50 | 0.00 | OR MEDICAID | | N |
| 08/21/2017 | 08/22/2017 | 663 | 334917 | 00 | PROPRANOLOL HCL 40MG TABS | 00603-5484-21 | 60.000 | EA | 30 | DAVID KNOWLTON | 17.41 | 0.00 | OR MEDICAID | | N |
| 08/21/2017 | 08/22/2017 | 663 | 334918 | 00 | HYDROCHLOROTHIAZIDE 25MG TABS | 16729-0183-17 | 30.000 | EA | 30 | DAVID KNOWLTON | 3.99 | 0.00 | OR MEDICAID | | N |
| 09/15/2017 | 09/18/2017 | 663 | 334918 | 01 | HYDROCHLOROTHIAZIDE 25MG TABS | 16729-0183-17 | 30.000 | EA | 30 | DAVID KNOWLTON | 3.99 | 0.00 | OR MEDICAID | | N |
| 09/15/2017 | 09/18/2017 | 663 | 336732 | 00 | LISINOPRIL 40MG TABS | 43547-0356-11 | 30.000 | EA | 30 | DAVID KNOWLTON | 10.51 | 0.00 | OR MEDICAID | | N |
| 09/15/2017 | 09/18/2017 | 663 | 338753 | 00 | PROPRANOLOL HCL 40MG TABS | 00603-5484-21 | 60.000 | EA | 30 | DAVID KNOWLTON | 17.44 | 0.00 | OR MEDICAID | | N |
| 09/21/2017 | 09/26/2017 | 663 | 338802 | 00 | ALPRAZOLAM 1MG TABS | 00781-1079-01 | 60.000 | EA | 30 | DAVID KNOWLTON | 0.00 | 28.99 | Cash | | N |

**EnterpriseRx Pharmacy System**
**Customer Statement**
**version 1.0**



**Patient Name:** MICHAEL CUMMINS
**Street Address:**
**City:** **State:** OR **Zip:** 97431
**Birthday:**
**Phone No:**

**Pharmacy Name:** 663 - ROYAL WEST
**Street Address:** 4760 ROYAL AVENUE
**City:** EUGENE **State:** OR **Zip:** 97402
**Phone No:** (541) 463-9559 **Fax No:** (866) 271-6464
**Federal Tax ID:**

| Adj Date | Sold | Store # | Rx # | Fill # | Product | NDC # | Qty | Unit | Days | Prescriber Name | TP Total Amt Paid | PT Pay Amt Total | Primary TP Name | Prior Auth | LOF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**TOTALS:**

| # of Records | Patient Pay | Third Party Pay |
|---|---|---|
| 35 | 256.11 | 202.94 |

**Attested To By:** ______________________
**Registered Pharmacist**

***Disclaimer: May not reflect all prescription records***

**Date Range: From: 10/02/2015 To: 10/02/2017**

THE KROGER CO
555 RACE STREET
CINCINNATI, OHIO 45202
P: 513.762.7058
F: 513.698.1997

THE KROGER CO. FAMILY OF PHARMACIES

| | | | |
|---|---|---|---|
| **To:** | ROY LAW | | |
| **Fax:** | 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 | **From:** | Kroger Corporate Pharmacy – HIPAA |
| **Email:** | | **Date:** | 10/13/2017 **Re:** Request for Records |
| **Mail:** | | | |

**Comments:**

Please let me know if you have any questions.

The Kroger Company represents Kroger and the following affiliates: Bakers, City Market, Dillons, Fred Meyer, Fry's, Gerbes, Hilander, Jay-C, King Sooper, Kwik Shop, Owen's, QFC, Ralph's, Scott's, and Smith's.

Thank you,

Liz Haegele

HIPAA Compliance
The Kroger Co. Privacy Office

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message and deleting it.

THE KROGER CO. FAMILY OF PHARMACIES

# Certificate of No Records

10/13/2017

Dear: ROY LAW

This is in response to the record request for:

MICHAEL CUMMINS DOB

The Kroger Co. maintains written and electronic pharmacy patient records in accordance with applicable federal and state law. Electronic prescription files are retained for 36 months (60 months in Illinois, Kansas, Kentucky, Maryland, Michigan, Mississippi, Oklahoma, Utah, Washington D.C. and Wisconsin) per state schedule. This schedule will remain in effect until there are changes to State and Federal Law that require more or less data to be retained. At which time the more inclusive law with the longest retention requirements will be followed.

We are providing only those records maintained in our electronic database. After a thorough search of our electronic files, no records were found based on the parameters of your request.

Reason for NO records:

☑ No patient on file matching name/DOB

☐ No records on file for time period requested

☐ No records on file

Please let me know if you have any further questions.

Sincerely,

Liz Haegele
The Kroger Co.
Phone (513) 762-7058
Fax (513) 698-1997

I, Charmaine Bishop, declare,

I am Michael's wife and have known him since 1994.

Since I have known him, Michael has worked in physically demanding occupations. However, since injuring his knee in 2016, he has been unable to hold those types of jobs or participate in activities he previously performed and has difficulties with activities of daily living.

Prior to his injury, Michael helped with household chores, including washing dishes, cleaning the bathroom, vacuuming and cooking dinners. Now, he is unable to help with these activities because standing or walking for any length of time causes his knee to swell up, causing significant pain.

Michael also suffers from limited mobility and is unstable at times such that I have to help him in and out of the shower. When Michael gets dressed, I have to help him into his undergarments and pants, by holding them on the ground for him to step into. Michael is unable to bend his knee to be able to maneuver his leg into his clothes.

I witnessed the two times he attempted to work in 2017 and on both occasions after working 2-3 days, his right leg and knee experienced significant swelling and he appeared to be in great pain. After each attempt, he was left hobbling.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: Oct 9, 2017

Charmaine Bishop
Charmaine Bishop (Oct 9, 2017)
_______________________________
Charmaine Bishop

2017/09/25 13:57:15 9 /45

# Occupational Health Injury Treatment Form

Cummins, Michael Morris
04/10/2017
SSN: DOB
Case#: 640721 MRN: 95588
J.C.I

cascade HEALTH

Cascade Medical Associates

EMPLOYEE NAME: Michael Cummins EMPLOYER NAME: JCI

DATE OF INCIDENT: 9-4-16 DATE/TIME OF EXAM: 4-10-17

Incident: Re ✓ (R) Knee

Clinical Impression:

X-rays: ☐ N/A ☐ Negative ☐ Positive ☐ MRI Scheduled

Treatment: ☐ Sutures ☐ Physical Therapy ☐ Occupational Therapy ☐ Exam ☐ Other

Medication: ☐ May cause drowsiness/affect judgment

Medically Stationary: ☒ Yes ☐ No Permanent Impairment: ☐ Yes ☒ No ☐ None Anticipated ☐ Undetermined

**Work Status:**

A. Patient may return to work without restrictions: ☒ Today ☐ On

B. Patient may return to modified work: ☐ Today ☐ On

- ☐ No lifting, pushing, or pulling over ___ pounds
- ☐ Minimize twisting or bending
- ☐ Change positions frequently
- ☐ No kneeling/squatting/crawling
- ☐ No climbing/walking on uneven surfaces
- ☐ No use of/minimal use of affected extremity
- ☐ Minimize repetitive motion of affected area
- ☐ Wear ___ splint/sling
- ☐ No work w/ L/R arm above shoulder level/at a reach
- ☐ Sitting job primarily/only
- ☐ No working at unprotected heights
- ☐ No driving or operating heavy equipment
- ☐ No contact of affected area by water/chemicals/dust or other contaminants (a clean air environment)
- ☐ Other

C. No Work Until ___ (No time loss is authorized beyond this date)

Remarks: ☐ May wear splint as needed ☐ Keep wound clean and dry ☐ Other

Follow-up: As Needed in ___ Weeks/Days on ___ at ___ am/pm

Referred to Dr. ___ on ___ at ___

**Physician's Signature:** [signature] ☐ **Company Contact Notified**

| | | | |
|---|---|---|---|
| ☐ Richard M. Abraham, M.D. | ☐ Cecelia Chung, M.D. | ☐ Luci M. Kovacevic, M.D. | ☐ Cassandra Robinson, P.A.C. |
| ☐ Ann P. Bowers, M.D. | ☐ Lee W. Davidson, M.D | ☐ Leif E. Meyers, M.D. | ☐ Stephanie Romo, F.N.P. |
| ☐ Marcus Braman, M.D. | ☐ Harry Kleiner, D.O. | ☐ Yooni Park, A.G.N.P. | ☐ Eric A. Spencer, M.D. |
| ☐ Mark Brauner, D.O. | ☐ Lisa Kovacevic, F.N.P. | ☐ Charles L. Pederson, M.D. | ☐ Coleen Turman, F.N.P |

I hereby authorize the Physician and Cascade Health Solutions to disclose the information contained on this form concerning my condition to my employer, and hereby release the Physician and Cascade Health Solutions from any liability arising from such a disclosure.

**Employee Signature:** [signature]

**Please bring this paper to your employer**

2650 Suzanne Way, Suite 200, Eugene, OR 97408
541-228-3100 p 541-228-3107 f cascadehealth.org

Exhibit "D", 000001

MED. RECORDS

CASCADE OCCUPATIONAL HEALTH
CASCADE MEDICAL ASSOCIATES
2650 Suzanne Way, Suite 200
Eugene, OR 97408
Ph. (541)228-3100
Fx. (541)228-3109

Name: Cummins, Michael
Unit #:
SS#:
DOS: 04/10/2017
Physician: Lee Davidson, M.D.

**OCCUPATIONAL MEDICINE REPORT**

**CHIEF COMPLAINT:** Right knee pain.

**HISTORY OF PRESENT ILLNESS:** Mr. Cummins presented for repeat evaluation of a right knee injury that occurred on 09/04/2016. He suffered a meniscus tear. He ultimately had surgery performed by Dr. Tuman at Slocum. He notes that he is doing much better at this time. He has no pain in his knee and feels as if he is able to return to full duty.

**PAST MEDICAL HISTORY:** Hypertension, anxiety, remote history of right ankle sprain 4 to 5 years ago that was an on-the-job injury. He also had a right first toe fracture approximately 20 years ago.

**MEDICATIONS:** Propranolol, alprazolam, hydrochlorothiazide, lisinopril, ibuprofen.

**ALLERGIES: MORPHINE, METRONIDAZOLE.**

**OCCUPATIONAL HISTORY:** He was employed as a machinist with JCI when his meniscus tear occurred.

**REVIEW OF SYSTEMS:** He denies numbness or weakness of his leg. He denies fever.

**PHYSICAL EXAMINATION:**
GENERAL: Mr. Cummins is sitting upright. He is awake, alert, speaking in full, clear sentences.
VITAL SIGNS: Height 70 inches, weight 315 pounds.
HEENT: Head has no evidence of acute trauma.
NECK: Soft, supple with full range of motion.
RESPIRATORY: Normal effort.
MUSCULOSKELETAL: Evaluation of his right knee shows no evidence of joint effusion. No ligamentous laxity with varus or valgus strain, anterior or posterior drawer sign or Lachman's exam. McMurray's exam is unremarkable.

Prior records were reviewed. Work release information sent to employer.

RE: Cummins, Michael
DOS: 04/10/2017
Page 2

**DIAGNOSIS:**

1. Right knee sprain.
2. Right knee meniscus tear status post surgical repair.
3. Lumbar strain.

**PLAN:**

1. Job modifications analysis. He is returned to full duty without restriction beginning today.
2. He is medically stationary. No permanent impairment
3. Follow up with Cascade Health Solutions as needed.

Lee Davidson, M.D.
LD/CERJ/3628544
D: 04/10/2017
T: 04/11/2017

2017/09/25 13:57:15 12 /45

# Occupational Health Iniurv Treatment Form

Cummins, Michael Morris
03/13/2017
SSN: DOB:
Case#: 640721 MRN: 95588
J.C.I

cascade HEALTH

Cascade Medical Associates

EMPLOYEE NAME: Michael Cummins EMPLOYER NAME: JCI

DATE OF INCIDENT: 9-4-16 DATE/TIME OF EXAM: 3-13-17

Incident: Re ✓ (R) knee

Clinical Impression:

X-rays: ☐ N/A ☐ Negative ☐ Positive ☐ MRI Scheduled

Treatment: ☐ Sutures ☒ Physical Therapy ☐ Occupational Therapy ☒ Exam ☐ Other

Medication: ☐ May cause drowsiness/affect judgment

Medically Stationary: ☐ Yes ☐ No Permanent Impairment: ☐ Yes ☐ No ☐ None Anticipated ☐ Undetermined

**Work Status:**

A. Patient may return to work without restrictions: ☐ Today ☐ On

(B.) Patient may return to modified work: ☒ Today ☐ On

- ☐ No lifting, pushing, or pulling over ___ pounds
- ☐ Minimize twisting or bending
- ☐ Change positions frequently
- ☒ No kneeling/squatting/crawling
- ☐ No climbing/walking on uneven surfaces
- ☐ No use of/minimal use of affected extremity
- ☐ Minimize repetitive motion of affected area
- ☐ Wear ___ splint/sling
- ☐ No work w/ L/R arm above shoulder level/at a reach
- ☐ Sitting job primarily/only
- ☐ No working at unprotected heights
- ☐ No driving or operating heavy equipment
- ☐ No contact of affected area by water/chemicals/dust or other contaminants (a clean air environment)
- ☐ Other

C. No Work Until (No time loss is authorized beyond this date)

Remarks: ☐ May wear splint as needed ☐ Keep wound clean and dry ☐ Other

CMA/(MD) Follow-up: Lisa K in 3-4 (Weeks) Days on 4-10-17 at 1240 am/(pm) KA

Referred to Dr. on at

**Physician's Signature:** [signature] ☐ **Company Contact Notified**

- ☐ Richard M. Abraham, M.D.
- ☐ Ann P. Bowers, M.D.
- ☐ Marcus Braman, M.D.
- ☐ Mark Brauner, D.O.
- ☐ Cecelia Chung, M.D.
- ☐ Lee W. Davidson, M.D
- ☐ Harry Kleiner, D.O.
- ☒ Lisa Kovacevic, F.N.P.
- ☐ Luci M. Kovacevic, M.D.
- ☐ Leif E. Meyers, M.D.
- ☐ Yooni Park, A.G.N.P.
- ☐ Charles L. Pederson, M.D.
- ☐ Cassandra Robinson, P.A.C.
- ☐ Stephanie Romo, F.N.P.
- ☐ Eric A. Spencer, M.D.
- ☐ Coleen Turman, F.N.P

I hereby authorize the Physician and Cascade Health Solutions to disclose the information contained on this form concerning my condition to my employer, and hereby release the Physician and Cascade Health Solutions from any liability arising from such a disclosure.

**Employee Signature:** [signature]

**Please bring this paper to your employer**

2650 Suzanne Way, Suite 200, Eugene, OR 97408
541-228-3100 p 541-228-3107 f cascadehealth.org

Exhibit "D", 000004

MED. RECORDS

# Occupational Medicine

2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | |
|---|---|---|---|
| DATE | : 03/13/2017 | | |
| PATIENT | : Cummins, Michael Morris | DATE OF INJURY | : 09/04/2016 |
| EMPLOYER | : JCI | SOC. SEC.# | : |
| CASE # | : 640721 | CLAIM # | : WC608-C77205 |

Chief complaint: Followup right knee injury

HPI: This 46-year-old male patient who works as a "burner II" for JCI presents today for followup of his right knee injury that occurred on 9/4/16. He underwent a meniscal repair on 11/22/16. He has recently started working with a new physical therapist. This has helped his symptoms significantly. He states that he has been working on strengthening of the quadriceps muscle of the right leg. He states that he has also been working on strengthening some of the lower back which he thinks was contributing to his knee pain post surgically. He continues to report an achy pain in the right knee, worse with activity. Certain movements trigger a brief sharp pain in the knee. He denies catching or locking of the knee. He reports a throbbing and achiness is located on the bilateral aspects of the knee, joint lines, rated at 3/10 on a pain scale. Currently his pain is 0/10 on a pain scale. He denies any peripheral edema.

Past Medical history: Hypertension and anxiety. He has notable work related history of right ankle ligament tear 4-5 years ago as well as head contusion and right great toe fracture more than 20 years ago.

Social history: He worked as a machinist at JCI for 6 months prior to his injury, currently he is on short-term disability. Smoker.

Medications: Propranolol, alprazolam, hydrochlorothiazide, lisinopril, ibuprofe

Allergies: Morphine, metronidazole

Review of Systems:
General: No fever, chills, aches.
Neuro: No headaches, dizziness, or weakness.
Psych: No depression. No insomnia.

Examination:
Vitals: Height 70 inches, weight 319 pounds, respiratory rate 18
General: Well groomed patient in no apparent distress who moves slowly from chair to exam table.
Cardiac: No peripheral edema. Skin pink.
Respiratory: Normal respiratory rate. Nonlabored.
Right knee: I do not appreciate any evidence of ecchymosis. There are well healed arthroscopic surgical scars in place on the anterior right knee. There is mild tenderness to palpation on bilateral joint lines both lateral and medial. He has full extension, slightly limited flexion of the knee by about 10-15°. He is able to be more of a squat today without significant pain until he gets to about 75° flexion of the knee. Right lower leg has no edema.

Assessment:
1. Right knee sprain
2. Right meniscal repair surgery done 11/22/16
3. Lumbar strain, improved

Plan:
Continue physical therapy for strengthening and range of motion improvements of the right knee, with new physical therapist, this seems to be helping significantly.

Remain on light duty with no kneeling squatting or crawling

**Occupational Medicine**
2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | |
|---|---|---|---|
| DATE | : 03/13/2017 | | |
| PATIENT | : Cummins, Michael Morris | DATE OF INJURY | : 09/04/2016 |
| EMPLOYER | : J C I | SOC. SEC.# | : |
| CASE # | : 640721 | CLAIM # | : WC608-C77205 |

Followup 3-4 weeks or sooner with issues.

Work release sent to employer. Patient is not medically stationary, I do not anticipate any permanent impairment.

Lisa Kovacevic, FNP

This document was prepared using a voice recognition system, some recognition errors may occur.

Exhibit "D", 000006

2017/09/25 13:57:15 15 /45

# Occupational Health Injury Treatment Form

cascade HEALTH

Cascade Medical Associates

Cummins, Michael Morris
02/14/2017
SSN: DOB
Case#: 640721 MRN: 95588
JCI

EMPLOYEE NAME: Michael Cummins EMPLOYER NAME: JCI

DATE OF INCIDENT: 9.4.16 DATE/TIME OF EXAM: 2.14.17

Incident: Rev (R) knee

Clinical Impression: (R) complex meniscal tear - not pre-existin (repair done 11/22/16)

X-rays: ☐ N/A ☐ Negative ☐ Positive ☐ MRI Scheduled

Treatment: ☐ Sutures ☒ Physical Therapy ☐ Occupational Therapy ☒ Exam ☐ Other

Medication: ☐ May cause drowsiness/affect judgment

Medically Stationary: ☐ Yes ☒ No Permanent Impairment: ☐ Yes ☐ No ☐ None Anticipated ☐ Undetermined

**Work Status:**

A. Patient may return to work without restrictions: ☐ Today ☐ On

(B.) Patient may return to modified work: ☒ Today ☐ On

- ☐ No lifting, pushing, or pulling over ___ pounds
- ☐ Minimize twisting or bending
- ☐ Change positions frequently
- ☒ No kneeling/squatting/crawling
- ☒ No climbing/walking on uneven surfaces
- ☐ No use of/minimal use of affected extremity
- ☐ Minimize repetitive motion of affected area
- ☐ Wear ___ splint/sling
- ☐ No work w/ L/R arm above shoulder level/at a reach
- ☒ Sitting job (primarily) only
- ☒ No working at unprotected heights
- ☐ No driving or operating heavy equipment
- ☐ No contact of affected area by water/chemicals/dust or other contaminants (a clean air environment)
- ☐ Other

C. No Work Until ___ (No time loss is authorized beyond this date)

Remarks: ☐ May wear splint as needed ☐ Keep wound clean and dry ☐ Other

Follow-up: Lisa K in 3-4 (Weeks)/Days on MON 3/13 at 11:00 (am)/pm

Referred to Dr. ___ on ___ at ___ ew

**Physician's Signature:** [signature]

☐ **Company Contact Notified**

- ☐ Richard M. Abraham, M.D.
- ☐ Ann P. Bowers, M.D.
- ☐ Marcus Braman, M.D.
- ☐ Mark Brauner, D.O.
- ☐ Cecelia Chung, M.D.
- ☐ Lee W. Davidson, M.D.
- ☐ Harry Kleiner, D.O.
- ☒ Lisa Kovacevic, F.N.P.
- ☐ Luci M. Kovacevic, M.D.
- ☐ Leif E. Meyers, M.D.
- ☐ Yooni Park, A.G.N.P.
- ☐ Charles L. Pederson, M.D.
- ☐ Cassandra Robinson, P.A.C.
- ☐ Stephanie Ramo, F.N.P.
- ☐ Eric A. Spencer, M.D.
- ☐ Colleen Turman, F.N.P.

I hereby authorize the Physician and Cascade Health Solutions to disclose the information contained on this form concerning my condition to my employer, and hereby release the Physician and Cascade Health Solutions from any liability arising from such a disclosure.

**Employee Signature:** [signature]

**Please bring this paper to your employer**

2650 Suzanne Way, Suite 200, Eugene, OR 97408
541-228-3100 p 541-228-3107 f cascadehealth.org

Exhibit "D", 000007

MED. RECORDS

# Occupational Medicine

2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | |
|---|---|---|---|
| DATE | : 02/14/2017 | | |
| PATIENT | : Cummins, Michael Morris | DATE OF INJURY | : 09/04/2016 |
| EMPLOYER | : J C I | SOC. SEC.# | : |
| CASE # | : 640721 | CLAIM # | : WC608-C77205 |

Chief complaint: Followup right knee injury

HPI: This 46-year-old male patient who works as a "burner II" for JCI presents today for followup of his right knee injury that occurred on 9/4/16. He underwent a meniscal repair on 11/22/16. He has been participating in physical therapy for strengthening of the knee since that time. He states that he saw significant improvement initially but now he feels that he has plateaued. He continues to describe pain in the knee with stairs or certain twisting movements. He rates his pain as 0/10 on a pain scale with regular ambulation but increased pain with certain movements. He also describes some catching of the knee. He has not been wearing a knee brace for the physical therapist recommendation.

Past Medical history: Hypertension and anxiety. He has notable work related history of right ankle ligament tear 4-5 years ago as well as head contusion and right great toe fracture more than 20 years ago.

Social history: He worked as a machinist at JCI for 6 months prior to his injury, currently he is on short-term disability. Smoker.

Medications: Propranolol, alprazolam, hydrochlorothiazide, lisinopril, ibuprofe

Allergies: Morphine, metronidazole

Review of Systems:
General: No fever, chills, aches.
Neuro: No headaches, dizziness, or weakness.
Psych: No depression. No insomnia.

Examination:
Vitals: Pulse 86, respiratory rate 18, height 70 inches, weight 315 pounds
General: Well groomed patient in no apparent distress who moves slowly from chair to exam table.
Cardiac: No peripheral edema. Skin pink.
Respiratory: Normal respiratory rate. Nonlabored.
Right knee: I do not appreciate any evidence of ecchymosis. There are well healed arthroscopic surgical scars in place on the anterior right knee. There is mild tenderness to palpation on bilateral joint lines both lateral and medial. He has full extension, slightly limited flexion of the knee by about 10-15°. He has pain with valgus varus testing, but no laxity appreciated. He is able to do a partial squat but describes pain in the right knee with this.

Assessment:
1. Right knee sprain
2. Right meniscal repair surgery done 11/22/16
3. Lumbar strain, improved

Plan:
Unclear regarding why patient has plateaued in regards to post surgical healing.

Continue physical therapy for strengthening and range of motion improvements of the right knee. Referral is placed to a separate PT office as I believe an alternative approach may be helpful for him.

Remain on light duty with a sitting job primarily, no kneeling squatting or crawling

Exhibit "D", 000008

**Occupational Medicine**
2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | |
|---|---|---|---|
| DATE | : 02/14/2017 | | |
| PATIENT | : Cummins, Michael Morris | DATE OF INJURY | : 09/04/2016 |
| EMPLOYER | : J C I | SOC. SEC.# | : |
| CASE # | : 640721 | CLAIM # | : WC608-C77205 |

Followup 3-4 weeks or sooner with issues.

Work release sent to employer. Patient is not medically stationary, I do not anticipate any permanent impairment.

Lisa Kovacevic, FNP

This document was prepared using a voice recognition system, some recognition errors may occur.

2017/09/25 13:57:15 18 /45

# Occupational Health Injury Treatment Form

Cummins, Michael Morris
01/19/2017
SSN: DOB:
Case#: 640721 MRN: 95588
J C I

cascade HEALTH
Cascade Medical Associates

**EMPLOYEE NAME:** Michael Cummins **EMPLOYER NAME:** JCI

**DATE OF INCIDENT:** 9.4.16 **DATE/TIME OF EXAM:** 1.19.17

Incident: Rev (R) Knee

Clinical Impression: (R) meniscal surgery 11/22/16

X-rays: ☐ N/A ☐ Negative ☐ Positive ☐ MRI Scheduled

Treatment: ☐ Sutures ☒ Physical Therapy ☐ Occupational Therapy ☒ Exam ☐ Other

Medication: ☐ May cause drowsiness/affect judgment

Medically Stationary: ☐ Yes ☒ No Permanent Impairment: ☐ Yes ☐ No ☒ None Anticipated ☐ Undetermined

**Work Status:**

A. Patient may return to work without restrictions: ☐ Today ☐ On

(B.) Patient may return to modified work: ☒ Today ☐ On

☐ No lifting, pushing, or pulling over ___ pounds
☐ Minimize twisting or bending
☐ Change positions frequently
☒ No kneeling/squatting/crawling
☐ No climbing/walking on uneven surfaces
☐ No use of/minimal use of affected extremity
☐ Minimize repetitive motion of affected area
☐ Wear ___ splint/sling
☐ No work w/ L/R arm above shoulder level/at a reach
☒ Sitting job (primarily) only
☐ No working at unprotected heights
☐ No driving or operating heavy equipment
☐ No contact of affected area by water/chemicals/dust or other contaminants (a clean air environment)
☐ Other

C. No Work Until ___ (No time loss is authorized beyond this date)

Remarks: ☐ May wear splint as needed ☐ Keep wound clean and dry ☐ Other

Follow-up: Lisa K in 4 (Weeks)/Days on Tues 2/14 at 12:40 am/(pm)

Referred to Dr. ___ on ___ at ___

**Physician's Signature:** [signature] ☐ **Company Contact Notified**

☐ Richard M. Abraham, M.D.
☐ Ann P. Bowers, M.D.
☐ Marcus Braman, M.D.
☐ Mark Brauner, D.O.
☐ Cecelia Chung, M.D.
☐ Lee W. Davidson, M.D
☐ Harry Kleiner, D.O.
☒ Lisa Kovacevic, F.N.P.
☐ Luci M. Kovacevic, M.D.
☐ Leif E. Meyers, M.D.
☐ Yooni Park, A.G.N.P.
☐ Charles L. Pederson, M.D.
☐ Cassandra Robinson, P.A.C.
☐ Stephanie Romo, F.N.P.
☐ Eric A. Spencer, M.D.
☐ Colleen Turman, F.N.P

I hereby authorize the Physician and Cascade Health Solutions to disclose the information contained on this form concerning my condition to my employer, and hereby release the Physician and Cascade Health Solutions from any liability arising from such a disclosure.

**Employee Signature:** [signature]

**Please bring this paper to your employer**

2650 Suzanne Way, Suite 200, Eugene, OR 97408
541-228-3100 p 541-228-3107 f cascadehealth.org

PATIENT

Exhibit "D", 000010

# Occupational Medicine

2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | |
|---|---|---|---|
| DATE | : 01/19/2017 | | |
| PATIENT | : Cummins, Michael Morris | DATE OF INJURY | : 09/04/2016 |
| EMPLOYER | : J C I | SOC. SEC.# | : |
| CASE # | : 640721 | CLAIM # | : WC608-C77205 |

Chief complaint: Followup right knee injury

HPI: This 46-year-old male patient who works as a "burner II" for JCI presents today for followup of his right knee injury that occurred on 9/4/16. He was last seen here on 10/25/16. At that time his case was in denial status.

Since that appointment, he states that he has had a right meniscal repair by Dr. Truman. This was performed on 11/22/16. He reports overall that he is no longer having catching or sharp pain in the knee. Rather he describes a pressure type sensation on both the medial and lateral aspect of the right knee, worse with squatting or use of the leg. He rates his pain as 6/10 on a pain scale described as pressure. He continues to physical therapy for strengthening. He is currently a short term disability at work.

Past Medical history: Hypertension and anxiety. He has notable work related history of right ankle ligament tear 4-5 years ago as well as head contusion and right great toe fracture more than 20 years ago.

Social history: He worked as a machinist at JCI for 6 months prior to his injury, currently he is on short-term disability. Smoker.

Medications: Propranolol, alprazolam, hydrochlorothiazide, lisinopril, ibuprofe

Allergies: Morphine, metronidazole

Review of Systems:
General: No fever, chills, aches.
Neuro: No headaches, dizziness, or weakness.
Psych: No depression. No insomnia.

Examination:
Vitals: Pulse 77, respiratory rate 18, height 70 inches, weight 318 pounds
General: Well groomed patient in no apparent distress who moves slowly from chair to exam table.
Cardiac: No peripheral edema. Skin pink.
Respiratory: Normal respiratory rate. Nonlabored.
Right knee: I do not appreciate any evidence of ecchymosis. There are well healed arthroscopic surgical scars in place on the anterior right knee. There is mild tenderness to palpation on bilateral joint lines both lateral and medial. He has full extension, slightly limited flexion of the knee by about 10-15°. He has pain with valgus varus testing, but no laxity appreciated. He is able to do a toe raise without pain in the knee. He is able to do a partial squat but describes pain in the right knee with this.

Assessment:
1. Right knee sprain
2. Right meniscal repair surgery done 11/22/16
3. Lumbar strain, right sided, related to abnormal gait from knee injury/catching

Plan:
Continue physical therapy for strengthening and range of motion improvements of the right knee.

Remain on light duty with a sitting job primarily, no kneeling squatting or crawling

Followup 3-4 weeks or sooner with issues.

**Occupational Medicine**
2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | |
|---|---|---|---|
| DATE | : 01/19/2017 | | |
| PATIENT | : Cummins, Michael Morris | DATE OF INJURY | : 09/04/2016 |
| EMPLOYER | : J C I | SOC. SEC.# | : |
| CASE # | : 640721 | CLAIM # | : WC608-C77205 |

Work release sent to employer. Patient is not medically stationary, I do not anticipate any permanent impairment.

Lisa Kovacevic, FNP

This document was prepared using a voice recognition system, some recognition errors may occur.

2017/09/25 13:57:15 21 /45

cascade HEALTH SOLUTIONS — Occupational Health Services

Cummins, Michael Morris
10/25/2016
SSN: DOB:
Case#: 640721 MRN: 95588
JCI

# INJURY TREATMENT FORM

Employee: Michael Cummins Employer: JCI
Date of Incident: 9.4.16 Date/Time of Exam: 10.25.16

Incident: Re ✓ (R) Knee

Clinical Impression:

X-rays: ☐ N/A ☐ Negative ☐ Positive ☐ MRI Scheduled

Treatment: ☐ Sutures ☐ Physical Therapy ☐ Occupational Therapy ☒ Exam ☐ Other

Medication: ☐ May cause drowsiness/affect judgment

Medically Stationary: ☐ Yes ☒ No Permanent Impairment: ☐ Yes ☐ No ☒ None Anticipated ☐ Undetermined

**Work Status:**

A. Patient may return to work without restrictions: ☐ Today ☐ On

(B.) Patient may return to modified work: ☒ Today ☐ On

- ☐ No lifting, pushing, or pulling over ____ pounds
- ☐ Minimize twisting or bending
- ☐ Change positions frequently
- ☒ No kneeling/squatting/crawling NO stairs
- ☐ No climbing/walking on uneven surfaces
- ☐ No use of/minimal use of affected extremity
- ☐ Minimize repetitive motion of affected area
- ☐ Wear ____ splint/sling
- ☐ No work w/ L/R arm above shoulder level
- ☒ Sitting job (primarily) only
- ☐ No working ~~at unprotected~~ heights
- ☐ No driving or operating heavy equipment
- ☐ No contact of affected area by water/chemicals/dust or other contaminants
- ☐ Other

C. No Work Until ____ (No time loss is authorized beyond this date)

Follow-up: Lisa K in as needed Weeks/Days on ____ at ____ am/pm

Referred to Dr. ____ on ____ at ____

Remarks: ☐ May wear splint as needed ☐ Keep wound clean and dry ☐ Other

**Provider's Signature:** [signature] ☐ **Company Contact Notified**

| | | | |
|---|---|---|---|
| ☐ Richard M. Abraham, M.D. | ☐ Lee W. Davidson, M.D. | ☐ Luci M. Kovacevic, M.D. | ☐ Cameron K. Scott, M.D. |
| ☐ Eric A. Ackerman, M.D. | ☐ Kim Glenn, P.A.C. | ☐ John A. Mackey, M.D. | ☐ Eric A. Spencer, M.D. |
| ☐ RayAnn Barr, P.A.C. | ☐ Marcel Gustin, P.A.C. | ☐ Leif E. Meyers, M.D. | ☐ Thomas M. Thrall, M.D. |
| ☐ Mitchell I. Boriskin, F.N.P. | ☐ Gary Josephsen, M.D. | ☐ Alex Morley, M.D. | |
| ☐ Ann P. Bowers-Quesada, M.D. | ☐ Kelly Josephsen, P.A.C. | ☐ Charles L. Pederson, M.D. | |
| ☐ Benjamin J. Bronicel, M.D. | ☐ Harry Kleiner, D.O. | ☐ Jeffery Roberts, P.A.C. | |
| ☐ Carol Crocker, F.N.P. | ☒ Lisa Kovacevic, F.N.P. | ☐ Marc B. Schnapper, M.D. | |

I hereby authorize the Physician and Cascade Health Solutions to disclose the information contained on this form concerning my condition to my employer, and hereby release the Physician and Cascade Health Solutions from any liability arising from such a disclosure.

**Employee Signature:** [signature] **Please bring this paper to your employer.**

Making life better! 2650 Suzanne Way, Suite 200, Eugene, OR 97408 • 541-228-3100 • www.cascadehealth.org

Exhibit "D", 000013
OHS-101 (1/12)

# Occupational Medicine

2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | | |
|---|---|---|---|---|
| DATE | : 10/25/2016 | | | |
| PATIENT | : Cummins, Michael Morris | | DATE OF INJURY | : 09/04/2016 |
| EMPLOYER | : J C I | | SOC. SEC.# | : |
| CASE # | : 640721 | | CLAIM # | : |

Chief complaint: Followup right knee injury

HPI: This 46-year-old male patient who works as a "burner II" for JCI presents today for followup of his right knee injury that occurred on 9/4/16. He was seen by orthopedist Dr. Tuman since his last visit. The orthopedist felt that he needed to have meniscal repair surgery. He is still pending approval for this. He tells me today that his claim was denied and that he has a lawyer for his case. He still has catching in his knee. He is using his knee splint at all times. He has not been doing therapy other than at home stretches. He rates his pain at a constant 2/10 on the pain scale.

Past Medical history: Hypertension and anxiety. He has notable work related history of right ankle ligament tear 4-5 years ago as well as head contusion and right great toe fracture more than 20 years ago.

Social history: He has worked as a machinist at JCI for 6 months. Smoker.

Medications: Propranolol, alprazolam, hydrochlorothiazide, lisinopril, naproxen

Allergies: Morphine, metronidazole

Review of Systems:
General: No fever, chills, aches.
Neuro: No headaches, dizziness, or weakness.
Psych: No depression. No insomnia.

Examination:
Vitals: Height 70 inches, weight 311 pounds
General: Well groomed patient in no apparent distress who moves slowly from chair to exam table. He has guarding of his right knee.
Cardiac: No peripheral edema. Skin pink.
Respiratory: Normal respiratory rate. Nonlabored.
Right knee: I do not appreciate any evidence of ecchymosis. There is perhaps a slight amount of effusion. He does have tenderness to palpation along the medial joint line. He has limited flexion of the knee due to pain and guarding with passive range of motion. He is able to fully extend the leg without difficulty. He has full-strength and sensation in the lower extremity including foot. Capillary refill is brisk.

Assessment:
1. Right knee sprain
2. MRI evidence of complex inferior free margin tear involving the mid zone of the medial meniscus dated 9/14/16
3. Lumbar strain, right sided, related to abnormal gait from knee injury/catching

Plan:
Currently his claim is in denial status. He has a lawyer for this. He is still pending surgery for meniscal repair. I advised that he follow up here as needed. He should remain on light duty given the complexity of his meniscal tear. He will continue the use of a knee brace.

Remain on light duty with a sitting job primarily, no walking climbing on uneven surfaces including stairs.

Followup 3-4 weeks or sooner with issues.

**Occupational Medicine**
2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | |
|---|---|---|---|
| DATE | : 10/25/2016 | | |
| PATIENT | : Cummins, Michael Morris | DATE OF INJURY | : 09/04/2016 |
| EMPLOYER | : J C I | SOC. SEC.# | : |
| CASE # | : 640721 | CLAIM # | : |

Work release sent to employer. Patient is not medically stationary, I do not anticipate any permanent impairment.

Lisa Kovacevic, FNP

This document was prepared using a voice recognition system, some recognition errors may occur.

cascade HEALTH SOLUTIONS Occupational Health Services

Cummins, Michael Morris
10/04/2016
SSN:
Case# 640721 DOB:
J C I MRN: 95588

# INJURY TREATMENT FORM

Employee: Michael Cummins Employer: JCI
Date of Incident: 9 · 4 · 16 Date/Time of Exam: 10 · 4 · 16

Incident: Rev (R) Knee

Clinical Impression:

X-rays: ☐ N/A ☐ Negative ☐ Positive ☐ MRI Scheduled

Treatment: ☐ Sutures ☐ Physical Therapy ☐ Occupational Therapy ☒ Exam ☐ Other

Medication: ☐ May cause drowsiness/affect judgment

Medically Stationary: ☐ Yes ☒ No Permanent Impairment: ☐ Yes ☐ No ☒ None Anticipated ☐ Undetermined

**Work Status:**

A. Patient may return to work without restrictions: ☐ Today ☐ On

B. Patient may return to modified work: ☒ Today ☐ On

- ☐ No lifting, pushing, or pulling over ____ pounds
- ☐ Minimize twisting or bending
- ☐ Change positions frequently
- ☒ No kneeling/squatting/crawling No stairs
- ☐ No climbing/walking on uneven surfaces
- ☐ No use of/minimal use of affected extremity
- ☐ No contact of affected area by water/chemicals/dust or other contaminants
- ☐ Other
- ☐ Minimize repetitive motion of affected area
- ☐ Wear ____ splint/sling
- ☐ No work w/ L/R arm above shoulder level
- ☒ Sitting job primarily only
- ☐ No working ~~at unprotected~~ heights
- ☐ No driving or operating heavy equipment

C. No Work Until ____ (No time loss is authorized beyond this date)

Follow-up: Lisa K in 3-4 Weeks/Days on 10-25-16 at 1250 am/pm CCE

Referred to Dr. ____ on ____ at ____

Remarks: ☐ May wear splint as needed ☐ Keep wound clean and dry ☐ Other

**Provider's Signature:** [signature] **☐ Company Contact Notified**

☐ Richard M. Abraham, M.D.
☐ Eric A. Ackerman, M.D.
☐ RayAnn Barr, P.A.C.
☐ Mitchell I. Boriskin, F.N.P.
☐ Ann P. Bowers-Quesada, M.D.
☐ Benjamin J. Broncel, M.D.
☐ Carol Crocker, F.N.P.
☐ Lee W. Davidson, M.D.
☐ Kim Glenn, P.A.C.
☐ Marcel Gustin, P.A.C.
☐ Gary Josephsen, M.D.
☐ Kelly Josephsen, P.A.C.
☐ Harry Kleiner, D.O.
☒ Lisa Kovacevic, F.N.P.
☐ Luci M. Kovacevic, M.D.
☐ John A. Mackey, M.D.
☐ Leif E. Meyers, M.D.
☐ Alex Morley, M.D.
☐ Charles L. Pederson, M.D.
☐ Jefery Roberts, P.A.C.
☐ Marc B. Schnapper, M.D.
☐ Cameron K. Scott, M.D.
☐ Eric A. Spencer, M.D.
☐ Thomas M. Thrall, M.D.

I hereby authorize the Physician and Cascade Health Solutions to disclose the information contained on this form concerning my condition to my employer, and hereby release the Physician and Cascade Health Solutions from any liability arising from such a disclosure.

**Employee Signature:** [signature] **Please bring this paper to your employer.**

# Occupational Medicine

2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | |
|---|---|---|---|
| DATE | : 10/04/2016 | | |
| PATIENT | : Cummins, Michael Morris | DATE OF INJURY | : 09/04/2016 |
| EMPLOYER | : J C I | SOC. SEC.# | : |
| CASE # | : 640721 | CLAIM # | : |

Chief complaint: Followup right knee injury

HPI: This 46-year-old male patient who works as a "burner II" for JCI presents today for followup of his right knee injury that occurred on 9/4/16. He was seen by orthopedist Dr. Tuman since his last visit. The orthopedist felt that he needed to have meniscal repair surgery. He is pending approval for this. He continues to describe pain in the right knee it described with locking and clicking. He describes some right foot swelling. He states that he wears a knee brace at all times. He has been in seated work only since the time of his injury.

He also continues to describe right-sided low back pain with radicular right leg pain from the back itself. He believes that his back pain is related to abnormal gait and prolonged sitting while at work, which is not his typical job description.

Past Medical history: Hypertension and anxiety. He has notable work related history of right ankle ligament tear 4-5 years ago as well as head contusion and right great toe fracture more than 20 years ago.

Social history: He has worked as a machinist at JCI for 6 months. Smoker.

Medications: Propranolol, alprazolam, hydrochlorothiazide, lisinopril, naproxen

Allergies: Morphine, metronidazole

Review of Systems:
General: No fever, chills, aches.
Neuro: No headaches, dizziness, or weakness.
Psych: No depression. No insomnia.

Examination:
Vitals: Blood pressure 132/88, respiratory rate 20, weight is 314 pounds
General: Well groomed patient in no apparent distress who moves slowly from chair to exam table. He has guarding of his right knee.
Cardiac: No peripheral edema. Skin pink.
Respiratory: Normal respiratory rate. Nonlabored.
Right knee: I do not appreciate any evidence of ecchymosis. There is perhaps a slight amount of effusion. He does have tenderness to palpation along the medial joint line. He has limited flexion of the knee due to pain and guarding with passive range of motion. He is able to fully extend the leg without difficulty. He has full-strength and sensation in the lower extremity including foot. Capillary refill is brisk.
Lumbar spine: mild reproducible tenderness to palpation in the right lower lumbar paraspinal muscle region just above the buttocks

Assessment:
1. Right knee sprain
2. MRI evidence of complex inferior free margin tear involving the mid zone of the medial meniscus dated 9/14/16
3. Lumbar strain, right sided, related to abnormal gait from knee injury/catching

Plan:
Discussion held regarding recent orthopedics visit. I do not have notes yet from that visit. I believe surgery is pending authorization.

Remain on light duty with a sitting job primarily, no walking climbing on uneven surfaces

**Occupational Medicine**
2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | |
|---|---|---|---|
| DATE | : 10/04/2016 | | |
| PATIENT | : Cummins, Michael Morris | DATE OF INJURY | : 09/04/2016 |
| EMPLOYER | : J C I | SOC. SEC.# | : |
| CASE # | : 640721 | CLAIM # | : |

including stairs.

Followup 3-4 weeks or sooner with issues.

Work release sent to employer. Patient is not medically stationary, I do not anticipate any permanent impairment.

Lisa Kovacevic, FNP

This document was prepared using a voice recognition system, some recognition errors may occur.

2017/09/25 13:57:15 27 /45

cascade HEALTH SOLUTIONS Occupational Health Services

Cummins, Michael Morris
09/20/2016
SSN:
DOB:
Case#: 640721 MRN 95588
J C I

# INJURY TREATMENT FORM

Employee: Cummins Michael Employer: JCI
Date of Incident: 9/4/16 Date/Time of Exam: 9/20/16

Incident: Rec (R) Knee

Clinical Impression:

X-rays: ☐ N/A ☐ Negative ☐ Positive ☐ MRI Scheduled

Treatment: ☐ Sutures ☐ Physical Therapy ☐ Occupational Therapy ☒ Exam ☐ Other

Medication: ☐ May cause drowsiness/affect judgment

Medically Stationary: ☐ Yes ☒ No Permanent Impairment: ☐ Yes ☐ No ☒ None Anticipated ☐ Undetermined

**Work Status:**

A. Patient may return to work without restrictions: ☐ Today ☐ On

B. Patient may return to modified work: ☒ Today ☐ On

- ☐ No lifting, pushing, or pulling over ____ pounds
- ☐ Minimize twisting or bending
- ☐ Change positions frequently
- ☐ No kneeling/squatting/crawling
- ☒ No climbing/walking on uneven surfaces No stairs
- ☐ No use of/minimal use of affected extremity
- ☐ No contact of affected area by water/chemicals/dust or other contaminants
- ☐ Other
- ☐ Minimize repetitive motion of affected area
- ☐ Wear ____ splint/sling
- ☐ No work w/ L/R arm above shoulder level
- ☒ Sitting job primarily only
- ☐ No working at unprotected heights
- ☐ No driving or operating heavy equipment

C. No Work Until ____ (No time loss is authorized beyond this date)

Follow-up: Lisa K in 2 Weeks/Days on 10/4/16 at 10:40 am/pm

Referred to Dr. ____ on ____ at ____

Remarks: ☐ May wear splint as needed ☐ Keep wound clean and dry ☐ Other

**Provider's Signature:** [signature] ☐ **Company Contact Notified**

☐ Richard M. Abraham, M.D.
☐ Eric A. Ackerman, M.D.
☐ RayAnn Barr, P.A.C.
☐ Mitchell I. Boriskin, F.N.P.
☐ Ann P. Bowers-Quesada, M.D.
☐ Benjamin J. Bronicel, M.D.
☐ Carol Crocker, F.N.P.
☐ Lee W. Davidson, M.D.
☐ Kim Glenn, P.A.C.
☐ Marcel Gustin, P.A.C.
☐ Gary Josephsen, M.D.
☐ Kelly Josephsen, P.A.C.
☐ Harry Kleiner, D.O.
☒ Lisa Kovacevic, F.N.P.
☐ Luci M. Kovacevic, M.D.
☐ John A. Mackey, M.D.
☐ Leif E. Meyers, M.D.
☐ Alex Morley, M.D.
☐ Charles L. Pederson, M.D.
☐ Jeffery Roberts, P.A.C.
☐ Marc B. Schnapper, M.D.
☐ Cameron K. Scott, M.D.
☐ Eric A. Spencer, M.D.
☐ Thomas M. Thrall, M.D.

I hereby authorize the Physician and Cascade Health Solutions to disclose the information contained on this form concerning my condition to my employer, and hereby release the Physician and Cascade Health Solutions from any liability arising from such a disclosure.

**Employee Signature:** [signature] **Please bring this paper to your employer.**

Making life better! 2650 Suzanne Way, Suite 200, Eugene, OR 97408 • 541-228-3100 • www.cascadehealth.org

Exhibit "D", 000019
OHS-101 (1/12)

MED. RECORDS

# Occupational Medicine

2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | |
|---|---|---|---|
| DATE | : 09/20/2016 | | |
| PATIENT | : Cummins, Michael Morris | DATE OF INJURY | : 09/04/2016 |
| EMPLOYER | : J C I | SOC. SEC.# | : - |
| CASE # | : 640721 | CLAIM # | : |

Chief complaint: Followup right knee injury

HPI: This 46-year-old male patient who works as a "burner II" for JCI presents today for followup of his right knee injury that occurred on 9/4/16. He had an MRI performed on his right knee since his last visit. This showed evidence of a complex inferior free margin tear involving the mid zone of the medial meniscus. Patient is pending a consult with Slocum orthopedics. He has been wearing a hinged knee brace which helps give support to his right knee. He reports overall his knee is slightly better with the knee brace. He rates his pain at 2-4/10 on a pain scale. He reports that he has had some pain in the right lower back extending down the right leg related to the fact that he has been ambulating with favoring his right leg and knee. He also reports some pain in the left lateral ankle related to his abnormal gait. He describes some slight swelling in the right foot.

Past Medical history: Hypertension and anxiety. He has notable work related history of right ankle ligament tear 4-5 years ago as well as head contusion and right great toe fracture more than 20 years ago.

Social history: He has worked as a machinist at JCI for 6 months. Smoker.

Medications: Propranolol, alprazolam, hydrochlorothiazide, lisinopril, naproxen

Allergies: Morphine, metronidazole

Review of Systems:
General: No fever, chills, aches.
Neuro: No headaches, dizziness, or weakness.
Psych: No depression. No insomnia.

Examination:
Vitals: Blood pressure 130/90, pulse 74, respiratory rate 16, weight 310 pounds.
General: Well groomed patient in no apparent distress who moves slowly from chair to exam table. He has guarding of his right knee.
Cardiac: No peripheral edema. Skin pink.
Respiratory: Normal respiratory rate. Nonlabored.
Right knee: I do not appreciate any evidence of ecchymosis. There is perhaps a slight amount of effusion. He does have tenderness to palpation along the medial joint line. He has a positive McMurray test. He has limited flexion of the knee due to pain and guarding with passive range of motion. He is able to fully extend the leg without difficulty. He has full-strength and sensation in the lower extremity including foot. Capillary refill is brisk. I do not appreciate any laxity in the knee with valgus and Vargas or drawer testing.
Lumbar spine: mild reproducible tenderness to palpation in the right lower lumbar paraspinal muscle region just above the buttocks

Assessment:
1. Right knee sprain
2. MRI evidence of complex inferior free margin tear involving the mid zone of the medial meniscus dated 9/14/16
3. Lumbar strain, right sided, related to abnormal gait from knee injury/catching

Plan:
MRI is reviewed with patient. Orthopedics appointment is pending.

He will continue the use of the hinged knee brace

**Occupational Medicine**
2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | |
|---|---|---|---|
| DATE | : 09/20/2016 | | |
| PATIENT | : Cummins, Michael Morris | DATE OF INJURY | : 09/04/2016 |
| EMPLOYER | : J C I | SOC. SEC.# | : |
| CASE # | : 640721 | CLAIM # | : |

He will remain on light duty with a sitting job primarily, no walking climbing on uneven surfaces including stairs.

Followup 2 weeks or sooner with issues.

Work release sent to employer. Patient is not medically stationary, I do not anticipate any permanent impairment.

Lisa Kovacevic, FNP

This document was prepared using a voice recognition system, some recognition errors may occur.

2017/09/25 13:57:15 30 /45

cascade HEALTH SOLUTIONS Occupational Health Services

Cummins, Michael Morris
09/13/2016
SSN: DOB:
Case#: 640721 MRN: 95588
J C I

**INJURY TREATMENT FORM**

Employee: Michael Cummins Employer: JCI

Date of Incident: 9.4.16 Date/Time of Exam: 9.13.16

Incident: New (R) Knee

Clinical Impression:

X-rays: ☐ N/A ☐ Negative ☐ Positive ☒ MRI Scheduled

Treatment: ☐ Sutures ☐ Physical Therapy ☐ Occupational Therapy ☒ Exam ☐ Other

Medication: ☐ May cause drowsiness/affect judgment

Medically Stationary: ☐ Yes ☒ No Permanent Impairment: ☐ Yes ☐ No ☒ None Anticipated ☐ Undetermined

**Work Status:**

A. Patient may return to work without restrictions: ☐ Today ☐ On

B. Patient may return to modified work: ☒ Today ☐ On

- ☐ No lifting, pushing, or pulling over ____ pounds
- ☐ Minimize twisting or bending
- ☐ Change positions frequently
- ☐ No kneeling/squatting/crawling
- ☐ No climbing/walking on uneven surfaces
- ☐ No use of/minimal use of affected extremity
- ☐ No contact of affected area by water/chemicals/dust or other contaminants
- ☐ Minimize repetitive motion of affected area
- ☐ Wear ____ splint/sling
- ☐ No work w/ L/R arm above shoulder level
- ☒ Sitting job primarily only
- ☐ No working at unprotected heights
- ☐ No driving or operating heavy equipment
- ☒ Other Allow for standing/stretching breaks as needed 10min every hour

C. No Work Until ____ (No time loss is authorized beyond this date)

Follow-up: Lisa K in 1 Weeks/Days on 9/20/16 at 11:10 am/pm

Referred to Dr. ____ on ____ at ____

Remarks: ☐ May wear splint as needed ☐ Keep wound clean and dry ☐ Other

**Provider's Signature:** [signature] ☐ **Company Contact Notified**

☐ Richard M. Abraham, M.D.
☐ Eric A. Ackerman, M.D.
☐ RayAnn Barr, P.A.C.
☐ Mitchell I. Boriskin, F.N.P.
☐ Ann P. Bowers-Quesada, M.D.
☐ Benjamin J. Broncel, M.D.
☐ Carol Crocker, F.N.P.
☐ Lee W. Davidson, M.D.
☐ Kim Glenn, P.A.C.
☐ Marcel Gustin, P.A.C.
☐ Gary Josephsen, M.D.
☐ Kelly Josephsen, P.A.C.
☐ Harry Kleiner, D.O.
☒ Lisa Kovacevic, F.N.P.
☐ Luci M. Kovacevic, M.D.
☐ John A. Mackey, M.D.
☐ Leif E. Meyers, M.D.
☐ Alex Morley, M.D.
☐ Charles L. Pederson, M.D.
☐ Jeffery Roberts, P.A.C.
☐ Marc B. Schnapper, M.D.
☐ Cameron K. Scott, M.D.
☐ Eric A. Spencer, M.D.
☐ Thomas M. Thrall, M.D.

I hereby authorize the Physician and Cascade Health Solutions to disclose the information contained on this form concerning my condition to my employer, and hereby release the Physician and Cascade Health Solutions from any liability arising from such a disclosure.

**Employee Signature:** [signature] **Please bring this paper to your employer.**

Making life better! 2650 Suzanne Way, Suite 200, Eugene, OR 97408 • 541-228-3103 • www.cascadehealth.org

MED. RECORDS

Exhibit "D" 000022 CHS-101 (1/12)

**Occupational Medicine**
2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | | |
|---|---|---|---|---|
| DATE | : 09/13/2016 | | | |
| PATIENT | : Cummins, Michael Morris | | DATE OF INJURY | : 09/04/2016 |
| EMPLOYER | : J C I | | SOC. SEC # | : |
| CASE # | : 640721 | | CLAIM # | : |

Chief complaint: New injury right knee

HPI: This 46-year-old male patient who works as a "burner II" for JCI which he tells me is essetially a machinist position, presents today for evaluation of his right knee injury that occurred on 9/4/16. He states on that day he developed some slight pain in the right knee. The pain gradually built up. Overnight the pain worsens to the point where he woke up on 9/5/16 with intense shooting pain in the right knee. He felt as though the knee was going to give out. He thought that it would go away with time so he waited to be seen by a doctor. It continued to worsen. He went to the urgent care on 9/8/16 and had x-rays performed. He was told he had inflammation of the knee, he was taken off work, and he was given prescription naproxen. Currently he continues to have right knee pain described as constant throbbing, sharp pain with any walking or bending activity. He denies that the knee is locked getting or giving out on him. He rates the pain a 4-5/10 on the pain scale. Overall he states that the swelling has decreased. He denies any prior injuries to his right knee.

Past Medical history: Hypertension and anxiety. He has notable work related history of right ankle ligament tear 4-5 years ago as well as head contusion and right great toe fracture more than 20 years ago.

Social history: He has worked as a machinist at JCI for 6 months. Smoker.

Medications: Propranolol, alprazolam, hydrochlorothiazide, lisinopril, naproxen

Allergies: Morphine, metronidazole

Review of Systems:
General: No fever, chills, aches.
HEENT: No ear, nose, throat complaints. No neck symptoms.
Resp: No cough, shortness of breath, or wheezing.
Cardiac: No chest pains or palpitations.
GI/GU: No bowel or bladder symptoms. No abdominal pain.
Neuro: No headaches, dizziness, or weakness.
Psych: No depression. No insomnia.

Examination:
Vitals: Blood pressure 148/100, pulse 74, respiratory rate 17, temperature 97.2, height 5 feet 10 inches, weight 318 pounds.
General: Well groomed patient in no apparent distress who moves slowly from chair to exam table. He has guarding of his right knee.
Cardiac: No murmurs, rubs, or gallops. Regular rate and rhythm. No peripheral edema. Skin pink.
Respiratory: Normal respiratory rate. Lungs clear to auscutation without wheezes, rales, or rhonchi.
Right knee: I do not appreciate any evidence of ecchymosis. There is perhaps a slight amount of effusion. He does have tenderness to palpation along the medial joint line. He has a positive McMurray test. He has limited flexion of the knee due to pain and guarding with passive range of motion. He is able to fully extend the leg without difficulty. He has full-strength and sensation in the lower extremity including foot. Capillary refill is brisk. I do not appreciate any laxity in the knee with valgus and Vargas or drawer testing.

Assessment:
1. Right knee sprain, question medial meniscal tear

**Occupational Medicine**
2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | |
|---|---|---|---|
| DATE | : 09/13/2016 | | |
| PATIENT | : Cummins, Michael Morris | DATE OF INJURY | : 09/04/2016 |
| EMPLOYER | : J C I | SOC. SEC.# | : |
| CASE # | : 640721 | CLAIM # | : |

Plan:
Given my concern regarding possible meniscal tear, and MRI is ordered. He does have history of claustrophobia however he already has prescription alprazolam which he will use for MRI.

He is given a hinged knee brace for support of the right knee.

He is placed on light duty with a sitting job only, allow for standing/stretching breaks as needed 10 minutes every hour.

Followup one week for review of MRI.

Work release sent to employer. Patient is not medically stationary, I do not anticipate any permanent impairment.

Lisa Kovacevic, FNP

This document was prepared using a voice recognition system, some recognition errors may occur.

2017/09/25 13:57:15 33 /45

DEPARTMENT OF CONSUMER & BUSINESS SERVICES — Workers' Compensation Division

# Worker's and Health Care Provider's Report for Workers' Compensation Claims

OPTIONAL: WCD employer no.: Policy no.:

Dept. Use: Ins no. / Occ. / Nature / Part / Event / Source / Assoc. object

**Note to Provider:** Ask the worker to complete this form ONLY for the four filing reasons in the worker's section; do not have the worker complete or sign form if this is a progress report, closing report, or palliative care request.

## Worker or provider

| | |
|---|---|
| Worker's legal name, street address, and mailing address: Cummins, Michael Morris | Language preference: English |
| Male/female: [X] [ ] | Social Security no. (see Form 3283): |
| Claim no. (if known): | Date/time of original injury: 09/04/2016 |
| Phone: | Date of birth: |
| Occupation: Burner 2 | Last date worked: 09/04/2016 |
| Employer at time of original injury — name and street address: J C I, Astec Industries, 86470 Franklin Blvd, Eugene OR 97405- ; Phone: (541) 988-9469 | Health insurance company name and phone: |
| Workers' compensation insurer's name, address: Liberty Mutual - 7205, PO Box 7205, London, KY 40742- | |

## Worker: Check reason for filing this form, answer questions (if any), and sign below.

[X] **First report of injury or disease** (Do not complete or sign if you do not intend to make a claim.)
Have you injured the same body part before? [ ] Yes [X] No If yes, when: ____

[ ] **Request for acceptance of a new or omitted medical condition on an existing claim**
Condition: ____

[ ] **Notice of change of attending physician or nurse practitioner**
Reason for change: ____

[ ] **Report of aggravation of original injury (actual worsening of underlying condition)**

Check here if you have more than one job. [ ]

**Describe accident:** climbing up & down steep stairs Right knee on machine #325 Did not knowtice till monday morning when could not stand or walk on Right leg because of knee pain

By signing this form, I authorize health care providers and other custodians of claim records to release relevant medical records. I certify that the above information is true to the best of my knowledge and belief. (See back of form.)

X [signature] 9-13-16
*Worker's signature* *Date*

## Provider: If worker initiated this report, give worker a copy immediately.

**If the worker filed this report for:**

- **First report** of injury or illness – **Send this form to the workers' compensation insurer within 72 hours of visit.**
- **New or omitted** medical condition – Attach chart notes, including diagnostic codes. **Send this form to the insurer within five days of visit.**
- **Change of attending physician** or nurse practitioner – By signing this form, you acknowledge that you accept responsibility for the care and treatment of the above-named worker. **Send this form to the insurer within five days after the change or the date of first treatment.** Check the following, if applicable: [ ] **I request insurer to send its records.**
- **Aggravation** of original injury – **Sign this form and send it to insurer within five days of visit.**

**If filing for progress report, closing report, or palliative care request, check the appropriate box below.**

[ ] **Progress report** *OR* [ ] **Closing report** (*See instructions in Bulletin 239.*)

[ ] **Palliative care request** – Complete remainder of form, except Section b. **Attach a palliative care plan;** state how care relates to the compensable condition, how care will enable worker to continue work or training, adverse effect on worker if care not provided.

To get the name and address of the insurer, call the Workers' Compensation Division's Employer Index 503-947-7814, or visit online. WorkCompCoverage.wcd.oregon.gov. To order supplies of this form, call 503-947-7627.

**a**

| | | |
|---|---|---|
| Date/time of first treatment: | Last date treated: | Was worker hospitalized as an inpatient? [ ] Yes [ ] No — If yes, name hospital: |
| Next appointment date: | Est. length of further treatment: | Current diagnosis per ICD-9-CM codes: |

**b**

Has the injury or illness caused permanent impairment? [ ] Yes [ ] No [ ] Impairment expected [ ] Unknown

Medically stationary? [ ] Yes (date): [ ] No (anticipated date): (Attach findings of impairment, if any.)

**Work ability status:**
[ ] Regular work authorized start (date):
[ ] Modified work authorized from (date): through (date, if known):
[ ] No work authorized from (date): through (date, if known):

**c** **Chart notes:** Attach chart notes to this form. The notes should specifically describe: symptoms; objective findings; type of treatment; lab/x-ray results (if any); impairment findings (if any, and note whether temporary or permanent); physical limitations (if any); palliative care plan (specify rendering provider, modalities, frequency, and duration); if referred to another physician, give the name and address; surgery; and history (if closing report).

Provider's name, degree, address, and phone: *(print, type, or use stamp)*
Lisa Kovacevic-, FNP
Occupational Medicine
2650 Suzanne Way Suite 200
Eugene, OR 97408- (541) 228-3100

X ____ ____
*Provider's signature* *Date*

—Original and one copy to insurer
—Retain copy for your records
—Copies (include Form 3283) to worker immediately if initial claim, new or omitted medical condition claim, aggravation claim, or change of attending physician or nurse practitioner

**827**

440-827 (01/12/DCBS/WCD/WEB) 125905-OR1stRpt_2012.rpt 2/20/2012

Exhibit "D", 000025

2017/09/25 13:57:15 34 /45

REQ

Cummins, Michael Morris
09/13/2016
SSN: DOB:
Case#: 640721 MRN: 95588
J C I

MR IMAGING ASSOCIATES
McKenzie Medical Center, Suite 10 – BASEMENT LEVEL
960 North 16th Street
Springfield, OR 97477
(541) 726-4959
Fax: (541) 741-2188

*Please bring this referral to your next appointment along with insurance billing information & insurance cards.*

APPOINTMENT DATE 9/14/16 TIME 2:30pm

PATIENT Michael Cummings BIRTH DATE

PART TO BE EXAMINED: (R) Knee

CLINICAL DIAGNOSIS: Knee sprain

REASON FOR MRI: question meniscal tear

| | YES | NO |
|---|---|---|
| IS PATIENT CLAUSTROPHOBIC? has alprazolam | ✓ | |
| CARDIAC PACEMAKER? | | ✓ |
| METAL IN EYES? | | ✓ |
| INTRACRANIAL CLIPS? | | ✓ |
| RENAL DISEASE OR ON DIALYSIS? | | ✓ |

3 18

DATE 9/13/16

DOCTOR [signature]

2017/09/25 13:57:15 35 /45

# REFERRAL FORM TO SLOCUM ORTHOPEDICS

Scheduling Department
55 Coburg Road Eugene, OR 97401
Phone: 541-485-8111 Fax: 541-342-3534

Referred by:
Cascade Health Solutions
2650 Suzanne Way Suite 200
Eugene, OR 97408
Jackie Fine: Referral Specialist
Phone: 541-228-3101 Fax: 541-228-3109

Injured Worker: Michael Cummins Employer: JCI

Date of Injury: 9/4/2016

Condition to be evaluated: (R) knee meniscal tear

Other conditions related to this injury? ☐ Yes ☒ No

Urgent Appointment Needed? ☐ Yes ☒ No

Slocum Provider Requested: ____

Diagnostic Images? ☒ Yes ☐ No

IME? ☐ Yes ☐ No

Workers' Compensation Information:

Is patient OHS enrolled? ☐ Yes ☐ No

First referral to specialist? ☐ Yes ☐ No

Referral Authorized? ☐ Yes ☐ No If yes, by whom? ____

Referral for surgical evaluation, diagnostic studies/injection, braces and/or appliances and one follow-up as indicated. Please send recommendations, including treatment, surgical intervention, or accepting ongoing care to referring physician.

9/16 [illegible]

Comments: ____

Physician Signature: [signature]

Date: 9/15/16

Exhibit "D", 000027

PHYSICAL THERAPIST OWNED & DIRECTED
www.therapeuticassociates.c

Since 1952

# TherapeuticAssociates

. . . Our Focus Is Yo

**WEST EUGENE/GATEWAY PHYSICAL THERAPY**

☒ **WEST EUGENE PHYSICAL THERAPY**
541-484-9632 • fax: 541-484-7466
BRADLEY SCHWIN MS, PT
*Director of Physical Therapy*
ABIGAIL BULAN PT
ANGELA LEWIS DPT
ANDREA PIERCE LPTA, ATRIC
4242 Commerce St, Ste A • Eugene OR 97402

☐ **GATEWAY PHYSICAL THERAPY**
541-736-8870 • fax: 541-736-8860
BRADLEY SCHWIN MS, PT
*Director of Physical Therapy*
EDWIN MEELHUYSEN PT
EMILY BAUGHMAN MPT
JANIE HORTON PT
2728 Pheasant Bv, Ste 100 • Springfield OR 97477

Name: Michael Cummins Date: 2/14/17

Diagnosis: (R) meniscal tear & repair ICD-9: (11/22/16)

Comments/Precautions:

Treatment Goals: strengthening

☒ **EVALUATE AND TREAT APPROPRIATELY**

## Services

Cummins, Michael Morris
02/14/2017
SSN: DOB:
Case#: 640721 MRN: 95588
J C I

5

- ☐ Therapeutic Exercise
- ☐ Joint Mobilization
- ☐ Soft Tissue Mobilization
- ☐ Strength and Conditioning
- ☐ Post-Op Rehabilitation
- ☐ Chronic Pain/Fibromyalgia
- ☐ Spine Rehabilitation
- ☐ Balance Training
- ☐ Hand/UE Management
- ☐ McKenzie Method
- ☐ Modalities
- ☐ Spine Stabilization
- ☐ Sports Rehabilitation
- ☐ Custom Foot Orthotics
- ☐ The ASTYM™ System

In making this referral, physician certifies that prescribed rehabilitation is medically necessary.

Frequency: ___ times per week for ___ weeks or 6-8 total visits.

Physician Signature [signature] Date

(REQUIRED BY MEDICARE)

Physician Name Lisa Kovacevic

*Thank you for this referral*

*Providers for:* Aetna, CappCare, Cigna, Community Health Network of Washington, Crime Victims/Washington Labor & Industries, Department of Labor & Industries, Department of Social & Health Services, First Choice/First Choice Health Network, First Health, Great West Healthcare, Health Management Network, Integrated Health Plan, Medicare, Molina, Interplan, PacifiCare/Secure Horizons, Office Of Worker's Comp Program - Dept. of Labor (OWCP), Premera, Private Healthcare System, Railroad Medicare, Regence Blue Shield, Three Rivers Provider Network, Uniform Medical/ Washington State Healthcare Authority, United Healthcare. *Please phone to verify insurance coverage.*

Members NWRA

Revised 12/08

PHYSICAL THERAPY

cascade HEALTH

**Cummins, Michael M**
46 Y old Male, DOB:
Account Number: 33458

Home:
Guarantor: Cummins, Michael M Insurance: Liberty Mutual 7205
Referring: Lisa M Kovacevic
Appointment Facility: Cascade Health Workers Action Program

02/03/2017 TheraReEvl: Scott N Colling

**Reason for Appointment**

1. Right knee pain
2. Decreased range of motion
3. Weakness
4. Currently off work

**History of Present Illness**

Injury Information:
DATE OF INJURY: 09/04/2016. EMPLOYER AT INJURY: J C I . INSURANCE CARRIER/CLAIM #: Liberty Mutual 7205/WC608-C77205. OCCUPATION AT INJURY: Burner 2.
Rehab Treatment Information::
Patient is here today for reassessment of his right knee status post surgery. Patient reports he is approximately 80% improved since onset of injury/surgery, he also states that he feels that his situation has plateaued with regards to progress with PT. He reports that he still has pain from time to time, however he is walking and performing activities at home fairly well. Patient reports that he feels he is doubt full that he will return to his prior level of job duties the amount of pain and discomfort he is still feeling at this time.

However, he does feel that therapy has been very helpful to strengthen him improve his range of motion, improve his function and decrease his pain at this point. She is seeing the position within the next 2 weeks and is unsure or which direction to go for continuing therapy or trying a home exercise program. He reports that therapies been very helpful up to this point.

**Current Medications**

None

**Examination**

Therapeutic Interventions:
TOTAL TREATMENT SESSION LASTED: 45 minutes. ROF / PARQ Exam findings and treatment options were reviewed with the patient including procedures, alternatives, and risks. Questions were answered, patient gives consent to treat. THERAPEUTIC EXERCISE: x 30 minutes patient performed 10 min on therabike with on min forward and one min backward. Emphasis on strenght and symetry. Pt then performed stretches of hamstrings, quadriceps, hip flexors, calf muscles on the right lower extremity. Each stretch was held 5 counts repeating 10 times. Is followed by quad sets x10 reps holding 5 counts repeating 10 times hamstring sets holding 5 counts repeating 10 times and straight leg raise holding 5 counts repeating 2x10 reps. Patient then performed step up step down exercises with the right upper extremity for lead. Patient performed 2x10 reps stepping forward direction side direction counter side direction and backwards. Patient had review of his home exercise program and modifications were made to improve symmetry and intensity within pain-free motion..
Knee Evaluation:
ASSESSMENT DATE: Date: 02/04/2017.
Gait: Patient is symmetrical with decreased stridents step on the right side compared to left. Patient is hesitant with deep squatting and transitioning from sit to stand and stand to sit.

FAXED
FEB 08 2017

Palpation: Patient is 2+3+ tenderness noted along the medial joint line of the right knee and along the incision points of the right knee as well.

Range of motion: Right knee flexion 125°, right knee extension +2°.

Strength: Right hip flexion 4 of 5, right knee extension 4+ out of 5, right knee flexion 4-5, right hip abduction 4 minus out of 5, right hip extension 4-5.

Special tests: McMurry's test is positive for right medial knee irritation.

Measurable functional activities: Patient is currently off work at this time.

**Therapy Assessment**

Patient is making good gains in all areas including range of motion, strength, pain control, gait mechanics, and is currently progressing with therapy exercise program. However patient still has limitations and impairments that her keeping of her return to full duty work. This therapist is requesting further medical instruction from M.D., in order to better serve this patient with the proper form of care. If appropriate physical therapy should continue focusing on strengthening and functional return to work. However this therapist referring patient Dr. physician for further medical evaluation this time. Recommending holding physical therapy at this time

**Assessments**

1. Right knee sprain - S83.91XA (Primary)
2. Medial meniscus tear - S83.249A

**Procedure Codes**

97110 THERAPEUTIC EXERCISES
97164 PT RE-EVAL EST PLAN CARE

**Follow Up**

hole physical therapy at this time, and awaiting further instructions from physician regarding continuing his treatment or home exercise program.

St. J. PT. 4000

PROVIDER APPROVAL OF

TREAMENT PLAN & GOALS

Provider Name: Lisa Kovacevic

Provider Signature: [signature] for

Date: 2/7/17

**Electronically signed by Scott Colling , PT.LIC4020 on 02/06/2017 at 01:12 PM PST**

**Sign off status: Completed**

Cascade Health Workers Action Program
2650 Suzanne Way Suite 200
Eugene, OR 97408-7619
Tel: 541-228-3130
Fax: 541-228-3187

cascade HEALTH

# Cummins, Michael M

46 Y old Male, DOB:
Account Number: 33458

Home:
Guarantor: Cummins, Michael M Insurance: Liberty Mutual 7205
Referring: Lisa M Kovacevic
Appointment Facility: Cascade Health Workers Action Program

01/06/2017 TheraReEvl: Scott N Colling

**Reason for Appointment**

1. Right knee pain
2. Decreased range of motion
3. Weakness
4. Currently on light duty

**History of Present Illness**

Injury Information:

DATE OF INJURY: 09/04/2016. EMPLOYER AT INJURY: J C I . INSURANCE CARRIER/CLAIM #: Liberty Mutual 7205/WC608-C77205. OCCUPATION AT INJURY: Burner 2.

Rehab Treatment Information::

Patient presents today for reassessment of his right knee. He subsequently had surgery approximately 1 month ago reports good progress since that time. He states he still has edema, swelling, pain, antalgic gait, and decreased range of motion that are limiting his ability to progress. He reports that therapies been very helpful to this point however he feels is not quite at a point where he can return to full duty. Reports approximately 50% improvement since onset of injury. This is on a scale of zero equally no progress to 100 incompletely improve. He is motivated to continue with therapy.

**Current Medications**

None

**Examination**

Therapeutic Interventions:

TOTAL TREATMENT SESSION LASTED: 60 minutes. ROF / PARQ Exam findings and treatment options were reviewed with the patient including procedures, alternatives, and risks. Questions were answered, patient gives consent to treat. THERAPEUTIC EXERCISE: x 45 minutes patient performed 15 min on therabike with on min forward and one min backward. Emphasis on strenght and symetry. Pt then performed stretches of hamstrings, quadriceps, hip flexors, calf muscles on the right lower extremity. Each stretch was held 5 counts repeating 10 times. Is followed by quad sets x10 reps holding 5 counts repeating 10 times hamstring sets holding 5 counts repeating 10 times and straight leg raise holding 5 counts repeating 2x10 reps. Patient needed moderate cueing to perform exercises appropriately as well as multiple rest breaks due to fatigue..

Knee Evaluation:

ASSESSMENT DATE: Date: 01/06/2017.

Gait: Patient is semi-antalgic with decreased stridents step on the right lower extremity compared to the left. He is hesitant to put full weight when bearing weight with transitions from sit to stand stand to sit.

Palpation: Patient complaining of 3+ tenderness noted along the medial and lateral joint line. Patient is also painful at the popliteal fossae.

Range of motion: Right knee flexion 110°, right knee extension -2°, right hip extension 5°,

Strength: Right knee flexion 4 minus out of 5, right knee extension 4-5, right hip flexion 4-5, right hip extension 4 minus out of 5, right hip abduction 4 minus out of 5.

FAXED JAN 10 2017

Measurable functional activities: Due to patient's work restrictions patient is currently not working at this time.

**Therapy Assessment**

TREATMENT PLAN

Recommendations: : Frequency/Duration: _2_ x/week for _4_ weeks for a total of _8_ visits utilizing the following therapies:, E-stim, iontophoresis, dexamethasone, therapeutic exercise, manual therapy, ultrasound, body mechanics instruction, instruction in self care, neuromuscular reeducation, gait, ergonomic instruction and education.

SHORT TERM GOALS

Range of motion: : Improve range of motion by 10?the affected areas for improve gait mechanics within 4 weeks.

Strength: : Patient to improve strength by one half manual muscle grade in the affected areas for improve gait mechanics within 4 weeks.

Work capacity goal: : Patient to be returning to full duty work with limited impairment.

Self care: : Patient to be independent home excess program, self care, ergonomic instruction education within 4 weeks.

LONG TERM GOALS

3 months : Patient to be continuing is normal job and injury without further impairment or functional limitations.

Patient made good progress with initial therapy exercises as make good gains in range of motion, strength, pain control, and progress toward return to full duty. Patient still has impairments in functional limitations are keeping him from returning to full duty work at skilled therapy could help progress. Recommending continuing physical therapy 2 times a week for additional 4 weeks to address these underlying impairments in functional limitations in order to help patient returned to full duty work at achieved his therapy goals.

**Assessments**

1. Medial meniscus tear - S83.249A (Primary)
2. Right knee sprain - S83.91XA

**Procedure Codes**

97110 THERAPEUTIC EXERCISES
97002 PT RE-EVALUATION

**Follow Up**

2 - 3 Days

PT 4020

**Electronically signed by Scott Colling , PT.LIC4020 on 01/09/2017 at 02:55 PM PST**

**Sign off status: Completed**

Cascade Health Workers Action Program
2650 Suzanne Way Suite 200
Eugene, OR 97408-7619
Tel: 541-228-3130
Fax: 541-228-3187

Patient: Cummins, Michael M DOB: ‹ Progress Note: Scott N Colling 01/06/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

PROVIDER APPROVAL OF
TREAMENT PLAN & GOALS
Provider Name: Lisa Kovacevic
Provider Signature: [signature]
Date: 1/9/17

cascade HEALTH

# Cummins, Michael M

46 Y old Male, DOB:
Account Number: 33458

Home:
Guarantor: Cummins, Michael M Insurance: Liberty Mutual 7205
Referring: Lisa M Kovacevic
Appointment Facility: Cascade Health Workers Action Program

12/05/2016 TherapyNew: Scott N Colling

### Reason for Appointment

1. Right knee pain
2. Edema
3. Decreased range of motion
4. Weakness
5. Pain
6. Antalgic gait
7. Currently off work

### History of Present Illness

Injury Information:

DATE OF INJURY: 09/04/2016. EMPLOYER AT INJURY: J C I . INSURANCE CARRIER/CLAIM #: Liberty Mutual 7205/WC608-C77205. OCCUPATION AT INJURY: Burner 2.

Rehab Treatment Information::

This is a 46-year-old male who reports injuring his right knee and meniscus approximately 6 months ago he has had conservative treatments however they had failed and surgery was performed on his right knee with meniscus surgery on November 22 of this year. Following surgery he was instructed to be referred for therapy for treatment.

Patient reports his pain level between a one to 6/10 with functional daily tasks. He has moderate edema noted particularly along the posterior portion of his right calf. Patient is painful with palpation along the popliteal fossa and mid posterior portion of his right calf. Patient was instructed to informed his physician of this following his physical therapy treatment today. Patient stated that he would. Patient reports aggravating factors include depended positions, walking, standing, twisting and turning.

Patient reports relieving factors include elevation, compression, medications such as aspirin ibuprofen, and he denies.

Patient denies any significant prior medical history or injury with his right knee.

This is currently on a light duty activity which is sitting work only. This relates him to off work at this time.

Patient has a goal of returning to full duty work without restrictions.

### Current Medications

None

### Examination

Therapeutic Interventions:

TOTAL TREATMENT SESSION LASTED: 45 minutes. ROF / PARQ Exam findings and treatment options were reviewed with the patient including procedures, alternatives, and risks. Questions were answered, patient gives consent to treat. THERAPEUTIC EXERCISE: x 30 minutes patient was given self care and education as well as instruction on exercises to reduce pain and promote healing. First patient was given instruction on R., I., C., E., technique to reduce postsurgical pain and edema symptoms. Patient was encouraged to elevate his right lower extremity above his heart and used ice sparingly 10-15 minutes at a time 4-5 times a day. Patient



FAXED DEC 07 2016

was also encouraged to comply with M.D. advice wearing TED hose on a daily basis. Patient then was given exercises which included ankle pumps, heel slides, quad sets, hamstring sets. Each exercise was to be performed as tolerated. Quad sets, heel slides, and hamstring sets per each to be performed holding 5 counts repeating 10 times to 3 times a day, and ankle pumps were encouraged to be performed while leg was elevated regularly. Patient needed moderate cueing to perform educated exercises and instruction for self-care appropriately..

Knee Evaluation:

ASSESSMENT DATE: Date: 12/05/2016.

Gait: Patient is moderately antalgic with decreased stridents step on the right lower extremity compared with left. He is hesitant to bear full weight on the right lower extremity. Patient is also antalgic with transition motion from stand to sit sit to stand. Patient reports he usually ambulates with crutches.

Palpation: Patient is very tender along the posterior right calf with palpation. Holman's sign is positive, patient also complains of pain with dorsiflexion in extension of his right knee. Patient reports that he is also 3-4+ tenderness noted along the Prairie portion of his right knee particularly along the medial portion.

Observation: Patient has moderate edema noted around the Prairie area of the right knee. The incisions appeared dry and well healing.

Range of motion: Right knee flexion 100°, right knee extension -15°, right hip flexion 110°, right knee extension -5°.

Strength: Right knee flexion 3 of 5, right knee extension 3+5, right hip flexion 4 minus out of 5, right hip abduction 4 minus out of 5, right hip extension 3+ out of 5.

Measurable functional activities: Patient is currently off work due to recent surgery.

**Therapy Assessment**

TREATMENT PLAN

Recommendations: : Frequency/Duration: _2_ x/week for _4_ weeks for a total of _8_ visits utilizing the following therapies:, E-stim, iontophoresis, dexamethasone, therapeutic exercise, manual therapy, ultrasound, body mechanics instruction, instruction in self care, neuromuscular reeducation, gait, posture, ergonomic instruction education, and edema control.

SHORT TERM GOALS

Range of motion: : Improve range of motion by 10?the affected areas for improve gait mechanics within 4 weeks.

Strength: : Patient to improve strength in the affected areas by one half manual muscle grade for improve gait mechanics within 4 weeks.

Work capacity goal: : Patient to be continuing to progress towards reinjury and to work force with limited impairment.

Self care: : Patient to be independent home exercise program, self care, edema control, and ergonomic instruction and education within 4 weeks.

LONG TERM GOALS

3 months : Patient to be continuing his normal job injury without further impairment or functional limitations.

Patient has made good progress with initial exercises and education for his right knee. Patient has decreased range of motion, increased pain, increased edema, antalgic postures and patterns, antalgic gait, decreased strength, and is currently off work secondary to right knee strain and surgical repair. Initial outlook for progress with physical therapy remains good. Recommending continuing physical therapy to treat underlying impairments in functional limitations in order to help patient returned to full duty work at achieved his therapy goals.

**Assessments**

1. Right knee sprain - S83.91XA (Primary)
2. Medial meniscus tear - S83.249A

**Procedure Codes**

97110 THERAPEUTIC EXERCISES
97001 PT EVALUATION

**Follow Up**
2 - 3 Days

SK PT 4020

PROVIDER APPROVAL OF
TREAMENT PLAN & GOALS
Provider Name: Lisa Kovacevic
Provider Signature: [signature]
Date: 12/6/16

Electronically signed by Scott Colling , PT.LIC4020 on 12/05/2016 at 11:51 AM PST
Sign off status: Completed

Cascade Health Workers Action Program
2650 Suzanne Way Suite 200
Eugene, OR 97408-7619
Tel: 541-228-3130
Fax: 541-228-3187

Patient: Cummins, Michael M DOB: [illegible] Progress Note: Scott N Colling 12/05/2016

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

2017/09/25 13:57:15 45 /45

cascade HEALTH SOLUTIONS

# Occupational Health Services

Patient Sticker

Date of Service:_______________

**ORDERS:** **Staff initial when completed**

☐ Ace Wrap ______________________________

☐ Arthropad ______________________________

☐ Post Exposure Blood Draw ☐ Initial (hbsAG, SAB, HIV, HCV, ALT) ☐ 6wks (HIV, HCV/RNA) ☐ 3 mos (HIV)
☐ 6 mos (HBV SAG if no immunity, HIV, HCV AB, ALT)

☐ Blood Pressure Check ______________________________

#1 _____/_____ Time:_____ #2 _____/_____ Time:_____

#3 _____/_____ Time:_____ #4 _____/_____ Time:_____

☐ Eye Irrigation ______________________________

☐ Injection/Prep ______________________________

☒ Splint hinged knee brace

☐ Suture Removal ______________________________

☐ Wound Prep/dressing ______________________________

**Additional Orders:** ______________________________

______________________________

**Radiological Studies:** ☐ Xray Body Part:__________ # of Views__________

Physician Name:

☐ Richard Abraham, M.D. ☐ Yooni Park, F.N.P. ☐ Luci Kovacevic, M.D. ☐ Charles Pederson, M.D.
☐ Marcus Braman, M.D. ☐ Lisa Kovacevic, F.N.P. ☐ Colleen Tuman, F.N.P. ☐ Ann Bowers, MD
☐ Cassandra Robinson, PA-C ☐ Leif Meyers, MD ☐ Lee Davidson, MD

**Physician Signature:** [signature]

Technician:

☐ Brandon Mattox ☐ Curtis Cline ☐ Jessica Abundez ☐ Eda Wilmarth
☐ Kristen Ahlsten ☐ Deanne Galbraith ☐ Roxye Lopez ☐ Whitney Swan

**Technician Signature:** [signature]

# THERAPEUTIC ASSOCIATES INC

*printed 10/03/2017 06:43 AM*

THERAPEUTIC ASSOCIATES INC
PO BOX 18791
BELFAST, ME 04915-4082
*billing phone: (503) 443-6156*

| GUARANTOR NAME AND ADDRESS | PATIENT # | PATIENT NAME |
|---|---|---|
| MICHAEL CUMMINS | 393746 | MICHAEL CUMMINS |
| | DOB | HOME TELEPHONE |
| | | (541) 554-8051 |

## Billing Summary

| Claim ID | Procedure | Diagnosis | Date of Service | Post Date | Type | Reason | Plan | Supervising Provider | Ins 1 | Ins 2 | Patient |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim ID 3841545** | | | | | | | | | | | |
| 3841545 | 97162 | M25561 | 02/21/2017 | 02/28/2017 | **CHARGE** | 97162 | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $174.00 | | |
| 3841545 | 97162 | M25561 | 02/21/2017 | 03/09/2017 | ADJUSTMENT | CONTRACTUAL (18241) | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-80.79 | | |
| 3841545 | 97162 | M25561 | 02/21/2017 | 03/09/2017 | TRANSFERIN | DEDUCTIBLE | PATIENT | EMILY BAUGHMAN | $-93.21 | | $93.21 |
| 3841545 | 97162 | M25561 | 02/21/2017 | 07/02/2017 | PAYMENT | UNAPPLIED | PATIENT | EMILY BAUGHMAN | | | $-93.21 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 3841545 | 97530 | M25561 | 02/21/2017 | 02/28/2017 | **CHARGE** | 97530 | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $77.00 | | |
| 3841545 | 97530 | M25561 | 02/21/2017 | 03/09/2017 | ADJUSTMENT | CONTRACTUAL (18241) | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-36.94 | | |
| 3841545 | 97530 | M25561 | 02/21/2017 | 03/09/2017 | TRANSFERIN | DEDUCTIBLE | PATIENT | EMILY BAUGHMAN | $-40.06 | | $40.06 |
| 3841545 | 97530 | M25561 | 02/21/2017 | 07/02/2017 | PAYMENT | UNAPPLIED | PATIENT | EMILY BAUGHMAN | | | $-40.06 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| **Claim ID 3847474** | | | | | | | | | | | |
| 3847474 | 97530 | M25561 | 02/24/2017 | 03/03/2017 | **CHARGE** | 97530 | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $231.00 | | |
| 3847474 | 97530 | M25561 | 02/24/2017 | 03/16/2017 | ADJUSTMENT | CONTRACTUAL (18241) | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-110.82 | | |
| 3847474 | 97530 | M25561 | 02/24/2017 | 03/16/2017 | TRANSFERIN | DEDUCTIBLE | PATIENT | EMILY BAUGHMAN | $-120.18 | | $120.18 |
| 3847474 | 97530 | M25561 | 02/24/2017 | 07/02/2017 | PAYMENT | UNAPPLIED | PATIENT | EMILY BAUGHMAN | | | $-120.18 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| **Claim ID 3858327** | | | | | | | | | | | |
| 3858327 | 97140 | M25561 | 03/03/2017 | 03/10/2017 | **CHARGE** | 97140 | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $66.00 | | |
| 3858327 | 97140 | M25561 | 03/03/2017 | 03/28/2017 | PAYMENT | ACH ************5282 | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-27.48 | | |

TAI WEST EUGENE • 4242 COMMERCE, STE A, EUGENE OR 97402-5418

**CUMMINS, MICHAEL (id #393746, dob: )**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3858327 | 97140 | M25561 | 03/03/2017 | 03/28/2017 | ADJUSTMENT | CONTRACTUAL (18242) | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-31.66 | | |
| 3858327 | 97140 | M25561 | 03/03/2017 | 03/28/2017 | TRANSFERIN | COINSURANCE | PATIENT | EMILY BAUGHMAN | $-6.86 | | $6.86 |
| 3858327 | 97140 | M25561 | 03/03/2017 | 07/02/2017 | PAYMENT | UNAPPLIED | PATIENT | EMILY BAUGHMAN | | | $-6.86 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 3858327 | 97530,XU | M25561 | 03/03/2017 | 03/10/2017 | **CHARGE** | 97530,XU | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $154.00 | | |
| 3858327 | 97530,XU | M25561 | 03/03/2017 | 03/28/2017 | PAYMENT | ACH ************5282 | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-17.52 | | |
| 3858327 | 97530,XU | M25561 | 03/03/2017 | 03/28/2017 | ADJUSTMENT | CONTRACTUAL (18241) | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-73.88 | | |
| 3858327 | 97530,XU | M25561 | 03/03/2017 | 03/28/2017 | TRANSFERIN | COINSURANCE | PATIENT | EMILY BAUGHMAN | $-4.37 | | $4.37 |
| 3858327 | 97530,XU | M25561 | 03/03/2017 | 07/02/2017 | PAYMENT | UNAPPLIED | PATIENT | EMILY BAUGHMAN | | | $-4.37 |
| 3858327 | 97530,XU | M25561 | 03/03/2017 | 03/28/2017 | TRANSFERIN | DEDUCTIBLE | PATIENT | EMILY BAUGHMAN | $-58.23 | | $58.23 |
| 3858327 | 97530,XU | M25561 | 03/03/2017 | 07/02/2017 | PAYMENT | UNAPPLIED | PATIENT | EMILY BAUGHMAN | | | $-58.23 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| **Claim ID 3869957** | | | | | | | | | | | |
| 3869957 | 97140 | M25561 | 03/10/2017 | 03/17/2017 | **CHARGE** | 97140 | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $66.00 | | |
| 3869957 | 97140 | M25561 | 03/10/2017 | 04/04/2017 | PAYMENT | ACH ************8433 | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-27.48 | | |
| 3869957 | 97140 | M25561 | 03/10/2017 | 04/04/2017 | ADJUSTMENT | CONTRACTUAL (18242) | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-31.66 | | |
| 3869957 | 97140 | M25561 | 03/10/2017 | 04/04/2017 | TRANSFERIN | COINSURANCE | PATIENT | EMILY BAUGHMAN | $-6.86 | | $6.86 |
| 3869957 | 97140 | M25561 | 03/10/2017 | 07/02/2017 | PAYMENT | UNAPPLIED | PATIENT | EMILY BAUGHMAN | | | $-6.86 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 3869957 | 97530,XU | M25561 | 03/10/2017 | 03/17/2017 | **CHARGE** | 97530,XU | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $231.00 | | |
| 3869957 | 97530,XU | M25561 | 03/10/2017 | 04/04/2017 | PAYMENT | ACH ************8433 | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-96.15 | | |
| 3869957 | 97530,XU | M25561 | 03/10/2017 | 04/04/2017 | ADJUSTMENT | CONTRACTUAL (18242) | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-110.82 | | |
| 3869957 | 97530,XU | M25561 | 03/10/2017 | 04/04/2017 | TRANSFERIN | COINSURANCE | PATIENT | EMILY BAUGHMAN | $-24.03 | | $24.03 |
| 3869957 | 97530,XU | M25561 | 03/10/2017 | 07/02/2017 | PAYMENT | UNAPPLIED | PATIENT | EMILY BAUGHMAN | | | $-24.03 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| **Claim ID 3874310** | | | | | | | | | | | |
| 3874310 | 97140 | M25561 | 03/14/2017 | 03/21/2017 | **CHARGE** | 97140 | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $66.00 | | |
| 3874310 | 97140 | M25561 | 03/14/2017 | 04/04/2017 | PAYMENT | ACH ************8433 | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-27.48 | | |
| 3874310 | 97140 | M25561 | 03/14/2017 | 04/04/2017 | ADJUSTMENT | CONTRACTUAL (18242) | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-31.66 | | |
| 3874310 | 97140 | M25561 | 03/14/2017 | 04/04/2017 | TRANSFERIN | COINSURANCE | PATIENT | EMILY BAUGHMAN | $-6.86 | | $6.86 |
| 3874310 | 97140 | M25561 | 03/14/2017 | 07/02/2017 | PAYMENT | UNAPPLIED | PATIENT | EMILY BAUGHMAN | | | $-6.86 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 3874310 | 97530,XU | M25561 | 03/14/2017 | 03/21/2017 | **CHARGE** | 97530,XU | | EMILY BAUGHMAN | $154.00 | | |

TAI WEST EUGENE • 4242 COMMERCE, STE A, EUGENE OR 97402-5418
**CUMMINS, MICHAEL (id #393746, dob: u ))**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | | | | |
| 3874310 | 97530,XU | M25561 | 03/14/2017 | 04/04/2017 | PAYMENT | ACH ************8433 | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-64.10 | | |
| 3874310 | 97530,XU | M25561 | 03/14/2017 | 04/04/2017 | ADJUSTMENT | CONTRACTUAL (18242) | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-73.88 | | |
| 3874310 | 97530,XU | M25561 | 03/14/2017 | 04/04/2017 | TRANSFERIN | COINSURANCE | PATIENT | EMILY BAUGHMAN | $-16.02 | | $16.02 |
| 3874310 | 97530,XU | M25561 | 03/14/2017 | 07/02/2017 | PAYMENT | UNAPPLIED | PATIENT | EMILY BAUGHMAN | | | $-16.02 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| **Claim ID 3880875** | | | | | | | | | | | |
| 3880875 | 97140 | M25561 | 03/17/2017 | 03/27/2017 | **CHARGE** | 97140 | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $66.00 | | |
| 3880875 | 97140 | M25561 | 03/17/2017 | 04/11/2017 | PAYMENT | ACH ************1835 | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-27.48 | | |
| 3880875 | 97140 | M25561 | 03/17/2017 | 04/11/2017 | ADJUSTMENT | CONTRACTUAL (18242) | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-31.66 | | |
| 3880875 | 97140 | M25561 | 03/17/2017 | 04/11/2017 | TRANSFERIN | COINSURANCE | PATIENT | EMILY BAUGHMAN | $-6.86 | | $6.86 |
| 3880875 | 97140 | M25561 | 03/17/2017 | 07/02/2017 | PAYMENT | UNAPPLIED | PATIENT | EMILY BAUGHMAN | | | $-6.86 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 3880875 | 97530,XU | M25561 | 03/17/2017 | 03/27/2017 | **CHARGE** | 97530,XU | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $154.00 | | |
| 3880875 | 97530,XU | M25561 | 03/17/2017 | 04/11/2017 | PAYMENT | ACH ************1835 | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-64.10 | | |
| 3880875 | 97530,XU | M25561 | 03/17/2017 | 04/11/2017 | ADJUSTMENT | CONTRACTUAL (18242) | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-73.88 | | |
| 3880875 | 97530,XU | M25561 | 03/17/2017 | 04/11/2017 | TRANSFERIN | COINSURANCE | PATIENT | EMILY BAUGHMAN | $-16.02 | | $16.02 |
| 3880875 | 97530,XU | M25561 | 03/17/2017 | 07/02/2017 | PAYMENT | UNAPPLIED | PATIENT | EMILY BAUGHMAN | | | $-16.02 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| **Claim ID 3882379** | | | | | | | | | | | |
| 3882379 | 97140 | M25561 | 03/20/2017 | 03/27/2017 | **CHARGE** | 97140 | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $132.00 | | |
| 3882379 | 97140 | M25561 | 03/20/2017 | 04/11/2017 | PAYMENT | ACH ************1835 | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-54.95 | | |
| 3882379 | 97140 | M25561 | 03/20/2017 | 04/11/2017 | ADJUSTMENT | CONTRACTUAL (18242) | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-63.32 | | |
| 3882379 | 97140 | M25561 | 03/20/2017 | 04/11/2017 | TRANSFERIN | COINSURANCE | PATIENT | EMILY BAUGHMAN | $-13.73 | | $13.73 |
| 3882379 | 97140 | M25561 | 03/20/2017 | 07/02/2017 | PAYMENT | UNAPPLIED | PATIENT | EMILY BAUGHMAN | | | $-13.73 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 3882379 | 97530,XU | M25561 | 03/20/2017 | 03/27/2017 | **CHARGE** | 97530,XU | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $77.00 | | |
| 3882379 | 97530,XU | M25561 | 03/20/2017 | 04/11/2017 | PAYMENT | ACH ************1835 | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-32.05 | | |
| 3882379 | 97530,XU | M25561 | 03/20/2017 | 04/11/2017 | ADJUSTMENT | CONTRACTUAL (18242) | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-36.94 | | |
| 3882379 | 97530,XU | M25561 | 03/20/2017 | 04/11/2017 | TRANSFERIN | COINSURANCE | PATIENT | EMILY BAUGHMAN | $-8.01 | | $8.01 |
| 3882379 | 97530,XU | M25561 | 03/20/2017 | 07/02/2017 | PAYMENT | UNAPPLIED | PATIENT | EMILY BAUGHMAN | | | $-8.01 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |

Exhibit "E", 000003

TAI WEST EUGENE • 4242 COMMERCE, STE A, EUGENE OR 97402-5418

**CUMMINS, MICHAEL (id #393746, dob: [illegible])**

| Claim ID 3905358 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3905358 | 97164,59 | M25561 | 04/03/2017 | 04/12/2017 | **CHARGE** | 97164,59 | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $119.00 | | |
| 3905358 | 97164,59 | M25561 | 04/03/2017 | 04/25/2017 | PAYMENT | ACH ************7840 | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-50.69 | | |
| 3905358 | 97164,59 | M25561 | 04/03/2017 | 04/25/2017 | ADJUSTMENT | CONTRACTUAL (18242) | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-55.64 | | |
| 3905358 | 97164,59 | M25561 | 04/03/2017 | 04/25/2017 | TRANSFERIN | COINSURANCE | PATIENT | EMILY BAUGHMAN | $-12.67 | | $12.67 |
| 3905358 | 97164,59 | M25561 | 04/03/2017 | 07/02/2017 | PAYMENT | UNAPPLIED | PATIENT | EMILY BAUGHMAN | | | $-12.67 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 3905358 | 97530 | M25561 | 04/03/2017 | 04/12/2017 | **CHARGE** | 97530 | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $231.00 | | |
| 3905358 | 97530 | M25561 | 04/03/2017 | 04/25/2017 | PAYMENT | ACH ************7840 | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-96.15 | | |
| 3905358 | 97530 | M25561 | 04/03/2017 | 04/25/2017 | ADJUSTMENT | CONTRACTUAL (18242) | BCBS-OR: REGENCE BCBS OF OREGON (PPO) | EMILY BAUGHMAN | $-110.82 | | |
| 3905358 | 97530 | M25561 | 04/03/2017 | 04/25/2017 | TRANSFERIN | COINSURANCE | PATIENT | EMILY BAUGHMAN | $-24.03 | | $24.03 |
| 3905358 | 97530 | M25561 | 04/03/2017 | 07/02/2017 | PAYMENT | UNAPPLIED | PATIENT | EMILY BAUGHMAN | | | $-24.03 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| | | | | | | | | **TOTAL CHARGE OUTSTANDING AS OF 10/03/2017** | **$0.00** | **$0.00** | **$0.00** |

CUMMINS, MICHAEL ) #393746

* 3476929w1487 A-FormLett

**Please review and update the information below to the best of your ability.**

** For secure correspondence, paperless statements and on-line bill pay register for our Patient Portal find out more at https://1487.portal.athenahealth.com**

**PATIENT REGISTRATION**

**CURRENT PATIENT INFORMATION -- PLEASE PRINT**

Last Name: **CUMMINS**
First Name: **MICHAEL**
Middle Name:
Address:
City:
Zip
Home Phone:
Work Phone:
Mobile Phone:
Contact Preference: **H | M | W | PORTAL | MAIL**
Sex: **M**
Date of Birth:
Social Security No:
Marital Status:
Patient email:
Referring Provider:
Body Region:
Employer Name:

**GUARANTOR INFORMATION (to whom statements are sent)**

Name: **MICHAEL CUMMINS**
Address:
Relationship to patient: ____________
Date of Birth:
Social Security No.:
Phone:

**EMERGENCY CONTACT INFORMATION**

Name: Charmaine S Bishop
Relationship: Ex wife
Phone:
Mobile Phone
**Initial here:** [initials]

**PRIMARY INSURANCE INFORMATION**

Insurance Plan Name: BCBS of OR (LTN)
Claims Mailing Address:
City: State: Zip:

**POLICY HOLDER INFORMATION**

Last Name: Cummins
First Name: Michael
Address:
City: State: Zip:

Patient's relationship to policy holder:
Date of Birth:

**POLICY INFORMATION**

Policy/Group No: 80656
ID/Certification No: ALT 907085815
(PCY) Benefit Year: ____________
Effective Date: 5/3/16 → current
Out of Pocket: 4000 Met: 1725.94
In-Network: (Y) | N
If No, are Out of Network benefits available: Y | N
If Yes, Out of Network benefits confirmed: Y | N
Panel: ____________
Panel Type (circle): (PPO) | HMO | POS | EPO | Indemnity | Medicare Replacement | Medicare Supplement | Medicaid | CCO/MCO

Waiver Needed: Y | N
**Initial Here:** [initials]

Ins Contact: Website | Person (Name): Availity
Ins Contact Phone: ____________
Ins Called/Checked - Date: 2/20/17 Ref #: ____________
Deductible: 2000 Met: 1085.27
Co-pay: ____________ Co-Insurance: 20%
Visit Limitation: ____________ Used: ____________
Authorization Required? Y | (N) 80/20 after deductible
Referral Required? Y | (N)
Prescription Required? Y | (N)
Verify Coverage (circle if ok): 97112 | 97033 | 97113 Aquatic Therapy | 97124 Massage Therapy | Priortized List OR Medicaid | TMJ/TMD condition
**Notes/Other:**

Exhibit "E", 000005

CUMMINS, MICHAEL #393746

* 3470929w1487 A-FormLett

**SECONDARY INSURANCE INFORMATION**

Insurance Plan Name:
Claims Mailing Address:
City: State: Zip:

**POLICY HOLDER INFORMATION**

Last Name:
First Name:
Address:
City: State: Zip:

Patient's relationship to policy holder:
Date of Birth:

**POLICY INFORMATION**

Policy/Group No.:
ID/Certification No.:
PCY/ Benefit Year: ______________
Effective Date: ______________
Out of Pocket: ______________ Met: ______________
In-Network: Y | N
If No, are Out of Network benefits available: Y | N
If Yes, Out of Network benefits confirmed: Y | N
Panel: ______________________
Panel Type (circle):PPO | HMO | POS | EPO | Indemnity | Medicare Replacement | Medicare Supplement | Medicaid | CCO/MCO
Waiver Needed: Y | N
**Initial Here:** ______

Ins Contact: Website | Person (Name): ______________
Ins Contact Phone: ______________
Ins Called/Checked - Date:______________ Ref #: __________
Deductible: ______________ Met: ______________
Co-pay: ______________ Co-Insurance: ______________
Visit Limitation: ______________ Used: ______________
Authorization Required? Y | N
Referral Required? Y | N
Prescription Required? Y | N
Verify Coverage (circle if ok): 97112 | 97033 | 97113 Aquatic Therapy | 97124 Massage Therapy | Priortized List OR Medicaid | TMJ/TMD condition
**Notes/Other:**

**BILLING INFORMATION**

As a courtesy to our patients we, Therapeutic Associates, Inc., will bill your insurance company. You are responsible for any amount not covered by your carrier. Not all services are a covered benefit. We will do our best to provide you with any limitations your insurance makes us aware of, but ultimately it is your responsibility to understand your physical, speech and/or occupational therapy benefits and any limitations by contacting your insurance company.Our Central Billing Office located in Portland, Oregon will bill you for any coinsurance, deductible amount or fees not covered by your insurance. Any balance will be due as claims are processed. If outstanding balances are showing at the time of check-in, office staff may ask for payment. We will initiate collection procedures if no payment is made on your account for 90 days. You will be responsible for payment of attorney fees, collection agency fees and any court costs incurred to collect on your account. If you have any questions about your account statements, contact our customer service team at (503)443-6156 or toll free(800)219-6835.

***ALL COPAYS ARE DUE AT THE TIME OF SERVICE***

**PAYMENT AGREEMENT - RELEASE OF INFORMATION – CONSENT FOR TREATMENT**

- I hereby authorize and request my insurance company to be billed and to pay directly to Therapeutic Associates, Inc. the amount(s) due on my claim for services rendered to me or to my dependent.
- I authorize release of my physical therapy, speech therapy and/or occupational therapy records to my referring provider and as needed to bill my insurance.
- I agree to the above terms and conditions where applicable
- I voluntarily consent to physical therapy, speech therapy and/or occupational therapy at Therapeutic Associates, Inc as ordered by my Physician and/or Therapist.
- I authorize my provider's office to contact me by telephone to remind me of my appointments.
- I understand there is a **NO SHOW/CANCELLATION POLICY** that requires 24 hour notice should I be unable to keep my appointment time. Failure to cancel my appointment will result in a **$50.00 No Show Fee**. Insurance will not pay for this fee. I will be responsible to pay at my next visit. Keeping all appointments is an integral portion of recovery. The $50 fee may not apply to all insurances.**Initial Here:** [signature]

**PRINTED NAME OF SIGNER:** Mike M Cummins

**Signature of Patient OR Patient Representative** [signature] **Date:** 2-2-17

**Relationship of Patient Representative**______________ **DOB:**______ **Date:**______

RE: CUMMINS,MICHAEL ID#393746 DOE

Exhibit "E", 000006

CUMMINS, MICHAEL #393746

* 7478932w1467 A-HIPAA

**Therapeutic**Associates
**PHYSICAL THERAPY**

## ACKNOWLEDGEMENT OF NOTICE OF PRIVACY PRACTICES
## (To be retained by Medical Provider)

I understand that Therapeutic Associates (referred to below as "the clinic") will use and disclose **health information** about me in the course of providing physical therapy care to me.

I understand that **my health information** may include information both created and received by the clinic, may be in the form of written or electronic records or spoken words, and may include information about my health history, health status, symptoms, examinations, test results, diagnoses, treatments, procedures, prescriptions, and similar types of health-related information.

I understand that the clinic is permitted to **use and disclose** my health information in order to:

- Make decisions about and plan for my care and treatment;
- Refer to, consult and coordinate with other health care providers in the course of my treatment;
- Determine my eligibility for health plan or insurance coverage, and submit bills, claims and other related information to insurance companies or others who may be responsible to pay for some or all of my health care; and
- Perform various office, administrative and business functions that support the clinic's ability to provide me with appropriate care and arrange for payment.

I also understand that I have the right to receive a written **Notice of Privacy Practices** which describes how the clinic uses and discloses health information, the information practices followed by the clinic staff and my rights regarding my health information.

I understand that the Notice of Privacy Practices may be revised from time to time and that I am entitled to receive a copy of any revised Notice of Privacy Practices upon request. I also understand that a copy or a summary of the most current version of the clinic's Notice of Privacy Practices in effect will be posted in the clinic's waiting/reception area and available on the Therapeutic Associates website at www.therapeuticassociates.com.

I understand that the Notice of Privacy Practices describes how I can exercise my right to ask that some or all of my health information not be used or disclosed, and I understand that the clinic is not required by law to agree to such requests.

**By signing below, I agree that I have reviewed and understand the information above and that I have received a copy of the Notice of Privacy Practices.**

By: [signature] Date: 2-21-17
(Patient)

-OR-

By: ______________________ Date: ______________________
(Patient Representative)

Description of Representative's Authority: ______________________

Revised 01/01/2007 FORM 0023

PHYSICAL THERAPIST OWNED & DIRECTED
www.therapeuticassociates.cc

Since 1952

**TherapeuticAssociates** ....Our Focus Is You

**WEST EUGENE/GATEWAY PHYSICAL THERAPY**

| | |
|---|---|
| ☒ **WEST EUGENE PHYSICAL THERAPY** | ☐ **GATEWAY PHYSICAL THERAPY** |
| 541-484-9632 • fax: 541-484-7469 | 541-736-8870 • fax: 541-736-8860 |
| BRADLEY SCHWIN MS, PT<br>Director of Physical Therapy | BRADLEY SCHWIN MS, PT<br>Director of Physical Therapy |
| ABIGAIL BULAN PT | EDWIN MEELHUYSEN PT |
| ANGELA LEWIS DPT | EMILY BAUGHMAN MPT |
| ANDREA PIERCE LPTA, ATRIC | JANIE HORTON PT |
| 4242 Commerce St, Ste A • Eugene OR 97402 | 2726 Pheasant Blv, Ste 100 • Springfield OR 97477 |

Name: Michael Cummins Date: 2/14/17

Diagnosis: (R) meniscal tear & repair (11/22/16) ICD-9:

Comments/Precautions:

Treatment Goals: strengthening

☒ **EVALUATE AND TREAT APPROPRIATELY**

**Services**

Cummins, Michael Morris
02/14/2017
SSN: XXX-XX-2430 DOB: 07/30/1970
Case#: 640721 MRN: 95588
J C I

- ☐ Therapeutic Exercise
- ☐ Joint Mobilization
- ☐ Soft Tissue Mobilization
- ☐ Strength and Conditioning
- ☐ Post-Op Rehabilitation
- ☐ Chronic Pain/Fibromyalgia
- ☐ Spine Rehabilitation
- ☐ Balance Training
- ☐ Hand/UE Management
- ☐ McKenzie Method
- ☐ Modalities
- ☐ Spine Stabilization
- ☐ Sports Rehabilitation
- ☐ Custom Foot Orthotics
- ☐ The ASTYM™ System

In making this referral, physician certifies that prescribed rehabilitation is medically necessary.

Frequency: 2 times per week for ____ weeks or 6-8 total visits.

Physician Signature [signature] Date

(REQUIRED BY MEDICARE)

Physician Name Lisa Kovacevic 2650 #200

Thank you for this referral

Cascade Health Solutions Suzanne Wy

Providers for: Aetna, CareCare, Cigna, Community Health Network of Washington, ... Washington Labor & Industries, Department of Labor & Industries, Department of Social & Health Services, First Choice/First Choice Health Network, First Health, Great West Healthcare, Health Management Network, Integrated Health Plan, Medicare, Molina, Interplan, PacificCare/Secure Horizons, Office Of Workers Comp Program - Dept. of Labor (OWCP), Premera, Private Healthcare System, Railroad Medicare, Regence Blue Shield, Three Rivers Provider Network, Uniform Medical/ Washington State Healthcare Authority, United Healthcare. Please phone to verify insurance coverage.

NWRA

PHYSICAL THERAPY

(541) 228 3000

**CUMMINS, MICHAEL (id #393746, dob:**

**NEW PATIENT INTAKE SHEET**

DATE: 2.16.17

Patient Name: Michael Cummins DOB: ________ (M) F

Previous Patient Y (N) Year: _____

Home Ph ________ Work Ph: _ Cell Ph: TEXTS O/C

Home Address: ________

City/State/Zip: ________ Cascade Health

Referring MD: Lisa Koracevic E-MAIL: Ø

Diagnosis/ICD9#: ________ Surgery Date: Home Health: Y/N

Frequency/Duration: ________

WC: ________ Has prior PT/OT been received? Y N
Claim # ________
Employer ________ DOI: ________
Adjusters Name ________ Ph: ________ STATE IN WHICH ACCIDENT OCCURRED ____

MVA: ________
Claim # ________ DOI: ________
Adjusters Name ________ Ph: ________ STATE IN WHICH ACCIDENT OCCURRED ____
*Remember to ask for PIP coverage. We do not bill 3rd party.*

If Medicare: Has prior PT/OT been received in the current year? Y N

Primary Insurance: BCBS Tennessee Phone: ________

Subscriber Name: Self DOB: ________

ID Number: AST907085815 Group Number: 80656

Secondary Insurance: ________ Phone: ________

Subscriber Name: ________ DOB: ________

ID Number: ________ Group Number: ________

Paperwork
Walk-In/Handed Paperwork ✓
Mail Paperwork ____
Picking-up Paperwork
Coming in 30 minutes early @ 2:30 PM
Downloading Paperwork ____

Scheduled Appointment

Date: 2/21/17 Time: 3PM PT: Emily

ID #: ________ Appt. Preferences: M Tu W Th F AM PM Rev. 11/09

**Letters**

CUMMINS, MICHAEL (id #393746, dob:

Therapeutic Associates PHYSICAL THERAPY
TAI WEST EUGENE
4242 COMMERCE, STE A
EUGENE, OR 97402-5418
Phone: (541) 484-9632, Fax: (541) 484-7466

**Discharge Letter**

**Date:** 04/03/2017

**Name:** Michael Cummins, **DOB:** **PT ID:** 393746, GENDER: M
**Last Visit:** 04/03/2017
**Number of Visits:**

**DIAGNOSIS:**
**1. Pain in right knee**
M25.561: Pain in right knee

**Referring Provider:** Lisa Marie Kovacevic FNP

**PATIENT RESPONSES/TESTS & MEASURES:**

| | 04/03/2017 | 02/21/2017 |
|---|---|---|
| HPI | | |
| Functional Activity | | |
| Recreational Activities | • able to engage in all recreational/sports activities without increased symptoms | |
| Squatting | • squat fully without the use of arms for support | |
| Stairs | • walk stairs comfortably without a rail | • manage a single step or curb |
| Standing | • stand as long as want without increased symptoms | • stand as long as want, but with extra symptoms |
| Uneven Ground | • walk normally on uneven ground without loss of balance or use of a cane or crutches | • walk very carefully on uneven ground even when using a cane or crutches |
| Work (Applies to work in home and outside) | • can do as much work as desired | • can hardly do any work (only light duty) |
| History of Present Condition | | |
| Severity: | | • not changing |
| Symptom and function profile | | |
| Functional Scores: | • Functional Index: current score100%<br>• primary problem area: lower extremity<br>• secondary problem area: lumbar | • Acuity: chronic (>120)<br>• Functional Index: current score62%<br>• Patient identified functional limitations: Activity - work, Status = 4/5 able to do with much difficulty<br>• Patient identified functional limitations: Activity - stairs, Status = 4/5 able to do with much difficulty<br>• Patient identified functional limitations: Activity - uneven ground, Status = 3/5 able to do with moderate difficulty<br>• primary problem area: lower extremity<br>• work days lost due to condition:120days |

| | | |
|---|---|---|
| Physical Exam | | |
| LE Posture/Biomechanical Assessment | | |
| Center of Gravity frontal plane: | | • balanced |
| Femoral/Patella Alignment Left: | | • normal |
| Femoral/Patella Alignment Right: | | • normal |
| Hallux Posture Left: | | hallus valgus |
| Hallux Posture Right: | | hallux valgus |
| Knee Posture Left: | | • normal knee alignment |
| Knee Posture Right: | | • normal knee alignment |
| Lumbar Spine Inspection: | | • **increased lumbar lordosis** |
| Muscle Performance: | | |
| Functional stability: | | • **functional core stability deficits in deep transverse abdominus**<br>• **functional core stability deficits in lumbopelvic control**<br>• **functional core stability deficits in multifidus** |
| Knee Strength Left: | | • **extension 5- /5**<br>• flexion WNL (5/5) |
| Knee Strength Right: | • **extension 5- /5**<br>• **flexion 5- /5**<br>pain with resisted R knee extension | • **extension 4+ /5**<br>• **extension painful**<br>• **flexion 4+ /5**<br>pain with resisted R knee extension |
| Neurological Integrity | | |
| Lumbar Myotomes Left: | | • normal/no apparent neurological weakness |
| Lumbar Myotomes Right: | | • **L2-3 hip flexors gross strength 4 +/5**<br>• **L3-4 knee extension gross strength 4 +/5**<br>• L4 tibialis anterior normal/unremarkable<br>• L5 great toe extension normal/unremarkable<br>• S1 ankle eversion normal/unremarkable |
| Lumbar Reflex Integrity Left: | | • grossly normal/intact (2+) |
| Lumbar Reflex Integrity Right: | | • grossly normal/intact (2+) |
| Lumbar Sensory Integrity (Dermatomes)-left | | • grossly normal |
| Lumbar Sensory Integrity (Dermatomes)-right | | • grossly normal |
| Neurodynamic Tests Left: | | • SLR normal<br>• femoral nerve normal/(-) |
| Neurodynamic Tests Right: | | • SLR normal<br>• femoral nerve normal/(-) |
| ROM | | |
| Hip PROM Left: | | • Ext Rot at 90 Deg knee flex WNL (AMA norm 50+deg)<br>• Flexion WNL (AMA norm 100+ deg) |

| | | |
|---|---|---|
| | | • Int Rot at 90 deg knee flex WNL(AMA norm 40+deg) |
| Hip PROM Right | | • Ext Rot at 90 Deg knee flex WNL (AMA norm 50+deg)<br>• Flexion WNL (AMA norm 100+ deg)<br>• Int Rot at 90 deg knee flex WNL(AMA norm 40+deg) |
| Knee AROM Left | | • **extension (0 deg)**<br>• **flexion (125 deg)** |
| Knee AROM Right | • **extension (0 deg)**<br>• **flexion (125 deg)** | • **extension (0 deg)**<br>• **flexion (125 deg)** |
| Knee PROM Left | | • **extension (0 deg)**<br>• **flexion (130 deg)** |
| Knee PROM Right | • **extension (0 deg)**<br>• **flexion (130 deg)** | • **extension (0 deg)**<br>• **extension painful**<br>• **flexion (130 deg)**<br>• **flexion painful** |
| Range of Motion | | |
| Lumbar AROM: | • **Extension (20 deg.)**<br>• **Flexion (55 deg.)**<br>• **Left Side Bend (30 deg.)**<br>• **Right Side Bend (30 deg.)** | • **Extension (20 deg.)**<br>• **Extension with pain**<br>• **Flexion (55 deg.)**<br>• **Left Side Bend (30 deg.)**<br>• **Right Side Bend (30 deg.)** |
| Special Tests | | |
| Special Tests Left | | • **hamstring leg raise (70 deg)** |
| Special Tests Right | | • **hamstring leg raise (65 deg)**<br>laxity +2 BIL varus/valgus stress tests at 30deg flex to BIL knees;pain with Mcmurray tests R knee, no catch |
| Treatment Pathway | | |
| Current treatment pathway stage | • conditioning deficit<br>• functional movement impairment | • conditioning deficit<br>• functional movement impairment |

**Pain Scale:** 1

**PROGRESS TOWARDS GOALS:**

Met

- Right Knee Strength - Target: (normal) strength: knees: extension: right 5- (0-5)
  Most recent: extension 5- /5 (04/03/2017)
- Stairs - Target: walk stairs comfortably, but with a crutch, e, or rail
  Most recent: walk stairs comfortably without a rail (04/03/2017)
- Uneven Ground - Target: walk very carefully on uneven ground without using a cane or crutches
  Most recent: walk normally on uneven ground without loss of balance or use of a cane or crutches (04/03/2017)
- Work (Applies to work in home and outside) - Target: can do most of usual work, but no more
  Most recent: can do as much work as desired (04/03/2017)

(Created 04/03/2017)

**DIAGNOSIS/ASSESSMENT:**

**Criteria for Discharge**

-All goals have been met

-Patient demonstrates good understanding and performance of HEP

-Patient demonstrates good understanding of HEP for injury prevention

-Patient has returned to previous functional level

-Patient displays understanding of training regimen to avoid recurrent injury

-Patient is able to maintain proper posture and body mechanics

-Patient demonstrates adaptive pain behaviors

**Plan of Care**

Based on my current assessment, I recommend that the patient be **Discharged from PT**, continue with their HEP as instructed and call if they have any questions or concerns regarding their home program.

Thank you for referring Michael to our clinic for treatment,

Electronically Signed by: EMILY BAUGHMAN, PT, MPT

TAI WEST EUGENE • 4242 COMMERCE, STE A, EUGENE OR 97402-5418
CUMMINS, MICHAEL (id #393746, dob:

Therapeutic Associates
PHYSICAL THERAPY
TAI WEST EUGENE
4242 COMMERCE, STE A EUGENE, OR 97402-5418
**Phone:**(541) 484-9632 | **Fax:** (541) 484-7466

## Physical Therapy Initial Evaluation

**Date:** 02/23/2017

**Name:** Michael Cummins, **DOB:** **PT ID:** 393746, **GENDER:** M
***Evaluation Date:** 02/21/2017
**Referring Provider:** LISA MARIE KOVACEVIC FNP

**Diagnosis**

**1. Pain in right knee**
M25.561: Pain in right knee

**History And Systems Review**

02/21/2017 - 03:00PM - TAI WEST EUGENE
**HPI Initial Eval**
Reported by patient.

Reason for Visit: reason: R knee pain, weakness; pain is diffuse around knee (before surgery pain was anterior knee and great difficulty walking)
Date of Injury: date symptoms began: 9/4/16
Onset/Timing: sudden onset
Context: other:at work, pain came on at end of 12-hour shift
Severity: not changing
Quality: **dull**; **throbbing**; **aching**; **periodic**; **occasional**; **increase throughout the day**; **wake up at night when**
Sleeping position: on right side
Red Flag Symptoms: **numbness**; **unexplained weakness**; numbness from knee, down anterior lower leg into foot/toes 1x/week with prolonged sitting; decreases with change in position (up to 30 min)
Aggravating factors: **walking**; **up/down stairs**; twisting
Alleviating factors: rest; sitting
Notes: MRI within week of onset - torn meniscus; surgery date 11/22/17; had PT 2x/week 2 months without full recovery; previous PT for head/cervical/thoracic/lumbar injury at age 21; does have occasional low back pain

**PT Functional Assessment (Master)**
Reported by patient.

Functional Scores: primary problem area: lower extremity; Functional Index: current score62%; Patient identified functional limitations: Activity - work, Status = 4/5 able to do with much difficulty; Patient identified functional limitations: Activity - stairs, Status = 4/5 able to do with much difficulty; Patient identified functional limitations: Activity - uneven ground, Status = 3/5 able to do with moderate difficulty; Acuity: chronic (>120); work days lost due to condition:120days
Work (Applies to work in home and outside) can hardly do any work (only light duty)
Stairs manage a single step or curb
Uneven Ground walk very carefully on uneven ground even when using a cane or crutches
Standing stand as long as want, but with extra symptoms
02/21/2017 03:15 pm

**Pain Scale:** 3

**Tests and Measures**

Patient is a 46-year-old male.

**Observation:** Integument Integrity: integument normal/unremarkable and surgical site normal/unremarkable. Muscle Atrophy Right: **present VMO**.

**LE Posture/Biomechanical Assessment:** Center of Gravity frontal plane: balanced. Lumbar Spine Inspection: **increased lumbar lordosis**. Knee Posture Right: normal knee alignment. Knee Posture Left: normal knee alignment. Femoral/Patella Alignment Right: normal. Femoral/Patella Alignment Left: normal. Hallux Posture Right: **hallux valgus**. Hallux Posture Left: **hallus valgus**.

**ROM:** Knee AROM Right: **flexion (125 deg)** and **extension (0 deg)**. Knee AROM Left: **flexion (125 deg)** and **extension (0 deg)**. Knee PROM Right: **flexion painful** and **(130 deg)** and **extension painful** and **(0 deg)**. Knee PROM Left: **flexion (130 deg)** and **extension (0 deg)**. Hip PROM Right: Flexion WNL (AMA norm 100+ deg), Int Rot at 90 deg knee flex WNL(AMA norm 40+deg), and Ext Rot at 90 Deg knee flex WNL (AMA norm 50+deg). Hip PROM Left: Flexion WNL (AMA norm 100+ deg), Int Rot at 90 deg knee flex WNL(AMA norm 40+deg), and Ext Rot at 90 Deg knee flex WNL (AMA norm 50+deg).

**Muscle Performance:**: Knee Strength Right: **extension painful** and **4+ /5** and **flexion 4+ /5**; **pain with resisted R knee extension.** Knee Strength Left: flexion WNL (5/5) and **extension 5- /5**. Hip Strength Right: **flexion 4+/5**, **extension 4+/5**, **abduction 4+/5**, **internal rotation 4+/5**, and **external rotation 4+/5**. Hip Strength Left: **extension 5-/5** and **abduction 5-/5** and flexion WNL (5/5), internal rotation WNL (5/5), and external rotation WNL (5/5). Functional stability: **functional core stability deficits in lumbopelvic control**, **multifidus**, and **deep transverse abdominus**.

**Special Tests:** Knee Girth Measurements: **at joint line (45.5 cm)** and **(44.0 cm)**. Special Tests Right: **hamstring leg raise (65 deg)**; **laxity +2 BIL varus/valgus stress tests at 30deg flex to BIL knees;pain with Mcmurray tests R knee, no catch**. Special Tests Left: **hamstring leg raise (70 deg)**.

**Neurological Integrity:** Lumbar Myotomes Right: **L2-3 hip flexors gross strength 4 +/5** and **L3-4 knee extension gross strength 4 +/5** and L4 tibialis anterior normal/unremarkable, L5 great toe extension normal/unremarkable, and S1 ankle eversion normal/unremarkable. Lumbar Myotomes Left: normal/no apparent neurological weakness. Lumbar Sensory Integrity (Dermatomes)- right grossly normal. Lumbar Sensory Integrity (Dermatomes)-left grossly normal. Lumbar Reflex Integrity Right: grossly normal/intact (2+). Lumbar Reflex Integrity Left: grossly normal/intact (2+). Neurodynamic Tests Right: SLR normal and femoral nerve normal/(-). Neurodynamic Tests Left: SLR normal and femoral nerve normal/(-).

**Treatment Pathway:** Current treatment pathway stage functional movement impairment and conditioning deficit.

**Range of Motion:** Lumbar AROM: **Extension (20 deg.)** and **with pain** and **Flexion (55 deg.)**, **Right Side Bend (30 deg.)**, and **Left Side Bend (30 deg.)**.

**PLAN OF CARE**

Long term goal

- Right Knee Strength - Target: (normal) strength: knees: extension: right 5- (0-5)
  Most recent: extension 4+ /5 (02/21/2017)
- Stairs - Target: walk stairs comfortably, but with a crutch, e, or rail
  Most recent: manage a single step or curb (02/21/2017)
- Uneven Ground - Target: walk very carefully on uneven ground without using a cane or crutches
  Most recent: walk very carefully on uneven ground even when using a cane or crutches (02/21/2017)
- Work (Applies to work in home and outside) - Target: can do most of usual work, but no more
  Most recent: can hardly do any work (only light duty) (02/21/2017)

(Created 02/21/2017)

**Physical Therapy Assessment**

Signs and symptoms appear consistent with the following PT diagnosis: R knee pain with weakness of R knee, hip and core.

Signs and symptoms do not allow us to rule out lumbar spine.

Adjacent structures that may be contributing to this condition include lumbar spine.

The patient is a good candidate for physical therapy.

**Complexity Factors**

The patient's condition is of a moderate complexity as noted by the following factors:

> Personal - elevated pain response.

> Medical (co-morbidities) - depression, patient is severely deconditioned.

> Other factors hip weakness, lumbar dysfunction

The **clinical presentation** of the patient is **Stable/uncomplicated**

Therapy Examination points to addressing 3 or more elements *body structures and functions, impairments, participation restrictions/activity limitations).* Including home participation restrictions and activity limitations consisting of work, stairs, uneven ground.

This patient has a starting functional score of 62 to achieve clinical significance 4.28 points of change (MDC) will be needed. Based upon these factors, I suspect the patient will take above average amount of time/resources for recovery. If progress is not made in an appropriate amount of time, other referrals for consideration include: medical doctor (MD).

**Based on my findings, the patient would benefit from the following skilled physical therapy treatment:**

[X ] Home Exercise Program (HEP)
[X ] Manual therapy: Joint Mobilization, Soft Tissue Mobilization
[X ] Therapeutic activities as appropriate
[X ] Therapeutic Exercise as appropriate
[X ] Neuromuscular re-education
[X ] Return to Work/Sport
[X ] Pool Therapy

**To address impairments in:**

[X ] Strength, muscle imbalance, posture
[X ] ROM,flexibility
[X ] Endurance
[X ] Balance, movement, proprioception, biomechanics
[X ] Pain
[X ] Core stability
[X ] Ergonomics/Body mechanics

**Frequency and Duration**
**I recommend that the patient be seen for physical therapy treatment**

Thank you for referring this patient to our clinic.

Electronically Signed by: EMILY BAUGHMAN, PT, MPT

I certify the need for these services furnished under this plan of treatment and while under my care.

Physician Signature:______________________________ Date:______________

Re: Michael Cummins

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 04/03/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | CUMMINS, MICHAEL (46yo, M) ID# 393746 | **Appt. Date/Time** | 04/03/2017 11:40AM |
| **DOB** | | **Service Dept.** | TAI WEST EUGENE |
| **Provider** | EMILY BAUGHMAN, PT | | |
| **Insurance** | Med Primary: BCBS-OR (PPO)<br>Insurance # : AST907085815<br>Policy/Group # : 80656<br>PCP : KOVACEVIC FNP, LISA MARIE<br>Referring Provider Name : KOVACEVIC FNP, LISA MARIE<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

*Knee, *Discharge Visit

Physical Therapy Episodes

Episode: R knee 2-21-17

Patient's Care Team

**Primary Care Provider (Primary Insurance):** KOVACEVIC FNP, LISA MARIE: 2650 SUZANNE WAY, STE 200, EUGENE, OR 97408, Ph (541) 228-3054, Fax (541) 288-3109
**Referring Provider (Primary Insurance):** KOVACEVIC FNP, LISA MARIE: 2650 SUZANNE WAY, STE 200, EUGENE, OR 97408, Ph (541) 228-3054, Fax (541) 288-3109

Vitals

04/03/2017 11:53 am

**Pain Scale:** 1

Medications

| | | |
|---|---|---|
| **ALPRAZolam 1 mg tablet** | 03/28/17 | filled |
| **hydroCHLOROthiazide 25 mg tablet** | 03/28/17 | filled |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet** | 11/23/16 | filled |
| **lisinopril 40 mg tablet** | 03/28/17 | filled |
| **naproxen 500 mg tablet** | 09/09/16 | filled |
| **propranolol 40 mg tablet** | 03/29/17 | filled |

Problems

Problems not reviewed (last reviewed 02/21/2017)

Family History

Family History not reviewed (last reviewed 02/21/2017)

Social History

Social History not reviewed (last reviewed 02/21/2017)
Smoking Status: Current every day smoker
Smoker (1 PPD)
Tobacco-years of use: 33
Occupation: burner (CNC machine operator)
Occupation Status: other
Physical activities at work?: standing, walking, stairs, uneven ground, lifting
Are you currently receiving or seeking disability for this condition?: N
If not performing your normal activities at work do you plan to RETURN to your previous activity level?: Y
Live alone or with others?: with others
Living Situation: home/apartment/condo
Living Setting: no stairs
How do you rate your general health?: Good
Previous Functional Level: Independent in all activities (work-community-home-recreation)

Activity 1:: work
Activity 1 Rating (1-5): 4/5 able to do with much difficulty
Activity 2:: stairs
Activity 2 Rating (1-5): 4/5 able to do with much difficulty
Activity 3:: uneven ground
Activity 3 Rating (1-5): 3/5 able to do with moderate difficulty
Do you exercise outside of normal daily activities?: occasionally
Exercise, Sports/Recreation consisting of: bike
General stress level: High
Caffeine intake: Heavy
Alcohol intake: None

## Surgical History

Surgical History not reviewed (last reviewed 02/21/2017)
cyst removed, knee surgery

## Past Medical History

Past Medical History not reviewed (last reviewed 02/21/2017)
Depression: **Y**
Heart Problems: **Y**
High Blood Pressure: **Y**

## HPI

**HPI Daily**
Reported by patient.

Notes: The patient states good improvement for his knee. Still has intermittent low back pain, right side. Activities such as yardwork, bending over increase back pain.

**PT Functional Assessment DISCHARGE**
Reported by patient.

Functional Scores: primary problem area: lower extremity; secondary problem area: lumbar; Functional Index: current score100%
Work (Applies to work in home and outside) can do as much work as desired
Recreational Activities able to engage in all recreational/sports activities without increased symptoms
Stairs walk stairs comfortably without a rail
Uneven Ground walk normally on uneven ground without loss of balance or use of a cane or crutches
Standing stand as long as want without increased symptoms
Squatting squat fully without the use of arms for support

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 46-year-old male.

**ROM:** Knee AROM Right: **flexion (125 deg)** and **extension (0 deg)**. Knee PROM Right: **flexion (130 deg)** and **extension (0 deg)**.

**Muscle Performance:**: Knee Strength Right: **flexion 5- /5** and **extension 5- /5**; **pain with resisted R knee extension**. Hip Strength Right: **flexion 5-/5**, **extension 5-/5**, and **abduction 5-/5**. Hip Strength Left: **extension 5-/5** and **abduction 5-/5** and flexion WNL (5/5).

**Treatment Pathway:** Current treatment pathway stage functional movement impairment and conditioning deficit.

**Range of Motion:** Lumbar AROM: **Flexion (55 deg.)**, **Extension (20 deg.)**, **Right Side Bend (30 deg.)**, and **Left Side Bend (30 deg.)**.

## Procedure Documentation

***TX Total Treatment Duration:** 60 minutes
Total treatment duration (in minutes)
**97164: PT Re-Evaluation:**

Physical Therapy Re-Evaluation Performed.
**97530: Therapeutic Activities (1:1):** 45 minutes
The patient performed therapeutic activities review entire HEP ___

## Assessment / Plan

**Criteria for Discharge**

-All goals have been met

-Patient demonstrates good understanding and performance of HEP

-Patient demonstrates good understanding of HEP for injury prevention

-Patient has returned to previous functional level

-Patient displays understanding of training regimen to avoid recurrent injury

-Patient is able to maintain proper posture and body mechanics

-Patient demonstrates adaptive pain behaviors

## Plan of Care

Based on my current assessment, I recommend that the patient be **Discharged from PT**, continue with their HEP as instructed and call if they have any questions or concerns regarding their home program.

**1. Pain in right knee**
M25.561: Pain in right knee

**Patient Goals**
Met
- Right Knee Strength - Target: (normal) strength: knees: extension: right 5- (0-5) Most recent: extension 5-/5 (04/03/2017)
- Stairs - Target: walk stairs comfortably, but with a crutch, e, or rail Most recent: walk stairs comfortably without a rail (04/03/2017)
- Uneven Ground - Target: walk very carefully on uneven ground without using a cane or crutches Most recent: walk normally on uneven ground without loss of balance or use of a cane or crutches (04/03/2017)
- Work (Applies to work in home and outside) - Target: can do most of usual work, but no more Most recent: can do as much work as desired (04/03/2017)

## Return to Office
None recorded.

## Encounter Sign-Off
Encounter signed-off by Emily Baughman, PT, 04/03/2017.

Encounter performed and documented by Emily Baughman, PT
Encounter reviewed & signed by Emily Baughman, PT on 04/03/2017 at 12:55pm

Routine For: Michael Cummins
Created By: Emily Baughman, MPT

Apr 03, 2017

Abdominal Series



Pull knees to chest to get bottom up off surface.
1) Hands on top of knees, slight traction to the ceiling, toes pulled up, chin tucked. Hold past shaking. Keep bottom off surface.

3) Pull knees to chest, now try to put tail back on surface resisting with hands, toes point down. 60 sec.
4) Repeat first for 30sec.

Do 2x/day and when back hurts.

LUMBOPELVIC STABILIZATION - Marching Steps



Lie on back, knees bent, feet flat. Drawing in lower abdominals and hold. Alternating legs, lift foot until thigh vertical and slowly return to floor (land lightly). Switch legs. Repeat 30 times. Do 2x/week.

TRUNK - Prone Plank (can do from knees)



On toes and elbows, pull abdomen in while stabilizing trunk. Hold for 30 seconds. Goal is to hold for 2 minutes without belly sagging.

4 reps per set, 3 days per week.

Quadruped Alternate Hip Extension



Shift weight to one side and raise right leg (knee straight). Keep trunk steady and hold belly in. Hold for 2 minutes. Then alternate extending each leg out, 10 reps each.
3_days per week or when back hurts.

Low Bridge



Lie on back, legs bent. First tuck bottom under into a posterior pelvic tilt and then lift hips up one segment at a time from bottom up. Pause at top (do not hyperextend back) and then gently roll down one vertebrae at a time to starting position.

Repeat 15 times per session. Do 2-3 sets. Do 3 session per week.

HIP - Abduction: Side Leg Lift (Eccentric) Side-Lying



Lie on side. Lift top leg slightly higher than shoulder level with heel slightly higher than toes.
1) Slowly lower for 3-5 seconds. Lift again. 10x
2) Leg up, rotate at hip foot up/down. 10x
3) Leg up, bend/straighten knee bringing foot toward rear, 10x
4) Hold leg up 10 counts.
3x/week

FUNCTIONAL MOBILITY: Squat

Stance: shoulder-width on floor. Bend hips and knees at the same time. Keep back straight. Do not allow knees to bend past toes.
Hold for 5 counts.
Squeeze glutes and quads to stand.



__10__ reps per set,
__2-3__ sets per day,
__3__ days per week

Step out and shift weight with arm reach

Step out with right leg along anterolateral direction, shifting weight onto it, keeping knee over 2nd toe, nose over toes and reach forward with arms
Keep belly in and hold for 5 counts.
Return to center and switch legs. Repeat stepping out diagonally.



10 reps forward, 10 reps out diagonally
3 times per week.

TUBING LOOP Leg Press: Hook-Lying (Single Leg)



Tubing around one foot, anchor with both hands, knee pulled toward chest. Press leg up, straightening knee.

Repeat __25__ times per set. Repeat with other leg.
Do __3__ sets per session. Do __3__ sessions per week.

Copyright © VHI. All rights reserved.

Routine For: Michael Cummins
Created By: Emily Baughman, MPT

Apr 03, 2017

STRETCHING: LEG - Calf / Gastoc: Runners' Stretch I



One leg back and straight, other forward and bent supporting weight, lean forward, gently stretching calf of back leg. Hold __30__ seconds.
Repeat with other leg.

Repeat __1-2__ __times__.
Do __3__ sessions per day.

FLEXIBILITY - 17 "This Feels Great" Stretch



Using support, step back, place feet shoulder width apart and tuck head between arms. Hold __60__ seconds. To end, walk toward support, place one hand on thigh, then the other, and slowly roll up to standing position.

Repeat __1-2__ times. Do __2-3__ sessions per day.

Stretching: Hip Flexor/quads (Modified)



With right leg supported, chair in front for balance, squeeze right buttock until stretch is felt in right thigh.
Hold _30___ seconds.
Repeat for left leg.

Repeat 1-2 times per set.
Do 2-3 sessions per day.

Stretching: Hip Flexor "half kneel"



Kneeling on right knee (pillow under knee, next to sofa), slowly push pelvis forward just a bit and then contract right glute max until stretch is felt on front of hip. You can also slightly shift hips to the right to stretch the IT band.
Hold _45___ seconds.

Repeat 1x.
Do 2-3 sessions per day.

Lumbar Rotation (Non-Weight Bearing)



Feet on floor, slowly rock knees from side to side in a pain-free range of motion.
1) You can use a tennis ball behind your buttock or low back to mobilize tight spots, 1-2 min. each.
2)Continue to do trunk rotations without ball to check flexibility.

Do 2 sessions per day.

HIP OBLIQUE - External Rotators Stretch



Clasp hands around knee and gently press it toward opposite shoulder. Hold __30__ seconds. Feel stretch in buttocks and outside of the hip. Repeat with other leg.

Repeat __2__ times. Do __2-3__ sessions per day.

*Copyright © VHI. All rights reserved.*

**Encounter Date: 03/20/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | CUMMINS, MICHAEL (46yo, M) ID# 393746 | **Appt. Date/Time** | 03/20/2017 11:40AM |
| **DOB** | | **Service Dept.** | TAI WEST EUGENE |
| **Provider** | EMILY BAUGHMAN, PT | | |
| **Insurance** | Med Primary: BCBS-OR (PPO)<br>Insurance # : AST907085815<br>Policy/Group # : 80656<br>PCP : KOVACEVIC FNP, LISA MARIE<br>Referring Provider Name : KOVACEVIC FNP, LISA MARIE<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

*Knee, *Follow Up Visit

Physical Therapy Episodes

Episode: R knee 2-21-17

Patient's Care Team

**Primary Care Provider (Primary Insurance):** KOVACEVIC FNP, LISA MARIE: 2650 SUZANNE WAY, STE 200, EUGENE, OR 97408, Ph (541) 228-3054, Fax (541) 288-3109
**Referring Provider (Primary Insurance):** KOVACEVIC FNP, LISA MARIE: 2650 SUZANNE WAY, STE 200, EUGENE, OR 97408, Ph (541) 228-3054, Fax (541) 288-3109

Medications

| | | |
|---|---|---|
| **ALPRAZolam 1 mg tablet** | 03/01/17 | filled |
| **hydroCHLOROthiazide 25 mg tablet** | 02/27/17 | filled |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet** | 11/23/16 | filled |
| **lisinopril 40 mg tablet** | 02/27/17 | filled |
| **naproxen 500 mg tablet** | 09/09/16 | filled |
| **propranolol 40 mg tablet** | 02/27/17 | filled |

Problems

Problems not reviewed (last reviewed 02/21/2017)

Family History

Family History not reviewed (last reviewed 02/21/2017)

Social History

Social History not reviewed (last reviewed 02/21/2017)
Smoking Status: Current every day smoker
Smoker (1 PPD)
Tobacco-years of use: 33
Occupation: burner (CNC machine operator)
Occupation Status: other
Physical activities at work?: standing, walking, stairs, uneven ground, lifting
Are you currently receiving or seeking disability for this condition?: N
If not performing your normal activities at work do you plan to RETURN to your previous activity level?: Y
Live alone or with others?: with others
Living Situation: home/apartment/condo
Living Setting: no stairs
How do you rate your general health?: Good
Previous Functional Level: Independent in all activities (work-community-home-recreation)
Activity 1:: work
Activity 1 Rating (1-5): 4/5 able to do with much difficulty
Activity 2:: stairs
Activity 2 Rating (1-5): 4/5 able to do with much difficulty
Activity 3:: uneven ground
Activity 3 Rating (1-5): 3/5 able to do with moderate difficulty
Do you exercise outside of normal daily activities?: occasionally
Exercise, Sports/Recreation consisting of: bike
General stress level: High

Caffeine intake: Heavy
Alcohol intake: None

## Surgical History

Surgical History not reviewed (last reviewed 02/21/2017)
cyst removed, knee surgery

## Past Medical History

Past Medical History not reviewed (last reviewed 02/21/2017)
Depression: **Y**
Heart Problems: **Y**
High Blood Pressure: **Y**

## HPI

**HPI Daily**
Reported by patient.

Notes: had knee pain ar R lumbar pain with driving to PDX, knee surgery was past Nov, ankle injury years ago, in a boot; told he has arthritis R knee

## ROS

**ROS as noted in the HPI**

## Physical Exam

None recorded.

## Procedure Documentation

***TX Total Treatment Duration:** 45 minutes
Total treatment duration (in minutes)
**97140: Manual Therapy BLANK (1:1):** 25 minutes
Manual therapy was performed on the patient consisting of: ASTYM R LE, STM calf
**97530: Therapeutic Activities (1:1):** 20 minutes
The patient performed therapeutic activities bike warmup, TG leg press 3x25, tubing leg press ___

## Assessment / Plan

**added tubing TG exercise**
**In general, the patient is progressing slower than expected. Patient tolerance/response to treatment: good**

**I anticipate the next encounter will fall primarily in the segmental movement impairment treatment pathway.**

**Plan**

**Continue with treatment plan progress exercise as tolerated**

**1. Pain in right knee**
M25.561: Pain in right knee

**Patient Goals**
Long term goal
- Right Knee Strength - Target: (normal) strength: knees: extension: right 5- (0-5) Most recent: extension 4+/5 (02/21/2017)
- Stairs - Target: walk stairs comfortably, but with a crutch, e, or rail Most recent: manage a single step or curb (02/21/2017)
- Uneven Ground - Target: walk very carefully on uneven ground without using a cane or crutches Most recent: walk very carefully on uneven ground even when using a cane or crutches (02/21/2017)
- Work (Applies to work in home and outside) - Target: can do most of usual work, but no more Most recent: can hardly do any work (only light duty) (02/21/2017)

## Return to Office

- Emily Baughman, PT for OFFICE VISIT (40) at TAI WEST EUGENE on 04/03/2017 at 11:40 AM

## Encounter Sign-Off

Encounter signed-off by Emily Baughman, PT, 03/20/2017.

Encounter performed and documented by Emily Baughman, PT
Encounter reviewed & signed by Emily Baughman, PT on 03/20/2017 at 12:28pm

**Encounter Date: 03/17/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | CUMMINS, MICHAEL (46yo, M) ID# 393746 | **Appt. Date/Time** | 03/17/2017 02:20PM |
| **DOB** | | **Service Dept.** | TAI WEST EUGENE |
| **Provider** | EMILY BAUGHMAN, PT | | |
| **Insurance** | Med Primary: BCBS-OR (PPO)<br>Insurance # : AST907085815<br>Policy/Group # : 80656<br>PCP : KOVACEVIC FNP, LISA MARIE<br>Referring Provider Name : KOVACEVIC FNP, LISA MARIE<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

*Knee, *Follow Up Visit

Physical Therapy Episodes

Episode: R knee 2-21-17

Patient's Care Team

**Primary Care Provider (Primary Insurance):** KOVACEVIC FNP, LISA MARIE: 2650 SUZANNE WAY, STE 200, EUGENE, OR 97408, Ph (541) 228-3054, Fax (541) 288-3109
**Referring Provider (Primary Insurance):** KOVACEVIC FNP, LISA MARIE: 2650 SUZANNE WAY, STE 200, EUGENE, OR 97408, Ph (541) 228-3054, Fax (541) 288-3109

Medications

| | | |
|---|---|---|
| **ALPRAZolam 1 mg tablet** | 03/01/17 | filled |
| **hydroCHLOROthiazide 25 mg tablet** | 02/27/17 | filled |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet** | 11/23/16 | filled |
| **lisinopril 40 mg tablet** | 02/27/17 | filled |
| **naproxen 500 mg tablet** | 09/09/16 | filled |
| **propranolol 40 mg tablet** | 02/27/17 | filled |

Problems

Problems not reviewed (last reviewed 02/21/2017)

Family History

Family History not reviewed (last reviewed 02/21/2017)

Social History

Social History not reviewed (last reviewed 02/21/2017)
Smoking Status: Current every day smoker
Smoker (1 PPD)
Tobacco-years of use: 33
Occupation: burner (CNC machine operator)
Occupation Status: other
Physical activities at work?: standing, walking, stairs, uneven ground, lifting
Are you currently receiving or seeking disability for this condition?: N
If not performing your normal activities at work do you plan to RETURN to your previous activity level?: Y
Live alone or with others?: with others
Living Situation: home/apartment/condo
Living Setting: no stairs
How do you rate your general health?: Good
Previous Functional Level: Independent in all activities (work-community-home-recreation)
Activity 1:: work
Activity 1 Rating (1-5): 4/5 able to do with much difficulty
Activity 2:: stairs
Activity 2 Rating (1-5): 4/5 able to do with much difficulty
Activity 3:: uneven ground
Activity 3 Rating (1-5): 3/5 able to do with moderate difficulty
Do you exercise outside of normal daily activities?: occasionally
Exercise, Sports/Recreation consisting of: bike
General stress level: High

Caffeine intake: Heavy
Alcohol intake: None

## Surgical History

Surgical History not reviewed (last reviewed 02/21/2017)
cyst removed, knee surgery

## Past Medical History

Past Medical History not reviewed (last reviewed 02/21/2017)
Depression: **Y**
Heart Problems: **Y**
High Blood Pressure: **Y**

## HPI

**HPI Daily**
Reported by patient.

Notes: had knee pain ar R lumbar pain with driving to PDX

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 46-year-old male.

tight R quad

## Procedure Documentation

***TX Total Treatment Duration:** 38 minutes
Total treatment duration (in minutes)
**97140: Manual Therapy BLANK (1:1):** 15 minutes
Manual therapy was performed on the patient consisting of: STM R patellar, quad, IT band using plunger
**97530: Therapeutic Activities (1:1):** 23 minutes
The patient performed therapeutic activities bike warmup, step out wt shift, TG leg press double and single 3x10, calf stretch, hamstrings, quad stretch ___

## Assessment / Plan

**knee felt better after TG**
**In general, the patient is progressing slower than expected. Patient tolerance/response to treatment: good**

**I anticipate the next encounter will fall primarily in the segmental movement impairment treatment pathway.**

**Plan**

**Continue with treatment plan progress exercise as tolerated**

**1. Pain in right knee**
M25.561: Pain in right knee

**Patient Goals**
Long term goal
- Right Knee Strength - Target: (normal) strength: knees: extension: right 5- (0-5) Most recent: extension 4+ /5 (02/21/2017)
- Stairs - Target: walk stairs comfortably, but with a crutch, e, or rail Most recent: manage a single step or curb (02/21/2017)
- Uneven Ground - Target: walk very carefully on uneven ground without using a cane or crutches Most recent: walk very carefully on uneven ground even when using a cane or crutches (02/21/2017)
- Work (Applies to work in home and outside) - Target: can do most of usual work, but no more Most recent: can hardly do any work (only light duty) (02/21/2017)

Return to Office
None recorded.

## Encounter Sign-Off

Encounter signed-off by Emily Baughman, PT, 03/17/2017.

**CUMMINS, MICHAEL (id #393746, dob:**

Encounter performed and documented by Emily Baughman, PT
Encounter reviewed & signed by Emily Baughman, PT on 03/17/2017 at 3:12pm

**Encounter Date: 03/14/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | CUMMINS, MICHAEL (46yo, M) ID# 393746 | **Appt. Date/Time** | 03/14/2017 03:00PM |
| **DOB** | | **Service Dept.** | TAI WEST EUGENE |
| **Provider** | EMILY BAUGHMAN, PT | | |
| **Insurance** | Med Primary: BCBS-OR (PPO)<br>Insurance # : AST907085815<br>Policy/Group # : 80656<br>PCP : KOVACEVIC FNP, LISA MARIE<br>Referring Provider Name : KOVACEVIC FNP, LISA MARIE<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

*Knee, *Follow Up Visit

Physical Therapy Episodes

Episode: R knee 2-21-17

Patient's Care Team

**Primary Care Provider (Primary Insurance):** KOVACEVIC FNP, LISA MARIE: 2650 SUZANNE WAY, STE 200, EUGENE, OR 97408, Ph (541) 228-3054, Fax (541) 288-3109
**Referring Provider (Primary Insurance):** KOVACEVIC FNP, LISA MARIE: 2650 SUZANNE WAY, STE 200, EUGENE, OR 97408, Ph (541) 228-3054, Fax (541) 288-3109

Medications

| | | |
|---|---|---|
| **ALPRAZolam 1 mg tablet** | 03/01/17 | filled |
| **hydroCHLOROthiazide 25 mg tablet** | 02/27/17 | filled |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet** | 11/23/16 | filled |
| **lisinopril 40 mg tablet** | 02/27/17 | filled |
| **naproxen 500 mg tablet** | 09/09/16 | filled |
| **propranolol 40 mg tablet** | 02/27/17 | filled |

Problems

Problems not reviewed (last reviewed 02/21/2017)

Family History

Family History not reviewed (last reviewed 02/21/2017)

Social History

Social History not reviewed (last reviewed 02/21/2017)
Smoking Status: Current every day smoker
Smoker (1 PPD)
Tobacco-years of use: 33
Occupation: burner (CNC machine operator)
Occupation Status: other
Physical activities at work?: standing, walking, stairs, uneven ground, lifting
Are you currently receiving or seeking disability for this condition?: N
If not performing your normal activities at work do you plan to RETURN to your previous activity level?: Y
Live alone or with others?: with others
Living Situation: home/apartment/condo
Living Setting: no stairs
How do you rate your general health?: Good
Previous Functional Level: independent in all activities (work-community-home-recreation)
Activity 1:: work
Activity 1 Rating (1-5): 4/5 able to do with much difficulty
Activity 2:: stairs
Activity 2 Rating (1-5): 4/5 able to do with much difficulty
Activity 3:: uneven ground
Activity 3 Rating (1-5): 3/5 able to do with moderate difficulty

Do you exercise outside of normal daily activities?: occasionally
Exercise, Sports/Recreation consisting of: bike
General stress level: High
Caffeine intake: Heavy
Alcohol intake: None

## Surgical History

Surgical History not reviewed (last reviewed 02/21/2017)
cyst removed, knee surgery

## Past Medical History

Past Medical History not reviewed (last reviewed 02/21/2017)
Depression: **Y**
Heart Problems: **Y**
High Blood Pressure: **Y**

## HPI

has not done much of his exercises since lsat visit

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 46-year-old male.

(+)thomas test R

## Procedure Documentation

***TX Total Treatment Duration:** 40 minutes
Total treatment duration (in minutes)
**97140: Manual Therapy BLANK (1:1):** 8 minutes
Manual therapy was performed on the patient consisting of: STM R knee, IT band using plunger
**97530: Therapeutic Activities (1:1):** 27 minutes
The patient performed therapeutic activities bike warmup, foam roller MFR for R IT band, lat hip, quad, lateral hip, review stretches, marching steps, bridges, step out wt shifts ___

## Assessment / Plan

**In general, the patient is progressing slower than expected. Patient tolerance/response to treatment: fair**

**I anticipate the next encounter will fall primarily in the functional movement impairment treatment pathway.**

**Plan**

**Continue with treatment plan progress exercise as tolerated**

**1. Pain in right knee**
M25.561: Pain in right knee

**Patient Goals**
Long term goal
- Right Knee Strength - Target: (normal) strength: knees: extension: right 5- (0-5) Most recent: extension 4+ /5 (02/21/2017)
- Stairs - Target: walk stairs comfortably, but with a crutch, e, or rail Most recent: manage a single step or curb (02/21/2017)
- Uneven Ground - Target: walk very carefully on uneven ground without using a cane or crutches Most recent: walk very carefully on uneven ground even when using a cane or crutches (02/21/2017)
- Work (Applies to work in home and outside) - Target: can do most of usual work, but no more Most recent: can hardly do any work (only light duty) (02/21/2017)

## Return to Office

- Emily Baughman, PT for OFFICE VISIT (40) at TAI WEST EUGENE on 03/17/2017 at 02:20 PM

## Encounter Sign-Off

Encounter signed-off by Emily Baughman, PT, 03/14/2017.

Encounter performed and documented by Emily Baughman, PT

Encounter reviewed & signed by Emily Baughman, PT on 03/14/2017 at 3:41pm

**Encounter Date: 03/10/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | CUMMINS, MICHAEL (46yo, M) ID# 393746 | **Appt. Date/Time** | 03/10/2017 02:20PM |
| **DOB** | | **Service Dept.** | TAI WEST EUGENE |
| **Provider** | EMILY BAUGHMAN, PT | | |
| **Insurance** | Med Primary: BCBS-OR (PPO)<br>Insurance # : AST907085815<br>Policy/Group # : 80656<br>PCP : KOVACEVIC FNP, LISA MARIE<br>Referring Provider Name : KOVACEVIC FNP, LISA MARIE<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

*Knee, *Follow Up Visit

Physical Therapy Episodes

Episode: R knee 2-21-17

Patient's Care Team

**Primary Care Provider (Primary Insurance):** KOVACEVIC FNP, LISA MARIE: 2650 SUZANNE WAY, STE 200, EUGENE, OR 97408, Ph (541) 228-3054, Fax (541) 288-3109
**Referring Provider (Primary Insurance):** KOVACEVIC FNP, LISA MARIE: 2650 SUZANNE WAY, STE 200, EUGENE, OR 97408, Ph (541) 228-3054, Fax (541) 288-3109

Medications

| | | |
|---|---|---|
| **ALPRAZolam 1 mg tablet** | 03/01/17 | filled |
| **hydroCHLOROthiazide 25 mg tablet** | 02/27/17 | filled |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet** | 11/23/16 | filled |
| **lisinopril 40 mg tablet** | 02/27/17 | filled |
| **naproxen 500 mg tablet** | 09/09/16 | filled |
| **propranolol 40 mg tablet** | 02/27/17 | filled |

Problems

Problems not reviewed (last reviewed 02/21/2017)

Family History

Family History not reviewed (last reviewed 02/21/2017)

Social History

Social History not reviewed (last reviewed 02/21/2017)
Smoking Status: Current every day smoker
Smoker (1 PPD)
Tobacco-years of use: 33
Occupation: burner (CNC machine operator)
Occupation Status: other
Physical activities at work?: standing, walking, stairs, uneven ground, lifting
Are you currently receiving or seeking disability for this condition?: N
If not performing your normal activities at work do you plan to RETURN to your previous activity level?: Y
Live alone or with others?: with others
Living Situation: home/apartment/condo
Living Setting: no stairs
How do you rate your general health?: Good
Previous Functional Level: Independent in all activities (work-community-home-recreation)
Activity 1:: work
Activity 1 Rating (1-5): 4/5 able to do with much difficulty
Activity 2:: stairs
Activity 2 Rating (1-5): 4/5 able to do with much difficulty
Activity 3:: uneven ground
Activity 3 Rating (1-5): 3/5 able to do with moderate difficulty
Do you exercise outside of normal daily activities?: occasionally

**CUMMINS, MICHAEL (id #393746, dob:**

Exercise, Sports/Recreation consisting of: bike
General stress level: High
Caffeine intake: Heavy
Alcohol intake: None

## Surgical History

Surgical History not reviewed (last reviewed 02/21/2017)
cyst removed, knee surgery

## Past Medical History

Past Medical History not reviewed (last reviewed 02/21/2017)
Depression: **Y**
Heart Problems: **Y**
High Blood Pressure: **Y**

## HPI

gets discomfort at knee with sidelie hip abd

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 46-year-old male.

(+)thomas test R

## Procedure Documentation

***TX Total Treatment Duration:** 55 minutes
Total treatment duration (in minutes)
**97140: Manual Therapy BLANK (1:1):** 8 minutes
Manual therapy was performed on the patient consisting of: STM R knee, IT band using plunger
**97530: Therapeutic Activities (1:1):** 47 minutes
The patient performed therapeutic activities bike warmup, foam roller MFR for R IT band, lateral hip, set, core, marching steps, sidelie hip abd series, bridging, hip abd sidestep, step out wt shift, calf stretch, hamstrings stretch, modified quad stretch ___

## Assessment / Plan

**In general, the patient is progressing slower than expected. Patient tolerance/response to treatment: fair**

**I anticipate the next encounter will fall primarily in the functional movement impairment treatment pathway.**

**Plan**

**Continue with treatment plan progress exercise as tolerated**

**1. Pain in right knee**
M25.561: Pain in right knee

**Patient Goals**
Long term goal
- Right Knee Strength - Target: (normal) strength: knees: extension: right 5- (0-5) Most recent: extension 4+ /5 (02/21/2017)
- Stairs - Target: walk stairs comfortably, but with a crutch, e, or rail Most recent: manage a single step or curb (02/21/2017)
- Uneven Ground - Target: walk very carefully on uneven ground without using a cane or crutches Most recent: walk very carefully on uneven ground even when using a cane or crutches (02/21/2017)
- Work (Applies to work in home and outside) - Target: can do most of usual work, but no more Most recent: can hardly do any work (only light duty) (02/21/2017)

## Return to Office

- Emily Baughman, PT for OFFICE VISIT (40) at TAI WEST EUGENE on 03/14/2017 at 03:00 PM
- Emily Baughman, PT for OFFICE VISIT (40) at TAI WEST EUGENE on 03/17/2017 at 02:20 PM

## Encounter Sign-Off

Encounter signed-off by Emily Baughman, PT, 03/10/2017.

**CUMMINS, MICHAEL (id #393746, dob:**

Encounter performed and documented by Emily Baughman, PT
Encounter reviewed & signed by Emily Baughman, PT on 03/10/2017 at 3:17pm

**Encounter Date: 03/03/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | CUMMINS, MICHAEL (46yo, M) ID# 393746 | **Appt. Date/Time** | 03/03/2017 03:00PM |
| **DOB** | | **Service Dept.** | TAI WEST EUGENE |
| **Provider** | EMILY BAUGHMAN, PT | | |
| **Insurance** | Med Primary: BCBS-OR (PPO)<br>Insurance # : AST907085815<br>Policy/Group # : 80656<br>PCP : KOVACEVIC FNP, LISA MARIE<br>Referring Provider Name : KOVACEVIC FNP, LISA MARIE<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

*Knee, *Follow Up Visit

Physical Therapy Episodes

Episode: R knee 2-21-17

Patient's Care Team

**Primary Care Provider (Primary Insurance):** KOVACEVIC FNP, LISA MARIE: 2650 SUZANNE WAY, STE 200, EUGENE, OR 97408, Ph (541) 228-3054, Fax (541) 288-3109
**Referring Provider (Primary Insurance):** KOVACEVIC FNP, LISA MARIE: 2650 SUZANNE WAY, STE 200, EUGENE, OR 97408, Ph (541) 228-3054, Fax (541) 288-3109

Medications

| | | |
|---|---|---|
| **ALPRAZolam 1 mg tablet** | 03/01/17 | filled |
| **hydroCHLOROthiazide 25 mg tablet** | 02/27/17 | filled |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet** | 11/23/16 | filled |
| **lisinopril 40 mg tablet** | 02/27/17 | filled |
| **naproxen 500 mg tablet** | 09/09/16 | filled |
| **propranolol 40 mg tablet** | 02/27/17 | filled |

Problems

Problems not reviewed (last reviewed 02/21/2017)

Family History

Family History not reviewed (last reviewed 02/21/2017)

Social History

Social History not reviewed (last reviewed 02/21/2017)
Smoking Status: Current every day smoker
Smoker (1 PPD)
Tobacco-years of use: 33
Occupation: burner (CNC machine operator)
Occupation Status: other
Physical activities at work?: standing, walking, stairs, uneven ground, lifting
Are you currently receiving or seeking disability for this condition?: N
If not performing your normal activities at work do you plan to RETURN to your previous activity level?: Y
Live alone or with others?: with others
Living Situation: home/apartment/condo
Living Setting: no stairs
How do you rate your general health?: Good
Previous Functional Level: Independent in all activities (work-community-home-recreation)
Activity 1:: work
Activity 1 Rating (1-5): 4/5 able to do with much difficulty
Activity 2:: stairs
Activity 2 Rating (1-5): 4/5 able to do with much difficulty
Activity 3:: uneven ground
Activity 3 Rating (1-5): 3/5 able to do with moderate difficulty

**CUMMINS, MICHAEL (id #393746, dob:**

Do you exercise outside of normal daily activities?: occasionally
Exercise, Sports/Recreation consisting of: bike
General stress level: High
Caffeine intake: Heavy
Alcohol intake: None

## Surgical History

Surgical History not reviewed (last reviewed 02/21/2017)
cyst removed, knee surgery

## Past Medical History

Past Medical History not reviewed (last reviewed 02/21/2017)
Depression: **Y**
Heart Problems: **Y**
High Blood Pressure: **Y**

## HPI

calves still tight

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 46-year-old male.

tight BIL hips, weakness abs, hip ext, hip abd

## Procedure Documentation

***TX Total Treatment Duration:** 40 minutes
Total treatment duration (in minutes)
**97140: Manual Therapy BLANK (1:1):** 15 minutes
Manual therapy was performed on the patient consisting of: STM R hip flexors, IT band using plunger
**97530: Therapeutic Activities (1:1):** 25 minutes
The patient performed therapeutic activities bike warmup, foam roller MFR for R IT band, lateral hip, 1/2 kneel stretch, modified quad stretch ___

## Assessment / Plan

**In general, the patient is progressing as expected. Patient tolerance/response to treatment: fair**. Low pain tolerance.

**I anticipate the next encounter will fall primarily in the segmental movement impairment treatment pathway.**

**Plan**

**Continue with treatment plan progress exercise as tolerated**
In general, the patient is progressing . Patient tolerance/response to treatment:

I anticipate the next encounter will fall primarily in the treatment pathway.

**Plan**

**1. Pain in right knee**
M25.561: Pain in right knee

**Patient Goals**
Long term goal
- Right Knee Strength - Target: (normal) strength: knees: extension: right 5- (0-5) Most recent: extension 4+ /5 (02/21/2017)
- Stairs - Target: walk stairs comfortably, but with a crutch, e, or rail Most recent: manage a single step or curb (02/21/2017)
- Uneven Ground - Target: walk very carefully on uneven ground without using a cane or crutches Most recent: walk very carefully on uneven ground even when using a cane or crutches (02/21/2017)
- Work (Applies to work in home and outside) - Target: can do most of usual work, but no more Most recent: can hardly do any work (only light duty) (02/21/2017)

**Roy Law**
**1000 SW Broadway**
**Suite 1740**
**Portland, OR 97205**
**Tel: 855-306-4313 Fax: 855-344-1726**

# Fax

**To:** Susie

**From:** Jackie Homoki

**Fax:** 1-603-334-8630

**Date:** September 01, 2017 01:18 PM

**Organization:** Liberty Mutual

**Subject:** **Michael Cummins**

---

Dear Susie,

Please see the attached release of information, originally sent to liberty mutual on May 20, 2017. Please note we do not represent him on his worker's compensation claim, only on his LTD claim.

We requested this information for review as Liberty Mutual's LTD claim file indicates the worker's compensation claim denial was taken into account in denying his LTD claim. Pursuant to Section 104(b) of ERISA and 29 C.F.R § 2560.503-l(h)(2)(iii), we request copies of *all* documents Liberty Mutual relied on in denying Client's claim.

Please contact me if you have any questions or need additional information.

All the best,

Jackie Homoki | Legal Assistant

Roy Law | Disability Insurance Attorneys

1000 SW Broadway, Suite 1740 | Portland, OR | 97205

O: 503 206 4313 | 855 306 4313 | F: 855 344 1726 | roylawpdx.com

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

ROY LAW

520 SW YAMHILL STREET
SUITE 212
PORTLAND, OR 97204
503 206 4313
855 306 4313
503 716 3854 FAX
ROYLAWPDX.COM

CHRIS ROY
FOUNDER
PRINCIPAL
ATTORNEY AT LAW
CHRIS@ROYLAWPDX.COM
503 926 4653 CELL

**AUTHORIZATION FOR RELEASE OF INFORMATION AND ASSIGNMENT OF BENEFITS**

TO WHOM IT MAY CONCERN,

This will serve as authorization for you or your agents to discuss with and/or furnish to Chris Roy, Roy Law, and Roy Law's members, employees, and contractors, 520 SW Yamhill, #212, Portland, Oregon 97204-3011, any information they desire in connection with the employment, insurability, or representation of the undersigned.

I, Mike m cummins, hereby grant Roy Law authorization to represent me with respect to any and all matters arising from my application for long and/or short-term disability benefits. By this authorization I specifically include the power to appear on my behalf and to otherwise represent me in the submission and prosecution of any claim or demand for benefits, rights, damages, and causes of action before any plan administrator, trustee, claims processor, government agency, or court.

I further specifically include authorization to request, review and receive any documents, records or other information which he requests of any person, including personnel records, payroll records, annual reports, plan documents, summary plan descriptions, accounting records, any documents filed with a government agency, health care records, medical records, and insurance records. I hereby agree to hold harmless any person providing any documents, records, or other information to my said attorney. You are authorized to furnish said attorney any documents, records, or other information for which he may ask, on my behalf. Further, I assign all past and/or future benefit payments to Roy Law. If any past and/or future benefits are issued to me, please send all payments direct to Roy Law, and make the check(s) payable to " Roy Law c/o [my name]".

A copy of this authorization is as valid as the original.

DATE: May 2, 2017

CLIENT: [signature]
Mike m cummins (May 2, 2017)

**Roy Law**
**1000 SW Broadway**
**Suite 1740**
**Portland, OR 97205**
**Tel: 855-306-4313 Fax: 855-344-1726**

# Fax

**To:** Keahti Ingram

**From:** Jackie Homoki

**Fax:** 1-603-334-8630

**Date:** August 25, 2017 01:08 PM

**Organization:** Liberty Mutual

**Subject:** **Michael Cummins, Claim No. 7224525**

---

Please see the attached request

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

ROY LAW

520 SW YAMHILL STREET
SUITE 212
PORTLAND, OR 97204
503 206 43 13
855 306 43 13
855 344 17 26 FAX
ROYLAWPDX.COM

CHRIS@ROYLAWPDX.COM
503 926 46 53 CELL

August 25, 2017

**Via Fax (1-603-334-8630)**

Liberty Mutual Assurance Company of Boston
Attn: Keahti Ingram
Post Office Box 7207
London, Kentucky 40742

**Re: Claim File Request for Michael Cummins**
**Claim No. 7224525**
**Astec Industries, Inc.**

We have received the Short-Term Disability and Long-Term Disability claim files for our client, Michael Cummins ("Client"), and after review it has come to our attention that Liberty Mutual also administered Client's Worker's Compensation Claim. Attached is the denial letter dated October 6, 2016 which references claim number WC608-C77205.

Through this letter, we are requesting a full copy of the Worker's Compensation Claim file, including all communication between Liberty Mutual and Client, and between Liberty Mutual and Client's medical care providers, and all file reviews conducted in the course of making your decision.

As stated in our original claim file request, pursuant to Section 104(b) of ERISA and 29 C.F.R § 2560.503-l(h)(2)(iii), we request copies of *all* documents Liberty Mutual relied on in denying Client's claim. Client needs this information to prepare his appeal so Liberty Mutual can conduct a full and fair review of his claim denial.

Best Regards,

Chris Roy
Attorney at Law

cc: client via email

Liberty Mutual. INSURANCE

Liberty Mutual Insurance

Claims Department
PO Box 4668
Portland, OR 97208
(617) 357-9500
(603) 334-0307 Fax

October 6, 2016

Certified mail # 91 7199 9991 7037 0823 9481

Michael M Cummins

**NOTICE OF DENIAL**

| | | |
|---|---|---|
| RE: Employer | : Johnson Crushers International |
| DOI | : 9/4/16 |
| Claim # | : WC608-C77205 |

Dear Mr. Cummins:

You filed a workers compensation claim for a right knee strain on 9/9/16 while you were employed with Johnson Crushers International. After careful review of the information in our file we hereby issue a denial of the claim on the basis there is insufficient evidence to establish the fact you sustained a compensable injury while in the course and scope of your employment with Johnson Crushers International.

This denial is not based upon in whole or in part of an independent examination for which your attending physician has not concurred yet.

**"IF YOU THINK THIS DENIAL IS NOT RIGHT, WITHIN 60 DAYS AFTER THE MAILING OF THIS DENIAL YOU MUST FILE A LETTER WITH THE WORKERS' COMPENSATION BOARD, 2601 25TH STREET SE, SUITE 150, SALEM, OR 97302-1282. YOUR LETTER MUST STATE THAT YOU WANT A HEARING, YOUR ADDRESS, AND THE DATE OF YOUR ACCIDENT, IF YOU KNOW THE DATE. IF YOUR CLAIM QUALIFIES, YOU MAY RECEIVE AN EXPEDITED HEARING WITHIN 30 DAYS. YOUR REQUEST CANNOT, BY LAW, AFFECT YOUR EMPLOYMENT. IF YOU DO NOT FILE A REQUEST WITHIN 60 DAYS, YOU WILL LOSE ANY RIGHT YOU MAY HAVE TO COMPENSATION UNLESS YOU CAN SHOW GOOD CAUSE FOR DELAY BEYOND 60 DAYS. AFTER 180 DAYS, ALL YOUR RIGHTS WILL BE LOST. YOU MAY BE REPRESENTED BY AN ATTORNEY OF YOUR CHOICE AT NO COST TO YOU FOR ATTORNEY FEES. IF YOU MAKE A TIMELY REQUEST FOR HEARING ON A DENIAL OF COMPENSABILITY OF YOUR CLAIM AS REQUIRED BY ORS 656.319(1)(a) THAT IS BASED ON ONE OR MORE REPORTS OF EXAMINATIONS CONDUCTED AT THE REQUEST OF THE INSURER OR SELF-INSURED EMPLOYER UNDER ORS 656.325(1)(a) AND YOUR ATTENDING PHYSICIAN DOES NOT CONCUR WITH THE REPORT OR REPORTS, YOU MAY REQUEST AN EXAMINATION TO BE CONDUCTED BY A PHYSICIAN SELECTED BY THE DIRECTOR. THE**

**COST OF THE EXAMINATION AND THE EXAMINATION REPORT SHALL BE PAID BY THE INSURER OR SELF-INSURED EMPLOYER. IF YOU HAVE QUESTIONS YOU MAY CALL THE BENEFITS SECTION TOLL FREE IN OREGON 1-800-452-0288 OR IN SALEM OR FROM OUTSIDE OREGON, AT (503) 947-7285."**

Sincerely,

Ryan Salholm
Claims Specialist I
Liberty Mutual Insurance
(503) 736-8436

cc: WCD: 350 Winter St. NE, P.O. Box 14480, Salem, OR 97309
Johnson Crushers International
Lisa Kovacevic FNP
Slocum Orthopedics

**Roy Law**
**1000 SW Broadway**
**Suite 1740**
**Portland, OR 97205**
**Tel: 855-306-4313 Fax: 855-344-1726**

# Fax

**To:** Keahti Ingram **From:** Jackie Homoki

**Fax:** 1-603-334-8630 **Date:** August 25, 2017 01:08 PM

**Organization:** Liberty Mutual

**Subject:** **Michael Cummins, Claim No. 7224525**

---

Please see the attached request

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

ROY LAW

520 SW YAMHILL STREET
SUITE 212
PORTLAND, OR 97204
503 206 4313
855 306 4313
855 344 1726 FAX
ROYLAWPDX.COM

CHRIS@ROYLAWPDX.COM
503 926 4653 CELL

August 25, 2017

**Via Fax (1-603-334-8630)**

Liberty Mutual Assurance Company of Boston
Attn: Keahti Ingram
Post Office Box 7207
London, Kentucky 40742

**Re: Claim File Request for Michael Cummins**
**Claim No. 7224525**
**Astec Industries, Inc.**

We have received the Short-Term Disability and Long-Term Disability claim files for our client, Michael Cummins ("Client"), and after review it has come to our attention that Liberty Mutual also administered Client's Worker's Compensation Claim. Attached is the denial letter dated October 6, 2016 which references claim number WC608-C77205.

Through this letter, we are requesting a full copy of the Worker's Compensation Claim file, including all communication between Liberty Mutual and Client, and between Liberty Mutual and Client's medical care providers, and all file reviews conducted in the course of making your decision.

As stated in our original claim file request, pursuant to Section 104(b) of ERISA and 29 C.F.R § 2560.503-l(h)(2)(iii), we request copies of *all* documents Liberty Mutual relied on in denying Client's claim. Client needs this information to prepare his appeal so Liberty Mutual can conduct a full and fair review of his claim denial.

Best Regards,

Chris Roy
Attorney at Law

cc: client via email

Liberty Mutual. INSURANCE

Liberty Mutual Insurance

Claims Department
PO Box 4888
Portland, OR 97208
(617) 357-9500
(603) 334-0307 Fax

October 6, 2016

Certified mail # 91 7199 9991 7037 0823 9481

Michael M Cummins

**NOTICE OF DENIAL**

| | | |
|---|---|---|
| RE: | Employer | : Johnson Crushers International |
| | DOI | : 9/4/16 |
| | Claim # | : WC608-C77205 |

Dear Mr. Cummins:

You filed a workers compensation claim for a right knee strain on 9/9/16 while you were employed with Johnson Crushers International. After careful review of the information in our file we hereby issue a denial of the claim on the basis there is insufficient evidence to establish the fact you sustained a compensable injury while in the course and scope of your employment with Johnson Crushers International.

This denial is not based upon in whole or in part of an independent examination for which your attending physician has not concurred yet.

**"IF YOU THINK THIS DENIAL IS NOT RIGHT, WITHIN 60 DAYS AFTER THE MAILING OF THIS DENIAL YOU MUST FILE A LETTER WITH THE WORKERS' COMPENSATION BOARD, 2601 25TH STREET SE, SUITE 150, SALEM, OR 97302-1282. YOUR LETTER MUST STATE THAT YOU WANT A HEARING, YOUR ADDRESS, AND THE DATE OF YOUR ACCIDENT, IF YOU KNOW THE DATE. IF YOUR CLAIM QUALIFIES, YOU MAY RECEIVE AN EXPEDITED HEARING WITHIN 30 DAYS. YOUR REQUEST CANNOT, BY LAW, AFFECT YOUR EMPLOYMENT. IF YOU DO NOT FILE A REQUEST WITHIN 60 DAYS, YOU WILL LOSE ANY RIGHT YOU MAY HAVE TO COMPENSATION UNLESS YOU CAN SHOW GOOD CAUSE FOR DELAY BEYOND 60 DAYS. AFTER 180 DAYS, ALL YOUR RIGHTS WILL BE LOST. YOU MAY BE REPRESENTED BY AN ATTORNEY OF YOUR CHOICE AT NO COST TO YOU FOR ATTORNEY FEES. IF YOU MAKE A TIMELY REQUEST FOR HEARING ON A DENIAL OF COMPENSABILITY OF YOUR CLAIM AS REQUIRED BY ORS 656.319(1)(a) THAT IS BASED ON ONE OR MORE REPORTS OF EXAMINATIONS CONDUCTED AT THE REQUEST OF THE INSURER OR SELF-INSURED EMPLOYER UNDER ORS 656.325(1)(a) AND YOUR ATTENDING PHYSICIAN DOES NOT CONCUR WITH THE REPORT OR REPORTS, YOU MAY REQUEST AN EXAMINATION TO BE CONDUCTED BY A PHYSICIAN SELECTED BY THE DIRECTOR. THE**

**COST OF THE EXAMINATION AND THE EXAMINATION REPORT SHALL BE PAID BY THE INSURER OR SELF-INSURED EMPLOYER. IF YOU HAVE QUESTIONS YOU MAY CALL THE BENEFITS SECTION TOLL FREE IN OREGON 1-800-452-0288 OR IN SALEM OR FROM OUTSIDE OREGON, AT (503) 947-7285."**

Sincerely,

Ryan Salholm
Claims Specialist I
Liberty Mutual Insurance
(503) 736-8436

cc: WCD: 350 Winter St. NE, P.O. Box 14480, Salem, OR 97309
Johnson Crushers International
Lisa Kovacevic FNP
Slocum Orthopedics

**Roy Law**
**1000 SW Broadway**
**Suite 1740**
**Portland, OR 97205**
**Tel: 855-306-4313 Fax: 855-344-1726**

# Fax

**To:** Keahti Ingram **From:** Jackie Homoki

**Fax:** 1-603-334-8630 **Date:** June 16, 2017 04:01 PM

**Organization:** Liberty Mutual

**Subject:** **Notice of Change of Address**

---

Please see the attached notice of change of address:

**Michael Cummins**

**Claim No. 7224525**

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

ROY LAW

1000 SW BROADWAY
SUITE 1740
PORTLAND, OR 97205
503 206 4313
855 306 4313
855 344 1726 FAX
ROYLAWPDX.COM

CHRIS@ROYLAWPDX.COM
503 926 4653 CELL

June 16, 2017

**Via Fax (1-603-334-8630)**

Liberty Mutual
Attn: Keahti Ingram
Post Office Box 7207
London, Kentucky 40742

**Re: Micheal Cummins**
**Claim No. 7224525**
**Employer: Astec Industries, Inc.**

This letter is to advise you that our office has moved. From now on, all correspondence, including benefit payments and settlement funds, should be mailed to:

**Roy Law**
**1000 Southwest Broadway, Suite 1740**
**Portland, Oregon 97205**

Our telephone and fax numbers remain the same.

Best Regards,

Chris Roy
Attorney at Law

cc: client via email

**n0196645**

| | |
|---|---|
| **From:** | Avril Watt |
| **Sent:** | Wednesday, May 24, 2017 3:29:26 PM |
| **To:** | Ingram, Keahti |
| **Subject:** | FW: MICHAEL CUMMINS, Claim 7224525 |
| **Attachments:** | image001.jpg; Cummins LTD Claim.pdf |

Keahti,

Thanks for taking my call. The letter we received is attached. I will furnish what documents I have to my attorney so they can draft a response.

**Avril Watt | HR Manager** | **Johnson Crushers International, Inc.**
86470 Franklin Blvd, Eugene, OR 97405
**Telephone (**541) 988-9515 **Mobile (**541) 731-0783

Email awatt@jcieug.com www.kpijci.com

**From:** GrpMktClmOpsReporting@LibertyMutual.com
[mailto:GrpMktClmOpsReporting@LibertyMutual.com]
**Sent:** Wednesday, April 19, 2017 3:51 PM
**To:** Avril Watt <awatt@jcieug.com>; Lila Holman <lholman@jcieug.com>
**Subject:** MICHAEL CUMMINS, Claim # 7224525

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim has been denied. The case manager for this claim is Keahti Ingram.

If you have further questions please call Liberty Mutual Insurance at (800) 291-0112.

**********************************************************************

DISCLAIMER:

This transmission from Astec Industries or one of its subsidiaries is confidential and solely for the use of the intended recipient. If you have received this email in error, please notify the sender and delete and destroy the original transmission and all copies. Our company accepts no liability for the contents of this email, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. Please note that any personal views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

ROY LAW

520 SW YAMHILL STREET
SUITE 212
PORTLAND, OR 97204
503 206 4313
855 306 4313
855 344 1726 FAX
ROYLAWPDX.COM

CHRIS@ROYLAWPDX.COM
503 926 4653 CELL

May 16, 2017

**Via First Class Mail**

Astec Industries, Inc.
Attn: Lila Holman, Human Resources
86470 Franklin Boulevard
Eugene, Oregon 97405

**Re:** **Employee: Michael Cummins**
**Request Short and Long-Term Disability Plan Documents**

Ms. Lila Holman:

We are the attorneys for Michael Cummins ("Client") in his dispute over Liberty Mutual's ("Insurer") denial of his disability insurance benefits under Liberty Mutual's Disability Plan ("Plan"). A copy of an authorization allowing us to request documents, and communicate with you on Client's behalf is attached to this letter.

We understand Astec Industries may be the Plan Administrator of the LTD Plan. Therefore, pursuant to Section 104(b) of ERISA and 29 C.F.R. § 2560.503-1(h)(2)(iii), Client requests Astec Industries produce a complete copy of the Log and Short Term Disability Plan documents, including but not limited to the following (*to save paper please mail or email all requested documents on a CD in Adobe PDF form*):

(1) The long-term disability insurance policy and any riders, amendments, or schedules thereto;

(2) The contract for short and long-term disability coverage between you and Insurer;

(3) The summary plan description;

(4) Client's certificate of coverage, also sometimes referred to as a booklet-certificate;

(5) Client's application for coverage under the LTD and STD Plans, and;

(6) All other documents that make up the LTD and STD Plans.

Additionally, the administrator shall, upon written request of any participant or beneficiary, furnish a copy of the latest updated summary, plan description, and the latest annual report, any terminal report, the bargaining agreement, trust agreement, contract, or other instruments under which the plan is established or operated. The administrator may make a reasonable charge to cover the cost of furnishing such complete copies. The Secretary may by regulation prescribe the maximum amount which will constitute a reasonable charge under the preceding sentence. 29 U.S.C. § 1024(b)(4)

Under Section 104(b) of ERISA and 29 C.F.R. § 2560.503-1(h)(2)(iii), the plan administrator for this plan has a legal and fiduciary duty to provide the requested information. Pursuant to ERISA 502(c), 29 U.S.C. § 1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110 per day.

Best Regards,

Chris Roy
Attorney at Law

ROY LAW

520 SW YAMHILL STREET
SUITE 212
PORTLAND, OR 97204
503 206 4313
855 306 4313
503 716 3854 FAX
ROYLAWPDX.COM

CHRIS ROY
FOUNDER
PRINCIPAL
ATTORNEY AT LAW
CHRIS@ROYLAWPDX.COM
503 926 4653 CELL

## AUTHORIZATION FOR RELEASE OF INFORMATION AND ASSIGNMENT OF BENEFITS

TO WHOM IT MAY CONCERN,

This will serve as authorization for you or your agents to discuss with and/or furnish to Chris Roy, Roy Law, and Roy Law's members, employees, and contractors, 520 SW Yamhill, #212, Portland, Oregon 97204-3011, any information they desire in connection with the employment, insurability, or representation of the undersigned.

I, Mike m cummins , hereby grant Roy Law authorization to represent me with respect to any and all matters arising from my application for long and/or short-term disability benefits. By this authorization I specifically include the power to appear on my behalf and to otherwise represent me in the submission and prosecution of any claim or demand for benefits, rights, damages, and causes of action before any plan administrator, trustee, claims processor, government agency, or court.

I further specifically include authorization to request, review and receive any documents, records or other information which he requests of any person, including personnel records, payroll records, annual reports, plan documents, summary plan descriptions, accounting records, any documents filed with a government agency, health care records, medical records, and insurance records. I hereby agree to hold harmless any person providing any documents, records, or other information to my said attorney. You are authorized to furnish said attorney any documents, records, or other information for which he may ask, on my behalf. Further, I assign all past and/or future benefit payments to Roy Law. If any past and/or future benefits are issued to me, please send all payments direct to Roy Law, and make the check(s) payable to " Roy Law c/o [my name]".

A copy of this authorization is as valid as the original.

DATE: May 2, 2017

CLIENT: [signature]
Mike m cummins (May 2, 2017)

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

CHRIS ROY
ROY LAW
520 SW YAMHILL ST
SUITE 212
PORTLAND OR 97204

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

May 9, 2017

Chris Roy
Roy Law
520 SW YAMHILL ST
SUITE 212
PORTLAND, OR 97204

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins

Dear Chris Roy:

We are writing in response to your letter dated May 2, 2017, regarding the Long-Term Disability (LTD) claim for your client, Michael Cummins. We understand that you are representing Mr. Cummins and we will direct all communications to your firm.

Per your request, enclosed is a complete copy of Mr Cummins' complete claim file. Also enclosed is a complete copy of the Astec Industries, Inc Group Disability Income Policy applicable to his claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keahti Ingram
Long Term Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

| | | |
|---|---|---|
| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
| THE UPS STORE | THE UPS STORE | THE UPS STORE |
| 15105 JOHN J DELANEY DR | 8334 PINEVILLE MATTHEWS RD | 6420 REA RD |
| CHARLOTTE ,NC 28277 | CHARLOTTE ,NC 28226 | CHARLOTTE ,NC 28277 |

FOLD HERE

CASEY BOWMAN
8002910112 2411
LIBERTY MUTUAL-CHARLOTTE-048C
13830 BALLANTYNE CORP PL
CHARLOTTE NC 28277

**1 LBS** **1 OF 1**

**SHIP TO:**
ATTN: CHRIS ROY
ROY LAW
SUITE 212
520 SW YAMHILL STREET
**PORTLAND OR 97204-1344**

**OR 972 9-12**

**UPS 2ND DAY AIR 2**

TRACKING #: 1Z 57R V43 35 9341 6720

BILLING: P/P
SIGNATURE REQUIRED

Office/Dept Number: 058707532

CS 19.2.04. WNTNV50 87.0A 04/2017

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

| | | |
|---|---|---|
| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
| THE UPS STORE | THE UPS STORE | THE UPS STORE |
| 15105 JOHN J DELANEY DR | 8334 PINEVILLE MATTHEWS RD | 6420 REA RD |
| CHARLOTTE ,NC 28277 | CHARLOTTE ,NC 28226 | CHARLOTTE ,NC 28277 |

FOLD HERE

CASEY BOWMAN
8002910112 2411
LIBERTY MUTUAL-CHARLOTTE-048C
13830 BALLANTYNE CORP PL
CHARLOTTE NC 28277

1 LBS 1 OF 1

**SHIP TO:**
ATTN: CHRIS ROY
ROY LAW
SUITE 212
520 SW YAMHILL STREET
**PORTLAND OR 97204-1344**

**OR 972 9-12**

**UPS 2ND DAY AIR 2**
TRACKING #: 1Z 57R V43 35 9341 6720

BILLING: P/P
SIGNATURE REQUIRED

Office/Dept Number: 058707532

CS 19.2.04. WNTNV50 87.0A 04/2017

3M123170212

Liberty Mutual. INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return To:** Keahti Ingram

**EMPLOYEE/CLAIMANT NAME:** Michael Cummins
**CLAIM NO:** 7224525
**EMPLOYER/SPONSOR:** Astec Industries, Inc. **DATE OF BIRTH:**

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2015 to the present date. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: David Knowlton
Specialty: MD
Address:
Telephone No. :( ) Fax No. :( )

Name:
Specialty:
Address:
Telephone No. :( ) Fax No. :( )

Name:
Specialty:
Address:
Telephone No. :( ) Fax No. :( )

Name:
Specialty:
Address:
Telephone No. :( ) Fax No. :( )

**MEDICAL INSURANCE CARRIER(S):**

Name:
Specialty:
Address:
Telephone No. :( ) Fax No. :( )

Name:
Specialty:
Address:
Telephone No. :( ) Fax No. :( )

**PHARMACY(S):**

Name: Bi Mart
Specialty:
Address: Royal Ave
Eugene OR 97402
Telephone No. :( ) Fax No. :( )

Name:
Specialty:
Address:
Telephone No. :( ) Fax No. :( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** [signature] **DATE:** 4-21-17

3M123170212

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630



**Return To:** Keahti Ingram

**EMPLOYEE/CLAIMANT NAME:** Michael Cummins

**CLAIM NO:** 7224525 **DATE OF BIRTH:** ______

**EMPLOYER/SPONSOR:** Astec Industries, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit 4 hrs stand 2-3 hrs walk 2 hrs

How many hours a day do you:

sit most of the day stand 1 hr or less walk 1 hr or less

Do you take a nap during the day?

Yes ______ No X

If Yes, for how long? ______ At what time of the day? ______

How many hours a day do you spend in bed? 8 hrs (sleeping)

Do you require any assistive devices such as a:

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? 1-2 hrs.

Do you hold a valid driver's license?

Yes X No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? 1-2 hrs

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

internet

Do you have children?

Yes ______ No X If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No X

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No X If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? Don't

Please describe what errands you most commonly run: ______

3M123170212

Liberty Mutual. INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? Don't

Are you left or right hand dominant? Left ____ Right X

Are you able to work in your garden? Yes ____ No X

Are you able to work on your house? Yes ____ No X

Are you able to wash your car? Yes ____ No X

How much time is spent daily on your home computer?
X None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
X None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

____ Pay bills ____ Read news/articles ____ Use search engines ____ Send emails

____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:

____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics

____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? ____ Yes X No

If yes, please explain purpose and usage: ____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | wife | |
| Carrying groceries into the house | wife | |
| Cooking meals | wife | |
| Cleaning after meals | wife | |
| Cleaning bathrooms | wife | |
| Vacuuming | wife | |
| Doing the laundry | wife | |
| Opening and responding to mail | wife | |
| Managing your finances | wife | |
| Balancing your checkbook | — | |
| Bathing yourself | Self | |
| Styling your own hair | Self | |
| Getting dressed | ~~wife~~ self | wife |
| Going up and down stairs | can't | |

Have you been confined to a hospital within the last 12 months? Yes ____ No X

If Yes, please provide reason and hospital contact Information: ____

3M123170212

Liberty Mutual. INSURANCE

**ACTIVITIES QUESTIONNAIRE**

*page 3 of 3*

How often do you travel or take vacation? Don't

Where do you go? How do you get there (transportation method)?

Are you able to pursue your hobbies? Yes ____ No X

If Yes, please describe

Do you participate in an exercise program? Yes ____ No X

If Yes, please describe

Do you do any Volunteer work? Yes ____ No X

If Yes:

how many hours per day?

how many hours per week?

for whom?

Are you working for wages? Yes ____ No X

If Yes, please provide employer's name

Describe in your own words, what prevents you from engaging in any gainful employment.

pain in Knee, back, leg, (Right)

Please describe your daily routine: (If more space is needed, please use the back of this form)

get up get dressed with help sit Down wife brings me my food and/or Drinks

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

541-554-8051

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

541-525-6873

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Mike M Cummins Date: 4-21-17

Signature: [signature]

# CLAIMANT SUPPLEMENTARY STATEMENT

3M123170212

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

Return to: Keahti Ingram

**EMPLOYEE/CLAIMANT NAME:** Michael Cummins **CLAIM #:** 7224525
**EMPLOYER:** Astec Industries, Inc. **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) Cummins Mike M. | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status Married |
| Spouse's Full Name and Date of Birth Charmetne Bishop | Number of Children 0 | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Lloyd Cummins Relationship to you? father Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☒ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) Nothing | $ | | | |

If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

**EMPLOYEE'S PRINTED NAME:** Mike M Cummins
**DATE:** 4-21-17 **EMPLOYEE'S SIGNATURE:** [signature]

DP 409

3M123170212

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return to:** Keahti Ingram

**EMPLOYEE/CLAIMANT NAME:** Michael Cummins
**CLAIM NO:** 7224525
**EMPLOYER/SPONSOR:** Astec Industries, Inc. **DATE OF BIRTH:**

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married X Divorced ____
If married, please indicate your spouse's name and date of birth. Name: Charmaine DOB:

Do you have children or dependents*? Yes ____ No X
If yes, please provide additional details below, using additional space as needed.
* An Eligible dependent may include:

- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: X
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Mike M Cummins Date: 4-21-17

3M123170212

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

EMPLOYEE/CLAIMANT NAME: Michael Cummins
CLAIM NO: 7224525
EMPLOYER/SPONSOR: Astec Industries, Inc. DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: 12th Check if earned: ☒ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA MS CAGS PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☐ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

A Liberty Mutual Company

3M123170212

3. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

4. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

5. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

**Computer Utilization:**

Computer Training/Courses, Certifications: ______

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | | | |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ______ | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______ Work: ______

SIGNATURE: [signature] PHONE NO: ( ) ______



Lincoln/Cummins 2166

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7207
LONDON, KY 40742-7207

*000228*

MR. MICHAEL CUMMINS

40040001001300000100022891760379

Didn't think I would need
it thats why its late

3M123170212

3M123170212

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

February 28, 2017

Mr. Michael Cummins

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525

Dear Mr. Michael Cummins:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Astec Industries, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

The Policy contains the following exclusion regarding pre-existing conditions:

> *"Disability" or "Disabled" means:*
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *Applicable to Class 1, 1A:*
> *a. if the Covered Person is eligible for the Maximum Own Occupation benefit, "Disability" or "Disabled" means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*
>
> *Applicable to Class 2, 2A, 3, 3A, 4, 4A, 5, 5A, 6, 7:*
>
> *b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months ofDisability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft: "Disability" or "Disabled" means as a result of Injury or Sickness the Covered*

*Person is unable to perform the Material and Substantial Duties of Any Occupation.*

***Pre-Existing Condition Exclusion***
*This policy will not cover any Disability or Partial Disability:*
*1. which is caused or contributed to by, or results from, a Pre-Existing Condition; and*
*2. which begins in the first 12 months immediately after the Covered Person's effective date of coverage, unless he received no Treatment of the condition for any three consecutive months after his effective date of coverage.*

*"**Pre-Existing Condition**" means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of coverage.*

In reviewing your claim, we have determined that your absence from work may be subject to Astec Industries, Inc.'s exclusion regarding pre-existing conditions. Specifically, since your reported disability began on October 8, 2016 and this is within the first twelve months following the May 1, 2016 effective date of coverage, it is necessary for us to conduct an investigation into your treatment during the three months period prior to your effective date of coverage. If it is determined that, during that time period, you received treatment for a condition which caused or contributed to, or resulted in your current disabling condition, you may not be eligible for disability benefits under the Policy.

If, however, you remained treatment free for this or a related condition for three months following the effective date of coverage, you may still be eligible for benefits.

To assist us with our investigation, please provide us the full names, addresses, and telephone numbers of all medical providers, including pharmacies, which you have used from May 1, 2015 through the present date on the enclosed Claimant Information Form.

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from May 1, 2015 through the present date.

We are requesting that you complete and return the following form(s):

X Authorization - Medical
X Training Education Experience
X Activities Questionnaire Form
X Claimant Information Form
X Claimant Supplementary Statement
X Family Information Questionnaire
X Authorization

___ Other

This information is needed in order to make an initial determination on your claim.

Astec Industries, Inc.'s LTD Policy requires that you provide proof of disability in order to receive benefits. This proof must be provided by April 13, 2017. Without the information specified above, we will be unable to evaluate your claim eligibility. In the absence of this information, we will make a claim determination based on the information in our file, which may result in a claim denial.

We will notify you of the status of the claim when a decision has been made. If you have any questions regarding your application for benefits, please contact me.

Sincerely,

Keahti Ingram
Long Term Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

Attachments: Authorization - Medical
Training Education Experience
Activities Questionnaire Form
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
Authorization

3M123170211

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) Mike M Cummins

Name of Claimant/Personal Representative (Signature) [signature]

Description (Title) of Personal Representative ______

Date of Birth: ______ Claim Number: 7224525 Date: 4-21-17

**A copy of this authorization will be considered as valid as the original**

3M123170211

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) Mike M Cummins

Name of Claimant/Personal Representative (Signature) [signature]

Description (Title) of Personal Representative ____________

Date of Birth: ____________ Claim Number: 7224525 Date: 4-21-19

**A copy of this authorization will be considered as valid as the original.**

**Roy Law**
**520 SW Yamhill**
**Suite 212**
**Portland, OR 97204**
**Tel: 855-306-4313 Fax: 855-344-1726**

# Fax

**To:** Keahti Ingram

**From:** Jackie Homoki

**Fax:** 1-603-334-8630

**Date:** May 02, 2017 04:40 PM

**Organization:** Liberty Mutual

**Subject:** **Claim File Request for Michael Cummins, Claim No. 7224525**

---

Please see the attached request

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

ROY LAW

520 SW YAMHILL STREET
SUITE 212
PORTLAND, OR 97204
503 206 4313
855 306 4313
855 344 1726 FAX
ROYLAWPDX.COM

CHRIS@ROYLAWPDX.COM
503 926 4653 CELL

May 2, 2017

**Via Fax (1-603-334-8630)**

Liberty Mutual Insurance
Attn: Keahti Ingram, Long Term Disability Case Manager
Post Office Box 7207
London, Kentucky 40742-7207

**Re: Claim File Request for Michael Cummins**
**Employer: Astec Industries, Inc.**
**Claim No. 7224525**

We are the attorneys for Michael Cummins ("Client"). Client has retained us with respect to Liberty Mutual's ("Insurer") denial of Client's disability insurance benefits. A copy of the authorization allowing us to request documents, and communicate with you on Client's behalf is attached to this letter.

Please be advised Client intends to seek review of Insurer's denial under the above-referenced policy. However, before Client can adequately present their case and obtain a full and fair review, they must have an opportunity to review the documents relied upon by Insurer in denying their claim. Accordingly, pursuant to Section 104(b) of ERISA and 29 C.F.R § 2560.503-l(h)(2)(iii), we request copies of the following documents (*in order to save paper please mail all requested documents on a CD in Adobe PDF form*):

(1) A copy of the insurance policy and any riders or schedules thereto;

(2) A copy of the contract for long-term disability coverage between you and Client's employer;

(3) A copy of the summary plan description;

(4) All documents:

(i) relied on in making the benefit determination, *including without limitation*, all reports, notes, records, test results, correspondence and

curriculum vitae of any independent medical examiner or reviewer, functional capacity evaluator, transferable skills expert and/or vocational expert. See 29 C.F.R. § 2560.503-l(h)(2)(iii) and 29 C.F.R. § 2560.503-l(m)(8)(i);

(ii) submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination. See 29 C.F.R. § 2560.503-l(h)(2)(iii) and 29 C.F.R. § 2560.503-l(m)(8)(ii);

(iii) that demonstrate compliance with administrative processes and safeguards designed to ensure and to verify that benefit claims determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants. See 29 C.F.R. § 2560.503-l(h)(2)(iii); 29 C.F.R. § 2560.503-l(m)(8)(iii); and 29 C.F.R. § 2560.503-l(b)(5); and

(iv) that constitute a statement of policy or guidance with respect to the plan concerning the denied benefit, without regard to whether such advice or statement was relied upon in making the benefit determination. See 29 C.F.R. § 2560.503-l(h)(2)(iii); 29 C.F.R. § 2560.503-l(m)(8)(iv); and 29 C.F.R. § 2560.503-l(g)(l)(v)(A);

(5) All notes of telephone conversations with Client or any treating physician. Client would like to have the opportunity to correct any inaccuracies or otherwise respond;

(6) All video and audio recording(s) of Client and the reports and notes of all investigators;

(7) Please provide: (i) the name of the employee benefit plan; (ii) the name and address of the plan administrator; and (iii) the name and address of the registered agent for service of process for both the plan and the plan administrator;

(8) Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party;

(9) Please state the amount of monthly benefits Client will receive if a favorable determination is made;

(10) A description pursuant to 29 C.F.R. § 2560.503-l(g)(1)(iii) of any additional material or information necessary for Client to perfect their claim and an explanation of why such material or information is necessary;

(11) A description whether an internal rule, guideline, protocol, or other similar criterion was relied upon in making the adverse determination.

In addition to the above-requested documents and information, Client requests a fuller explanation of the reasons for denial. The denial letter does not adequately describe the specific reasons for denial as required by 29 C.F.R. § 2560.503-l(f)(l). See *Cook v. New York Times Long-term Disability Plan*, 2004 U.S. Dist. LEXIS 1259 (S.D.N.Y. Jan. 27, 2004). In order to assure that Client is provided with a full and fair review as required by ERISA 503, please specifically describe:

a. The specific type of objective evidence (e.g., MRI, x-ray, laboratory results, etc.) that Client should provide in order to adequately support appeal;

b. The specific opinion evidence that Client should provide in order to adequately support appeal;

c. The specific clinical findings that Client should provide in order to adequately support appeal;

d. The specific type of evidence that Client must submit to adequately support claims of fatigue and/or pain.

In other words, given Client's disability and the terms of the plan, please tell Client what they must specifically submit in order to demonstrate total disability under the plan.

You have an affirmative legal and fiduciary duty to provide the requested information. Pursuant to ERISA 502(c), 29 U.S.C. § 1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110 per day.

Once we receive the above-described documents and information, we will submit written comments, arguments, and/or medical documentation on behalf of Client for Client's appeal, or file for judicial review as appropriate.

Please consider this letter as a preservation demand letter, asking you to preserve for potential litigation regarding this claim all "electronically stored information" (ESI) regarding this claim, Client, or the issues involved in this claim. This would include, but certainly not be limited to, information sent to others, information received from others, all internal emails or other electronic communications, and all emails or other electronic communications sent to or received from external sources. This request applies to all ESI whether in your regular system, or in any backup system whether maintained by you or maintained by others.

Please be advised that this letter serves as your notice that any prior releases signed by Client to obtain medical records, medical information, personal information, or other information of any kind are hereby revoked to the extent that such authorizations allow you to contact any sources of information in a manner other than in writing.

You may continue to use the previously signed releases or authorizations to obtain records and reports in writing, but any direct communication outside of writing will be considered an invasion of Client's privacy.

Best Regards,

Chris Roy
Attorney at Law

cc: client via email

ROY LAW

520 SW YAMHILL STREET
SUITE 212
PORTLAND, OR 97204
503 206 4313
855 306 4313
503 716 3854 FAX
ROYLAWPDX.COM

CHRIS ROY
FOUNDER
PRINCIPAL
ATTORNEY AT LAW
CHRIS@ROYLAWPDX.COM
503 926 4653 CELL

**AUTHORIZATION FOR RELEASE OF INFORMATION AND ASSIGNMENT OF BENEFITS**

TO WHOM IT MAY CONCERN,

This will serve as authorization for you or your agents to discuss with and/or furnish to Chris Roy, Roy Law, and Roy Law's members, employees, and contractors, 520 SW Yamhill, #212, Portland, Oregon 97204-3011, any information they desire in connection with the employment, insurability, or representation of the undersigned.

I, Mike m cummins, hereby grant Roy Law authorization to represent me with respect to any and all matters arising from my application for long and/or short-term disability benefits. By this authorization I specifically include the power to appear on my behalf and to otherwise represent me in the submission and prosecution of any claim or demand for benefits, rights, damages, and causes of action before any plan administrator, trustee, claims processor, government agency, or court.

I further specifically include authorization to request, review and receive any documents, records or other information which he requests of any person, including personnel records, payroll records, annual reports, plan documents, summary plan descriptions, accounting records, any documents filed with a government agency, health care records, medical records, and insurance records. I hereby agree to hold harmless any person providing any documents, records, or other information to my said attorney. You are authorized to furnish said attorney any documents, records, or other information for which he may ask, on my behalf. Further, I assign all past and/or future benefit payments to Roy Law. If any past and/or future benefits are issued to me, please send all payments direct to Roy Law, and make the check(s) payable to " Roy Law c/o [my name]".

A copy of this authorization is as valid as the original.

DATE: May 2, 2017

CLIENT: [signature]
Mike m cummins (May 2, 2017)

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 25 Apr 2017 22:53:07 +0000
**To:** awatt@jcieug.com;lholman@jcieug.com
**Subject:** MICHAEL CUMMINS, Claim # 7005450

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 10/8/2016. The benefit begin date is 10/15/2016. The claim has been approved through 4/7/2017. As of 4/8/2017 this claim is closed. The case manager for this claim is Keahti Ingram. The claim number is 7005450.

If you have further questions, please call Liberty Mutual at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 25 Apr 2017 22:53:07 +0000
**To:** awatt@jcieug.com;lholman@jcieug.com
**Subject:** MICHAEL CUMMINS, Claim # 7005450

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 10/8/2016. The benefit begin date is 10/15/2016. The claim has been approved through 4/7/2017. As of 4/8/2017 this claim is closed. The case manager for this claim is Keahti Ingram. The claim number is 7005450.

If you have further questions, please call Liberty Mutual at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 25 Apr 2017 22:48:55 +0000
**To:** awatt@jcieug.com;lholman@jcieug.com
**Subject:** MICHAEL CUMMINS, Claim # 7005450

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 10/8/2016. The benefit begin date is 10/15/2016. This claim has been approved through 4/7/2017. This indicates an extension of benefits. The case manager for this claim is Keahti Ingram. The claim number is 7005450.

If you have further questions or if the employee has returned to work, please call Liberty Mutual at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 25 Apr 2017 22:48:55 +0000
**To:** awatt@jcieug.com;lholman@jcieug.com
**Subject:** MICHAEL CUMMINS, Claim # 7005450

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 10/8/2016. The benefit begin date is 10/15/2016. This claim has been approved through 4/7/2017. This indicates an extension of benefits. The case manager for this claim is Keahti Ingram. The claim number is 7005450.

If you have further questions or if the employee has returned to work, please call Liberty Mutual at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 19 Apr 2017 22:50:57 +0000
**To:** awatt@jcieug.com;lholman@jcieug.com
**Subject:** MICHAEL CUMMINS, Claim # 7224525

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim has been denied. The case manager for this claim is Keahti Ingram.

If you have further questions please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 19 Apr 2017 22:50:57 +0000
**To:** awatt@jcieug.com;lholman@jcieug.com
**Subject:** MICHAEL CUMMINS, Claim # 7224525

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim has been denied. The case manager for this claim is Keahti Ingram.

If you have further questions please call Liberty Mutual Insurance at (800) 291-0112.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. MICHAEL CUMMINS

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

April 18, 2017

Mr. Michael Cummins

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525

Dear Mr. Michael Cummins:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Astec Industries, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Based on the information received, your claim has been denied and no benefits are payable.

To be eligible to receive benefits, the Policy requires that you provide proof of disability as follows:

> ***Pre-Existing Condition Exclusion***
>
> *This policy will not cover any Disability or Partial Disability:*
> *1. which is caused or contributed to by, or results from, a Pre-Existing Condition; and*
> *2. which begins in the first 12 months immediately after the Covered Person's effective date of coverage, unless he received no Treatment of the condition for any three consecutive months after his effective date of coverage.*
>
> ***"Pre-Existing Condition"*** *means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of coverage.*
>
> ***Notice and Proof of Claim***
>
> *1. **Notice***
>
> *a. Notice of claim must be given to Liberty within 20 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

*b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

*2. **Proof***

*a. Satisfactory Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

Your coverage under the Astec Industries, Inc’s LTD Policy became effective on May 1, 2016, and your disability began on October 8, 2016. Because your date of disability is within the first 12 months of your coverage, it was necessary for us to conduct a pre-existing condition investigation for the time period of February 1, 2016 through April 30, 2016. This investigation was part of our overall evaluation of your eligibility for disability benefits.

On February 28, 2017 and March 13, 2017 we requested office notes, test results, therapy notes, treatment plan, operative reports, and prescription histories from Bimart and Dr. Knowlton in order to evaluate your claim. We wrote to you on February 28, 2017 requesting that this information be provided by April 13, 2017.

The following documentation was received and reviewed:

Office notes dated October 21, 2015 through November 21, 2016 from Dr. Knowlton. Medical Canvas was received noting possible dates of service with Fred Meyer Pharmacy. We were unable to confirm treatment as no authorization was on file.

Based on our review of this information, we have determined that you do not meet the definition of disability as required to receive benefits.

Since we did not receive the necessary proof to verify disability, your claim has been denied.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review

of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207

The written request for review must be sent within 180 days from the date of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

All LTD claim forms office notes, test results, therapy notes, operative reports, prescription histories, hospital records from any of your treating providers, Bimart Phamacy, Fred Meyer Pharmacy, and any other pharmacy providers dated May 1, 2015 through the present date.

You should also provide any additional information that you feel will support your claim.

You may request to review pertinent claim file documents upon which the denial of benefits was based. If Liberty Life does not receive your written request for review within 180 days from the date of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keahti Ingram
Long Term Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

# FACSIMILE TRANSMITTAL FORM

***Date/Time:*** **3/21/2017 2:25:23 PM**

***Pages:*** **27**

***Subject:*** **Patient Document**

***To:*** **Attention: K. Ingram/ Liberty Mutual**

***Fax Number:*** **1603-334-8630**

***From:*** **Falls,Shelly**

***Fax Number:*** **541-744-7322**

***Business Phone:*** **541-344-8225**

**Company:** **McKenzie Family Practice**

NOTE: PLEASE CALL **541-344-8225** IF DOCUMENTS ARE INCOMPLETE OR NOT LEGIBLE.

The information contained in the facsimile message may be confidential and/or legally privileged information intended only for the use of the individual or entity named above.

If the reader of this message is not the intended recipient, you are hereby notified that any copying, dissemination, or distribution of confidential or privileged information is strictly prohibited.

If you have received this communication in error, please notify us immediately by telephone and we will arrange for return of the documents.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

February 28, 2017

Dr. David Knowlton
1755 COBURG RD
EUGENE, OR 97401

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins
Claimant D.O.B.:

Dear Dr. David Knowlton:

We are the Disability Claim Administrator for your patient, Michael Cummins.

To evaluate Mr. Cummins's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office notes, test results, therapy notes, operative reports, treatment plan, hospital records, and prescription histories from May 1, 2015 through the present date

We ask that you provide this information by March 7, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8630 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keahti Ingram
Long Term Disability Case Manager

Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

**Progress Notes**

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** **Age:** 46 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD
**Date:** 08/18/2016

**Subjective:**

**Chief Complaints:**

- Xanax refil

**HPI:**

Depression Screening:

PHQ9 Suicidal ideation Not at all, Total Score 6, Intepretation Mild Depression.

Constitutional:

Michael has again run out of all of his medications, he remains sedentary and obese and continues to smoke cigarettes.

**ROS:**

CARDIOLOGY:

- no Diaphoresis.
- no Pallor.
- no Chest Pain.
- no Shortness of Breath.
- no Palpitations.
- no Dizziness.
- no Leg Edema.
- no Fatigue.
- no Orthopnea.
- no PND (paroxsymal nocturnal dyspnea).

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp

**Surgical History:**

- pilonidal cyst 2004
- Colonoscopy two polyps 2015

**Hospitalization/Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other
Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs

Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues GERD
Children: none

**Social History:**

General:

Smoking: yes. Smoking Status: current smoker , Frequency: every day, Quantity per day: 11-20, First cigarette of the day: within 5 min, Interest in quitting: Not ready to quit. no Smokeless Tobacco. Alcohol: none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

Alcohol:

Men: How many times have you had 5 or more drinks in one day in the last year? none 08/18/2016.

Drugs:

Have you used a recreational drug or a prescription medication for nonmedical reasons in the past year? none 08/18/2016.

Alcohol data score Level I = Low risk or abstain, Drug screening score Level I = Healthy, mild depressive symptoms.

**Medications:**

**Taking**

- alprazolam 1 mg tablet 1 tab(s) 2 times a day

**Not-Taking/PRN**

- lisinopril 40 mg tablet 1 tab(s) once a day
- hydrochlorothiazide 25 mg tablet 1 tab(s) once a day
- Propranolol Hydrochloride 40 Tablet 1 tab twice a day
- CONTROLLED SUBSTANCE AGREEMENT 10/21/2015 as directed
- Cialis 5 mg tablet 1 tab(s) once a day
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI

**Objective:**

**Vitals:** BP 140/100, HR 78, RR 14, Wt 312, Ht 71.25 in, BMI 43.21 Index.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress.
- HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflammation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.
- Oral cavity: no lesions, moist mucus membranes.
- Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.
- Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.
- Lungs: clear to auscultation in all fields.

**Assessment:**

**Assessment:**

- Benign essential hypertension - I10 (Primary)

- Anxiety - F41.9
- Adult body mass index 50.0-59.9 - Z68.43
- Encounter for screening for other disorder - Z13.89
- Screening for substance abuse - Z13.9

**Plan:**

**1. Benign essential hypertension**

Continue lisinopril tablet, 40 mg, 1 tab(s), orally, once a day, 30 Day(s), 30, Refills 5 ;
Continue hydrochlorothiazide tablet, 25 mg, 1 tab(s), orally, once a day, 30 Day(s), 30, Refills 5 ;
Continue Propranolol Hydrochloride Tablet, 40, 1 tab, twice a day, 30 Day(s), 60, Refills 5 .

**2. Anxiety**

Continue alprazolam tablet, 1 mg, 1 tab(s), orally, 2 times a day, 30 Day(s), 60, Refills 5 .

**Immunizations:**

**Procedure Codes:**

- G0442 annual alcohol screening 15 MIN
- G0444 annual depression screening up to 15 MIN
- 99420 Admin and interpret health risk assessment instrument

**Preventive:**

Counseling: Smoking Patient counseled on the dangers of tobacco use and urged to quit 08/19/2016. BMI Care goal follow up plan Above Normal BMI Follow-up Dietary management education, guidance, and counseling.

**Follow Up:** 3 Months, prn

**Care Plan:**

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 08/18/2016



Electronically signed by David Knowlton , MD on 09/06/2016 at 11:28 AM PDT
Sign off status: Completed

**Progress Notes**

**Patient:** Cummins, Michael
**Account Number:** 10622
**DOB:** / **Age:** 45 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Knowlton, MD

**Date:** 10/21/2015

**Subjective:**

**Chief Complaints:**

- Controlled substance agreement

**HPI:**

Constitutional:

He is doing OK in general he feels a bit of relief now because he was just laid off from work.

Anxiety:

He has long standing anxiety which is well controlled with low dose of xanax.

Hypertension:

He has HTN and obesity and is taking his medications and has no cardiac complaints and BP is good. He had a series of labs at UC recently and we will look them up.

Neurology:

Hx of migraine headaches but none since treating anxiety with xanax.

Gastroenterology:

He had colonoscopy earlier this year and had some polyps. We need to look up the path on that, he was also diagnosed with diverticulosis and largely has ignored this information.

**ROS:**

CARDIOLOGY:

- no Diaphoresis.
- no Pallor.
- no Chest Pain.
- no Shortness of Breath.
- no Palpitations.
- no Dizziness.
- no Leg Edema.
- no Fatigue.
- no Orthopnea.
- no PND (paroxsymal nocturnal dyspnea).

GASTROENTEROLOGY:

- no Appetite.
- no Distended.
- no Oral allergy sx.
- no Gassy.
- no Abdominal Pain.
- no Nausea.
- no Vomiting.
- no Heartburn.
- no Indigestion:.
- no Bloating.
- no Dysphagia.
- no Diarrhea.

- no Constipation.
- no Change in Bowel Habits.
- no Blood in Stool.
- no Hemorrhoids.
- no Appetite Change.

RESPIRATORY:

- no Cold Symptoms.
- no Cough with exercise.
- no Nasal Congestion.
- no Runny Nose.
- no Shortness of Breath.
- no DOE (dyspnea on exertion).
- no Persistent Cough.
- no Chest Congestion.
- no Chest Pain.
- no Wheezing.
- no Hemoptysis.
- no Orthopnea.
- no PND (paroxsymal nocturnal dyspnea).
- Tobacco Use 1 ppd.

**Medical History:**

- Nephrolithiasis
- HTN
- Hit on head by metal pipe at work 1990
- Anxiety
- Gall stones
- Colonoscopy 2015 hyperplastic polyp

**Surgical History:**

- pilonidal cyst 2004
- Colonoscopy two polyps 2015

**Hospitalization/Major Diagnostic Procedure:**

- pneumonia as a child
- head trauma, hit with steel beam in for a week 1991

**Family History:**

Father: alive 67 yrs, HTN, DM type two, truck driver, osteoarthritis, knee replacement, diagnosed with Other
Mother: deceased 61 yrs, HTN, Ostearthritis, DM type two, unknown cause of death, migraine hadaches
Paternal Grand Father: deceased 84 yrs
Paternal Grand Mother: deceased 92 yrs
Maternal Grand Father: deceased 74 yrs
Maternal Grand Mother: deceased 74 yrs
Siblings: One brother older in good health he has some sort of stomach issues GERD
Children: none

**Social History:**

General:

Smoking: yes. Smoking Status current smoker, Frequency every day, Quantity per day 11-20, First cigarette of the day within 5 min, Interest in quitting Not ready to quit. no Smokeless Tobacco. Alcohol: none since 2004. no Drug use. no Exercise. Hobbies: Four wheelers, races cars. Marital Status: married, Charmaine. Children: none; one of hers lives at home. Occupation: burner at Farwest Steele. Education: High school. Pets: One dog (Dakota) and a rabbit (LOPP EAR).

**Medications:**

**Taking**

- hydrochlorothiazide 25 mg tablet 1 tab(s) once a day
- lisinopril 40 mg tablet 1 tab(s) once a day
- Propranolol Hydrochloride 40 Tablet 1 tab BID
- alprazolam 1 mg tablet 1 tab(s) 2 times a day
- CONTROLLED SUBSTANCE AGREEMENT 09/11/2014 as directed

**Not-Taking/PRN**

- Cialis 5 mg tablet 1 tab(s) once a day
- Medication List reviewed and reconciled with the patient

**Allergies:**

- Flagyl: swell
- morphine: GI

**Objective:**

**Vitals:** BP 120/70, HR 72, Wt 314.6, Ht 71.25 in, BMI 43.57 Index.

**Examination:**

General Examination:

- General Appearance: well developed and well nourished, alert & in no acute distress.
- HEENT: Normal exam, otic canals are patent, TM's intact w/o obvious inflammation or fluid levels, Throat is not inflamed, Nasal canal patent with no discharge, pupils are equal and reactive to light, clear conjunctiva, pharynx and tonsils normal.
- Oral cavity: no lesions, moist mucus membranes.
- Neck, Thyroid : no thyromegaly, Neck is supple, no lymphadenopathy.
- Chest: Normal exam, symmetrical on gross observation.
- Breasts : without dominant masses, tenderness or discharge. Skin normal.
- Heart: regular rate and rhythm, no murmur, S3, S4 or rubs.
- Lungs: clear to auscultation in all fields.
- Abdomen: Bowel sounds are normal, No tenderness, masses or organomegaly detected.
- Extremities: Normal Exam, all extremities are present w/o amputation, congenital abnormality or arthropathy, no edema.
- Peripheral pulses: Distal pulses are intact and symmetrical.
- Neurological: Normal Exam, grossly intact, gait appears normal, No obvious muscle atrophy or fasciculations is noted.
- Psych: normal affect, good eye contact.

**Assessment:**

**Assessment:**

- Essential hypertension - I10 (Primary)
- Morbid obesity due to excess calories - E66.01
- Anxiety - F41.9
- Diverticulosis of large intestine without hemorrhage - K57.30
- Colon polyps - K63.5
- Periodic headache syndrome, not intractable - G43.C0
- Body mass index 40.0-44.9, adult - Z68.41

**Plan:**

**1. Essential hypertension**

Continue hydrochlorothiazide tablet, 25 mg, 1 tab(s), orally, once a day, 90 Day(s), 90, Refills 1 ;
Continue lisinopril tablet, 40 mg, 1 tab(s), orally, once a day, 90 Day(s), 90, Refills 1 ;
Continue Propranolol Hydrochloride Tablet, 40, 1 tab, twice a day, 90 Day(s), 180, Refills 1 ;
Continue CONTROLLED SUBSTANCE 10/21/2015, AGREEMENT, as directed .
Notes: Diet and exercise.

**2. Morbid obesity due to excess calories**
Notes: As above.

**3. Anxiety**
Continue alprazolam tablet, 1 mg, 1 tab(s), orally, 2 times a day, 90 Day(s), 180, Refills 0 .
Notes: Doing well.

**4. Diverticulosis of large intestine without hemorrhage**
Notes: Discussed diagnosis and need for high fiber diet.

**5. Colon polyps**
Notes: Will look up pathology.

**6. Periodic headache syndrome, not intractable**
Notes: Now resolved with tx of anxiety.

**Immunizations:**

**Preventive:**
Counseling: Smoking Patient counseled on the dangers of tobacco use and urged to quit 10/21/2015. BMI Care goal follow up plan Above Normal BMI Follow-up Dietary management education, guidance, and counseling.

**Follow Up:** 6 Months, prn

**Care Plan:**

**Problems:**

**Provider:** David Knowlton, MD
**Patient:** Cummins, Michael **DOB:** **Date:** 10/21/2015



Electronically signed by David Knowlton , MD on 11/03/2015 at 02:54 PM PST
Sign off status: Completed

3/21/2017 2:25 PM FROM: Fax McKenzie Family Practice TO: 1603-334-8630 PAGE: 011 OF 027

Oct. 22. 2015 9:27AM No. 1580 P. 11/14

PeaceHealth Laboratories 123 International Way Springfield, OR 97477 541-687-2134 1-800-826-3616

PLEASANT HILL MEDICAL CLINIC
PO BOX 825/35859 HWY 58
PLEASANT HILL, OR 97455

ACCT. NO. EA58796640
COLLECT. 09/29/15 10:59
RECEIVED 09/29/15 11:00
REPORTED 09/29/15 12:23

Fax: 95419887320
PATIENT CUMMINS,MICHAEL
PT I.D. 1004612
SEX M AGE A5Y
Pt.Phone:
FINAL REPORT page 1

95203

Chart: I004612

DOB

WBC's ↑ otherwise normal labs - good Liver, Kidney + Pancreatic function.
Dr. PA-C 9/29/2015

| Test Procedure | Results | | Reference Range |
|---|---|---|---|
| COMPLETE BLOOD COUNT WITH AUTO DIFF | | | Lab No:100 |
| WBC | 13.5 | H | 4.0-11.0 K/mm3 |
| RBC | 5.49 | | 4.31-5.77 M/mm3 |
| HGB | 16.4 | | 13.2-17.5 g/dL |
| HCT | 48.6 | | 38.9-49.9 % |
| MCV | 88.5 | | 80-100 fL |
| MCH | 29.9 | | 27.8-33.8 pg |
| MCHC | 33.7 | | 31.5-36.5 g/dL |
| RDW | 14.0 | | 11.5-14.2 % |
| PLT CT | 275 | | 150-400 K/mm3 |
| MPV | 10.1 | | 8.5-12.4 fL |
| NEUTRO% | 74.4 | | % |
| LYMPH% | 15.0 | | % |
| MONO% | 8.4 | | % |
| EOS% | 1.4 | | % |
| BASO% | 0.4 | | % |
| IMM GRAN% | 0.4 | | 0-0.5 % |
| NEUTRO# | 10.0 | H | 1.5-8.0 K/mm3 |
| LYMPH# | 2.0 | | 1.0-3.5 K/mm3 |
| MONO# | 1.1 | H | 0.2-1.0 K/mm3 |
| EOS# | 0.2 | | 0-0.5 K/mm3 |
| BASO# | 0.1 | | 0-0.2 K/mm3 |
| METHOD | AUTO | | |

| Test Procedure | Results | | Reference Range |
|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | Lab No:100 |
| SODIUM | 141 | | 133-145 mEq/L |
| POTASSIUM | 3.6 | | 3.5-5.2 mEq/L |
| CHLORIDE | 107 | | 95-109 mEq/L |
| CO2 CONTENT | 24 | | 22-31 mEq/L |
| ANION GAP | 10 | | 3-12 |
| GLUCOSE | 104 | H | 70-99 mg/dL |

not fasting

** CONTINUED ON NEXT PAGE **

3/21/2017 2:25 PM FROM: Fax McKenzie Family Practice TO: 1603-334-8630 PAGE: 012 OF 027

Oct. 22. 2015 9:27AM No. 1580 P. 12/14

PeaceHealth Laboratories 123 International Way 541-687-2134
Springfield, OR 97477 1-800-826-3616

PLEASANT HILL MEDICAL CLINIC Fax: 95419887320
PO BOX 825/35859 HWY 58 ACCT. NO.EA58796640 PATIENT CUMMINS,MICHAEL
PLEASANT HILL, OR 97455 COLLECT. 09/29/15 10:59 PT I.D. 1004612
RECEIVED 09/29/15 11:00 SEX M AGE 45Y
REPORTED 09/29/15 12:23 Pt.Phone: 5415549051
95203 FINAL REPORT page 2

Chart: 1004612 DOB

| Test Procedure | Results | Reference Range |
|---|---|---|
| BUN | 18 | 8-20 mg/dL |
| CREATININE | 1.1 | 0.61-1.24 mg/dL |
| PROTEIN,TOTAL | 7.0 | 6.2-8.4 g/dL |
| ALBUMIN | 3.8 | 3.5-5.0 g/dL |
| GLOBULIN | 3.2 | 2.2-3.6 g/dL |
| CALCIUM | 9.5 | 8.6-10.2 mg/dL |
| BILIRUBIN,TOT | 0.7 | 0.1-1.2 mg/dL |
| ALKALINE PHOS | 78 | 30-110 IU/L |
| ALT | 35 | 17-63 IU/L |
| AST | 21 | 15-41 IU/L |
| GFR (MDRD equation) | >60 | >60 mL/min/1.73m2 |
| GFR BLACK (MDRD equation) | >60 | >60 mL/min/1.732m2 |
| FASTING STATUS | NO | |
| | | Lab No:100 |
| AMYLASE | 63 | 23-103 U/L |
| | | Lab No:100 |
| LIPASE | 45 | 22-51 U/L |

** END OF PATIENT REPORT **

[redacted]

## Pain Disability Index

Patient name: Mike Cummins Date: 8-18-16

For each of the 7 categories listed, please circle the number on the scale that describes the level of disability you typically experience. A score of 0 means no disability at all, and a score of 10 signifies that all of these types of activities have been totally disrupted or prevented by your pain.

Respond to each category by indicating the overall impact of pain in your life, not just when the pain is at its worst.

**Family/Home Responsibility** (such as house cleaning or errands)

No disability | 0 1 2 3 4 (5) 6 7 8 9 10 | Total disability

**Recreation** (such as sports, exercise, and other similar leisure time activities):

No disability | 0 1 (2) 3 4 5 6 7 8 9 10 | Total disability

**Social Activity** (such as going to parties, dining out, and other social functions):

No disability | 0 1 2 3 4 5 6 7 (8) 9 10 | Total disability

**Occupation** (all activities related to one's job, including nonpaying jobs):

No disability | 0 1 2 (3) 4 5 6 7 8 9 10 | Total disability

**Sexual Behavior:**

No disability | 0 (1) 2 3 4 5 6 7 8 9 10 | Total disability

**Self-Care** (such as bathing and dressing):

No disability | 0 (1) 2 3 4 5 6 7 8 9 10 | Total disability

nk

**Life-Support Activity** (eating, sleeping, and breathing):

No disability | (0) 1 2 3 4 5 6 7 8 9 10 | Total disability

**Overall Disability Score** (out of a possible 70): 20

## Short-Form Pain Questionnaire

Patient Name: Mike M Cummins Date: 9-18-16

I. **Pain Rating Index (PRI)** The words below describe average pain. Place a mark (x) in the column that represents the degree to which you feel that type of pain.

| | | None | Mild | Moderate | Severe |
|---|---|---|---|---|---|
| I. a. Sensory | Throbbing | 0 | 1 | 2 | 3 X |
| | Shooting | 0 | 1 | 2 | 3 |
| | Stabbing | 0 | 1 | 2 | 3 |
| | Sharp | 0 | 1 | 2 | 3 |
| | Cramping | 0 | 1 | 2 | 3 |
| | Gnawing | 0 | 1 | 2 | 3 |
| | Hot-burning | 0 | 1 | 2 | 3 |
| | Aching | 0 | 1 X | 2 | 3 |
| | Heavy | 0 | 1 | 2 | 3 |
| | Tender | 0 | 1 | 2 | 3 |
| | Splitting | 0 | 1 | 2 | 3 |
| I. b. Affective | Tiring-exhausting | 0 | (1) X | 2 | 3 |
| | Sickening | 0 | 1 | 2 | 3 |
| | Fearful | 0 | 1 | 2 | 3 |
| | Punishing-cruel | 0 | 1 | 2 | 3 |

II. Visual Analog Scale (VAS) Mark the scale below to show how bad your pain is right now.

No pain I——————————————|—————I Worst possible pain

**III. Present Pain Intensity (PPI)** Choose the word below that best describes the intensity of your pain. Place a mark (x) in the appropriate column. MC

| | | | | | |
|---|---|---|---|---|---|
| | | | X | | |
| No pain | Mild | Discomforting | Distressing | Horrible | Excruciating |
| 0 | 2 | 4 | 6 | 8 | 10 |

# OREGON IMAGING CENTERS

CUMMINS, MICHAEL M
DOB: AGE: 45 ORG: OIC_RBP Patient Class:
MRN: 446670 Facility MRN: Gender: M
Referring Phys.: ANNA L. MINTON,PA-C
Date of Service: Sep 29, 2015 Accession: 2415946

CT Abdomen and Pelvis w Contrast

IMPRESSION:
1. No bowel obstruction or free fluid.
2. Colonic diverticuli. No acute diverticulitis.
3. Stable adrenal calcifications and left adrenal nodularity 2/20/2010, compatible with benign process.

Results called to referring clinician at time of image interpretation.

INDICATION:
GENDER/AGE: Male, 45 years
ORDER INDICATION: STAT CALL REPORT TO 541-988-7300 Bowel changes. Abdominal pain. -:-
HISTORY PER PATIENT:

TECHNIQUE: A digital scout radiograph was obtained. Multiple high resolution transverse CT images were obtained through the abdomen and pelvis following the administration of contrast.

CONTRAST: 110/125cc Opti350 exp02/2017 D010B2

COMPARISON: Abdomen and pelvis CT dated 11/19/2010

FINDINGS:

CHEST:

LUNGS: No focal infiltrates or nodules within the visualized lungs.

MEDIASTINUM: No abnormal masses or fluid collections.

THORACOABDOMINAL AORTA: No aneurysm or dissection.

ABDOMEN:

LIVER: Hepatic steatosis. No discrete hepatic mass.

GALLBLADDER: Gallbladder is normal. No significant intrahepatic or extrahepatic biliary duct dilatation.

SPLEEN: No significant abnormality.

PANCREAS: No masses or pancreatic duct dilatation. No peripancreatic stranding.

ADRENAL GLANDS: Bilateral adrenal calcifications, greater on the left than the right. A left adrenal soft tissue density

SOB Wheezing Chest pain LLQ pain

patient informed by [signature]

PATIENT NAME: CUMMINS, MICHAEL
DOB: MRNO: 446670

lesion containing foci of internal fat measures up to 3.2 cm. Given differences in technique, there is no definite interval change. Findings most compatible with a benign process.

KIDNEYS: Left peripelvic cysts. No hydronephrosis or enhancing renal mass bilaterally.

PERIPORTAL/RETROPERITONEAL/CENTRAL MESENTERIC LYMPH NODES: No lymphadenopathy by size criteria.

RETROPERITONEUM: No retroperitoneal mass or hemorrhage.

STOMACH: Grossly unremarkable considering the constraints of this examination.

SMALL BOWEL: Small bowel is without evidence of obstruction, pneumatosis or definite bowel wall thickening.

COLON: Sigmoid colon diverticuli. No acute diverticulitis.

APPENDIX: Normal. No periappendiceal stranding.

ABDOMINAL WALL: No hernia or abnormal masses.

PERITONEAL CAVITY: There is no free air or free fluid.

PELVIS:

BLADDER: Normal, considering the constraints of this examination.

PELVIC/INGUINAL LYMPH NODES: Mildly prominent bilateral inguinal lymph nodes are stable compared to previous. No pathologic pelvic adenopathy.

REPRODUCTIVE ORGANS: No significant abnormality.

RECTUM: No gross abnormality, considering the constraints of this examination.

BONES: No concerning bone lesions.

Patient informed by [signature]

DICTATED BY: John P. Dobrman, M.D. on 9/29/2015 3:04 PM PDT
DICTATION LOCATION: 3333 Riverbend Dr. - Springfield, OR 97477

End of diagnostic report for accession: 2415946

Interpreted/Electronically Signed by John P. Dobrman, MD on 09/29/2015 3:04 PM

GE MAC1200 CUMMINS, MICHAEL , PLEASANT HILL URGENT CARE
Male, 45 Years (

HR 78bpm

Oct. 22. 2015 5:25AM

Measurement Results:

| | | |
|---|---|---|
| QRS | : | 112 ms |
| QT/QTcB | : 380 / | 433 ms |
| PR | : | 142 ms |
| P | : | 122 ms |
| RR/PP | : 768 / | 765 ms |
| P/QRS/T | : 62/ 97/ | 41 Degrees |

Order Physician :
Technician :

Interpretation:
12SL - Interpretation:
*** Age and gender specific ECG analysis ***
Normal sinus rhythm
Rightward axis
Borderline ECG

Name: CUMMINS, MICHAEL M

Unconfirmed report.




Cart# 1 Site# 1
Sep/29/2015 10:26:29 AM 25mm/s 10mm/mV ADS 60Hz 0.08 - 20Hz

No. 1586 P. 9/14

# SLOCUM ORTHOPEDICS, P.C.

55 Coburg Road, Eugene, OR 97401 Tel: (541) 485-8111 Fax: (541) 342-6379

| | |
|---|---|
| Patient: | Michael Cummins |
| Date of Birth: | |
| Date: | 12/05/2016 12:00 AM |
| Visit Type: | Post Op Visit |
| Person Number: | 259673 |

**Chief Complaint:**
Improving right knee pain.

**History of Present Illness:**
This is a 46-year-old male, who is two weeks status post right knee arthroscopy, partial medial meniscectomy, and shaving chondroplasty of the medial femoral condyle. He is noting improvement postoperatively. He is one day off crutches now and has started physical therapy. No complications to date.

## Patient Status
Completed with information received for patient transitioning into care.

## Medication Reconciliation
Medications reconciled today.

## Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| taking as directed | naproxen 250 mg tablet | take 1 tablet by oral route 2 times every day with food | Y | Verified |
| taking as directed | propranolol 40 mg tablet | take 1 tablet by oral route 2 times every day | Y | Verified |
| taking as directed | alprazolam 1 mg tablet | take 1 tablet by oral route 3 times every day | Y | Verified |
| taking as directed | hydrochlorothiazide 25 mg tablet | take 0.5 tablet by Oral route every day | Y | Verified |
| taking as directed | lisinopril 40 mg tablet | take 1 tablet by oral route every day | Y | Verified |
| taking as directed | Norco 10 mg-325 mg tablet | take 1 tablet by oral route every 4 - 6 hours as needed for pain | N | Verified |

**Allergies:**

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| METRONIDAZOLE | swelling | | |
| MORPHINE | sick | | |

Reviewed, no changes.

**Physical Exam**
On examination of the right knee, incision is healing well. No signs of infection. No significant effusion. Range of motion 0 to 110 degrees. No calf tenderness to palpation or significant swelling.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Complex tear of medial meniscus of right knee as current injury, subsequent encounter (S83.231D). |
| 2. | Assessment | an encounter for other ortho aftercare (Z47.89). |

Two weeks status post right knee arthroscopy, partial medial meniscectomy, and shaving chondroplasty of the medial femoral condyle.

At this point, sutures will be removed. He will continue with strengthening range of motion. I reviewed his arthroscopic pictures today. Discussed his degree of arthritis. I discussed low-impact exercise with weight loss and anti-inflammatories. He will see me back as needed at this point.

*Provider: Jeffrey M. Tuman MD 12/06/2016 04:07 PM*

*Document generated by:* 135/103 12/06/2016 04:07 PM

46056/12/6/2016

**CC Providers:**

David Knowlton MD
1755 Coburg Rd
Ste 301
Eugene, OR 97401-

**CC OTJ Insurance:**
Liberty Mutual OR OTJ
PO Box 779008
Rocklin, CA 95677-

Note generated by our Electronic Health Record and may include unedited text created by speech recognition software.

Date of Visit: 12/05/2016 12:00 AM Cummins, Michael M. Person Nbr: 259673

Electronically signed by Jeffrey M. Tuman MD on 12/07/2016 07:33 AM

# SLOCUM ORTHOPEDICS, P.C.

55 Coburg Road, Eugene, OR 97401 Tel: (541) 485-8111 Fax: (541) 342-6379

| | |
|---|---|
| Patient: | Michael Cummins |
| Date of Birth: | |
| Date: | 11/16/2016 9:45 AM |
| Visit Type: | Pre Op Visit |
| Person Number: | 259673 |

### Chief Complaint:

Right knee pain.

### History of Present Illness:

A 46-year-old male who presents for a preoperative visit. Currently, scheduled for right knee arthroscopy with partial medial meniscectomy. This is a workmen's compensation claim. This is well documented in my note on 09/28/2016. He continues to be symptomatic in the knee. We did previously discuss multiple risk factors for him and for having continued pain after such surgery and this includes obesity, smoking history and the fact that he does have some osteoarthritis in the knee.

### Past Medical History (Detailed)

| Disease | Onset Date | Comments |
|---|---|---|
| High Blood Pressure | | |

### Past Surgical History

| Management | Side | Date | Comments |
|---|---|---|---|
| lower back | | | |

## Medication Reconciliation

Medications reconciled today.

## Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| taking as directed | naproxen 250 mg tablet | take 1 tablet by oral route 2 times every day with food | Y | Verified |
| taking as directed | propranolol 40 mg tablet | take 1 tablet by oral route 2 times every day | Y | Verified |
| taking as directed | alprazolam 1 mg tablet | take 1 tablet by oral route 3 times every day | Y | Verified |
| taking as directed | hydrochlorothiazide 25 mg tablet | take 0.5 tablet by Oral route every day | Y | Verified |
| taking as directed | lisinopril 40 mg tablet | take 1 tablet by oral route every day | Y | Verified |

### Allergies:

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| METRONIDAZOLE | swelling | | |
| MORPHINE | sick | | |

Reviewed, no changes.

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Gen Fam Hx | | | | High blood pressure | | |
| Gen Fam Hx | | | | Heart Disease | | |
| Gen Fam Hx | | | | Bleeding Problems | | |

## SOCIAL HISTORY (Detailed)

The patient is right-handed.
Preferred language is English.

### EDUCATION/EMPLOYMENT/OCCUPATION

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | burner II | | | |

Currently single.

Smoking status: Current every day smoker.

### SMOKING STATUS

| Date | Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|---|
| 09/28/2016 | Cigarette | Cigarette smoker | | 20.00 | |
| 11/16/2016 | Cigarette | Cigarette smoker | | 20.00 | |

### ALCOHOL

There is no history of alcohol use.

### LIFESTYLE

Sedentary activity level. Never exercises.

### Confidential Information

**Alcohol Use:**
The patient denies alcohol use.
**Drug Use/Abuse:**
The patient denies illicit drug use.

### REVIEW OF SYSTEMS

| System | Neg/Pos | Details |
|---|---|---|
| Hema/Lymph | Negative | Easy bleeding and easy bruising. |
| Eyes | Negative | Vision loss. |
| Respiratory | Negative | Cough and dyspnea. |
| MS | Negative | Except as noted in HPI and chief complaint. |
| Constitutional | Negative | Fatigue, fever and night sweats. |
| GU | Negative | Dysuria, hematuria and urinary incontinence. |
| GI | Negative | Constipation, diarrhea, nausea and vomiting. |
| Cardio | Negative | Chest pain, cyanosis and irregular heartbeat/palpitations. |
| Neuro | Negative | Difficulty walking, dizziness and headache. |
| Allergic/Immuno | Negative | Environmental allergies and food allergies. |
| Endocrine | Negative | Cold intolerance and heat intolerance. |
| Integumentary | Negative | Rash. |

## VITAL SIGNS

HEIGHT

| Time | ft | in | cm | Last Measured | Height Position | % |
|---|---|---|---|---|---|---|
| 10:07 AM | 5.0 | 11.00 | 180.34 | 11/16/2016 | Standing | |

WEIGHT/BSA/BMI

| Time | lb | oz | kg | Context | % | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|---|
| 10:07 AM | 314.60 | | 142.700 | dressed without shoes | | 43.88 | |

BLOOD PRESSURE

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 10:07 AM | 129/97 | | | | | |

TEMPERATURE/PULSE/RESPIRATION

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 10:07 AM | 98.20 | 36.78 | | 73 | | |

MEASURED BY

| Time | Measured by |
|---|---|
| 10:07 AM | Aleque Quesada |

## Physical Exam

General: The patient is alert, oriented, and not in any acute distress-- cooperative on exam and appears appropriate for stated age.
HEENT: Unremarkable.
Cardiovascular: Regular in rate and rhythm without murmurs.
Lungs: Clear to auscultation bilaterally.
Abdomen: Soft, nontender with normal bowel sounds.
Skin: No rashes or lesions appreciated on the affected extremity.
Lymphatic: No lymphadenopathy appreciated on the affected extremity.
Neurological: No sensory deficits on the affected extremity. Full motor strength on the affected extremity.
Vascular: No appreciable pitting edema/superficial soft tissue swelling. Intact capillary refill. Palpable pulses are present.
Extremities: See detailed orthopedic examination.

Musculoskeletal examination: Examination of the right knee, no effusion. Tenderness to palpation over the medial joint line. Positive McMurray's test. No ligamentous instability. Pain with hyperflexion and positive Steinmann's test.

**Dictated Diagnostic Results:**

MRI of the right knee demonstrates a complex tear of the medial meniscus with chondral irregularity of the medial femoral condyle.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Complex tear of medial meniscus of right knee as current injury, subsequent encounter (S83.231D). |
| 2. | Assessment | Primary osteoarthritis of right knee (M17.11). |
| 3. | Assessment | Encounter for pre-operative examination (Z01.818). |

A 46-year-old male with right knee pain, medial meniscus tear, mild-to-moderate osteoarthritis.

I reviewed my concerns for continued pain in the knee after surgery and this includes his history of obesity, his smoking history, and his presence of mild-to-moderate osteoarthritis. He continues to be very symptomatic after an injury, so considering partial meniscectomy is reasonable, but he does know and understand that he will possibly still have chronic discomfort to the knee following surgery. This was discussed at length. We reviewed risks, benefits, and alternatives and he has elected to proceed.

*Provider: Jeffrey M. Tuman MD 11/21/2016 11:56 AM*

*Document generated by:* 135 11/21/2016 11:56 AM

46022/11/19/2016

**CC Providers:**
David Knowlton MD
1755 Coburg Rd
Ste 301
Eugene, OR 97401-

**CC OTJ Insurance:**
Liberty Mutual OR OTJ
PO Box 779008
Rocklin, CA 95677-

Note generated by our Electronic Health Record and may include unedited text created by speech recognition software.

Date of Visit: 11/16/2016 09:45 AM Cummins, Michael M. Person Nbr: 259673

Electronically signed by Jeffrey M. Tuman MD on 11/21/2016 04:58 PM

# SLOCUM ORTHOPEDICS, P.C.

55 Coburg Road, Eugene, OR 97401 Tel: (541) 485-8111 Fax: (541) 342-6379

| | |
|---|---|
| Patient: | Michael Cummins |
| Date of Birth: | |
| Date: | 09/28/2016 8:45 AM |
| Visit Type: | Office Visit |
| Person Number: | 259673 |

### Chief Complaint:
Right knee pain.

### History of Present Illness:
This is a 46-year-old male who was referred by Cascade Health Solutions for right knee injury. This is a Workmen's Compensation claim. He is in essentially a machinist position for JCI and developed increased right knee pain on 09/04/2016. He did not have an overt traumatic injury to the knee, but noticed increasing pain throughout the day. At that point, he noted a pop in the knee. This significantly increased on 09/05/2016, where he felt he was unable to walk. He held on seeing a physician since he thought that this pain would improve and it continued to worsen. Urgent Care evaluated him on 09/08/2016. X-rays were performed and these were negative for any acute osseous abnormalities. He felt as though the knee was locking on him. He was ultimately evaluated by Cascade Health Solutions, who had a concern for a meniscus tear and an MRI had been ordered. He was placed on light duty and was given a hinged knee brace. He ultimately had the MRI, which demonstrates a medial meniscus tear. He was thus referred for further evaluation. He notes continued popping and swelling within the knee. He notes difficulty walking. He has been on modified light duty since he was seen by Cascade Health Solutions.

Of note, the patient does smoke one pack per day and BMI is 45.54.

### Past Medical History (Detailed)

| Disease | Onset Date | Comments |
|---|---|---|
| High Blood Pressure | | |

### Past Surgical History

| Management | Side | Date | Comments |
|---|---|---|---|
| lower back | | | |

## Medication Reconciliation
Medications reconciled today.

## Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| taking as directed | naproxen 250 mg tablet | take 1 tablet by oral route 2 times every day with food | Y | Verified |
| taking as directed | propranolol 40 mg tablet | take 1 tablet by oral route 2 times every day | Y | Verified |
| taking as directed | alprazolam 1 mg tablet | take 1 tablet by oral route 3 times every day | Y | Verified |
| taking as directed | hydrochlorothiazide 25 mg | take 0.5 tablet by Oral route every day | Y | Verified |

| | | | | |
|---|---|---|---|---|
| | tablet | | | |
| taking as directed | lisinopril 40 mg tablet | take 1 tablet by oral route every day | Y | Verified |

## Allergies:

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| METRONIDAZOLE | swelling | | |
| MORPHINE | sick | | |

Allergy list was updated during this encounter.

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Gen Fam Hx | | | | High blood pressure | | |
| Gen Fam Hx | | | | Heart Disease | | |
| Gen Fam Hx | | | | Bleeding Problems | | |

## SOCIAL HISTORY (Detailed)

The patient is right-handed.
Preferred language is English.

### EDUCATION/EMPLOYMENT/OCCUPATION

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | burner II | | | |

Currently single.

Smoking status: Current every day smoker.

### SMOKING STATUS

| Date | Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|---|
| 09/28/2016 | Cigarette | Cigarette smoker | | 20.00 | |

### ALCOHOL

There is no history of alcohol use.

### LIFESTYLE

Sedentary activity level. Never exercises.

Confidential Information

**Alcohol Use:**
The patient denies alcohol use.
**Drug Use/Abuse:**
The patient denies illicit drug use.

## REVIEW OF SYSTEMS

| System | Neg/Pos | Details |
|---|---|---|
| Neuro | Positive | Headache. |
| Psych | Positive | Emotional changes. |
| Respiratory | Negative | Accelerated respirations, cough and wheezing. |
| ENMT | Negative | Hearing loss. |
| Constitutional | Negative | Fatigue, fever and night sweats. |
| Eyes | Negative | Vision loss. |

| | | |
|---|---|---|
| Cardio | Negative | Chest pain, heart murmur and irregular heartbeat/palpitations. |
| GI | Negative | Constipation, diarrhea and vomiting. |
| MS | Negative | Except as noted in HPI and chief complaint. |
| Neuro | Negative | Dizziness. |
| GU | Negative | Dysuria, hematuria and urinary incontinence. |
| Allergic/Immuno | Negative | Environmental allergies and food allergies. |
| Hema/Lymph | Negative | Easy bleeding and easy bruising. |
| Integumentary | Negative | Pruritus and rash. |

VITAL SIGNS

HEIGHT

| Time | ft | in | cm | Last Measured | Height Position | % |
|---|---|---|---|---|---|---|
| 8:41 AM | 5.0 | 10.00 | 177.80 | 09/28/2016 | | |

WEIGHT/BSA/BMI

| Time | lb | oz | kg | Context | % | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|---|
| 8:41 AM | 317.40 | | 143.970 | | | 45.54 | |

BLOOD PRESSURE

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 8:41 AM | 140/94 | | | | | |

TEMPERATURE/PULSE/RESPIRATION

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 8:41 AM | | | | 77 | | |

MEASURED BY

| Time | Measured by |
|---|---|
| 8:41 AM | canjac Jackson |

## Physical Exam

The patient is alert, oriented, a good historian, and not in any acute distress-- cooperative on exam and appears appropriate for stated age.

HEENT: Unremarkable.
Cardiovascular: Regular in rate and rhythm without murmurs.
Lungs: Clear to auscultation bilaterally.
Abdomen: Soft, nontender with normal bowel sounds.
Extremities: See detailed orthopedic examination.

Musculoskeletal Examination: On examination of the right knee, no appreciable effusion today. He does have fairly moderate tenderness to palpation really throughout the knee superficially, but this is extremely more painful over the medial joint line. He does have a positive McMurray's test. The knee is stable to Lachman's, posterior drawer, varus and valgus stress testing. On valgus stress testing at 30 degrees, I was able to appreciate a slight catch within the posteromedial aspect of the knee. He has full knee extension. He has pain with passive hyperflexion with a positive Steinman's test.

## Outside Diagnostics Studies:

I reviewed previous three views obtained at urgent care on 09/08/2016. No appreciable osseous abnormalities.

I reviewed the MRI of the right knee obtained at MR Imaging Associates and McKenzie-Willamette on 09/14/2016. There does appear to be a complex tear of the medial meniscus. There is some chondral irregularity involving the posterior third of the medial femoral condyle.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Complex tear of medial meniscus of right knee (S83.231A). |

A 46-year-old male with right knee pain. MRI demonstrates a medial meniscus tear.

I reviewed options today. He had acute onset knee pain. The exact mechanism, however, is unclear since he denies traumatic injury and no twisting or instability event. He does remain very symptomatic, secondary to the patient's age and significant meniscus tear on MRI. He may have some early mild degenerative changes of the medial femoral condyle cartilage, but certainly does not have advanced osteoarthritis. My concerns for surgical intervention, however, include the fact that he smokes one pack per day and he is significantly overweight. These factors can significantly affect healing and I am concerned he may continue to have some persistent symptoms in the knee after a scope debridement. Certainly, we looked throughout the whole knee to address any potential pain generators and this was discussed with him. After this long discussion was had, he has expressed interest in proceeding with right knee arthroscopy and likely partial medial meniscectomy. We will have him see Anesthesia to determine whether this can be done at our ASC or at the hospital given his weight and smoking history. We will need to await approval by Workmen's Compensation. In the meantime, we will keep him on his modified light duty with essentially sedentary work. I certainly think he is able to perform a sitting job. We will plan to see him back as a preoperative visit once his approval has been obtained.

*Provider: Jeffrey M. Tuman MD 09/30/2016 12:28 PM*

*Document generated by:* 135/103 09/30/2016 12:28 PM

46098/9/28/2016

**CC Providers:**

David Knowlton MD
1755 Coburg Rd
Ste 301
Eugene, OR 97401-

**CC OTJ Insurance:**
Liberty Mutual OR OTJ
PO Box 779008
Rocklin, CA 95677-

Note generated by our Electronic Health Record and may include unedited text created by speech recognition software.

Date of Visit: 09/28/2016 08:45 AM Cummins, Michael M. Person Nbr: 259673

Electronically signed by Jeffrey M. Tuman MD on 10/03/2016 01:58 PM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-8630

| | |
|---|---|
| Date: | March 13, 2017 |
| To: | DR. DAVID KNOWLTON<br>1755 COBURG RD<br>EUGENE OR 97401 |
| Attn: | Medical Records |
| Fax: | (541) 744-7322 |
| From: | Keahti Ingram<br>Long Term Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8630 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 7224525<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

March 13, 2017

Dr. David Knowlton
1755 COBURG RD
EUGENE, OR 97401

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins
Claimant D.O.B.:

Dear Dr. David Knowlton:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Astec Industries, Inc.'s Group Disability Policy. We are writing in reference to Michael Cummins's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to medical records . This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 20, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keahti Ingram
Long Term Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

Attachments: 7224525-REQUEST-PROVIDER-02.27.2017

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-8630

| | |
|---|---|
| Date: | February 27, 2017 |
| To: | DR. DAVID KNOWLTON<br>1755 COBURG RD<br>EUGENE OR 97401 |
| Attn: | medical records |
| Fax: | (541) 744-7322 |
| From: | Keahti Ingram<br>Long Term Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8630 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 7224525<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

February 28, 2017

Dr. David Knowlton
1755 COBURG RD
EUGENE, OR 97401

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins
Claimant D.O.B.:

Dear Dr. David Knowlton:

We are the Disability Claim Administrator for your patient, Michael Cummins.

To evaluate Mr. Cummins's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office notes, test results, therapy notes, operative reports, treatment plan, hospital records, and prescription histories from May 1, 2015 through the present date

We ask that you provide this information by March 7, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8630 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keahti Ingram
Long Term Disability Case Manager

Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

BIMART PHARMACY
4780 ROYAL AVENUE
EUGENE OR 97402

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

March 13, 2017

Bimart Pharmacy
4780 ROYAL AVENUE
EUGENE, OR 97402

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins
Claimant D.O.B.:

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Astec Industries, Inc.'s Group Disability Policy. We are writing in reference to Michael Cummins's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to medical records . This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 20, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keahti Ingram
Long Term Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

Attachments: 7224525-REQUEST-PROVIDER-02.28.2017

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

BIMART PHARMACY
4780 ROYAL AVENUE
EUGENE OR 97402

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

February 28, 2017

Bimart Pharmacy
4780 ROYAL AVENUE
EUGENE, OR 97402

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Michael Cummins.

To evaluate Mr. Cummins's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Pharmacy records dated May 1 2015 through the present date

We ask that you provide this information by March 7, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8630 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keahti Ingram
Long Term Disability Case Manager

Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

# FACSIMILE TRANSMITTAL FORM

***Date/Time:*** 3/13/2017 2:25:52 PM

***Pages:*** 2

***Subject:*** Patient Document

***To:*** Attention: Liberty Mutual / Long Term Disability

***Fax Number:*** 1603-334-8630

***From:*** Falls,Shelly

***Fax Number:*** 541-744-7322

***Business Phone:*** 541-344-8225

**Company:** McKenzie Family Practice

NOTE: PLEASE CALL **541-344-8225** IF DOCUMENTS ARE INCOMPLETE OR NOT LEGIBLE.

The information contained in the facsimile message may be confidential and/or legally privileged information intended only for the use of the individual or entity named above.

If the reader of this message is not the intended recipient, you are hereby notified that any copying, dissemination, or distribution of confidential or privileged information is strictly prohibited.

If you have received this communication in error, please notify us immediately by telephone and we will arrange for return of the documents.

**McKenzie Family Practice < Tax I.D.: 93-0692130 >**

**1755 Coburg Road Suite 301 Eugene, Oregon 97401**

**Ph: 541-344-8225 Fax: 541-744-7322**

* INVOICE FOR MEDICAL RECORDS *

(Records, over 25 pages, will be saved in PDF format onto a CD disk and mailed. Please let us know if for any reason this format cannot be utilized by your office) Records 25 pages or less will be faxed. Payment is expected before records can be released.

You may contact Shelley in Medical Records at 541-344-8225 to pay by credit card. Checks can be made out to "MFP" for McKenzie Family Practice.

Date: March 10, 2017

Attention: Liberty Mutual Insurance/ Long Term Disability (LTD) Benefits

PH: 1-800-291-0112 Fax: 1-603-334-8630

This pre-payment invoice is for:

Pt Name: MICHAEL CUMMINS Claim No. 7224525

Date of Birth:

Patient's Doctor is: Dr. David Knowlton

**GRAND TOTAL: $33.50 (24 pages)**

This records fee was calculated as: up to the first 10 pages equal to $30.00; each subsequent page at 25 cents each.

- Please note our address has changed: McKenzie Family Practice
  - 1755 Coburg Road **Suite 301**
    Eugene, OR 97401

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Friday, March 03, 2017 5:18 PM
**To:** 'awatt@jcieug.com'; 'lholman@jcieug.com'
**Subject:** MICHAEL CUMMINS, Claim # 7005450

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 10/8/2016. The benefit begin date is 10/15/2016. This claim has been approved through 3/19/2017. This indicates an extension of benefits. The case manager for this claim is Keahti Ingram. The claim number is 7005450.

If you have further questions or if the employee has returned to work, please call Liberty Mutual at (800) 291-0112.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Friday, March 03, 2017 5:18 PM
**To:** 'awatt@jcieug.com'; 'lholman@jcieug.com'
**Subject:** MICHAEL CUMMINS, Claim # 7005450

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 10/8/2016. The benefit begin date is 10/15/2016. This claim has been approved through 3/19/2017. This indicates an extension of benefits. The case manager for this claim is Keahti Ingram. The claim number is 7005450.

If you have further questions or if the employee has returned to work, please call Liberty Mutual at (800) 291-0112.

CONFIDENTIAL

**5701 N. Pine Island Rd Suite 360**
**Tamarac, Florida 33321**
**Phone: 954-748-2969**
**Fax : 954-748-6638**
**www.mastertrace.com**

March 01, 2017

Keahti Ingram
LIBERTY MUTUAL INSURANCE CO.
P.O. Box 7207
London, KY 40742-7207

| | | |
|---|---|---|
| RE: | Subject | Cummins, Michael |
| | Insured | Astec Industries, Inc. |
| | Claim Number | 7224525 |
| | Date of Loss | 09/04/2016 |
| | Our File Number | 97618 |

*This report is strictly confidential and has been prepared in anticipation of litigation. Its development and the information contained herein are protected under all applicable laws of the United States and the state of Florida, including, but not limited to, Florida Statute chapter 493. No part or portion of this report may be reproduced or distributed without the express permission of the above client and MasterTrace, Inc. The information contained herein may NOT be used to determine an individual's eligibility for credit or insurance to be used primarily for personal, family or household purposes; employment purposes; or any other purpose*

*Unless otherwise specifically instructed, our canvasses were based on the best address history available for the Subject, which identified the highest probability of facilities to be searched. These facilities are listed in our canvass report.*

## Assignment

At your request, enclosed is the Enhanced Canvass Profile with an expansion on Pharmacies & Walk-in Clinics, consisting of 12 Hospitals, 20 Pharmacies, and 20 Walk-In Clinics.

Our research found one (1) or more facilities which would not provide any information without an authorization; therefore, we canvassed additional facilities at no additional charge.

*All facilities within a travel area have been canvassed for this search including any bordering States that may be applicable.*

*Due to strict guidelines, all dates of records found need to be reported without any changes to that factual information. Please see the enclosed Canvass Report(s) for details.*

## Canvass Summary

### Hospitals Canvassed

Patient acknowledgment was noted for your Subject at 1 of the 12 Hospitals Canvassed.

### Pharmacies Canvassed

Patient acknowledgment was noted for your Subject at 1 of the 10 Pharmacies Canvassed.

Patient acknowledgment was noted for your Subject at 1 of the 10 Pharmacies Canvassed.

**Walk-In Clinics Canvassed**

Patient acknowledgment was not noted for your Subject at any of the Walk-In Clinics Canvassed.

Patient acknowledgment was noted for your Subject at 2 of the 10 Walk-In Clinics Canvassed.

**Database Research**

If the Subject was found with one (1) or more Alias Name(s), Alias DOB(s), and/or Alias SSN(s), they have been included in our Canvass Search and listed in our Canvass Facility Report.
*Please Note: If any acknowledgment is found for the Subject under one (1) or more Alias', it will be noted in our canvass report.*

**Address History**

Our Address History Search has found the following addresses listed for the Subject.

| Dates | Address | City | State | Zip | County |
|---|---|---|---|---|---|
| 11//2008 - 02/xx/2017 | | | | | |
| 06//2016 - 02/xx/2017 | | | | | |
| 10/31/2016 - 11/xx/2016 | | | | | |
| 02/28/2014 - 02/xx/2014 | | | | | |
| 11/22/2006 - 07/xx/2011 | | | | | |
| 12/01/2007 - 02/xx/2009 | | | | | |
| 03/17/2006 - 06/xx/2007 | | | | | |
| 06/06/2000 - 11/xx/2006 | | | | | |
| 04//2001 - 08/xx/2006 | | | | | |
| 05/06/2006 - 05/xx/2006 | | | | | |
| 10/13/2003 - 06/xx/2004 | | | | | |
| 04//2000 - 01/xx/2003 | | | | | |
| 07//1999 - 01/xx/2003 | | | | | |
| 09//1993 - 01/xx/2003 | | | | | |
| 03//1990 - 01/xx/2003 | | | | | |
| 08//1989 - 01/xx/2003 | | | | | |
| 12/05/2000 - 12/xx/2000 | | | | | |
| 04//1997 - 12/xx/1999 | | | | | |
| 05//1995 - 02/xx/1999 | | | | | |
| 05//1995 - 05/xx/1995 | | | | | |
| 03//1992 - 06/xx/1992 | | | | | |
| 10//1991 - 12/xx/1991 | | | | | |
| 06//1990 - 06/xx/1991 | | | | | |
| 12//1989 - 06/xx/1990 | | | | | |

*Please be advised the information obtained is unverified and may not contain all of the available information on the Subject. All Information should be verified by independent means.*

**<u>Conclusion</u>**

This report may not be a complete search of all available facilities around the Subject's address location(s). Should any additional investigation or information be required, please contact our office.

With the record search having been completed, we will close our file at this time. Thank you for allowing us the opportunity to assist in this investigation.

Sincerely,

Eugene Marchese, Jr.
President

CONFIDENTIAL

# HOSPITAL CANVASS REPORT

**Search Address:**

## Facilities Where Records Were Found

### Mckenzie-Willamette Medical Center

**Radiology/Imaging - 11/11/2013**

Contact: Denise
1460 G St
Springfield, OR 97477
Phone: (541) 726-4400
Fax: (541) 741-7219
Records Date Back: 10 Years
Mileage: 8.84 miles

## Facilities Where No Records Were Found

### Sacred Heart Medical Center

1255 Hilyard St
Eugene, OR 97401
Phone: (541) 686-7300
Mileage: 5.19

No treatment found. Records at this facility date back: 10 Years

### Cottage Grove Community Hospital

1515 Village Dr
Cottage Grove, OR 97424
Phone: (541) 767-5500
Mileage: 19.89

No treatment found. Records at this facility date back: 10 Years

### Samaritan Lebanon Community Hospital

525 N Santiam Hwy
Lebanon, OR 97355
Phone: (541) 258-2101
Mileage: 35.54

No treatment found. Records at this facility date back: 7 Years

### Good Samaritan Regional Medical Center

3600 NW Samaritan Dr
Corvallis, OR 97330
Phone: (541) 768-5111
Mileage: 36.80

No treatment found. Records at this facility date back: 7 Years

### Samaritan Albany General Hospital

1046 6th Ave SW
Albany, OR 97321
Phone: (541) 812-4000
Mileage: 38.71

No treatment found. Records at this facility date back: 7 Years

### Peace Harbor Hospital

400 9th St
Florence, OR 97439
Phone: (541) 997-8412
Mileage: 47.11

No treatment found. Records at this facility date back: 10 Years

| | |
|---|---|
| **Santiam Memorial Hospital**<br>1401 N 10th Ave<br>Stayton, OR 97383<br>Phone: (503) 769-2175<br>Mileage: 54.14 | No treatment found. Records at this facility date back: 2002 |
| **Lower Umpqua Hospital**<br>600 Ranch Rd<br>Reedsport, OR 97467<br>Phone: (541) 271-2171<br>Mileage: 54.27 | No treatment found. Records at this facility date back: 10 Years |
| **Samaritan Pacific Community Hospital**<br>930 SW Abbey St<br>Newport, OR 97365<br>Phone: (541) 265-2244<br>Mileage: 58.01 | No treatment found. Records at this facility date back: 7 Years |
| **Mercy Medical Center**<br>2700 NW Stewart Pkwy<br>Roseburg, OR 97471<br>Phone: (541) 673-0611<br>Mileage: 58.36 | No treatment found. Records at this facility date back: 10 Years |
| **West Valley Hospital**<br>525 SE Washington St<br>Dallas, OR 97338<br>Phone: (503) 623-8301<br>Mileage: 58.78 | No treatment found. Records at this facility date back: 35 Years |

# PHARMACY CANVASS REPORT

**Search Address:**

## Facilities Where Records Were Found

### Wal-Mart Pharmacy

**10/17/2016 09/09/2016 06/23/2016**

Contact: Wendy
2659 Olympic St
Springfield, OR 97477
Phone: (541) 744-3085
Fax: (541) 744-6677
Records Date Back: 2 - 3 years
Mileage: 12.40 miles

Prescribing Doctors:
David Knowlton, MD

## Facilities Where No Records Were Found

### Bi-Mart Pharmacy

150 Melton Rd
Creswell, OR 97426
Phone: (541) 895-9810
Mileage: 8.80

No treatment found. Records at this facility date back: 2 years

### Walgreens Pharmacy

5807 Main St
Springfield, OR 97478
Phone: (541) 726-8423
Mileage: 9.95

No treatment found. Records at this facility date back: 2 years

### Bi-Mart Pharmacy

5744 Main St
Springfield, OR 97478
Phone: (541) 687-7643
Mileage: 9.97

No treatment found. Records at this facility date back: 2 years

### Sav-On Pharmacy

5755 Main St
Springfield, OR 97478
Phone: (541) 741-1525
Mileage: 9.98

No treatment found. Records at this facility date back: 4 - 5 years

### Bi-Mart Pharmacy

1521 Mohawk Blvd
Springfield, OR 97477
Phone: (541) 687-7633
Mileage: 12.83

No treatment found. Records at this facility date back: 1 year

**Rite Aid Pharmacy**

2130 Marcola Road
Springfield, OR 97477
Phone: (541) 747-3362
Mileage: 12.91

No treatment found. Records at this facility date back: 3 - 4 years

**Sav-On Pharmacy**

2000 Marcola Rd
Springfield, OR 97477
Phone: (541) 746-9424
Mileage: 12.96

No treatment found. Records at this facility date back: 4 years

**Fred Meyer Pharmacy**

650 Q St
Springfield, OR 97477
Phone: (541) 741-5183
Mileage: 13.56

No treatment found. Records at this facility date back: 4 years

**Bi-Mart Pharmacy**

100 Gateway Blvd
Cottage Grove, OR 97424
Phone: (541) 942-9107
Mileage: 13.82

No treatment found. Records at this facility date back: 1 year

# PHARMACY CANVASS REPORT

**Search Address:**

## Facilities Where Records Were Found

### Bimart Pharmacy

Contact: Angela
4780 Royal Ave
Eugene, OR 97402
Phone: (541) 463-9559
Fax: (866) 271-6464
Records Date Back: Refused
Mileage: 0.25 miles

**02/27/2017** **01/26/2017** **01/23/2017**
**12/15/2016** **11/23/2016** **11/10/2016**
**11/09/2016**

Prescribing Doctors:
David Knowlton, MD
Jeffrey Tunan, MD

## The Following Facilities Require Authorization

### Fred Meyer Pharmacy

60 Division Ave
Eugene, OR 97404
Mileage: 3.12

Phone: (541) 461-1433
Fax: (541) 461-1443
Records Date Back: Refused

## Facilities Where No Records Were Found

### Savon Pharmacy

4740 Royal Ave
Eugene, OR 97402
Phone: (541) 688-6569
Mileage: 0.25

No treatment found. Records at this facility date back: 2 Years

### Rite Aid Pharmacy

1970 Echo Hollow Rd
Eugene, OR 97402
Phone: (541) 461-0703
Mileage: 0.89

No treatment found. Records at this facility date back: 3 Years

### Target Pharmacy

4575 W 11th Ave
Eugene, OR 97402
Phone: (541) 684-4589
Mileage: 1.81

No treatment found. Records at this facility date back: 2 Years

### Wal-Mart Pharmacy

4550 W 11th Ave
Eugene, OR 97402
Phone: (541) 344-2370
Mileage: 1.82

No treatment found. Records at this facility date back: 10 Years

**Fred Meyer Pharmacy**

3333 W 11th Ave
Eugene, OR 97402
Phone: (541) 345-9477
Mileage: 2.54

No treatment found. Records at this facility date back: 10 Years

**Bi Mart Pharmacy**

2030 River Rd
Eugene, OR 97404
Phone: (541) 687-7620
Mileage: 2.95

No treatment found. Records at this facility date back: 2 Years

**River Road Healthmart Pharmacy**

884 River Rd
Eugene, OR 97404
Phone: (541) 636-3522
Mileage: 2.95

No treatment found. Records at this facility date back: 2011

**Savon Pharmacy**

55 Division Ave
Eugene, OR 97404
Phone: (541) 689-3965
Mileage: 3.08

No treatment found. Records at this facility date back: 2 Years

**Walgreens Pharmacy**

2788 River Rd
Eugene, OR 97404
Phone: (541) 607-1541
Mileage: 3.18

No treatment found. Records at this facility date back: 2 Years

# HEALTH CLINIC CANVASS REPORT

**Search Address:**

## Facilities Where Records Were Found

### Pleasant Hill Urgent Care

**09/08/2016** **09/29/2015**

Contact: Jasmine
35859 Hwy. 58
Pleasant Hill, OR 97455
Phone: (541) 988-7300
Fax: 541-988-7320
Records Date Back: 5 years
Mileage: 6.46 miles

---

### Thurston Urgent Care

**08/05/2014** **01/02/2014** **12/30/2013**
**11/11/2013**

Contact: Jasmine
5781 Main St.
Springfield, OR 97478
Phone: (541) 654-0282
Fax: 541-654-0819
Records Date Back: 5 years
Mileage: 9.96 miles

---

## Facilities Where No Records Were Found

### Thurston Medical Clinic

147 S. 52Nd Pl.
Springfield, OR 97478
Phone: (541) 746-1166
Mileage: 10.19

No treatment found. Records at this facility date back: 2013

---

### Prime Med Medical Clinic

1445 Gateway Blvd.
Cottage Grove, OR 97424
Phone: (541) 942-7000
Mileage: 13.47

No treatment found. Records at this facility date back: 5 years

---

### Veneta Medical Clinic

87983 Territorial Rd.
Veneta, OR 97487
Phone: (541) 935-2200
Mileage: 27.40

No treatment found. Records at this facility date back: 10 years

---

### Junction City Urgent Care

355 W. 3Rd Ave.
Junction City, OR 97448
Phone: (541) 998-6750
Mileage: 27.68

No treatment found. Records at this facility date back: 5 years

---

| | |
|---|---|
| **Harrisburg Medical Clinic**<br>420 Smith St.<br>Harrisburg, OR 97446<br>Phone: (541) 995-5266<br>Mileage: 29.62 | No treatment found. Records at this facility date back: 2007 |
| **Umpqua Community Health Clinic**<br>20170 N. Umpqua Hwy.<br>Glide, OR 97443<br>Phone: (541) 496-3504<br>Mileage: 44.10 | No treatment found. Records at this facility date back: 10 years |
| **U.S. Healthworks - Federal Way**<br>1300 South 320th St., Ste. B<br>Federal Way, WA 98003<br>Phone: (253) 839-2727<br>Mileage: 49.01 | No treatment found. Records at this facility date back: 10 years |
| **Samaritan Occupational Medicine - Albany**<br>2615 Willetta St. SW, Ste C-2<br>Albany, OR 97321<br>Phone: (541) 812-5600<br>Mileage: 50.11 | No treatment found. Records at this facility date back: 2008 |

# HEALTH CLINIC CANVASS REPORT

**Search Address:**

## Facilities Where No Records Were Found

| Facility | Result |
|---|---|
| **Eugene Urgent Care - Patterson**<br>598 East 13th<br>Eugene, OR 97401<br>Phone: (541) 636-3473<br>Mileage: 5.12 | No treatment found. Records at this facility date back: 5 years |
| **Eugene Urgent Care - Willamette**<br>2710 Willamette Street<br>Eugene, OR 97405<br>Phone: (541) 735-3161<br>Mileage: 5.39 | No treatment found. Records at this facility date back: 2013 |
| **Eugene Urgent Care - Coburg**<br>1800 Coburg Road<br>Eugene, OR 97401<br>Phone: (541) 345-8760<br>Mileage: 5.58 | No treatment found. Records at this facility date back: 2013 |
| **Peacehealth Medical Group - Gateway**<br>860 Beltline Road<br>Springfield, OR 97477<br>Phone: (541) 222-6005<br>Mileage: 6.95 | No treatment found. Records at this facility date back: 10 years |
| **Samaritan Urgent Care**<br>5234 Southwest Philomath Boulevard<br>Corvallis, OR 97333<br>Phone: (541) 768-4970<br>Mileage: 33.63 | No treatment found. Records at this facility date back: 5 years |
| **Corvallis Clinic**<br>2350 Northwest Century Drive Ste. 100<br>Corvallis, OR 97330<br>Phone: (541) 753-1786<br>Mileage: 34.20 | No treatment found. Records at this facility date back: 3 years |
| **Samaritan Occupational Medicine**<br>100 Mullins Drive Ste. B2<br>Lebanon, OR 97355<br>Phone: (541) 451-7505<br>Mileage: 35.50 | No treatment found. Records at this facility date back: 2007 |
| **Samaritan Urgent Care Clinic**<br>35 Mullins Drive Ste. 2<br>Lebanon, OR 97355<br>Phone: (541) 451-7915<br>Mileage: 35.52 | No treatment found. Records at this facility date back: 5-7 years |

**Corvallis Clinic Immediate Walk-In**

444 Northwest Elks Drive
Corvallis, OR 97330
Phone: (541) 753-1786
Mileage: 36.64

No treatment found. Records at this facility date back: 2007

**Corvallis Clinic- Immidiate Care**

3680 Northwest Samaritan Drive
Corvallis, OR 97330
Phone: (541) 754-1282
Mileage: 36.79

No treatment found. Records at this facility date back: 2007

2702 Solution Center
P.O. Box 772702
Chicago, IL 60677-2007
Phone: 954-748-2969
Fax : 954-748-6638
www.mastertrace.com

| Ordered By: |
| --- |
| Keahti Ingram<br>LIBERTY MUTUAL INSURANCE CO.<br>P.O. Box 7207<br>London, KY 40742-7207 |

| Invoice Date | Invoice No. |
| --- | --- |
| **03/01/2017** | **97618** |
| Terms: | **Net Due 15 Days** |

| Client | Insured | Claim Number |
| --- | --- | --- |
| **RTY MUTUAL INSURANCI** | **Astec Industries, Inc.** | **7224525** |

| Your File Number | Subject |
| --- | --- |
| **7224525** | **Cummins, Michael** |

| Description | Amount |
| --- | --- |
| Enhanced Canvass Profile | $325.00 |
| Pharmacy Expansion | $100.00 |
| Walk-In Clinics Expansion | $100.00 |
| Rush Fee | $50.00 |

**Balance Due** **$575.00**

| Acceptance of report constitutes agreement to the following terms: Invoices unpaid after 45 days are subject to a $15.00 monthly service administration fee and Collection, including all costs of recovery including reasonable attorneys' fees and court costs. | Tax ID No. 47-2215260<br>Thank you for your business! |
| --- | --- |

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

BIMART PHARMACY
4780 ROYAL AVENUE
EUGENE OR 97402

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

February 28, 2017

Bimart Pharmacy
4780 ROYAL AVENUE
EUGENE, OR 97402

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Michael Cummins.

To evaluate Mr. Cummins's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Pharmacy records dated May 1 2015 through the present date

We ask that you provide this information by March 7, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8630 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keahti Ingram
Long Term Disability Case Manager

Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. MICHAEL CUMMINS

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

February 28, 2017

Mr. Michael Cummins

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525

Dear Mr. Michael Cummins:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Astec Industries, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

The Policy contains the following exclusion regarding pre-existing conditions:

> ***"Disability"*** *or* ***"Disabled"*** *means:*
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *Applicable to Class 1, 1A:*
> *a. if the Covered Person is eligible for the Maximum Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*
>
> *Applicable to Class 2, 2A, 3, 3A, 4, 4A, 5, 5A, 6, 7:*
>
> *b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 24 months ofDisability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:* ***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness the Covered*

*Person is unable to perform the Material and Substantial Duties of Any Occupation.*

***Pre-Existing Condition Exclusion***
*This policy will not cover any Disability or Partial Disability:*
*1. which is caused or contributed to by, or results from, a Pre-Existing Condition; and*
*2. which begins in the first 12 months immediately after the Covered Person's effective date of coverage, unless he received no Treatment of the condition for any three consecutive months after his effective date of coverage.*

***"Pre-Existing Condition"*** *means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of coverage.*

In reviewing your claim, we have determined that your absence from work may be subject to Astec Industries, Inc.'s exclusion regarding pre-existing conditions. Specifically, since your reported disability began on October 8, 2016 and this is within the first twelve months following the May 1, 2016 effective date of coverage, it is necessary for us to conduct an investigation into your treatment during the three months period prior to your effective date of coverage. If it is determined that, during that time period, you received treatment for a condition which caused or contributed to, or resulted in your current disabling condition, you may not be eligible for disability benefits under the Policy.

If, however, you remained treatment free for this or a related condition for three months following the effective date of coverage, you may still be eligible for benefits.

To assist us with our investigation, please provide us the full names, addresses, and telephone numbers of all medical providers, including pharmacies, which you have used from May 1, 2015 through the present date on the enclosed Claimant Information Form.

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from May 1, 2015 through the present date.

We are requesting that you complete and return the following form(s):

X Authorization - Medical
X Training Education Experience
X Activities Questionnaire Form
X Claimant Information Form
X Claimant Supplementary Statement
X Family Information Questionnaire
X Authorization

__ Other

This information is needed in order to make an initial determination on your claim.

Astec Industries, Inc.'s LTD Policy requires that you provide proof of disability in order to receive benefits. This proof must be provided by April 13, 2017. Without the information specified above, we will be unable to evaluate your claim eligibility. In the absence of this information, we will make a claim determination based on the information in our file, which may result in a claim denial.

We will notify you of the status of the claim when a decision has been made. If you have any questions regarding your application for benefits, please contact me.

Sincerely,

Keahti Ingram
Long Term Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

Attachments: Authorization - Medical
Training Education Experience
Activities Questionnaire Form
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
Authorization

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630



**Return To:** Keahti Ingram ____________________

EMPLOYEE/CLAIMANT NAME: Michael Cummins ____________________

CLAIM NO: 7224525 ____________________ DATE OF BIRTH: ____________________

EMPLOYER/SPONSOR: Astec Industries, Inc. ____________________

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit __________ stand __________ walk __________

How many hours a day do you:

sit __________ stand __________ walk __________

Do you take a nap during the day?

Yes__________ No __________

If Yes, for how long? __________ At what time of the day? __________

How many hours a day do you spend in bed? __________

Do you require any assistive devices such as a:

cane __________ walker__________ crutches __________ wheelchair __________ other__________

How long are you able to sit in a car? __________

Do you hold a valid driver's license?

Yes__________ No __________

If No, please explain: ____________________

If Yes, how long are you able to drive a car? __________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____________________

Do you have children?

Yes__________ No __________ If Yes, what are their dates of birth ____________________

Do you need help caring for your children?

Yes __________ No __________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes__________ No __________ If Yes, please explain ____________________

How many times a day do you leave the house during the week? __________

On the weekends? __________

How often do you run errands? ____________________

Please describe what errands you most commonly run: ____________________

____________________

Liberty Mutual INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ________ | ________ |
| Carrying groceries into the house | ________ | ________ |
| Cooking meals | ________ | ________ |
| Cleaning after meals | ________ | ________ |
| Cleaning bathrooms | ________ | ________ |
| Vacuuming | ________ | ________ |
| Doing the laundry | ________ | ________ |
| Opening and responding to mail | ________ | ________ |
| Managing your finances | ________ | ________ |
| Balancing your checkbook | ________ | ________ |
| Bathing yourself | ________ | ________ |
| Styling your own hair | ________ | ________ |
| Getting dressed | ________ | ________ |
| Going up and down stairs | ________ | ________ |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

______________________________

______________________________

Liberty Mutual INSURANCE

*ACTIVITIES QUESTIONNAIRE*

*page 3 of 3*

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) ______________________________________

Name of Claimant/Personal Representative (Signature) ________________________________

Description (Title) of Personal Representative _________________________________________

Date of Birth: ___________________ Claim Number: 7224525 Date: _____________________________

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return To:** Keahti Ingram

EMPLOYEE/CLAIMANT NAME: Michael Cummins
CLAIM NO: 7224525
EMPLOYER/SPONSOR: Astec Industries, Inc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2015 to the present date. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return to:** Keahti Ingram

**EMPLOYEE/CLAIMANT NAME:** Michael Cummins **CLAIM #:** 7224525
**EMPLOYER:** Astec Industries, Inc. **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | $ ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:** ______________ **EMPLOYEE'S SIGNATURE:** ______________________

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return to:** Keahti Ingram

EMPLOYEE/CLAIMANT NAME: Michael Cummins
CLAIM NO: 7224525
EMPLOYER/SPONSOR: Astec Industries, Inc. DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ________________ DOB: ________

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An Eligible dependent may include:
- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________________ Date: ________________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

EMPLOYEE/CLAIMANT NAME: Michael Cummins
CLAIM NO: 7224525
EMPLOYER/SPONSOR: Astec Industries, Inc. DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA MS CAGS PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________
   ______________________________

4. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________
   ______________________________

5. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________
   ______________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (      )** ______________

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) ______________________________

Name of Claimant/Personal Representative (Signature) ______________________________

Description (Title) of Personal Representative ______________________________

Date of Birth: ____________________ Claim Number: 7224525 Date: ______________________

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5790

February 15, 2017

Cascade Health Solutions

RE: Short Term Disability (STD) Benefits
Astec Industries, Inc.
Claim #: 7005450
Claimant: Michael Cummins
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Michael Cummins.

To evaluate Mr. Cummins's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2017 through the present

We ask that you provide this information by February 21, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5790 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karla Allen
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13929
Secure Fax No.: (603) 430-5790

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 15, 2017 8:24:32 AM PST | LMG | 73 | 3 | Received |



Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-5790

Date: February 15, 2017

To: CASCADE HEALTH SOLUTIONS

Attn:

Fax: (541) 228-3180

From: Karla Allen
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5790

Total Pages
(Including Cover): 3

RE:

Claim #: 7005450
Claimant: Michael Cummins

Astec Industries, Inc.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

# Occupational Health Injurv Treatment Form

cascade HEALTH

CASCADE MEDICAL ASSOCIATES

Cummins, Michael Morris
02/14/2017
SSN: DOB:
Case#: 640721 MRN: 95588
JCI

**EMPLOYEE NAME:** Michael Cummins **EMPLOYER NAME:** JCI

**DATE OF INCIDENT:** 9.4.16 **DATE/TIME OF EXAM:** 2.14.17

Incident: Ref Ⓡ knee

Clinical Impression: Ⓡ complex meniscal tear - not pre-existing (repair done 11/22/16)

X-rays: ☐ N/A ☐ Negative ☐ Positive ___ ☐ MRI Scheduled ___

Treatment: ☐ Sutures ☒ Physical Therapy ☐ Occupational Therapy ☒ Exam ☐ Other ___

Medication: ___ ☐ May cause drowsiness/affect judgment

Medically Stationary: ☐ Yes ☒ No Permanent Impairment: ☐ Yes ☐ No ☐ None Anticipated ☐ Undetermined

**Work Status:**

A. Patient may return to work without restrictions: ☐ Today ☐ On ___

(B.) Patient may return to modified work: ☒ Today ☐ On ___

- ☐ No lifting, pushing, or pulling over ___ pounds
- ☐ Minimize twisting or bending
- ☐ Change positions frequently
- ☒ No kneeling/squatting/crawling
- ☒ No climbing/walking on uneven surfaces
- ☐ No use of/minimal use of affected extremity
- ☐ Minimize repetitive motion of affected area
- ☐ Wear ___ splint/sling
- ☐ No work w/ ~~L/R arm~~ above shoulder level/at a reach
- ☒ Sitting job (primarily) only
- ☒ No working at unprotected heights
- ☐ No driving or operating heavy equipment
- ☐ No contact of affected area by water/chemicals/dust or other contaminants (a clean air environment)
- ☐ Other ___

C. No Work Until ___ (No time loss is authorized beyond this date)

Remarks: ☐ May wear splint as needed ☐ Keep wound clean and dry ☐ Other ___

Follow-up: Lisa K in 3-4 (Weeks)/Days on MON 3/13 at 11:00 (am)/pm ew

Referred to Dr. ___ on ___ at ___

**Physician's Signature:** [signature] **☐ Company Contact Notified**

| | | | |
|---|---|---|---|
| ☐ Richard M. Abraham, M.D. | ☐ Cecelia Chung, M.D. | ☐ Luci M. Kovacevic, M.D. | ☐ Cassandra Robinson, P.A.C. |
| ☐ Ann P. Bowers, M.D. | ☐ Lee W. Davidson, M.D | ☐ Leif E. Meyers, M.D. | ☐ Stephanie Romo, F.N.P. |
| ☐ Marcus Braman, M.D. | ☐ Harry Kleiner, D.O. | ☐ Yoani Park, A.G.N.P. | ☐ Eric A. Spencer, M.D. |
| ☐ Mark Brauner, D.O. | ☒ Lisa Kovacevic, F.N.P. | ☐ Charles I. Pederson, M.D. | ☐ Colleen Turman, F.N.P |

I hereby authorize the Physician and Cascade Health Solutions to disclose the information contained on this form concerning my condition to my employer, and hereby release the Physician and Cascade Health Solutions from any liability arising from such a disclosure.

**Employee Signature:** [signature]

**Please bring this paper to your employer**

2650 Suzanne Way, Suite 200, Eugene, OR 97408
541-228-3100 p 541-228-3107 f cascadehealth.org

# Occupational Medicine

2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | | | |
|---|---|---|---|---|---|
| DATE | : | 02/14/2017 | | | |
| PATIENT | : | Cummins, Michael Morris | DATE OF INJURY | : | 09/04/2016 |
| EMPLOYER | : | J C I | SOC. SEC.# | : | |
| CASE # | : | 640721 | CLAIM # | : | WC608-C77205 |

Chief complaint: Followup right knee injury

HPI: This 46-year-old male patient who works as a "burner II" for JCI presents today for followup of his right knee injury that occurred on 9/4/16. He underwent a meniscal repair on 11/22/16. He has been participating in physical therapy for strengthening of the knee since that time. He states that he saw significant improvement initially but now he feels that he has plateaued. He continues to describe pain in the knee with stairs or certain twisting movements. He rates his pain as 0/10 on a pain scale with regular ambulation but increased pain with certain movements. He also describes some catching of the knee. He has not been wearing a knee brace for the physical therapist recommendation.

Past Medical history: Hypertension and anxiety. He has notable work related history of right ankle ligament tear 4-5 years ago as well as head contusion and right great toe fracture more than 20 years ago.

Social history: He worked as a machinist at JCI for 6 months prior to his injury, currently he is on short-term disability. Smoker.

Medications: Propranolol, alprazolam, hydrochlorothiazide, lisinopril, ibuprofe

Allergies: Morphine, metronidazole

Review of Systems:
General: No fever, chills, aches.
Neuro: No headaches, dizziness, or weakness.
Psych: No depression. No insomnia.

Examination:
Vitals: Pulse 86, respiratory rate 18, height 70 inches, weight 315 pounds
General: Well groomed patient in no apparent distress who moves slowly from chair to exam table.
Cardiac: No peripheral edema. Skin pink.
Respiratory: Normal respiratory rate. Nonlabored.
Right knee: I do not appreciate any evidence of ecchymosis. There are well healed arthroscopic surgical scars in place on the anterior right knee. There is mild tenderness to palpation on bilateral joint lines both lateral and medial. He has full extension, slightly limited flexion of the knee by about 10-15°. He has pain with valgus varus testing, but no laxity appreciated. He is able to do a partial squat but describes pain in the right knee with this.

Assessment:
1. Right knee sprain
2. Right meniscal repair surgery done 11/22/16
3. Lumbar strain, improved

Plan:
Unclear regarding why patient has plateaued in regards to post surgical healing.

Continue physical therapy for strengthening and range of motion improvements of the right knee. Referral is placed to a separate PT office as I believe an alternative approach may be helpful for him.

Remain on light duty with a sitting job primarily, no kneeling squatting or crawling

# Occupational Medicine

2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | | | |
|---|---|---|---|---|---|
| DATE | : | 02/14/2017 | | | |
| PATIENT | : | Cummins, Michael Morris | DATE OF INJURY | : | 09/04/2016 |
| EMPLOYER | : | J C I | SOC. SEC.# | : | |
| CASE # | : | 640721 | CLAIM # | : | WC608-C77205 |

Followup 3-4 weeks or sooner with issues.

Work release sent to employer. Patient is not medically stationary, I do not anticipate any permanent impairment.

Lisa Kovacevic, FNP

This document was prepared using a voice recognition system, some recognition errors may occur.

cascade HEALTH

# Cummins, Michael M

46 Y old Male, DOB:
Account Number: 33458
0
Home:
Guarantor: Cummins, Michael M Insurance: Liberty Mutual 7205
Referring: Lisa M Kovacevic
Appointment Facility: Cascade Health Workers Action Program

02/03/2017 TheraReEvl: Scott N Colling

**Reason for Appointment**

1. Right knee pain
2. Decreased range of motion
3. Weakness
4. Currently off work

**History of Present Illness**

Injury Information:

DATE OF INJURY: 09/04/2016. EMPLOYER AT INJURY: J C I . INSURANCE CARRIER/CLAIM #: Liberty Mutual 7205/WC608-C77205. OCCUPATION AT INJURY: Burner 2.

Rehab Treatment Information::

Patient is here today for reassessment of his right knee status post surgery. Patient reports he is approximately 80% improved since onset of injury/surgery, he also states that he feels that his situation has plateaued with regards to progress with PT. He reports that he still has pain from time to time, however he is walking and performing activities at home fairly well. Patient reports that he feels he is doubt full that he will return to his prior level of job duties the amount of pain and discomfort he is still feeling at this time.

However, he does feel that therapy has been very helpful to strengthen him improve his range of motion, improve his function and decrease his pain at this point. She is seeing the position within the next 2 weeks and is unsure or which direction to go for continuing therapy or trying a home exercise program. He reports that therapies been very helpful up to this point.

**Current Medications**

None

**Examination**

Therapeutic Interventions:

TOTAL TREATMENT SESSION LASTED: 45 minutes. ROF / PARQ Exam findings and treatment options were reviewed with the patient including procedures, alternatives, and risks. Questions were answered, patient gives consent to treat. THERAPEUTIC EXERCISE: x 30 minutes patient performed 10 min on therabike with on min forward and one min backward. Emphasis on strenght and symetry. Pt then performed stretches of hamstrings, quadriceps, hip flexors, calf muscles on the right lower extremity. Each stretch was held 5 counts repeating 10 times. Is followed by quad sets x10 reps holding 5 counts repeating 10 times hamstring sets holding 5 counts repeating 10 times and straight leg raise holding 5 counts repeating 2x10 reps. Patient then performed step up step down exercises with the right upper extremity for lead. Patient performed 2x10 reps stepping forward direction side direction counter side direction and backwards. Patient had review of his home exercise program and modifications were made to improve symmetry and intensity within pain-free motion..

Knee Evaluation:

ASSESSMENT DATE: Date: 02/04/2017.

Gait: Patient is symmetrical with decreased stridents step on the right side compared to left. Patient is hesitant with deep squatting and transitioning from sit to stand and stand to sit.

FAXED
FEB 08 2017

Palpation: Patient is 2+3+ tenderness noted along the medial joint line of the right knee and along the incision points of the right knee as well.

Range of motion: Right knee flexion 125°, right knee extension +2°.

Strength: Right hip flexion 4 of 5, right knee extension 4+ out of 5, right knee flexion 4-5, right hip abduction 4 minus out of 5, right hip extension 4-5.

Special tests: McMurry's test is positive for right medial knee irritation.

Measurable functional activities: Patient is currently off work at this time.

**Therapy Assessment**

Patient is making good gains in all areas including range of motion, strength, pain control, gait mechanics, and is currently progressing with therapy exercise program. However patient still has limitations and impairments that her keeping of her return to full duty work. This therapist is requesting further medical instruction from M.D., in order to better serve this patient with the proper form of care. If appropriate physical therapy should continue focusing on strengthening and functional return to work. However this therapist referring patient Dr. physician for further medical evaluation this time. Recommending holding physical therapy at this time

**Assessments**

1. Right knee sprain - S83.91XA (Primary)
2. Medial meniscus tear - S83.249A

**Procedure Codes**

97110 THERAPEUTIC EXERCISES
97164 PT RE-EVAL EST PLAN CARE

**Follow Up**

hole physical therapy at this time, and awaiting further instructions from physician regarding continuing his treatment or home exercise program.

PROVIDER APPROVAL OF

TREAMENT PLAN & GOALS

Provider Name: Lisa Kovacevic

Provider Signature: [signature] for

Date: 2/7/17

[signature] P.T. 4020

**Electronically signed by Scott Colling , PT.LIC4020 on 02/06/2017 at 01:12 PM PST**

**Sign off status: Completed**

---

Cascade Health Workers Action Program
2650 Suzanne Way Suite 200
Eugene, OR 97408-7619
Tel: 541-228-3130
Fax: 541-228-3187

---

* * * Communication Result Report ( Feb. 8. 2017 2:38PM ) * * *

1)
2)

Date/Time: Feb. 8. 2017 2:34PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 0710 | Memory TX | liberty mutual | P. 2 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 2) Busy
E. 3) No answer
E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size



cascade HEALTH

**Cummins, Michael M**
46 Y old Male, DOB:
Account Number: [illegible]
Phone: [illegible]
Guarantor: Cummins, Michael M Insurance: Liberty Mutual 7205
Referring: Lisa M Kovtunenko
Appointment Facility: Cascade Health Workers Action Program

02/03/2017 Therapist: Scott N Colling

**Reason for Appointment**
1. Right knee pain
2. Decreased range of motion
3. Weakness
4. Currently off work

**History of Present Illness**
Injury Information:
DATE OF INJURY: 09/04/2016. EMPLOYER AT INJURY: J C I . INSURANCE CARRIER/CLAIM #: Liberty Mutual 7205/WC608-C77205. OCCUPATION AT INJURY: Burner 2.
Rehab Treatment Information:
Patient is here today for reassessment of his right knee status post surgery. Patient reports he is approximately 80% improved since onset of injury/surgery, he also states that he feels that his situation has plateaued with regards to progress with PT. He reports that he still has pain from time to time, however he is walking and performing activities at home fairly well. Patient reports that he feels he is doubt full that he will return to his prior level of job duties the amount of pain and discomfort he is still feeling at this time.
However, he does feel that therapy has been very helpful to strengthen him improve his range of motion, improve his function and decrease his pain at this point. She is seeing the position within the next 2 weeks and is unsure or which direction to go for continuing therapy or trying a home exercise program. He reports that therapies been very helpful up to this point.

**Current Medications**
None

**Examination**
Therapeutic Interventions:
TOTAL TREATMENT SESSION LASTED: 45 minutes. ROP / PARQ Exam findings and treatment options were reviewed with the patient including procedures, alternatives, and risks. Questions were answered, patient given consent to treat. THERAPEUTIC EXERCISE: x 30 minutes patient performed 10 min on theerabike with one min forward and one min backward, Emphasis on strength and symmetry. Pt then performed stretches of hamstrings, quadriceps, hip flexors, calf muscles on the right lower extremity. Each stretch was held 5 counts repeating 10 times. Is followed by quad sets x10 reps holding 5 counts repeating 10 times hamstring sets holding 5 counts repeating 10 times and straight leg raise holding 5 counts repeating 2x10 reps. Patient then performed step up step down exercises with the right upper extremity for lead. Patient performed 2x10 reps stepping forward direction side direction counter side direction and backwards. Patient had review of his home exercise program and modifications were made to improve symmetry and intensity within pain-free motion.
Knee Evaluation:
ASSESSMENT DATE: Date: 02/04/2017.
Gait: Patient is asymmetrical with decreased stride step on the right side compared to left. Patient is hesitant with deep squatting and transitioning from sit to stand and stand to sit.

Patient: Cummins, Michael M DOB: 09/10/1970 Progress Note: Scott N Colling 02/03/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://10.0.2.15:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encounterId... 2/7/2017

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-8630

| | |
|---|---|
| Date: | February 27, 2017 |
| To: | DR. DAVID KNOWLTON<br>1755 COBURG RD<br>EUGENE OR 97401 |
| Attn: | medical records |
| Fax: | (541) 744-7322 |
| From: | Keahti Ingram<br>Long Term Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8630 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 7224525<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

February 28, 2017

Dr. David Knowlton
1755 COBURG RD
EUGENE, OR 97401

RE: Long Term Disability (LTD) Benefits
Astec Industries, Inc.
Claim #: 7224525
Claimant: Michael Cummins
Claimant D.O.B.:

Dear Dr. David Knowlton:

We are the Disability Claim Administrator for your patient, Michael Cummins.

To evaluate Mr. Cummins's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office notes, test results, therapy notes, operative reports, treatment plan, hospital records, and prescription histories from May 1, 2015 through the present date

We ask that you provide this information by March 7, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8630 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keahti Ingram
Long Term Disability Case Manager

Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Wednesday, February 22, 2017 4:22 PM
**To:** 'awatt@jcieug.com'
**Subject:** MICHAEL CUMMINS, Claim # 7224525

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim number is 7224525.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

# Occupational Medicine

2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | |
|---|---|---|---|
| DATE | : 02/14/2017 | | |
| PATIENT | : Cummins, Michael Morris | DATE OF INJURY | : 09/04/2016 |
| EMPLOYER | : J C I | SOC. SEC.# | : |
| CASE # | : 640721 | CLAIM # | : WC608-C77205 |

Chief complaint: Followup right knee injury

HPI: This 46-year-old male patient who works as a "burner II" for JCI presents today for followup of his right knee injury that occurred on 9/4/16. He underwent a meniscal repair on 11/22/16. He has been participating in physical therapy for strengthening of the knee since that time. He states that he saw significant improvement initially but now he feels that he has plateaued. He continues to describe pain in the knee with stairs or certain twisting movements. He rates his pain as 0/10 on a pain scale with regular ambulation but increased pain with certain movements. He also describes some catching of the knee. He has not been wearing a knee brace for the physical therapist recommendation.

Past Medical history: Hypertension and anxiety. He has notable work related history of right ankle ligament tear 4-5 years ago as well as head contusion and right great toe fracture more than 20 years ago.

Social history: He worked as a machinist at JCI for 6 months prior to his injury, currently he is on short-term disability. Smoker.

Medications: Propranolol, alprazolam, hydrochlorothiazide, lisinopril, ibuprofe

Allergies: Morphine, metronidazole

Review of Systems:
General: No fever, chills, aches.
Neuro: No headaches, dizziness, or weakness.
Psych: No depression. No insomnia.

Examination:
Vitals: Pulse 86, respiratory rate 18, height 70 inches, weight 315 pounds
General: Well groomed patient in no apparent distress who moves slowly from chair to exam table.
Cardiac: No peripheral edema. Skin pink.
Respiratory: Normal respiratory rate. Nonlabored.
Right knee: I do not appreciate any evidence of ecchymosis. There are well healed arthroscopic surgical scars in place on the anterior right knee. There is mild tenderness to palpation on bilateral joint lines both lateral and medial. He has full extension, slightly limited flexion of the knee by about 10-15°. He has pain with valgus varus testing, but no laxity appreciated. He is able to do a partial squat but describes pain in the right knee with this.

Assessment:
1. Right knee sprain
2. Right meniscal repair surgery done 11/22/16
3. Lumbar strain, improved

Plan:
Unclear regarding why patient has plateaued in regards to post surgical healing.

Continue physical therapy for strengthening and range of motion improvements of the right knee. Referral is placed to a separate PT office as I believe an alternative approach may be helpful for him.

# Occupational Medicine

2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | | | |
|---|---|---|---|---|---|
| DATE | : | 02/14/2017 | | | |
| PATIENT | : | Cummins, Michael Morris | DATE OF INJURY | : | 09/04/2016 |
| EMPLOYER | : | J C I | SOC. SEC.# | : | |
| CASE # | : | 640721 | CLAIM # | : | WC608-C77205 |

Remain on light duty with a sitting job primarily, no kneeling squatting or crawling

Followup 3-4 weeks or sooner with issues.

Work release sent to employer. Patient is not medically stationary, I do not anticipate any permanent impairment.

Lisa Kovacevic, FNP

This document was prepared using a voice recognition system, some recognition errors may occur.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-5790

| | |
|---|---|
| Date: | February 15, 2017 |
| To: | LISA KOVACECIV |
| Attn: | |
| Fax: | (541) 228-3109 |
| From: | Karla Allen<br>Disabil Claims Case Mgr I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5790 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 7005450<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5790

February 15, 2017

Lisa Kovaceciv

RE: Short Term Disability (STD) Benefits
Astec Industries, Inc.
Claim #: 7005450
Claimant: Michael Cummins
Claimant D.O.B.:

Dear Lisa Kovaceciv:

We are the Disability Claim Administrator for your patient, Michael Cummins.

To evaluate Mr. Cummins's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2017 through the present

We ask that you provide this information by February 21, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5790 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karla Allen
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13929
Secure Fax No.: (603) 430-5790

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-5790

| | |
|---|---|
| Date: | February 15, 2017 |
| To: | CASCADE HEALTH SOLUTIONS |
| Attn: | |
| Fax: | (541) 228-3180 |
| From: | Karla Allen<br>Disabil Claims Case Mgr I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5790 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 7005450<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5790

February 15, 2017

Cascade Health Solutions

RE: Short Term Disability (STD) Benefits
Astec Industries, Inc.
Claim #: 7005450
Claimant: Michael Cummins
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Michael Cummins.

To evaluate Mr. Cummins's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2017 through the present

We ask that you provide this information by February 21, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5790 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karla Allen
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13929
Secure Fax No.: (603) 430-5790

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. MICHAEL CUMMINS

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5790

February 16, 2017

Mr. Michael Cummins

RE: Short Term Disability (STD) Benefits
Astec Industries, Inc.
Claim #: 7005450

Dear Mr. Michael Cummins:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Astec Industries, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On February 15, 2017, we requested medical records from Dr. Kovacevic and Cascade Health Solutions . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from February 1, 2017 through the present from Dr. Kovacevic and Cascade Health Solutions

Astec Industries, Inc.'s STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than March 31, 2017 as required under the terms of the Plan.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karla Allen
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13929
Secure Fax No.: (603) 430-5790

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Friday, January 27, 2017 6:58 PM
**To:** 'awatt@jcieug.com'; 'ikasper@jcieug.com'
**Subject:** MICHAEL CUMMINS, Claim # 7005450

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 10/8/2016. The benefit begin date is 10/15/2016. This claim has been approved through 2/14/2017. This indicates an extension of benefits. The case manager for this claim is Karla Allen. The claim number is 7005450.

If you have further questions or if the employee has returned to work, please call Liberty Mutual at (800) 291-0112.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Friday, January 27, 2017 6:58 PM
**To:** 'awatt@jcieug.com'; 'ikasper@jcieug.com'
**Subject:** MICHAEL CUMMINS, Claim # 7005450

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 10/8/2016. The benefit begin date is 10/15/2016. This claim has been approved through 2/14/2017. This indicates an extension of benefits. The case manager for this claim is Karla Allen. The claim number is 7005450.

If you have further questions or if the employee has returned to work, please call Liberty Mutual at (800) 291-0112.

# Occupational Medicine

2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | |
|---|---|---|---|
| DATE | : 01/19/2017 | | |
| PATIENT | : Cummins, Michael Morris | DATE OF INJURY | : 09/04/2016 |
| EMPLOYER | : J C I | SOC. SEC.# | : |
| CASE # | : 640721 | CLAIM # | : WC608-C77205 |

Chief complaint: Followup right knee injury

HPI: This 46-year-old male patient who works as a "burner II" for JCI presents today for followup of his right knee injury that occurred on 9/4/16. He was last seen here on 10/25/16. At that time his case was in denial status.

Since that appointment, he states that he has had a right meniscal repair by Dr. Truman. This was performed on 11/22/16. He reports overall that he is no longer having catching or sharp pain in the knee. Rather he describes a pressure type sensation on both the medial and lateral aspect of the right knee, worse with squatting or use of the leg. He rates his pain as 6/10 on a pain scale described as pressure. He continues to physical therapy for strengthening. He is currently a short term disability at work.

Past Medical history: Hypertension and anxiety. He has notable work related history of right ankle ligament tear 4-5 years ago as well as head contusion and right great toe fracture more than 20 years ago.

Social history: He worked as a machinist at JCI for 6 months prior to his injury, currently he is on short-term disability. Smoker.

Medications: Propranolol, alprazolam, hydrochlorothiazide, lisinopril, ibuprofe

Allergies: Morphine, metronidazole

Review of Systems:
General: No fever, chills, aches.
Neuro: No headaches, dizziness, or weakness.
Psych: No depression. No insomnia.

Examination:
Vitals: Pulse 77, respiratory rate 18, height 70 inches, weight 318 pounds
General: Well groomed patient in no apparent distress who moves slowly from chair to exam table.
Cardiac: No peripheral edema. Skin pink.
Respiratory: Normal respiratory rate. Nonlabored.
Right knee: I do not appreciate any evidence of ecchymosis. There are well healed arthroscopic surgical scars in place on the anterior right knee. There is mild tenderness to palpation on bilateral joint lines both lateral and medial. He has full extension, slightly limited flexion of the knee by about 10-15°. He has pain with valgus varus testing, but no laxity appreciated. He is able to do a toe raise without pain in the knee. He is able to do a partial squat but describes pain in the right knee with this.

Assessment:
1. Right knee sprain
2. Right meniscal repair surgery done 11/22/16
3. Lumbar strain, right sided, related to abnormal gait from knee injury/catching

Plan:
Continue physical therapy for strengthening and range of motion improvements of the right knee.

# Occupational Medicine

2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | | | |
|---|---|---|---|---|---|
| DATE | : | 01/19/2017 | | | |
| PATIENT | : | Cummins, Michael Morris | DATE OF INJURY | : | 09/04/2016 |
| EMPLOYER | : | J C I | SOC. SEC.# | : | |
| CASE # | : | 640721 | CLAIM # | : | WC608-C77205 |

Remain on light duty with a sitting job primarily, no kneeling squatting or crawling

Followup 3-4 weeks or sooner with issues.

Work release sent to employer. Patient is not medically stationary, I do not anticipate any permanent impairment.

Lisa Kovacevic, FNP

This document was prepared using a voice recognition system, some recognition errors may occur.

Jan. 26. 2017 1:01PM No. 1409 P. 1

cascade
HEALTH SOLUTIONS

2650 Suzanne Way, Suite 200
Eugene, OR 97408

Occupational Health
Shelby Stroming
Phone 541-228-3105
Fax 541-228-3185

# Fax

**To: Liberty Mutual**

**Attn: Karla Allen**

**Date: 01/26/2017**

**Fax Number: 603-430-5790**

**Comments:**

The information in this facsimile communication is privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this cover page is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or the information provided is strictly prohibited. If you received this communication in error, please notify us immediately by telephone and return this facsimile to us at the above address via the U.S. Postal Service. Thank you.

Jan. 26. 2017 1:02PM No. 1409 P. 2

# Occupational Health Injury Treatment Form

cascade HEALTH

CASCADE MEDICAL ASSOCIATES

Cummins, Michael Morris
01/19/2017
SSN: DOB:
Case#: 640721 MRN: 95588
J C I

**EMPLOYEE NAME:** Michael Cummins **EMPLOYER NAME:** JCI

**DATE OF INCIDENT:** 9-4-16 **DATE/TIME OF EXAM:** 1-19-17

Incident: Rev (R) knee

Clinical Impression: (R) meniscal surgery 11/22/16

X-rays: ☐ N/A ☐ Negative ☐ Positive ☐ MRI Scheduled

Treatment: ☐ Sutures ☒ Physical Therapy ☐ Occupational Therapy ☒ Exam ☐ Other

Medication: ☐ May cause drowsiness/affect judgment

Medically Stationary: ☐ Yes ☒ No Permanent Impairment: ☐ Yes ☐ No ☒ None Anticipated ☐ Undetermined

**Work Status:**

A. Patient may return to work without restrictions: ☐ Today ☐ On

(B.) Patient may return to modified work: ☒ Today ☐ On

- ☐ No lifting, pushing, or pulling over ___ pounds
- ☐ Minimize twisting or bending
- ☐ Change positions frequently
- ☒ No kneeling/squatting/crawling
- ☐ No climbing/walking on uneven surfaces
- ☐ No use of/minimal use of affected extremity
- ☐ Minimize repetitive motion of affected area
- ☐ Wear ___ splint/sling
- ☐ No work w/ L/R arm above shoulder level/at a reach
- ☒ Sitting job (primarily) only
- ☐ No working at unprotected heights
- ☐ No driving or operating heavy equipment
- ☐ No contact of affected area by water/chemicals/dust or other contaminants (a clean air environment)
- ☐ Other

C. No Work Until ___ (No time loss is authorized beyond this date)

Remarks: ☐ May wear splint as needed ☐ Keep wound clean and dry ☐ Other

Follow-up: Lisa K in 4 (Weeks)/Days on Tues 2/14 at 12:40 am/(pm)

Referred to Dr. ___ on ___ at ___

**Physician's Signature:** [signature] ☐ **Company Contact Notified**

- ☐ Richard M. Abraham, M.D.
- ☐ Ann P. Bowers, M.D.
- ☐ Marcus Bramon, M.D.
- ☐ Mark Brauner, D.O.
- ☐ Cecelia Chung, M.D..
- ☐ Lee W. Davidson, M.D
- ☐ Harry Kleiner, D.O.
- ☒ Lisa Kovacevic, F.N.P.
- ☐ Luci M. Kovacevic, M.D.
- ☐ Leif E. Meyers, M.D.
- ☐ Yooni Park, A.G.N.P.
- ☐ Charles L. Pederson, M.D.
- ☐ Cassandra Robinson, P.A.C.
- ☐ Stephanie Romo, F.N.P.
- ☐ Eric A. Spencer, M.D.
- ☐ Colleen Turman, F.N.P

I hereby authorize the Physician and Cascade Health Solutions to disclose the information contained on this form concerning my condition to my employer, and hereby release the Physician and Cascade Health Solutions from any liability arising from such a disclosure.

**Employee Signature:** [signature]

**Please bring this paper to your employer**

2650 Suzanne Way, Suite 200, Eugene, OR 97408
541-228-3100 p 541-228-3107 f cascadehealth.org

PATIENT

# Occupational Medicine

2650 Suzanne Way Suite 200
Eugene, OR 97408

DATE : 01/19/2017
PATIENT : Cummins, Michael Morris
EMPLOYER : J C I
CASE # : 640721

DATE OF INJURY : 09/04/2016
SOC. SEC.# :
CLAIM # : WC608-C77205

Chief complaint: Followup right knee injury

HPI: This 46-year-old male patient who works as a "burner II" for JCI presents today for followup of his right knee injury that occurred on 9/4/16. He was last seen here on 10/25/16. At that time his case was in denial status.

Since that appointment, he states that he has had a right meniscal repair by Dr. Truman. This was performed on 11/22/16. He reports overall that he is no longer having catching or sharp pain in the knee. Rather he describes a pressure type sensation on both the medial and lateral aspect of the right knee, worse with squatting or use of the leg. He rates his pain as 6/10 on a pain scale described as pressure. He continues to physical therapy for strengthening. He is currently a short term disability at work.

Past Medical history: Hypertension and anxiety. He has notable work related history of right ankle ligament tear 4-5 years ago as well as head contusion and right great toe fracture more than 20 years ago.

Social history: He worked as a machinist at JCI for 6 months prior to his injury, currently he is on short-term disability. Smoker.

Medications: Propranolol, alprazolam, hydrochlorothiazide, lisinopril, ibuprofe

Allergies: Morphine, metronidazole

Review of Systems:
General: No fever, chills, aches.
Neuro: No headaches, dizziness, or weakness.
Psych: No depression. No insomnia.

Examination:
Vitals: Pulse 77, respiratory rate 18, height 70 inches, weight 318 pounds
General: Well groomed patient in no apparent distress who moves slowly from chair to exam table.
Cardiac: No peripheral edema. Skin pink.
Respiratory: Normal respiratory rate. Nonlabored.
Right knee: I do not appreciate any evidence of ecchymosis. There are well healed arthroscopic surgical scars in place on the anterior right knee. There is mild tenderness to palpation on bilateral joint lines both lateral and medial. He has full extension, slightly limited flexion of the knee by about 10-15°. He has pain with valgus varus testing, but no laxity appreciated. He is able to do a toe raise without pain in the knee. He is able to do a partial squat but describes pain in the right knee with this.

Assessment:
1. Right knee sprain
2. Right meniscal repair surgery done 11/22/16
3. Lumbar strain, right sided, related to abnormal gait from knee injury/catching

Plan:
Continue physical therapy for strengthening and range of motion improvements of the right knee.

Remain on light duty with a sitting job primarily, no kneeling squatting or crawling

Followup 3-4 weeks or sooner with issues.

**Occupational Medicine**
2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | | | |
|---|---|---|---|---|---|
| DATE | : | 01/19/2017 | | | |
| PATIENT | : | Cummins, Michael Morris | DATE OF INJURY | : | 09/04/2016 |
| EMPLOYER | : | J C I | SOC. SEC.# | : | |
| CASE # | : | 640721 | CLAIM # | : | WC608-C77205 |

---

Work release sent to employer. Patient is not medically stationary, I do not anticipate any permanent impairment.

Lisa Kovacevic, FNP

This document was prepared using a voice recognition system, some recognition errors may occur.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-5790

| | |
|---|---|
| Date: | January 25, 2017 |
| To: | LISA KOVACECIV |
| Attn: | Shelby - Medical Records Request<br>Thank you for your prompt attention! |
| Fax: | (541) 228-3109 |
| From: | Susan Harrington<br>Contractor<br>On Behalf Of: Karla Allen<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5790 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 7005450<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5790

January 25, 2017

Lisa Kovaceciv

RE: Short Term Disability (STD) Benefits
Astec Industries, Inc.
Claim #: 7005450
Claimant: Michael Cummins
Claimant D.O.B.:

Dear Lisa Kovaceciv:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Astec Industries, Inc.'s Group Disability Plan. We are writing in reference to Michael Cummins's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Kovaceciv. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 31, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Susan Harrington
Contractor
On Behalf Of: Karla Allen
Phone No.: (800) 291-0112 Ext. 13929
Secure Fax No.: (603) 430-5790

Attachments: 7005450-REQUEST-PROVIDER-01.20.2017

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-5790

| | |
|---|---|
| Date: | January 20, 2017 |
| To: | LISA KOVACECIV |
| Attn: | |
| Fax: | (541) 228-3109 |
| From: | Karla Allen<br>Disabil Claims Case Mgr I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5790 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 7005450<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5790

January 20, 2017

Lisa Kovaceciv

RE: Short Term Disability (STD) Benefits
Astec Industries, Inc.
Claim #: 7005450
Claimant: Michael Cummins
Claimant D.O.B.:

Dear Lisa Kovaceciv:

We are the Disability Claim Administrator for your patient, Michael Cummins.

To evaluate Mr. Cummins's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 19, 2017 through the present

We ask that you provide this information by January 26, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5790 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karla Allen
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13929
Secure Fax No.: (603) 430-5790

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-5790

| | |
|---|---|
| Date: | January 20, 2017 |
| To: | LISA KOVACECIV |
| Attn: | |
| Fax: | (541) 228-3109 |
| From: | Karla Allen<br>Disabil Claims Case Mgr I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5790 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 7005450<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5790

January 20, 2017

Lisa Kovaceciv

RE: Short Term Disability (STD) Benefits
Astec Industries, Inc.
Claim #: 7005450
Claimant: Michael Cummins
Claimant D.O.B.:

Dear Lisa Kovaceciv:

We are the Disability Claim Administrator for your patient, Michael Cummins.

To evaluate Mr. Cummins's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 19, 2017 through the present

We ask that you provide this information by January 26, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5790 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karla Allen
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13929
Secure Fax No.: (603) 430-5790

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. MICHAEL CUMMINS

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5790

January 20, 2017

Mr. Michael Cummins

RE: Short Term Disability (STD) Benefits
Astec Industries, Inc.
Claim #: 7005450

Dear Mr. Michael Cummins:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Astec Industries, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On January 20, 2017, we requested medical records from Lisa Kovacevic . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 19, 2017 through the present from Lisa Kovacevic

Astec Industries, Inc.'s STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than March 5, 2017 as required under the terms of the Plan.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karla Allen
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13929
Secure Fax No.: (603) 430-5790

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Monday, January 09, 2017 3:03 PM
**To:** 'awatt@jcieug.com'; 'ikasper@jcieug.com'
**Subject:** MICHAEL CUMMINS, Claim # 7005450

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 10/8/2016. The benefit begin date is 10/15/2016. This claim has been approved through 1/19/2017. This indicates an extension of benefits. The case manager for this claim is Karla Allen. The claim number is 7005450.

If you have further questions or if the employee has returned to work, please call Liberty Mutual at (800) 291-0112.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Monday, January 09, 2017 3:03 PM
**To:** 'awatt@jcieug.com'; 'ikasper@jcieug.com'
**Subject:** MICHAEL CUMMINS, Claim # 7005450

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 10/8/2016. The benefit begin date is 10/15/2016. This claim has been approved through 1/19/2017. This indicates an extension of benefits. The case manager for this claim is Karla Allen. The claim number is 7005450.

If you have further questions or if the employee has returned to work, please call Liberty Mutual at (800) 291-0112.

Jan. 6. 2017 11:55AM ** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY ** No. 0329 P. 1/6

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| October 18, 2016 12:38:45 PM PDT | LMG | 73 | 3 | Received |

LMG 10/18/2016 3:37:19 PM PAGE 1/003 Fax Server

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-5790

Date: October 18, 2016

To: LISA KOVACECIV

Attn:

Fax: (541) 228-3109

From: Karla Allen
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5790

Total Pages
(Including Cover): 3

RE:

Claim #: 7005450
Claimant: Michael Cummins

Astec Industries, Inc.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5790

October 18, 2016

Lisa Kovaceciv

RE: Short Term Disability (STD) Benefits
Astec Industries, Inc.
Claim #: 7005450
Claimant: Michael Cummins
Claimant D.O.B.:

Dear Lisa Kovacevic:

We are the Disability Claim Administrator for your patient, Michael Cummins.

To evaluate Mr. Cummins's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2016 through the present

We ask that you provide this information by October 24, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5790 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

faxed 10/21/16

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karla Allen
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13929
Secure Fax No.: (603) 430-5790

Jan. 6. 2017 11:55AM No. 0329 P. 4/6

cascade HEALTH SOLUTIONS **Occupational Health Services**

Cummins, Michael Morris
10/25/2016
SSN: DOB:
Case#: 640721 MRN: 95588
J C I

## INJURY TREATMENT FORM

Employee: Michael Cummins Employer: JCI

Date of Incident: 9·4·16 Date/Time of Exam: 10·25·16

Incident: Re ✓ (R) Knee

Clinical Impression:

X-rays: ☐ N/A ☐ Negative ☐ Positive ☐ MRI Scheduled

Treatment: ☐ Sutures ☐ Physical Therapy ☐ Occupational Therapy ☒ Exam ☐ Other

Medication: ☐ May cause drowsiness/affect judgment

Medically Stationary: ☐ Yes ☒ No  Permanent Impairment: ☐ Yes ☐ No ☒ None Anticipated ☐ Undetermined

**Work Status:**

A. Patient may return to work without restrictions: ☐ Today ☐ On

(B.) Patient may return to modified work: ☒ Today ☐ On

- ☐ No lifting, pushing, or pulling over ________ pounds
- ☐ Minimize twisting or bending
- ☐ Change positions frequently
- ☒ No kneeling/squatting/crawling NO stairs
- ☐ No climbing/walking on uneven surfaces
- ☐ No use of/minimal use of affected extremity
- ☐ No contact of affected area by water/chemicals/dust or other contaminants
- ☐ Other
- ☐ Minimize repetitive motion of affected area
- ☐ Wear ________ splint/sling
- ☐ No work w/ L/R arm above shoulder level
- ☒ Sitting job (primarily)/only
- ☐ No working at unprotected heights
- ☐ No driving or operating heavy equipment

C. No Work Until ________ (No time loss is authorized beyond this date)

Follow-up: Lisa K in as needed Weeks/Days on ________ at ________ am/pm

Referred to Dr. ________ on ________ at ________

Remarks: ☐ May wear splint as needed ☐ Keep wound clean and dry ☐ Other

**Provider's Signature:** [signature] **☐ Company Contact Notified**

☐ Richard M. Abraham, M.D.
☐ Eric A. Ackerman, M.D.
☐ RayAnn Barr, P.A.C.
☐ Mitchell I. Boriskin, F.N.P.
☐ Ann P. Bowers-Quesada, M.D.
☐ Benjamin J. Broncel, M.D.
☐ Carol Crocker, F.N.P.
☐ Lee W. Davidson, M.D.
☐ Kim Glenn, P.A.C.
☐ Marcel Gustin, P.A.C.
☐ Gary Josephsen, M.D.
☐ Kelly Josephsen, P.A.C.
☐ Harry Kleiner, D.O.
☒ Lisa Kovacevic, F.N.P.
☐ Luci M. Kovacevic, M.D.
☐ John A. Mackey, M.D.
☐ Leif E. Meyers, M.D.
☐ Alex Morley, M.D.
☐ Charles L. Pederson, M.D.
☐ Jeffery Roberts, P.A.C.
☐ Marc B. Schnapper, M.D.
☐ Cameron K. Scott, M.D.
☐ Eric A. Spencer, M.D.
☐ Thomas M. Thrall, M.D.

I hereby authorize the Physician and Cascade Health Solutions to disclose the information contained on this form concerning my condition to my employer, and hereby release the Physician and Cascade Health Solutions from any liability arising from such disclosure.

**Employee Signature:** [signature] **Please bring this paper to your employer.**

*Making life better!* 2650 Suzanne Way, Suite 200, Eugene, OR 97408 • 541-228-3100 • www.cascadehealth.org

MED RECORDS OHS 101 (1/10)

**Occupational Medicine**
2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | |
|---|---|---|---|
| DATE | : 10/25/2016 | | |
| PATIENT | : Cummins, Michael Morris | DATE OF INJURY | : 09/04/2016 |
| EMPLOYER | : J C I | SOC. SEC.# | : |
| CASE # | : 640721 | CLAIM # | : |

Chief complaint: Followup right knee injury

HPI: This 46-year-old male patient who works as a "burner II" for JCI presents today for followup of his right knee injury that occurred on 9/4/16. He was seen by orthopedist Dr. Tuman since his last visit. The orthopedist felt that he needed to have meniscal repair surgery. He is still pending approval for this. He tells me today that his claim was denied and that he has a lawyer for his case. He still has catching in his knee. He is using his knee splint at all times. He has not been doing therapy other than at home stretches. He rates his pain at a constant 2/10 on the pain scale.

Past Medical history: Hypertension and anxiety. He has notable work related history of right ankle ligament tear 4-5 years ago as well as head contusion and right great toe fracture more than 20 years ago.

Social history: He has worked as a machinist at JCI for 6 months. Smoker.

Medications: Propranolol, alprazolam, hydrochlorothiazide, lisinopril, naproxen

Allergies: Morphine, metronidazole

Review of Systems:
General: No fever, chills, aches.
Neuro: No headaches, dizziness, or weakness.
Psych: No depression. No insomnia.

Examination:
Vitals: Height 70 inches, weight 311 pounds
General: Well groomed patient in no apparent distress who moves slowly from chair to exam table. He has guarding of his right knee.
Cardiac: No peripheral edema. Skin pink.
Respiratory: Normal respiratory rate. Nonlabored.
Right knee: I do not appreciate any evidence of ecchymosis. There is perhaps a slight amount of effusion. He does have tenderness to palpation along the medial joint line. He has limited flexion of the knee due to pain and guarding with passive range of motion. He is able to fully extend the leg without difficulty. He has full-strength and sensation in the lower extremity including foot. Capillary refill is brisk.

Assessment:
1. Right knee sprain
2. MRI evidence of complex inferior free margin tear involving the mid zone of the medial meniscus dated 9/14/16
3. Lumbar strain, right sided, related to abnormal gait from knee injury/catching

Plan:
Currently his claim is in denial status. He has a lawyer for this. He is still pending surgery for meniscal repair. I advised that he follow up here as needed. He should remain on light duty given the complexity of his meniscal tear. He will continue the use of a knee brace.

Remain on light duty with a sitting job primarily, no walking climbing on uneven surfaces including stairs.

Followup 3-4 weeks or sooner with issues.

# Occupational Medicine

2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | | |
|---|---|---|---|---|
| DATE | : 10/25/2016 | | | |
| PATIENT | : Cummins, Michael Morris | | DATE OF INJURY | : 09/04/2016 |
| EMPLOYER | : J C I | | SOC. SEC.# | : |
| CASE # | : 640721 | | CLAIM # | : |

Work release sent to employer. Patient is not medically stationary, I do not anticipate any permanent impairment.

Lisa Kovacevic, FNP

This document was prepared using a voice recognition system, some recognition errors may occur.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-5790

| | |
|---|---|
| Date: | January 4, 2017 |
| To: | CASCADE HEALTH SOLUTIONS |
| Attn: | MEDICAL RECORDS |
| Fax: | (541) 228-3180 |
| From: | Christopher Francis<br>Contractor<br>On Behalf Of: Karla Allen<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5790 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 7005450<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5790

January 4, 2017

Cascade Health Solutions

RE: Short Term Disability (STD) Benefits
Astec Industries, Inc.
Claim #: 7005450
Claimant: Michael Cummins
Claimant D.O.B.:

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Astec Industries, Inc.'s Group Disability Plan. We are writing in reference to Michael Cummins's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Medical Records. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 11, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Christopher Francis
Contractor
On Behalf Of: Karla Allen
Phone No.: (800) 291-0112 Ext. 13929
Secure Fax No.: (603) 430-5790

Attachments: 7005450-REQUEST-PROVIDER-12.30.2016

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-5790

| | |
|---|---|
| Date: | December 30, 2016 |
| To: | CASCADE HEALTH SOLUTIONS |
| Attn: | |
| Fax: | (541) 228-3180 |
| From: | Karla Allen<br>Disabil Claims Case Mgr I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5790 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 7005450<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5790

December 30, 2016

Cascade Health Solutions

RE: Short Term Disability (STD) Benefits
Astec Industries, Inc.
Claim #: 7005450
Claimant: Michael Cummins
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Michael Cummins.

To evaluate Mr. Cummins's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2016 through the present

We ask that you provide this information by January 5, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5790 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karla Allen
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13929
Secure Fax No.: (603) 430-5790

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-5790

| | |
|---|---|
| Date: | December 30, 2016 |
| To: | CASCADE HEALTH SOLUTIONS |
| Attn: | |
| Fax: | (541) 228-3180 |
| From: | Karla Allen<br>Disabil Claims Case Mgr I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5790 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 7005450<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5790

December 30, 2016

Cascade Health Solutions

RE: Short Term Disability (STD) Benefits
Astec Industries, Inc.
Claim #: 7005450
Claimant: Michael Cummins
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Michael Cummins.

To evaluate Mr. Cummins's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2016 through the present

We ask that you provide this information by January 5, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5790 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karla Allen
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13929
Secure Fax No.: (603) 430-5790

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. MICHAEL CUMMINS

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5790

December 30, 2016

Mr. Michael Cummins

RE: Short Term Disability (STD) Benefits
Astec Industries, Inc.
Claim #: 7005450

Dear Mr. Michael Cummins:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Astec Industries, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On December 30, 2016, we requested physical therapy notes from Cascade Health Solutions . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from November 1, 2016 through the present from Cascade Therapy Solutions

Astec Industries, Inc.'s STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than February 12, 2017 as required under the terms of the Plan.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karla Allen
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13929
Secure Fax No.: (603) 430-5790

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Wednesday, November 30, 2016 2:42 PM
**To:** 'awatt@jcieug.com'; 'ikasper@jcieug.com'
**Subject:** MICHAEL CUMMINS, Claim # 7005450

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 10/8/2016. The benefit begin date is 10/15/2016. This claim has been approved through 1/2/2017. This indicates an extension of benefits. The case manager for this claim is Karla Allen. The claim number is 7005450.

If you have further questions or if the employee has returned to work, please call Liberty Mutual at (800) 291-0112.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Wednesday, November 30, 2016 2:42 PM
**To:** 'awatt@jcieug.com'; 'ikasper@jcieug.com'
**Subject:** MICHAEL CUMMINS, Claim # 7005450

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 10/8/2016. The benefit begin date is 10/15/2016. This claim has been approved through 1/2/2017. This indicates an extension of benefits. The case manager for this claim is Karla Allen. The claim number is 7005450.

If you have further questions or if the employee has returned to work, please call Liberty Mutual at (800) 291-0112.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Monday, November 07, 2016 2:39 PM
**To:** 'awatt@jcieug.com'; 'ikasper@jcieug.com'
**Subject:** MICHAEL CUMMINS, Claim # 7005450

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 10/8/2016. The benefit begin date is 10/15/2016. This claim has been approved through 11/22/2016. This indicates an extension of benefits. The case manager for this claim is Karla Allen. The claim number is 7005450.

If you have further questions or if the employee has returned to work, please call Liberty Mutual at (800) 291-0112.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Monday, November 07, 2016 2:39 PM
**To:** 'awatt@jcieug.com'; 'ikasper@jcieug.com'
**Subject:** MICHAEL CUMMINS, Claim # 7005450

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 10/8/2016. The benefit begin date is 10/15/2016. This claim has been approved through 11/22/2016. This indicates an extension of benefits. The case manager for this claim is Karla Allen. The claim number is 7005450.

If you have further questions or if the employee has returned to work, please call Liberty Mutual at (800) 291-0112.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Tuesday, October 25, 2016 1:46 PM
**To:** 'awatt@jcieug.com'; 'ikasper@jcieug.com'
**Subject:** MICHAEL CUMMINS, Claim # 7005450

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 10/8/2016. The benefit begin date is 10/15/2016. The claim has been approved through 11/18/2016. The case manager for this claim is Karla Allen. The claim number is 7005450.

If you have further questions or if the employee has returned to work, please call Liberty Mutual at (800) 291-0112.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Tuesday, October 25, 2016 1:46 PM
**To:** 'awatt@jcieug.com'; 'ikasper@jcieug.com'
**Subject:** MICHAEL CUMMINS, Claim # 7005450

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 10/8/2016. The benefit begin date is 10/15/2016. The claim has been approved through 11/18/2016. The case manager for this claim is Karla Allen. The claim number is 7005450.

If you have further questions or if the employee has returned to work, please call Liberty Mutual at (800) 291-0112.

Oct. 21. 2016 2:35PM No. 6590 P. 1

cascade
HEALTH SOLUTIONS
2650 Suzanne Way, Suite 200
Eugene, OR 97408

Phone 541-228-3100
Fax 541-228-3105

# Fax

To: Liberty Mutual

Date: 10/21/16

Number of Pages (including cover sheet): 7

Fax Number: 603-430-5790

Comments:

Attn: Karla Allen

Re: Michael Cummins
DOB:

The information in this facsimile communication is privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this cover page is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or the information provided is strictly prohibited. If you received this communication in error, please notify us immediately by telephone and return this facsimile to us at the above address via the U.S. Postal Service. Thank you.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5790

October 18, 2016

Lisa Kovaceciv

RE: Short Term Disability (STD) Benefits
Astec Industries, Inc.
Claim #: 7005450
Claimant: Michael Cummins
Claimant D.O.B.:

Dear Lisa Kovacevic:

We are the Disability Claim Administrator for your patient, Michael Cummins.

To evaluate Mr. Cummins's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2016 through the present

We ask that you provide this information by October 24, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5790 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karla Allen
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13929
Secure Fax No.: (603) 430-5790

Oct. 21. 2016 2:36PM ** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY ** No. 6590 P. 4

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| October 18, 2016 12:38:45 PM PDT | LMG | 73 | 3 | Received |

LMG 10/18/2016 3:37:19 PM PAGE 1/003 Fax Server

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-5790

| | |
|---|---|
| Date: | October 18, 2016 |
| To: | LISA KOVACECIV |
| Attn: | |
| Fax: | (541) 228-3109 |
| From: | Karla Allen<br>Disabil Claims Case Mgr I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5790 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 7005450<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Oct. 21. 2016 2:36PM No. 6590 P. 5

cascade HEALTH SOLUTIONS **Occupational Health Services**

Cummins, Michael Morris
10/04/2016
SSN:
Case#: 640721 DOB:
J C I MRN: 95588

## INJURY TREATMENT FORM

Employee: Michael Cummins Employer: JCI

Date of Incident: 9.4.16 Date/Time of Exam: 10.4.16

Incident: Rev (R) Knee

Clinical Impression:

X-rays: ☐ N/A ☐ Negative ☐ Positive ☐ MRI Scheduled

Treatment: ☐ Sutures ☐ Physical Therapy ☐ Occupational Therapy ☒ Exam ☐ Other

Medication: ☐ May cause drowsiness/affect judgment

Medically Stationary: ☐ Yes ☒ No Permanent Impairment: ☐ Yes ☐ No ☒ None Anticipated ☐ Undetermined

**Work Status:**

A. Patient may return to work without restrictions: ☐ Today ☐ On

B. Patient may return to modified work: ☒ Today ☐ On

- ☐ No lifting, pushing, or pulling over ____ pounds
- ☐ Minimize twisting or bending
- ☐ Change positions frequently
- ☒ No kneeling/squatting/crawling No stairs
- ☐ No climbing/walking on uneven surfaces
- ☐ No use of/minimal use of affected extremity
- ☐ Minimize repetitive motion of affected area
- ☐ Wear ____ splint/sling
- ☐ No work w/ L/R arm above shoulder level
- ☒ Sitting job primarily only
- ☐ No working at unprotected heights
- ☐ No driving or operating heavy equipment
- ☐ No contact of affected area by water/chemicals/dust or other contaminants
- ☐ Other

C. No Work Until ____ (No time loss is authorized beyond this date)

Follow-up: Lisa K in 3-4 Weeks/Days on 10-25-16 at 1250 am/pm

Referred to Dr. ____ on ____ at ____

Remarks: ☐ May wear splint as needed ☐ Keep wound clean and dry ☐ Other

**Provider's Signature:** [signature] **☐ Company Contact Notified**

☐ Richard M. Abraham, M.D.
☐ Eric A. Ackerman, M.D.
☐ RayAnn Barr, P.A.C.
☐ Mitchell I. Boriskin, F.N.P.
☐ Ann P. Bowers-Quesada, M.D.
☐ Benjamin J. Bronicel, M.D.
☐ Carol Crocker, F.N.P.
☐ Lee W. Davidson, M.D.
☐ Kim Glenn, P.A.C.
☐ Marcel Gustin, P.A.C.
☐ Gary Josephsen, M.D.
☐ Kelly Josephsen, P.A.C.
☐ Harry Kleiner, D.O.
☒ Lisa Kovacevic, F.N.P.
☐ Luci M. Kovacevic, M.D.
☐ John A. Mackey, M.D.
☐ Leif E. Meyers, M.D.
☐ Alex Morley, M.D.
☐ Charles L. Pederson, M.D.
☐ Jeffery Roberts, P.A.C.
☐ Marc B. Schnapper, M.D.
☐ Cameron K. Scott, M.D.
☐ Eric A. Spencer, M.D.
☐ Thomas M. Thrall, M.D.

I hereby authorize the Physician and Cascade Health Solutions to disclose the information contained on this form concerning my condition to my employer, and hereby release the Physician and Cascade Health Solutions from any liability arising from such a disclosure.

**Employee Signature:** [signature] **Please bring this paper to your employer.**

*Making life better!* 2650 Suzanne Way, Suite 200, Eugene, OR 97408 • 541-228-3100 • www.cascadehealth.org

MED RECORDS CHS 101 (1/10)

**Occupational Medicine**
2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | |
|---|---|---|---|
| DATE | : 10/04/2016 | | |
| PATIENT | : Cummins, Michael Morris | DATE OF INJURY | : 09/04/2016 |
| EMPLOYER | : J C I | SOC. SEC.# | : |
| CASE # | : 640721 | CLAIM # | : |

Chief complaint: Followup right knee injury

HPI: This 46-year-old male patient who works as a "burner II" for JCI presents today for followup of his right knee injury that occurred on 9/4/16. He was seen by orthopedist Dr. Tuman since his last visit. The orthopedist felt that he needed to have meniscal repair surgery. He is pending approval for this. He continues to describe pain in the right knee it described with locking and clicking. He describes some right foot swelling. He states that he wears a knee brace at all times. He has been in seated work only since the time of his injury.

He also continues to describe right-sided low back pain with radicular right leg pain from the back itself. He believes that his back pain is related to abnormal gait and prolonged sitting while at work, which is not his typical job description.

Past Medical history: Hypertension and anxiety. He has notable work related history of right ankle ligament tear 4-5 years ago as well as head contusion and right great toe fracture more than 20 years ago.

Social history: He has worked as a machinist at JCI for 6 months. Smoker.

Medications: Propranolol, alprazolam, hydrochlorothiazide, lisinopril, naproxen

Allergies: Morphine, metronidazole

Review of Systems:
General: No fever, chills, aches.
Neuro: No headaches, dizziness, or weakness.
Psych: No depression. No insomnia.

Examination:
Vitals: Blood pressure 132/88, respiratory rate 20, weight is 314 pounds
General: Well groomed patient in no apparent distress who moves slowly from chair to exam table. He has guarding of his right knee.
Cardiac: No peripheral edema. Skin pink.
Respiratory: Normal respiratory rate. Nonlabored.
Right knee: I do not appreciate any evidence of ecchymosis. There is perhaps a slight amount of effusion. He does have tenderness to palpation along the medial joint line. He has limited flexion of the knee d to pain and guarding with passive range of motion. He is able to fully extend the leg without difficulty. He has full-strength and sensation in the lower extremity including foot. Capillary refill is brisk.
Lumbar spine: mild reproducible tenderness to palpation in the right lower lumbar paraspinal muscle region just above the buttocks

Assessment:
1. Right knee sprain
2. MRI evidence of complex inferior free margin tear involving the mid zone of the medial meniscus dated 9/14/16
3. Lumbar strain, right sided, related to abnormal gait from knee injury/catching

Plan:
Discussion held regarding recent orthopedics visit. I do not have notes yet from that visit. I believe surgery is pending authorization.

Remain on light duty with a sitting job primarily, no walking climbing on uneven surfaces

**Occupational Medicine**
2650 Suzanne Way Suite 200
Eugene, OR 97408

| | | | |
|---|---|---|---|
| DATE | : 10/04/2016 | | |
| PATIENT | : Cummins, Michael Morris | DATE OF INJURY | : 09/04/2016 |
| EMPLOYER | : J C I | SOC. SEC.# | : |
| CASE # | : 640721 | CLAIM # | : |

including stairs.

Followup 3-4 weeks or sooner with issues.

Work release sent to employer. Patient is not medically stationary, I do not anticipate any permanent impairment.

Lisa Kovacevic, FNP

This document was prepared using a voice recognition system, some recognition errors may occur.

**n0280475**

---

**From:** Ila Kasper
**Sent:** Tuesday, October 18, 2016 6:13:39 PM
**To:** Allen, Karla
**Subject:** RE: cummins
**Attachments:** image001.jpg

The 1550 should be correct.

**Ila Kasper |** Benefits Administrator | **Johnson Crushers International, Inc.**
86470 Franklin Blvd, Eugene, OR 97405
**Telephone (**541) 988-9548 **Fax (**541) 988-9490

Email ikasper@jcieug.com www.kpijci.com

**From:** Allen, Karla [mailto:Karla.Allen@LibertyMutual.com]
**Sent:** Tuesday, October 18, 2016 2:02 PM
**To:** Ila Kasper
**Subject:** RE: cummins

Ila,

Can you confirm the salary on the ERS as $1,550 per month? This is a different amount than what populated in the system automatically so I just wanted to double check.
Thanks!!

**From:** Ila Kasper [mailto:ikasper@jcieug.com]
**Sent:** Friday, October 14, 2016 5:20 PM
**To:** Allen, Karla <Karla.Allen@LibertyMutual.com>
**Subject:** cummins

**********************************************************************

DISCLAIMER:

This transmission from Astec Industries or one of its subsidiaries is confidential and solely for the use of the intended recipient. If you have received this email in error, please notify the sender and delete and destroy the original transmission and all copies. Our company accepts no liability for the contents of this email, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. Please note that any personal views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-5790

| | |
|---|---|
| Date: | October 18, 2016 |
| To: | LISA KOVACECIV |
| Attn: | |
| Fax: | (541) 228-3109 |
| From: | Karla Allen<br>Disabil Claims Case Mgr I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5790 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 7005450<br>Claimant: Michael Cummins<br><br>Astec Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5790

October 18, 2016

Lisa Kovaceciv

RE: Short Term Disability (STD) Benefits
Astec Industries, Inc.
Claim #: 7005450
Claimant: Michael Cummins
Claimant D.O.B.:

Dear Lisa Kovacevic:

We are the Disability Claim Administrator for your patient, Michael Cummins.

To evaluate Mr. Cummins's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2016 through the present

We ask that you provide this information by October 24, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5790 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karla Allen
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13929
Secure Fax No.: (603) 430-5790

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. MICHAEL CUMMINS

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5790

October 19, 2016

Mr. Michael Cummins

RE: Short Term Disability (STD) Benefits
Astec Industries, Inc.
Claim #: 7005450

Dear Mr. Michael Cummins:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Astec Industries, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On October 18, 2016, we requested medical records from Lisa Kovacevic . This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from October 1, 2016 through the present from Lisa Kovacevic

Astec Industries, Inc.'s STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than December 1, 2016 as required under the terms of the Plan.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karla Allen
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13929
Secure Fax No.: (603) 430-5790

KPI-JCI
ASTEC COMPANIES
Johnson Crushers International

**Job Title**: Fabrication Machine Operator

**Dept**: Manufacturing

**Reports to (supervisor's title):** Production Supervisor

**FLSA Status:** ☐ **Exempt** or ☒ **Non Exempt**

☒ **Hourly** or ☐ **Salaried**

**Prepared Date**: 11-11-13

**GENERAL PURPOSE OF JOB:**

Sets up and operates basic machinery used at JCI in selecting operation sequences, tooling, speed and feeds, torch travel, etc. on equipment, including but not limited to saws and CNC burning machines.

**DUTIES AND RESPONSIBILITIES:**

- Load programs to machines
- Process parts to fulfill work orders
- Run pro-nest software at burn tables and Whitney machines
- Perform daily maintenance on machines
- Operate forklift and cranes as needed

**SUPERVISORY RESPONSIBILITIES:**

None

**MINIMUM JOB REQUIREMENTS:**

- Must have a High School diploma or GED
- Must be detail oriented in processing the paperwork utilized in the manufacture of parts (bills of material, dispatch lists, and work orders)
- Must be able to interpret sketches or simple orthographic detail drawings and be familiar with material used at the respective machine
- Should have own tools or be willing to acquire own tools over a reasonable period of time (6 months to one year)
- Must be able to lift up to 50lbs weight

**PHYSICAL DEMANDS:**

On-the-job time is spent in the following physical activities:

- - - Amount of Time - - -

| | None | Occasionally 0-33% | Frequently 34%-74% | Continually 75%+ |
|---|---|---|---|---|
| Stand | ☐ | ☐ | ☒ | ☐ |
| Walk | ☐ | ☐ | ☒ | ☐ |
| Sit | ☐ | ☒ | ☐ | ☐ |
| Talk or hear | ☐ | ☒ | ☐ | ☐ |
| Use hands to finger, handle or feel | ☐ | ☐ | ☐ | ☒ |
| Climb or balance | ☐ | ☐ | ☒ | ☐ |
| Stoop, kneel, crouch or crawl | ☐ | ☐ | ☒ | ☐ |
| Reach with hands and arms | ☐ | ☐ | ☐ | ☒ |
| Taste or smell | ☐ | ☒ | ☐ | ☐ |

Weight to be lifted or force be exerted and how often:

- - - Amount of Time - - -

| | None | Occasionally 0-33% | Frequently 34%-74% | Continually 75%+ |
|---|---|---|---|---|
| Up to 10 pounds | ☐ | ☐ | ☐ | ☒ |
| Up to 25 pounds | ☐ | ☐ | ☐ | ☒ |
| Up to 50 pounds | ☐ | ☐ | ☒ | ☐ |
| Up to 100 pounds | ☐ | ☒ | ☐ | ☐ |
| More than 100 pounds | ☐ | ☒ | ☐ | ☐ |

Special vision requirements: Mark all that apply

☒ Close Vision (clear vision at 20 inches or less)

☒ Distance Vision (clear vision at 20 feet or more)

☒ Color Vision (ability to identify and distinguish colors)

☒ Peripheral Vision (ability to observe an area that can be seen up and down or to the left and right while eyes are fixed on a given point)

☒ Depth Perception (three-dimensional vision, ability to judge distances and spatial relationships)

☒ Ability to Adjust Focus (ability to adjust the eye to bring and object into sharp focus)

☐ No Special Vision Requirements

**WORK ENVIRONMENT:**

Exposure to the following environmental conditions required for this job:

| | - - - Amount of Time - - - | | | |
|---|---|---|---|---|
| | None | up to 1/3 | 1/3 to 2/3 | 2/3 and more |
| Wet, humid conditions (non-weather) | ☒ | ☐ | ☐ | ☐ |
| Work near moving mechanical parts | ☐ | ☐ | ☐ | ☒ |
| Work in high, precarious places | ☐ | ☒ | ☐ | ☐ |
| Fumes or airborne particles | ☐ | ☐ | ☐ | ☒ |
| Toxic or caustic chemicals | ☐ | ☒ | ☐ | ☐ |
| Outdoor weather conditions | ☒ | ☐ | ☐ | ☐ |
| Extreme cold (non-weather) | ☐ | ☒ | ☐ | ☐ |
| Extreme heat (non-weather) | ☐ | ☒ | ☐ | ☐ |
| Risk of electrical shock | ☐ | ☒ | ☐ | ☐ |
| Risk of radiation | ☒ | ☐ | ☐ | ☐ |
| Vibration | ☐ | ☒ | ☐ | ☐ |

Typical noise level for this work environment: Mark all that apply

☐ Very Quiet (Examples: forest trail, isolation booth for hearing test)

☐ Quiet (Examples: library, private office)

☒ Moderate Noise (Examples: business office with typewriters and/or computer printers, light traffic)

☒ Loud Noise (Examples: metal can manufacturing, department, large earth-moving equipment)

☐ Very Loud Noise (Examples: jack hammer work, front row at rock concert)

# EMPLOYER'S STATEMENT

Liberty Life Assurance Company of Boston
Group Market Disability Claims
PO Box 49470
Charlotte, NC 28277
Phone Number: (800) 291-0112
Fax Number: (603) 334-0380

Employee's Name: Michael Cummins  Social Security Number:  Telephone Number:  Date of Birth:
Address:  City:  State:  Zip Code:

Location/Branch at which Employee works: JCI  Policy Number:  Employee's Date of Hire: 3/28/2016
Location/Branch Telephone Number:  STD Effective Date of Coverage: 058/01/2016  LTD Effective Date of Coverage: 05/018/2016

Percentage of STD Premium contribution Employee pays: %  Employer Pays: 100 %  Employee's Benefit Percent:
Percentage of LTD Premium contribution Employee pays: %  Employer Pays: 100 %  STD: 60 %  LTD: %

Date Employee Last Worked: 10/7/2016  Date Employee returned to work:  Full Time:  Part Time:

Reason for Stopping Work: ○ Accident ○ Sickness ○ Resigned ○ Retired ○ Granted LOA ○ Vacation ○ Terminated ○ Laid Off ◉ Other

Is condition due to occupational cause? ○ Yes ◉ No ○ Undetermined
If "yes", please indicate status of Workers' Compensation claim: ○ Accepted ○ Pending ○ Denied ○ Not Filed

Additional Comments re: return to work::

NOTE: Please attach a copy of Workers' Compensation claim and Approval/Denial Notification if applicable.

Work Schedule at Time Last Worked - Number of Days per week 4  Hours per day 10
Regular Earnings $1,550.00  Bonus
Commissions  Overtime
○ Bi-Weekly ◉ Monthly ○ Weekly ○ Semi-Monthly ○ Annual

How is Employee Paid? ☐ Salary ☑ Hourly ☐ Salary & Commissions ☐ Bonuses ☐ Commissions Only

Occupation: FMO2  Percentage of day: Sitting %  Lifting Requirements:
Job Description: (Attach separate file if description exceeds 5 rows of text.)  Standing %  Max lbs.
Walking %  Min lbs.
Total 0 %
(Total % should = 100)

Has or will this employee receive any of the following for the entire or a portion of the absence covered by this claim?

| | TYPE | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied For |
|---|---|---|---|---|---|
| ☐ Yes ☐ No | Wages, Salary or Holiday Pay | | | | |
| ☐ Yes ☐ No | Vacation | | | | |
| ☐ Yes ☐ No | Sick Leave | | | | |
| ☐ Yes ☐ No | Separation Pay | | | | |
| ☐ Yes ☐ No | Disability Pension | | | | |
| ☐ Yes ☐ No | Retirement Pension | | | | |
| ☐ Yes ☐ No | Unemployment Insurance | | | | |
| ☐ Yes ☐ No | Social Security | | | | |
| ☐ Yes ☐ No | Workers' Compensation (this condition) | | | | |
| ☐ Yes ☐ No | LTD, STD Benefits | | | | |
| ☐ Yes ☐ No | Other-Please specify: | | | | |

Employer's Name: JCI  Telephone Number: (541) 988-9548  Fax Number: (541) 988-9540
Address: 86470 Franklin Blvd  City: Eugene  State: OR  Zip Code: 97405

Worker's Compensation Carrier: Liberty Mutual  Worker's Compensation Carrier Contact:
Street Address:  Worker's Compensation Carrier Contact's Telephone Number:
City:  State:  Zip Code:
Employer (Taxpayer) ID Number (EIN) or Public Employer Social Security Number:

Name and Title of person completing this form: Ila Kasper  (Typing your name in this box is your electronic signature)
Telephone Number of Person completing this form: 541-+988-9548  Date Signed: 10/14/2016

**Please add additional Comments:**

The UPS Store®
1574 Coburg Rd
Eugene, OR 97401
541.686.0133 fax

# FAX

To Carla

From Michael Cummins

Company Liberty Mutual Insurance

Phone number 541-554-8051

Fax number 603-430-5790

Fax number

Date 10-14-2016

Total pages 3

Job number

The UPS Store

OCT-14-2016 11:57 From:THE UPS STORE1094 5416860133 To:LMG P.2/3

Liberty Mutual.
INSURANCE

Liberty Mutual Insurance

Claims Department
PO Box 4888
Portland, OR 97208
(617) 357-9500
(603) 334-0307 Fax

October 6, 2016

Certified mail # 91 7199 9991 7037 0823 9481

Michael M Cummins

## NOTICE OF DENIAL

| | | |
|---|---|---|
| RE: Employer | : Johnson Crushers International |
| DOI | : 9/4/16 |
| Claim # | : WC608-C77205 |

Dear Mr. Cummins:

You filed a workers compensation claim for a right knee strain on 9/9/16 while you were employed with Johnson Crushers International. After careful review of the information in our file we hereby issue a denial of the claim on the basis there is insufficient evidence to establish the fact you sustained a compensable injury while in the course and scope of your employment with Johnson Crushers International.

This denial is not based upon in whole or in part of an independent examination for which your attending physician has not concurred yet.

**"IF YOU THINK THIS DENIAL IS NOT RIGHT, WITHIN 60 DAYS AFTER THE MAILING OF THIS DENIAL YOU MUST FILE A LETTER WITH THE WORKERS' COMPENSATION BOARD, 2601 25TH STREET SE, SUITE 150, SALEM, OR 97302-1282. YOUR LETTER MUST STATE THAT YOU WANT A HEARING, YOUR ADDRESS, AND THE DATE OF YOUR ACCIDENT, IF YOU KNOW THE DATE. IF YOUR CLAIM QUALIFIES, YOU MAY RECEIVE AN EXPEDITED HEARING WITHIN 30 DAYS. YOUR REQUEST CANNOT, BY LAW, AFFECT YOUR EMPLOYMENT. IF YOU DO NOT FILE A REQUEST WITHIN 60 DAYS, YOU WILL LOSE ANY RIGHT YOU MAY HAVE TO COMPENSATION UNLESS YOU CAN SHOW GOOD CAUSE FOR DELAY BEYOND 60 DAYS. AFTER 180 DAYS, ALL YOUR RIGHTS WILL BE LOST. YOU MAY BE REPRESENTED BY AN ATTORNEY OF YOUR CHOICE AT NO COST TO YOU FOR ATTORNEY FEES. IF YOU MAKE A TIMELY REQUEST FOR HEARING ON A DENIAL OF COMPENSABILITY OF YOUR CLAIM AS REQUIRED BY ORS 656.319(1)(a) THAT IS BASED ON ONE OR MORE REPORTS OF EXAMINATIONS CONDUCTED AT THE REQUEST OF THE INSURER OR SELF-INSURED EMPLOYER UNDER ORS 656.325(1)(a) AND YOUR ATTENDING PHYSICIAN DOES NOT CONCUR WITH THE REPORT OR REPORTS, YOU MAY REQUEST AN EXAMINATION TO BE CONDUCTED BY A PHYSICIAN SELECTED BY THE DIRECTOR. THE**

**COST OF THE EXAMINATION AND THE EXAMINATION REPORT SHALL BE PAID BY THE INSURER OR SELF-INSURED EMPLOYER. IF YOU HAVE QUESTIONS YOU MAY CALL THE BENEFITS SECTION TOLL FREE IN OREGON 1-800-452-0288 OR IN SALEM OR FROM OUTSIDE OREGON, AT (503) 947-7285."**

Sincerely,

Ryan Salholm
Claims Specialist I
Liberty Mutual Insurance
(503) 736-8436

cc: WCD: 350 Winter St. NE, P.O. Box 14480, Salem, OR 97309
Johnson Crushers International
Lisa Kovacevic FNP
Slocum Orthopedics

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Friday, October 14, 2016 5:12 PM
**To:** 'awatt@jcieug.com'; 'ikasper@jcieug.com'
**Subject:** MICHAEL CUMMINS, Claim # 7005450

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 7005450.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Friday, October 14, 2016 5:12 PM
**To:** 'awatt@jcieug.com'; 'ikasper@jcieug.com'
**Subject:** MICHAEL CUMMINS, Claim # 7005450

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 7005450.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**n0284784**

**From:** CharlotteSCUDisabilityClaims
**Sent:** Thursday, October 13, 2016 12:43:15 PM
**To:** 'ikasper@jcieug.org'; 'awatt@jcieug.com'
**Cc:** Allen, Karla
**Subject:** New Disability Claim - 7005450 - MICHAEL CUMMINS

Hello,

We have received an application for disability benefits as follows:

Claimant Name: MICHAEL CUMMINS

To assist us in making our initial claim determination, please provide the following information for this employee within 24 hours in order to expedite the claim process. This information is required to evaluate the employee's claim.

**Last Day Worked:**

This claim cannot be processed and no determination will be made on behalf of the employee until we receive the requested information. **Please do not respond back to this email address.** When submitting your response, please do so to the attention of the case manager, Karla Allen at KARLA.ALLEN@LIBERTYMUTUAL.COM or fax your information to (603) 334-0380.

Thank you,

Screening and Creation Unit

Liberty Life Assurance Company of Boston

**This report contains claimant information collected from the employer interview. You will need to confirm this information with the employee.**

| | |
|---|---|
| Claim Number or Leave ID: | 7005450 |
| Reorted by Portal User ID: | IKASPER |
| Accident Date: | 1/1/1900 |
| Accident Time: | 12:00 AM |
| Job Description: | |
| Employee Subsidiary: | |
| Employee Location: | |
| Employee Class: | |
| Work Status: | |
| Salary Type: | |
| Earnings: | $0.00 |
| Return to Work Date: | 1/1/1900 |
| Product: | |
| Premium Employer Contribution: | |
| Premium Employee Contribution | |
| Employee Benefit Percent: | |

**The Employer Contact has indicated that the employee's injury or illness was work related, and the status of their WC claim is either accepted or pending.**

| | |
|---|---|
| WC Carrier | |
| WC Carrier Contact | |
| WC Carrier Contact Phone: | |

**The Employer Contact has indicated that the employee will be receiving another source(s) of income for a portion of the absence, or the entire absence, covered by this claim.**

**Other Income 1**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 2**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 3**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 4**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 5**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 6**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 7**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 8**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 9**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 10**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |