UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Michael Cummins

Plaintiff(s),

v.

Lincoln Life Assurance Company of Boston

Defendant(s).

Case No.: 6:20-cv-00241-MC

JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

☑ Yes ☐ No

If not, provide an explanation:

____________________________________________

____________________________________________

2. The parties propose: (*check one of the following*)

☐ (a) That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

☐ (b) That the Court refer this case to mediation using a Court-sponsored mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

____________________________________________

____________________________________________

____________________________________________

☑ (c) ADR may be helpful at a later date following completion of:

Ongoing, informal settlement discussion.

☐ (d) The parties believe the Court would be of assistance in preparing for ADR by:

☐ (e) The parties do not believe that any form of ADR will assist in the resolution of this case.

☐ (f) Other:

Dated: 06/09/2020

By: s/ Jesse Cowell
Jesse Cowell, Attorney for Plaintiff

By: s/ Iwana Rademaekers
Iwana Rademaekers, Attorney for Defendant