**Iwana Rademaekers, Texas Bar No. 16452560**
Admitted *Pro Hac Vice*
Email:  iwana@rademaekerslaw.com
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main:  (214) 579-9319
Fax:  (469) 444-6456
ATTORNEYS FOR DEFENDANT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | | |
|---|---|---|
| MICHAEL CUMMINS, | § | **Case No.: 6:20-cv-00241-MC** |
| Plaintiff | § | **JOINT NOTICE OF SETTLEMENT** |
| vs. | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| Defendant. | § | |

Plaintiff Michael Cummins and Defendant Lincoln Life Assurance Company of Boston hereby give notice that this case has settled in principle.  The parties are working on finalizing settlement documents at this time.  The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

SUBMITTED this 22nd day of September 2020.

Respectfully submitted,

By: /s/ Iwana Rademaekers
   Iwana Rademaekers, Texas Bar No. 16452560
   (Admitted *Pro Hac Vice*)
   iwana@rademaekerslaw.com

 - A<small>ND</small> -

BARRAN LIEBMAN LLP

By: /s/ *Josh M. Goldberg*
   **Josh M. Goldberg, OSB No. 180414**
   jgoldberg@barran.com
   **Andrew Schpak, OSB No. 044080**
   ASchpak@barran.com
   B<small>ARRAN</small> L<small>IEBMAN</small> LLP
   601 SW 2nd Avenue, Suite 2300
   Portland, Oregon 97204
   PH:  (503) 228-0500
   FX:  (503) 274-1212

ATTORNEYS FOR DEFENDANT


**AND**


ROY LAW GROUP

By: /s/ *Jesse Cowell*
   **Jesse Cowell, OSB # 082940**
   **Chris Roy, OSB # 031777**
   **R. Darrin Class, OSB # 970101**
   R<small>OY</small> L<small>AW</small> G<small>ROUP</small>
   1000 SW Broadway, Suite 900
   Portland, OR 97205
   PH: 503.206.4313
   Email:  jesse@roylawgroup.com

ATTORNEYS FOR PLAINTIFF